# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 11/20/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                    Case No. 14-10979-CSS
Energy Future Holdings Corp.                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: LeslieM          Page 1 of 27          Date Rcvd: Nov 20, 2018
                           Form ID: van440        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
aty          +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          +Linda J. Casey,   Office of United States Trustee,   844 King Street,   Suite 2207,
              Wilmington, DE 19801-3519
aty          +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty          +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
          Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron C Baker   on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
          Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee astulman@wtplaw.com,  lhuber@wtplaw.com
          Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
          Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
          Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
          Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
          Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
          Albert Kass   on behalf of Claims Agent   Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Albert Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Alessandra  Glorioso   on behalf of Creditor   U.S. Bank National Association
          glorioso.alessandra@dorsey.com
          Alexa  Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
          Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
          aashmore@dykema.com
          Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
          allison@claimsrecoveryllc.com,  allison@inforuptcy.com;notices@claimsrecoveryllc.com
          Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. amish@doshilegal.com
          Amy  Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
          Amy  Brown   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
          Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
          Partnership brown@braunhagey.com,  levine@braunhagey.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ana Chilingarishvili  on behalf of Creditor  U.S. Bank National Association
          ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz  on behalf of U.S. Trustee  U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley  on behalf of Creditor  Siemens Energy, Inc. f/k/a Siemens Power
          Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew Dean  on behalf of Debtor  Energy Future Holdings Corp. rbgroup@rlf.com,
          ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dietderich  on behalf of Creditor Committee  The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore  on behalf of Interested Party  CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew J. Ehrlich  on behalf of Interested Party  Ad Hoc Committee of TCEH First Lien Creditors
          aehrlich@paulweiss.com, mao_fednational@paulweiss.com
          Andrew K Glenn  on behalf of Interested Party  Ad Hoc Group of EFH Legacy Noteholders
          aglenn@kasowitz.com
          Andrew L Magaziner  on behalf of Interested Party  Ad Hoc Committee of TCEH First Lien
          Creditors bankfilings@ycst.com
          Andrew R. Remming  on behalf of Interested Party  Kohlberg Kravis Roberts & Co. L.P., TPG
          Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
          rfusco@mnat.com;acconway@mnat.com;mdecarli@mnat.com
          Ann M Kashishian  on behalf of Interested Party  Ad Hoc Committee of EFIH Unsecured Noteholders
          amk@kashishianlaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian  on behalf of Intervenor-Defendant  Ad Hoc Committee of EFIH Unsecured
          Noteholders amk@kashishianlaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian  on behalf of Attorney  Chipman Brown Cicero & Cole, LLP amk@kashishianlaw.com,
          dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna Grace  on behalf of Creditor  UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky  on behalf of Creditor  UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov
          Arlene Rene Alves  on behalf of Interested Party  Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram  on behalf of Interested Party  Texas Commission on Environmental Quality
          ashley.bartram@oag.texas.gov
          Ashley F. Bartram  on behalf of Interested Party  Public Utility Commission of Texas
          ashley.bartram@oag.texas.gov
          Ashley F. Bartram  on behalf of Interested Party  Railroad Commission of Texas
          ashley.bartram@oag.texas.gov
          Ashley Robert Altschuler  on behalf of Defendant  Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
          Ashley Robert Altschuler  on behalf of Interested Party  Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
          Barry Kleiner  on behalf of Creditor  Elliott Associates, L.P., Elliott International, L.P.
          and The Liverpool Limited Partnership dkleiner@kkwc.com
          Barry G. Felder  on behalf of Interested Party  UMB BANK, N.A., as Trustee bgfelder@foley.com
          Barry G. Felder  on behalf of Creditor  UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder  on behalf of Interested Party  UMB Bank, N.A., as indenture trustee
          bgfelder@foley.com
          Barry M. Klayman  on behalf of Interested Party  J Aron & Company bklayman@cozen.com
          Benjamin Finestone  on behalf of Creditor  Centerbridge Special Credit Partners, II, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone  on behalf of Creditor  CCP Credit Acquisition Holdings, L.L.C.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone  on behalf of Creditor  Centerbridge Special Credit Partners, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Stewart  on behalf of Creditor  Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com, eharper@baileybrauer.com
          Benjamin J. Schladweiler  on behalf of Creditor  Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Defendant  Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Defendant  Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Creditor  Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Creditor  Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Benjamin J. Schladweiler    on behalf of Defendant    Apollo Advisors VII, L.P.
