# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 11/26/2018
Calendar Time: 04:00 PM ET

Amended Calendar Nov 26 2018 5:21AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9450001 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9451103 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9449952 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor/Claimant, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9451333 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9450099 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9452224 | Christopher Esbrook | (312) 319-7680 ext. | Esbrook Law | Interested Party, Paul Keglevic and Anthony Horton / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9452389 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Elliott Management Corp, UMB Bank, N.A. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9451097 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9451061 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz Benson & Torres LLP | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9449858 | Brian D. Glueckstein | (212) 558-1635 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9453959 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9451091 | Daniel K. Hogan | (302) 656-7597 ext. | Hogan McDaniel | Interested Party, Shirley Fenicle / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 2

13640

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9450056 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9452215 | Scott J. Leonhardt | (302) 777-1111 ext. | The Rosner Law Group LLC | Interested Party, Paul Keglevic and Anthony Horton / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9450112 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451076 | David Mark | (212) 506-1990 ext. | Kasowitz Benson & Torres LLP | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451053 | Garvan McDaniel | (302) 656-7540 ext. | Hogan McDaniel | Creditor, Farmstead Capital Management, LLC et al / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451099 | Matthew L. McGinnis | (617) 951-7567 ext. 00 | Ropes & Gray, LLP | Creditor, Elliott Management Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9452615 | Carl Neff | (302) 654-7444 ext. | Fox Rothschild LLP | Creditor, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451117 | Morgan Nighan | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451114 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451073 | David Rosner | (212) 506-1726 ext. | Kasowitz Benson & Torres LLP | Client, Ad Hac Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9449826 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451183 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9453906 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9450087 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9451184 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9450076 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |