IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: **Energy Future Holdings Corp. et al.**

---

**Elliott Associates, L.P.**

**Elliott International, L.P.**

**The Liverpool Limited Partnership**

**UMB Bank, N.A.**

|  |  |  |
|---|---|---|
| Appellants, | ) | Civil Action No.   18-1823   UNA |
| v. | ) | |
|  | ) | Bankruptcy Case No. 14-10979(CSS) |
|  | ) | BAP No. 18-56 |

**EFH Plan Administrator Board**

**Ad Hoc EFH Claimants**

**EFH Indenture Trustee**

Appellees,

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/05/18 was docketed in the District Court on 11/20/18:

## ORDER FIXING APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino

Clerk of Court

Date:   11/20/18

To:   U.S. Bankruptcy Court

Counsel via CM/ECF