## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 28, 2018, a true and correct copy of *The Ad Hoc EFH Claimants' Objection to Motion of UMB Bank, N.A., as Indenture Trustee, and Elliot for Entry of an Order Amending the Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* was caused to be served via the ECF service list and upon the following parties via email:

| | |
|---|---|
| Mark McKane, Esq.<br>Michael P. Esser, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>Email: mmckane@kirkland.com<br>michael.esser@kirkland.com | Aparna Yenamandra, Esq.<br>McClain Thompson, Esq.<br>Patrick Venter, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Email: aparna.yenamandra@kirkland.com<br>mcclain.thompson@kirkland.com<br>patrick.venter@kirkland.com |
| Erin R. Fay, Esq.<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Email: efay@bayardlaw.com | Jason M. Madron, Esq.<br>Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801<br>Email: madron@rlf.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service

address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Morgan C. Nighan, Esq. | Daniel G. Egan, Esq. |
| Richard Pedone, Esq. | Gregg M. Galardi, Esq, |
| Brianna Nassif, Esq. | Matthew McGinnis, Esq. |
| Nixon Peabody LLP | Ropes & Gray |
| 100 Summer Street | 1211 Avenue of the Americas |
| Boston, MA 02110-2131 | New York, NY 10036-8704 |
| Email: mnighan@nixonpeabody.com | Email: daniel.egan@ropesgray.com |
| rpedone@nixonpeabody.com | gregg.galardi@ropesgray.com |
| bnassif@nixonpeabody.com | matthew.mcginnis@ropesgray.com |

Dated: November 28, 2018
   Wilmington, Delaware       Respectfully submitted,

                   */s/Garvan F. McDaniel*
                   Garvan F. McDaniel (DE Bar No.4167)
                   **HOGAN♦MCDANIEL**
                   1311 Delaware Avenue
                   Wilmington, Delaware 19806
                   Telephone: (302) 656.7540
                   Facsimile: (302) 656.7599
                   E-Mail: gmcdaniel@dkhogan.com