## CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that, on this 3rd day of December 2018, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served upon the following individuals *via* first-class mail.

Richards, Layton & Finger, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, DE 19801

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, P.C.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, NY 10022-4611

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654

Office of the United States Trustee
Richard L. Schepacarter, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

White & Case LLP
J. Christopher Shore, Esq.
Gregory Starner, Esq.
1221 Avenue of the Americas
New York, NY 10036

White & Case LLP
Thomas Lauria, Esq.
Matthew Brown, Esq.
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Dated: December 3, 2018
Wilmington, Delaware

/s/ *Laurel D. Roglen*
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP