IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CROSS-APPEAL

**PLEASE TAKE NOTICE** that Appellees/Cross-Appellants The Ad Hoc EFH

Claimants,[1] by and through their undersigned counsel Kasowitz Benson Torres LLP and Hogan

♦ McDaniel, pursuant to 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8002, 8003, and 8016,

hereby cross-appeal to the United States District Court for the District of Delaware from the

November 5, 2018 *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as*

*Between the EFH and EFIH Debtors* [D.I. 13604] (the "Allocation Order") entered by the

Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware,

attached hereto as Exhibit A, including without limitation, any and all findings of fact and

conclusions of law, orders, judgments, decrees, decisions, rulings, and opinions that may be

entered regarding or merged into the Allocation Order.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the judgment,

order, or decree from which the Appellees/Cross-Appellants appeal, and the names, addresses,

and telephone numbers of their counsel are as follows:

---

[1]     The Ad Hoc EFH Claimants include (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P.,
(c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc., and (e) Farmstead Capital
Management, LLC, and each of their related funds. *Verified Amended Statement of Kasowitz Benson Torres LLP
and Hogan ♦ McDaniel Pursuant to Bankruptcy Rule 2019* [D.I. No. 13327] at ¶¶ 3-4.

| Party | Counsel |
|---|---|
| Ad Hoc EFH Claimants | **HOGAN MCDANIEL**<br>Garvan F. McDaniel, Esq. (No. 4167)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br><br>- and -<br><br>**KASOWITZ BENSON TORRES LLP**<br>David S. Rosner<br>Andrew K. Glenn<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700 |
| American Stock Transfer & Trust Company LLC | **CROSS & SIMON, LLC**<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br><br>- and –<br><br>**NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000 |

| Party | Counsel |
|---|---|
| Elliott Associates, L.P., Elliott International L.P., and the Liverpool Limited Partnership | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br><br>- and –<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>Matthew I. McGinnis<br>Daniel G. Egan<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000 |
| UMB Bank, N.A. | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br><br>- and –<br><br>**ROPES & GRAY LLP**<br>Gregg m. Galardi<br>Matthew I. McGinnis<br>Daniel G. Egan<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000 |

| Party | Counsel |
|---|---|
| EFH Plan Administrator Board | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br><br>- and –<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>- and –<br><br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000 |

Dated:  December 3, 2018
        Wilmington, Delaware

HOGAN ♦ MCDANIEL

By: /s/ *Garvan F. McDaniel*
Garvan F. McDaniel, Esq. (DE #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile:  (302) 656-7599
Email:  gfmcdaniel@dkhogan.com

– and –

KASOWITZ BENSON TORRES LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  drosner@kasowitz.com
        aglenn@kasowitz.com

*Co-Counsel to the Ad Hoc EFH Claimants*