**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| *Debtors.* | ) (Jointly Administered) |
|  | ) |
|  | **Re: D.I. 13604, 13626** |

**APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE NOVEMBER 5,
2018 ORDER FIXING APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND
EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS**

UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25%
Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The
Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee,
"Appellants"), hereby provide, pursuant to Rule 8009 of the Federal Rules of Bankruptcy
Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the
United States Bankruptcy Court for the District of Delaware, the following statement of issues
and designation of the items to be included in the record in connection with Appellants' appeal
from the November 5, 2018 *Order Fixing Appropriate Allocation of Certain Reserves and
Expenses as Between the EFH and EFIH Debtors* [D.I. 13604] (the "Allocation Order")[2] entered
by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these
chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four
digits of their federal tax identification numbers is not provided herein. A complete list of such information may
be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Allocation Order.

**STATEMENT OF ISSUES ON APPEAL**

1.      Whether the Bankruptcy Court erred by finding that the NextEra Termination Fee, to the extent it becomes Allowed (as defined in the Plan) and payable, is allocated 5.4% to EFH and 94.6% to EFIH.

2.      Whether the Bankruptcy Court erred by finding that the Kirkland and Evercore Fees, to the extent such fees are Allowed (as defined in the Plan), are allocated 16% to EFH and 84% to EFIH.

**DESIGNATION OF RECORD ON APPEAL**

Appellants hereby designate the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| | Item | Filing/Entry Date | Docket No.[3] |
|---|---|---|---|
| 1. | Letter Regarding Request for Status Conference Regarding Administrative Expense Application | 3/26/2018 | 12853 |
| 2. | Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Regarding D.I. 12671 and D.I. 12844 and Related March 28, 2018 Status Conference | 3/27/2018 | 12866 |
| 3. | Letter from Gregg M. Galardi to the Honorable Christopher S. Sontchi Regarding D.I. 12866 | 3/28/2018 | 12870 |
| 4. | Transcript regarding Hearing Held March 28, 2018 | 3/29/2018 | 12887 |
| 5. | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 5/13/2018 | 13102 |
| 6. | Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 5/15/2018 | 13113 |
| 7. | The EFH/EFIH Official Committee's (I) Response to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (II) Preliminary Objection to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 5/29/2018 | 13146 |

[3] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS).

| 8. | EFH Indenture Trustee's (A) Response to Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (B) Preliminary Objection with Respect to the Joint Motion of UMB Bank, N.A. as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 5/29/2018 | 13148 |
| 9. | Joint Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 5/29/2018 | 13149 |
| 10. | Response of the EFH Plan Administrator Board to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 5/29/2018 | 13150 |
| 11. | EFH Plan Administrator Board's Reply in Support of the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 5/31/2018 | 13163 |
| 12. | Omnibus Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Their Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 5/31/2018 | 13164 |
| 13. | Objection and Statement of Ad Hoc EFH Claimants To Joint Motion of UMB Bank., N.A. as Indenture Trustee and Elliot to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and the EFIH Debtors | 6/1/2018 | 13168 |
| 14. | Transcript regarding Hearing Held 6/5/2018 | 6/6/2018 | 13184 |

| | | | |
|---|---|---|---|
| 15. | Letter from Gregg M. Galardi to the Honorable Christopher S. Sontchi regarding EFH Plan Administrator Board's Proposed Participation in the Allocation Dispute | 6/11/2018 | 13190 |
| 16. | Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Following June 5, 2018 Hearing Concerning the EFH Plan Administrator Board's Requested Participation in the Allocation Litigation | 6/11/2018 | 13191 |
| 17. | Letter to The Honorable Christopher S. Sontchi from Richard C. Pedone, Esq. Regarding Allocation Dispute | 6/11/2018 | 13192 |
| 18. | Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols In Connection With the Joint Motion of UMB Bank NA as Indenture Trustee and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 6/11/2018 | 13193 |
| 19. | Transcript regarding Hearing Held June 14, 2018 | 6/14/2018 | 13210 |
| 20. | Order | 6/19/2018 | 13221 |
| 21. | Notice of Appeal | 6/21/2018 | 13229 |
| 22. | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott For Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute | 6/22/2018 | 13235 |
| 23. | Motion of UMB Bank, N.A., As Indenture Trustee, and Elliott For Entry of an Order Shortening Notice With Respect to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott For Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute. | 6/22/2018 | 13236 |
| 24. | Limited Preliminary Statement of Kirkland & Ellis LLP as Debtors' Counsel in Response to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 6/29/2018 | 13255 |

