**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Ref No. 13646 |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on December 3, 2018, a true and correct copy of *The Ad Hoc EFH Claimants' Notice of Cross-Appeal* was caused to be served upon the following parties via CM/ECF and First Class mail:

Mark McKane, Esq.
Michael P. Esser, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mmckane@kirkland.com
michael.esser@kirkland.com

Aparna Yenamandra, Esq.
McClain Thompson, Esq.
Patrick Venter, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: aparna.yenamandra@kirkland.com
mcclain.thompson@kirkland.com
patrick.venter@kirkland.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Email: madron@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Morgan C. Nighan, Esq.<br>Richard Pedone, Esq.<br>Brianna Nassif, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>Email: mnighan@nixonpeabody.com<br>rpedone@nixonpeabody.com<br>bnassif@nixonpeabody.com | Daniel G. Egan, Esq.<br>Gregg M. Galardi, Esq,<br>Matthew McGinnis, Esq.<br>Ropes & Gray<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Email: daniel.egan@ropesgray.com<br>gregg.galardi@ropesgray.com<br>matthew.mcginnis@ropesgray.com |

Dated: December 4, 2018
     Wilmington, Delaware

Respectfully submitted,

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com