**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*<br><br>*Debtors* | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: D.I. 13635** <br> ) |

**UMB BANK'S AND ELLIOTT'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE OCTOBER 25, 2018 ORDER GRANTING THE JOINT MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT TO DIRECT THE EFH PLAN ADMINISTRATOR BOARD TO RELEASE AND DISTRIBUTE ALL FUNDS IN THE NEE PLAN RESERVE**

UMB Bank, N.A., as Indenture Trustee ("UMB Bank") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") hereby designate, pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the following additional items (including any and all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein) to be included in the record in connection with the appeal of NextEra Energy, Inc. ("NextEra") from the Order, entered on October 25, 2018 [D.I. 13584] (the "Order"), granting the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve*, filed on September 19, 2018 [D.I. 13497]:

|   | Item | Filing/Entry Date | D.I.[1] |
|---|---|---|---|
| 1. | Notice of Order Entered by the Public Utility Commission of Texas in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* | 04/13/2017 | 11152 |
| 2. | Notice of Order Entered by the Public Utility Commission of Texas in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* | 06/09/2017 | 11325 |
| 3. | Notice of Order Entered by the Public Utility Commission of Texas in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* | 06/29/2017 | 11398 |
| 4. | Notice of Filing of the Second Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 03/08/2018 | 12798 |
| 5. | Notice of Completion of Briefing | 04/24/2018 | 13028 |
| 6. | Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 11/05/2018 | 13604 |

## **RESERVATION OF RIGHTS**

UMB Bank and Elliott expressly reserve the right to (i) amend, modify, and supplement the foregoing designations, (ii) object to or otherwise move to strike some or all of the items designated by NextEra or any other party to be included in the record on appeal from the Order,

---

[1] Unless otherwise indicated, all references herein to "D.I." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) (Bankr. D. Del.).

and (iii) present a counterstatement of the issues on appeal in their appellate brief pursuant to Bankruptcy Rule 8014(b).

Wilmington, Delaware
Dated: December 5, 2018

**BAYARD, P.A.**

*/s/ Erin R. Fay*_____
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com

–and–

**ROPES & GRAY LLP**
Gregg M. Galardi
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com

**ROPES & GRAY LLP**
Matthew L. McGinnis
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Matthew.McGinnis@ropesgray.com

*Counsel for UMB Bank, N.A., as Trustee, and Elliott*