## **CERTIFICATE OF SERVICE**

I, Erin R. Fay, hereby certify that on this 5th day of December, 2018, I caused copies of the **UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal from the October 25, 2018 Order Granting the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve** to be served via first class mail on the parties listed below:

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Joseph D. Wright, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Richards, Layton & Finger, P.A.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
One Rodney Square
920 North King Street
Wilmington, DE 19801

Howard Seife, Esq.
Andrew Rosenblatt, Esq.
Eric Daucher, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

Robin Ball, Esq.
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, California 90071

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Marc Kieselstein, P.C.
James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Mark E. McKane, P.C.
Michael P. Esser
555 California Street
San Francisco, CA 94104

Kirkland & Ellis LLP
McClain Thompson
Aparna Yenamandra
601 Lexington Ave.
New York, New York 10022

*/s/    Erin R. Fay*
Erin R. Fay (No. 5268)