## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 13599, 13604, 13620** |

## THE EFH PLAN ADMINISTRATOR BOARD'S RESERVATION OF RIGHTS REGARDING ELLIOTT'S MOTION TO AMEND ALLOCATION RULING

The EFH Plan Administrator Board (the "PAB") submits this reservation of rights regarding the *Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Amending the (A) Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors and (B) Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors*, dated November 14, 2018 [D.I. 13620] (the "Motion to Amend") which concerns this Court's *Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors*, entered October 31, 2018 [D.I. 13599] (the "Findings and Conclusions") and *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors*, entered November 5, 2018 [D.I. 13604].[1]

## RESERVATION OF RIGHTS

1. The PAB does not take a position on the Motion to Amend. The Motion to Amend concerns the allocation of the NextEra Termination Fee Claim, which has not been

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the same meanings given to them in the Findings and Conclusions.

allowed in any amount.  As a result, the PAB believes that any further litigation regarding the allocation of the NextEra Termination Fee Claim is not value-maximizing.

2.    To the extent that a hearing goes forward on the Motion to Amend, the PAB reserves all of its rights at such hearing.  The PAB further reserves its rights to the extent that any administrative claim asserted by NextEra becomes allowed in any amount and any party takes a position regarding the allocation of such allowed claim.

*[Remainder of page intentionally left blank.]*

Dated: December 5, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*