In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Final Fee Applications**

**Exhibit A**

| | Applicant | Compensation Period | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | FINAL Fees Approved | FINAL Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Shaw Fishman Glantz & Towbin LLC [D.I. 13014 - First and Final Fee Application] | 08/14/2017 - 03/09/2018 | $31,877.00 | $6,344.40 | $282.89 | $31.00 | $25,532.60 | $251.89 |
| 2 | Kirkland & Ellis [D.I. 13019 - Final Fee Application] | 04/29/2014 - 03/09/2018 | $172,805,511.20 | $507,166.55 | $10,433,832.69 | $36,176.00 | $172,298,344.65 | $10,397,656.69 |
| 3 | Proskauer Rose LLP - Final Fee Application [D.I. 13021] | 11/19/2014 - 03/09/2018 | $22,998,289.61 | $875,000.00 | $459,756.06 | $0.00 | $22,123,289.61 | $459,756.06 |

19792982.1