## KIRKLAND & ELLIS LLP
### INTERIM FEE APPLICATION SUMMARY

| Application & Docket Number | Interim Compensation Period & Dates | Requested | | Approved | | Interim Order Date & Docket Number |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| First [D.I. 2683] | First 4/29/2014 to 8/31/2014 | $25,600,790.50 | $1,248,049.03 | $24,511,927.32 | $1,122,860.04 | 1/26/2015 [D.I. 3365] |
| Second [D.I. 3659] | Second 9/1/2014 to 12/31/2014 | $25,084,064.00 | $1,984,872.90 | $23,423,494.51 | $1,755,304.93 | 6/24/2015 [D.I. 4843] |
| Third [D.I. 4773] | Third 1/1/2015 to 4/30/2015 | $28,712,575.50 | $3,047,572.82 | $28,214,940.60 | $2,906,690.80 | 10/26/2015 [D.I. 6667] |
| Fourth [D.I. 6484] | Fourth 5/1/2015 to 8/31/2015 | $25,374,478.00 | $1,829,505.70 | $25,120,840.75 | $1,728,431.31 | 2/18/2016 [D.I.7883] |
| Fifth [D.I. 7708] | Fifth 9/1/2015 to 12/31/2015 | $20,074,835.50 | $1,256,581.06 | $19,500,692.25 | $1,183,764.87 | 6/27/2016 [D.I, 8824] |
| Sixth [D.I. 8736] | Sixth 1/1/2016 to 4/30/2016 | $6,832,541.50 | $422,706.64 | $6,197,147.55 | $333,509.07 | 10/27/2016 [D.I. 9963] |
| Seventh [D.I. 9844] | Seventh 5/1/2016 to 8/31/2016 | $15,935,849.50 | $590,119.93 | $15,732,906.30 | $530,438.85 | 1/24/2017 [D.I. 10706] |
| Eighth [D.I. 10840] | Eighth 9/1/2016 to 12/31/2016 | $8,239,650.00 | $318,796.13 | $8,065,781.00 | $287,714.85 | 7/10/2017 [D.I. 11437] |
| Ninth [D.I. 11349] | Ninth 1//1/2017 to 4/30/2017 | $6,309,112.50 | $222,741.03 | $6,211,600.87 | $208,883.03 | 11/3/2017 [D.I. 12171] |
| Tenth [D.I. 12071] | Tenth 5/1/2017 to 8/31/2017 | $10,208,548.00 | $251,875.14 | $9,967,310.75 | $230,473.44 | 9/11/2018 [D.I. 13483] |
| Eleventh [D.I. 12635] | Eleventh 9/1/2017 to 12/31/2017 | $3,442,137.50 | $58,404.97 | $3,331,132.75 | $61,649.52 | 5/31/2018 [D.I. 13159] |

| Twelfth [D.I. 12961] | Twelfth 1/1/2018 to 3/9/2018 | $2,576,688.00 | $63,195.02 | $2,520,570.00 | $57,490.37 | 9/28/2018 [D.I. 13527] |
|---|---|---|---|---|---|---|
| **Total of Fees and Expenses Approved by Interim Order** | | | | $172,798,344.65 | $10,407,211.08 | |

### FINAL FEE APPLICATION RECOMMENDATION

| **Docket Number** | **Final Fee Period Dates** | **Fees** | **Expenses** |
|---|---|---|---|
| [D.I. 13019] | 4/29/2014 to 3/9/2018 | $172,805,511.20 | $10,433,832.69 |
| Final Recommended Adjustments[1] | | -$507,166.55 | -$36,176.00 |
| **Final Recommended Fee Award** | | **$172,298,344.65** | **$10,397,656.69** |

19820748.1

---

[1] These recommended adjustments includes (1) adjustments based on the corrected order for the tenth interim fee application (D.I. 13483), (2) consensual deductions from the eleventh and twelfth interim fee applications, which had not yet been resolved when Kirkland filed its final application, (3) an additional deduction of fees based on negotiations between the professional and the Fee Committee, and (4) an additional deduction of expenses based on an inadvertent overpayment in the eleventh interim fee application.

EXHIBIT B-2

## SHAW FISHMAN GLANTZ & TOWBIN LLC
### FINAL FEE APPLICATION RECOMMENDATION

| Docket Number | Final Fee Period Dates | Fees | Expenses |
|---|---|---|---|
| [D.I. 13014] | 8/14/2017 to 3/9/2018 | $31,877.00 | $282.89 |
| Final Recommended Adjustments: | | -$6,344.40 | -$31.00 |
| **Final Fee Award Recommendation:** | | **$25,532.60** | **$251.89** |

19888061.1

**PROSKAUER ROSE, LLP**

**PRIOR INTERIM FEE APPLICATIONS**

| PRIOR INTERIM FEE APPLICATIONS & ADJUSTMENTS | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| Date [Docket No.] | Interim Fee Application ("IFA") | Fees | Expenses | Fees | Expenses |
| 2/17/2015 [3559] | First IFA | $1,241,019.25 | $32,968.38 | $1,209,076.00 | $30,920.37 |
| 6/15/2015 [4759] | Second IFA | $5,258,110.52 | $205,576.07 | $4,964,895.00 | $198,791.59 |
| 10/16/2015 [6497] | Third IFA | $4,419,020.25 | $54,797.27 | $4,214,527.37 | $41,184.98 |
| 2/16/2016 [7863] | Fourth IFA | $2,736,191.75 | $67,629.00 | $2,646,198.75 | $52,646.56 |
| 6/15/2016 [8718] | Fifth IFA | $1,512,145.50 | $20,016.50 | $1,475,273.75 | $18,302.67 |
| 10/17/2016 [9832] | Sixth IFA | $2,905,676.75 | $49,033.95 | $2,752,074.37 | $42,076.68 |
| 2/15/2017 [10831] | Seventh IFA | $1,213,101.75 | $17,341.20 | $1,138,546.12 | $11,962.04 |
| 6/15/2017 [11352] | Eighth IFA | $1,049,585.50 | $27,194.88 | $964,628.25 | $19,982.92 |
| 10/18/2017 [12085] | Ninth IFA | $1,139,610.25 | $28,733.76 | $1,092,456.00 | $22,470.43 |
| | SUBTOTAL: APPROVED ON AN INTERIM BASIS | | | $20,457,675.61 | $438,338.24 |
| 2/21/2018 [12683] | Tenth IFA | $2,010,340.00 | $16,810.01 | N/A | N/A |
| 4/23/2018 [13001] | Eleventh IFA | $530,274.00 | $4,607.81 | N/A | N/A |

| | | |
|---|---|---|
| TOTAL FEES AND EXPENSES APPROVED BY INTERIM ORDER TO DATE | $20,457,675.61 | $438,338.24 |
| Tenth IFA Fees and Expenses not yet awarded by Court order | $2,010,340.00 | $16,810.01 |
| Eleventh IFA Fees and Expenses not yet awarded by Court order | $530,274.00 | $4,607.81 |
| SUBTOTAL: FINAL FEE AND EXPENSE REQUEST | $22,998,289.61 | $459,756.06 |
| Additional Fee Committee Deduction from final fee application | $875,000.00 | N/A |
| ADJUSTED FINAL FEE AWARD RECOMMENDATION | $22,123,289.61 | $459,756.06 |

19885963.1