**EXHIBIT D**

Energy Future Holdings
Substantial Contribution Fee Requests/Pursuant to Court Order
Recommended for Court Approval

American Stock Transfer & Trust Company Additional 503(b) Requests

| | Professional | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Total Requested | Fees Approved | Expenses Approved | Total Approved |
|---|---|---|---|---|---|---|---|---|---|
| 1 | American Stock Transfer & Trust Company, LLC | $188,100.00 | $28,215.00 | $0.00 | $0.00 | $188,100.00 | $159,885.00 | $0.00 | $159,885.00 |
| 2 | Nixon Peabody LLP | $171,306.00 | $25,695.90 | $0.00 | $0.00 | $171,306.00 | $145,610.10 | $0.00 | $145,610.10 |
| 3 | Mesirow Financial | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Baker Tilly Virchow Krause, LLP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Greenridge Financial Services LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Cross & Simon LLC | $0.00 | $0.00 | $29,955.58 | $4,493.34 | $29,955.58 | $0.00 | $25,462.24 | $25,462.24 |
| | | $359,406.00 | $53,910.90 | $29,955.58 | $4,493.34 | $389,361.58 | $305,495.10 | $25,462.24 | $330,957.34 |

197694034