# Exhibit E

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**OMNIBUS ORDER AWARDING ADDITIONAL FINAL COMPENSATION TO AMERICAN STOCK TRANSFER & TRUST COMPANY FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on the request of American Stock Transfer & Trust Company ("**AST&T**") for final allowance of certain additional fees for services rendered, including holdbacks, and reimbursement of expenses incurred, based on the submission of supplemental information to the Fee Committee and as described on **Exhibit 1** hereto (the "**AST&T Additional Fee Requests**") in accordance with the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763] (the "**Confirmation Order**"), pursuant to sections 503(b)(3), (4), or (5) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, which were submitted in accordance with the Confirmation Order and the *Stipulation and Order Approving a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**");[2] and the Court having reviewed the report filed by the Fee Committee (as such term is defined in the Fee Committee Order) with respect to AST&T

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2 Superseded by *Order Amending Stipulation and Order Appointing Fee Committee and Granting Related Relief* [D.I. 12552] and *Further Amended Stipulation and Order Appointing a Fee Committee* [D.I. 13574] (together, the "**Amended Fee Committee Order**").

1

Additional Fee Requests (*see* D.I. \_\_\_\_); and the Fee Committee and AST&T having engaged in discussions regarding the AST&T Additional Fee Requests, in accordance with the Confirmation Order, and determined that certain negotiated reductions (which included agreed fixed-percentage reductions) in the amount of such fees and expenses requested are the most expeditious means of resolving any objections by the Fee Committee thereto; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the AST&T Additional Fee Requests and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the AST&T Additional Fee Requests have been afforded the opportunity to be heard on the AST&T Additional Fee Requests, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The AST&T Additional Fee Requests are GRANTED on a final basis in the amounts set forth on **Exhibit 1** hereto.

2. AST&T is allowed, as reasonable fees and actual and necessary expenses, (a) final compensation for services rendered during the period subject to the AST&T Additional Fee Requests in the amount of the Fees Approved as set forth on **Exhibit 1** hereto and (b) final reimbursement for expenses incurred during such period in the amount of the Expenses Approved as set forth on **Exhibit 1** hereto.

3. To the extent not already paid pursuant to the Confirmation Order, the EFH Plan Administrator Board is hereby authorized and directed to pay AST&T, by wire transfer to an account specified by AST&T, 100 percent of the Fees Approved and 100 percent of the Expenses Approved with respect to such Requesting Creditor as set forth on **Exhibit 1** hereto.

Dated: December ____, 2018
      Wilmington, Delaware      THE HONORABLE CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

19889022.1

**Energy Future Holdings**
**Substantial Contribution Fee Requests/Pursuant to Court Order**
**Recommended for Court Approval**

**EXHIBIT 1**

**American Stock Transfer & Trust Company Additional 503(b) Requests**

| | Professional | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Total Requested | Fees Approved | Expenses Approved | Total Approved |
|---|---|---|---|---|---|---|---|---|---|
| 1 | American Stock Transfer & Trust Company, LLC | $188,100.00 | $28,215.00 | $0.00 | $0.00 | $188,100.00 | $159,885.00 | $0.00 | $159,885.00 |
| 2. | Nixon Peabody LLP | $171,306.00 | $25,695.90 | $0.00 | $0.00 | $171,306.00 | $145,610.10 | $0.00 | $145,610.10 |
| 3. | Mesirow Financial | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Baker Tilly Virchow Krause, LLP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. | Greenridge Financial Services LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Cross & Simon LLC | $0.00 | $0.00 | $29,955.58 | $4,493.34 | $29,955.58 | $0.00 | $25,462.24 | $25,462.24 |
| | | $359,406.00 | $53,910.90 | $29,955.58 | $4,493.34 | $389,361.58 | $305,495.10 | $25,462.24 | $330,957.34 |

19769403.4