IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | Re: D.I. 13655 |
| | : | |
| | : | Hearing date: December 17, 2018 at 11:00 a.m. E.S.T. |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDERS

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On December 10, 2018, the Fee Committee filed the *Fee Committee's Summary Report Concerning Remaining Uncontested Final Fee Applications for Hearing on December 17, 2018 at 11:00 a.m.* [D.I. 13655] (the "Final Fee Report").

2. Also on December 10, 2018, counsel for the Fee Committee circulated the proposed retained professional order and exhibit thereto that were attached to the Final Fee Report (the "Proposed Retained Professional Order") to all retained professionals included in the Proposed Retained Professional Order, with instructions to advise the Fee Committee's counsel by the close of business on Tuesday, December 11, 2018, if they consented to entry of the order without the need for the December 17, 2018 hearing on uncontested final fee applications. All retained professionals responded that they consented to the entry of Proposed Retained

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Professional Order. The U.S. Trustee has stated that he has no objection to the entry of Proposed Retained Professional Order.

3. Attached hereto as **Exhibit A** is the Proposed Retained Professional Order for the final allowance of retained professional fees.

4. Also on December 10, 2018, counsel for the Fee Committee circulated the proposed American Stock Transfer & Trust Company supplemental compensation order and exhibit thereto that were attached to the Final Fee Report (the "Proposed AST&T Order") to counsel for AST&T, with instructions to advise the Fee Committee's counsel by the close of business on Tuesday, December 11, 2018, if AST&T consented to entry of the order without the need for the December 17, 2018 hearing. AST&T's counsel responded that they consented to the entry of Proposed AST&T Order. The U.S. Trustee has stated that he has no objection to the entry of Proposed AST&T Order.

5. Attached hereto as **Exhibit B** is the Proposed AST&T Order for the final allowance of AST&T's supplemental fees.

[*Remainder of Page Intentionally Blank*]

WHEREFORE, the Fee Committee respectfully requests that the Court (i) enter the Proposed Retained Professional Order attached as **Exhibit A** at its earliest convenience; (ii) enter the Proposed AST&T Order attached as **Exhibit B** at its earliest convenience; and (iii) grant such other relief as may be just and proper.

Dated: December 12, 2018
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ William M. Alleman, Jr.*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
　　　　walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

19900090.1