# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) (Jointly Administered) ) |
| Debtors.[1] | ) Re: D.I. 13014, 13019, 13021, 13655 ) |

## OMNIBUS ORDER AWARDING FINAL REQUESTS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

This matter coming before the Court on the final fee applications (together D.I. 13014, 13019 and 13021 the "**Applications**") of those professionals listed on **Exhibit 1** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the final allowance of certain fees, including all holdbacks, and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Period**"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**");[2] and the Court having reviewed the Applications with respect to the Applicants and/or the omnibus report filed by the Fee Committee (as such term is defined in the Fee Committee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2 Superseded by *Order Amending Stipulation and Order Appointing Fee Committee and Granting Related Relief* [D.I. 12552] and *Further Amended Stipulation and Order Appointing a Fee Committee* [D.I. 13574].

Order) with respect to each of the Applications (see D.I. 13655); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications, and all objections having been overruled; now therefore

IT IS HEREBY ORDERED THAT:

1. The Applications are GRANTED on a final basis, to the extent set forth on the attached **Exhibit 1**.

2. Each of the Applicants is allowed (a) final compensation for services rendered during the Compensation Period and (b) final reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit 1**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the EFH Plan Administrator Board is hereby authorized and directed to pay each of the Applicants 100% of the fees and 100% of the expenses listed on **Exhibit 1** hereto under the columns "Final Fees Approved" and "Final Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

4. To the extent amounts in excess of those listed on **Exhibit 1** hereto under the columns "Final Fees Approved" and "Final Expenses Approved" have been paid to any Applicant, such Applicant is hereby directed to return the surplus to the EFH Plan Administrator Board.

Dated: December 12, 2018
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

19878936.1

# **Exhibit 1**

**Exhibit 1**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Final Fee Applications**

| Applicant | Compensation Period | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | FINAL Fees Approved | FINAL Expenses Approved |
|---|---|---|---|---|---|---|---|
| Shaw Fishman Glantz & Towbin LLC [D.I. 13014 - First and Final Fee Application] | 08/14/2017 - 03/09/2018 | $31,877.00 | $6,344.40 | $282.89 | $31.00 | $25,532.60 | $251.89 |
| Kirkland & Ellis [D.I. 13019 - Final Fee Application] | 04/29/2014 - 03/09/2018 | $172,805,511.20 | $507,166.55 | $10,433,832.69 | $36,176.00 | $172,298,344.65 | $10,397,656.69 |
| Proskauer Rose LLP - Final Fee Application [D.I. 13021] | 11/19/2014 - 03/09/2018 | $22,998,289.61 | $875,000.00 | $459,756.06 | $0.00 | $22,123,289.61 | $459,756.06 |

19792982.1