**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 17, 2018 STARTING AT 11:00 A.M. (EST)[3]**

**I.   CONTESTED MATTERS GOING FORWARD:**

1. Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Amending the (A) Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors and (B) Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13620; filed November 14, 2018]

    Response/Objection Deadline: November 28, 2018 at 4:00 p.m. (EST); extended to December 5, 2018 at 4:00 p.m. (EST) for the EFH Plan Administrator Board

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The December 17, 2018 (the "December 17th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EST). Any person who wishes to appear telephonically at the December 17th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Friday, December 14, 2018 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Responses/Objections Received:

Responses/Objections Received:

A. The EFH Plan Administrator Board's Reservation of Rights Regarding Elliott's Motion to Amend Allocation Ruling [D.I. 13652; filed December 5, 2018]

B. **Objection of Ad Hoc EFH Claimants to Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Amending the Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13644; filed November 28, 2018]**

Related Documents:

i. Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Motion for Entry of an Order Amending the (A) Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors and (B) Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13659; filed December 12, 2018]

Status: The hearing on this matter will go forward.

2. EFH Indenture Trustee's Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Amounts to be Included in Allowed Claims [D.I. 13632; filed November 21, 2018]

Response/Objection Deadline: December 10, 2018 at 4:00 p.m. (EST)

Responses/Objections Received:

A. The EFH Plan Administrator Board's Response to "EFH Indenture Trustee's Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Claims to be Included in Allowed Claim" [D.I. 13653; filed December 10, 2018]

B. Elliott's Limited Objection and Reservation of Rights Regarding the EFIH Indenture Trustee's Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Addition Amounts to be Included in Allowed Claims [D.I. 13654; filed December 10, 2018]

Related Documents:

i. Re-Notice of Hearing Regarding EFH Indenture Trustee's Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Amounts to be Included in Allowed Claims [D.I. 13633; filed November 21, 2018]

      ii.    EFH Indenture Trustee's Omnibus Reply in Support of Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Amounts to be Included in Allowed Claims [D.I. 13658; filed December 12, 2018]

Status: The hearing on this matter will go forward.

## II.    UNCONTESTED FINAL FEE APPLICATIONS:

3.    Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from April 29, 2014 Through and Including March 9, 2018 [D.I. 13019; filed April 23, 2018]

    Response/Objection Deadline:    May 15, 2018 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

      i.    Fee Committee's Summary Report Concerning Remaining Uncontested Final Fee Applications for Hearing on December 17, 2018 at 11:00 a.m. E.T. [D.I. 13655; filed December 10, 2018] (the "Final Report")

      ii.    Certification of Counsel Regarding Omnibus Fee Orders [D.I. 13657; filed December 12, 2018]

      iii.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13660; filed December 12, 2018]

    Status: On December 12, 2018, the Court entered an omnibus form of final fee order granting the applicant the relief requested in connection with this matter consistent with the Final Report. Consequently, no hearing with respect to this matter is required.

4.    Final Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 19, 2014 Through March 9, 2018 [D.I. 13021; filed April 23, 2018]

    Response/Objection Deadline:    May 14, 2018 at 4:00 p.m. (EDT)

    Responses/Objections Received:

      A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018]

Preliminary Replies Filed:

a. Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018]

b. Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018]

c. Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018]

d. Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018]

e. Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018]

f. Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018]

Related Documents:

i. Tenth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from September 1, 2017 Through December 31, 2017 [D.I. 12683; filed February 21, 2018]

ii. Eleventh Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2018 Through March 9, 2018 [D.I. 13001; filed April 23, 2018]

iii. Supplement to Final Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 19, 2014 Through March 9, 2018 [D.I. 13200; filed August 13, 2018]

iv. Fee Committee's Summary Report Concerning Remaining Uncontested Final Fee Applications for Hearing on December 17, 2018 at 11:00 a.m. E.T. [D.I. 13655; filed September 10, 2018]

      v.      Certification of Counsel Regarding Omnibus Fee Orders [D.I. 13657; filed December 12, 2018] *(see agenda item #3ii)*

      vi.      Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13660; filed December 12, 2018] *(see agenda item #3iii)*

Status: On December 12, 2018, the Court entered an omnibus form of final fee order granting the applicant the relief requested in connection with this matter consistent with the Final Report. Consequently, no hearing with respect to this matter is required.

5. Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Special Delaware Counsel for the Debtors and Debtors in Possession for the Period August 14, 2017 Through and Including March 9, 2018 [D.I. 13014; filed April 23, 2018]

    Response/Objection Deadline:      May 14, 2018 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] (s*ee agenda item #4A)*

    Preliminary Replies Filed:

    a.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #4a)*

    b.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #4b)*

    c.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #4c)*

    d.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #4d)*

    e.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #4e)*

f.   Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #4f)*

Related Documents:

i.   Fee Committee's Summary Report Concerning Remaining Uncontested Final Fee Applications for Hearing on December 17, 2018 at 11:00 a.m. E.T. [D.I. 13655; filed December 10, 2018]

ii.  Certification of Counsel Regarding Omnibus Fee Orders [D.I. 13657; filed December 12, 2018] *(see agenda item #3ii)*

iii. Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13660; filed December 12, 2018] *(see agenda item #3iii)*

Status: On December 12, 2018, the Court entered an omnibus form of final fee order granting the applicant the relief requested in connection with this matter consistent with the Final Report. Consequently, no hearing with respect to this matter is required.

[*Remainder of page intentionally left blank.*]

Dated: December 13, 2018
     Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*