**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th of December, 2018, the Motion and Order for Admission Pro Hac Vice of Shai Schmidt, of Kasowitz Benson Torres LLP, to represent the Ad Hoc EFH Claimants was served via CM/ECF upon all other parties registered for electronic service in the United States Bankruptcy Court, District of Delaware.

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (#4167)