# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** (CSS) 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 12/17/18 at 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel K Hogan | Hogan McDaniel | Fenicle, Fahy, etc. |
| Scott Leonhardt | Rosner Law Group LLC | Paul Kaplevic + Anthony Horton |
| Aparna Yenamandra | Kirkland & Ellis | EFH |
| Jason M Madron | Richards Layton & Finger | EFH |
| Gregg Galardi | Ropes + Gray | Elliott Funds |
| Erin Fay | Bayard | " |
| Morgan Nighan | Nixon Peabody | AST |
| Rick Pedone | Nixon Peabody | " |
| Chris Simon | Cross & Simon | " |
| Sari Schwartz | Kasowitz | Ad Hoc EFH Minorities |
| Andrew Glenn | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 12/17/2018
Calendar Time: 11:00 AM ET

1st Revision  Dec 14 2018  4:07PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9492692 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9494678 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor/Claimant, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9493658 | Christopher Esbrook | (312) 319-7680 ext. | Esbrook Law | Interested Party, Paul Keglevic and Anthony Horton / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9493560 | Erica Goodstein | (718) 921-8180 ext. | American Stock Transfer Company, LLC | Interested Party, American Stock Transfer Trust Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9495751 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9492790 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9493549 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9495045 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9450344 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9494983 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |