UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979            BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors.

**Docket #:** 13604            **Date Entered:** 11/5/18

Item Transmitted:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Notice of Appeal | **Docket #:** | 13626 | **Date Filed:** | 11/19/18 |
| ☐ | Amended Notice of Appeal | **Docket #:** | | **Date Filed:** | |
| ✓ | Cross Appeal | **Docket #:** | 13646 | **Date Filed:** | 12/3/18 |
| ☐ | Motion for Leave to Appeal | **Docket #:** | | **Date Filed:** | |
| ☐ | Request for Certification of Direct Appeal | **Docket #:** | | **Date Filed:** | |

**Appellant/Cross Appellant:**

The Ad Hoc EFH Claimants

**Appellee/Cross Appellee**

American Stock Transfer & Trust Co.
Elliott Associates L.P.
UMB Bank N.A.
EFH Plan Administrator Board

**Counsel for Appellant/Cross Appellant:**

Hogan McDaniel

**Counsel for Appellee/Cross Appellee:**

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ● | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ● |
| **Have additional appeals of the same order been filed?** | Yes ● | No ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ● | No ○ |
| **Civil Action Number:** 18-1823 | | |

*(continued on next page)*

**Notes:**  Cross Appeal relates to Notice of Appeal at docket 13626 (Civ. Action 18-1823).

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/17/18          **by:** Donna Capell
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   18-62