# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*.[1] | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 13604** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that UMB Bank, N.A., as Indenture Trustee ("UMB") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with UMB, the "Appellants"), hereby appeal to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8002 and 8003 from the November 5, 2018 *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13604] (the "Allocation Order") entered by the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, attached hereto as Exhibit A, including without limitation, any and all findings of fact and conclusions of law, orders, judgments, decrees, decisions, rulings, and opinions that may be entered regarding or merged into the Allocation Order.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

|   | **Party** | **Attorney** |
|---|---|---|
| 1. | Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>- and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>Matthew L. McGinnis<br>Daniel G. Egan<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |
| 2. | UMB Bank, N.A. | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>- and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>Matthew L. McGinnis<br>Daniel G. Egan<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |

| | | |
|---|---|---|
| 3. | EFH Plan Administrator Board | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br><br>- and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |
| 4. | Ad Hoc EFH Claimants | **HOGAN MCDANIEL**<br>Garvan F. McDaniel, Esq. (No. 4167)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br><br>- and-<br><br>**KASOWITZ BENSON TORRES LLP**<br>David S. Rosner<br>Andrew K. Glenn<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700 |

| 5. | EFH Indenture Trustee | **CROSS & SIMON, LLC**<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br><br>- and-<br><br>**NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000 |

Dated: November 19, 2018
     Wilmington, Delaware

                                          **BAYARD, P.A.**

                                          */s/ Erin R. Fay*
                                          Scott D. Cousins (No. 3079)
                                          Erin R. Fay (No. 5268)
                                          Evan T. Miller (No. 5364)
                                          600 N. King Street, Suite 400
                                          Wilmington, DE 19801
                                          Telephone: (302) 655-5000
                                          Facsimile: (302) 658-6395
                                          scousins@bayardlaw.com
                                          efay@bayardlaw.com
                                          emiller@bayardlaw.com

                                          – and –

                                          **ROPES & GRAY LLP**
                                          Gregg M. Galardi
                                          Daniel G. Egan
                                          1211 Avenue of the Americas
                                          New York, NY 10036-8704
                                          Telephone: (212) 596-9000
                                          Facsimile: (212) 596-9090
                                          Gregg.Galardi@ropesgray.com
                                          Daniel.Egan@ropesgray.com

**ROPES & GRAY LLP**
Matthew L. McGinnis
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Matthew.McGinnis@ropesgray.com

*Counsel for UMB Bank, N.A., as Trustee, and Elliott*

**Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: D.I. 13102 & 13599<br>) |

## ORDER FIXING APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS

Upon the joint motion (the "Motion") of UMB Bank, N.A., as Indenture Trustee ("UMB") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with UMB, the "Movants") for entry of an order fixing an appropriate allocation of certain reserves and administrative expenses incurred in these chapter 11 cases as between the estate of Energy Future Holdings Corp. ("EFH") and the estate of Energy Future Intermediate Holding Company, LLC ("EFIH"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and paragraph 72 of the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763]; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and due and adequate notice of the Motion having been given under the circumstances, and no

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

other or further notice need be given; and a three-day evidentiary hearing having been held on September 5, 2018 through September 7, 2018 to consider the relief requested in the Motion (the "Hearing"); and, after consideration of the record, the submissions of the parties in connection with the Motion, and the proceedings had before the Court at the Hearing, the Court having issued (a) an oral ruling with respect to the Motion on October 26, 2018, and (b) its written findings of fact and conclusions of law with respect to the Motion on October 31, 2018 (as amended on November 1, 2018, the "Findings of Fact and Conclusions of Law");[2] and, after due deliberation and for the reasons set forth in the Findings of Fact and Conclusions of Law,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED in part and DENIED in part to the extent set forth herein.

2. The Material Administrative Expense Claims shall be allocated as follows:

    a) NEE Termination Fee Claim, to the extent it becomes Allowed (as defined in the Plan) and payable: 5.4% to EFH and 94.6% to EFIH;

    b) Kirkland and Evercore Fees, to the extent such fees are Allowed (as defined in the Plan): 16% to EFH and 84% to EFIH;

    c) E-Side Committee Professional Fees, to the extent such fees are Allowed (as defined in the Plan): 88% to EFH and 12% to EFIH; and

    d) Elliott Substantial Contribution Claim, to the extent such Claim is Allowed (as defined in the Plan): 5% to EFH and 95% to EFIH.[3]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Findings of Fact and Conclusions of Law.

[3] As set forth in the Findings of Fact and Conclusions of Law, the Elliott Substantial Contribution Claim can be divided into six categories which shall be allocated as follows: (i) fees and expenses incurred by Elliott in connection with its efforts to move the estates toward an alternative restructuring transaction once it became clear that the PUCT was likely to deny the NextEra transaction: 0% to EFH and 100% to EFIH; (ii) fees and expenses incurred by Elliott in connection with its efforts to oppose the E-Side Debtors' proposed transaction with Berkshire, develop an alternative creditor-led plan of reorganization, and negotiate and work with the E-Side Debtors and Sempra to proceed with the Sempra transaction: 0% to EFH and 100% to EFIH; (iii) fees and expenses incurred by Elliott in connection with its efforts to obtain an order granting reconsideration of a prior order approving the NEE Termination Fee: 30% to EFH and 70% to EFIH; (iv) fees and expenses incurred by Elliott in connection with negotiating the Plan and related ancillary documents and advocating for EFH and

3.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: **Nov. 5**, 2018
Wilmington, Delaware

HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

EFIH unsecured creditor matters relating to the Plan and confirmation proceedings: 30% to EFH and 70% to EFIH; (v) fees and expenses incurred by Elliott in connection with helping to negotiate the Oncor Dividend Settlement: 12% to EFH and 88% to EFIH; and (vi) fees and expenses incurred by Elliott in connection with its efforts to obtain a resolution of a tax allocation dispute between EFH and Vistra in connection with a tax matters agreement between the parties: 0% to EFH and 100% to EFIH.

-3-

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appeal* has been served upon all parties listed below via United States mail, first class on this 19th day of November, 2018.

*/s/ Erin R. Fay*
Erin R. Fay

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE U.S. TRUSTEE**
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
James H.M. Sprayregen, P.C.
Mark Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

**HOGAN MCDANIEL**
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, DE 19806

**KASOWITZ BENSON TORRES LLP**
David S. Rosner
Andrew K. Glenn
Gavin D. Schryver
David J. Mark
Andrew H. Elkin
1633 Broadway
New York, NY 10019

**CROSS & SIMON, LLC**
Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington, DE 19801

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110