**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**APPELLEES'/CROSS-APPELLANTS' STATEMENT OF ISSUES AND COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL FROM THE APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS**

Appellees/Cross-Appellants The Ad Hoc EFH Claimants ("Appellees"),[1] by and through their undersigned counsel Kasowitz Benson Torres LLP and Hogan ♦ McDaniel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, hereby submit the following statement of issues and designation of additional items to be included in the record in Appellants'[2] appeal, and Appellees' cross-appeal from the November 5, 2018 *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13604] (the "Allocation Order"),[3] including without limitation, any and all findings of fact and conclusions of law, orders, judgments, decrees, decisions, rulings,

---

[1] The Ad Hoc EFH Claimants include (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P., (c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc., and (e) Farmstead Capital Management, LLC, and each of their related funds. *Verified Amended Statement of Kasowitz Benson Torres LLP and Hogan ♦ McDaniel Pursuant to Bankruptcy Rule 2019* [D.I. 13327] at ¶¶ 3-4.

[2] The Appellants are UMB Bank, N.A., as Indenture Trustee, for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership.

[3] Terms not defined herein shall have the meanings ascribed to them in the Allocation Order or the *Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as between the EFH and EFIH Debtors* [D.I. 13599] entered October 31, 2018.

and opinions that may be entered regarding or merged into the Allocation Order, entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in finding that the NEE Termination Fee Claim, to the extent that it becomes Allowed (as defined in the Plan) and payable, is allocated 5.4% to EFH and 94.6% to EFIH.

2. Whether the Bankruptcy Court erred in finding that the E-Side Committee Professional Fees, to the extent such fees are Allowed (as defined in the Plan), is allocated 88% to EFH and 12% to EFIH.

3. Whether the Bankruptcy Court erred in finding that the Elliott Substantial Contribution Claim, to the extent such Claim is Allowed (as defined in the Plan), is allocated 5% to EFH and 95% to EFIH.

## COUNTER-DESIGNATION OF RECORD ON APPEAL

Appellees hereby counter-designate the following items to be included in the record on appeal (the "Counter-Designation"), which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein, in addition to the items designated by Appellants:[4]

|   | Item | Filing Date/Entry Date | Docket Index No. |
|---|------|------------------------|------------------|
| 1. | Ad Hoc EFH Claimants' Motion in Limine to Exclude the Testimony of Howard Abrams and Bradley Robinson [sic] | 8/24/2018 | 13392 |
| 2. | [SEALED] Memorandum of Law to Exclude the Testimony of Howard Abrams and Bradley Robinson [sic] | 8/24/2018 | 13393 |

---

[4] Appellee reserves the right to amend, modify and/or supplement its Counter-Designation with additional items for inclusion in the record.

| # | Description | Date | Docket |
|---|---|---|---|
| 3. | [Redacted] Memorandum of Law to Exclude Testimony of Howard Abrams and Bradley Robinson [sic] | 8/24/2018 | 13394 |
| 4. | UMB and Elliott's Opposition to the Ad Hoc EFH Claimants' Motion in Limine to Exclude the Testimony of Howard Abrams and Bradley Robins | 8/27/2018 | 13395 |
| 5. | [Sealed] Final Written Submission of Ad Hoc EFH Claimants in Support of their Objection to Joint Motion of UMB Bank, N.A as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expense as Between the EFH and EFIH Debtors | 8/30/2018 | 13415 |
| 6. | [Sealed] Corrected Signature Page to Sealed Final Written Submission of Ad Hoc EFH Claimants in Support of their Objection to Joint Motion of UMB Bank, N.A as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expense as Between the EFH and EFIH Debtors | 8/30/2018 | 13418 |
| 7. | Order Denying Motion in Limine to Exclude the Testimony of Howard Abrams and Bradley Robinson [sic] | 9/4/2018 | 13439 |
| 8. | For the avoidance of doubt, materials entered into the evidentiary record in connection with the September 5 through 7, 2018 hearing, as detailed in Appendix A to D.I. 13510. | 9/5/2017 – 9/7/2018 | |
| 9. | Ad Hoc EFH Claimants' Notice of Cross-Appeal | 12/3/2018 | 13646 |

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(2) of the Bankruptcy Rules, Appellees hereby certify that they are not ordering any transcripts.

Dated: December 17, 2018
Wilmington, Delaware

                             HOGAN ♦ MCDANIEL

By: /s/ *Garvan F. McDaniel*
Garvan F. McDaniel, Esq. (DE #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: gfmcdaniel@dkhogan.com

       – and –

KASOWITZ BENSON TORRES LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: drosner@kasowitz.com
       aglenn@kasowitz.com

*Co-Counsel to the Ad Hoc EFH Claimants*