IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 13670** |

### THE EFH PLAN ADMINISTRATOR BOARD'S JOINDER TO "APPELLEES'/CROSS-APPELLANTS' STATEMENT OF ISSUES AND COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL FROM THE APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS"

The EFH Plan Administrator Board (the "PAB") hereby joins in the *Appellees'/Cross-Appellants' Statement of Issues and Counter-Designation of Additional Items to be Included in Record on Appeal From the Appropriate Allocation of Certain Reserves and Expenses As Between the EFH and EFIH Debtors*, dated December 17, 2018 [D.I. 13670] (the "Counter-Designation") filed by the Ad Hoc EFH Claimants listing additional items (including any and all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein) to be included in the record in connection with the appeal of UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") from the *Order Fixing Appropriate Allocation of Certain Reserves and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

RLF1 20468810v.1

*Expenses as Between the EFH and EFIH Debtors* [D.I. 13604] (the "<u>Order</u>"), entered by this Court on November 5, 2018.

## RESERVATION OF RIGHTS

The PAB expressly reserves the right to (i) amend, modify, and supplement the items listed in the Counter-Designation, (ii) object to or otherwise move to strike some or all of the items designated by Elliott to be included in the record on appeal from the Order, and (iii) present a counterstatement of the issues on appeal in its appellate brief pursuant to Fed. R. Bankr. P. 8014(b).

*[Remainder of page intentionally left blank.]*

Dated: December 17, 2018
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*