## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

### THE EFH INDENTURE TRUSTEE'S JOINDER TO APPELLEES'/CROSS-APPELLANTS' STATEMENT OF ISSUES AND COUNTER-DESIGNATION OF ADDITIONAL IEMS TO BE INCLUDED IN RECORD ON APPEAL FROM THE APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS

American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, hereby joins in and fully adopts the Appellees'/Cross-Appellants' Statement of Issues and Counter-Designation of Additional Items to be Included in Record on Appeal the Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors filed by the Ad Hoc EFH Claimants (the "Counter-Designation") regarding the appeal of UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") from the *Order Fixing Appropriate*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13604] (the "Order") entered by this Court on November 5, 2018.

## RESERVATION OF RIGHTS

The EFH Indenture Trustee expressly reserves the right to: (i) amend, modify, and supplement the items listed in the Counter-Designation, (ii) object or otherwise move to strike some or all of the items designated by Elliott to be included in the record on appeal from the Order, (iii) present a counterstatement of the issues on appeal in its appellate brief pursuant to Fed. R. Bankr. P. 8014(b); (iv) litigate the Counter-Designation, even if it is withdrawn by the Ad Hoc EFH Claimants; and (v) the right to amend this joinder as necessary.

Dated: Wilmington, DE
December 18, 2018

**CROSS & SIMON, LLC**
By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue

New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer &*
*Trust Company, LLC, as Indenture Trustee*