IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 13672** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
COUNTY OF NEW CASTLE )

    Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 18th day of December, 2018, she caused copies of *The EFH Indenture Trustee's Joinder to Appellees'/Cross-Appellants' Statement of Issues and Counter-Designation of Additional Items to Be Included in Record on Appeal from the Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13672] to be served upon the parties listed on the attached service list via first class mail and electronic mail.

                                      */s/ Stephanie MacDonald*
                                      Stephanie MacDonald

Sworn to and subscribed before me this 18th day of December, 2018.

Notary Public _____

My Commission Expires: __9/15/2019__

*[Notary Seal: NICOLE DIBIASO, MY COMMISSION EXPIRES Sept. 5, 2019, NOTARY PUBLIC, STATE OF DELAWARE]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## SERVICE LIST

Scott D. Cousins, Esq.
Erin R. Fay, Esq.
Evan T. Miller, Esq.
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

Garvan F. McDaniel, Esq.
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gmcdaniel@dkhogan.com

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
collins@rlf.com
defranceschi@rlf.com
Madron@rlf.com

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
drosner@kasowitz.com
aglenn@kasowitz.com

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com

Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, NY 10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

| | |
|---|---|
| Matthew L. McGinnis, Esq.<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Matthew.McGinnis@ropesgray.com | James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Steven N. Serajeddini, Esq.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>steven.serajeddini@kirkland.com |
| Mark E. McKane, P.C.<br>Michael P. Esser, Esq.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>555 California Street<br>San Francisco, CA 94104<br>mark.mckane@kirkland.com<br>michael.esser@kirkland.com | |