# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF UPDATED CASH PROJECTIONS AND POTENTIAL PARTIAL PLAN DISTRIBUTIONS FOR ENERGY FUTURE HOLDINGS CORP., AND ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC

**PLEASE TAKE NOTICE THAT**, on February 28, 2018, the EFH Debtors and EFIH Debtors filed the *Notice of Filing of Cash Projections and Allocation Proposals for Energy Future Intermediate Holding Company LLC* [D.I. 12769].

**PLEASE TAKE FURTHER NOTICE THAT** the following documents, as each may be modified, amended, or supplemented from time to time in accordance with the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763-1] (the "Plan"), the EFH Confirmation Order, and the EFH Plan Administration Trust Agreement, are attached hereto:[2]

- **Exhibit A** - EFH Cash Projections, as of December 12, 2018

- **Exhibit B** - EFIH Cash Projections, as of December 12, 2018

**PLEASE TAKE FURTHER NOTICE THAT**, substantially contemporaneously herewith, the EFH Plan Administrator Board filed the *Stipulation and Release Regarding EFH/EFIH Plan Distributions* [D.I. 13673] (the "Stipulation") regarding Plan distributions to Holders of Allowed Claims in Classes A4-A11, Class B5, and Class B6.

**PLEASE TAKE FURTHER NOTICE THAT**, upon the Bankruptcy Court's approval of the Stipulation, the EFH Plan Administrator Board will make the Plan distributions as set forth in the Stipulation.

---

[1] Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not defined, herein shall have the same meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the following documents, each as may be modified, amended, or supplemented from time to time in accordance with the Plan, the Confirmation Order, the EFH Plan Administration Trust Agreement, and the Stipulation (upon its approval by the Bankruptcy Court) are attached hereto:

- **Exhibit C** - The contemplated partial distribution to Holders of Allowed Claims at EFH (as well as the contemplated amounts that will not be included in such partial distribution).

- **Exhibit D** - The contemplated partial distribution to Holders of Allowed Claims at EFIH (as well as the contemplated amounts that will not be included in such partial distribution).

[*Remainder of page intentionally left blank.*]

Dated: December 18, 2018
      Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*