**Exhibit A**

**Exhibit A: EFH Cash Projections**

# EFH Distributable Cash: Status Quo

**($ in millions)**

|  | 3/31/18 | 12/12/18 |
|---|---:|---:|
| Pre-emergence EFH cash | $334 | $334 |
| Less: Debtors / creditors fees at emergence |  |  |
| Total retained professional fees[1] | (22) | (22) |
| Fidelity fees | (20) | (18.1) |
| EFH Notes trustees | (17) | (16.8) |
| Winddown costs[2] | (14) | (14) |
| Less pro fees pre-funded through escrow | 5 | 5 |
| Total professional fees | (68) | (66) |
| Less: IRS audit settlement payment | (71) | (71) |
| Less: Contingency funds | (4) | (8.6) |
| **Sub-total of EFH cash** | **$191** | **$189** |
| **Additional Adjustments to EFH Cash** |  |  |
| Plus: SERP / SDP / Split $ | 29 | 25 |
| Less: Oncor tax true up less Sempra settlement | (15) | (15) |
| Less: Allocation Ruling[3] | - | (17.7) |
| **Adjusted EFH cash for EFH creditors** | **$205** | **$181** |

[1] As of December 12, 2018, the Bankruptcy Court has entered the final fee app orders with respect to all retained professionals. The PAB is in the process of satisfying final holdback amounts approved in connection with such final fee applications. Following the payment of such amounts, the PAB anticipates that the $22 million figure reflected herein will be reduced. Pursuant to the Plan, any residual amounts in the EFH Professional Fee Escrow Account will become available for distribution to Holders of Allowed Claims in Classes A4-A11 (to the extent such

Holders' Allowed Claims have not already been paid in full, in Cash).

[2] The amounts set aside for case winddown purposes include, among other items, EFH's estimated costs of participating in the twelve current appeals to which the PAB is currently party. In the event that one or more of such appeals are dismissed, withdrawn, or otherwise resolved, the PAB anticipates that the $14 million figure reflected herein will be reduced accordingly.

[3] This amount represents the net movement of cash from EFH to EFIH in the EFH/EFIH Cash Distribution Account as a result of the *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFIH and EFH Debtors* [D.I. 13604], without taking into regard any of the pending appeals of such order. It does not reflect any adjustments to be made to the EFH Professional Fee Escrow Account as a result of such order, which adjustments will be made in connection with the final audit of the EFH Professional Fee Escrow Account (as additionally described in footnote 1)