**Exhibit B**

**Exhibit B: EFIH Cash Projections**

# EFIH Distributable Cash: Status Quo
**($ in millions)**

|  | 3/31/18 | 12/12/18 |
|---|---:|---:|
| Pre-emergence EFIH cash[1] | $249 | $249 |
| Less: Debtors / creditors fees at emergence[2] | | |
| Evercore | (9) | (6.3) |
| Goldin Associates | (1) | (1.0) |
| Guggenheim | (3) | (3.0) |
| Expenses | (1) | (1.0) |
| 1st Lien fees | (3) | (3.0) |
| 2nd lien fees | (10) | (10.0) |
| Retained professionals fees | (31) | (31.0) |
| Winddown costs | (30) | (18.0) |
| Less pro fees pre-funded through escrow | 5 | 5.0 |
| Total professional fees | (83) | (68.3) |
| Less: EFIH Administrative and Priority claims | (10) | (1.5) |
| Less: Elliott fees | (38) | (29.0) |
| Less: payment of accrued interest on EFIH DIP | (3) | (3.0) |
| Plus: Sempra settlement | 27 | 27.0 |
| Plus: Additional Amounts Re: Allocation Ruling | - | 17.7 |
| **Adjusted EFIH cash for EFIH creditors** | **$142** | **$192** |

RLF1 20477804v.1

[1] Does not include remaining contribution from Sempra at closing, following payment of the EFIH First Lien DIP Facility, EFIH First Lien Note Claims, EFIH Second Lien Note Claims, and distributions already made to Holders of Allowed Claims in Class B5 and Class B6.

[2] As of December 12, 2018, the Bankruptcy Court has entered the final fee app orders with respect to all retained professionals. The PAB is in the process of satisfying final holdback amounts approved in connection with such final fee applications. Following the payment of such amounts, the PAB anticipates that the Retained Professional Fees amount will be reduced. Pursuant to the Plan, any residual amounts in the EFIH Professional Fee Escrow Account will become available for distribution to Holders of Allowed Claims in Classes B5 and B6.