**Exhibit C**

**Exhibit C: Contemplated EFH Initial Distribution**

# EFH Distributable Cash: Contemplated Initial Distribution
**($ in millions)**

| | |
|---|---:|
| Starting EFH Cash as of 12/12/18 (excluding EFH Professional Fee Escrow) | $195,264,213 |
| Less: Allocation Ruling[1] | ($17,785,234) |
| Less: Remaining Cash to be paid to EFH 503(b) Applicants | ($9,531,362) |
| Less: Contingency Funds | ($8,600,000) |
| Less: Delta Between Allocation Ruling on K&E/EVR Fees and Elliott Appeal on Such Allocation[2] | ($39,552,663) |
| Add: Additional Cash Released from Windown Account | $225,666 |
| **Adjusted EFH cash for EFH creditors in Classes A4-A7, A9-A11** [3] | **$120,020,620** |

[1] This amount represents the net movement of cash from EFH to EFIH in the EFH/EFIH Cash Distribution Account as a result of the *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFIH and EFH Debtors* [D.I. 13604], without taking into regard any of the pending appeals of such order. It does not reflect any adjustments to be made to the EFH Professional Fee Escrow Account as a result of such order, which adjustments will be made in connection with the final audit of the EFH Professional Fee Escrow Account.

[2] This amount represents the net amount of cash from EFH to EFIH in the EFH/EFIH Cash Distribution Account implicated by the Elliott Allocation Appeal on K&E/EVR fees. It does not reflect any adjustments to be made to the EFH Professional Fee Escrow Account as a result of such order, which adjustments will be made in connection with the final audit of the EFH Professional Fee Escrow Account.

[3] Holders of Allowed Claims in Class A8 will not receive any portion of this amount. Such Holders' Claims will be satisfied from those certain rabbi trusts described in the definition of EFH Corp. Cash in the Plan. In addition, the PAB does not intend to make a distribution to Holders of Allowed Claims in Class A11 without further discussion with such Holders regarding the effect of such distributions on the pending TCEH First Lien Intercreditor Dispute regarding the allocation of certain adequate protection payments.

## EFH Distributable Cash: Amounts Not to be Distributed in Contemplated Initial Distribution

($ in millions)

| | |
|---|---:|
| Remaining Funds in Winddown Account | $10,500,000 |
| Contingency Funds | $8,600,000 |
| Delta Between Allocation Ruling on K&E/EVR Fees and Elliott Appeal on Such Allocation | $39,552,663 |
| **Total Amounts Not Being Distributed** | **$58,652,663** |
| | |
| **Additional Funds Not Being Distributed** | |
| Remaining Funds in EFH Professional Fee Escrow | TBD |