**Exhibit D**

**Exhibit D: Contemplated EFIH Initial Distribution**

# EFIH Distributable Cash: Contemplated Initial Distribution
**($ in millions)**

| | |
|---|---:|
| Starting EFH Cash as of 12/12/18 (excluding EFIH Professional Fee Escrow) [1] | 335,537,790.25 |
| Add: Allocation Ruling [2] | 17,785,234.21 |
| Less: Contingency Funds | -1,500,000.00 |
| Less: Delta Between Allocation Ruling on E-Committee Professional Fees and Ad Hoc Appeal on Such Allocation [3] | -15,791,802.56 |
| Additional Cash Released from Windown Account | $12,000,000 |
| **Adjusted EFH cash for EFH creditors in Classes A4-A7, A9-A11** | **$348,031,222** |

[1] This amount includes the Sempra contribution following repayment of the EFIH First Lien DIP Facility, the EFIH First Lien Note Claims, the EFIH Second Lien Note Claims, and distributions made to Holders of Allowed Claims in Class B5 and B6 as required by the Confirmation Order.

[2] This amount represents the net movement of cash from EFH to EFIH in the EFH/EFIH Cash Distribution Account as a result of the *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFIH and EFH Debtors* [D.I. 13604], without taking into regard any of the pending appeals of such order. It does not reflect any adjustments to be made to the EFIH Professional Fee Escrow Account as a result of such order, which adjustments will be made in connection with the final audit of the EFIH Professional Fee Escrow Account.

[3] This amount represents the net amount of cash from EFIH to EFH in the EFH/EFIH Cash Distribution Account implicated by the Ad Hoc Group Appeal on E-Committee Professional Fees. It does not reflect any adjustments to be made to the EFIH Professional Fee Escrow Account as a result of such order, which adjustments will be made in connection with the final audit of the EFIH Professional Fee Escrow Account.

## EFIH Distributable Cash: Amounts Not to be Distributed in Contemplated Initial Distribution

**($ in millions)**

| | |
|---|---:|
| Remaining Funds in Winddown Account | $10,100,000 |
| Contingency Funds | $1,500,000 |
| Delta Between Allocation Ruling on E-Committee Professional Fees and Ad Hoc Appeal on Such Allocation | $15,791,803 |
| **Total Amounts Not Being Distributed** | **$27,391,803** |
| | |
| **Additional Funds Not Being Distributed** | |
| Remaining Funds in EFIH Professional Fee Escrow | TBD |

RLF1 20477804v.1