**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: D.I. 13632** |

**CERTIFICATION OF COUNSEL REGARDING EFH INDENTURE
TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. § 502(b) FOR
DETERMINATION AND ALLOWANCE OF ADDITIONAL AMOUNTS
TO BE INCLUDED IN ALLOWED CLAIMS**

The undersigned hereby certifies as follows:

1.      On November 21, 2018, American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") filed the *EFH Indenture Trustee's Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Amounts to be Included in Allowed Claims* (the "Motion") [D.I. 13632].

2.      On December, 10, 2018, the EFH Plan Administrator Board ("PAB") filed *The EFH Plan Administrator Board's Response to EFH Indenture Trustee's Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Amounts to be Included in Allowed Claims* (the "Response") [D.I. 13653].

3.      On December 10, 2018, Elliott Associates, L.P. Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") filed *Elliott's Limited Objection and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

*Reservation of Rights Regarding the EFH Indenture Trustee's Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Amounts to be Included in Allowed Claims* (the "Limited Objection") [D.I. 13654].

4.      On December 12, 2018, the EFH Indenture Trustee filed the *EFH Indenture Trustee's Omnibus Reply in Support of Motion Pursuant to 11 U.S.C. § 502(b) for Determination and Allowance of Additional Amounts to be Included in Allowed Claims* (the "Omnibus Reply") [D.I. 13658]. The Omnibus Reply included a proposed revised order.

5.      As explained at the December 18, 2018 hearing, based on various communications by and between the EFH Indenture Trustee, the PAB and Elliott, the EFH Indenture Trustee has prepared a further revised form of order (the "Further Revised Order") in connection with the Motion. The Further Revised Order resolves the Response and Limited Objection.

6.      A copy of the Further Revised Order is attached hereto as Exhibit A. A blackline, comparing the Further Revised Order against the form of order filed along with the Omnibus Reply, is attached hereto as Exhibit B. The Further Revised Order has been circulated to, and is acceptable to counsel to the PAB and Elliott.

7.      The EFH Indenture Trustee therefore respectfully requests that the Bankruptcy Court enter the Further Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

8.      Counsel is available if the Court has any questions or concerns.

Dated: Wilmington, DE
December 19, 2018

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and -

NIXON PEABODY LLP
Richard C. Pedone
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
rpedone@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*