**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11 <br>) <br>) Case No. 14-10979 (CSS) <br>) (Jointly Administered) <br>) <br>) **Re: D.I. 13599, 13604, 13620, 13652, 13644, 13659** <br>) |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT FOR AMENDMENT OF (A) FINDINGS OF FACT AND CONCLUSIONS OF LAW ON JOINT MOTION TO FIX APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS AND (B) ORDER FIXING APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS**

I, Erin R. Fay, co-counsel for UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott," and together with the Trustee, the "Movants"), hereby certify and state as follows regarding the *Order Fixing Appropriate Allocation Of Certain Reserves And Expenses As Between The EFH And EFIH Debtors* (the "Proposed Order") attached hereto as Exhibit A:

1. On November 14, 2018, the Movants filed the *Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Amending the (A) Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors and (B) Order Fixing Appropriate Allocation*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13620] (the "Motion"),[2] and, attached thereto, a proposed form of order granting the Motion (the "Original Proposed Order").

2. Pursuant to the Motion, responses to the Motion were due to be filed and served by November 28, 2018 (as extended for the PAB, the "Objection Deadline"). The EFH Plan Administrator Board and the Ad Hoc EFH Claimants each filed a formal response to the Motion [D.I. 13644 and 13652] and the Office of the United States Trustee provided certain informal comments to the Motion.

3. A hearing regarding the Motion was held in the United States Bankruptcy Court for the District of Delaware (the "Court") on December 17, 2018 at 11:00 a.m. (ET) (the "Hearing"). For the reasons set forth on the record at the Hearing, the Court granted the Motion.

4. Following the Hearing, counsel to the Movants revised the Original Proposed Order to correct certain typographical errors. A copy of the revised order (the "Revised Proposed Order") is attached hereto as **Exhibit A**. A blackline comparing the Original Proposed Order to the Revised Proposed Order is attached hereto as **Exhibit B**.

5. Counsel to the Office of the United States Trustee and the EFH Plan Administrator Board have reviewed the Revised Proposed Order and approved the Revised Proposed Order as to form.

6. Counsel to the Ad Hoc EFH Claimants has indicated that it believes further changes to the Revised Proposed Order are required to amend the findings and increase the total merger NextEra consideration from $9.827 billion to $9.869 billion. The Movants disagree that such a change is required for several reasons. First, there is not a pending request for such relief.

---

[2] Undefined capitalized terms used herein shall have the meanings set forth in the Motion.

The Motion did not request an amendment to this provision of the Findings and Conclusions and the Ad Hoc EFH Claimants did not object to the Motion on these grounds either in their written response or at the Hearing.  Second, the Findings and Conclusions as to the total merger consideration do not specifically tie the total merger consideration to the value of the EFH Asbestos Liabilities and instead recite a standalone amount of $9.827 billion.  *See* Findings and Conclusions, ¶¶ 38, 163.  For these reasons, the Movants assert that the Revised Proposed Order should be entered.

      WHEREFORE, the Movants respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Date: December 20, 2018
      Wilmington, Delaware        BAYARD, P.A.

            */s/ Erin R. Fay*
            Scott D. Cousins (No. 3079)
            Erin R. Fay (No. 5268)
            600 N. King Street, Suite 400
            Wilmington, DE 19801
            Telephone: (302) 655-5000
            Facsimile: (302) 658-6395
            scousins@bayardlaw.com
            efay@bayardlaw.com

            –and–

            ROPES & GRAY LLP
            Gregg M. Galardi
            1211 Avenue of the Americas
            New York, NY 10036-8704
            Telephone: (212) 596-9000
            Facsimile: (212) 596-9090
            Gregg.Galardi@ropesgray.com

            *Counsel to the Movants*