# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

ASPEN
ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

ANDREW K. GLENN
DIRECT DIAL: (212) 506-1747
DIRECT FAX: (212) 835-5047
AGLENN@KASOWITZ.COM

December 21, 2018

**VIA ECF**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re: *In re Energy Future Holdings Corp., et al.*, 14-10979 (CSS) (Bankr. D. Del.)

Dear Judge Sontchi:

We represent the Ad Hoc EFH Claimants[1] in the above-captioned Chapter 11 cases. We write in response to the *Certification of Counsel Regarding Order Granting Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Amendment of (A) Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as between the EFH and EFIH Debtors and (B) Order Fixing Appropriate Allocation of Certain Reserves and Expenses as between the EFH and EFIH Debtors*, dated December 20, 2018 [D.I. 13685], and the proposed form of order attached thereto (the "Proposed Order").

The Proposed Order correctly reflects the Court's ruling that the $100 million Asbestos Escrow[2] – instead of the Debtors' $58 million estimation of the asbestos liabilities – should be used to measure the consideration received by EFH on account of NextEra's assumption of asbestos liabilities under the NextEra Merger Agreement. The Proposed Order, however, fails to incorporate the additional $42 million in adjusted consideration into the *total consideration* NextEra was to provide to EFH and EFIH, which should now be $9.869 billion. Elliott and UMB have refused to include this adjustment in the Proposed Order. We therefore respectfully

---

[1]    The Ad Hoc EFH Claimants include (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P., (c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc., and (e) Farmstead Capital Management, LLC, and each of their related funds. *Verified Amended Statement of Kasowitz Benson Torres LLP and Hogan ♦ McDaniel Pursuant to Bankruptcy Rule 2019* [D.I. 13327] at ¶¶ 3-4.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Findings of Facts and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as between the EFH and EFIH Debtors*, dated October 31, 2018 [D.I. 13599].

K ASOWITZ  B ENSON  T ORRES  LLP

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
December 21, 2018
Page 2


request that the Court include this adjustment in the Proposed Order so that the Court's ruling is
internally consistent.

      We are available to discuss this matter at the Court's convenience.

                        Sincerely,

                        /s/ *Andrew K. Glenn*
                        Andrew K. Glenn


cc:     Gregg M. Galardi, Esq. (Counsel for Elliott/UMB)