UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979   BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 18-1823

Item(s) Transmitted:

| Item | Docket # | Date Entered |
|---|---|---|
| Order Granting Motion of UMB Bank N.A. | 13687 | 12/21/18 |
|  |  |  |
|  |  |  |

**Notes:**

APPEAL ALREADY TRANSMITTED ON 11/20/2018. BAP # 18-56; Civil Action No. 18-1823.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/21/18   **by:** Donna Capell
                         **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 18-56