UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979     BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors.

**Docket #:** 13604      **Date Entered:** 11/5/18

Item Transmitted:

| | | Docket #: | Date Filed: |
|---|---|---|---|
| ☐ | Notice of Appeal | | |
| ☐ | Amended Notice of Appeal | | |
| ☑ | Cross Appeal | 13646 | 12/3/18 |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Request for Certification of Direct Appeal | | |

**Appellant/Cross Appellant:**

The Ad Hoc EFH Claimants

**Appellee/Cross Appellee**

American Stock Transfer & Trust Co.
Elliott Associates L.P.
UMB Bank N.A.
EFH Plan Administrator Board

**Counsel for Appellant/Cross Appellant:**

Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

**Counsel for Appellee/Cross Appellee:**

Cross & Simon
Bayard, P.A.
Richards Layton & Finger, P.A.

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ● | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |

**Civil Action Number:** 18-1823

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/21/18        **by:** Donna Capell
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-62