IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Energy Future Holdings Corp., et al

|  |  |  |
|---|---|---|
| Ad Hoc EFH Claimants | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-2043 UNA |
| | ) | |
| American Stock Transfer & Trust | ) | |
| Company LLC, Elliott Associates, L.P., | ) | |
| Elliott International LP, Liverpool | ) | Bankruptcy Case No. 14-10979 (CSS) |
| Limited Partnership, UMB Bank, N.A., | ) | BAP No. 18-62 |
| and EFH Plan Administrator Board | ) | |
| Appellees, | ) | |

## NOTICE OF DOCKETING

A Notice of Cross-Appeal of the following order of the Bankruptcy Court dated 11/8/2018 was docketed in the District Court on 12/21/2018:

**Order Fixing Appropriate Allocation of Certain Reserves and Expenses
as between the EFH and EFIH Debtors**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

              John A. Cerino
              Clerk of Court

Date: December 26, 2018
CC.  U.S. Bankruptcy Court
    Counsel via CM/ECF