**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 12763, 13599, 13604, 13674** |

**CERTIFICATION OF COUNSEL CONCERNING SECOND STIPULATION
AND RELEASE REGARDING EFH/EFIH PLAN DISTRIBUTIONS**

On February 27, 2018, the United States Bankruptcy Court for the District of Delaware

(the "Bankruptcy Court") entered the *Order Confirming the First Amended Joint Plan of

Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding

Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*

[D.I. 12763] (the "Confirmation Order") whereby the Bankruptcy Court confirmed the *First

Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future

Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the

Bankruptcy Code*, dated February 15, 2018 [D.I. 12763-1] (the "E-Side Plan"[2]). The E-Side Plan

became effective in accordance with its terms on March 9, 2018 (the "EFH Effective Date"). On

the EFH Effective Date, the EFH Plan Administrator Board (the "PAB") was appointed and

tasked with, among other things, directing the Disbursing Agent with respect to Cash

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not defined, herein shall have the same meanings ascribed to such terms in the E-Side Plan or Confirmation Order, as applicable.

distributions made on account of Allowed Claims asserted against the EFH Debtors and EFIH Debtors, subject to the terms of the E-Side Plan.

The majority of distributions under the E-Side Plan were subject to determining the allocation of certain administrative expense claims as between EFH and EFIH (as defined in the Scheduling Order (defined below), the "EFH/EFIH Allocation Dispute").  To facilitate the resolution of the EFH/EFIH Allocation Dispute, on June 11, 2018, the Bankruptcy Court entered the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13193] (as amended from time to time, the "Scheduling Order"), which established a litigation schedule and discovery protocols in connection with the EFH/EFIH Allocation Dispute.

To that end, between September 5, 2018 and September 7, 2018, the Bankruptcy Court held a hearing with respect to the EFH/EFIH Allocation Dispute.  On October 31, 2018, the Bankruptcy Court entered the *Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13599] (the "Findings of Fact and Conclusions of Law") in connection with the EFH/EFIH Allocation Dispute.  On November 5, 2018, the Bankruptcy Court entered the *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13604], consistent with the Findings of Fact and Conclusions of Law (the "Allocation Order").  No party-in-interest has sought a stay of the Allocation Order.

As a result of all the foregoing, in order to facilitate the PAB's ability to make certain distributions under the E-Side Plan, on December 18, 2018, all of (i) the PAB; Energy Future

2

Holdings Corp., a Texas corporation; (ii) the EFIH Unsecured Notes Trustee; (iii) Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott"); (iv) the EFH Notes Trustee; and (v) each of (a) Alta Fundamental Advisers LLC; (b) Angelo, Gordon & Co., L.P.; (c) Apollo Management Holdings L.P.; (d) Brookfield Asset Management Inc.; and (e) Farmstead Capital Management, LLC, and each of their related funds, as Holders of Allowed Claims in Classes A4-A11 (collectively, the "Ad Hoc EFH Claimants") (collectively, (i)-(v) are the "Parties"), entered into that certain *Stipulation and Release Regarding EFH/EFIH Plan Distributions* (the "Stipulation and Order"). On December 18, 2018, the PAB submitted the Stipulation and Order to the Bankruptcy Court for entry under a certification of counsel (*see* D.I. 13673) and, later on December 18, 2018, the Bankruptcy Court entered and approved the Stipulation and Order (*see* D.I. 13674).

Pursuant to the Stipulation and Order, the PAB was authorized to make distributions under the E-Side Plan (up to a specified cap) with respect to Holders of Allowed Claims in Classes A4-A11 and directed to make distributions under the E-Side Plan (in specified amounts) to Holders of Allowed Claims in Class A4, Class A5, Class A6, Class B5, and Class B6. Thereafter, on December 19, 2018, the PAB made distributions under the E-Side Plan to the Disbursing Agents for each of Class A4, Class A5, Class A6, Class B5, and Class B6 as set forth in the Stipulation and Order.

Subsequent to the entry and approval of the Stipulation and Order, the Parties negotiated and entered into that certain *Second Stipulation and Release Regarding EFH/EFIH Plan Distributions* (the "Second Stipulation and Order"). A copy of the Second Stipulation and Order is attached hereto as **Exhibit A**. Among other things, the Second Stipulation and Order (subject to approval by the Bankruptcy Court), (i) authorizes and directs the PAB to make certain

3

additional distributions under the E-Side Plan on the terms set forth therein; (ii) provides for certain releases by and among the Parties; and (iii) provides for the withdrawal and dismissal with prejudice of certain appeals taken out of the above-captioned chapter 11 cases by each of Elliott, the EFIH Unsecured Notes Trustee, and the Ad Hoc EFH Claimants.

The Second Stipulation and Order has been circulated, and is acceptable for entry, to counsel to each of the Parties.  The PAB therefore respectfully requests that the Bankruptcy Court enter the Second Stipulation and Order, substantially in the form attached hereto as **Exhibit A**, at its earliest possible convenience **on December 28, 2018**.


*[Remainder of page intentionally left blank.]*

Dated: December 28, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*