# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.*[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., AND THE LIVERPOOL LIMITED PARTNERSHIP,<br><br>*Appellants,*<br>v.<br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Appellees.* | Civil Action No. 18-400 (RGA) |
| UMB BANK, N.A.,<br><br>*Appellant,*<br>v.<br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Appellees.* | Civil Action No. 18-456 (RGA) |

## STIPULATION OF VOLUNTARY DISMISSAL

This stipulation of voluntary dismissal (the "Stipulation") is made by and among UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 ("UMB") and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with UMB, the "Appellants"), NextEra

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03427811v1}

Energy, Inc. ("NextEra") and the EFH Plan Administrator Board (the "PAB" and collectively with the Appellants and NextEra, the "Parties"):

## RECITALS

WHEREAS, on February 27, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Bankr. D.I. 12763] (the "Confirmation Order");

WHEREAS, on March 16, 2018, Elliott filed an amended notice of appeal of the Confirmation Order [Bankr. D.I. 12830] (the "Elliott Confirmation Appeal"), and on March 23, 2018, UMB filed a notice of appeal of the Confirmation Order [Bankr. D.I. 12848] (the "UMB Confirmation Appeal"), each in the Bankruptcy Court;

WHEREAS, on April 6, 2018, this Court entered an order joining the Elliott Confirmation Appeal and the UMB Trustee Confirmation Appeal (together, the "Appeal");

WHEREAS, on January 3, 2019, the Appellants, the PAB and certain other parties executed the *Amended and Superseding Second Stipulation and Release Regarding EFH/EFIH Distributions* and on January 4, 2019, the Bankruptcy Court so entered such stipulation [Bankr. D.I. 13697] (the "Second Stipulation");

WHEREAS, the Second Stipulation provides, among other things, that this Appeal shall be dismissed with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective undersigned counsel, that:

1. The Appeal is dismissed with prejudice pursuant to Federal Rule of Bankruptcy

Procedure 8023, with each Party to bear its own costs and attorneys' fees; provided, however, that this Stipulation shall not affect the agreements and relief set forth in the Second Stipulation; provided, further however, that this Stipulation and the dismissal shall not affect any party's rights or arguments in connection with the appeals pending before this Court in Case No. 18-1253 (RGA) and Case No. 18-1769 (RGA) or any further proceedings related to *In re Energy Future Holdings Corp.*, 904 F.3d 298 (3d Cir. 2018) and the related denial of rehearing by the United States Court of Appeals for the Third Circuit.

2. The Clerk of this Court shall mark the Appeal as "closed."

3. Each person who executes this Stipulation by or on behalf of each respective party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such party.

4. This Stipulation and all of its provisions are binding on, and inure to the benefit of, the parties hereto and their respective successors and assigns.

*[Remainder of page intentionally left blank.]*

Dated: January 22, 2019

| | |
|---|---|
| **BAYARD, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ *Erin R. Fay* | /s/ *Jason M. Madron* |
| Scott D. Cousins (No. 3079) | Mark D. Collins (No. 2981) |
| Erin R. Fay (No. 5268) | Daniel J. DeFranceschi (No. 2732) |
| Evan T. Miller (No. 5364) | Jason M. Madron (No. 4431) |
| 600 N. King Street, Suite 400 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 655-5000 | Telephone: (302) 651-7700 |
| Facsimile: (302) 658-6395 | Facsimile: (302) 651-7701 |
| - and - | -and - |
| **ROPES & GRAY LLP** | **KIRKLAND & ELLIS LLP** |
| Gregg M. Galardi | James H.M. Sprayregen, P.C. |
| Matthew L. McGinnis (admitted *pro hac vice*) | Marc Kieselstein, P.C. (admitted *pro hac vice*) |
| Daniel G. Egan (admitted *pro hac vice*) | 300 North LaSalle |
| 1211 Avenue of the Americas | Chicago, IL 60654 |
| New York, NY 10036-8704 | Telephone: (312) 862-2000 |
| Telephone: (212) 596-9000 | |
| Facsimile: (212) 596-9090 | Mark E. McKane, P.C. (admitted *pro hac vice*) |
| | Michael P. Esser (admitted *pro hac vice*) |
| *Counsel for Elliott and UMB Bank, N.A., as Trustee* | Anna Terteryan (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | |
| | Aparna Yenamandra (admitted *pro hac vice*) |
| | McClain Thompson (admitted *pro hac vice*) |
| | 601 Lexington Ave. |
| | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | |
| | *Counsel to EFH Plan Administrator Board* |

Dated: January 22, 2019

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to NextEra Energy, Inc.*

SO ORDERED this 23 day of Jan., 2019

United States District Judge