# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE ) <br> HOLDINGS CORP., *et al.*, ) <br> ) <br> *Debtors.*[1] ) <br> ) <br> ) <br> ———————————————————— ) <br> ELLIOTT ASSOCIATES, L.P., *et al.* ) <br> ) <br> *Appellants*, ) <br> v. ) <br> ENERGY FUTURE ) <br> HOLDINGS CORP., *et al.*, ) <br> ) <br> *Appellees*. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br><br><br><br><br><br><br> Civil Action No. 18-1225 (RGA) |

## STIPULATION OF VOLUNTARY DISMISSAL

This stipulation of voluntary dismissal (the "Stipulation") is made by and among UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 ("UMB") and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with UMB, the "Appellants"), the EFH Plan Administrator Board (the "PAB") and certain ad hoc EFH claimants (the "Ad Hoc EFH Claimants" and collectively with the Appellants, and the PAB, the "Parties"):

## RECITALS

WHEREAS, on July 26, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Order Authorizing the EFH Plan Administrator*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03419137v2}

*Board to Reimburse the Fees and Expenses of Former Directors and Officers Solely in Connection With the EFH/EFIH Allocation Dispute* [Bankr. D.I. 13322] (the "D&O Reimbursement Order");

WHEREAS, on August 9, 2018, the Appellants filed a notice of appeal of the D&O Reimbursement Order [Bankr. D.I. 13350] (the "Appeal");

WHEREAS, on January 3, 2019, the Appellants, the PAB and certain other parties executed the *Amended and Superseding Second Stipulation and Release Regarding EFH/EFIH Distributions* and on January 4, 2019, the Bankruptcy Court so entered such stipulation [Bankr. D.I. 13697] (the "Second Stipulation");

WHEREAS, the Second Stipulation provides, among other things, that the Appeal shall be dismissed with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective undersigned counsel, that:

1. The Appeal is dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023, with each Party to bear its own costs and attorneys' fees; provided, however, that this Stipulation shall not affect the agreements and relief set forth in the Second Stipulation.

2. This Stipulation shall be deemed to be with prejudice as to all claims for relief asserted by the Parties as against each other in the Appeal, and the Clerk of this Court shall mark the Appeal as "closed."

3. Each person who executes this Stipulation by or on behalf of each respective party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such party.

4.   This Stipulation and all of its provisions are binding on, and inure to the benefit of, the parties hereto and their respective successors and assigns.

Dated: January 22, 2019

| | |
|---|---|
| **BAYARD, P.A.**<br><br>/s/ *Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br><br>- and -<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>Matthew L. McGinnis (admitted *pro hac vice*)<br>Daniel G. Egan (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile:  (212) 596-9090<br><br>*Counsel for Elliott and UMB Bank, N.A., as Trustee* | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>/s/ *Jason M. Madron*<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and -<br><br>**KIRKLAND & ELLIS LLP**<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br><br>Mark E. McKane, P.C. (admitted *pro hac vice*)<br>Michael P. Esser (admitted *pro hac vice*)<br>Anna Terteryan (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br><br>Aparna Yenamandra (admitted *pro hac vice*)<br>McClain Thompson (admitted *pro hac vice*)<br>601 Lexington Ave.<br>New York, NY 10022<br>Telephone: (212) 446-4800<br><br>*Counsel to EFH Plan Administrator Board* |

Dated: January 22, 2019

**HOGAN MCDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel, Esq. (No. 4167)
1311 Delaware Avenue
Wilmington, Delaware 19806

- and -

**KASOWITZ BENSON TORRES LLP**
David S. Rosner
Andrew K. Glenn
1633 Broadway
New York, New York 10019

*Counsel to the Ad Hoc EFH Claimants*

SO ORDERED this 23 day of Jan, 2019

[signature]
United States District Judge

{BAY:03419137v2}

5