IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE ) <br> HOLDINGS CORP., *et al.*, ) <br> ) <br> Debtors.[1] ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |
| ELLIOTT ASSOCIATES, L.P., *et al.* ) <br> ) <br> *Appellants*, ) <br> v. ) <br> ENERGY FUTURE ) <br> HOLDINGS CORP., *et al.*, ) <br> ) <br> *Appellees*. ) | <br><br><br><br> Civil Action No. 18-1823 (RGA) |
| AD HOC EFH CLAIMANTS, ) <br> ) <br> *Appellees*, ) <br> v. ) <br> ) <br> AMERICAN STOCK TRANSFER & ) <br> TRUST COMPANY LLC, *et al.*, ) <br> ) <br> *Appellants*. ) | <br><br><br><br><br> Civil Action No. 18-2043 (RGA) |

**STIPULATION OF VOLUNTARY DISMISSAL**

This stipulation of voluntary dismissal (the "Stipulation") is made by and among UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 ("UMB") and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03418789v2}

Limited Partnership (collectively, "Elliott" and, together with UMB, the "Appellants"), the EFH Plan Administrator Board (the "PAB"), the EFH Indenture Trustee (the "Trustee") and certain ad hoc EFH claimants (the "Ad Hoc EFH Claimants" and collectively with the Appellants, the PAB, and the Trustee, the "Parties"):

## RECITALS

WHEREAS, on November 5, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [Bankr. D.I. 13604, 13687] (as amended, the "Allocation Order");[2]

WHEREAS, on November 19, 2018, the Appellants filed a notice of appeal of the Allocation Order [Bankr. D.I. 13626] (the "Elliott/UMB Appeal"), which this Court docketed as Civil Action No. 18-1823 (RGA);

WHEREAS, on December 3, 2018, the Ad Hoc EFH Claimants filed a notice of cross-appeal of the Allocation Order [Bankr. D.I. 13646] (the "Ad Hoc Cross Appeal" and together with the Elliott/UMB Appeal, the "Appeals"), which this Court docketed as Civil Action No. 18-2043 (RGA);

WHEREAS, on January 3, 2019, the Appellants, the PAB and certain other parties executed the *Amended and Superseding Second Stipulation and Release Regarding EFH/EFIH Distributions* and on January 4, 2019, the Bankruptcy Court so entered such stipulation [Bankr. D.I. 13697] (the "Second Stipulation");

WHEREAS, the Second Stipulation provides, among other things, that the Appeals shall be dismissed with prejudice.

---

[2] The Allocation Order was amended by the Bankruptcy Court on December 21, 2018 [Bankr. D.I. 13687].

{BAY:03418789v2}

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective undersigned counsel, that:

1. The Appeals are dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023, with each Party to bear its own costs and attorneys' fees; provided, however, that this Stipulation shall not affect the agreements and relief set forth in the Second Stipulation.

2. This Stipulation shall be deemed to be with prejudice as to all claims for relief asserted by the Parties as against each other in the Appeals, and the Clerk of this Court shall mark the Appeals as "closed."

3. Each person who executes this Stipulation by or on behalf of each respective party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such party.

4. This Stipulation and all of its provisions are binding on, and inure to the benefit of, the parties hereto and their respective successors and assigns.

*[Remainder of page intentionally left blank.]*

Dated: January 22, 2019

| | |
|---|---|
| **BAYARD, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Erin R. Fay* | */s/ Jason M. Madron* |
| Scott D. Cousins (No. 3079) | Mark D. Collins (No. 2981) |
| Erin R. Fay (No. 5268) | Daniel J. DeFranceschi (No. 2732) |
| Evan T. Miller (No. 5364) | Jason M. Madron (No. 4431) |
| 600 N. King Street, Suite 400 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 655-5000 | Telephone: (302) 651-7700 |
| Facsimile: (302) 658-6395 | Facsimile: (302) 651-7701 |
| - and - | -and - |
| **ROPES & GRAY LLP** | **KIRKLAND & ELLIS LLP** |
| Gregg M. Galardi | James H.M. Sprayregen, P.C. |
| Matthew L. McGinnis (admitted *pro hac vice*) | Marc Kieselstein, P.C. (admitted *pro hac vice*) |
| Daniel G. Egan (admitted *pro hac vice*) | 300 North LaSalle |
| 1211 Avenue of the Americas | Chicago, IL 60654 |
| New York, NY 10036-8704 | Telephone: (312) 862-2000 |
| Telephone: (212) 596-9000 | |
| Facsimile: (212) 596-9090 | Mark E. McKane, P.C. (admitted *pro hac vice*) |
| | Michael P. Esser (admitted *pro hac vice*) |
| *Counsel for Elliott and UMB Bank, N.A., as Trustee* | Anna Terteryan (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | |
| | Aparna Yenamandra (admitted *pro hac vice*) |
| | McClain Thompson (admitted *pro hac vice*) |
| | 601 Lexington Ave. |
| | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | |
| | *Counsel to EFH Plan Administrator Board* |

Dated: January 22, 2019

| | |
|---|---|
| **HOGAN MCDANIEL** | **CROSS & SIMON, LLC** |
| */s/ Garvan F. McDaniel* | */s/ Christopher P. Simon* |
| Garvan F. McDaniel, Esq. (No. 4167) | Christopher P. Simon (No. 3697) |
| 1311 Delaware Avenue | 1105 North Market Street, Suite 901 |
| Wilmington, Delaware 19806 | Wilmington, Delaware 19801 |
| - and - | - and - |
| **KASOWITZ BENSON TORRES LLP** | **NIXON PEABODY LLP** |
| David S. Rosner | Amanda D. Darwin |
| Andrew K. Glenn | Richard C. Pedone |
| 1633 Broadway | Erik Schneider |
| New York, New York 10019 | 100 Summer Street |
| | Boston, Massachusetts 02110 |
| *Counsel to the Ad Hoc EFH Claimants* | *Counsel to the EFH Indenture Trustee* |

SO ORDERED this 23 day of Jan, 2019

*[signature]*
United States District Judge