# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| ENERGY FUTURE HOLDINGS, CORP., et al., | ) | Chapter 11 |
| Debtors. | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| | ) | Re: D. I. 13700 |
| | ) | Re: D. I. 13700-2 |

## THE TREMBLE FAMILY'S RESPONSE TO THE MOTION OF EFH PLAN ADMINISTRATOR BOARD AND REORGANIZED TCEH DEBTORS

We **object** to the motion of EFH Plan Administrator Board, and TCEH Debtors (collectively, the "Reorganized Debtors") motion to enlarge the period within which the Reorganized Debtors may remove Prepetition Action and Postpetition Actions (as defined herein) by 180 days through and including July 15, 2019 (the "Removal Date").

D. I. 13700-2

    3.    This Order and the relief granted herein shall apply to **all** Actions. If our interpretation is correct, the proposed Action will delay disbursement of payment to **all** Claimants we **object** to any further delays.