IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

ENERGY FUTURE HOLDING CORP., *et al.*,

                           Debtors.                  Civil Action No. 18-381-RGA

SHIRLEY FENICLE, INDIVIDUALLY, AND
AS SUCCESSOR-IN-INTEREST TO THE
ESTATE OF GEORGE FENICLE, DAVID
WILLIAM FAHY, JOHN H. JONES, DAVID            Chapter 11
HEINMANN, HAROLD BISSELL, KURT                Bankruptcy Case No. 14-10979
CARLSON, ROBERT ALBINI,
INDIVIDUALLY, AND AS SUCCESSOR-IN-
INTEREST TO THE ESTATE OF GINO
ALBINI, AND DENIS BERGSCHNEIDER,

                    Appellants;

       v.

DEBTORS ENERGY FUTURE HOLDINGS
CORP., *et al.*, AND THE EFH PLAN
ADMINISTRATOR BOARD,

                    Appellees.

<u>ORDER</u>

For the reasons set forth in the accompanying memorandum opinion, IT IS HEREBY

ORDERED that the Motion to Dismiss (D.I. 40) is GRANTED, and the appeal is DISMISSED.

Entered this 24 day of January, 2019.

_____
United States District Judge