**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>　　　Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>　　　Account Number: <u>xxxx2464-xxxxxxxx0768</u>

Date of Confirmation: <u>2/27/18</u>　　　Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q4 2018 – 10/1/2018 - 12/31/2018</u>

| | |
|---|---:|
| Beginning Cash Balance | $ 207,828,128.13 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $846,536.65 |
| Collection of Accounts Receivable (net in payables): | $ 58,485.08 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 905,021.73 |
| Total of cash available: | $ 208,733,149.86 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $91,872,964.82 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,608,208.79 |
| All other disbursements made in the ordinary course: | $ 18,884.94 |
| Total Disbursements | $ 93,500,058.55 |
| Ending Cash Balance | $ 115,233,091.31[1] |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>1/31/2019</u>　　　<u>Anthony R. Horton – Plan Administrator Board</u>
Date　　　Name/Title

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

---

[1] As of February 1, 2019, the cash balance of this account was $72,195,225.01, of which $59,020,198.57 is on account of the distributions to Holders of Allowed Claims in Class A11 pursuant to the *Stipulation and Release Regarding EFH/EFIH Plan Distributions* [D.I. 13674] and the *Amended and Superseding Second Stipulation and Release Regarding EFH/EFIH Plan Distributions* [D.I. 13697].

RLF1 3255743v.1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Intermediate Holding Company LLC</u>    Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-11008</u>    Account Number: <u>xxxx2464-xxxxxxxx9768</u>

Date of Confirmation: <u>2/27/18</u>    Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q4 2018 – 10/1/2018 - 12/31/2018</u>

|  |  |
|---|---:|
| Beginning Cash Balance | $ 359,813,926.46 |

All receipts received by the debtor:

|  |  |
|---|---:|
| Cash Sales (interest on cash balances): | $ 1,489,272.41 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise)[1]: | $ 23,785,234.21 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 25,274,506.62 |
| Total of cash available: | $ 385,088,433.08 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $350,731,406.72 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 2,876,788.46 |
| All other disbursements made in the ordinary course: | $ 12,849.93 |
| Total Disbursements | $353,621,045.11 |
| Ending Cash Balance | $ 31,467,387.97[2] |

[1] Represents court ordered payment from Energy Future Holdings Corp. to Energy Future Intermediate Holding Company LLC.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/31/2019    Anthony R. Horton – Plan Administrator Board
Date    Name/Title

Debtor: <u>Energy Future Intermediate Holding Company LLC</u>
Case Number: <u>14-11008</u>

---

[2]    As of February 1, 2019, the cash balance of this account was $4,053,543.38.

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>     Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>     Account Number: <u>xxxx2464-xxxxxxxx5768</u>

Date of Confirmation: <u>2/27/18</u>     Account Type: <u>Professional Fees Escrow - Checking</u>

Reporting Period (month/year): <u>Q4 2018 – 10/1/2018 - 12/31/2018</u>

| | |
|---|---:|
| Beginning Cash Balance | $ 17,975,701.92 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $ 72,992.25 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 72,992.25 |
| Total of cash available: | $ 18,048,694.17 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 6,599,704.34 |
| All other disbursements made in the ordinary course: | $ 0.00 |
| Total Disbursements | $ 6,599,704.34 |
| Ending Cash Balance | $ 11,448,989.83[3] |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>1/31/2019</u>     <u>Anthony R. Horton – Plan Administrator Board</u>
Date           Name/Title

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

---

[3]    As of February 1, 2019, the cash balance of this account was $2,836,770.99, all of which is on account of the anticipated distribution to Holders of Allowed Claims in Class A11.

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx4768

Date of Confirmation: 2/27/18    Account Type: Professional Fees Escrow - Checking

Reporting Period (month/year): Q4 2018 – 10/1/2018 - 12/31/2018

| | |
|---|---:|
| Beginning Cash Balance | $ 42,012,769.69 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $ 169,811.15 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 169,811.15 |
| Total of cash available: | $ 42,182,580.84 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $2,688,322.57 |
| All other disbursements made in the ordinary course: | $ 0.00 |
| Total Disbursements | $ 2.688.322.57 |
| Ending Cash Balance | $39,494,258.27[4] |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/31/2019          Anthony R. Horton – Plan Administrator Board
Date               Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

---

[4] As of February 1, 2019, the cash balance of this account was $0.00.

RLF1 3255743v.1

| ASSETS | September 30, 2018 |
|---|---|
| Cash (Unrestricted) | 197,643,727.38 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 341,153.27 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) – Investments in nonqualified benefit plan trusts | 28,882,197.57 |
| Total Current Assets | 226,867,078.22 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less: Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 226,867,078.22 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 5,000,000.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | 24,093,723.96 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) – current employee benefit liabilities | 1,075,260.72 |
| Total Post-petition Liabilities | 30,168,984.68 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | 196,698,093.54 |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 196,698,093.54 |
| Total Liabilities | 226,867,078.22 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |