# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** (CSS) 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 2/11/18 at 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason M Madron | Richards Layton & Finger | Reorganized TCEH / EFH |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 02/11/2019
Calendar Time: 11:00 AM ET

Re-sent Calendar Feb 8 2019 11:24AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9598282 | Sharon Donaldson | (281) 206-8400 ext. | Sharon Donaldson - In Pro Per/Pro Se | Creditor, Tremble Family / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9598413 | Selia Shawkey | (903) 938-6829 ext. | Selia Shawkey - In Pro Per/Pro Se | In Propria Persona, Selia Shawkey / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9598521 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9596113 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9536695 | Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Interested Party, Oncor Electric / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9598419 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9599000 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |