## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | : | **Case No. 14-10979 (CSS)** |
|  | : |  |
| **Debtor-in-Possession.** | : | **(Jointly Administered)** |
|  | : |  |
|  | : | Objection deadline: March 8, 2019 at 4:00 p.m. Eastern Time |
|  | : | Hearing date: March 18, 2019 at 11:00 a.m. Eastern Time |

--------------------------------------------------------------

## TWELFTH INTERIM AND FINAL FEE APPLICATION OF RICHARD GITLIN, INDIVIDUALLY, AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 21, 2014 THROUGH DECEMBER 31, 2018

## <u>SUMMARY (LOCAL FORM 101)</u>

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee (the "**Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | August 21, 2014 – December 31, 2018 (the "**Final Compensation Period**") |
| | May 1, 2018 – December 31, 2018 (the "**Interim Compensation Period**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $320,000.00 (Interim Compensation Period) |
| | $2,426,093.03 (Final Compensation Period) |

Amount of Expense Reimbursement sought as actual, reasonable and necessary:

$6,210.87 (Interim Compensation Period)
$24,115.39 (Final Compensation Period)

This is an: __ interim _X_ final application.

Prior fee applications:

*First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900]
Approved by order dated June 24, 2015 [D.I. 4843]

*Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* [D.I. 5013]
Approved by order dated October 26, 2015 [D.I. 6667]

*Third Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2015 Through August 31, 2015* [D.I. 7714]
Approved by order dated February 18, 2016 [D.I. 7883]

*Fourth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From September 1, 2015 Through December 31, 2015* [D.I. 8643]
Approved by order dated June 27, 2016 [D.I. 8824]

*Fifth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2016 Through April 30, 2016* [D.I. 9766]
Approved by order dated October 27, 2016 [D.I. 9963]

*Sixth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2016 Through August 31, 2016* [D.I. 10973]
Approved by order dated March 28, 2017 [D.I. 11071]

*Seventh and Eighth Interim and Consolidated Applications of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From September 1, 2016 Through April 30, 2017* [D.I. 11946]
Approved by order dated November 6, 2017 [D.I. 12190]

*Ninth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From May 1, 2017 Through August 31, 2017* [D.I. 12503]
Approved by order dated February 14, 2018 [D.I. 12632]

*Tenth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From September 1, 2017 Through December 31, 2017* [D.I. 13226]
Approved by order dated February 14, 2018 [D.I. 13277]

*Eleventh Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From January 1, 2018 Through April 30, 2018* [D.I. 13539]
Approved by order dated October 25, 2018 [D.I. 13585]

## ATTACHMENTS TO FEE APPLICATION

## EXHIBIT A:  DETAILED TIME RECORDS-INTERIM COMPENSATION PERIOD

Detailed records summarizing the services provided by the Applicant during the Interim Compensation Period are attached to this Application as **Exhibit A**.

### EXHIBIT B:  DETAILED EXPENSE RECORDS—INTERIM COMPENSATION PERIOD

Attached to this Application as **Exhibit B**, in compliance with Local Rule 2016-2(c)(ii), is a listing of expenses for the Interim Compensation Period for which the Applicant requests reimbursement.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | : | **Case No. 14-10979 (CSS)** |
| | : | |
| **Debtor-in-Possession.** | : | **(Jointly Administered)** |
| | : | |
| | : | Objection deadline: March 8. 2019 at 4:00 p.m. Eastern Time |
| | : | Hearing date: March 18, 2019 at 11:00 a.m. Eastern Time |

-------------------------------------------------------- X

**TWELFH INTERIM AND FINAL APPLICATION OF RICHARD GITLIN,
INDIVIDUALLY, AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS
THE INDEPENDENT MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
<u>AUGUST 21, 2014 THROUGH DECEMBER 31, 2018</u>**

**FEE APPLICATION**

Richard Gitlin, individually, and as Chairman of Gitlin & Company LLC, as the

Independent Member of the Fee Committee appointed in these cases, submits this *Twelfth*

*Interim and Final Application of Richard Gitlin, Individually, and as Chairman of Gitlin &*

*Company LLC, as the Independent Member of the Fee Committee, for Allowance of*

*Compensation for Services Rendered and for Reimbursement of Expenses for the Period From*

*August 21, 2014 Through December 31, 2018* (the "**Fee Application**") under 11 U.S.C. §§ 330

and 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-2.  Pursuant to the flat fee compensation

arrangement established in the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896]

(the "**Fee Committee Order**"), the Fee Application requests interim allowance of compensation

for professional services and reimbursement of expenses incurred from May 1, 2018 through

December 31, 2018 and, as a final application, from August 21, 2014 through December 31, 2018.

The Applicant requests retrospective Court approval for a total of $320,000.00 in fees for the Interim Compensation Period and $2,426,093.03 in fees for the Final Compensation Period. This total would, if expressed in terms of an hourly rate, reflect an average rate of $594.80 for the period from May 1 through December 31, 2018 and $833.91 for the period from August 21, 2014 through December 31, 2018. The Applicant also requests reimbursement of $6,210.87 in out-of-pocket expenses incurred during the Interim Compensation Period and $24,115.39 in out-of-pocket expenses for the Final Compensation Period.

## BACKGROUND

1.    On April 29, 2014 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and have been jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). The Debtors were authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    The Court appointed a Fee Committee on August 21, 2014 to execute the duties set forth in the Fee Committee Order, including, among other things, monitoring the fees and expenses incurred by professionals ("**Retained Professionals**") in these chapter 11 cases. The Fee Committee Order further approved the appointment of Richard A. Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member and chairperson of the Fee Committee (the "**Chair**").

3.      During the Interim Compensation Period, the Fee Committee continued reviewing at least 10 interim fee applications for the Eleventh Interim Fee Period (September 1 through December 21, 2017), began and completed review of 21 fee applications for the Twelfth Interim Fee Period (January 1 through March 9, 2018), and began and completed reporting on 24 final fee applications.  The Fee Committee also evaluated 29 applications, under 11 U.S.C. § 503(b), totaling more than $60 million in fees and $2 million in expenses.

### THE APPLICANT

4.      The Applicant's background and qualifications were detailed in the *First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900] (the "First Fee Application"), which is incorporated by reference.

### FEE COMMITTEE PROCESS

5.      During the Interim Compensation Period, the Fee Committee met at least twelve times, with eight meetings taking place in person in New York, one meeting taking place in person in Wilmington, and three meetings by telephone.  The Fee Committee continued and completed the review and reporting process for the Eleventh Interim Fee Period, began and completed work on the review and reporting process for the Twelfth Interim Period, and began and completed work on all applications for the Final Fee Period for the case (April 29, 2014 through March 9, 2018).

6.      Retained Professionals began filing fee applications for the Twelfth Interim and Final Fee Periods around April 23, 2018.

7.      The description of the Fee Committee's analytical and reporting process outlined in the First Fee Application [D.I. 3900] generally describes the processes for the Eleventh and

Twelfth Interim Compensation Periods and the Final Fee Period.  Those details are incorporated

by reference.

8.      As documented in the status reports filed with the Court [D.I. 13141, 13519,

13602, and 13655] and as a result of the collective efforts of the Fee Committee, the Applicant,

and the Retained Professionals, no contested fee hearing has ever been required in these

proceedings.  All eleventh and twelfth interim fee period applications, all final fee period

applications, and all § 503(b) applications were ultimately resolved on a consensual basis and

approved by the Court.

## DESCRIPTION OF SERVICES PROVIDED

9.      During the Interim Compensation Period, the Chair presided over all Fee

Committee meetings—in person, on May 10, June 15, July 12, August 14, September 14,

September 24, October 18, November 13 and December 7, 2018; and, by telephone, on

October 12, November 16 and December 4, 2018.  The Chair designed or approved each meeting

agenda and the format and substance for the confidential reports submitted to each Retained

Professional.  He has continued to ask counsel to provide background memoranda and

communicate with Retained Professionals to maintain open communication.  In addition, he has

conducted numerous individual conferences and conversations with the Fee Committee's

members and, on occasion, with the principal counsel for the Retained Professionals.  He has

demonstrated an ability to facilitate the resolution of differences, whether in discussions within

the Fee Committee or in negotiations with Retained Professionals.

