# EXHIBIT A

Energy Futures Holdings Official Fee Committee

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD MAY 1, 2018        THROUGH JANUARY 31, 2019

Service Category                                              Tab

    Case Administration                  . . . . . . . . . . . . . .   1

    Fee Applications -- Others           . . . . . . . . . . . . . .   2

    Fee Applications -- Benesch          . . . . . . . . . . . . . .   3

    Fee Application Objections -- Others . . . . . . . . . . . . . .   4

Expenses

    General                              . . . . . . . . . . . . . .   5

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
MAY 1, 2018    .    THROUGH JANUARY 31, 2019

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 3.60 | $1,584.00 |
| William M. Alleman, Jr. | (WMA) | $370.00 | 8.60 | $3,182.00 |
| Jennifer R. Hoover | (JRH) | $570.00 | 8.90 | $5,073.00 |
| Jennifer R. Hoover | (JRH) | $545.00 | 7.80 | $4,251.00 |
| | | | 28.90 | $14,090.00 |
| | | | | |
| **PARALEGAL** | | | | |
| | | | | |
| Louanne Molinaro | (LM ) | $300.00 | 1.80 | $540.00 |
| Louanne Molinaro | (LM ) | $285.00 | 3.00 | $855.00 |
| Patrice L. Parson | (PLP) | $300.00 | 3.30 | $990.00 |
| | | | 8.10 | $2,385.00 |
| | | | | |
| | | TOTAL: | 37.00 | $16,475.00 |

