## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| *et al.*,[1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Re: D.I. 13736** |
|  | : |  |
|  | : |  |

### SUPPLEMENT TO THE COMBINED SEVENTH INTERIM AND FINAL APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, DELAWARE COUNSEL TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD OF MAY 1, 2018 THROUGH JANUARY 31, 2019, AND THE FINAL PERIOD OF APRIL 7, 2016 THROUGH JANUARY 31, 2019

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"), hereby files this *Supplement to the Combined Seventh Interim and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, for Compensation and Reimbursement of Expenses for the Interim Period May 1, 2018 through January 31, 2019 and the Final Period of April 7, 2016 through January 31, 2019* (the "Supplement") for professional services rendered as counsel

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

12001181

for the Energy Future Holdings Corp. Fee Committee (the "Fee Committee").  In support of this

Supplement, Benesch respectfully represents as follows:

1.      On  February 19, 2019, Benesch filed its *Combined Seventh Interim and Final*

*Application of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy*

*Future Holdings Corp. Fee Committee, for Compensation and Reimbursement of Expenses for the*

*Interim Period May 1, 2018 through January 31, 2019 and the Final Period of April 7, 2016*

*through January 31, 2019* (D.I. 13736) (the "Benesch Final Fee Application").  Benesch hereby

incorporates the Benesch Final Fee Application by reference.

2.      In the Benesch Final Fee Application, Benesch sought an additional sum of up to

$10,000.00 in anticipated fees and expenses incurred for the period of February 1, 2019, through

the final fee hearing scheduled for March 18, 2019.  These anticipated fees relate to analyzing,

reviewing, drafting, filing, and serving remaining monthly and final fee applications and

certificates of no objection or certifications of counsel for the Fee Committee's professionals, as

well as to any trailing expenses that may not have been processed as of the date of the Application.

3.      Attached hereto as **Exhibit 1** is the time detail totaling $8,259.00 in reasonable and

necessary professional fees incurred by Benesch for the period of February 1, 2019 through March

13, 2019.

4.      Benesch submits that the foregoing fees and expenses represent reasonable

compensation for actual, necessary services rendered by Benesch to the Fee Committee during

these cases.  Accordingly, Benesch submits that approval of the compensation for professional

services and reimbursement of expenses sought herein is warranted.

**WHEREFORE**, Benesch hereby respectfully requests the Court enter an order: (i)

approving the Benesch Final Fee Application; (ii) granting (a) final allowance of compensation

for Benesch's necessary and valuable services to the Fee Committee in the aggregate amount of $84,541 (consisting of $76,282.00 sought in the Benesch Final Fee Application and $8,259.00 requested in this Supplement), and (b) reimbursement to Benesch for actual and necessary expenses in the aggregate amount of $611.65 (consisting of $611.65 sought in the Benesch Final Fee Application and $0.00 requested in this Supplement), for a total final allowance of $85,152.65; and (iii) awarding Benesch such other and further relief as may be just and proper.

Dated:  March 13, 2019
       Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP

*/s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Delaware Counsel for the Energy Future*
*Holdings Corp. Fee Committee*