# **EXHIBIT 1**

<u>Energy Futures Holdings Official Fee Committee</u>

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD JANUARY 1, 1901   THROUGH MARCH 13, 2019

| <u>Service Category</u> | <u>Tab</u> |
|---|---|
| Fee Applications -- Others | ............... 1 |
| Fee Applications -- Benesch | ............... 2 |
| Fee Application Objections -- Others | ............... 3 |

<u>Expenses</u>

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
JANUARY 1, 1901    THROUGH MARCH 13, 2019

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 4.20 | $1,848.00 |
| Jennifer R. Hoover | (JRH) | $570.00 | 0.30 | $171.00 |
| | | | 4.50 | $2,019.00 |
| **PARALEGAL** | | | | |
| Patrice L. Parson | (PLP) | $300.00 | 20.80 | $6,240.00 |
| | | | 20.80 | $6,240.00 |
| | | TOTAL: | 25.30 | $8,259.00 |

Combined Average Hourly Rate:    $326.44

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 13, 2019

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/14/19 | WMA | Review and comment on draft Gitlin and G&K fee applications | 0.60 |
| 02/15/19 | WMA | Final review and coordinate filing of Gitlin final fee application and G&K final fee application | 0.40 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 1.00 | $440.00 |
| | | | 1.00 | $440.00 |
| | | TOTAL: | 1.00 | $440.00 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 13, 2019

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/13/19 | WMA | E-mails with K. Boucher, P. Parson and conf. with P. Parson regarding Benesch final fee application | 0.10 |
| 02/13/19 | PLP | Prepare Final fee Application (1.0); emails to J. Hoover regarding fee statement (.20) | 1.20 |
| 02/14/19 | JRH | Attention to preparation of fee application | 0.30 |
| 02/15/19 | WMA | Review and comment on time detail for final interim fee application | 0.40 |
| 02/15/19 | PLP | Emails with accounting regarding fee statement and proforma (.20); draft Seventh Interim and final fee application (6.8); emails to W. Alleman regarding proforma (.10); file final fee applications for Gitlin and Godfrey & Kahn, SC (.50); email vendor regarding service to 2002 list (.10) | 7.70 |
| 02/18/19 | WMA | Review and revise draft final fee application; multiple confs. with P. Parson regarding same | 1.50 |
| 02/18/19 | PLP | Emails and phone calls to accounting regarding fee statement information (.10); prepare changes to 7th interim and final fee application (6.3); draft notice of seventh interim and final fee application (.20); meeting with W. Alleman regarding fees (.10) | 6.70 |
| 02/19/19 | WMA | Review further revised final Benesch fee application and coordinate filing and service of same | 1.10 |
| 02/19/19 | PLP | Prepare changes to fee application (2.5); email to W. Alleman for review (.10); Prepare exhibits to fee app for filing (.20); File fee app, notice, and exhibits with court (.50); email vendor to serve of 2002 list (.10) | 5.20 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 3.10 | $1,364.00 |
| Jennifer R. Hoover | (JRH) | $570.00 | 0.30 | $171.00 |
| | | | 3.40 | $1,535.00 |
| PARALEGAL | | | | |
| Patrice L. Parson | (PLP) | $300.00 | 20.80 | $6,240.00 |
| | | | 20.80 | $6,240.00 |
| | | TOTAL: | 24.20 | $7,775.00 |

Fee Application Objections -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 13, 2019

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/08/19 | WMA | Respond to e-mail from K. Boucher regarding final fee application orders/CNOs | 0.10 |

Fee Application Objections -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| William M. Alleman, Jr. | (WMA) | $440.00 | 0.10 | $44.00 |
| | | | 0.10 | $44.00 |
| | | TOTAL: | 0.10 | $44.00 |