# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 18, 2019 STARTING AT 11:00 A.M. (EDT)[2]

**I.    UNCONTESTED COMBINED INTERIM AND FINAL FEE APPLICATIONS:[3]**

1. Twelfth Interim and Final Fee Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred from August 21, 2014 through December 31, 2018 [D.I. 13731; filed February 15, 2019]

    Response/Objection Deadline:    March 8, 2019 at 4:00 p.m. (EST)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The March 18, 2019 (the "March 18[th] Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wishes to appear telephonically at the March 18th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, March 15, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

[3] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim/final fee application] shall appear in person at the [interim/final fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim/final fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

Responses/Objections Received:   None.

Status: The applicant intends to submit a proposed form of order to the Court under a certification of counsel for entry in connection with this matter prior to the hearing. Consequently, a hearing with respect to this matter should only be required to the extent that the Court has any questions or concerns.

2. Twelfth Interim and Final Fee Applications of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 through December 31, 2018 [D.I. 13732; filed February 15, 2019]

   Response/Objection Deadline:   March 8, 2019 at 4:00 p.m. (EST)

   Responses/Objections Received:   None.

   Status: The applicant intends to submit a proposed form of order to the Court under a certification of counsel for entry in connection with this matter prior to the hearing. Consequently, a hearing with respect to this matter should only be required to the extent that the Court has any questions or concerns.

3. Combined Seventh Interim and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, for Compensation and Reimbursement of Expenses for the Interim Period of May 1, 2018 through January 31, 2019, and the Final Period of April 7, 2016 through January 31, 2019 [D.I. 13736; filed February 19, 2019]

   Response/Objection Deadline:   March 12, 2019 at 4:00 p.m. (EDT)

   Responses/Objections Received:   None.

   Related Documents:

   i. Supplement to the Combined Seventh Interim and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, for Compensation and Reimbursement of Expenses for the Interim Period of May 1, 2018 through January 31, 2019, and the Final Period of April 7, 2016 through January 31, 2019 [D.I. 13747; filed March 13, 2018]

   Status: The applicant intends to submit a proposed form of order to the Court under a certification of counsel for entry in connection with this matter prior to the hearing. Consequently, a hearing with respect to this matter should only be required to the extent that the Court has any questions or concerns.

Dated: March 14, 2019
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*