## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtors. | : | (Jointly Administered) |
|   | : | Re: D.I. 13731, 13732, 13736, and 13747 |
|   | : | Hearing date: March 18, 2019 at 11:00 a.m. Eastern Time |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On February 15, 2019, the Fee Committee filed the *Twelfth Interim and Final Fee Applications of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services and for Reimbursement of Expenses From August 21, 2014 Through December 31, 2018* (the "Gitlin Application") [D.I. 13731].

2. Also on February 15, 2019, the Fee Committee filed the *Twelfth Interim and Final Fee Applications of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2018* (the "Godfrey Application") [D.I. 13732].

3. On February 19, 2019, the Fee Committee filed the *Seventh Interim and Final Fee Applications of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Future Fee Committee, for Compensation and Reimbursement of Expenses for the Interim Period May 1, 2018 Through January 31, 2019, and the Final Period of April 7, 2016 through January 31, 2019* (the "Benesch Application") [D.I. 13736] and, on March 13, 2019, the Fee Committee filed a *Supplement to the Combined Seventh Interim and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, for Compensation and Reimbursement of Expenses for the Interim Period of May 1, 2018 through January 31, 2019, and the Final Period of April 7, 2016 through January 31, 2019* [D.I. 13747].

4. The deadline for objections to the Gitlin Application and Godfrey Application was March 8, 2019 at 4:00 p.m. Eastern Time and no objections have been filed with the Court or received by the applicants.

5. The deadline for objections to the Benesch Application was March 12, 2019 at 4:00 p.m. Eastern Time, and no objections have been filed with the Court or received by the applicants.

6. Attached hereto as **Exhibit 1** is a Proposed Order for the allowance of the fees and expenses requested in the Gitlin Application, Godfrey Application, and Benesch Application.

7. Counsel for the EFH Plan Administrator Board and the U.S. Trustee's office have reviewed the Proposed Order attached as **Exhibit 1** and have no objection to its entry.

[*Remainder of Page Intentionally Blank*]

WHEREFORE, the Fee Committee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: March 14, 2019
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ William M. Alleman, Jr.*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
E-mail: jhoover@beneschlaw.com
           walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

20304835.2