IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 18, 2019 STARTING AT 11:00 A.M. (EDT)[3]

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I. UNCONTESTED COMBINED INTERIM AND FINAL FEE APPLICATIONS:

1. Twelfth Interim and Final Fee Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred from August 21, 2014 through December 31, 2018 [D.I. 13731; filed February 15, 2019]

   Response/Objection Deadline:    March 8, 2019 at 4:00 p.m. (EST)

   Responses/Objections Received:    None.

   Related Documents:

   i.   Certification of Counsel Regarding Omnibus Fee Order [D.I. 13749; filed March 14, 2019]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The March 18, 2019 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT).

RLF1 20952382v.1

ii. **Omnibus Order Approving Interim and Final Fee Applications of Richard Gitlin, Independent Member of the Fee Committee; Godfrey & Kahn, S.C., Counsel to the Fee Committee, and Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Fee Committee, for Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13750; filed March 14, 2019]**

Status: **On March 14, 2019, the Court entered an order granting the applicant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

2. Twelfth Interim and Final Fee Applications of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 through December 31, 2018 [D.I. 13732; filed February 15, 2019]

   Response/Objection Deadline:    March 8, 2019 at 4:00 p.m. (EST)

   Responses/Objections Received:    None.

   Related Documents:

   i. Certification of Counsel Regarding Omnibus Fee Order [D.I. 13749; filed March 14, 2019]

   ii. **Omnibus Order Approving Interim and Final Fee Applications of Richard Gitlin, Independent Member of the Fee Committee; Godfrey & Kahn, S.C., Counsel to the Fee Committee, and Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Fee Committee, for Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13750; filed March 14, 2019]**

   Status: **On March 14, 2019, the Court entered an order granting the applicant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

3. Combined Seventh Interim and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, for Compensation and Reimbursement of Expenses for the Interim Period of May 1, 2018 through January 31, 2019, and the Final Period of April 7, 2016 through January 31, 2019 [D.I. 13736; filed February 19, 2019]

   Response/Objection Deadline:    March 12, 2019 at 4:00 p.m. (EDT)

   Responses/Objections Received:    None.

Related Documents:

i. Supplement to the Combined Seventh Interim and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, for Compensation and Reimbursement of Expenses for the Interim Period of May 1, 2018 through January 31, 2019, and the Final Period of April 7, 2016 through January 31, 2019 [D.I. 13747; filed March 13, 2018]

ii. Certification of Counsel Regarding Omnibus Fee Order [D.I. 13749; filed March 14, 2018]

iii. **Omnibus Order Approving Interim and Final Fee Applications of Richard Gitlin, Independent Member of the Fee Committee; Godfrey & Kahn, S.C., Counsel to the Fee Committee, and Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Fee Committee, for Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13750; filed March 14, 2019]**

Status: **On March 14, 2019, the Court entered an order granting the applicant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

*[Remainder of page intentionally left blank.]*

RLF1 20952382v.1

Dated: March 15, 2019
       Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*