**Exhibit A**

**Satisfied Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: IRA S. DIZENGOFF & MEREDITH LAHAIE<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/27/2014 | 7977 | Undetermined* | Claim is asserted on account of potential post-petition, pre-effective date, professional fees, all of which have been satisfied in full, based on the books and records of the Debtors or the EFH Plan Administrator Board, as applicable, and/or confirmatory correspondence with relevant professionals. |
| 2 | ANDERSON, DAVID H.<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5087 | $137,620.45 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 3 | ATTERIDGE, SUSAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5091 | $528,006.85 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 4 | BAKER, THOMAS L.<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4373 | $838,640.86 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 5 | BLEVINS, MICHAEL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5095 | $452,199.71 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 6 | BRECKENRIDGE, MARY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/11/2014 | 4311 | $14,513.08 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 7 | CAMPBELL, DAVID<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6342 | $255,921.09 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 8 | CENTERVIEW PARTNERS LLC<br>ATTN: JEFFREY FINGER<br>31 WEST 52ND STREET, 22ND FLOOR<br>NEW YORK, NY 10019 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/27/2014 | 7981 | Undetermined* | Claim is asserted on account of potential post-petition, pre-effective date, professional fees, all of which have been satisfied in full, based on the books and records of the Debtors or the EFH Plan Administrator Board, as applicable, and/or confirmatory correspondence with relevant professionals. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 9 | CHIPMAN BROWN CICERO & COLE, LLP<br>1313 N MARKET ST STE 5100<br>WILMINGTON, DE 19801-6111 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/27/2014 | 7980 | Undetermined* | Claim is asserted on account of potential post-petition, pre-effective date, professional fees, all of which have been satisfied in full, based on the books and records of the Debtors or the EFH Plan Administrator Board, as applicable, and/or confirmatory correspondence with relevant professionals. |
| 10 | CLARK, CHARLES<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7948 | $73,727.01 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 11 | CURRY, BARBARA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4770 | $77,301.28 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 12 | DICKIE, BRIAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5084 | $872,908.30 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 13 | DICKIE, BRIAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5085 | $848,752.11 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 14 | DUBBERLY, TOMMY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 3994 | Undetermined* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 15 | DUGGINS WREN MANN & ROMERO, LLP<br>ATTN: CASEY WREN<br>600 CONGRESS AVENUE, 19TH FLOOR<br>AUSTIN, TX 78701 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/27/2014 | 7978 | Undetermined* | Claim is asserted on account of potential post-petition, pre-effective date, professional fees, all of which have been satisfied in full, based on the books and records of the Debtors or the EFH Plan Administrator Board, as applicable, and/or confirmatory correspondence with relevant professionals. |
| 16 | ENOCH KEVER<br>5918 W COURTYARD DR STE 500<br>AUSTIN, TX 78730-5102 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 597904750 | $6,093.40 | Claim is asserted on account of pre-petition, pre-effective date, professional fees, all of which have been satisfied in full, based on the books and records of the Debtors or the EFH Plan Administrator Board, as applicable, and/or confirmatory correspondence with relevant professionals. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 17 | ENZE, CHARLES ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7729 | $252,900.00 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 18 | FARRINGTON, J.S. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4706 | $207,597.89 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 19 | FINCH, RUBY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/25/2014 | 4673 | $624.25* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 20 | FLASHNICK, RYAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4174 | $39,592.77 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 21 | FRANDSEN, DALLAS J. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4963 | $1,994.07 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 22 | FRAZIER, JAMES ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/19/2014 | 4526 | $16,974.09 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 23 | FREEMAN, W D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 5831 | $711,821.00 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 24 | GARDENHIRE, TERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4253 | $9,830.97 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 25 | GARRARD, ANN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4237 | $5,399.89 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 26 | GIBBS, HOMER J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5097 | $1,459,448.08 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 27 | GREENE, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4744 | $1,115,894.25 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 28 | GREENE, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4745 | $904,545.16 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 29 | GRIFFITH, KATHRYN M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7897 | $508.18 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 30 | HARDGRAVE, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4392 | $17,108.54 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 31 | JONES, RICHARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/03/2014 | 4104 | $48,552.60 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 32 | KELLY, GREGORY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7753 | $38,505.16* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 33 | LANCASTER, BOBBY T. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5110 | $8,406.48 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 34 | LAVALLEY, ELIZABETH P. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5093 | $654,855.28 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 35 | LEIDOS (FORMERLY SAIC ENERGY ENVIRONMENT 1417 4TH AVE STE 300 SEATTLE, WA 98101-2242 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/27/2014 | 7979 | Undetermined* | Claim is asserted on account of potential post-petition, pre-effective date, professional fees, all of which have been satisfied in full, based on the books and records of the Debtors or the EFH Plan Administrator Board, as applicable, and/or confirmatory correspondence with relevant professionals. |
