IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | Re: D.I. 13756 |

**DECLARATION OF ANTHONY R. HORTON IN SUPPORT OF
EFH PLAN ADMINISTRATOR BOARD'S FIFTY-SECOND OMNIBUS
(SUBSTANTIVE) OBJECTION TO NO LIABILITY CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Pursuant to 28 U.S.C. § 1746, I, Anthony R. Horton, declare as follows:

1. I make this Declaration in support of the *EFH Plan Administrator Board's Fifty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1*, dated March 18, 2019 [D.I. 13756] (the "Objection")[1] filed contemporaneously herewith. If called to testify, I would testify to the facts set forth herein.

**I.     Introduction**

2. I am the former Chief Financial Officer, Executive Vice President, and Treasurer of Energy Future Holdings Corp. ("EFH Corp.") and Energy Future Intermediate Holding Company LLC ("EFIH" and together with EFH Corp. and certain of their respective direct and indirect subsidiaries, the "E-Side Debtors") and currently serve as the Trustee of the EFH Plan Administration Trust. I worked for EFH Corp., EFIH, and their predecessors for 30 years, in positions including Senior Vice President, Treasurer, and Assistant Secretary of EFH Corp.,

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the same meanings set forth in the Objection.

RLF1 20960108v.1

Senior Vice President and Treasurer of EFIH, and the Treasurer of the former Texas Competitive Electric Holdings Company LLC ("TCEH") and together with certain of its subsidiaries and the E-Side Debtors, the "Debtors").

3. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. I worked on numerous financial transactions, including capital markets transactions and credit facility financings, for the Debtors. During the Debtors' chapter 11 cases, I participated in negotiations and development of the Debtors' plans of reorganization and related transactions.

4. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the PAB in support of the Objection.

## II. No Liability Proofs of Claim.

5. Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 16 No Liability Claims listed on **Exhibit 1** to **Exhibit A** to the Objection, in the aggregate claimed amount of $123,470.34 as well as unliquidated amounts. To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry—including the Debtors', the PAB's, and the PAB's restructuring advisors' (Alvarez & Marsal, North America, LLC), and my (i) review of the No Liability Claims and all supporting information and documentation provided therewith, (ii) understanding of the Debtors' Plan, and (iii) reasonable efforts to research the same—the No Liability Claims reflect Proofs of Claim that are each asserted against the Debtors, but for which there is no indication that the Debtors are actually liable.

## III. Conclusion.

6. Based on my review of relevant information—and my general understanding of,

and familiarity with, the Debtors—the Debtors have no liability for these claims as set forth above. Accordingly, the No Liability Claims reflected on **Exhibit 1** to **Exhibit A** to the Objection are not properly asserted pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, Local Bankruptcy Rule 3007-1, and applicable orders of the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 18, 2019
       Dallas, Texas

                                      */s/ Anthony R. Horton*
                                      Anthony R. Horton
                                      Trustee
                                      EFH Plan Administration Trust