**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 13756** |
|  | ) |  |

**CERTIFICATION OF NO OBJECTION REGARDING "EFH PLAN
ADMINISTRATOR BOARD'S FIFTY-SECOND OMNIBUS (SUBSTANTIVE)
OBJECTION TO NO LIABILITY CLAIMS PURSUANT TO SECTION 502(b)
OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007,
AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 13756]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection, or any other responsive pleading to the *EFH Plan Administrator Board's Fifty-Second*

*Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the*

*Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1*

[D.I. 13756] (the "Claim Objection") filed by the EFH Plan Administrator Board (the "PAB"),

with the United States Bankruptcy Court for the District of Delaware (the "Court") on March 18,

2019.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On March 18, 2019, the PAB also filed the *Declaration of Anthony R. Horton in Support of the EFH Plan Administrator Board's Fifty-Second (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 13757], in connection with, and in support of, the Claim Objection.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Claim Objection appears thereon. Pursuant to the *Notice of "EFH Plan Administrator Board's Fifty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon* filed contemporaneously with the Claim Objection, responses to the Claim Objection were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on April 1, 2019.

The PAB therefore respectfully requests that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Claim Objection, be entered at the earliest convenience of the Court.

*[Remainder of page intentionally left blank.]*

2

Dated: April 2, 2019
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

3

**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 13756** |
|  | ) |  |

**ORDER SUSTAINING THE EFH PLAN
ADMINISTRATOR BOARD'S FIFTY-SECOND
OMNIBUS (SUBSTANTIVE) OBJECTION
TO NO LIABILITY CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection, dated March 18, 2019 [D.I. 13756] (the "Objection")[2] of the EFH

Plan Administrator Board (the "PAB") for entry of an order (this "Order") disallowing and

expunging the No Liability Claims set forth on **Exhibit 1** to **Exhibit A** attached hereto, all as set

forth in the Objection and the Horton Declaration; and the Court having found that it has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that

venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and the Court having found that the relief requested in the Objection is in the best

interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Objection.

found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The No Liability Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety; *provided*, that the disallowance of Proofs of Claim 6397, 6398, 6399, 6400, 6401, 6402, 6403, 6404, 6405, 6406, 6409, 6411, and 6412 shall be subject to section 502(j) of the Bankruptcy Code.

3.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against the PAB or any Reorganized Debtor entity; (b) a waiver of the rights of the PAB or any Reorganized Debtor entity to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim (including the Proofs of Claim) is of a type specified or defined in this Objection; (e) an admission by the PAB that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the PAB's rights under the Bankruptcy Code or any other

applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

5.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      The PAB is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

RLF1 21044976v.1

**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-11039 (CSS) | LSGT Gas Company LLC | 09/30/2014 | 4772 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  Additionally, the contract underlying the Proof of Claim was rejected on the EFH Effective Date pursuant to Article V.A. of the Plan. |
| 2 | ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4773 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  Additionally, the contract underlying the Proof of Claim was rejected on the EFH Effective Date pursuant to Article V.A. of the Plan. |
| 3 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11001 (CSS) | EFIH FINANCE INC. | 10/23/2014 | 6397 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 4 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6398 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11001 (CSS) | EFIH FINANCE INC. | 10/23/2014 | 6399 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 6 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6400 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 7 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11001 (CSS) | EFIH FINANCE INC. | 10/23/2014 | 6401 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 8 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6402 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6403 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 10 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6404 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 11 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6405 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 12 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6406 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6409 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 14 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6411 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 15 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6412 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 16 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 14-10992 (CSS) | EECI, Inc. | 12/12/2016 | 37770 | $123,470.34 | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  Any liability owed under this claim was satisfied pursuant to a tax return distributed to the claimant, on behalf of the Debtors, on January 24, 2019. |
| | | | | | TOTAL | $123,470.34 | |

* - Indicates claim contains unliquidated and/or undetermined amounts