IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Nicholas J. Brannick, hereby withdraws his appearance as counsel to Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee, in the above-captioned bankruptcy cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove him from the electronic and paper noticing matrix for the above-captioned cases.

All other current counsel of record will continue to represent Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee and are not intended to be affected by this notice.

Dated: April 4, 2019

**COLE SCHOTZ P.C.**

By: */s/ Nicholas J. Brannick*
Nicholas J. Brannick
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2006 (Phone)
(302) 574-2106 (Fax)
nbrannick@coleschotz.com

*Counsel to Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee*

52881/0001-17059549v1