**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-11039 (CSS) | LSGT Gas Company LLC | 09/30/2014 | 4772 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  Additionally, the contract underlying the Proof of Claim was rejected on the EFH Effective Date pursuant to Article V.A. of the Plan. |
| 2 | ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4773 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  Additionally, the contract underlying the Proof of Claim was rejected on the EFH Effective Date pursuant to Article V.A. of the Plan. |
| 3 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11001 (CSS) | EFIH FINANCE INC. | 10/23/2014 | 6397 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |
| 4 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6398 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable.  The claim asserts indemnification protection for which no liability is owed to claimant. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11001 (CSS) | EFIH FINANCE INC. | 10/23/2014 | 6399 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 6 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6400 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 7 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11001 (CSS) | EFIH FINANCE INC. | 10/23/2014 | 6401 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 8 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6402 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6403 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 10 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6404 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 11 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6405 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 12 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6406 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6409 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 14 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6411 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 15 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6412 | Undetermined* | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. The claim asserts indemnification protection for which no liability is owed to claimant. |
| 16 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 14-10992 (CSS) | EECI, Inc. | 12/12/2016 | 37770 | $123,470.34 | No liability is owed to claimant based on a review of the Proof of Claim, its attachments, and a reasonable review of the books and records of the Debtors or the EFH Plan Administrator, as applicable. Any liability owed under this claim was satisfied pursuant to a tax return distributed to the claimant, on behalf of the Debtors, on January 24, 2019. |
| | | | | | TOTAL | $123,470.34 | |