UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., *et. al.*  
Debtor

Case No. 14-10979  
Reporting Period: Quarter ending December 2018

**Quarterly Operating Report for the Quarter ending December 31, 2018**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | QOR-1 | X | |
| Schedule Of Disbursements By Legal Entity | QOR-1b | X | |
| Balance Sheet | QOR-3 | X | |

This Quarterly Operating Report ("QOR") has been prepared solely for the purpose of complying with the reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with U.S. GAAP.

The QOR has been provided pursuant to Article XII.C of the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al, Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan"), confirmed as it applies to Texas Competitive Electric Holdings Company LLC ("TCEH") and its Debtor subsidiaries (collectively the "TCEH Debtors"). The information provided herein applies solely to the TCEH Debtors. The TCEH Debtors emerged from chapter 11 on October 3, 2016.

Pursuant to the Plan, certain of the TCEH Debtors were dissolved following the TCEH Debtors' emergence from chapter 11 on October 3, 2016.

Effective May 24, 2018, all of the EFH Shared Services Debtors' chapter 11 cases were closed, leaving only the case of Texas Competitive Electric Holdings Company LLC open among the TCEH Debtors.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Authorized Individual [1]

April 13, 2019  
Date

Christy Dobry  
Printed Name of Authorized Individual

VP and Controller  
Title of Authorized Individual

[1] Signatory is duly authorized by the Debtors to sign this quarterly operating report.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.  
Debtor

Case No. 14-10979  
Reporting Period: Quarter ending December 2018

## QOR-1: CONSOLIDATED STATEMENT OF CASH FLOWS
(US Dollars in Millions)

|  | Quarter ending December 2018 |
|---|---|
| Beginning cash balance | $ - |
| Total cash receipts | - |
| Total cash disbursements | - |
| Debtors' net cash flow | - |
| From/(To) Non-Debtors | - |
| Net cash flow | - |
| Other | - |
| Ending available cash [1] | $ - |

1. Pursuant to Article II.B. of the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al, Pursuant to Chapter 11 of the Bankruptcy Code (the "TCEH Plan"), Holders of Allowed Class C4 and Class C5 Claims will receive their pro rata share of the TCEH Cash Payment. On the TCEH Effective Date, after giving effect to the provisions set forth in the Order Regarding Certain Provisions of the Settlement Order and the TCEH Confirmation Order, TCEH deposited the remaining TCEH Cash Payment-- $73,497,121.00 -- into a separate escrow account (the "Escrow Account") for the benefit of holders of Allowed Claims in Classes C4 and C5 under the TCEH Plan. According to the records of the Escrow Agent, as of December 31, 2018, the balance of the Escrow Account was $48,577,686.95.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.  
     Debtor

Case No.     14-10979  
Reporting Period:  Quarter ending December 2018

### QOR-1b: SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY

| Debtor Entity | Bankruptcy Case Number | Division | Disbursements |
|---|---|---|---|
| Texas Competitive Electric Holdings Company LLC | 111-14-10978 | TCEH | - |
| Total | | | $ - |

Notes:
1. Movements of cash into and out of the Company's short-term investment accounts are excluded. Amounts may also include voided disbursements that were previously reported as disbursements in prior period reports.

2. Effective May 24, 2018, all of the EFH Shared Services Debtors' chapter 11 cases were closed, leaving only the case of Texas Competitive Electric Holdings Company LLC open among the TCEH Debtors.

In re: ENERGY FUTURE HOLDINGS CORP., et. al.  
Debtor

Case No. 14-10979  
Reporting Period: Quarter ending December 2018

## QOR-3: BALANCE SHEET
### As at December 31, 2018
(US Dollars in Thousands)

| | Texas Competitive Electric Holdings Company LLC |
|---|---|
| **ASSETS** | |
| Current assets: | |
|   Cash and cash equivalents | - |
|   Restricted cash | - |
|   Trade accounts receivable - net | - |
|   Income taxes receivable - net | - |
|   Accounts receivable - affiliates | - |
|   Advances to affiliates | - |
|   Inventories | - |
|   Commodity and other derivative contractual assets | - |
|   Accumulated deferred income taxes | - |
|   Margin deposits related to commodity contracts | - |
|   Other current assets | - |
|     Total current assets | - |
| | |
| Restricted cash | - |
| Advances to affiliates | - |
| Receivable from unconsolidated subsidiary | - |
| Investment in subsidiaries | - |
| Other investments | - |
| Property, plant and equipment - net | - |
| Goodwill | - |
| Identifiable intangible assets - net | - |
| Commodity and other derivative contractual assets | - |
| Accumulated deferred income taxes | - |
| Other noncurrent assets | - |
|     Total assets | - |
| | |
| **LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY** | |
| Current liabilities: | |
|   Borrowings under debtor-in-possession credit facilities | - |
|   Long-term debt due currently | - |
|   Trade accounts payable | - |
|   Accounts payable - affiliates | - |
|   Advances from affiliates | - |
|   Commodity and other derivative contractual liabilities | - |
|   Margin deposits related to commodity contracts | - |
|   Accrued income taxes | - |
|   Accrued taxes other than income | - |
|   Accumulated deferred income taxes | - |
|   Accrued interest | - |
|   Other current liabilities | - |
|     Total current liabilities | - |
| | |
| Accumulated deferred income taxes | - |
| Commodity and other derivative contractual liabilities | - |
| Advances from affiliates | - |
| Borrowings under debtor-in-possession credit facilities | - |
| Long-term debt, less amounts due currently | - |
| Liabilities subject to compromise | - |
| Other noncurrent liabilities and deferred credits | - |
|     Total liabilities | - |
| | |
| Membership interests / equity: | |
|   Membership interests / shareholders' equity | - |
|     Total liabilities and membership interests / equity | - |