IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**MOTION OF THE CITY OF DALLAS, TEXAS
FOR SUMMARY JUDGMENT FOR ALLOWANCE AND PAYMENT OF
ITS ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(7)**

The City of Dallas, Texas ("Dallas"), by its counsel, pursuant to Federal Rules of Bankruptcy Procedure 9014 and 7056 and Federal Rule of Civil Procedure 56, and for the reasons set forth in the Opening Brief of The City of Dallas, Texas in Support of its Motion for Summary Judgment for Allowance and Payment of its Administrative Claim Under 11 U.S.C. § 503(b)(7), filed contemporaneously with this motion, respectfully requests that the Court enter an order granting it summary judgment and allowing Dallas an administrative claim under 11 U.S.C. § 503(b)(7) in the amount of $5,598,128.87.

WHEREFORE, Dallas respectfully requests entry of an order (i) granting it summary judgment as requested herein, (ii) allowed Dallas an administrative claim under 11 U.S.C. § 503(b)(7) in the amount of 5,598,128.87, (iii) compelling payment of Dallas' administrative

claim in accordance with the confirmed chapter 11 plan applicable to Luminant Generation Company, LLC [D.I. 9374], and (iv) granting such other and further relief as is just and proper.

Dated: April 26, 2019    **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6848
john.demmy@saul.com

-and-

Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8572
melissa.martinez@saul.com

*Counsel for the City of Dallas, Texas*