**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered)<br>**Re:  Docket No. \_\_\_\_** |

**ORDER GRANTING MOTION OF THE CITY OF DALLAS, TEXAS FOR
SUMMARY JUDGMENT FOR ALLOWANCE AND PAYMENT OF ITS
<u>ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(7)</u>**

AND NOW, this \_\_\_\_ day of _____, 2019, upon consideration of the motion (the "Motion") of the City of Dallas, Texas ("Dallas") for summary judgment pursuant to Federal Rules of Bankruptcy Procedure 9014 and 7056 and Federal Rule of Civil Procedure 56, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Dallas' administrative claim under 11 U.S.C. § 503(b)(7) shall be allowed in the amount of $5,598,128.87 and shall be paid in accordance with the confirmed chapter 11 plan applicable to Luminant Generation Company, LLC [D.I. 9374] and confirmed by prior order of this Court.