# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, John D. Demmy, hereby certify that on April 26, 2019, a copy of the foregoing **Motion of The City of Dallas, Texas for Summary Judgment for Allowance and Payment of its Administrative Claim Under 11 U.S.C. § 503(b)(7)** was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case who consented to electronic service and I caused a copy of the document to be served via First Class Mail on the parties on the attached service list.

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6848

Dated: April 26, 2019

25409844.1 04/26/2019

## Service List

| | |
|---|---|
| Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE  19801 | Marc Phillips, Esquire<br>Manion Gaynor & Manning LLP<br>The Nemours Building<br>1007 N. Orange Street, 10th Floor<br>Wilmington, DE  19801 |
| Edward O. Sassower, P.C.<br>Stephen E. Hessler, P.C.<br>Brian E. Schartz, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 | David P. Primack, Esquire<br>McElroy Deutsch Mulvaney & Carpenter LLP<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE  19801 |
| James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654 | Natalie Ramsey, Esquire<br>Davis Lee Wright, Esquire<br>Sidney Liebesman, Esquire<br>Montgomery McCracken Walker & Rhoads LLP<br>1105 N. Market Street, 15th Floor<br>Wilmington, DE  19801 |
| Richard L. Schepacarter, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE  19801 | Christopher Ward, Esquire<br>Justin Edelson, Esquire<br>Shanti Katona, Esquire<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801 |
| William Bowden, Esquire<br>Gregory Taylor, Esquire<br>Ashby & Geddes PA<br>PO Box 1150<br>Wilmington, DE  19899 | Pauline Morgan, Esquire<br>Joel Waite, Esquire<br>Ryan Bartley, Esquire<br>Andrew Magaziner, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>1000 N. King Street<br>Wilmington, DE  19801 |
| David M. Klauder, Esquire<br>Cory P. Stephenson, Esquire<br>Bielli & Klauder LLC<br>1204 N. King Street<br>Wilmington, DE  19801 | Garvan F. McDaniel Esquire<br>Hogan McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE  19806 |
| Jeffrey Schlerf, Esquire<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 300<br>Wilmington, DE  19801 | David Rosner, Esquire<br>Andrew Glenn, Esquire<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY  10019 |

Michael McConnell Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102

James Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 W. 55th Street
New York, NY  10019

Thomas B. Walper, Esquire
Seth Goldman, Esquire
John W. Spiegel, Esquire
Munger Tolles & Olson LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA  90071

Alan Kornberg, Esquire
Kelley Cornish, Esquire
Brian Hermann, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose LLP
70 W. Madison Street,  #3800
Chicago, IL  60602

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

J. Christopher Shore, Esquire
Gregory Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

Thomas Lauria, Esquire
Matthew Brown, Esquire
White & Case LLP
200 S Biscayne Blvd., Suite 4900
Miami, FL  33131