# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, John D. Demmy, hereby certify that on April 26, 2019, a copy of the foregoing **Opening Brief of The City of Dallas, Texas in Support of Its Motion for Summary Judgment for Allowance and Payment of its Administrative Claim Under 11 U.S.C. § 503(b)(7)** was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case who consented to electronic service and I caused a copy of the document to be served via First Class Mail on the parties on the attached service list.

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6848

Dated: April 26, 2019

## Service List

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Richard L. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

William Bowden, Esquire
Gregory Taylor, Esquire
Ashby & Geddes PA
PO Box 1150
Wilmington, DE  19899

David M. Klauder, Esquire
Cory P. Stephenson, Esquire
Bielli & Klauder LLC
1204 N. King Street
Wilmington, DE  19801

Jeffrey Schlerf, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE  19801

Marc Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 N. Orange Street, 10th Floor
Wilmington, DE  19801

David P. Primack, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
300 Delaware Avenue, Suite 770
Wilmington, DE  19801

Natalie Ramsey, Esquire
Davis Lee Wright, Esquire
Sidney Liebesman, Esquire
Montgomery McCracken Walker & Rhoads LLP
1105 N. Market Street, 15th Floor
Wilmington, DE  19801

Christopher Ward, Esquire
Justin Edelson, Esquire
Shanti Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

Pauline Morgan, Esquire
Joel Waite, Esquire
Ryan Bartley, Esquire
Andrew Magaziner, Esquire
Young Conaway Stargatt & Taylor LLP
1000 N. King Street
Wilmington, DE  19801

Garvan F. McDaniel Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

David Rosner, Esquire
Andrew Glenn, Esquire
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY  10019

Michael McConnell Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102

James Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 W. 55th Street
New York, NY  10019

Thomas B. Walper, Esquire
Seth Goldman, Esquire
John W. Spiegel, Esquire
Munger Tolles & Olson LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA  90071

Alan Kornberg, Esquire
Kelley Cornish, Esquire
Brian Hermann, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose LLP
70 W. Madison Street,  #3800
Chicago, IL  60602

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

J. Christopher Shore, Esquire
Gregory Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

Thomas Lauria, Esquire
Matthew Brown, Esquire
White & Case LLP
200 S Biscayne Blvd., Suite 4900
Miami, FL  33131