# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## APPENDIX TO OPENING BRIEF OF THE CITY OF DALLAS, TEXAS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(7)

Dated: April 26, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
E-mail: john.demmy@saul.com

-and-

Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-8572
E-mail: melissa.martinez@saul.com

*Counsel for the City of Dallas, Texas*

34796443.1 04/25/2019

# **INDEX OF EXHIBITS**

**Exhibit A**: Dallas' Proof of Claim submitted April 26, 2019
(A-001 to A-201)

Attachments to Proof of Claim:

Summary Statement in Support of Proof of Claim; and

Declaration of Terry Lowery.

Exhibits referenced in the Lowery Declaration:

Exhibit 1: Water Lease
(A-010 to A-022)

Exhibit 2: October 14, 2015 Order [D. I. 6447]
(A-023 to A-026)

Exhibit 3: Certified Copy of Dallas City Council Ordinance No. 29879 setting the wholesale water rate for fiscal year October 1, 2015 through September 30, 2016 (*see* highlighted section on page 30)
(A-027 to A-067)

Exhibit 4: Certified Copy of Dallas City Council Ordinance No. 30215 setting the wholesale water rate for fiscal year October 1, 2016 through September 30, 2017 (*see* highlighted section on page 27)
(A-068 to A-106)

Exhibit 5: Certified Copy of Dallas City Council File No. 17-1606 which reflects approval by the Dallas City Council of the Settlement Agreement and related documents memorializing the settlement between Dallas and the Sabine River Authority (the "SRA Settlement") which are included in File No. 17-1606
(A-107 to A-163)

Exhibit 6: "Projected Revenues" spreadsheet reflecting monetary obligations due under the Water Lease for the period September 23, 2015 through September 22, 2017 after giving effect to the SRA Settlement
(A-164 to A-165)

34796443.1 04/25/2019

        Exhibit 7: Revised cost study after giving effect to the SRA Settlement resulting in reduced wholesale water rate for fiscal year October 1, 2015 through September 30, 2016 ("Revised 2015 Cost Study)
(A-166 to A-183)

        Exhibit 8: Revised cost study after giving effect to the SRA Settlement resulting in reduced wholesale water rate for fiscal year October 1, 2016 through September 30, 2017 ("Revised 2016 Cost Study)
(A-184 to A-201)

**Exhibit B**: Excerpts from Dallas' Proof of Claim submitted November 12, 2015
(A-202 to A-206)

**Exhibit C**: Debtors' Objection to Dallas' Proof of Claim submitted November 12, 2015 [Docket No. 9409]
(A-207 to A-240)

**Exhibit D**: Excerpts from Dallas' Proof of Claim submitted October 14, 2016
(A-241 to A-246)

**Exhibit E**: Debtors' Motion to Reject the Assumed Water Lease [Docket No. 6141]
(A-247 to A-262)

**Exhibit F**: Declaration of Terry Lowery in Support of Dallas' Response to Debtors' Claim Objection [Docket No. 9780]
(A-263 to A-328)

**Exhibit G**: Declaration of Stacy Rodriguez in Support of City of Dallas' Response to Debtors' Claim Objection [Docket No. 9781]
(A-329 to A-333)

**Exhibit H**: Terry Lowery Deposition Excerpts
(A-334 to A-380)

**Exhibit I**: Water Conversion Table
(A-381 to A-383)