# **Exhibit B**

Excerpts from Dallas' Proof of Claim submitted November 12, 2015

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

COURT USE ONLY

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

0000013319

| Name of Debtor: | Case Number: |
|---|---|
| LUMINANT GENERATION COMPANY, LLC | 14-11032 |

**NOTE:** Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. §503.

Name and address where notices should be sent:

CITY OF DALLAS
C/O MARK BAGGETT
ASST. CITY ATTORNEY
1500 S. MARILLA, 7BN
DALLAS, TEXAS 75201

Telephone number: (214)671-8272    Email: mark.baggett@dallascityhall.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**
**NOV 1 2 2015**
**LEGAL SERVICES**

Name and address where payment should be sent (if different from above):

Telephone number:    Email:

COURT USE ONLY

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

1. Amount of Claim  $ 16,223,382.78
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. Basis for Claim: Rejection of assumed nonresidential real property lease
   (See instruction #2) (See attached statement of claim)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. Secured Claim (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   Nature of property or right of setoff:
   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $ _____
   Annual Interest Rate _____% ☐ Fixed or ☐ Variable
   (when case was filed)

   Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
   $ _____
   Basis for perfection: _____
   Amount of Secured Claim:  $ _____
   Amount Unsecured:  $ _____

☐ Wages, salaries or commissions (up to $12,475*), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( 2 ).

Amount entitled to priority:
**$6,445,897.62**

(See attached Statement of Claim)

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 6,445,897.62 (See instruction #6)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9)    Check the appropriate box:
☐ I am the creditor.    ☒ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
   (Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tony Reder
Title: Credit Services Manager
Company: City of Dallas Water Utilities
(Signature)    (Date) 11/12/15

Address, telephone number, and email (if different from notice address above):

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

A-203

# ATTACHMENTS TO CITY OF DALLAS' PROOF OF CLAIM

1. Statement of Claim

2. "Projected Revenues" spreadsheet reflecting amount due under 11 U.S.C. §503(b)(7)

3. October 14, 2015 Order (D.I. 6447)

4. Contract between Luminant Generation Company, LLC and City of Dallas

5. Certified copy of City of Dallas' Ordinances passed Sept. 22, 2015 (see Section 37, Page 31)

# STATEMENT OF CLAIM

The claims of the City of Dallas as evidenced on the foregoing Proof of Claim form are based on the rejection by Debtor Luminant Generation Company, LLC ("Luminant") of the non-residential real property lease between Luminant and the City of Dallas (the "Lease"), a true and correct copy of which is attached hereto, which Luminant had previously assumed during the bankruptcy case, but then rejected pursuant to the authority contained in the Order dated October 14, 2015 (D.I. 6447), a true and correct copy of which is attached hereto. The City of Dallas' claim is in the total amount of $16,223,382.78, comprised of two parts, as follows:

1. <u>Administrative Claim</u> under 11 U.S.C. § 503(b)(7):  **$6,445,897.62**
    (*See* "Projected Revenues" Statement attached hereto)

2. <u>General Unsecured Claim</u> under 11 U.S.C. § 502(b)(6):  **$9,777,485.16**

    Remaining term of the Lease (less the period covered by Item 1, above):

    33 years and 3 months, or 399 months

    Monthly rental: $271,596.81

    502(b)(6) "One Year" Calculation:  12 months × $271,596.81 = $3,259,161.72

    502(b)(6) "15%, Not to Exceed Three Years" Calculation:

    399 months × $271,596.81 = $108,367,127.19 × 15% = $16,255,069.08
    36 months × $271,596.81 = $9,777,485.16

A-205

CITY OF DALLAS WATER UTILITIES DEPARTMENT
LUMINANT LAKE FORK UNTREATED WATER CONTRACT
PROJECTED REVENUES
Account Number 100728155

| FY 2014-15 (POST CONTRACT CANCELLATION PERIOD ONLY: SEPTEMBER 23-30, 2015) | | | FY 2015-16 | | | FY 2016-17 | | | |
|---|---|---|---|---|---|---|---|---|---|
| SERVICE PERIOD | INVOICE AMOUNT | USAGE (1,000 GALLONS) | SERVICE PERIOD | | INVOICE AMOUNT | USAGE (1,000 GALLONS) | SERVICE PERIOD | | INVOICE AMOUNT | USAGE (1,000 GALLONS) |
| SEPTEMBER 23-30 (1)  2015 | $48,773.38 | 86,894 | OCTOBER | 2015 | $271,596.81 | 325,851 | OCTOBER | 2016 | $271,596.81 | 325,851 |
| | | | NOVEMBER | 2015 | $271,596.81 | 325,851 | NOVEMBER | 2016 | $271,596.81 | 325,851 |
| | | | DECEMBER | 2015 | $271,596.81 | 325,851 | DECEMBER | 2016 | $271,596.81 | 325,851 |
| | | | JANUARY | 2016 | $271,596.81 | 325,851 | JANUARY | 2017 | $271,596.81 | 325,851 |
| | | | FEBRUARY | 2016 | $271,596.81 | 325,851 | FEBRUARY | 2017 | $271,596.81 | 325,851 |
| | | | MARCH | 2016 | $271,596.81 | 325,851 | MARCH | 2017 | $271,596.81 | 325,851 |
| | | | APRIL | 2016 | $271,596.81 | 325,851 | APRIL | 2017 | $271,596.81 | 325,851 |
| | | | MAY | 2016 | $271,596.81 | 325,851 | MAY | 2017 | $271,596.81 | 325,851 |
| | | | JUNE | 2016 | $271,596.81 | 325,851 | JUNE | 2017 | $271,596.81 | 325,851 |
| | | | JULY | 2016 | $271,596.81 | 325,851 | JULY | 2017 | $271,596.81 | 325,851 |
| | | | AUGUST | 2016 | $271,596.81 | 325,851 | AUGUST | 2017 | $271,596.81 | 325,851 |
| | | | SEPTEMBER | 2016 | $271,596.81 | 325,851 | SEPTEMBER 1 - 22 | 2017 | $199,170.99 | 238,957 |
| TOTAL | $48,773.38 | 86,894 | TOTAL | | $3,259,161.72 | 3,910,212 | TOTAL | | $3,186,735.90 | 3,823,318 |

OFFSET FOR AMOUNT PAID FOR SEPTEMBER 23-30, 2015    ($48,773.38)
GRAND TOTAL    $6,445,897.62

Notes:

(1) The figures provided for the period September 23-30, 2015 are prorated amounts. (Luminant has paid for the entire service period of September 1-30, 2015 as invoiced by Dallas via September 2015 invoice.)

(2) Dallas' FY 2014-15 non-interruptible untreated water rate was $0.5813/1,000 gallons.

(3) Effective October 1, 2015 new untreated water rate is $.08335/1,000 gallons

Revised: 11-11-15

A-206