# **Exhibit F**

Declaration of Terry Lowery in Support
of Dallas' Response to Debtors' Claim
Objection [Docket No. 9780]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) Case No. 14-10979 (CSS) |
| *et al.* | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related to Docket Nos. 9409 and _____** |
| | ) **Hearing Date: October 26, 2016 at 10:00 a.m.** |
| | ) |

## DECLARATION OF TERRY LOWERY IN SUPPORT OF RESPONSE OF CITY OF DALLAS, TEXAS IN OPPOSITION TO THE OBJECTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO PROOF OF CLAIM NO. 13319

I, Terry Lowery, declare as follows:

1. I am over 18 years of age and I submit this Declaration (the "Declaration")
in support of the *Response of the City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., Et Al. to Proof of Claim No. 13319 Filed by the City of Dallas*.

2. Except where specifically noted, all of the following statements are based on
my personal knowledge, information supplied or verified by City of Dallas, Texas ("Dallas" or the "City") personnel or advisors, my review of the relevant documents, or my opinion based upon my personal experience and knowledge of the City's affairs. If called to testify, I could and would testify competently as to the facts set forth herein.

3. I currently am Dallas' Assistant Director of Business Operations. Prior to that
position I was Dallas' Senior Program Manager of Financial Planning. In my job as Assistant Director of Business Operations, I am responsible for the Financial Planning Division (which includes operating and capital budget development monitoring and reporting; revenue and rate development for wholesale and retail customers; development of capital funding scenarios and debt issuances); the Wholesale Services Division (all wholesale contracts, contract renewal,

coordination of operating issues between the customer and Dallas Water Utilities, requests for new service and billing and rate issues that may arise); the Water Conservation Division (public outreach, educational programs, rebate and incentive programs and all State required reporting); the Water Planning Division (long range water supply planning for the City of Dallas and its customers; management of the City's water rights, permits and reservoir operating guidelines, drought management and development of new water supplies); and Administrative Systems (department wide training and administration including State required certification of water and wastewater operators for the department). I have both a Bachelor of Science and a Masters of Science degree from the University of Texas. Both degrees are in Mathematics with majors in Statistics. In my capacity as Assistant Director of Business Operations and my responsibility for the development of the wholesale cost of service studies and rate development, I became involved in the Lake Fork Reservoir rate dispute. Also in this capacity, I became familiar with the City's relationship with Luminant Generation Company LLC ("Luminant").

4. The Lake Fork Reservoir is located within the Sabine River Authority watershed jurisdiction in east Texas, approximately 70 miles from Dallas. It was constructed beginning in 1975. Dallas funded 100% of the construction of the Lake Fork Reservoir specifically for the purpose of obtaining the right to use, and sell, water from the reservoir. The City has paid over $470 million with respect to the Lake Fork Reservoir and the related pump station and pipelines, including funding 100% of the cost of their construction.

5. In 1981, Dallas, the Sabine River Authority, and certain utilities, acting through the Texas Utilities Generating Company entered into an agreement (the "Sabine Water Agreement") which provides, among other things, for the conveyance to the City of up to 74% of the dependable yield of the Lake Fork Reservoir for municipal and resale purposes in return for

2

the City's payment of 74% of the operation and maintenance ("O&M") expenses associated with Lake Fork. This water represents approximately 20% of Dallas' entire water supply.

6. Dallas sells water from Lake Fork and from other sources on a wholesale basis to approximately 26 wholesale customers, which number included Luminant prior to its rejection of the Water Lease.

7. The term of the Sabine Water Agreement automatically renewed for a 40-year term commencing November 1, 2014. The Sabine Water Agreement automatically renewed for another 40 years unless Dallas gave written notice of termination at least one year prior to November 1, 2014. Well prior to November 1, 2014 the City affirmatively notified the Sabine River Authority of its intent for the Sabine Water Agreement not to terminate, but rather to renew for the additional 40 year term.

8. The Sabine Water Agreement provides that "[t]he amount of compensation that [the Sabine River Authority] shall be entitled to receive during any renewal term (exclusive of the City of Dallas' prorated share of the service charge) shall be determined by mutual agreement between the City of Dallas and [the Sabine River Authority], taking into account such prices as prevailing in the general area at the time for like contract sales of water of similar quality, quantity, and contract period."

9. The Sabine Water Agreement further provides that if the City and the Sabine River Authority are unable to agree on the amount of compensation due to the Sabine River Authority prior to the expiration of the term, the Public Utility Commission of Texas ("PUC") (formerly the Texas Water Commission) may establish interim compensation, until the amount of compensation is finally determined.

3

**A-266**

10. For more than six (6) years prior to November 1, 2014 Dallas attempted to negotiate a rate with the Sabine River Authority for the renewal term. An agreement was not reached before the Sabine River Authority unilaterally, and without requesting the PUC to establish interim compensation as contemplated by the Agreement, set a renewal rate without the City's approval or agreement.

11. On October 9, 2014 the Sabine River Authority Board increased the rate to be charged to Dallas to $0.5613 per thousand gallons, payable on a "take or pay" basis for 131,860 acre feet of water per year, with an additional price escalator based on the Consumer Price Index. The City has not voluntarily agreed to this rate; but, has been paying the increased rate into escrow.

12. The new rate imposed by the Sabine River Authority increased the City's cost for untreated water from the Lake Fork Reservoir by 900%, from approximately $3 million per year to approximately $27 million per year. This, in turn, required Dallas to increase the rate it charges its wholesale customers.

13. The rate for untreated water charged to Dallas' wholesale customers is a system-wide rate based on all costs and expenses incurred over the entire system. Although the water from Lake Fork comprises only just over 21% of Dallas' connected water supply, the compensation increase imposed by the Sabine River Authority with respect to Lake Fork water is included in the wholesale rate charged to all wholesale customers regardless whether their water is drawn entirely, partially, or not at all from Lake Fork. That is a benefit to Luminant, as the Sabine River Authority compensation increase is spread over all of Dallas' wholesale customers over the entire Dallas water system and is not borne only by the customers that draw their water from Lake Fork.

4

**The Luminant Water Lease**

      14.  In 2011, Dallas and Luminant entered into the Water Lease, which provided Luminant the right to use, and obligates Luminant to pay for, regardless whether it actually uses any water, 12,000 acre-feet of water per year for a 40 year term commencing January 1, 2011 ending December 31, 2050. Payments under the Water Lease are calculated based on the current prevailing rate for untreated water set by Dallas for all of its wholesale water customers. The water that Luminant contracted to use, and pay for, is from the Lake Fork Reservoir, which is in the Sabine River watershed and subject to the jurisdiction of the Sabine River Authority.

      15.  Under the Sabine Water Agreement, the City is authorized to draw up to 131,860 acre feet of water from the Lake Fork Reservoir per year to sell to its wholesale customers; but the City cannot remove more than 120,000 acre feet of such water from the Sabine River basin. The facility at which the water dedicated to Luminant under the Water Lease was to be used is located in the Sabine River basin. In effect, pursuant to the Water Lease, the City sold to Luminant the 11,860 acre feet of water that it could not remove from the Sabine River basin under the Sabine Water Agreement, plus 140 acre feet that could be removed, to get to the 12,000 acre feet amount dedicated to Luminant under the Water Lease.

**Dallas' Rate Setting Process for its Wholesale Customers**

      16.  The water rate that Dallas charges its wholesale customers is set on an annual basis following a comprehensive review process. That process includes input and comment from its wholesale customers. The rate is set to recover costs incurred by the City during the prior year related to the Lake Fork Reservoir and otherwise with respect to the City's provision of untreated water to its customers. Such costs include operations and maintenance, depreciation of equipment and infrastructure repairs.

5

**A-268**

17. The City's rate setting process typically begins in January of each year and continues for several months.

18. The 2015 rate setting process began in January 2015, and lead to the Dallas City Council ordinance enacted on September 22, 2015 raising the rate to $271.60/acre foot effective as of October 1, 2015. The 2015/16 rate captures the increased compensation to the Sabine River Authority that Dallas has been paying.

19. The September 22, 2015 City Council meeting agenda states in this regard:

**BACKGROUND**

In compliance with the City's Financial Performance Management Criteria (FMPC) #15, an annual review of selected fees and charges is conducted to determine the extent to which the full cost of associated services is being recovered by revenues. The charges which are incorporated into the proposed ordinance relate to adjusting ... (24) rates and charges for treated water service, wastewater service, wholesale water and wastewater service to governmental entities, untreated water service. Service connections, and fire hydrant usage; ....

20. The rate setting process is monitored by a committee of wholesale customers who remain informed through every stage of the process. Meetings are held by the City with wholesale customers and questions are posed by wholesale customers both in writing and orally at such meetings, to which the City provides responses, both in written form, and at such meetings. Such questions and answers are not confidential and are available to all wholesale customers.

21. The City typically submits proposed rates to its wholesale customers in July and the Dallas City Council votes on the proposed rates in September of each year. Assuming they are approved, the rates become effective on or about the first of October of the year. That was the process followed for setting the October 1, 2015 through September 30, 2016 rate.

6

**A-269**

22. By ordinance enacted on September 22, 2015 the Dallas City Council raised the rate for untreated water to $271.60 per acre foot, effective as of October 1, 2015, in part due to the 900% rate increase imposed on Dallas by the Sabine River Authority. This rate remained in effect through September 30, 2016. Before this rate went into effect, all wholesale customers, including Luminant, were provided with notice of the proposed new rate. No customer objected to the rate set effective as of October 1, 2015.

23. Consistent with the process described above for 2015 (and consistent with the processes in prior years), on September 21, 2016 the Dallas City Council set the water rate effective as of October 1, 2016 and continuing through September 30, 2017 at $0.9120 per 1,000 gallons (equivalent to $297.18 per acre foot).

