A-381

# **<u>Exhibit I</u>**

Water Conversion Table

A-381

ConvertLIVE converter

Convert between units using our free

# Acre feet to Gallons (US - Liquid)

Convert from Acre feet to Gallons (US - Liquid). Type in the amount you want to convert and press the Convert button.

**Belongs in category**
Volume

Google Chrome
Chrome is a fast, secure and free browser for all your devices.
Google Chrome          DOWNLOAD

| 12000 | | Convert |

From                                                                 To

| Acre feet | ▼ |   | Gallons (US - Liquid) (gal) | ▼ |

**12000** Acre feet = **3910219780.59** Gallons (US - Liquid)

Symphony at Cherry Hill
A Comfortable, Homelike Setting In An Elegant Environment. Contact Us.
milestoneretirement.com          OPEN

Precision: Auto ▼ decimal digits

This website uses cookies to improve your experience with our services. By using this website, you give us permission to use cookies. Read more          OK

A-382

| | To other units | |
|---|---|---|
| | Conversion table | |
| | For your website | |

| | | |
|---|---|---|
| 1 Acre feet = **325851.65** Gallons (US - Liquid) | 10 Acre feet = **3258516.48** Gallons (US - Liquid) | 2500 Acre feet = **814629120.96** Gallons (US - Liquid) |
| 2 Acre feet = **651703.3** Gallons (US - Liquid) | 20 Acre feet = **6517032.97** Gallons (US - Liquid) | 5000 Acre feet = **1629258241.91** Gallons (US - Liquid) |
| 3 Acre feet = **977554.95** Gallons (US - Liquid) | 30 Acre feet = **9775549.45** Gallons (US - Liquid) | 10000 Acre feet = **3258516483.82** Gallons (US - Liquid) |
| 4 Acre feet = **1303406.59** Gallons (US - Liquid) | 40 Acre feet = **13034065.94** Gallons (US - Liquid) | 25000 Acre feet = **8146291209.55** Gallons (US - Liquid) |
| 5 Acre feet = **1629258.24** Gallons (US - Liquid) | 50 Acre feet = **16292582.42** Gallons (US - Liquid) | 50000 Acre feet = **16292582419.11** Gallons (US - Liquid) |
| 6 Acre feet = **1955109.89** Gallons (US - Liquid) | 100 Acre feet = **32585164.84** Gallons (US - Liquid) | 100000 Acre feet = **32585164838.21** Gallons (US - Liquid) |
| 7 Acre feet = **2280961.54** Gallons (US - Liquid) | 250 Acre feet = **81462912.1** Gallons (US - Liquid) | 250000 Acre feet = **81462912095.54** Gallons (US - Liquid) |
| 8 Acre feet = **2606813.19** Gallons (US - Liquid) | 500 Acre feet = **162925824.19** Gallons (US - Liquid) | 500000 Acre feet = **162925824191.07** Gallons (US - Liquid) |
| 9 Acre feet = **2932664.84** Gallons (US - Liquid) | 1000 Acre feet = **325851648.38** Gallons (US - Liquid) | 1000000 Acre feet = **325851648382.15** Gallons (US - Liquid) |

This website uses cookies to improve your experience with our services. By using this website, you give us permission to use cookies. Read more    OK