**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Holdings Corp.          Bank: Citibank, N.A.

Bankruptcy Number: 14-10979                          Account Number: xxxx2464-xxxxxxxx0768

Date of Confirmation: 2/27/18                        Account Type: Escrow - Checking

Reporting Period (month/year): Q1 2019 – 1/1/2019 - 3/31/2019

| | |
|---|---:|
| Beginning Cash Balance | $ 115,233,091.31 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $438,414.77 |
| Collection of Accounts Receivable (net in payables): | $ 7,878,246.71 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 4,836,770.99 |
| Total of cash received: | $ 13,153,432.47 |
| Total of cash available: | $ 128,386,523.78 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $103,554,857.54 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $2,947,257.41 |
| All other disbursements made in the ordinary course: | $ 21,730.34 |
| Total Disbursements | $ 106,523,845.29 |
| Ending Cash Balance | $ 21,862,678.49[1] |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2019                    Anthony R. Horton – Plan Administrator Board
Date                         Name/Title

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

---

[1]   As of April 30, 2019, the cash balance of this account was $20,168,188.94.

RLF1 3255743v.1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18    Account Type: Escrow - Checking

Reporting Period (month/year): Q1 2019 – 1/1/2019 - 3/31/2019

|  |  |
|---|---:|
| Beginning Cash Balance | $ 31,467,387.97 |

All receipts received by the debtor:

|  |  |
|---|---:|
| Cash Sales (interest on cash balances): | $ 332,006.81 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 2,226,289.28 |
| Total of cash received: | $ 2,558,296.09 |
| Total of cash available: | $ 34,025,684.06 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 28,717,712.97 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 1,509,571.29 |
| All other disbursements made in the ordinary course: | $ 3,846.35 |
| Total Disbursements | $ 30,231,130.61 |
| Ending Cash Balance | $ 3,794,553.45[2] |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2019           Anthony R. Horton – Plan Administrator Board
Date                Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

---

[2]   As of April 30, 2019, the cash balance of this account was $3,762,276.99.

RLF1 3255743v.1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>    Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>    Account Number: <u>xxxx2464-xxxxxxxx5768</u>

Date of Confirmation: <u>2/27/18</u>    Account Type: <u>Professional Fees Escrow - Checking</u>

Reporting Period (month/year): <u>Q1 2019 – 1/1/2019 - 3/31/2019</u>

| | |
|---|---:|
| Beginning Cash Balance | <u>$ 11,448,989.83</u> |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | <u>$ 32,219.80</u> |
| Collection of Accounts Receivable: | <u>$ 0.00</u> |
| Proceeds from Litigation (settlement or otherwise): | <u>$ 0.00</u> |
| Sale of Debtor's Assets: | <u>$ 0.00</u> |
| Capital Infusion pursuant to the Plan: | <u>$ 0.00</u> |
| Total of cash received: | <u>$ 32,219.80</u> |

Total of cash available:    <u>$ 11,481,209.63</u>

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | <u>$ 7,614,520.64</u> |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | <u>$ 3,856,304.80</u> |
| All other disbursements made in the ordinary course: | <u>$ 0.00</u> |
| Total Disbursements | <u>$ 11,470,825.44</u> |

Ending Cash Balance    <u>$ 10,384.19</u>[3]

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>4/30/2019</u>    <u>Anthony R. Horton – Plan Administrator Board</u>
Date    Name/Title

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

---

[3]    As of April 30, 2019, the cash balance in this account was $10,398.76.

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx4768

Date of Confirmation: 2/27/18    Account Type: Professional Fees Escrow - Checking

Reporting Period (month/year): Q1 2019 – 1/1/2019 - 3/31/2019

| | |
|---|---:|
| Beginning Cash Balance | $ 39,494,258.27 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $ 82,435.31 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 82,435.31 |
| Total of cash available: | $ 39,576,693.58 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 19,339,274.42 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 20,237,419.16 |
| All other disbursements made in the ordinary course: | $ 0.00 |
| Total Disbursements | $ 39,576,693.58 |
| Ending Cash Balance | $0.00[4] |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2019        Anthony R. Horton – Plan Administrator Board
Date             Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

---

[4] This account was closed in Q1 2019 and as of April 30, 2019, is no longer active.

RLF1 3255743v.1

| ASSETS | March 31, 2019 |
|---|---:|
| Cash (Unrestricted) | 25,667,616.13 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 58,963.22 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) | |
| Total Current Assets | 25,726,579.35 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less:  Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 25,726,579.35 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 7,000,000.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | 400,000.00 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| Total Post-petition Liabilities | 7,400,000.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 7,400,000.00 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |