## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                    :  SS.
NEW CASTLE COUNTY   :

     Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 30th day of March, 2019 she caused a copy of the following document to be served upon the party on the attached list in the manner indicated:

*Post-Confirmation Quarterly Operating Report for*
*Quarter Ending March 31, 2019 [D.I. 13786]*

Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 1st day of May, 2019.

_____
Notary Public

LESLEY A. MORRIS
MY COMMISSION
EXPIRES
DECEMBER 7, 2020
NOTARY PUBLIC
STATE OF DELAWARE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SERVICE LIST

**Via Hand Delivery**

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801