# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 6, 2019 STARTING AT 11:00 A.M. (EDT)[2]

***** *AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT* *****

## I. RESOLVED MATTER:

1. Reorganized TCEH Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 13761; filed April 1, 2019]

    Response/Objection Deadline:     April 15, 2019 at 4:00 p.m. (EDT)

    Responses/Objections Received:     None.

    Related Documents:

    i.  Certification of No Objection Regarding the "Reorganized TCEH Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors" [D.I. 13761] [D.I. 13785; filed April 30, 2019]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The May 6, 2019 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT).

RLF1 21209649v.1

ii.      Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 13788; filed May 2, 2019]

Status: On May 2, 2019, the Court entered an order granting the Reorganized TCEH Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

*[Remainder of page intentionally left blank.]*

Dated: May 2, 2019
       Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board and the Reorganized TCEH Debtors*

3

RLF1 21209649v.1