# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>*Debtors.*[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| NEXTERA ENERGY, INC.,<br><br>*Appellant,*<br>v.<br>ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., THE LIVERPOOL LIMITED PARTNERSHIP, UMB BANK, N.A., AND EFH PLAN ADMINISTRATOR BOARD,<br><br>*Appellees.* | Civil Action No. 18-01769 (RGA) |

## STIPULATION OF VOLUNTARY DISMISSAL

This stipulation of voluntary dismissal (this "Stipulation") is made by and among NextEra Energy, Inc. (the "Appellant") and UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and the EFH Plan Administrator Board (collectively, the "Appellees" and, together with the Appellant, the "Parties"[2]):

## RECITALS

WHEREAS, on October 25, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Order Granting the Joint Motion of UMB Bank,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Appellant and each of the Appellees are each a "Party".

{932.002-W0055826.}

*N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve* [Bankr. D.I. 13584] (the "Reserve Release Order");

WHEREAS, on November 8, 2018, the Appellant filed a notice of appeal of the Reserve Release Order [Bankr. D.I. 13612] (the "Appeal") in the Bankruptcy Court;

WHEREAS, the Parties have reached agreement on the terms and conditions set forth in this Stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective undersigned counsel, that:

1. The Appeal is dismissed with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023, with each Party to bear its own costs and attorneys' fees.

2. This Stipulation and the dismissal shall not affect any Party's rights or arguments in connection with the fully briefed appeal pending before this Court in Case No. 18-1253 (RGA), which concerns the Bankruptcy Court's denial of the Appellant's application for allowance of an asserted approximately $60 million administrative expense claim.

3. The Clerk of this Court shall mark the Appeal as "closed."

4. Each person who executes this Stipulation by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

5. This Stipulation and all of its provisions are binding on, and inure to the benefit of, the Parties hereto and their respective successors and assigns.

Dated: May 9, 2019

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
Robin Ball (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to NextEra Energy, Inc.*

Dated: May 9, 2019

| | |
|---|---|
| **BAYARD, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ Erin R. Fay | /s/ Jason M. Madron |
| Scott D. Cousins (No. 3079) | Mark D. Collins (No. 2981) |
| Erin R. Fay (No. 5268) | Daniel J. DeFranceschi (No. 2732) |
| Evan T. Miller (No. 5364) | Jason M. Madron (No. 4431) |
| 600 N. King Street, Suite 400 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 655-5000 | Telephone: (302) 651-7700 |
| Facsimile: (302) 658-6395 | Facsimile: (302) 651-7701 |
| - and - | -and - |
| **ROPES & GRAY LLP** | **KIRKLAND & ELLIS LLP** |
| Gregg M. Galardi | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew L. McGinnis (admitted *pro hac vice*) | James H.M. Sprayregen, P.C. |
| Daniel G. Egan (admitted *pro hac vice*) | Marc Kieselstein, P.C. (admitted *pro hac vice*) |
| 1211 Avenue of the Americas | 300 North LaSalle |
| New York, NY 10036-8704 | Chicago, IL 60654 |
| Telephone: (212) 596-9000 | Telephone: (312) 862-2000 |
| Facsimile: (212) 596-9090 | Facsimile: (312) 862-2200 |
| *Counsel for Elliott and UMB Bank, N.A., as Trustee* | Mark E. McKane, P.C. (admitted *pro hac vice*) |
| | Michael P. Esser (admitted *pro hac vice*) |
| | Anna Terteryan (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Aparna Yenamandra (admitted *pro hac vice*) |
| | McClain Thompson (admitted *pro hac vice*) |
| | 601 Lexington Ave. |
| | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | *Counsel to EFH Plan Administrator Board* |

SO ORDERED this 13 day of May, 2019

*[signature]*
United States District Judge