# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979-CSS<br><br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, et al.,<br><br>　　　　　　　　　　Defendants,<br><br>-and-<br><br>MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP,<br><br>　　　　　　　　　　Intervenors. | <u>Adversary Proceeding</u><br><br>No. 15-51239-CSS |

## STATUS REPORT

In response to this Court's order dated April 25, 2019 (No. 15-15239, D.I. 186), Plaintiff Delaware Trust Company, as TCEH First Lien Indenture Trustee ("DTC"), provides the following status report to the Court:

{BAY:03501594v1}1

1. As the Court is aware, DTC appealed the following orders, judgments, and opinions entered by this Court in the above-captioned adversary proceeding:

    (i)     Order, dated April 27, 2017 (No. 15-51239, D.I. 167)

    (ii)    Opinion, dated April 27, 2017 (No. 15-51239, D.I. 166)

    (iii)   Order, dated March 11, 2016 (No. 15-51239, D.I. 90)

    (iv)   Opinion, dated March 11, 2016 (No. 15-51239, D.I. 89)

    (v)    Amended Order, dated March 23, 2016 (No. 15-51239, D.I. 94)

    (vi)   Any and all orders, opinions, findings of fact, conclusions of law, rulings, or other decisions that merged in the foregoing Orders and Opinions.

2. DTC's appeals of the foregoing orders, judgments, and opinions resulted in the docketing of two separate appeals before the U.S. District Court for the District of Delaware at Civ. Nos. 16-189 and 17-540. The appeals were consolidated. *See* Order Granting Joint Motion and Approving Stipulation Consolidating Appeals and Setting Page Limits, D. Del. Civ. No. 17-540, D.I. 14.

3. On March 29, 2018, the District Court (Andrews, J.) issued a Memorandum Opinion and Order affirming this Court's March 11, 2016 and April 27, 2017 Orders. *See* Memorandum Opinion and Order, D. Del. Civ. No. 17-540, D.I. 47 and 48, respectively.

4. DTC subsequently appealed. *See* Notice of Appeal, D. Del. Civ. No. 17-540, D.I. 50. That appeal is currently pending in the U.S. Court of Appeals for the Third Circuit (Case No. 18-1957).

5. On August 16, 2018, DTC filed its opening brief (Case No. 18-1957, Document No. 003113011243). On October 15, 2018, Intervenors / Appellees Morgan Stanley Capital Group, Inc., J. Aron & Company, and Titan Investment Holdings LP timely filed and served a joint response brief (Case No. 18-1957, Document No. 003113061353). On October 29, 2018, DTC timely filed a reply brief (Case No. 18-1957, Document No. 003113073374).

6. Oral argument in the appeal before the U.S. Court of Appeals for the Third Circuit took

place on March 21, 2019. That court has not yet issued a decision in the appeal.

| | |
|---|---|
| Dated: May 14, 2019<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ GianClaudio Finizio*<br>Neil B. Glassman (No. 2087)<br>GianClaudio Finizio (No. 4253)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br><br>-- and --<br><br>**KOBRE & KIM LLP**<br>Michael S. Kim<br>Jeremy C. Hollembeak<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200<br>Facsimile: (212) 488-1220<br><br>*Attorneys for Plaintiff Delaware Trust Company, as TCEH First Lien Indenture Trustee* |