# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF *TELEPHONIC ONLY* HEARING

PLEASE TAKE NOTICE that, in connection with (i) the *Objection of Energy Future Holdings Corp., et al., to Proof of Claim 13319 Filed by the City of Dallas*, filed on August 26, 2016 [D.I. 9409] (the "Claim Objection") and (ii) the *Motion of the City of Dallas, Texas for Summary Judgment for Allowance and Payment of Its Administrative Claim Under 11 U.S.C. § 503(b)(7)*, filed on April 26, 2019 [D.I. 13782] (the "Motion"), at the request of Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC, certain of TCEH's direct and indirect subsidiaries, and the EFH Shared Services Debtors (collectively, the "Reorganized TCEH Debtors") and the City of Dallas, Texas ("Dallas"), the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a telephonic only hearing to serve as both (i) a general status conference on the Claim Objection and the Motion and (ii) a hearing to consider any then-extant discovery disputes by and between the Reorganized TCEH Debtors and Dallas in connection with the Claim Objection or the Motion for **Thursday, May 30, 2019 starting at 3:00 p.m. (Eastern Daylight Time)** (the "Telephonic

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 21278143v.1

Hearing"), to be held before The Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the Court.

PLEASE TAKE FURTHER NOTICE that, at the direction of Chambers, in contemplation of the Telephonic Hearing, the Reorganized TCEH Debtors and Dallas may each file with the Court, and deliver to Chambers, a letter brief *of not more than three (3) pages in length each* concerning any outstanding discovery disputes in connection with the Claim Objection or the Motion no later than **Wednesday, May 29, 2019 at 10:00 a.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on Wednesday, May 29, 2019** to register their telephonic appearances.

*[Remainder of page intentionally left blank.]*

Dated: May 16, 2019
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Co-Counsel to the Reorganized TCEH Debtors*

3

RLF1 21278143v.1