# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | X | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| E<small>NERGY</small> F<small>UTURE</small> H<small>OLDINGS</small> C<small>ORP</small>. *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | |
| | X | |

---

**AFFIDAVIT OF HOWARD J. KAPLAN IN SUPPORT OF APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 2018 THROUGH DECEMBER 21, 2018**

1. I was appointed to the Fee Committee by the EFH/EFIH Committee of Unsecured Creditors in late January 2018. My appointment was approved pursuant to the *Order Amending the Stipulation and Order Appointing a Fee Committee and Granting Related Relief*, which was filed on February 1, 2018. [Dkt. 12552]. An Amended and Restated Stipulation and Order Appointing Fee Committee ("Amended Fee Committee Order") was attached to the Order as Exhibit A.

2. The Amended Fee Committee Order provides: "The EFH/EFIH Committee Member shall be entitled to compensation in the form of a flat, monthly fee of $30,000 pursuant to 11 U.S.C. § 328(a), which amounts are subject to Court approval upon application …."

3. Even before my appointment to the Fee Committee, I began reviewing the history of the Fee Committee in this proceeding. After the Amended Fee Committee Order was entered, I met and talked to other members of the Fee Committee, and requested and received a significant number of documents from the Fee Committee's counsel. I also communicated with counsel to various constituencies.

4. Given the short time between my appointment and the next Fee Committee meeting, which occurred on February 28, 2018, I used the resources of my firm, Kaplan Rice LLP, including two associates and three paralegals, to familiarize myself with the 3½ year history of these proceedings, including proceedings relating to the Fee Committee. We reviewed a number of past fee applications, issues previously raised with various retained professionals, and the pending fee applications (at this time principally relating to the 11th interim period). I and my team reviewed the minutes of past Fee Committee meetings, the Fee Committee's letter reports, certain prior fee applications, and various other Fee Committee communications and memoranda. I also reviewed various court filings and submissions, including disclosure statements.

5. I also visited the offices of Godfrey & Kahn to review the Fee Committee process for reviewing the applications, and the standards established by the Fee Committee.

6. I and my Kaplan Rice team also researched several key issues, and reviewed research provided by the Fee Committee's counsel. We also conducted detailed investigations with respect to a number of issues.

7. For the next 10 months, we continued our extensive review of certain prior fee applications and time entries, prior discussions and interim agreements, fee applications for the 11th and 12th interim period and the final fee applications. I had extensive discussions with the Fee Committee, Godfrey & Kahn, and counsel to the unsecured creditors committee.

8. I attended and actively participated in each of the 15 Fee Committee meetings from February 2018 through December 2018.

9. I also met with certain applicants.

10. EFH paid me the monthly $30,000 flat fee for 10 months, totaling $300,000.

11. The average hourly rate for me and my Kaplan Rice team for this matter was $570 overall. I worked 309.30 hours on this matter, two Kaplan Rice associates worked an aggregate of 145 hours, and paralegals worked an aggregate of 72.25 hours.

12. I also incurred expenses totaling $5,295.65 in connection with this matter.

_____
Howard J. Kaplan

Sworn to before me this
16 day of May, 2019

_____
Notary Public

RAQUEL M. CONCEPCION
Notary Public, State of New York
No. 03-4948550
Qualified in Bronx County
Commission Expires Mar. 20, 2023