# Exhibit B

**Kaplan Rice LLP**
**EFH- Expense Summary**
**January 24, 2018 through October 18, 2018**

| Expense Category | Amount |
|---|---|
| Color Copies | 46.50 |
| Copies | 2,615.25 |
| Online- Research | 202.19 |
| Travel- Airfare | 1,159.30 |
| Travel- Car Rental | 188.15 |
| Travel- Hotel | 260.23 |
| Travel- Meals | 33.48 |
| Travel- Taxi | 447.55 |
| Travel- Train | 343.00 |
| Total | 5,295.65 |