IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF SERVICE OF "NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) AND FED. R. BANKR. P. 7030"

PLEASE TAKE NOTICE that, in connection with (i) the *Motion of the City of Dallas, Texas for Summary Judgment for Allowance and Payment of Its Administrative Claim Under 11 U.S.C. § 503(b)(7)*, filed by the City of Dallas, Texas (the "City") on April 26, 2019 [D.I. 13782]; (ii) the *Opening Brief of the City of Dallas, Texas in Support of its Motion for Summary Judgment for Allowance and Payment of its Administrative Claim Under 11 U.S.C. § 506(b)(7)*, filed by the City on April 26, 2019 [D.I. 13783]; and (iii) the amended Proof of Claim, *Exhibit A Dallas Proof of Claim Submitted April 26, 2019*, filed by the City on April 26, 2019 [D.I. 13784-1], on May 17, 2019, counsel to Luminant Generation Company LLC, as a reorganized debtor in the above-captioned chapter 11 cases, caused a copy of the **Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030** to be served on the following parties in the manner indicated as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 21287935v.1

| | |
|---|---|
| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND FEDERAL EXPRESS** |
| John D. Demmy<br>**SAUL EWING ARNSTEIN & LEHR LLP**<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>Email: john.demmy@saul.com | Mark Baggett<br>**CITY ATTORNEY OF THE CITY OF DALLAS**<br>General Litigation<br>7BN Dallas City Hall<br>1500 Marilla Street<br>Dallas, TX 75201<br>Email: mark.baggett@dallascityhall.com |

**VIA EMAIL AND FEDERAL EXPRESS**

Melissa A. Martinez
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Email: melissa.martinez@saul.com

*[Remainder of page intentionally left blank.]*

Dated: May 20, 2019
       Wilmington, Delaware

*/s/ signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com
              michael.esser@kirkland.com

*Co-Counsel to Luminant Generation Company LLC*

4

RLF1 21287935v.1