# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF THE CITY OF DALLAS, TEXAS TO NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) AND FED. R. BANKR. P. 7030

I, John D. Demmy, hereby certify that on May 28, 2019, a copy of the **Responses and Objections of The City of Dallas, Texas to Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030** was served via Electronic Mail Delivery and First Class Mail on the below parties.

| | |
|---|---|
| Jason M. Madron, Esquire<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801 | Mark McKane, Esquire<br>Michael P. Esser, Esquire<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |
| Edward O. Sassower, P.C.<br>Stephen E. Hessler, P.C.<br>Brian E. Schartz, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 | James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6848

*Counsel for the City of Dallas, Texas*

Dated: May 28, 2019

34974767.3 05/28/2019