# EXHIBIT A

**Stipulation and Agreed Order Scheduling Hearing and Deadlines
with Respect to the City of Dallas, Texas's Proof of Claim Designated
as Claim No. 13319**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## STIPULATION AND AGREED ORDER SCHEDULING HEARING AND DEADLINES WITH RESPECT TO THE CITY OF DALLAS, TEXAS'S PROOF OF CLAIM DESIGNATED AS CLAIM NO. 13319

This Stipulation and Agreed Order ("Stipulation") is entered into this 1st day of March, 2017, between Vistra Energy Corp. ("Reorganized TCEH") and the City of Dallas, Texas (the "City of Dallas", and together with Reorganized TCEH, the "Parties"), who stipulate and agree as follows.

WHEREAS, on April 29, 2014, each of the debtors in the above-captioned cases (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors' chapter 11 cases are being jointly administered pursuant to rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

WHEREAS, on November 12, 2015, the City of Dallas filed Proof of Claim No. 13319, with supporting addendum attached thereto (the "Proof of Claim").

WHEREAS, on August 26, 2016, the Debtors filed the *Objection of Energy Future*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17096221v.1

*Holdings Corp., et. al., to Proof of Claim 13319 Filed by the City of Dallas* [D.I. 9409] (the "Objection").

WHEREAS, on August 29, 2016, the Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421].

WHEREAS, on October 7, 2016, the City of Dallas filed the *Response of the City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., et al., to Proof of Claim No. 13319* [D.I. 9779] in connection with the Objection.

WHEREAS, the Parties have engaged in productive discussions regarding the scope of discovery and have worked to reach an agreed schedule regarding discovery and pre-trial procedures in connection with a hearing on the Objection.

WHEREAS, on November 15, 2016, in accordance with the Parties' preliminary agreement on scheduling, the Parties served their first sets of written discovery requests.

WHEREAS, the Parties agree that the Objection is a contested matter subject to Rule 9014 of the Federal Rules of Bankruptcy Procedure.

WHEREAS, the Parties agree that the Federal Rules of Civil Procedure shall apply to the Objection to the extent provided for by Bankruptcy Rule 9014.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The foregoing recitals are hereby incorporated by reference into this Stipulation with the same force and effect as if fully set forth hereinafter.

2.    The Parties shall respond to written discovery served on November 15, 2016, together with the subsequent supplemental request made by the City of Dallas (subject to any objection that may be asserted by Reorganized TCEH) by **March 17, 2017**.

3.    The Parties shall exchange preliminary witness and exhibit lists by **March 24, 2017**.

4.    The Parties shall complete any depositions of fact witnesses by **April 7, 2017**. The Parties agree to conduct any depositions in Dallas, Texas, or such other location as shall be mutually agreed, and the Parties agree to make witnesses identified on the Parties' preliminary lists reasonably available during the dates allotted for depositions.  Deposition notices must be served no later than seven days prior to the deposition date, and any objections thereto must be served no later than five days before the deposition date.

5.    The City of Dallas shall serve any expert report or other analysis regarding discounting its claim to present value by **April 28, 2017**.

6.    The Parties shall complete any depositions of experts (or, to the extent not designated as experts, the author of the Parties' discounting analyses) by **May 5, 2017**.

7.    Reorganized TCEH shall file its reply in support of the Objection by **May 12, 2017**.

8.    The Parties shall exchange final witness and exhibit lists by **May 15, 2017**.

9.    Depositions of any witness listed on a Party's final witness list who was not disclosed on the Party's preliminary witness list shall be completed by **May 19, 2017**.

10.    The hearing on the Objection shall commence on **May 24, 2017 at 10:00 a.m. (Eastern Daylight Time)**, or such other date as may be ordered by the Court.  The Parties expect any hearing on disputed issues to take no more than one day.

11. The Parties by agreement may amend the Schedule, from time to time, as necessary.

12. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 2, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

4

RLF1 17096221v.1