# EXHIBIT B

**Supplement to "Stipulation and Agreed Order Scheduling Hearing and Deadlines with Respect to the City of Dallas, Texas's Proof of Claim Designated as Claim No. 13319" [D.I. 10933]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Re: D.I. 10933 |

**SUPPLEMENT TO "STIPULATION AND AGREED ORDER SCHEDULING HEARING AND DEADLINES WITH RESPECT TO THE CITY OF DALLAS, TEXAS'S PROOF OF CLAIM DESIGNATED AS CLAIM NO. 13319" [D.I. 10933]**

Upon the certification of counsel, dated May 12, 2017 (the "Certification") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of this supplement to the *Stipulation and Agreed Order Scheduling Hearing and Deadlines With Respect to the City of Dallas, Texas's Proof of Claim Designated As Claim No. 13319*, entered March 2, 2017 [D.I. 10933] (the "Stipulated Scheduling Order"), pursuant to which the Court scheduled certain dates and deadlines in connection with the judicial disposition of the *Objection of Energy Future Holdings Corp., et al., to Proof of Claim 13319 Filed By the City of Dallas*, filed on August 26, 2016 [D.I. 9409]; and paragraph 11 of the Stipulated Scheduling Order providing that the Parties[2] by agreement may amend the schedule set forth in the Stipulated Scheduling Order, from time to time, as necessary; and the Parties having agreed, subject to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Stipulated Scheduling Order.

rlf1 17542808v.1

Court's approval, to stay and hold in abeyance certain dates set forth in the Stipulated Scheduling Order pending further order of the Court; and the Court having found that the relief requested in the Certification is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that factual bases set forth in the Certification establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. Effective as of May 12, 2017, all dates and deadlines set forth in paragraphs 7 through and including 10 of the Stipulated Scheduling Order are hereby STAYED and HELD IN ABEYANCE pending further order of the Court.

2. All of the dates set forth in the Stipulated Scheduling Order shall remain in full force and effect except to the extent expressly stayed by paragraph 1 of this Order.

3. The Debtors shall serve this Order on counsel to the City of Dallas within one (1) business day after the entry of this Order.

Dated: May _12_, 2017
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge