## **Exhibit B**

**Notice of Deposition of Terry Lowery**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS, CORP., *et al.*<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979<br>)<br>) (Jointly Administered)<br>)<br>) |

**NOTICE OF DEPOSITION OF TERRY LOWERY**

PLEASE TAKE NOTICE that pursuant to rule 30 of the Federal Rules of Civil Procedure (the "Rules"), made applicable to these proceedings through rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Luminant Generation Company LLC ("Reorganized Luminant"), by and through their undersigned counsel, will take the deposition of Terry Lowery in connection with the City of Dallas' *Opening Brief of the City of Dallas, Texas in Support of its Motion for Summary Judgment for Allowance and Payment of its Administrative Claim Under 11 U.S.C. § 506(b)(7)* [D.I. 13783], and amended Proof of Claim, *Exhibit A Dallas Proof of Claim Submitted April 26, 2019* [D.I.. 13784-1].

The deposition shall commence at **9:00 a.m. (Central Daylight Time) on June 27, 2019**, taken at the offices of Kirkland & Ellis LLP at 901 Main Street, Dallas, Texas 75202 and will continue until complete. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will be recorded for sound and by stenographic means, including with real-time display of testimony.

Dated: May 17, 2019
       Wilmington, Delaware

*/S/ JASON M. MADRON*

| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Mark D. Collins (No. 2981) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Daniel J. DeFranceschi (No. 2732) | Mark McKane, P.C. (admitted *pro hac vice*) |
| Jason M. Madron (No. 4431) | Michael P. Esser (admitted *pro hac vice*) |
| 920 North King Street | 555 California Street |
| Wilmington, Delaware 19801 | San Francisco, California 94104 |
| Telephone: (302) 651-7700 | Telephone: (415) 439-1400 |
| Facsimile: (302) 651-7701 | Facsimile: (415) 439-1500 |
| Email: collins@rlf.com | Email: mark.mckane@kirkland.com |
|        defranceschi@rlf.com |        michael.esser@kirkland.com |
|        madron@rlf.com | |

-and-

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to Reorganized Luminant