# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 05/30/2019
Calendar Time: 03:00 PM ET

1st Revision  May 29 2019  3:10PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9803736 | Mark Baggett | (214) 671-8272 ext. | City of Dallas | Creditor, City of Dallas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9822083 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9803710 | John D. Demmy | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, City of Dallas, Texas / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9804250 | Daniel K. Hogan | (302) 584-3244 ext. | Hogan McDaniel | Interested Party, Shirley Fenicle / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9822090 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9822051 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9822260 | Daniel Rudewicz | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9824370 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Reseach / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9822066 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |

Peggy Drasal ext. 802

Page 2 of 2

CourtConfCal2009