2019 JUN -5 AM 8:21

824 Market St N
3rd Floor
Wilmington, DE 19801

Billie Gibbs
4892 Hwy 162
Hollywood, SC 29449

To whom it may concern,

My husband, Bobby B Gibbs (deceased) is involved in this lawsuit and I usually get updates about it, but I have moved and haven't received anything in the last year because I couldn't get my mail forwarded.

I have enclosed my address and would appreciate any info you can send me.

Thank you,
Billie Gibbs
*Billie Gibbs*

14-10979