**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **ENERGY FUTURE HOLDINGS CORP., *et al.*,**[1] | : | **Case No. 14-10979 (CSS)** |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | **Re: D.I. 13796** |

**CERTIFICATION OF COUNSEL REGARDING D.I. 13796**

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On May 16, 2019, the Fee Committee in this case filed the *Final Fee Application of Howard J. Kaplan, a Member of the Fee Committee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred from February 2018 through December 31, 2018* (D.I. 13796) (the "Application").

2. Pursuant to the Application, objections to the Application, if any, were to be filed no later than June 6, 2019 at 4:00 p.m. (EDT).

3. The undersigned hereby certifies that, as of the date hereof, counsel to the Fee Committee has received no answer, objection, or other responsive pleading to the Application.

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.

5. Attached hereto as **Exhibit 1** is a form of order approving the Application on a final basis (the "Proposed Order").

6. Counsel for the EFH Plan Administrator Board, the Office of the United States Trustee for the District of Delaware, and Howard Kaplan, as a member of the Fee Committee, have reviewed the Proposed Order and have no objection to its entry.

WHEREFORE, the Fee Committee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: June 11, 2019
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ William M. Alleman, Jr.*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
E-mail: jhoover@beneschlaw.com
walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*