# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| ENERGY FUTURE HOLDINGS ) | Chapter 11 |
| CORPORATION., *et. al.,* ) | |
| ) | Case No. 14-10979 (CSS) |
| Debtor. ) | |
| ) | (Jointly Administered) |
| ) | |

## NOTICE OF CHANGE OF CONTACT INFORMATION FOR
## ATTORNEY "J" JACKSON SHRUM, ESQ.

PLEASE TAKE NOTICE that attorney "J" Jackson Shrum, Esq. has changed firms. Mr. Shrum's new contact information is below:

**JACK SHRUM, PA**
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Ph: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com

Dated: June 13, 2019

Respectfully submitted,

JACK SHRUM, P.A.
*/s/ Jack Shrum*
"J" Jackson Shrum (#4757)
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Ph: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com

1