**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| ENERGY FUTURE HOLDINGS | ) Chapter 11 |
| CORPORATION., *et. al.,* | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtor. | ) |
| | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this date, I caused the foregoing Notice of Change of Contact Information for Attorney "J" Jackson Shrum, Esq. to be served via CM/ECF upon all parties to the service list.

Dated: June 19, 2019

Respectfully submitted,

JACK SHRUM, P.A.
*/s/ Jack Shrum*
"J" Jackson Shrum (#4757)
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Ph: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com

1