**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>   Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>   Account Number: <u>xxxx2464-xxxxxxxx0768</u>

Date of Confirmation: <u>2/27/18</u>   Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q2 2019 – 4/1/2019 - 6/30/2019</u>

| | |
|---|---:|
| Beginning Cash Balance | <u>$21,862,678.49</u> |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | <u>$113,299.36</u> |
| Collection of Accounts Receivable (net in payables): | <u>$0.47</u> |
| Proceeds from Litigation (settlement or otherwise): | <u>$0.00</u> |
| Sale of Debtor's Assets: | <u>$0.00</u> |
| Capital Infusion pursuant to the Plan: | $10,412.86 |
| Total of cash received: | <u>$123,712.69</u> |
| Total of cash available: | <u>$21,986,391.18</u> |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | <u>$17,209,048.40</u> |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | <u>$105,251.10</u> |
| All other disbursements made in the ordinary course: | <u>$5,281.00</u> |
| Total Disbursements | <u>$17,319,580.50</u> |
| Ending Cash Balance | <u>$4,666,810.68</u> |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature: ARHorton]*

<u>7/31/2019</u>   <u>Anthony R. Horton – Plan Administrator Board</u>
Date   Name/Title

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Intermediate Holding Company LLC</u>   Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-11008</u>   Account Number: <u>xxxx2464-xxxxxxxx9768</u>

Date of Confirmation: <u>2/27/18</u>   Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q2 2019 – 4/1/2019 - 6/30/2019</u>

| | |
|---|---:|
| Beginning Cash Balance | <u>$3,794,553.45</u> |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | <u>$15,987.00</u> |
| Collection of Accounts Receivable: | <u>$ 0.00</u> |
| Proceeds from Litigation (settlement or otherwise): | <u>$ 0.00</u> |
| Sale of Debtor's Assets: | <u>$ 0.00</u> |
| Capital Infusion pursuant to the Plan: | <u>$124,999.46</u> |
| Total of cash received: | <u>$140,986.46</u> |
| Total of cash available: | <u>$3,935,539.91</u> |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | <u>$1,050,354.50</u> |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | <u>$105,251.10</u> |
| All other disbursements made in the ordinary course: | <u>$1,500.00</u> |
| Total Disbursements | <u>$1,157,105.60</u> |
| Ending Cash Balance | <u>$2,778,434.31</u> |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature: AR Horton]*

<u>7/31/2019</u>   <u>Anthony R. Horton – Plan Administrator Board</u>
Date   Name/Title

Debtor: <u>Energy Future Intermediate Holding Company LLC</u>
Case Number: <u>14-11008</u>

RLF1 3255743v.1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>           Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>           Account Number: <u>xxxx2464-xxxxxxxx5768</u>

Date of Confirmation: <u>2/27/18</u>           Account Type: <u>Professional Fees Escrow - Checking</u>

Reporting Period (month/year): <u>Q2 2019 – 4/1/2019 - 6/30/2019</u>

| | | |
|---|---|---|
| Beginning Cash Balance | | <u>$10,384.19</u> |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales (interest on cash balances): | <u>$28.67</u> | |
| Collection of Accounts Receivable: | <u>$0.00</u> | |
| Proceeds from Litigation (settlement or otherwise): | <u>$0.00</u> | |
| Sale of Debtor's Assets: | <u>$0.00</u> | |
| Capital Infusion pursuant to the Plan: | <u>$0.00</u> | |
| Total of cash received: | <u>$28.67</u> | |
| Total of cash available: | | <u>$10,412.86</u> |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | <u>$10,412.86</u> | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | <u>$0.00</u> | |
| All other disbursements made in the ordinary course: | <u>$ 0.00</u> | |
| Total Disbursements | | <u>$10,412.86</u> |
| Ending Cash Balance | | <u>$0.00</u> |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature: ARHorton]*

<u>7/31/2019</u>           <u>Anthony R. Horton – Plan Administrator Board</u>
Date                     Name/Title

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

RLF1 3255743v.1

| ASSETS | June 30, 2019 |
|---|---:|
| Cash (Unrestricted) | 7,445,244.99 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 11,294.34 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) | |
| Total Current Assets | 7,456,539.33 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less: Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 7,456,539.33 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 540,000.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | 800,000.00 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| Total Post-petition Liabilities | 1,340,000.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 1,340,000.00 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |

RLF1 3255743v.1