**IN THE UNITED STATES BANRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**WITHDRAWAL OF PROOF OF CLAIM OF THE UNITED STATES ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENGY**

WHEREAS, on October 24, 2014, the United States, at the request of the United States Environmental Protection Agency ("EPA"), filed proofs of claim against TCEH Debtors Luminant Generation Company LLC ("Luminant") and Big Brown Power Company LLC ("Big Brown") for civil penalties under Section 113 of the Clean Air Act, 42 U.S.C. § 7413, for alleged Clean Air Act violations at the Martin Lake and Big Brown Power Plants described in a complaint filed in the United States District Court for the Northern District of Texas ("District Court"). *See United States v. Luminant Generation LLC et al*, Civil Action No. 3:13-cv-03236-K (N.D. Texas Aug. 16, 2013). In addition, with respect to equitable remedies that are not within the Bankruptcy Code's definition of a "claim," 11 U.S.C. § 101(5), the proofs of claim were filed only in a protective fashion.

WHEREAS, the proofs of claim were assigned numbers 7904 and 7905.

WHEREAS, the District Court entered final judgment in favor of Luminant and Big Brown on January 12, 2017.

WHEREAS, the United States timely filed a notice of appeal on February 24, 2017.

WHEREAS, the United States Court of Appeals for the Fifth Circuit dismissed the appeal on August 9, 2019.

WHEREAS, the Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors (the "TCEH Confirmation Order") (ECF No. 9421) at section II.GG ("Environmental Law") controls how certain environmental matters will be handled with respect to Debtors and Reorganized Debtors.

WHEREAS, no payments by debtors have been made on proofs of claim 7904 and 7905.

1.    The United States therefore withdraws proofs of claim 7904 and 7905, and the Confirmation Order shall control how certain environmental matters are handled.

Respectfully Submitted,

FOR THE UNITED STATES OF AMERICA

THOMAS MARIANI
Section Chief
ALAN S. TENENBAUM
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

Dated: August 15, 2019

/s/ Daniel S. Smith
DANIEL SMITH
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
601 D Street NW
Washington, DC 20004
202-305-0371 (voice)
202-514-0097 (fax)
dan.smith2@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing was served this 15th day of August 2019, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ Daniel S. Smith
DANIEL S. SMITH
Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington D.C. 20044-7611
202-305-0371 (voice)
dan.smith2@usdoj.gov