# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 13844** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, dated September 13, 2019, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following date and time has been scheduled as an omnibus hearing in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

| Date & Time | Location |
|---|---|
| November 5, 2019 at 2:00 p.m. | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 |

2. Additional omnibus hearings will occur thereafter in the Chapter 11 Cases as may be scheduled by subsequent order of the Court.

3. All matters in the Chapter 11 Cases shall be set for and heard on the date scheduled for an omnibus hearing unless alternative hearing dates are approved by the Court for good cause shown.

RLF1 22028842v.1