## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket No. 13846** |
|  | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                       ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 19, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on September 23, 2019 Starting at 10:00 a.m. (EDT)," dated September 19, 2019 [Docket No. 13846], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed <u>Exhibit A</u>,

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c. delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>.

---

[1] The last four digits of Energy Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Wing Chan

Sworn to before me this
25th day of September, 2019

Notary Public

FORREST KUFFER
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) KEVIN G ABRAMS & JOHN M SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 600 N. KING ST., 4TH FLOOR WILMINGTON DE 19801 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & CORY P STEPHENSON ESQ 1204 N KING STREET WILMINGTON DE 19801 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO TXU 2007-1 RAILCAR, RED BALL) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP 2950 EXPRESS DRIVE S STE 210 ISLANDIA NY 11749 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J ESBROOK 161 N CLARK ST, FL 16 CHICAGO IL 60601 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) ATTN: WILLIAM WEINTRAUB THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 324 25TH ST OGDEN UT 84401 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN: CLARK WHITMORE, ANA CHILINGARISHVILI 90 S 7TH ST STE 3300 MINNEAPOLIS MN 55402-4140 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 9857 N 2210 RD ARAPAHO OK 73620-2123 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, SETH GOLDMAN ESQ JOHN W SPIEGEL ESQ 350 S GRAND AVE 50TH FL LOS ANGELES CA 90071 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ |

| Claim Name | Address Information |
|---|---|
| O'MELVENY & MYERS LLP | 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS 1007 ORANGE ST STE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | ATTN: KURT F GWYNNE, KIMBERLY EC LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ, VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: FREDERICK B ROSNER; SCOTT J LEONHARDT 824 N MARKET ST, STE 810 WILMINGTON DE 19801 |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY CIVIL DIVISION 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 300 DELAWARE AVE STE 1300 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | ATTN: BRIAN D WOMAC 8301 KATY FWY HOUSTON TX 77024 |
| WOMBLE BOND DICKINSON | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |

| Claim Name | Address Information |
| --- | --- |
| WOMBLE BOND DICKINSON | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |

**Total Creditor count  59**

| Claim Name | Address Information |
|---|---|
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D MOAK ESQ 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |

**Total Creditor count  8**

**EXHIBIT B**

# Energy Future Holdings Corp., et al.
## Consented to Email Fed. R. Bankr. P. Rule 2002 List Parties
### Email Service List

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) ATTN: LAUREL D ROGLEN | roglenl@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUSINS ESQ, ERIN R FAY ESQ, EVAN T MILLER ESQ | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN; | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: MICHAEL BUSENKELL & EVAN RASSMAN | mbusenkell@gsbblaw.com; erassman@gsbblaw.com |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER | jkrause@gibsondunn.com; MNeumeister@gibsondunn.com; |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH; CHARLES H CREMENS) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| ONCOR | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | Patricia@PatVillarealLaw.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD ESQ, GREGG M GALARDI, ESQ, D. ROSS MARTIN ESQ | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JOSHUA P SEARCY ESQ | joshsearcy@jrsearcylaw.com |
| STEVENS & LEE PC | (COUNSEL TO CHARLES H CREMENS) ATTN: JOSEPH H HUSTON JR | jhh@stevenslee.com |

## Energy Future Holdings Corp., et al.
### Consented to Email Fed. R. Bankr. P. Rule 2002 List Parties
### Email Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN)<br>ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL)<br>ATTN: L KATHERINE GOOD ESQ | kgood@wtplaw.com |

| | |
|---|---|
| **Total Creditor Count** | **26** |
| **Total Email Count** | **41** |

**EXHIBIT C**

ENERGY FUTURE HOLDINGS CORP., et al.
**Core Parties & Rule 2002 List**
**Fax Service List**

