IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ENERGY FUTURE HOLDINGS CORP., et al., <br><br> Debtors. <br> --- <br> NEXTERA ENERGY, INC, <br><br> Appellant, <br><br> v. <br><br> ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., THE LIVERPOOL LIMITED PARTNERSHIP, UMB BANK, N.A., AND THE EFH PLAN ADMINISTRATOR BOARD, <br><br> Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 14-10979(CSS) <br><br> (Jointly Administered) <br><br><br><br><br> Civil Action No. 18-01253-RGA |

ORDER

For the reasons stated in the Memorandum Opinion, IT IS HEREBY ORDERED that the Bankruptcy Court Order (D.I. 1-1) is **AFFIRMED**.

Entered this 30 day of September, 2019.

*Richard G. Andrews*
United States District Judge