# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING ORDER TERMINATING UNDERTAKINGS FILED IN ACCORDANCE WITH RESERVE ORDER

The undersigned hereby certifies as follows:

1. On September 30, 2016, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Establishing Plan Reserve for TCEH First Lien Creditor Plan Distribution Allocation Dispute* [D.I. 9718] (the "**Reserve Order**")[2] that permitted the Reserving TCEH First Lien Creditors to either (i) execute Undertakings to receive their respective Pro Rata share of Plan Distributions without holdback or (ii) deposit their respective Plan Distributions Holdback into an Escrow.

2. Pursuant to the Reserve Order, certain Reserving TCEH First Lien Creditors filed Undertakings with the Court and received their respective Pro Rata shares of Plan Distributions without holdback upon the Effective Date of the Plan. Paragraph 6 of each Undertaking provides that the Undertaking Party's obligations thereunder terminate upon

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not defined, herein shall have the same meanings ascribed to such terms in either the Reserve Order or the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, attached as Exhibit A to the order confirming the same [D.I. 9421] (the "**Plan**").

RLF1 22140185v.1

compliance with the TCEH First Lien Creditor Plan Distribution Allocation Order or by Court order.

3. On June 19, 2019, the Court of Appeals for the Third Circuit entered an order affirming the order of the District Court for the District of Delaware entered on March 29, 2018, dismissing the TCEH First Lien Creditor Plan Distribution Allocation Dispute litigation (the "**Third Circuit's Order**"). *See In re Energy Future Holdings Corp.*, 773 Fed. Appx. 89 (3d Cir. 2019). The time to pursue any further appeals or proceedings with respect to the Third Circuit's Order expired on September 17, 2019, and the Third Circuit's Order has become the TCEH First Lien Creditor Plan Distribution Allocation Order as defined in the Plan.

4. In accordance with the terms of the Undertakings, the Reorganized TCEH Debtors, the TCEH First Lien Notes Trustee and the Undertaking Parties hereby submit to the Court the proposed order attached hereto as **Exhibit A** (the "**Proposed Order**") that provides for the termination of each of the Undertakings and all obligations thereunder. For the avoidance of doubt, a separate order authorizing the release of the Plan Distributions Holdback from Escrow will be filed with the Court at a later time.

WHEREFORE the Reorganized TCEH Debtors, the TCEH First Lien Notes Trustee, and the Undertaking Parties respectfully request that the Court enter the Proposed Order at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: October 2, 2019
Wilmington, Delaware

        */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Reorganized TCEH Debtors*