**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 13863** |

**ORDER TERMINATING UNDERTAKINGS
FILED IN ACCORDANCE WITH RESERVE ORDER**

Upon the certification of counsel, dated October 2, 2019 (the "**Certification of Counsel**")[2] filed by the Reorganized TCEH Debtors, filed in connection with the *Order Establishing Plan Reserve for TCEH First Lien Creditor Plan Distribution Allocation Dispute* [D.I. 9718] (the "**Reserve Order**") for entry of an order terminating the Undertakings filed with this Court (the "**Termination Order**"); and this Court having jurisdiction to consider the requested relief pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the requested relief and a proposed form of Termination Order having been provided to the TCEH First Lien Notes Trustee and the Undertaking Parties;

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not defined, herein shall have the same meanings ascribed to such terms in the Certification of Counsel.

and the TCEH First Lien Notes Trustee and the Undertaking Parties having consented to entry of the proposed Termination Order; and it appearing that no other or further notice need be provided; and upon all of the proceedings had before this Court; and this Court having determined that the legal and factual bases set forth in the Certification of Counsel establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Undertakings filed with the Court are hereby terminated and the Undertaking Parties are hereby released from all obligations thereunder, effective as of September 17, 2019.

2. The Reorganized TCEH Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: October 7th, 2019**
**Wilmington, Delaware**

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 22140190v.1