## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
### PURSUANT TO DEL. BANKR. L.R. 9010-1

1.     Jason M. Madron, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Frank C. Brame (the "Admittee") of The Brame Law Firm PLLC, 3333 Lee Parkway, Suite 600, Dallas, Texas 75219, to represent Texas Competitive Electric Holdings Company LLC, as a reorganized debtor in the above-captioned cases.  The Admittee is a member in good standing of the Bar of the State of Texas, and is admitted to practice before the United States District Court for the Northern, Southern, and Eastern Districts of Texas, and the United States Court of Appeals for the Fifth and Ninth Circuits.

Dated: October 16, 2019
       Wilmington, Delaware

                                        */s/ Jason M. Madron*
                                        Jason M. Madron (Bar No. 4431)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:    (302) 651-7700
                                        Facsimile:    (302) 651-7701
                                        E-mail:       Madron@rlf.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

2.      Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Local Rules.  In accordance with the *Revised Standing Order for District Fund*, effective September 1, 2016, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court for the District of Delaware prior to the filing of this motion.

*/s/ Frank C. Brame*
Frank C. Brame
THE BRAME LAW FIRM PLLC
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:      (214) 665-9464
Facsimile:      (214) 665-9590
E-mail:          frank@bramelawfirm.com