**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: D.I. 13869** |

**CERTIFICATION OF NO OBJECTION REGARDING "MOTION OF REORGANIZED TCEH FOR ENTRY OF AN ORDER (I) WAIVING THE REQUIREMENTS OF LOCAL BANKRUPTCY RULES 3007-1(f)(i) AND (f)(iii) AND (II) APPROVING THE FORM AND MANNER OF NOTICE TO AFFECTED CLAIMANTS IN CONNECTION WITH 'REORGANIZED TCEH'S FIFTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1'" [D.I. 13869]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or any other responsive pleading to the *Motion of Reorganized TCEH for Entry of an Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants In Connection With "Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1"* [D.I. 13869] (the "Motion") filed by Texas Competitive Electric Holdings Company LLC

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 22313760v.1

("Reorganized TCEH"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 16, 2019.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of "Motion of Reorganized TCEH for Entry of an Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants In Connection With 'Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1'" and Hearing Thereon* filed contemporaneously with the Motion, responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on October 29, 2019.

Reorganized TCEH therefore respectfully requests that the proposed form of order attached hereto as **Exhibit A**, which is materially[2] in the same form filed with the Motion, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank.*]

---

[2] A redline of the proposed form of order attached hereto as **Exhibit A** marked against the proposed form of order filed along with the Motion is attached hereto as **Exhibit B** for the Court's reference. Reorganized TCEH respectfully submits that the modifications to the proposed form of order attached hereto as **Exhibit A** are wholly immaterial in nature.

Dated: October 31, 2019
    Wilmington, Delaware      */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com

*Co-Counsel to Reorganized TCEH*