# **EXHIBIT B**

**Redline of Order**

RLF1 22313760v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|   | ) ) | **Re: D.I. 13869** |

**ORDER (I) WAIVING THE REQUIREMENTS OF LOCAL
BANKRUPTCY RULES 3007-1(f)(i) AND (f)(iii) AND (II) APPROVING
THE FORM AND MANNER OF NOTICE TO AFFECTED CLAIMANTS IN
CONNECTION WITH "REORGANIZED TCEH'S FIFTY-THIRD
OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS
REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1"**

Upon the motion, dated October 16, 2019 [D.I. 13869] (the "Motion")[2] of Reorganized TCEH for entry of an order (this "Order") granting a waiver of certain requirements of Local Bankruptcy Rule 3007-1 and approving the form and manner of notice relating to the Fifty-Third Omnibus Claim Objection, all as set forth in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion.

all of the Reorganized TCEH Debtors, the TCEH Debtors' creditors, and other parties-in-interest; and the Court having found that Reorganized TCEH provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion, and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. Pursuant to Local Bankruptcy Rule 3007-1(f)(ii), and notwithstanding anything in the Local Bankruptcy Rules to the contrary, Reorganized TCEH may object to up to 5,100 TCEH Asbestos Claims in the Fifty-Third Omnibus Claim Objection consistent with the claims administration process contemplated in the Initial TCEH Final Decree.

3. Notwithstanding anything to the contrary in Local Bankruptcy Rule 3007-1(f)(iii), Reorganized TCEH is not required to include all of its substantive objections to the TCEH Asbestos Claims in the Fifty-Third Omnibus Claim Objection and, so long as the circumstances stated in Local Bankruptcy Rule 3007-1(f)(v) exist that pertain to amending claim objections, Reorganized TCEH may amend any claim objection related to the TCEH Asbestos Claims in the Fifty-Third Omnibus Claim Objection without written consent or leave of the Court.

4. The Proposed Form of Notice, substantially in the form attached hereto as **Exhibit 1**, is APPROVED as sufficient notice of the Fifty-Third Omnibus Claim Objection to affected claimants and is appropriate under the circumstances. Reorganized TCEH shall serve each Affected Claimant with a complete copy of the Fifty-Third Omnibus Claim Objection

(inclusive of its exhibits) in electronic format only on a USB flash drive via U.S. first class mail along with a paper copy of the Proposed Form of Notice, *provided*, that unless an Affected Claimant requests a paper copy of the complete Fifty-Third Omnibus Claim Objection, Reorganized TCEH is not required to serve each Affected Claimant with a paper copy of such document.  Reorganized TCEH shall further serve (i) a complete paper copy of the Fifty-Third Omnibus Claim Objection (inclusive of its exhibits) on known counsel to any of the Affected Claimants, and (ii) each of the Core/2002 Parties with a complete copy of the Fifty-Third Omnibus Claim Objection (inclusive of its exhibits) in electronic format only on a USB flash drive.  Service of the Fifty-Third Omnibus Claim Objection and Proposed Form of Notice in accordance with this paragraph 4 satisfies the requirements of Bankruptcy Rule 3007(a)(2)(A) and Local Bankruptcy Rule 3007-2 and is sufficient and adequate under the circumstances.

5.     Reorganized TCEH is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6.     Notice of the Motion as provided therein shall be deemed good and sufficient, and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

7.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# Exhibit 1

In re: Texas Competitive Electric Holdings
Company LLC, Case No. 14-10978 (CSS)

LLC

_____, 2019

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' chapter 11 cases being jointly administered for procedural purposes only under Case No. 14-10979 (CSS) (Bankr. D. Del.).

The company has filed an Objection to your claim through which it is seeking to **modify** your claim(s) – number(s) [INSERT].  <u>Our reason(s) for the modification(s) to your claim(s) is/are detailed in the enclosed materials</u>.  **For your convenience, a complete copy of the Objection (inclusive of its exhibits) is enclosed in electronic format on a USB flash drive**.  You may also access a copy of the Objection free of charge at the following internet address: http://www.efhcaseinfo.com.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before _____, **2019**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by _____, 2019 at 4:00 P.M. (EST).

If you have any questions, or if you would like to receive a complete paper copy of the Objection at no charge, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>) |

**NOTICE OF REORGANIZED TCEH'S FIFTY-THIRD**
**OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS**
**REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT TO**
**SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,**
**AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO**:   [NAME]                              [custom fields]
         [STREET ADDRESS]
         [CITY], [STATE] [ZIP]
         [COUNTRY]

On _____, 2019, Reorganized TCEH filed **Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection").[2]

By the Objection, Reorganized TCEH seeks to **liquidate and allow** your claim against the applicable TCEH Debtor as follows:

[Claim Number]     [Filed Amount]     [Allowed Amount for Plan Distribution Purposes]

[TCEH Debtor Against Whom Claim is Allowed]

Responses to the Objection, if any, must be in writing and filed on or before _____, **2019 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Objection.

