## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 5, 2019 STARTING AT 2:00 P.M. (EST)[2]

## I.    RESOLVED MATTER:

1.    Reorganized TCEH Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 13851; filed September 23, 2019]

Response/Objection Deadline:        October 7, 2019 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.    Certification of No Objection Regarding "Reorganized TCEH Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors" [D.I. 13851] [D.I. 13865; filed October 8, 2019]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The November 5, 2019 (the "November 5th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 2:00 p.m. (EST). Any person who wishes to appear telephonically at the November 5th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Monday, November 4, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

ii.     Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 13868; filed October 15, 2019]

Status: On October 15, 2019, the Court entered an order granting Texas Competitive Electric Holdings Company LLC ("Reorganized TCEH") the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II.     UNCONTESTED MATTER WITH A CERTIFICATION OF NO OBJECTION:

2.     Motion of Reorganized TCEH for Entry of an Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants in Connection with "Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 13869; filed October 16, 2019]

Response/Objection Deadline:          October 29, 2019 at 4:00 p.m. (EDT)

Responses/Objections Received:       None.

Related Documents:

i.      Certification of No Objection Regarding "Motion of Reorganized TCEH for Entry of an Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants in Connection with 'Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1'" [D.I. 13869] [D.I. 13873; filed October 31, 2019]

Status: On October 31, 2019, Reorganized TCEH filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

Dated: November 1, 2019
     Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com

*Co-Counsel to Reorganized TCEH*