# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 11/05/2019
Calendar Time: 02:00 PM ET

*2nd Revision  Nov 5 2019 6:10AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10166845 | Frank Brame | (214) 665-9464 ext. | The Brame Law Firm, PLLC | Interested Party, The Brame Law Firm, PLLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10166524 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Reseach / LISTEN ONLY |

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** (CSS) 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/5/19 at 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason M Madron | Richard Layton + Finger | Reorgan'd TCEH |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.