UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

FILED

2019 NOV 13  AM 9:08

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEBTOR: RE: ENERGY FUTURE HOLDINGS CORP, TCEH ET.AL .

Chapter 11

Case No.  14-10979

STOCKHOLDER, INTERESTED PARTY, BENEFICARY:  Kenneth R Stewart aka KENNETH S STEWART

PRO SE

## OBJECTION TO PLAN WITH NEW PLAN

## NEW FOUND EVIDENCE 5-20-2005 OF FRAUD

Newfound evidence of fraud and collusion using bankruptcy as the vehicle, "The Hunt-Hill Corporate takeover." On or about September 27, 2019, I put in my second request in Probate Court #2 in Dallas County a motion to unseal records regarding Haroldson L Hunt Jr. After doing my investigation, I obtained information about Haroldson L Hunt Jr's death certificates that points to fraud, The certificates are voided with incorrect dates and names. Enter into Probate Court #2 in Dallas County Texas 2007 which had cause #93-2527. **Exhibit A.**

**Exhibit B & Exhibit C.**  First the death certificate for HL HUNT SR died April 21, 2005 3pm.

**Exhibit B & Exhibit C.**  Second the death certificate for HL HUNT JR, Amendment April 20, 2005 3 pm.

Furthermore, in 2008 I was listed with Albert Hill Jr as a defendant in 2008 Probate Court #2 Dallas County.  I was never served with the petition to show, they were sealed that day. **Exhibit D.**

The corporate trust has been in my name since 1973.  They had 33 years to methodically plan the death of HL HUNT Jr aka "Hassie" whose passing was in 1974 and 1975, respectively.

1. Dividends owed by the debtor from past revenues purported to be worth many millions in USD owed to me needs to be paid. There has been no accounting, so how do we even know if they are indeed in financial bankruptcy? The Delaware Trust Company as Indenture trustee the unexpired leases the rents fixtures the inter creditor agreement which I am the beneficiary to the trusts. That was established in 1973.

2. Inter First Bank which HL Hunt bailed out in the 1940's and became partner, turned into Nations Bank (NCNB) then Bank of America. In 1998, I signed the contract with then president of Nations Bank Kathy

Conner and Kuk Ja Stewart and myself as a corporate entity KENNY STEWART. The contractor means beneficiary, beneficiary means lender Nations Bank is the lender. Also, I appointed Michael F Hord as trustee, now with Deutsches Bank collecting the insurance premiums for all the flood plain in Texas then he sends it to the Treasury. **Exhibit E**. Now it is known as Bank of America. I signed it because Kenneth James Stewart instructed me to and I have never been compensated. This is RHC and RSH trusts and was taken away in May 6, 2005. **Exhibit F** these trust ties in to asset back securities NC 2002-1. **Exhibit F-a.**

3. **Exhibit G.**: 500 billion bond that was due in 2016, the utility easement, transmission of electric

4. Kenneth R. Stewart has no agent that represents, no partner has any say or control over my assets. This has been stated before.

5. Whereas, Debtor has concealed ownership to conspire conspiracy on the highest level. Whereas, EFIH, EFH, TXU ETAL subsidiaries are owned by the interested party. See *Judge Daniel T Olstan, Fraud is a generic term that encompasses the multifarious and often ingenious means by which one individual can gain an advantage over another through deliberate false suggestions, concealment, or misrepresentations of the truth.*

6. Fraudulent acts include the submitting of false claims, tampering with scales and measures, bookkeeping, tax evasion, and intentionally lying in contractual negotiations. In ethical terms, fraud combines deliberate falsehoods with a conscious willing to prey on the trusting nature and reliance needs of others, hence carries strong moral disapprobation.

7. in law, fraud constitutes a defense to a breach of contract action, an affirmative cause of action in a tort, and a crime.

8. This is part of the shell game that makes Ray Hunt looks innocent. This is just part of the white-collar games these individuals play in the course of business. Then they file bankruptcy to cloud up the paper trail.

9. Fraud and fraudulent neglect against those initial principals and attorneys. Generally, a defendant's fraudulent concealment of wrongdoing will toll the running of *limitations Kerlin v Sauceda, 263 S.W. 3d 920, 925 (2008) (citing Shah v Moss, 67 S.W.3d 836, 841 (Tex 2001); see also Seureauve v ExxonMobil Corp., 274 S.W. 3d 306,228 (Tex. App.-Houston[14th district] 2008, no pet)* ("[T]he fraudulent-concealment doctrine is an affirmative defense to limitations that resembles equitable estoppels") to prove fraudulent concealment, a plaintiff must show that the defendant actually knew a wrong occurred, had a fixed purpose to conceal the wrong, and did conceal the wrong. *Shah, 67 S.W. 3d. at 841 see also Seureau 274 S.W. 3d at 228(stating that plaintiff must demonstrate defendants had' (1) actual knowledge that a wrong occurred, (2) a duty to disclose the wrong, and(3) a fixed purpose to conceal the wrong"). Santanna Natural Gas v Hanmed Operations, 954 S.W. 2d 885, 890 (Tex. App- Austin1997, pet denied)* defining elements of fraudulent concealment as "first, actual knowledge by the defendants that a wrong has occurred, and second a fixed purpose to conceal the facts necessary for the plaintiff to know that it has a cause of action"). Accordingly, the "gist of the fraudulent concealment defense is the defendants active suppression of the truth of its failure to disclose the truth when it is under a duty to speak. *"Hay v Shell Oil Co., 986 S.W. 2d 772,778 (Tex. App Corpus Christi 1999, pet denied) importantly, however, fraudulent concealment will not "bar limitations when the plaintiff discovers the wrong or could have discovered it through the exercise of reasonable diligence." Kerlin, 263 S.W. 3d at 925, see also Shah, 67S.W.3d at 841("Fraudulent concealment tolls limitations until the plaintiff discovers the fraud or could plaintiff knew have discovered the fraud with reasonable diligence.") Determining when a plaintiff knew or reasonably should have known of the cause of action is normally a question of fact. Santana Natural Gas, 954 S.W. 2d at 892.* A party should discover a defendant's concealment when a party learns of the facts, conditions, or circumstances which would cause a reasonably prudent

person to make inquiry, which if pursued, would lead to discover of the fraud. Border*lon v Peck 661 S.W.2d 907,909 (Tex.1983)."* Knowledge of such facts is in law equivalent to knowledge of the cause of action. "Id. [We] hold that the trial court did not err in denying Shells motion for directed verdict and for judgment notwithstanding the verdict on the grounds that the evidence is legally sufficient to show that Shell fraudulently concealed the underpayment of royalties to the Rosses.

10. Board of Directors, agents and advisors have colluded to circumvent the public knowledge of the Creditors, Creditor's ownership through concealment, deception in securities filings by fraud, outright theft of my equity earnings and asset while maximizing the enrichment to themselves for decades. If two or more people to agree to committing the crime of conspiracy. As the Supreme Court explained, "[t]he essence of conspiracy is the combination of mind in an unlawful purpose." We have long held that "fraud prevents the running of the statute of limitations until discovered, or by the exercise of reasonable diligence might have been discovered." *Ruebeck v Hunt, 176 S.W. 2d 738,739 (Tex. 1943). Generally, "[c]auses of action accrue and statues of 5 limitation begin to run when facts come into existence that authorize a claimant to seek a judicial remedy," Emerald Oil, 348 S.W.3d at 202, but "a person cannot be permitted to avoid liability for his action by deceitfully concealing wrongdoing until limitations has run, "S.V. v Peck R.V. 933 S.W.2d 907,909 (Tex.1983),* limitations does not start to run until the fraud is discovered or the exercise of reasonable diligence would discover it Marshall, 342 S.W.3d at 69.

11. Whereas Debtor failed to show the books and records when they were instructed they failed to do so during bankruptcy. This is a criminal conspiracy, when two or more people agree to commit almost any unlawful act, then take some action towards its completion. The action taken need not itself be a crime, but it must indicate that those involved in the conspiracy knew of the plan and intended to break the law.

<div style="text-align:center">I pray that you grant me relief</div>

I pray you grant me summary judgment for $66,000,000 USD as compensation for the fraud and collusion. The 2007 LBO *see Credit Mangers Ass'n o Southern Cal.v.Fed.Co., 62 F. Supp. 17 (C.D. Cal. 1986) January 15, 1986. 629 F.Supp. 175 (1985) *182  Cal.Civil Code S 3439.03* Under fraud you are able to turn the case back before the fraud  started. All the creditors will be paid via the $500 billion dollar bond that is a part of my trust. I will guarantee debt payments from the bond for pension fund along with NEE, TCEH SEMPRA etal and the CREDITORS that were not dismissed. For the record, I retain all my rights and my inherited rights. Even if you do not grant me this relief, then I will have to pursue legal action against Debtors, board of director's state actors, Hunts and Hills.

Signature Prose_____

KENNETH R STEWART JR

2028 SANDY LANE IRVING, TEXAS 75060 PHONE (817)751.3280 EMAIL
STEWARTSTEAM@OUTLOOK.COM

**EXHIBIT A**

a



IN RE: § IN THE PROBATE COURT

ESTATE OF HAROLDSON L. HUNT, JR., § NO. 2

DECEASED. § DALLAS COUNTY, TEXAS

## ORIGINAL PETITION FOR
## CONSTRUCTION OF LAST WILL AND TESTAMENT

Albert G. Hill III ("Hill III" or "Petitioner") files this Original Petition for Construction
of Last Will and Testament ("Petition") against Respondent Tom Hunt ("Respondent"), based on
personal knowledge of Petitioner's own actions and on information and belief as to all other
matters, as follows:

### I.

### PRELIMINARY STATEMENT

On April 20, 2005, Petitioner's great-uncle, Haroldson L. Hunt, Jr. ("Hassie Hunt") died.
In his Last Will and Testament ("Will"), Hassie Hunt exercised a general power of appointment
given to him as the beneficiary of the Haroldson L. Hunt, Jr. Trust Estate ("HHTE") set up by his
parents in 1935. Pursuant to the terms of his bequest, Hassie Hunt gave all of his interests in the
HHTE to the "lineal descendants of my sister, Margaret Hunt Hill, *per stirpes*." Hassie Hunt
also made gifts in his Will to the children of his other siblings of hundreds of millions of dollars
of oil and gas assets—subject to the caveat that those assets should first be used to pay any taxes
owed in connection with the bequest of his interests in the HHTE.

Petitioner, the grandson of Margaret Hunt Hill, is, by virtue of his status as a lineal
descendant of Margaret Hunt Hill, a person with an interest in the estate of Hassie Hunt (the
"Hassie Estate") and a contingent beneficiary of the HHTE. Incredibly, Tom Hunt, the executor
of the Will and the trustee of the HHTE, has taken the position that Petitioner lacks <u>any</u> interest

**EXHIBIT B & C**

a

CERTIFICATION OF VITAL RECORD

**CITY OF DALLAS, TEXAS**
VITAL STATISTICS DIVISION

VOID

CERTIFICATE OF DEATH        STATE FILE NUMBER

STATE OF TEXAS

Haroldson  LaFayette       Hunt   Jr.

