**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>         Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>         Account Number: <u>xxxx2464-xxxxxxxx0768</u>

Date of Confirmation: <u>2/27/18</u>         Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q3 2019 – 7/1/2019 - 9/30/2019</u>

| | |
|---|---:|
| Beginning Cash Balance | <u>$4,666,810.68</u> |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | <u>$22,570.63</u> |
| Collection of Accounts Receivable (net in payables): | <u>$0.00</u> |
| Proceeds from Litigation (settlement or otherwise): | <u>$0.00</u> |
| Sale of Debtor's Assets: | <u>$0.00</u> |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $22,570.63 |
| Total of cash available: | <u>$4,689,381.31</u> |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | <u>$387,002.29</u> |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | <u>$196,074.19</u> |
| All other disbursements made in the ordinary course: | <u>$0.00</u> |
| Total Disbursements | <u>$583,076.48</u> |
| Ending Cash Balance | <u>$4,106,304.83</u> |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>11/20/2019</u>         <u>Anthony R. Horton – Plan Administrator Board</u>
Date                          Name/Title

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18    Account Type: Escrow - Checking

Reporting Period (month/year): Q3 2019 – 7/1/2019 - 9/30/2019

| | |
|---|---:|
| Beginning Cash Balance | $2,778,434.31 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $11,530.78 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $11,530.78 |
| Total of cash available: | $2,789,965.09 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $11,896.06 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $56,562.36 |
| All other disbursements made in the ordinary course: | $0.00 |
| Total Disbursements | $68,458.42 |
| Ending Cash Balance | $2,721,506.67 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/20/2019    Anthony R. Horton – Plan Administrator Board
Date              Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

RLF1 3255743v.1

| ASSETS | September 30, 2019 |
|---|---|
| Cash (Unrestricted) | 6,827,811.50 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 7,871.80 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) | |
| Total Current Assets | 6,835,683.30 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less: Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 6,835,683.30 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 196,735.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | 926,000.00 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| Total Post-petition Liabilities | 1,122,735.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 1,122,735.00 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |