## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ANDREW DEAN

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that, on April 29, 2014, each of the Debtors (as such term is defined in D.I. 12653) commenced a chapter 11 case in the United States Bankruptcy Court for the District of Delaware (the "Court"), which are jointly administered under case number 14-10979 (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2016, Andrew Dean, then of Richards, Layton & Finger, P.A. first formally entered his appearance by filing a document on behalf of the Debtors in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the EFH Plan Administrator Board (as such term is defined in D.I. 12653), Reorganized TCEH Debtors (as such term is defined in D.I. 12653), and Reorganized EFH Shared Services Debtors (as such term is defined in D.I. 12653) hereby give

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

notice of the withdrawal of the appearance of Andrew Dean in the Chapter 11 Cases effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the EFH Plan Administrator Board, Reorganized TCEH Debtors, and Reorganized EFH Shared Services Debtors also request that Andrew Dean be removed from all service lists in the Chapter 11 Cases, including the Court's CM/ECF electronic notification list effective immediately.

**PLEASE TAKE FURTHER NOTICE** that, in compliance with Local Rule 9010-2(b), the representation of the EFH Plan Administrator Board, Reorganized TCEH Debtors, and Reorganized EFH Shared Services Debtors by all of the attorneys of record of Kirkland & Ellis LLP and Kirkland & Ellis International LLP and by all of the other attorneys of record of Richards, Layton & Finger, P.A., in the Chapter 11 Cases is unaffected by this Notice.

*[Remainder of page intentionally left blank.]*

Dated: November 26, 2019
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        aparna.yenamandra@kirkland.com
        steven.serajeddini@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board and Reorganized TCEH*