CHAPTER 11

Dear Sirs

CASE NO. 14-10979

Claims No.s 11102.03; 11102.04

I strongly Disagree to your objection to my claims I was heavyly Exposed to Asbestos During the 80's At ALL THE Lignite Burning Power Plants I was Employed At.

Vernon Pierce

FILED
2019 NOV 26 PM 3:37
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE