FILED  Erma Dickey
11-21-19   2019 DEC -2 AM 9:03   Audrey Dickey
CASE No. 14-10979 CSS
CLERK
U.S. BANKRUPTCY COURT
Claim No. 1577  DISTRICT OF DELAWARE

Basis for Objection - modified
Amount:
IN RE:
Energy Future Holdings Corp.

To whom it may Concern:

My mother and I don't understand this objection. My Father worked at Texas Power and Light for 32 years. He died from Multiple Myeloma. My mother's name is Erma Dickey. (His wife) I'm Audrey Dickey - his Daughter. Carolyn Barron - was his Step-daughter. My mother and I don't know what this objection letter is talking about. Texas Power + Light was the beginning way before Luminant Generation Company LLC.

Thank you,
Erma & Audrey Dickey