- the case name and number (which can be found in the settlement notice)  **FILED**

Texas Competitive Electric Holdings Company, LLC
Case No. 14-10978 (CCS)

**2019 DEC -2  AM 9: 12**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

- your contact information

William S Moore
142 Gurganus Rd
Maple Hill, NC 28454

- an explanation of your status as a class member

My name is William Moore.   I am the child of a former employee of the Texas Competitive Electric Holdings Company, LLC.  For the reasons stated below, I object to the amount and terms of the proposed settlement of the Texas Competitive Electric Holdings Company, LLC.

- an explanation of your objection (including whether you're objecting on behalf of only yourself, a specific subset of the class, or the entire class)

As a child of a former employee of the Texas Competitive Electric Holdings Company, LLC, I object to the proposed settlement on behalf of myself and my sibling.  We were unknowingly exposed to asbestos.  My father, Eddie Lee Moore., worked for Texas Competitive Electric Holdings Company, LLC for 4 years.  During that time, we lived in the same house and had close contact with one another.  My father unknowingly inhaled asbestos, transmitted asbestos into our home and or our persons due to the negligence of the Texas Competitive Electric Holdings Company, LLC.  As a result of my direct and indirect exposure, I, William Moore am entitled to a full settlement based on any current or future heath complications, and or the added responsibility of caring for my father due to any future health complications.

According to the United States Center for Disease Control "People who work with asbestos or asbestos-containing products (for example, miners, insulation workers, asbestos abatement workers, and automobile brake mechanics) without proper protection are likely to be exposed to much higher levels of asbestos fibers in air. In addition, custodial and maintenance workers who are making repairs or installations in buildings with asbestos-containing materials may be exposed to higher levels of asbestos" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4).  My father worked as a cement finisher for the Texas Competitive Electric Holdings Company, LLC, increasing his risk of exposure to asbestos. My mother Essie Grace Moore, who was married to my father for 49 years, and present during the time of his job tenure at Texas Competitive Electric Holdings Company, LLC passed away from lung cancer on July 26, 2017.  My father Eddie Lee Moore has developed and been diagnosed with COPD.

The risk of lung cancer and mesothelioma is greater in those that have been directly exposed and can take years to develop and be detected. "These diseases do not develop immediately following exposure to asbestos, but appear only after a number of years"

(https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). The responsibilities of aging and ill parents can fall and weigh heavily on the child(ren). Therefore, this objection to the settlement is in part due to the possible responsibility for caring for my aging and ill father due to the negligence of the Texas Competitive Electric Holdings Company, LLC.

In addition, there is no guarantee the effect of my father's exposure to asbestos has not had a direct impact on me. He lived in the home and brought home asbestos residue on his clothes, his hair, and any personal effects with him at work. While my body and lungs, were developing as a child, I was unknowingly exposed, making me susceptible to disease and infection. The initial settlement of 62,359.01 will serve to support me and my family should the effects of the exposure manifest in my body as well as my father's.

I do NOT intend to appear at the hearing of the motion to approve the proposed settlement, and I understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware, 19801.


- your lawyer's information, if you're being represented by one