FILED
2019 DEC -2 AM 9:19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

- the case name and number (which can be found in the settlement notice)

Texas Competitive Electric Holdings Company, LLC
Case No. 14-10978 (CCS)

- your contact information

Eddie Moore
142 Gurganus Rd
Maple Hill, NC 28454

- an explanation of your status as a class member

My name is Eddie Lee. I am the former employee of the Brown & Root Industrial Services, LLC which used products that were sold by Texas Competitive Electric Holdings Company, LLC. For the reasons stated below, I object to the amount and terms of the proposed settlement of the Texas Competitive Electric Holdings Company, LLC

.

- an explanation of your objection (including whether you're objecting on behalf of only yourself, a specific subset of the class, or the entire class)

As a former employee of Brown & Root Industrial Services, LLC, I object to the proposed settlement on behalf of myself and my children. We were unknowingly exposed to asbestos. I, Eddie Lee Moore., worked for Brown & Root Industrial Services, LLC for approximately 15 years, in different states across America. During that time, I lived in the same house and had close contact with my wife and children. I unknowingly inhaled asbestos, transmitted asbestos into our home and or our persons due to the negligence of the products provided by Texas Competitive Electric Holdings Company, LLC. As a result of my direct and indirect exposure, I, Eddie Moore am entitled to a full settlement based on my current or future health complications.

According to the United States Center for Disease Control "People who work with asbestos or asbestos-containing products (for example, miners, insulation workers, asbestos abatement workers, and automobile brake mechanics) without proper protection are likely to be exposed to much higher levels of asbestos fibers in air. In addition, custodial and maintenance workers who are making repairs or installations in buildings with asbestos-containing materials may be exposed to higher levels of asbestos" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). I worked as a cement finisher and pipe fitter for Brown & Root Industrial Services, LLC, which used products from said company which increased my risk of exposure to asbestos. My wife, Essie Grace Moore who I was married to for 49 years, and present during my time of employment at Brown & Root Industrial Services, LLC passed away from lung cancer on July 26, 2017. Her death could be directly or indirectly related to this claim. I personally have developed and been diagnosed with COPD. Here is a list of medications my doctor has prescribed for my condition: Ipratro-pium Bromide & Albuterol Sulfate, Symbicort, Spiriva and a Philips Respironics machine.

The risk of lung cancer and mesothelioma is greater in those that have been directly exposed and can take years to develop and be detected. "These diseases do not develop immediately following exposure to asbestos, but appear only after a number of years" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). The responsibilities of aging and ill parents can fall and weigh heavily on the child(ren). Therefore, this objection to the settlement is in part due to the possible responsibility of my children caring for me due to the negligence of the Texas Competitive Electric Holdings Company, LLC

In addition, there is no guarantee the effect of my exposure to asbestos has not had a direct impact on me. I brought home asbestos residue on my clothes, hair, and any personal effects while I was at work. I was unknowingly exposed, making me susceptible to disease and infection in my body and lungs. The initial settlement of 62,359.01 will serve to support me and my family should the effects of the exposure manifest in my body.

I do NOT intend to appear at the hearing of the motion to approve the proposed settlement, and I understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware, 19801.

- your lawyer's information, if you're being represented by one