- the case name and number (which can be found in the settlement notice)

**FILED**
**2019 DEC -2 AM 9: 12**
**CLERK**
**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Texas Competitive Electric Holdings Company, LLC
Case No. 14-10978 (CCS)

- your contact information

Essie G Moore
142 Gurganus Rd
Maple Hill, NC 28454

- an explanation of your status as a class member

On behalf of Essie Moore. The wife of a former employee of the Brown & Root Industrial Services, LLC. For the reasons stated below, object to the amount and terms of the proposed settlement of the Texas Competitive Electric Holdings Company, LLC.

- an explanation of your objection (including whether you're objecting on behalf of only yourself, a specific subset of the class, or the entire class)

On behalf of Essie Moore the wife of a former employee of the Brown & Root Industrial Services, LLC, this objection is being filed to reject the settlement amount on behalf of her and her children. She were unknowingly exposed to asbestos. Her husband, Eddie Lee Moore., worked for Brown & Root Industrial Services, LLC for 15 years, in different states across

America. During that time, she lived in the same house and had close contact with one another. Her husband unknowingly inhaled asbestos, transmitted asbestos into their home and or our persons due to the negligence of the products provided by Texas Competitive Electric Holdings Company, LLC. As a result of her direct and indirect exposure, Essie Moore is entitled to a full settlement based on her health condition which resulted in lung cancer.

According to the United States Center for Disease Control "People who work with asbestos or asbestos-containing products (for example, miners, insulation workers, asbestos abatement workers, and automobile brake mechanics) without proper protection are likely to be exposed to much higher levels of asbestos fibers in air. In addition, custodial and maintenance workers who are making repairs or installations in buildings with asbestos-containing materials may be exposed to higher levels of asbestos" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). Her husband worked as a cement finisher and pipe fitter for Brown & Root Industrial Services, LLC, which used products from said company which increased my risk of exposure to asbestos. Essie Moore, who was married to Eddie Moore for 49 years, and present during the time of his job tenure at Texas Competitive Electric Holdings Company, LLC passed away from lung cancer on July 26, 2017.

The risk of lung cancer and mesothelioma is greater in those that have been directly exposed and can take years to develop and be detected. "These diseases do not develop immediately following exposure to asbestos, but appear only after a number of years"

(https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). Therefore, this objection to the settlement is in part due to the fact that the family of Essie Moore had to take care of her during her diagnosis of lung cancer until her death due to the negligence of the Texas Competitive Electric Holdings Company, LLC.

In addition, there is no guarantee the effect of her husband exposure to asbestos did not have direct impact on her lung cancer diagnosis. Eddie Moore lived in the home and brought home asbestos residue on his clothes, his hair, and any personal effects with him from work. Her body and lungs, was unknowingly exposed, making her susceptible to disease and infection in her body and lungs. During her battle with lung cancer, her husband was diagnosed with COPD. The initial settlement of 62,359.01 will serve as support for her family.

Essie Moore due to her death will NOT be able to appear at the hearing of the motion to approve the proposed settlement, and her family understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware, 19801.

- your lawyer's information, if you're being represented by one