In re: Texas Competitive Electric Holdings
Company LLC, Case No. 14-10978 (CSS)

FILED
2019 DEC -3 AM 9:28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 13, 2019

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' chapter 11 cases being jointly administered for procedural purposes only under Case No. 14-10979 (CSS) (Bankr. D. Del.).

The company has filed an Objection to your claim through which it is seeking to **modify** your claim(s) – number(s) 11278.01. Our reason(s) for the modification(s) to your claim(s) is/are detailed in the enclosed materials. **For your convenience, a complete copy of the Objection (inclusive of its exhibits) is enclosed in electronic format on a USB flash drive.** You may also access a copy of the Objection free of charge at the following internet address: http://www.efhcaseinfo.com.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **December 12, 2019**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by December 12, 2019 at 4:00 P.M. (EST).

If you have any questions, or if you would like to receive a complete paper copy of the Objection at no charge, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

*I OBJECT TO CASE No. 14 10979 OBJECTION. SCOTT ACHTON CLAIM# 11278.01*

*[signature]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF REORGANIZED TCEH'S FIFTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

TO:  ACHTOR, SCOTT R
35156 N EDGEWATER LN
INGLESIDE, IL 60041

**Claim Number:** 11278.01

**Basis for Objection:** Modified Amount

**Reason for Modification:** DETERMINED BASED ON ESTIMATION ORDER AND RELATED LIQUIDATION AND ALLOWANCE METHODOLOGY

**Asserted Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 11278.01 - Undetermined*

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 11278.01 - $2,754.00

* Indicates claim contains unliquidated and/or undetermined amounts.

On November 6, 2019, Reorganized TCEH filed **Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection").[2]

By the Objection, Reorganized TCEH seeks to **liquidate and allow** your claim against the applicable TCEH Debtor as follows:

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 11278.01 - $2,754.00

Responses to the Objection, if any, must be in writing and filed on or before **December 12, 2019 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline") with the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Objection.

States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to Reorganized TCEH listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 19, 2019 STARTING AT 2:00 P.M (EASTERN STANDARD TIME),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, or if you would like to receive a complete paper copy of the Objection at no charge, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

*[Remainder of page intentionally left blank.]*

Dated: November 13, 2019
Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:   (214) 665-9464
Facsimile:   (214) 665-9590
Email:       frank@bramelawfirm.com

*Co-Counsel to Reorganized TCEH*

2