Texas Competitive Electric Holdings Company, LLC
Debtor: LUMINANT GENERATION COMPANY LLC;
Case No. 14-10978 (CCS)
Claim No. 61579.01

FILED
2019 DEC -6 AM 8: 16
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ralph Moore, Sr.
221 William Gurganus Road
Maple Hill, North Carolina 28454

Re: Objection to Settlement

My name is Ralph Moore, Sr. I am a former employee of the Brown & Root Industrial Services, LLC. For the reasons stated below, I object to the amount and terms of the proposed settlement of the Texas Competitive Electric Holdings Company, LLC.

As a former employee of the Texas Competitive Electric Holdings Company, LLC, I object to the proposed settlement on behalf of myself and my children. I was unknowingly exposed to asbestos. I worked for Brown & Root Industrial Services, LLC for approximately 15 years, in different states across America. During that time, I lived in the same house with my family and we had close contact with one another. I unknowingly inhaled asbestos, transmitted asbestos into our home and or our persons due to the negligence of the Texas Competitive Electric Holdings Company, LLC. As a result of my direct and indirect exposure, I, Ralph Moore, Sr., am entitled to a full settlement based on any current or future heath complications, and or the added responsibility of caring for my wife or children due to any future health complications.

According to the United States Center for Disease Control "People who work with asbestos or asbestos-containing products (for example, miners, insulation workers, asbestos abatement workers, and automobile brake mechanics) without proper protection are likely to be exposed to much higher levels of asbestos fibers in air. In addition, custodial and maintenance workers who are making repairs or installations in buildings with asbestos-containing materials may be exposed to higher levels of asbestos" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). I worked as a cement finisher and pipe fitter for Brown & Root Industrial Services, LLC, which used products from said company which increased of my exposure to asbestos.

The risk of lung cancer and mesothelioma is greater in those that have been directly exposed and can take years to develop and be detected. "These diseases do not develop immediately following exposure to asbestos, but appear only after a number of years" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). The responsibilities of ill family members can weigh heavily on the family. Therefore, this objection to the settlement is in part due to the possible responsibility for ill family due to the negligence of the Texas Competitive Electric Holdings Company, LLC.

In addition, there is no guarantee the effect of my exposure to asbestos has not had a lasting impact on me. I brought home asbestos residue on my clothes, hair, and any personal effects with me at work. While my children's bodies and lungs, were developing as young children, I

was unknowingly exposing them, making them susceptible to disease and infection. The initial settlement of 62,359.01 will serve to support me and my family should the effects of the exposure manifest in my body as well as my children's.

I do NOT intend to appear at the hearing of the motion to approve the proposed settlement, and I understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware, 19801.

Feel free to call me with any questions, 910-389-3697. Thank you for your time and consideration.

Sincerely, *Ralph Moore Sr,*


Ralph Moore, Sr.