Texas Competitive Electric Holdings Company, LLC
Debtor: LUMINANT GENERATION COMPANY LLC;
Case No. 14-10978 (CCS)
Claim No. 61580.01

FILED

2019 DEC -6  AM 8: 16

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Odessa Moore
221 William Gurganus Road
Maple Hill, North Carolina 28454

Re: Objection to Settlement

My name is Odessa Moore.   I am the wife of a former employee of the Brown & Root Industrial
Services, LLC.  For the reasons stated below, I object to the amount and terms of the proposed
settlement of the Texas Competitive Electric Holdings Company, LLC.


As the wife of a former employee of the Texas Competitive Electric Holdings Company, LLC, I
object to the proposed settlement on behalf of myself, my husband and my children.  We were
unknowingly exposed to asbestos.  My husband, Ralph Moore, Sr., worked for Brown & Root
Industrial Services, LLC for approximately 15 years, in different states across America.  During
that time, we lived in the same house and had close contact with one another.  My husband
unknowingly inhaled asbestos, transmitted asbestos into our home and or our persons due to the
negligence of the Texas Competitive Electric Holdings Company, LLC.  As a result of my direct
and indirect exposure, I, Odessa Moore, am entitled to a full settlement based on any current or
future heath complications, and or the added responsibility of caring for my husband due to any
future health complications.

According to the United States Center for Disease Control "People who work with asbestos or
asbestos-containing products (for example, miners, insulation workers, asbestos abatement
workers, and automobile brake mechanics) without proper protection are likely to be exposed to
much higher levels of asbestos fibers in air. In addition, custodial and maintenance workers who
are making repairs or installations in buildings with asbestos-containing materials may be
exposed to higher levels of asbestos" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4).  My
husband worked as a cement finisher and pipe fitter for Brown & Root Industrial Services, LLC,
which used products from said company which increased of his and my exposure to asbestos.

The risk of lung cancer and mesothelioma is greater in those that have been directly exposed and
can take years to develop and be detected. "These diseases do not develop immediately
following exposure to asbestos, but appear only after a number of years"
(https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4).  The responsibilities of  an ill spouse or
children can fall and weigh heavily on the family.  Therefore, this objection to the settlement is
in part due to the possible responsibility for caring for aging and ill spouse or children due to the
negligence of the Texas Competitive Electric Holdings Company, LLC.

In addition, there is no guarantee the effect of my husband's exposure to asbestos has not had a
direct impact on me.  He lived in the home and brought home asbestos residue on his clothes, his

hair, and any personal effects with him at work.  While my children's bodies and lungs, were developing, they were unknowingly exposed, making all of us susceptible to disease and infection.  The initial settlement of 62,359.01 will serve to support me and my family should the effects of the exposure manifest in my body as well as my husband or children's.

I do NOT intend to appear at the hearing of the motion to approve the proposed settlement, and I understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware, 19801.

Feel free to call me with any questions, 910-389-3697.  Thank you for your time and consideration.

Sincerely,

Odessa Moore