Texas Competitive Electric Holdings Company, LLC
Debtor: LUMINANT GENERATION COMPANY LLC;
Case No. 14-10978 (CCS)
Claim No. 62362.01

Sharon Sunkel
2408 US HWY 70W
Efland, North Carolina 27243

Re: Objection to Settlement

My name is Sharon Sunkel. I am the child of a former employee of the Brown & Root Industrial Services, LLC. For the reasons stated below, I object to the amount and terms of the proposed settlement of the Texas Competitive Electric Holdings Company, LLC.

As a child of a former employee of the Texas Competitive Electric Holdings Company, LLC, I object to the proposed settlement on behalf of myself and my siblings. We were unknowingly exposed to asbestos. My father, Ralph Moore, Sr., worked for Brown & Root Industrial Services, LLC for approximately 15 years, in different states across America. During that time, we lived in the same house and had close contact with one another. My father unknowingly inhaled asbestos, transmitted asbestos into our home and or our persons due to the negligence of the Texas Competitive Electric Holdings Company, LLC. As a result of my direct and indirect exposure, I, Sharon Sunkel, am entitled to a full settlement based on any current or future heath complications, and or the added responsibility of caring for my father due to any future health complications.

According to the United States Center for Disease Control "People who work with asbestos or asbestos-containing products (for example, miners, insulation workers, asbestos abatement workers, and automobile brake mechanics) without proper protection are likely to be exposed to much higher levels of asbestos fibers in air. In addition, custodial and maintenance workers who are making repairs or installations in buildings with asbestos-containing materials may be exposed to higher levels of asbestos" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). My father worked as a cement finisher and pipe fitter for Brown & Root Industrial Services, LLC, which used products from said company which increased of his and my exposure to asbestos.

The risk of lung cancer and mesothelioma is greater in those that have been directly exposed and can take years to develop and be detected. "These diseases do not develop immediately following exposure to asbestos, but appear only after a number of years" (https://www.atsdr.cdc.gov/phs/phs.asp?id=28&tid=4). The responsibilities of aging and ill parents can fall and weigh heavily on the child(ren). Therefore, this objection to the settlement is in part due to the possible responsibility for caring for aging and ill parents due to the negligence of the Texas Competitive Electric Holdings Company, LLC.

In addition, there is no guarantee the effect of my father's exposure to asbestos has not had a direct impact on me. He lived in the home and brought home asbestos residue on his clothes, his

hair, and any personal effects with him at work. While my body and lungs, were developing as a child, I was unknowingly exposed, making me susceptible to disease and infection. The initial settlement of 62,359.01 will serve to support me and my family should the effects of the exposure manifest in my body as well as my father's.

I do NOT intend to appear at the hearing of the motion to approve the proposed settlement, and I understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware, 19801.

Feel free to call me with any questions, 910-389-3697. Thank you for your time and consideration.

Sincerely,

*[signature]*

Sharon Sunkel