Thursday, December 5, 2019

**FILED**

2019 DEC -9 PM 12:05

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEREK A. HARDY
PO BOX 632099
NACOGDOCHES, TX 75963
(936)569-1750
CLAIM # 11685

In regards to ENERGY FUTURE HOLDINGS CORP. I, DEREK HARDY, am disputing the Modified Amount, due to current and furtue illinesses. I will not sign my rights away for any future diseases, such as MESOTHELIOMA and any other cancers or diseases that I may incur. I, DEREK HARDY, alone have worked at Martin Lake Power Plant since February 1981, and am just now starting to suffer the effects of being exposed to toxic chemicals 12 - 14 hours a day. I have 2 tumors on my kidney and difficulty with my breathing. Martin Lake Power Plant alone has had several employees die from the diseases described in this law suite. The Modified Amount you are offering is absoultly unexceptible. I ask that the judge look at their case because the lawyers gave us no time at all to prepare. I just recieved this letter last week, which was sent to an address that I have not lived at in more than 11 years. The case states you are able to talk with the lawyer, but each time I called I was told, by Mr Frank Brane's team, they could not give me any information, and that I need to hire a lawyer myself, giving me only 10 days to prepare. I was told that was not their problem. I also ask that the petty amount of 8 million put aside for the thousand of power plant employees be raised to 800,00 million and that each employee be tested for any signs of disease caused by BLACK LUNG, SILICOSIS, MESOTHELIOMA, and TOXIC CHEMICAL DISEASES. I think it is only fair to have each power plant employee tested to check our lives and the lives of our children. The current lawyers care only for the money they are recieving and nothing about the health and well being of the employees at each power plant. I would at least ask, you Judge, for some compassion and think what would you do in our shoes. Would you sign your rights away to see EFH and Vistra for $100 to $200 dollars. Put yourself in our place, if you had been exposed wrongfully for years would you except their offer. Please have the lawyer at least take the time to check on all Power Plant Employees who have worked hard for your state, of Texas, to have electricity. Please read this letter out loud and make your decision from your heart and mind.

Yours Truly, DEREK HARDY
40 year Power Plant worker, since Feb 3rd, 1981 at the same plant.

Derek Hardy
PO Box 632099
Nacogdoches, TX 75963
This is my home address of the last 3 years. The lawyers could at least get my address right for one to two hunderd dollars.