United States Bankruptcy Court

I, Sharon Errington and my family members strongly disagree with TCEH's Fifty-third Omnibus Objection, which states that unmanifested asbestos claimants are to receive between $100 and $200 for any health issues arising from asbestos exposure. This amount would not even cover gas money to go and see a doctor. I have worked at Martin Lake Power plant for 12 years. My husband and I both have breathing issues. I was recently hospitalized with pneumonia and my husband, Albert, has shortness of breath and COPD. Who knows what effects that my being exposed to a toxic environment will have on my children in the future? We object to the proposed amount to settle our claims.

Respectfully,

Sharon Errington (claim # 12062, 60787)

Albert Errington (claim# 60788)

Kyle Scarberry (claim# 60789)

Caitlin Nooner (claim#60790)

FILED 2019 DEC 10 AM 10: 49 U.S. BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE