Case No. 14-10979(CSS)

Patrick H Servantez
405 CALHOUN DR
Rockdale Tx  76567
Phone # (512-760-5238)
Claim Number # 34976

FILED
2019 DEC 12 AM 8:11
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Modified Debtor / priority / Claim # / Amount
Luminat Generation Company LLC -
Unsecured - 34976 - $2,754.00

I Patrick H Servantez agree
on the amount. of $2,754.00