# LAW OFFICE OF SHARRON L. JOHNSON
Attorney at Law
305 S. Center Street
Bonham, Texas 75418

PHONE: (903)583-3101            FAX: (903)640-0103

E-MAIL: SLJohnsonLaw@hotmail.com

December 10, 2019



United States Bankruptcy Court
  For the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

    Re:    Texas Competitive Electric Holdings Company, LLC
            Case No. 14-10978 (CSS)

To Whom it May Concern:

I am the attorney for several Claimants in the above entitled case. I am enclosing herewith a Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims, for the following individuals:

- Joe W. Cox                               Claim No. 31699
- Betty Lou Moore Cox Smith       Claim No. 31701
- Shari Cox Adams                  Claim No. 31702
- Troy Don Cox                       Claim No. 31703
- Michael Cox                         Claim No. 31700
- Lanna Hazelwood Cox            Claim No. 31705
- Reba Hazelwood Wagoner        Claim No. 31704
- Roosevelt Ross                    Claim No. 31707
- Vera Ross                           Claim No. 31706
- Nina Lorene Loftice Carlock       Claim No. 31693.03
- Judy Lorene Carlock Kissinger     Claim No. 31694.03
- Janice Leah Carlock Bullock       Claim No. 31695.03
- Jenifer Lee Carlock               Claim No. 31696.03
- Jeffrey Dean Carlock            Claim No. 31698.03
- Grant Michael Harrison          Claim No. 31692.03
- Paige Leah Raible                Claim No. 31691.03
- James Don Kissinger             Claim No. 31697.03
- Alaina Kissinger                   Claim No. 31711.01
- Kandice Kissinger                Claim No. 31708.01
- James Dillan Kissinger           Claim No. 31712.01
- Kay Sluder                         Claim No. 31709.01

Your courtesy in this matter is appreciated.

                                      Yours truly,

                                      SHARRON L. JOHNSON

tb
enclosures
cc:    Jason M. Madron
       Richards, Layton & Finger, PA
       Via e-mail madron@rlf.com

       Frank C. Brame
       The Brame Law Firm PLLC
       Via e-mail frank@bramelawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2019 DEC 12 PM 12: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                      Chapter 11

ENERGY FUTURE HOLDINGS CORP, et al          Case No. 14-10979 (CSS)

Debtors                                                     (Jointly Administered)


Response of Kandice Kissinger                        Claim No. 31708.01


    Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (The "Objection") and Hearing Thereon.

    Comes now, Kandice Kissinger, Claim No. 31708.01, whose address is 1375 CR 2100, Ivanhoe, Texas 75447, Objecting to the Objection, for the reason that she was a child of James Don Kissinger, a former employee of a TCEH Company who was directly exposed to the asbestos. Her risk of contacting a related disease is great. These diseases are slow, sometimes many years in manifesting themselves. She is entitled to a full and unmodified settlement based on any current or future personal health complications and the responsibility of her children caring for her in the future.

    Claimant does not intend to appear at the hearing of the motion to approve the proposed settlement and I understand that my Objection form will be filed with the Federal Court prior to the hearing of the Motion on December 19, 2019 in the U. S Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

    A settlement of $2,754.00 will eventually be paid out at about ten cents on the dollar or $275.40. Ms. Kissinger might have agreed to the full payment of $2,754.00, but will not agree to $275.40.

    Respectfully submitted,

LAW OFFICE OF SHARRON L. JOHNSON
305 S. CENTER STREET
BONHAM, TEXAS 75418
PHONE: (903) 583-3101
FAX: (903) 640-0103
BY: _____
    SHARRON L. JOHNSON
    STATE BAR CARD NO. 24006599

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE