# LAW OFFICE OF SHARRON L. JOHNSON

Attorney at Law
305 S. Center Street
Bonham, Texas 75418

PHONE: (903)583-3101 　　　　　　　　　　　　　　　　　FAX: (903)640-0103

E-MAIL: SLJohnsonLaw@hotmail.com

December 10, 2019

United States Bankruptcy Court
　For the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

　　　Re:　Texas Competitive Electric Holdings Company, LLC
　　　　　　Case No. 14-10978 (CSS)

FILED 2019 DEC 12 PM 12:34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it May Concern:

I am the attorney for several Claimants in the above entitled case. I am enclosing herewith a Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims, for the following individuals:

- Joe W. Cox　　　　　　　　　　　　Claim No. 31699
- Betty Lou Moore Cox Smith　　　　Claim No. 31701
- Shari Cox Adams　　　　　　　　　Claim No. 31702
- Troy Don Cox　　　　　　　　　　　Claim No. 31703
- Michael Cox　　　　　　　　　　　　Claim No. 31700
- Lanna Hazelwood Cox　　　　　　　Claim No. 31705
- Reba Hazelwood Wagoner　　　　　Claim No. 31704
- Roosevelt Ross　　　　　　　　　　Claim No. 31707
- Vera Ross　　　　　　　　　　　　　Claim No. 31706
- Nina Lorene Loftice Carlock　　　Claim No. 31693.03
- Judy Lorene Carlock Kissinger　　Claim No. 31694.03
- Janice Leah Carlock Bullock　　　Claim No. 31695.03
- Jenifer Lee Carlock　　　　　　　Claim No. 31696.03
- Jeffrey Dean Carlock　　　　　　　Claim No. 31698.03
- Grant Michael Harrison　　　　　　Claim No. 31692.03
- Paige Leah Raible　　　　　　　　Claim No. 31691.03
- James Don Kissinger　　　　　　　Claim No. 31697.03
- Alaina Kissinger　　　　　　　　　Claim No. 31711.01
- Kandice Kissinger　　　　　　　　Claim No. 31708.01
- James Dillan Kissinger　　　　　　Claim No. 31712.01
- Kay Sluder　　　　　　　　　　　　Claim No. 31709.01

Your courtesy in this matter is appreciated.

Yours truly,

*Sharron L. Johnson*

SHARRON L. JOHNSON

tb
enclosures
cc:    Jason M. Madron
        Richards, Layton & Finger, PA
        Via e-mail madron@rlf.com

        Frank C. Brame
        The Brame Law Firm PLLC
        Via e-mail frank@bramelawfirm.com

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**FILED**
**2019 DEC 12 PM 12:35**
**CLERK**
**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, et al | Case No. 14-10979 (CSS) |
| Debtors | (Jointly Administered) |
| Response of Grant Michael Harrison | Claim No. 31692.03 |

Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (The "Objection") and Hearing Thereon.

Comes now, Grant Michael Harrison, Claim No. 31692.03, whose address is 14604 Snowhill Drive, Frisco, Texas 75035, Objecting to the Objection, for the reason that he was a grandchild of James Carlock, a former employee of a TCEH Company who was directly exposed to the asbestos. His risk of contacting a related disease is great. These diseases are slow, sometimes many years in manifesting themselves. He is entitled to a full and unmodified settlement based on any current or future personal health complications and the responsibility of his children caring for him in the future.

Claimant does not intend to appear at the hearing of the motion to approve the proposed settlement and I understand that my Objection form will be filed with the Federal Court prior to the hearing of the Motion on December 19, 2019 in the U. S Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

A settlement of $2,754.00 will eventually be paid out at about ten cents on the dollar or $275.40. Mr. Harrison might have agreed to the full payment of $2,754.00, but will not agree to $275.40.

Respectfully submitted,

LAW OFFICE OF SHARRON L. JOHNSON
305 S. CENTER STREET
BONHAM, TEXAS 75418
PHONE: (903) 583-3101
FAX: (903) 640-0403
BY: _____Sharron L. Johnson_____
SHARRON L. JOHNSON
STATE BAR CARD NO. 24006599

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

_____
SHARRON L. JOHNSON

FILED 2019 DEC 12 PM 12:35 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE