# LAW OFFICE OF SHARRON L. JOHNSON
Attorney at Law
305 S. Center Street
Bonham, Texas 75418

PHONE: (903)583-3101                                                   FAX: (903) 640-0103

E-MAIL: SLJohnsonLaw@hotmail.com

December 10, 2019

United States Bankruptcy Court
  For the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Re:   Texas Competitive Electric Holdings Company, LLC
      Case No. 14-10978 (CSS)

To Whom it May Concern:

I am the attorney for several Claimants in the above entitled case. I am enclosing herewith a Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims, for the following individuals:

- Joe W. Cox                         Claim No. 31699
- Betty Lou Moore Cox Smith          Claim No. 31701
- Shari Cox Adams                    Claim No. 31702
- Troy Don Cox                       Claim No. 31703
- Michael Cox                        Claim No. 31700
- Lanna Hazelwood Cox                Claim No. 31705
- Reba Hazelwood Wagoner             Claim No. 31704
- Roosevelt Ross                     Claim No. 31707
- Vera Ross                          Claim No. 31706
- Nina Lorene Loftice Carlock        Claim No. 31693.03
- Judy Lorene Carlock Kissinger      Claim No. 31694.03
- Janice Leah Carlock Bullock        Claim No. 31695.03
- Jenifer Lee Carlock                Claim No. 31696.03
- Jeffrey Dean Carlock               Claim No. 31698.03
- Grant Michael Harrison             Claim No. 31692.03
- Paige Leah Raible                  Claim No. 31691.03
- James Don Kissinger                Claim No. 31697.03
- Alaina Kissinger                   Claim No. 31711.01
- Kandice Kissinger                  Claim No. 31708.01
- James Dillan Kissinger             Claim No. 31712.01
- Kay Sluder                         Claim No. 31709.01

Your courtesy in this matter is appreciated.

                                          Yours truly,

                                        SHARRON L. JOHNSON

tb
enclosures
cc:     Jason M. Madron
        Richards, Layton & Finger, PA
        Via e-mail madron@rlf.com

        Frank C. Brame
        The Brame Law Firm PLLC
        Via e-mail frank@bramelawfirm.com

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2019 DEC 12 PM 12: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, et al | Case No. 14-10979 (CSS) |
| Debtors | (Jointly Administered) |
| Response of Jeffrey Dean Kissinger | Claim No. 31698.03 |

Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (The "Objection") and Hearing Thereon.

Comes now, Jeffrey Dean Kissinger, Claim No. 31698.03, whose address is 3381 Blackburn Street, Apt. #1212, Dallas, Texas 75204, Objecting to the Objection, for the reason that he was a grandchild of James Carlock, a former employee of a TCEH Company who was directly exposed to the asbestos. His risk of contacting a related disease is great. These diseases are slow, sometimes many years in manifesting themselves. He is entitled to a full and unmodified settlement based on any current or future personal health complications and the responsibility of his children caring for him in the future.

Claimant does not intend to appear at the hearing of the motion to approve the proposed settlement and I understand that my Objection form will be filed with the Federal Court prior to the hearing of the Motion on December 19, 2019 in the U. S Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

A settlement of $2,754.00 will eventually be paid out at about ten cents on the dollar or $275.40. Mr. Kissinger might have agreed to the full payment of $2,754.00, but will not agree to $275.40.

Respectfully submitted,

LAW OFFICE OF SHARRON L. JOHNSON
305 S. CENTER STREET
BONHAM, TEXAS 75418
PHONE: (903) 583-3101
FAX: (903) 640-0103
BY: _____Sharron L. Johnson_____
SHARRON L. JOHNSON
STATE BAR CARD NO. 24006599

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE