# LAW OFFICE OF SHARRON L. JOHNSON
Attorney at Law
305 S. Center Street
Bonham, Texas 75418

PHONE: (903)583-3101                                   FAX: (903)640-0103

E-MAIL: SLJohnsonLaw@hotmail.com

December 10, 2019

United States Bankruptcy Court
  For the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

    Re:    Texas Competitive Electric Holdings Company, LLC
            Case No. 14-10978 (CSS)

To Whom it May Concern:

I am the attorney for several Claimants in the above entitled case. I am enclosing herewith a Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims, for the following individuals:

- Joe W. Cox                              Claim No. 31699
- Betty Lou Moore Cox Smith               Claim No. 31701
- Shari Cox Adams                         Claim No. 31702
- Troy Don Cox                            Claim No. 31703
- Michael Cox                             Claim No. 31700
- Lanna Hazelwood Cox                     Claim No. 31705
- Reba Hazelwood Wagoner                  Claim No. 31704
- Roosevelt Ross                          Claim No. 31707
- Vera Ross                               Claim No. 31706
- Nina Lorene Loftice Carlock             Claim No. 31693.03
- Judy Lorene Carlock Kissinger           Claim No. 31694.03
- Janice Leah Carlock Bullock             Claim No. 31695.03
- Jenifer Lee Carlock                     Claim No. 31696.03
- Jeffrey Dean Carlock                    Claim No. 31698.03
- Grant Michael Harrison                  Claim No. 31692.03
- Paige Leah Raible                       Claim No. 31691.03
- James Don Kissinger                     Claim No. 31697.03
- Alaina Kissinger                        Claim No. 31711.01
- Kandice Kissinger                       Claim No. 31708.01
- James Dillan Kissinger                  Claim No. 31712.01
- Kay Sluder                              Claim No. 31709.01

Your courtesy in this matter is appreciated.

                                              Yours truly,

                                              SHARRON L. JOHNSON

tb
enclosures
cc:    Jason M. Madron
        Richards, Layton & Finger, PA
        Via e-mail madron@rlf.com

        Frank C. Brame
        The Brame Law Firm PLLC
        Via e-mail frank@bramelawfirm.com

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

_____
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2019 DEC 12 PM 12: 34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                      Chapter 11

ENERGY FUTURE HOLDINGS CORP, et al          Case No. 14-10979 (CSS)

Debtors                                                    (Jointly Administered)

Response of Joe W. Cox                                Claim No. 31699

Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (The "Objection") and Hearing Thereon.

Comes now, Joe W. Cox, Claim No. 31699, whose address is P. O. Box 11, Ector, Texas, 75439, Objecting to the Objection, for the reason that he was directly exposed to the asbestos. His risk of contacting a related disease is great. These diseases are slow, sometimes many years in manifesting themselves. He is entitled to a full and unmodified settlement based on any current or future personal health complications and the responsibility of his children caring for him in the future.

Claimant does not intend to appear at the hearing of the motion to approve the proposed settlement and I understand that my Objection form will be filed with the Federal Court prior to the hearing of the Motion on December 19, 2019 in the U. S Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

A settlement of $2,754.00 will eventually be paid out at about ten cents on the dollar or $275.40. Mr. Cox might have agreed to the full payment of $2,754.00, but will not agree to $275.40.

Respectfully submitted,

LAW OFFICE OF SHARRON L. JOHNSON
305 S. CENTER STREET
BONHAM, TEXAS 75418
PHONE: (903) 583-3101
FAX: (903) 640-0103
SLJohnsonLaw@hotmail.com
BY: _____
       SHARRON L. JOHNSON
       STATE BAR CARD NO. 24006599

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE