# LAW OFFICE OF SHARRON L. JOHNSON
Attorney at Law
305 S. Center Street
Bonham, Texas 75418

PHONE: (903)583-3101                                                FAX: (903) 640-0103

E-MAIL: SLJohnsonLaw@hotmail.com

December 10, 2019

United States Bankruptcy Court
For the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

FILED 2019 DEC 12 PM 12:34
CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Re: Texas Competitive Electric Holdings Company, LLC
Case No. 14-10978 (CSS)

To Whom it May Concern:

I am the attorney for several Claimants in the above entitled case. I am enclosing herewith a Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims, for the following individuals:

- Joe W. Cox                           Claim No. 31699
- Betty Lou Moore Cox Smith            Claim No. 31701
- Shari Cox Adams                      Claim No. 31702
- Troy Don Cox                         Claim No. 31703
- Michael Cox                          Claim No. 31700
- Lanna Hazelwood Cox                  Claim No. 31705
- Reba Hazelwood Wagoner               Claim No. 31704
- Roosevelt Ross                       Claim No. 31707
- Vera Ross                            Claim No. 31706
- Nina Lorene Loftice Carlock          Claim No. 31693.03
- Judy Lorene Carlock Kissinger        Claim No. 31694.03
- Janice Leah Carlock Bullock          Claim No. 31695.03
- Jenifer Lee Carlock                  Claim No. 31696.03
- Jeffrey Dean Carlock                 Claim No. 31698.03
- Grant Michael Harrison               Claim No. 31692.03
- Paige Leah Raible                    Claim No. 31691.03
- James Don Kissinger                  Claim No. 31697.03
- Alaina Kissinger                     Claim No. 31711.01
- Kandice Kissinger                    Claim No. 31708.01
- James Dillan Kissinger               Claim No. 31712.01
- Kay Sluder                           Claim No. 31709.01

Your courtesy in this matter is appreciated.

                                              Yours truly,

                                       SHARRON L. JOHNSON

tb
enclosures
cc:     Jason M. Madron
        Richards, Layton & Finger, PA
        Via e-mail madron@rlf.com

        Frank C. Brame
        The Brame Law Firm PLLC
        Via e-mail frank@bramelawfirm.com

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2019 DEC 12 PM 12: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                    Chapter 11

ENERGY FUTURE HOLDINGS CORP, et al                        Case No. 14-10979 (CSS)

Debtors                                                   (Jointly Administered)

Response of Judy Lorene Carlock Kissinger                 Claim No. 31694.03

Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (The "Objection") and Hearing Thereon.

Comes now, Judy Lorene Carlock Kissinger, Claim No. 31694.03, whose address is 1375 CR 2100, Ivanhoe, Texas 75447, Objecting to the Objection, for the reason that she was a child of James Carlock, a former employee of a TCEH Company who was directly exposed to the asbestos. Her risk of contacting a related disease is great. These diseases are slow, sometimes many years in manifesting themselves. She is entitled to a full and unmodified settlement based on any current or future personal health complications and the responsibility of her children caring for her in the future.

Claimant does not intend to appear at the hearing of the motion to approve the proposed settlement and I understand that my Objection form will be filed with the Federal Court prior to the hearing of the Motion on December 19, 2019 in the U. S Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

A settlement of $2,754.00 will eventually be paid out at about ten cents on the dollar or $275.40. Ms. Kissinger might have agreed to the full payment of $2,754.00, but will not agree to $275.40.

Respectfully submitted,

LAW OFFICE OF SHARRON L. JOHNSON
305 S. CENTER STREET
BONHAM, TEXAS 75418
PHONE: (903) 583-3101
FAX: (903) 640-0103
BY: _____
SHARRON L. JOHNSON
STATE BAR CARD NO. 24006599

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

_____
SHARRON L. JOHNSON

FILED
2019 DEC 12  PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE