# LAW OFFICE OF SHARRON L. JOHNSON
Attorney at Law
305 S. Center Street
Bonham, Texas 75418

PHONE: (903)583-3101                                          FAX: (903) 640-0103

E-MAIL: SLJohnsonLaw@hotmail.com

December 10, 2019

United States Bankruptcy Court
For the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

FILED 2019 DEC 12 PM 12:34 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

    Re:    Texas Competitive Electric Holdings Company, LLC
             Case No. 14-10978 (CSS)

To Whom it May Concern:

I am the attorney for several Claimants in the above entitled case. I am enclosing herewith a Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims, for the following individuals:

- Joe W. Cox                                    Claim No. 31699
- Betty Lou Moore Cox Smith       Claim No. 31701
- Shari Cox Adams                         Claim No. 31702
- Troy Don Cox                              Claim No. 31703
- Michael Cox                                 Claim No. 31700
- Lanna Hazelwood Cox                Claim No. 31705
- Reba Hazelwood Wagoner         Claim No. 31704
- Roosevelt Ross                           Claim No. 31707
- Vera Ross                                     Claim No. 31706
- Nina Lorene Loftice Carlock         Claim No. 31693.03
- Judy Lorene Carlock Kissinger      Claim No. 31694.03
- Janice Leah Carlock Bullock        Claim No. 31695.03
- Jenifer Lee Carlock                  Claim No. 31696.03
- Jeffrey Dean Carlock               Claim No. 31698.03
- Grant Michael Harrison            Claim No. 31692.03
- Paige Leah Raible                   Claim No. 31691.03
- James Don Kissinger              Claim No. 31697.03
- Alaina Kissinger                      Claim No. 31711.01
- Kandice Kissinger                  Claim No. 31708.01
- James Dillan Kissinger            Claim No. 31712.01
- Kay Sluder                                Claim No. 31709.01

Your courtesy in this matter is appreciated.

Yours truly,

*Sharron L. Johnson*

SHARRON L. JOHNSON

tb
enclosures
cc: Jason M. Madron
    Richards, Layton & Finger, PA
    Via e-mail madron@rlf.com

    Frank C. Brame
    The Brame Law Firm PLLC
    Via e-mail frank@bramelawfirm.com

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12  PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2019 DEC 12 PM 12: 34

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                    Chapter 11

ENERGY FUTURE HOLDINGS CORP, et al        Case No. 14-10979 (CSS)

Debtors                                   (Jointly Administered)

Response of Nina Lorene Loftice Carlock    Claim No. 31693.03

Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (The "Objection") and Hearing Thereon.

Comes now, Nina Lorene Loftice Carlock, Claim No. 31693.03, whose address is 101 S. Colorado Street, Celina, Texas 75009, Objecting to the Objection, for the reason that she was the wife of James Carlock, a former employee of a TCEH Company who was directly exposed to the asbestos. Her risk of contacting a related disease is great. These diseases are slow, sometimes many years in manifesting themselves. She is entitled to a full and unmodified settlement based on any current or future personal health complications and the responsibility of her children caring for her in the future.

Claimant does not intend to appear at the hearing of the motion to approve the proposed settlement and I understand that my Objection form will be filed with the Federal Court prior to the hearing of the Motion on December 19, 2019 in the U. S Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

A settlement of $2,754.00 will eventually be paid out at about ten cents on the dollar or $275.40. Ms. Carlock might have agreed to the full payment of $2,754.00, but will not agree to $275.40.

Respectfully submitted,

LAW OFFICE OF SHARRON L. JOHNSON
305 S. CENTER STREET
BONHAM, TEXAS 75418
PHONE: (903) 583-3101
FAX: (903) 640-0103
BY: _____
SHARRON L. JOHNSON
STATE BAR CARD NO. 24006599

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE