# LAW OFFICE OF SHARRON L. JOHNSON

Attorney at Law
305 S. Center Street
Bonham, Texas 75418

PHONE: (903)583-3101                                                                FAX: (903) 640-0103

E-MAIL: SLJohnsonLaw@hotmail.com

December 10, 2019

United States Bankruptcy Court
  For the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

FILED 2019 DEC 12 PM 12:34 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

    Re:    Texas Competitive Electric Holdings Company, LLC
             Case No. 14-10978 (CSS)

To Whom it May Concern:

I am the attorney for several Claimants in the above entitled case. I am enclosing herewith a Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims, for the following individuals:

- Joe W. Cox                                          Claim No. 31699
- Betty Lou Moore Cox Smith              Claim No. 31701
- Shari Cox Adams                               Claim No. 31702
- Troy Don Cox                                     Claim No. 31703
- Michael Cox                                        Claim No. 31700
- Lanna Hazelwood Cox                      Claim No. 31705
- Reba Hazelwood Wagoner                Claim No. 31704
- Roosevelt Ross                                    Claim No. 31707
- Vera Ross                                             Claim No. 31706
- Nina Lorene Loftice Carlock            Claim No. 31693.03
- Judy Lorene Carlock Kissinger         Claim No. 31694.03
- Janice Leah Carlock Bullock            Claim No. 31695.03
- Jenifer Lee Carlock                             Claim No. 31696.03
- Jeffrey Dean Carlock                          Claim No. 31698.03
- Grant Michael Harrison                    Claim No. 31692.03
- Paige Leah Raible                               Claim No. 31691.03
- James Don Kissinger                         Claim No. 31697.03
- Alaina Kissinger                                  Claim No. 31711.01
- Kandice Kissinger                              Claim No. 31708.01
- James Dillan Kissinger                      Claim No. 31712.01
- Kay Sluder                                            Claim No. 31709.01

Your courtesy in this matter is appreciated.

Yours truly,

SHARRON L. JOHNSON

tb
enclosures
cc:    Jason M. Madron
       Richards, Layton & Finger, PA
       Via e-mail madron@rlf.com

       Frank C. Brame
       The Brame Law Firm PLLC
       Via e-mail frank@bramelawfirm.com

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

*Sharron L. Johnson*
SHARRON L. JOHNSON

FILED
2019 DEC 12 PM 12:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2019 DEC 12 PM 12: 34

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                              Chapter 11

ENERGY FUTURE HOLDINGS CORP, et al          Case No. 14-10979 (CSS)

Debtors                                             (Jointly Administered)


Response of Roosevelt Ross                          Claim No. 31707


    Response to Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH's Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (The "Objection") and Hearing Thereon.

    Comes now, Roosevelt Ross, Claim No. 31707, whose address is 505 Allen Avenue, Bonham, Texas 75418, Objecting to the Objection, for the reason that he was directly exposed to the asbestos. His risk of contacting a related disease is great. These diseases are slow, sometimes many years in manifesting themselves. He is entitled to a full and unmodified settlement based on any current or future personal health complications and the responsibility of his children caring for him in the future.

    Claimant does not intend to appear at the hearing of the motion to approve the proposed settlement and I understand that my Objection form will be filed with the Federal Court prior to the hearing of the Motion on December 19, 2019 in the U. S Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

    A settlement of $2,754.00 will eventually be paid out at about ten cents on the dollar or $275.40. Mr. Ross might have agreed to the full payment of $2,754.00, but will not agree to $275.40.

    Respectfully submitted,

LAW OFFICE OF SHARRON L. JOHNSON
305 S. CENTER STREET
BONHAM, TEXAS 75418
PHONE: (903) 583-3101
FAX: (903) 640-0103
SLJohnsonLaw@hotmail.com
BY: _____
    SHARRON L. JOHNSON
    STATE BAR NO. 24006599

Certificate of Service

A copy of the above and foregoing was this day mailed to Jason M. Madron of the firm of Richards, Layton & Finger, P.A. at his e-mail address of madron@rlf.com and Frank. C. Brame, of The Brame Law Firm PLLC, at his e-mail address of frank@bramelawfirm.com.

_____
SHARRON L. JOHNSON

FILED
2019 DEC 12  PM 12:34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE