I reject the amount of $468,000.00 on the original claim and also the amount of $30,953.00 on the modified claim. I reject both amount on Exhibit A-1. Claim Number 36223 for Charles Servantez. An also claim allowed against debtor case number 14-11023. CSS

Charles Servantez

Object alford 12/10/19
Reject ↓ Exhibit A-1

2019 DEC 13 AM 8:54
FILED
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE