I reject the amount of $2,754.00 from the allowed amount from Exhibit A-2 Charles J. Servantez claim number 16446 and also the claim allowed against debtor case number 14-11032. So I reject the amount on Exhibit A-2

Charles J Servantez

Chapter 11
Case No. 14-10979 (CSS)

FILED 2019 DEC 13 AM 8:54
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Object Offord 12/10/19
Reject - Exhibit A-2