Brenda L. Myers  Claim Number 34970.01
2225 Chesterfield Drive Maryville Tennessee 37803
Phone 865-679-0452
December 03, 2019
Reference Your letter/brief dated November 13, 2019
Case number 14-10979 (CSS) for Chapter 11 bankruptcy Court for Energy Future Holding Corp. Et al; (Big Brown Company)

FILED
2019 DEC 13  AM 9:31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom It May Concern

I'm writing this letter to provide a partial objections/response and to also express my lay views as it relates to a to the references above. Based on the 12-12-19 suspense date to reply to objections (in writing) and the subsequent 12-19-19 court hearing in Delaware. Perhaps the thrust of this action is to put timely closure and reduce liability based on Bankruptcy action. It should be noted that most claimants are of age and any further lengthy litigations would not be practical (or in the best interest of claimants) since some claimants are also deceased. Based on these factors to render a fair and informed decision without fully considering the impact of quality of life and potential health consequences would not be reasonable or possible. However, I will concur with what is in the best interest of claimants, and legal standard. Thank you.

Respectfully Submitted,

Brenda L. Myers  Claim Number 34970.01

*Brenda Myers*