Bennie L. Nelson
969 Withers Road
Mineral Wells, Texas 76067
Case No. 14-10979
Claim number 60650

FILED
2019 DEC 13 AM 9:31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern,

My name is Bennie Nelson. I am objecting to my company's (Energy Future Holdings) objection to my claim. The company has taken away my retirement medical. Any illness I receive from exposure now or in the future will be on me. I do not want to sign away my rights for $2,754.00. Thank you for your time in this matter.

Bennie L. Nelson