December 5, 2019

United States Bankruptcy Court
District of Delaware
824 North Market St., 3rd Floor
Wilmington, Delaware 19801

Richards, Layton & Finger P.A.
Jason M. Madron
920 North King Street
Wilmington, Delaware 19801

The Brame Law Firm PLLC
Frank C. Brame
3333 Lee Parkway, Suite 600
Dallas, Texas 75219

EPIQ Corporate Restructuring, LLC
P.O. Box 4470
Beaverton, OR 97076-4470

In re: TCEH Company LLC, CASE No. 14-10978 (CSS)

Dear Sirs

During my years of work at Energy Future Holdings Corporation, I was exposed to asbestos in various power plants, especially while working in and around their boilers. Therefore in response to your letter dated November 13, 2019 for Case No. 14-10978 (CSS), I object to TCEH seeking to liquidate and modify the asbestos claims relating to claim numbers 10780 and 10781.

This proposed claim modification seeks to liquidate any future asbestoses claims for the unreasonable amount of $2,754.00. This amount is not acceptable or adequate for the medical costs associated with an asbestosis case.

I therefore request that the reorganized TCEH not be allowed to negate their responsibility to those who may be subjected to the future medical costs associated with work related asbestosis.

Thank You

*[signature]*

Jerry E. Crawford
2312 Greathouse Rd
Waxahachie, Texas 75167

FILED
2019 DEC 13 AM 9:32
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE