Dec 5th 2019

FILED
2019 DEC 13 AM 9:38
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the powers that be or to whom concern. I William E. Bair have read

Claim # 61636.01

the objection for Case No. 14-10979 (CSS).

While I fall into the unmanifested category. I have developed COPD. Of course I struggled with the language and hope that I understand the context. So moving forward thank you for keeping me informed and heres hoping the proposed claim amount does not recede. I turn 68 tomorrow and have been retired for 4 yrs now. Best Regards—

William E Bair
1927 Fletcher St.
Anderson, IN 46016-4426
Ph 765 649 5474 / 321 529 4677