Sidney Lee Luckett
7806 Bowen Street
Houston, Texas 77051

**FILED**

2019 DEC 13  AM 9: 38

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
824 North Market St 3rd Floor
Wilmington, Delaware 19801

In re: ENERGY FUTURE HOLDINGS CORP., et al., 8810

To the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of
Delaware. I, Sidney  Lee Luckett am asking to be included in allow claims under Case No. 14-10979 (CSS).
I worked my entire career in these plants in good faith, not knowing the dangerous hazardous
conditions I was working in. I, Sidney Lee Luckett do not agree with the objection of the claims I have
submitted and would like to be granted financial payment in all claims (14537.01, 14539.01, 14540.01,
and 12242.01) that have been brought forward against Luminant Generation Company LLC. I pray that
you consider my petition in good faith.

Thank you,

*Sidney Lee Luckett*
Sidney Lee Luckett