December 10, 2019

Case No. 14-10979 (CSS)
Texas Competive Electric Holdings Company, LLC
Claim Number: 62363

FILED
2019 DEC 13 AM 8:59
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Sherwood Pickett
113 Gurganus Road
Maple Hill, NC 28454
(757)880-7909

My name is Sherwood Pickett. I am a former employee of Brown & Root Industrial Services, LLC which used products that were sold by Texas Competitive Electric Holdings Company, LLC. For the reasons stated below, I object to the amount and terms of the proposed settlement of the Texas Competitive Electric Holdings Company, LLC.

As a former employee of Brown & Root Industrial Services, LLC, I object to the proposed settlement on behalf of myself, my wife, and my children. We were unknowingly exposed to asbestos for many years. Having worked for Brown & Root for more than 26 years in different states across the United States, it pains me to know I unknowingly exposed my family to great danger. I unknowingly inhaled asbestos, transmitted asbestos into our home and exposed persons to the harmful effects of asbestos due to negligence caused by products provided by Texas Competitive Electric Holdings Company, LLC. As a result of my direct and indirect exposure, I Sherwood Pickett am entitled to a full settlement based on my current or future health complications.

According to the United States Center for Disease Control "People who work with asbestos or asbestos-containing products (for example, miners, insulations workers, asbestos abatement workers, and automobile brake mechanics) without proper protection are likely to be exposed to higher levels of asbestos". I worked as a cement finisher, pipe fitter and foreman for Brown and Root Industrial Services, LLC, which used products from said company, thus increasing my risk of exposure to asbestos. We were not made aware at any time of the potential dangers we were being exposed to and proper preventive measures were not taken to reduce my chances of becoming ill or transmitting asbestos to my family. My family and I all have conditions that could be directly related to the many years of exposure to asbestos.

There is evidence that due to exposure to asbestos my family members and I face an increased risk of developing mesothelioma and other lung-related diseases. This risk is thought to result from exposure to asbestos fibers brought into the home on the shoes, clothing, skin, and hair of workers. These diseases do not develop immediately following exposure to asbestos; but appear only after a number of years. The financial responsibility of treating and caring for these diseases can take a financial toll on the family and weigh heavily on the children. It is my belief that I, Sherwood Pickett am fully entitled to a full settlement so that my family can afford any and all costs for care. The proposed settlement amount will in no way relieve my family and I from the burdensome costs of healthcare. For this reason, I object to the proposed amount being offered.

Thank you for your time and attention to this matter.

Sincerely,
Sherwood Pickett  *Sherwood Pickett*