FILED

2019 DEC 13 AM 9: 30

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Sir,

I received a letter on November 13th, 2019 referencing my Asbestos claim # 13897.
( See attachment 1). The letter states EFH has filed an objection to my claim and is seeking modification of my claim. The letter including legal documents to justify the rejection however none of the documents are clear to me. The letter goes on to state that I can file a response in Bankruptcy Court on or before December 12, 2019. The letter had a number but when I called there was only a recorded response that reference 2014. I also went to the website that was included in the letter and the information is only current up to 2017.

I therefore needed clarification and help to understand what the state of my claim is.
I am a retired structural engineer, I worked 8 power plants . I completed and submitted an unmanifested form because that was the only form that I received in the mail. I was not aware there was a manifested form. Had I been sent that I would have completed that form as my cancer had already manifested. There was no space as well to include details of my cancer diagnoses so I attached copies of of my medical reports and confirmation of my lung cancer in 2011. The tumor was surgically removed . I was also diagnosed kidney cancer in 2004 (left kidney ) and 2009 ( right kidney). Both tumors were also removed by Dr. Paul Russo. After my claim submission in 2018 my cancer on the right kidney metastasized to my lung. I did not include references to those two kidney cancer but I should have, I also included claims for my wife( Gulhan), daughter (Gonca) and my son (Tolga). I received no communication after submitting the claim paperwork in 2015.

After unable to get clarification and being 88 years old I asked my daughter to help me.
We send e-mail to EFH asking questions related to modifications of the claim ( see attachment 3). We did not get any resply from EFH for 3-4 days. My daughter called on my behalf to understand what they

mean to modify my claim. EFH told her to file manifested form for myself and refile the unmanifested forms for my family members to claim money from the Bankruptcy Court. EFH told my daughter some money left we may be able to get.

After I reviewed on the enclosed USB flash drive list of all the claims . I Yalcin Latif listed as unmanifested and my family members are not listed at all even though my wife Gulhan, my daughter Gonca and my son Tolga were listed on 2015 paperwork.
EFH attorney offered settlement ; 5 cents on the dollar for the claim value which is $140K for lung cancer . I rejected this offer.

I request please re-evaluate my manifested claim form given I had three cancer already manifested by 2015 and my family members unmanifested claims.

Regards
Yalcin Latif

*Yalcin Latif*
12.10.2019