Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



BAR(23) MAILID *** 000101255413 ***          **** EFH CLMLTR (MERGE2,TXNUM2) 4000040910 ****



LATIF, YALCIN
1 LEEWARD CV
BAYVILLE, NY 11709-1002

*ATTACHMENT 2*

December 21, 2015

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the TXU ENERGY case. The claim is also publicly available at the following website address: http://dm.epiq11.com/EFH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| **Debtor:** | EECI, INC. |
| **Case Number:** | 14-10992 |
| **Creditor:** | LATIF, YALCIN |
| **Date Received:** | 11/23/2015 |
| **Claim Number:** | 13908 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim image on our website at the address listed above. To find your proof of claim image, please click on the "Claims" link at the top of the page, insert your claim number in the "Claim No(s)" field, and select the "Search" command or press the Enter Key.

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ( "PII") THAT YOU MAY HAVE SUBMITTED AS PART OF YOUR CLAIM. PII can include information used to distinguish or trace an individual's identity, such as a social security number, biometric records, driver's license number, account number, credit or debit card number (including any passwords, access codes, or PIN numbers), or other similar information which alone, or when combined with other personal or identifying information (such as date, place of birth, mother's maiden name etc.), is linked or traceable to a specific individual.**

**The Proof of Claim Form allows for redacted information. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiqsystems.com/contact-us/ so that we may assist you in redacting this information. Please be sure to specify the debtor or case in which the claim is filed.**

You may also contact us by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

UNITED STATES POSTAL SERVICE
PORTLAND
OR 970
23 NOV '15
RM54 1



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

YALCIN LATIF
1 LEEWARD COVE
BAYVILLE, NY 11709

USPS TRACKING #

9590 9401 0057 5071 4703 08

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Steve Patterson* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) NOV 2 3 2015    C. Date of Delivery |
| 1. Article Addressed to:<br>ENERGY FUTURE HOLDING CORP<br>CLAIM PROCESSING CENTER<br>C/O EPIQ BANKRUPCY SOLUTION LLC<br>P.O. BOX 4420<br>BEAVERTON OR 97076-4420 | Steve Patterson<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖ 9590 9401 0057 5071 4703 08 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 1520 0003 6028 0750 | |

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**Energy Future Holdings**

July 30, 2015

BAR(23) MAIL ID *** 000094742251 ***
***EFH ASB BD 07-30-2015 (CREDITOR,CREDNUM) 1003673882
YALCIN LATIF
1 LEEWARD CV
BAYVILLE, NY 11709-1002

RE: CLAIMS DUE TO POTENTIAL ASBESTOS EXPOSURE AT YOUR WORKPLACE

Records show that you work or worked at a power plant where asbestos may have been present. Energy Future Holdings Corp., Ebasco Services, Inc., EECI, Inc. and certain subsidiaries ("EFH") owned, operated, or maintained power plants across the United States. A list of included plants is attached to this letter. Every worker at these facilities and their family members may have been exposed to asbestos and must file a claim now in the EFH bankruptcy to keep rights to compensation now or in the future.

**Please Share This Notice With Your Family Members**

You may not have an asbestos-related disease right now, but you could have been exposed to asbestos. Or, you may have unexplained illness and not know the cause. (Some cancers and respiratory diseases have been linked to exposure to asbestos.) Illness may occur decades after exposure to asbestos. Your family members may have been exposed to asbestos by coming in contact with you and your clothing.

If you do not file a claim now and later develop an asbestos-related disease such as mesothelioma, lung cancer, or asbestosis at some time in the future you will not be eligible for any compensation. If you do file a claim, then you may receive money if you get sick in the future.

You and any potentially exposed family members can file a claim yourself or you can ask a lawyer to help you. **Your claim must be RECEIVED by December 14, 2015, at 5:00 p.m., prevailing Eastern Time.**

You have certain legal rights you need to act on by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time.** Please read the enclosed papers for more information about EFH and your rights. You may also visit the website at www.EFHAsbestosClaims.com or call 1-877-276-7311 for further information.

Sincerely,
EFH Bankruptcy Administrator

**Questions? Visit www.EFHAsbestosClaims.com or call 1-877-276-7311**

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Claim Deadline**
<u>December 14, 2015, at 5:00 p.m.,
prevailing Eastern Time</u>

# Unmanifested Asbestos Injury Claim Form

As part of this bankruptcy, there are two types of claims related to exposure to asbestos: manifested and unmanifested. You could be affected if you or a family member worked at any of the power plants as an employee, a contractor or in any other role.

