ATTACHMENT 3

From: Yalçin Latif ylatif@optonline.net
Subject: Asbestos Claim #13897 Yalcin Latif
Date: November 29, 2019 at 1:22 PM
To: info@efhasbestosclaims.com info@EFHAsbestosClaims.com, efhcorrespondence@kirkland.com
Cc: Gonca gonca@schmitt.cc

I received a letter on November 13th, 2019 referencing my Asbestos claim #13897. The letter states EFH has filed an objection to my claim and is seeking modification of my claim. The letter including legal documents to justify the rejection however none of the documents are clear to me. The letter goes on to state that I can file a response in Bankruptcy Court on or before December 12, 2019. The letter had a number but when I called there was only a recorded response that referenced 2014. I also went to the website that was included in the letter and the information is only current up to 2017.

I therefore need clarification and help to understand what the state of my claim is. I completed and submitted an unmanifested claim form on 11/16/2015 with proof of my lung cancer. I completed the unmanifested form because that was the only form that I received in the mail. I was not aware there was a manifested form. Had I been sent that I would have completed that form as my cancer had already manifested. There was no space as well to include details of my cancer diagnoses so I attached copies of my medical reports and confirmation of my lung cancer in 2011. I was also diagnosed with kidney cancer in 2004 (left kidney) and (2009 right kidney). After my claim submission in 2018 my cancer on the right kidney metastasized to my lung. I did not include references to those two kidney cancer but I should have. I also included claims for my wife (Gulhan), daughter (Gonca) and son (Tolga). I received no communication after submitting the claim paperwork in 2015.

My questions are the following;

- Why was my claim objected to? Can this be explained to me in non-legal language?
- Why have I not received any communication until now?
- Why have I not received any communication on my wife, daughter and son's claim in this Nov 16th notification?
- How do I file a response to the bankruptcy court?
- Do I need to show up in bankruptcy court with my response or is

submission in writing sufficient?
- There is also a reference to sending my response to debtor's council. Can I be provided the address as I cannot find that on the notice?
- Is it too late to file out a manifested claim form and have that claim re-evaluated given I had three cancer already manifested by 2015?

My daughter is copied on this email as she is helps me with all matters. If someone can call her at 646-206-8763 (Gonca) as soon as possible.

Regards,
Yalcin Latif
516-628-3160