*I LISTED ALL MY FAMILY NAME (ATTACHMENT-4 INCLUDED SEE ATH.2)*

EH Unmanifested Asbestos Claims

| (1) NAME OF CLAIMANT | (2) CLAIM NUMBER | (3) DEBTOR | (4) ALLOWED AMOUNT | (5) REASON FOR MODIFICATION | (6) CLAIM ALLOWED AGAINST DEBTOR CASE NO. | (7) CLAIM ALLOWED AGAINST DEBTOR NAME |
|---|---|---|---|---|---|---|
| NGE, CONNIE M. | 14686 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| NGEHENNIG, WILLIAM D | 11070 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| NGLEY, PAUL | 62237.02; 62237.03; 62237.06; 62237.07 | DECORDOVA POWER COMPANY LLC; BIG BROWN POWER COMPANY LLC; LUMINANT GENERATION COMPANY LLC; TRADINGHOUSE POWER COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-10982 | DECORDOVA POWER COMPANY LLC |
| NIER, CARLOS | 15757 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| TIE, YALCIN | 13897.01 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| URENCE, TERRY, JR | 63345 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| URENCE, VICKY | 63302 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| VIN, CYNTHIA LOWE | 16312.01 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| VIN, DEBRA LOWE | 16315.01 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| VIN, LINDSEY RIVETTE | 16319.01 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| VIN, NEAL | 16317.01 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| VIN, NEAL W, JR | 16320.01 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| VIN, SHANNA | 16318.01 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| WRENCE, RUSSELL L. | 14817 | LUMINANT GENERATION COMPANY LLC; VALLEY NG POWER COMPANY LLC; LUMINANT GENERATION COMPANY LLC; DECORDOVA POWER COMPANY LLC; TRADINGHOUSE POWER COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |
| WRY, SARAH | 14651.01; 14651.02; 14651.03; 14651.04 | | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11015 | VALLEY NG POWER COMPANY LLC |
| WSON, EDWENA | 11123 | LUMINANT GENERATION COMPANY LLC | $2,754 | Determined based on Estimation Order and as further described in Exhibit B | 14-11032 | LUMINANT GENERATION COMPANY LLC |

*Handwritten annotations:*
- "MY FAMILY NAME NOT INCLUDED SE ATH 2"
- "LAVIN FAMILY ALL INCLUDED"