DEPARTMENT OF RADIOLOGY
MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES
1275 York Avenue, New York, NY 10021
212-639-7298  FAX# 212-794-4010
PRID #: R4524943

*ATTACHMENT-5*

*SOME OF ULTRASOUND*
*REPORTS OF MY LEFT*
*KIDNEY*

ULTRASOUND
Report of Consultation

YALCIN LATIF          MRN#: 35086325
Order: PAUL  RUSSO M.D.      ORD#: 3381561          11/3/2005
PtLoc: DSC
US RENAL/RETRO, COMPLT

Verified

35086225

11/3/2005 - Renal sonogram.

Clinical information: Renal cell carcinoma. Status partial left
nephrectomy.

Compared to renal sonogram dated 4/1/2005 and CT dated 4/1/2005.

Findings:

Patient is status post partial left nephrectomy and excision of the
left lower pole renal cyst.

Both kidneys are normal size and demonstrate normal parenchymal
echogenicity. There is a stable right upper pole renal cyst with a
thin septation, measuring 3.0 x 3.1 x 3.4 cm. Another 0.8 x 0.5 x 1.0
cm simple cyst is noted in the mid right kidney, which was not seen
previously on the renal sonogram, however was seen on the CT scan
done on 4/1/2005.

There is a stable 1.6 cm cyst in the mid left kidney. There is no
hydronephrosis. The urinary bladder appears normal.

IMPRESSION:

1. Status post partial left nephrectomy and excision of the left
lower pole renal cyst.
2. Stable bilateral renal cysts.


Dictated By:    SIMRAN SANDHU MD

Staff Radiologist:  LUCY  HANN MD

I attest that the above IMPRESSION is based upon my personal examination
of the entire imaging study and that I have reviewed and approved this
report.

Electronically Signed By:  LUCY   HANN MD    11/03/2005   17:33:32
                                                          Diag.
                                                          Rad.

** Continued on next page **

MEMORIAL HOSPITAL FOR CANCER & ALLIED DISEASES
DEPARTMENT OF PATHOLOGY
1275 YORK AVENUE/ NEW YORK, NY 10021
TEL: (212) 639-5905  FAX: (212) 717-3203

SURGICAL PATHOLOGY REPORT

Patient:   LATIF, YALCIN
MRN:         35086325
Account #:  8450509579
DOB: 1/3/1931 (Age: 74)   M
Physician: Paul Russo, M.D.
CC:

Accession #: S05-14791
Service: Urology
Date of Procedure: 4/21/05
Date of Receipt: 4/21/05
Date of Report: 4/27/05 06:49

Patient Address: 1 LEEWARD COVE BAYVILLE, NY  11709

....

Clinical Diagnosis & History:
69 y/o male with left renal mass

Specimens Submitted:
1: SP:Kidney,  left upper pole, partial nephrectomy (fs) (sr)
2: SP: Kidney,  left lower pole, cystectomy (am)


DIAGNOSIS:
1.   SP:Kidney,  left upper pole, partial nephrectomy (fs) (sr):
        Tumor Type:
            Renal cell carcinoma - Papillary type
            Type I


Tumor Size:
        Greatest diameter is 1.7 cm.

Local Invasion (for renal cortical types):
        Not Identified


Renal Vein Invasion:
        Not identified

Surgical Margins:
        Free of tumor
Non-Neoplastic Kidney:
        Unremarkable

Adrenal Gland:
        NA

Lymph Nodes:
        Not identified

Staging for renal cell carcinoma/oncocytoma:
        pT1 Tumor <= 7.0 cm in greatest dimension limited to the kidney

----------------------------------------------------------


** Continued on next page **

MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES
DEPARTMENT OF RADIOLOGY
MSK 68th
1275 York Avenue
New York, NY 10021
(212) 639-2000

*06/11/2010*
*# 3*

COMPUTED TOMOGRAPHY
Report of Consultation

Name: LATIF, YALCIN
MRN: 35086325
DOB: 01/03/1931          Sex:  M
Ordered by: MARY SCHOEN, NP
Procedure: CT CHEST W/O CON
PRID #: R7665762

Acc No:  R7665762
Date of Service: 06/11/2010
Pt Loc:  MSK
Date of Report:  06/11/2010 04:50 PM
Account: 9200951962

Verified

35086325

June 11, 2010 CT of chest

CLINICAL STATEMENT: Malignant neoplasm of the kidney

TECHNIQUE: Multislice helical sections were obtained from the thoracic
inlet to the lung bases without intravenous contrast administration.

RADIATION DOSE (DLP): 530 mGy-cm

COMPARISON: October 9, 2009

FINDINGS:

LUNGS:                    Stable subpleural partly groundglass
nodule in the left upper lobe measuring 1.2 x 0.5 cm. This is however new
when compared to more remote study of May 9, 2008.

PLEURA/PERICARDIUM:  no effusion

THORACIC NODES:        no adenopathy         *REMEASURED*
                                              *1.4 X 0.8*

ADRENAL GLANDS:        unremarkable

BONES/SOFT TISSUES:  unremarkable

OTHER:                    Status post partial left nephrectomy

IMPRESSION:
1.  Since October 9, 2009 stable subpleural partly groundglass nodule in
the left upper lobe. Continued close follow-up is recommended as this is
new compared to more remote study of May 9, 2003. The differential remains
an inflammatory, infectious and less likely neoplastic lesion.

Dictated By: MICHELLE GINSBERG, MD
Staff Radiologist: MICHELLE  GINSBERG, MD

I attest that the above IMPRESSION is based upon my personal examination of
the entire imaging study and that I have reviewed and approved this report.
                                        Diag.
                                        Rad.
          ** Continued on next page **

6/11/2010

```
MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES
COMPUTED TOMOGRAPHY              Acc No:  R7665762
Patient: LATIF, YALCIN
MRN: 35086325                    Date of Service: 06/11/2010
Account: 9200951962
Physician: SCHOEN, MARY

------------------------------------ Page 2 of 2 ------

Electronically Signed By: MICHELLE  GINSBERG, MD


ACC NUMBER:  R7665762
MEDICAL RECORD NUMBER: 35086325
```

Diag.
Rad.

** End of Report **