Tuesday, December 3, 2019

I am writing in response to the claim No. 14-10978 (CCS), Texas Competitive Electric Holdings Company LLC. This is part of the Energy Future Holdings Chapter 11 case.

I, Charles C. Dansby, object to the modification of the claims submitted. Numbers being 13148.01 ; 13148.02; 13183.01; 13183.02.

- your contact information
  Charles C. Dansby
  5402 87th Street
  Lubbock, Texas 79424
  806-702-4702 or 903-657-0800
  email - jojodansby@yahoo.com

- an explanation of your status as a class member
  My name is Charles C. Dansby. I am a former employee of Texas Utilities Generating Company. I was employed at Big Brown in Fairfield, Texas; Monticello in Mt. Pleasant and Martin Lake Steam Electric Station in Tatum, Texas. All of these power plants were Texas Utilities Generating Power Plants. For the reasons stated below, I object to the amount and terms of the proposed settlement of the Texas Competitive Electric Holdings Company, LLC.

- an explanation of your objection (including whether you are objecting on behalf of only yourself, a specific subset of the class, or the entire class)
  As a former employee of Texas Utilities (Luminant Generation Company, LLC), Big Brown Power Company, LLC) I object to the proposed settlement on behalf of myself and my family. We were unknowingly exposed to asbestos. I, Charles C. Dansby, worked for the named companies for 37 years, in different locations in Texas. During the time, I unknowingly

exposed myself and my entire family to the dangers of asbestos. The residue from the workplace environment was transmitted into my home. As a result of my direct and indirect exposure, I , Charles C. Dansby am entitled to a full settlement based on my current and future health complications.

For documentation of health concerns, I will relate the following information to my settlement:

- I have never smoked tobacco products in my life
- I was sent to Ft. Worth , Texas to a pulmonary doctor as a results of questionable results in the respiratory testing exam. This testing was to document by breathing using a respiratory in the workplace environment for safety precautions. The doctor ask me several times if I was a smoker, which I have stated , "I have never smoked tobacco products in my entire life". The workplace environment at Texas Utilities was not complimentary for your best health.
- On March 5, 2007, I suffered a major stroke. I was informed that breathing complications attribute to stroke.
- I was exposed to a tremendous amount of coal dust, SO2 gases while working at Texas Utilities.
- According to the United States Center for Disease Control "Peoples who work with asbestos or asbestos-containing product (for example, miners, insulation workers, asbestos abatement workers and automobile brake mechanics) without proper protection are likely to be exposed to much higher levels of asbestos fibers in the air. I, Charles Dansby, was exposed to coal dust, fly ash and unknown airborne substances during my employment for Texas Utilities.
- In conclusion, there is no guarantee the effect of my exposure to these contaminates I was exposed to. I brought home the coal dust on my clothes, hair, automobile and any personal effects while I was at work. I was exposed to susceptible disease for my body and lungs.
- I do not intend to appear at the hearing of the motion to approve the proposed settlement, and I understand my Objection Form will be filed

with the Federal Court prior to the hearing of the motions on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware, 19801.

- My final statement is, I, Charles C. Dansby, object to the modification of the claim settlement. I request to remain on the claim.

Charles C. Dansby
*Charles C. Dansby*  Date  12-4-19