## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 9409, 9779, 13782, 13783, 13911** |
| | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN LUMINANT GENERATION COMPANY, LLC AND THE CITY OF DALLAS, TEXAS

Upon consideration of the agreement, a copy of which is attached hereto as **Exhibit 1** (the "Settlement Agreement"); and the Court having determined that good and adequate cause exists for approval of the Settlement Agreement providing for allowance of a General Administrative Claim, as defined by and pursuant to the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9374] (the "Plan"), for the City of Dallas, Texas; and the Court having determined that no further notice of the Settlement Agreement must be given; it is hereby

**ORDERED** that the Settlement Agreement is hereby **APPROVED**; and it is further

**ORDERED** that the City of Dallas, Texas shall have an Allowed General Administrative Claim under the Plan, and shall be entitled to the distribution on account of such Allowed General Administrative Claim as set forth in the Settlement Agreement; and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**ORDERED** that, upon entry of this Order, all of the Objection, Response, and Motion for Summary Judgment are deemed WITHDRAWN WITH PREJUDICE; and it is further

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2

**Dated: December 16th, 2019**
**Wilmington, Delaware**

RLF1 22562988.2

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**