December 2, 2019

To:

The Honorable Christopher S. Sontchi,
Chief United States Bankruptcy Judge, at the Bankruptcy Court,
824 North Market Street, 5th Floor, Courtroom 6,
Wilmington, Delaware 19801

From:

John Kimball,
9 White Birch Lane,
Lincoln, New Hampshire 03251

Subject:

Response to letter dated November 13, 2019 pertaining to the Texas Competitive Electric Holdings Company LLC ("TCEH"), Chapter 11 Bankruptcy Case No. 14-10979 (CSS).

My name is listed in Exhibit 2 TCEH Unmanifested Asbestos Claims as Claimant 60467.01 against Luminant Generation Company LLC, Debtor Case No. 14-11032.

On November 6, 2019, Texas Competitive Electric Holdings Company LLC ("Reorganized TCEH") filed Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code. By the Objection, Reorganized TCEH seeks to liquidate and allow my claim against Luminant Generation Company LLC for $2754.00.

Per item 26 on page 9, "On October 12, 2016, the Court entered the Estimation Order.11 By the Estimation Order the Court set, for distribution purposes, a maximum value of TCEH Asbestos Claims at $17.2 million (the "Maximum Value").12 In light of the size of the Class C4 and C5 claims in the case relative to the TCEH Cash Payment, the ultimate cash value of the Maximum Value is expected to be less than $1.5 million, and in any event, pennies on the dollar. All dollar amounts set forth herein regarding the allowed amounts of claims should be read in light of the small fraction of dollars available to be distributed."

Per item 40 on page 13, "Thus, the total amount of allowed claims allocated to Holders of TCEH Unmanifested Asbestos Claims is $7.4 million. Each claimant is set to receive an allowed claim in the amount of $2,754.00. Again, all dollar amounts set forth herein regarding the allowed amounts of claims should be read in light of the small fraction of dollars available to be distributed. Based on current estimates, Reorganized TCEH anticipates that unmanifested claimants will receive between $100 and $200."

The Estimation Order methodology used to determine the proposed $2754.00 claim award payment is based primarily on historic data and practices with little or no consideration given to amounts awarded in recent health related cases such as the Johnson & Johnson talcum powder and the Monsanto Roundup lawsuits. Asbestos related health issues are equally as bad, and perhaps worse than those caused by talcum powder or Roundup.

It's insulting to see more money allocated to legal and administrative fees than paid to claimants. We shouldn't be treated as "pennies on the dollar". Medical costs associated with living with and treating asbestos related illnesses are constantly increasing. The $2754.00 is little enough compensation for past exposure to this health hazard and the potential for future asbestos-related health issues. Please ensure that the $2754.00 amount is actually paid to us unmanifested claimants rather than the $100 to $200 estimate provided within the Reorganized TCEH's Objection.

Respectfully,

*John Kimball*

John Kimball