| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF REORGANIZED TCEH'S FIFTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

TO:  WINCHESTER, ROBERT S  
26256 WONDERLY RD  
RAINIER, OR  97048

Claim Number: 12298.01

Basis for Objection: Modified Amount

**Reason for Modification**: DETERMINED BASED ON ESTIMATION ORDER AND RELATED LIQUIDATION AND ALLOWANCE METHODOLOGY

**Asserted Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 12298.01 - Undetermined*

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 12298.01 - $2,754.00

\* Indicates claim contains unliquidated and/or undetermined amounts.

On November 6, 2019, Reorganized TCEH filed **Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection").[2]

By the Objection, Reorganized TCEH seeks to **liquidate and allow** your claim against the applicable TCEH Debtor as follows:

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 12298.01 - $2,754.00

Responses to the Objection, if any, must be in writing and filed on or before **December 12, 2019 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline") with the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Objection.

I may have been exposed to asbestos because:

☒ I worked at an included plant.   ☐ A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name  ROBERT S. WINCHESTER

Relationship to You  MYSELF

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestos Claims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
| LAKE RAY HUBBARD GAS FIRED PLANT | DALLAS TX | ☒ Myself ☐ Family Member | LATE 1960's |
|  |  | ☐ Myself ☐ Family Member |  |
|  |  | ☐ Myself ☐ Family Member |  |
|  |  | ☐ Myself ☐ Family Member |  |

### CERTIFICATION

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature  Robert A. Winchester    Date  12/5/2019

☐ Signed by representative (attach proof of representation)

**Submit your claim form so it is RECEIVED by December 14, 2015, at 5:00 p.m., prevailing Eastern Time to:**

**If by First-Class Mail:**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**If by Email:** info@EFHAsbestosClaims.com

**If by Fax:** 1-844-747-5727

You may also submit your claim online at www.EFHAsbestosClaims.com.

**Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

# Unmanifested Asbestos Injury Claim Form

As part of this bankruptcy, there are two types of claims related to exposure to asbestos: manifested and unmanifested. You could be affected if you or a family member worked at any of the power plants as an employee, a contractor or in any other role.

**Manifested Claims.** If you have any sign of illness today which you believe is related to asbestos exposure, this is called a "manifested claim." Anyone who has a manifested claim related to Energy Future Holdings Corp. and certain subsidiaries (the "Debtors") should <u>not</u> complete this claim form. Instead, complete an Official Form 10 (available at www.EFHAsbestosClaims.com). The manifested claim process can be complex and you are encouraged to have an attorney assist you, although you can submit an Official Form 10 without the help of an attorney.

**Unmanifested Claims.** The other type of asbestos exposure claim is for "unmanifested" asbestos injury. No attorney is necessary to assist you to file an unmanifested claim, although you are free to consult an attorney. An unmanifested claim means:

(1) you may have been exposed to asbestos from any of the power plants included in this process; and
(2) you do not have any sign of illness related to asbestos exposure today.

**Why are family members included?** Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse's or parent's clothing). You may also file a claim on behalf of a deceased family member.

**Which power plants are included?** You or a family member could have been exposed at any of the power plants related to EFH. These power plants were located across the United States and some in foreign countries. A list of the included power plants is available at www.EFHAsbestosClaims.com.

**What is asbestos?** Asbestos is a fiber that was often used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Asbestos exposure was virtually unavoidable at power plants built prior to 1980.

Asbestos-related illness can occur 50 years after exposure to asbestos or longer. Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis.

**Why should I submit a claim?** If you believe that you or a family member were exposed to asbestos at any included plant, submitting this claim form by <u>**December 14, 2015, at 5:00 p.m., prevailing Eastern Time**</u> will preserve your right to file a claim for money in the future should you develop an asbestos-related illness. You may also submit your Unmanifested Asbestos Injury Claim Form online at www.EFHAsbestosClaims.com.

**What happens if I do not submit a claim?** If you do not file a claim now, you will forever lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future.

### YOUR INFORMATION

Name: ROBERT S. WINCHESTER
Street Address: 26256 WONDERLY RD
City, State, ZIP Code: RAINIER OR 97048
Phone Number: 503 556-4115
Email Address: 
Social Security No.: 8750    Date of Birth: 08/17/1940

**Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**