Benjamin Joseph Thomas
515 County Road 188
Carthage, TX 75633
**CASE NUMBER**: 14-10992
**CLAIM NUMBER**: 12837

To the Honorable Christopher S. Sontchi
In the United States Bankruptcy Court for the District of Delaware
824 North Market Street 5th Floor Courtroom NO.6
Wilmington, Delaware 19801

In regards to **Case Number**: 14-10992 **Claim Number**: 12837

I Benjamin Joseph Thomas, address 515 County Road 188 Carthage, TX 75633, request that you **DO NOT** remove me from this claim do to possible health problems that could occur in the future.

If any additional response is needed please let me know!

Thank you!

*Ben J. Thomas*
Benjamin Joseph Thomas