Texas Competitive Electric Holdings, LLC
Debtors: Collin County Power Company LLC; Luminant Generation Company LLC, Valley NG Power Company LLC
Case No. 14-10978 (CSS)
Claim No. 31697.03, 31697.04, 31710.01, 31710.02, 31710.03

James Don Kissinger
1375 CR 2100
Ivanhoe TX 75447
903/640-3570

December 7, 2019

Re: Response to Objection to Asbestos Claims

My name is James Don Kissinger. I am a current employee of a Luminant Generation Company LLC. I am also representing my children who are listed on the next page. For the reasons below, we oppose the amount and terms of the proposed settlement of the asbestos claims by TCEH.

As an employee of TECH Company for 33 years, I object to the proposed settlement on behalf of my children (listed at the end of this letter). We were directly and indirectly exposed to asbestos. I currently handle asbestosis, have inhaled it, brought it home on my body and clothing transmitting to whoever I came in contact with. The children also frequently visited me at the plant. As a result of our direct and indirect exposure to asbestos, our risk of contracting a related disease is great. Often any of the related diseases are slow, sometimes many years, in manifesting themselves. We are entitled to a full and unmodified settlement based on any current or future personal health complications, and the responsibility my children may have in caring for me. In addition, I was probably exposed by my grandfather, James Carlock Claim #31775. He worked for nearly 40 years for TCEH companies and suffered with asbestosis for several years before his death. He spent hundreds of thousands of dollars for medical care. Unfortunately, there is a high probability I will be diagnosed with asbestosis, following in my grandfather's footsteps.

We do NOT intend to appear at the hearing of the motion to approve the proposed settlement, and I understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Sincerely,

J.D. Kissinger

CC: Richards, Layton & Finger, P.A. and The Brame Law Firm PLLC

James Don Kissinger                                                                                           2

**My children who also object to this settlement:**

Kandice Kissinger Claim # 31708.01, 31708.02, 31708.03

Alaina Kissinger Restine Claim #31711.01, 31711.02, 31711.03

James Dillan Kissinger Claim #31712.01, 31712.02, 31712.03