Texas Competitive Electric Holdings, LLC
Debtors: Collin County Power Company LLC; Luminant Generation Company LLC
Case No. 14-10978 (CSS)
Claim No. 31694.03

Judy Carlock Kissinger
1375 CR 2100
Ivanhoe TX 75447
903/664-3143

December 7, 2019

Re: Response to Objection to Asbestos Claims

My name is Judy Kissinger. I am a daughter of a former employee of Collin County Power Company LLC and Luminant Generation Company LLC. I am also representing other family members who are listed on the next page. For the reasons below, we oppose the amount and terms of the proposed settlement of the asbestos claims by TCEH.

As a child of a former employee of TCEH Company, I object to the proposed settlement on behalf of my mother, sisters and other family members (listed at the end of this letter). We were unknowingly exposed to asbestos. My father, James Carlock Claim #31775, worked at Collin County Power Company LLC and Luminant Generation Company LLC for nearly 40 years. During that time, my father unknowingly inhaled asbestos, brought it home on his body and clothing and transmitted it to whoever was present due to the negligence of TCEH. He was diagnosed with Asbestosis and spent hundreds of thousands of dollars for medical care before his death. As a result of our direct and indirect exposure to asbestos, our risk of contracting a related disease is great. Often any of the related diseases are slow, sometimes many years, in manifesting themselves. We are entitled to a full and unmodified settlement based on any current or future personal health complications, and the responsibility we had in caring for my father during his years of suffering.

We do NOT intend to appear at the hearing of the motion to approve the proposed settlement, and I understand that my Objection Form will be filed with the Federal Court prior to the hearing of the motion on December 19, 2019 in the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Sincerely,

*Judy Kissinger*

Judy Kissinger

CC: Richards, Layton & Finger, P.A. and The Brame Law Firm PLLC

Judy Carlock Kissinger                                                                                                              2

Additional family members of James Carlock, Claim #31775, who are opposed to the settlement:

Nina Lorene Loftice Carlock(spouse) Claim # 31693.03, 31693.04

Janice Leah Carlock Bullock(daughter) Claim #31695.03, 31695.04

Jenifer Lee Carlock(daughter) Claim #31696.03, 31696.04

Grant Michael Harrison(grandson) Claim #31692.03, 31692.04

Jeffrey Dean Kissinger(grandson) Claim #31698.03, 31698.04

Paige Leah Raible(granddaughter) Claim #31691.03, 31691.04