Honorable Christopher S. Sontchi:   Dec. 8, 2019

To whom it may concern:

14-10979

My name is Linda Serrantez my claim # is 34969.01

Modified Debtor / Priority / claim / amount Luminant Generation Company LLC - unsecured - 34969.01 - $2,754.00.

I agree to the amount above (2,754.00)

Thank You!
Linda Serrantez
1317 N.E. 16th Ave Apt A
Perryton, Texas 79070