IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 13877, 13879, 13895, 13896, 13897, 13898, 13899, 13900, 13902, 13904, 13905, 13906, 13907, 13908, 13909, 13910, 13912, 13913, 13914, 13915, 13916, 13917, 13918, 13919, 13920, 13921, 13922, 13923, 13924, 13925, 13926, 13927, 13928, 13929, 13930, 13931, 13932, 13933, 13934, 13935, 13936, 13937, 13938, 13939, 13940, 13941, 13942, 13943, 13944, 13945, 13946, 13947, 13948, 13950, 13951, 13952, 13953, 13954, 13955** |

**NOTICE OF FILING OF REVISED ORDER SUSTAINING REORGANIZED TCEH'S FIFTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

**PLEASE TAKE NOTICE** that, on November 6, 2019, Texas Competitive Electric Holdings Company LLC ("Reorganized TCEH") filed *Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 13879] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the Objection, Reorganized TCEH is seeking entry of an order (a) liquidating and allowing the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 22600050v.1

asbestos claims identified on Exhibit 1 and Exhibit 2 to Exhibit A of the Objection against the applicable Reorganized TCEH Debtor,[2] in the amounts and on the terms set forth therein, and (b) ordering that each such asbestos claim is hereby determined allowed, extinguished, concluded, and released in exchange for the allowances set forth therein.  The deadline for parties to file any objections or responses to the Objection was 4:00 p.m. (Eastern Standard Time) on December 12, 2019 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the Objection, Reorganized TCEH filed the *Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* as Exhibit A thereto (the "Original Proposed Form of Order") in connection with the Objection.

**PLEASE TAKE FURTHER NOTICE** that, both prior to and after the Objection Deadline, various Holders of TCEH Asbestos Claims subject to the Objection filed responses to the Objection with the Court.  *See* D.I. 13895, 13896, 13897, 13898, 13899, 13900, 13902, 13904, 13905, 13906, 13907, 13908, 13909, 13910, 13912, 13913, 13914, 13915, 13916, 13917, 13918, 13919, 13920, 13921, 13922, 13923, 13924, 13925, 13926, 13927, 13928, 13929, 13930, 13931, 13932, 13933, 13934, 13935, 13936, 13937, 13938, 13939, 13940, 13941, 13942, 13943, 13944, 13945, 13946, 13947, 13948, 13950, 13951, 13952, 13953, 13954, 13955, collectively, along with certain additional responses not filed on the Court's docket, the "Responses".

**PLEASE TAKE FURTHER NOTICE** that, given the filing of the Responses and considering certain discussions that took place by and between counsel to Reorganized

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Objection.

TCEH and certain of the parties who filed the Responses, Reorganized TCEH has prepared a revised form of *Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* (the "Revised Proposed Form of Order") in connection with the Objection (including a revised "Exhibit 2" to the Revised Proposed Form of Order wherein all changes to the "Exhibit 2" are highlighted in yellow). A copy of the Revised Proposed Form of Order is attached hereto as **Exhibit A**. For the convenience of the Court and other parties-in-interest, a redline comparison of the Revised Proposed Form of Order against the Original Proposed Form of Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that Reorganized TCEH intends to request entry of the Revised Proposed Form of Order by the Court at the conclusion of the hearing scheduled to consider the Objection on **Thursday, December 19, 2019 starting at 2:00 p.m.** (**Eastern Standard Time**) (the "Hearing"). To the extent that Reorganized TCEH makes any further revisions to the Revised Proposed Form of Order prior to the Hearing, Reorganized TCEH will present a redlined copy of such further revised documents to the Court either at or before the Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: December 16, 2019<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:             collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:     (214) 665-9464
Facsimile:      (214) 665-9590
Email:             frank@bramelawfirm.com

*Co-Counsel to Reorganized TCEH*