*Diane I. Servantez*
~~Diane Cervantes~~
P. O. Box 95
Huffman, Texas 77336
Phone 281-777-0534

December 07, 2019

Reference Your letter/brief dated November 13, 2019

Case number _____ 14-10979 (CSS) Claim number __34968.01__

To Whom It May Concern,

I'm writing this letter to provide a partial objections/response and to also express my lay views as it relates to the references above. Based on the 12-12-19 suspense date to reply to objections (in writing) and the subsequent 12-19-19 court hearing in Delaware. Perhaps the thrust of this action is to put timely closure and reduce liability based on Bankruptcy action. It should be noted that most claimants are of age and any further lengthy litigations would not be practical (or in the best interest of claimants) since some claimants are also deceased. Based on these factors to render a fair and informed decision without fully considering the impact of quality of life and potential health consequences would not be reasonable or possible. However, I will concur with what is in the best interest of claimants, and legal standard. Thank you.

Respectfully Submitted,

~~Diane Cervantes~~
*Diane I. Servantez*

I am responding to a letter I received from this company —

Energy FUTURE Holdings Corp., et al.,
DEBTORS
Chapter 11
Case No 14 10979 (CSS)
Jointly Administered