TO WHOM IT MAY CONCERN:

I AM WRITING YOU IN RESPONCE TO THE OBJECTION LETTER I RECIEVED ABOUT THE CLAIM # 11210. I WILL ACCEPT THE MODIFIED AMOUNT OF $2,754.00 IF THERE ARE NO MORE OBJECTIONS FROM THIS COMPANY.

MICHAEL D. MARTIN
CASE # 14-10979 (CSS)
CLAIM # 11210

P.S. PLEASE KEEP ME INFORMED OF MORE ACTION I NEED TO TAKE.
THANKS.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF REORGANIZED TCEH'S FIFTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

TO:   MARTIN, MICHAEL D
      3408 CARRIAGE HILL DR
      FORT WORTH, TX 76140

**Claim Number:** 11210

**Basis for Objection:** Modified Amount

**Reason for Modification:** DETERMINED BASED ON ESTIMATION ORDER AND RELATED LIQUIDATION AND ALLOWANCE METHODOLOGY

**Asserted Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 11210 - Undetermined*

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 11210 - $2,754.00

* Indicates claim contains unliquidated and/or undetermined amounts.

On November 6, 2019, Reorganized TCEH filed **Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection").[2]

By the Objection, Reorganized TCEH seeks ~~to liquidate and allow~~ your claim against the applicable TCEH Debtor as follows:

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 11210 - $2,754.00

Responses to the Objection, if any, must be in writing and filed on or before **December 12, 2019 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline") with the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Objection.