**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 13911** |
| | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           )  ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 17, 2019, I caused to be served the "Certification of Counsel with Respect to Presentation of Proposed Form of Order Approving Settlement Between Luminant Generation Company, LLC and the City of Dallas, Texas and Providing for Allowance of, and Distribution with Respect to, General Administrative Claim of the City of Dallas, Texas and Related Relief," dated December 9, 2019 [Docket No. 13911], by causing true and correct paper copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Wing Chan

Sworn to before me this
23rd day of December, 2019

_____
Notary Public

FORREST KUFFER
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| SAUL EWING ARNSTEIN & LEHR LLP | MELISSA A. MARTINEZ COUNSEL TO CITY OF DALLAS 1500 MARKET ST, 38TH FL PHILADELPHIA PA 19102-2186 |
| SAUL EWING ARNSTEIN & LEHR LLP | JOHN D. DEMMY COUNSEL TO CITY OF DALLAS 1201 N MARKET ST, STE 2300 WILMINGTON DE 19899 |

**Total Creditor count  2**