Cause No: 14-10979

Alvester Coleman
Creditor

Vs

Energy Future Holdings CORP
(Jointly Administred Debtors)

FILED
2020 JAN 16 AM 10:08
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Creditor's Motion to Amend

Debtors in Possession control over funds, Objection to Epic Coporate Res. LLC control over Case, Requesting Allowance of Amended Asbestos Claim form as Priority, Requesting Allowance of Amended Stock claim form as Priority and Requesting Protection against Discriminatory Treatment Pursuant to 11 U.S.C § 525.

I Alvester Coleman, pro se representative ask this Motion as styled above be Accepted by Delware Bankrupcy Court. Upon the objection dated Dec.19,2019 I the True and Correct creditor has be been Denied payment.