IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) | **Re: D.I. 14003** |
| | ) ) ) ) | Hearing Date: February 27, 2020 at 1:00 p.m. Objection Deadline: February 20, 2020 at 4:00 p.m. |

**NOTICE OF "CREDITOR'S MOTION TO AMEND DEBTORS IN POSSESSION CONTROL OVER FUNDS, OBJECTION TO EPIC [SIC] CORPORATE RES. LLC CONTROL OVER CASE, REQUESTING ALLOWANCE OF AMENDED ASBESTOS CLAIM FORM AS PRIORITY, REQUESTING ALLOWANCE OF AMENDED STOCK CLAIM FORM AS PRIORITY AND REQUESTING PROTECTION AGAINST DISCRIMINATORY TREATMENT PURSUANT TO 11 U.S.C. § 525" [D.I. 14003] FILED BY ALVESTER COLEMAN AND HEARING THEREON**

PLEASE TAKE NOTICE that, on January 16, 2020, the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") docketed the **Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form As Priority, Requesting Allowance of Amended Stock Claim Form As Priority And Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525** (the "Motion") filed by Alvester Coleman ("Mr. Coleman") in the above-captioned chapter 11 cases.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that, pursuant to Del. Bankr. L.R. 9006-1(c)(ii), any responses or objections to the Motion must be in writing, and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 20, 2020 at 4:00 p.m. (Eastern Standard Time)**, and must be served upon Mr. Coleman at 3021 Forestdale Lane, Balch Springs, TX 75180.

PLEASE TAKE FURTHER NOTICE that, at the direction of Chambers, if an objection is timely filed, served, and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 27, 2020 starting at 1:00 p.m. (Eastern Standard Time).**

IF NO OBJECTION TO THE MOTION IS TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: January 17, 2020<br>      Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
                   defranceschi@rlf.com
                   madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:  (214) 665-9464
Facsimile:   (214) 665-9590
Email:        frank@bramelawfirm.com

*Co-Counsel to Reorganized TCEH*