**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 13982** |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

T:\Clients\TXUENERG\Affidavits\53rd Omni Obj Order_DI 13982_Supp AFF_1-21-20.docx

2.  On January 21, 2020, I caused to be served the "Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 19, 2019 [Docket No. 13982], by causing true and correct paper copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Wing Chan

Sworn to before me this
22nd day of January, 2020

Notary Public

FORREST KUFFER
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP. - Case No. 14-10979 (CSS)
First Class Mail Additional Parties

WALLACE, TRACIE
4675 FM 2208 S
LONGVIEW TX 75605

HOBBS, DARRELL
200 LAKE RD, #1301
BELTON TX 76513

WALLACE, TRACIE
108 BELLE RIVA DRIVE
HALLSVILLE, TX 75650