**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Holdings Corp.    Bank: Citibank, N.A.

Bankruptcy Number: 14-10979    Account Number: xxxx2464-xxxxxxxx0768

Date of Confirmation: 2/27/18    Account Type: Escrow - Checking

Reporting Period (month/year): Q4 2019 – 10/1/2019 - 12/31/2019

| | |
|---|---|
| Beginning Cash Balance | $3,657,072.63[1] |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales (interest on cash balances): | $11,696.71 |
| Collection of Accounts Receivable (net in payables): | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Total of cash received: | $11,696.71 |
| Total of cash available: | $3,668,769.34 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $1,053,056.38 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $324,737.07 |
| All other disbursements made in the ordinary course: | $2,000.00 |
| Total Disbursements | $1,379,793.45 |
| Ending Cash Balance | $2,288,975.89 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/07/2020    Anthony R. Horton – Plan Administrator Board
Date    Name/Title

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

1) Includes 50% of the PAB cash balance

RLF1 3255743v.1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18    Account Type: Escrow - Checking

Reporting Period (month/year): Q4 2019 – 10/1/2019 - 12/31/2019

| | |
|---|---:|
| Beginning Cash Balance | $3,170,738.87[2] |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $10,132.89 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Total of cash received: | $10,132.89 |
| Total of cash available: | $3,180,871.76 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $1,046,194.46 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $209,253.42 |
| All other disbursements made in the ordinary course: | $2,000.00 |
| Total Disbursements | $1,257,447.88 |
| Ending Cash Balance | $1,923,423.88 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/07/2020    Anthony R. Horton – Plan Administrator Board
Date         Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

2)   Includes 50% of the PAB cash balance

RLF1 3255743v.1

| ASSETS | December 31, 2019 |
|---|---|
| Cash (Unrestricted) | 4,212,399.77 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 5,180.12 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) | |
| Total Current Assets | 4,217,579.89 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less:  Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 4,217,579.89 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable (settlement of prior period unbilled services) | 779,264.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | 172,214.00 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| Total Post-petition Liabilities | 951,478.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 951,478.00 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |