# In The U.S. Bankrupcy Court
# For The District of Delaware

FILED
2020 FEB 10 AM 11:07
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Case No: 14-10979

## UPDate Address
## for Priority Claim

Come Now Alvester Coleman ask Court to insure All Parties concern with the above styled Case and Priority Claim UPDate Address to following 3722 Happy Caunon St. Dallas, TX 75241.

Resquested By
Alvester Coleman
Secured Creditor
3722 Happy Canyon St.
Dallas, TX 75241
214-309-8507

1-28-2020

Page 1 of 1