Alvester Coleman
Creditor

Cause No: 14-10079

Lead Debtor: Energy Future Holdings Corp.

FILED
2020 FEB 18 PM 3:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Letter to Judge

Your Honorable Judge Christopher S

I Alvester Coleman ask you and your fine Court acce the following as True and Correct. These Debtors-in-possession Continue to internally avoid payments to my claims. They also has Refuse to update my correct address even after given Notice, Continue to file frivous Motions, and has had ample amount of time and years to correct this matter. These along with fraud misrepresation of my Estate, Continue to hide my ownership, and Debtors has use your fine Court to cover their behav and to enrich themselves.
This is the reason I ask my Order further prioritize claim be Granted or the Only other 2nd proposed Order be Granted.

Requested By:
Alvester Coleman

| | |
|---|---|
| Aluester Coleman | Cause No - 14-10079 |
| Creditor | |
| | Lead Debtor: Energy Future Holdings Corp. |
| | Jointly Admin. |

## Creditor's Declaration

Come Now pro se representative creditor ask the Court to accept this as True and Correct: 1) Debtor's DID NOT serve a copy to creditor, th Motion to Extend filed on 1-13-2020 2) 3rd party Epiq has NOT updated creditor's address 3) Debtor's through by on ad has NOT once tired to repay debts owed even after their asking for reconstruction in year of 2014. 4) Debtor's last corr to Creditor was Objection to Claims heald on 12-19-2019 received on 1-13-2020.

Submitted By:
Aluester Coleman

Alvester Coleman
Creditor

Cause No. 14-10979

Lead Debtor: Energy Future Holdings Corp.
Jointly Admin.

## Creditor's Order further Prioritize Amended claim to the Period within 2 weeks by Date of Feb. 20, 2020.

Upon the Creditor's Motion filed on 1-17-2020 to prioritize their Amended claim. Debtor-in-Possession 1) have NOT filed Objection to amount on claim 2) continue to NOT update creditor's address. 3) DID NOT serve Creditor with their Motion to enlarge period etc.... filed 1-13-2020.

This furthermore shows intention of Debtor-in-Possessions on NOT comply with Court Orders, Creditor's Orders and Constitutional Laws.

It also Appearing, upon Creditor's argument, exhibit, memorandums, motions, orders, and Amended claim form and for good cause shown, that this Order be GRANTED.

It Is HEREBY ORDERED that the Debtor-in-Possession Further Prioritize Creditor's Amended claim to payment in-full by Feb. 20, 2020 No later than date of Feb. 27, 2020.

Entered this 3 day of Feb. 2020

By: Alvester Coleman

Page 1 of 1

Alvester Coleman
Creditor

Cause No: 14-10979

Lead Debtor: Energy Future Holdings Corp.

## Creditor's 2nd Proposed Order

Upon the filling of Creditor's other Motions in which to an objection or not, Comes Now is Creditor's 2nd Proposed Order as following:

1) Debtor-in-Possession and others as styled above be Ordered to an $2.5 million dollar monthly Subsistences payment, to Alvester Coleman's Account

2) $2.5 million dollar monthly subsistences made payable to Creditor's five (5) Heir(s) through by Same Account (see attachment for Account)

3) $15 million Dollar subsistences monthly, 6 heirs total, Account given, for 180 days.

ORDERED, ADJUDGED And DECREED that the Creditor's 2nd Proposed Order for monthly subsistences of $15 million dollars

Page 1 of 2

In response to Debtors-in-possession's Motion for ex filed on 1-13-2020 in which Creditor Object the 180 days. This 2nd Proposed Order is GRANTED, with 1st subsentences due by 2-20-2020.

Entered this 3rd day of Feb. 2020

_____
U.S.B. Judge

 

A division of First National Bank Texas

# UNIVERSAL DIRECT DEPOSIT FORM

**To whom it may concern:**

Please ☐ initiate ☐ change my direct deposit as indicated below:

| First Name | Last Name |
|---|---|
| ALVESTER | COLEMAN |
| **Address** | **City** |
| 3722 HAPPY CANYON DR | DALLAS |
| **State** | **Zip** |
| TX | 75241-5227 |
| **Social Security Number** | **Primary Phone Number** |
|  |  |

| PRIMARY ACCOUNT | | SECONDARY ACCOUNT | |
|---|---|---|---|
| Bank Name: | ~~~~~~~~ | Bank Name: | First National Bank/First Convenience Bank |
| Routing Number: | ~~~~~~~~ | Routing Number: | ~~~~~~~~ |
| Account Number: | ~~~~~~~~ | Account Number: |  |
| Account Type: | ☐ Checking ☐ Savings | Account Type: | ☐ Checking ☐ Savings |
| Deposit Amount: | ☐ Net Pay ☐ $_____(fixed amount) | Deposit Amount: | ☐ Net Pay ☐ $_____(fixed amount) |

*By signing below, I authorized to initiate/change my direct deposit:*

Signature _____  Date _____






6/1/15