2/13/20

FILED
2020 FEB 18  AM 9:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hello: I would like to know the current status of my claim. My Claim # 11516, Debtor 14-10992 EECI, Inc.

Justino Lanzo
273 Bruckner Ave
Staten Island, NY 10303

Justin.lanzoJr@gmail.com

Thank you

*[signature]*