# **Exhibit A**

**CLAIM NO. 37842**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**ASBESTOS PROOF OF CLAIM**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**COURT USE ONLY**

| Name of Debtor: Luminant Generation Company LLC | Case Number: 14-10979 |
|---|---|

NOTE: Do not use this form to make a claim for an administrative expense that arises *after* the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Alvester Coleman
3722 Happy Canyon St.
Dallas, Tx 75241

Telephone number: 214-309-8507   Email: avcoleman1986@gmail.com

Name and address where payment should be sent (if different from above):

Same

Telephone number:   Email:

**FILED**

2020 JAN 16 PM 3: 37

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

EFH

0000037842

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**COURT USE ONLY**

1. **Amount of Claim as of Date Case Filed:** $ 30,000,000,000
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:** Personal injury asbestos exposure.
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 5 3 9 1
3a. Debtor may have scheduled account as: hidden
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff:
☐ Real Estate   ☐ Motor Vehicle   ☑ Other
Describe: _____
Value of Property: $ _____
Annual Interest Rate _____ %   ☐ Fixed or ☑ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ 30,000,000,000
Basis for perfection: _____
Amount of Secured Claim: $ 30,000,000,000
Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( B ).

Amount entitled to priority:
$ 30,000,000,000

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____ (See instruction #6)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS.   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)   Check the appropriate box:
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Alvester Coleman
Title: Owner
Company: Luminant Generation Company LLC

(Signature) Alvester Coleman
(Date) 1-12-2020

Address, telephone number, and email (if different from notice address above):
3722 Happy Canyon St.
Dallas, TX 75241
Telephone number: 214-309-8507
Email: avcoleman1986@gmail.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

**http://www.efhcaseinfo.com**

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of claim or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

**Energy Future Holdings Corp. Claims Processing Center**
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**

**Energy Future Holdings Corp. Claims Processing Center**
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (**http://www.efhcaseinfo.com**) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 *et seq.*), and any applicable orders of the bankruptcy court.

Case Number: 14-10979

Luminant Generation Company LhC
   Name of Debtor

Alvester Coleman
   Name of Creditor

## Creditor's Attachment of Proof
## For Filing Amended Claim Form(s)

   I Alvester Coleman, pro se representative state the following to be True and Correct. I am the Owner to the Estate(s) being fraudulently misrepresented by Energy Future Holdings Corp. And "cum-ex traded" by Luminant Generation Company LhC in which to defraud government from Taxes owed. My accounts in control by the Debtor in Possession have been Denied my access, most companies taken, to Private Sector all in order to hide their mismanagement  enabling each Firm, Holding company, Bank(s), and Trust Funds' managers to keep my ownership hidden. (See attached Exhibit # A).

1-12-2020

These Debtors in Possession along with the numerous jointley filed LLC Companies all involed in PONZI Scheme to Defaud the government by continue to Refuse Turnover of my funds and filing of this Bankrupcy to cover-up their mismanagment. I have NOT ONCE been Notified or Benifited financially from the current production of mineral/s and real Estate rent/s on my property. Instead I recieve lien(s) and 0.00032% inncorret interest payments with promise of correction from Rusk County Tx - clerk and other's (see Exihibit# B) These Debtors through connection to high-profile Persons of the "Private Sector" along with their unfittered control have been able to Deny my Ownership, Deny my civil rights, Deny my right to representation by legal council, ~~and~~ Denied my personal injury payments from Exposure to Asbestos, and ~~Blocked~~ Denied access to accounts associated with my Estate(s).

I ask the Court, as pro se Represenative and Creditor accept this and insure the proper Amendment claim be file, and the Amount Stated be entitled to Priority Payment(s)

In closing I the True and correct creditor/ owner, Prays the Court See fit the Debtors in Possession internally filed this fraudulant finaeial infamation to Bankrupcy Court to continue to keep me correct owner hidden, These funds also should coincide with my open case styled DC-19-17272 filed in Dallas, County TX (my place of residence) set for Recievership on Jan. 24. 2020, Alwester Coleman Vs XTO Energy, and Case styled 3-19 CV-2760K

Submitted By
Alwester Coleman

3722 Happy Canyon St.
Dallas, Tx 75241

Page 3 of 3        1-12-2020

Exhibit
#
A

(T.S. Comptroller of Public Accounts FORM) 53 121 (Rev. 11-09/6)

# TEXAS UNCLAIMED PROPERTY
# GENERAL CLAIM FORM

Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.

To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.

Claim number

**17001794**

ALVESTER COLEMAN
3021 FORESTDALE LN

BALCH SPRINGS, TX 75180-1907

Mail To: COMPTROLLER OF PUBLIC ACCOUNTS
Unclaimed Property Claims Section
P.O. Box 12046
Austin, TX 78711-2046

## CLAIMANT INFORMATION

| Name (Last) | (First) | (Middle) | (Maiden) | SSN / Estate or Trust Tax ID number |
|---|---|---|---|---|
| Additional owner (Last) | (First) | (Middle) | (Maiden) | Claimant SSN |
| Current mailing address | | | | Daytime phone (Area code and number) |
| City | | State | | ZIP code |
| E-mail address | | | | FAX (Area code and number) |

The named Claimant hereby certifies that this claim for property presumed abandoned is valid and just, that all statements herein are true and correct, and that upon payment of this claim said Claimant will indemnify and hold harmless the State of Texas, the Comptroller and its employees from any damages, claims, or losses of any kind resulting from the payment of the property to the Claimant.

sign here ▶ Claimant's signature | Date

sign here ▶ Additional owner's signature | Date

Would you like to contribute all or part of your claim to the Match the Promise Foundation?
☐ YES ☐ NO _____ %

## PLEASE COMPLETE, SIGN AND RETURN THE CLAIM FORM WITH A COPY OF YOUR IDENTIFICATION EVEN IF YOU ARE UNABLE TO PROVIDE ALL THE REQUESTED DOCUMENTS.

**1**

### PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 12/1/2002 | $2.03 |

**2**

### PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 10/1/2004 | $3.64 |

### FOR INTERNAL USE ONLY

Issued to

| | | | | Claim number |
|---|---|---|---|---|
| Approved by | Date | Number of properties | Total amount of claim | 17001794 |
| | | 14 | | $35.71 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

53-123
(Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY
## CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number

**17001794**

Claimant name

**ALVESTER COLEMAN**

**3**

PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 10/1/2005 | $5.08 |

**4**

PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| MINERAL ROYALTY | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO HUNT LLC | 8/1/1996 | $10.33 |

**5**

PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

, TX

| Property type | Description |
|---|---|
| MINERAL ROYALTY | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO HUNT LLC | 11/30/2002 | $1.90 |

**6**

PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 12/1/2000 | $.60 |

**7**

PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 6/1/2001 | $1.60 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040



# TEXAS UNCLAIMED PROPERTY
# CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number

**17001794**

Claimant name

### ALVESTER COLEMAN

---

**8**     PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 12/1/2001 | $1.07 |

---

**9**     PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
PO BOX 1238  TATUM, TX  75691  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/5/2007 | $1.81 |

---

**10**     PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
RR 1 BOX 225  TATUM, TX  75691  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/5/2007 | $.49 |

---

**11**     PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
PO BOX 1238  TATUM, TX  75691-  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2008 | $1.75 |

---

**12**     PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
RR 1 BOX 225  TATUM, TX  75691-  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2008 | $.47 |

---

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274.  The Austin number is 512/463-3040



53-123
(Rev. 11-09/6)

# TEXAS UNCLAIMED PROPERTY
# CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

| Claim number |
| --- |
| **17001794** |

Claimant name

### ALVESTER COLEMAN

**13**    PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
| --- | --- |
| FANNIE HOWARD | |

| Reported property address |
| --- |
| PO BOX 1238  TATUM, TX  75691-  401 |

| Property type | Description |
| --- | --- |
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
| --- | --- | --- |
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2009 | $1.48 |

**14**    PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
| --- | --- |
| FANNIE MAE HOWARD | |

| Reported property address |
| --- |
| |

| Property type | Description |
| --- | --- |
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
| --- | --- | --- |
| PETRO-HUNT LLC | 10/1/2006 | $3.46 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274.  The Austin number is 512/463-3040.



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Wage and Income Transcript

Request Date:      10-05-2017
Response Date:      10-05-2017
Tracking Number:      100353111197

SSN Provided: ███████████

Tax Period Requested: December, 2012

# Form SSA-1099 Benefits Statement

### Payer:

Payer's Federal Identification Number ████████████

SOCIAL SECURITY ADMINISTRATION

### Payee:

Payee's Identification Number: ████████████

ALVESTER COLEMAN

826 SMOKY OAK DR

LANCASTER, TX 75146-0000

| | |
| --- | --- |
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $15,298.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2011 Payments: | 0.00 |
| TY 2010 Payments: | 0.00 |
| TY 2009 Payments: | 0.00 |
| TY 2008 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

# Form 1099-MISC

### Payer:

Payer's Federal Identification Number ████████████

ANADARKO PETROLEUM CORPORATION

1201 LAKE ROBBINS DR

Medical Payments:
Fishing Income:                                                    0.00
Rents:                                                             0.00
Royalties:                                                         0.00
Other Income:                                                   $0.00
Substitute Payments for Dividends:                                0.00
Excess Golden Parachute:                                          0.00
Crop Insurance:                                                   0.00
Attorney Fees:                                                    0.00
Foreign Tax Paid:                                                 0.00
Section 409A Deferrals:                                           0.00
Section 409A Income:                                              0.00
Direct Sales Indicator:                                           0.00
FATCA Filing Requirement:                          Not Direct Sales
Second Notice Indicator:          Box not checked no Filing Requirement
                                                    No Second Notice

# Form 1099-MISC

Payer:

Payer's Federal Identification Number (FIN):  ██████
ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

Recipient:

Recipient's Identification Number:  ██████
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

Submission Type:
Account Number (Optional):              Original document
Tax Withheld:
Non-Employee Compensation:                                  0.00
Medical Payments:                                           0.00
Fishing Income:                                             0.00
Rents:                                                      0.00
Royalties:                                                  0.00
Other Income:                                            $674.00
Substitute Payments for Dividends:                          0.00
Excess Golden Parachute:                                    0.00
Crop Insurance:                                             0.00
Attorney Fees:                                              0.00
Foreign Tax Paid:                                           0.00
Section 409A Deferrals:                                     0.00
Section 409A Income:                                        0.00
                                                            0.00

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 10-05-2017 |
| Response Date: | 10-05-2017 |
| Tracking Number: | 100353111197 |

SSN Provided: ███████
Tax Period Requested: December, 2015

# Form SSA-1099 Benefits Statement

**Payer:**

Payer's Federal Identification Number (FIN): ███████
SOCIAL SECURITY ADMINISTRATION

**Payee:**

Payee's Identification Number: ███████
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): ███████
BP AMERICA PRODUCTION CO.
ONSHORE





# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

Request Date:          10-05-2017
Response Date:         10-05-2017
Tracking Number:       100353H1197

SSN Provided:          ██████████
Tax Period Requested: December, 2009

# Schedule K-1 1041

### Fiduciary:

Estate/Trust's Employer Identification Number (EIN): ██████████
LAWRENCE HOWARD FLANAGAN TRUST
LEE GEARHEART TTEE
PO BOX 1685
HENDERSON, TX 75653-0000

## Beneficiary:

Beneficiary's Identifying Number: ██████████
ALVESTER COLEMAN
826 SMOKEY OAK DR
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| Submission Type: | Original document |
|---|---|
| Dividends: | |
| Interest: | 0.00 |
| Ordinary Business Income: | 0.00 |
| Short-Term Capital Gain: | 0.00 |
| Long-Term Capital Gain: | 0.00 |
| Net Rental Real Estate Income: | 0.00 |
| Other Rental Income: | 0.00 |
| Other Information: | 0.00 |
| Other Portfolio and Non-Business Income: | 0.00 |
| Other Information Code 1: | 0.00 |
| Other Information Code 2: | Insignificant |
| | Insignificant |

# Form SSA-1099 Benefits Statement



Fishing Income:                                                                  0.00
Rents:                                                                           0.00
Royalties:                                                                     $50.00
Other Income:                                                                    0.00
Substitute Payments for Dividends:                                               0.00
Excess Golden Parachute:                                                         0.00
Crop Insurance:                                                                  0.00
Attorney Fees:                                                                   0.00
Foreign Tax Paid:                                                                0.00
Section 409A Deferrals:                                                          0.00
Section 409A Income:                                                             0.00
Direct Sales Indicator:                                              Not Direct Sales
FATCA Filing Requirement:              Box not checked no Filing Requirement
Second Notice Indicator:                                            No Second Notice

# Form 1099-MISC

## Payer:

Payer's Federal Identification Number (FIN): ███████
ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

## Recipient:

Recipient's Identification Number: ████████
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

Submission Type:                                                Original document
Account Number (Optional):                                     ███████████
Tax Withheld:                                                                    0.00
Non-Employee Compensation:                                                       0.00
Medical Payments:                                                                0.00
Fishing Income:                                                                  0.00
Rents:                                                                           0.00
Royalties:                                                                     $544.00
Other Income:                                                                    0.00
Substitute Payments for Dividends:                                               0.00
Excess Golden Parachute:                                                         0.00
Crop Insurance:                                                                  0.00
Attorney Fees:                                                                   0.00
Foreign Tax Paid:                                                                0.00
Section 409A Deferrals:                                                          0.00
Section 409A Income:                                                             0.00
Direct Sales Indicator:                                             Not Direct Sales

 # Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Wage and Income Transcript

|  |  |
| --- | --- |
| Request Date: | 10-05-2017 |
| Response Date: | 10-05-2017 |
| Tracking Number: | 100353111197 |

SSN Provided:
Tax Period Requested: December, 2015

# Form SSA-1099 Benefits Statement

**Payer:**

Payer's Federal Identification Number (FIN):
SOCIAL SECURITY ADMINISTRATION

**Payee:**

Payee's Identification Number:
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
| --- | --- |
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN):
BP AMERICA PRODUCTION CO.
ONSHORE

Royalties:
Other Income:
Substitute Payments for Dividends:                                    $1,254.00
Excess Golden Parachute:                                                   0.00
Crop Insurance:                                                           0.00
Attorney Fees:                                                           0.00
Section 409A Deferrals:                                                   0.00
Section 409A Income:                                                     0.00
Direct Sales Indicator:                                                   0.00
Second Notice Indicator:                                          Not Direct Sales
                                                                   No Second Notice

This Product Contains Sensitive Taxpayer Data

# Division Order

bp

**To:** BP America Production Company
P.O. Box 696505
San Antonio, TX, 78269

Property Number: 101362/13
Property Name: JENKINS GAS UNIT WELL #4          **Effective Date:** 11/01/2012
Operator: BP AMERICA PRODUCTION CO.
County and State: RUSK, TX
Production:  __X__ Oil   __X__ Gas  _____ Other:

| Owner Name and Address: | DARYL HOWARD<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX 75180 | OWNER NUMBER: | 60336811 |
|---|---|---|---|
| | | Type of Interest: | RI |
| | | Interest Sequence: | 1 |
| | | Decimal Interest: | 0.00005115 |

The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)

Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.

Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.

Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.

This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.

In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.

Owner(s) Signature(s): _____    _____

Owner(s) Tax I.D. Number(s): _____    _____

Owner Address: _____    _____

_____    _____

Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.
Failure to comply will result in 28% tax withholding and will not be refundable by Payor

BILSC0

NADOA Model Form Division Order (Adopted 9/95)

# Division Order



**To:** BP America Production Company
P.O. Box 696505
San Antonio, TX, 78269

**Property Number:** 101362/13                      **Effective Date:** 11/01/2012
**Property Name:** JENKINS GAS UNIT WELL #4
**Operator:** BP AMERICA PRODUCTION CO.
**County and State:** RUSK, TX
**Production:** __X__ Oil    __X__ Gas _____ Other:

| Owner Name and Address: | ALVESTER COLEMAN<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX  75180 | **OWNER NUMBER:** | 60336812 |
|---|---|---|---|
| | | **Type of Interest:** | RI |
| | | **Interest Sequence:** | 1 |
| | | **Decimal Interest:** | 0.00005115 |

The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)

Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.

Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.

Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.

This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.

In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.

Owner(s) Signature(s):         _____        _____

Owner(s) Tax I.D. Number(s):   _____        _____

Owner Address:                 _____        _____

                               _____        _____

**Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.**
**Failure to comply will result in 28% tax withholding and will not be refundable by Payor**

BILSC0                                      NADOA Model Form Division Order (Adopted 9/95)



Hoo Mr. Todd Collins
Corsicana VA
903-874-0251

‖‖‖ O 638530 ‖‖

WESTER COLEMAN

FORTY-FIVE AND 33/100

138530

0432177492
Sep. 22, 2017    LTR 861C    1
75-6404255    000000 00
00012753

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS   TX   75810


Sincerely yours,

Ginni L. Redfern
Program Manager, AM OPS 1


Enclosures:
Copy of this letter
Envelope
Your Form 2848

FORT WORTH, TX 76102-0000

## Recipient:

Recipient's Identification Number: ▓▓▓▓▓▓
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 449355391P0242833000 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $45.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

## Payer:

Payer's Federal Identification Number (FIN): ▓▓▓▓▓
ANADARKO PETROLEUM CORPORATION
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

## Recipient:

Recipient's Identification Number: ▓▓▓▓▓▓
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ▓▓▓▓▓▓ |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |

This Product Contains Sensitive Taxpayer Data

THE WOODLANDS, TX 77380-0000

## Recipient:

Recipient's Identification Number: ███████

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ███████ |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $1,116.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.     CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

XTO ENERGY, INC.
810 HOUSTON ST - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH
56-1544/441

63049935

CHECK NO. 63049935     OWNER NO.     242833     DATE     9/19/14

EXACTLY     ONE HUNDRED DOLLARS AND FORTY-ONE CENTS

PAY$     $100.41

VOID AFTER 180 DAYS
REVENUE

XTOCHK140919-02189

*Evan M Van Kirk*
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

PAY TO THE
ORDER OF:     ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907



XTO Energy Inc.
110 W. 7th Street
Fort Worth, TX 76102
(817) 870-2800

November 29, 2018

Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75180-1907

RE:  Owner #242833

Dear Mr. Coleman,

Please find enclosed copies of the two 2018 royalty checks directly deposited into the bank
account provided. I have also included a picture of the banking information so you can verify it
is correct.

If you wish to stop the direct deposit set-up for your account please contact us and we can return
your account to LIVE checks mailed through the U.S. Post Office.

If you have any questions, please don't hesitate to contact us.

Thank you.

Sincerely,

Barbara Brogdon, Analyst ID 8125
Revenue Interest Owner Relations Group
XTO Energy, Inc.
Phone: (866) 886-2613
Fax: (817) 887-0813
Email:  revenue_inquiry@xtoenergy.com

An ExxonMobil Subsidiary

| T | P | MO. | YR. | PROPERTY NUMBER UNIT PRICE | BBLS OR MCF | PROPERTY NAME GROSS VALUE | BTU-FACTOR | COUNTY SEV/PROD TAX | STATE NET VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | YOUR DECIMAL | YOUR BBLS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER W/H | YOUR NET |
| * | * | ** | ** | W  0076906 2.53 | MCALISTER GAS 1,501.83 | UNIT 01 3,803.49 | | RUSK .00 | TX 3256.23 | |
| R | G | 02 | 17 | .000361750 | .54 | 1.38 | | .00 | | 1.18 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .02- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W  0076906 2.58 | MCALISTER GAS 1,549.86 | UNIT 01 4,010.88 | | RUSK .00 | TX 3416.89 | |
| R | G | 03 | 17 | .000361750 | .56 | 1.45 | | .00 | | 1.23 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W  0076906 2.61 | MCALISTER GAS 2.98 | UNIT 01 7.78 | | RUSK .00 | TX 7.78 | |
| R | G | 03 | 17 | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W  0076906 2.77 | MCALISTER GAS 1,628.56 | UNIT 01 4,525.82 | | RUSK .00 | TX 3928.76 | |
| R | G | 04 | 17 | .000361750 | .58 | 1.64 | | .00 | | 1.42 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W  0076906 2.88 | MCALISTER GAS 1,681.79 | UNIT 01 4,851.37 | | RUSK .00 | TX 4253.78 | |
| R | G | 05 | 17 | .000361750 | .60 | 1.75 | | .00 | | 1.54 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W  0076906 2.68 | MCALISTER GAS 1,633.29 | UNIT 01 4,382.36 | | RUSK .00 | TX 3803.02 | |
| R | G | 06 | 17 | .000361750 | .59 | 1.59 | | .00 | | 1.38 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W  0076906 2.73 | MCALISTER GAS 1,512.29 | UNIT 01 4,129.93 | | RUSK .00 | TX 3558.43 | |
| R | G | 07 | 17 | .000361750 | .54 | 1.49 | | .00 | | 1.26 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W  0076906 2.72 | MCALISTER GAS 3.46 | UNIT 01 9.43 | | RUSK .00 | TX 9.43 | |
| R | G | 07 | 17 | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W  0076906 2.65 | MCALISTER GAS 1,612.49 | UNIT 01 4,287.61 | | RUSK .00 | TX 3714.26 | |
| R | G | 08 | 17 | .000361750 | .58 | 1.56 | | .00 | | 1.36 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W  0076906 2.73 | MCALISTER GAS 1,543.95 | UNIT 01 4,216.04 | | RUSK .00 | TX 3677.24 | |
| R | G | 09 | 17 | .000361750 | .55 | 1.53 | | .00 | | 1.34 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .12- | |
| | | | | | | | DEHYDRATION | | .01- | |

CONTINUED

**YOUR TOTALS**

PRODUCT
A - FLARE          C - CONDENSATE     I - CARBON DIOXIDE
B - PLANT FUEL     H - NET PROFITS    J - LIQUEFIED NAT. GAS
F - FUEL           R - RESIDUE        L - NATURAL GAS LIQUIDS
O - GAS            S - SULFUR         M - DRIP CONDENSATE
H - HELIUM         T - INTEREST       P - PLANT PRODUCT
O - OIL                               Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING  R - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO.    66619305

OWNER NAME

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS. GALS OR MCF / YOUR BBLS. GALS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER WH | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | Page 5 of 26 |
| | G | 08 | 13 | .00 | .00 | .00 | | | 22.93- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Dehydration | | .01- | .01- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 08 | 13 | .00 | .00 | .00 | | | 318.90- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Transportation | | .12- | .12- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | 3.38 | 2952.72 | 10002.40 | .9960 | 311.12- | 9011.46 | |
| R | | | | .000361750 | 1.06 | 3.61 | | .11- | | |
| | | | | | | | Compression | | .25- | 3.25 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | | 152.75- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Transportation | | .05- | .05- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | | 61.12- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Dehydration | | .02- | .02- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | | 862.63- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Transportation | | .31- | .31- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | 3.41 | 3696.03 | 12623.26 | .9960 | 392.73- | 11368.21 | |
| R | | | | .000361750 | 1.33 | 4.57 | | .14- | | |
| | | | | | | | Compression | | .31- | 4.12 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | | 193.85- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Transportation | | .07- | .07- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | | 77.60- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Dehydration | | .02- | .02- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | | 1079.07- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Transportation | | .39- | .39- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | 4.44 | 2485.91 | 11052.81 | .9960 | 716.94- | 9752.54 | |
| R | | | | .000361750 | .89 | 3.99 | | .26- | | |
| | | | | | | | Compression | | .21- | 3.52 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | | 131.19- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Transportation | | .04- | .04- |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | | 52.45- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .00 | |
| | | | | | | | Dehydration | | .02- | .02- |



**YOUR TOTALS**

CONTINUED

PRODUCT
F - FUEL    C - CONDENSATE
G - GAS    I - CARBON DIOXIDE
H - HELIUM    J - LIQUEFIED NAT. GAS
O - OIL    L - NATURAL GAS LIQUIDS
R - RESIDUE    N - NET PROFITS
S - SULFUR    P - PLANT PRODUCT
T - INTEREST    Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE
E - EXCESS ROYALTY P - PRODUCTION PAYMENT

XTO ENERGY INC.

