## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON FEBRUARY 27, 2020 STARTING AT 1:00 P.M. (EST)[2]

**I.   RESOLVED MATTER:**

1. Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14000; filed January 13, 2020]

   Response/Objection Deadline:   January 27, 2020 at 4:00 p.m. (EST)

   Responses/Objections Received:   None.

   Related Documents:

   i.   Certification of No Objection Regarding "Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions" [D.I. 14000] [D.I. 14011; filed January 31, 2020]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The February 27, 2020 (the "February 27th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 1:00 p.m. (EST). Any person who wishes to appear telephonically at the February 27th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Wednesday, February 26, 2020** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

    ii. Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14012; filed February 3, 2020]

  Status: On February 3, 2020, the Court entered an order granting the EFH Plan Administrator Board and Reorganized TCEH the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II. **CONTESTED MATTER GOING FORWARD:**

2. Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525 filed by Alvester Coleman [D.I. 14003; filed January 16, 2020]

  Response/Objection Deadline: February 20, 2020 at 4:00 p.m. (EST)

  Responses/Objections Received:

   A. Objection to Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525 filed by Marco A. Montemayor [Not On Docket]

   B. Reorganized TCEH's Objection to "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003] [D.I. 14023; filed February 20, 2020]

  Related Documents:

   i. Notice of "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003] filed by Alvester Coleman and Hearing Thereon [D.I. 14006; filed January 17, 2020]

   ii. Letter filed by Alvester Coleman [D.I. 14020; filed February 18, 2020]

<u>Status</u>: The hearing on this matter will go forward on a contested basis.

Dated: February 25, 2020
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:     collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone: (214) 665-9464
Facsimile: (214) 665-9590
Email:     frank@bramelawfirm.com

*Co-Counsel to Reorganized TCEH*