## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 14024** |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on February 27, 2020 Starting at 1:00 p.m. (EST)," dated February 25, 2020 [Docket No. 14024],

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

by causing true and correct copies to be:

    a.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c.   delivered via electronic mail to those CM/ECF parties listed on the annexed <u>Exhibit C</u>, in accordance with Local Rule 5004-4(c)(ii).

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4.   In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

Wing Chan

Sworn to before me this
26th day of February, 2020

Notary Public

JOHN CHAU
Notary Public, State of New York
Reg. No. 01CH6353383
Qualified in Queens County
Commission Expires  Jan. 23, 2021

T:\Clients\TXUENERG\Affidavits\Agenda Feb 27, 2020_DI 14024_AFF_2-25-20_JN.docx

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) KEVIN G ABRAMS & JOHN M SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS) ATTN: ANDREA S HARTLEY ESQ 98 SE 7TH ST STE 1100 MIAMI FL 33131 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ 500 DELAWARE AVE WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ 2001 ROSS AVE, STE 900 DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) ATTN: KEVIN C DRISCOLL JR ESQ 1 N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 600 N. KING ST., 4TH FLOOR WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & CORY P STEPHENSON ESQ 1204 N KING STREET WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B SCHAEDLE ESQ 130 N 18TH ST (ONE LOGAN SQUARE) PHILADELPHIA PA 19103-6998 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECKE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) ATTN: J. NOAH HAGEY 351 CALIFRONIA ST, 10TH FL SAN FRANCISCO CA 94014 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI, MICHELLE MCMAHON 1290 6TH AVE #33 NEW YORK NY 10104-3300 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN ESQ 1290 6TH AVE #33 NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | (COUNSEL TO ORACLE) ATTN: SHAWN M CHRISTIANSON ESQ 55 SECOND ST STE 1700 SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST, STE 990 WILMINGTON DE 19801 |
| CHAPOTON SANDERS SCARBOROUGH, LL | (COUNSEL TO OIL PATCH GROUP, INC) ATTN ANNALEE MATHIS MAY 952 ECHO LANE, SUITE 250 HOUSTON TX 77024 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO TXU 2007-1 RAILCAR, RED BALL) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP 2950 EXPRESS DRIVE S STE 210 ISLANDIA NY 11749 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500 ROBERT-BOURASSA BLVD 7TH FL MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | ATTN: STEPHEN C STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| DAVIS POLK & WARDELL LLP | ATTN: M. HUEBNER, B. KAMINETZKY ET AL 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN 1201 N MARKET ST STE 2100 WILMINGTON DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J ESBROOK 161 N CLARK ST, FL 16 CHICAGO IL 60601 |
| EVERSHEDS SUTHERLAND (US) LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY NO 1) ATTN: LINO MENDIOLA III ONE AMERICAN CENTER 600 CONGRESS AVE STE 2000 AUSTIN TX 78701 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FOX ROTHSCHILD LLP | (COUNSEL TO SEMPRA) ATTN: JEFFREY M SCHLERF & CARL NEFF 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | ATTN: JOSEPH D FRANK, REED HEILIGMAN 1327 W WASHINGTON BLVD, STE 5 G-H CHICAGO IL 60607 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 1327 W WASHINGTON BLVD STE 5 G-H CHICAGO IL 60607 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ 1 NEW YORK PLAZA NEW YORK NY 10004 |
| FRIEDLANDER & GORRIS P.A. | (COUNSEL TO ELLIOT, LIVERPOOL & PALOMA PARTNERS) ATTN: JEFFREY GORRIS & CHRISTOPHER QUINN 1201 N. MARKET ST., SUITE 2200 WILMINGTON DE 19801 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS & SUNRISE PARTNERS LTD PART.) ATTN: MICHAEL G. BUSENKELL 1201 N ORANGE ST STE 300 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS TX 75254 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) ATTN: WILLIAM WEINTRAUB THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T PECK ESQ 2323 VICTORY AVE STE 700 DALLAS TX 75219 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: PHILIP EVANS ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | CENTRAL INSOLVENCY OPERATION 2900 MARKET ST MAIL STOP 5Q30-133 PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 324 25TH ST OGDEN UT 84401 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE) ATTN: JAMES CARR, BENJAMINN FEDER & BERT SAYDAH 101 PARK AVENUE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH ESQ 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER, GREGORY A HOROWITZ JOSHUA K BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ 4828 LOOP CENTRAL DR, STE 600 HOUSTON TX 77081 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS 2700 VIA FORTUNA DR STE 500 AUSTIN TX 78746 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS |

