IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 14003, 14020, 14023** |

**ORDER DENYING "CREDITOR'S MOTION TO AMEND DEBTORS IN POSSESSION CONTROL OVER FUNDS, OBJECTION TO EPIC [SIC] CORPORATE RES. LLC CONTROL OVER CASE, REQUESTING ALLOWANCE OF AMENDED ASBESTOS CLAIM FORM AS PRIORITY, REQUESTING ALLOWANCE OF AMENDED STOCK CLAIM FORM AS PRIORITY AND REQUESTING PROTECTION AGAINST DISCRIMINATORY TREATMENT PURSUANT TO 11 U.S.C. § 525" [D.I. 14003]**

Upon the *Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form As Priority, Requesting Allowance of Amended Stock Claim Form As Priority And Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525*, filed on January 16, 2020 [D.I. 14003] (the "Motion for Reconsideration") by Alvester Coleman ("Mr. Coleman") seeking reconsideration of this Court's *Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1*, entered on December 19, 2019 [D.I. 13982] pursuant to which this Court sustained *Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 22999151v.1

*TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 13879], filed on November 6, 2019 and overruled any and all objections thereto; and the Court having reviewed and considered all of (i) the Motion for Reconsideration; (ii) the letter and proposed order filed by Mr. Coleman with the Court on February 19, 2020 [D.I. 14020] (the "Letter Submission"); (iii) *Reorganized TCEH's Objection to Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form As Priority, Requesting Allowance of Amended Stock Claim Form As Priority And Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003]*, filed on February 20, 2020 [D.I. 14023] ("Reorganized TCEH's Objection"); and (iv) claim nos. 37842 and 37843 filed by Mr. Coleman, both of which were attached as "Exhibit A" to Reorganized TCEH's Objection; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Motion for Reconsideration in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having heard and considered the arguments and statements in connection with the Motion for Reconsideration, the Letter Submission, and Reorganized TCEH's Objection at a hearing held before the Court on February 27, 2020 starting at 1:00 p.m. (Eastern Standard Time) (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court, it is HEREBY ORDERED THAT:

1.   Reorganized TCEH's Objection is SUSTAINED IN ITS ENTIRETY, and the Motion for Reconsideration and any relief requested by Mr. Coleman in the Letter Submission is DENIED IN ITS ENTIRETY ON THE MERITS AND WITH PREJUDICE.

2. For the avoidance of any doubt, pursuant to, and consistent with, Article VII of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as modified by D.I. 9321 and 9374) (the "TCEH Plan"), claim nos. 37842 and 37843 filed by Mr. Coleman are DISALLOWED in full and EXPUNGED by operation of the TCEH Plan.

3. Reorganized TCEH and its claims and noticing agent, Epiq Corporate Restructuring, LLC are hereby authorized to take any actions reasonably necessary to effectuate the terms of this Order.

4. Notwithstanding the possible applicability of rules 6004(h), 7062, 9014 or otherwise of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: February 27, 2020
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

RLF1 22999151v.1