# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** (CSS) 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 2/27/2020 at 1:00 PM

| NAME *telephonic | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Frank Brame / Alvester Coleman / Michael G. Linn / Jason B. Sanjana | The Brame Law Firm / Alvester Coleman / Farallon Capital Management / Reorg Research | The Brame Law Firm / Alvester Coleman / Interested Party / Reorg Research |
| Jason M Madron | Richards Layton & Finger PA | Reorganized TCEH |