__Alvester Coleman - owner__

This is to Inform all Interested parties, to Insure my correct address is updated as the following:

3722 Happy Canyon St.
Dallas, TX 75241

214-309-8507

avcoleman1986@gmail.com

All correspondence shall be sent to above address.

Best Regards
Alvester Coleman

1-28-2020

Page 1 of 1

Alvester Coleman
_Creditor_

Cause No.: 14-10979

Debtor Energy Future Holdings Corp.

Jointly Admin.

FILED 2020 FEB 28 AM 8:18 US BANKRUPTCY COURT DISTRICT OF DELAWARE

Creditor's Application For Subsistences from Debtors

Upon the Agreed Order on Application For subsistences from Debtor-in-Possession "Energy Future Holding Corp." dated Feb. 12, 2020. Creditor files and ask the Court to Accept and Agree to a $15 million dollar subsistence monthly upto and no longer than the 180 dayz. Therefore be made payable to following: Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241

Respectfully Submitted
Alvester Coleman

2-12-2020

page 1 of 1

Alvester Coleman
Creditor

Cause No.: 14-10979
Debtors: Energy Future Holdings Corp.
Jointly Admin.

### Creditor's Order Further Prioritizing Amended Claim(s) Against Debtor(s) to be paid in-full on 2-20-2020 No later than 2-27-2020

Come Now Creditor, pro se representative ask the Court to Agree to Creditor's Order Further Prioritizing Amended Claim(s) Against Debtor(s) to be paid in-full on 2-20-2020 No later than 2-27-2020.

IT IS Further Ordered AND AGREED that the Debtor(s) pay claim on 2-20-2020 No later than 2-27-2020.

Page 1 of 2

<u>SO Ordered</u>

<u>Date of 2-14-2020</u>

<u>AGREED AND SIGNED</u>
<u>Alvester Coleman</u>
<u>Alvester Coleman</u> (signature)

<u>Honorable Judge</u>

<u>2-14-2020</u>

<u>Page 2 of 2</u>

Alvester Coleman
Creditor

Cause No.: 14-

Debtor: Energy Future Holdings Corp.
Jointly Admin.

Creditor's 2nd Proposed Order for monthly subsistence From Debtor in the Amount of monthly $15 million dollars Pursuit to 180 days Enlarging Motion file by Debtor(s)

Come Now, Creditor and ask the Court to accept this Order for monthly subsistence from Debtor(s) in the Amount of $15 million for No longer than the 180 days Requested by Debtor.

IT IS Agreed AND Ordered, that the Debtor(s) pay subsist monthly to Alvester Coleman.

Page 1 of 2

## SO Ordered

This date of 2-14-2020 with payment due 2-20-2020 in the Amount of $15,000,000 for No longer than 180 day(s).

AGREED AND SIGNED BY:

_Alvester Coleman_
Creditor

_____
Honorable Judge Christopher S
U.S. Deleware Bankrupcy Court Judge

Page 2 of 2

Attn. Court Clerk