IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Docket Nos.: 14030 |

## ORDER

Upon consideration of the *Creditor's Application for Subsistences* [sic] *from Debtors* [D.I. 14030] filed by Mr. Alvester Coleman on February 28, 2020 (the "Motion"); the Court having reviewed the Motion, as well as the related *Creditor's Motion to Amend debtors in Possession Control Over Funds, Objection to Epic* [sic] *Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claims Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525* [D.I. 14003; filed January 16, 2020] (the "Motion for Reconsideration"), as well as Reorganized TCEH's objection thereto [D.I. 14023, filed February 20, 2020] (the "Response"); and the Court having held a hearing on the Motion for Reconsideration on February 27, 2020 (the "Hearing"), and Mr. Coleman having appeared at the Hearing; and at that Hearing, the Court having denied the Motion for Reconsideration; and the Court having entered its *Order Denying Creditor's Motion to Amend debtors in Possession Control Over Funds, Objection to Epic* [sic] *Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claims Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection*

*Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525[D.I. 14003]* [D.I. 14028]; and the Court finding that the arguments in the Motion are similar, if not identical, to the arguments in the Motion for Reconsideration; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion was sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED that:

1. The Motion is DENIED for the reasons set forth at the hearing on February 27, 2020.

2. The Court retains jurisdiction over all matters arising from or related to this Order.

Christopher S. Sontchi
Chief United States Bankruptcy Judge

Date: February 28, 2020