# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: : Chapter 11
:
ENERGY FUTURE HOLDINGS CORP., *et al.*, : Case No. 14-10979 (CSS)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF WITHDRAWAL OF APPEARANCES OF
## JAY M. GOFFMAN AND MARK S. CHEHI

PLEASE TAKE NOTICE that the appearances of Jay M. Goffman, Esq. and Mark S. Chehi, Esq. on behalf of Borealis Infrastructure Management Inc. is hereby withdrawn, and service of pleadings and notices, including CM/ECF electronic notification, in these cases upon them should be discontinued. The address of Carl T. Tullson, Esq., who has entered an appearance in these cases has been changed. Notices and pleadings given or filed in these cases should now be given and served upon each of the following.

> Carl T. Tullson, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
> Telephone: (302) 651-3000
> Email: Carl.Tullson@skadden.com
>
> - and -
>
> George N. Panagakis, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 155 North Wacker Drive
> Suite 2700
> Chicago, Illinois 60606-1720
> Email: George.Panagakis@skadden.com

Dated: Wilmington, Delaware
       March 19, 2020

                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Carl Tullson*
Carl T. Tullson (I.D. No. 6704)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone: (302) 651-3000
Email:  Carl.Tullson@skadden.com

– and –

George N. Panagakis
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720
Telephone: (312) 407-0700
Email:  George.Panagakis@skadden.com

*Counsel for Borealis Infrastructure Management Inc.*

865736-WILSR01A - MSW