Contents :

1) Letter for Judge

2) Motion's & Order's for Filling

FILED
2020 APR 14  AM 11: 16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Alvester Coleman
Case No. 14-10979
Subject: Amended
    Priority Claim's

United States Bankruptcy

Court District of Del

In The Matter of s

Amended Priority Claim Payment

To The Honorable Judge
Christopher Sanchi

I Alvester Coleman pro se representativecome to
You in this letter in the most Respectful way on
the matter of my amended secured priority claim have
Not been recieved. Mr. Jason Madron   Stated
I would only get an unsecured claim of 2,754.00
and Not the Prirority claim you approved on 2-27-2020 and
I amended Jan. 17,2020. (see Exhibit #2) I did Not
send or file No claims with dollar amounts in 2015 or 2016 years.

On 3-24-2020 I called the Court and it was stated she could only give me the contact information to the counsel Jason Madron I made call to number given 302-651-7700 no answer and voil mail that answered was to an unprofessional person that Did Not state she work for Jason's firm. On 3-30-2020 I called EpiQ systems at number of 1-877-276-3111 after the 10th ring very unprofessional rep. answered only to state EpiQ system's system is down and can I call back within an hour and hung up. I made a follow-up conference call to EqiQ system This time their Rep took all information about the check received, my claim/schedule Number, check number, my adress, name, phone and email. Then it was stated that information plus my inquiry on the check would be passed on for this agent to call back or email me. Last conference call made on 4-1-2020 to EqiQ This Rep. state she couldn't find any info on Check or of my preveous calls. Following goes as conference calls made:

times as follows : 3 3-31-2020 call was made at 12:35 representative answered on 8th ring only to state their Epiq sytem was down and for me to call back within an hour. I made a return call 3-31-2020 This time all my information address, phone Number, check number, claim number and email address was give to Epiq rep in which in return state this info would be passed to the Agent on my account(s). Last conference call was made on 4-1-2020 this time Epiq rep put me on hold a toatle of 3 time all to Not give any information on the check from there office and Refuse to tell who was acting as agent on my account funds without of my consint once again, that continue to pay me and include me in reconstructing plan.

Jason Mad has Not Been in contact with Mr. Colenan his Number give being transferd to his secotary is Not being answered, Once he contacted by I contacted Bankrvcy Court on 3-24-200

After being put on hold total of 3 x's this Rep states ~~once~~ once again my ____ of this check would be passed on to this agent as a Priority and she is soo sorry for the mis communication from this Agent To this date I have recieved no response from Agent of Epiq. Last ~~call~~ email made to Jason Madron was emailed on or about 4-1-2020 he email back to state "He was Only pay unsercured claim from 2019 and he Only work for Debtors and I should hire a lawyer and there is No pririority claim. This is my reason for contacting you these Debter(S), Lawyer(S), committee's formed, Agents and adminasters are Ahh involed/working for Energy Future Holdings in order to hide their NON compliance to Bankrupcy And state Laws, preventing compliance to your Court Order on claim(S) from A ____ and Stock, continue to cause server mental distress, continue to expose to COVID-19 in which cause high Risk to creditor due to already As ____ , and ~~~~ ~~~~ this New virus has cause irreporrable harm to persons world wide,

In closing my prayer is you see fit for U.S. Trustee be Refered to the Estate managment and each parson involed be held accountable for mismanagment and Obstrucution of Justice throughby their Non compliance to Bankrupcy Laws and Orders on claims). I also pray you and your fine Court grant any and ALL equaity deem necessary. I court see fit Motions file hereforth be heard on 5-5-2020 or before with my apperence by phone.

Sincerely Submitted

Alveste Coleman
3722 Happy Canyon St.
Dallas, TX 75241
214-309-8507

4-3-2020

Exhibit
#
2



P 646 282 2400  F 646 282 2501

777 THIRD AVENUE, NEW YORK, NY 10017

**Re:    In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)**

Dear Claimant:

On April 29, 2014, Energy Future Holdings Corp. and most of its subsidiaries, including Luminant and TXU Energy, (collectively, the "Debtors") filed voluntary petitions under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On August 29, 2016, the Bankruptcy Court entered an order confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., pursuant to Chapter 11 of the bankruptcy code as it applies to the TCEH Debtors and EFH Shared Service Debtors (the "Plan").[1] The Plan became effective on October 3, 2016.

The enclosed check is the final satisfaction of your Allowed Claim in Class C5 – General Unsecured Claims against the TCEH Debtors other than EFCH. The specifics regarding your Allowed Claim and recovery rights are set forth in the Debtors' official claims register on file with the Bankruptcy Court and available online at www.efhcaseinfo.com and in the Debtors' Plan. The claim number listed in the remittance advice of your check corresponds to the official claim number that can be found on the claims register. If you had multiple claims against one or more Debtors they will be paid separately.

The enclosed check will be void ninety (90) calendar days after it was issued. Requests for reissuance of any check must be made directly and in writing to the Disbursing Agent at the email or mailing address listed below. One year after check issuance date, any uncashed payment on account of the Allowed Claim (and any claim for reissuance of the original check) shall be forever barred.

You may receive one or more 2020 Forms 1099 on account of your Allowed Claims for tax reporting purposes. In addition, you may receive other Forms 1099 on account of non-bankruptcy payments made by Energy Future Holdings Corp. and its subsidiaries during the calendar tax year.

If you have questions regarding your claim, please visit www.efhcaseinfo.com or call the Debtors' claims and disbursing agent, Epiq Corporate Restructuring, LLC, at 1-877-276-7311.

