# In The United States Bankrupcy Court For The District of Delware

Alvester Coleman
Creditor

Chapter 11

Cause No. 14-10979

Energy Future Holdings Corp.
Debtor(s)
Jointly Administered

## Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut to 11 U.S. Code, § 1104. With Authority to take Action Against Debta's Subsidiaries.

Come Now, Alvester Coleman, pro se representative ask this Motion as syled above be Accepted by the court as an Emergency to Appoint U.S. Trustee, with authority to manage day-to-day f    of Estate with also authority to take action Against Debtors-in-possession and subsidiaries.

## I. Factual Background

The Creditor Alvester Coleman is the correct person therefore to file Amended claim(s) on or about Jan. 2020.

Page 1 of 4

One Hearing was Held, court order and Granted my Priority Admended claim for Asbestos To this date claim has Not be disturbated. This showing Denied of Asbestos claim but intentionally of Debtor to impear minerals within same property in which Alvester Coleman is owner. The counsel of Jason madron, was given order for payment instead he passed along Order to Disbursing Agent also in non-compliance to Court Order, as stated previously to the Court of 3rd party involedment. On 3-24-2020 Confrence call was made to Delware Bankrupcy Court and the Judicial Assistant stated I can recieve all information purtianing to Approved Amended claim from Jason madron. To this date the have Not been any phone calls returned only emails made to madron@rlf.com. Emails were exchanged with Jason Madron from date of 3-24-2020 - 4-1-2020. On each email Mr. Madron states he will only pay unsercured claim I didn't file in 201 and I will Not recieve Priortiy Amended claim and I should seek legal counsel. To this date therefore creditor has NOT recieved payment and or explaination to the unknown unsecured claim recieved.

These statement of facts show reason for creditor's Emergency Motion for Court Appointed U.S. Trustee or Examiner to act as last resort to protect Estates assets that are in Danger.

A. Appointing _____ as U.S Trustee as _____ of Assets in this named cause number "the Estate" EFFECTIVE IMMEDIATELY UPON the issuance of this Order file as forth.

B. GRANTS, the U.S. Trustee the authority to take Immediate Possession, Custody, and Control of All Assets being claim or held by Debtor(s) "EFH" and all jointly adiminastared Debtor(s) Trustee is given Authority deems nessary to maintain, operate, and preserve the Estate and it's prodjects. Oversee the past and present handling of this case, and all for good cause and best interest of Creditor, Aluester Coleman and consumers alike.

C. INSURE, All property, permit(s), mineral interest decimal corrected, stock certificates, bonds, accounts recievables, rental income, capital distributions, quaterdly dividend payment allicoated, government lease updated, Division Orders updated and made accessiable and payable to, Aluester Coleman, in which to insure Pricity A _____ Claim is to be made payable to above named Creditor.

D. Insure, All parties incluiding administration, management, Debtor's committe, Creditor's committee, each retain counsel of record, ARE IN COMPLIANCE with applicable Bankrupcy and/or State Laws This includes monitoring of conduct of each party in further proceedings; with Authority to report or refer ALL findings may include fraud, dishonesty, incompetence, gross mismanagement of the affairs of the debtor(s), current management, shareholders, CEO's and All involded with "EFH's subsisdiaries.

Page 3 of 4

Therefore, in closing it is the Prayer of the Creditor/owner that this Emergency Motion be **GRANTED**.

1) Grants U.S. Trustee as Emergency
2) Insure Granted Priority Amended Asbestos Claim Distributed through by Trustee
3) Insure Amended Priority Stock Claim Distributed by Trustee Granted.

If a U.S. Trustee is NOT GRANTED by this Court this Creditor will continue to suffer from severe emotional distress, high risk for death due to unknown complications from the asbestos exposre, and along with Estate places many consumers alike to suffer irreperable harm as these Debtor(s) will continue to have unfettered, ~~control~~ unethical and Dangerous control over Distributions and claims.

ORDERED, ADJUDGED, and AGREED by Creditor

Entered this 2 day April 2020

_Lester Coleman_
Creditor

_____
U.S.B.C. Judge

4-3-2020

Page 4 of 4

# In The United States Bankruptcy Court For The District of Delware

| | |
|---|---|
| Aluester Coleman<br>Creditor | Chapter 11<br>Cause No. 14-10979<br>Energy Future Holdings CORP,<br>Debtor<br>(Jointly Administered) |

## Agreed Order Appointing Emergency U.S. Trustee or Examiner

On this 3 day of April 2020 Creditor file Emergency Motion for Court Appointment of U.S. Trustee or Examiner came to court on behalf of the Creditor and notice given to Debtor. The Court finds that this Creditor AGREED on the Court to Appoint a U.S. Trustee or Examiner, to recieve and manage for distrubution of assets in control of Debtor(s) (EFH & others), and be Appointed on Emergency basis. The Court having the full authoirty and jur         over the above cause matter. The Court Further finds that _____ possesses the necessary qualifications and is proper person

Page 1 of 3

to be, and is hereby Appointed Trustee to Estate subject to his/her agreement to serve.

