Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
DUANE MORRIS LLP
230 Park Avenue
New York, New York 10169
Telephone:  (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Analytics, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------X
                                                                        :
In re:                                                                  :   Chapter 11
                                                                        :
ENERGY FUTURE HOLDINGS CORP., *et al.,*                                 :   Case No.  14-10979 (CSS)
                                                                        :
                                                      Debtors.          :   (Jointly Administered)
                                                                        :
------------------------------------------------------------------------X

## NOTICE OF CHANGE OF LAW FIRM NAME AND E-MAIL ADDRESSES

**PLEASE TAKE NOTICE** that the law firm SATTERLEE STEPHENS LLP, attorneys for Moody's Analytics, Inc., has combined with and changed its name to DUANE MORRIS LLP.  The address, phone numbers, and facsimile number of the firm will remain the same.  The email addresses for Christopher R. Belmonte and Pamela A. Bosswick have changed to the following:

|  |  |
|---|---|
| Christopher R. Belmonte, Esq. | CRBelmonte@duanemorris.com |
| Pamela A. Bosswick, Esq. | PABosswick@duanemorris.com |

Dated: New York, New York
       April 17, 2020

                        DUANE MORRIS LLP

                        By:  /s/ Christopher R. Belmonte
                             Christopher R. Belmonte
                             Pamela A. Bosswick
                       230 Park Avenue
                     New York, New York 10169
                     Phone: (212) 818-9200
                     Fax: (212) 818-9606
                     Email: CRBelmonte@duanemorris.com
                                PABosswick@duanemorris.com

                     *Attorneys for Moody's Analytics, Inc.*