# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF DENIS BERGSCHNEIDER

I, Denis Bergschneider, was diagnosed with malignant mesothelioma caused by my exposure to asbestos on September 14, 2017.

From 1967 through 1973, I worked as a plant helper, plant equipment attendant, plant equipment operator, and a control operator at Kansas City Power & Light at Montrose Station in Missouri. While at the Kansas City Power & Light Plant, I worked around insulated pipes and other insulated equipment, including turbines and boilers. I also worked in close proximity to tradesmen who used asbestos-containing products and insulation on a regular basis while they repaired equipment, and installed pipes, steam lines, and boilers. This work created visible dust, which I breathed. As a result of my work and proximity to others working with asbestos-containing products on a regular basis I was exposed to asbestos-containing dust that I inhaled.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Error! Unknown document property name.**

==I have no recollection of having seen any notice of the Bar Date in the Energy Future Holdings Bankruptcy. I was not aware of the Bar Date until after I was diagnosed with mesothelioma.==

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2017

Denis Bergschneider

SWORN to and subscribed before me this 12 day of December, 2012

Notary Public

My Commission Expires: 8-16-2027

ADAM L ROBINSON
Notary Public – Arkansas
Benton County
Commission # 12361857
My Commission Expires Aug 16, 2027

- 2 -