# EXHIBIT 3

**RECEIVED**

MAR 1 7 2020

**LEGAL SERVICES**

**EFH**    0000037846

---

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

## ASBESTOS PROOF OF CLAIM

**COURT USE ONLY**

| Name of Debtor: | Case Number: |
|---|---|
| EECI, Inc. | 14-10992 |

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

**Denis and Meri Bergschneider**

c/o Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Ste 400
Oakland, CA 94607-3858

| Telephone number: | Email: |
|---|---|
| 510-302-1000 | skazan@kazanlaw.com |

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

*(If known)* _____

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

**Same**

| Telephone number: | Email: |
|---|---|
| Same | Same |

**COURT USE ONLY**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

1. **Amount of Claim as of Date Case Filed:** $ **1,000,000**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:**  Personal Injury/Loss of Consortium
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** N/A ___ ___ ___
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $ _____
Annual Interest Rate ___ % ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ _____

Basis for perfection: _____
Amount of Secured Claim: $ _____
Amount Unsecured: $ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____    (See instruction #6)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)   Check the appropriate box:
☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3005.)   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| | Address, telephone number, and email (If different from notice address above): |
|---|---|
| Print Name: Steven Kazan | Name |
| Title: Managing Partner | Name |
| Company: Kazan, McClain, Satterley & Greenwood | Telephone number: |
| (Signature)  March 3, 2020  (Date) | Email: |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11

Case No. 14-10979 (CSS)

(Jointly Administered)

### AFFIDAVIT OF DENIS BERGSCHNEIDER

I, Denis Bergschneider, was diagnosed with malignant mesothelioma caused by my exposure to asbestos on September 14, 2017.

From 1967 through 1973, I worked as a plant helper, plant equipment attendant, plant equipment operator, and a control operator at Kansas City Power & Light at Montrose Station in Missouri. While at the Kansas City Power & Light Plant, I worked around insulated pipes and other insulated equipment, including turbines and boilers. I also worked in close proximity to tradesmen who used asbestos-containing products and insulation on a regular basis while they repaired equipment, and installed pipes, steam lines, and boilers. This work created visible dust, which I breathed. As a result of my work and proximity to others working with asbestos-containing products on a regular basis I was exposed to asbestos-containing dust that I inhaled.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

I have no recollection of having seen any notice of the Bar Date in the Energy Future Holdings Bankruptcy.  I was not aware of the Bar Date until after I was diagnosed with mesothelioma.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 12, 2017

Denis Bergschneider

SWORN to and subscribed before me this 12 day of December, 2017

Notary Public
My Commission Expires: 8-16-2027

ADAM L ROBINSON
Notary Public - Arkansas
Benton County
Commission # 12361897
My Commission Expires Aug 16, 2027

# Kazan, McClain, Satterley & Greenwood℠

**A Professional Law Corporation**

**KAZANLAW.COM**

May Wong
mwong@kazanlaw.com

March 16, 2020

**Via UPS – Next Day Delivery**

Energy Future Holdings Corp.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd.,
Beaverton, OR  97005

Re:    **Manifested EFH Claims for claimant, Denis and Meri Bergschneider**

Dear Sir/Madam:

Please find enclosed 4 asbestos proof of claims for claimant, Denis and Meri Bergschneider, Case #14-10992, 14-10990, 14-11039, and 14-11012 submitted by Steven Kazan, of Kazan, McClain, Satterley & Greenwood.

Should you have any questions, please do not hesitate to contact me at (510) 302-1000. Thank you.

Very truly yours,



May Wong
Assistant to Steven Kazan

MW:mw
Enclosures

# COPY

Document Control

MAY WONG
510 302 1000
KAZAN MCCLAIN SATTERLEY & GREE
JACK LONDON MARKET
OAKLAND CA 94607

**0.2 LBS    LTR        1 OF 1**

SHIP TO:
CLAIMS PROCESSING CENTER
877-276-7311
ENERGY FUTURE HOLDINGS CORP.
10300 SW ALLEN BLVD
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
## BEAVERTON   OR 97005-4833



# OR 971 7-01

## UPS NEXT DAY AIR SAVER  1P

TRACKING #: 1Z 863 722 29 9954 2372



BILLING: P/P
SIGNATURE REQUIRED

Case Name: Bergschneider

CS 22.0.11.    WNTNV50 83.0A 12/2019

FOLD HERE

### UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

**Customers without a Daily Pickup**
Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
909 MARINA VILLAGE PKWY
ALAMEDA, CA 94501

UPS Access Point™
THE UPS STORE
1001 BROADWAY
OAKLAND, CA 94607

UPS Access Point™
JACKSONS LIQUOR
739 E 12TH ST
OAKLAND, CA 94606

**RECEIVED**

MAR 1 7 2020

**LEGAL SERVICES**


COPY
Document Control