IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Objection Deadline: April 28, 2020 @ 4:00 p.m.**<br>**Hearing Date: May 5, 2020 @ 1:00 p.m.** |

**NOTICE OF MOTION
OF BERGSCHNEIDER TO ALLOW LATE FILED PROOFS OF CLAIM**

PLEASE TAKE NOTICE that on April 20, 2020, Denis and Meri Bergschneider, ("Bergschneider"), filed a **Motion of Bergschneider to Allow Late Filed of Proofs of Claim** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the relief sought in the Motion must be (a) in writing and served on or before **April 28, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD **ON MAY 5, 2020 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISOPHER S. SONTCHI, 5TH FLOOR, COURTROOM #6, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, WILMINTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 20, 2020
       Wilmington, Delaware

Respectfully submitted:

By:   */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Denis and Meri Bergschneider*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Denis and Meri Bergschneider*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2020, I electronically filed the foregoing NOTICE OF MOTION OF BERGSCHNEIDER TO ALLOW LATE FILED OF PROOF OF CLAIM via the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants who have entered an appearance in this proceeding.

<u>/s/ Daniel K. Hogan</u>

Daniel K. Hogan (DE Bar # 2814)
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com