# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | Re:  D.I. ____. |

## PROPOSED ORDER

The Court hereby grants Denis and Meri Bergschneiders' Motion to Allow Late Filed of Proofs of Claim.  The Bergschneiders' proofs of claims filed on March 17, 2020 at Claims Numbers 37845, 37846, 37847 shall be treated in this bankruptcy case as if it were a timely filed claim.

So Ordered, this _____ day of _____, 2020.

/s/_____

The Honorable Christopher S. Sontchi

United States Bankruptcy Court Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.