IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 14040, 14041** |
| | ) |
| | ) Hearing Date:  June 1, 2020 at 11:00 a.m. |
| | ) Objection Deadline:  May 20, 2020 at 4:00 p.m. |

**NOTICE OF (I) "CREDITOR'S OBJECTION TO UNSECURED CLAIM PAYMENT" [D.I. 14040] AND (II) "CREDITOR'S EMERGENCY MOTION FOR APPOINTMENT BY COURT OF U.S. TRUSTEE OR EXAMINER IN PURSIUT [SIC] TO 11 U.S. CODE § 1104 WITH AUTHORITY TO TAKE ACTION AGAINST DEBTOR'S SUBSIDIARIES" [D.I. 14041] FILED BY ALVESTER COLEMAN AND HEARING THEREON**

PLEASE TAKE NOTICE that, on April 17, 2020, the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") docketed the (i) **Creditor's Objection to Unsecured Claim Payment** [D.I. 14040] (together with its associated correspondence, documents, and attachments, the "Objection") and (ii) **Creditor's Emergency Motion for Appointment By Court of U.S. Trustee or Examiner In Pursiut [sic] to 11 U.S. Code § 1104 With Authority to Take Action Against Debtor's Subsidiaries** [D.I. 14041] (the "Motion"), both filed by Alvester Coleman ("Mr. Coleman") in the above-captioned chapter 11 cases.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

PLEASE TAKE FURTHER NOTICE that, pursuant to Del. Bankr. L.R. 9006-1(c)(ii) (and at the direction of Chambers), any responses or objections to the Motion or the Objection must be in writing, and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **May 20, 2020 at 4:00 p.m. (Eastern Daylight Time)**, and must be served upon Mr. Coleman at 3722 Happy Canyon St., Dallas, TX 75241.

PLEASE TAKE FURTHER NOTICE that, if an objection is timely filed, served, and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion and the Objection will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **Monday, June 1, 2020 starting at 11:00 a.m. (Eastern Daylight Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*, all parties wishing to appear telephonically at the Hearing must contact CourtCall via telephone (for callers calling from within the United States of America:  866-582-6878; for callers calling from outside of the United States of America:  310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America:  866-533-2946; for parties sending facsimiles from outside of the United States of America:  310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on Friday, May 29, 2019** to register their telephonic appearances.

IF NO OBJECTION TO THE MOTION IS TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY

GRANT THE RELIEF REQUESTED IN THE MOTION AND THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 22, 2020
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:  (214) 665-9464
Facsimile:  (214) 665-9590
Email:  frank@bramelawfirm.com

*Co-Counsel to Reorganized TCEH*