## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 5, 2020 STARTING AT 1:00 P.M. (EDT)[2]

---

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,*
*THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

---

## I.    CONTINUED/RESOLVED MATTERS:

1.    EFH Plan Administrator Board's Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the EFH/EFIH Debtors [D.I. 14034; filed March 2, 2020]

Response/Objection Deadline:          March 16, 2020 at 4:00 p.m. (EDT)

Responses/Objections Received:       None.

Related Documents:

i.    Certification of No Objection Regarding the "EFH Plan Administrator Board's Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the EFH/EFIH Debtors" [D.I. 14034] [D.I. 14037; filed March 20, 2020]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The May 5, 2020 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 1:00 p.m. (EDT).

    ii.    Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the EFH Debtors or the EFIH Debtors [D.I. 14038; filed March 23, 2020]

<u>Status</u>: On March 23, 2020, the Court entered an order granting the EFH Plan Administrator Board the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

2.    Motion of Bergschneider to Allow Late Filed Proofs of Claim [D.I. 14047; filed April 20, 2020]

    <u>Response/Objection Deadline</u>:    May 15, 2020 at 4:00 p.m. (EDT)

    <u>Responses/Objections Received</u>:    None at this time.

    <u>Related Documents</u>:

    i.    Re-Notice of Hearing Regarding Motion of Bergschneider to Allow Late Filed Proofs of Claim [D.I. 14050; filed April 22, 2020] (the "<u>Re-Notice</u>")

    <u>Status</u>: As set forth in the Re-Notice, the hearing on this matter has been continued to the omnibus hearing scheduled for June 1, 2020 starting at 11:00 a.m. (EDT).

*[Remainder of page intentionally left blank.]*

Dated: April 24, 2020
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*