# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## AFFIDAVIT OF DAVID HEINZMANN

I, David Heinzmann, was diagnosed on July 15, 2016 with ▮▮▮▮▮▮ caused by my exposure to asbestos.

From 1957 through 1965 I worked for Babcock & Wilcox at many facilities, primarily in connection with the start-up of large boilers. During this work, I worked on a regular basis around workers who were installing, repairing and otherwise manipulating thermal insulation, refractory products and other materials that I believe contained asbestos. This work created visible airborne dust, which I breathed. Among the facilities that I worked at were the Mountain Creek Power Plant in Dallas, TX, the Stryker Creek Power Plant in Jacksonville, TX and the FPL Power Plant in Ft. Myers, Florida. I worked at each of these facilities for extended periods of time as I described in the deposition I gave in my personal injury lawsuit.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

I have no recollection of having seen any notice of any Bar Date for asbestos-related claims in the Energy Future Holdings Bankruptcy. I was not aware of the Bar Date until after I was diagnosed with mesothelioma.

### VERIFICATION PURSUANT TO 28 U.S.C. § 1746(1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_David Heinzmann_    12/12/17
David Heinzmann           Date

_Tomita Dunn_    12/12/17
Witness