# EXHIBIT 2

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Energy Future Holdings Corp. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>P.O. Box 4420<br>Beaverton, OR 97076-4420 | **ASBESTOS PROOF OF CLAIM** |
|---|---|

| Name of Debtor:<br><br>EECI, Inc | Case Number:<br><br>14-10992 |
|---|---|

**COURT USE ONLY**

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

**EFH**    0000037849

**RECEIVED**

APR 2 8 2020

**LEGAL SERVICES**

Name and address where notices should be sent:

Kaye Heinzmann, Surviving Spouse of
David Heinzmann (deceased)
c/o The Ruckdeschel Law Firm, LLC  8357
Main Street
Ellicott City, MD 21043

❏ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

(If known) _____

Filed on: _____

Telephone number: 443-286-8858    Email: ruck@rucklawfirm.com

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Same

COURT USE ONLY

Telephone number: Same    Email: Same

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❏ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❏ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. § 507(a)(4).

❏ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

❏ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

❏ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

1. **Amount of Claim as of Date Case Filed:**    $ 1,000,000 _____
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:** _Asbestos Personal Injury, Wrongful Death claim of surviving spouse of David Heinzmann_
(See instruction #2)  Deceased on ▮▮▮▮▮▮

3. **Last four digits of any number by which creditor identifies debtor:** _n/a_ ___ ___ ___
3a. **Debtor may have scheduled account as:** _____
(See instruction #3a)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
❏ Real Estate    ❏ Motor Vehicle    ❏ Other

Describe: _____
Value of Property: $ _____
Annual Interest Rate _____ % ❏ Fixed or ❏ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____    (See instruction #6)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)   Check the appropriate box:
❏ I am the creditor.   ☑ I am the creditor's authorized agent.    ❏ I am the trustee, or the debtor, or their    ❏ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathan Ruckdeschel
Title: Attorney
Company: The Ruckdeschel Law Firm, LLC

(Signature)   4/27/2020
(Date)

Address, telephone number, and email (if different from notice address above): n/a _____

Telephone number: 443-286-8858
Email: ruck@rucklawfirm.com

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571._

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF DAVID HEINZMANN

I, David Heinzmann, was diagnosed on July 15, 2016 with ████████████████ caused by my exposure to asbestos.

From 1957 through 1965 I worked for Babcock & Wilcox at many facilities, primarily in connection with the start-up of large boilers. During this work, I worked on a regular basis around workers who were installing, repairing and otherwise manipulating thermal insulation, refractory products and other materials that I believe contained asbestos. This work created visible airborne dust, which I breathed. Among the facilities that I worked at were the Mountain Creek Power Plant in Dallas, TX, the Stryker Creek Power Plant in Jacksonville, TX and the FPL Power Plant in Ft. Myers, Florida. I worked at each of these facilities for extended periods of time as I described in the deposition I gave in my personal injury lawsuit.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

I have no recollection of having seen any notice of any Bar Date for asbestos-related claims in the Energy Future Holdings Bankruptcy. I was not aware of the Bar Date until after I was diagnosed with mesothelioma.

### VERIFICATION PURSUANT TO 28 U.S.C. § 1746(1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_David Heinzmann_      12/12/17
David Heinzmann      Date

_Tomika Dunn_      12/12/17
Witness

-2-

# The Ruckdeschel Law Firm, LLC

8357 Main Street
Ellicott City, Maryland 21043
Telephone: (410) 750.7825
Facsimile: (443) 583.0430

April 27, 2020

**Via Federal Express**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions
10300 SW Allen Blvd
Beaverton, OR 97005

Re:     Asbestos Proofs of Claim – Heinzmann

To Whom It May Concern:

Enclosed for filing are on behalf Kaye Heinzmann, surviving spouse of David Heinzmann (deceased), are Asbestos Proofs of Claim for:

1. Name of Debtor: EEC Holdings Inc.; Case No. 14-10990(CSS);
2. Name of Debtor: EECI, Inc.; Case No. 14-10992;
3. Name of Debtor: LSGT Gas Co. LLC; Case No. 14-11039; and
4. Name of Debtor: LSGT SACROC, Inc.; Case No. 14-11012.

I have also enclosed one (1) copy of each Proof of Claim. Please file-stamp the copies and return to my attention in the enclosed Federal Express envelope.

Thank you for your assistance in this matter. If you should have any questions, please contact me at 443-504-3743.

Very truly yours,

Erin Scott
Paralegal

Enclosures

JONATHAN RUCKDESCHEL
RUCK@RUCKLAWFIRM.COM
Cell Phone: (443) 286.8858
MD, FL

Z. STEPHEN HORVAT
HORVAT@RUCKLAWFIRM.COM
Cell Phone: (301) 789.8278
MD, DC, FL

JACQUELINE G. BADDERS
BADDERS@RUCKLAWFIRM.COM
Cell Phone: (443) 802.7313
MD



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.