IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Objection Deadline: May 15, 2020 @ 4:00 p.m.**<br>**Hearing Date: June 1, 2020 @ 11:00 a.m.** |

**NOTICE OF MOTION**
**OF HEINZMANN TO ALLOW LATE FILED PROOFS OF CLAIM**

PLEASE TAKE NOTICE that on May 1, 2020, Kaye Heinzmann, surviving spouse of David Heinzmann, ("Heinzmann"), filed a **Motion of Heinzmann to Allow Late Filed of Proofs of Claim** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the relief sought in the Motion must be (a) in writing and served on or before **May 15, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **June 1, 2020 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISOPHER S. SONTCHI, 5TH FLOOR, COURTROOM #6, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, WILMINTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  May 1, 2020
        Wilmington, Delaware

Respectfully submitted:

By:  */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Kaye Heinzmann*

-and-

Jonathan Ruckdeschel (admitted pro hac vice)
The Ruckdeschel Law Firm LLC
8357 Main Street
Ellicott City, MD 21043-4603
Telephone: (410) 750-7825
Facsimile (443) 583-0430
rucklawfirm@rucklawfirm.com

Counsel for Kaye Heinzmann

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing NOTICE OF MOTION OF HEINZMANN TO ALLOW LATE FILED OF PROOF OF CLAIM via the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants who have entered an appearance in this proceeding.

                                                  /s/ Daniel K. Hogan

                                                  Daniel K. Hogan (DE Bar # 2814)
                                                  HOGAN MCDANIEL
                                                  1311 Delaware Avenue
                                                  Wilmington, Delaware 19806
                                                  Telephone: (302) 656-7540
                                                  Facsimile: (302) 656-7599
                                                  dkhogan@dkhogan.com