**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing MOTION OF HEINZMANN TO ALLOW LATE FILED OF PROOF OF CLAIM via the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants who have entered an appearance in this proceeding.

/s/ Daniel K. Hogan

Daniel K. Hogan (DE Bar # 2814)
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com