**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  Energy Future Holdings Corp.　　　　　　Bank:  Citibank, N.A.

Bankruptcy Number:  14-10979　　　　　Account Number:  xxxx2464-xxxxxxxx0768

Date of Confirmation:  2/27/18　　　　　　　　　Account Type:  Escrow - Checking

Reporting Period (month/year):  Q1 2020 – 1/1/2020 - 3/31/2020

|  |  |
|---|---|
| Beginning Cash Balance | $2,288,975.89 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales (interest on cash balances): | $6,288.44 |
| Collection of Accounts Receivable (net in payables): | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Total of cash received: | $6,288.44 |

| | |
|---|---|
| Total of cash available: | $2,295,264.33 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $75,834.05 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $443,252.14 |
| All other disbursements made in the ordinary course: | $1,000.00 |
| Total Disbursements | $520,086.19 |

| | |
|---|---|
| Ending Cash Balance | $1,775,178.14 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5/14/2020　　　　　　　　　Anthony R. Horton – Plan Administrator Board
Date　　　　　　　　　　　　Name/Title

Debtor:  Energy Future Holdings Corp.
Case Number:  14-10979

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  Energy Future Intermediate Holding Company LLC          Bank:  Citibank, N.A.

Bankruptcy Number:  14-11008                         Account Number:  xxxx2464-xxxxxxxx9768

Date of Confirmation:  2/27/18                         Account Type:  Escrow - Checking

Reporting Period (month/year):  Q1 2020 – 1/1/2020 - 3/31/2020

|  | |
|---|---:|
| Beginning Cash Balance | $1,923,423.88 |

All receipts received by the debtor:

| | | |
|---|---:|---:|
| Cash Sales (interest on cash balances): | $5,214.24 | |
| Collection of Accounts Receivable: | $ 0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 | |
| Sale of Debtor's Assets: | $ 0.00 | |
| Total of cash received: | | $5,214.24 |
| Total of cash available: | | $1,928,638.12 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $58,660.98 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $442,854.01 | |
| All other disbursements made in the ordinary course: | $1,000.00 | |
| Total Disbursements | | $502,514.99 |
| Ending Cash Balance | | $1,426,123.13 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 5/14/2020 | /s/ Anthony R. Horton |
| Date | EFH Plan Administrator Board |

Debtor:  Energy Future Intermediate Holding Company LLC
Case Number:  14-11008

| ASSETS | March 31, 2020 |
|---|---|
|  |  |
| Cash (Unrestricted) | 3,201,301.27 |
| Cash (Restricted) |  |
| Accounts Receivable (Net) (accrued interest on cash balances) | 828.47 |
| Inventory |  |
| Notes Receivable |  |
| Prepaid Expenses |  |
| Other (Attach List) |  |
| Total Current Assets | 3,202,129.74 |
| **Property, Plant & Equipment** |  |
| Real Property & Improvements |  |
| Machinery & Equipment |  |
| Furniture, fixtures & Office Equipment |  |
| Vehicles |  |
| Leasehold Improvements |  |
| Less:  Accumulated Depreciation/Depletion |  |
| Total Property, Plant & Equipment |  |
| Due from Affiliates & Insiders |  |
| Other (Attach List) |  |
| Total Assets | 3,202,129.74 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** |  |
| Accounts Payable | 33,860.00 |
| Taxes Payable |  |
| Notes Payable |  |
| Professional Fees | 485,300.00 |
| Secured Debt |  |
| Due to Affiliates & Insiders |  |
| Other (Attach List) |  |
| Total Post-petition Liabilities | 519,160.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** |  |
| Secured Debt - Per Plan |  |
| Priority Debt - Per Plan |  |
| Unsecured Debt - Per Plan |  |
| Other (Attach List) - Per Plan |  |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 519,160.00 |
| **Equity** |  |
| Common Stock |  |
| Retained Earnings (Deficit) |  |
| Total Equity (Deficit) |  |
| Total Liabilities & Owners' Equity |  |