**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Jeffrey M. Schlerf, hereby certify that true and correct copies of the *Reorganized EFH/EFIH Debtors and Sempra Energy's Objection to Motion of Bergschneider to Allow Late Filed Proofs of Claim and Motion of Heinzmann to Allow Late Filed Proofs of Claim* was served (1) electronically via CM/ECF to all parties of record, and (2) to the parties listed below via email and first class mail.

Dated: May 15, 2020

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE Bar No. 3047)

| | |
|---|---|
| Hogan McDaniel<br>Attn: Daniel K. Hogan<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>Email: dkhogan@dkhogan.com<br><br>*Counsel for Denis and Meri Bergschneider; and Kay Heinzman* | Kazan McClain Satterley & Greenwood<br>Attn: Steven Kazan<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Email: skazan@kazanlaw.com<br><br>*Counsel for Denis and Meri Bergschneider* |
| The Ruckdeschel Law Firm LLC<br>Attn: Jonathan Ruckdeschel<br>8357 Main Street<br>Ellicott City, MD 21043-4603<br>rucklawfirm@rucklawfirm.com<br><br>*Counsel for Kaye Heinzman* | Kirkland & Ellis, LLP<br>Attn: Edward O. Sassower, P.C., Stephen E. Hessler, P.C., Brian E. Schartz, and Aparna Yenamandra<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel to the Debtors* |

| | |
|---|---|
| Kirkland & Ellis, LLP<br>Attn: James H.M. Sprayregen, P.C., Chad J. Husnick, P.C., Marc Kieselstein, P.C., and Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br><br>*Counsel to the Debtors* | Richards Layton & Finger<br>Attn: Mark D. Collins, Daniel J. DeFranceschi, and Jason M. Madron<br>920 North King Street<br>Wilmington, DE 19801<br><br>*Counsel to the Debtors* |
| Office of the United States Trustee<br>Attn: Linda J. Casey and Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: Linda.Casey@usdoj.gov<br>Email: Richard.schepacarter@usdoj.gov | U.S. Department of Justice – Office of the U.S. Trustee<br>U.S. Federal Office Building<br>Attn: Andrea Beth Schwartz<br>201 Varick Street, Rm 1006<br>New York, NY 10065<br>Email: andrea.b.schwartz@usdoj.gov |