# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | **Re: D.I. 14059** |

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on May 14, 2020 (via CM/ECF) and May 15, 2020 (via hand delivery), I caused a copy of the foregoing *Post-Confirmation Quarterly Summary Report for the Reporting Period 1/1/20 - 3/31/20* [D.I. 14059] to be served on the following party:

> Richard Schepacarter, Esq.
> Office of the United States Trustee
> 844 King Street, Suite 2207
> Lockbox 35
> Wilmington, DE 19801
> richard.schepacarter@usdoj.gov

> */s/ Jason M. Madron*
> Jason M. Madron (No. 4431)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.