**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) <br>) <br>) Chapter 11<br>) <br>) Case No. 14-10979 (CSS)<br>) <br>) (Jointly Administered)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST**
**FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Joshua Y. Sturm hereby withdraws his appearance as counsel to Delaware Trust Company, as successor indenture trustee and collateral trustee ("Delaware Trust Company"), in the above-captioned bankruptcy cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove him from the electronic and paper noticing matrix for the above-captioned cases. All other current counsel of record will continue to represent Delaware Trust Company and are not intended to be affected by this notice.

Dated: May 18, 2020              Respectfully submitted,
       Boston, MA

                                  */s/ Joshua Y. Sturm*
                                  Joshua Y. Sturm
                                  ROPES & GRAY LLP
                                  Prudential Tower, 800 Boylston Street
                                  Boston, MA 02199-3600
                                  Telephone: (617) 951-7000
                                  Facsimile: (617) 951-7050
                                  joshua.sturm@ropesgray.com

83152805_1