# **Exhibit A**

**Proof of Claim No. 31018**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Claim Deadline**
**December 14, 2015, at 5:00 p.m.,**
**prevailing Eastern Time**

RECEIVED
DEC 1 4 2015
LEGAL SERVICES

# Unmanifested Asbestos Injury

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)


0000031018

As part of this bankruptcy, there are two types of claims related to exposure: manifested and unmanifested. You could be affected if you or a family member worked at a power plant as an employee, a contractor or in any other role.

**Manifested Claims.** If you have any sign of illness today which you believe is related to asbestos exposure, this is called a "manifested claim." Anyone who has a manifested claim related to Energy Future Holdings Corp. and certain subsidiaries (the "Debtors") should **not** complete this claim form. Instead, complete an Official Form 10 (available at www.EFHAsbestosClaims.com). The manifested claim process can be complex and you are encouraged to have an attorney assist you, although you can submit an Official Form 10 without the help of an attorney.

**Unmanifested Claims.** The other type of asbestos exposure claim is for "unmanifested" asbestos injury. No attorney is necessary to assist you to file an unmanifested claim, although you are free to consult an attorney. An unmanifested claim means:

(1) you may have been exposed to asbestos from any of the power plants included in this process; and
(2) you do not have any sign of illness related to asbestos exposure today.

**Why are family members included?** Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse's or parent's clothing). You may also file a claim on behalf of a deceased family member.

**Which power plants are included?** You or a family member could have been exposed at any of the power plants related to EFH. These power plants were located across the United States and some in foreign countries. A list of the included power plants is available at www.EFHAsbestosClaims.com.

**What is asbestos?** Asbestos is a fiber that was often used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illness can occur 50 years after exposure to asbestos or longer. Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis.

**Why should I submit a claim?** If you believe that you or a family member were exposed to asbestos at any included plant, submitting this claim form by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** will preserve your right to file a claim for money in the future should you develop an asbestos-related illness. You may also submit your Unmanifested Asbestos Injury Claim Form online at www.EFHAsbestosClaims.com.

**What happens if I do not submit a claim?** If you do not file a claim now, you will forever lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future.

## YOUR INFORMATION

| | |
|---|---|
| Name | Alvester Coleman |
| Street Address | 3081 Forestdale Ln |
| City, State, ZIP Code | Balch Springs, TX 75180 |
| Phone Number | (214) 309-8507 |
| Email Address | |
| Social Security No. | [redacted]   Date of Birth [redacted] |

**Questions? Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Unmanifested Asbestos Injury Claim Form**
Page 2 of 2

## POSSIBLE ASBESTOS EXPOSURE

I may have been exposed to asbestos because:
☑ I worked at an included plant.  ☐ A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name _____

Relationship to You _____

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestosClaims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
| Martin Lake | Tatum, Texas | ☑ Myself ☐ Family Member | 23 yrs |
| Martin Lake power plant | Henderson, TX | ☑ Myself ☐ Family Member | 23 yrs |
| Martin lake | Carthage, TX | ☑ Myself ☐ Family Member | 23 yrs |
|  |  | ☐ Myself ☐ Family Member |  |

## CERTIFICATION

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature _Alberty Coleman_  Date 12-9-2015

☐ Signed by representative (attach proof of representation)

**Submit your claim form so it is RECEIVED by December 14, 2015, at 5:00 p.m., prevailing Eastern Time to:**

**If by First-Class Mail:**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**If by Email:** info@EFHAsbestosClaims.com

**If by Fax:** 1-844-747-5727

You may also submit your claim online at www.EFHAsbestosClaims.com.

**Questions?  Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

**This claim contained additional attachments which were removed due to sensitive information.**

**To obtain a complete copy of this claim, please call Epiq Bankruptcy Solutions at 646.282.2500.**

**Thank you.**

Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75180

NORTH TEXAS TX P&DC
DALLAS TX 750
09 DEC 2015 PM 8 L

RECEIVED
DEC 1 4 2015
LEGAL SERVICES

Happy Holidays
KWANZAA

Energy Future Holdings Corp. Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076

97076042020

**Proof of Claim No. 62465**

| ONLINE CLAIM | CLAIM NUMBER | CASE NUMBER | DEBTOR NAME | CLAIM NAME | CLAIM DATE | UNSECURED CLAIMED AMOUNT | TOTAL CLAIM AMOUNT | CLAIMED CONTINGENT | CLAIMED UNLIQUIDATED | CLAIM FORM TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | 62465 | 14-11032 | LUMINANT GENERATION COMPANY LLC | COLEMAN, ALVESTER | 12/10/2015 | $0.00 | $0.00 | TRUE | TRUE | UNMANIFESTED |

| I AM THE CREDITOR | I AM THE CREDITOR'S AUTHORIZED AGENT | I AM THE TRUSTEE, OR THE DEBTOR | I AM A GUARANTOR, SURETY | DATE OF BIRTH | I WORKED AT AN INCLUDED PLANT | A FAMILY MEMBER WORKED AT AN INCLUDED PLANT | FAMILY MEMBER NAME | RELATIONSHIP TO YOU | SIGNED DATE | SIGNATURE | SIGNED BY REP | PLANT NAME | PLANT LOCATION | ESTIMATED EXPOSURE DATES | EXPOSURE TYPE (MYSELF) | EXPOSURE TYPE (FAMILYMEMBER) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| False | False | False | False | 5/28/1960 | False | False | | False | 12/10/2015 | False | False | MARTIN LAKE PLANT AND MINES | US - TEXAS | EXPOSURE START DATE: 01/02/1984 EXPOSURE END DATE: 05/02/2005 | TRUE | FALSE |