            bschladweiler@ramllp.com,
            jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
            om;8289576420@filings.docketbird.com
           Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC bgc@conaway-legal.com
           Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
            bjohnson@fisherboyd.com
           Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
           Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
            hgibbons@ramllp.com jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Bradley R. Aronstam    on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
            hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
            hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
            baronstam@ramllp.com,
            hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
            Capital Adviser (Canada), L.P. baronstam@ramllp.com,
            hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
            Capital Adviser (Canada), L.P. baronstam@ramllp.com,
            hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
            hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
            hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
            om;5031916420@filings.docketbird.com
           Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors BMiller@mofo.com,   brett-miller-1388@ecf.pacerpro.com
           Brian  Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
            george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
           Brian  Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
            bschartz@kirkland.com,
            george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
           Brian  Tong    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
           Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
            bfarnan@farnanlaw.com,   tfarnan@farnanlaw.com
           Brian L. Arban    on behalf of Attorney Brian  Arban barban@hillerarban.com
           Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
            bkasprzak@moodklaw.com,   mike@lscd.com
           Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
            jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
            ;aehrlich@paulweiss.com;mturkel@paulweiss.com;mcolarossi@paulweiss.com;gkroup@paulweiss.com
           Brian W. Hockett    on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
           Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
            mcavenaugh@jw.com
           Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
            CCB@stevenslee.com
           Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
            kboucher@gklaw.com
           Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
           Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
            chusnick@kirkland.com
           Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
            mcclambc@ballardspahr.com,   lanoc@ballardspahr.com
           Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
            dabernathy@archerlaw.com
           Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
            cbrown@gsbblaw.com,   dabernathy@archerlaw.com
           Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
            csalomon@beckerglynn.com,   mghose@beckerglynn.com;hhill@beckerglynn.com
           Christopher  Fong    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
            cfong@nixonpeabody.com
           Christopher  Fong    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
            cfong@nixonpeabody.com
           Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
     Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
     Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
     LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
     Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
     Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
       Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
     christopher.carter@morganlewis.com
       Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
     Christopher.hayes@kirkland.com
       Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
     rbgroup@rlf.com
       Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
     LLC csimon@crosslaw.com, smacdonald@crosslaw.com
       Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
     LLC csimon@crosslaw.com, smacdonald@crosslaw.com
       Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
     cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
       Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
     clark.whitmore@maslon.com
       Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
     crobinson@pszjlaw.com, efile1@pszjlaw.com
       Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
     dboldissar@lockelord.com
       Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
     cstephenson@bk-legal.com
       Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
     curtishehn@comcast.net
       D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
     indenture trustee and collateral trustee rmartin@ropesgray.com
       Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
     dfliman@kasowitz.com, Courtnotices@kasowitz.com
       Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
     daobrien@venable.com
       Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
     ("PIMCO") daobrien@venable.com
       Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
     ddenny@gibsondunn.com
       Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
     RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
     RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
     RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
     defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Daniel J. DeFranceschi   on behalf of Debtor   Generation MT Company LLC defranceschi@rlf.com,
     RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
     RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Generation Development Company LLC
     defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
     defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
     rbgroup@rlf.com
       Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC
     RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Daniel J. DeFranceschi   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
               RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Luminant Big Brown Mining Company LLC
               RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
               RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
               RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
               RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
               rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
           Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
           Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
               lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party  Brake Supply Company, Inc. dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com

District/off: 0311-1          User: LeslieM            Page 6 of 27             Date Rcvd: Nov 20, 2018
                              Form ID: van440          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
            the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
            lparalegal@dkhogan.com
           Daniel K. Hogan   on behalf of Interested Party  The Richards Group, Inc. dkhogan@dkhogan.com,
            gdurstein@dkhogan.com,lparalegal@dkhogan.com
           Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
           Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
           Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
            Capital Adviser (Canada), L.P. dshamah@omm.com
           Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
           Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
            Capital Adviser (Canada), L.P. dshamah@omm.com
           Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
            Administrative Agent dshamah@omm.com
           Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
           Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
            First Lien Administrative Agent dshamah@omm.com
           Daniel Stephen Smith   on behalf of Interested Party   United States on behalf of Environmental
            Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
           Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
            jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
           Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
            daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
           Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
            daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
           David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
            dcunsolo@winston.com
           David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
            dcunsolo@winston.com
           David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
            Inc. dneier@winston.com,  dcunsolo@winston.com
           David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
            danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
            danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
            danthony@bergerharris.com
           David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
           David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
            dfarrell@thompsoncoburn.com
           David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
            wkalawaia@swlaw.com
           David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
           David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
            dklauder@bk-legal.com
           David M. Klauder   on behalf of Plaintiff   Energy Future Holdings Corp. dklauder@bk-legal.com
           David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
           David M. Klauder   on behalf of Interested Party   Former Disinterested Directors of Energy
            Future Holdings Corp. dklauder@bk-legal.com
           David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
           David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
            sshidner@mdmc-law.com;cbassano@mdmc-law.com
           David P. Primack   on behalf of Financial Advisor   Greenhill & Co., LLC dprimack@mdmc-law.com,
            sshidner@mdmc-law.com;cbassano@mdmc-law.com
           David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
            sshidner@mdmc-law.com;cbassano@mdmc-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
  dprimack@mdmc-law.com,  sshidner@mdmc-law.com;cbassano@mdmc-law.com
David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
  LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;cbassano@mdmc-law.com
David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
  drosner@kasowitz.com,  courtnotices@kasowitz.com
David W. Carickhoff    on behalf of Interested Party Allen   Shrode dcarickhoff@archerlaw.com,
  de20@ecfcbis.com
Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
  Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
  Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
  keith-mangan-mmwr-1628@ecf.pacerpro.com
Dennis Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
  indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
  L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
  Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
  amador.desiree@pbgc.gov,  efile@pbgc.gov
Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@browncornery.com
Duane David Werb    on behalf of Creditor    BWM Services, LP
  maustria@webrsullivan.com;riorii@webrsullivan.com
Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
  maustria@webrsullivan.com;riorii@webrsullivan.com
Eboney Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
  rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
  steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
  ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
  steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
  ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
Edwin Kevin Camson    camson@drumcapital.com
Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
  ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al ebcalvo@pbfcm.com,
  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Ellen Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
  ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
  ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
Epiq Corporate Restructuring, LLC    nmrodriguez@epiqsystems.com
Eric Christopher Daucher    on behalf of Defendant    NextEra Energy, Inc.