| 25. | Motion of Withdrawal of Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott For Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute | 7/9/2018 | 13266 |
|---|---|---|---|
| 26. | Order (Amended) Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 8/8/2018 | 13347 |
| 27. | Transcript from Hearing Held August 6, 2018 | 8/9/2018 | 13349 |
| 28. | Order (Second Amended) Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 8/17/2018 | 13373 |
| 29. | Final Written Submission of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 8/30/2018 | 13414 |
| 30. | Final Written Submission of EFH Plan Administrator Board Objecting to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 8/30/2018 | 13416 |
| 31. | The EFH Indenture Trustee's Pretrial Written Submission in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 8/30/2018 | 13417 |

| 32. | Final Written Submission of Ad Hoc EFH Claimants in Support of their Objection to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 8/30/2018 | 13419 |
|---|---|---|---|
| 33. | Joint Stipulated Pre-Trial Order | 8/31/2018 | 13426 |
| 34. | Transcript regarding Hearing Held 9/4/2018 | 9/5/2018 | 13454 |
| 35. | Transcript regarding Hearing Held 9/5/2018 | 9/7/2018 | 13473 |
| 36. | Stipulation and Order (including all deposition designations and exhibits cited therein) | 9/7/2018 | 13469 |
| 37. | Transcript regarding Hearing Held 8/30/2018 | 9/7/2018 | 13470 |
| 38. | Transcript regarding Hearing Held 9/6/2018 | 9/7/2018 | 13474 |
| 39. | Transcript regarding Hearing Held 9/7/2018 | 9/11/2018 | 13482 |
| 40. | Amended and Superseding Stipulation and Order (including all deposition designations and exhibits cited therein) | 9/20/2018 | 13510 |
| 41. | UMB Bank, N.A., and Elliott's Proposed Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 9/27/2018 | 13521 |
| 42. | The EFH Plan Administrator Board's Proposed Findings of Fact and Conclusions of Law Regarding the EFH/EFIH Allocation Dispute | 9/27/2018 | 13522 |
| 43. | The Ad Hoc EFH Claimants' Proposed Findings of Fact and Conclusions of Law Regarding Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 9/27/2018 | 13523 |

| | | | |
|---|---|---|---|
| 44. | EFH Indenture Trustee's Joinder and Supplemental Proposed Findings of Fact and Conclusions of Law in Connection with Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 9/27/2018 | 13524 |
| 45. | Transcript (Revised) regarding Hearing Held 9/6/18 | 9/28/2018 | 13530 |
| 46. | Transcript regarding Hearing Held 10/26/2018 | 10/29/2018 | 13590 |
| 47. | Findings of Fact and Conclusions of Law on Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 10/31/2018 | 13599 |
| 48. | Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 11/5/2018 | 13604 |
| 49. | Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Amending the (A) Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors and (B) Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 11/14/2018 | 13620 |
| 50. | Notice of Appeal | 11/19/2018 | 13626 |
| 51. | Objection of Ad Hoc EFH Claimants to Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Amending the Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 11/28/2018 | 13644 |

Appellants reserve the right to amend, modify, and/or supplement the foregoing issues and designations.

**CERTIFICATION REGARDING TRANSCRIPTS**

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellants hereby certify that they are not ordering any transcripts.  All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

*[Remainder of Page Intentionally Left Blank*]

Dated: December 3, 2018
      Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

– and –

**ROPES & GRAY LLP**
Gregg M. Galardi
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com

**ROPES & GRAY LLP**
Matthew L. McGinnis
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Matthew.McGinnis@ropesgray.com

*Counsel for UMB Bank, N.A., as Trustee, and Elliott*