## REQUEST FOR APPROVAL OF COMPENSATION

10.      Interim compensation to professionals is governed by 11 U.S.C. §§ 330 and 331.

The Court is authorized to grant "reasonable compensation for actual, necessary services

rendered by the [professional person] and reimbursement for actual, necessary expenses."

11.     The Applicant requests that the Court approve this Application, incorporating

services and expenses incurred during the Interim Compensation Period and Final Compensation

Period, because he has completed his assignment in a timely, efficient and effective manner.

     A.     The services of the Applicant have provided direct benefit to the estates,

both tangible and intangible, by saving amounts sought for professional services inadvertently,

improvidently, or inappropriately billed to the estates.

     B.     The services of the Applicant have assisted the Fee Committee, the Court

and the U.S. Trustee in fulfilling their own responsibilities, and those same services have helped

encourage the Retained Professionals to submit applications for compensation and

reimbursement that meet the requirements of the Bankruptcy Code, the U.S. Trustee Guidelines

and the local rules of the District of Delaware.

     C.     All of the Fee Committee's standards and guidelines applied to other

Retained Professionals have also been applied to the Applicant.

12.     The Applicant received a fixed $40,000.00 payment for May through December,

2018.[1]  This flat fee payment was authorized by the Court both in the Fee Committee Order and

the *Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the

Fee Committee* [D.I. 2065] (the "**Godfrey & Kahn Retention Order**").

13.     The aggregate amount of $320,000.00 in flat fees for the Interim Compensation

Period has been conditionally paid to the Chair, subject to the filing of this Application and

further order of this Court.  The Applicant now seeks retrospective Court approval of these

payments.

---

[1] Effective June 1, 2017, the Fee Committee counsel and Chair voluntarily began reducing their combined flat monthly fee of $250,000 to $200,000 in recognition of the decreasing workload resulting from the conclusion of 11 professionals' engagements.  Of this reduced monthly payment, $160,000 per month has been allocated to Fee Committee counsel and $40,000 per month has been allocated to the Chair.

14.     There is no agreement or understanding between the Applicant and any other entity for the sharing of compensation to be received.

15.     The services provided were actual and necessary to the administration of the fee examination process in these cases.  The fee review process is a statutory mandate in all chapter 11 cases.  Given the size and complexity of these cases, however, the parties agreed to the creation of a Fee Committee to aid both the U.S. Trustee and the Court.

16.     In reviewing whether a compensation request should be granted, the Court should be guided by the following factors:

> [T]he nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)     The time spent on such services;
>
> (B)     The rates charged for such services;
>
> (C)     Whether the services were necessary to the administration of or beneficial at the time at which the service was rendered toward the completion of a case under this title;
>
> (D)     Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;
>
> (E)     With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     Whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than these under this title.

11 U.S.C. § 330.

17.     The requested compensation and reimbursement meet the statutory requirements for allowance.  The Applicant has completed his work in a timely and efficient manner commensurate with the complexity, importance and nature of the issues involved.  The Applicant

has demonstrated skill in bankruptcy, generally, and in the bankruptcy fee review context, specifically.

18.     Moreover, the requested compensation is reasonable because it is no more than the customary compensation charged by comparably skilled professionals in other bankruptcy contexts, such as a Chapter 11 examiner.

19.     Accordingly, approval of the requested compensation is warranted.

**REQUEST FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED DURING THE EXPENSE REIMBURSEMENT PERIOD**

20.     The Chair incurred total expenses from May 1, 2018 through December 31, 2018 in the amount of $6,210.87.  **Exhibit B** itemizes the Chair's requested expense reimbursement.

21.     The Applicant is not making a profit on any expense incurred as a result of services provided by a third party and has provided no expensed services in-house.

22.     The expenses requested herein have been adjusted to comply with all of the pertinent guidelines and caps the Fee Committee has applied in its evaluation of Retained Professional expenses.  The expenses are actual, reasonable and necessary in light of the scope of the Applicant's appointment to aid in the administration of these cases.

**NOTICE**

23.     It is possible that some professional time expended or expenses incurred during the Fee Period are not reflected in the Fee Application.  The Chair reserves the right to include such amounts in addendums to this Fee Application.  The Chair has provided notice of this Fee Application to: (a) the U.S. Trustee; (b) counsel to the TCEH Creditors' Committee; (c) counsel to the EFH Creditors' Committee; (d) Wilmington Trust, N.A., in its capacity as administrative agent under the TCEH first lien credit agreement and collateral agent under the TCEH intercreditor agreements and counsel thereto; (e) Bank of New York Mellon Trust Company,

N.A., in its capacity as indenture trustee under: (i) the TCEH unsecured pollution control revenue bonds; and (ii) the EFCH 2037 Notes due 2037, and counsel thereto; (f) American Stock Transfer & Trust Company, LLC, in its capacity as indenture trustee under: (i) the 9.75 percent EFH senior unsecured notes due 2019; (ii) the 10.0 percent EFH senior unsecured notes due 2020; (iii) the 10.875 percent EFH LBO senior unsecured notes due 2017; (iv) the 11.25 percent/12.0 percent EFH LBO toggle notes due 2017; (v) the 5.55 percent EFH legacy notes (series P) due 2014; (vi) the 6.50 percent EFH legacy notes (series Q) due 2024; and (vii) the 6.55 percent EFH legacy notes (series R) due 2034, and counsel thereto; (g) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee under: (i) the 11.0 percent EFIH senior secured second lien notes due 2021; and (ii) the 11.75 percent EFIH senior secured second lien notes due 2022, and counsel thereto; (h) UMB Bank, N.A. in its capacity as indenture trustee under: (i) the 9.75 percent EFIH senior unsecured notes due 2019; and (ii) the 11.25 percent/12.25 percent senior toggle notes due 2018, and counsel thereto; (i) Delaware Trust Company of Delaware in its capacity as indenture trustee under: (i) the 6.875 percent EFIH senior secured notes due 2017; (ii) the 10.0 percent EFIH senior secured notes due 2020; and (iii) the 11.50 percent TCEH senior secured notes due 2020, and counsel thereto; (j) Law Debenture Trust Company of New York in its capacity as indenture trustee under: (i) the 10.25 percent TCEH senior unsecured notes due 2015; and (ii) the 10.50 percent/11.25 percent TCEH senior toggle notes due 2016, and counsel thereto; (k) Wilmington Savings Fund Society, FSB in its capacity as indenture trustee under the 15.0 percent TCEH senior secured second lien notes due 2021, and counsel thereto; (l) counsel to certain holders of claims against the Debtors regarding each of the foregoing described in clauses (c) through (j); (m) the agent for the TCEH debtor-in-possession financing

facility and counsel thereto; (n) the agent for the EFIH debtor-in-possession financing facility and counsel thereto; (o) counsel to certain holders of equity in Texas Energy Future Holdings Limited Partnership; (p) counsel to the Ad Hoc Committee of TCEH Unsecured Noteholders; (q) counsel to the Ad Hoc Committee of TCEH Second Lien Noteholders; (r) Oncor Electric Delivery Holdings Company LLC and counsel thereto; (s) Oncor Electric Delivery Company LLC and counsel thereto; (t) the Securities and Exchange Commission; (u) the Internal Revenue Service; (v) the Office of the United States Attorney for the District of Delaware; (w) the Office of the Texas Attorney General on behalf of the Public Utility Commission of Texas; (x) counsel to the Electric Reliability Council of Texas; (y) the Fee Committee; and (z) those parties that have requested notice pursuant to Bankruptcy Rule 2002 (the "**Notice Parties**").  The Chair submits that, in light of the nature of the relief requested, no other or further notice need be given.

24.    No previous request for the relief sought has been made by the Applicant to this or any other Court for these matters.

## CONCLUSION

The Applicant respectfully requests that the Court enter an order retrospectively authorizing interim allowance of compensation for professional services rendered during the Interim Compensation Period in the amount of $320,000.00 and services rendered during the Final Compensation Period in the amount of $2,426,093.03, and ordering the reimbursement of expenses in the amount of $6,210.87 for the Interim Compensation Period and $24,115.39 for the Final Compensation Period.

Dated:  February 15, 2019.