Combined Average Hourly Rate:    $445.27

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2019

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/15/18 | LM | Calendar hearing | 0.10 |
| 05/21/18 | WMA | E-mails and call with K. Boucher regarding upcoming filings; e-mail L. Molinaro regarding Benesch fee app | 0.20 |
| 05/24/18 | JRH | Review emails regarding status of filing (.1) | 0.10 |
| 05/25/18 | WMA | Review and coordinate filing of fee report | 0.20 |
| 05/25/18 | JRH | Review and coordinate regarding filing | 0.10 |
| 05/25/18 | LM | E-file court summary report; arrange for service of same | 0.20 |
| 05/31/18 | WMA | Review and revise and coordinate filing of certification of counsel regarding omnibus fee order | 0.40 |
| 05/31/18 | LM | E-file certification of counsel and arrange for service to Chambers | 0.20 |
| 06/12/18 | WMA | E-mails with K. Boucher regarding fee hearing dates and notice of hearing; call to chambers regarding same | 0.20 |
| 06/12/18 | JRH | Emails with counsel regarding various filings | 0.10 |
| 06/18/18 | WMA | Review vm from D. Hogan regarding motion to expedite appeal; e-mail K. Stadler regarding same; call to D. Hogan regarding same | 0.20 |
| 06/20/18 | WMA | E-mails with L. Molinaro regarding certification for fee app | 0.10 |
| 07/10/18 | WMA | Review and comment on CoC for fee committee professional fees | 0.30 |
| 07/10/18 | WMA | Conf. with L. Molinaro regarding fee binder; review and revise same | 0.20 |
| 07/10/18 | JRH | Emails regarding filings | 0.30 |
| 07/10/18 | LM | Efile certification of counsel; prepare fee binder and send same to chambers | 0.50 |
| 07/11/18 | WMA | Coordinate filing of CoC and proposed order for fee committee professionals | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 07/17/18 | JRH | Review status report correspondence; confirm edits with Godfrey Kahn; coordinate filing | 0.50 |
| 07/17/18 | LM | E-file letter to Judge Sontchi | 0.10 |
| 07/25/18 | WMA | Call with B. Williamson regarding status conf (.20); calls with J. Hoover, J. Madron, E. Fay regarding same (.50); e-mail chambers regarding same (.10); follow up e-mails with B. Williamson regarding same (.20) | 1.00 |
| 07/25/18 | JRH | Telephone calls and emails with W. Alleman regarding schedules and status conference and coordinate with debtor's counsel | 0.20 |
| 07/26/18 | WMA | E-mails with K. Boucher and L. Molinaro regarding status conference notice; revise and coordinate filing of notice of status conference | 0.20 |
| 07/26/18 | LM | Efile notice of status conference | 0.10 |
| 08/09/18 | JRH | Emails regarding status conference | 0.20 |
| 08/21/18 | WMA | E-mails with J. Madron, G&K regarding status conference agenda; call from B. Williamson regarding same | 0.10 |
| 08/22/18 | JRH | Coordinate with W. Alleman regarding upcoming hearing | 0.10 |
| 09/10/18 | WMA | E-mails with K. Boucher regarding fee binders, final fee application matters | 0.10 |
| 09/10/18 | JRH | Emails with Godfrey Kahn regarding upcoming fee hearings and finders | 0.30 |
| 09/10/18 | LM | Calendar important upcoming dates | 0.10 |
| 09/11/18 | WMA | Review letter from J. Sontchi; e-mails with K. Stadler regarding same | 0.10 |
| 09/18/18 | JRH | Follow up regarding fee binders | 0.20 |
| 09/19/18 | JRH | Emails with Godfrey Kahn regarding open items (.2) | 0.20 |
| 09/24/18 | JRH | Emails with Godfrey Kahn regarding status | 0.10 |
| 09/25/18 | JRH | Review fee summary report and coordinate regarding filing | 0.50 |
| 09/25/18 | JRH | Review fee committee's summary report (.40); telephone call made to K. Baucher (.10); coordinate filing and service (.50) | 1.00 |
| 09/25/18 | LM | E-file final court summary report and arrange for service of same | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/26/18 | WMA | Review and comment on draft CoC and order on omnibus fees and e-mails with K. Boucher regarding same | 0.10 |
| 09/26/18 | JRH | Conference call with K. Boucher regarding revised form of order in connection with fee applications; review amended plan language; review draft pleading for filing | 0.50 |
| 09/27/18 | WMA | Review final certification and order and e-mails with L. Molinaro and K. Boucher regarding filing of same | 0.10 |
| 09/27/18 | JRH | Review COC and emails regarding filing | 0.20 |
| 10/03/18 | JRH | Emails regarding fee committee meeting (.1); attention to sixth interim fee application (.5) | 0.60 |
| 10/11/18 | WMA | E-mails with L. Molinaro regarding fee binders | 0.10 |
| 10/11/18 | WMA | Review D. Hogan e-mail regarding appeals and e-mail K. Stadler regarding same | 0.10 |
| 10/22/18 | WMA | Conf. with L. Molinaro regarding fee binder question | 0.10 |
| 10/22/18 | LM | Put together fee application binder | 0.30 |
| 10/24/18 | WMA | E-mails with K. Stadler, review CoC and proposed order for committee professional fees and coordinate filing of same | 0.30 |
| 10/24/18 | LM | E-file certification of counsel | 0.10 |
| 10/25/18 | WMA | Review and comment on fee application binder to Court | 0.20 |
| 10/25/18 | JRH | Review emails and fee order | 0.20 |
| 10/25/18 | LM | Finish fee application binder and arrange for service to court | 0.20 |
| 11/01/18 | JRH | Review emails regarding upcoming hearing (.1) | 0.10 |
| 11/02/18 | WMA | Review and coordinate filing and service of fee report | 0.40 |
| 11/02/18 | JRH | Coordinate regarding filing final examiner's report | 0.20 |
| 11/02/18 | LM | Arrange for after hours filing of summary report | 0.10 |
| 11/05/18 | PLP | Prepare Fee Summary for delivery to chambers | 0.50 |
| 11/08/18 | WMA | E-mails with K. Stadler, P. Tyrrell regarding November 13 fee committee meeting at Benesch | 0.10 |
| 12/10/18 | WMA | E-mails with K. Boucher, K. Stadler, J. Madron regarding proposed fee orders | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/10/18 | JRH | Review fee committee summary report and coordinate regarding filing of same (1.0) | 1.00 |
| 12/10/18 | LM | E-file Fee Committee's Summary Report | 0.10 |
| 12/11/18 | LM | Prepare courtesy copy of Fee Committee's Summary Report and arrange for service to Chambers | 0.20 |
| 12/12/18 | WMA | Review and revise (.4), and coordinate filing of, CoC and proposed fee orders (.4) | 0.80 |
| 12/12/18 | JRH | Review emails on COCs and final fee orders | 0.20 |
| 12/12/18 | PLP | Prepare for filing and file Certification of Counsel and exhibits (.60); Prepare copies for delivery to Judge Sontchi (.60) | 1.20 |
| 12/14/18 | JRH | Review agenda to confirm no hearing forward | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 2.30 | $1,012.00 |
| William M. Alleman, Jr. | (WMA) | $370.00 | 3.60 | $1,332.00 |
| Jennifer R. Hoover | (JRH) | $570.00 | 2.40 | $1,368.00 |
| Jennifer R. Hoover | (JRH) | $545.00 | 4.60 | $2,507.00 |
| | | | 12.90 | $6,219.00 |
| PARALEGAL | | | | |
| Louanne Molinaro | (LM ) | $300.00 | 1.00 | $300.00 |
| Louanne Molinaro | (LM ) | $285.00 | 1.50 | $427.50 |
| Patrice L. Parson | (PLP) | $300.00 | 1.70 | $510.00 |
| | | | 4.20 | $1,237.50 |
| | | TOTAL: | 17.10 | $7,456.50 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2019