| 36 | MCCALL, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5096 | $370,002.32 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 37 | MCNALLY, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5094 | $464,398.43 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 38 | MERRITT, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/13/2014 | 5210 | $148,716.69 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 39 | MEYER, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5743 | $2,000.51 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 40 | MEYER, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5761 | $36,087.03 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 41 | OLIVER, KIRK R. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/18/2014 | 4481 | $194,394.11* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 42 | PINKERTON, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7726 | $107,247.51* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 43 | PLATT, WILLIAM ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1692 | Undetermined* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 44 | RANTON, BILLY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5098 | $250,308.54 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 45 | REEDY, DAVID ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/18/2014 | 4484 | $1,776.40 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 46 | REICHLE, MURIEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7878 | $662,400.00 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 47 | RIDDICK, ANNITA M. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8013 | $2,779.87* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 48 | RODGERS, ROBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9631 | $27,103.38 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 49 | ROGERS, ANNELL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5086 | $285,828.12 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 50 | RUCKER, KIMMY S. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7566 | $30,399.10 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 51 | SEIDEL, RONALD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7902 | $76,132.93 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 52 | SEIDEL, RONALD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7903 | $78,289.10 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 53 | SEIDLITS, CURTIS LEE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5090 | $2,950,315.08 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 54 | SIEGLER, JONATHAN ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1929 | $64,873.16 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 55 | STEWART, W. RANDALL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/03/2014 | 9796 | $58,938.43 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 56 | TAYLOR, WESLEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5088 | $186,596.21 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|----|------|-------------|-------------|------------|---------|--------------------|-------------------------|
| 57 | TERRY, CHARLES<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5253 | $295,179.20 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 58 | TERRY, CHARLES<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5254 | $222,713.28 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 59 | THROCKMORTON, VERLIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4173 | $16,798.00 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 60 | TINKHAM, PETER<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5082 | $569,572.25 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 61 | TIPTON, RANDY M ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7741 | Undetermined* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 62 | UNVERZAGT, ANDREW ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4739 | $1,502.43 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 63 | WATSON, EDWARD L. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/18/2014 | 4479 | $173,742.13 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 64 | WEAVER, ELLEN T. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4393 | $50,000.00 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 65 | WEISER, JEFF ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5089 | $178,323.45 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 66 | WHITE, RICHARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7625 | Undetermined* | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 67 | WISTRAND, RICHARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5092 | $264,363.18 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 68 | WOODALL, DONALD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4591 | $7,499.92 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTEENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 69 | WRIGHT, ANDREW ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4906 | $36,475.75 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| 70 | ZUREICH, HERBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5083 | $164,535.24 | Any liability on account of this Claim relates to EFH Non-Qualified Benefits. Pursuant to third-party distributions made in February 2019, all Holders of Allowed EFH Non-Qualified Benefits Claims have received payment fully satisfying the Allowed amount of any such Claim. |
| | | | | | TOTAL | $17,579,534.55 | |