24. Wholesale water rates have been trending upward for several years due to many factors, including the Sabine River Authority rate increase and the addition of an integrated pipeline system which has increased the City's operating costs by $29 million. Some or all of such costs are passed on to the City's wholesale customers in accordance with the 2010 Memorandum of Agreement. Dallas also anticipates substantial future costs in connection with the Dallas water system, some or all of which will continue to be passed on to the City's wholesale customers in accordance with the 2010 Memorandum of Agreement, including (i) Dallas' share of the repairs required to the Lewisville Lake Dam from 2018 to and including 2020, costing an estimated $100-$200 million; and (ii) continuing substantial costs to connect Lake Palestine to the Dallas water system.

25. Consistent with the processes described above, Dallas' wholesale water rate has increased over the course of these bankruptcy cases. It was $174.49 as of the commencement of the cases. Later in 2014 it was raised to $182.90. Of course, as set forth

7

A-270

above, the rate has been raised twice since, to $271.60 as of October 1, 2015 and to $297.18 as of October 1, 2016.

26. A true and correct copy of the 2015 and 2016 Schedules for Wholesale Water and Wastewater Cost of Service Study is attached to the Response as Exhibit 2.

27. A true and correct copy of the September 22, 2015 City Council Meeting agenda is attached to the Response as Exhibit 3.

28. A true and correct copy of the Cost of Service Study Participants is attached to the Response as Exhibit 4.

29. A true and correct copy of the Questions and Follow-up Questions from 2015 Wholesale Cost of Service Studies is attached to the Response as Exhibit 5.

30. A true and correct copy of the July 17, 2015 letter from Dallas water Utilities to Luminant is attached to the Response as Exhibit 6.

31. A true and correct copy of the 2010 Memorandum of Agreement is attached to the Response as Exhibit 7.

32. A true and correct copy of the September 2015 email exchanges between Dallas and Luminant is attached to the Response as Exhibit 8.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October _7_, 2016       By: _____

Terry Lowery
City of Dallas, Texas

8

Case 14-10979-CSS   Doc 9779-2   Filed 10/07/16   Page 1 of 3

# EXHIBIT 2

## 2015
## DWU Staff Schedule
## Wholesale Water and Wastewater Cost of Service Study

| Date* | | Time | Location | Activity | Group Meeting |
|---|---|---|---|---|---|
| March 19th | Thur | 3:00 - 3:30 | 4AS | DWU Staff Cost Study Kick Off Meeting | Group Meeting |
| March 23rd | Mon | - | | Provide Cost Study Schedule to Joint Rate Subcommittee | Wholesale Services |
| April 15th | Wed | - | | Complete O & M. Base Year and provide to DWU Staff for review | Financial Planning - COS Section |
| April 15th | Wed | | | Avg. Winter Month's Water Consumption Reports due from wholesale customers for Wastewater Volume Allocation | Wholesale Services |
| April 23rd | Thur | 3:00 - 4:00 | 4AS | DWU Staff Review Meeting: Allocations (Sch. L & M), O & M Base Year, O & M Test Period | Group Meeting |
| April 30th | Thur | - | | Test Year and completed Wastewater allocations provided to DWU Staff for review | Financial Planning - COS Section / Rates Section |
| May 1st | Fri | - | | Rate Base Information received from CIS (Tratton) | Financial Planning - COS Section |
| May 7th | Thur | - | | Finalize Allocations, Base Year & Depreciation | Financial Planning - COS Section / Rates Section |
| May 7th | Thur | 3:00 - 4:00 | 4AS | DWU Staff Review Meeting: Follow-up Test Period and initial allocations | Group Meeting |
| May 18th | Mon | - | | Complete and Finalize Test Year and Flow Charts | Financial Planning - COS Section / Rates Section |
| June 4th | Thur | 3:00 - 4:00 | | Staff Review Meeting: Final Allocations, set preliminary rates and review final details for flow chart and information to go with Cost | Group Meeting |
| Week of June 8th | | | 2AS | ASSEMBLE COS Binders and information for Joint Rate Subcommittee | Financial Planning - COS Section / Rates Section |
| Week of June 8th | | - | | Distribute and Mail Wholesale Cost Study with summary and flow chart to Joint Rate Subcommittee members for review. Draft rates available. | Wholesale Services |
| June 22nd | Mon | - | | Rate Subcommittee review questions due to DWU. Distribute to DWU Staff for review. | Wholesale Services |
| Week of June 22nd | | - | | DWU Staff Review & Respond to  Joint Rate Subcommittee questions | Financial Planning - Wholesale Services |
| July 1st | Wed | 10:00 - 12:00 | Elm Fork WTP | Joint Rate Subcommittee Cost of Service Study Review Meeting | DWU/Joint Subcommittee Meeting |
| Week July 6th | | - | | Confirm final rates | Financial Planning - COS Section |
| Week of July 13th | | - | | Draft C.O.S. Reports mailed to wholesale customers for comments with letter stating rates will be effective October 1st | Wholesale Services |
| Aug 7th | Fri | - | | Comments due from wholesale customers on proposed rates | |
| Sept 3rd | Mon | - | | Draft Ordinance (Ch. 49) due to for Agenda Coordinator | Financial Planning - Rates Section |
| Sept 16th | Wed | - | | Dallas City Council action on proposed annual budget including wholesale rate adjustments | |
| Oct 1st | Thur | - | | New Rates go into effect | |
| Mid October | | - | | Mail final reports with approved Ordinance to all Wholesale Customers | Wholesale Services |

**Please note:**
*Activity deadlines and meeting dates are subject to change based on unforeseen circumstances. Impromptu meetings may and will be scheduled on an as needed basis.

9/9/2016

# 2016
## DWU Staff Schedule
## Wholesale Water and Wastewater Cost of Service Study

| Date* | | Time | Location | Activity | |
|---|---|---|---|---|---|
| March 17th | Thur | 3:00 - 3:30 | 4AS | DWU Staff Cost Study Kick Off Meeting | Group Meeting |
| March 21st | Mon | - | | Provide Cost Study Schedule to Joint Rate Subcommittee | Wholesale Services |
| April 15th | Fri | - | | Complete O & M, Base Year and provide to DWU Staff for review | Financial Planning - COS Section |
| April 15th | Fri | - | | Avg. Winter Month's Water Consumption Reports due from wholesale customers for Wastewater Volume Allocation | Wholesale Services |
| April 21st | Thur | 3:00 - 4:00 | 4AS | DWU Staff Review Meeting: Allocations (Sch. L & M), O & M Base Year Test Year and completed Wastewater allocations provided to DWU Staff for review | Group Meeting |
| April 29th | Fri | - | | | Financial Planning - COS Section / Rates Section |
| May 2nd | Mon | - | | Rate Base Information received from CIS (Traflor) | Financial Planning - COS Section |
| May 12th | Thur | 3:00 - 4:00 | 4AS | DWU Staff Review Meeting: O & M Test Period and Initial allocations | Group Meeting |
| May 18th | Wed | | | Complete and Finalize Test Year and Flow Charts | Financial Planning - COS Section / Rates Section |
| May 20th | Fri | | | Finalize Allocations, Base Year & Depreciation | Financial Planning - COS Section / Rates Section |
| May 24th | Tue | 10:00 - 11:00 | | **Review Rate Base** | Group Meeting |
| June 3rd | Fri | 3:00 - 4:00 | | Staff Review Meeting: Final Allocations, set preliminary rates and review final details for flow chart and information to go with Cost Study | Financial Planning - COS Section / Rates Section |
| Week of June 6th | | - | 2AS | ASSEMBLE COS Binders and information for Joint Rate Subcommittee Distribute and Mail Wholesale Cost Study with summary and flow chart to Joint Rate Subcommittee members for review. Draft rates available. | Financial Planning - COS Section / Rates Section |
| Week of June 6th | | - | | Rate Subcommittee review questions due to DWU. Distribute to DWU Staff for review. | Wholesale Services |
| June 17th | Mon | - | | DWU Staff Review & Respond to Joint Rate Subcommittee questions | Wholesale Services |
| Week of June 20th | | - | | DWU Staff Review & Respond to Joint Rate Subcommittee Meeting | Financial Planning - Wholesale Services |
| June 29th | Wed | 10:00 - 12:00 | Elm Fork WTP | Joint Rate Subcommittee Cost of Service Study Review Meeting | DWU/Joint Subcommittee Meeting |
| Week of July 11th | | - | | Confirm final rates | Financial Planning - COS Section |
| Week of July 18th | | - | | Draft C.O.S. Reports mailed to wholesale customers for comments with letter stating rates will be effective October 1st | Wholesale Services |
| Aug 5th | Fri | - | | Comments due from wholesale customers on proposed rates | Wholesale Services |
| Aug 22nd | Mon | - | | Draft Ordinance (Ch. 49) due to for Agenda Coordinator | Financial Planning - Rates Section |
| Sept 28th | Wed | Tentative | | Dallas City Council action on proposed annual budget including wholesale rate adjustments | |
| Oct 1st | Thur | - | | New Rates go into effect | |
| Mid October | | - | | Mail final reports with approved Ordinance to all Wholesale Customers | Wholesale Services |

**Please note:**
*Activity deadlines and meeting dates are subject to change based on unforeseen circumstances.
Impromptu meetings may and will be scheduled on an as needed basis.