| Name | Attention | Fax Number |
|------|-----------|------------|
| AKERMAN LLP | ATTN: ANDREA S HARTLEY | 305-374-5095 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 718-331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 718-331-1852 |
| ASHBY & GEDDES PA | ATTN: WILLIAM BOWDEN & GREGORY TAYLOR | 302-654-2067 |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J ALANIZ | 214-953-6503 |
| BALLARD SPAHR LLP | ATTN: LAUREL D ROGLEN | 302-252-4466 |
| BALLARD SPAHR LLP | ATTN: MATTHEW G SUMMERS; | 302-252-4466 |
| BARNES & THORNBURG LLP | ATTN: DAVID M POWLEN, KEVIN G COLLINS | 302-300-3456 |
| BARNES & THORNBURG LLP | ATTN: KEVIN C DRISCOLL JR | 312-759-5646 |
| BAYARD PA | ATTN: SCOTT COUSINS, ERIN FAY, EVAN MILLER | 302-658-6395 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | ATTN: KEVIN M CAPUZZI | 302-442-7012 |
| BLANK ROME LLP | ATTN: MICHAEL B SCHAEDLE | 215-569-5555 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | 302-425-6464 |
| BRAUNHAGEY & BORDEN LLP | ATTN: J. NOAH HAGEY, AMY BROWN | 415-599-0210 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN | 856-853-9933 |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER, JEREMY B COFFEY | 212-209-4801 |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; LAITH HAMDAN | 212-541-1439 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN | 212-904-0500 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | ATTN: SHAWN M CHRISTIANSON | 415-227-0770 |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: HOWARD R HAWKINS JR; ELLEN M HALSTEAD; MICHELE MAMAN & THOMAS J CURTIN | 212-504-6666 |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN: WILLIAM CHIPMAN, MARK OLIVERE | 302-295-0199 |
| CITIBANK N.A. | ATTN: ERIC G LIGAN, VICE PRESIDENT | 646-495-9259 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI | 646-291-3258 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B MOSLEY | 817-392-8359 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | 212-225-3999 |
| COHEN & GRIGSBY, PC | ATTN: THOMAS D MAXSON | 412-209-1837 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 514-982-7635 |
| COWLES & THOMPSON | ATTN: STEPHEN C STAPLETON | 214-672-2309 |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | 212-701-5800 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | 212-553-3080 |
| DLA PIPER LLP (US) | ATTN: ASHLEY R ALTSCHULER; RCRAIG MARTIN | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A COHEN & ROBERT K MALONE | 302-467-4201 |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R FINE | 855-230-2518 |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN, MARK HEBBELN LARS PETERSON | 312-832-4700 |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; CARL NEFF | 302-656-8920 |
| FRANKGECKER LLP | ATTN: JOSEPH D FRANK, REED HEILIGMAN, FRANCES GECKER | 312-276-0035 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | ATTN: BRAD E SCHELER, GARY L KAPLAN | 212-859-4000 |
| FRIEDLANDER & GORRIS P.A. | ATTN: JEFFREY GORRIS, CHRISTOPHER QUINN | 302-573-3501 |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN: MICHAEL G BUSENKELL, EVAN BUSENKELL | 302-425-5814 |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER, DANIEL DENNY | 213-229-6995 |
| GLAST PHILLIPS & MURRAY PC | ATTN: JONATHAN L HOWELL PLLC | 972-419-8329 |
| HAYNES AND BOONE LLP | ATTN: PATRICK L HUGHES | 713-236-5401 |
| HAYNES AND BOONE LLP | ATTN: IAN T PECK | 817-348-2350 |
| HINCKLEY ALLEN | ATTN: JENNIFER V DORAN | 617-345-9020 |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL | 302-656-7599 |
| HOLLAND & KNIGHT LLP | ATTN: CHRISTINE C RYAN | 202-955-5564 |
| INTERNAL REVENUE SERVICE | | 855-235-6787 |
| JACKSON WALKER LLP | ATTN: J SCOTT ROSE | 210-978-7790 |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID ROSNER, ANDREW GLENN | 212-506-1800 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES CARR, BENJAMINN FEDER, GILBERT SAYDAH | 212-808-7897 |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL & CLAY TAYLOR, KATHERINE THOMAS | 817-878-9280 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H LEMISCH | 215-568-6603 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | 212-715-8000 |
| LANDIS RATH & COBB LLP | ATTN: ADAM G LANDIS, MATTHEW B MCGUIRE | 302-467-4450 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 713-583-2833 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DIANE WADE SANDERS | 512-443-5114 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY | 512-472-0532 |
| LOCKE LORD LLP | ATTN: PHILIP EISENBERG | 713-223-3717 |