2

At the same time, you must also serve a copy of any such response upon the undersigned counsel to Reorganized TCEH listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON _____, 2019 **STARTING AT \_\_\_\_:\_\_\_ \_\_.M (EASTERN STANDARD TIME),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, or if you would like to receive a complete paper copy of the Objection at no charge, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

[*Remainder of page intentionally left blank.*]

~~Dated: _____, 2019~~
~~Wilmington, Delaware~~    ~~**RICHARDS, LAYTON & FINGER, P.A.**~~

Dated: _____, 2019
Wilmington, Delaware    **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

~~**KIRKLAND & ELLIS LLP**~~
**THE BRAME LAW FIRM PLLC**
~~**KIRKLAND & ELLIS INTERNATIONAL LLP**~~
~~Edward O~~Frank C~~. Sassower, P.C.~~ Brame (admitted *pro hac vice*)
~~Stephen E. Hessler, P.C. (admitted *pro hac vice*)~~
~~Brian E. Schartz, P.C. (admitted *pro hac vice*)~~
~~Steven N. Serajeddini (admitted *pro hac vice*)~~
~~Aparna Yenamandra (admitted *pro hac vice*)~~
~~601 Lexington Avenue~~
~~New York, New York 10022-4611~~
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:  (214) 665-9464
Facsimile:  (214) 665-9590
Email:  frank@bramelawfirm.com

~~Telephone:  (212) 446-4800~~
~~Facsimile:  (212) 446-4900~~
~~Email:  edward.sassower@kirkland.com~~
~~stephen.hessler@kirkland.com~~
~~brian.schartz@kirkland.com~~
~~steven.serajeddini@kirkland.com~~
~~aparna.yenamandra@kirkland.com~~
~~-and-~~

~~James H.M. Sprayregen, P.C. (admitted *pro hac vice*)~~
~~Marc Kieselstein, P.C. (admitted *pro hac vice*)~~

3

~~Chad J. Husnick, P.C. (admitted *pro hac vice*)~~
~~300 North LaSalle~~
~~Chicago, Illinois 60654~~
~~Telephone:   (312) 862-2000~~
~~Facsimile:    (312) 862-2200~~
~~Email:         james.sprayregen@kirkland.com~~
~~                    marc.kieselstein@kirkland.com~~
~~                    chad.husnick@kirkland.com~~

*Co-Counsel to Reorganized TCEH*

4

| Comparison Details | |
|---|---|
| Title | **pdfDocs compareDocs Comparison Results** |
| Date & Time | 10/31/2019 3:32:21 PM |
| Comparison Time | 1.40 seconds |
| compareDocs version | v4.1.500.10 |

| Sources | |
|---|---|
| Original Document | [#22313600] [v1] EFH - Original Order Granting Motion to Approve (I) Waiver of Requirements of Local Rule 3007-1 (f)(i) and (II) Proposed Form of Notice in Connection With Fifty-Third Omnibus Objection to Liquidate and Allow T-Side Asbestos Claims.docx |
| Modified Document | [#22313608] [v1] EFH - Revised Order Granting Motion to Approve (I) Waiver of Requirements of Local Rule 3007-1 (f)(i) and (II) Proposed Form of Notice in Connection With Fifty-Third Omnibus Objection to Liquidate and Allow T-Side Asbestos Claims.docx |

| Comparison Statistics | |
|---|---|
| Insertions | 9 |
| Deletions | 5 |
| Changes | 6 |
| Moves | 0 |
| TOTAL CHANGES | 20 |

| Word Rendering Set Markup Options | |
|---|---|
| Name | Standard |
| Insertions | |
| Deletions | |
| Moves / Moves | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Formatting | Color only. |
| Changed lines | Mark left border. |
| Comments color | By Author. |
| Balloons | False |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after Saving | General | Always |
| Report Type | Word | Track Changes |
| Character Level | Word | True |
| Include Headers / Footers | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include List Numbers | Word | True |
| Include Tables | Word | True |
| Include Field Codes | Word | True |
| Include Moves | Word | True |
| Show Track Changes Toolbar | Word | True |
| Show Reviewing Pane | Word | False |
| Update Automatic Links at Open | Word | False |
| Summary Report | Word | End |
| Include Change Detail Report | Word | Separate |

| Document View | Word | Print |
|---|---|---|
| Remove Personal Information | Word | False |
| Flatten Field Codes | Word | False |