November 23, 1917 ... Lake Village, Arkansas ... April 20, 2005 ... 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

White ... Produced ... Oil Industry

4211 West Lawther

Dallas ... Dallas ... 75218 ... No

Haroldson Lafayette Hunt ... Lyda Bunker

Dallas ... 4211 W. Lawther

Tom Hunt-Cousin/Executor ... 1601 Elm St. Ste. #700. Dallas, TX 75201

Hillcrest Memorial Park ... Mont. E ... Sparkman//Hillcrest
Dallas, Texas ... 7605 W. Northwest Hwy.
Church/Private ... April 25, 2005 ... Dallas, Texas 75225

Jeffrey J. Barnard, M.D.  5230 Medical Center Drive     Dallas, TX. 75235 ... Found 3:00 P.

SEE ATTACHED AMENDMENT

Unknown

APRIL 25, 2005

Lynda J. Humphrey

CERTIFICATION OF CERTIFICATE OF DEATH

STATE OF TEXAS        STATE FILE NUMBER

Haroldson  Lafayette    Hunt   Jr. ... April 20, 2005

Dallas, Dallas County, Texas

Chief
Medical Examiner ... 05 ... Found 3:00 P.

Jeffrey J. Barnard, M.D.  5230 Medical Center Drive   Dallas, TX 75235

Complications of ventilatory therapy for quadriplegia ... Unknown

Blunt force injury of head and neck with cervical
spinal cord injury

4-20-05 ... 7250 P. ... Residence

4211 W. Lawther       Dallas, TX

Fell and struck head.

02-03996    July 06, 2005 ... Lynda J. Humphrey

*(handwritten margin notes)* 4-21-05    4-20-2005



**EXHIBIT D**

a



**EXHIBIT E**

a

# Builder's and Mechanic's Lien Contract

(with Power of Sale)

Between

0001014926982

92 502 - 935374

("Owner", whether one or more)

and

("Contractor").

Owner: KLIK J STEWART

Contractor: KENNY STEWART

Owner and Contractor agree as follows:

**1. Property.**

Owner is the owner of the following described real estate: LOT 3, IN BLOCK B, OF ELLIS ADDITION, TO THE CITY OF IRVING, DALLAS COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDED IN VOLUME 68044, PAGE 14, MAP RECORDS OF DALLAS COUNTY, TEXAS.

("Land"). Owner warrants that Owner owns the Land in fee simple, free of any liens or encumbrances other than the following: NO EXISTING LIENS

MECH 13.00
TOTL 13.00
A001 5925 0000000 6953 9:47AM 5/18/95

**2. Improvements.**

Contractor agrees to construct, complete and equip, on or before AUGUST 1, 19 95 (the "Completion Date"), in good and workmanlike manner, including furnishing all labor and materials therefor, according to this Contract and the plans and specifications agreed upon by the parties hereto, the following improvements ("Improvements") on the Land.

REMODELING OF KITCHEN, INCLUDING NEW CABINETS & COUNTERTOPS & FIXTURES, NEW CARPET IN LIVING ROOM, DINING ROOM & KITCHEN, WALLPAPER IN KITCHEN & DININGROOM, AND NEW LIGHT FIXTURES.

**3. Contract Price.**

On or before the date which is thirty-one (31) days after the Completion Date, Owner promises to pay to the order of Contractor the sum of $ 18,788.00, plus any additional sums which may be earned hereunder pursuant to Sections 8 and/or 14 hereof, or such lesser amount as may be earned hereunder ("Contract Price") for the construction of the Improvements.

Payment of the Contract Price shall be made as follows: $ .00 cash paid to Contractor upon execution of this contract; and

☐ (a) If this box is checked, $ 18,788.00 ("Indebtedness") shall be paid on or before the date which is thirty-one (31) days after the Completion Date, which Indebtedness is being transferred and assigned by Contractor to NationsBank of Texas, N.A. ("Lender"). In renewal, extension and rearrangement of the Indebtedness, but not in novation, Owner contemporaneously herewith is executing and delivering to Lender its promissory note of even date herewith payable to the order of Lender in the principal amount of $ 18,788.00 ("Note").

☐ (b) If this box is checked, execution and delivery to Contractor of a Retail Installment Contract pursuant to Chapter 6 of the Texas Credit Code of even date herewith (the "Retail Installment Contract") for a time balance of $ payable in monthly installments of $ each, and a final installment of $

Notwithstanding anything to the contrary in this Contract, Owner may retain the amount required by Subchapter E of Chapter 53 of the Texas Property Code during progress of the construction of the Improvements and for thirty (30) days after the "completion" of the Improvements as defined in that Subchapter.

**4. Plans and Specifications.**

Owner has agreed to and has approved the plans and specifications presented by Contractor.

**5. Commencement.**

This contract is executed, acknowledged and delivered, and the liens are created hereunder before any labor has been performed and before any material has been furnished for the construction of the Improvements.

**6. Lien.**

The term "Beneficiary" as used in this Contract means Contractor, unless Contractor has assigned and transferred the Obligation (defined below) to Lender, in which case the term "Beneficiary" means Lender or the subsequent holder of the Obligation at the time in question. To secure the prompt payment and performance of Owner's Obligation hereunder, Owner hereby grants a Builder's, Mechanic's, Materialman's and Laborer's Lien and security interest for the benefit of Beneficiary on the Land, and all Improvements, additions, materials, fixtures and appurtenances now thereon and hereafter placed thereon (collectively, the "Collateral"), and Owner, for the auxiliary and cumulative enforcement of the liens created hereunder, and for the further consideration, uses, purposes and trusts hereof, has granted, sold and conveyed, and by these presents does grant, sell and convey unto Michael F. Hord, Trustee, of Dallas County, Texas, and his substitutes or successors, the Collateral, and all rights, hereditaments and appurtenances in anywise appertaining or belonging to the Collateral.

95097 01595

**7. Obligation.**

The liens granted hereunder and this conveyance in trust are granted and made to secure and enforce payment and performance of Owner's obligations hereunder (including but not limited to the Note, if applicable under paragraph 3(a) above), and all extensions, renewals, increases and rearrangements thereof, and all additional amounts which may be advanced by Beneficiary for additional work and material necessary for the completion of the Improvements, and all additional sums paid out by Beneficiary which are chargeable to Owner hereunder (all of the foregoing being herein sometimes collectively called the "Obligation").

If any portion of the Obligation cannot be lawfully secured by the lien and security interest herein given and created upon the Collateral, it is agreed that the first payments made on said Obligation shall be applied to the discharge of that portion of the Obligation.

**8. Alterations and Extras.**

No alterations shall be made in the work shown or described by the plans and specifications, nor shall any extra work or materials be charged or paid for, unless a separate estimate for such extra work is submitted in writing by Contractor to Owner and agreed to in writing by them before the extra work is started. The additional amount to be paid for all extra work and materials so agreed to and furnished shall be a part of the Contract Price secured by the lien created by this Contract. Beneficiary, at its option and subject to the execution of such additional loan documents as it might require, may advance all or part of such additional amount, including also any cost increases or overruns agreed in writing between Owner and Contractor, and in such event the additional amount or amounts will be a part of the Obligation secured hereby. If Beneficiary elects not to advance such additional amount, Owner shall pay Contractor in cash upon completion of such extra work. All extra work done or material furnished without such agreement shall be considered as performed under the original Contract and no extra cost shall be demanded or allowed.

**9. Completion.**

If the Improvements fail for any reason to be completed according to this Contract, any construction contract or the plans and specifications, or if all of the labor and material used in erection thereof fails to be provided by Contractor, then Beneficiary shall have a valid and subsisting lien for the Contract Price less such amount as would be reasonably necessary to complete the Improvements according to this Contract, any construction contract and the plans and specifications. Without limitation of the preceding sentence, if Contractor has assigned the Obligation to Lender, then Lender or the subsequent holder of the Obligation at the time in question may complete the construction but shall have no obligation to do so.

**10. Insurance.**

Owner will at all times until the Obligation is paid in full, keep all insurable Collateral insured against the risks covered by policies of fire and extended coverage insurance and such other risks as Beneficiary may require, such insurance to be written in amounts and form acceptable to

Beneficiary, and by companies authorized to transact business in Texas, with loss made payable to the Beneficiary by standard mortgage clauses (without contribution), providing written notice to Beneficiary at least ten (10) days prior to cancellation or change in coverage thereof, and will deliver the policies of insurance to Beneficiary promptly as issued. In the absence of written instructions to the contrary from Beneficiary, such insurance shall be not less than (i) the full insurable value of the Collateral, or (ii) the amount of the Obligation plus the outstanding principal and interest balance of any debt secured by a prior lien against the Collateral or any part thereof. If any part of the Collateral is located within an area that has been, or should at any time be, designated as a special flood hazard area by any federal or state official authorized to make such designation pursuant to the National Flood Insurance Act of 1968, as amended, or pursuant to any national or state flood insurance program, Owner will carry flood insurance covering the Collateral in an amount not less than the lesser of (a) the maximum limit of insurance coverage then available with respect to the Collateral pursuant to any and all national and state flood insurance programs then in effect or (b) the amount of the Obligation, plus the outstanding principal and interest balance of any debt secured by a prior lien against the Collateral or any part thereof. If Owner fails to procure any insurance required by this paragraph, Beneficiary, at its option, may procure such insurance at Owner's sole expense. All renewal and substitute policies of insurance shall be delivered at the office of Beneficiary, premiums paid, at least ten (10) days before termination of policies theretofore delivered to Beneficiary. Beneficiary, at its option, shall be entitled to receive and retain the proceeds of the insurance policies, whether paid by reason of loss, return of premiums or otherwise, applying the same upon the Obligation in such order or manner as Beneficiary shall elect. If any loss shall occur at any time when Owner shall be in default hereunder, Beneficiary shall be entitled to the benefit of all insurance held by or for any Owner, to the same extent as if it had been made payable to Beneficiary.

**11. Taxes.**
Owner will pay all taxes and assessments against or affecting the Collateral as the same shall become due and payable; provided, however, Owner may in good faith, in lieu of paying such taxes and assessments as they become due and payable, by appropriate proceedings contest the validity thereof; and provided that Owner shall pay such tax, assessment, penalties, interest and costs before any judgment therefor becomes final or any writ or order is or may be issued under which any of the Collateral may be sold. If Owner fails to make any such payment of taxes, assessment, penalties, interest or, in the event Owner contests the validity thereof, costs of judgment, Beneficiary may pay them at Owner's expense.

**12. Maintenance.**
Owner will keep the Collateral in good condition, making promptly all repairs, renewals and replacements necessary to such end, and doing promptly all else necessary to such end; but Owner will discharge all claims for labor performed and material furnished therefor, and will not suffer any lien of mechanics or materialmen to attach to any part of the Land; and will not do or suffer to be done any act whereby the value of any part of the Land or the Improvements may be lessened.

**13. Awards Assigned.**
All judgments, decrees and awards for injury or damage to the Land or Improvements, and all awards pursuant to proceedings for condemnation thereof, are hereby assigned in their entirety to Beneficiary, who may apply the same to the Obligation in such manner as it may elect; and Lender is hereby authorized, in the name of Owner, to execute and deliver valid acquittances for, and to appeal from, any such award, judgment or decree.