**Manifested Claims.** If you have any sign of illness today which you believe is related to asbestos exposure, this is called a "manifested claim." Anyone who has a manifested claim related to Energy Future Holdings Corp. and certain subsidiaries (the "Debtors") should <u>not</u> complete this claim form. Instead, complete an Official Form 10 (available at www.EFHAsbestosClaims.com). The manifested claim process can be complex and you are encouraged to have an attorney assist you, although you can submit an Official Form 10 without the help of an attorney.

**Unmanifested Claims.** The other type of asbestos exposure claim is for "unmanifested" asbestos injury. No attorney is necessary to assist you to file an unmanifested claim, although you are free to consult an attorney. An unmanifested claim means:

(1) you may have been exposed to asbestos from any of the power plants included in this process; and
(2) you do not have any sign of illness related to asbestos exposure today.

**Why are family members included?** Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse's or parent's clothing). You may also file a claim on behalf of a deceased family member.

**Which power plants are included?** You or a family member could have been exposed at any of the power plants related to EFH. These power plants were located across the United States and some in foreign countries. A list of the included power plants is available at www.EFHAsbestosClaims.com.

**What is asbestos?** Asbestos is a fiber that was often used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illness can occur 50 years after exposure to asbestos or longer. Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis.

**Why should I submit a claim?** If you believe that you or a family member were exposed to asbestos at any included plant, submitting this claim form by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u> will preserve your right to file a claim for money in the future should you develop an asbestos-related illness. You may also submit your Unmanifested Asbestos Injury Claim Form online at www.EFHAsbestosClaims.com.

**What happens if I do not submit a claim?** If you do not file a claim now, you will forever lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future.

## YOUR INFORMATION

| | |
|---|---|
| Name | YALCIN LATIF |
| Street Address | 1 LEEWARD COVE |
| City, State, ZIP Code | BAYVILLE NY 11709 |
| Phone Number | 516-628-3160 |
| Email Address | YLATIF@OPTONLINE.NET |
| Social Security No. | 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   Date of Birth JAN 3, 1931 |

**Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

ID: C 1003673882

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Unmanifested Asbestos Injury Claim Form**

Page 2 of 2

## POSSIBLE ASBESTOS EXPOSURE

I may have been exposed to asbestos because:

☒ I worked at an included plant.    ☐ A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name: YALCIN LATIF

Relationship to You: MYSSELF

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestos Claims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
| MILLSTONE | ARCADIA - CT | ☒ Myself ☐ Family Member | 5 YEARS |
| ST LUCE | HUTCHINSON ISLAND - FL | | 2 " |
| WATERFORD | St. CHARLES - LU | ☒ Myself ☐ Family Member | 2 " |
| SOMERSET | SOMERSET - NY | | 4 " |
| SHEARON HARRIS | NEW HILL - NC | ☒ Myself ☐ Family Member | 6 " |
| HOMERCITY | HOMER CITY - PA | | 1 " |
| HB ROBINSON STATION | DARLINGTON - SC | ☒ Myself ☐ Family Member | 2 " |
| COMANCHE PEAK | GLEN ROSE - TX | | 8 " |

## CERTIFICATION

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature: *Yalcin Latif*    Date: 11·16·2015

☐ Signed by representative (attach proof of representation)

**Submit your claim form so it is RECEIVED by December 14, 2015, at 5:00 p.m., prevailing Eastern Time to:**

If by **First-Class Mail**:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

If by **Hand Delivery** or **Overnight Mail**:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

If by **Email**: info@EFHAsbestosClaims.com

If by **Fax**: 1-844-747-5727

You may also submit your claim online at www.EFHAsbestosClaims.com.

Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Unmanifested Asbestos Injury Claim Form**

Page 2 of 2

## POSSIBLE ASBESTOS EXPOSURE

I may have been exposed to asbestos because:

[X] I worked at an included plant.   [ ] A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name: **GULHAN LATIF**

Relationship to You: **WIFE**

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestosClaims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
| MILLSTONE | ARCADIA - CT | [ ] Myself [X] Family Member | 5 YEARS |
| ST LUCE | HUTCHINSON ISLAND - FL | | 2 " |
| WATERFORD | ST. CHARLES - LU | [ ] Myself [X] Family Member | 2 " |
| SOMERSET | SOMERSET - NY | | 4 " |
| SHEARON HARRIS | NEW HILL - NC | [ ] Myself [X] Family Member | 6 " |
| HOMER CITY | HOMER CITY - PA | | 1 " |
| H.B. ROBINSON STATION | DARLINGTON - SC | [ ] Myself [X] Family Member | 2 " |
| COMANCHE PEAK | GLEN ROSE - TX | | 8 " |

## CERTIFICATION

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature: _Yalcin Latif_   Date: **11-16-2015**

[ ] Signed by representative (attach proof of representation)

**Submit your claim form so it is RECEIVED by December 14, 2015, at 5:00 p.m., prevailing Eastern Time to:**

**If by First-Class Mail:**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**If by Email:** info@EFHAsbestosClaims.com

**If by Fax:** 1-844-747-5727

You may also submit your claim online at www.EFHAsbestosClaims.com.

**Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Unmanifested Asbestos Injury Claim Form**

Page 2 of 2

## POSSIBLE ASBESTOS EXPOSURE

I may have been exposed to asbestos because:

[X] I worked at an included plant.    [ ] A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name   TOLGA MEHMET LATIF

Relationship to You   SON

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestosClaims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
| MILLSTONE | ARCADIA - CT | [ ] Myself [X] Family Member | 5 YEARS |
| ST LUCE | HUTCHINSON ISLAND - FL | | 2 " |
| WATERFORD | St. CHARLES - LU | [ ] Myself [X] Family Member | 2 " |
| SOMERSET | SOMERSET - NY | | 4 " |
| SHEARON HARRIS | NEW HILL - NC | [ ] Myself [X] Family Member | 6 " |
| HOMERCITY | HOMER CITY - PA | | 1 " |
| HB ROBINSON STATION | DARLINGTON - SC | [ ] Myself [X] Family Member | 2 " |
| COMANCHE PEAK | GLEN ROSE - TX | | 8 " |

## CERTIFICATION

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature   _Yalcin Latif_   Date   11·16·2015

[ ] Signed by representative (attach proof of representation)

Submit your claim form so it is RECEIVED by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u> to:

**If by First-Class Mail:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Email:** info@EFHAsbestosClaims.com

**If by Fax:** 1-844-747-5727

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

You may also submit your claim online at www.EFHAsbestosClaims.com.

**Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Unmanifested Asbestos Injury Claim Form**

Page 2 of 2

## POSSIBLE ASBESTOS EXPOSURE

I may have been exposed to asbestos because:

[ ] I worked at an included plant.    [ ] A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name _GONCA LATIF SCHMITT_

Relationship to You _DAUGHTER_

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestosClaims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
| MILLSTONE | ARCADIA - CT | [ ] Myself [X] Family Member | 5 YEARS |
| ST LUCE | HUTCHINSON ISLAND - FL |  | 2 " |
| WATERFORD | ST. CHARLES - LU | [ ] Myself [X] Family Member | 2 " |
| SOMERSET | SOMERSET - NY |  | 4 " |
| SHEARON HARRIS | NEW HILL - NC | [ ] Myself [X] Family Member | 6 " |
| HOMER CITY | HOMER CITY - PA |  | 1 16 |
| HB ROBINSON STATION | DARLINGTON - SC | [ ] Myself [X] Family Member | 2 " |
| COMANCHE PEAK | GLEN ROSE - TX |  | 8 " |

## CERTIFICATION

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature _Yalun Latif_    Date _11·16·2015_

[ ] Signed by representative (attach proof of representation)

**Submit your claim form so it is RECEIVED by December 14, 2015, at 5:00 p.m., prevailing Eastern Time to:**

**If by First-Class Mail:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**If by Email:** info@EFHAsbestosClaims.com

**If by Fax:** 1-844-747-5727

You may also submit your claim online at www.EFHAsbestosClaims.com.