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/15/15 |

CHECK NO.    63772532

| T | P | MO. | YR. | PROPERTY NUMBER UNIT PRICE | PROPERTY NAME BBLS. GALS OR MCF | GROSS VALUE | BTU-FACTOR | COUNTY SEV/PROD TAX | STATE NET VALUE | Page 1 of |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | YOUR DECIMAL | YOUR BBLS. GALS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER W/H | YOUR NE |

YOUR TOTALS

SEE ATTACHED

O - OIL        C - CONDENSATE
H - HELIUM     N - NET PROFITS
PRODUCT  G - GAS        P - PLANT PRODUCT
F - FUEL       I - CARBON DIOXIDE
R - RESIDUE    L - NATURAL GAS LIQUIDS
T - INTEREST

OWNER TYPE: W - WORKING  R - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242832 | 5/25/10 |

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

OWNER NAME

CHECK NO.    5898111

DETACH AND RETAIN THIS STATEMENT FOR TAX PURPOSES, DUPLICATES CANNOT BE FURNISHED.

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

XTO ENERGY INC.
ENERGY  810 HOUSTON ST - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH
51-1544/441

5898111

CHECK NO.  5898111    OWNER NO.    242832    DATE    5/25/10

Y EXACTLY    THIRTY-FOUR DOLLARS AND THIRTY-EIGHT CENTS

PAY$   $34.38

VOID AFTER 180 DAYS
REVENUE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

XTOCHK100525-00075 000075 001619 001 021
DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

Exhibit
#
B

# APPRAISAL REVIEW BOARD
## RUSK COUNTY APPRAISAL DISTRICT
107 North Van Buren Street
Henderson, Texas 75652

June 18, 2018

Alvester Coleman
3021 Forestdale Ln.
Balch Springs, TX  75180-1907

Re: Notice of Protest filed after prescribed deadline
    Owner # 1214212; RRC #78590, Lease #62400

Dear Property Owner:

Your notice of protest has been filed with the Appraisal Review Board (ARB) after the prescribed deadline of June 4, 2018.  Consequently you will not be scheduled or receive a protest hearing.  However, in accordance with §41.44(b) of the *Texas Property Tax Code* you are entitled to a hearing and determination of protest if the ARB determines that you had good cause for failure to file your notice on time.

In order to receive a good cause hearing, you must submit a written request stating why you were late filing, to the Chairman of the Appraisal Review Board, 107 North Van Buren Street, Henderson, Texas 75652, no later than June 25, 2018.  Upon receipt of your request you will be notified by mail of the date time and place of your good cause hearing.

**Even though your protest was filed late, you may still discuss and review your property(ies) with an appraiser.  If you wish to discuss your property(ies), you may contact us at 903.657.3578.**

Your original protest form and any information submitted with your protest will be maintained by the Appraisal Review Board.  Copies of these documents are enclosed for your records.

Respectfully,

Gaylon Rains
Appraisal Review Board, Chairman

COPY

Cheif Appraiser - Terry Decker

JUN 1 8 2018
Rusk County Appraisal Dist.

I Alvester Coleman along with brother Daryl Howard would like for this letter to be taken as our Protest to the .000051 Royalty Interest In which should be 100% Royalty Interest only split between myself and Daryl. To this date of 6-13-2018 We have Never sign an Division Order with BP America Prod Co or CCI East Texas UPstream. This furhermore prove Rusk Co Appraisal District has filed an Null and Void Division Order for years of 2008-2018 given to by the companies and Never Seen or signed by the Correct Owner(s). In closing We the owner(s) DEMAND the Rusk Co Appraisal District and Cheif Appraiser to INSURE a Tade and Correct Division Order is filed within your Dis Also insure the only Division Order filed Should state 100% Royalty Interest only split between two owners and have been signed and agreed by the owners

6-13-18

Protest ON

COPY

Alvester Coleman
owner # 1214212   lease # 62400
INCORRECT Royalty Interest of .000051
  Correct Interest should be = 14.%
Lease 66507   Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be= 14.%
Lease 91526   Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be = 14.%

Daryl Howard
lease # 62400   Owner # 1214216
Incorrect - .000051
Correct should be 14.%
lease # 66507   Owner # 1214216
Incorrect Royalty Interest - .005077
Correct Should be - 14.0%
lease # 91526   Owner # 1214216
Incorrect - .005077
Correct should be - 14.0%



The (see attachment) shows proff of
reseason for Protest on the .000051
INCORRECT Royalty Interest. We
ask All this be Correct Before
hearing on 6-29-2018 and Before
Rusk Co Appaisal District update
any fillings. Your coperation will be
Greatly appreciated.

Thank You,
Annette Coleman
&
Daryl G. Howard

This is NOT a Tax
Statement

# Notice Of Appraised Value
Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007



903-657-7516

```
APPRAISAL YEAR   2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING
PROTESTS ON    6/29/2018   AT:  9:00  AM
         APPRAISAL DISTRICT OFFICE
         107 NORTH VAN BUREN
         HENDERSON, TEXAS  75652
         QUESTIONS CONCERNING MINERALS
         CALL (903) 657-7516

Protest Deadline:              6-04-2018
ARB Hearing:                   6-29-2018
Owner:     1214212        2423

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR
PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE
APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD:          wgBpLZuKxN
```

2678 0.5180 AB 0.408   12 2 85
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400    Type: REAL    Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| No History available for 2013. | | | Category:   G1 |
| | | | Railroad #:      78590 |

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).
The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide
whether the property taxes increase. The Appraisal District only determines your property's
value. The taxing units will set tax rates later this year. The Texas legislature does not
set the amount of your local taxes. Your property tax burden is decided by your locally
elected officials, and all inquiries concerning your taxes should be directed to those
officials.
Contact the appraisal office if you disagree with this year's proposed value for
your property, or if you have any problems with the property description or address
information. If the problem cannot be resolved, you have a right to appeal to the Appraisal
Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest
deadline. Enclosed is a protest form to mail or bring to the appraisal district office at
the address above before the above date. The ARB will notify you of the date, time, and
place of your scheduled hearing. Enclosed also is information to help you in preparing your
protest. You do not need to use the enclosed form to file your protest. You may protest by
letter, if it includes your name, your property description, and what appraisal office
action you disagree with.
If you have any other questions or need more information, please contact the
appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser



This is NOT a Tax Statement

# Notice Of Appraised Value
Do NOT Pay From This Notice



RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

2679 0.5180 AB 0.408    12 2 86
ԱիՍդեւիՍՍիդՍՍ...ՍՍ.ՍՍ.ՍՍԱիԱՍ...ՍՍ.ՍՍ...ՍՍ
HOWARD DARYL
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

APPRAISAL YEAR    2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING
PROTESTS ON    6/29/2018    AT:    9:00  AM
APPRAISAL DISTRICT OFFICE
107 NORTH VAN BUREN
HENDERSON, TEXAS  75652
QUESTIONS CONCERNING MINERALS
CALL  (903) 657-7516

Protest Deadline:                    6-04-2018
ARB Hearing:                         6-29-2018
Owner:    1214216           4220

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR
PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE
APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD:              Y7GD8Esv1W

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease:  62400    Type: REAL        Owner #: 1214216 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category:     G1 |
| No History available for: 2013. | | | Railroad #:        78590 |

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | |
| CO SCHOOL | 10 | 0 | 10 | .02575 | .05 |
| SPEC RD | 10 | 0 | 10 | .06473 | |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .01 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .12 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | .01 |
| | | | | | |
| PARCEL TOTAL | | | | | |
| | | | | | .19 |

Additional Owner's Properties are continued on following page(s).
The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.
Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.
If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.
Sincerely,

JERRY DECKER
Chief Appraiser

From: Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75181



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

14 JUN '18

7018 0040 0001 0124 1070


UNITED STATES
POSTAL SERVICE®

1000



75652

U.S. POSTAGE
PAID
DUNCANVILLE, TX
75137
JUN 14 18
AMOUNT
$3.95
R2305H127385-05



JUN 1 8 2018

Rusk County Appraisal District

To: Appraisal District Office
107 North Van Buren
Henderson, TX 75652

Ready Post

D o c u m e n t   M a i l e r

75652-311307



**IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0038

In reply refer to:  0432177492
Sep. 22, 2017    LTR 861C    1
75-6404255    000000 00
00012752
BODC: SB

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS  TX  75810

```
Taxpayer identification number: ████████
                          Form:  2848
                 Date received:  Sep. 11, 2017
```

Dear Taxpayer:

We received your Form 2848, Power of Attorney and Declaration of
Representative, but we also need the following information:

We only received one page of the form; please resubmit both pages.

Return the completed Form 2848, any requested information, and a copy
of this letter to the address in this letter. You can also send the
information by fax to 855-214-7522.

You can get any of the forms or publications mentioned in this letter
by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at
www.irs.gov/formspubs.

If you have any questions, you can call us toll free at 1-800-829-1040
for individual accounts or 1-800-829-4933 for business accounts.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include this letter and provide in the spaces below,
your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Telephone number ( )_____ Hours_____

# 2018 RUSK COUNTY TAX OFFICE TAX STATEMENT

STATEMENT/RECEIPT NUMBER
10047

Make Check or Money Order Payable:
RUSK COUNTY TAX OFFICE
LANITA WHITEHEAD, TAX ASSESSOR/COLLECTOR
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
Phone: 903-657-0315
Payments Can Be Made At: www.ruskcountytax.com
See Information below.

| Owner ID/ Roll | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| M-1214212 MIN | OCT. | 20.89 |
| | NOV. | 20.89 |
| | DEC. | 20.89 |
| | JAN. | 20.89 |
| | FEB. | 22.34 |
| | MAR. | 22.76 |
| | APR. | 23.17 |
| | MAY | 23.63 |
| | JUN. | 24.04 |

17052 0.5180 AB 0.408  55 1 229
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

AMOUNT OF YOUR REMITTANCE

www.ruskcountytax.com
You may make full or partial payments using credit, debit or PayPal Account.
If paying by credit card, you may use Master Card, Visa, Discover, American Express or a PayPal account.
A fee of up to 3% will be applied to the total bill.

✄ PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMEN ✄

Note: Delinquent taxes are owed against this property

2018 RUSK COUNTY TAX OFFICE TAX STATEMENT - STATEMENT NUMBER 10047
PHONE NUMBER: 903-657-0315

M-1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180 1907

| | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| | OCT 2018 | 20.89 |
| | NOV 2018 | 20.89 |
| | DEC 2018 | 20.89 |
| | JAN 2019 | 20.89 |

Please enclose a Self-Addressed, Stamped Envelope for Receipt.

www.ruskcountytax.com
You may make full or partial payments using credit, debit or PayPal Account.
If paying by credit card, you may use Master Card, Visa, Discover, American Express or a PayPal account.
A fee of up to 3% will be applied to the total bill.

| PENALTY & INTEREST | PENALTY AND INTEREST APPLIES IF NOT PAID BY JAN 31, 2019 | |
|---|---|---|
| 1.45 | 7% Feb 2019 | 22.34 |
| 1.87 | 9% Mar 2019 | 22.76 |
| 2.28 | 11% Apr 2019 | 23.17 |
| 2.74 | 13% May 2019 | 23.63 |
| 3.15 | 15% Jun 2019 | 24.04 |

| PROPERTY DESCRIPTION | | | TAXING UNIT | EXEMPTIONS | VALUE | TAX RATE | TAXES |
|---|---|---|---|---|---|---|---|
| MCALISTER GU (1) | Acct: 1214212-1-0066507 | Cat Code: G1 | RUSK CO M&O | 0 | 350 | 0.463635 | 1.62 |
| REAL | Lease #: 66507 | RRC# 92392 | RUSK CO I&S | 0 | 350 | 0.028759 | 0.10 |
| AB 416 JESSE HARRIS SUR | Par/Seq: 1304334/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 350 | 0.058253 | 0.20 |
| WELL 1 RRC 92392 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 350 | 0.026437 | 0.09 |
| | | | TATUM ISD M&O | 0 | 350 | 1.040000 | 3.64 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM I&S | 0 | 350 | 0.167000 | 0.58 |
| | | | RUSK CO ESD #1 | 0 | 350 | 0.077500 | 0.27 |
| | | | RCGWC DIST | 0 | 350 | 0.005000 | 0.02 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 6.52 |
| JENKINS FELIX W GU 1-5 | Acct: 1214212-1-0062400 | Cat Code: G1 | RUSK CO M&O | 0 | 10 | 0.463635 | 0.05 |
| REAL | Lease #: 62400 | RRC# 78590 | RUSK CO I&S | 0 | 10 | 0.028759 | 0.00 |
| AB 282 W W FRAIR SUR | Par/Seq: 1308873/1 | Acres: 679.910 | RUSK CO SPEC RD | 0 | 10 | 0.058253 | 0.01 |
| (139911,140367-153268-169898) | Own Int./Type: 0.000051 / RI | | COUNTY SCHOOL | 0 | 10 | 0.026437 | 0.00 |
| | | | TATUM ISD M&O | 0 | 10 | 1.040000 | 0.10 |
| Operator: BP AMERICA PROD CO | JUR: 04-05-52-65-66 | | TATUM I&S | 0 | 10 | 0.167000 | 0.02 |
| | | | RUSK CO ESD #1 | 0 | 10 | 0.077500 | 0.01 |
| | | | RCGWC DIST | 0 | 10 | 0.005000 | 0.00 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 0.19 |
| MCALISTER GU (3) | Acct: 1214212-1-0091526 | Cat Code: G1 | RUSK CO M&O | 0 | 760 | 0.463635 | 3.52 |
| REAL | Lease #: 91526 | RRC# 122668 | RUSK CO I&S | 0 | 760 | 0.028759 | 0.22 |
| AB 282 W A FRIAR SUR | Par/Seq: 1311193/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 760 | 0.058253 | 0.44 |
| WELL 3 RRC 122668 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 760 | 0.026437 | 0.20 |
| | | | TATUM ISD M&O | 0 | 760 | 1.040000 | 7.90 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM I&S | 0 | 760 | 0.167000 | 1.27 |
| | | | RUSK CO ESD #1 | 0 | 760 | 0.077500 | 0.59 |
| | | | RCGWC DIST | 0 | 760 | 0.005000 | 0.04 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 14.18 |

09/24/2018    10:34 am    Form Count: 353    Owner Count: 129    Page 1 of 2

# WARNING!
## ACCOUNT REFERRED FOR
## TITLE WORK

Prior to filing suit, we conduct research to determine the name, identity and location of owners and lienholders and the legal description of the property. Cost and expenses incurred in the preparation and filing of suit are a charge against the property subject to foreclosure in the suit and will be collected out of the proceeds of the sale of the property or charged against the defendant personally in accordance with the Texas Property Tax Code. If your account is not paid in full by the time title research is returned and suit filed, each delinquent account may be charged the following additional fees:

| | |
|---|---|
| $197.00 | District Clerk Suit Filing Fee |
| $174.00 | Constable Service of Citation Fee |
| $250.00 | Title Research Fee per tract |
| $1,000.00 | Attorney ad Litem Fee |
| $1,621.00 | **TOTAL COSTS OF SUIT** |

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since **November 1, 2018**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us in writing the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**ATTORNEYS AT LAW**
**1-800-414-3961**
TO ENSURE PROPER CREDIT - PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT

--------------------------------------------------------------------------------

**ACCOUNT NUMBER** ████████████
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T8-P1-S2,423

DT1063754082
1,623

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

| TOTAL AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 : | $1,742.79 |
| If paid in DEC, 2018 : | $1,750.61 |
| If paid in JAN, 2019 : | $1,758.19 |
| AMOUNT ENCLOSED $ | |

H-175D

## DELINQUENT ACCOUNT DETAIL
### Rusk County
November 12, 2018

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in NOV, 2018 :    $139.51
If paid in DEC, 2018 :    $140.06
If paid in JAN, 2019 :    $140.64

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in NOV, 2018 :    $420.22
If paid in DEC, 2018 :    $422.07
If paid in JAN, 2019 :    $423.94

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in NOV, 2018 :    $198.05
If paid in DEC, 2018 :    $198.83
If paid in JAN, 2019 :    $199.61

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in NOV, 2018 :    $813.78
If paid in DEC, 2018 :    $817.66
If paid in JAN, 2019 :    $821.38

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in NOV, 2018 :    $100.28
If paid in DEC, 2018 :    $100.72
If paid in JAN, 2019 :    $101.07

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

## DELINQUENT ACCOUNT DETAIL
### Rusk County
November 12, 2018

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018  : | $70.68 |
| If paid in DEC, 2018  : | $71.00 |
| If paid in JAN, 2019  : | $71.28 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:**  BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018  : | $0.27 |
| If paid in DEC, 2018  : | $0.27 |
| If paid in JAN, 2019  : | $0.27 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:**  JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR
(139911,140367-153268-169898) (679.91)

ACCOUNT NUMBER: ████████████
PARCEL NUMBER: 1214212-1-0066507
YEARS DUE: 2005 - 2018 (11)
PROPERTY DESCRIPTION: MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36) ... and 3 other properties (see attached DELINQUENT ACCOUNT DETAIL)



T12-P0-S3,756

DT1065368091
2,189

**TOTAL AMOUNT DUE**
If paid in JUL, 2019  :  $1,402.79

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

AMOUNT ENCLOSED:$_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since **June 19, 2019**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
**1-800-414-3961**

# DELINQUENT ACCOUNT DETAIL
## Rusk County
July 2, 2019

**AMOUNT DUE**
If paid in JUL, 2019  :          $444.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2018 (11)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

**AMOUNT DUE**
If paid in JUL, 2019  :          $93.76

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮▮
**YEARS DUE:** 2006 - 2016 (5)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

**AMOUNT DUE**
If paid in JUL, 2019  :          $864.33

COLEMAN ALVESTER
3021 FORESTDALE LN.
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2018 (13)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

**AMOUNT DUE**
If paid in JUL, 2019  :          $0.26

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮▮
**YEARS DUE:** 2018 - 2018 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR
(139911,140367-153268-169898) (679.91)

**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮▮

**YEARS DUE:** 2005 - 2016 (8)

**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T11-P0-S3,498



DT1062405265
2,198

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

ılʰlʲlllllʰlʲlʰlʲlʲllʲllʲllʲllⁱlllllⁱllⁱllʰllⁱllʰlⁱllʰlⁱll

**TOTAL AMOUNT DUE**

If paid in JUL, 2018  :      $1,711.87

**AMOUNT ENCLOSED:$**_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

-------------------------------------------------------------------------------------------------

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **July 6, 2018**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

D-107A

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

## DELINQUENT ACCOUNT DETAIL
### Rusk County
July 13, 2018

---

| AMOUNT DUE | |
|---|---|
| If paid in JUL, 2018 : | $137.13 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

| AMOUNT DUE | |
|---|---|
| If paid in JUL, 2018 : | $412.79 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

| AMOUNT DUE | |
|---|---|
| If paid in JUL, 2018 : | $194.80 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

| AMOUNT DUE | |
|---|---|
| If paid in JUL, 2018 : | $798.68 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

---

| AMOUNT DUE | |
|---|---|
| If paid in JUL, 2018 : | $98.71 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
July 13, 2018

---

**AMOUNT DUE**
If paid in JUL, 2018  :          $69.49

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

---

**AMOUNT DUE**
If paid in JUL, 2018  :          $0.27

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR
(139911,140367-153268-169898) (0.67)

**ACCOUNT NUMBER:** <span style="background:black">▮▮▮▮▮▮▮▮</span>
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)



T8-P1-S2,601

DT1060795238
1,678

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**
If paid in MAR, 2018 :    $1,680.78

AMOUNT ENCLOSED:$ _____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

----------------------------------------------------------------------

# URGENT
# CANDIDATE FOR LAWSUIT

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since February 7, 2018, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

H-149

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**ATTORNEYS AT LAW**
**1-800-414-3961**

# DELINQUENT ACCOUNT DETAIL
## Rusk County
### February 28, 2018

---

**AMOUNT DUE**
If paid in MAR. 2018      $134.77

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601

**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

**AMOUNT DUE**
If paid in MAR. 2018      $405.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601

**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

**AMOUNT DUE**
If paid in MAR. 2018      $191.56

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601

**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

**AMOUNT DUE**
If paid in MAR. 2018      $783.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601

**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

---

**AMOUNT DUE**
If paid in MAR. 2018      $97.09

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601

**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
February 28, 2018

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in MAR. 2018    $68.22

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** 1214212-1-0062400
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (0.67)

**AMOUNT DUE**
If paid in MAR. 2018    $0.26

**ACCOUNT NUMBER:** ████████████████

**YEARS DUE:** 2005 - 2016 (8)

**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)



T12-P0-S3.937

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

DT1058815718
2,293

**TOTAL AMOUNT DUE**

If paid in JUL, 2017  :     $1,618.83

If paid in AUG, 2017 :     $1,626.33

**AMOUNT ENCLOSED:$** _____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist.** You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **June 26, 2017**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

D-107A

# DELINQUENT ACCOUNT DETAIL
## Rusk County
### July 11, 2017

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in JUL, 2017 :     $130.08
If paid in AUG, 2017 :     $130.65

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** 1214212-1-0054660
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in JUL, 2017 :     $390.54
If paid in AUG, 2017 :     $392.37

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** 1214212-1-0066507
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in JUL, 2017 :     $185.17
If paid in AUG, 2017 :     $185.95

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in JUL, 2017 :     $753.14
If paid in AUG, 2017 :     $756.76

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in JUL, 2017 :     $93.82
If paid in AUG, 2017 :     $94.21

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** ███████
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
July 11, 2017

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

| AMOUNT DUE | |
|---|---|
| If paid in JUL, 2017 : | $65.83 |
| If paid in AUG, 2017 : | $66.14 |

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** ▉▉▉▉▉▉
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:**  BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

| AMOUNT DUE | |
|---|---|
| If paid in JUL, 2017 : | $0.25 |
| If paid in AUG, 2017 : | $0.25 |

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** ▉▉▉▉▉▉▉▉
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:**  JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR
(139911,140367-153268-169898) (679.91)

*403 657 4071*

**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

*403 657 4071*          *403 657 - 40 507*

T8-P1-S2,458

DT1064216176
1,262

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

| | TOTAL AMOUNT DUE | |
|---|---|---|
| If paid in FEB, 2019 : | $1,766.14 |
| If paid in MAR, 2019 : | $1,773.88 |

AMOUNT ENCLOSED:$_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# URGENT
# CANDIDATE FOR LAWSUIT

*425 ~ 100*

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co Grdwtr Consv Dist, Rusk Co ESD # 01 BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

*CINDY ISD A/N 202*

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since February 1, 2019, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

H-149

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

## DELINQUENT ACCOUNT DETAIL
### Rusk County
February 5, 2019

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458

| AMOUNT DUE | |
|---|---|
| If paid in FEB, 2019 | $71.60 |
| If paid in MAR, 2019 | $71.93 |

**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458

| AMOUNT DUE | |
|---|---|
| If paid in FEB, 2019 | $0.27 |
| If paid in MAR, 2019 | $0.29 |

**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

# Notice Of Appraised Value

This is NOT a Tax Statement

Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516



2678 0.5180 AB 0.408   12 2 85
ililᵐiliᵗ˙iliʳiᵗᵖiᵗⁱⁿiⁱᵐilililiⁱⁱᵖⁱˡⁱʳⁱⁱⁿⁱⁱiⁱⁱⁱˡⁱⁱⁱⁱᵉ
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

APPRAISAL YEAR   2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING
PROTESTS ON        6/29/2018     AT:    9:00   AM
    APPRAISAL DISTRICT OFFICE
    107 NORTH VAN BUREN
    HENDERSON, TEXAS   75652
    QUESTIONS CONCERNING MINERALS
        CALL  (903)657-7516

Protest Deadline:        6-04-2018
ARB Hearing:             6-29-2018
Owner:        1214212        2423

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR
PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE
APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD:          wgBpLZuKxN

Dear Property Owner,
    The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease:  62400    Type: REAL    Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal:  JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO . |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category:      G1 |
| | | | Railroad #:      78590 |

No History available for: 2013.