| Claim Name | Address Information |
|---|---|
| MANION GAYNOR & MANNING LLP | BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E HUGGETT & AMY D BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN: CLARK WHITMORE, ANA CHILINGARISHVILI 90 S 7TH ST STE 3300 MINNEAPOLIS MN 55402-4140 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D MOAK ESQ 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 9857 N 2210 RD ARAPAHO OK 73620-2123 |
| MILBANK LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ 55 HUDSON YARDS NEW YORK NY 10001-2163 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN NATALIE RAMSEY, DAVIS LEE WRIGHT SIDNEY LIEBESMAN 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO PIMCO) ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ ONE FEDERAL ST BOSTON MA 02110-1726 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') ATTN: ANDREW REMMING 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, SETH GOLDMAN ESQ JOHN W SPIEGEL ESQ 350 S GRAND AVE 50TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| NORTON ROSE FULBRIGHT | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY) ATTN: MICHAEL J JOYCE ESQ 901 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS 1007 ORANGE ST STE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN 919 N |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | MARKET ST 17TH FL WILMINGTON DE 19801 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN:; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JEANMARIE BAER 900 8TH ST STE 1100 WICHITA FALLS TX 76301 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL, MARK K THOMAS, PETER J YOUNG 70 W MADISON ST #3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | ATTN: KURT F GWYNNE, KIMBERLY EC LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ATTN: ROBERT P SIMONS ESQ 225 5TH AVE PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR 1001 - 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS 100 S WEST ST STE 400 WILMINGTON DE 19801 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ 1201 N MARKET ST 23RD FL WILMINGTON DE 19801 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 1201 N MARKET ST 23RD FL WILMINGTON DE 19801 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE) ATTN: JAY M GOFFMAN ESQ 4 TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: MARK S CHEHI 920 N KING ST WILMINGTON DE 19899-0636 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GEORGE N PANAGAKIS, CARL T TULLSON 155 N WACKER DR STE 2700 CHICAGO IL |

| Claim Name | Address Information |
|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | 60606-1720 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER 1000 WEST ST STE 1501 WILMINGTON DE 19801-0410 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E LETA ESQ 15 W SOUTH TEMPLE, STE 1200 SALT LAKE CITY UT 84101-1547 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STINSON LEONARD ST | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE, STE 777 DALLAS TX 75219 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST, 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: FREDERICK B ROSNER; SCOTT J LEONHARDT 824 N MARKET ST, STE 810 WILMINGTON DE 19801 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 210 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| UNITED STATES DEPARTMENT OF JUSTICE | FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION 1100 L STREET, NW - ROOM 10030 WASHINGTON DC 20530 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY CIVIL DIVISION 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS 24TH FL NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') ATTN: RICHARD MASON; EMIL KLEINHAUS 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN ESQ 8350 N CENTRAL EXPY STE 1500 DALLAS TX 75206 |

| Claim Name | Address Information |
|---|---|
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 300 DELAWARE AVE STE 1300 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO SEMPRA) ATTN: J CHRISTOPHER SHORE 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: THOMAS LAURIA & MATTHEW BROWN ESQ 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PHILIP D. ANKER; CHARLES C. PLATT; DENNIS L. JENKINS & GEORGE W. SHUSTER, JR. 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | ATTN: BRIAN D WOMAC 8301 KATY FWY HOUSTON TX 77024 |
| WOMBLE BOND DICKINSON | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count  184**