Thank you for your patience and cooperation throughout the reorganization process.

**Regards,**

**Epiq Corporate Restructuring, LLC, as Disbursing Agent for**

Texas Competitive Electric Holdings Company LLC
777 Third Avenue, 12th Floor
New York, NY 10017
efh@epiqsystems.com

---

[1] Capitalized terms used but not defined in this letter have the meanings assigned to such terms in the Plan. A copy of the Plan may be obtained from the Debtors' dedicated restructuring website, www.efhcaseinfo.com.

EPIQ CORPORATE RESTRUCTURING LLC AGT FOR
VISTRA ENERGY CORP FKA TCEH CORP
PO BOX 4418
BEAVERTON, OR 97076-4418

Citizens Bank, N.A.

**CHECK NUMBER**
200716

**DATE**
03/27/2020

Claimants Will Have 90 Days To Cash A Check

PAY EXACTLY ********** ONE HUNDRED NINETY SEVEN AND 75/100 DOLLARS

**AMOUNT**
$197.75

**PAY TO THE ORDER OF:**
COLEMAN, ALVESTER
3722 HAPPY CANYON DR
DALLAS TX 75241-5227

Authorized Signature

This check may not be cashed at a check cashing
agency or money service business.

Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE    SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

⑆0200716⑈ ⑆036076150⑆ 63137824 57⑈

In The United States Bankruptcy
Court For The District Court of Delware

## Chapter 11

| | |
|---|---|
| Alvester Coleman | Case No. 14-10979 |
| Creditor | Energy Future Holdings Corp. |
| | Debtor |
| | Jointly Admin. |

Creditor's Objection to Unsercured
Claim payment

Come Now Alvester Coleman a ser        priority claim
Object Debtor's Unser      claim payment recieved 3-30-2020
through by Epiq Systems as disbursing agent check from unregistered
bank (see Exhibit #A) Citizens Bank N.A.

Furthermore this unsecured claim payment was Not file
or sent in as a claim of Alvester Coleman, through by Epiq
System's an admission with no evredence to show proof of my
filing this claim on or about 2015 or next year thereof,

Page 1 of 2

## Prayer

I pray this fine Court see fit by above stated facts, and lack of evidence from Debtors to proof diffrent, IT be seen fit to Creditor's Objection to claim of unsecured claim payment and Debtor(s) be Ordered to pay Amended A     claim as a priority, pay Amended stock claim as priority on or before May 5, 2020. In closing to be Known court has jur to set any e   rem    seem fit or GRANT Any Motion seem as nessecary remidy. And GRANT ALL Ask Amount on Claim as Relief. This In Respons to

SIGN on_____2020

Alvesta Coleman
Creditor

U.S.B. Court
Judge

Page 2 of 2

Exhibit
#
A

EPIQ CORPORATE RESTRUCTURING LLC AGT FOR
VISTRA ENERGY CORP FKA TCEH CORP
PO BOX 4418
BEAVERTON, OR 97076-4418

 

162361108
000 0000705 00000000 0001 0001 00705 INS: 0 0
COLEMAN, ALVESTER
3722 HAPPY CANYON DR
DALLAS TX 75241-5227

U8481 v.03 08.15.2018

Claimant Name: COLEMAN, ALVESTER
Claim/Schedule Number: 31018
Payment Debtor: Luminant Generation Company LLC
Check Date: 03/27/2020
Check Number: 200716
Check Amount: $197.75

Alvester Coleman
_____
Creditor

| Cause No.: 14-10979

| United States Bankrupcy Court District
| of Delware

| Energy Future Holdings Corp.
|                                    Debtors
|    Jointly Admin.
|
|
|
|
|
|

Creditor's Order Against Epiq Corporate
Restructuring, LLC, as Disbursing Agent, for Protection
Against Discriminatory Treatment in pur
to Title 11 Bankrupcy Chapter 5 Subchapter 11
Sec. 525 o 11 U.S Code §543 Turnover of Property to Trustee

The undersigned hereby certifies that, as of the date hereof,
Creditor Alvester Coleman has Not recieved Co        prirotity
Claim payment from above Agent. These statement above and below
set forth the reason for Creditor's named Order and Demand of
Turnover,
The undersigned further certifies that has only recieved
a check for amount of $197.75 for general Unsecured claim,
inwhich Creditor Did Not file this claim number of 31018

The above statements shows the following:

1) Epiq Corporate Restructuring LLC, as Disbursing Agent
   Contin  to be in Non-compliance to (1-5)
                    Page 1 of 2

A) Is in Non-compliance with Judges Order to pay in full Amended claim(s)

2) Continue to act as Agent without Creditor's acknowledge

3) To this date has Not return confrence calls to Creditor

4) Refused to explain the Unsecured Claim (see Exhibit #A)

5) Refuse to explain why this claim comes from an Unregistered Citizens Bank, N.A.

IT IS ORDERED, ADJUDGED and AGREED by Creditor for Protection Against Discriminatory Treatment AGAINST Epiq Corporate Restructuring LLC, as Disbursing Agent in pur to Title 11 Bankrupcy Chapter 5 Subchapter 11 Sec. 525, coinc with 11 U.S. Code §543 Turnover Property to Appointed U.S. Trustee upon court appointment.

In response to the unexplained class C5 unsecured claim payment recieved on 3-30-2020 by above Agent for disbursing claim(s).

illester Coleman
Creditor

U.S.B. Court Judge

4- -2020

Alvester Coleman
3722 Happy Canyon St.
Dallas, Tx 73241
214-309-8507