On filling Trustees Oath and or any coast that may accore for Appointment in which cost to be charged to Debtor(s) with amount of $_____ (if any for oath/bond) as condititioned as provided by law together with the Oath, the Trustee shall within (14) days file and recieve correct inventory, accounting books, and appraisement of the business assets of Creditor, Alvester Coleman. Objections to the inventory, accounting books, and appraisement of the creditor's business assets must be filed within (7) days of the Trustee's filings of those documents, with such objections to be decided by the Court after hearing on matter.

<u>IT IS Therefore,</u>

<u>ORDERED</u> that court have authority to Appoint

_____ as U.S. Trustee this creditor's best interest for assets in control by EFH and others

<u>IT IS Further;</u>

<u>Ordered</u> that the U.S Trustee shall file

Oath and or Bond with the District of Delware Bankrupcy Court Clerk, Will

ITIS further,

Ordered that _____ Shall file an inventory accounting and appraisment of assets held by EFH and jointly admin. Debtor(s) within (14) days of qualifying as the Emergency U.S. Trustee It is Further,

Ordered that the Trustee shall present any offer, and relief he seem or finds acceptable to the Court for approval from Court prior to accepting said offer. Further the Trustee or Examiner shall report to the Court the sale of any assets of Creditor held by Debtor before and after sale.

Signed on April 3  2020

Agreed and Approved By:
Elveater Coleman
Creditor
Pro-Se

U.S.B.C Judge

Page 3 of 3

In The United States District Of Delware Bankrupcy Court

| Alvester Coleman  Creditor | Cause No. 14-10979  Energy Future Holdings Corp.  Debtors  Jointly Admin |
|---|---|

## Creditor's Order On Emergency Motion For Court Appointment of U.S. Trustee or Examiner

After considering Creditor's Emergency Motion For Court Appointment of U.S Trustee or Examiner for best interest of Creditors assets in the Estate, The Court Hereby ORDER This Motion be GRANTED on Emergency basis

GRANTS, Creditor Alvester Coleman's Emergency Motion AGAINST

① Energy Futur Holdings
② All subsidiaries Jointly Adminastered

<u>APPROVED ON</u>

Date of _____ 2020
Case No. 14-10979
Court of Delware District Bankrupcy Court
Presided By: Cheif Judge Christopher Sonc

_____
Creditor

_____
Judge of Court
U.S.B.C of Delware District

4-3-2020

214-309-8507

Page 2 of 2

Respectfully Submitted
Alvester Coleman
Alvester Coleman
3722 Happy Caynon St.
Dallas, Tx 75241
avcoleman1986@gmail.com

<u>In The United States Bankruptcy</u>
<u>Court District of Delware</u>

| | |
|---|---|
| Alvester Coleman<br>Creditor | Chapter 11<br>Case No. 14-10979<br>Energy Future Holdings Corp.<br>Debtors<br>Jointly Admin. |

<u>Creditor's 2nd Proposed Order</u>
<u>for Monthly Subsistence payment Against</u>
<u>Each Jointly Administered Debtors lead Debtor</u>
<u>as Energy Future Holdings Corp.</u>

Upon the fillings of Creditor's other Motions in which to an objection or not, Comes Now is Creditor's 2nd Proposed Order as following:

1) <u>Order</u> Debtor as styled above and others, pay $25 million Dollar monthly subsistence Each, to be made payable to Alvester Coleman, until reorganization plan is finalized

2) <u>Order</u> 1st subsistance due by 5-5-2020 if not included in plan or fee paid priority claim.

3) <u>Order</u> if Granted be paid no longer than (90) days on or by July 8 2020, in which adds 90 more days to years given to settle this far.

<u>Page 1 of 2</u>
4-3-2020

4) <u>Order</u> Subsistence, priority asbestos claim, prirituty stock claim, and any relief seem nessecary as relief Granted through by Court Order and or rec of U.S. Trustee as appointed.

<u>It Is</u>

<u>Ordered</u>, <u>Adjudged</u> and <u>Agreed</u> that this creditor's 2nd Proposed Order for monthly subsistences of $25 million dollars ~~each~~ from each Debtor

This In response to The EFH plan administator Board's Motion For Entry of An Order Further extending the deadline to file and Serve objections to claims Against or interests in the EFH/EFIH Debtor(s), in which creditor has filied objection to and ask the deadline be set on 5-5-2020 and or if NOT THIS

<u>ORDER IS</u>

<u>Granted</u>, <u>Adjudged</u> and <u>Agreeded</u> that this creditor's 2nd Proposal Order for monthly subsistences,

Entered ___ day of _____ 2020

__Alverta Coleman__
Creditor
_____
Debtor
_____
Debtor

_____
U.S.B.C Judge

Page 2 of 2        4-3-2020