  eric.daucher@nortonrosefulbright.com,
  howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
  osefulbright.com
Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
  eric.daucher@nortonrosefulbright.com,
  howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
  osefulbright.com
Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
  Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
  eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
  bnassif@nixonpeabody.com,
Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
  eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
  bnassif@nixonpeabody.com,
Erin A. West    on behalf of Interested Party    Fee Committee ewest@gklaw.com,
  kboucher@gklaw.com;sshank@gklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erin R Fay   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P. and
   The Liverpool Limited Partnership efay@bayardlaw.com,   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
   The Liverpool Limited Partnership efay@bayardlaw.com,   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Creditor   UMB Bank, N.A. efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Ropes & Gray LLP efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
   Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
   Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
   Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
   L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, L.P. efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Creditor   UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
   Toggle Notes efay@bayardlaw.com,   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   UMB Bank, N.A., as Indenture Trustee
   efay@bayardlaw.com,   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Bayard, P.A. efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
   lmorton@bayardlaw.com;smacon@bayardlaw.com
Evan  Rassman   on behalf of Creditor   Sunrise Partners Limited Partnership erassman@gsbblaw.com
Evan  Rassman   on behalf of Creditor   Knife River Corporation-South erassman@gsbblaw.com
Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
   jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
   leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;krookard@milbank.com;mprice@milba
   nk.com
Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
   Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
   lmorton@bayardlaw.com
Evan T. Miller   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
   and The Liverpool Limited Partnership emiller@bayardlaw.com,   lmorton@bayardlaw.com
Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
   csmith@fgllp.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@gsbblaw.com,
   frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
   fmonaco@gsbblaw.com,   frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@gsbblaw.com,
   frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
   fmonaco@gsbblaw.com,   frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services
   fmonaco@gsbblaw.com,   frankmonacojr@gmail.com
Frederick Brian Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
   rosner@teamrosner.com
Frederick Brian Rosner   on behalf of Creditor   Mudrick Capital Management, L.P.
   rosner@teamrosner.com
G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
   Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
   alexbongartz@paulhastings.com
Garden City Group, LLC   PACERTeam@gardencitygroup.com
Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
   gfmcdaniel@dkhogan.com,   gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Creditor   Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com,
   gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
   gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
   gfmcdaniel@dkhogan.com,   gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
   gdurstein@dkhogan.com;lparalegal@dkhogan.com
Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
   Lien Administrative Agent gdavis@omm.com
George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          George Davis    on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. gdavis@omm.com
          George Davis    on behalf of Defendant    Apollo Advisors VII, L.P. gdavis@omm.com
          George Davis    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent gdavis@omm.com
          George Davis    on behalf of Defendant    Angelo Gordon & Co., LP gdavis@omm.com
          Gerrit M. Pronske    on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company, as TCEH First Lien
           Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company
           gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio    on behalf of Interested Party    CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien
           Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed
           Successor Indenture Trustee gsaydah@ckrlaw.com
          Gregg M. Galardi    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,
           William.McGee@ropesgray.com;nova.alindogan@ropesgray.com
          Gregory A. Taylor    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory A. Taylor    on behalf of Interested Party    Ad Hoc Committee of TCEH Second Lien
           Noteholders gtaylor@ashby-geddes.com
          Gregory Joseph Flasser    on behalf of Interested Party    Elliott Associates, L.P.
           gflasser@bayardlaw.com,  smacon@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Interested Party    Elliott International, L.P.
           gflasser@bayardlaw.com,  smacon@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Interested Party    The Liverpool Limited Partnership
           gflasser@bayardlaw.com,  smacon@bayardlaw.com
          Gregory M. Starner    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory M. Weinstein    on behalf of Creditor    Mario Sinacola & Sons Excavating, Inc.