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP


By:  _____*/s/ Jennifer R. Hoover*_____
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
BENESCH, FRIEDLANDER, COPLAN, &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
          walleman@beneschlaw.com

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

## <u>CERTIFICATION</u>

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the

motion complies with Local Rule 2016-2 to the extent applicable.

GITLIN & COMPANY LLC                    GODFREY & KAHN, S.C.


___*/s/ Richard A. Gitlin*_____          ___*/s/ Katherine Stadler*_____
Richard A. Gitlin                       Brady C. Williamson
Fee Committee Chair                     Katherine Stadler, *Admitted Pro Hac Vice*

                                        GODFREY & KAHN, S.C.
                                        One East Main Street, Suite 500
                                        P.O. Box 2719
                                        Madison, WI 53701-2719
                                        Telephone: (608) 257-3911
                                        Facsimile: (608) 257-0609
                                        E-mail: bwilliam@gklaw.com
                                                kstadler@gklaw.com
                                        *Attorneys for the Fee Committee*

20170402.2

11

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| 5/1/2018 | 1.00 | Planning for Fee Committee meeting. |
| 5/2/2018 | 1.00 | Planning for Fee Committee meeting on May 10 and review of draft agenda and index of documents. |
| | 1.00 | Analyze Elliott position and telephone conference with Howard Kaplan. |
| | 1.50 | Analyze 503(b) standard for applicants. |
| 5/3/2018 | 1.50 | Assess position of 503(b) claims of asbestos committee and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review 503(b) standards for all 503(b) applicants. |
| 5/4/2018 | 1.00 | Review Kirkland & Ellis response to 11th Interim Fee Application and analysis of response. |
| | 0.50 | Planning for Fee Committee meeting. |
| | 0.50 | Review status of Evercore materials. |
| | 1.00 | Analyze Committee's approach to Proskauer fees. |
| 5/5/2018 | 0.50 | Analyze status of budgeting and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review information that can be shared outside of the Fee Committee. |
| 5/6/2018 | 0.50 | Review fee charts. |
| 5/7/2018 | 1.50 | Analyze standard of review for 503(b) applicants. |
| | 1.00 | Planning for Fee Committee meeting. |
| | 1.00 | Analyze position of Court on 503(b) and telephone conference with Godfrey & Kahn. |
| 5/8/2018 | 2.00 | Analyze approach to 503(b) review and telephone conference with Kirkland & Ellis and Godfrey & Kahn. |
| | 1.00 | Review status of all flat fee professionals. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.50 | Analyze application of standards on Judge Sontchi letter for review of 503(b) applications. |
| | 1.00 | Planning for Fee Committee meeting and telephone conferences with Godfrey & Kahn. |
| 5/9/2018 | 1.00 | Analyze Kirkland & Ellis response and issue of multiple senior partners. |
| | 1.00 | Review potential 503(b) candidates and standard of review based on instruction from the judge. |
| | 1.00 | Analyze Elliott's request for information and participation in fee process. |
| | 1.50 | Review materials for Fee Committee meeting. |
| | 0.50 | Review status of fixed payment professionals. |
| | 2.00 | Non-working travel. |
| 5/10/2018 | 1.00 | Preparation for Fee Committee meeting. |
| | 1.00 | Analyze appropriate 503(b) standards. |
| | 2.00 | Attend Fee Committee meeting. |
| | 1.50 | Review 503(b) as it will apply to each applicant. |
| | 0.50 | Analyze fixed rate professionals and status of negotiations. |
| 5/11/2018 | 1.00 | Further analysis on 503(b) standards and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review chart of Evercore fees and status of settlement. |
| | 0.50 | Review pleading on asbestos request for 503(b). |
| | 1.50 | Analyze Elliott statement in support of substantial contribution and analysis of approach of the Fee Committee. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| 5/12/2018 | 1.50 | Review position of Fee Committee regarding 503(b) applications and telephone conference with Godfrey & Kahn. |
| 5/14/2018 | 2.00 | Analyze Elliott's request for 503(b) reimbursement of fees and expenses. |
| | 0.50 | Review response to asbestos committee request for 503(b). |
| | 1.50 | Analyze issues for final applications. |
| | 0.50 | Telephone conferences with Godfrey & Kahn on open issues. |
| | 0.50 | Analyze allocation of administrative expenses issue. |
| | 0.50 | Review Evercore chart on fees. |
| | 1.00 | Review professionals budgets to actual fees. |
| 5/15/2018 | 1.00 | Review issues and standards for fee preparation time of professionals. |
| | 1.00 | Review Elliott's 503(b) application and telephone conference with Godfrey & Kahn. |
| | 2.00 | Analyze Elliott's objections to final fee applications and implications for the fee review process and telephone conference with Godfrey & Kahn. |
| | 2.00 | Review and analyze Fried Frank letter regarding standards for review of Fidelity's 503(b) application and assessment of position and telephone conference with Godfrey & Kahn. |
| 5/16/2018 | 1.00 | Analyze Kirkland & Ellis senior partner time to review for excess staffing. |
| | 2.50 | Analyze positions of 503(b) applicants for standard of review, Court's instructions for standards and position of the Fee Committee. |
| | 0.50 | Telephone conference with Godfrey & Kahn on 503(b). |
| | 0.50 | Telephone conference with Judge Sontchi regarding standards for review of 503(b) professionals. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 5/17/2018 | 1.00 | Review filings of Fidelity for 503(b), telephone conference with Godfrey & Kahn and telephone conference with Fried Frank. |
| | 1.50 | Analyze approach to 503(b) review and telephone conference with Tony Horton on 503(b) review. |
| | 1.00 | Planning for June Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 5/18/2018 | 1.00 | Review and analyze Evercore's final fee application. |
| | 0.50 | Review Kirkland & Ellis response to Fee Committee on 11th interim. |
| | 1.50 | Review and analyze responses of Nixon Peabody clients regarding additional information requested by the Fee Committee. |
| 5/19/2018 | 1.00 | Analyze Kirkland & Ellis fees and telephone conference with Godfrey & Kahn. |
| | 2.00 | Analyze Elliott's 503(b) request and records of Ropes & Gray. |
| 5/21/2018 | 1.00 | Review Evercore final fee application and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review negotiations with Kirkland & Ellis and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analyze methodology for 503(b) review and telephone conference with Godfrey & Kahn. |
| 5/22/2018 | 1.00 | Analyze Evercore's settlement and telephone conference with Godfrey & Kahn. |
| 5/23/2018 | 0.50 | Review draft of Fee Committee report. |
| | 1.50 | Analyze Elliott's 503(b) application. |
| | 2.50 | Review supporting materials for Indenture Trustee's 503(b) and analyze fees which qualify for substantial contribution. |
| 5/24/2018 | 1.00 | Planning for June Fee Committee meeting including review of draft agenda. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018
**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 5/25/2018 | 0.50 | Review final summary report for June 5 hearing. |
| | 1.00 | Review status of negotiations with Kirkland & Ellis. |