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/19/18 | WMA | Review and coordinate filing of G&K fee application and Gitlin application | 0.60 |
| 06/19/18 | JRH | Coordinate filing of Gitlin fee applications | 0.50 |
| 06/19/18 | LM | E-file Gitlin and G&K fee applications; arrange for service of same | 0.40 |
| 09/19/18 | WMA | Review e-mail from K. Boucher regarding final fee applications and discuss same with J. Hoover | 0.10 |
| 10/02/18 | WMA | Review and coordinate filing of Gitlin application | 0.30 |
| 10/02/18 | WMA | Review and coordinate filing of G&K interim fee application | 0.20 |
| 10/02/18 | LM | E-file fee applications | 0.40 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 0.50 | $220.00 |
| William M. Alleman, Jr. | (WMA) | $370.00 | 0.70 | $259.00 |
| Jennifer R. Hoover | (JRH) | $545.00 | 0.50 | $272.50 |
| | | | 1.70 | $751.50 |
| PARALEGAL | | | | |
| Louanne Molinaro | (LM ) | $300.00 | 0.40 | $120.00 |
| Louanne Molinaro | (LM ) | $285.00 | 0.40 | $114.00 |
| | | | 0.80 | $234.00 |
| | | TOTAL: | 2.50 | $985.50 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2019

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/21/18 | JRH | Attention to fee statement preparation | 0.50 |
| 05/21/18 | LM | Draft fee application | 0.50 |
| 05/23/18 | WMA | Conf. with L. Molinaro regarding draft Benesch interim fee app | 0.10 |
| 05/23/18 | LM | Assit with fee application | 0.20 |
| 06/19/18 | JRH | Review and comment on Benesch fee application | 0.50 |
| 06/20/18 | JRH | Review prior fee statement and follow up with P. Ventor regarding certain unpaid fees (.30); review and revise fee statement and coordinate filing and service (1.2) | 1.50 |
| 06/20/18 | LM | Efile fee application | 0.20 |
| 10/02/18 | JRH | Prepare interim fee application | 2.50 |
| 10/02/18 | LM | E-file fee application | 0.20 |
| 10/03/18 | WMA | E-mails with K. Boucher, L. Molinaro regarding Benesch fee app | 0.10 |
| 10/04/18 | JRH | Attention to amended notice and filing (.5) | 0.50 |
| 10/12/18 | JRH | Attention to fee application | 1.50 |
| 11/01/18 | WMA | E-mails with J. Hoover regarding final fee hearing issues | 0.10 |
| 11/14/18 | JRH | Emails to/from P. Venter regarding fee matters | 0.20 |
| 11/27/18 | JRH | Attention to Benesch fee application | 0.50 |
| 01/09/19 | JRH | Emails regarding preparation of final fee application | 0.10 |
| 01/10/19 | WMA | Calls with J. Hoover and P. Parson regarding final fee application; e-mails with P. Venter and L. Molinaro regarding account closing and outstanding amounts | 0.30 |
| 01/10/19 | LM | Confirm payment information with accounting | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/10/19 | PLP | Review previous filed Fee Applications (1.4), Telephone call with W. Alleman regarding Interim and Final Fee Application (.20) | 1.60 |
| 01/11/19 | WMA | E-mails with P. Venter and internally regarding Benesch paymets/fee applications | 0.20 |
| 01/11/19 | WMA | Call from J. Hoover regarding final fee application | 0.10 |
| 01/11/19 | JRH | Prepare time detail for interim fee application | 1.00 |
| 01/14/19 | JRH | Emails regarding status of final fee application and coordinate internally | 0.20 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 0.80 | $352.00 |
| William M. Alleman, Jr. | (WMA) | $370.00 | 0.10 | $37.00 |
| Jennifer R. Hoover | (JRH) | $570.00 | 6.50 | $3,705.00 |
| Jennifer R. Hoover | (JRH) | $545.00 | 2.50 | $1,362.50 |
| | | | 9.90 | $5,456.50 |
| **PARALEGAL** | | | | |
| Louanne Molinaro | (LM ) | $300.00 | 0.40 | $120.00 |
| Louanne Molinaro | (LM ) | $285.00 | 0.90 | $256.50 |
| Patrice L. Parson | (PLP) | $300.00 | 1.60 | $480.00 |
| | | | 2.90 | $856.50 |
| | | TOTAL: | 12.80 | $6,313.00 |