1

03/2016

**A-274**

Case 14-10979-CSS  Doc 9779-3  Filed 10/07/16  Page 13 of 66

# EXHIBIT 3

AGENDA ITEM # 56

KEY FOCUS AREA:      E-Gov

AGENDA DATE:      September 22, 2015

COUNCIL DISTRICT(S):      N/A

DEPARTMENT:      Office of Financial Services

CMO:      Jeanne Chipperfield, 670-7804

MAPSCO:      N/A

## SUBJECT

An ordinance amending Chapters 5A, 7, 15D, 16, 18, 27, 43A, 49, and 50 of the Dallas City Code to: **(1)** remove the registration fee and registration requirement for used car lots; **(2)** adjust registration fees for facilities that emit or have the potential to emit air contaminants; **(3)** adjust fees for redeeming an impounded animal from a city animal shelter; **(4)** adjust the intact animal permit fee; **(5)** adjust the fee for a temporary regulated animal permit; **(6)** adjust emergency ambulance transport fees; **(7)** adjust permit fees overseen by the Dallas Fire-Rescue Department; **(8)** adjust building reinspection fees; **(9)** adjust inspection charges for high risk buildings and occupancies; **(10)** adjust plan review fees for fire apparatus access roads and for limited access gates that obstruct such roads; **(11)** adjust installation acceptance retest fees; **(12)** authorize sanitation services to collect recycling from commercial establishments and establish a fee for such collection; **(13)** authorize more than once-a-week collection of garbage and recycling from certain commercial establishments; **(14)** adjust fees for sanitation collection service; **(15)** adjust fees for tire business licenses and mobile tire repair unit permits; **(16)** adjust fee for a certificate of registration for a multi-tenant property; **(17)** adjust fees for multi-tenant property inspections; **(18)** adjust fees for multi-tenant property inspections; **(19)** adjust the annual fee for a certificate of registration for non-owner occupied rental property; **(20)** adjust the reinspection fee for non-owner occupied rental property; **(21)** adjust the public swimming pool permit fee; **(22)** adjust the swimming pool manager training course fee; **(23)** adjust the vacant building registration fee; **(24)** adjust rates and charges for treated water service, wastewater service, wholesale water and wastewater service to governmental entities, untreated water service, service connections, and fire hydrant usage (fee list attached); **(25)** adjust the wood vendor license fee; **(26)** adjust the electronic repair license fee; **(27)** adjust the motor vehicle repair license fee; **(28)** adjust the home repair license fee; and **(29)** adjust the credit access business registration fee – Estimated Revenue: $35,044,355 (Water Utilities Revenue: $26,735,244, Sanitation Revenue: $3,628,973, General Fund Revenue: $4,680,138)

**A-276**

## BACKGROUND

In compliance with the City's Financial Performance Management Criteria (FMPC) #15, an annual review of selected fees and charges is conducted to determine the extent to which the full cost of associated services is being recovered by revenues.  The FY 2015-16 Budget includes changes to various fees.   The changes which are incorporated into the proposed ordinance relate to adjusting (1) registration fee and registration requirement for used car lots; (2) registration fees for facilities that emit or have the potential to emit air contaminants; (3) fees for redeeming an impounded animal from a city animal shelter; (4) intact animal permit fee; (5) fee for a temporary regulated animal permit; (6) emergency ambulance transport fees; (7) permit fees overseen by the Dallas Fire-Rescue Department; (8) building reinspection fees; (9) inspection charges for high risk buildings and occupancies; (10) plan review fees for fire apparatus access roads and for limited access gates that obstruct such roads; (11) installation acceptance retest fees; (12) authorize sanitation services to collect recycling from commercial establishments and establish a fee for such collection; (13) authorize more than once-a-week collection of garbage and recycling from certain commercial establishments; (14) adjust fees for sanitation collection service; (15) fees for tire business licenses and mobile tire repair unit permits, (16) fee for a certificate of registration for a multi-tenant property; (17) fees for multi-tenant property inspections; (18) for multi-tenant property inspections; (19) annual fee for a certificate of registration for non-owner occupied rental property; (20) reinspection fee for non-owner occupied rental property; (21) public swimming pool permit fee; (22) swimming pool manager training course fee; (23) vacant building registration fee; (24) rates and charges for treated water service, wastewater service, wholesale water and wastewater service to governmental entities, untreated water service, service connections, and fire hydrant usage; (25) wood vendor license fee; (26) electronic repair license fee; (27) motor vehicle repair license fee; (28) home repair license fee; and (29) adjust the credit access business registration fee

## PRIOR ACTION/REVIEW (COUNCIL, BOARDS, COMMISSIONS)

Briefed the City Council on the City Manager's recommended FY 2015-16 budget on August 11, 2015.

## FISCAL INFORMATION

Water Utilities Revenue: $26,735,244

Sanitation Revenue: $3,628,973

General Fund Revenue: $4,680,138

Case 14-10979-CSS   Doc 9779-4   Filed 10/07/16   Page 1 of 2

# EXHIBIT 4

# CITY OF DALLAS WATER UTILITIES

# 2015 COST OF SERVICE STUDY PARTICIPANTS

## JOINT RATE SUBCOMMITTEE

### Water Rate Review Subcommittee

Chair: Bob Scott, Chief Financial Officer, City of Carrollton, 972/466-3103, bob.scott@cityofcarrollton.com
Timothy Fisher, P.E., Assistant Director of Water Utilities, City of Denton, 940/349-7190, tim.fisher@cityofdenton.com
Richard Summerlin, Director of Finance, City of Duncanville, 972/780-5005, rsummerlin@ci.duncanville.tx.us
Charles Cox, Chief Financial Officer/Director of Finance, City of Farmers Branch, 972/919-2518, charles.cox@farmersbranch.info
Doug Cuny, Utility Customer Service Manager, City of Grand Prairie, 972/237-8222, dcuny@gptx.org
David Cardenas, Business Manager, City of Irving, 972/721-2637,dcardena@cityofirving.org
Clifford Howard, Fiscal Services Manager, City of Lewisville, 972/219-3422, choward@cityoflewisville.com
Baron Sauls, Assistant Finance Director, City of Lancaster, 972/218-1333, bsauls@lancaster-tx.com
Bill Greenleaf, Director of Business Services, Upper Trinity Regional Water District, 972/219-1228, bgreenleaf@utrwd.com

### Wastewater Rate Review Subcommittee

Chair: Eric Cannon, Director of Finance, Town of Addison, 972/450-7037, ecannon@addisontx.govTBD
Steven Alexander, Chief Financial Officer, Town of Highland Park, 214/559-9403, salexander@hptx.org
Keith Dagen, Assistant Director of Finance, City of Richardson, 972/744-4144, keith.dagen@cor.gov
Tom Tvardzik, Director of Finance, City of University Park, 214/987-5310, ttvardzik@uptexas.org

## DWU STAFF REPRESENTATIVES

Jo M. (Jody) Puckett, PE, Director, 214/670-3144, jo.puckett@dallascityhall.com
Terry Lowery, Assistant Director - Business Operations, 214/670-4685, terry.lowery@dallascityhall.com
Sunil King, Sr. Program Manager, Financial Planning, 214670-3837, sunil.king@dallascityhall.com
Erik Andersen, Manager II, Financial Planning, 214/670-3871, erik.andersen@dallascityhall.com
Andrew Merritt, Manager II, Financial Planning, 214/670-3212, andrew.merritt@dallascityhall.com
Chris Roman, Coordinator III, Financial Planning, 214/670-9590, christian.roman@dallascityhall.com
John Owens, Sr. Accountant, Financial Planning, 214/670-8270, john.owens@dallascityhall.com
Erica Robinson, Rates Manager, Financial Planning, 214/670-5245, erica.robinson@dallascityhall.com
Esmeralda Martinez, Coordinator III, Financial Planning, 214/671-9438, esmeralda.martinez@dallascityhall.com
Jacqueline Culton, PE, Program Manager, Wholesale Services Division, 214/670-5243, jacqueline.culton@dallascityhall.com
Reginald Hunter, Senior Coordinator, Wholesale Services Division, 214/670-5886, reginald.stewart@dallascityhall.com
Lekesha Baylor, Coordinator III, Wholesale Services Division, 214/670-5888, lekesha.baylor@dallascityhall.com

# Exhibit 5

**Questions from 2015 Wholesale Cost of Service Studies**
**June 24, 2015**

1. **Sabine River Authority dispute and related Lake Fork Charges.** This is obviously the biggest single driver to this year's rates and also represents a great deal of uncertainty. Accordingly:

   a. Could we get an overall briefing of the situation including how we as wholesale customers can help?
   **RESPONSE:** We will discuss the current situation at our Joint Meeting on July 1 and will also schedule a Wholesale Meeting for August and will provide further updates at that time.

   b. Is there any idea when a decision from PUC will be made?
   **RESPONSE:** This process could take several years to complete. In addition to the PUC, Dallas has filed suit in Orange County.

   c. The amounts involved are staggering and therefore merit special treatment and tracking. Has DWU developed account codes and tracking strategies so that the exact amount of the wholesale rate attributable to SRA (perhaps even separately labeled) will be known and therefore easily refunded if their charges are ultimately rolled back?
   **RESPONSE:** It is early in the process, we are still setting up the escrow account and tracking strategies. Cost of Service studies were run with and without the SRA escrow fund payment to know the cost of service and rates for treated and untreated water with and without the escrow payment.

   d. Related to the question above, DWU will be making payments into an escrow. If the dispute is resolved mid-year, would there be a provision for adjusting the overall rate down and refunding amounts paid back to the customer cities?
   **RESPONSE:** Wholesale rates recover costs from test period, the prior fiscal year, for example, the rates effective October 1, 2015 of Fiscal Year 2016 will recover costs for Fiscal Year 2015. If the issue were resolved in Fiscal Year 2016, it would impact the 2016 Cost of Service Study and rates effective as of October 1, 2016 for Fiscal Year 2017.

   e. How will the take or pay aspect of their charges affect how DWU manages its reservoir system and where it draws water from?
   **RESPONSE:** It will not affect how DWU manages its operations, we will continue to operate the reservoir system in the most efficient manner possible to maximize resources.

   f. As one might expect, the raw water rates (which are proportionally high reservoir related costs) rose the most. Could you remind us of the components of the raw water rate?
   **RESPONSE:** Untreated water costs contain allocated portions of the following functional categories: Supply Reservoir, Raw Water Transmission, Wholesale Customer Service, Equipment Pool and Other Administration.

1

A-281

g. I had heard that the $0.56 rate that SRA decided to charge as the "prevailing rate" was based on the 2014 non-interruptible rate of $0.5613 which is proposed at $0.8335 for 2015. If SRA is successful with the PUC or in court- could this became a vicious upward spiral as DWU's wholesale rate has now become linked to SRA's charges to DWU as a regional provider. (Bob Scott, Carrollton)

**RESPONSE:** The rate used by SRA was the Dallas 2014 Wholesale Cost of Service untreated water rate. In setting the rate, SRA included a CPI escalator to the $0.5613 per 1,000 gallon rate. The judge ruled that no escalator would be considered for the escrow amount. This dispute may not be resolved for several years and Dallas will certainly keep you updated on the status.