## ENERGY FUTURE HOLDINGS CORP., et al.
### Core Parties & Rule 2002 List
### Fax Service List

| Name | Attention | Fax Number |
|------|-----------|------------|
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS | 302-657-2104 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E HUGGETT & AMY D BROWN | 302-888-1119 |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: LEE GORDON | 512-323-3205 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: DAVID P PRIMACK | 302-654-4031 |
| MCKOOL SMITH | ATTN: PAUL D MOAK | 713-485-7344 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE, EVAN R FLECK | 212-530-5219 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A GINTHER, BANKRUPTCY UNIT | 573-751-7232 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, SIDNEY LIEBESMAN | 302-504-7820 |
| MORGAN LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES, C CANTER | 617-951-8736 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER | 302-571-1750 |
| MORRIS NICHOLS ARSNT & TUNNELL LLP | ATTN: ANDREW REMMING | 302-658-3989 |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK, BRETT H MILLER, LORENZO MARINUZZI | 212-468-7900 |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN | 214-978-4335 |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN: KERRY L HALIBURTON | 254-754-6331 |
| NIXON PEABODY | ATTN: RICHARD C PEDONE; AMANDA D DARWIN | 617-345-1300 |
| O'KELLY & ERNST LLC | ATTN: MICHAEL J JOYCE | 302-295-2873 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; CRAIG W DENT, BRIAN P GUINEY | 212-336-2222 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN, JACOB ADLERSTEIN | 212-757-3990 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK | 713-862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS | 512-302-1802 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO | 817-860-6509 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JEANMARIE BAER | 940-723-8553 |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD, JUSTIN EDELSON, SHANTI KATONA | 302-252-0921 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY | ATTN: MICHAEL L ATCHLEY; MATTHEW T TAPLETT | 817-877-4781 |
| POTTER ANDERSON & CORROON LLP | ATTN: JEREMY RYAN, R. STEPHEN MCNEILL | 302-658-1192 |
| PROSKAUER ROSE LLP | ATTN: JEFF J MARWIL, MARK K THOMAS PETER J YOUNG | 312-962-3551 |
| REED SMITH LLP | ATTN: ROBERT P SIMONS | 412-288-3063 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E SHICKICH JR | 206-389-1708 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | 646-728-1663 |
| ROPES & GRAY LLP | ATTN: KEITH WOFFORD, GREGG GALARDI, D. ROSS MARTIN | 212-596-9090 |
| ROSS ARONSTAM & MORITZ LLP | ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER | 302-576-1100 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER R BELMONTE AND PAMELA A BOSSWICK | 212-818-9606 |
| SAUL EWING LLP | ATTN: MARK MINUTI | 302-421-5873 |
| SAUL EWING LLP | ATTN: LUCIAN B MURLEY | 302-421-5864 |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | 212-480-8421 |
| SHEARMAN & STERLING LLP | ATTN: FREDRICK SOSNICK, NED SCHODEK | 646-848-8571 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GEORGE N PANAGAKIS; CARL T TULLSON | 312-407-0411 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: MARK S CHEHI | 302-651-3001 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: JAY M GOFFMAN | 212-735-2000 |
| SMITH KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M MILLER | 302-652-8405 |
| SNELL & WILMER LLP | ATTN: DAVID E LETA | 801-257-1800 |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D LERNER | 513-361-1201 |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN, MICHAEL H TORKIN | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | 302-428-8195 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: LINO MENDIOLA, III, | 512-721-2656 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: DENNIS ROEMLEIN | 713-483-6979 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: THOMAS VLAHAKIS,VP | 973-357-7840 |
| THE UNIVERSITY OF TEXAS SYSTEM | ATTN: TRACI L COTTON | 512-499-4519 |
| THOMPSON COBURN LLP | ATTN: DAVID D FARRELL | 314-552-7000 |
| TRAVIS COUNTY | ATTN: KAY D BROCK, ASSISTANT COUNTY ATTORNEY | 512-854-4808 |
| TUCKER ARENSBERG, PC | ATTN: JORDAN S BLASK, LARA E SHIPKOVITZ | 412-594-5619 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | 314-612-8499 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN | 212-407-7799 |
| VENABLE LLP | ATTN: JAMIE L EDMONSON | 302-298-3550 |
| VENABLE LLP | ATTN: JEFFREY S SABIN | 212-307-5598 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS | 212-530-5219 |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M WEINSTEIN | 214-865-6140 |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | 305-358-5744 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: P ANKER, C PLATT, D JENKINS & G SHUSTER | 212-230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND | 617-526-5000 |
| WILMINGTON TROST FSB | ATTN: JEFFREY T ROSE | 612-217-5651 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | 302-571-1253 |

**Total Fax Count    123**

ENERGY FUTURE HOLDINGS CORP., et al.

**U.S. Trustee**
**Fax Service List**

| Name | Attention | Fax Number |
|------|-----------|------------|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L SCHEPACARTER | 302-573-6497 |

| Total Fax Count | 1 |
|-----------------|---|