**14. Disbursements by Beneficiary.**
If Beneficiary shall pay out any money chargeable to Owner hereunder, Owner shall pay the same to Beneficiary on demand at the place where the Obligation is payable. The amount of each such payment shall be added to the Obligation and thereafter shall form a part of the same; and shall be secured hereunder, and by subrogation to all the rights of the person receiving such payment, including subrogation to all valid lien rights in the Collateral or any part thereof.

**15. Construction of Improvements.**
The Improvements will be constructed within building lines, will not encroach upon or overhang any easement or right-of-way or the land of others, and will not violate any applicable ordinances or regulations. All work shall be performed in a good and workmanlike manner, with due diligence and continuity until completion. No cessation of work shall be permitted for a period in excess of ten (10) days without the prior written consent of Owners. When completed, the Improvements will be of good quality, free from faults and defects and in conformance with this Contract and the plans and specifications.

**16. Title to Materials, etc.**
The title to all materials, appliances and equipment covered by this Contract will pass to Owner by incorporation into the Improvements free and clear of all liens, claims, security interests or encumbrances except the lien and security interest created hereunder.

**17. No Liens.**
Contractor warrants that it will suffer no mechanic's, materialman's, laborer's, supplier's or artisan's lien to be placed on the Collateral; and if any lien claim is filed, Contractor shall promptly cause any such lien or claim to be removed from the Collateral by payment thereof or by furnishing a bond or bonds satisfactory to the Owner to indemnify against any such lien. If requested by Beneficiary or Owner, Contractor shall pay all costs of construction, including labor, materials, and subcontractors, and shall furnish Beneficiary and Owner proper receipts and releases from any and all materialmen from whom any material is obtained by Contractor for use in the Improvements, and from all subcontractors as well as from each and all workmen who have worked thereon, to the end that no liens may be fixed upon the Collateral save and except the express liens herein created. If Owner might become liable for a lien or claim for labor or materials furnished to Contractor and primarily chargeable to Contractor, Owner may retain from payments to Contractor an amount sufficient to completely indemnify Owner against the lien or claim.

**18. Remedies.**
If Owner defaults in payment of any of the Obligation when due or declared due, or in the timely performance of any covenant herein or in the Note or Retail Installment Contract, or if a default shall occur as provided elsewhere in this Contract or, if Beneficiary is Lender or a subsequent holder of the Obligation, a default shall occur under any loan agreement or other document (each a "Loan Document") executed by Owner in favor of Beneficiary, the Trustee, at the request of Beneficiary, may sell all or any portion of the Collateral, at public auction, to the highest bidder for cash at the County Courthouse in the County in Texas in which the above-described tract(s) of Land or any part thereof is situated, as herein described, between the hours of 10:00 o'clock A.M. and 4:00 o'clock P.M. on the first Tuesday of any month, in compliance with the requirements of Section 51.002, Texas Property Code, as then amended, after giving notice of said sale, in compliance with said Section, as then amended.

Owner hereby jointly and severally authorizes and empowers the Trustee to sell all or any portion of the Collateral together or in lots or parcels, as the Trustee may deem expedient, and to execute and deliver to the purchaser or purchasers of such Collateral good and sufficient deeds of conveyance of fee simple title or of lesser estates, and bills of sale and assignments, with covenants of general warranty made on behalf of the Owner. In no event shall the Trustee be required to exhibit, present or display at any such sale any of the personalty comprising any of the Collateral to be sold at such sale. The Trustee making such sale shall receive the proceeds thereof and shall apply the same first to the reasonable expense of such sale; second, to the remaining unpaid balance of the Obligation, in such order or manner as the Beneficiary shall elect; and the residue, if any, shall be paid to the person or persons legally entitled thereto. Payment of the purchase price to the Trustee shall satisfy the liability of the purchaser at such sale therefor, and such person shall not be bound to look after the application thereof.

If sale is made because of default in the payment of any installment, or a part of an installment, such sale may, at Beneficiary's election, be made subject to the unmatured part of the Obligation, and it is agreed that such sale, if so made, shall not in any manner affect the unmatured part of the Obligation, but as to such unmatured part, this Contract shall remain in full force and effect as though no sale had been made under the provisions of this paragraph.

Several sales may be made hereunder without exhausting the right of sale for any unmatured part of the Obligation and without impairing the right and powers of sale provided elsewhere in this agreement. Beneficiary may bid and become the purchaser of all or any part of the Collateral at any trustee's or foreclosure sale hereunder being the highest bidder, and Beneficiary shall have the right to credit upon the amount of Beneficiary's successful bid, to the extent necessary to satisfy such bid, all or any part of the Obligation in such manner and order as Beneficiary may elect.

With respect to any portion of the Collateral which constitutes personal property or fixtures, including, without limitation, any consumer goods, governed by the Uniform Commercial Code of the State of Texas (the "Code"), this Contract shall constitute a security agreement between Owner as Debtor and Beneficiary as Secured Party, and Owner hereby grants to Beneficiary a security interest in such portion of the Collateral. Cumulative of all other rights of Beneficiary hereunder, Beneficiary shall have all of the rights conferred upon secured parties by the Code. Owner will execute and deliver to Beneficiary all financing statements and other documents that may from time to time be required by Beneficiary to establish and maintain the validity and priority of the security interest of Beneficiary, or any modification thereof, and all costs and expenses of any searches reasonably required by Beneficiary. Beneficiary may exercise any or all of the remedies of a secured party available to it under the Code with respect to such property, and it is expressly agreed that, if upon default Beneficiary should proceed to dispose of such property in accordance with the provisions of the Code requiring such notice; provided, however, that Beneficiary may at its option dispose of such property in accordance with Beneficiary's rights and remedies with respect to the real property pursuant to the provisions of this Contract in lieu of proceeding under the Code.

Notwithstanding any seemingly contrary provision of this Contract or any other Loan Document, if any person executing this Contract is a "consumer" as defined in Regulation AA of the Board of Governors of the Federal Reserve System, no lien or security interest created or evidenced by this Contract (other than a purchase money security interest) shall extend to, cover or affect "household goods" of such person as are defined therein.

Some of the items of Collateral described herein are goods that are or are to become fixtures related to the real estate described herein, and it is intended that as to those goods this Contract shall be effective as a financing statement filed as a fixture filing from the date of its filing for record in the real estate records of the county in which the Land is situated. Information concerning the security interest created by this instrument may be obtained from Beneficiary, as Secured Party, at the address of Beneficiary stated above. The mailing address of Owner, as Debtor, is as stated above or in any assignment of the Obligation.

All rights and remedies provided for herein and in any other Loan Document are cumulative of each other and of any and all other rights and remedies existing at law or in equity, and Trustee and Beneficiary shall, in addition to the rights and remedies provided herein or in any other Loan Document, be entitled to avail themselves of all such other rights and remedies as may now or hereafter exist at law or in equity for the collection of the Obligation and the enforcement of the covenants herein and the foreclosure of the liens and security interests evidenced hereby, and the resort to any right or remedy provided for hereunder or under any such other Loan Document or provided for by law or in equity shall not prevent the concurrent or subsequent employment of any other appropriate right or rights or remedy or remedies. Beneficiary may resort to any security given by this Contract or to any other security now existing or hereafter given to secure the payment of the Obligation, in whole or in part, and in such portions and in such order as may seem best to Beneficiary in its sole discretion. No such action nor the taking of any additional security, nor any renewal, extension, indulgence, release, subordination or substitution granted by Beneficiary with respect to the Obligation, any guarantor or surety thereof or the Collateral, shall in anywise be

*— in packet*

*Also has 91'*
*Deed of Trust—*
*say R.H. left it*
*to Stuart Jr.*
*↓*
*Ken.*

95097 01596

considered as a waiver, release or impairment of any of the rights, benefits, liens or security interests evidenced by this Contract. Owner waives and shall not have or assert any right under any statute or rule of law pertaining to the marshaling of assets, sale in inverse order or alienation, the administration of estates of decedents, or other matters whatsoever to defeat, reduce or affect the right of Beneficiary under the terms of this  Contract to a sale of the Collateral for the collection of the Obligation without any prior or different resort for collection, or the right of Beneficiary under the terms of this Contract to the payment of the Obligation out of the proceeds of sale of the Collateral in preference to every other claimant whatever.

In the event there is a foreclosure sale hereunder and at the time of such sale, Owner or Owner's heirs, devisees, representatives, successors or assigns are occupying or using the Collateral, or any part thereof, each and all shall immediately become the tenant of the purchaser at such sale, which tenancy shall be a tenancy from day to day, terminable at the will of either landlord or tenant, at a reasonable rental per day based upon the value of the property occupied, such rental to be due daily to the purchaser; and to the extent permitted by applicable law, the purchaser at such sale shall, notwithstanding any language herein apparently to the contrary, have the sole option to demand immediate possession following the sale or to permit the occupants to remain as tenants at will. In the event the tenant fails to surrender possession of said property upon demand, the purchaser shall be entitled to institute and maintain a summary action for possession of the property (such as an action for forcible detainer) in any court having jurisdiction.

**19. Trustee.**
If the Trustee shall die or become disqualified from acting in the execution of this trust, or shall fail or refuse to execute the same when requested by Beneficiary to do so, or if, for any reason, Beneficiary shall prefer to appoint a substitute Trustee to act instead of the Trustee named herein, Beneficiary shall have full power to so appoint, by written instrument, a substitute Trustee and, at Beneficiary's election, several substitute Trustees in succession who shall succeed to all of the estate, rights, powers and duties of the original Trustee named herein. Such appointment may be executed by any authorized agent of Beneficiary, and if Beneficiary is a corporation or association and such appointment is executed on the behalf by any officer of such corporation or association, such appointment shall be conclusively presumed to be executed with authority and shall be valid and sufficient without proof of any action by the board of directors or any superior officer of the corporation or association. All references in this Contract to "Trustee" shall be deemed to refer to the Trustee (including any substitute appointed as herein provided) from time to time acting hereunder.

The Trustee shall not be liable for any error or judgment or act done by Trustee in good faith, or be otherwise responsible or accountable under any circumstances whatsoever (including Trustee's negligence), except for Trustee's gross negligence or willful misconduct. The Trustee shall have the right to rely on any instrument, document or signature authorizing or supporting any action taken or proposed to be taken by him hereunder, believed by him in good faith to be genuine. All moneys received by Trustee shall, until used or applied as herein provided, be held in trust for the purposes for which they were received, but need not be segregated in any manner from any other moneys (except to the extent required by law), and Trustee shall be under no liability for interest on any moneys received by him hereunder. Owner hereby ratifies and confirms any and all acts which the herein named Trustee or his successor or successors, substitute or substitutes, in this trust, shall do lawfully by virtue hereof. Owner will reimburse Trustee for, and save him harmless against, any and all liability and expenses which may be incurred by him in the performance of his duties. The foregoing indemnity shall not terminate upon discharge of the Obligation or foreclosure, or release or other termination, of this Contract.