**Questions?  Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**ASBESTOS PROOF OF CLAIM**

**COURT USE ONLY**

Name of Debtor: _____   Case Number: _____

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

EFH ASB BD 07-30-2015 (CREDITOR,CREDNUM) 1003673882
YALCIN LATIF
1 LEEWARD CV
BAYVILLE, NY 11709-1002

*PLEASE SEE ATTACHED NOTE*

Telephone number: 516-628-3160   Email: YLATIF@OPTONLINE.NET

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

(If known) _____

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:   Email:

**COURT USE ONLY**

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit pl – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household u – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmenta units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

1. **Amount of Claim as of Date Case Filed:** $_____
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:** _____
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   Nature of property or right of setoff:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____
   Annual Interest Rate _____% ☐ Fixed or ☐ Variable
   (when case was filed)

   Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
   $_____
   Basis for perfection: _____
   Amount of Secured Claim: $_____
   Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____   (See instruction #6)
7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)   Check the appropriate box:
☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor
   (Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email
(if different from notice address above)

Print Name: _____
Title: _____   (Signature)
Company: _____
   (Date)

Telephone number: _____
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable) and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of a security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

This is an attachment to " ASBESTOS PROOF OF CLAIM FORM "

Dear Sir,

I have been diagnosed with lung cancer in 2011 and same year, the cancer removed. Please see the surgical pathology report attached. Since then I am under observation, Every year I get ct scan, so far no problem, no new growth found. I am not claiming Any compensation if my situation does not get worse.

I talked to the hospital, they suggested that I should let you know my situation. They said that the future of any cancer is unpredictable especially asbestos involved. I am writing this note so my special situation will go on record.

Sincerely Yours

*Yalcin Latif*
Yalcin Latif.

MEMORIAL HOSPITAL FOR CANCER & ALLIED DISEASES
DEPARTMENT OF PATHOLOGY
1275 YORK AVENUE/ NEW YORK, NY 10065
TEL: (212) 639-5905    FAX: (212) 717-3203

SURGICAL PATHOLOGY REPORT

Patient: LATIF, YALCIN
MRN: 35086325
Account #: 8451909554
DOB: 1/3/1931 (Age: 80)    M
Physician: Valerie W. Rusch, M.D.
CC:

Accession #: S11-5850
Service: Thoracic
Date of Procedure: 2/3/2011
Date of Receipt: 2/3/2011
Date of Report: 2/9/2011 17:29

Patient Address: 1 LEEWARD COVE BAYVILLE, NY  11709

Clinical Diagnosis & History:
Left upper lobe nodule, history of left nephrectomy for RCC 2005.

Specimens Submitted:
1: Lung, left upper lobe; biopsy
2: Lung, left upper lobe: wedge resection

DIAGNOSIS:

1. Lung, left upper lobe; biopsy:
   - Adenocarcinoma, papillary predominant (80%) with lepidic component (20%)
   - The tumor measures 1.0 x 0.5 x 0.3 cm
   - Immunohistochemical studies show that the neoplastic cells are positive for Napsin-A, TTF-1, PE10 and CK7 while negative for CK20 and AMACR consistent with lung primary adenocarcinoma

2. Lung, left upper lobe: wedge resection:
   - Adenocarcinoma, papillary predominant (80%) with lepidic component (20%)
   - The tumor is well differentiated
   - The tumor measures 0.5 x 0.5 x 0.5 cm
   - Visceral pleura is free of tumor
   - No lymphovascular invasion is identified
   - No perineural invasion is identified
   - The staple line margin is free of tumor
   - The non-neoplastic lung is unremarkable

- Note: Material submitted to the molecular laboratory for EGFR/KRAS studies. The result will be reported separately.

I ATTEST THAT THE ABOVE DIAGNOSIS IS BASED UPON MY PERSONAL EXAMINATION OF THE SLIDES (AND/OR OTHER MATERIAL), AND THAT I HAVE REVIEWED AND APPROVED THIS REPORT.

WILLIAM D. TRAVIS, MD/EBB1

** Continued on next page **

MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, NEW YORK, NY
SURGICAL PATHOLOGY REPORT

Patient: LATIF, YALCIN
MRN: 35086325
Account #: 8451909554

Accession #: S11-5850
Physician: Valerie W. Rusch, M.D.
Service: Thoracic
Date of Report: 2/9/2011 17:29

---

Page 3 of 3

1. Frozen Section Diagnosis: Biopsy left upper lobe nodule (fs): Papillary epithelial neoplasm, favor malignant (NK/WT)
   Permanent Diagnosis:

nxk/2/3/2011    WILLIAM D. TRAVIS, MD

Note: The diagnoses given in this section pertain only to the tissue sample examined at the time of the intraoperative consultation.

1. Frozen Section Diagnosis: Biopsy left upper lobe nodule (fs): Papillary epithelial neoplasm, favor malignant (NK/WT)
   Permanent Diagnosis:

** End of Report **