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).
The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide
whether the property taxes increase. The Appraisal District only determines your property's
value. The taxing units will set tax rates later this year. The Texas legislature does not
set the amount of your local taxes. Your property tax burden is decided by your locally
elected officials, and all inquiries concerning your taxes should be directed to those
officials.
Contact the appraisal office if you disagree with this year's proposed value for
your property, or if you have any problems with the property description or address
information. If the problem cannot be resolved, you have a right to appeal to the Appraisal
Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest
deadline. Enclosed is a protest form to mail or bring to the appraisal district office at
the address above before the above date. The ARB will notify you of the date, time, and
place of your scheduled hearing. Enclosed also is information to help you in preparing your
protest. You do not need to use the enclosed form to file your protest. You may protest by
letter, if it includes your name, your property description, and what appraisal office
action you disagree with.
If you have any other questions or need more information, please contact the
appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

COPY

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER WH | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W   0076906 / 2.37 / .000361750 | MCALISTER GAS / 1,606.21 / .58 | UNIT 01 / 3,822.14 / 1.38 | | RUSK / .00 / .00 | TX / 3197.71 | |
| R | G | 02 | 18 | | | | | | | 1.15 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W   0076906 / 2.35 / .000361750 | MCALISTER GAS / 1,667.23 / .60 | UNIT 01 / 3,927.96 / 1.43 | | RUSK / .00 / .00 | TX / 3331.92 | |
| R | G | 03 | 18 | | | | | | | 1.22 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W   0076907 / 2.37 / .000361750 | MCALISTER GAS / 280.37 / .10 | UNIT 02 / 667.07 / .25 | | RUSK / .00 / .00 | TX / 597.96 | |
| R | G | 02 | 18 | | | | | | | .22 |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W   0076907 / 2.35 / .000361750 | MCALISTER GAS / 270.60 / .09 | UNIT 02 / 637.56 / .23 | | RUSK / .00 / .00 | TX / 571.87 | |
| R | G | 03 | 18 | | | | | | | .20 |
| | | | | | | | COMPRESSION | | .02- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W   0076908 / 2.37 / .000361750 | MCALISTER GAS / 2,146.24 / .77 | UNIT 03 / 5,107.22 / 1.84 | | RUSK / .00 / .00 | TX / 4332.39 | |
| R | G | 02 | 18 | | | | | | | 1.55 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .04- | |
| | | | | | | | COMPRESSION | | .19- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W   0076908 / 2.35 / .000361750 | MCALISTER GAS / 1,976.05 / .71 | UNIT 03 / 4,655.43 / 1.68 | | RUSK / 1.36- / .01- | TX / 4000.69 | |
| R | G | 03 | 18 | | | | | | | 1.43 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W   0076908 / 2.36 / .000361750 | MCALISTER GAS / 4.30 / .00 | UNIT 03 / 10.17 / .01 | | RUSK / .00 / .00 | TX / 10.17 | |
| R | G | 03 | 18 | | | | | | | .01 |

**YOUR TOTALS**

| | GROSS | SEV/PROD TAX | OTHER WH | NET |
|---|---|---|---|---|
| | 6.82 | -0.01 | -1.03 | 5.78 |

PRODUCT:
A - FLARE   C - CONDENSATE   I - CARBON DIOXIDE
B - PLANT FUEL   H - NET PROFITS   J - LIQUEFIED NAT. GAS
F - FUEL   R - RESIDUE   L - NATURAL GAS LIQUIDS
O - GAS   S - SULFUR   M - DRIP CONDENSATE
H - HELIUM   T - INTEREST   P - PLANT PRODUCT
O - OIL   Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING   R - ROYALTY   O - OVERRIDE
E - EXCESS ROYALTY   P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 8/20/2018 |

CHECK NO.   66915151

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

OWNER NAME

Page 2 of 5

| T | P | MO | YR | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEVPROD TAX / YOUR SEVPROD TAX | STATE / NET VALUE / YOUR OTHER WH | YOUR NET |
|---|---|----|----|----|----|----|----|----|----|----|
| * | * | ** | ** | W 0076906 — 2.72 | MCALISTER GAS — 3.53 | UNIT 01 — 9.63 | | RUSK — .00 | TX — 9.63 | |
| R | G | 09 | 17 | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076906 — 2.62 | MCALISTER GAS — 1,701.47 | UNIT 01 — 4,465.29 | | RUSK — .00 | TX — 3849.30 | |
| R | G | 10 | 17 | .000361750 | .61 | 1.62 | | .00 | | 1.39 |
| | | | | | Transportation | | | | .04− | |
| | | | | | Other Deductions | | | | .04− | |
| | | | | | COMPRESSION | | | | .14− | |
| | | | | | DEHYDRATION | | | | .01− | |
| * | * | ** | ** | W 0076906 — 2.72 | MCALISTER GAS — 1,645.77 | UNIT 01 — 4,480.13 | | RUSK — .00 | TX — 3903.70 | |
| R | G | 11 | 17 | .000361750 | .59 | 1.62 | | .00 | | 1.40 |
| | | | | | Transportation | | | | .03− | |
| | | | | | Other Deductions | | | | .04− | |
| | | | | | COMPRESSION | | | | .14− | |
| | | | | | DEHYDRATION | | | | .01− | |
| * | * | ** | ** | W 0076906 — 2.51 | MCALISTER GAS — 1,684.54 | UNIT 01 — 4,228.55 | | RUSK — .00 | TX — 3633.68 | |
| R | G | 12 | 17 | .000361750 | .60 | 1.53 | | .00 | | 1.33 |
| | | | | | Transportation | | | | .03− | |
| | | | | | Other Deductions | | | | .03− | |
| | | | | | COMPRESSION | | | | .13− | |
| | | | | | DEHYDRATION | | | | .01− | |
| * | * | ** | ** | W 0076906 — 3.49 | MCALISTER GAS — 1,791.66 | UNIT 01 — 6,264.66 | | RUSK — .00 | TX — 5649.32 | |
| R | G | 01 | 18 | .000361750 | .64 | 2.27 | | .00 | | 2.05 |
| | | | | | Transportation | | | | .04− | |
| | | | | | Other Deductions | | | | .03− | |
| | | | | | COMPRESSION | | | | .14− | |
| | | | | | DEHYDRATION | | | | .01− | |
| * | * | ** | ** | W 0076906 — 48.58 | MCALISTER GAS — 83.47 | UNIT 01 — 4,055.00 | | RUSK — 186.54 | TX — 3868.46 | |
| R | O | 04 | 17 | .000361750 | .03 | 1.47 | | .07− | | 1.40 |
| * | * | ** | ** | W 0076906 — 43.95 | MCALISTER GAS — .21 | UNIT 01 — 9.23 | | RUSK — .00 | TX — 9.23 | |
| R | O | 04 | 17 | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076907 — 2.53 | MCALISTER GAS — 314.72 | UNIT 02 — 797.05 | | RUSK — .00 | TX — 708.75 | |
| R | G | 02 | 17 | .000361750 | .11 | .29 | | .00 | | .26 |
| | | | | | Other Deductions | | | | .01− | |
| | | | | | COMPRESSION | | | | .02− | |
| * | * | ** | ** | W 0076907 — 2.58 | MCALISTER GAS — 486.56 | UNIT 02 — 1,259.14 | | RUSK — .00 | TX — 1079.06 | |
| R | G | 03 | 17 | .000361750 | .17 | .45 | | .00 | | .38 |
| | | | | | Transportation | | | | .01− | |
| | | | | | Other Deductions | | | | .01− | |
| | | | | | COMPRESSION | | | | .04− | |
| | | | | | DEHYDRATION | | | | .01− | |
| * | * | ** | ** | W 0076907 — 2.77 | MCALISTER GAS — 394.96 | UNIT 02 — 1,097.64 | | RUSK — .00 | TX — 965.76 | |
| R | G | 04 | 17 | .000361750 | .14 | .40 | | .00 | | .35 |
| | | | | | Transportation | | | | .01− | |
| | | | | | Other Deductions | | | | .01− | |
| | | | | | COMPRESSION | | | | .03− | |
| * | * | ** | ** | W 0076907 — 2.88 | MCALISTER GAS — 264.73 | UNIT 02 — 763.60 | | RUSK — .00 | TX — 705.25 | |
| R | G | 05 | 17 | .000361750 | .09 | .27 | | .00 | | .25 |
| | | | | | COMPRESSION | | | | .02− | |

CONTINUED

**YOUR TOTALS**

PRODUCT:
A - FLARE   C - CONDENSATE   I - CARBON DIOXIDE
B - PLANT FUEL   N - NET PROFITS   J - LIQUEFIED NAT. GAS
F - FUEL   R - RESIDUE   L - NATURAL GAS LIQUIDS
O - GAS   S - SULFUR   M - DRIP CONDENSATE
H - HELIUM   T - INTEREST   P - PLANT PRODUCT
O - OIL   Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING  R - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO.   66619305

OWNER NAME

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2513

| T | P | MO. | YR. | UNIT PRICE / YOUR DECIMAL | BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV-PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER WH | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 06 | 17 | 2.68 | 297.96 | 799.46 | | .00 | 712.94 | |
| R | | | | .000361750 | .10 | .29 | | .00 | | .25 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 07 | 17 | 2.73 | 408.81 | 1,116.50 | | .00 | 998.23 | |
| R | | | | .000361750 | .14 | .40 | | .00 | | .36 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 08 | 17 | 2.65 | 465.34 | 1,237.30 | | .31- | 1086.58 | |
| R | | | | .000361750 | .16 | .45 | | .01- | | .38 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 09 | 17 | 2.73 | 341.76 | 933.18 | | .00 | 842.96 | |
| R | | | | .000361750 | .12 | .33 | | .00 | | .29 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 10 | 17 | 2.62 | 420.74 | 1,104.23 | | .00 | 986.99 | |
| R | | | | .000361750 | .15 | .40 | | .00 | | .36 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 11 | 17 | 2.72 | 408.26 | 1,111.11 | | .00 | 980.70 | |
| R | | | | .000361750 | .14 | .40 | | .00 | | .35 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 12 | 17 | 2.51 | 435.58 | 1,093.40 | | .00 | 953.51 | |
| R | | | | .000361750 | .15 | .39 | | .00 | | .33 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 01 | 18 | 3.49 | 379.81 | 1,328.04 | | .00 | 1209.03 | |
| R | | | | .000361750 | .13 | .48 | | .00 | | .44 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| * | * | ** | ** | W   0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | O | 04 | 17 | 48.56 | 11.04 | 536.16 | | .00 | 536.16 | |
| R | | | | .000361750 | .00 | .19 | | .00 | | .19 |
| * | * | ** | ** | W   0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 02 | 17 | 2.53 | 1,680.73 | 4,256.50 | | .00 | 3689.83 | |
| R | | | | .000361750 | .60 | 1.54 | | .00 | | 1.34 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W   0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 03 | 17 | 2.58 | 1,826.56 | 4,727.04 | | .00 | 4080.10 | |
| R | | | | .000361750 | .66 | 1.71 | | .00 | | 1.47 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .16- | |
| | | | | | | | DEHYDRATION | | .01- | |

CONTINUED

## YOUR TOTALS

PRODUCT
A - FLARE    C - CONDENSATE    I - CARBON DIOXIDE
B - PLANT FUEL    N - NET PROFITS    J - LIQUEFIED NAT. GAS
F - FUEL    R - RESIDUE    L - NATURAL GAS LIQUIDS
G - GAS    S - SULFUR    M - DRIP CONDENSATE
H - HELIUM    T - INTEREST    P - PLANT PRODUCT
O - OIL    Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING  R - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO.    66619305

XTO ENERGY INC.
810 HOUSTON ST. · FORT WORTH, TEXAS 76102-6298
866-886-2613

OWNER NAME

Page 3 of 5

**TAX RECEIPT**

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

**This is a receipt. Do not pay.**

Owner ID:   M   1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX, 75180-1907

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|------|--------------|----------|-----------|-----------|-----|---------------|--------------|-------------|
| | | 2008 Year Totals | | | $10.27 | $18.56 | $28.83 | |
| | | Parcel Totals: | | | $33.81 | $68.12 | $101.93 | |
| DPI Year/Month:   201903 | | Payment Ref Totals: | | | $33.81 | $68.12 | $101.93 | |
| Clerk: vkenney | Paid By:   COLEMAN ALVESTER | | | Payment Type:  Cash | | | Payment Ref No:   CASH | |

Additional Fees:

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Grand Totals: | | | | | $33.81 | $68.12 | $101.93 |

**2018 CURRENT DELINQUENT TAX STATEMENT**

Make payment payable to:

Taxes as Of:  3/8/2019          DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

Owner ID:      1214212      Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS      TX 75180-1907

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| **Parcel ID 1308873 Total** | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

| Parcel ID: | 1311193 | Ownshp Seq: 1 | Operator: | CCI EAST T | RI | | Suit: | N | | |
| Account #: | | | Lease Number: | 91526 | RRC #: 122668 | | Acres: 542.36 | Cat Code: G1 | | |
| Mineral Interest: | 0.005077 | | Lease Name: | MCALISTER GU (3) REAL | | | Mineral Value: | $ 760 | | |
| Prop Address: | | | | AB 282 W A FRIAR SUR | | | | | | |
| Prop City/St/Zip: | | | | WELL 3 RRC 122668 | | | | | | |

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 760 | 0 | 10047 | $0.463635 | $3.52 | $0.00 | $0.32 | $0.00 | $3.84 |
| RUSK CO I&S | 2018 | 760 | 0 | 10047 | $0.028759 | $0.22 | $0.00 | $0.02 | $0.00 | $0.24 |
| RUSK CO SPEC RD | 2018 | 760 | 0 | 10047 | $0.058253 | $0.44 | $0.00 | $0.04 | $0.00 | $0.48 |
| COUNTY SCHOOL | 2018 | 760 | 0 | 10047 | $0.026437 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| TATUM ISD M&O | 2018 | 760 | 0 | 10047 | $1.040000 | $7.90 | $0.00 | $0.71 | $0.00 | $8.61 |
| TATUM I&S | 2018 | 760 | 0 | 10047 | $0.167000 | $1.27 | $0.00 | $0.11 | $0.00 | $1.38 |
| RUSK CO ESD #1 | 2018 | 760 | 0 | 10047 | $0.077500 | $0.59 | $0.00 | $0.05 | $0.00 | $0.64 |
| RCGWC DIST | 2018 | 760 | 0 | 10047 | $0.005000 | $0.04 | $0.00 | $0.00 | $0.00 | $0.04 |
| **2018  Total:** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |
| **Parcel ID  1311193 Total** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |

AN ADDITIONAL 20% PENALTY WILL BE ADDED TO YOUR 2018 TAXES IF NOT PAID BEFORE JULY 1, 2019 IN ACCORDANCE WITH STATE PROPERTY TAX CODE SEC. 33.07d.

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE RUSK COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE RUSK COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

TO INSURE PROPER CREDIT, MAIL OR BRING THIS STATEMENT WITH YOUR PAYMENT

| ** Summary ** : | Base Tax: | P/I: | Additional: | Total Amount: |
|---|---|---|---|---|
| If Paid In Mar, 2019 | $20.89 | $1.87 | $0.00 | $22.76 |
| If Paid In Apr, 2019 | $20.89 | $2.28 | $0.00 | $23.17 |
| If Paid In May, 2019 | $20.89 | $2.74 | $0.00 | $23.63 |
| If Paid In Jun, 2019 | $20.89 | $3.15 | $0.00 | $24.04 |
| If Paid In Jul, 2019 | $20.89 | $3.77 | $4.90 | $29.56 |

**TAX RECEIPT**

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

**This is a receipt. Do not pay.**

Owner ID:  M  1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX. 75180-1907

| | |
|---|---|
| Parcel Id/Owner Seq: | 1985966135 / 1 |
| Account Number: | |
| Mineral Interest: | 0.004715 |
| Prop Address: | |
| Prop City/St/Zip: | |

| | |
|---|---|
| Operator | ANADARKO E&RC |
| Lease | 95258   RRC#   169918 |
| Legals: | MCALISTER GAS UNIT (#4) |
| | REAL |
| | AB 416 JESSE HARRIS SUR |
| | (SAM 032734) |

| | |
|---|---|
| Suit: | N |
| Acres: | 271.210  Cat Code:  GI |
| Mineral Value: | $ 720 |

Homestead Code:

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|---|---|---|---|---|---|---|---|---|
| 2005 | SPEC RD | 0.040000 | $470 | P | $0.19 | $0.42 | $0.61 | 03/08/2019 |
| 2005 | RUSK CO ESD #1 | 0.027215 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | RUSK CO GROUNDWATER | 0.005000 | $470 | P | $0.03 | $0.07 | $0.10 | |
| 2005 | COUNTY SCHOOL | 0.026500 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | TATUM I.S.D. M&O | 1.568400 | $470 | P | $7.37 | $16.51 | $23.88 | |
| 2005 | RUSK COUNTY | 0.356000 | $470 | P | $1.68 | $3.77 | $5.45 | |
| | | **2005 Year Totals** | | | $9.53 | $21.35 | $30.88 | |
| 2006 | TATUM I.S.D. M&O | 1.219310 | $330 | P | $4.03 | $8.45 | $12.48 | 03/08/2019 |
| 2006 | RUSK CO GROUNDWATER | 0.004800 | $330 | P | $0.02 | $0.04 | $0.06 | |
| 2006 | SPEC RD | 0.040000 | $330 | P | $0.13 | $0.28 | $0.41 | |
| 2006 | TATUM ISD I&S | 0.150690 | $330 | P | $0.50 | $1.05 | $1.55 | |
| 2006 | RUSK CO ESD #1 | 0.023800 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | COUNTY SCHOOL | 0.022400 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | RUSK COUNTY | 0.304600 | $330 | P | $1.01 | $2.12 | $3.13 | |
| | | **2006 Year Totals** | | | $5.85 | $12.28 | $18.13 | |
| 2007 | COUNTY SCHOOL | 0.020400 | $570 | P | $0.12 | $0.24 | $0.36 | 03/08/2019 |
| 2007 | RUSK CO ESD #1 | 0.023480 | $570 | P | $0.14 | $0.27 | $0.41 | |
| 2007 | RUSK COUNTY | 0.298500 | $570 | P | $1.70 | $3.32 | $5.02 | |
| 2007 | TATUM I.S.D. M&O | 0.750000 | $570 | P | $4.28 | $8.36 | $12.64 | |
| 2007 | RUSK CO GROUNDWATER | 0.004700 | $570 | P | $0.03 | $0.05 | $0.08 | |
| 2007 | TATUM ISD I&S | 0.290000 | $570 | P | $1.66 | $3.24 | $4.90 | |
| 2007 | SPEC RD | 0.040000 | $570 | P | $0.23 | $0.45 | $0.68 | |
| | | **2007 Year Totals** | | | $8.16 | $15.93 | $24.09 | |
| 2008 | SPEC RD | 0.040000 | $720 | P | $0.29 | $0.53 | $0.82 | 03/08/2019 |
| 2008 | TATUM ISD I&S | 0.300000 | $720 | P | $2.15 | $3.89 | $6.04 | |
| 2008 | COUNTY SCHOOL | 0.017800 | $720 | P | $0.13 | $0.23 | $0.36 | |
| 2008 | RUSK CO ESD #1 | 0.021370 | $720 | P | $0.16 | $0.28 | $0.44 | |
| 2008 | RUSK COUNTY | 0.309800 | $720 | P | $2.22 | $4.01 | $6.23 | |
| 2008 | RUSK CO GROUNDWATER | 0.004400 | $720 | P | $0.03 | $0.05 | $0.08 | |
| 2008 | TATUM I.S.D. M&O | 0.740000 | $720 | P | $5.29 | $9.57 | $14.86 | |

**2018 CURRENT DELINQUENT TAX STATEMENT**

Make payment payable to:                     Taxes as Of:  3/8/2019        DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
 903-657-0315

Owner ID: 1214212   Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS    TX 75180-1907

┌─────────────────────────────────────────────┐
│           NOTICE TO TAXPAYER                  │
│ The records of this office indicate that the  │
│ taxes on the property shown below             │
│ have not been paid.                           │
│ Please report any errors in DESCRIPTION,      │
│ AMOUNT OF TAX,                                │
│ ASSESSMENT or OWNERSHIP to the                │
│ APPRAISAL DISTRICT.                           │
└─────────────────────────────────────────────┘

*CALL BACK*

| Parcel ID: | 1304334 | Ownshp Seq: 1 | Operator: | CCI EAST T | RI | Suit: | N | |
|---|---|---|---|---|---|---|---|---|
| Account #: | | | Lease Number: 66507 | RRC #: | 92392 | Acres: | 542.36 | Cat Code: G1 |
| Mineral Interest: | 0.005077 | | Lease Name: | MCALISTER GU (1) | | Mineral Value: | $ 350 | |
| | | | | REAL | | | | |
| Prop Address: | | | | AB 416 JESSE HARRIS SUR | | | | |
| Prop City/St/Zip: | | | | WELL 1 RRC 92392 | | | | |

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 350 | 0 | 10047 | $0.463635 | $1.62 | $0.00 | $0.15 | $0.00 | $1.77 |
| RUSK CO I&S | 2018 | 350 | 0 | 10047 | $0.028759 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| RUSK CO SPEC RD | 2018 | 350 | 0 | 10047 | $0.058253 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| COUNTY SCHOOL | 2018 | 350 | 0 | 10047 | $0.026437 | $0.09 | $0.00 | $0.01 | $0.00 | $0.10 |
| TATUM ISD M&O | 2018 | 350 | 0 | 10047 | $1.040000 | $3.64 | $0.00 | $0.33 | $0.00 | $3.97 |
| TATUM I&S | 2018 | 350 | 0 | 10047 | $0.167000 | $0.58 | $0.00 | $0.05 | $0.00 | $0.63 |
| RUSK CO ESD #1 | 2018 | 350 | 0 | 10047 | $0.077500 | $0.27 | $0.00 | $0.02 | $0.00 | $0.29 |
| RCGWC DIST | 2018 | 350 | 0 | 10047 | $0.005000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| 2018  Total: | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |
| Parcel ID 1304334 Total | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |

| Parcel ID: | 1308873 | Ownshp Seq: 1 | Operator: | BP AMERIC | RI | Suit: | N | |
|---|---|---|---|---|---|---|---|---|
| Account #: | 1214212-1-0062400 | | Lease Number: 62400 | RRC #: | 78590 | Acres: | 679.91 | Cat Code: G1 |
| Mineral Interest: | 0.000051 | | Lease Name: | JENKINS FELIX W GU 1-5 | | Mineral Value: | $ 10 | |
| | | | | REAL | | | | |
| Prop Address: | | | | AB 282 W W FRAIR SUR | | | | |
| Prop City/St/Zip: | | | | (139911,140367-153268-169898) | | | | |

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 10 | 0 | 10047 | $0.463635 | $0.05 | $0.00 | $0.00 | $0.00 | $0.05 |
| RUSK CO SPEC RD | 2018 | 10 | 0 | 10047 | $0.058253 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| TATUM ISD M&O | 2018 | 10 | 0 | 10047 | $1.040000 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| TATUM I&S | 2018 | 10 | 0 | 10047 | $0.167000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| RUSK CO ESD #1 | 2018 | 10 | 0 | 10047 | $0.077500 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| 2018  Total: | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

```
MPFM03/MPDR01          Production Master - Oil      State - TX    C2   Return
                                                                 C3   Mnthly
                                                                 C4   Yearly
                                                                 C6   Print

Job..: RUSK CO APPRAISAL DISTRICT            Rrc#:    3881 / 06
Lse..: TATUM /CRANE/ UNIT                     Lse#:   79340
Cty 1: RUSK                                   Cty 2:

FLD: 88425500 TATUM (PETTIT, LOWER)          Depth.......:  7,008
Lse Info:
Oil Gatherers 1/2/3: PLAML /       /         Gas Gatherer: KMOTX
Completion Date:  4/13/1981   PRDCING:    1  API Number..:   12,800
First Prod MMYYYY:  1/1962    SHUT-IN:       Gas Split...: NO
Last  Prod MMYYYY:  8/2018    INJECTOR:      Beq Oil Stat:
                              SERVICE:       Royalty Flag:
```

```
Current Operator Info - 660043        Previous Operator Info - 417180
PETRO-HUNT, L.L.C.                     HUNT, WM. HERBERT, TRUST EST.
ROSEWOOD COURT
2101 CEDAR SPRINGS RD STE 600          3900 THANKSGIVING TOWER
DALLAS        TX 75201                 DALLAS        TX 75201
Tele: 214-880-8400                     Tele:
```

                                      Last Change Date: 10/18/2018

ATTEN: Royalty Relations

**Production Master - Gas**    State - TX

| | |
|---|---|
| | C2   Return |
| | C3   Mnthly |
| | C4   Yearly |
| | C6   Print |

Job. : RUSK CO APPRAISAL DISTRICT          RRC#.....:   92747 / 06
Lse. : AKINS-REEVES GAS UNIT              Wll#/Lse#:      1   /  50030
Cty 1: RUSK                               Cty 2....:  GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)               Depth......:  10,250
Lse Info:
Gas Gatherers 1/2/3: ENBRI /         /    Cond Gatherer:
Completion Date:  3/14/1981    Upper Perf:  8,730    Cond Split...:  NO
First Prod MMYYYY:             Lower Perf: 10,140    API Number...:
Last Prod MMYYYY:  8/2018     Othr Presr:    685    Beg Gas Stat.:         2,141
Well Type......:  REG PROD                          Potential....:  9,999,999

Current Operator Info -  40798          Previous Operator Info -  20425
BP AMERICA PRODUCTION COMPANY           AMOCO PRODUCTION COMPANY
~~ATTN JEANINE HALLER-PISKURICH~~       ATTN  BILL CASEY
737 NORTH ELDRIDGE PARKWAY              P O BOX 3092
HOUSTON.          TX 77079              HOUSTON      TX 77253
Tele: 281-366-7158                      Tele:

                                        Last Change Date: 10/18/2018

*ATTEN: Royalty Relations* (handwritten)

MPFM03/MPDR02          **Production Master - Gas**     State - TX

| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

```
Job..: RUSK CO APPRAISAL DISTRICT        RRC#.....: )  69114 / 06
Lse..: BIRD, G. W. EST.                  Wll#/Lse#:/    1  / 53020
Cty 1: RUSK                              Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)   Depth......: 10,535
Lse Info:
Gas Gatherers 1/2/3: ENBRI /    /        Cond Gatherer:
Completion Date: 11/06/1976 / Upper Perf: 10,212   Cond Split..: NO
First Prod MMYYYY:            Lower Perf: 10,433   API Number..:
Last  Prod MMYYYY: 8/2018     Othr Presr:   810   Beg Gas Stat:
Well Type......: REG PROD                 Potential....: 9,999,999
```

Current Operator Info - 884563          Previous Operator Info -
VERADO ENERGY, INC.