ENERGY FUTURE HOLDINGS CORP., ET AL
OVERNIGHT MAIL - ADDITIONAL SERVICE LIST

ALVESTER COLEMAN
3722 HAPPY CANYON ST.
DALLAS, TX 75241

ALVESTER COLEMAN
3021 FORESTDALE LANE
BALCH SPRINGS, TX 75180

CHARLES MONTEMAYOR
5353 MAPLE AVE., STE. 100
DALLAS, TEXAS 75235

**EXHIBIT B**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) ATTN: LAUREL D ROGLEN | roglenl@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUNSINS ESQ, ERIN R FAY ESQ, EVAN T MILLER ESQ | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: MICHAEL BUSENKELL & EVAN RASSMAN | mbusenkell@gsbblaw.com; erassman@gsbblaw.com |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: JEFFREY KRAUSE | jkrause@gibsondunn.com |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com; beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH; CHARLES H CREMENS) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| ONCOR | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | Patricia@PatVillarealLaw.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD ESQ, GREGG M GALARDI, ESQ, D. ROSS MARTIN ESQ | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN:  JOSHUA P SEARCY ESQ | joshsearcy@jrsearcylaw.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| STEVENS & LEE PC | (COUNSEL TO CHARLES H CREMENS) ATTN: JOSEPH H HUSTON JR | jhh@stevenslee.com |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD ESQ | kgood@wtplaw.com |

| | |
|---|---|
| **Total Creditor Count** | **26** |
| **Total Email Count** | **41** |

ENERGY FUTURE HOLDINGS CORP., ET AL
Electronic Mail - Additional Service List

CHARLES MONTEMAYOR        MMTRI777@GMAIL.COM

**EXHIBIT C**

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## ADDITIONAL SERVICE LIST – CM/ECF

tmoss@perkinscoie.com; nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com

smoultrie@wlblaw.com

nmozal@ramllp.com

luke.murley@saul.com, robyn.warren@saul.com

kathleen.murphy@bipc.com, annette.dye@bipc.com

dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com

jnewdeck@akingump.com, ddunn@akingump.com

snewman@ashby-geddes.com

daobrien@venable.com

soneal@cgsh.com, maofiling@cgsh.com;afee@cgsh.com

bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

olivere@chipmanbrown.com, dero@chipmanbrown.com

paskin@cravath.com

jpeck@mofo.com

kgradney@jw.com

npernick@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; jwhitworth@coleschotz.com; jford@coleschotz.com

lpeterson@lowis-gellen.com

mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com

tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com

Prewitt pwp@pattiprewittlaw.com

dprimack@mdmc-law.com

gpronske@pronskepc.com, lvargas@pronskepc.com;btittle@pronskepc.com;jkathman@pronskepc.com

NRamsey@rc.com, natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com

erassman@gsbblaw.com

wbreilly@debevoise.com, mao-bk-ecf@debevoise.com

aremming@mnat.com; greimann@mnat.com; emalafronti@mnat.com; mleyh@mnat.com; andrew-remming-0904@ecf.pacerpro.com

erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com

rringer@kramerlevin.com,

AByowitz@kramerlevin.com; NHertzBunzl@kramerlevin.com; GFrenzel@kramerlevin.com; dbraun@kramerlevin.com; corporate-reorg-1449@ecf.pacerpro.com

crobinson@pszjlaw.com

roglenl@ballardspahr.com, ambroses@ballardspahr.com

rbgroup@rlf.com

todd.rosen@mto.com

rosenbergm@sullcrom.com

drosner@kasowitz.com, courtnotices@kasowitz.com

Rosner rosner@teamrosner.com

bruzinsky@jw.com, mcavenaugh@jw.com

JSSabin@Venable.com

csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com

austin.bankruptcy@publicans.com

steven.serajeddini@kirkland.com; aparna.yenamandra@kirkland.com; natasha.hwangpo@kirkland.com; patrick.venter@kirkland.com; matthew.fagen@kirkland.com

marias@restructuringshop.com, marias@ecf.courtdrive.com

gsaydah@mmwr.com, gilbert-saydah-6601@ecf.pacerpro.com

bschartz@kirkland.com, george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com

todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com

bschladweiler@ramllp.com,

jlano@ramllp.com; hgibbons@ramllp.com; dkrech@ramllp.com; jsullivan@ramllp.com; ckwiatkowski@ramllp.com; 8289576420@filings.docketbird.com

jschlerf@foxrothschild.com

eschlerf@foxrothschild.com, ahrycak@foxrothschild.com

eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, mnighan@nixonpeabody.com, bnassif@nixonpeabody.com