           gweinstein@weinrad.com,  wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
          Gregory Michael Starner    on behalf of Creditor    Law Debenture Trust Company of New York, in its
           capacity as Indenture Trustee gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory Michael Starner    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
           gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory Michael Starner    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
           gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory T. Donilon    on behalf of Creditor    Automatic Systems, Inc. gdonilon@pwujlaw.com
          Hal F. Morris    on behalf of Interested Party    Texas Commission on Environmental Quality
           hal.morris@oag.texas.gov
          Hal F. Morris    on behalf of Interested Party    Public Utility Commission of Texas
           hal.morris@oag.texas.gov
          Hal F. Morris    on behalf of Interested Party    Railroad Commission of Texas
           hal.morris@oag.texas.gov
          Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
           dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Helen Elizabeth Weller    on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Walnut Springs ISD
              dallas.bankruptcy@publicans.com,    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
              dallas.bankruptcy@publicans.com,    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
              dallas.bankruptcy@publicans.com,    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
            dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
            dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
            Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
            Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
            howard.hawkins@cwt.com,  nyecfnotice@cwt.com
            Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
            howard.hawkins@cwt.com,  nyecfnotice@cwt.com
            Humayun Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
            maofiling@cgsh.com
            Humayun Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
            maofiling@cgsh.com
            J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@austriashrum.com
            J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
            jshrum@austriashrum.com
            J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
            under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
            J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
            Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
            J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
            J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
            Collateral Trustee, kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
            J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
            Indenture Trustee kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
            J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
            J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
            Trustee and Collateral Trustee kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
       and collateral trustee, kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
       otz.com
       J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
       bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
       otz.com
       Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
       Creditors jadlerstein@paulweiss.com
       James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
       jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
       James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
       tyeager@margolisedelstein.com
       James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
       successor indenture trustee and collateral trustee james.millar@dbr.com,
       Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
       James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
       Creditors jpeck@mofo.com
       James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
       Creditors jpeck@mofo.com
       James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
       Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
       James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
       Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
       jledmonson@venable.com
       Jamie Lynne Edmonson    on behalf of Interested Party    Pacific Investment Management Company LLC
       ("PIMCO") jledmonson@venable.com
       Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
       jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
       Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Jason A. Gibson    on behalf of Interested Party    Mudrick Capital Management L.P.
       gibson@teamrosner.com
       Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
       bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
       Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
       sybil.aytch@quarles.com
       Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
       jason.liberi@skadden.com,
       christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
       Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
       jason.liberi@skadden.com,
       christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
       Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
       rbgroup@rlf.com
       Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
       rbgroup@rlf.com
       Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
       Jason M. Madron    on behalf of Defendant    EFH Finance (No. 2) Holdings Company madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Defendant    EECI, Inc. madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
       rbgroup@rlf.com
       Jason M. Madron    on behalf of Defendant    EFH Australia (No. 2) Holdings Company madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
       rbgroup@rlf.com
       Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                  madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                  madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                  madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    LSGT Gas Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    TXU Receivables Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    Generation Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Interested Party    Energy Future Holdings Corp. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Attorney    Richards, Layton & Finger, P.A. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    EEC Holdings, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    NCA Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor    Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EFH FS Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
               madron@rlf.com, rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU SEM Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   LSGT SACROC, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EBASCO Services of Canada Limited madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plan Administrator    EFH Plan Administrator Board madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Other Prof.    KPMG LLP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               madron@rlf.com, rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EFH Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU Receivables Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
               Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
               Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
               jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
               Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
               Seidlets jwisler@connollygallagher.com
              Jeffrey M Gorris   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
               The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
               Limited Partnership jspeakman@friedlandergorris.com,
               jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
              Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
               jschlerf@foxrothschild.com,  idensmore@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey M. Schlerf    on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com, idensmore@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party   Sempra Energy jschlerf@foxrothschild.com,
           idensmore@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Intervenor   Ovation Acquisition II, L.L.C.
           jschlerf@foxrothschild.com, idensmore@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com
          Jeffrey R. Fine    on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
           jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey R. Fine    on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
           jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey S. Sabin    on behalf of Creditor   Pacific Investment Management Co. LLC
           JSSabin@Venable.com
          Jeffrey S. Sabin    on behalf of Interested Party   Pacific Investment Management Company LLC
           ("PIMCO") JSSabin@Venable.com
          Jennifer Marines    on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors JMarines@mofo.com
          Jennifer R Sharret    on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
           corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
          Jennifer R. Hoover    on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
           debankruptcy@beneschlaw.com
          Jennifer R. Hoover    on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
           jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
          Jennifer R. Hoover    on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
           debankruptcy@beneschlaw.com
          Jennifer V. Doran    on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
           calirm@haslaw.com;kabarrett@hinckleyallen.com
          Joanna Flynn Newdeck    on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           jnewdeck@akingump.com, ddunn@akingump.com
          Joanna Flynn Newdeck    on behalf of Interested Party   UMB BANK, N.A., as Trustee
           jnewdeck@akingump.com, ddunn@akingump.com
          John A. Morris    on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
          John D. Demmy    on behalf of Creditor   Rexel, Inc. john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy    on behalf of Creditor   City of Dallas, Texas john.demmy@saul.com,
           robyn.warren@saul.com
          John D. Demmy    on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
           Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
           robyn.warren@saul.com
          John G. Harris    on behalf of Plaintiff   Avenue Capital Management II, LP
           jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff   York Capital Management Global Advisors, LLC
           jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff   P. Schoenfeld Asset Management LP
           jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
           mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
           mnicholls@bergerharris.com
          John H. Strock    on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John M. Seaman    on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
           seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
          John Mark Stern    on behalf of Creditor   Texas Comptroller of Public Accounts
           john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
          John P. Dillman    on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John R. Ashmead    on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna Darby    on behalf of Interested Party   Steag Energy Services, Inc.