| 5/26/2018 | 0.50 | Planning for June Fee Committee meeting. |
| 5/29/2018 | 1.00 | Review issues to be discussed at next Fee Committee meeting. |
| 5/30/2018 | 0.50 | Review status of allocation dispute. |
| | 1.00 | Review status of 503(b) review process. |
| 5/31/2018 | 1.00 | Analyze Evercore's settlement terms and telephone conferences with Elliott and Godfrey & Kahn. |
| | 0.50 | Review scheduling and status of allocation dispute. |
| | 0.50 | Review status of asbestos substantial contribution claim. |
| | **81.00** | **May Total** |
| 6/1/2018 | 1.50 | Review concessions of Elliott on settlement with Fee Committee and telephone conferences with Godfrey & Kahn and Elliott. |
| 6/2/2018 | 1.00 | Review 503(b) data and telephone conference with Godfrey & Kahn. |
| 6/3/2018 | 1.50 | Analyze Elliott's 503(b) claim and telephone conference with Godfrey & Kahn. |
| 6/4/2018 | 1.00 | Planning for Fee Committee meeting. |
| | 0.50 | Review issues raised by Howard Kaplan. |
| | 1.50 | Analyze data regarding Elliott's 503(b) application and telephone conference with Godfrey & Kahn. |
| 6/5/2018 | 1.00 | Coordination and planning for June Fee Committee meeting. |
| 6/6/2018 | 1.50 | Review necessary information to review Elliott's substantial contribution claim and issues that must be addressed. |
| | 0.50 | Review status of allocation dispute. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 6/7/2018 | 1.50 | Review transcript of Third Circuit arguments on NextEra termination fee and hearing on allocation and asbestos 503(b) claim. |
| | 1.00 | Planning for June 15 Fee Committee meeting including review of agenda and index of documents. |
| 6/8/2018 | 1.00 | Analyze proposed Proskauer settlement for 11th interim. |
| | 1.00 | Analyze 503(b) standards for review. |
| | 0.50 | Planning for Jun3 15 Fee Committee meeting. |
| 6/11/2018 | 1.00 | Planning for June 15 meeting and telephone conferences with Godfrey & Kahn. |
| | 2.00 | Review issues on Elliott's 503(b) application and draft letter to Ropes & Gray. |
| 6/12/2018 | 0.50 | Review scheduling order for allocation dispute. |
| | 1.00 | Analyze Proskauer fees. |
| | 2.00 | Review Ropes & Gray submission and analysis of Elliott's 503(b) application. |
| | 2.00 | Analyze law and standards for all of the 503(b) claims. |
| 6/13/2018 | 2.00 | Preparation for Fee Committee meeting including review of materials and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review letter to Ropes & Gray. |
| | 1.50 | Review transcript of February 26 hearing and confirmation order in assessing standards for review of 503(b) applications. |
| 6/14/2018 | 2.50 | Review details in Ropes & Gray submission and categories of services for 503(b) claim and assessment of additional information necessary to assess the claim. |
| | 2.00 | Conference with Godfrey & Kahn regarding 503(b) applications, Proskauer issues and planning for Fee Committee meeting. |
| | 0.50 | Review catagories of fees of American Trust based on February 2017 order of the Court. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
|  | 0.50 | Review February 17 transcript. |
| 6/15/2018 | 1.00 | Review materials for Fee Committee meeting. |
|  | 1.00 | Planning meeting prior to Fee Committee meeting. |
|  | 1.50 | Attend Fee Committee meeting. |
|  | 1.00 | Review issues regarding Proskauer fees and analysis of paths to resolve differences. |
|  | 1.00 | Planning for meeting with Ropes & Gray. |
|  | 3.00 | Non-working travel. |
| 6/18/2018 | 1.00 | Analyze issues raised regarding Proskauer fees. |
|  | 1.50 | Analyze 503(b) applications. |
|  | 1.00 | Planning for meeting with Proskauer and Kirkland & Ellis. |
| 6/19/2018 | 3.00 | Review conflicts management by Proskauer, appropriate rates and memo from Proskauer. |
|  | 1.50 | Analyze law in reviewing substantial contribution applications. |
|  | 0.50 | Coordinating and planning for meeting with Proskauer and Ropes & Gray. |
| 6/20/2018 | 1.50 | Analyze Proskauer issues and conference call with Howard Kaplan and Godfrey & Kahn. |
|  | 0.50 | Planning for Proskauer meeting. |
|  | 2.50 | Review key cases and commentaries regarding substantial contribution. |
|  | 0.50 | Planning for meeting with Ropes & Gray and Elliott. |
| 6/21/2018 | 1.50 | Review data and issues in planning for Proskauer meeting. |
|  | 2.00 | Review issues of all applicants regarding 503(b) with particular focus on Elliott in preparation for meeting with Elliott and Ropes & Gray. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018
**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Planning meeting with Godfrey & Kahn regarding Elliott. |
| | 1.00 | Attend Elliott meeting. |
| | 0.50 | Planning meeting with Godfrey & Kahn regarding Proskauer. |
| | 1.00 | Attend Proskauer focused meeting with Ms. Yenamandra on role as counsel to independent EFH directors. |
| | 1.00 | Review post-meeting issues both with respect to Elliott and Proskauer. |
| | 3.50 | Non-working travel. |
| 6/22/2018 | 2.00 | Assess input from Ropes & Gray and Proskauer meetings and exploring options to structure review for Ropes & Gray's 503(b) submission and structure method of solving disputes over Proskauer fees. |
| | 0.50 | Review status of allocation dispute. |
| 6/25/2018 | 0.50 | Assess impact of allocation dispute. |
| 6/27/2018 | 1.00 | Planning for Fee Committee meeting and telephone conferences with Godfrey & Kahn. |
| 6/28/2018 | 1.00 | Analyze 503(b) issues and telephone conference with Godfrey & Kahn. |
| | 1.50 | Analyze timeline for review of all final fee applications including 503(b) and actions that must be taken. |
| | 1.00 | Analyze legal issues and standards for 503(b) reviews. |
| | 0.50 | Review draft agenda for Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 6/29/2018 | 1.50 | Review timing issues regarding review of 503(b) applicants and information regarding applications. |
| | **75.50** | **June Total** |
| 7/2/2018 | 0.50 | Review update on allocation dispute. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| 7/5/2018 | 0.50 | Review status of NextEra breakup fee disputes. |
| | 1.00 | Review memos regarding 503(b) and telephone conference with Godfrey & Kahn. |
| 7/6/2018 | 0.50 | Review open issues and telephone conference with Godfrey & Kahn. |
| 7/8/2018 | 1.50 | Assess standards for 503(b) applicants and telephone conference with Godfrey & Kahn. |
| 7/9/2018 | 1.50 | Review issues regarding Fidelity and finding of substantial contribution. |
| | 2.00 | Analyze history regarding orders applying to Indenture Trustee and analysis of standard for review. |
| | 1.00 | Review draft memo regarding substantial contribution and telephone conference with Godfrey & Kahn. |
| | 1.00 | Planning for Fee Committee's July 12 meeting. |
| 7/10/2018 | 2.00 | Further analysis regarding law and standard to use in assessing Indenture Trustee's 503(b) application. |
| | 0.50 | Telephone conference with Rick Pedone regarding Indenture Trustee plus follow up telephone call with Godfrey & Kahn. |
| | 2.00 | Review materials for Fee Committee meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn regarding comments on certain letters to professionals. |
| | 1.00 | Assess meeting strategy for pre-Fee Committee meeting and coordination for meetings. |
| 7/11/2018 | 1.50 | Review issues regarding Elliott 503(b) and planning for meeting with Elliott and Ropes & Gray on July 12. |
| | 1.00 | Planning for meeting with Indenture Trustee and Rick Pedone on July 12. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018
**Exhibit A**