Fee Application Objections -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2019

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/14/18 | WMA | Review and coordinate fiing of limited objection to asbestos claimant 503(b) motion | 0.30 |
| 05/14/18 | LM | E-file Limited Objection and prepare for service by vendor | 0.20 |
| 06/18/18 | JRH | Emails regarding motion to expedite asbestos appeal | 0.20 |
| 08/09/18 | WMA | E-mails with J. Madron and B. Williamson regarding 503(b) fee committee review process | 0.10 |
| 08/27/18 | WMA | Prep for and attend status conference on 503(b) fee issues | 3.40 |
| 09/04/18 | WMA | Call from J. Hoover regarding status of 503(b) review | 0.10 |
| 09/12/18 | WMA | Call to chambers regarding 503(b) letter; e-mails with K. Stadler regarding same; e-mails with L. Molinaro regarding binder issues | 0.30 |

Fee Application Objections -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| William M. Alleman, Jr. | (WMA) | $370.00 | 4.20 | $1,554.00 |
| Jennifer R. Hoover | (JRH) | $545.00 | 0.20 | $109.00 |
| | | | 4.40 | $1,663.00 |
| **PARALEGAL** | | | | |
| Louanne Molinaro | (LM ) | $285.00 | 0.20 | $57.00 |
| | | | 0.20 | $57.00 |
| | | TOTAL: | 4.60 | $1,720.00 |

# EXHIBIT B

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
MAY 1, 2018          THROUGH JANUARY 31, 2019

| Expense | Amount |
| --- | --- |
| Delivery Fee - Outside | $65.00 |
| Meals | $56.50 |
| Outside Professional Services | $5.00 |
| Court Case Mgmt charges-Pacer | $44.70 |
| TOTAL: | $171.20 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 06/30/18 | LM | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 5/31 | 5.00 |
| 08/16/18 | LM | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 7/10 | 20.00 |
| 08/31/18 | LM | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 7/27/18 | 5.00 |
| 11/28/18 | LM | Delivery Fee - Outside - Vendor: DLS Discovery, LLC Delivery - Inv. #125772 | 5.00 |
| 11/28/18 | LM | Delivery Fee - Outside - Vendor: DLS Discovery, LLC Delivery - Inv. #125774 | 5.00 |
| 12/31/18 | PLP | Delivery Fee - Outside - Vendor: DLS Discovery, LLC Delivery Fee - Inv.# 126251 | 20.00 |
| 01/28/19 | PLP | Delivery Fee - Outside - Vendor: DLS Discovery, LLC Delivery Fee - Inv. #127174 | 5.00 |

TOTAL: $65.00

**Meals**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 08/27/18 | WMA | Meals Lunch for WILLIAM M. ALLEMAN, JR. 08/27/2018, Lunch with clients following hearing with K. Stadler, Esq.-Godfrey Kahn, R. Gitlin, Esq.-Godfrey Kahn, WILLIAM M. ALLEMAN, JR. | 56.50 |
| | | TOTAL: | $56.50 |

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/23/18 | LM | Outside Professional Services - Vendor: DLS Discovery, LLC Pick-up X-ray - Inv. #125022 | 5.00 |
| | | TOTAL: | $5.00 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 05/21/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 05/25/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 06/19/18 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| 06/19/18 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 06/19/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 06/20/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 06/20/18 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 06/20/18 | XXX | Court Case Mgmt charges-Pacer | 1.60 |
| 08/09/18 | XXX | Court Case Mgmt charges-Pacer | 2.60 |
| 09/25/18 | XXX | Court Case Mgmt charges-Pacer | 2.80 |
| 09/25/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 09/27/18 | XXX | Court Case Mgmt charges-Pacer | 2.80 |
| 10/02/18 | XXX | Court Case Mgmt charges-Pacer | 2.90 |
| 10/02/18 | XXX | Court Case Mgmt charges-Pacer | 1.00 |
| 10/22/18 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 10/22/18 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 10/22/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 11/02/18 | XXX | Court Case Mgmt charges-Pacer | 2.60 |
| 11/14/18 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 11/14/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 11/14/18 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 12/10/18 | XXX | Court Case Mgmt charges-Pacer | 2.00 |
| 12/12/18 | XXX | Court Case Mgmt charges-Pacer | 2.00 |
| 12/12/18 | XXX | Court Case Mgmt charges-Pacer | 0.50 |
| 12/12/18 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 12/12/18 | XXX | Court Case Mgmt charges-Pacer | 0.30 |

TOTAL:                              $44.70