2. Just two years ago, depreciation was only $36, 177. It rose 12% in 2014 to 40,550 and it has again risen 28.3% to $52,027. That $52,027 represents 2.2% putting our average remaining life under 50 years. Could you please supply us with a list of typical expected lives for the major classes of equipment and help us to understand what is driving the trend and if we should expect additional depreciation increases in future years? (Bob Scott, Carrollton)

**RESPONSE:** As has been indicated in previous years, a great deal of cleanup has been required in the fixed asset process since it came back to DWU. The majority of this work has been completed. Historically, depreciation has been understated. The clean-up process should be completed within the next year or so. Please refer to the cost of service study for the asset and useful life schedules.

3. Expense Item 22-Purchased Treated Water-Integrated Pipeline. The explanation in Tab 1 raised more questions than it answered. Could you please provide a brief explanation of this project including why this item is in essence being accounted for as an operating expense item when there are obviously huge capital components involved. (Bob Scott, Carrollton)

**RESPONSE:** Payments to Tarrant Regional Water District (TRWD) for DWU's share of the Integrated Pipeline Project (IPL) is an operating expense. The pipeline will be owned and maintained by TRWD. Payments are for full year funding of 2012 and 2014 debt issuances made by TRWD for Dallas' share of the project. The joint project has estimated capital savings to Dallas and its customers of approximately $200M and combined operating expense savings of $90M.

4. Expense Item 25- Reservoir O & M. The majority of this is obviously the Lake Fork dispute but with the flooding and other unusual events it probably wouldn't hurt to ask if there is anything else in this item that we should be aware of? (Bob Scott, Carrollton)

**RESPONSE:** Expense Item 25 is Reservoir O&M and includes payments to SRA for Lakes Fork and Tawakoni; Upper Neches River Municipal Water Authority for Lake Palestine and the US Army Corps of Engineers for Lakes Ray Roberts, Lewisville and Grapevine. At this time, all payments are scheduled at budget for FY 2015.

2

**A-282**

5. Expense Item 31-Communications.  TY 2014 was $1,992,096 but BY 2014 was $971,577 but then TY 2015 is back up to $1,703, 369 showing that in essence we were overcharged for communications in 2014 rates.  I know these are estimates and that it could also go the other way but that got me to looking at total O & M and in 2014 TY was $254,389,014 vs. the actual of $243,964,483.  I went back and looked and while test years are normally a few percentage points higher than actual, this was higher than normal.  Could you discuss what the big items of savings in addition to communications caused this difference? (Bob Scott, Carrollton)
   **RESPONSE:** The largest savings were in power, chemicals and the IPL due to timing and savings on scheduled payments for FY 2014.

6. Expense Item 36-General Fund Cost Reimbursement.  What in the study caused this number to increase so dramatically?  Were the unemployment insurance and building services already being charged to DWU in some way? (Bob Scott, Carrollton)
   **RESPONSE:** The overall methodology in calculating General Fund Indirect Cost Reimbursement has been consistent.  Different service departments costs are allocated based on either hours worked, work orders performed, square footage maintained, etc. There has been increased activity for building services related to HVAC repairs, accounting and auditing services and city attorney and purchasing. Also now included is approximately $800,000 for unemployment insurance and building services that were previously recovered in other expense codes.

7. Expense Item 38-Misc. Special Services.  This may have decreased base year 2014 to test year 2015 but it is up 66.14% test year to test year.  Could you please explain what types of maintenance expenses you are referring to in your analytical review and why you think these additional costs will continue? (Bob Scott, Carrollton)
   **RESPONSE:**  DWU has had a major budgetary focus on maintenance and rehabilitation of infrastructure. One example for Base Year 2014 expenses is pump repairs and maintenance at both wastewater treatment plants.  Also included in this expense code are maintenance contracts at the water treatment plants for repair of pumps and motors.

8. Depreciation went up significantly for Untreated Water Customers, by almost 125%. However Total Depreciation went up by only 30%.  Why was there such a percentage difference between Untreated and Total Depreciation?
   a. Typically to have such an increase in depreciation one would expect a large increase in rate base.  However rate base only increased a little over 1% -- an explanation of this anomaly would be appreciated.
   b. We understand that the process of correcting fixed asset accounts is continuing, but where are we in that process?  The inconsistency has significantly hurt our ability to plan and communicate potential rate increases. (Mr. Bill Greenleaf, UTRWD)
   **RESPONSE:**  Please see Question 2. Raw Water Supply is a functional area that was under-recovering.

3

**A-283**

9. The most significant increase was to the Reservoir O&M (over $20 million which we assume is related in large part to the Sabine River issue). At the meeting could you provide an overview of this item and include an idea of the timeline related to a resolution? An explanation would be helpful as to what DWU's plans for accounting for this money being put in an escrow account until resolution of the issue. Will some kind of updates be given to customers as to the status of the accounting for this? (Bill Greenleaf, UTRWD)
RESPONSE: Please see response to Question 1.

10. Another large increase was for the IPL (over $7 million). An explanation of this project as to the agreement with Tarrant Regional for financing, project status, and estimated future annual expenditures and their related impacts would be helpful. Having some sort of idea of what costs are related to this would greatly benefit our rate planning. (Bill Greenleaf, UTRWD)
RESPONSE: The current cash flow estimates for the IPL include increases through 2018; then smaller increases until Dallas connects the pipeline to our system sometime after 2024. The connection to the system will also have costs associated with that task. The IPL will transport Lake Palestine water to Dallas and is projected to save Dallas Water Utilities and its customers almost $200M. Average increases including IPL through 2019 were estimated to be approximately 4.5% annually.

More detailed information on the project can be provided at the Wholesale Meeting scheduled for late summer/early fall.

Is DWU going to provide their own financing for a portion of this project at any time in the future? (Bill Greenleaf, UTRWD)
RESPONSE: There is no plan for DWU to provide financing for this project. TRWD applied for SWIFT funding for the 2016 issuance and that will reduce the payment by approximately $1M each year.

11. The line item for Data Services is going up by almost $5 million dollars – what is driving this significant increase? (Bill Greenleaf, UTRWD)
RESPONSE: These costs are based on work being performed for DWU by City of Dallas Information Services and 98% of these costs are Inside Only costs and not shared with wholesale customers.

12. Nearly all costs related to the General Fund Cost Reimbursement increased by almost $2 million, following a $1 million increase from 2013 to 2014. Why has this been occurring? Has there been some sort of ongoing change in methodology to calculate this amount? (Bill Greenleaf, UTRWD)
RESPONSE: See the response to Question 6.

13. Professional Services is going up by almost $1 million – what is this related to? (Bill Greenleaf, UTRWD)

4

**A-284**

**RESPONSE:** There are two major drivers in the increase in Professional Services: contract labor which had previously been recorded in various object codes and also SRA legal fees.

14. Considering the level of increases shown for customer entities, what is the expected rate increase for DWU's customers within the city? Related to this, has there been any changes in the methodology regarding those rates?
**RESPONSE:** DWU is currently estimating a retail revenue increase of 6.7% to 7.7%. There has been no change in methodology to allocate costs and develop rates.

15. Last year during our meeting I had noted that we should expect 4% to 4.5% for the next four of five years as it relates to IPL. Obviously, other things have changed that are causing additional increase in rates; but, is there a way to breakout how much of the increase would be attributed just to the IPL to see if the 4 - 4.5 is holding true? (Clifford Howard, Lewisville)
**RESPONSE:** The wholesale treated and untreated water cost of service studies were run with and without the SRA escrow fund increase. Without the SRA increase, untreated water costs would have increased 14.3% and untreated water rates would have increased 12.8%. Treated water costs would have decreased 1.2% and volume charge would have decreased 2.9% while the demand charge would have increased 2.8%. Flat rate would have increased 1.7%. The lower rate of return from the refunding offset some of the increase from O&M.

16. Summary of Wastewater O&M Expenses. This may be presented in the study and we just missed it, but can we get a summary sheet that shows, by expense code, the O&M expenses that are included in the wholesale wastewater rate calculation? (Steven Alexander, Highland Park)
**RESPONSE:** Draft cost of service studies for untreated water, treated water and wastewater are being distributed at the Joint Subcommittee Meeting on July 1 and summarizes costs.

17. Expense Code 26 – Water and Sewer Line Supplies (Wastewater – Shared Costs) - Shared costs are declining between test years with test year 2013 being the highest at $1.3M. What was the cause of the reduction and what was included in test year 2013 that caused this category to be so high? (Steven Alexander, Highland Park)
**RESPONSE:** Extensive water and wastewater mains maintenance program was in place during that time period which increased the costs associated with Expense Code 26.

18. Expense Code 30 – Other Services (Wastewater – Shared Costs) – Other services seems to be growing fairly substantially from test year to test year. What is the driving factor of the increases? (Steven Alexander, Highland Park)
**RESPONSE:** Overall costs in this expense code have remained consistent. The allocation between water and wastewater depends on the work occurring during specific time periods.

5

**A-285**

19. Expense Code 31 (Wastewater-Shared Costs) – Please provide a more detailed explanation on the drop in communications for the 2014 base year and corresponding increase in the 2015 test year. (Steven Alexander, Highland Park)
**RESPONSE**: Reduced ATT contract costs, a reduction in the budgeted number of circuits installed resulted in a one-time credit from CIS allocated to DWU in Fiscal Year 2014. This resulted in the lower expenses for Base Year 2014.

20. Expense Code 33 – Repair and Maintenance (Wastewater-Shared Costs) – What is driving the significant difference between the 2014 base year 2015 test year? (Steven Alexander, Highland Park)
**RESPONSE**: This expense code contains object codes for repair and maintenance of equipment, buildings and grounds. In reviewing the repair and maintenance performed for the water and wastewater systems, it appears while the Base Year for 2014 was lower than Test Period 2014 for Expense Code 33, it was higher than Test Year for Expense Code 38 - Misc. Special Services which also contains maintenance work. Work performed varies from year to year to meet the needs of maintaining DWU's infrastructure. Test Year 2015 is allocated based on the actual functional allocation from the prior Base Year.