**20. Prior Liens.**
Owner expressly covenants and agrees to pay timely and prior to delinquency all installments of principal and interest on debt secured by any and all prior liens and encumbrances against the Collateral  or any part thereof and to perform and observe all covenants contained in any deed of trust or other instrument creating such lien or encumbrance. It is agreed that any default under the terms of any such lien or encumbrance, or the election that such instrument shall constitute a default hereunder which shall entitle the Beneficiary, at its election but without obligation to do so, and without prior notice, to exercise any right or remedy provided herein or in the Note, including but not limited to the rights to declare the unpaid balance of principal of, and accrued interest on, the Obligation or any part thereof to be immediately due and payable (and upon such declaration the same shall be immediately due and payable) and to request the Trustee to sell the Collateral as provided in Paragraph 18 hereof. In addition, the Beneficiary may, at its election, but without any obligation to do so, pay off and discharge any debt, or part thereof, secured by any prior lien, and upon payment thereof shall be subrogated to the liens and rights of the holder of such prior lien debt to the extent of the amount so paid. All amounts so paid shall become a part of the Obligation and shall be secured by the lien of this Contract, which shall be cumulative of all liens and rights to which Beneficiary shall become subrogated.

**21. Assignment of Rents.**
As additional security for the payment of the Obligation, Owner hereby assigns to Beneficiary all rents received by or due to Owner deriving from the Collateral, including all royalties and other consideration payable by any lessee under any lease or other agreement now or hereafter existing by which any person other than Owner has or acquires any right to occupy or use the Collateral or any part thereof or interest therein. Until the occurrence of a default, Owner is granted the privilege to collect and retain the rents, but upon receipt from Beneficiary or notice that a default exists hereunder, each lessee is hereby directed to pay to Beneficiary rents thereafter accruing. Receipt by Beneficiary shall be a release of each lessee to the extent of amounts so paid. Beneficiary shall not be liable for its failure to collect or exercise diligence in the collection of rents, but shall be accountable only for rents actually received. Rents so received shall be applied by Beneficiary first to the remaining unpaid balance of the Obligation, in such order or manner as Beneficiary shall elect, and the residue, if any, shall be paid to the person or persons legally entitled thereto.

**22. Transfer of the Land.**
If all or any part of the Land or any interest in it is sold or transferred without Beneficiary's prior written consent, Beneficiary may, at its option, declare the unpaid balance of principal of, and accrued interest on, the Obligation or any part thereof to be immediately due and payable (and upon such declaration the same shall be immediately due and payable). However, this option shall not be exercised by Beneficiary if exercise is prohibited by federal law as of the date of this Contract.

**23. Compliance with Usury Laws.**
It is the intent of Owner and Beneficiary and all other parties to the Loan Documents to conform to and contract in strict compliance with applicable usury law from time to time in effect. All agreements between Beneficiary and Owner (or any other party liable with respect to any indebtedness under the Loan Documents) are hereby limited by the provisions of this Section which shall override and control all such agreements, whether now existing or hereafter arising. In no way, nor in any event or contingency (including but not limited to prepayment, default, demand for payment, or acceleration of the maturity of any obligation), shall the interest taken, reserved, contracted for, charged, chargeable, or received under this Contract, the Note or any other Loan Document or otherwise, exceed the maximum nonusurious amount permitted by applicable law (the "Maximum Amount"), if, from any possible construction of any document, interest would otherwise be payable in excess of the Maximum Amount, any such construction shall be subject to the provisions of this Section and such document shall ipso facto be automatically reformed and the interest payable shall be automatically reduced to the Maximum Amount, without the necessity of execution of any amendment or new document. If Beneficiary shall ever receive anything of value which is characterized as interest under applicable law and which would apart from this provision be in excess of the Maximum Amount, an amount equal to the amount which would have been excessive interest shall, without penalty, be applied to the reduction of the principal amount owing on the Obligation in the inverse order of its maturity and not to the payment of interest, or refunded to Owner or the other payor thereof if and to the extent such amount which would have been excessive exceeds such unpaid principal. The right to accelerate maturity of the Obligation or any part thereof does not include the right to accelerate any interest which has not otherwise accrued on the date of such acceleration, and Beneficiary does not intend to charge or receive any unearned interest in the event of acceleration. All interest paid or agreed to be paid to Beneficiary shall, to the extent permitted by applicable law, be amortized, prorated, allocated and spread throughout the full stated term (including any renewal or extension) of such indebtedness so that the amount of interest on account of such indebtedness does not exceed the Maximum Amount. As used in this Section, the term "applicable law" shall mean the laws of the State of Texas or the federal laws of the United States applicable to this transaction, whichever laws allow the greater interest, as such laws now exist or may be changed or amended or come into effect in the future.

**24. Miscellaneous.**
If more than one person executes this Contract as Owner, the Obligations of such persons hereunder shall be joint and several. All of the covenants and agreements hereunder taken to be performed by and the rights conferred upon the respective parties shall be binding upon and inure to the benefit of said parties and their respective heirs, executors and administrators, successors and assigns.

This Contract constitutes a "construction mortgage" as defined in Section 9.313 of the Texas Business and Commerce Code to the extent it secures an obligation incurred for the construction of the Improvements, including the acquisition cost of the Land.

The Owner acknowledges receipt of a copy of this Contract with all blanks completed.

Executed and dated as of _____ MAY 11, 1995 _____, 19___

**IMPORTANT NOTICE:** You and your contractor are responsible for meeting the terms and conditions of this contract. If you sign this contract and you fail to meet the terms and conditions of this contract, you may lose your legal ownership rights in your home. KNOW YOUR RIGHTS AND DUTIES UNDER THE LAW.

XX *Kuk J Stewart*
Owner  KUK JA STEWART

Owner _____

KENNY STEWART
Contractor

XX _____
By

Name  *Kenny Stewart*
Owner

Title _____
(If Contractor is a corporation, type in name of corporation in first line, and execute by authorized signer on second line.)
(Notice: If this Contract is being assigned to Lender, Contractor must complete the Assignment of Lien and appropriate acknowledgment below.)

Contractor's Address:

Kenny Stewart

901 E Hunter Ferrell

Irving Tx 75050

*Corral copy*

*Bank of America*

*gned 95*

*25 yr:*

The undersigned Contractor, for and in consideration of the sum of Ten ($10.00) Dollars cash and other good and valuable consideration, paid by NationsBank of Texas, N.A. ("Lender"), whose address is 901 Main Street, Dallas, Texas 75202, has sold, conveyed and assigned and does by these presents sell, convey and assign to Lender all of the Obligation described in the foregoing Builder's and Mechanic's Lien Contract (with Power of Sale) ("Contract") and all instruments, if any, evidencing the Obligation, together with all the rights, powers, liens, assignments and security interests securing the same, but Lender does not assume any obligation imposed upon Contractor by virtue of this Contract and Lender shall not be held liable for the performance or breach thereof by Contractor. All Mechanic's Liens or Lien rights, whether contractual, statutory or constitutional, on the Collateral which have arisen or may arise for the benefit of Contractor because of work performed or materials furnished, are hereby agreed to be, and shall at all times continue to be, subject and subordinate in each and every respect to all of the rights, powers, liens and security interests held by or for the benefit of Lender (and any subsequent holder of the Obligation) under this Contract, or at law or in equity or otherwise, and to any and all increases, renewals, modifications, extensions and rearrangements thereof from time to time.

Kenny Stewart

Contractor

By *K. Stewart*

Name  Kenny Stewart

Title  OWNER

**(Contractor's Individual Acknowledgement)**

The State of ___TEXAS___ §
                        §
County of ___DALLAS___ §

This instrument was acknowledged before me on this the ___11TH___ day of ___MAY___, 19 __95__
by ___KENNY STEWART___

KATHY CONNER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 06-27-98

Kathy Conner

Notary Public, State of Texas

*personal friend*

*retired after notary + hasn't been seen since.*

**(Corporate Acknowledgement)**

The State of _____ §
                          §
County of _____ §

This instrument was acknowledged before me on this the _____ day of _____, 19 ____
by _____
_____ of _____
_____, a _____ corporation,
on behalf of said corporation.

(SEAL)

Notary Public, State of Texas

**(Individual Acknowledgement)**

The State of Texas §
                   §
County of ___DALLAS___ §

This instrument was acknowledged before me on this the ___11TH___ day of ___MAY___, 19 __95__
by ___KUK JA STEWART___

KATHY CONNER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 06-27-98

Kathy Conner

Notary Public in and for the State of Texas

**(Individual Acknowledgement)**

The State of Texas §
                   §
County of _____ §

This instrument was acknowledged before me on this the _____ day of _____, 19 ____
by _____

(SEAL)

Notary Public in and for the State of Texas

95097  01598




FILED
95 MAY 18 AM 9 19
EARL BULLOCK
COUNTY CLERK
DALLAS COUNTY

95097 01599

**EXHIBIT F**

a

BANK OF AMERICA, N.A.
TX1-945-07-01
P.O. Box 831400
Dallas, Texas 75283-1400

**1684927**

### RELEASE OF LIEN

01/24/02    3047281    $9.00
Deed

The State of Texas

County of DALLAS    KNOWN ALL MEN BY THESE PRESENTS
Account #292415103513/RHC

That Bank of America, N.A., in DALLAS, DALLAS COUNTY, TEXAS, the legal and equitable owner and holder of that one certain promissory note the original principal sum of **EIGHTEEN THOUSAND SEVEN HUNDRED EIGHTY EIGHT DOLLARS AND 00/100 dollars 18,788.00** dated MAY 11, 1995, executed by **KUK J STEWART**, payable to the order of Bank of America, N.A., more fully described in a **BUILDER'S/MECHANIC'S LIEN**, duly recorded in Volume 95097 Page 01595 of the **REAL PROPERTY** records of DALLAS COUNTY, TEXAS; said note being secured by **BUILDER'S/MECHANIC'S LIEN** against the following described property to-wit:

**LOT3, BLOCK B, ELLIS ADDITION, TO THE CITY OF IRVING, DALLAS COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDS IN VOLUME 68046/PAGE 14, RECORDS OF DALLAS COUNTY, TEXAS.**

For and in consideration of the full and final payment of all indebtedness secured by the aforesaid lien or liens, the receipt of which is hereby acknowledged, has released and discharged, and by these presents hereby releases and discharges, the above described property from all liens held by Bank of America, N.A., securing said indebtedness.

Executed this 16 day of JANUARY A.D. 2002.