8150 N CENTRAL EXPWY  STE 850
DALLAS      TX 75206
Tele: 214-368-5322                       Tele:

                                         Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

MPFM03/MPDR02

**Production Master - Gas**    State - TX

| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

```
Job..: RUSK CO APPRAISAL DISTRICT        RRC#.....: 104534 / 06
Lse..: ALFORD -A- GAS UNIT               Wll#/Lse#:     2 / 50160
Cty 1: RUSK                              Cty 2...: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info: G-10 RETEST EFF. 2-1-9         Depth........: 10,830
Gas Gatherers 1/2/3: SABPI /
Completion Date:  2/07/1983    Upper Perf: 10,537   Cond Gatherer:
First Prod MMYYYY:             Lower Perf: 10,773   Cond Split...: YES
Last  Prod MMYYYY:  8/2018     Othr Presr:  3,215   API Number...:
Well Type.....: REG PROD                            Reg Gas Stat.:
                                                    Potential....: 9,999,999

Current Operator Info - 120023        Previous Operator Info -  20542
CCI EAST TEXAS UPSTREAM LLC            ANADARKO E&P COMPANY LP
ATTN CHRISSY SCHAFFNER                 ATTN  FRANK A. DAVIS
311 MAIN STREET SUITE 3500             P O BOX 1330
HOUSTON      TX 77002                  HOUSTON      TX 77251
Tele: 281-378-1100                     Tele:
```

*ATTEN: Royalty Relations*

Last Change Date: 10/18/2018

MPFM03/MPDR01     **Production Master - Oil**    State - TX

| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

```
Job..: RUSK CO APPRAISAL DISTRICT          Rrc#:    11631 / 06
Lse..: BIRDWELL "B"                        Lse#:    53048
Cty 1: RUSK                                Cty 2:

FLD: 51894500 LANEVILLE, NE. (PETTIT, LO.)        Depth....: 7,566
Lse Info:
Oil Gatherers 1/2/3: PLAML /            Gas Gatherer: ENETR
Completion Date: 11/29/1984      PRDCING:    1   API Number.: 3,168,500
First Prod MMYYYY: 12/1984       SHUT-IN:        Gas Split..: NO
Last  Prod MMYYYY: 8/2018        INJECTOR:       Beg Oil Stat
                                 SERVICE:        Royalty Flag:
```

```
Current Operator Info - 945936        Previous Operator Info - 598935
XTO ENERGY INC.                       NADEL AND GUSSMAN, L.L.C.
ATTN ALAN CODY
810 HOUSTON STREET                    15 EAST 5TH ST STE 3300
FORT WORTH    TX 76102                TULSA       OK 74103
Tele: 817-885-3463                    Tele:

                                      Last Change Date: 10/18/2018
```

*ATTEN: Royalty Relations*

269204  RUSK CO APPRAISAL DISTRICT          OWNER HOLDINGS          6/28/2018                                    PAGE    1

OWNER:  925972      COLEMAN FANNIE MAE
                    PO BOX 71
                    EASTON          TX 75641

                    Agent:

| LEASE_# | LEASE_NAME | DESCRIPTION | OPERATOR | INT_TYPE | INTEREST | VALUE |
|---------|-----------|-------------|----------|----------|----------|-------|
| 54550 | BUFORD & BLOW GU 1 (1/2) | AB 46  ETL WILLIAMSON ETAL SUR<br>RRC#- 106033108065      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 54552 | BUFORD & BLOW GU 1 (5-8) | AB 46  ETL WILLIAMSON ETAL SUR<br>RRC#- 131085131095131308133712      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 20 |
| 95540 | BUFORD & BLOW GU 1 (9) | AB 46  ETL WILLIAMSON ETAL SUR<br>RRC#- 187219      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95541 | BUFORD & BLOW GU 1 (10) | AB 46  ETL WILLIAMSON ETAL SUR<br>RRC#-      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95597 | BUFORD & BLOW GU 1 (3/4) | AB 46  ETL WILLIAMSON ETAL SUR<br>RRC#- 108773108776      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 10 |
| 95908 | BUFORD & BLOW GU 1 (11) | AB 46  ETL WILLIAMSON ETAL SUR<br>RRC#- 213806      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95909 | BUFORD & BLOW GU 1 (14) | AB 26  ETAL T O'BAR ETAL SUR<br>RRC#- 213805      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 10 |
| 96460 | BUFORD & BLOW GU 1 (15) | AB 26  ETAL T O'BAR ETAL SUR<br>RRC#- 228862      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 96865 | BUFORD & BLOW GU 1 (16) | AB 46  R WILLIAMSON SUR<br>RRC#- 236553      ACCT#:<br>JURS: 04-05-52-65-66-  -  -  -  - | CCI EAST TEXAS UPSTR | RI | .000074 | 20 |

                                                                    OWNER TOTAL:          60

JUR
04   RUSK CO APPRAISAL DISTRICT           MARKET VALUE
05   RUSK COUNTY                                60
52   TATUM I.S.D. - RUSK CO.                    60
65   RUSK CO EMERGENCY SERVICE DIST             60
66   RUSK CO GROUND WATER CON DIST              60
                                               60

ROBERT M. MINTON
DAVID P. BROWN

PHONE    (903) 657-3543
FAX      (903) 657-3545

## MINTON & BROWN, PLLC
### ATTORNEYS AT LAW
HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING
134 NORTH MARSHALL STREET
P. O. BOX 1688
HENDERSON, TEXAS 75653-1688
E-Mail: mintonbrown@suddenlinkmail.com

December 17, 2009

Mr. Daryl Howard
826 Smokey Oak Drive
Lancaster, Texas 75146

Mr. Alvester Coleman
826 Smokey Oak Drive
Lancaster, Texas 75146

RE:    Interests of Wilmer Howard, Deceased and Ulysee Howard, Deceased

Dear Daryl and Alvester:

Enclosed are copies of deeds whereby Wilmer Howard and Ulysee Howard conveyed away their ownerships.

Yours very truly,

MINTON & BROWN, PLLC

BY _____
Robert M. Minton

RMM/apm
Enclosure

This is a copy, of the letter sent to me from Robert
M. Minton. Claiming Fraudulent documents to be
Copies of deeds. To which transferd deeds never
recieved.

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. Dec. 2015)<br>Department of the Treasury<br>Internal Revenue Service | **and Declaration of Representative**<br>▶ Information about Form 2848 and its instructions is at www.irs.gov/form2848. | For IRS Use Only<br>Received by: |

**Part I    Power of Attorney**

**Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.**

Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

**1    Taxpayer information. Taxpayer must sign and date this form on page 2, line 7.**

Taxpayer name and address    **Fannie Howard**

Taxpayer identification ▇▇▇▇▇▇▇

Daytime telephone number | Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s) must sign and date this form on page 2, Part II.**

Name and address    **Alvester Coleman**
**3021 Forrestdale Ln**
**Balch Springs, TX 75810**

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if to be sent copies of notices and communications ☑    Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if to be sent copies of notices and communications ☐    Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242

AUG 25 2017

**RECEIVED
44106**

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)    Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)    Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| whistleblower | 1041    1099 | 1960 |
| | | |
| | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF ... ▶ ☐

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;    ☐ Substitute or add representative(s);    ☐ Sign a return; _____

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 12-2015)

Form 2848 (Rev. 12-2015)

Page **2**

b Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability. List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

6 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 Signature of taxpayer. If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.
▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| *Aluester Coleman* | 8-24-17 | heir |
|---|---|---|
| Signature | Date | Title (if applicable) |

| ALUESTER COLEMAN | |
|---|---|
| Print Name | Print name of taxpayer from line 1 if other than individual |

**Part II** **Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—licensed to practice as a certified public accountant is active in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
d Officer—a bona fide officer of the taxpayer organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
h Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). *See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.*
k Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

Note: For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a-r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| f | Texas | N/A | *Aluester Coleman* | 8-24-17 |
| | | | | |
| | | | | |
| | | | | |

250204 -RUSK CO APPRAISAL DISTRICT         OWNER HOLDINGS         9/15/2016         PAGE    1

OWNER. 1214212    COLEMAN ALVESTER
                  3921 FORESTDALE LN
                  BALCH SPRINGS    TX 75180

Agent:

| LEASE # | LEASE NAME | DESCRIPTION | OPERATOR | INT_TYPE | INTEREST | VALUE |
|---|---|---|---|---|---|---|
| 54660 | BURNETT GU (1) | AB 19  JAMES MCCLAIN SUR<br>RRC#- 96272    ACCT#: | VERADO ENERGY INC | RI | .002071 | 20 |
| Wells- 62400 | JENKINS FELIX W GU L-5 | AB 282 W W FRAIR SUR<br>RRC#- 7859013991114036715326816989B | BP AMERICA PROD CO<br>ACCT#: | RI | .000051 | 10 |
| 66507 | 1 MCALISTER GU (1) | AB 416 JESSE HARRIS SUR<br>RRC#- 92392    ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 160 |
| 66507 | 2 MCALISTER GU (1) | AB 416 JESSE HARRIS SUR<br>RRC#- 92392    ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 10 |
| 91525 | 1 MCALISTER GU (2) | AB 416 JESSE HARRIS SUR<br>RRC#- 113430    ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 40 |
| 91525 | 2 MCALISTER GU (2) | AB 416 JESSE HARRIS SUR<br>RRC#- 113430    ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 91526 | 1 MCALISTER GU (3) | AB 282 W A FRIAR SUR<br>RRC#- 122668    ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 520 |
| 91526 | 2 MCALISTER GU (3) | AB 282 W A FRIAR SUR<br>RRC#- 122668    ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 40 |
| 95258 | 1 MCALISTER GU (4) | AB 416 JESSE HARRIS SUR<br>RRC#- 169918    ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 0 |
| 95258 | 2 MCALISTER GU (4) | AB 416 JESSE HARRIS SUR<br>RRC#- 169918    ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 95415 | BURNETT GU (2) | AB 19  JAMES MCCLAIN SUR<br>RRC#- 176908    ACCT#: | VERADO ENERGY INC | RI | .002071 | 10 |

OWNER TOTAL:        810

| JUR | | MARKET VALUE |
|---|---|---|
| 04 | RUSK CO APPRAISAL DISTRICT | 810 |
| 05 | RUSK COUNTY | 810 |
| 40 | HENDERSON I.S.D | 810 |
| 52 | TATUM I.S.D. - RUSK CO. | 0 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 810 |
| 66 | RUSK CO GROUND WATER CON DIST | 810 |
| | | 810 |

*Two different operators make disbursements on the McAllister wells: ① ANADARKO ② XTO*

*963 657- 0330*

Form **2848**
(Rev. Dec. 2015)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

**For IRS Use Only**
Received by:

Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

**Part I** **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address

Alvester Coleman
3021 Forestdale Ln.
Balch Springs, TX 75810

hereby appoints the following representative(s) as attorney(s)-in-fact:

Taxpayer identification number(s) [redacted]

Daytime telephone number
214-309-8507

Plan number (if applicable)

**2    Representative(s)** must sign and date this form on page 2, Part II.

Name and address

Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75810

Check if to be sent copies of notices and communications ☑

CAF No. _____
PTIN _____
Telephone No. 214-309-8507
Fax No. _____

Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

Check if to be sent copies of notices and communications ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

(Note: IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242

(Note: IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Estate/trust | 1040, 1099 (1041 | 2009 |
| | | |
| | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return;

_____
_____

☐ Other acts authorized: _____
_____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.        Cat. No. 11980J        Form **2848** (Rev.12-2015)

Form **56-F**
(Rev. December 2009)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship of Financial Institution
(Internal Revenue Code sections 6036, 6402, and 6903)

OMB No. 1545-2159

For IRS Use Only

**Part I** Identification

| | |
|---|---|
| 1 Name of person for whom you are acting (as shown on the tax return) Lawrence Howard Flanagan Trust | 2 Employer identification number ▉▉▉▉▉▉▉▉▉ |

3 Address of financial institution (number, street, and room or suite no.)
511 Carver St

| | |
|---|---|
| 4 City, state, and ZIP code Henderson TX 75652-5709 | 5 Telephone no. (   ) |

6 Check the applicable box for the type of financial institution: ☑ Bank    ☐ Thrift

7 Check here ► ☐ if the financial institution is insolvent.

8 Enter the ending date of the financial institution's tax year (mo., day, yr.).    ►

| | |
|---|---|
| 9 Fiduciary's name Citizens National Bank | 10 Contact person Lee Gearheart, TFE |

11 Address of fiduciary (number, street, and room or suite no.)
201 W Main St

| | |
|---|---|
| 12 City or town, state, and ZIP code Henderson TX | 13 Telephone no. (903) 657-8521 |

14 Check the applicable box if the fiduciary is a:
☑ Receiver    ☐ Conservator

15 Check this box ► ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below. Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

| | |
|---|---|
| 16 Name of person for whom you are acting (as shown on the tax return) | 17 Employer identification number |

18 Address of the common parent (number, street, and room or suite no.)

19 City, state, and ZIP code

20 Check here ► ☐ if a copy of this form has been sent to the common parent of the group.

21 Enter the tax year(s) that the financial institution is or was a member of the consolidated group ►  1990

**Part II** Authority

22 Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:
a ☐ Appointment of conservator    b ☑ Replacement of conservator
c ☐ Appointment of receiver    d ☐ Order of insolvency
e ☑ Other evidence of creation of fiduciary relationship (describe) ►

**Part III** Tax Notices

23 All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods or years involved.

Mr Lee Gearheart has not turned over any tax information over since 2010. I have not filed in brothers name and this also payments or filing being done is unknown.

**Part IV** Revocation or Termination of Notice

### Section A—Total Revocation or Termination

24 Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):
a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☑ Other evidence of termination of fiduciary relationship (describe) ► Copy from trustee claiming to turn over tax information to correct their errors

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

► Fiduciary's signature   Preston Coleman    Title, if applicable    Date 8-3-17

For Paperwork Reduction Act Notice, see back of form.    Cat. No. 12784J    Form **56-F** (Rev. 12-2009)

RECEIVED AUG 3 2017 — E-FILED — TEXAS SERVICE — 44175242

016




# Rusk County Appraisal District
### Chief Appraiser - Terry W. Decker, RPA, RTA



Official Website
Hosted By Pritchard & Abbott, Inc.

General Property Information

New Property Search                                    Go To Previous Page

**Legal Information:**
MCALISTER GU (2)
REAL
AB 416 JESSE HARRIS SUR
WELL 3 RRC 113430

**Account Number:**
▮▮▮▮▮▮▮▮▮▮▮▮

**Operator:**
ANADARKO E&P ONSHORE

**Owner Information:**

COLEMAN ALVESTER

826 SMOKEY OAK DR

LANCASTER TX 75146

**Lease Information:**

| RRC#: | 113430 |
|---|---|
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.005077 |
| Under 500: | No |
| Market Value: | 40 |
| Taxable Value: | 40 |

*No Total Acres*
*No Interest!*

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 40 | 0 | 40 |
| 05 | RUSK COUNTY | 40 | 0 | 40 |
| 05R | RUSK COUNTY SPEC ROAD | 40 | 0 | 40 |
| 05S | COUNTY SCHOOL | 40 | 0 | 40 |
| 52 | TATUM I.S.D. | 40 | 0 | 40 |
| 65 | RUSK CO ESD#1 | 40 | 0 | 40 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 40 | 0 | 40 |

New Property Search                                    Go To Previous Page

Home    |    Contact Us    |    Location    |    Forms    |    Disclaimer

Rusk County Appraisal District - Account# 1214212-1-0095415

# Rusk County Appraisal District
## Chief Appraiser - Terry W. Decker, RPA, RTA



Official Website
Hosted By Pritchard & Abbott, Inc.



Mineral Property Information

New Property Search                              Go To Previous Page

**Legal Information:**

BURNETT GU (2)
REAL
AB 19  JAMES MCCLAIN SUR
WELL 2 RRC 176908

**Account Number:**

██████████████

**Operator:**

VERADO ENERGY INC

**Owner Information:**

COLEMAN ALVESTER

826 SMOKEY OAK DR

LANCASTER TX 75146

**Lease Information:**

| | |
|---|---|
| RRC#: | 176908 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.002071 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 46 | HENDERSON I.S.D. | 10 | 0 | 10 |
| 52 | TATUM I.S.D. | 0 | 0 | 0 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |

New Property Search                              Go To Previous Page

Home  |  Contact Us  |  Location  |  Forms  |  Disclaimer

Rusk County Appraisal District – Account# 1214212-1-0062400

# Rusk County Appraisal District
### Chief Appraiser - Terry W. Decker, RPA, RTA



**Official Website**
Hosted By Pritchard & Abbott, Inc.



ineral Property Information

New Property Search

Go To Previous Page

**Legal Information:**

JENKINS FELIX W GU 1-5

REAL

AB 282 W W FRAIR SUR

(139911,140367-153268-169898)

**Account Number:**

**Operator:**

BP AMERICA PROD CO

**Owner Information:**

COLEMAN ALVESTER

826 SMOKEY OAK DR

LANCASTER TX 75146

**Lease Information:**

| RRC#: | |
|---|---|
| Category Code: | 78590 |
| | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.000051 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

*No Owner Interest*
*No Total ACRES*

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 52 | TATUM I.S.D. | 10 | 0 | 10 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |
| | | 10 | 0 | 10 |

New Property Search

Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

661109

| Schedule K-1 (Form 1041) | **2009** | | [X] Final K-1 | [ ] Amended K-1 | OMB No. 1545-0092 |

| Schedule K-1 **(Form 1041)** Department of the Treasury Internal Revenue Service | **2009** For calendar year 2009, or tax year beginning _____ , 2009 and ending _____ |
|---|---|

**Beneficiary's Share of Income, Deductions, Credits, etc.**  ► See separate instructions.

| **Part I**   Information About the Estate or Trust |
|---|
| **A** Estate's or trust's employer identification number |
| ~~75-0104255~~ |
| **B** Estate's or trust's name |
| LAWRENCE HOWARD FLANAGAN TRUST |
| **C** Fiduciary's name, address, city, state, and ZIP code |
| LEE GEARHEART, TTEE P O BOX 1685 HENDERSON, TX 75653 |
| **D** [ ] Check if Form 1041-T was filed and enter the date it was filed. . . . . . . . . . . |
| **E** [X] Check if this is the final Form 1041 for the estate or trust |

| **Part II**   Information About the Beneficiary |
|---|
| **F** Beneficiary's identifying number |
| ▓▓▓▓▓▓▓▓ |
| **G** Beneficiary's name, address, city, state, and ZIP code |
| ALVESTER COLEMAN 826 SMOKEY OAK DR LANCASTER, TX 75146 |

| **Part III** | **Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Interest income | 11 C | Final year deductions   5,454. |
| 2a | Ordinary dividends | | |
| 2b | Qualified dividends | | |
| 3 | Net short-term capital gain | | |
| 4a | Net long-term capital gain | | |
| 4b | 28% rate gain | 12 | Alternative minimum tax adjustment |
| 4c | Unrecaptured section 1250 gain | | |
| 5 | Other portfolio and nonbusiness income | | |
| 6 | Ordinary business income | | |
| 7 | Net rental real estate income | | |
| 8 | Other rental income | 13 | Credits and credit recapture |
| 9 | Directly apportioned deductions | | |
| 10 | Estate tax deduction | 14 | Other information |

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

FOR IRS USE ONLY

BENEFICIARY 3

**H** [X] Domestic beneficiary    [ ] Foreign beneficiary

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1041.    Schedule K-1 (Form 1041) 2009

FIFAC101L  12/01/09

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

January 12, 2010

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146

Re: LAWRENCE HOWARD FLANAGAN TRUST
75-6404255

Dear ALVESTER COLEMAN:

Enclosed is your Schedule K-1 (Form 1041) Beneficiary's Share of Income, Deductions, Credits, Etc. for 2009 from the LAWRENCE HOWARD FLANAGAN TRUST. This information reflects the amounts that you need to complete your 2009 income tax return. The amounts shown are your distributive share of fiduciary tax items to be reported on your tax return and may not correspond to the amount of cash you actually received during the year. This information is included in the Fiduciary's 2009 Income Tax Return that was filed with the Internal Revenue Service.

This is the final year that LAWRENCE HOWARD FLANAGAN TRUST will file an income tax return. As a result, this will be the last Schedule K-1 (Form 1041) you will receive.

If you have any questions concerning this information, please contact us immediately.


Sincerely,


LEE GEARHEART, TTEE

Enclosure(s)

# FedEx

Express



**RECEIVED**

JAN 23 2020

**LEGAL SERVICES**

## COPY

Document Control



FedEx
8142 2830 1994

THU – 23 JAN AA
STANDARD OVERNIGHT

XH BNOA

97005
OR-US
PDX



**CLAIM NO. 37843**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

**EFH**

0000037843

B 10 (Modified Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | FILED | PROOF OF CLAIM |

Name of Debtor and Case Number:
Luminant Generation Company LLC

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Alvester Coleman

☑ Check this box to indicate that this claim amends a previously filed claim.

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Name and address where notices should be sent:
Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241
Telephone No. 214-309-8507

Court Claim Number: 14-10979-CS
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Same

Telephone No. 214-309-8507

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:   $ 0

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to principal amount of the claim. Attach itemized statement of interest or charges

2. Basis for Claim: goods sold, money loaned, mortgage note, & Credit Card
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 5391
   3a. Debtor may have scheduled account as: last claim filed at $0
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: "?"
   Value of Property: $ _____   Annual Interest Rate: 10 %
   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $ 250,000,000,000   Basis for perfection: _____
   Amount of Secured Claim: $ 250,000,000,000   Amount Unsecured: $ 0

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before September 7, 2011, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $ 250,000,000,000

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(  ).

Amount entitled to priority:
$ 250,000,000,000

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 1-12-2020 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  Alvester Coleman   Alvester Coleman | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

B 10 (Modified Official Form 10) (04/10) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*
Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, District of Delaware), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

   **3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Claim Pursuant to 11 U.S.C. §503(b)(9):**
Check this box if you have a claim arising from the value of any goods received by the Debtor within 20 days before September 7, 2011, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim. (See DEFINITIONS, below.)

7. **Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

8. **Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

| DEFINITIONS | | INFORMATION |

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing a Claim**
To receive acknowledgment of your filing, please enclose a stamped self-addressed envelope and a copy of this proof of claim. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at
http://www.kccllc.net/newpage

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

---

PLEASE SEND COMPLETED PROOFS OF CLAIM TO:

NewPage Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Case Number: 14-10979

Luminant Generation Company LLC
  Name of Debtor

**COPY**
Document Control

Alvester Coleman
  Name of Creditor

Creditor's Attachment of Proof
For Filing Amended Claim Form(s)

I Alvester Coleman, pro se representative state the following to be True and Correct, I am the Owner to the Estate(s) being fraudulently misrepresented by Energy Future Holdings Corp. And "cum-ex traded" by Luminant Generation Company LLC in which to defraud grovernment from Taxes owed. My accounts in control by the Debtor in Possession have been Denied my access, most companies taken to Private Sector all in order to hide their mismanagement  enabling each Firm, Holding company, Bank(s), and Trust Funds' managers to keep my ownership hidden. (See attached Exhibit # A).