andrea.b.schwartz@usdoj.gov

seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com

Searcy joshsearcy@jrsearcylaw.com

gseitz@gsbblaw.com

semmelman@rlf.com, rbgroup@rlf.com

semmelman@rlf.com, rbgroup@rlf.com

semmelman@rlf.com, rbgroup@rlf.com

semmelman@rlf.com, rbgroup@rlf.com

semmelman@rlf.com, rbgroup@rlf.com

steven.serajeddini@kirkland.com

PACERTeam@gardencitygroup.com

dshamah@omm.com

shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

jsharret@kramerlevin.com; corporate-reorg-1449@ecf.pacerpro.com

lshipkovitz@tuckerlaw.com

jshrum@jshrumlaw.com

bankruptcy@potteranderson.com

Simon csimon@crosslaw.com, smacdonald@crosslaw.com

usade.ecfbankruptcy@usdoj.gov

Smith dan.smith2@usdoj.gov, efile_ees.enrd@usdoj.gov

osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pacerteam@choosegcg.com, lorri.staal@choosegcg.com

kstadler@gklaw.com, kboucher@gklaw.com

sstapleton@cowlesthompson.com

BKECF@traviscountytx.gov

jdisanti@whitecase.com;mco@whitecase.com; erin.smith@whitecase.com; mshepherd@whitecase.com; jason.bartlett@whitecase.com; aaron.colodny@whitecase.com

gstarner@whitecase.com,

jdisanti@whitecase.com; mco@whitecase.com; erin.smith@whitecase.com; mshepherd@whitecase.com; jason.bartlett@whitecase.com; aaron.colodny@whitecase.com

cstephenson@bk-legal.com

bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

bstewart@baileybrauer.com, eharper@baileybrauer.com;kbell@baileybrauer.com

kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com

kstickles@coleschotz.com,

bankruptcy@coleschotz.com;pratkowiak@coleschotz.com; jwhitworth@coleschotz.com; kkarstetter@coleschotz.com; jford@coleschotz.com

 prentice@slollp.com

jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com; bankruptcy@potteranderson.com

joshua.strum@ropesgray.com

 wdsecfnotices@sha-llc.com

 summersm@ballardspahr.com, ambroses@ballardspahr.com

ttacconelli@ferryjoseph.com

 tarr@blankrome.com, moody@ecf.inforuptcy.com

gtaylor@ashbygeddes.com

 bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

 brian.tong@srz.com

 torkinm@sullcrom.com

 matthew.troy@usdoj.gov

USTPRegion03.WL.ECF@USDOJ.GOV

USTPRegion03.WL.ECF@USDOJ.GOV

wusatine@coleschotz.com, pratkowiak@coleschotz.com

jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

ward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

gweinstein@weinrad.com, wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com

wweintraub@goodwinproctor.com, zhassoun@fklaw.com

r dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

maustria@werbsullivan.com;riorii@werbsullivan.com

ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

 clark.whitmore@maslon.com

stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com

 jwisler@connollygallagher.com

keith.wofford@ropesgray.com, keith.wofford@ropesgray.com

dwright@rc.com, idensmore@rc.com

 wright@lrclaw.com, dellose@lrclaw.com; raucci@lrclaw.com; rogers@lrclaw.com; panchak@lrclaw.com; rogers@lrclaw.com

yoderj@whiteandwilliams.com

Young pyoung@proskauer.com

lzahradka@akingump.com

mark.ellenberg@cwt.com, michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com