           jdarby@foxrothschild.com, idensmore@foxrothschild.com
          Jon M. Chatalian    on behalf of Creditor   Pension Benefit Guaranty Corporation
           chatalian.jon@pbgc.gov, efile@pbgc.gov
          Jonathan L. Howell    on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
          Joseph Grey    on behalf of Interested Party   American Stock Transfer & Trust Company LLC
           jgrey@crosslaw.com, smacdonald@crosslaw.com
          Joseph Charles Barsalona II    on behalf of Debtor   Energy Future Holdings Corp.
           jbarsalona@mnat.com, mmaddox@mnat.com;rfusco@mnat.com
          Joseph Charles Barsalona II    on behalf of Plaintiff   Energy Future Holdings Corp.
           jbarsalona@mnat.com, mmaddox@mnat.com;rfusco@mnat.com
          Joseph D. Frank    on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
           mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
           mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
            mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Defendant    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
            Holdings, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Interested Party    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
            LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
            as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
            jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Interested Party    Charles H. Cremens. jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
            LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
            Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
            Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
            mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
            jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
            Objectors jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
            joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
            and collateral trustee, joshua.strum@ropesgray.com
          Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
            klein@kleinllc.com
          Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
          Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
            ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
            kmayer@mccarter.com
          Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
            kboucher@gklaw.com
          Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
            kathleen.murphy@bipc.com,  annette.dye@bipc.com
          Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
          Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
            kmiller@skjlaw.com,  llb@skjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
     Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
     L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
     keith.wofford@ropesgray.com
     Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
     successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
     keith.wofford@ropesgray.com
     Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
     raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
     Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
     donna.dotts@btlaw.com
     Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
     pgroff@btlaw.com;Kathy.lytle@btlaw.com
     Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
     kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
     Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
     Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
     Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
     Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
     Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
     Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
     Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
     Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
     Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
     Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
     Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
     klippman@munsch.com, lpannier@munsch.com
     Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
     debankruptcy@beneschlaw.com
     Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
     its capacity as the PCRB Trustee klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
     Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
     Indenture Trustee klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
     Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
     Company, N.A., as Indenture Trustee klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
     Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
     Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
     LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
     bankruptcy-2628@ecf.pacerpro.com
     Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
     kjarashow@goodwinprocter.com
     Kristhy M. Peguero    on behalf of Interested Party    Borealis Infrastructure Management Inc. ,
     kgradney@jw.com;ptomasco@jw.com
     Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
     in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
     llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
     Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
     kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
     Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
     the PCRB Trustee kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
     Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
     Indenture Trustee kgwynne@reedsmith.com,
     llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
     Kurtzman Carson Consultants LLC    info@kccllc.com
     L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
     learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
     L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
     docketclerk@stoel.com;april.mellen@stoel.com
     L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
     learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
     L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
     kgood@wtplaw.com
     L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com
     Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
     lshipkovitz@tuckerlaw.com
     Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee
     lpeterson@lowis-gellen.com
     Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lpeterson@lowis-gellen.com
     Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
     Second Lien Group ljones@pszjlaw.com
     Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
     ljones@pszjlaw.com
     Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
     Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
     Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszjlaw.com
     Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
     ljones@pszjlaw.com

District/off: 0311-1         User: LeslieM            Page 18 of 27              Date Rcvd: Nov 20, 2018
                            Form ID: van440          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                Laura Davis Jones  on behalf of Interested Party   Computershare Trust Company, N.A. and
                Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
                lien notes and the holders thereof. ljones@pszjlaw.com, efile1@pszjlaw.com
                Laura Davis Jones  on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
                EFIH Second Lien Group ljones@pszjlaw.com
                Laura Davis Jones  on behalf of Interested Party   Second Lien Indenture Trustee
                ljones@pszjlaw.com
                Laura Davis Jones  on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
                Objectors ljones@pszjlaw.com
                Laura Davis Jones  on behalf of Interested Party   EFIH Second Lien Indenture Trustee
                ljones@pszjlaw.com, efile1@pszjlaw.com
                Laura Davis Jones  on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
                Objectors ljones@pszjlaw.com, efile@pszyj.com
                Laura Davis Jones  on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
                ljones@pszjlaw.com, efile@pszyj.com
                Laurie Selber Silverstein  on behalf of Interested Party   EFIH First Lien DIP Agent
                bankruptcy@potteranderson.com
                Laurie Selber Silverstein  on behalf of Interested Party   Deutsche Bank AG New York Branch
                bankruptcy@potteranderson.com
                Learon John Bird  on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
                learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
                Lee Harrington  on behalf of Interested Party   American Stock Transfer & Trust Company LLC
                lharrington@nixonpeabody.com
                Lee B. Gordon  on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
                cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
                Linda J. Casey  on behalf of U.S. Trustee   U.S. Trustee Linda.Casey@usdoj.gov
                Lindsay Zahradka  on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
                Noteholders lzahradka@akingump.com
                Lindsay Zahradka  on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
                lzahradka@akingump.com
                Lino Mendiola, III  on behalf of Interested Party   Titus County Fresh Waster Supply District
                No. 1 linomendiola@andrewskurth.com
                Lino Mendiola, III  on behalf of Interested Party   Titus County Fresh Water Supply District
                No. 1 linomendiola@andrewskurth.com
                Lisa Cresci McLaughlin  on behalf of Interested Party   Fee Committee mmo@pgmhlaw.com
                Lorenzo Marinuzzi  on behalf of Interested Party   The Official Committee of TCEH Unsecured
                Creditors LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
                Lorri Staal  on behalf of Other Prof.   Garden City Group, LLC Pacerteam@choosegcg.com,
                lorri.staal@choosegcg.com
                Lorri Staal  on behalf of Claims Agent   Garden City Group, LLC Pacerteam@choosegcg.com,
                lorri.staal@choosegcg.com
                Lucian Borders Murley  on behalf of Creditor   Accenture LLP luke.murley@saul.com,
                robyn.warren@saul.com
                Lucian Borders Murley  on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
                luke.murley@saul.com, robyn.warren@saul.com
                Marc J. Phillips  on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
                mphillips@ckrlaw.com
                Marc J. Phillips  on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
                mphillips@ckrlaw.com
                Marc J. Phillips  on behalf of Creditor   Steering Committee of Cities Served by Oncor
                mphillips@ckrlaw.com
                Marc Stephen Casarino  on behalf of Creditor   Google Inc. casarinom@whiteandwilliams.com,
                debankruptcy@whiteandwilliams.com
                Maria A. Bove  on behalf of Interested Party   Computershare Trust Company, N.A., and
                Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
                Maria Aprile Sawczuk  on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
                marias@ecf.courtdrive.com
                Maria Aprile Sawczuk  on behalf of Creditor Miguel Oliveras Caraballo
                marias@restructuringshop.com, marias@ecf.courtdrive.com
                Mark Minuti  on behalf of Creditor   Electric Reliability Council of Texas, Inc.
                mark.minuti@saul.com, robyn.warren@saul.com
                Mark Andrew Fink  on behalf of Interested Party   The Official Committee of Unsecured Creditors
                of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
                Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
                ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
                Mark Andrew Fink  on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
                ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
                Mark Andrew Fink  on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
                mfink@mmwr.com, ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
                Mark Andrew Fink  on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
                Finance Inc., and EECI, Inc. mfink@mmwr.com,
                ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. mfink@mmwr.com,
          ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
          Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
          michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
          Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
          KOTWICK@SEWKIS.COM
          Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
          and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark D. Olivere   on behalf of Interested Party   Berkshire Hathaway Energy Company
          olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
          MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
          MBrickley@cozen.com;mmillis@cozen.com
          Mark F. Hebbeln   on behalf of Interested Party   UMB BANK, N.A., as Trustee mhebbeln@foley.com,
          jsorrels@foley.com,opetukhova@foley.com
          Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
          opetukhova@foley.com
          Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) rosenberg@sullcrom.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
          LLC mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
          mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
          mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
          mchehi@skadden.com,  debank@skadden.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
          mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
          mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
          mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
          mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
          mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Defendant   NextEra Energy, Inc. mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc.,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
          II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
          rogers@lrclaw.com;delloe@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          mbrown@whitecase.com
          Matthew G. Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com,
          lanoc@ballardspahr.com
          Matthew G. Summers   on behalf of Creditor   Louisiana Energy Services, LLC
          summersm@ballardspahr.com,  lanoc@ballardspahr.com
          Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
                    Noteholders mlahaie@akingump.com
                Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
                    mlahaie@akingump.com
                Michael A. Paskin    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
                    mpaskin@cravath.com
                Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
                    debaecke@blankrome.com
                Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A., as First Lien
                    Collateral Agent debaecke@blankrome.com
                Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
                    Agent and First Lien Administrative Agent debaecke@blankrome.com
                Michael David Debaecke    on behalf of Creditor    Wilmington Trust, N.A., as Successor TCEH First
                    Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com
                Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
                    debaecke@blankrome.com
                Michael G. Busenkell    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
                    comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Interested Party    Tannor Partners Credit Fund LP
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Creditor    Sunrise Partners Limited Partnership
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Creditor    Marathon Asset Management, LP
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Interested Party    York Capital Management Global Advisors,
                    LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Creditor    Mudrick Capital Management, L.P.
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Interested Party    Marathon Asset Management, LP
                    mbusenkell@gsbblaw.com
                Michael G. Busenkell    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
                    Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
                    Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
                Michael H. Torkin    on behalf of Creditor Committee    The Official Committee of Unsecured
                    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                    Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
                Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
                    by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
                Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
                    sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
                Michael Joseph Joyce    on behalf of Interested Party    Fidelity Management & Research Company
                    mjoyce@oelegal.com
                Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
                    matchley@popehardwicke.com
                Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
                    matchley@popehardwicke.com
                Michael P. Esser    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                    michael.esser@kirkland.com
                Michael P. Esser    on behalf of Plaintiff    Energy Future Holdings Corp.
                    michael.esser@kirkland.com
                Michael P. Esser    on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
                Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
                    Objectors mmcmahon@cullenanddykman.com
                Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
                    tsalter@jw.com;ldooley@jw.com
                Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
                    mblacker@jw.com,   tsalter@jw.com;ldooley@jw.com
                Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
                    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                    Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,   ECFdocuments@pacerpro.com
                Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
                    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
                    Finance Inc., and EECI, Inc. nramsey@mmwr.com,   ECFdocuments@pacerpro.com
                Neil B. Glassman    on behalf of Creditor    CSC Trust Company of Delaware, as Successor
                    Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
                    nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
                Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
                    Trustee bankserve@bayardfirm.com,   nglassman@bayardfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
  bankserve@bayardfirm.com, nglassman@bayardfirm.com
Nicholas D. Mozal   on behalf of Defendant   Angelo Gordon & Co., LP nmozal@ramllp.com
Nicholas D. Mozal   on behalf of Defendant   Apollo Advisors VII, L.P. nmozal@ramllp.com
Nicholas D. Mozal   on behalf of Interested Party   Titan Investment Holdings LP nmozal@ramllp.com
Nicholas D. Mozal   on behalf of Defendant   Brookfield Asset Management Private Institutional
  Capital Adviser (Canada), L.P. nmozal@ramllp.com
Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
  Indenture Trustee nbrannick@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
  successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com
Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
  nicole.mignone@texasattorneygeneral.gove
Noah Hagey   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
  Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
  Partnership hagey@braunhagey.com, tong@braunhagey.com;capehart@braunhagey.com
Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
  Collateral Trustee, npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
  indenture trustee and collateral trustee npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
  Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
  Indenture Trustee npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
  omar.alaniz@bakerbotts.com
Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
  omar.alaniz@bakerbotts.com
Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
  tpope@pbfcm.com;osonik@ecf.inforuptcy.com
Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
  tpope@pbfcm.com;osonik@ecf.inforuptcy.com
Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
  pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
  pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
  pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
  pwp@pattiprewittlaw.com
Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
  bankfilings@ycst.com
Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
  Second Lien Group pkeane@pszjlaw.com
Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
  adam.malatesta@lw.com
R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
  spappa@svglaw.com,cwalters@svglaw.com
R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
  bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
  bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
  Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
  lien notes and the holders thereof. rringer@kramerlevin.com,
  ABYowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
  com;corporate-reorg-1449@ecf.pacerpro.com
Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
  rlemisch@klehr.com
Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
  rlemisch@klehr.com
Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
               rhayes@foley.com
              Reed A. Heiligman    on behalf of Creditor    Experian Marketing Solutions, Inc.
               rheiligman@fgllp.com, ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Interested Party    PI Law Firms rheiligman@fgllp.com,
               ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor    Experian Information Solutions, Inc.
               rheiligman@fgllp.com, ccarpenter@fgllp.com
              Richard A. Barkasy    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
               rbarkasy@schnader.com
              Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
               rbarkasy@schnader.com
              Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
               rbarkasy@schnader.com
              Richard L. Schepacarter    on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
              Robert J. Feinstein    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company, N.A.
               rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company of Canada
               rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
               andrew.groesch@dbr.com
              Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
               bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Defendant    Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand    on behalf of Interested Party Allen    Shrode streusand@slollp.com,
               prentice@slollp.com
              Samuel Lee Moultrie    on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
               scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
               Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
               and The Liverpool Limited Partnership scousins@bayardlaw.com,
               lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott J. Leonhardt    on behalf of Interested Party Paul    Keglevic leonhardt@teamrosner.com
              Scott J. Leonhardt    on behalf of Interested Party Anthony    Horton leonhardt@teamrosner.com
              Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com/afee@cgsh.com
              Sean A. O'Neal    on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com/afee@cgsh.com
              Sean M. Brennecke    on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com, state@klehr.com
              Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Simon E. Fraser    on behalf of Interested Party    J Aron & Company sfraser@cozen.com
              Simon E. Fraser    on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com
              Simon E. Fraser    on behalf of Interested Party    J. Aron & Company sfraser@cozen.com
              Simon E. Fraser    on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling    on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman    on behalf of Interested Party    Union Pacific Railroad Company
               snewman@ashby-geddes.com
              Stacy L. Newman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
               moody@ecf.inforuptcy.com
              Stephanie Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
              Stephanie Wickouski    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com,
               dortiz@bclplaw.com
              Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company of Canada
               stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
              Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company, N.A.
               stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
              Stephen Karotkin    on behalf of Plaintiff    Third Avenue Management LLC
               stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
               frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen  Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
          stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
          stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
          stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
          sstapleton@cowlesthompson.com
          Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
          stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
          Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee smiller@morrisjames.com,
          wweller@morrisjames.com;jdawson@morrisjames.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
          steven.serajeddini@kirkland.com
          Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          steven.serajeddini@kirkland.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
          skaufman@skaufmanlaw.com
          Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
          ttacconelli@ferryjoseph.com
          Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
          mdunwody@tbf.legal
          Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
          Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
          Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@foxrothschild.com,
          idensmore@foxrothschild.com
          Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC
          thoran@foxrothschild.com,  idensmore@foxrothschild.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@foxrothschild.com,
          idensmore@foxrothschild.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          thoran@foxrothschild.com,  idensmore@foxrothschild.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
          Agent hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
          Agent and First Lien Administrative Agent hooper@sewkis.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
          under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
          tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
          daluzt@ballardspahr.com,  lanoc@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
          daluzt@ballardspahr.com,  lanoc@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
          Advantage Fund daluzt@ballardspahr.com,  lanoc@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
          Income Fund daluzt@ballardspahr.com,  lanoc@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
          High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  lanoc@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
          daluzt@ballardspahr.com,  lanoc@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
          US High Yield Pool daluzt@ballardspahr.com,  lanoc@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
          Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
          daluzt@ballardspahr.com,  lanoc@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Tobey M. Daluz     on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com,
             lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
             Portfolio daluzt@ballardspahr.com,  lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com,
             lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    FIL Investments International (FII)
             daluzt@ballardspahr.com,  lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
             Income Fund daluzt@ballardspahr.com,  lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
             daluzt@ballardspahr.com,  lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
             Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com,
             lanoc@ballardspahr.com
            Tobey M. Daluz     on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
             Fund daluzt@ballardspahr.com,  lanoc@ballardspahr.com
            Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
             successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
             cathlyn.canteil@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
            Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
            Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
            Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
             dellose@lrclaw.com;ramirez@lrclaw.com
            Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
             semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
             semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
             semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
             semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
             semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
             rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
             semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
             rbgroup@rlf.

District/off: 0311-1        User: LeslieM           Page 25 of 27              Date Rcvd: Nov 20, 2018
                            Form ID: van440          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Tyler D. Semmelman     on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Southwestern Electric Service Company, Inc.
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    NCA Resources Development Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Energy Industries Company, Inc.
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Big Brown Mining Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH Australia (No. 2) Holdings Company
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
           rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Tyler D. Semmelman   on behalf of Debtor   DeCordova II Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
           Tyler D. Semmelman   on behalf of Debtor   4Change Energy Company semmelman@rlf.com,
           rbgroup@rlf.com
           Tyler D. Semmelman   on behalf of Debtor   Lone Star Pipeline Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
           U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
           Victoria D. Garry   on behalf of Interested Party   Ohio Department of Taxation
           vgarry@ag.state.oh.us
           Vincent E. Lazar   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
           vlazar@jenner.com
           Vincent E. Lazar   on behalf of Interested Party   Charles H. Cremens. vlazar@jenner.com
           Ward W. Benson   on behalf of Creditor   UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
           Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
           Ward W. Benson   on behalf of Creditor   United States of America on Behalf of the Internal
           Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
           Warren A. Usatine   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee wusatine@coleschotz.com,  pratkowiak@coleschotz.com
           Wendy B. Reilly   on behalf of Creditor   Evercore Group LLC wbreilly@debevoise.com,
           mao-bk-ecf@debevoise.com
           William A. Haseltine   on behalf of Creditor   Mastercraft Printed Products & Services, Inc.
           Bankruptcy001@sha-llc.com
           William A. Romanowicz   on behalf of Debtor   Lake Creek 3 Power Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFIH Finance Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Big Brown 3 Power Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
           rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Brighten Energy LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Texas Utilities Electric Company, Inc.
           rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFH CG Management Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFH Corporate Services Company rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFH CG Holdings Company LP rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
           rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Southwestern Electric Service Company, Inc.
           rbgroup@rlf.com
           William A. Romanowicz   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   LSGT Gas Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFH FS Holdings Company rbgroup@rlf.com
           William A. Romanowicz   on behalf of Defendant   EFIH Finance Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Brighten Holdings LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Generation Development Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Eagle Mountain Power Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EEC Holdings, Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   LSGT SACROC, Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   DeCordova Power Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
           rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Generation MT Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Lone Star Energy Company, Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Big Brown Power Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Luminant Renewables Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Lone Star Pipeline Company, Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   4Change Energy Holdings LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Generation SVC Company rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EFH Renewables Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   EECI, Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   Big Brown Lignite Company LLC rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
           William A. Romanowicz   on behalf of Debtor   4Change Energy Company rbgroup@rlf.com
           William D. Sullivan   on behalf of Creditor   Capgemini America, Inc. wdsecfnotices@sha-llc.com
           William E Kelleher, Jr   on behalf of Creditor   Westinghouse Electric Company LLC
           wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com.
           William E. Chipman, Jr.   on behalf of Interested Party   Berkshire Hathaway Energy Company
           chipman@chipmanbrown.com,  dero@chipmanbrown.com
           William E. Chipman, Jr.   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
           Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com

District/off: 0311-1          User: LeslieM              Page 27 of 27              Date Rcvd: Nov 20, 2018
                             Form ID: van440            Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William E. Chipman, Jr.   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            chipman@chipmanbrown.com,  dero@chipmanbrown.com
          William F. Taylor, Jr.   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
            bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William Mark Alleman, Jr   on behalf of Interested Party   Fee Committee WAlleman@beneschlaw.com,
            debankruptcy@beneschlaw.com
          William P. Weintraub   on behalf of Creditor   Aurelius Capital Management, LP
            wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
            its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro   on behalf of Debtor   Energy Future Holdings Corp. shapiro@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                     TOTAL: 1017