| Date | Hours | Description |
|---|---|---|
|  | 2.00 | Analyze standards for applications to three groups of 503(b) applicants. |
|  | 1.00 | Review issues regarding Proskauer and manner to deal with 11th, 12th interims and final. |
|  | 0.50 | Analyze requests of asbestos committee regarding appeal. |
|  | 2.00 | Non-working travel. |
| 7/12/2018 | 2.00 | Review supporting materials supplied by Ropes & Gray to support Elliott's 503(b) request. |
|  | 1.00 | Prepare for and attend meeting with Elliott and Ropes & Gray. |
|  | 1.00 | Prepare for and attend telephone conference with Nixon Peabody regarding Indenture Trustee's 503(b) claim. |
|  | 1.00 | Preparation for Fee Committee meeting including conference with U.S. Trustee. |
|  | 1.50 | Attend Fee Committee meeting. |
|  | 1.00 | Analyze next steps for 503(b) resolution regarding standard to apply and telephone conference with Godfrey & Kahn. |
|  | 3.00 | Non-working travel. |
| 7/14/2018 | 1.00 | Review drafts of letters to the Court and telephone conferences with Godfrey & Kahn. |
|  | 0.50 | Review draft letter to Kirkland & Ellis on 12th interim. |
| 7/15/2018 | 1.00 | Further analysis of letter to Court and telephone conference with Godfrey & Kahn. |
| 7/16/2018 | 0.50 | Analyze proposed changes of letter to Court requesting status conference and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Review final letter to Court after additional comments. |
| 7/17/2018 | 0.50 | Analyze decision of Court regarding Plan Trustee's ability to pay expenses. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Review telephone conferences with Godfrey & Kahn with Pedone and Greg Galardi and planning for 503(b) status conference. |
| 7/18/2018 | 0.50 | Planning for status conference and conference call with Godfrey & Kahn. |
| 7/19/2018 | 0.50 | Review status of meeting with the Court. |
| 7/21/2018 | 0.50 | Review details of Court hearing on Tony Horton's ability to pay fees and review of references to the Fee Committee. |
| 7/23/2018 | 0.50 | Review implications of Court decision regarding ability of PAB to pay director professionals. |
| | 0.50 | Coordination of status conference with the Court. |
| | 0.50 | Planning for Proskauer meeting. |
| 7/24/2018 | 1.00 | Planning for status conference and telephone conference with Godfrey & Kahn. |
| 7/25/2018 | 0.50 | Coordination of status conference and telephone conference with Godfrey & Kahn. |
| 7/26/2018 | 1.00 | Planning regarding status conference. |
| 7/29/2018 | 1.50 | Review approach at status conference and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review open items. |
| 7/30/2018 | 1.50 | Prepare for status conference. |
| | 1.00 | Analyze process and scheduling for final applications. |
| | 0.50 | Review order of Court regarding payment of director expenses. |
| | 0.50 | Review additional data from Ropes & Gray. |
| 7/31/2018 | 1.50 | Analyze appropriate standard for reviewing each 503(b) application. |
| | 0.50 | Telephone conference with Godfrey & Kahn on 503(b) and open issues. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.50 | Analyze Elliott objections to final fee applications and implication for reaching closure. |
| | **53.50** | **July** |
| 8/2/2018 | 1.00 | Preparation for August Fee Committee meeting and review draft agenda and index of documents. |
| | 1.00 | Review issues in  preparation for Proskauer meeting. |
| 8/3/2018 | 0.50 | Review Court decision denying NextEra 60 million administrative claim. |
| 8/5/2018 | 1.00 | Review open issues and telephone conference with Godfrey & Kahn. |
| 8/6/2018 | 1.00 | Analyze Indenture Trustee analysis regarding categories of work. |
| | 0.50 | Preparation for Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 8/7/2018 | 1.50 | Planning for status conference with the Court regarding 503(b). |
| | 0.50 | Review latest drafts of agenda and index of documents for August 14 Fee Committee meeting. |
| | 1.00 | Planning for Fee Committee meeting. |
| 8/8/2018 | 0.50 | Review status of allocation dispute. |
| | 1.50 | Analyze approach to final fee letter to professionals, review template and telephone conference with Godfrey & Kahn. |
| | 1.50 | Review 503(b) decisions likely to be considered by the Court. |
| | 1.00 | Planning for Proskauer meeting. |
| 8/9/2018 | 1.00 | Further analysis to approach to final reports, review draft template and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review comments of Howard Kaplan. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 8/10/2018 | 1.00 | Planning for Fee Committee meeting and telephone conferences with Godfrey & Kahn. |
| 8/11/2018 | 2.00 | Review materials for Fee Committee meeting. |
| 8/13/2018 | 1.50 | Analyze 503(b) law and cases in preparation for Fee Committee meeting. |
| | 1.00 | Review issues regarding Proskauer in preparation for Proskauer meeting. |
| | 1.50 | Analyze issues raised by Howard Kaplan and telephone conference with Godfrey & Kahn. |
| 8/14/2018 | 0.50 | Analyze issues regarding Kirkland & Ellis' 12th interim period. |
| | 1.00 | Analyze history of SOLIC and current monthly billings. |
| | 0.50 | Preparation for Proskauer meeting. |
| | 1.50 | Preparation for Fee Committee meeting. |
| | 1.50 | Attend Proskauer meeting. |
| | 1.50 | Attend Fee Committee meeting. |
| | 1.00 | Review open items and next steps and telephone conference with Godfrey & Kahn after the Fee Committee meeting. |
| | 3.50 | Non-working travel. |
| 8/15/2018 | 1.00 | Follow up on issues raised by Howard Kaplan and assessment of materials prepared for him. |
| | 1.00 | Review charts of Kirkland lawyer fees, rates and rate increases. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Kirkland and Howard Kaplan information requests. |
| 8/17/2018 | 0.50 | Coordination regarding scheduling of Fee Committee meetings and telephone conference with Godfrey & Kahn. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| | 1.00 | Review deposition and hearing data provided to Howard Kaplan. |
| 8/20/2018 | 1.50 | Preparation for 503(b) status conference and telephone conference with Godfrey & Kahn. |
| | 1.50 | Analyze process and scheduling for review of final fee applications and telephone conferences with Godfrey & Kahn and Tony Horton. |
| | 0.50 | Coordination of October Fee Committee meeting. |
| 8/21/2018 | 1.50 | Preparation for August 27 status conference and review proposed agenda and telephone conferences with Godfrey & Kahn. |
| 8/22/2018 | 1.00 | Review and analyze data regarding Kirkland & Ellis attendance at depositions. |
| 8/23/2018 | 1.00 | Review issues regarding Fidelity 503(b) application and telephone conference with Brad S. |
| | 2.00 | Review issues regarding 503(b) applications of Elliott and American Stock. |
| | 1.50 | Preparation of remarks for status conference. |
| | 1.00 | Review charts of depositions and hearings as requested by Howard Kaplan. |
| 8/24/2018 | 1.50 | Review Ropes & Gray letter to court, analysis of response and telephone conference with Godfrey & Kahn. |
| | 1.50 | Preparation for status conference including review and analysis of breakdown of categories of services by Ropes & Gray, Nixon Peabody and Fried Frank. |
| 8/25/2018 | 2.00 | Preparation for status conference and telephone conference with Godfrey & Kahn. |
| 8/26/2018 | 3.50 | Review all 503(b) applications and related material, court rulings and letters in preparation for status conference. |
| | 1.50 | Preparation of remarks for status conference. |
| 8/27/2018 | 3.00 | Review 503(b) documents and preparation of remarks to the Court. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Planning meeting with Godfrey & Kahn. |
| | 1.50 | Attend Court status conference on 503(b). |
| | 1.00 | Analyze accelerating 503(b) review after Court guidance and telephone conference with Godfrey & Kahn. |
| | 4.00 | Non-working travel. |
| 8/29/2018 | 1.00 | Review open issues to discuss at conference with Godfrey & Kahn on August 30. |
| 8/30/2018 | 1.00 | Review all fee applications left to be resolved and timing of process. |
| | 1.00 | Review memos of Godfrey & Kahn on action items through rest of the case. |
| | 0.50 | Review transcript of 503(b) hearing. |
| | 1.00 | Planning for and participation in conference call with Godfrey & Kahn on final review process and 503(b) process. |
| 8/31/2018 | 1.00 | Review open issues for final applications and telephone conference with Jamie Sprayregen. |
| | 1.00 | Planning for September 14 Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | **74.50** | **August** |
| 9/1/2018 | 1.00 | Planning for finalizing fee review. |
| | 0.50 | Telephone conference with Godfrey & Kahn and analysis of open issues. |
| 9/4/2018 | 0.50 | Review status of allocation trial and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analyze 503(b) review process. |
| 9/5/2018 | 1.00 | Analyze impact of allocation dispute to work of Fee Committee and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 9/6/2018 | 1.00 | Planning for Fee Committee and telephone conference with Godfrey & Kahn, review draft agenda and index of documents. |
| | 0.50 | Review status of allocation _____. |
| 9/7/2018 | 1.00 | Review transcript of allocation dispute, identify Fee Committee references and impact on Fee Committee. |
| | 1.00 | Analyze impact of allocation dispute on 503(b) review and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review status of 12th interim fee applications. |
| 9/9/2018 | 1.50 | Review and analyze Howard Kaplan's comments on the final review process and telephone conference with Godfrey & Kahn. |
| 9/10/2018 | 0.50 | Review status of allocation dispute. |
| | 2.00 | Review Court's decision on standards for reviewing 503(b) applications and analysis of its application to each of the 503(b) applications. |
| 9/11/2018 | 0.50 | Review revised agenda for September 14 Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 1.50 | Analyze Howard Kaplan's fee review comments and telephone conference with Godfrey & Kahn. |