21. Expense Code 36 (Wastewater-Shared Costs) – Why such a large increase in the general fund transfer in the 2015 test year? (Steven Alexander, Highland Park)
**RESPONSE**: See the response to Question 6.

22. Expense Code 38 (Wastewater-Shared Costs) – Why such a large increase in the Miscellaneous Special Services in the 2014 base year and the 2015 test year? (Steven Alexander, Highland Park)
**RESPONSE**: Factors in the wastewater shared costs for both Base Year 2014 and Test Year 2015 are related to higher than normal expenses related to pump repairs and maintenance at both wastewater treatment plants.

23. Expense Code 51 (Wastewater-Shared Costs) – Why such a large increase in the Professional Services in the 2015 test year? Please provide some detail on the professional services being funded. (Steven Alexander, Highland Park)
**RESPONSE**: See the response to Question 13.

24. Expense Item 55 – Revenue Bond Expense Elimination. Why is it that expense code 55 hasn't changed since 2012 and does the study round to $800,000. The total for water & sewer is approx. $716,000 under tab 11. (Clifford Howard, Lewisville)
**RESPONSE**: Historically the study has shown the test period number only, the bond sale has occurred after the study has been completed with no sale in 2014. As of the March FTA, bond fees were shown at budget.

25. Which customers are under each untreated water type? (Clifford Howard, Lewisville)
**RESPONSE**: The following Municipal Use Wholesale Customers are invoiced by DWU at the:

6

**A-286**

(1) <u>Regular Untreated Water Rate (Non-Interruptible)</u>
Denton
Grapevine
Irving (when Lewisville is in the conservation pool)
Lewisville
Upper Trinity Regional Water District

(2) <u>Interruptible Untreated Water Rate</u>
UTRWD (Invoiced at Interruptible Rate only when Lewisville is in flood stage)
Irving (Invoiced at Interruptible Rate only when Lewisville is in flood stage)

A-287

**Follow-up Questions from 2015 Wholesale Cost of Service Meeting**
**July 1, 2015**

1.  The letter states that DWU can remove 131,860 acre feet from the basin for use by DWU.  Your letter dated May 15, 2015 states the contract is for 131,860 feet but that only 120,000 acre feet can be transferred to the Trinity River Basin.  Which is it?
    **RESPONSE:  Dallas has contractual rights for 131,860 acre feet per year.  Of that amount only 120,000 acre feet can be transferred from the Sabine River Basin to the Trinity River Basin.  The remaining 11,860 acre feet per year can be utilized by Dallas, or a customer of Dallas, in the Sabine River Basin.**

2.  The SRA fact sheet states that in the 1970's SRA "builds Lake Fork with funds raised from its own bond issue".  Your letter of May 15th states "Dallas has paid for 100% of the total cost for the construction of the Lake Fork water supply reservoir ($270,841,822.50 in principal and interest) and 74 % of the service charges for the operations and maintenance of the reservoir..."  While not mutually exclusive, the statements do appear to tell only one particular side of the story.  Could you please clarify and fill in the blanks between these two perspectives?
    **RESPONSE:  Lake Fork was constructed under a contract between SRA and Texas Utilities Generating Company (TUGCO).  In a contract effective October 1, 1981, Luminant (TUGCO) conveyed its interest in the project to the City of Dallas. Dallas repaid Luminant for Luminant's debt service payments previously made. Dallas assumed the bond payment and paid 100% of the bonds to construct the reservoir, with principal and interest totaling approximately $270.8M.  None of the cost of financing the construction of the Lake Fork reservoir was paid by SRA.**

3.  Page 2 of the fact sheet list various 2013 rates for raw water from cities and other wholesale providers around the state.  Are any of these rates for sales to wholesale customers of similar quantity, quality and contract period?  In other words, DWU's contract is for 131,860 acre feet or 43 billion gallons lasting a duration of 40 years.  Do the rates listed in the fact sheet represent sales at these volumes and contract period? ( To place 43 billion gallons in context, the city of Carrollton and its 125,000 residents and 4,000 commercial customers used only 7 billion gallons last year)
    **RESPONSE:  Information on rates quoted on page 2 of the fact sheet would need to be researched for basis, quantities, and contract terms as DWU does not have that information.  However, the Lake Fork contract between Dallas and the SRA is fundamentally different from most (if not all) of the examples cited by SRA because the owner of the reservoir and the water rights permit (i.e., SRA) is not the same entity which paid the costs of financing the project (i.e., Dallas).**

4.  Chapter 31 of The American Waterworks Association's "Principles of Water Rates, Fees and Charges Fifth Addition" defines a wholesale service as *"a situation in which water is sold to a customer at one or more major points of delivery for resale to individual retail customers within the wholesale customer's service area"*.  Would a majority of the customers paying the rates for raw water listed on page 2 of the fact sheet and a majority raw water customers of DWU (with the obvious exceptions of UTRWD, City of

1

**A-288**

Denton and City of Lewisville) be in fact end (i.e. retail) users such as golf courses, sports complexes, tree farms, power plants etc?

**RESPONSE: As stated above, the information on the other providers listed would need to be researched in order to answer this question accurately. DWU wholesale customers include the City of Grapevine in addition to the ones listed on page 2 of the fact sheet. Other DWU raw water customers are considered retail customers.**

5. Would the majority of these rates from page 2 also be cost based? Expressed another way, is the "*prevailing*" practice in the region and state to base water rates on costs incurred adjusted for other factors such as rate of return, need to promote, conservation etc?

**RESPONSE: As stated in Question 3's response, the rates would need to be researched to answer this question accurately. In general, however, the legal standard to be applied by a water supplier in setting a rate is that the rate must be just, reasonable, non-discriminatory and not unduly preferential.**

6. What was the basis for DWU offering 1 to 5 cents per thousand gallons over the contract period?

**RESPONSE: DWU attempted over the last several years to settle this rate dispute without litigation by using a cost-based rate that would be acceptable to SRA and Dallas' wholesale and retail customers. The final offer made to SRA was in a letter dated October 8, 2014 and the offer was for Dallas to pay 100% of Lake Fork's Service Charge (i.e., all of SRA's expenses of operating and maintaining the lake). This offer was more than generous considering that Dallas has paid all the cost of retiring the bonds issued to fund the construction of Lake Fork and will only receive 74% of the dependable yield of the lake.**

7. DWU paid SRA $6.6 million last year. Will any of those payments go down with the imposition of the $0.5613 rate or is the new rate (which I estimate will generate $24.21 million per year) totally in addition to what we are already paying?

**RESPONSE: No, Dallas' payments of SRA's new rate to the escrow fund do not impact the requirement in the contracts that Dallas pay 74% of Lake Fork and 80% of Lake Tawakoni's total operating and maintenance budgets. The $24.1 million per year is in addition to the Lake Fork and Tawakoni contract payments described above.**

8. Is our Tawakoni water also obtained through contract with SRA? If so, a) how does that contract differ from the Lake Fork contract? b) when is it up for renewal? c) could something like this Lake Fork dispute occur based on the language in that contract? and d) How much of the $6.6 million we paid them last year was Lake Fork vs. Tawakoni?

**RESPONSE: Yes, Dallas water from Lake Tawakoni is governed by another contract with SRA. The contract is in perpetuity with no termination or renewal date. Like Lake Fork, Dallas and its ratepayers paid 100% of the debt service to construct the reservoir and, through a service charge, pay 80% of the operation and maintenance costs of the reservoir. A claim similar to the SRA's claim for**

2

**A-289**

**Lake Fork is not possible under the Lake Tawakoni contract.  Last year's budget was $3.287M for Lake Fork and $3.352M for Lake Tawakoni.**

9.  What percentage of DWU's total water supply does Lake Fork's 131,860 annual acre feet represent?
    **RESPONSE:  Lake Fork represents approximately 23% of DWU's total water supply.**

10. Please find attached the Executive Summary and pages summarizing DWU's allocated costs of the General Fund Indirect Cost Reimbursement for services provided.

11. Suggested change to information provided is to show variance from Test Year to Test Year instead or in addition to Test Year to Base Year.  Both will be provided in the 2016 Study

12. Additional items related to the rate dispute with SRA:
    a.  DWU is preparing a fact sheet for the Rate Subcommittee members' review and comment prior to providing the fact sheet to all of DWU's wholesale water customers (the same people who received Dallas' May 15, 2015 letter regarding the rate dispute.)
    b.  The City of Dallas Attorney's Office is preparing an uncodified ordinance (doesn't amend the City Code but is an ordinance) to return some or all of the payments in the escrow account if Dallas partially or totally prevails in the rate case.  The plan is to put the ordinance on a City Council agenda in September for approval.
    c.  Wholesale Services will be contacting you to schedule a meeting in August and we can continue the discussion on the issue and ways to work together.
    d.  The escrow agreement requires a monthly statement of the fund be provided to Dallas and SRA.  Dallas will provide a copy of that statement to all treated and untreated wholesale water customers monthly.

3

**A-290**

# Exhibit 6



**dallas water utilities**
**city of dallas**

July 17, 2015

CERTIFIED MAIL NUMBER: 7012 1640 0001 2084 1432

Ms. Kimberly Mireles
Environmental Generation Director
Luminant Generation Company, LLC
500 N. Akard St.
Dallas, TX 75201

Re: Notice of the City of Dallas' Proposed Wholesale Rates for Fiscal Year 2016

Dear Ms. Mireles:

Enclosed for your review and comment is the 2015 Wholesale Cost of Service Study (Study) as proposed by the City of Dallas Water Utilities Department (DWU) and reviewed by the Joint Water/Wastewater Wholesale Cost of Service Rate Subcommittee. Based on the Study, DWU is proposing new wholesale treated water, raw water, and wastewater rates for fiscal year 2016, which will commence on October 1, 2015. DWU is an enterprise department of the City of Dallas and is totally funded via revenues received from its customers. The proposed rates will help to ensure that our water and wastewater system is efficiently operated and maintained and that sufficient water supply is available to reliably serve the needs of all of our customers both today and for generations to come. Please submit any comments you may have regarding the Study to Jacqueline Culton by Friday, August 7, 2015. Following is Ms. Culton's contact info.