BANK OF AMERICA, N.A F/K/A
NATIONSBANK OF TEXAS,NA

By: _____
CHRISTOPHER E OLSON, AVP

The State of Texas
County of Dallas

Before me, the undersigned authority, on this day personally appeared CHRISTOPHER E OLSON, the AVP of Bank of America, N.A. a national banking association known to me to be the person and officer

RTM980                    AS1\6 RESEARCH REQUEST SYSTEM
                              REQUEST ACQUISITION

ACCT NAME: KUK JA STEWART TR FOR          ACCT:      7817803275 TYPE: DDA

REQUEST NUMBER: 05/06/2005-001578          REFERENCE REQUEST:

REQUESTOR NAME:  FAYE E FRAZER                 MAILCODE: TX2-069-01-01

   SERVICE CODE:  04 STATEMENT(S) ONLY           TYPE: RS

TIME ENTERED: 15:06            PROCESSING CENTER/DEPT: IMG/RSH

        RETURN TO: B                        FAX-IND: N

         BILL TO: B                     BILL ACCOUNT:

            ITEMS:  1                       COPIES:  1


ORE503A - THIS REQUEST HAS BEEN ADDED. PRESS F3 TO RETURN
F1=HELP           F3=EXIT F5=EDIT

**EXHIBIT Fa**



a

*Shawn Hazelwood*

# LITTON LOAN SERVICING LP

*An Affiliate of C-BASS*

4828 Loop Central Drive
Houston, Texas 77081-2226

Telephone 713 960 9676
Fax 713 966 8906

Kuk Stewart
2028 Sandy Lane
Irving, TX 75060

*Gailey Taylor*  *436.* ███████

3/17/2004

CERTIFIED MAIL RRR

RE:    Deed of Trust / Mortgage Dated: 2/22/2002
       Loan No.:10575761
       VA/FHA/PMI No.:

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Litton Loan Servicing, LP ("Litton") on behalf of the owner and holder of your mortgage loan, and in accordance with the above referenced Deed of Trust/Mortgage and applicable state law, provides you with formal notice of the following:

The mortgage loan associated with the above Deed of Trust/Mortgage is in default for failure to pay amounts that are due and owing.

To cure this default, you must pay all amounts that are due and owing under the terms of your Note and Deed of Trust/Mortgage. As of the date of this letter, the total amount necessary to bring the loan current is $ 887.76. Additional amounts may become due and payable under your Note and Deed of Trust/Mortgage after the date of this letter. You may find out the exact amount that you must pay to bring the loan current by contacting Litton at 1-800-999-8601. Your payment must be made in certified funds, cashier's check or money order.

If you have not cured the default within forty five (45) days of this notice, Litton will accelerate the maturity date of the Note and declare all amounts due under the Note immediately due and payable. Your property that is collateral for the Note may then be scheduled for foreclosure in accordance with the terms of the Deed of Trust/Mortgage and applicable state law.

You have the right to reinstate your loan after acceleration and the right to bring a court action to claim that your loan is not in default or any other defense to acceleration and sale which you may have. This notice remains in effect until the default is cured.

Upon acceleration of your Note, Litton will refer the property for foreclosure. The time required for foreclosure in your state is approximately 60 days. In accordance with the terms of your Note and Deed of Trust/Mortgage and the applicable state law, if Litton prevails in its foreclosure action, you may incur costs of foreclosure, such as title documentation, filing fees for the complaint, service of process, publication, recording of judgment, and other required expenses. You may also incur attorney fees in an amount up to $550.00. The aforementioned foreclosure timeline as well as the fees and costs associated with a foreclosure action are estimates only and can be higher or lower dependant upon various factors.

According to Texas property Code 51.0025, you are advised that Litton Loan Servicing LP may administer the foreclosure of your property because Litton Loan Servicing LP is representing Wells Fargo Bank Minnesota, National Association, as Trustee for the registered holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Loan Asset Backed Certificates, Series 2002-NC1, a mortgagee whose address is 9062 Old Anepolis Road Columbia, MD, 21045 under a servicing agreement with Wells Fargo Bank Minnesota, National Association, as Trustee for the registered holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Loan Asset Backed Certificates, Series 2002-NC1. All inquiries, notices, payments, correspondence, and other communications concerning your loan must be directed to Litton Loan Servicing LP for resolution – not to Wells Fargo Bank Minnesota, National Association, as Trustee for the registered holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Loan Asset Backed Certificates, Series 2002-NC1. Litton's address is 4828 Loop Central Drive Houston, Texas, 77081 – 2226. Litton's toll free number is 1-800-999-8501.

Litton is a debt collector attempting to collect the debt. This notice is sent to you in an attempt to collect the debt referred to in the foregoing paragraphs and any information obtained from you will be used for that purpose.

For your benefit and assistance, we would like to advise you of the availability of government approved home ownership counseling agencies, which are designed to help homeowners avoid losing their home. To obtain a list of approved counseling agencies for our area, please call 1-800-569-4287.

If you are not obligated on the debt, or if the debt has been discharged in a bankruptcy proceeding, the Servicer is not attempting to collect from you personally. You are being given this notice as a courtesy because your interest in the real estate may be affected

This matter is very important! Please give it your immediate attention!

Sincerely yours,

**EXHIBIT G**

*Exhibit A*

*K.S*

# UCC APPROVAL SHEET

## ** EXPEDITED SERVICE **          ** KEEP WITH DOCUMENT **

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| Expedited Fee | $50.00 |
| UO - Original Financing Statement | $25.00 |
| UOA - Original Financing Statement With Assignment | $25.00 |
| UOTU - Original Financing Statement Transmitting Utility | $25.00 |
| UMA - Amendment | $25.00 |
| UMDA - Amendment - Debtor Added | $25.00 |
| UMDC - Amendment - Debtor Name Change | $25.00 |
| UMDD - Amendment - Debtor Deleted | $25.00 |
| UMSA - Amendment - Secured Party Added | $25.00 |
| UMSC - Amendment - Secured Party Name Change | $25.00 |
| UMSD - Amendment - Secured Party Deleted | $25.00 |
| UMC - Amendment - Continuation | $25.00 |
| UMT - Amendment - Termination | $25.00 |
| UMZ - Amendment - Assignment | $25.00 |
| UMZP - Amendment - Partial Assignment | $25.00 |
| UMCS - Amendment - Correction Statement | $25.00 |
| UOMH - Manufactured Home - Original Financing Statement | $25.00 |
| UOPF - Public Finance - Original Financing Statement | $25.00 |
| Documents Nine (9) Pages or More | $75.00 |
| Certified Copies | |
| Plain Copies | |

TOTAL FEES: $119.00

## NO FEE TRANSACTION TYPES

- URC - Copies
- UNCP - Void - Non-Payment
- UCC - Cancellation
- UCR - Reinstatement
- UCO Departmental Action
- UCREF - Refund Recordation Tax
- UCIS - Incorrect ID Number
- XOVRU - UCC Overrides
- UMFC - Filing Office Correction Statement

## METHOD OF PAYMENT

Cash ✓      Check _____      Credit Card _____

Number of Checks _____

COMMENT(S):

RECORDED ON 08/11/2012 AT 10:35 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
NO # 0003982131   ACK # 1000362083407568
ORIGINAL FILE NUMBER: 0000000181447967
PAGES: 0004

_____ Other Change(s)

_____
_____
_____
_____

Code _____

Attention: _____

Mail to Address:

KENNETH DAMIEN STEWART
1947 WEST 84TH PLACE
LOS ANGELES CA 90047

CUST ID:0002706551
WORK ORDER:0003982131
DATE:08-11-2012 10:36 AM
AMT. PAID:$238.00

FILE'D MARYLAND
MDT: 04-41-2018 10:25 am
AMT. PAID:$230.00

## ID UCC-1 COMMERCIAL LIEN

Identifying File No _____

If transactions wholly or partially subject to recordation
Tax indicate amount _____ S     0

If this statement is to be recorded
In land records check here     ☐

This financing statement Dated _____ is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

### 1. DEBTOR

| | | Type of Trust Organization | Organization ID | Jurisdiction |
|---|---|---|---|---|
| Name: | STEWART, KENNETH DAMIEN | / US ADMINISTRATIVE VESSEL / | 7053-45099 | / UNITED STATES |

Address: 55 WATER STREET NEW YORK NY, 10041

### 2. SECURED PARTY

Name:   Kenneth Damien Stewart

Address: c/o 1947 West 84th Place, Los Angeles, CA near [90047]

RECEIVED
2012 JUN 11
A∴CSS

Name And Address To Whom Statement is to be return is Above

### 3. This Financing statement covers the following types (or items) of property: (list)

This is the entry of the Debtor in the Commercial Registry and the following property is hereby registered in the same

1) preferred Stock Certificate issued as Birth certificate for Kenneth-Damien :Stewart number 7053-45099 as received by the STATE OF CALIFORNIA Office of Vital Records Department on October 4, 1961 and the pledge represented by same including the Bond issued and sold by the UNITED STATES Department of the Treasury and Commerce bought by the Federal Reserve Bank and held in Trust at 55 Water Street New York City by the Depository Trust Company and traded on the circle 750 Stock Exchange for the Settlement of ALL DEBTS PUBLIC AND PRIVATE predicated on the United States Vessel described above as the debtor, but not limited to the pignus, hypotheca, hereditiments, res, and the energy and all products derived therefrom, including, but not limited to, the BAILEE all cap name KENNETH DAMIEN STEWART; KENNETH D. STEWART; KENNETH STEWART; KDS; STEWART, KENNETH DAMIEN; KEN STEWART; KENNETH DAMIAN STEWART; KENNETH DAMIAN STEWARD and Kenneth Damien Stewart; Kenneth D. Stewart; Kenneth Stewart; K. Stewart; Stewart, Kenneth Damien; Kenneth Damien Steward or any variation/derivation thereof, and all signatures, autographs and endorsements on all contracts and fixtures, Trust and agreements predicated on the United States Vessel described above as the debtor and all derivatives thereof.   2) California Driver License No. N9093208   3) Social Security Administration form SSA-3000 (6-99) document for account Number including but not limited to employer identification number, cusip and autotris international tracking numbers. 4) Registered Master Bond RE 283 321 289 US, Foreign situs (pre-pay) trust no. 7053-45099 and Cestui que (Social Security Insurance) trust numbers C29683306 (back) &     (front). 5) Future proceeds tracking assignment numbers KDS10041961 thru KDS10042961 6) Obligation of Debtor in favor of Secured Party as set forth in the express, written Security Agreement No. KDS10041979-SA, amount of said obligation: Five Hundred Billion United States Dollars ($500,000,000,000.00). 7) All property is accepted for value and is exempt from levy. All Adjustments of this filing is from Public Policy HJR-192 and the Uniform Commercial Code 10-104 and the LAW OF TRUST. All proceeds, products, accounts, fixtures and the orders therefrom are released to the Secured Party / Beneficiary. According to Public Policy H.R. 1491, 48th CHAPTER, 48 stat 112, House Joint Resolution 192 also known as H.J.R. 192, June 5th 1933 and the hidden usufruct contract Public Law c. 1, Title 1, 48 stat. 1, [12 USC Sec. 95a] and UCC 1-104 and 10-104, Note: "payment of debt" is now against Congressional and "public policy" and henceforth, "Every obligation ... Shall be discharged."

**The following below do apply:**

8. (A) Proceeds of collateral are also covered     (B) Products of collateral are also covered

9. Alternative designation BAILEE∕BAILOR     10. Debtor is a TRANSMITTING UTILITY

11. Debtor is a Trustee acting with respect to property held in Trust

KENNETH DAMIEN STEWART
Signature of Debtor by Accommodation
UCC 3-419
KENNETH DAMIEN STEWART

Kenneth Damien Stewart
Signature of Secured party / Authorize Agent
Government Contracting Agent
Kenneth Damien Stewart

Paul Company
UCC-1 MARYLAND



**REGISTERED**
RE 283 321 289 US

KENNETH DAMIEN STEWART
and Company Hereby Grant this
Private Issue

**REGISTERED**
RE 283 321 289 US

Number
KDS1004...