These Debtors in Possession along with the numerous jointley filed LLC Companies all involed in PONZI Scheme to Defaud the government by continue to Refuse Turnover of my funds and filing of this Bankrupcy to cover-up their mismanagment I have NOT ONCE been Notified or Benifited financially from the current production of mineral(s) and real Estate rent(s) on my property. Instead I recieve lien(s) and 0.00032% inncorret interest payments with promise of Correction from Rusk County Tx - clerk and other's (see Exihibit# B) These Debtors through connection to high-profile persons of the "Private Sector" along with their unfittered control have been able to Deny my ownership, Deny my civil rights, Deny my right to representation by legal council, ~~and~~ Denied my personal injury payments from Exposure to Asbestos, and ~~Denied~~ Denied access to accounts associated with my Estate(s).

**COPY**

Document Control

I ask the Court, as pro se Representative and Creditor accept this and insure the proper Amendment claim be file, and the Amount stated be entitled to Priority Payment(s)

In closing I the True and correct creditor/owner, Prays the Court see fit the Debtors in Possession interally filed this fraudulant finacial infamation to Bankrupcy Court to continue to keep me correct owner hidden. These funds also should coincide with my open case styled DC-19-17272 filed in Dallas, County TX (my place of residence) set for Recievership on Jan. 24, 2020, Alvester Coleman Vs XTO Energy, and Case styled 3-19 CV-2760 K

Submitted By
Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241

**COPY**

**Document Control**

Page 3 of 3                    1-12-2020

**COPY**

**Document Control**

Exhibit
#
A





**COPY**

**Document Control**

# TEXAS UNCLAIMED PROPERTY
# GENERAL CLAIM FORM

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Comptroller of Public Accounts Form (Rev. 11-09/6)

| Claim number |
| --- |
| 17001794 |

ALVESTER COLEMAN
3021 FORESTDALE LN

BALCH SPRINGS, TX 75180-1907

Mail To:  COMPTROLLER OF PUBLIC ACCOUNTS
Unclaimed Property Claims Section
P.O. Box 12046
Austin, TX 78711-2046

### CLAIMANT INFORMATION

| Name  (Last) | (First) | (Middle) | (Maiden) | SSN / Estate or Trust Tax ID number |
| --- | --- | --- | --- | --- |
| Additional owner  (Last) | (First) | (Middle) | (Maiden) | Claimant SSN |
| Current mailing address | | | | Daytime phone (Area code and number) |
| City | | State | | ZIP code |
| E-mail address | | | | FAX (Area code and number) |

The named Claimant hereby certifies that this claim for property presumed abandoned is valid and just, that all statements herein are true and correct and that upon payment of this claim said Claimant will indemnify and hold harmless the State of Texas, the Comptroller and its employees from any damages, claims, or losses of any kind resulting from the payment of the property to the Claimant.

| sign here ▸ | Claimant's signature | | Date | Would you like to contribute all or part of your claim to the Match the Promise Foundation? |
| --- | --- | --- | --- | --- |
| sign here ▸ | Additional owner's signature | | Date | ☐ YES   ☐ NO        % |

## PLEASE COMPLETE, SIGN AND RETURN THE CLAIM FORM WITH A COPY OF YOUR IDENTIFICATION EVEN IF YOU ARE UNABLE TO PROVIDE ALL THE REQUESTED DOCUMENTS.

### 1     PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
| --- | --- | --- |
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 12/1/2002 | $2.03 |

### 2     PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
| --- | --- | --- |
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 10/1/2004 | $3.64 |

### FOR INTERNAL USE ONLY

| Paid to | | | | Claim number |
| --- | --- | --- | --- | --- |
| | | | | 17001794 |
| Approved by | Date | Number of properties | Total amount of claim | |
| | | 14 | $35.71 | |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274.  The Austin number is 512/463-3040.





**COPY**

**Document Control**

# TEXAS UNCLAIMED PROPERTY
# CLAIM FORM SUPPLEMENT

Comptroller 53-123
(Rev. 11-09/6)

Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.

Claim number

**17001794**

Claimant name

**ALVESTER COLEMAN**

---

**3**

PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |

Reported property address

| Property type | Description | |
|---|---|---|
| CURRENT PRODUCTION PAYMENT | | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 10/1/2005 | $5.08 |

---

**4**

PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |

Reported property address

| Property type | Description | |
|---|---|---|
| MINERAL ROYALTY | | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO HUNT LLC | 8/1/1996 | $10.33 |

---

**5**

PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |

Reported property address

, TX

| Property type | Description | |
|---|---|---|
| MINERAL ROYALTY | | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO HUNT LLC | 11/30/2002 | $1.90 |

---

**6**

PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |

Reported property address

| Property type | Description | |
|---|---|---|
| CURRENT PRODUCTION PAYMENT | | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 12/1/2000 | $.60 |

---

**7**

PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |

Reported property address

| Property type | Description | |
|---|---|---|
| CURRENT PRODUCTION PAYMENT | | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 6/1/2001 | $1.60 |

---

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.



**COPY**

**Document Control**

# TEXAS UNCLAIMED PROPERTY
# CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number
**17001794**

| Claimant name | ALVESTER COLEMAN |
|---|---|

## 8 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE MAE HOWARD | |

Reported property address

| Property type | Description |
|---|---|
| CURRENT PRODUCTION PAYMENT | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| PETRO-HUNT LLC | 12/1/2001 | $1.07 |

## 9 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
PO BOX 1238  TATUM, TX  75691  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/5/2007 | $1.81 |

## 10 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
RR 1 BOX 225  TATUM, TX  75691  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/5/2007 | $.49 |

## 11 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
PO BOX 1238  TATUM, TX  75691-  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2008 | $1.75 |

## 12 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner |
|---|---|
| FANNIE HOWARD | |

Reported property address
RR 1 BOX 225  TATUM, TX  75691-  401

| Property type | Description |
|---|---|
| CAPITAL CREDIT DISTRIBUTION | |

| Reporting company | Last active date | Claimed amount |
|---|---|---|
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2008 | $.47 |



53-123
(Rev. 11-09/6)

# TEXAS UNCLAIMED PROPERTY
# CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we
have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.
To request information for review or to request error correction, contact us at the address or toll-free
number listed on this form.*

| Claim number |
|---|
| **17001794** |

| Claimant name |
|---|
| ALVESTER COLEMAN |

### 13 — PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address | | |
| PO BOX 1238  TATUM, TX  75691- 401 | | |
| Property type | Description | |
| CAPITAL CREDIT DISTRIBUTION | | |
| Reporting company | Last active date | Claimed amount |
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2009 | $1.48 |

### 14 — PROPERTY INFORMATION — FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 10/1/2006 | $3.46 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274.  The Austin number is 512/463-3040.



# COPY
### Document Control

 Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Wage and Income Transcript

Request Date:        10-05-2017
Response Date:       10-05-2017
Tracking Number:     100353111197

SSN Provided:        ■■■■■■
Tax Period Requested: December, 2012

## Form SSA-1099 Benefits Statement

**Payer:**
Payer's Federal Identification Number (FIN): ■■■■■■
SOCIAL SECURITY ADMINISTRATION

**Payee:**
Payee's Identification Number: ■■■■■■
ALVESTER COLEMAN
826 SMOKY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $15,298.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2011 Payments: | 0.00 |
| TY 2010 Payments: | 0.00 |
| TY 2009 Payments: | 0.00 |
| TY 2008 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ■■■■■■
ANADARKO PETROLEUM CORPORATION
1201 LAKE ROBBINS DR

 
**COPY**
Document Control

Wage and Income Transcript

| | |
|---|---|
| Medical Payments: | |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $41.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

## Payer:

Payer's Federal Identification Number (FIN): ███████
ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000



**COPY**
**Document Control**

## Recipient:

Recipient's Identification Number: ███████
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 50000012635437T7 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $674.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |

 **Internal Revenue Service**
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

|                          |            |
|--------------------------|------------|
| Request Date:            | 10-05-2017 |
| Response Date:           | 10-05-2017 |
| Tracking Number:         | ▮▮▮▮▮▮▮    |

SSN Provided:           ▮▮▮▮▮▮▮
Tax Period Requested: December, 2015

# Form SSA-1099 Benefits Statement

**Payer:**

Payer's Federal Identification Number (FIN): ▮▮▮▮▮▮
SOCIAL SECURITY ADMINISTRATION

**Payee:**

Payee's Identification Number: ▮▮▮▮▮▮▮
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 730466080
BP AMERICA PRODUCTION CO.
OFFSHORE

**COPY**

**Document Control**





# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

Request Date: 10-05-2017
Response Date: 10-05-2017
Tracking Number: 100353111197

SSN Provided: ▇▇▇▇▇▇
Tax Period Requested: December, 2009

## Schedule K-1 1041

Fiduciary:

Estate/Trust's Employer Identification Number (EIN): ▇▇▇▇▇▇
LAWRENCE HOWARD FLANAGAN TRUST
LEE GEARHEART TTEE
PO BOX 1685
HENDERSON, TX 75653-0000

**COPY**

**Document Control**

Beneficiary:
Beneficiary's Identifying Number: ▇▇▇▇▇▇
ALVESTER COLEMAN
826 SMOKEY OAK DR
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| Submission Type: | Original document |
|---|---|
| Dividends: | 0.00 |
| Interest: | 0.00 |
| Ordinary Business Income: | 0.00 |
| Short-Term Capital Gain: | 0.00 |
| Long-Term Capital Gain: | 0.00 |
| Net Rental Real Estate Income: | 0.00 |
| Other Rental Income: | 0.00 |
| Other Information: | 0.00 |
| Other Portfolio and Non-Business Income: | 0.00 |
| Other Information Code 1: | Insignificant |
| Other Information Code 2: | Insignificant |

## Form SSA-1099 Benefits Statement

Wage and Income Transcript

| | |
|---|---|
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $50.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): ███████
ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000



**Recipient:**

Recipient's Identification Number: ███████
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 500000133528OT8 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $544.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |



# Internal Revenue Service
## United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Wage and Income Transcript

|                    |            |
|--------------------|------------|
| Request Date:      | 10-05-2017 |
| Response Date:     | 10-05-2017 |
| Tracking Number:   | 100353111197 |

**SSN Provided:**  ▇▇▇▇▇▇
**Tax Period Requested:** December, 2015

## Form SSA-1099 Benefits Statement

**Payer:**
Payer's Federal Identification Number (FIN): ▇▇▇▇▇▇
SOCIAL SECURITY ADMINISTRATION

**COPY**
**Document Control**

**Payee:**
Payee's Identification Number: ▇▇▇▇▇▇
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
|---|---|
| Submission Type: | |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

Original document (for Submission Type)

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ▇▇▇▇▇▇
BP AMERICA PRODUCTION CO.
ONSHORE

Royalties:
Other Income:
Substitute Payments for Dividends:                                    $1,254.00
Excess Golden Parachute:                                                   0.00
Crop Insurance:                                                            0.00
Attorney Fees:                                                            0.00
Section 409A Deferrals:                                                    0.00
Section 409A Income:                                                       0.00
Direct Sales Indicator:                                                   0.00
Second Notice Indicator:                                           Not Direct Sales
                                                                  No Second Notice

This Product Contains Sensitive Taxpayer Data



COPY
Document Control

# Division Order

**bp**

To: BP America Production Company
   P.O. Box 696505
   San Antonio, TX, 78269

**Property Number:** 101362/13
**Property Name:** JENKINS GAS UNIT WELL #4          **Effective Date:** 11/01/2012
**Operator:** BP AMERICA PRODUCTION CO.
**County and State:** RUSK, TX
**Production:** __X__ Oil  __X__ Gas  _____Other:

| Owner Name and Address: | DARYL HOWARD<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX 75180 | OWNER NUMBER: | 60336811 |
|---|---|---|---|
| | | Type of Interest: | RI |
| | | Interest Sequence: | 1 |
| | | Decimal Interest: | 0.00005115 |

The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)

Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.

Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.

Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.

This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.

In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.

Owner(s) Signature(s):     _____     _____

Owner(s) Tax I.D. Number(s):  _____     _____

Owner Address:            _____     _____

                          _____     _____

**Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.**
**Failure to comply will result in 28% tax withholding and will not be refundable by Payor**

BILSC0                                    NADOA Model Form Division Order (Adopted 9/95)



**COPY**
**Document Control**

# Division Order                    bp

**To:** BP America Production Company
P.O. Box 696505
San Antonio, TX, 78269

**Property Number:** 101362/13                    **Effective Date:** 11/01/2012
**Property Name:** JENKINS GAS UNIT WELL #4
**Operator:** BP AMERICA PRODUCTION CO.
**County and State:** RUSK, TX
**Production:**    X   Oil    X   Gas _____Other:

| Owner Name and Address: | ALVESTER COLEMAN<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX  75180 | OWNER NUMBER: | 60336812 |
|---|---|---|---|
| | | Type of Interest: | RI |
| | | Interest Sequence: | 1 |
| | | Decimal Interest: | 0.00005115 |

The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)

Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.

Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.

Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.

This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.

In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.

**Owner(s) Signature(s):**    _____    _____

**Owner(s) Tax I.D. Number(s):**    _____    _____

**Owner Address:**    _____    _____

_____    _____

| **Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.**<br>**Failure to comply will result in 28% tax withholding and will not be refundable by Payor** |
|---|

BILSC0                                        NADOA Model Form Division Order (Adopted 9/95)



**COPY**
**Document Control**



**COPY**
Document Control

400 W. Todd Collinst
CORSICANA
903-874-8251

111904629

114090671

```
                                                          0432177492
                                 Sep. 22, 2017    LTR 861C    1
                                 75-6404255    000000 00

                                                          00012753
```

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS   TX   75810



                              Sincerely yours,


                              

                              Ginni L. Redfern
                              Program Manager, AM OPS 1


Enclosures:
Copy of this letter
Envelope
Your Form 2848






# COPY

### Document Control

FORT WORTH, TX 76102-0000

**Recipient:**

Recipient's Identification Number: ██████████
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ████████ |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $45.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): ██████████
ANADARKO PETROLEUM CORPORATION
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

**Recipient:**

Recipient's Identification Number: ██████████
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000



COPY

Document Control

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ████████ |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |

This Product Contains Sensitive Taxpayer Data



**COPY**

**Document Control**

THE WOODLANDS, TX 77380-0000

## Recipient:
Recipient's Identification Number: 
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $1,116.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data





COPY
Document Control

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**XTO ENERGY**
XTO ENERGY, INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH
56-1544/441

63049935

CHECK NO. 63049935    OWNER NO.    242833    DATE    9/19/14

EXACTLY    ONE HUNDRED DOLLARS AND FORTY-ONE CENTS    PAY$    $100.41

XTOCHK140919-02189

VOID AFTER 180 DAYS
REVENUE

Susan M Van Kirk
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

PAY TO THE
ORDER OF:

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

# COPY

**Document Control**



XTO Energy Inc.
110 W. 7th Street
Fort Worth, TX 76102
(817) 870-2800

November 29, 2018

Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75180-1907

RE:  Owner #242833

Dear Mr. Coleman,

Please find enclosed copies of the two 2018 royalty checks directly deposited into the bank account provided. I have also included a picture of the banking information so you can verify it is correct.

If you wish to stop the direct deposit set-up for your account please contact us and we can return your account to LIVE checks mailed through the U.S. Post Office.

If you have any questions, please don't hesitate to contact us.

Thank you.

Sincerely,

Barbara Brogdon, Analyst ID 8125
Revenue Interest Owner Relations Group
XTO Energy, Inc.
Phone: (866) 886-2613
Fax: (817) 887-0813
Email:  revenue_inquiry@xtoenergy.com

**COPY**
**Document Control**

| T | P | MO. | YR. | UNIT PRICE / YOUR DECIMAL | BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY · SEV/PROD TAX / YOUR SEV/PROD TAX | STATE · NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * R | * G | 02 | 17 | W 0076906 2.53 / .000361750 | 1,501.83 / .54 | 3,803.49 / 1.38 | | RUSK .00 / .00 | TX 3256.23 | 1.18 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .02- | |
| | | | | | | COMPRESSION | | | .13- | |
| | | | | | | DEHYDRATION | | | .02- | |
| * R | * G | 03 | 17 | W 0076906 2.58 / .000361750 | 1,549.86 / .56 | 4,010.88 / 1.45 | | RUSK .00 / .00 | TX 3416.89 | 1.23 |
| | | | | | | Transportation | | | .04- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .14- | |
| | | | | | | DEHYDRATION | | | .01- | |
| * R | * G | 03 | 17 | W 0076906 2.61 / .000361750 | 2.98 / .00 | 7.78 / .01 | | RUSK .00 / .00 | TX 7.78 | .01 |
| * R | * G | 04 | 17 | W 0076906 2.77 / .000361750 | 1,628.56 / .58 | 4,525.82 / 1.64 | | RUSK .00 / .00 | TX 3928.76 | 1.42 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .15- | |
| | | | | | | DEHYDRATION | | | .01- | |
| * R | * G | 05 | 17 | W 0076906 2.88 / .000361750 | 1,681.79 / .60 | 4,851.37 / 1.75 | | RUSK .00 / .00 | TX 4253.78 | 1.54 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .14- | |
| | | | | | | DEHYDRATION | | | .01- | |
| * R | * G | 06 | 17 | W 0076906 2.68 / .000361750 | 1,633.29 / .59 | 4,382.36 / 1.59 | | RUSK .00 / .00 | TX 3803.02 | 1.38 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .14- | |
| | | | | | | DEHYDRATION | | | .01- | |
| * R | * G | 07 | 17 | W 0076906 2.73 / .000361750 | 1,512.29 / .54 | 4,129.93 / 1.49 | | RUSK .00 / .00 | TX 3558.43 | 1.26 |
| | | | | | | Transportation | | | .04- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .14- | |
| | | | | | | DEHYDRATION | | | .02- | |
| * R | * G | 07 | 17 | W 0076906 2.72 / .000361750 | 3.46 / .00 | 9.43 / .01 | | RUSK .00 / .00 | TX 9.43 | .01 |
| * R | * G | 08 | 17 | W 0076906 2.65 / .000361750 | 1,612.49 / .58 | 4,287.61 / 1.56 | | RUSK .00 / .00 | TX 3714.26 | 1.36 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .13- | |
| | | | | | | DEHYDRATION | | | .01- | |
| * R | * G | 09 | 17 | W 0076906 2.73 / .000361750 | 1,543.95 / .55 | 4,216.04 / 1.53 | | RUSK .00 / .00 | TX 3677.24 | 1.34 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .12- | |
| | | | | | | DEHYDRATION | | | .01- | |

PROPERTY NAME: MCALISTER GAS UNIT 01

CONTINUED

**YOUR TOTALS**

PRODUCT:
A - FLARE  C - CONDENSATE  I - CARBON DIOXIDE
B - PLANT FUEL  N - NET PROFITS  J - LIQUEFIED NAT. GAS
F - FUEL  R - RESIDUE  L - NATURAL GAS LIQUIDS
G - GAS  S - SULFUR  M - DRIP CONDENSATE
H - HELIUM  T - INTEREST  P - PLANT PRODUCT
O - OIL  Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING  K - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO.  66619305

OWNER NAME

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

Document Control

| ***** | | | | PROPERTY NUMBER | | PROPERTY NAME | | COUNTY | STATE | Page 5 of 26 |
|---|---|---|---|---|---|---|---|---|---|---|
| T | P | MO. | YR. | UNIT PRICE | BBLS. GALS OR MCF | GROSS VALUE | BTU-FACTOR | SEV/PROD TAX | NET VALUE | |
| | | | | YOUR DECIMAL | YOUR BBLS GALS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER WH | YOUR NET |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 08 | 13 | .00 | .00 | .00 | | .00 | 22.93- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .01- | .01- |
| | | | | | | Dehydration | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 08 | 13 | .00 | .00 | .00 | | .00 | 318.90- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .12- | .12- |
| | | | | | | Transportation | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | 3.38 | 2952.72 | 10002.40 | .9960 | 311.12- | 9011.46 | |
| R | | | | .000361750 | 1.06 | 3.61 | | .11- | .25- | 3.25 |
| | | | | | | Compression | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 152.75- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .05- | .05- |
| | | | | | | Transportation | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 61.12- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .02- | .02- |
| | | | | | | Dehydration | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 862.63- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .31- | .31- |
| | | | | | | Transportation | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | 3.41 | 3696.03 | 12623.26 | .9960 | 392.73- | 11368.21 | |
| R | | | | .000361750 | 1.33 | 4.57 | | .14- | .31- | 4.12 |
| | | | | | | Compression | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 193.85- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .07- | .07- |
| | | | | | | Transportation | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 77.60- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .02- | .02- |
| | | | | | | Dehydration | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 1079.07- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .39- | .39- |
| | | | | | | Transportation | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | 4.44 | 2485.91 | 11052.81 | .9960 | 716.94- | 9752.54 | |
| R | | | | .000361750 | .89 | 3.99 | | .26- | .21- | 3.52 |
| | | | | | | Compression | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | .00 | 131.19- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .04- | .04- |
| | | | | | | Transportation | | | | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | .00 | 52.45- | |
| R | | | | .000361750 | .00 | .00 | | .00 | .02- | .02- |
| | | | | | | Dehydration | | | | |

**COPY**

YOUR TOTALS

Document Control

CONTINUED



F - FUEL          C - CONDENSATE
G - GAS           I - CARBON DIOXIDE
H - HELIUM        J - LIQUEFIED NAT. GAS
PRODUCT   O - OIL           L - NATURAL GAS LIQUIDS
R - RESIDUE       N - NET PROFITS
S - SULFUR        P - PLANT PRODUCT
T - INTEREST      Q - MINIMUM ROYALTY
OWNER TYPE: W - WORKING  R - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/15/15 |

CHECK NO.   63772532

OWNER NAME

| T | P | MO. | YR. | PROPERTY NUMBER | PROPERTY NAME | | | | COUNTY | STATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UNIT PRICE | BBLS. GALS OR MCF | GROSS VALUE | BTU-FACTOR | SEV/PROD TAX | NET VALUE | Page 1 of |
| | | | | YOUR DECIMAL | YOUR BBLS. GALS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER WH | YOUR NET |

**COPY**

Document Control

YOUR TOTALS

SEE ATTACHED

O - OIL          C - CONDENSATE
H - HELIUM      N - NET PROFITS
PRODUCT: G - GAS      P - PLANT PRODUCT
F - FUEL          I - CARBON DIOXIDE
R - RESIDUE     L - NATURAL GAS LIQUIDS
T - INTEREST

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242832 | 5/25/10 |

OWNER NAME

CHECK NO.    5898111

DETACH AND RETAIN THIS STATEMENT FOR TAX PURPOSES, DUPLICATES CANNOT BE FURNISHED.

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

XTO
ENERGY

XTO ENERGY INC.
810 HOUSTON ST - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH
55-154/441

5898111

CHECK NO.  5898111    OWNER NO.    242832    DATE    5/25/10

PAY EXACTLY    THIRTY-FOUR DOLLARS AND THIRTY-EIGHT CENTS

PAY$    $34.38

VOID AFTER 180 DAYS
REVENUE

AUTHORIZED SIGNATURE

XTOCHK100525-00075 000075 001619 001 021
DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

Exhibit

#

B

**COPY**

**Document Control**

# APPRAISAL REVIEW BOARD
## RUSK COUNTY APPRAISAL DISTRICT
107 North Van Buren Street
Henderson, Texas 75652


June 18, 2018


Alvester Coleman
3021 Forestdale Ln.
Balch Springs, TX  75180-1907


Re: Notice of Protest filed after prescribed deadline
    Owner # 1214212; RRC #78590, Lease #62400


Dear Property Owner:

Your notice of protest has been filed with the Appraisal Review Board (ARB) after the prescribed deadline of June 4, 2018.  Consequently you will not be scheduled or receive a protest hearing.  However, in accordance with §41.44(b) of the *Texas Property Tax Code* you are entitled to a hearing and determination of protest if the ARB determines that you had good cause for failure to file your notice on time.