dabbott@mnat.com, greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com

jadlerstein@paulweiss.com

davida@publicans.com

 omar.alaniz@bakerbotts.com

salberino@akingump.com

WAlleman@beneschlaw.com, debankruptcy@beneschlaw.com

ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

 Aaltschuler@mwe.com, WashingtonDocketing@mwe.com

Alves alves@sewkis.com

amador.desiree@pbgc.gov, efile@pbgc.gov

candres@gklaw.com, kboucher@gklaw.com

philip.anker@wilmerhale.com, whmao@wilmerhale.com
danthony@bergerharris.com, mnicholls@bergerharris.com
barban@hillerarban.com
baronstam@ramllp.com,
hgibbons@ramllp.com; jlano@ramllp.com; jsullivan@ramllp.com; dkrech@ramllp.com; ckwiatkowski@ramllp.com; 5031916420@filings.docketbird.com
ashmead@sewkis.com
aashmore@dykema.com
dastin@ciardilaw.com, jmcmahon@ciardilaw.com
matchley@popehardwicke.com
jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
acb@pgslaw.com
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
rbarkasy@schnader.com
jbarsalona@mnat.com, greimann@mnat.com; emalafronti@mnat.com; mleyh@mnat.com; joseph--barsalona-5332@ecf.pacerpro.com
bankfilings@ycst.com
amy@purduelaw.com, kim@purduelaw.com
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
CCB@stevenslee.com
kbifferato@connollygallagher.com
learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
mblacker@jw.com, tsalter@jw.com;ldooley@jw.com
Boldissar dboldissar@lockelord.com
alexbongartz@paulhastings.com
mbove@pszjlaw.com
wbowden@ashby-geddes.com
frank@bramelawfirm.com
nbrannick@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com; jwhitworth@coleschotz.com
sbrennecke@klehr.com, state@klehr.com
bkecf@co.travis.tx.us
jbrody@kramerlevin.com, adove@kramerlevin.com; ghorowitz@kramerlevin.com; gfrenzel@kramerlevin.com
1449@ecf.pacerpro.com
brown@braunhagey.com
cbrown@gsbblaw.com
mbrown@whitecase.com
stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
mbusenkell@gsbblaw.com
camson@drumcapital.com
kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
dcarickhoff@archerlaw.com, DE20@ecfcbis.com
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
christopher.carter@morganlewis.com
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
Linda.Casey@usdoj.gov

chatalian.jon@pbgc.gov, efile@pbgc.gov
ana.chilingarishvili@maslon.com
chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
schristianson@buchalter.com, cmcintire@buchalter.com
ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
hcohen@gibbonslaw.com
kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
bgc@conaway-legal.com
tcotton@utsystem.edu
scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
louis.curcio@troutman.com, john.murphy@troutman.com
jason.curry@quarles.com, sybil.aytch@quarles.com
daluzt@ballardspahr.com, ambroses@ballardspahr.com
jdarby@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
eric.daucher@nortonrosefulbright.com
gdavis@omm.com
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
debaecke@blankrome.com
mdebaecke@ashbygeddes.com
RBGroup@rlf.com
RBGroup@rlf.com
rbgroup@rlf.com
defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
deaconson@pakislaw.com
debaecke@blankrome.com
john.demmy@saul.com, robyn.warren@saul.com
ddenny@milbank.com
desgross@chipmanbrown.com, dero@chipmanbrown.com
andrew.devore@ropesgray.com
dietdericha@sullcrom.com
houston_bankruptcy@publicans.com
gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com
jdoran@hinckleyallen.com, calirm@haslaw.com
amish@doshilegal.com
Kevin.Driscoll@btlaw.com, donna.dotts@btlaw.com
tdriscoll@tbf.legal, mdunwody@tbf.legal
ddunne@millbank.com
jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
jedmonson@rc.com, lshaw@rc.com
aehrlich@paulweiss.com, mao_fednational@paulweiss.com
nmrodriguez@epiqsystems.com
michael.esser@kirkland.com
jfalgowski@burr.com
bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
dfarrell@thompsoncoburn.com
efay@bayardlaw.com, lmorton@bayardlaw.com

rfeinstein@pszjlaw.com

bgfelder@foley.com

mfelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

ferguson@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com

jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com

benjaminfinestone@quinnemanuel.com

gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com

mfink@rc.com, mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

gflasser@bayardlaw.com

EFleck@milbank.com,

jbrewster@milbank.com;mbrod@milbank.com; chahm@milbank.com; bzucco@milbank.com; mprice@milbank.com;
aleblanc@milbank.com; nalmeida@milbank.com

dfliman@kasowitz.com, Courtnotices@kasowitz.com

cfong@nixonpeabody.com

jfrank@fgllp.com, mmatlock@fgllp.com; csmith@fgllp.com; Larry.Thomas@westernunion.com; csucic@fgllp.com

sfraser@cozen.com, sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

PACERTeam@gardencitygroup.com

vgarry@ag.state.oh.us

fgecker@fgllp.com, csmith@fgllp.com

gibson@teamrosner.com

peter.gilhuly@lw.com, adam.malatesta@lw.com

deecf@dor.mo.gov

bankserve@bayardfirm.com, nglassman@bayardfirm.com

bankserve@bayardfirm.com, nglassman@bayardfirm.com

bankserve@bayardlaw.com, nglassman@bayardlaw.com; jalberto@bayardlaw.com; bankserve@bayardlaw.com

aglenn@kasowitz.com

glorioso.alessandra@dorsey.com

bgolub@weirpartners.com

kgood@potteranderson.com, cgiobbe@potteranderson.com; lhuber@potteranderson.com;
bankruptcy@potteranderson.com

tleday@ecf.courtdrive.com, bankruptcy@mvbalaw.com; jwilliams@mvba.com; alocklin@mvbalaw.com;
kmorriss@mvbalaw.com

jspeakman@friedlandergorris.com, jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com