| | 1.00 | Preparation for September 14 Fee Committee meeting. |
| | 1.00 | Analyze 503(b) standards. |
| | 1.00 | Telephone conferences with Tony Horton, Howard Kaplan and Richard Schepacarter. |
| 9/12/2018 | 3.00 | Review 503(b) review issues, appropriate standards, comments from 503(b) applicants and telephone conference with the Court. |
| | 0.50 | Review draft letter to 503(b) applicants. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
|  | 1.00 | Planning for Fee Committee meeting and telephone conferences with Godfrey & Kahn. |
|  | 1.00 | Review issues remaining on interim applications and final applications. |
| 9/13/2018 | 0.50 | Review of draft 503(b) letter. |
|  | 1.00 | Review NextEra third circuit decision. |
|  | 2.00 | Planning for Fee Committee meeting and review materials. |
|  | 1.00 | Planning for September 24 Fee Committee meeting, review of issues to be discussed. |
|  | 1.00 | Review and analyze additional comments of Howard Kaplan. |
| 9/14/2018 | 1.00 | Review issues to be discussed at next Fee Committee meeting. |
|  | 2.00 | Participate in Fee Committee meeting. |
|  | 1.50 | Review issues and materials on rate increase issue. |
|  | 0.50 | Telephone conference with Godfrey & Kahn and planning for next steps. |
| 9/15/2018 | 1.50 | Analyze issues related to rate increases, historical data and telephone conference with Godfrey & Kahn. |
| 9/16/2018 | 1.50 | Analyze Howard Kaplan's position on rate increases and review of issues and telephone conference with Godfrey & Kahn. |
| 9/17/2018 | 1.50 | Planning for September 24 Fee Committee meeting, review draft agenda and index of documents and telephone conference with Godfrey & Kahn. |
|  | 1.00 | Review rate increase I issues and plan for meeting with Kirkland & Ellis. |
| 9/18/2018 | 0.50 | Review implications of NextEra decision for rehearing. |
|  | 1.00 | Planning for September 24 meeting and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 9/19/2018 | 3.00 | Review letters, data, memos and other documents relates to the review of rate increases before the January 3, 2018 Fee Committee meeting and the basis of the Fee Committee's decision not to object to rate increases. |
| | 1.50 | Analyze current arguments on rate increases and review draft memo to the Fee Committee. |
| 9/20/2018 | 1.00 | Planning for September 24 Fee Committee meeting. |
| | 1.00 | Analyze approach to 503(b) review. |
| | 1.50 | Review issues raised by Howard Kaplan on Proskauer and memos addressing these issues. |
| 9/21/2018 | 0.50 | Review 12th Interim Report to the Court. |
| | 1.50 | Review response to requests of Howard Kaplan and documents related to Kirkland & Ellis responses to rate increase question. |
| | 1.00 | Preparation for September 24 Fee Committee meeting. |
| | 1.00 | Analyze information requests for 503(b) review and review of memo from Ropes & Gray. |
| 9/22/2018 | 1.50 | Analyze issues raised regarding Proskauer fees. |
| | 1.00 | Analyze process and information necessary for 503(b) reviews. |
| 9/23/2018 | 1.50 | Review and analyze rate increase data and issues regarding Kirkland & Ellis. |
| | 1.50 | Analyze issues raised by Howard Kaplan to final fees. |
| | 1.00 | Review Kirkland & Ellis materials. |
| 9/24/2018 | 1.50 | Preparation for Fee Committee meeting. |
| | 1.00 | Planning meeting with Godfrey & Kahn. |
| | 2.00 | Attend Fee Committee meeting. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Review open issues and telephone conference with Godfrey & Kahn. |
| | 3.00 | Non-working travel. |
| 9/25/2018 | 0.50 | Review 12th Interim Fee Committee Report. |
| | 0.50 | Review issues regarding Guggenheim. |
| | 1.00 | Planning for Kirkland & Ellis meeting and telephone conference with Kirkland & Ellis and Godfrey & Kahn. |
| | 1.00 | Analyze information requests for 503(b) review and planning for Ropes & Gray meeting. |
| 9/26/2018 | 0.50 | Planning for meeting with Kirkland & Ellis. |
| | 1.00 | Review status regarding all fixed rate professionals and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review issue raised on Proskauer's rate increases. |
| 9/27/2018 | 1.50 | Analyze 503(b) applications of professionals for American Stock and extensive data supplied by Nixon Peabody. |
| 9/28/2018 | 0.50 | Review third circuit status on arguments regarding NextEra break-up fee. |
| | 0.50 | Review status of review of NextEra administrative fee request. |
| | 0.50 | Review issues on final reports and telephone conference with Godfrey & Kahn. |
| 9/29/2018 | 0.50 | Review open issues and telephone conference with Godfrey & Kahn. |
| 9/30/2018 | 1.00 | Review materials and planning for Kirkland & Ellis meeting. |
| | 1.00 | Analyze status of resolutions with fixed rate professionals, open issues and telephone conference with Godfrey & Kahn. |
| | **77.50** | **September** |
| 10/1/2018 | 0.50 | Preparing for final fee reports. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Review issues regarding Ropes & Gray and preparation for meeting. |
| | 0.50 | Review open items and issues and telephone conference with Godfrey & Kahn. |
| 10/2/2018 | 0.50 | Review NextEra administrative fee status. |
| | 1.00 | Planning for rate increase meeting with Kirkland & Ellis. |
| 10/3/2018 | 1.00 | Planning for meeting with Ropes & Gray, review information needed for 503(b) review of Elliott application. |
| | 1.00 | Review needed information for 503(b) review of American Stock and Fidelity and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for October 18 Fee Committee meeting. |
| 10/4/2018 | 1.00 | Planning for October 18 Fee Committee meeting including review of agenda and index of documents. |
| | 1.00 | Planning for November 13 and December 19 Court hearings. |
| | 2.50 | Preparation for Kirkland & Ellis conference, Fee Committee call on rate increase and other fee issues and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for Ropes & Gray call on 503(b). |
| 10/5/2018 | 1.00 | Preparation for 503(b) Elliott call including review of correspondence and data. |
| | 1.00 | Participate in Elliott 503(b) call. |
| | 1.00 | Analyze Elliott fees incurred after effective date and telephone conference with Godfrey & Kahn. |
| | 0.50 | Analyze rate increase data needed. |
| 10/8/2018 | 1.00 | Analyze issues regarding Kirkland & Ellis rate increases and telephone conference with Jamie Sprayregen. |
| | 1.00 | Preparation for Fee Committing meeting on October 18 and review draft agenda and index of documents. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Review status of fee review process. |
| | 0.50 | Analyze post-effective date fees regarding substantial contribution. |
| | 0.50 | Review draft memo updating Fee Committee. |
| 10/9/2018 | 0.50 | Preparation for October 18 Fee Committee meeting. |
| | 1.50 | Analyze all fees to be reviewed and steps necessary to resolve them. |
| | 1.00 | Analyze Kirkland & Ellis rate increase issues and telephone conference with Godfrey & Kahn. |
| 10/10/2018 | 1.50 | Analyze global solutions to 503(b) and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review information requests by Howard Kaplan. |
| 10/11/2018 | 0.50 | Review draft of final report to the Court. |
| | 1.00 | Preparation for October 12 Fee Committee telephonic meeting. |
| | 0.50 | Analyze information requests by Howard Kaplan. |
| 10/12/2018 | 1.00 | Analyze detailed rate increase data for Kirkland & Ellis. |
| | 1.00 | Analyze status of negotiations with Proskauer. |
| | 0.50 | Review draft final report for Proskauer. |
| | 1.00 | Analyze position and comments of Howard Kaplan on rate increases. |
| | 1.50 | Prepare for and participate in Fee Committee telephonic meeting. |
| | 1.00 | Review issues regarding 503(b) Elliott application and telephone conference with Ropes & Gray. |
| 10/13/2018 | 1.50 | Analyze ways to settle issues raised by Howard Kaplan and telephone conference with Godfrey & Kahn. |
| 10/15/2018 | 0.50 | Review revised final report. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018
**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| | 1.00 | Analyze Howard Kaplan comments on fees related to NextEra termination fee. |
| | 1.00 | Analyze Proskauer interim and final fees. |
| 10/16/2018 | 2.00 | Planning for Fee Committee meeting including telephone conferences with Godfrey & Kahn. |
| | 1.50 | Analyze negotiating strategy for 503(b) applicants. |
| | 1.00 | Analyze and review final report and telephone conference with Richard Schepacarter. |
| | 1.00 | Review and analyze Perella Weinberg backup material. |
| | 0.50 | Analyze rate increase data. |
| 10/17/2018 | 1.50 | Review materials for Fee Committee meeting. |
| | 2.00 | Analyze proposed settlement strategies for Kirkland & Ellis and Proskauer. |
| | 1.50 | Review all open issues regarding remaining non-finalized retained professionals. |
| | 1.50 | Analyze settlement terms and issues with Elliott 503(b)  and emails with Ropes & Gray. |
| | 1.50 | Analyze settlement possibilities with American Stock and Fidelity. |
| | 0.50 | Analyze revised rate increase data. |
| | 0.50 | Review draft final letter reports to Jenner and Cravath. |
| 10/18/2018 | 1.50 | Planning for Fee Committee meeting and telephone conferences with Godfrey & Kahn. |
| | 2.00 | Attend Fee Committee meeting. |
| | 1.50 | Analyze potential settlements with Kirkland & Ellis and Proskauer. |
| | 1.50 | Analyze appropriate settlements with 503(b) applicants. |
| | 1.50 | Non-working travel. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018
**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| 10/19/2018 | 1.00 | Planning for telephonic Fee Committee call and telephone conference with Godfrey & Kahn. |
| | 2.00 | Participation in Fee Committee call. |
| | 0.50 | Telephone conference with Ropes & Gray and analysis of final report language. |
| | 2.00 | Preparation for settlement telephone calls with Rick Pedone and Brad Scheler. |
| | 1.00 | Analyze alternative solutions to Kirkland & Ellis and Proskauer and telephone conference with Godfrey & Kahn. |
| | 0.50 | Analyze Court's decision regarding NextEra termination fee and telephone conference with Godfrey & Kahn. |
| 10/20/2018 | 2.50 | Analyze position of Howard Kaplan regarding Kirkland & Ellis and Proskauer, assessment of settlement strategies and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review issues regarding final reports. |
| 10/21/2018 | 1.00 | Review schedule, final report status and telephone conference with Godfrey & Kahn. |
| 10/22/2018 | 2.00 | Analyze approach to settle with each of the three 503(b) groups, appropriate percentage, negotiating strategy and telephone conferences with Godfrey & Kahn. |
| | 0.50 | Review analysis regarding potential settlements with Proskauer. |
| 10/23/2018 | 0.50 | Review status of negotiations with American Stock. |
| | 1.00 | Analyze revising final report including 503(b) settlements and telephone conference with Godfrey & Kahn. |
| 10/24/2018 | 0.50 | Review latest draft of summary report to the Court. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Analyze Third Circuit decision rejection of rehearing and telephone conference with Godfrey & Kahn. |
| 10/25/2018 | 1.00 | Analyze 503(b) and post-confirmation services. |
| | 0.50 | Review proposed changes to final report. |
| | 0.50 | Review decision of Court to release 275 NextEra penalty amount. |
| 10/26/2018 | 0.50 | Review proposed changes to final report. |
| | 1.00 | Review Court's decision on allocation of expenses and implications for case. |
| | 0.50 | Review fee open issues and telephone conference with Godfrey & Kahn. |
| 10/29/2018 | 1.00 | Analyze final report for hearing and re4view comments of Howard Kaplan. |
| | 1.00 | Analyze finalization approach for Kirkland & Ellis and telephone conference with Jamie Sprayregen. |
| | 1.00 | Review status of Proskauer and telephone conference with Mr. Thomas. |
| | 0.50 | Review status of Fidelity negotiations and telephone conference with Brad Scheler. |
| | 0.50 | Preparation for Fee Committee meeting for November 13. |
| 10/30/2018 | 1.50 | Review multiple drafts of final reports, assess comments of Howard Kaplan and telephone conference with Godfrey & Kahn. |
| | 0.50 | Finalize details of settlement with Fidelity and telephone conference with Brad Scheler. |
| 10/31/2018 | 1.00 | Review additional changes to final report, assessment of appropriate language and telephone conference with Godfrey & Kahn. |
| | 1.50 | Preparation for Fee Committee meeting on November 13 including analysis of best ways to proceed with Proskauer and Kirkland & Ellis. |
| | 86.50 | October |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| 11/1/2018 | 1.50 | Analyze U.S. Trustee comments regarding delay of final hearing and development of plan to proceed with current dates. |
| | 1.00 | Review drafts and comments on versions of final report and telephone conferences with Godfrey & Kahn. |
| | 0.50 | Analyze need for meeting of Fee Committee and telephone conferences with Tony Horton and Godfrey & Kahn. |
| | 1.50 | Review findings of Judge Sontchi regarding allocation and analysis regarding implications for the Fee Committee process. |
| 11/2/2018 | 3.00 | Actions to finalize report to the Court for the November 13 hearing, including review of drafts of the report, telephone conferences with Godfrey & Kahn and review of comments of Howard Kaplan and Richard Schepacarter. |
| | 1.50 | Analyze strategy for resolving Kirkland & Ellis and Proskauer and telephone conference with Jamie Sprayregen. |
| 11/3/2018 | 0.50 | Review report for November 13 hearing. |
| | 1.00 | Analyze Proskauer fees and approach to settlement. |
| 11/4/2018 | 0.50 | Planning for November 13 hearing. |
| 11/5/2018 | 1.00 | Preparation for November 13 hearing and telephone conference with Godfrey & Kahn. |
| | 1.50 | Analyze process for resolving Kirkland & Ellis and Proskauer and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review draft agenda and index for November 13 Fee Committee meeting. |
| 11/6/2018 | 1.00 | Planning for November 13 meeting and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018
**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 11/7/2018 | 2.00 | Review approach to resolving open fee applications, preparation for November 13 Fee Committee meeting, telephone conferences with Richard Schepacarter, Tony Horton and Godfrey & Kahn. |
| | 1.00 | Analyze possible solutions for Proskauer. |
| 11/8/2018 | 1.00 | Planning for November 13 Fee Committee meeting, review updated index of documents and agenda and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review status of NextEra appeal. |
| 11/9/2018 | 1.50 | Review rate increase data regarding Kirkland & Ellis and assessment of settlement strategies. |
| | 1.50 | Review open issues with Proskauer for 11th and 12th interims and final application. |
| | 0.50 | Planning for November 13 Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 11/11/2018 | 1.50 | Review settlement possibilities, data regarding rate increases and planning for meeting with Kirkland & Ellis. |
| | 1.00 | Planning for November 13 Fee Committee meeting, settlement strategies and telephone conference with Godfrey & Kahn. |
| 11/12/2018 | 2.00 | Review material for Fee Committee meeting. |
| | 2.00 | Review history of rate increase negotiations, planning and attending meeting with Kirkland & Ellis. |
| | 1.50 | Analyze settlement options for Kirkland & Ellis and Proskauer and conferences with Tony Horton and Godfrey & Kahn. |
| | 2.50 | Non-working travel. |
| 11/13/2018 | 1.50 | Planning for Fee Committee meeting. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Analyze Kirkland & Ellis settlement options. |
| | 1.00 | Analyze status of Proskauer numbers. |
| | 2.00 | Attend Fee Committee meeting. |
| | 1.50 | Review position of U.S. Trustee and Howard Kaplan and analyze settlement options. |
| | 0.50 | Review time schedule for reports to the Court. |
| | 3.00 | Non-working travel. |
| 11/14/2018 | 2.50 | Analyze Kirkland & Ellis settlement options, review latest rate increase data and telephone conference with Godfrey & Kahn. |
| | 2.00 | Review issues regarding Proskauer, position of U.S. Trustee, deductions for board attendance and analysis regarding settlement strategies. |
| 11/15/2018 | 2.00 | Analyze methods to settle with Kirkland & Ellis and Proskauer with a minority report plus telephone conference with Godfrey & Kahn. |
| | 1.00 | Review process to resolve issues if no settlement. |
| | 2.00 | Telephone conferences with Godfrey & Kahn, Tony Horton, Richard Schepacarter and Howard Kaplan and analysis of implementation of tentative agreement. |
| | 0.50 | Telephone conferences with Jamie Sprayregen on Kirkland & Ellis. |
| | 0.50 | Planning for Fee Committee meeting on November 16 by telephone. |
| 11/17/2018 | 1.00 | Planning for Proskauer negotiations and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for December 7 Fee Committee meeting. |
| 11/19/2018 | 0.50 | Review corrections to American Stock numbers. |
| | 0.50 | Review impact of Elliott's appeal of allocation decision. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|------|-------|-------------|
| | 1.00 | Analyze approach to Proskauer negotiations. |
| 11/21/2018 | 0.50 | Review issue regarding American Stock and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review implications of telephonic status hearing. |
| | 0.50 | Review draft agenda and index of documents for December 7 Fee Committee meeting. |
| 11/25/2018 | 1.00 | Planning for December 7 Fee Committee meeting. |
| | 0.50 | Review distribution and reserve decisions. |
| 11/26/2018 | 1.00 | Review implications of hearing on distributions and impact on finalizing Proskauer negotiations and telephone conference with Godfrey & Kahn. |
| 11/27/2018 | 1.00 | Coordination and planning for December 7 Fee Committee meeting. |
| | 1.00 | Analyze action and no response from Proskauer. |
| 11/28/2018 | 1.00 | Analyze Proskauer settlement position and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for December 7 Fee Committee meeting. |
| 11/29/2018 | 0.50 | Review index of documents and draft agenda for December 7 meeting. |
| | 1.50 | Analyze strategy for Proskauer and telephone conference with Godfrey & Kahn. |
| 11/30/2018 | 3.00 | Review and analyze settlement issues with Proskauer, telephone conference with Mark Thomas, telephone conference with Godfrey & Kahn and review of Proskauer memo. |
| | 0.50 | Review draft memo regarding Proskauer. |
| | **71.00** | **November** |
| 12/2/2018 | 2.00 | Analyze settlement options for Proskauer and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Review legal issues regarding Proskauer and telephone conference with Richard Schepacarter. |
| 12/3/2018 | 0.50 | Review draft agenda and index of documents for December 7 Fee Committee meeting. |
| | 0.50 | Review and comment on initial draft of final report. |
| | 2.50 | Review settlement options for Proskauer and analyze litigation if no settlement. |
| | 0.50 | Telephone conference with Godfrey & Kahn on settlement strategy. |
| | 1.00 | Planning for telephonic Fee Committee meeting and telephone conference with Tony Horton. |
| 12/4/2018 | 0.50 | Review questions posed by Richard Schepacarter. |
| | 3.00 | Analyze historical approach to Proskauer review, analyze issues raised in 10th and 11th interim and final fee applications. |
| | 1.50 | Analyze alternative settlement strategies for Proskauer. |
| | 0.50 | Telephone conference with Godfrey & Kahn on settlement strategies. |
| | 2.00 | Preparation for and participation in telephonic Fee Committee meeting. |
| 12/5/2018 | 0.50 | Review revised report to the Court for December 17 hearing and telephone conference with Godfrey & Kahn. |
| | 1.50 | Analyze Proskauer settlement strategy and telephone conference with Godfrey & Kahn. |
| 12/6/2018 | 4.00 | Strategy and negotiations with Proskauer to work toward a settlement. |
| | 1.50 | Review materials for Fee Committee meeting and preparation for meeting on December 7. |
| | 2.00 | Non-working travel. |

Energy Future Holdings

Richard Gitlin Time Entries May 2018 Through December 2018

**Exhibit A**

| Date | Hours | Description |
|---|---|---|
| 12/7/2018 | 2.00 | Negotiations regarding Fee Committee settlement with Proskauer and planning for the Fee Committee meeting. |
| | 1.50 | Attend Fee Committee meeting. |
| | 1.00 | Post-meeting analysis including final report to the Court. |
| | 3.00 | Non-working travel. |
| 12/8/2018 | 1.00 | Review final actions to be taken, including final report, and telephone conference with Godfrey & Kahn. |
| 12/9/2018 | 1.00 | Analyze language in final report regarding American Stock and review procedures for finalizing report. |
| 12/10/2018 | 1.00 | Analyze appropriate wording for final report and telephone conference with Godfrey & Kahn. |
| 12/11/2018 | 0.50 | Review status of final report. |
| 12/12/2018 | 0.50 | Review status of final order and telephone conference with Godfrey & Kahn. |
| | **36.50** | **December Total** |
| | | |
| | **556.00** | **GRAND TOTAL** |
| | (18.00) | 1/2 of non-working travel hours |
| | 538.00 | |
| | | |
| | $594.80 | Blended Rate for the period from May 1, 2018 through December 31, 2018 |
| | $833.91 | Blended Rate for the period from August 21, 2014 through December 31, 2018 |

**EXHIBIT B**

Gitlin Company, LLC
Detailed Expense Records
May 1, 2018 through December 31, 2018

| Receipt | Category | Date | Expense Amount | Description |
|---|---|---|---|---|
| * | St. Regis NY | 5/10-11/2018 | $500.00 | Hotel |
| * | Taxi | 6/14/2018 | $11.11 | Uber to train station |
| * | The London | 6/14/2018 | $263.69 | Hotel |
| * | Train | 6/14/2018 | $11.75 | Transport to New Haven |
|  | Taxi | 6/15/2018 | $60.00 | Transport from New Haven train - home |
| * | Taxi | 6/20/2018 | $10.64 | Uber to Hartford train station |
| * | Train | 6/20/2018 | $41.40 | Transport from New Haven to NY |
| * | Taxi | 6/20/2018 | $17.16 | Transport to meeting |
| * | Taxi | 6/21/2018 | $6.96 | Transport to train |
| * | Train | 6/21/2018 | $11.75 | Transport to New Haven |
| * | Taxi | 6/21/2018 | $75.78 | Transport New Haven train - home |
| * | Parking | 7/11/2018 | $60.00 | Parking in NY |
| * | The Plaza | 7/11/2018 | $500.00 | Hotel |
| * | Taxi | 7/11/2018 | $14.75 | Transport to meeting |
| * | Taxi | 7/11/2018 | $8.76 | Transport to hotel |
| * | Car service | 8/14/2018 | $135.00 | Transport home to NY |
| * | American Airlines | 8/27/2018 | $658.40 | RT Airfare BDL to PHL to BDL |
| * | Taxi | 8/27/2018 | $70.44 | Transport from airport to Wilmington |
| * | Parking | 8/27/2018 | $31.91 | Parking at airport |
| * | UPS | 9/5/2018 | $45.95 | Express mail |
| * | Uber | 9/24/2018 | $28.52 | Transport to airport |
| * | American Airlines | 9/24/2018 | $440.00 | Airfare BDL to PHL |
| * | Taxi | 9/24/2018 | $71.94 | Transport from airport to Wilmington |
| * | Amtrak | 9/24/2018 | $115.00 | Transport from Wilmington |
| * | JetBlue | 10/17/2018 | $102.99 | Airfare from FL home to LGA |
| * | The Bryant Park | 10/17/2018 | $500.00 | Hotel |
| * | Taxi | 10/17/2018 | $50.47 | Transport airport to hotel |
| * | Car service | 10/18/2018 | $175.00 | Transport NY to CT home |
|  | Taxi | 11/12/2018 | $50.00 | Transport FL home to airport |
| * | JetBlue | 11/12/2018 | $389.20 | Airfare West Palm to LGA |
| * | Taxi | 11/12/2018 | $45.67 | Transport airport to hotel |
| * | The Plaza | 11/12/2018 | $500.00 | Hotel |
| * | Taxi | 11/13/2018 | $13.56 | Transport |
| * | American Airlines | 11/13/2018 | $117.20 | Airfare from PHL to FL |
|  | Taxi | 11/13/2018 | $50.00 | Transport airport to FL home |
|  | Taxi | 12/6/2018 | $50.00 | Transport FL home to airport |
| * | JetBlue | 12/6/2018 | $223.20 | Airfare from FL home to LGA |
| * | Taxi | 12/6/2018 | $43.27 | Transport from airport |
| * | Train | 12/7/2018 | $309.00 | Transport from NYC to Washington DC |
|  | Taxi | 12/7/2018 | $50.00 | Transport airport to FL home |
| * | American Airlines | 12/19/2018 | $167.20 | Airfare from FL home to PHL |
| * | American Airlines | 12/19/2018 | $183.20 | Airfare from PHL to FL home |

**$6,210.87 Application Total**