Jacqueline Culton, P.E., Program Manager
DWU Wholesale Services Division
Dallas City Hall, Room 4/A/S
1500 Marilla Street
Dallas, TX 75201
214-670-5243
Jacqueline.Culton@Dallascityhall.com

On September 23, 2015, the Dallas City Council is scheduled to consider the City of Dallas' proposed annual budget for fiscal year 2016 including wholesale rate changes. Upon the Dallas City Council's approval, the new rates will go into effect on October 1, 2015.

Thanks very much for your assistance.

Sincerely,

Jo M. (Jody) Puckett, P.E.
Director

Enclosures

cc:   Terry Lowery, Assistant Director of Business Operations, Dallas Water Utilities

Our Vision: To be an efficient provider of superior water and wastewater service and a leader in the water industry.

Wholesale Services • 1500 Marilla, Room 4AS, Dallas, Texas 75201
Telephone: (214) 670-5888 • Fax: (214) 670-3154

A-292

# Exhibit 7

## Memorandum of Agreement (MOA)
## for
## Wholesale Treated Water

Preamble:   The 1979 MOA settled a rate dispute lawsuit between Dallas and its Wholesale Treated Water Customers regarding the wholesale treated water rate-setting methodology ("rate-setting methodology"), and as such has served the rate-setting methodology process well over the past 30 years. This amended agreement recognizes that changes to the rate-setting methodology have occurred over this timeframe, and incorporates consensus changes between Dallas and its Wholesale Treated Water Customers, and as such will serve to govern the rate-setting methodology for the next 30 years.

1. Purpose: Dallas is a regional water provider currently providing treated water service to Wholesale Treated Water Customers located within Dallas' established service area in North Central Texas. The purpose of this agreement is to establish the rate-setting methodology and formalize the mutual expectations of Dallas and its Wholesale Treated Water Customers with respect to rate-setting methodology. This rate-setting methodology will provide the basis for determining wholesale treated water rates after its effective date.

2. Applicability: This agreement is subject to all applicable orders, laws and regulations of the City of Dallas, State of Texas and the United States. If any state or federal governmental agency having jurisdiction disapproves any material part of this agreement during the term, the agreement is subject to cancellation by any party and renegotiation by Dallas and its Wholesale Treated Water Customers.

3. Water System Policy: Dallas operates a water system to provide a regulatory compliant, safe and reliable water supply, adequate for the current water use and future growth of Dallas and its Wholesale Treated Water Customers, and to avoid subsidization of any class of customers.

4. Definitions: A glossary which defines applicable cost of service terms is located in Appendix A of this MOA. Cost of service terms may be added, or the definition of an existing term amended, from time to time, without the necessity of amending this MOA. Additions and amendments will be reflected in the appendices attached to the annual cost of service studies.

5. Responsibilities:

   a. Dallas is responsible for planning, financing, constructing, operating and maintaining the water supply system to the extent permitted by available water revenues, for developing cost of service information to support wholesale rate changes, and for informing Wholesale Treated Water Customers of wholesale rate changes and other pertinent utility information.

A-294

b. Wholesale Treated Water Customers are responsible for keeping Dallas informed concerning their projected water supply needs and operating requirements for planning, managing and maintaining their retail systems to promote water conservation and efficient system operation, and for paying adequate rates to Dallas to cover the costs incurred by Dallas in providing service to them.

6. Rate-Setting Methodology for Wholesale Treated Water:

a. Revenue requirements are to be determined on a utility basis, at original cost, including construction work in progress.

b. Dallas is to receive a rate of return on rate base equal to embedded interest rate on water revenue bonds, commercial paper and other debt instruments plus 1.5 percent, which is agreed to be an adequate return to cover its costs and risks and as compensation for ownership and management responsibilities.

c. All existing and future water supplies and associated facilities are to be included in a common water rate base. Wholesale Treated Water Customers, as a class, shall pay their proportionate share of costs for water supply, including that portion held for future use. For the 2010 cost of service study, wholesale treated water customers shall be allocated a percentage of total reservoir costs based on a 10-year future use percentage calculated using a 24-year linear regression. This percentage shall be increased or decreased in direct proportion to future changes in actual usage in conjunction with the cost of service studies. (Dallas will pay the balance of water supply costs which are not allocated to Wholesale Treated Water Customers under the cost of service allocation.) Allocation of costs other than water supply costs, including but not limited to operations and maintenance costs, shall be based on current use.

d. Direct reuse of treated wastewater effluent is an Inside Dallas only cost and will be allocated to Inside Dallas customers only. Indirect reuse of treated wastewater effluent for lake augmentation will be included as a cost and as a benefit common-to-all.

e. There will be a two part wholesale treated water rate (volume and demand), with allocation of costs in rate design so as to encourage conservation and efficient operation of the water systems of Dallas and its Wholesale Treated Water Customers.

f. At the end of ten years from the Effective Date of the MOA, and each ten years thereafter, the City of Dallas or a majority of the Wholesale Treated Water Customers who are parties to this agreement may request a review of the above rate-setting methodology; and if so, the methodology shall be subject to renegotiation.

7. Wholesale Treated Water Rates:  After the effective date of this MOA, Dallas will prepare a cost of service study to support wholesale treated water rates and allocations, and will submit it to the Wholesale Treated Water Customers to review and accept prior to submission to the Dallas City Council.  Except as noted herein, the cost of service rate-setting principles will adhere to the 2009 cost of service study, including changes that have been identified and implemented since that date.

8. Effective Date:  This MOA is effective as of December 17, 2009.

9. Term: The term of this MOA is thirty (30) years from its effective date, or until December 16, 2039, and for such additional periods as the parties may mutually agree upon.

10. Approved changes: Changes in the rate-setting methodology or other conditions may be made by mutual agreement of all parties at any time.

11. Individual contracts: This MOA is considered a replacement of and supersedes the 1979 MOA and shall automatically be incorporated and become a part of all existing wholesale treated water contracts without any further action or approval on the part of the City or of the Wholesale Treated Water Customers. Rate-setting methodology for individual contracts for wholesale treated water service between Dallas and its Wholesale Treated Water Customers will be consistent with this MOA. Dallas and its Wholesale Treated Water Customers will honor their existing water service contracts until such time as the contracts are amended or superseded by a new contract. Contracts for new Wholesale Treated Water Customers will be consistent with this MOA.

12. Recognition of MOA Participants:  The MOA renegotiation process took place over many months during 2009 and 2010 and involved a number of meetings to discuss possible changes, revisions, and alternatives to the existing MOA. To that end, the City of Dallas would like to thank the individuals listed below for their outstanding input and contributions in the MOA update and renegotiation process, without whose help this revised document would not have been possible. Participants are listed in attached Appendix B.

13. Authorization to Act:  By their signatures below, the representatives of Dallas and the Wholesale Treated Water Customers state that they are authorized to enter into this MOA.   Dallas and the Wholesale Treated Water Customers will each provide documentation that this MOA has been authorized by its respective governing body.

14. Counterparts:  This MOA may be executed in any number of counterparts, each of which shall be deemed an original and constitute one and the same instrument.

A-296

EXECUTED as of the _1st_ day of _June_, 2010, on behalf of Dallas by its City Manager, duly authorized by Resolution No. _10-1231_, adopted on the _12th_ day of _May_, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**        **CITY OF DALLAS**
**THOMAS P. PERKINS, JR.**        **MARY K. SUHM**
City Attorney        City Manager

BY _____        BY _____
   Assistant City Attorney           Assistant City Manager
          Submitted to City Attorney

A-297

EXECUTED as of the 22nd day of June , 2010, on behalf of the Town of Addison by its City Manager, duly authorized by Resolution No. R10-011, adopted on the 22nd day of June , 2010, and approved as to form by its City Attorney.

**TOWN OF ADDISON**

By: _____
     Ron Whitehead, City Manager

**ATTEST:**                              **APPROVED AS TO FORM:**

By: _____          By: _____
     Lea Dunn, City Secretary               John Hill, City Attorney

Page 5 of 31

EXECUTED as of the _21st_ day of _JUNE_, 2010, on behalf of the City of Carrollton, Texas, by its City Manager, duly authorized by Resolution No. _3364_, adopted on the _1ST_ day of _JUNE_, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**

BY _R. Clayton Hutchins_
City Attorney

**CITY OF CARROLLTON, TEXAS**

BY _____
City Manager

**ATTEST:**

BY _Laura M. Bell_ for
City Secretary

**A-299**

EXECUTED as of the 13th day of July, 2010, on behalf of the City of Cedar Hill, Texas, by its Mayor, duly authorized by Resolution or Ordinance No. R10-308, adopted on the _____ day of _____, 2010 and approved as to form by its City Attorney and City Manager.

**CITY OF CEDAR HILL, TEXAS**

ROB FRANKE, MAYOR

BY _____
          Rob Franke, Mayor

ATTEST:

Ron MacFarlane, Attorney

BY_____
                    Attorney

Lyn Hill, Secretary

BY_____
                    Secretary

Page 7 of 31

**A-300**

EXECUTED as of the 29 day of July, 2010, on behalf of the City of Cockrell Hill, Texas, by its Mayor, duly authorized by Resolution No. 2010-6, adopted on the 27 day of July, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**          **CITY OF COCKRELL HILL, TEXAS**

BY _____          BY _____
Robert F. Brown, City Attorney          Luis D. Carrera, Mayor

**ATTEST:**

BY _____
Hector M. Saenz, City Administrator

**A-301**

EXECUTED as of the _17_ day of _June_, 2010, on behalf of the Combine Water Supply Corporation by its _Board of Directors_ duly authorized by Resolution No. _1-2010_, adopted on the _17_ day of _June_, 2010.

ATTEST:

COMBINE WATER SUPPLY
CORPORATION

BY _Jerry T Bruce_

Printed Name: _Jerry T. Bruce_

Title: _Sea/Treasurer_

BY _Jean Landess_

Printed Name: _JEAN LANDESS_

Title:  President

Page 9 of 31

Case 14-10979-CSS   Doc 9779-6   Filed 10/07/16   Page 11 of 32

EXECUTED as of the _13th_ day of _July_, 2010, on behalf of the City of Coppell, Texas, by its City Manager, duly authorized by Resolution No. _2010-0713.1_ adopted on the _13th_ day of _July_, 2010 and approved as to form by its Attorney.

**AGREED AS TO FORM:**

**CITY OF COPPELL, TEXAS**

BY _____
        City Attorney

BY _____
        Clay Phillips, City Manager

**ATTEST:**

BY _____
        Libby Ball, City Secretary

Page 10 of 31

EXECUTED as of the _27th_ day of _July_ , 2010, on behalf of the D/FW International Airport Board by its _Vice President_ , duly authorized by Resolution No. _2010-7-154_ , adopted on the _1st_ day of _July_ , 2010 and approved as to form by its Board Attorney.

**APPROVED AS TO FORM:**

BY_____
       Board Attorney

**ATTEST:**

BY_____
       Secretary

**DALLAS-FT WORTH INTERNATIONAL AIRPORT**

BY_____

Printed Name: _Gregory C. Spoon_

Title: _Vice President - Procurement Dep_

A-304

EXECUTED as of the _23rd_ day of _June_, 2010, on behalf of the Dallas County Water Control and Improvement District No. 6 by its General Manager, duly authorized by Resolution No. _0066_, adopted on the _23rd_ day of _June_, 2010.

**DALLAS COUNTY WATER CONTROL**
**AND IMPROVEMENT DISTRICT NO. 6**

BY _____

Printed Name: _Don Harrell_

Title: General Manager

**A-305**

EXECUTED as of the *15th* day of *June*, 2010, on behalf of the City of DeSoto, Texas, by its Mayor, duly authorized by Resolution No. *10-08*, adopted on the *15th* day of *June*, 2010 and approved as to form by its City Attorney.

APPROVED AS TO FORM:

BY _____
Joe Gorfida, Jr., City Attorney

CITY OF DESOTO, TEXAS

BY _____
Carl Sherman, Mayor

ATTEST:

BY _____
Laura Hallmark, City Secretary

EXECUTED as of the ___16__ day of _June___, 2010, on behalf of the City of Duncanville, Texas, by its City Manager, Kent Cagle, duly authorized by Resolution or Ordinance No. 2010-061504 adopted on the __15_ day of __June____, 2010 and approved as to form by its Attorney.

**APPROVED AS TO FORM:**

BY _____
     Robert Hager, Attorney

**ATTEST:**

BY _____
     Dara Crabtree, City Secretary

**CITY OF DUNCANVILLE, TEXAS**

BY _____
     Kent Cagle, City Manager

A-307

Case 14-10979-CSS    Doc 9778-7    Filed 10/17/16    Page 16 of 32

EXECUTED as of the _____ day of _____, 2010, on behalf of the Ellis County Water Control and Improvement District No. 1, by its Administrator, duly authorized by Resolution No. _____, adopted on the _____ day of _____, 2010.


**ATTEST:**                                    **ELLIS COUNTY WATER CONTROL**
                                               **AND IMPROVEMENT DISTRICT NO. 1**



BY_____    BY_____

Printed Name:_____    Printed Name:_____

Title:_____    Title: _____

**A-308**

**EXECUTED** as of the _15th_ day of _June_, 20_10_, on behalf of the City of Farmers Branch, Texas, by its City Manager, duly authorized by Resolution No. _2010-038_ adopted on the _15th_ day of _June_, 20_10_ and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**                    **CITY OF FARMERS BRANCH, TEXAS**

BY _____              BY _____
    Peter G. Smith, City Attorney                  Gary D. Greer, City Manager

**ATTEST:**

BY _____
   ~~Cindee Peters, City Secretary~~
   Suzanne Reynolds, Acting City Secretary

EXECUTED as of the _21st_ day of _June_, 2010, on behalf of the Town of Flower Mound, Texas, as duly authorized by Resolution No. _Motion_, adopted on the _21st_ day of _June_, 2010 and approved as to form by the Town Attorney.

TOWN OF FLOWER MOUND, TEXAS

APPROVED:

BY _Melissa D. Northern_
Melissa D. Northern , Mayor

ATTEST:

_Paula J. Paschal_
Paula J. Paschal, Town Secretary

APPROVED AS TO FORM AND LEGALITY:

_Terrence S. Welch_
Terrence S. Welch, Town Attorney

Page 17 of 31

A-310

EXECUTED as of the __17__ day of __May__, 2010, on behalf of the City of Glenn Heights, Texas, by its City Manager, duly authorized by Resolution No. _____, adopted on the _____ day of _____, 2010 and attested to by its City Secretary.

**ATTESTED:**                              **CITY OF GLENN HEIGHTS, TEXAS**

BY _Othel Murphree_                   BY _Jacqueline L. Lee_
     City Secretary                           Jacqueline L. Lee, City Manager

Printed Name: _Othel Murphree_

A-311

EXECUTED as of the ___ day of _March_, 2010, on behalf of the City of Grand Prairie, Texas, by its City Manager, duly authorized by Resolution No. _4450 - 2010_ adopted on the _15th_ day of _June_, 2010 and approved as to form by its Attorney.

**APPROVED AS TO FORM:**                    **CITY OF GRAND PRAIRIE, TEXAS**

BY _____              BY _____
Don Postell, City Attorney                   ~~Tom Hart, City Manager~~

                                             _Anna Doll, Deputy City Mgr_

**ATTEST:**

BY _____
Cathy DiMaggio, City Secretary

A-312

EXECUTED as of the _19th_ day of _April_ 2010, on behalf of the City of Hutchins, Texas, by its Mayor, duly authorized by Resolution No. _2010-0419-2_ adopted on the _19th_ day of _April_____, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**

**CITY OF HUTCHINS, TEXAS**

BY_____
          City Attorney

BY_____
          Artis Johnson, Mayor

**ATTEST:**

BY_____
          City Secretary

A-313

PASSED AND APPROVED BY THE CITY COUNCIL OF THE CITY OF IRVING, TEXAS, on _August 5_____ , 2010.

_Herbert A. Gears_
HERBERT A. GEARS
MAYOR

ATTEST:

_Shanae Jennings_
Shanae Jennings
Acting City Secretary

APPROVED AS TO FORM:

_Charles R. Anderson_
Charles R. Anderson
City Attorney

Approved  8-5-10
Resolution #  2010-232

A-314

EXECUTED as of the _24th_ day of ___May___, 2010, on behalf of the City of Lancaster, Texas, by its City Manager, duly authorized by Resolution No. _2010-05.51_, adopted on the _24th_ day of _____May___, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**                    **CITY OF LANCASTER, TEXAS**

BY _____              BY _____
Robert E. Hagar, City Attorney                Rickey C. Childers, City Manager

**ATTEST:**

BY _____
Dolle K. Downe, City Secretary

A-315

EXECUTED as of the _21ST_ day of _JUNE_, 2010, on behalf of The City of Lewisville, Texas, by its City Manager as authorized by Resolution adopted on the _21 ST_ day of _JUNE_, 2010 by a vote of _5_ to _0_.

**CITY OF LEWISVILLE, TEXAS**

BY _____
      Claude King, City Manager

**ATTEST:**

_____
Julie Heinze, City Secretary

**APPROVED AS TO FORM:**

_____
Ronald J. Neiman, City Attorney

**A-316**

EXECUTED, passed and approved as of the **28**[th] day of **June, 2010** on behalf of the City of Ovilla, TX, by its Mayor, duly authorized by Resolution 2010-011, adopted on the **28**[th] day of **June, 2010** and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**                    **CITY OF OVILLA, TEXAS**

By _____              By _____
City Attorney                                              Mayor

**ATTEST:**

By _____
City Secretary

EXECUTED as of the 12ᵗʰ day of July , 2010, on behalf of the City of Red Oak, Texas, by its Mayor, duly authorized by Resolution No. 10-036R, adopted on the 12ᵗʰ day of July , 2010 and approved as to form by its City Attorney.

APPROVED AS TO FORM:                    CITY OF RED OAK, TEXAS

BY_____              BY_____
        City Attorney                              Mayor

ATTEST:

BY_____
        City Secretary

EXECUTED as of the 17<u>th</u> day of <u>June</u>, 2010 on behalf of the City of Seagoville, Texas, by its Mayor, duly authorized by Resolution No. 25-10 adopted on the 17<u>th</u> day of <u>June</u>, 2010 and approved as to form by its City Attorney.

APPROVED AS TO FORM:                      CITY OF SEAGOVILLE, TEXAS

BY _____             BY _____

Robert Hager, City Attorney              Sidney M. Sexton, Jr., Mayor

ATTEST:

_____

Sheila J. Martin, City Secretary

A-319

EXECUTED as of the _15_ day of _June_, 2010, on behalf of The Colony, Texas, by its Mayor, duly authorized by Resolution No. _2010-051_, adopted on the _15_ day of _June_, 2010 and approved as to form by its City Attorney.

**ATTEST:**

BY _Christie Wilson_
Christie Wilson, City Secretary

**APPROVED AS TO FORM:**

BY _____
Jeff Moore, City Attorney

**CITY OF THE COLONY, TEXAS**

BY _Joe McCourry_
Joseph McCourry, Mayor

A-320

# APPENDIX A
# GLOSSARY OF TERMS

**Allocation** - The apportioning of the common-to-all cost of service.

**Common-To-All** - Facilities, and their associated cost, that are dedicated to providing treated water service to both Dallas and Wholesale Treated Water Customers.

**Construction Work in Progress (CWIP)** - The utility's investment in facilities under construction but not yet dedicated to service.

**Demand Costs** - Costs associated with providing facilities to meet peak rates of use, or demand, placed on the system by the customers.

**Depreciation** - The wearing out or loss in service value of property used in utility operations.

**Depreciation Rate** - The rate of loss in service value, based on the expected service life of property.

**Depreciation Reserve** - The accumulated amount of the loss in service value of property.

**Direct Reuse** – The use of treated wastewater effluent from Dallas' wastewater treatment plants for non-drinking water purposes within the boundaries of the City of Dallas.

**Embedded Interest Rate** - Annual interest expense expressed as a percentage of average debt.

**Indirect Reuse** – The use of treated wastewater effluent from Dallas' wastewater treatment plants for raw water supply augmentation purposes.

**Inside Dallas** - The group of retail treated water service customers, comprised of residential, commercial and industrial customers served by Dallas Water Utilities.

**Interest Expense** - Payment made for the use of borrowed funds.

**Materials & Supplies** – Assets in inventory which are required to meet current obligations and service responsibilities of the utility.

**Maximum Day Demand** - The maximum demand placed on the system over a 24-hour period.

**Maximum Hour Demand** - The maximum demand placed on the system over a 60-minute period on the system's maximum day.

**MGD** - Million gallons per day flow rate.

**Operating Expenses** - Operation and maintenance charges incurred in operating a utility.

A-321

# APPENDIX A
## GLOSSARY OF TERMS
### (PAGE 2 OF 2)

**Original Cost** - The amount of investment in facilities when first put into service.

**Rate Base** - Total investment dedicated to providing utility service.

**Rate of Return** - The percentage of return authorized to be earned on an investment (e.g. a rate base).

**Reservoir Capacity** - The amount of water available from a reservoir.

**Reservoir Costs** - Costs incurred in acquiring and maintaining an untreated water supply system.

**ROFC** - Rate of flow controller. A device limiting instantaneous flow rate to a specific amount. Instantaneous flow rate for rate setting purposes is a per day setting.

**Standby Service** - Connection to wholesale treated water customer which is not normally used, excluding bypass lines which are required by Dallas Water Utilities as a part of an active metering facility.

**Test Period (or Test Year)** - Selected to be representative of the period of time over which the new rates are expected to be in effect.

**Treated Water** - Raw water that has passed the purification process.

**Unaccounted for Water** - Water produced but not billed to customers that result from metering inaccuracies, system leakage, and miscellaneous unmetered uses.

**Volume Costs** - Costs that tend to vary directly with the amount of water produced and sold.

**Water Supplies and Associated Facilities** – Dallas' water supply system, including, but not limited to, all reservoirs, indirect reuse water, and all system infrastructure.

**Wholesale Cost of Service** - The sum total of: (1) operating expense, (2) depreciation expense, and (3) return on investment. Depreciation expense and rate of return are on the original cost of investment less accumulated depreciation, capitalized interest and contributed capital.

**Wholesale Treated Water Customers** – The group of water customers of the City of Dallas which currently have a wholesale treated water contract with Dallas.

**Working Capital** - Assets (funds) which are required to meet current obligations and service responsibilities of the utility.

A-322

## APPENDIX B

## MOA WORKING GROUP

**Addison:**                              Randy Moravec
                                          Lauren Clark

**Carrollton:**                           Bob Scott
                                          Lori Iwanicki
                                          David Gaines

**Cedar Hill:**                           Ruth Antebi-Guten

**The Colony:**                           Tod Maurina

**Coppell:**                              Chad Beach
                                          Kim Tiehen

**Dallas Fort Worth Airport:**            Jerry Dennis

**Dallas County W.C.&I.D. #6:**           Robert Rodriquez
                                          Red Taylor
                                          William Freeman

**Denton:**                               Tim Fisher

**DeSoto:**                               Isom Cameron
                                          Tom Johnson

**Duncanville:**                          Frank Trando
                                          Richard Summerlin
                                          Dennis Schwartz

**Farmers Branch:**                       Charles Cox
                                          Mark Pavageaux

**Flower Mound:**                         Chuck Springer
                                          Kenneth Parr

**Glenn Heights:**                        Judy Bell

**Grand Prairie:**                        Ron McCuller
                                          Doug Cuny

**Grapevine:**                            Ramana Chinnakotla
                                          Kent Conkle

**Irving:**                               Aimee Kaslik
                                          David Cardenas

**Lewisville:**                           Carole Bassinger

A-323

**Red Oak:**                                         Charles Brewer

**Richardson:**                                      Kent Pfeil
                                                     Keith Dagen

**University Park:**                                 Kent Austin

**Upper Trinity Regional Water District:**           Tom Taylor
                                                     Larry Patterson

**Dallas:**                                          Jo M. (Jody) Puckett
                                                     Bobby Praytor
                                                     Charles Stringer
                                                     Terry Lowery
                                                     Denis Qualls
                                                     Jacqueline Culton
                                                     Tonia Barrix
                                                     Melissa Paschall-Thompson
                                                     Erica Robinson
                                                     Maria Salazar

A-324

Case 14-10979-CSS   Doc 9779-8   Filed 10/07/16   Page 9 of 46

# Exhibit 8

**Demmy, John D.**

| | |
|---|---|
| **From:** | Mireles, Kimberly <Kimberly.Mireles@luminant.com> |
| **Sent:** | Friday, September 25, 2015 11:28 AM |
| **To:** | Culton, Jacqueline |
| **Subject:** | RE: City of Dallas Lake Fork Contract Escrow Fund Update |

Thanks Jacqueline. From your request yesterday, I believe that SRA received the same motion that you guys received and SRA is listed in that motion. You should be able to get a copy of the motion from your City Attorney or from Jody. Hope that helps.

Thanks,
Kim

**From:** Culton, Jacqueline [mailto:jacqueline.culton@dallascityhall.com]
**Sent:** Friday, September 25, 2015 10:13 AM
**Cc:** Puckett, Jo; Lowery, Terry
**Subject:** RE: City of Dallas Lake Fork Contract Escrow Fund Update

Update: Lake Fork Contract Escrow Fund

Greetings,

As we responded to one of our wholesale customers this morning, we want for everyone to be aware that DWU is developing a process to track the amount of money being escrowed related to each of its wholesale raw water and treated water contracts. We will be tracking each contract based on actual consumption at both the rates with and the rates without the Lake Fork dispute included. We are still working out the details and schedule for providing the information to our wholesale customers but this information is forthcoming.

For your reference, please see below the rates, provided to you in July, with and without the Lake Fork dispute:

Proposed FY 16 Wholesale Rates (with Lake Fork Rate Dispute):
Regular Untreated Water -      $0.8335 per 1,000 gallons
Interruptible Untreated Water - $0.4044 per 1,000 gallons

Treated Water Demand - $243,453 per MGD/year
Treated Water Volume -  $0.4305 per 1,000 gallons

Treated Water Flat Rate -$1.9521 per 1,000 gallons

Wholesale Rates (if the Lake Fork Rate Dispute had not been considered):
Regular Untreated Water -      $0.6331 per 1,000 gallons
Interruptible Untreated Water - $0.2589 per 1,000 gallons

Treated Water Demand - $229,571 per MGD/year
Treated Water Volume -   $0.3283 per 1,000 gallons

Treated Water Flat Rate - $1.7631 per 1,000 gallons

Please let us know if you have any further questions. We appreciate your continued support and will keep you posted.

**A-326**

Best Regards,

Jacqueline (Jackie) Culton, P.E., Program Manager
Wholesale Services Division
City of Dallas/Water Utilities Department
214-670-5243 (phone)
214-670-1240 (fax)
Jacqueline.Culton@dallascityhall.com

-----Original Message-----
From: Culton, Jacqueline
Sent: Thursday, September 17, 2015 10:32 AM
Cc: Puckett, Jo (jo.puckett@dallascityhall.com); Lowery, Terry
Subject: City of Dallas Lake Fork Contract Escrow Fund Update

Good Morning,

Dallas Water Utilities previously updated its wholesale water customers regarding Dallas' Lake Fork Water Supply Renewal Contract with the Sabine River Authority (SRA) and associated water rate dispute and litigation. We also promised to keep you abreast of developments related to this matter. Accordingly, this quick update is being provided regarding where we are in the process of setting up an escrow fund to deposit payments to SRA during the pendency of the water rate dispute and litigation.  The documents establishing the Escrow Fund with First Financial Trust & Asset Management Company, N.A., Abilene, Texas, were signed on Thursday, September 10.  The City of Dallas' initial deposit for 9 months of SRA invoices totaling $18,087,912.00 was wired to the escrow agent that same day.  For Fiscal Year 2014-15, two additional deposits of $2,009,768 will be made for August and September. Deposits to the escrow account will continue each month, as DWU is invoiced by SRA, until the rate dispute is resolved.

A copy of the Escrow Agreement is attached for your information and use. Escrow account statements will be provided to you as Dallas receives them. You will continue to receive updates from Dallas as the rate dispute process evolves.

Should you have any questions regarding this matter please contact Jody Puckett, DWU Director, at 214-670-3188 or jo.puckett@dallascityhall.com or Terry Lowery, DWU Assistant Director, at 214-670-4685 or terry.lowery@dallascityhall.com.

Thanks for your support and patience during this process.

Sincerely,

Jacqueline (Jackie) Culton, P.E., Program Manager Wholesale Services Division City of Dallas/Water Utilities Department
214-670-5243 (phone)
214-670-1240 (fax)
Jacqueline.Culton@dallascityhall.com

-----Original Message-----
From: Tucker-Baylor, Lekesha
Sent: Monday, August 03, 2015 8:27 AM
Subject: City of Dallas Lake Fork Contract Renewal Fact Sheet

Greetings:

2

**A-327**

Attached for your information and use in communicating with your staff, management and/or governing bodies regarding the City of Dallas' proposed water rate increases for the upcoming fiscal year, is a Fact Sheet regarding Lake Fork Contract Renewal.  This information was also mailed to you on today.

Dallas appreciates its wholesale customers' support and will continue to keep you informed regarding this matter. Please let us know if you have any questions by contacting Jody Puckett, Director, Dallas Water Utilities, at 214-670-3188 or jo.puckett@dallascityhall.com or Terry Lowery, Assistant Director, Dallas Water Utilities, at 214-670-4685 or terry.lowery@dallascityhall.com.

Thanks,

Jacqueline (Jackie) Culton, P.E.
Program Manager
Wholesale Services Division
City of Dallas/Water Utilities Department
214-670-5243 (phone)
214-670-1240 (fax)
Jacqueline.Culton@dallascityhall.com

Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.

**A-328**