Dollars
$500,000,000,000,000.00 $

# Discharging and Indemnity Bond

**ORIGINAL ISSUE DATE**
05/30/2012

**MATURITY DATE**
05/31/2016

Registered Holder and Fiduciary:

TIMOTHY F. GEITHNER
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

For Offset By/Through:

KENNETH DAMIEN STEWART,                     Grantor
                     Private Offset Account No. C29683306
                                 first surety
PERCY SYLVESTER HARRIS,     Private Offset Account No. G01178881
                                 second surety
JACOBUS JOHANNES DE BEER,     Private Offset Account No. F57988390

Securitization Bond: Non-Negotiable Private Bond for Setoff No.
KDS10041962, KENNETH DAMIEN STEWART, Principal; Timothy F.
Geithner, Holder in Due Course & Registered No. RE 283 321 289 US

*This Private Master Discharging and Indemnity Bond shall be
entered as an asset to the United States Department of the Treasury
in the amount of*

## — FIVE HUNDRED BILLION DOLLARS —

*KNOW ALL MEN BY THESE PRESENTS, to facilitate lawful commerce in the absence of substance backed currency in circulation, Timothy F. Geithner or agents thereof ("Fiduciary") upon receipt of this private Discharging and Indemnity Bond No. KDS10041962 ("Bond") shall past the full face value of the Bond as is used to the benefit of the United States Department of the Treasury to be used and applied specifically in the manner described hereunder for the purpose of securing honorable settlement of the account holders and accounts listed below. The Fiduciary has been entered in the books of the grantor as the registered holder. SETOFF. This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, KENNETH DAMIEN STEWART, and guarantors, PERCY SYLVESTER HARRIS and JACOBUS JOHANNES DE BEER, who do hereby hold, bind and obligate themselves, sui juris jointly and severally as voluntary sureties for all such account holders and accounts, with jointly and severally, including, without limitation IBNA Certificate Account No.... for any and all...*

*ASA CONSEQUENCE THEREOF, the Fiduciary shall satisfy all pre-existing and current liabilities as may exist without exception for, against and on behalf of all such account holders and accounts... dollar for dollar through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.*

*PRE-PAYMENT. Each of the said account holders and accounts shall be severally honored, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar through maturity, occupying through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity. DISHONOR. The Fiduciary shall have thirty (30) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor this Bond by returning same to the grantor by registered mail at the location noted herein. Failure to so return will signalate the Fiduciary's honorable acceptance of this Bond and all obligations and liabilities hereunder on behalf of the United States.*

*MATURITY. Upon maturity or at 11:59:59 PM, 05/31/2016, the Secretary shall mark this Bond canceled and return this Bond bearing the marks of cancellation to the grantor or the grantor's heirs by registered mail, will profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.*

*All communication shall be sent by United States Registered Mail directly to the grantor at the location noted hereunder exactly as shown. Service in any other manner is defective on its face. The grantor accepts post exclusively at the said postal location.*

*IN WITNESS THEREOF, the signatories to this Bond do hereby affix their respective hands and seals as Authorize Government Contracting Agents on this Thirtieth day of the Fifth month, anno domino in the Year of Our Lord Two Thousand and Twelve.*

KENNETH DAMIEN STEWART
Private Offset Account No. C29683306
1947 West 84th Street
Los Angeles, CA near [90047]
non-domestic without the United States

PERCY SYLVESTER HARRIS
Private Offset Account No. G01178881
13881 Jonett Street
Sylmar, CA near [91342]
non-domestic without the United States

JACOBUS JOHANNES DE BEER
Private Offset Account No. F57988390
35399 Whitmore Drive
Temecula, CA near [92592]
non-domestic without the United States

**Discharging and Indemnity Bond**

KDS10041962

**Issued to**

TIMOTHY F. GEITHNER

**Dated**

05/30/2012

**WE THE WITNESSES NAMED BELOW** do hereby attest to witnessing the signatories to this Bond affixing their respective hands and seals hereto on this Thirtieth day of the Fifth month *anno domino* in the Year of Our Lord Two Thousand and Twelve

| Signature | Print | Location |
|---|---|---|
| *Patrice N. Brown* | Patrice Nicole Brown | 11888 Jouett Srect, Sylmar, CA near [91342] |
| *LaToya M.A. Harris* | Latova Marie A Harris | 4540 Vista Del Monte Ave #4, Sherman Oaks, CA near [91403] |

LITHO. IN U.S.A.

# UCC APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

**TRANSACTION TYPE**　　　**FEES REMITTED**

| | | |
|---|---|---|
| _____ | UO – Original Financing Statement | $25.00 |
| _____ | UOA – Original Financing Statement with assignment | $25.00 |
| _____ | UOTU – Original Financing Statement Transmitting Utility | $25.00 |
| ✓ | UMA – Amendment | $25.00 |
| _____ | UMDA – Amendment – Debtor Added | $25.00 |
| _____ | UMDC – Amendment – Debtor Name Change | $25.00 |
| _____ | UMDD – Amendment – Debtor Deleted | $25.00 |
| _____ | UMSA – Amendment – Secured Party Added | $25.00 |
| _____ | UMSC – Amendment – Secured Party Name Change | $25.00 |
| _____ | UMSD – Amendment – Secured Party Deleted | $25.00 |
| _____ | UMC – Amendment – Continuation | $25.00 |
| _____ | UMT – Amendment – Termination | $25.00 |
| _____ | UMZ – Amendment – Assignment | $25.00 |
| _____ | UMZP – Amendment – Partial Assignment | $25.00 |
| _____ | UMCS – Amendment – Correction Statement | $25.00 |
| _____ | UOMH – Manufactured Home – Original Financing Statement | $25.00 |
| _____ | UOPF – Public Finance – Original Financing Statement | $25.00 |
| ✓ | Documents Nine (9) Pages or More | $75.00 |
| _____ | Certified Copies | |
| _____ | Plain Copies | |
| | **TOTAL FEES:** | 75 |

**NO FEE TRANSACTION TYPES**

_____ URC – Copies
_____ UNCP – Void – Non-Payment
_____ UCC – Cancellation
_____ UCR – Reinstatement
_____ UCO – Departmental Action
_____ UCREF – Refund Recordation Tax
_____ UCIS – Incorrect ID Number
_____ XOVRU – UCC Overrides
_____ UMFC – Filing Office Correction Statement

**Method of Payment:**

Cash ☐    Check ☑    Credit Card ☐

Number of Checks ☑

**Comments(s):**

1000362004086924

RECORDED ON 11/28/2012  AT 12:05 PM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0004056090   ACK # 1000362004086924
ORIGINAL FILE NUMBER: 0000000181447967
PAGES: 0016

**Affix Text Label Here**

☐ **OTHER CHANGES:**

_____
_____
_____

Code _____

Attention: _____

KENNETH DAMIEN STEWART
1947 WEST 84TH PLACE
LOS ANGELES CA 90047

CUST ID:0002639470
WORK ORDER:0004056090
DATE:11-28-2012  12:05 PM
AMT. PAID:$75.00

## UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Kenneth Damien Stewart
C/O 1947 West 94th Place
Los Angeles, California Republic
[near 90047]
Non-Domestic / Non-Assumpsit

CUST ID:0002839470
WORK ORDER:0004056050
DATE: 11-28-2012 12:05 PM
AMT. PAID:$75.00

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

0000000181447967

| 2 | TERMINATION |
| 3 | CONTINUATION |
| 4 | ASSIGNMENT |

**5. AMENDMENT (PARTY INFORMATION)** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

**6. CURRENT RECORD INFORMATION**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Stewart | Kenneth- | Damien | |

**7. CHANGED (NEW) OR ADDED INFORMATION**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**8. AMENDMENT (COLLATERAL CHANGE)**

The following property is Accepted for Value, exempt from levy, and herewith filed under necessity for recording within the Commercial Chamber :Note: Secured Party is the Holder-in-Due-Course of All Documents, and Documents of Title listed and attached to Financing Amendment. All property is accepted for value and exempt from levy. All adjustments of this filing is from Public policy HJR-192 and the Uniform Commercial Code 10-104 and the LAW OF TRUST. All proceeds, products ,accounts ,fixtures and the orders therefrom are released to the Secured

Party/Beneficiary. According to Public Policy H.R. 1491,48th CHAPTER, 48 stat 112, House Joint Resolution 192 also known as H.J.R. 192, June 5th 1933 and the hidden usufruct contract Public Law c.1, Title 1, 48 stat. 1,(12 USC Sec. 95a) and UCC 1-104 and 10-104, note: "payment of debt" is now against Congressional and "public policy" and henceforth, "every obligation... Shall be setoff, for settlement and Closure.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**

KENNETH DAMIEN STEWART

Date: 11-23-2012       Secured Party's Signature: *Kenneth Damien Stewart*

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02) [International Association of Commercial Administrators (IACA)]

## POWER OF ATTORNEY
### LIMITED

Know All Men by These Presents: That I, KENNETH DAMIEN STEWART©, the Debtor, corporate entity, and 'ens' legis', the undersigned, hereby make, constitute and appoints Kenneth-Damien: Stewart ©, herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawfully Attorney-in-fact for me and in my corporate capacity (LLC), place and stead and for my personal and commercial use and benefit:

(1)      To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account, money, request, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the DEBTOR, KENNETH DAMIEN STEWART© (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release thereof, together with the right and power to settle, compromise, compound and or make any necessary demands.

(2)      To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choses in action and other property in possession or where a security interest is established and to or in other actions.

(3)      To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts or fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR - KENNETH DAMIEN STEWART©; to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf.

(4)      To open any Checking accounts whereupon being 'closed', to discharge any fines, fees, taxes and debts via adjustment and set-off.

(5)      To create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State.

(6)      To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto my said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents.

The power and authority hereby conferred upon my said Attorney-in-fact shall be applicable to all real and private property, personal property or interest therein now owned or hereafter acquired by me as the 'ENS LEGIS/LLC' and wherever situate, and as evidenced by a filed security interest.

My said Attorney-in-fact: Kenneth-Damien: Stewart ©, is empowered hereby to determine in his sole discretion the time, purpose and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which might be executed by him pursuant thereto; and in the acquisition or distribution of real, personal or private property; my said Attorney-in-fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit - with or without security.

When the context so require, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

Debtor:                                              Secured Party
KENNETH DAMIEN STEWART©                              Kenneth-Damien: Stewart©
                                                     Without Prejudice/Without Recourse

_KENNETH DAMIEN STEWART_                             _Kenneth Damien Stewart_
Debtor's Signature                                   Creditors Signature – Authorized Representative.
                                                     Common Law Copyright 1979. All Rights Reserved.

### ACKNOWLEDGEMENT

County of  Los Angeles  )
                        ) Scilicet

## POWER OF ATTORNEY
### LIMITED

California State )

SUBSCRIBED AND SWORN TO before me this 26 day of September A.D.
20 12 .

_____ Seal
Notary Public Signature

My Commission Expires    May 14, 2015

JADORE T. KAY
COMM. # 1936484
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
May 14, 2015

**Form W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

► Section references are to the Internal Revenue Code.   ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**                                                                                                   Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . .  **W-9**
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **W-8ECI**
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) .  **W-8ECI or W-8IMY**
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . .  **W-8ECI or W-8EXP**

Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **W-8IMY**

Note: See instructions for additional exceptions.

### Part I   Identification of Beneficial Owner (See instructions.)

| 1 | Name of individual or organization that is the beneficial owner | 2 | Country of incorporation or organization |
|---|---|---|---|
| | KENNETH DAMIEN STEWART® - ORGANIZATION/TRADE NAME/TRADEMARK | | UNITED STATES/STATE OF CALIFORNIA |

3 Type of beneficial owner:  ☐ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☒ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
P.O. Box 9024140

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| San Juan, P.R. 00902-4140 | UNITED STATES |

5 Mailing address (if different from above)
C/O 1947 West Eighty Fourth Place

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| Los Angeles, California Republic | united states of America |

| 6 | U.S. taxpayer identification number, if required (see instructions)   ☒ SSN or ITIN  ☐ EIN | 7 | Foreign tax identifying number, if any (optional) |
|---|---|---|---|

8 Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):
a ☐ The beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____% rate of withholding on (specify type of income): _____
Explain the reasons the beneficial owner meets the terms of the treaty article: _____

### Part III   Notional Principal Contracts

11 ☒ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

Auth. Rep. in Behalf of
U.S. § 7-an (5)
11 U.S.C. § 7-an (24)

**Sign Here** ►

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

KENNETH DAMIEN STEWART

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

Printed on Recycled Paper .  GPO  U.S. GOVERNMENT PRINTING OFFICE: 2007— 339-081/60091

Bill of Lading No. 10041961-KDS-W88EN
(International) Commercial Affidavit
PRESENTED AS/UNDER LETTER ROGATORY
* * * * * * * * * * * *

This Affidavit under letter Rogatory, is in support of the International Security Instrument, private Agreement(s) and W-8BEN on the obverse side of this page, and executed hereunder as lawful *PUBLIC NOTICE* U.C.C. § 1-201(25)(26)(27). This Affidavit is executed under the penalty of perjury; in nature of 28 U.S.C. § 1746(1) expressly without UNITED STATES, i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(8); U.S.C.A. Const. Art. 1:8:17- 18," Administered by a commissioned officer, i.e., Notary Public in accordance MCLA 600.1440(1); MSA 271.1440(1); who is also acknowledging same in accordance Fed.R.Evid. 902(B); The Secured Party signatory hereto is executing this instrument, under his signature; expressly to *declare his status as a Non-Resident-Alien in regards to U.S. Inc. (Id)* with no duress, in accord the terms of the aforementioned private Agreement (See, U.S.C.A. Const. Art. 1:10:1). Therefore, I, the Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain;- and if called as a witness, I am One; who can "Completely Testify" to the facts, evidence MCLA 440.1202, and subject-matter within My International security agreement: Private Agreement(s); and with specifically the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; end expressly supported by this Affidavit; executed this _____ 2 6 _____ day of _Se p t e m b e r_ 20 1 7 A.D., nunc pro tunc Fed. R. Civ. P. 15(c) to The Fourth day of October in the year of Nineteen-Seventy-Nine, nun pro tunc, i.e., the Secured Party's eighteenth birthday: By:

Secured Party: *Kenneth Damien Stewart*

Kenneth -Damien: Stewart
Affiant & Real Party In Interest UCC § 1-202,
All Rights Explicitly Reserved Without any Recourse
& Without Prejudice. Status as a Non-Resident Alien,
Fed. R. Evid. 902(3) as a Matter of Substantial Law.
** State Republic **
Supp..FRCP. E(8); FRCP 9(h) & 81
Without The U.S. Inc. UCC § 9-307(h).



JADORE T. KAY
COMM. # 1936464
NOTARY PUBLIC·CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
May 14, 2018

Notary Public

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, PRESENTED IN GOOD FAITH UCC. § 1-201(19) UCC § 1-203; UCC § 1-202; Secured Party Accepts All endorsements (front and back) For Value in accord HJR-192; brought privately under UCC § 10-104; Adieu.

(X) Notary Acknowledgment FRE 902(B); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or he has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented, I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

Item # 10041961-KDS-W88EN

## HOLD HARMLESS AND
## INDEMNITY AGREEMENT

**Non-Negotiable - Private Between the Parties**
Number 10041961-KDS-HHIA

**PARTIES:**

DEBTOR:
KENNETH DAMIEN STEWART
P.O. BOX 689
SOLEDAD, CA 93960

CREDITOR:
Kenneth-Damien: Stewart©
C/O 1947 West Eighty Fourth Place
Los Angeles, California Republic
[near 90047]
united States of America

...and all derivatives and variations in the spelling of said name.

DEBTOR's Social Security Account Number: 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

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated Infra between the juristic person: "KENNETH DAMIEN STEWART©" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "DEBTOR", except, Kenneth-Damien: Stewart ©, the living, breathing, flesh-and-blood man, known by the distinctive appellation Kenneth-Damien: Stewart © hereinafter "Creditor".

For valuable consideration DEBTOR hereby expressively agrees and covenants, without benefit of discussion, and without division, that DEBTOR holds harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, DEBTOR for any reason, purpose, and cause whatsoever. DEBTOR does hereby and herewith expressly covenant and agree that Creditor shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for DEBTOR.

### Defined: Glossary of Terms

As used in this Hold-harmless and Indemnity Agreement, the following words and terms express the meaning set forth as follows, non obstante.

**Appellation:** In this Hold-harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood man.

**Conduit:** In this Hold-harmless and Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effect/product of labor, such as goods and services, via the name, "KENNETH DAMIEN STEWART©", also known by any and all derivatives and variations in the spelling of said name with the exception of "Kenneth-Damien: Stewart©".

**Creditor:** In this Hold-harmless and Indemnity Agreement the term "Creditor" means "Kenneth-Damien: Stewart©".

**DEBTOR:** In this Hold-harmless and Indemnity Agreement the term 'DEBTOR' means "KENNETH DAMIEN STEWART©" also known by any and all derivatives and variations in the spelling of said name with the exception of "Kenneth-Damien: Stewart©".

**Derivative:** In this Hold-harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Ens legis:** In this Hold-harmless and Indemnity Agreement the term "ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely from the law, as contrasted with a natural person.

## HOLD HARMLESS AND
## INDEMNITY AGREEMENT

**Hold-harmless and Indemnity Agreement:** In this Hold-harmless and Indemnity Agreement the term "Hold-harmless and Indemnity Agreement" means this Hold-harmless and Indemnity Agreement No. 10041961-KDS-HHIA. This Agreement may be amended and modifies in accordance with the agreement of the parties signing hereunder, together with all attachments, exhibits, documents, endorsements, and schedules attached hereto.

**Juristic person:** In this Hold-harmless and Indemnity Agreement the term "juristic person" means an abstract, legal entity, ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; and imaginary entity such as DEBTOR, i.e. "KENNETH DAMIEN STEWART©" which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Secured Party/Creditor.

> "From the earliest of times the law; has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizeable library. the historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to ways of men in carrying on their affairs through what is now the familiar device of the corporation—Attribution of legal rights and duties to a juristic person other then man is necessarily a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched". Cardozo, J., in Berkley v. Third Avenue R. Co., 244 N.Y 84, 94. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason". See U.S. v. SCOPHONY CORP OF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 UTsT1
>
> Observation: A person has a property right in the use of his or her name which a person may transfer or assign. Gracy v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).

**Living, breathing, flesh-and-blood man:** In this Hold-harmless and Indemnity Agreement the term "living, breathing, flesh-and-blood man" means the Creditor "Kenneth-Damien: Stewart©" a sentient, living being, as distinguished from an artificial entity, juristic corporation, partnership, association, and the like.

> "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institution formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S E 70.

**Non obstante:** In this Hold-harmless and Indemnity Agreement the term "non obstante" means words anciently use in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects and/or purposes.

**Sentient, living being:** In this Hold-harmless and Indemnity Agreement the term "sentient, living being" means the Creditor "Kenneth-Damien: Stewart©" a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like.

**Transmitting utility:** In this Hold-harmless and Indemnity Agreement the term "transmitting utility" means a "commercial transmitting utility", i.e., a conduit for all commercial presentments and matters passed to or presented to the DEBTOR, i.e , "KENNETH DAMIEN STEWART©"

**UCC:** In this Hold-harmless and Indemnity Agreement the term "UCC" means Uniform Commercial code.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

Creditor accepts DEBTOR'S signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

Debtor:                                          Secured Party
KENNETH DAMIEN STEWART©                          Kenneth-Damien: Stewart©
                                                 Without Prejudice/Without Recourse

**KENNETH DAMIEN STEWART**           *Kenneth Damien Stewart*
Debtor's Signature                               Creditors Signature – Authorized Representative.
                                                 Common Law Copyright 1979. All Rights Reserved.

## ACKNOWLEDGEMENT

## COMMON LAW COPYRIGHT NOTICE

Copyright Notice: All rights reserved re: common-law copyright of trade- name/trademark KENNETH·DAMIEN STEWART© including any and all derivatives and variations in the spelling, i.e.   - Common Law Copyright 1979 by Kenneth-Damien: Stewart. Said common-law trade-name/trademark, KENNETH DAMIEN STEWART© may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Kenneth-Damien: Stewart as signified by the Red-Ink signature of Kenneth-Damien: Stewart, hereinafter "Secured Party".

With the Intent of Being Contractually Bound, any Juristic Person, as well as the agent thereof, consents and agrees by this Notice that neither said Juristic Person nor agent thereof shall display, nor otherwise use in any manner, the common-law trade-name/trademark KENNETH DAMIEN STEWART©, nor the common-law copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of KENNETH DAMIEN STEWART©, and all such unauthorized use is strictly prohibited.

**Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User," consent and agree that any use of KENNETH DAMIEN STEWART© other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of Secured Party's common-law copyrighted property, contractually binds User and renders this Notice a Security Agreement wherein User is Debtor and Kenneth-Damien: Stewart is Secured Party, and signifies that User:

(1)    Grants Secured Party a security interest in all of User's assets, land and personal property, and all of User's interest in assets. land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark KENNETH DAMIEN STEWART ©, as well as for each and every occurrence of use of any and all derivatives of and variations in the spelling of KENNETH DAMIEN STEWART©, plus costs, plus triple damages;

(2)    Authenticates this Security Agreement wherein User is Debtor and Kenneth-Damien: Stewart is Secured Party, and wherein User pledges all of User's assets, and land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common-law copyrighted property;

(3)    Consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein User is Debtor and Kenneth-Damien: Stewart is Secured Party;

(4)    Consent and agrees that said UCC Financing Statement described in "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described in "(2)" until User's contractual obligation theretofore incurred has been fully satisfied;

(5)    Consents and agrees with Secured Party's filing of any UCC Financing Statement, as described in "(3)" and "(4)", as well as the filing of any Security Agreement, as described in "(2)", in the UCC filing office, as well as in any county recorder's office;

(6)    Consents and agrees that any and all such filings described in "(4)" and "(5)" are not, and may not be considered, bogus and that User will not claim that any such filing is bogus;

(7)    Waives all defenses; and

(8)    Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth in "Payment Terms" and "Default Terms", granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at

**Form 56**
*(Rev. December 2007)*
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

*(Internal Revenue Code sections 6036 and 6903)*

OMB No. 1545-0013

### Part I   Identification

Name of person for whom you are acting (as shown on the tax return)
**KENNETH DAMIEN STEWART®**

Identifying number

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
**P.O. BOX 689**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**SOLEDAD, CA 93960**

Fiduciary's name
**TIMOTHY GEITHNER, et al, d/b/a SECRETARY OF THE TREASURY    (UNITED STATES)**

Address of fiduciary (number, street, and room or suite no.)
**1500 PENNSYLVANIA AVENUE, NORTH WEST,**

City or town, state, and ZIP code
**WASHINGTON, DISTRICT OF COLUMBIA   [20220]**

Telephone number (optional)
**( 202 ) 622-1100**

### Part II   Authority

1   Authority for fiduciary relationship. Check applicable box:
- a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . .   (2) Date of death ....................
- b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . .   (2) Date (see instructions) ...................
- c ☒ Valid trust instrument and amendments
- d ☐ Other. Describe ▶   **FINANCING FILE No.**

### Part III   Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ................................................
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ................................................
4   Year(s) or period(s) (if estate tax, date of death) ▶ ................................................
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable ................................................

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  ▶ ☒
Reason for termination of fiduciary relationship. Check applicable box:
- a ☐ Court order revoking fiduciary authority
- b ☐ Certificate of dissolution or termination of a business entity
- c ☒ Other. Describe ▶  **See Attached Financing Statement:**

#### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☒
b   Specify to whom granted, date, and address, including ZIP code.
▶   **See FIDUCIARY'S NAME Supra**

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . ▶ ☒
▶   **See FIDUCIARY'S NAME & ADDRESS Supra**

For Paperwork Reduction Act and Privacy Act Notice, see back page.        Cat. No. 16375I        Form **56** (Rev. 12-2007)

Item #   10041961-KDS-F56



**HOLD HARMLESS AND**
**INDEMNITY AGREEMENT**

County of <u>Los Angeles</u> )
<u>California</u> State ) ) Scilicet

SUBSCRIBED AND SWORN TO before me this <u>26</u> day of <u>September</u> A.D. 20 <u>12</u>.

~~Signature~~ _____ Seal
Notary Public Signature

My Commission Expires_____ <u>May 14 2015</u>

JADORE T. KAY
COMM. # 1935494
NOTARY PUBLIC•CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
May 14, 2015

## COMMON LAW COPYRIGHT NOTICE

Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**User further Consents and Agrees with all of the Following Additional Terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use: Payment Terms:**
In accordance with the fees for unauthorized use of KENNETH DAMIEN STEWART©, as set forth herein, User hereby consents and agrees that User shall pay Secured Party all unauthorized use fees in full within ten (10) days of the date User is sent Secured Party's invoice, hereinafter "Invoice", itemizing said fees.

**Default Terms:** In event of non-payment in full of all unauthorized use fees by the User within ten (10) days of date Invoice is sent, User shall be deemed in default and:
   a) all of User's property and property pledged as collateral by User as set forth in "(2)" immediately becomes, i.e. is property of Secured Party;
   b) Secured Party is appointed User's Authorized Representative as set forth in "(8)"; and
   c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner whatsoever at Secured Party's sole discretion including, but not limited to, sale at auction, at any time following User's default and without further notice any and all of User's property and interest, described in "(2)" formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use", that Secured Party, in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, irrespective of any and all of User's former property and interest in property, described in "(2)", in the possession of, as well as disposed of by, Secured Party, as authorized by "Default Terms", User may cure User's default only with the remainder of User's said property and interest, formerly pledged as collateral that is neither in the possession of nor disposed of by Secured Party within twenty (20) days of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said twenty (20) day period for curing default as set forth in "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said twenty (20) day default - curing period.

Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record owner: Kenneth-Damien: Stewart, Autograph Common Law Copyright 1979. Unauthorized use of "Kenneth-Damien: Stewart" incurs same unauthorized-use fees as those associated with KENNETH DAMIEN STEWART ©, as set forth in "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use".

Copyright Date: The Fourth day of October in the year of Nineteen-Seventy-Nine

Debtor:
KENNETH DAMIEN STEWART©

Secured Party
Kenneth-Damien: Stewart©
Without Prejudice/Without Recourse

*KENNETH DAMIEN STEWART*        *Kenneth Damien Stewart*
Debtor's Signature        Creditors Signature – Authorized Representative.
        Common Law Copyright 1979. All Rights Reserved.

## ACKNOWLEDGEMENT

County of _Los Angeles_ )
                            ) Scilicet
_California_ State )

## COMMON LAW COPYRIGHT NOTICE

SUBSCRIBED AND SWORN TO before me this _2ce_ day of _September_ A.D.
20 _12_.

_____ Seal

**Notary Public Signature**

**My Commission Expires** _May 14, 2015_

JADORE T. KAY
COMM. # 1938684
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
May 14, 2015

Form 56 (Rev. 12-2007)                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** | |
|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated |
| Address of court | | Docket number of proceeding |
| City or town, state, and ZIP code | Date | Time  a.m.  p.m.  Place of other proceedings |

| **Part VI** | **Signature** | **Auth. Rep. in Behalf of** KENNETH DAMIEN STEWART |
|---|---|---|
| Please Sign Here | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. | **UNITED STATES** |
| | ▶ JESUS F. MENDEZ-RODRIGUEZ | **SECRETARY OF** |
| | Fiduciary's signature | **THE TREASURY** |
| | | Title, if applicable       Date |

Form **56** (Rev. 12-2007)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE U.C.C. §§ 1-201(25)(26)(27):

**PUBLIC NOTICE**: Filing of this and related instruments upon the U.C.C. Commercial Registry constitutes "Lawful", open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(8); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Secured Party of Record & Holder-in-Due-Course (HDC) of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From My "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] That: I am "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constitutes STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF CALIFORNIA; STATE OF TENNESSEE, and the alike; and also in regards the UNITED NATIONS, as well as to England & Russia... This document when executed by My signature alone; will stand as UN-rebuttable Evidence of My Resignation of Compelled Social Security Trustee/Transferee. Noting: That Congress cannot create a trade or business, i.e., "as defined within 26 U.S.C. § 7701(a)(26)," within a State in order to tax it; See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee, 8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886). The real party in interest/Secured Party of the incorporated Fed. R. Civ.P. 10(c) Security Instrument/ Private Agreement Item No.: 1004961-KDS-SA & hereby duly "ACCEPTS FOR VALUE" (BA.) The Social Security Card/ Account with Claim 11 U.S.C. § 101(5) and (Special) Maritime Lien upon all related accounts both general & special; as defined in the aforesaid Security Agreement without prejudice, for cause.

Secured Party:  *Kenneth Damien Stewart*°

Kenneth-Damien: Stewart°
All Rights Explicitly Reserved, Without Prejudice.
UCC 1-207, 1-308

Notary Public
Fed. R. Evid. 902(B)

JADORE T. KAY
COMM. # 1933484
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
May 14, 2019

(X) Notary Acknowledgment FRE 902(B); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented, I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

Item # 1004961-KDS-F56-2

**Form 56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I — Identification

Name of person for whom you are acting (as shown on the tax return)
**KENNETH DAMIEN STEWART**

Identifying number

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
**P.O. BOX 689**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**SOLEDAD, CA 93960**

Fiduciary's name
**JESUS F. MENDEZ-RODRIGUEZ   d/b/a   SECRETARY OF THE TREASURY   (UNITED STATES)**

Address of fiduciary (number, street, and room or suite no.)
**C/O DEPARTMENT DE HACIENDA, P.O. BOX 9024140**

City or town, state, and ZIP code
**SAN JUAN, PUERTO RICO 00902-4140**

Telephone number (optional)
**( 202 ) 622-1100**

## Part II — Authority

1  Authority for fiduciary relationship. Check applicable box:
   a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . .   (2) Date of death _____
   b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . .   (2) Date (see instructions) _____
   c    ☒ Valid trust instrument and amendments
   d    ☐ Other. Describe ▶ **FINANCING FILE No.**

## Part III — Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ _____
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ _____
4  Year(s) or period(s) (if estate tax, date of death) ▶ _____
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☒
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable _____

## Part IV — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☒
   Reason for termination of fiduciary relationship. Check applicable box:
   a ☐ Court order revoking fiduciary authority
   b ☐ Certificate of dissolving or termination of a business entity   **See ADDITIONAL FINANCING STATEMENT:**
   c ☒ Other. Describe ▶

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☒
 b  Specify to whom granted, date, and address, including ZIP code.
    ▶ **See FIDUCIARY'S NAME Supra**

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☒
   ▶ **See FIDUCIARY'S NAME & ADDRESS Supra**

For Paperwork Reduction Act and Privacy Act Notice, see back page.   Cat. No. 16375I   Form **56** (Rev. 12-2007)

Item #   Item # 1004961-KOS-F56-2

Form 56 (Rev. 12-2007)                                                                    Page **2**

| **Part V**   **Court and Administrative Proceedings** | |
|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | a.m. p.m. | Place of other proceedings |
|---|---|---|---|---|

**Part VI   Signature**

Auth. Rep. in Behalf of
KENNETH DAMIEN STEWART

Please
Sign
Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

JESUS F. MENDEZ-RODRIGUEZ
Fiduciary's signature

UNITED STATES
SECRETARY OF
THE TREASURY

Title, if applicable                    Date

Form **56** (Rev. 12-2007)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE U.C.C. §§ 1-201(25)(26)(27):

**PUBLIC NOTICE:** Filing of this and related instruments upon the U.C.C. Commercial Registry constitutes "Lawful", open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(8); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Secured Party of Record & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From My "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] That: I am "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constitutes STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF CALIFORNIA; STATE OF TENNESSEE, and the alike; and also in regards the UNITED NATIONS, as well as to England & Russia... This document when executed by My signature alone; will stand as UN-rebuttable Evidence of My Resignation of Compelled Social Security Trustee/Transferee. Noting: That Congress cannot create a trade or business, i.e., "as defined within 26 U.S.C. § 7701(a)(26)," within a State in order to tax it; See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886). The real party in interest/Secured Party of the incorporated Fed. R. Civ.P. 10(c) Security Instrument/ Private Agreement Item No.: 10041961-KDS-SA & hereby duly "ACCEPTS FOR VALUE" (8A.) The Social Security Card/ Account with Claim 11 U.S.C. § 101(5) and (Special) Maritime Lien upon all related accounts both general & special; as defined in the aforesaid Security Agreement without prejudice, for cause.

Secured Party:   *Kenneth Damien Stewart*°

Kenneth-Damien: Stewart°
All Rights Explicitly Reserved, Without Prejudice.
UCC 1-207, 1-308

Notary Public
Fed. R. Evid. 902(8)

JADORE T. KAY
COMM. # 1938484
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
May 14, 2019

(X) Notary Acknowledgment FRE 902(B); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented, I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

Item # 10041961-KDS-F56-2