In order to receive a good cause hearing, you must <u>submit a written request stating why you were late filing</u>, to the Chairman of the Appraisal Review Board, 107 North Van Buren Street, Henderson, Texas 75652, no later than June 25, 2018.  Upon receipt of your request you will be notified by mail of the date time and place of your good cause hearing.

**Even though your protest was filed late, you may still discuss and review your property(ies) with an appraiser.  If you wish to discuss your property(ies), you may contact us at 903.657.3578.**

Your original protest form and any information submitted with your protest will be maintained by the Appraisal Review Board.  Copies of these documents are enclosed for your records.

Respectfully,


Gaylon Rains
Appraisal Review Board, Chairman



COPY

Cheif Appraiser - Terry Decker

JUN 1 8 2018

I Alvester Coleman along with brother Daryl Howard would like for this letter to be taken as our Protest to the .000051 Royalty Interest In which should be 100% Royalty Interest only split between myself and Daryl. To this date of 6-13-2018 We have Never sign an Division Order with BP America Prod Co or CCI East Texas Upstream. This futhermore prove Rusk Co Appaisal District has filed an Null and Void Division Order for years of 2008-2018 given to by the campines and Never seen or signed by the Correct (Owners). In closing we the owners) DEMAND the Rusk Co Appaisal District and Cheif Appraiser to INSURE a These and Correct Division Order is filed within your Ob Also insure the only Division Order filed should state 100% Royalty Interest Only split between two owners and been signed and agreed by the owners.

COPY
Document Control

6-13-15

Protest CN

COPY

Alvester Coleman
owner # 1214212    lease # 62400
INCORRECT Royalty Interest of .000051
  Correct Interest should be = 14.%
Lease 66507    Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be = 14.%
Lease 91536    Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be = 14.%

Daryl Howard
lease # 62400       Owner # 1214216
Incorrect - .000051
Correct should be  14.%
lease # 66507    Owner # 1214216
Incorrect Royalty Interest - 005077
Correct Should be - 14.0%
lease # 91536    Owner # 1214216
Incorrect - .005077
Correct should be - 14.0%

**COPY**
**Document Control**



The (see attachment) shows proff of
reseason for Protest on the .000051
INCORRECT Royalty Interest. We
ask All this be Correct Before
hearing on 6-29-2018 and Before
the Rusk Co Appaisal District update
any fillings. Your coperation  will be
Greatly  appreciated.

Thank You,



Daryl G. Howard

**COPY**

**Document Control**

This is NOT a Tax Statement   **Notice Of Appraised Value**
Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

2678 0.5180 AB 0.408   12 2 85
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

```
APPRAISAL YEAR   2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING
PROTESTS ON   6/29/2018   AT:  9:00  AM
         APPRAISAL DISTRICT OFFICE
         107 NORTH VAN BUREN
         HENDERSON, TEXAS  75652
         QUESTIONS CONCERNING MINERALS
         CALL (903) 657-7516

Protest Deadline:              6-04-2018
ARB Hearing:             6-29-2018
Owner:     1214212        2423

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR
PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE
APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD:            wgBpLZuKxN
```

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease:  6Z400   Type: REAL   Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal:  JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category:  G1 |
| No History available for: 2013. | | | Railroad #:      78590 |

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).
The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide
whether the property taxes increase. The Appraisal District only determines your property's
value. The taxing units will set tax rates later this year. The Texas legislature does not
set the amount of your local taxes. Your property tax burden is decided by your locally
elected officials, and all inquiries concerning your taxes should be directed to those
officials.
Contact the appraisal office if you disagree with this year's proposed value for
your property, or if you have any problems with the property description or address
information. If the problem cannot be resolved, you have a right to appeal to the Appraisal
Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest
deadline. Enclosed is a protest form to mail or bring to the appraisal district office at
the address above before the above date. The ARB will notify you of the date, time, and
place of your scheduled hearing. Enclosed also is information to help you in preparing your
protest. You do not need to use the enclosed form to file your protest. You may protest by
letter, if it includes your name, your property description, and what appraisal office
action you disagree with.
If you have any other questions or need more information, please contact the
appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

**COPY**

**Document Control**

This is NOT a Tax Statement

# Notice Of Appraised Value

Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

2679 0.5180 AB 0.408   12 2 86
‖l‖l‖l‖‖l‖···l‖‖·‖‖l‖‖··l‖‖‖‖‖l‖l‖l‖l
HOWARD DARYL
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

```
APPRAISAL YEAR    2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING
PROTESTS ON      6/29/2018      AT:  9:00  AM
         APPRAISAL DISTRICT OFFICE
         107 NORTH VAN BUREN
         HENDERSON, TEXAS  75652
         QUESTIONS CONCERNING MINERALS
         CALL (903)657-7516

Protest Deadline:              6-04-2018
ARB Hearing:                   6-29-2018
Owner:     1214216             4220

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR
PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE
APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD:           Y7GD8Esv1W
```

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400   Type: REAL    Owner #: 1214216 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |

.000051 Royalty Interest
Category:    G1
Railroad #:       78590

No History available for: 2013.

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | .01 |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).
The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.
Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.
If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

Document Control

COPY
Document Control

# COPY

**Document Control**

From: Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75180

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

14 JUN '18

7018 0040 0001 0124 1070




1000

75652

U.S. POSTAGE
PAID
DUNCANVILLE, TX
75137
JUN 14 18
AMOUNT
**$3.95**
R2305H127385-05



JUN 1 8 2018

To: Appraisal District Office
107 North Van Buren
Henderson, TX 75652

# ReadyPost.

D o c u m e n t   M a i l e r

75652-311307

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

In reply refer to:  0432177492
Sep. 22, 2017    LTR 861C    1
75-6404255    000000 00
                        00012752
BODC: SB

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS TX  75810



# COPY

**Document Control**

Taxpayer identification number:  75-6404255
Form:  2848
Date received:  Sep. 11, 2017

Dear Taxpayer:

We received your Form 2848, Power of Attorney and Declaration of
Representative, but we also need the following information:

We only received one page of the form; please resubmit both pages.

Return the completed Form 2848, any requested information, and a copy
of this letter to the address in this letter. You can also send the
information by fax to 855-214-7522.

You can get any of the forms or publications mentioned in this letter
by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at
www.irs.gov/formspubs.

If you have any questions, you can call us toll free at 1-800-829-1040
for individual accounts or 1-800-829-4933 for business accounts.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include this letter and provide in the spaces below,
your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Telephone number (    )_____  Hours_____



## 2018 RUSK COUNTY TAX OFFICE TAX STATEMENT

**STATEMENT/RECEIPT NUMBER**
10047

Make Check or Money Order Payable:
RUSK COUNTY TAX OFFICE
LANITA WHITEHEAD, TAX ASSESSOR/COLLECTOR
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
Phone: 903-657-0315
Payments Can Be Made At: www.ruskcountytax.com
See Information below.

| Owner ID/Roll | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| M-1214212 | OCT. | 20.89 |
| MIN | NOV. | 20.89 |
| | DEC. | 20.89 |
| | JAN. | 20.89 |
| | FEB. | 22.34 |
| | MAR. | 22.76 |
| | APR. | 23.17 |
| | MAY | 23.63 |
| | JUN. | 24.04 |

17052 0.5180 AB 0.408  55 1 229
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

AMOUNT OF YOUR REMITTANCE

www.ruskcountytax.com
You may make full or partial payments using credit, debit or PayPal Account.
If paying by credit or debit card, you may use Master Card, Visa,
Discover, American Express or a PayPal account.
A fee of up to 3% will be applied to the total bill.

✂ PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMEN ✂    Note: Delinquent taxes are owed against this property

2018 RUSK COUNTY TAX OFFICE TAX STATEMENT - STATEMENT NUMBER 10047
PHONE NUMBER: 903-657-0315

M-1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180 1907

# COPY
## Document Control

Please enclose a Self-Addressed, Stamped Envelope for Receipt.

www.ruskcountytax.com
You may make full or partial payments using
credit, debit or PayPal Account.
If paying by credit or debit card, you may use Master Card, Visa,
Discover, American Express or a PayPal account.
A fee of up to 3% will be applied to the total bill.

| | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| | OCT 2018 | 20.89 |
| | NOV 2018 | 20.89 |
| | DEC 2018 | 20.89 |
| | JAN 2019 | 20.89 |

| PENALTY & INTEREST | PENALTY AND INTEREST APPLIES IF NOT PAID BY JAN 31 2019 | |
|---|---|---|
| 1.45 | 7% Feb 2019 | 22.34 |
| 1.87 | 9% Mar 2019 | 22.76 |
| 2.28 | 11% Apr 2019 | 23.17 |
| 2.74 | 13% May 2019 | 23.63 |
| 3.15 | 15% Jun 2019 | 24.04 |

| PROPERTY DESCRIPTION | | | TAXING UNIT | EXEMPTIONS | VALUE | TAX RATE | TAXES |
|---|---|---|---|---|---|---|---|
| MCALISTER GU (1) | Acct: 1214212-1-0066507 | Cat Code: G1 | RUSK CO M&O | 0 | 350 | 0.463635 | 1.62 |
| REAL | Lease #: 66507 | RRC# 92392 | RUSK CO I&S | 0 | 350 | 0.028759 | 0.10 |
| AB 416 JESSE HARRIS SUR | Par/Seq: 1304334/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 350 | 0.058253 | 0.20 |
| WELL 1 RRC 92392 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 350 | 0.026437 | 0.09 |
| | | | TATUM ISD M&O | 0 | 350 | 1.040000 | 3.64 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM I&S | 0 | 350 | 0.167000 | 0.58 |
| | | | RUSK CO ESD #1 | 0 | 350 | 0.077500 | 0.27 |
| | | | RCGWC DIST | 0 | 350 | 0.005000 | 0.02 |
| Note: Delinquent taxes are owed against this property | | | | | | Parcel Total Taxes: | 6.52 |
| JENKINS FELIX W GU 1-5 | Acct: 1214212-1-0062400 | Cat Code: G1 | RUSK CO M&O | 0 | 10 | 0.463635 | 0.05 |
| REAL | Lease #: 62400 | RRC# 78590 | RUSK CO I&S | 0 | 10 | 0.028759 | 0.00 |
| AB 282 W W FRAIR SUR | Par/Seq: 1308873/1 | Acres: 679.910 | RUSK CO SPEC RD | 0 | 10 | 0.058253 | 0.01 |
| (139911,140367-153268-169898) | Own Int./Type: 0.000051 / RI | | COUNTY SCHOOL | 0 | 10 | 0.026437 | 0.00 |
| | | | TATUM ISD M&O | 0 | 10 | 1.040000 | 0.10 |
| Operator: BP AMERICA PROD CO | JUR: 04-05-52-65-66 | | TATUM I&S | 0 | 10 | 0.167000 | 0.02 |
| | | | RUSK CO ESD #1 | 0 | 10 | 0.077500 | 0.01 |
| | | | RCGWC DIST | 0 | 10 | 0.005000 | 0.00 |
| Note: Delinquent taxes are owed against this property | | | | | | Parcel Total Taxes: | 0.19 |
| MCALISTER GU (3) | Acct: 1214212-1-0091526 | Cat Code: G1 | RUSK CO M&O | 0 | 760 | 0.463635 | 3.52 |
| REAL | Lease #: 91526 | RRC# 122668 | RUSK CO I&S | 0 | 760 | 0.028759 | 0.22 |
| AB 282 W A FRIAR SUR | Par/Seq: 1311193/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 760 | 0.058253 | 0.44 |
| WELL 3 RRC 122668 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 760 | 0.026437 | 0.20 |
| | | | TATUM ISD M&O | 0 | 760 | 1.040000 | 7.90 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM I&S | 0 | 760 | 0.167000 | 1.27 |
| | | | RUSK CO ESD #1 | 0 | 760 | 0.077500 | 0.59 |
| | | | RCGWC DIST | 0 | 760 | 0.005000 | 0.04 |
| Note: Delinquent taxes are owed against this property | | | | | | Parcel Total Taxes: | 14.18 |



# WARNING!
## ACCOUNT REFERRED FOR
## TITLE WORK

Prior to filing suit, we conduct research to determine the name, identity and location of owners and lienholders and the legal description of the property. Cost and expenses incurred in the preparation and filing of suit are a charge against the property subject to foreclosure in the suit and will be collected out of the proceeds of the sale of the property or charged against the defendant personally in accordance with the Texas Property Tax Code. If your account is not paid in full by the time title research is returned and suit filed, each delinquent account may be charged the following additional fees:

| | |
|---|---|
| $197.00 | District Clerk Suit Filing Fee |
| $174.00 | Constable Service of Citation Fee |
| $250.00 | Title Research Fee per tract |
| $1,000.00 | Attorney ad Litem Fee |
| **$1,621.00** | **TOTAL COSTS OF SUIT** |

Rusk County
Lanita Whitehead, Tax Assessor-Collector
PO Box 988
Henderson, TX 75652
(903)657-0315

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since November 1, 2018; (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us in writing the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

## LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
### ATTORNEYS AT LAW
### 1-800-414-3961

TO ENSURE PROPER CREDIT - PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT

---------------------------------------------------------------

**ACCOUNT NUMBER:** 1214212-1-0054660
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T8-P1-S2,423

DT1063754082
1,623

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

| TOTAL AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 : | $1,742.79 |
| If paid in DEC, 2018 : | $1,750.61 |
| If paid in JAN, 2019 : | $1,758.19 |
| AMOUNT ENCLOSED $ | |

H-175D

**COPY**

**Document Control**

## DELINQUENT ACCOUNT DETAIL
### Rusk County
November 12, 2018

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 : | $139.51 |
| If paid in DEC, 2018 : | $140.06 |
| If paid in JAN, 2019 : | $140.64 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
ACCOUNT NUMBER: ███████
YEARS DUE: 2005 - 2016 (8)
PROPERTY DESCRIPTION: BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 : | $420.22 |
| If paid in DEC, 2018 : | $422.07 |
| If paid in JAN, 2019 : | $423.94 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
ACCOUNT NUMBER: ███████
YEARS DUE: 2005 - 2016 (10)
PROPERTY DESCRIPTION: MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 : | $198.05 |
| If paid in DEC, 2018 : | $198.83 |
| If paid in JAN, 2019 : | $199.61 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
ACCOUNT NUMBER: ███████
YEARS DUE: 2005 - 2016 (6)
PROPERTY DESCRIPTION: MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 116430 (542.86)

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 : | $813.78 |
| If paid in DEC, 2018 : | $817.66 |
| If paid in JAN, 2019 : | $821.58 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
ACCOUNT NUMBER: ███████
YEARS DUE: 2005 - 2016 (12)
PROPERTY DESCRIPTION: MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 : | $100.28 |
| If paid in DEC, 2018 : | $100.72 |
| If paid in JAN, 2019 : | $101.07 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
ACCOUNT NUMBER: ███████
YEARS DUE: 2005 - 2008 (4)
PROPERTY DESCRIPTION: MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

COPY
Document Control

DELINQUENT ACCOUNT DETAIL
Rusk County
November 12, 2018

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 | $70.68 |
| If paid in DEC, 2018 | $71.00 |
| If paid in JAN, 2019 | $71.28 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8 P1 S2,423
ACCOUNT NUMBER: ▮▮▮▮▮▮▮▮▮▮
YEARS DUE: 2005 - 2016 (7)
PROPERTY DESCRIPTION:  BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

| AMOUNT DUE | |
|---|---|
| If paid in NOV, 2018 | $0.27 |
| If paid in DEC, 2018 | $0.27 |
| If paid in JAN, 2019 | $0.27 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SRRINGS TX 75180-1907

0546 / T8 P1 S2,423
ACCOUNT NUMBER: ▮▮▮▮▮▮▮▮▮▮
YEARS DUE: 2016 - 2016 (1)
PROPERTY DESCRIPTION:  JENKINS FELIX W GU 1-5 REAL AB 282 W W ERAIR SUR (189911 140367 153268 169898) (679.91)



**COPY**
*Document Control*

ACCOUNT NUMBER: ▮▮▮▮▮▮▮▮
PARCEL NUMBER: 1214212-1-0066507
YEARS DUE: 2005 - 2018 (11)
PROPERTY DESCRIPTION: MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36) ... and 3 other
properties (see attached DELINQUENT ACCOUNT DETAIL)



T12-P0-S3,756

DT1065368091
2,189

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

TOTAL AMOUNT DUE
If paid in JUL, 2019  :   $1,402.79

AMOUNT ENCLOSED:$_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since **June 19, 2019**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
July 2, 2019

---

**AMOUNT DUE**
If paid in JUL, 2019 :          $444.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** 1214212-1-0066507
**YEARS DUE:** 2005 - 2018 (11)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2019          $93.76

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓▓▓▓▓
**YEARS DUE:** 2006 - 2016 (5)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2019          $864.33

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓▓▓▓▓
**YEARS DUE:** 2005 - 2018 (13)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2019          $0.26

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓▓▓▓▓
**YEARS DUE:** 2018 - 2018 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR
(139911,140367-153268-169898) (679.91)

**COPY**

**Document Control**

# COPY

**Document Control**

**ACCOUNT NUMBER:** ████████

**YEARS DUE:** 2005 - 2016 (8)

**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)



T11-P0-S3,498

DT1062405265
2,198

**TOTAL AMOUNT DUE**
If paid in JUL, 2018  :    $1,711.87

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

AMOUNT ENCLOSED:$_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **July 6, 2018**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
July 13, 2018



**COPY**

**Document Control**

---

AMOUNT DUE
If paid in JUL, 2018 : $137.13

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓
**YEARS DUE: 2005 - 2016 (8)**
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

AMOUNT DUE
If paid in JUL, 2018 : $412.79

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓
**YEARS DUE: 2005 - 2016 (10)**
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

AMOUNT DUE
If paid in JUL, 2018 : $194.80

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓
**YEARS DUE: 2005 - 2016 (6)**
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

AMOUNT DUE
If paid in JUL, 2018 : $798.68

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓
**YEARS DUE: 2005 - 2016 (12)**
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

---

AMOUNT DUE
If paid in JUL, 2018 : $98.71

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓
**YEARS DUE: 2005 - 2008 (4)**
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)



**COPY**

**DELINQUENT ACCOUNT DETAIL**
Rusk County
July 13, 2018

**Document Control**

---

AMOUNT DUE
If paid in JUL, 2018                     $69.49

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ████████████
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

---

AMOUNT DUE
If paid in JUL, 2018                     $0.27

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** ████████████
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR
(139911,140367-153268-169898) (0.67)

# COPY

Document Control

ACCOUNT NUMBER: ████████
YEARS DUE: 2005 - 2016 (8)
PROPERTY DESCRIPTION: BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)



T8-P1-S2,601

DT1060795238
1,678

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**
If paid in MAR, 2018 :    $1,680.78

AMOUNT ENCLOSED:$_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# URGENT
# CANDIDATE FOR LAWSUIT

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

**Rusk County
Lanita Whitehead, Tax Assessor-Collector
PO Box 988
Henderson, TX 75652
(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since February 7, 2018, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

H-149

# DELINQUENT ACCOUNT DETAIL
## Rusk County
February 28, 2018



**COPY**

**Document Control**

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in MAR, 2018 :          $134.77

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in MAR, 2018 :          $405.44

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in MAR, 2018 :          $191.56

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in MAR, 2018 :          $783.44

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in MAR, 2018 :          $97.09

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)



# DELINQUENT ACCOUNT DETAIL
## Rusk County
February 28, 2018

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in MAR, 2018 .......... $68.22

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

---

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**
If paid in MAR, 2018 .......... $0.26

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (0.67)

---

# COPY
**Document Control**

**COPY**

**Document Control**

ACCOUNT NUMBER: 1214212-1-0054660
YEARS DUE: 2005 - 2016 (8)
PROPERTY DESCRIPTION: BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T42-PO-S3.937

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

DT1058815718
2,293

**TOTAL AMOUNT DUE**
If paid in JUL, 2017 :     $1,618.83
If paid in AUG, 2017 :     $1,626.33

AMOUNT ENCLOSED:$_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

------------------------------------------------------------------------

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist.**  You may call our office immediately if you wish to obtain additional information on your account.  Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments.  The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service.  To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **June 26, 2017**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy.  If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961



## DELINQUENT ACCOUNT DETAIL
### Rusk County
July 11, 2017

**AMOUNT DUE**
If paid in JUL, 2017 : $130.08
If paid in AUG, 2017 : $130.65

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** 1214212-1-0054660
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

**AMOUNT DUE**
If paid in JUL, 2017 : $390.54
If paid in AUG, 2017 : $392.37

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:**
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

**AMOUNT DUE**
If paid in JUL, 2017 : $185.17
If paid in AUG, 2017 : $185.95

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:**
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

**AMOUNT DUE**
If paid in JUL, 2017 : $753.14
If paid in AUG, 2017 : $756.76

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:**
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

**AMOUNT DUE**
If paid in JUL, 2017 : $93.82
If paid in AUG, 2017 : $94.21

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:**
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

## DELINQUENT ACCOUNT DETAIL
### Rusk County
July 11, 2017

---

**AMOUNT DUE**
If paid in JUL, 2017        $65.83
If paid in AUG, 2017        $66.14

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

---

**AMOUNT DUE**
If paid in JUL, 2017        $0.25
If paid in AUG, 2017        $0.25

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** ███████████
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)



COPY
Document Control

*403 657 407*

**ACCOUNT NUMBER:** ▮▮▮▮▮
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

*403 657 407*

*403 657 — 40*

*407*

T8-P1-S2,458

DT1064216176
1,262

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

| TOTAL AMOUNT DUE | |
| --- | --- |
| If paid in FEB, 2019 : | $1,766.14 |
| If paid in MAR, 2019 : | $1,773.88 |

AMOUNT ENCLOSED:$_____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

**COPY**

**Document Control**

# URGENT
# CANDIDATE FOR LAWSUIT

*4 25 ~ 100*

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co Grdwtr Consv Dist, Rusk Co ESD # 01 BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

*CINDY*

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

*1 SD AHN*
*202*

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since February 1, 2019, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankrupcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**ATTORNEYS AT LAW**
**1-800-414-3961**

# DELINQUENT ACCOUNT DETAIL
## Rusk County
### February 5, 2019

**AMOUNT DUE**
If paid in FEB, 2019 :  $71.60
If paid in MAR, 2019 :  $71.93

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458
**ACCOUNT NUMBER:** ████████████
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in FEB, 2019 :  $0.27
If paid in MAR, 2019 :  $0.29

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458
**ACCOUNT NUMBER:** ████████
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR
(139911,140367-153268-169898) (679.91)

COPY

Document Control

# Notice Of Appraised Value

This is NOT a Tax Statement    Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516



2678 0.5180 AB 0.408   12 2 85
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

```
                    APPRAISAL YEAR   2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING
PROTESTS ON    6/29/2018     AT:   9:00  AM
        APPRAISAL DISTRICT OFFICE
        107 NORTH VAN BUREN
        HENDERSON, TEXAS  75652
        QUESTIONS CONCERNING MINERALS
        CALL  (903)657-7516

Protest Deadline:              6-04-2018
ARB Hearing:          6-29-2018
Owner:      1214212        2423

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR
PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE
APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD:         wgBpLZuKxN
```

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400   Type: REAL   Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category:     G1 |
| | | | Railroad #:      78590 |
| No History available for: 2013. | | | |

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).
The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.
Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.
If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

**COPY**

Document Control

COPY

| T | P | MO. | YR. | UNIT PRICE / YOUR DECIMAL | BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV·PROD TAX / YOUR SEV·PROD TAX | STATE / NET VALUE / YOUR OTHER WH | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ********** PROPERTY NUMBER | | PROPERTY NAME | | | | |
| * | * | ** | ** | W    0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| R | G | 02 | 18 | 2.37 | 1,606.21 | 3,822.14 | | .00 | 3197.71 | |
| | | | | .000361750 | .58 | 1.38 | | .00 | | 1.15 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .15- | |
| | | | | | | DEHYDRATION | | | .02- | |
| * | * | ** | ** | W    0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| R | G | 03 | 18 | 2.35 | 1,667.23 | 3,927.96 | | .00 | 3331.92 | |
| | | | | .000361750 | .60 | 1.43 | | .00 | | 1.22 |
| | | | | | | Transportation | | | .03- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .14- | |
| | | | | | | DEHYDRATION | | | .01- | |
| * | * | ** | ** | W    0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| R | G | 02 | 18 | 2.37 | 280.37 | 667.07 | | .00 | 597.96 | |
| | | | | .000361750 | .10 | .25 | | .00 | | .22 |
| | | | | | | COMPRESSION | | | .03- | |
| * | * | ** | ** | W    0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| R | G | 03 | 18 | 2.35 | 270.60 | 637.56 | | .00 | 571.87 | |
| | | | | .000361750 | .09 | .23 | | .00 | | .20 |
| | | | | | | COMPRESSION | | | .02- | |
| | | | | | | DEHYDRATION | | | .01- | |
| * | * | ** | ** | W    0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| R | G | 02 | 18 | 2.37 | 2,146.24 | 5,107.22 | | .00 | 4332.39 | |
| | | | | .000361750 | .77 | 1.84 | | .00 | | 1.55 |
| | | | | | | Transportation | | | .04- | |
| | | | | | | Other Deductions | | | .04- | |
| | | | | | | COMPRESSION | | | .19- | |
| | | | | | | DEHYDRATION | | | .02- | |
| * | * | ** | ** | W    0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| R | G | 03 | 18 | 2.35 | 1,976.05 | 4,655.43 | | 1.36- | 4000.69 | |
| | | | | .000361750 | .71 | 1.68 | | .01- | | 1.43 |
| | | | | | | Transportation | | | .04- | |
| | | | | | | Other Deductions | | | .03- | |
| | | | | | | COMPRESSION | | | .15- | |
| | | | | | | DEHYDRATION | | | .02- | |
| * | * | ** | ** | W    0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| R | G | 03 | 18 | 2.36 | 4.30 | 10.17 | | .00 | 10.17 | |
| | | | | .000361750 | .00 | .01 | | .00 | | .01 |

**COPY**

**Document Control**

| YOUR TOTALS | | | 6.82 | | -0.01 | -1.03 | 5.78 |
|---|---|---|---|---|---|---|---|

PRODUCT
A - FLARE   C - CONDENSATE   I - CARBON DIOXIDE
B - PLANT FUEL   N - NET PROFITS   J - LIQUEFIED NAT. GAS
F - FUEL   R - RESIDUE   L - NATURAL GAS LIQUIDS
G - GAS   S - SULFUR   M - DRIP CONDENSATE
H - HELIUM   T - INTEREST   P - PLANT PRODUCT
O - OIL   Q - MINIMUM ROYALTY

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 8/20/2018 |

CHECK NO.    66915151

OWNER TYPE: W - WORKING   R - ROYALTY   O - OVERRIDE
E - EXCESS ROYALTY   P - PRODUCTION PAYMENT

**XTO ENERGY INC.**
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
☎ 866-886-2613

OWNER NAME

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER WH | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W  0076906 | MCALISTER GAS  UNIT 01 | 9.63 | | RUSK | TX | |
| | | | | 2.72 | 3.53 | | | .00 | 9.63 | |
| R | G | 09 | 17 | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W  0076906 | MCALISTER GAS  UNIT 01 | 4,465.29 | | RUSK | TX | |
| | | | | 2.62 | 1,701.47 | | | .00 | 3849.30 | |
| R | G | 10 | 17 | .000361750 | .61 | 1.62 | | .00 | | 1.39 |
| | | | | | Transportation | | | | .04- | |
| | | | | | Other Deductions | | | | .04- | |
| | | | | | COMPRESSION | | | | .14- | |
| | | | | | DEHYDRATION | | | | .01- | |
| * | * | ** | ** | W  0076906 | MCALISTER GAS  UNIT 01 | 4,480.13 | | RUSK | TX | |
| | | | | 2.72 | 1,645.77 | | | .00 | 3903.70 | |
| R | G | 11 | 17 | .000361750 | .59 | 1.62 | | .00 | | 1.40 |
| | | | | | Transportation | | | | .03- | |
| | | | | | Other Deductions | | | | .04- | |
| | | | | | COMPRESSION | | | | .14- | |
| | | | | | DEHYDRATION | | | | .01- | |
| * | * | ** | ** | W  0076906 | MCALISTER GAS  UNIT 01 | 4,228.55 | | RUSK | TX | |
| | | | | 2.51 | 1,684.54 | | | .00 | 3633.68 | |
| R | G | 12 | 17 | .000361750 | .60 | 1.53 | | .00 | | 1.33 |
| | | | | | Transportation | | | | .03- | |
| | | | | | Other Deductions | | | | .03- | |
| | | | | | COMPRESSION | | | | .13- | |
| | | | | | DEHYDRATION | | | | .01- | |
| * | * | ** | ** | W  0076906 | MCALISTER GAS  UNIT 01 | 6,264.66 | | RUSK | TX | |
| | | | | 3.49 | 1,791.66 | | | .00 | 5649.32 | |
| R | G | 01 | 18 | .000361750 | .64 | 2.27 | | .00 | | 2.05 |
| | | | | | Transportation | | | | .04- | |
| | | | | | Other Deductions | | | | .03- | |
| | | | | | COMPRESSION | | | | .14- | |
| | | | | | DEHYDRATION | | | | .01- | |
| * | * | ** | ** | W  0076906 | MCALISTER GAS  UNIT 01 | 4,055.00 | | RUSK | TX | |
| | | | | 48.58 | 83.47 | | | 186.54- | 3868.46 | |
| R | O | 04 | 17 | .000361750 | .03 | 1.47 | | .07- | | 1.40 |
| * | * | ** | ** | W  0076906 | MCALISTER GAS  UNIT 01 | 9.23 | | RUSK | TX | |
| | | | | 43.95 | .21 | | | .00 | 9.23 | |
| R | O | 04 | 17 | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W  0076907 | MCALISTER GAS  UNIT 02 | 797.05 | | RUSK | TX | |
| | | | | 2.53 | 314.72 | | | .00 | 708.75 | |
| R | G | 02 | 17 | .000361750 | .11 | .29 | | .00 | | .26 |
| | | | | | Other Deductions | | | | .01- | |
| | | | | | COMPRESSION | | | | .02- | |
| * | * | ** | ** | W  0076907 | MCALISTER GAS  UNIT 02 | 1,259.14 | | RUSK | TX | |
| | | | | 2.58 | 486.56 | | | .00 | 1079.06 | |
| R | G | 03 | 17 | .000361750 | .17 | .45 | | .00 | | .38 |
| | | | | | Transportation | | | | .01- | |
| | | | | | Other Deductions | | | | .01- | |
| | | | | | COMPRESSION | | | | .04- | |
| | | | | | DEHYDRATION | | | | .01- | |
| * | * | ** | ** | W  0076907 | MCALISTER GAS  UNIT 02 | 1,097.64 | | RUSK | TX | |
| | | | | 2.77 | 394.96 | | | .00 | 965.76 | |
| R | G | 04 | 17 | .000361750 | .14 | .40 | | .00 | | .35 |
| | | | | | Transportation | | | | .01- | |
| | | | | | Other Deductions | | | | .01- | |
| | | | | | COMPRESSION | | | | .03- | |
| * | * | ** | ** | W  0076907 | MCALISTER GAS  UNIT 02 | 763.60 | | RUSK | TX | |
| | | | | 2.88 | 264.73 | | | .00 | 705.25 | |
| R | G | 05 | 17 | .000361750 | .09 | .27 | | .00 | | .25 |
| | | | | | COMPRESSION | | | | .02- | |

CONTINUED

**YOUR TOTALS**

PRODUCT
A - FLARE    C - CONDENSATE    I - CARBON DIOXIDE
B - PLANT FUEL    N - NET PROFITS    J - LIQUEFIED NAT. GAS
F - FUEL    R - RESIDUE    K - NATURAL GAS LIQUIDS
G - GAS    S - SULFUR    M - DRIP CONDENSATE
H - HELIUM    T - INTEREST    P - PLANT PRODUCT
O - OIL    Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING  R - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO.    66619305

OWNER NAME

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2513

Page 2 of 5

COPY
Document Control

Page 3 of 5

| T P | MO. YR. | UNIT PRICE / YOUR DECIMAL | BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER WH | YOUR NET |
|---|---|---|---|---|---|---|---|---|
| * * R | ** G 06 ** 17 | W 0076907  2.68  .000361750 | MCALISTER GAS  297.96  .10 | UNIT 02  799.46  .29 | | RUSK  .00  .00 | TX  712.94 | |
| | | | | | Transportation  COMPRESSION  DEHYDRATION | | .01-  .02-  .01- | .25 |
| * * R | ** G 07 ** 17 | W 0076907  2.73  .000361750 | MCALISTER GAS  408.81  .14 | UNIT 02  1,116.50  .40 | | RUSK  .00  .00 | TX  998.23 | |
| | | | | | Other Deductions  COMPRESSION | | .01-  .03- | .36 |
| * * R | ** G 08 ** 17 | W 0076907  2.65  .000361750 | MCALISTER GAS  465.34  .16 | UNIT 02  1,237.30  .45 | | RUSK  .31-  .01- | TX  1086.58 | |
| | | | | | Transportation  Other Deductions  COMPRESSION | | .01-  .01-  .04- | .38 |
| * * R | ** G 09 ** 17 | W 0076907  2.73  .000361750 | MCALISTER GAS  341.76  .12 | UNIT 02  933.18  .33 | | RUSK  .00  .00 | TX  842.96 | |
| | | | | | Transportation  COMPRESSION | | .01-  .03- | .29 |
| * * R | ** G 10 ** 17 | W 0076907  2.62  .000361750 | MCALISTER GAS  420.74  .15 | UNIT 02  1,104.23  .40 | | RUSK  .00  .00 | TX  986.99 | |
| | | | | | Other Deductions  COMPRESSION | | .01-  .03- | .36 |
| * * R | ** G 11 ** 17 | W 0076907  2.72  .000361750 | MCALISTER GAS  408.26  .14 | UNIT 02  1,111.11  .40 | | RUSK  .00  .00 | TX  980.70 | |
| | | | | | Transportation  Other Deductions  COMPRESSION | | .01-  .01-  .03- | .35 |
| * * R | ** G 12 ** 17 | W 0076907  2.51  .000361750 | MCALISTER GAS  435.58  .15 | UNIT 02  1,093.40  .39 | | RUSK  .00  .00 | TX  953.51 | |
| | | | | | Transportation  Other Deductions  COMPRESSION | | .01-  .01-  .04- | .33 |
| * * R | ** G 01 ** 18 | W 0076907  3.49  .000361750 | MCALISTER GAS  379.81  .13 | UNIT 02  1,328.04  .48 | | RUSK  .00  .00 | TX  1209.03 | |
| | | | | | Transportation  Other Deductions  COMPRESSION | | .01-  .01-  .02- | .44 |
| * ( * R | ** O .04? ** 17 | W 0076907  48.56  .000361750 | MCALISTER GAS  11.04  .00 | UNIT 02  536.16  .19 | | RUSK  .00  .00 | TX  536.16 | .19 |
| * * R | ** G 02 ** 17 | W 0076908  2.53  .000361750 | MCALISTER GAS  1,680.73  .60 | UNIT 03  4,256.50  1.54 | | RUSK  .00  .00 | TX  3689.83 | |
| | | | | | Transportation  Other Deductions  COMPRESSION  DEHYDRATION | | .03-  .03-  .13-  .01- | 1.34 |
| * * R | ** G 03 ** 17 | W 0076908  2.58  .000361750 | MCALISTER GAS  1,826.56  .66 | UNIT 03  4,727.04  1.71 | | RUSK  .00  .00 | TX  4080.10 | |
| | | | | | Transportation  Other Deductions  COMPRESSION  DEHYDRATION | | .04-  .03-  .16-  .01- | 1.47 |

CONTINUED

**YOUR TOTALS**

PRODUCT
A - FLARE        C - CONDENSATE     I - CARBON DIOXIDE
B - PLANT FUEL   H - NET PROFITS    J - LIQUEFIED NAT. GAS
F - FUEL         R - RESIDUE        L - NATURAL GAS LIQUIDS
G - GAS          S - SULFUR         M - DRIP CONDENSATE
H - HELIUM       T - INTEREST       P - PLANT PRODUCT
O - OIL                             Q - MINIMUM ROYALTY

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO.   66619305

OWNER TYPE: W - WORKING  R - ROYALTY  O - OVERRIDE
E - EXCESS ROYALTY  P - PRODUCTION PAYMENT

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

COPY

Document Control

## TAX RECEIPT

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

**This is a receipt. Do not pay.**

Owner ID:   M   1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX, 75180-1907

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|------|-------------|----------|-----------|-----------|-----|---------------|--------------|-------------|
| | | 2008  Year Totals | | | $10.27 | $18.56 | $28.83 | |
| | | Parcel Totals: | | | $33.81 | $68.12 | $101.93 | |
| DPI Year/Month:   201903 | | Payment Ref Totals: | | | $33.81 | $68.12 | $101.93 | |
| Clerk: vkenney | Paid By:   COLEMAN ALVESTER | | | Payment Type:  Cash | | | Payment Ref No:   CASH | |

Additional Fees:

Grand Totals:                                  $33.81              $68.12              $101.93



COPY

**Document Control**

## 2018 CURRENT DELINQUENT TAX STATEMENT

Make payment payable to:   Taxes as Of:  3/8/2019   DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

Owner ID:   1214212   Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS   TX 75180-1907

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below
have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX,
ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

| Jurisdiction: | Year: | Taxable: | Exemptions/Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| **Parcel ID 1308873 Total** | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

| Parcel ID: | 1311193 | Ownshp Seq: | 1 | Operator: | CCI EAST T | RI | Suit: | N |
|---|---|---|---|---|---|---|---|---|
| Account #: | | | | Lease Number: | 91526 | RRC #: | 122668 | Acres: 542.36 | Cat Code: G1 |
| Mineral Interest: | 0.005077 | | | Lease Name: | MCALISTER GU (3) | | Mineral Value: | $ 760 |

Prop Address:                    REAL
Prop City/St/Zip:                AB 282 W A FRIAR SUR
                                 WELL 3 RRC 122668

| Jurisdiction: | Year: | Taxable: | Exemptions/Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 760 | 0 | 10047 | $0.463635 | $3.52 | $0.00 | $0.32 | $0.00 | $3.84 |
| RUSK CO I&S | 2018 | 760 | 0 | 10047 | $0.028759 | $0.22 | $0.00 | $0.02 | $0.00 | $0.24 |
| RUSK CO SPEC RD | 2018 | 760 | 0 | 10047 | $0.058253 | $0.44 | $0.00 | $0.04 | $0.00 | $0.48 |
| COUNTY SCHOOL | 2018 | 760 | 0 | 10047 | $0.026437 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| TATUM ISD M&O | 2018 | 760 | 0 | 10047 | $1.040000 | $7.90 | $0.00 | $0.71 | $0.00 | $8.61 |
| TATUM I&S | 2018 | 760 | 0 | 10047 | $0.167000 | $1.27 | $0.00 | $0.11 | $0.00 | $1.38 |
| RUSK CO ESD #1 | 2018 | 760 | 0 | 10047 | $0.077500 | $0.59 | $0.00 | $0.05 | $0.00 | $0.64 |
| RCGWC DIST | 2018 | 760 | 0 | 10047 | $0.005000 | $0.04 | $0.00 | $0.00 | $0.00 | $0.04 |
| **2018  Total:** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |
| **Parcel ID  1311193 Total** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |

AN ADDITIONAL 20% PENALTY WILL BE ADDED TO YOUR 2018 TAXES IF NOT PAID
BEFORE JULY 1, 2019  IN ACCORDANCE WITH STATE PROPERTY TAX CODE SEC.
33.07d.

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD,
YOU SHOULD CONTACT THE RUSK COUNTY TAX OFFICE REGARDING A RIGHT YOU
MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE
RUSK COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.
TO INSURE PROPER CREDIT, MAIL OR BRING THIS STATEMENT WITH YOUR PAYMENT

| ** Summary ** : | Base Tax: | P/I: | Additional: | Total Amount: |
|---|---|---|---|---|
| If Paid In Mar, 2019 | $20.89 | $1.87 | $0.00 | $22.76 |
| If Paid In Apr, 2019 | $20.89 | $2.28 | $0.00 | $23.17 |
| If Paid In May, 2019 | $20.89 | $2.74 | $0.00 | $23.63 |
| If Paid In Jun, 2019 | $20.89 | $3.15 | $0.00 | $24.04 |
| If Paid In Jul, 2019 | $20.89 | $3.77 | $4.90 | $29.56 |



COPY

Document Control

**TAX RECEIPT**

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315



This is a receipt. Do not pay.

**Document Control**

Owner ID:   M   1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX. 75180-1907

| | | | |
|---|---|---|---|
| Parcel Id/Owner Seq: | 1985966135 / 1 | Operator | ANADARKO E&RC | Suit: N |
| Account Number: | | Lease | 95258    RRC#    169918 | Acres: 271.210  Cat Code: G1 |
| Mineral Interest: | 0.004715 | Legals: | MCALISTER GAS UNIT (#4) | Mineral Value: $ 720 |
| Prop Address: | | | REAL | |
| Prop City/St/Zip: | | | AB 416 JESSE HARRIS SUR | |
| | | | (SAM 032734) | |

Homestead Code:

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|---|---|---|---|---|---|---|---|---|
| 2005 | SPEC RD | 0.040000 | $470 | P | $0.19 | $0.42 | $0.61 | 03/08/2019 |
| 2005 | RUSK CO ESD #1 | 0.027215 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | RUSK CO GROUNDWATER | 0.005000 | $470 | P | $0.03 | $0.07 | $0.10 | |
| 2005 | COUNTY SCHOOL | 0.026500 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | TATUM I.S.D. M&O | 1.568400 | $470 | P | $7.37 | $16.51 | $23.88 | |
| 2005 | RUSK COUNTY | 0.356000 | $470 | P | $1.68 | $3.77 | $5.45 | |
| | | **2005 Year Totals** | | | $9.53 | $21.35 | $30.88 | |
| 2006 | TATUM I.S.D. M&O | 1.219310 | $330 | P | $4.03 | $8.45 | $12.48 | 03/08/2019 |
| 2006 | RUSK CO GROUNDWATER | 0.004800 | $330 | P | $0.02 | $0.04 | $0.06 | |
| 2006 | SPEC RD | 0.040000 | $330 | P | $0.13 | $0.28 | $0.41 | |
| 2006 | TATUM ISD I&S | 0.150690 | $330 | P | $0.50 | $1.05 | $1.55 | |
| 2006 | RUSK CO ESD #1 | 0.023800 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | COUNTY SCHOOL | 0.022400 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | RUSK COUNTY | 0.304600 | $330 | P | $1.01 | $2.12 | $3.13 | |
| | | **2006 Year Totals** | | | $5.85 | $12.28 | $18.13 | |
| 2007 | COUNTY SCHOOL | 0.020400 | $570 | P | $0.12 | $0.24 | $0.36 | 03/08/2019 |
| 2007 | RUSK CO ESD #1 | 0.023480 | $570 | P | $0.14 | $0.27 | $0.41 | |
| 2007 | RUSK COUNTY | 0.298500 | $570 | P | $1.70 | $3.32 | $5.02 | |
| 2007 | TATUM I.S.D. M&O | 0.750000 | $570 | P | $4.28 | $8.36 | $12.64 | |
| 2007 | RUSK CO GROUNDWATER | 0.004700 | $570 | P | $0.03 | $0.05 | $0.08 | |
| 2007 | TATUM ISD I&S | 0.290000 | $570 | P | $1.66 | $3.24 | $4.90 | |
| 2007 | SPEC RD | 0.040000 | $570 | P | $0.23 | $0.45 | $0.68 | |
| | | **2007 Year Totals** | | | $8.16 | $15.93 | $24.09 | |
| 2008 | SPEC RD | 0.040000 | $720 | P | $0.29 | $0.53 | $0.82 | 03/08/2019 |
| 2008 | TATUM ISD I&S | 0.300000 | $720 | P | $2.15 | $3.89 | $6.04 | |
| 2008 | COUNTY SCHOOL | 0.017800 | $720 | P | $0.13 | $0.23 | $0.36 | |
| 2008 | RUSK CO ESD #1 | 0.021370 | $720 | P | $0.16 | $0.28 | $0.44 | |
| 2008 | RUSK COUNTY | 0.309800 | $720 | P | $2.22 | $4.01 | $6.23 | |
| 2008 | RUSK CO GROUNDWATER | 0.004400 | $720 | P | $0.03 | $0.05 | $0.08 | |
| 2008 | TATUM I.S.D. M&O | 0.740000 | $720 | P | $5.29 | $9.57 | $14.86 | |

**2018 CURRENT DELINQUENT TAX STATEMENT**

Make payment payable to:

Taxes as Of:  3/8/2019          DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

# COPY
**Document Control**

Owner ID:    1214212    Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS    TX 75180-1907

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

CALL BACK

| Parcel ID: | 1304334 | Ownshp Seq: 1 | Operator: | CCI EAST T | RI | Suit: | N |
| Account #: | | | Lease Number: 66507 | RRC #: 92392 | Acres: 542.36 | Cat Code: G1 |
| Mineral Interest: | 0.005077 | | Lease Name: | MCALISTER GU (1) REAL | Mineral Value: $ 350 |

Prop Address:
Prop City/St/Zip:

AB 416 JESSE HARRIS SUR
WELL 1 RRC 92392

| Jurisdiction: | Year: | Taxable: | Exemptions/Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 350 | 0 | 10047 | $0.463635 | $1.62 | $0.00 | $0.15 | $0.00 | $1.77 |
| RUSK CO I&S | 2018 | 350 | 0 | 10047 | $0.028759 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| RUSK CO SPEC RD | 2018 | 350 | 0 | 10047 | $0.058253 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| COUNTY SCHOOL | 2018 | 350 | 0 | 10047 | $0.026437 | $0.09 | $0.00 | $0.01 | $0.00 | $0.10 |
| TATUM ISD M&O | 2018 | 350 | 0 | 10047 | $1.040000 | $3.64 | $0.00 | $0.33 | $0.00 | $3.97 |
| TATUM I&S | 2018 | 350 | 0 | 10047 | $0.167000 | $0.58 | $0.00 | $0.05 | $0.00 | $0.63 |
| RUSK CO ESD #1 | 2018 | 350 | 0 | 10047 | $0.077500 | $0.27 | $0.00 | $0.02 | $0.00 | $0.29 |
| RCGWC DIST | 2018 | 350 | 0 | 10047 | $0.005000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| 2018  Total: | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |
| Parcel ID 1304334 Total | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |

| Parcel ID: | 1308873 | Ownshp Seq: 1 | Operator: | BP AMERIC | RI | Suit: | N |
| Account #: | 1214212-1-0062400 | | Lease Number: 62400 | RRC #: 78590 | Acres: 679.91 | Cat Code: G1 |
| Mineral Interest: | 0.000051 | | Lease Name: | JENKINS FELIX W GU 1-5 REAL | Mineral Value: $ 10 |

Prop Address:
Prop City/St/Zip:

AB 282 W W FRAIR SUR
(139911,140367-153268-169898)

| Jurisdiction: | Year: | Taxable: | Exemptions/Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 10 | 0 | 10047 | $0.463635 | $0.05 | $0.00 | $0.00 | $0.00 | $0.05 |
| RUSK CO SPEC RD | 2018 | 10 | 0 | 10047 | $0.058253 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| TATUM ISD M&O | 2018 | 10 | 0 | 10047 | $1.040000 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| TATUM I&S | 2018 | 10 | 0 | 10047 | $0.167000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| RUSK CO ESD #1 | 2018 | 10 | 0 | 10047 | $0.077500 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| 2018  Total: | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

MPFM03/MPDR01          **Production Master - Oil**     State - TX

| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

```
Job..: RUSK CO APPRAISAL DISTRICT              Rrc#:    3881 / 06
Lse..: TATUM /CRANE/ UNIT                       Lse#:   79340
Cty 1: RUSK                                     Cty 2:
```

```
FLD: 88425500 TATUM (PETTIT, LOWER)             Depth.......:  7,008
Lse Info:
Oil Gatherers 1/2/3: PLAML /         /          Gas Gatherer: KMOTX
Completion Date: 4/13/1981      PRDCING:    1    API Number..:   12,800
First Prod MMYYYY:  1/1962      SHUT-IN:         Gas Split...: NO
Last  Prod MMYYYY:  8/2018      INJECTOR:        Beq Oil Stat:
                                SERVICE:         Royalty Flag:
```

```
Current Operator Info - 660043         Previous Operator Info - 417180
PETRO-HUNT, L.L.C.                     HUNT, WM. HERBERT, TRUST EST.
ROSEWOOD COURT
2101 CEDAR SPRINGS RD STE 600          3900 THANKSGIVING TOWER
DALLAS       TX 75201                  DALLAS       TX 75201
Tele: 214-880-8400                     Tele:
```

```
                                       Last Change Date: 10/18/2018
```

*ATTEN: Royalty Relations*

**COPY**

**Document Control**

**Production Master - Gas**  State - TX

| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

```
Job. : RUSK CO APPRAISAL DISTRICT          RRC#.....:    92747 / 06
Lse. : AKINS-REEVES GAS UNIT               Wll#/Lse#:      1  /  50030
Cty 1: RUSK                                Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)             Depth......: 10,250
Lse Info:
Gas Gatherers 1/2/3: ENBRI /        /       Cond Gatherer:
Completion Date:  3/14/1981   Upper Perf:  8,730   Cond Split...: NO
First Prod MMYYYY:            Lower Perf: 10,140   API Number...:
Last  Prod MMYYYY:  8/2018   Othr Presr:    685   Beg Gas Stat.:      2,141
Well Type.....: REG PROD                           Potential....: 9,999,999
```

```
Current Operator Info - 40798        Previous Operator Info - 20425
BP AMERICA PRODUCTION COMPANY        AMOCO PRODUCTION COMPANY
ATTN JEANINE HALLER-PISKURICH        ATTN  BILL CASEY
737 NORTH ELDRIDGE PARKWAY           P O BOX 3092
HOUSTON       TX 77079               HOUSTON       TX 77253
Tele: 281-366-7158                   Tele:

                                     Last Change Date: 10/18/2018
```

*ATTEN: ROYALTY RELATIONS*

**COPY**

Document Control

MPFM03/MPDR02         **Production Master - Gas**      State - TX

| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

```
Job..: RUSK CO APPRAISAL DISTRICT        RRC#.....:  69114 / 06
Lse..: BIRD, G. W. EST.                  Wll#/Lse#:      1  /  53020
Cty 1: RUSK                              Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)   Depth.......: 10,535
Lse Info:
Gas Gatherers 1/2/3: ENBRI /             Cond Gatherer:
Completion Date: 11/06/1976  Upper Perf: 10,212   Cond Split..: NO
First Prod MMYYYY:           Lower Perf: 10,433   API Number..:
Last  Prod MMYYYY:  8/2018   Othr Presr:    810   Beg Gas Stat.:
Well Type.....: REG PROD                          Potential....: 9,999,999
```

Current Operator Info - 884563          Previous Operator Info -
VERADO ENERGY, INC.

8150 N CENTRAL EXPWY  STE 850
DALLAS      TX 75206
Tele: 214-368-5322                      Tele:

                                        Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

**COPY**
**Document Control**

**Production Master - Gas**    State - TX



| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

Job..: RUSK CO APPRAISAL DISTRICT
Lse..: ALFORD -A- GAS UNIT
Cty 1: RUSK

RRC#....: 104534 / 06
Wll#/Lse#: 2 / 50160
Cty 2 ...: GREGG

FLD: 6646275 OAK HILL (COTTON VALLEY)
Lse Info: G-10 RETEST EFF. 2-1-9
Gas Gatherers 1/2/3: SABPI /
Completion Date: 2/07/1983
First Prod MMYYYY:
Last Prod MMYYYY: 8/2018
Well Type.....: REG PROD

Upper Perf: 10,537
Lower Perf: 10,773
Othr Presr: 3,215

Depth......: 10,830

Cond Gatherer:
Cond Split...: YES
API Number...:
Reg Gas Stat.:
Potential...: 9,999,999

Current Operator Info - 120023
CCI EAST TEXAS UPSTREAM LLC
ATTN CHRISSY SCHAFFNER
311 MAIN STREET SUITE 3500
HOUSTON          TX 77002
Tele: 281-378-1100

Previous Operator Info - 20542
ANADARKO E&P COMPANY LP
ATTN  FRANK A. DAVIS
P O BOX 1330
HOUSTON          TX 77251
Tele:

Last Change Date: 10/18/2018

*ATTEN: Royalty Relations*

**COPY**

**Document Control**

**Production Master - Oil**     State - TX

| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

```
Job..: RUSK CO APPRAISAL DISTRICT          Rrc#:    11,631 / 06
Lse..: BIRDWELL "B"                        Lse#:    53048
Cty 1: RUSK                                Cty 2:

FLD: 51894500 LANEVILLE, NE. (PETTIT, LO.)    Depth.......: 7,566
Lse Info:
Oil Gatherers 1/2/3: PLAML /                Gas Gatherer: ENETR
Completion Date: 11/29/1984   PRDCING:   1  API Number..: 3,168,500
First Prod MMYYYY: 12/1984    SHUT-IN:      Gas Split..: NO
Last  Prod MMYYYY:  8/2018    INJECTOR:     Beg Oil Stat:
                              SERVICE:      Royalty Flag:
```

```
Current Operator Info - 945936        Previous Operator Info - 598935
XTO ENERGY INC.                       NADEL AND GUSSMAN, L.L.C.
ATTN ALAN CODY
810 HOUSTON STREET                    15 EAST 5TH ST STE 3300
FORT WORTH    TX 76102                TULSA        OK 74103
Tele: 817-885-3463                    Tele:

                                      Last Change Date: 10/18/2018
```

*ATTEN: ROYALTY RELATIONS*

# COPY
## Document Control

249294  RUSK CO APPRAISAL DISTRICT          OWNER HOLDINGS          6/28/2010                                    PAGE    1

OWNER:  925972        COLEMAN FANNIE MAE
                      PO BOX 71
                      EASTON        TX 75641

            Agent:

| LEASE_# | LEASE_NAME | DESCRIPTION | OPERATOR | INT_TYPE | INTEREST | VALUE |
|---------|-----------|-------------|----------|----------|----------|-------|
| 54550 | BUFORD & BLOW GU 1 (1/2) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 106033108065      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 54552 | BUFORD & BLOW GU 1 (5-8) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 20 |
| | | RRC#- 13108513109513138813331?      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 95540 | BUFORD & BLOW GU 1 (9) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 187219      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 95541 | BUFORD & BLOW GU 1 (10) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#-      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 95597 | BUFORD & BLOW GU 1 (3/4) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 10 |
| | | RRC#- 108773108776      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 95908 | BUFORD & BLOW GU 1 (11) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 213806      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 95909 | BUFORD & BLOW GU 1 (14) | AB 26  ETAL T O'BAR ETAL SUR   CCI EAST TEXAS UPSTR | | RI | .000074 | 10 |
| | | RRC#- 213805      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 96460 | BUFORD & BLOW GU 1 (15) | AB 26  ETAL T O'BAR ETAL SUR   CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 228862      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |
| 96865 | BUFORD & BLOW GU 1 (16) | AB 46  R WILLIAMSON SUR        CCI EAST TEXAS UPSTR | | RI | .000074 | 20 |
| | | RRC#- 236553      ACCT#: | | | | |
| | | JURS: 04-05-52-65-66- - - - - | | | | |

                                                            OWNER TOTAL:          60

| JUR | | MARKET VALUE |
|-----|--|--------------|
| 04 | RUSK CO APPRAISAL DISTRICT | 60 |
| 05 | RUSK COUNTY | 60 |
| 52 | TATUM I.S.D. - RUSK CO. | 60 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 60 |
| 66 | RUSK CO GROUND WATER CON DIST | 60 |

COPY

Document Control

ROBERT M. MINTON
DAVID P. BROWN

PHONE     (903) 657-3543
FAX        (903) 657-3545

## MINTON & BROWN, PLLC
### ATTORNEYS AT LAW
HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING
134 NORTH MARSHALL STREET
P. O. BOX 1688
HENDERSON, TEXAS 75653-1688
E-Mail: mintonbrown@suddenlinkmail.com

December 17, 2009

**COPY**

**Document Control**

Mr. Daryl Howard
826 Smokey Oak Drive
Lancaster, Texas 75146

Mr. Alvester Coleman
826 Smokey Oak Drive
Lancaster, Texas 75146

RE:    Interests of Wilmer Howard, Deceased and Ulysee Howard, Deceased

Dear Daryl and Alvester:

Enclosed are copies of deeds whereby Wilmer Howard and Ulysee Howard conveyed away their ownerships.

Yours very truly,

MINTON & BROWN, PLLC

BY _____
      Robert M. Minton

RMM/apm
Enclosure

This is a Copy, of the letter sent to me from Robert M. Minton. Claiming Fraudulent documents to be Copies of deeds. To which transferd deeds never recieved.

COPY

# Form 2848
(Rev. Dec. 2015)
Department of the Treasury
Internal Revenue Service

## Power of Attorney
### and Declaration of Representative

▶ Information about Form 2848 and its instructions is at www.irs.gov/form2848.

Power of Attorney Document Control

OMB No. 1545-0150

For IRS Use Only
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

### Part I  Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1  Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address

Fannie Howard

Taxpayer identification number(s)
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

Daytime telephone number    Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

Name and address
Alvester Coleman
3021 Forrestdale Ln
Balch Springs, TX 75810

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if to be sent copies of notices and communications ☑   Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if to be sent copies of notices and communications ☐   Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242

AUG 25 2017

RECEIVED
44106

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)   Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)   Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3  Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Whistleblower | 1041    1099 | 1960 |
|  |  |  |
|  |  |  |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF .................. ▶ ☐

**5a  Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return;

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 12-2015)

**COPY**

Form 2848 (Rev. 12-2015)

Document Control

Page 2

b  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

------------------------------------------------------------------------------------------------

6  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7  **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.
▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| *Alvester Coleman* | 8-24-17 | *heir* |
|---|---|---|
| Signature | Date | Title (if applicable) |

| *ALVESTER COLEMAN* | |
|---|---|
| Print Name | Print name of taxpayer from line 1 if other than individual |

| **Part II** | **Declaration of Representative** |

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

a  **Attorney**—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b  **Certified Public Accountant**—licensed to practice as a certified public accountant is active in the jurisdiction shown below.
c  **Enrolled Agent**—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
d  **Officer**—a bona fide officer of the taxpayer organization.
e  **Full-Time Employee**—a full-time employee of the taxpayer.
f  **Family Member**—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g  **Enrolled Actuary**—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
h  **Unenrolled Return Preparer**—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). *See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.*
k  **Student Attorney or CPA**—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
r  **Enrolled Retirement Plan Agent**—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| f | Texas | N/A | *Alvester Coleman* | 8-24-17 |
| | | | | |
| | | | | |
| | | | | |

Form 2848

250204 -RUSK CO APPRAISAL DISTRICT     OWNER HOLDINGS     9/15/2016     PAGE 1

OWNER. 1214212    COLEMAN ALVESTER
3921 FORESTDALE LN
BALCH SPRINGS    TX 75180

Agent:

| LEASE # | LEASE NAME | DESCRIPTION | OPERATOR | INT TYPE | INTEREST | VALUE |
|---|---|---|---|---|---|---|
| 54660 | BURNETT GU (1) | AB 19 JAMES MCCLAIN SUR | VERADO ENERGY INC | RI | .002071 | 20 |
| wells- 62400 | JENKINS FELIX W GU 1-5 | RRC#- 96272 ACCT#: AB 282 W W FRAIR SUR | BP AMERICA PROD CO | RI | .000051 | 10 |
| 66507 | 1 MCALISTER GU (1) | RRC#- 78690139911140367153268160808 AB 416 JESSE HARRIS SUR | ANADARKO E&P ONSHORE | RI | .004715 | 160 |
| 66507 | 2 MCALISTER GU (1) | RRC#- 92392 ACCT#: AB 416 JESSE HARRIS SUR | ANADARKO E&P ONSHORE | RI | .000362 | 10 |
| 91525 | 1 MCALISTER GU (2) | RRC#- 92392 ACCT#: AB 416 JESSE HARRIS SUR | ANADARKO E&P ONSHORE | RI | .004715 | 40 |
| 91525 | 2 MCALISTER GU (2) | RRC#- 113430 ACCT#: AB 416 JESSE HARRIS SUR | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 91526 | 1 MCALISTER GU (3) | RRC#- 113430 ACCT#: AB 282 W A FRIAR SUR | ANADARKO E&P ONSHORE | RI | .004715 | 520 |
| 91526 | 2 MCALISTER GU (3) | RRC#- 122668 ACCT#: AB 282 W A FRIAR SUR | ANADARKO E&P ONSHORE | RI | .000362 | 40 |
| 95258 | 1 MCALISTER GU (4) | RRC#- 122668 ACCT#: AB 416 JESSE HARRIS SUR | ANADARKO E&P ONSHORE | RI | .004715 | 0 |
| 95258 | 2 MCALISTER GU (4) | RRC#- 169918 ACCT#: AB 416 JESSE HARRIS SUR | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 95415 | BURNETT GU (2) | RRC#- 169918 ACCT#: AB 19 JAMES MCCLAIN SUR | VERADO ENERGY INC | RI | .002071 | 10 |
| | | RRC#- 176908 ACCT#: | | | | |

OWNER TOTAL:    810

| JUR | | MARKET VALUE |
|---|---|---|
| 04 | RUSK CO APPRAISAL DISTRICT | 810 |
| 05 | RUSK COUNTY | 810 |
| 40 | HENDERSON I.S.D | 0 |
| 52 | TATUM I.S.D. - RUSK CO. | 810 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 810 |
| 66 | RUSK CO GROUND WATER CON DIST | 810 |

**COPY**

**Document Control**

→ *Two different operators make disbursements on the McAllister wells:* ① *ANADARKO*
② *XTO*

*903 657 - 0330*

**COPY**

Form **2848**
(Rev. Dec. 2015)
Department of the Treasury
Internal Revenue Service

**Power of Attorney**
**and Declaration of Representative**

**Document Control**

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___/___/___

**Part I**  **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address   Alvester Coleman
3021 Forestdale Ln.
Balch Springs, TX 75810

Taxpayer identification number(s)
75-6404255

Daytime telephone number
214-309-8507

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

Name and address   Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75810

CAF No. _____
PTIN _____
Telephone No. 214-309-8507
Fax No. _____

Check if to be sent copies of notices and communications ☑

Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if to be sent copies of notices and communications ☐

Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)

Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242
OCT 03 2016

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)

Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Estate/trust | 1040, 1099 (1041 | 2009 |
|  |  |  |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . ▶ ☐

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;    ☐ Substitute or add representative(s);    ☐ Sign a return;

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 12-2015)

COPY

**Document Control**

| Form **56-F** (Rev. December 2009) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship of Financial Institution** (Internal Revenue Code sections 6036, 6402, and 6903) | OMB No. 1545-2159 |
| --- | --- | --- |
| | | For IRS Use Only |

**Part I    Identification**

1 Name of person for whom you are acting (as shown on the tax return)
**Laurence Howard Flanagan Trust**

2 Employer identification number
**75 0 1 87835/73-0739975**
**75-6404255**

3 Address of financial institution (number, street, and room or suite no.)
**511 Carver St**

4 City, state, and ZIP code
**Henderson TX 75652-5709**

5 Telephone no.
( )

6 Check the applicable box for the type of financial institution:  ☑ Bank   ☐ Thrift

7 Check here ▶ ☐ if the financial institution is insolvent.

8 Enter the ending date of the financial institution's tax year (mo., day, yr.) . . . . . . . . ▶

9 Fiduciary's name
**Citizens National Bank**

10 Contact person
**Lee Gearheart, TEE**

11 Address of fiduciary (number, street, and room or suite no.)
**201 W Main St**

12 City or town, state, and ZIP code
**Henderson TX**

13 Telephone no.
**(903) 657-8521**

14 Check the applicable box if the fiduciary is a:
☑ Receiver   ☐ Conservator

15 Check this box ▶☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below. Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

16 Name of person for whom you are acting (as shown on the tax return)

17 Employer identification number

18 Address of the common parent (number, street, and room or suite no.)

19 City, state, and ZIP code

20 Check here ▶ ☐ if a copy of this form has been sent to the common parent of the group.
**1990**

21 Enter the tax year(s) that the financial institution is or was a member of the consolidated group ▶

*INTERNAL REVENUE SERVICE
DALLAS TX 75242
AUG 3 2017
RECEIVED
44175*

**Part II    Authority**

22 Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:
a ☐ Appointment of conservator        b ☑ Replacement of conservator
c ☐ Appointment of receiver           d ☐ Order of insolvency
e ☑ Other evidence of creation of fiduciary relationship (describe) ▶

**Part III    Tax Notices**

23 All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods or years involved.
**Mr Lee Gearheart has not turned over any tax information over since 2010. I have not filed in brothers name as to date payments or filing being done is unknown**

**Part IV    Revocation or Termination of Notice**

**Section A—Total Revocation or Termination**

24 Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):
a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☑ Other evidence of termination of fiduciary relationship (describe) ▶ **Copy from trustee claiming to turn over tax information to correct their errors**

| Please Sign Here | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. | |
| --- | --- | --- |
| ▶ | Fiduciary's signature *Albert Coleman* | Title, if applicable |
| | | Date **8-3-17** |

For Paperwork Reduction Act Notice, see back of form.          Cat. No. 12784J          Form **56-F** (Rev. 12-2009)

016

 

# Rusk County Appraisal District
### Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.



General Property Information

New Property Search                    Go To Previous Page

| Legal Information: |
| --- |
| MCALISTER GU (2) |
| REAL |
| AB 416 JESSE HARRIS SUR |
| WELL 3 RRC 113430 |

| Account Number: |
| --- |
| ███████████ |

| Operator: |
| --- |
| ANADARKO E&P ONSHORE |

| Owner Information: |
| --- |
| COLEMAN ALVESTER |
| 826 SMOKEY OAK DR |
| LANCASTER TX 75146 |

| Lease Information: | |
| --- | --- |
| RRC#: | 113430 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.005077 |
| Under 500: | No |
| Market Value: | 40 |
| Taxable Value: | 40 |

*No Total Acres*
*No Interest*

| Jur Code | Description | Total Market | Total Exemption | Taxable |
| --- | --- | --- | --- | --- |
| 04 | RUSK CO APPR DIST | 40 | 0 | 40 |
| 05 | RUSK COUNTY | 40 | 0 | 40 |
| 05R | RUSK COUNTY SPEC ROAD | 40 | 0 | 40 |
| 05S | COUNTY SCHOOL | 40 | 0 | 40 |
| 52 | TATUM I.S.D. | 40 | 0 | 40 |
| 65 | RUSK CO ESD#1 | 40 | 0 | 40 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 40 | 0 | 40 |

New Property Search                    Go To Previous Page

COPY
Document Control

Rusk County Appraisal District - Account# 1214212-1-0095415

# Rusk County Appraisal District
## Chief Appraiser - Terry W. Decker, RPA, RTA



**Official Website**
Hosted By Pritchard & Abbott, Inc.



## Mineral Property Information

New Property Search                    Go To Previous Page

**Legal Information:**

BURNETT GU (2)
REAL
AB 19  JAMES MCCLAIN SUR
WELL 2 RRC 176908

**Account Number:**

▮▮▮▮▮▮▮▮▮▮▮

**Operator:**

VERADO ENERGY INC

**Owner Information:**

COLEMAN ALVESTER

826 SMOKEY OAK DR

LANCASTER TX 75146

**Lease Information:**

| RRC#: | 176908 |
|---|---|
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.002071 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 46 | HENDERSON I.S.D. | 10 | 0 | 10 |
| 52 | TATUM I.S.D. | 0 | 0 | 0 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |

New Property Search                    Go To Previous Page



**COPY**
Document Control

Rusk County Appraisal District – Account# 1214212-1-0062400



# Rusk County Appraisal District
### Chief Appraiser - Terry W. Decker, RPA, RTA



**Official Website**
Hosted By Pritchard & Abbott, Inc.



ineral Property Information

New Property Search                                          Go To Previous Page

Legal Information:
JENKINS FELIX W GU 1-5
REAL
AB 282 W W FRAIR SUR
(139911,140367-153268-169898)

Account Number:

Operator:
BP AMERICA PROD CO

Owner Information:

COLEMAN ALVESTER

826 SMOKEY OAK DR

LANCASTER TX 75146

Lease Information:

| RRC#: | 78590 |
|---|---|
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.000051 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

*No Owener Interest*
*No Total*
*ACRES*

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 52 | TATUM I.S.D. | 10 | 0 | 10 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |

New Property Search                                          Go To Previous Page

**COPY**
Document Control

Home | Contact Us | Location | Forms | Disclaimer

skcad.org/(S(5f5b0z45bbujien450

661109

| Schedule K-1 (Form 1041) | 2009 | | [X] Final K-1 [ ] Amended K-1 | OMB No. 1545-0092 |

**Schedule K-1
(Form 1041)**

Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009,
or tax year beginning _____, 2009
and ending _____,

**Beneficiary's Share of Income, Deductions,
Credits, etc.**      ► See separate instructions.

| **Part III** | **Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Interest income | 11 C | Final year deductions 5,454. |
| 2a | Ordinary dividends | | |
| 2b | Qualified dividends | | |
| 3 | Net short-term capital gain | | |
| 4a | Net long-term capital gain | | |
| 4b | 28% rate gain | 12 | Alternative minimum tax adjustment |
| 4c | Unrecaptured section 1250 gain | | |
| 5 | Other portfolio and nonbusiness income | | |
| 6 | Ordinary business income | | |
| 7 | Net rental real estate income | | |
| 8 | Other rental income | 13 | Credits and credit recapture |
| 9 | Directly apportioned deductions | | |
| | | 14 | Other information |
| 10 | Estate tax deduction | | |

**Part I**     **Information About the Estate or Trust**

**A** Estate's or trust's employer identification number

▮▮▮▮▮▮▮

**B** Estate's or trust's name

LAWRENCE HOWARD FLANAGAN TRUST

**C** Fiduciary's name, address, city, state, and ZIP code

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

**D** [ ] Check if Form 1041-T was filed and
enter the date it was filed............ _____

**E** [X] Check if this is the final Form 1041 for the estate or trust

**Part II**     **Information About the Beneficiary**

**F** Beneficiary's identifying number

▮▮▮▮▮▮▮

**G** Beneficiary's name, address, city, state, and ZIP code

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146

BENEFICIARY 3

**H** [X] Domestic beneficiary     [ ] Foreign beneficiary

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

FOR IRS USE ONLY

**COPY**

**Document Control**

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1041.      Schedule K-1 (Form 1041) 2009

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

January 12, 2010

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146

Re: LAWRENCE HOWARD FLANAGAN TRUST
75-6404255

Dear ALVESTER COLEMAN:

Enclosed is your Schedule K-1 (Form 1041) Beneficiary's Share of Income, Deductions, Credits, Etc. for 2009 from the LAWRENCE HOWARD FLANAGAN TRUST. This information reflects the amounts that you need to complete your 2009 income tax return. The amounts shown are your distributive share of fiduciary tax items to be reported on your tax return and may not correspond to the amount of cash you actually received during the year. This information is included in the Fiduciary's 2009 Income Tax Return that was filed with the Internal Revenue Service.

This is the final year that LAWRENCE HOWARD FLANAGAN TRUST will file an income tax return. As a result, this will be the last Schedule K-1 (Form 1041) you will receive.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

LEE GEARHEART, TTEE

COPY
Document Control

Enclosure(s)

# FedEx

## Express




**RECEIVED**

JAN 2 3 2020

**LEGAL SERVICES**

## COPY

Document Control

**FedEx** 8142 2830 1994

THU – 23 JAN AA
STANDARD OVERNIGHT

**XH BNOA**

97005
OR-US
**PDX**



**FedEx** Express    Package
US Airbill    8142 2830 1994    0200

1 From

Sender's Name                                Phone

Company

Address

City                    State    ZIP

2 Your Internal Billing Reference

3 To
Recipient's Name                            Phone

Company

Address

City                    State    ZIP

4 Express Package Service

**Next Business Day**          **2 or 3 Business Days**

FedEx First Overnight
FedEx Priority Overnight
FedEx Standard Overnight
FedEx 2Day A.M.
FedEx 2Day
FedEx Express Saver

5 Packaging
FedEx Envelope    FedEx Pak    FedEx Box    FedEx Tube    Other

6 Special Handling and Delivery Signature Options
Saturday Delivery
No Signature Required
Direct Signature
Indirect Signature
Does this shipment contain dangerous goods?
No    Yes    Yes    Dry Ice
Cargo Aircraft Only

7 Payment Bill to
Sender    Recipient    Third Party    Credit Card    Cash/Check
Total Packages    Total Weight

fedex.com 1.800.GoFedEx 1.800.463.3339

Align top of FedEx Express® shipping label here.