Anna.E.Grace@usdoj.gov

jgrey@crosslaw.com, smacdonald@crosslaw.com

kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

hagey@braunhagey.com

raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com

ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com

lharrington@nixonpeabody.com

jharris@bergerharris.com, mnicholls@bergerharris.com

andrea.hartley@akerman.com

howard.hawkins@cwt.com, nyecfnotice@cwt.com

Christopher.hayes@kirkland.com

rhayes@foley.com

Bankruptcy001@sha-llc.com

mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

curtishehn@comcast.net

rheiligman@fgllp.com, ccarpenter@fgllp.com

khill@svglaw.com, spappa@svglaw.com,cwalters@svglaw.com

ahiller@adamhillerlaw.com

bhockett@thompsoncoburn.com

dkhogan@dkhogan.com, gdurstein@dkhogan.com,

hooper@sewkis.com

jhoover@beneschlaw.com, debankruptcy@beneschlaw.com

thoran@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com

jhowell@gpm-law.com

jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com

patrick.hughes@haynesboone.com

chusnick@kirkland.com

jhh@stevenslee.com

kjarashow@goodwinprocter.com

dennis.jenkins@wilmerhale.com

bjohnson@fisherboyd.com

ljones@pszjlaw.com, efile1@pszjlaw.com

ljones@pszjlaw.com

ljones@pszjlaw.com

ljones@pszjlaw.com, efile@pszyj.com

mjoyce@mjlawoffices.com

nskaluk@debevoise.com

stephen.karotkin@weil.com, frank.grese@weil.com

amk@kashishianlaw.com

bkasprzak@moodklaw.com, mike@lscd.com

ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

skaufman@skaufmanlaw.com

pkeane@pszjlaw.com, keanepr93029@notify.bestcase.com

wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,

hkhalid@cgsh.com, maofiling@cgsh.com

dklauder@bk-legal.com

bklayman@cozen.com

klein@teamrosner.com

klein@kleinllc.com

dkleiner@kkwc.com

kotwick@sewkis.com

KOTWICK@SEWKIS.COM

kranzleya@sullcrom.com

stacey@womaclaw.com

ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov

info@kccllc.com, ecfpleadings@kccllc.com

mlahaie@akingump.com

landis@lrclaw.com, brown@lrclaw.com; Ramirez@lrclaw.com; dellose@lrclaw.com; butler@lrclaw.com

klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

vlazar@jenner.com
rlemisch@klehr.com
rlemisch@klehr.com
leonhardt@teamrosner.com
stephen.lerner@squirepb.com, sarah.conley@squirepb.com
dleta@swlaw.com, wkalawaia@swlaw.com
jason.liberi@skadden.com, christopher.heaney@skadden.com; debank@skadden.com; wendy.lamanna@skadden.com
klippman@munsch.com, lpannier@munsch.com
dludman@brownconnery.com
madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
madron@rlf.com, rbgroup@rlf.com
bankfilings@ycst.com
rmalone@gibbonslaw.com
kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
JMarines@mofo.com
LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
rmartin@ropesgray.com
kmayer@mccarter.com
mcclambc@ballardspahr.com, ambroses@ballardspahr.com
gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com; ramirez@lrclaw.com; butler@lrclaw.com
mmo@pgmhlaw.com
jmcmahon@ciardilaw.com
mmcmahon@cullenanddykman.com
bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
linomendiola@andrewskurth.com
rmersky@monlaw.com
nicole.mignone@texasattorneygeneral.gove
james.millar@dbr.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
emiller@bayardlaw.com, lmorton@bayardlaw.com;kmccloskey@bayardlaw.com
kmiller@skjlaw.com, llb@skjlaw.com
smiller@morrisjames.com, wweller@morrisjames.com
mark.minuti@saul.com, robyn.warren@saul.com
pmoak@mckoolsmith.com, nsauter@mckoolsmith.com
tmoloney@cgsh.com
fmonaco@gsbblaw.com, frankmonacojr@gmail.com
bankfilings@ycst.com
hal.morris@oag.texas.gov, shannon.benson@oag.texas.gov
jmorris@pszjlaw.com
asmcapital@aol.com
Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov