# **Exhibit B**

**Proof of Claim No. 37842**

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

# ASBESTOS PROOF OF CLAIM

COURT USE ONLY

FILED
2020 JAN 16 PM 3:37
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Name of Debtor: Luminant Generation Company LLC

Case Number: 14-10979

**NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.**

Name and address where notices should be sent:
Alvester Coleman
3722 Happy Canyon St.
Dallas, Tx 75241

Telephone number: 214-309-8507 Email: avcoleman1986@gmail.com

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
*(If known)* ____________

Filed on: ____________

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)
EFH
0000037842

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):
Same

Telephone number: Email:

COURT USE ONLY

**1. Amount of Claim as of Date Case Filed:** $ 30,000,000,000
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2. Basis for Claim:** personal injury asbestos exposure
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 5 3 9 1
**3a. Debtor may have scheduled account as:** hidden
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☑ Other

**Describe:** ____________

**Value of Property:** $____________

**Annual Interest Rate** ______% ☐ Fixed or ☑ Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:** $30,000,000,000

**Basis for perfection:** ____________

**Amount of Secured Claim:** $ 30,000,000,000

**Amount Unsecured:** $____________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( b ).

**Amount entitled to priority:**
$ 30,000,000,000

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $**____________ (See instruction #6)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "**redacted**".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box:
☑ I am the creditor. ☐ I am the creditor's authorized agent. (Attached a copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Alvester Coleman
Title: Owner
Company: Luminant Generation Company LLC

Alvester Coleman
(Signature)
1-12-2020
(Date)

Address, telephone number, and email (if different from notice address above):
3722 Happy Canyon St.
Dallas, Tx 75241
Telephone number: 214-309-8507
Email: avcoleman1986@gmail.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**

Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

__If by First Class Mail:__

**Energy Future Holdings Corp. Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**P.O. Box 4420**
**Beaverton, OR 97076-4420**

__If by Hand Delivery or Overnight Mail:__

**Energy Future Holdings Corp. Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**10300 SW Allen Blvd**
**Beaverton, OR 97005**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Case Number: 14-10979

Luminant Generation Company LLC
Name of Debtor

Alvester Coleman
Name of Creditor

Creditor's Attachment of Proof
For Filing Amended Claim Form(s)

I Alvester Coleman, pro se represenative, state the following to be True and Correct. I am the Owner to the Estate(s) being fraudulently misrepresened by Energy Future Holdings Corp. and "cum-ex traded" by Luminant Generation Company LLC in which to defraud grovemment from Taxes owed. My accounts in control by the Debtor in Possession have been Denied my access, most companies taken to Private Sector all in order to hide their mismanagement enabling each Firm, Holding company, Bank(s), and Trust Funds managers to keep my ownership hidden. (See attached Exhibit # A).

1-12-2020

These Debtors in Possession along with the numerous jointley filed LLC Companies all involed in ponzi Scheme to Defaud the government by continue to Refuse Turnover of my funds and filing of this Bankrupcy to cover-up their mismanagment. I have NOT ONCE been Notified or Benifited financially from the current production of mineral(s) and real Estate rent(s) on my property. Instead I recieve lien(s) and 0.00032% inncorret interest payments with promise of Correction from Rusk County Tx - clerk and other's (see Exhibit# B) These Debtors through connection to high-profile persons of the "Private Sector" along with their unfittered control have been able to Deny my ownership, Deny my civil rights, Deny my right to representation by legal council, Denied my personal injury payments from Exposure to Asbestos, and Denied access to accounts associated with my Estate(s).

I ask the Court, as pro se Representative and Creditor accept this and insure the proper Amendment claim be file, and the Amount Stated be entitled to Priority Payment(s)
In closing I the True and correct Creditor/owner, Prays the Court See fit the Debtors in Possession interally filed this fraudulant finacial information to Bankrupcy Court to continue to keep me correct owner hidden. These funds also should coincide with my open case styled DC-19-17272 filed in Dallas, County TX (my place of residence) set for Recievership on Jan. 24. 2020, Alvester Coleman Vs XTO Energy, and Case styled 3-19cv-2760K

Submitted By
Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241

1-12-2020

# Exhibit #A

Comptroller of Public Accounts FORM 53-121 (Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY GENERAL CLAIM FORM

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number
17001794

ALVESTER COLEMAN
3021 FORESTDALE LN

BALCH SPRINGS, TX 75180-1907

Mail To: COMPTROLLER OF PUBLIC ACCOUNTS
Unclaimed Property Claims Section
P.O. Box 12046
Austin, TX 78711-2046

## CLAIMANT INFORMATION

| | | | | |
|---|---|---|---|---|
| Name (Last) | (First) | (Middle) | (Maiden) | SSN / Estate or Trust Tax ID number |
| Additional owner (Last) | (First) | (Middle) | (Maiden) | Claimant SSN |
| Current mailing address | | | | Daytime phone (Area code and number) |
| City | | State | | ZIP code |
| E-mail address | | | | FAX (Area code and number) |

The named Claimant hereby certifies that this claim for property presumed abandoned is valid and just, that all statements herein are true and correct, and that upon payment of this claim said Claimant will indemnify and hold harmless the State of Texas, the Comptroller and its employees from any damages, claims, or losses of any kind resulting from the payment of the property to the Claimant.

| | | |
|---|---|---|
| sign here ▶ Claimant's signature | Date | Would you like to contribute all or part of your claim to the Match the Promise Foundation? |
| sign here ▶ Additional owner's signature | Date | ☐ YES ☐ NO ____ % |

**PLEASE COMPLETE, SIGN AND RETURN THE CLAIM FORM WITH A COPY OF YOUR IDENTIFICATION EVEN IF YOU ARE UNABLE TO PROVIDE ALL THE REQUESTED DOCUMENTS.**

## 1 PROPERTY INFORMATION – FOR OFFICE USE ONLY

| | | |
|---|---|---|
| Reported property owner: FANNIE MAE HOWARD | Reported additional owner | |
| Reported property address | | |
| Property type: CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company: PETRO-HUNT LLC | Last active date: 12/1/2002 | Claimed amount: $2.03 |

## 2 PROPERTY INFORMATION – FOR OFFICE USE ONLY

| | | |
|---|---|---|
| Reported property owner: FANNIE MAE HOWARD | Reported additional owner | |
| Reported property address | | |
| Property type: CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company: PETRO-HUNT LLC | Last active date: 10/1/2004 | Claimed amount: $3.64 |

## FOR INTERNAL USE ONLY

| | | | |
|---|---|---|---|
| Paid to | | | Claim number: 17001794 |
| Approved by | Date | Number of properties: 14 | Total amount of claim: $35.71 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

53-123 (Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number: 17001794

Claimant name: ALVESTER COLEMAN

**3** — *PROPERTY INFORMATION -- FOR OFFICE USE ONLY*

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 10/1/2005 |
| Claimed amount | $5.08 |

**4** — *PROPERTY INFORMATION -- FOR OFFICE USE ONLY*

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | MINERAL ROYALTY |
| Description | |
| Reporting company | PETRO HUNT LLC |
| Last active date | 8/1/1996 |
| Claimed amount | $10.33 |

**5** — *PROPERTY INFORMATION -- FOR OFFICE USE ONLY*

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | , TX |
| Property type | MINERAL ROYALTY |
| Description | |
| Reporting company | PETRO HUNT LLC |
| Last active date | 11/30/2002 |
| Claimed amount | $1.90 |

**6** — *PROPERTY INFORMATION -- FOR OFFICE USE ONLY*

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 12/1/2000 |
| Claimed amount | $.60 |

**7** — *PROPERTY INFORMATION -- FOR OFFICE USE ONLY*

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 6/1/2001 |
| Claimed amount | $1.60 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040


53-125 (Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

Claim number: 17001794

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claimant name: ALVESTER COLEMAN

**8 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 12/1/2001 |
| Claimed amount | $1.07 |

**9 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/5/2007 |
| Claimed amount | $1.81 |

**10 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/5/2007 |
| Claimed amount | $.49 |

**11 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2008 |
| Claimed amount | $1.75 |

**12 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2008 |
| Claimed amount | $.47 |



53-123
(Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

| Claim number |
|---|
| 17001794 |

| Claimant name |
|---|
| ALVESTER COLEMAN |

**13** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2009 |
| Claimed amount | $1.48 |

**14** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 10/1/2006 |
| Claimed amount | $3.46 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.



This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date: 10-05-2017
Response Date: 10-05-2017
Tracking Number: 100353111197

SSN Provided: [redacted]
Tax Period Requested: December, 2012

## Form SSA-1099 Benefits Statement

### Payer:

Payer's Federal Identification Number [redacted]
SOCIAL SECURITY ADMINISTRATION

### Payee:

Payee's Identification Number: [redacted]
ALVESTER COLEMAN
826 SMOKY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $15,298.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2011 Payments: | 0.00 |
| TY 2010 Payments: | 0.00 |
| TY 2009 Payments: | 0.00 |
| TY 2008 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

## Form 1099-MISC

### Payer:

Payer's Federal Identification Number [redacted]
ANADARKO PETROLEUM CORPORATION
1201 LAKE ROBBINS DR

Medical Payments:
Fishing Income: 0.00
Rents: 0.00
Royalties: 0.00
Other Income: $41.00
Substitute Payments for Dividends: 0.00
Excess Golden Parachute: 0.00
Crop Insurance: 0.00
Attorney Fees: 0.00
Foreign Tax Paid: 0.00
Section 409A Deferrals: 0.00
Section 409A Income: 0.00
Direct Sales Indicator: 0.00
FATCA Filing Requirement: Not Direct Sales
Second Notice Indicator: Box not checked no Filing Requirement
No Second Notice

# Form 1099-MISC

## Payer:

Payer's Federal Identification Number (FIN): [REDACTED]
ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

## Recipient:

Recipient's Identification Number: [REDACTED]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

Submission Type:
Account Number (Optional): Original document
Tax Withheld: [REDACTED]
Non-Employee Compensation: 0.00
Medical Payments: 0.00
Fishing Income: 0.00
Rents: 0.00
Royalties: 0.00
Other Income: $674.00
Substitute Payments for Dividends: 0.00
Excess Golden Parachute: 0.00
Crop Insurance: 0.00
Attorney Fees: 0.00
Foreign Tax Paid: 0.00
Section 409A Deferrals: 0.00
Section 409A Income: 0.00
0.00

16

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date: 10-05-2017
Response Date: 10-05-2017
Tracking Number: 100353111197

SSN Provided:
Tax Period Requested: December, 2015

## Form SSA-1099 Benefits Statement

Payer:
Payer's Federal Identification Number (FIN):
SOCIAL SECURITY ADMINISTRATION

Payee:
Payee's Identification Number:
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

## Form 1099-MISC

Payer:
Payer's Federal Identification Number (FIN):
BP AMERICA PRODUCTION CO.
ONSHORE



Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 10-05-2017 |
| Response Date: | 10-05-2017 |
| Tracking Number: | 100353111197 |

SSN Provided: [redacted]
Tax Period Requested: December, 2009

## Schedule K-1 1041

Fiduciary:
Estate/Trust's Employer Identification Number (EIN): [redacted]
LAWRENCE HOWARD FLANAGAN TRUST
LEE GEARHEART TTEE
PO BOX 1685
HENDERSON, TX 75653-0000

Beneficiary:
Beneficiary's Identifying Number: [redacted]
ALVESTER COLEMAN
826 SMOKEY OAK DR
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Dividends: | 0.00 |
| Interest: | 0.00 |
| Ordinary Business Income: | 0.00 |
| Short-Term Capital Gain: | 0.00 |
| Long-Term Capital Gain: | 0.00 |
| Net Rental Real Estate Income: | 0.00 |
| Other Rental Income: | 0.00 |
| Other Information: | 0.00 |
| Other Portfolio and Non-Business Income: | 0.00 |
| Other Information Code 1: | Insignificant |
| Other Information Code 2: | Insignificant |

## Form SSA-1099 Benefits Statement



| | |
|---|---|
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $50.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): [REDACTED]
ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

**Recipient:**

Recipient's Identification Number: [REDACTED]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | [REDACTED] |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $544.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |



This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 10-05-2017 |
| Response Date: | 10-05-2017 |
| Tracking Number: | 100353111197 |

SSN Provided: [redacted]
Tax Period Requested: December, 2015

## Form SSA-1099 Benefits Statement

**Payer:**

Payer's Federal Identification Number (FIN): [redacted]
SOCIAL SECURITY ADMINISTRATION

**Payee:**

Payee's Identification Number: [redacted]
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

## Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): [redacted]
BP AMERICA PRODUCTION CO.
ONSHORE

| | |
|---|---|
| Royalties: | $1,254.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | 0.00 |
| Second Notice Indicator: | Not Direct Sales |
| | No Second Notice |

This Product Contains Sensitive Taxpayer Data

# Division Order

bp

To: BP America Production Company
P.O. Box 696505
San Antonio, TX, 78269

Property Number: 101362/13
Property Name: JENKINS GAS UNIT WELL #4
Operator: BP AMERICA PRODUCTION CO.
County and State: RUSK, TX
Production: __X__ Oil __X__ Gas _____ Other:

Effective Date: 11/01/2012

| Owner Name and Address: | DARYL HOWARD<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX 75180 | OWNER NUMBER: | 60336811 |
|---|---|---|---|
| | | Type of Interest: | RI |
| | | Interest Sequence: | 1 |
| | | Decimal Interest: | 0.00005115 |

The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)

Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.

Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.

Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.

This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.

In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.

Owner(s) Signature(s): ____________________ ____________________

Owner(s) Tax I.D. Number(s): ____________________ ____________________

Owner Address: ____________________ ____________________

____________________ ____________________

Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.
Failure to comply will result in 28% tax withholding and will not be refundable by Payor

BILSC0

NADOA Model Form Division Order (Adopted 9/95)

# Division Order

bp

To: BP America Production Company
P.O. Box 696505
San Antonio, TX, 78269

**Property Number:** 101362/13 **Effective Date:** 11/01/2012
**Property Name:** JENKINS GAS UNIT WELL #4
**Operator:** BP AMERICA PRODUCTION CO.
**County and State:** RUSK, TX
**Production:** __X__ Oil __X__ Gas _____ Other:

| | | | |
|---|---|---|---|
| **Owner Name and Address:** | ALVESTER COLEMAN<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX 75180 | **OWNER NUMBER:**<br><br>**Type of Interest:**<br>**Interest Sequence:**<br>**Decimal Interest:** | 60336812<br><br>RI<br>1<br>0.00005115 |

The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)

Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.

Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.

Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.

This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.

In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.

Owner(s) Signature(s): ____________________ ____________________

Owner(s) Tax I.D. Number(s): ____________________ ____________________

Owner Address: ____________________ ____________________

____________________ ____________________

Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.
Failure to comply will result in 28% tax withholding and will not be refundable by Payor

BILSC0 NADOA Model Form Division Order (Adopted 9/95)

LAWRENCE HOWARD FLANAGAN TRUST

138530

PAY TO THE ORDER OF ALVESTER COLEMAN ****************************

January 27, 2010

FORTY-TWO AND 21/100 **********************

42.21

"0138530"

400 N. ~~[illegible]~~ COLLIN ST
CORSICANA
903-874-8251

11190627

1119081629

0432177492
Sep. 22, 2017   LTR 861C   1
75-6404255   000000 00
00012753

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS   TX   75810

Sincerely yours,

Ginni L. Redfern
Program Manager, AM OPS 1

Enclosures:
Copy of this letter
Envelope
Your Form 2848

FORT WORTH, TX 76102-0000

**Recipient:**

Recipient's Identification Number: [REDACTED]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 449355391P0242833000 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $45.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): [REDACTED]
ANADARKO PETROLEUM CORPORATION
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

**Recipient:**

Recipient's Identification Number: [REDACTED]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | [REDACTED] |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |

This Product Contains Sensitive Taxpayer Data

THE WOODLANDS, TX 77380-0000

**Recipient:**

Recipient's Identification Number: [redacted]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | [redacted] |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $1,116.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH

63049935

CHECK NO. 63049935 OWNER NO. 242833 DATE 9/19/14

EXACTLY ONE HUNDRED DOLLARS AND FORTY-ONE CENTS

PAY$ $100.41

XTOCHK140919-02189

VOID AFTER 180 DAYS
REVENUE

PAY TO THE ORDER OF: ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE



XTO Energy Inc.
110 W. 7th Street
Fort Worth, TX 76102
(817) 870-2800

November 29, 2018


Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75180-1907

RE:  Owner #242833

Dear Mr. Coleman,

Please find enclosed copies of the two 2018 royalty checks directly deposited into the bank account provided. I have also included a picture of the banking information so you can verify it is correct.

If you wish to stop the direct deposit set-up for your account please contact us and we can return your account to LIVE checks mailed through the U.S. Post Office.

If you have any questions, please don't hesitate to contact us.

Thank you.

Sincerely,

Barbara Brogdon, Analyst ID 8125
Revenue Interest Owner Relations Group
XTO Energy, Inc.
Phone: (866) 886-2613
Fax: (817) 887-0813
Email:  revenue_inquiry@xtoenergy.com

COPY

Page 1 of 5

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 02 | 17 | 2.53 | 1,501.83 | 3,803.49 | | .00 | 3256.23 | |
| R | | | | .000361750 | .54 | 1.38 | | .00 | | 1.18 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .02- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 03 | 17 | 2.58 | 1,549.86 | 4,010.88 | | .00 | 3416.89 | |
| R | | | | .000361750 | .56 | 1.45 | | .00 | | 1.23 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 03 | 17 | 2.61 | 2.98 | 7.78 | | .00 | 7.78 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 04 | 17 | 2.77 | 1,628.56 | 4,525.82 | | .00 | 3928.76 | |
| R | | | | .000361750 | .58 | 1.64 | | .00 | | 1.42 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 05 | 17 | 2.88 | 1,681.79 | 4,851.37 | | .00 | 4253.78 | |
| R | | | | .000361750 | .60 | 1.75 | | .00 | | 1.54 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 06 | 17 | 2.68 | 1,633.29 | 4,382.36 | | .00 | 3803.02 | |
| R | | | | .000361750 | .59 | 1.59 | | .00 | | 1.38 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 07 | 17 | 2.73 | 1,512.29 | 4,129.93 | | .00 | 3558.43 | |
| R | | | | .000361750 | .54 | 1.49 | | .00 | | 1.26 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 07 | 17 | 2.72 | 3.46 | 9.43 | | .00 | 9.43 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 08 | 17 | 2.65 | 1,612.49 | 4,287.61 | | .00 | 3714.26 | |
| R | | | | .000361750 | .58 | 1.56 | | .00 | | 1.36 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 09 | 17 | 2.73 | 1,543.95 | 4,216.04 | | .00 | 3677.24 | |
| R | | | | .000361750 | .55 | 1.53 | | .00 | | 1.34 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .12- | |
| | | | | | | | DEHYDRATION | | .01- | |

CONTINUED

**YOUR TOTALS**

PRODUCT: A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL, C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO. 66619305

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS. GALS OR MCF / YOUR BBLS. GALS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 08 | 13 | .00 | .00 | .00 | | .00 | 22.93- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .01- |
| | | | | | | | Dehydration | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 08 | 13 | .00 | .00 | .00 | | .00 | 318.90- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .12- |
| | | | | | | | Transportation | | .12- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | 3.38 | 2952.72 | 10002.40 | .9960 | 311.12- | 9011.46 | |
| R | | | | .000361750 | 1.06 | 3.61 | | .11- | | 3.25 |
| | | | | | | | Compression | | .25- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 152.75- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .05- |
| | | | | | | | Transportation | | .05- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 61.12- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .02- |
| | | | | | | | Dehydration | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 862.63- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .31- |
| | | | | | | | Transportation | | .31- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | 3.41 | 3696.03 | 12623.26 | .9960 | 392.73- | 11368.21 | |
| R | | | | .000361750 | 1.33 | 4.57 | | .14- | | 4.12 |
| | | | | | | | Compression | | .31- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 193.85- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .07- |
| | | | | | | | Transportation | | .07- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 77.60- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .02- |
| | | | | | | | Dehydration | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 1079.07- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .39- |
| | | | | | | | Transportation | | .39- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | 4.44 | 2485.91 | 11052.81 | .9960 | 716.94- | 9752.54 | |
| R | | | | .000361750 | .89 | 3.99 | | .26- | | 3.52 |
| | | | | | | | Compression | | .21- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | .00 | 131.19- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .04- |
| | | | | | | | Transportation | | .04- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | .00 | 52.45- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .02- |
| | | | | | | | Dehydration | | .02- | |
| YOUR TOTALS | | | | | | | | | | CONTINUED |

PRODUCT: F - FUEL, G - GAS, H - HELIUM, O - OIL, R - RESIDUE, S - SULFUR, T - INTEREST, C - CONDENSATE, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, N - NET PROFITS, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

XTO ENERGY INC.

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/15/15 |

CHECK NO. 63772532

| ****************** | | | | PROPERTY NUMBER | | PROPERTY NAME | | COUNTY | STATE | Page 1 of |
|---|---|---|---|---|---|---|---|---|---|---|
| T | P | MO. | YR. | UNIT PRICE | BBLS. GALS OR MCF | GROSS VALUE | BTU-FACTOR | SEV/PROD TAX | NET VALUE | |
| | | | | YOUR DECIMAL | YOUR BBLS. GALS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER W/H | YOUR NE |
| YOUR TOTALS | | | | | | | | | | |

SEE ATTACHED

PRODUCT: O - OIL, H - HELIUM, G - GAS, F - FUEL, R - RESIDUE, T - INTEREST, C - CONDENSATE, N - NET PROFITS, P - PLANT PRODUCT, I - CARBON DIOXIDE, L - NATURAL GAS LIQUIDS

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242832 | 5/25/10 |

CHECK NO. 5898111

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

DETACH AND RETAIN THIS STATEMENT FOR TAX PURPOSES, DUPLICATES CANNOT BE FURNISHED.

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

XTO ENERGY

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH
56-1544/441

5898111

CHECK NO. 5898111 OWNER NO. 242832 DATE 5/25/10

Y EXACTLY THIRTY-FOUR DOLLARS AND THIRTY-EIGHT CENTS

E
DER

PAY$ $34.38

VOID AFTER 180 DAYS
REVENUE

XTOCHK100525-00075 000075 001619 001 021
DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Exhibit

#

B

APPRAISAL REVIEW BOARD
RUSK COUNTY APPRAISAL DISTRICT
107 North Van Buren Street
Henderson, Texas 75652

June 18, 2018

Alvester Coleman
3021 Forestdale Ln.
Balch Springs, TX 75180-1907

Re: Notice of Protest filed after prescribed deadline
Owner # 1214212; RRC #78590, Lease #62400

Dear Property Owner:

Your notice of protest has been filed with the Appraisal Review Board (ARB) after the prescribed deadline of June 4, 2018. Consequently you will not be scheduled or receive a protest hearing. However, in accordance with §41.44(b) of the *Texas Property Tax Code* you are entitled to a hearing and determination of protest if the ARB determines that you had good cause for failure to file your notice on time.

In order to receive a good cause hearing, you must submit a written request stating why you were late filing, to the Chairman of the Appraisal Review Board, 107 North Van Buren Street, Henderson, Texas 75652, no later than June 25, 2018. Upon receipt of your request you will be notified by mail of the date time and place of your good cause hearing.

**Even though your protest was filed late, you may still discuss and review your property(ies) with an appraiser. If you wish to discuss your property(ies), you may contact us at 903.657.3578.**

Your original protest form and any information submitted with your protest will be maintained by the Appraisal Review Board. Copies of these documents are enclosed for your records.

Respectfully,

Gaylon Rains
Appraisal Review Board, Chairman

COPY

Cheif Appraiser - Terry Decker

JUN 18 2018
Rusk County Appraisal Dist.

I Alvester Coleman along with brother Daryl Howard would like for this letter to be taken as our Protest to the .000051 Royalty Interest In which should be 100% Royalty Interest only split between myself and Daryl. To this date of 6-13-2018 We have Never sign an Division Order with BP America Prod Co or CCI East Texas Upstream. This futhermore prove Rusk Co Appraisal District has filed an Null and Void Division Order for years of 2008-2018 given to by the compines and Never seen or signed by the Correct Owner(s). In closing we the owner(s) DEMAND the Rusk Co Appraisal District and Cheif Appraiser to INSURE a True and Correct Division Order is filed within your Dis. Also insure the only Division Order filed should state 100% Royalty Interest only split between two owners and have been signed and agreed by the owners.

6-13-18

Protest ON

COPY

Alvester Coleman
owner # 1214212 lease# 62400
INCORRECT Royalty Interest of .000051
Correct Interest should be = 14.%
Lease 66507 Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be = 14%
Lease 91526 Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be = 14.%

Daryl Howard
lease# 62400 Owner # 1214216
Incorrect - .000051
Correct should be 14.%
lease # 66507 Owner # 1214216
Incorrect Royalty Interest - 005077
Correct should be - 14.0%
lease # 91526 Owner # 1214216
Incorrect - .005077
Correct should be - 14.0%

COPY

The (see attachment) shows proff of research for Protest on the .000051 INCORRECT Royalty Interest. We ask All this be Correct Before hearing on 6-29-2018 and Before Rusk Co Appraisal District update any fillings. Your corporation will be Greatly appreciated.

Thank You,
Alvoter Coleman
+
Dayl G. Howard

This is NOT a Tax Statement

# Notice Of Appraised Value

Do NOT Pay From This Notice

COPY

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

| |
|---|
| APPRAISAL YEAR 2018 |
| THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING PROTESTS ON 6/29/2018 AT: 9:00 AM |
| APPRAISAL DISTRICT OFFICE<br>107 NORTH VAN BUREN<br>HENDERSON, TEXAS 75652<br>QUESTIONS CONCERNING MINERALS<br>CALL (903)657-7516 |
| Protest Deadline: 6-04-2018<br>ARB Hearing: 6-29-2018<br>Owner: 1214212 2423 |
| VISIT WWW.PANDAI.COM AND SELECT MINERAL OR PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.<br>PANDAI.COM PASSWORD: wgBpLZuKxN |

2678 0.5180 AB 0.408 12 2 85
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400 Type: REAL Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category: G1 |
| | | | Railroad #: 78590 |
| No History available for: 2013. | | | |

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).

The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.
Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.
If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

This is NOT a Tax Statement

# Notice Of Appraised Value

Do NOT Pay From This Notice

COPY

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

APPRAISAL YEAR 2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING PROTESTS ON 6/29/2018 AT: 9:00 AM
APPRAISAL DISTRICT OFFICE
107 NORTH VAN BUREN
HENDERSON, TEXAS 75652
QUESTIONS CONCERNING MINERALS
CALL (903)657-7516

Protest Deadline: 6-04-2018
ARB Hearing: 6-29-2018
Owner: 1214216 4220

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD: Y7GD8EsvlW

2679 0.5180 AB 0.408 12 2 86
HOWARD DARYL
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400 Type: REAL Owner #: 1214216 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | .000051 Royalty Interest |
| | | | Category: G1 |
| No History available for: 2013. | | | Railroad #: 78590 |

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).

The above tax estimates use last year's tax rates for the taxing units. The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.

Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.

If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.

Sincerely,

TERRY DECKER
Chief Appraiser

From: Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75180
CERTIFIED MAIL
7018 0040 0001 0124 1070
U.S. POSTAGE PAID
DUNCANVILLE, TX
75137
JUN 14, 18
AMOUNT
$3.95
R2305H127385-05
To: Appraisal District Office
107 North Van Buren
Henderson, TX 75652
ReadyPost
Document Mailer
75652-311307
Copy

IRS Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0038

In reply refer to: 0432177492
Sep. 22, 2017 LTR 861C 1
75-6404255 000000 00
00012752
BODC: SB

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS TX 75810

Taxpayer identification number: [redacted]
Form: 2848
Date received: Sep. 11, 2017

Dear Taxpayer:

We received your Form 2848, Power of Attorney and Declaration of Representative, but we also need the following information:

We only received one page of the form; please resubmit both pages.

Return the completed Form 2848, any requested information, and a copy of this letter to the address in this letter. You can also send the information by fax to 855-214-7522.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

If you have any questions, you can call us toll free at 1-800-829-1040 for individual accounts or 1-800-829-4933 for business accounts.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include this letter and provide in the spaces below, your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Telephone number ( )______________________ Hours______________

# 2018 RUSK COUNTY TAX OFFICE TAX STATEMENT

STATEMENT/RECEIPT NUMBER 10047

Make Check or Money Order Payable:
RUSK COUNTY TAX OFFICE
LANITA WHITEHEAD, TAX ASSESSOR/COLLECTOR
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
Phone: 903-657-0315
Payments Can Be Made At: www.ruskcountytax.com
See Information below.

| Owner ID/ Roll | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| M-1214212 | OCT. | 20.89 |
| MIN | NOV. | 20.89 |
| | DEC. | 20.89 |
| | JAN. | 20.89 |
| | FEB. | 22.34 |
| | MAR. | 22.76 |
| | APR. | 23.17 |
| | MAY | 23.63 |
| | JUN. | 24.04 |

AMOUNT OF YOUR REMITTANCE

17052 0.5180 AB 0.408 55 1 229
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

www.ruskcountytax.com
You may make full or partial payments using credit, debit or PayPal Account. If paying by credit or debit card, you may use Master Card, Visa, Discover, American Express or a PayPal account. A fee of up to 3% will be applied to the total bill.

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMEN

Note: Delinquent taxes are owed against this property

2018 RUSK COUNTY TAX OFFICE TAX STATEMENT - STATEMENT NUMBER 10047
PHONE NUMBER: 903-657-0315

M-1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180 1907

| | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| | OCT 2018 | 20.89 |
| | NOV 2018 | 20.89 |
| | DEC 2018 | 20.89 |
| | JAN 2019 | 20.89 |
| PENALTY & INTEREST | PENALTY AND INTEREST APPLIES IF NOT PAID BY JAN 31, 2019 | |
| 1.45 | 7% Feb 2019 | 22.34 |
| 1.87 | 9% Mar 2019 | 22.76 |
| 2.28 | 11% Apr 2019 | 23.17 |
| 2.74 | 13% May 2019 | 23.63 |
| 3.15 | 15% Jun 2019 | 24.04 |

Please enclose a Self-Addressed, Stamped Envelope for Receipt.

www.ruskcountytax.com
You may make full or partial payments using credit, debit or PayPal Account.
If paying by credit or debit card, you may use Master Card, Visa, Discover, American Express or a PayPal account.
A fee of up to 3% will be applied to the total bill.

PayPal VISA AMEX

| PROPERTY DESCRIPTION | | | TAXING UNIT | EXEMPTIONS | VALUE | TAX RATE | TAXES |
|---|---|---|---|---|---|---|---|
| MCALISTER GU (1) | Acct: 1214212-1-0066507 | Cat Code: G1 | RUSK CO M&O | 0 | 350 | 0.463635 | 1.62 |
| REAL | Lease #: 66507 | RRC# 92392 | RUSK CO I&S | 0 | 350 | 0.028759 | 0.10 |
| AB 416 JESSE HARRIS SUR | Par/Seq: 1304334/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 350 | 0.058253 | 0.20 |
| WELL 1 RRC 92392 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 350 | 0.026437 | 0.09 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM ISD M&O | 0 | 350 | 1.040000 | 3.64 |
| | | | TATUM I&S | 0 | 350 | 0.167000 | 0.58 |
| | | | RUSK CO ESD #1 | 0 | 350 | 0.077500 | 0.27 |
| | | | RCGWC DIST | 0 | 350 | 0.005000 | 0.02 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 6.52 |
| JENKINS FELIX W GU 1-5 | Acct: 1214212-1-0062400 | Cat Code: G1 | RUSK CO M&O | 0 | 10 | 0.463635 | 0.05 |
| REAL | Lease #: 62400 | RRC# 78590 | RUSK CO I&S | 0 | 10 | 0.028759 | 0.00 |
| AB 282 W W FRAIR SUR | Par/Seq: 1308873/1 | Acres: 679.910 | RUSK CO SPEC RD | 0 | 10 | 0.058253 | 0.01 |
| (139911,140367-153268-169898) | Own Int./Type: 0.000051 / RI | | COUNTY SCHOOL | 0 | 10 | 0.026437 | 0.00 |
| Operator: BP AMERICA PROD CO | JUR: 04-05-52-65-66 | | TATUM ISD M&O | 0 | 10 | 1.040000 | 0.10 |
| | | | TATUM I&S | 0 | 10 | 0.167000 | 0.02 |
| | | | RUSK CO ESD #1 | 0 | 10 | 0.077500 | 0.01 |
| | | | RCGWC DIST | 0 | 10 | 0.005000 | 0.00 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 0.19 |
| MCALISTER GU (3) | Acct: 1214212-1-0091526 | Cat Code: G1 | RUSK CO M&O | 0 | 760 | 0.463635 | 3.52 |
| REAL | Lease #: 91526 | RRC# 122668 | RUSK CO I&S | 0 | 760 | 0.028759 | 0.22 |
| AB 282 W A FRIAR SUR | Par/Seq: 1311193/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 760 | 0.058253 | 0.44 |
| WELL 3 RRC 122668 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 760 | 0.026437 | 0.20 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM ISD M&O | 0 | 760 | 1.040000 | 7.90 |
| | | | TATUM I&S | 0 | 760 | 0.167000 | 1.27 |
| | | | RUSK CO ESD #1 | 0 | 760 | 0.077500 | 0.59 |
| | | | RCGWC DIST | 0 | 760 | 0.005000 | 0.04 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 14.18 |

# WARNING!
## ACCOUNT REFERRED FOR TITLE WORK

Prior to filing suit, we conduct research to determine the name, identity and location of owners and lienholders and the legal description of the property. Cost and expenses incurred in the preparation and filing of suit are a charge against the property subject to foreclosure in the suit and will be collected out of the proceeds of the sale of the property or charged against the defendant personally in accordance with the Texas Property Tax Code. If your account is not paid in full by the time title research is returned and suit filed, each delinquent account may be charged the following additional fees:

| | |
|---|---|
| $197.00 | District Clerk Suit Filing Fee |
| $174.00 | Constable Service of Citation Fee |
| $250.00 | Title Research Fee per tract |
| $1,000.00 | Attorney ad Litem Fee |
| **$1,621.00** | **TOTAL COSTS OF SUIT** |

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since **November 1, 2018**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us in writing the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**ATTORNEYS AT LAW**
**1-800-414-3961**

TO ENSURE PROPER CREDIT - PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT

---

**ACCOUNT NUMBER**
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T8-P1-S2,423

DT1063754082
1,623

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**

| | |
|---|---|
| If paid in NOV, 2018 : | $1,742.79 |
| If paid in DEC, 2018 : | $1,750.61 |
| If paid in JAN, 2019 : | $1,758.19 |

**AMOUNT ENCLOSED $**__________

11-175D

DELINQUENT ACCOUNT DETAIL
Rusk County
November 12, 2018

**AMOUNT DUE**
If paid in NOV, 2018 : $139.51
If paid in DEC, 2018 : $140.06
If paid in JAN, 2019 : $140.64

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

**AMOUNT DUE**
If paid in NOV, 2018 : $420.22
If paid in DEC, 2018 : $422.07
If paid in JAN, 2019 : $423.94

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

**AMOUNT DUE**
If paid in NOV, 2018 : $198.05
If paid in DEC, 2018 : $198.83
If paid in JAN, 2019 : $199.61

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

**AMOUNT DUE**
If paid in NOV, 2018 : $813.78
If paid in DEC, 2018 : $817.66
If paid in JAN, 2019 : $821.38

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

**AMOUNT DUE**
If paid in NOV, 2018 : $100.28
If paid in DEC, 2018 : $100.72
If paid in JAN, 2019 : $101.07

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
November 12, 2018

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**

| | |
|---|---|
| If paid in NOV, 2018 : | $70.68 |
| If paid in DEC, 2018 : | $71.00 |
| If paid in JAN, 2019 : | $71.28 |

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT DUE**

| | |
|---|---|
| If paid in NOV, 2018 : | $0.27 |
| If paid in DEC, 2018 : | $0.27 |
| If paid in JAN, 2019 : | $0.27 |

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

**ACCOUNT NUMBER:** [redacted]
**PARCEL NUMBER:** 1214212-1-0066507
**YEARS DUE:** 2005 - 2018 (11)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36) ... and 3 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T12-P0-S3,756

DT1065368091
2,189

**TOTAL AMOUNT DUE**
If paid in JUL, 2019 : $1,402.79

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT ENCLOSED:$**____________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since **June 19, 2019**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

D-107A

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
July 2, 2019

**AMOUNT DUE**
If paid in JUL, 2019 : $444.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2018 (11)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

**AMOUNT DUE**
If paid in JUL, 2019 : $93.76

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2006 - 2016 (5)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

**AMOUNT DUE**
If paid in JUL, 2019 : $864.33

COLEMAN ALVESTER
3021 FORESTDALE LN.
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2018 (13)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

**AMOUNT DUE**
If paid in JUL, 2019 : $0.26

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2018 - 2018 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T11-P0-S3,498

DT1062405265
2,198

**TOTAL AMOUNT DUE**
If paid in JUL, 2018 : $1,711.87

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT ENCLOSED:$**______________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **July 6, 2018**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

D-107A

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
July 13, 2018

**AMOUNT DUE**
If paid in JUL, 2018 : $137.13

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

**AMOUNT DUE**
If paid in JUL, 2018 : $412.79

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2018 : $194.80

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2018 : $798.68

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

---

**AMOUNT DUE**
If paid in JUL, 2018 : $98.71

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
July 13, 2018

**AMOUNT DUE**
If paid in JUL, 2018 : $69.49

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in JUL, 2018 : $0.27

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (0.67)

**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T8-P1-S2,601

DT1060795238
1,678

**TOTAL AMOUNT DUE**
If paid in MAR, 2018 : $1,680.78

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT ENCLOSED:$**_______________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# URGENT
# CANDIDATE FOR LAWSUIT

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since February 7, 2018, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

H-149

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
February 28, 2018

AMOUNT DUE
If paid in MAR, 2018 $134.77

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

AMOUNT DUE
If paid in MAR, 2018 $405.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

AMOUNT DUE
If paid in MAR, 2018 $191.56

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

AMOUNT DUE
If paid in MAR, 2018 $783.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

---

AMOUNT DUE
If paid in MAR, 2018 $97.09

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
February 28, 2018

AMOUNT DUE
If paid in MAR 2018 $68.22

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

---

AMOUNT DUE
If paid in MAR 2018 $0.26

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** 1214212-1-0062400
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (0.67)

**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T12-P0-S3,937

DT1058815718
2,293

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**

| | |
|---|---|
| If paid in JUL, 2017 : | $1,618.83 |
| If paid in AUG, 2017 : | $1,626.33 |

**AMOUNT ENCLOSED:$**______________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **June 26, 2017**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

D-107A

# DELINQUENT ACCOUNT DETAIL
Rusk County
July 11, 2017

**AMOUNT DUE**
If paid in JUL, 2017 : $130.08
If paid in AUG, 2017 : $130.65

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** 1214212-1-0054660
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

**AMOUNT DUE**
If paid in JUL, 2017 : $390.54
If paid in AUG, 2017 : $392.37

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** 1214212-1-0066507
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

**AMOUNT DUE**
If paid in JUL, 2017 : $185.17
If paid in AUG, 2017 : $185.95

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

**AMOUNT DUE**
If paid in JUL, 2017 : $753.14
If paid in AUG, 2017 : $756.76

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

**AMOUNT DUE**
If paid in JUL, 2017 : $93.82
If paid in AUG, 2017 : $94.21

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
July 11, 2017

**AMOUNT DUE**
If paid in JUL, 2017 : $65.83
If paid in AUG, 2017 : $66.14

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in JUL, 2017 : $0.25
If paid in AUG, 2017 : $0.25

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

903 657 4071

**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

903 657 4071 903 657-4071

T8-P1-S2,458

DT1064216176
1,262

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**
If paid in FEB, 2019 : $1,766.14
If paid in MAR, 2019 : $1,773.88

**AMOUNT ENCLOSED:$**____________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# URGENT
# CANDIDATE FOR LAWSUIT

425-108

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co Grdwtr Consv Dist, Rusk Co ESD # 01 BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

CINDY ISD

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

202

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since February 1, 2019, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

H-149

DELINQUENT ACCOUNT DETAIL
Rusk County
February 5, 2019

**AMOUNT DUE**
If paid in FEB, 2019 $71.60
If paid in MAR, 2019 $71.93

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in FEB, 2019 $0.27
If paid in MAR, 2019 $0.29

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

This is NOT a Tax Statement

# Notice Of Appraised Value

Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

2678 0.5180 AB 0.408 12 2 85
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

APPRAISAL YEAR 2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING PROTESTS ON 6/29/2018 AT: 9:00 AM
APPRAISAL DISTRICT OFFICE
107 NORTH VAN BUREN
HENDERSON, TEXAS 75652
QUESTIONS CONCERNING MINERALS
CALL (903)657-7516

Protest Deadline: 6-04-2018
ARB Hearing: 6-29-2018
Owner: 1214212 2423

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD: wgBpLZuKxN

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400 Type: REAL Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO. |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category: G1 |
| | | | Railroad #: 78590 |

No History available for: 2013.

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).

The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.
Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.
If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

COPY

Page 1 of 1

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 02 | 18 | 2.37 | 1,606.21 | 3,822.14 | | .00 | 3197.71 | |
| R | | | | .000361750 | .58 | 1.38 | | .00 | | 1.15 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 03 | 18 | 2.35 | 1,667.23 | 3,927.96 | | .00 | 3331.92 | |
| R | | | | .000361750 | .60 | 1.43 | | .00 | | 1.22 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 02 | 18 | 2.37 | 280.37 | 667.07 | | .00 | 597.96 | |
| R | | | | .000361750 | .10 | .25 | | .00 | | .22 |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 03 | 18 | 2.35 | 270.60 | 637.56 | | .00 | 571.87 | |
| R | | | | .000361750 | .09 | .23 | | .00 | | .20 |
| | | | | | | | COMPRESSION | | .02- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 02 | 18 | 2.37 | 2,146.24 | 5,107.22 | | .00 | 4332.39 | |
| R | | | | .000361750 | .77 | 1.84 | | .00 | | 1.55 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .04- | |
| | | | | | | | COMPRESSION | | .19- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 03 | 18 | 2.35 | 1,976.05 | 4,655.43 | | 1.36- | 4000.69 | |
| R | | | | .000361750 | .71 | 1.68 | | .01- | | 1.43 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 03 | 18 | 2.36 | 4.30 | 10.17 | | .00 | 10.17 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| | | | | **YOUR TOTALS** | | 6.82 | | -0.01 | -1.03 | 5.78 |

PRODUCT: A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL, C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 8/20/2018 |

CHECK NO. 66915151

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

Page 2 of 5

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 09 | 17 | 2.72 | 3.53 | 9.63 | | .00 | 9.63 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 10 | 17 | 2.62 | 1,701.47 | 4,465.29 | | .00 | 3849.30 | |
| R | | | | .000361750 | .61 | 1.62 | | .00 | | 1.39 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .04- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 11 | 17 | 2.72 | 1,645.77 | 4,480.13 | | .00 | 3903.70 | |
| R | | | | .000361750 | .59 | 1.62 | | .00 | | 1.40 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .04- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 12 | 17 | 2.51 | 1,684.54 | 4,228.55 | | .00 | 3633.68 | |
| R | | | | .000361750 | .60 | 1.53 | | .00 | | 1.33 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 01 | 18 | 3.49 | 1,791.66 | 6,264.66 | | .00 | 5649.32 | |
| R | | | | .000361750 | .64 | 2.27 | | .00 | | 2.05 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | O | 04 | 17 | 48.58 | 83.47 | 4,055.00 | | 186.54- | 3868.46 | |
| R | | | | .000361750 | .03 | 1.47 | | .07- | | 1.40 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | O | 04 | 17 | 43.95 | .21 | 9.23 | | .00 | 9.23 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 02 | 17 | 2.53 | 314.72 | 797.05 | | .00 | 708.75 | |
| R | | | | .000361750 | .11 | .29 | | .00 | | .26 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 03 | 17 | 2.58 | 486.56 | 1,259.14 | | .00 | 1079.06 | |
| R | | | | .000361750 | .17 | .45 | | .00 | | .38 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 04 | 17 | 2.77 | 394.96 | 1,097.64 | | .00 | 965.76 | |
| R | | | | .000361750 | .14 | .40 | | .00 | | .35 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 05 | 17 | 2.88 | 264.73 | 763.60 | | .00 | 705.25 | |
| R | | | | .000361750 | .09 | .27 | | .00 | | .25 |
| | | | | | | | COMPRESSION | | .02- | |

CONTINUED

**YOUR TOTALS**

PRODUCT: A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL, C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE
E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO. 66619305

**XTO ENERGY INC.**
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

Page 3 of 5

| *************** PROPERTY NUMBER | | | | | PROPERTY NAME | | | COUNTY | STATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| T | P | MO. | YR. | UNIT PRICE | BBLS OR MCF | GROSS VALUE | BTU-FACTOR | SEV/PROD TAX | NET VALUE | |
| | | | | YOUR DECIMAL | YOUR BBLS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER W/H | YOUR NET |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 06 | 17 | 2.68 | 297.96 | 799.46 | | .00 | 712.94 | |
| R | | | | .000361750 | .10 | .29 | | .00 | | .25 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 07 | 17 | 2.73 | 408.81 | 1,116.50 | | .00 | 998.23 | |
| R | | | | .000361750 | .14 | .40 | | .00 | | .36 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 08 | 17 | 2.65 | 465.34 | 1,237.30 | | .31- | 1086.58 | |
| R | | | | .000361750 | .16 | .45 | | .01- | | .38 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 09 | 17 | 2.73 | 341.76 | 933.18 | | .00 | 842.96 | |
| R | | | | .000361750 | .12 | .33 | | .00 | | .29 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 10 | 17 | 2.62 | 420.74 | 1,104.23 | | .00 | 986.99 | |
| R | | | | .000361750 | .15 | .40 | | .00 | | .36 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 11 | 17 | 2.72 | 408.26 | 1,111.11 | | .00 | 980.70 | |
| R | | | | .000361750 | .14 | .40 | | .00 | | .35 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 12 | 17 | 2.51 | 435.58 | 1,093.40 | | .00 | 953.51 | |
| R | | | | .000361750 | .15 | .39 | | .00 | | .33 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 01 | 18 | 3.49 | 379.81 | 1,328.04 | | .00 | 1209.03 | |
| R | | | | .000361750 | .13 | .48 | | .00 | | .44 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | O | 04 | 17 | 48.56 | 11.04 | 536.16 | | .00 | 536.16 | |
| R | | | | .000361750 | .00 | .19 | | .00 | | .19 |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 02 | 17 | 2.53 | 1,680.73 | 4,256.50 | | .00 | 3689.83 | |
| R | | | | .000361750 | .60 | 1.54 | | .00 | | 1.34 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 03 | 17 | 2.58 | 1,826.56 | 4,727.04 | | .00 | 4080.10 | |
| R | | | | .000361750 | .66 | 1.71 | | .00 | | 1.47 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .16- | |
| | | | | | | | DEHYDRATION | | .01- | |

CONTINUED

**YOUR TOTALS**

PRODUCT:
A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL
C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST
I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE
E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO. 66619305

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

**TAX RECEIPT**

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

**This is a receipt. Do not pay.**

**Owner ID: M 1214212**
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX. 75180-1907

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|---|---|---|---|---|---|---|---|---|
| | | **2008 Year Totals** | | | $10.27 | $18.56 | $28.83 | |
| | | **Parcel Totals:** | | | $33.81 | $68.12 | $101.93 | |
| **DPI Year/Month:** 201903 | | **Payment Ref Totals:** | | | **$33.81** | **$68.12** | **$101.93** | |

**Clerk:** vkenney **Paid By:** COLEMAN ALVESTER **Payment Type:** Cash **Payment Ref No:** CASH

Additional Fees:

| | Tax | Dis/Pen/Other | Total Amount |
|---|---|---|---|
| **Grand Totals:** | **$33.81** | **$68.12** | **$101.93** |

**2018 CURRENT DELINQUENT TAX STATEMENT**

**Make payment payable to:** | **Taxes as Of:** 3/8/2019 | DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

Owner ID: 1214212 Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| **Parcel ID 1308873 Total** | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

Parcel ID: 1311193 Ownshp Seq: 1 | Operator: CCI EAST T RI | Suit: N
Account #: [redacted] | Lease Number: 91526 RRC #: 122668 | Acres: 542.36 | Cat Code: G1
Mineral Interest: 0.005077 | Lease Name: MCALISTER GU (3) REAL | Mineral Value: $ 760
Prop Address: AB 282 W A FRIAR SUR
Prop City/St/Zip: WELL 3 RRC 122668

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 760 | 0 | 10047 | $0.463635 | $3.52 | $0.00 | $0.32 | $0.00 | $3.84 |
| RUSK CO I&S | 2018 | 760 | 0 | 10047 | $0.028759 | $0.22 | $0.00 | $0.02 | $0.00 | $0.24 |
| RUSK CO SPEC RD | 2018 | 760 | 0 | 10047 | $0.058253 | $0.44 | $0.00 | $0.04 | $0.00 | $0.48 |
| COUNTY SCHOOL | 2018 | 760 | 0 | 10047 | $0.026437 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| TATUM ISD M&O | 2018 | 760 | 0 | 10047 | $1.040000 | $7.90 | $0.00 | $0.71 | $0.00 | $8.61 |
| TATUM I&S | 2018 | 760 | 0 | 10047 | $0.167000 | $1.27 | $0.00 | $0.11 | $0.00 | $1.38 |
| RUSK CO ESD #1 | 2018 | 760 | 0 | 10047 | $0.077500 | $0.59 | $0.00 | $0.05 | $0.00 | $0.64 |
| RCGWC DIST | 2018 | 760 | 0 | 10047 | $0.005000 | $0.04 | $0.00 | $0.00 | $0.00 | $0.04 |
| **2018 Total:** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |
| **Parcel ID 1311193 Total** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |

**AN ADDITIONAL 20% PENALTY WILL BE ADDED TO YOUR 2018 TAXES IF NOT PAID BEFORE JULY 1, 2019 IN ACCORDANCE WITH STATE PROPERTY TAX CODE SEC. 33.07d.**

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE RUSK COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE RUSK COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

TO INSURE PROPER CREDIT, MAIL OR BRING THIS STATEMENT WITH YOUR PAYMENT

| ** Summary **: | Base Tax: | P/I: | Additional: | Total Amount: |
|---|---|---|---|---|
| If Paid In Mar, 2019 | $20.89 | $1.87 | $0.00 | $22.76 |
| If Paid In Apr, 2019 | $20.89 | $2.28 | $0.00 | $23.17 |
| If Paid In May, 2019 | $20.89 | $2.74 | $0.00 | $23.63 |
| If Paid In Jun, 2019 | $20.89 | $3.15 | $0.00 | $24.04 |
| If Paid In Jul, 2019 | $20.89 | $3.77 | $4.90 | $29.56 |

**TAX RECEIPT**

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

**This is a receipt. Do not pay.**

**Owner ID: M 1214212**
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX. 75180-1907

---

Parcel Id/Owner Seq: 1985966135 / 1
Account Number: [redacted]
Mineral Interest: 0.004715
Prop Address:
Prop City/St/Zip:

Operator ANADARKO E&RC
Lease 95258 RRC# 169918
Legals: MCALISTER GAS UNIT (#4)
REAL
AB 416 JESSE HARRIS SUR
(SAM 032734)

Suit: N
Acres: 271.210 Cat Code: G1
Mineral Value: $ 720

Homestead Code:

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|---|---|---|---|---|---|---|---|---|
| 2005 | SPEC RD | 0.040000 | $470 | P | $0.19 | $0.42 | $0.61 | 03/08/2019 |
| 2005 | RUSK CO ESD #1 | 0.027215 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | RUSK CO GROUNDWATER | 0.005000 | $470 | P | $0.03 | $0.07 | $0.10 | |
| 2005 | COUNTY SCHOOL | 0.026500 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | TATUM I.S.D. M&O | 1.568400 | $470 | P | $7.37 | $16.51 | $23.88 | |
| 2005 | RUSK COUNTY | 0.356000 | $470 | P | $1.68 | $3.77 | $5.45 | |
| | | 2005 Year Totals | | | $9.53 | $21.35 | $30.88 | |
| 2006 | TATUM I.S.D. M&O | 1.219310 | $330 | P | $4.03 | $8.45 | $12.48 | 03/08/2019 |
| 2006 | RUSK CO GROUNDWATER | 0.004800 | $330 | P | $0.02 | $0.04 | $0.06 | |
| 2006 | SPEC RD | 0.040000 | $330 | P | $0.13 | $0.28 | $0.41 | |
| 2006 | TATUM ISD I&S | 0.150690 | $330 | P | $0.50 | $1.05 | $1.55 | |
| 2006 | RUSK CO ESD #1 | 0.023800 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | COUNTY SCHOOL | 0.022400 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | RUSK COUNTY | 0.304600 | $330 | P | $1.01 | $2.12 | $3.13 | |
| | | 2006 Year Totals | | | $5.85 | $12.28 | $18.13 | |
| 2007 | COUNTY SCHOOL | 0.020400 | $570 | P | $0.12 | $0.24 | $0.36 | 03/08/2019 |
| 2007 | RUSK CO ESD #1 | 0.023480 | $570 | P | $0.14 | $0.27 | $0.41 | |
| 2007 | RUSK COUNTY | 0.298500 | $570 | P | $1.70 | $3.32 | $5.02 | |
| 2007 | TATUM I.S.D. M&O | 0.750000 | $570 | P | $4.28 | $8.36 | $12.64 | |
| 2007 | RUSK CO GROUNDWATER | 0.004700 | $570 | P | $0.03 | $0.05 | $0.08 | |
| 2007 | TATUM ISD I&S | 0.290000 | $570 | P | $1.66 | $3.24 | $4.90 | |
| 2007 | SPEC RD | 0.040000 | $570 | P | $0.23 | $0.45 | $0.68 | |
| | | 2007 Year Totals | | | $8.16 | $15.93 | $24.09 | |
| 2008 | SPEC RD | 0.040000 | $720 | P | $0.29 | $0.53 | $0.82 | 03/08/2019 |
| 2008 | TATUM ISD I&S | 0.300000 | $720 | P | $2.15 | $3.89 | $6.04 | |
| 2008 | COUNTY SCHOOL | 0.017800 | $720 | P | $0.13 | $0.23 | $0.36 | |
| 2008 | RUSK CO ESD #1 | 0.021370 | $720 | P | $0.16 | $0.28 | $0.44 | |
| 2008 | RUSK COUNTY | 0.309800 | $720 | P | $2.22 | $4.01 | $6.23 | |
| 2008 | RUSK CO GROUNDWATER | 0.004400 | $720 | P | $0.03 | $0.05 | $0.08 | |
| 2008 | TATUM I.S.D. M&O | 0.740000 | $720 | P | $5.29 | $9.57 | $14.86 | |

## 2018 CURRENT DELINQUENT TAX STATEMENT

**Make payment payable to:**    Taxes as Of: 3/8/2019    DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

Owner ID: 1214212    Return Service Requested
COLEMAN ADVESTER
3021 FORESTDALE LN
BALCH SPRINGS    TX 75180-1907

CALL BACK

### NOTICE TO TAXPAYER

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

Parcel ID: 1304334    Ownshp Seq: 1    Operator: CCI EAST T    RI    Suit:    N
Account #: [REDACTED]    Lease Number: 66507    RRC #: 92392    Acres: 542.36    Cat Code: G1
Mineral Interest: 0.005077    Lease Name: MCALISTER GU (1)    Mineral Value: $ 350
                                            REAL

Prop Address:    AB 416 JESSE HARRIS SUR
Prop City/St/Zip:    WELL 1 RRC 92392

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 350 | 0 | 10047 | $0.463635 | $1.62 | $0.00 | $0.15 | $0.00 | $1.77 |
| RUSK CO I&S | 2018 | 350 | 0 | 10047 | $0.028759 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| RUSK CO SPEC RD | 2018 | 350 | 0 | 10047 | $0.058253 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| COUNTY SCHOOL | 2018 | 350 | 0 | 10047 | $0.026437 | $0.09 | $0.00 | $0.01 | $0.00 | $0.10 |
| TATUM ISD M&O | 2018 | 350 | 0 | 10047 | $1.040000 | $3.64 | $0.00 | $0.33 | $0.00 | $3.97 |
| TATUM I&S | 2018 | 350 | 0 | 10047 | $0.167000 | $0.58 | $0.00 | $0.05 | $0.00 | $0.63 |
| RUSK CO ESD #1 | 2018 | 350 | 0 | 10047 | $0.077500 | $0.27 | $0.00 | $0.02 | $0.00 | $0.29 |
| RCGWC DIST | 2018 | 350 | 0 | 10047 | $0.005000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| **2018  Total:** | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |
| **Parcel ID 1304334 Total** | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |

Parcel ID: 1308873    Ownshp Seq: 1    Operator: BP AMERIC    RI    Suit:    N
Account #: 1214212-1-0062400    Lease Number: 62400    RRC #: 78590    Acres: 679.91    Cat Code: G1
Mineral Interest: 0.000051    Lease Name: JENKINS FELIX W GU 1-5    Mineral Value: $ 10
                                            REAL

Prop Address:    AB 282 W W FRAIR SUR
Prop City/St/Zip:    (139911,140367-153268-169898)

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 10 | 0 | 10047 | $0.463635 | $0.05 | $0.00 | $0.00 | $0.00 | $0.05 |
| RUSK CO SPEC RD | 2018 | 10 | 0 | 10047 | $0.058253 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| TATUM ISD M&O | 2018 | 10 | 0 | 10047 | $1.040000 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| TATUM I&S | 2018 | 10 | 0 | 10047 | $0.167000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| RUSK CO ESD #1 | 2018 | 10 | 0 | 10047 | $0.077500 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| **2018  Total:** | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

MPFM03/MPDR01 **Production Master - Oil** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job..: RUSK CO APPRAISAL DISTRICT ✓
Lse..: TATUM /CRANE/ UNIT
Cty 1: RUSK

Rrc#: 3881 / 06
Lse#: 79340
Cty 2:

FLD: 88425500 TATUM (PETTIT, LOWER)
Lse Info:
Oil Gatherers 1/2/3: PLAML / /
Completion Date: 4/13/1981
First Prod MMYYYY: 1/1962
Last Prod MMYYYY: 8/2018

PRDCING: 1
SHUT-IN:
INJECTOR:
SERVICE:

Depth.......: 7,008
Gas Gatherer: KMOTX
API Number..: 12,800
Gas Split...: NO
Beq Oil Stat:
Royalty Flag:

Current Operator Info - 660043
PETRO-HUNT, L.L.C.
ROSEWOOD COURT
2101 CEDAR SPRINGS RD STE 600
DALLAS TX 75201
Tele: 214-880-8400

Previous Operator Info - 417180
HUNT, WM. HERBERT, TRUST EST.

3900 THANKSGIVING TOWER
DALLAS TX 75201
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

MPFM03/MPDR02 **Production Master - Gas** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job.: RUSK CO APPRAISAL DISTRICT
Lse.: AKINS-REEVES GAS UNIT
Cty 1: RUSK

RRC#.....: 92747 / 06
Wll#/Lse#: 1 / 50030
Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info:
Gas Gatherers 1/2/3: ENBRI / /
Completion Date: 3/14/1981
First Prod MMYYYY:
Last Prod MMYYYY: 8/2018
Well Type.....: REG PROD

Upper Perf: 8,730
Lower Perf: 10,140
Othr Presr: 685

Depth.........: 10,250
Cond Gatherer:
Cond Split...: NO
API Number...:
Beg Gas Stat.: 2,141
Potential....: 9,999,999

Current Operator Info - 40798
BP AMERICA PRODUCTION COMPANY
~~ATTN JEANINE HALLER-PISKURICH~~
737 NORTH ELDRIDGE PARKWAY
HOUSTON TX 77079
Tele: 281-366-7158

Previous Operator Info - 20425
AMOCO PRODUCTION COMPANY
ATTN BILL CASEY
P O BOX 3092
HOUSTON TX 77253
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

MPFM03/MPDR02

**Production Master - Gas** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job..: RUSK CO APPRAISAL DISTRICT
Lse..: BIRD, G. W. EST.
Cty 1: RUSK

RRC#......: 69114 / 06
Wll#/Lse#: 1 / 53020
Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info:
Gas Gatherers 1/2/3: ENBRI / /
Completion Date: 11/06/1976
First Prod MMYYYY:
Last Prod MMYYYY: 8/2018
Well Type......: REG PROD

Upper Perf: 10,212
Lower Perf: 10,433
Othr Presr: 810

Depth.........: 10,535

Cond Gatherer:
Cond Split...: NO
API Number..:
Beg Gas Stat.:
Potential....: 9,999,999

Current Operator Info - 884563
VERADO ENERGY, INC.

8150 N CENTRAL EXPWY STE 850
DALLAS TX 75206
Tele: 214-368-5322

Previous Operator Info -

Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

MPFM03/MPDR02

**Production Master - Gas** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job..: RUSK CO APPRAISAL DISTRICT
Lse..: ALFORD -A- GAS UNIT
Cty 1: RUSK

RRC#.....: 104534 / 06
Wll#/Lse#: 2 / 50160
Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info: G-10 RETEST EFF. 2-1-9
Gas Gatherers 1/2/3: SABPI /
Completion Date: 2/07/1983
First Prod MMYYYY:
Last Prod MMYYYY: 8/2018
Well Type......: REG PROD

Depth.........: 10,830

Upper Perf: 10,537
Lower Perf: 10,773
Othr Presr: 3,215

Cond Gatherer:
Cond Split...: YES
API Number...:
Beg Gas Stat.:
Potential....: 9,999,999

Current Operator Info - 120023
CCI EAST TEXAS UPSTREAM LLC
~~ATTN CHRISSY SCHAFFNER~~
811 MAIN STREET SUITE 3500
HOUSTON TX 77002
Tele: 281-378-1100

Previous Operator Info - 20542
ANADARKO E&P COMPANY LP
ATTN FRANK A. DAVIS
P O BOX 1330
HOUSTON TX 77251
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

MPFM03/MPDR01 **Production Master - Oil** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

```
Job..: RUSK CO APPRAISAL DISTRICT              Rrc#:    11631 / 06
Lse..: BIRDWELL "B"                            Lse#:    53048
Cty 1: RUSK                                    Cty 2:

FLD: 51894500 LANEVILLE, NE. (PETTIT, LO.)      Depth.......:  7,566
Lse Info:
Oil Gatherers 1/2/3: PLAML /                    Gas Gatherer: ENETR
Completion Date: 11/29/1984    PRDCING:    1    API Number..: 3,168,500
First Prod MMYYYY: 12/1984     SHUT-IN:         Gas Split...: NO
Last  Prod MMYYYY:  8/2018     INJECTOR:        Beg Oil Stat:
                               SERVICE:         Royalty Flag:
```

Current Operator Info - 945936
XTO ENERGY INC.
~~ATTN ALAN CODY~~
810 HOUSTON STREET
FORT WORTH TX 76102
Tele: 817-885-3463

Previous Operator Info - 598935
NADEL AND GUSSMAN, L.L.C.

15 EAST 5TH ST STE 3300
TULSA OK 74103
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

259201 -RUSK CO APPRAISAL DISTRICT OWNER HOLDINGS 6/28/2018 PAGE 1

OWNER: 925972 COLEMAN FANNIE MAE
PO BOX 71
EASTON TX 75641

Agent:

| LEASE_# | LEASE_NAME | DESCRIPTION | OPERATOR | INT_TYPE | INTEREST | VALUE |
|---|---|---|---|---|---|---|
| 54550 | BUFORD & BLOW GU 1 (1/2) | AB 46 ETL WILLIAMSON ETAL SUR CCI RRC#- 106033108065 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 0 |
| 54552 | BUFORD & BLOW GU 1 (5-8) | AB 46 ETL WILLIAMSON ETAL SUR CCI RRC#- 131085131095131388133712 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 20 |
| 95540 | BUFORD & BLOW GU 1 (9) | AB 46 ETL WILLIAMSON ETAL SUR CCI RRC#- 167219 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95541 | BUFORD & BLOW GU 1 (10) | AB 46 ETL WILLIAMSON ETAL SUR CCI RRC#- ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95597 | BUFORD & BLOW GU 1 (3/4) | AB 46 ETL WILLIAMSON ETAL SUR CCI RRC#- 108773108776 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 10 |
| 95908 | BUFORD & BLOW GU 1 (11) | AB 46 ETL WILLIAMSON ETAL SUR CCI RRC#- 213806 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95909 | BUFORD & BLOW GU 1 (14) | AB 26 ETAL T O'BAR ETAL SUR CCI RRC#- 213805 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 10 |
| 96460 | BUFORD & BLOW GU 1 (15) | AB 26 ETAL T O'BAR ETAL SUR CCI RRC#- 228862 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 0 |
| 96865 | BUFORD & BLOW GU 1 (16) | AB 46 R WILLIAMSON SUR CCI RRC#- 236553 ACCT#: JURS: 04-05-52-65-66- - - - - | EAST TEXAS UPSTR | RI | .000074 | 20 |

OWNER TOTAL: 60

| JUR | | MARKET VALUE |
|---|---|---|
| 04 | RUSK CO APPRAISAL DISTRICT | 60 |
| 05 | RUSK COUNTY | 60 |
| 52 | TATUM I.S.D. - RUSK CO. | 60 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 60 |
| 66 | RUSK CO GROUND WATER CON DIST | 60 |

ROBERT M. MINTON
DAVID P. BROWN

PHONE (903) 657-3543
FAX (903) 657-3545

**MINTON & BROWN, PLLC**
**ATTORNEYS AT LAW**
**HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING**
**134 NORTH MARSHALL STREET**
**P. O. BOX 1688**
**HENDERSON, TEXAS 75653-1688**
E-Mail: mintonbrown@suddenlinkmail.com

December 17, 2009

Mr. Daryl Howard
826 Smokey Oak Drive
Lancaster, Texas 75146

Mr. Alvester Coleman
826 Smokey Oak Drive
Lancaster, Texas 75146

**RE: Interests of Wilmer Howard, Deceased and Ulysee Howard, Deceased**

Dear Daryl and Alvester:

Enclosed are copies of deeds whereby Wilmer Howard and Ulysee Howard conveyed away their ownerships.

Yours very truly,

**MINTON & BROWN, PLLC**

**BY** [signature]
Robert M. Minton

RMM/apm
Enclosure

This is a copy, of the letter sent to me from Robert M. Minton. Claiming Fraudulent documents to be copies of deeds. To which transferd deeds never recieved.

AUG-25-2017 12:40 P.001

Form **2848** (Rev. Dec. 2015) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1 Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address: Fannie Howard

Taxpayer identification number(s): [redacted]

Daytime telephone number

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

Name and address: Alvester Coleman, 3021 Forrestdale Ln, Balch Springs, TX 75810

CAF No.
PTIN
Telephone No.
Fax No.

**Check if to be sent copies of notices and communications** ☑

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

**Check if to be sent copies of notices and communications** ☐

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242
AUG 2 5 2017
RECEIVED
44106

CAF No.
PTIN
Telephone No.
Fax No.

(Note: IRS sends notices and communications to only two representatives.)

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

(Note: IRS sends notices and communications to only two representatives.)

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3 Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| whistleblower | 1041 1099 | 1960 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . ▶ ☐

**5a Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties; ☐ Substitute or add representative(s); ☐ Sign a return;

☐ Other acts authorized:

RECEIVED BY IRS-EEFAX 08/25/2017 12:33PM (GMT-05:00)

b **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

6 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

[signature] Signature — 8-24-17 Date — heir Title (if applicable)

ALVESTER COLEMAN Print Name — Print name of taxpayer from line 1 if other than individual

## Part II Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—licensed to practice as a certified public accountant is active in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

d Officer—a bona fide officer of the taxpayer organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). *See Special Rules and Requirements for Unenrolled Return Preparers in the Instructions for additional information.*

k Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation—Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| f | Texas | N/A | [signature] | 8-24-17 |
| | | | | |
| | | | | |
| | | | | |

250204 -RUSK CO APPRAISAL DISTRICT OWNER HOLDINGS 9/15/2016 PAGE 1

OWNER. 1214212 COLEMAN ALVESTER
3921 FORESTDALE LN
BALCH SPRINGS TX 75180

Agent:

| LEASE # | LEASE NAME | DESCRIPTION | OPERATOR | INT TYPE | INTEREST | VALUE |
|---|---|---|---|---|---|---|
| 54660 | BURNETT GU (1) | AB 19 JAMES MCCLAIN SUR RRC#- 96272 ACCT#: | VERADO ENERGY INC | RI | .002071 | 20 |
| 62400 | JENKINS FELIX W GU 1-5 | AB 282 W W FRAIR SUR RRC#- 78590139911140367153268169898 ACCT#: | BP AMERICA PROD CO | RI | .000051 | 10 |
| 66507 | 1 MCALISTER GU (1) | AB 416 JESSE HARRIS SUR RRC#- 92392 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 160 |
| 66507 | 2 MCALISTER GU (1) | AB 416 JESSE HARRIS SUR RRC#- 92392 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 10 |
| 91525 | 1 MCALISTER GU (2) | AB 416 JESSE HARRIS SUR RRC#- 113430 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 40 |
| 91525 | 2 MCALISTER GU (2) | AB 416 JESSE HARRIS SUR RRC#- 113430 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 91526 | 1 MCALISTER GU (3) | AB 282 W A FRIAR SUR RRC#- 122668 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 520 |
| 91526 | 2 MCALISTER GU (3) | AB 282 W A FRIAR SUR RRC#- 122668 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 40 |
| 95258 | 1 MCALISTER GU (4) | AB 416 JESSE HARRIS SUR RRC#- 169918 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 0 |
| 95258 | 2 MCALISTER GU (4) | AB 416 JESSE HARRIS SUR RRC#- 169918 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 95415 | BURNETT GU (2) | AB 19 JAMES MCCLAIN SUR RRC#- 176908 ACCT#: | VERADO ENERGY INC | RI | .002071 | 10 |

OWNER TOTAL: 810

| JUR | | MARKET VALUE |
|---|---|---|
| 04 | RUSK CO APPRAISAL DISTRICT | 810 |
| 05 | RUSK COUNTY | 810 |
| 46 | HENDERSON I.S.D | 0 |
| 52 | TATUM I.S.D. - RUSK CO. | 810 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 810 |
| 66 | RUSK CO GROUND WATER CON DIST | 810 |

Two different operators make disbursements on the McAlister wells: (1) ANADARKO (2) XTO

963 659- 0330

Form **2848** (Rev. Dec. 2015) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▷ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ______
Telephone ______
Function ______
Date / /

**Part I** Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

1 **Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address: Alvester Coleman, 3021 Forestdale Ln. Balch Springs, TX 75810

Taxpayer identification number(s): [redacted]

Daytime telephone number: 214-309-8507

Plan number (if applicable):

hereby appoints the following representative(s) as attorney(s)-in-fact:

2 **Representative(s) must sign and date this form on page 2, Part II.**

| Name and address | |
|---|---|
| Alvester Coleman<br>3021 Forestdale Ln<br>Balch Springs, TX 75810<br>Check if to be sent copies of notices and communications ☑ | CAF No. ______<br>PTIN ______<br>Telephone No. 214-309-8507<br>Fax No. ______<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address<br><br>Check if to be sent copies of notices and communications ☐ | CAF No. ______<br>PTIN ______<br>Telephone No. ______<br>Fax No. ______<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address<br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. ______<br>PTIN ______<br>Telephone No. ______<br>Fax No. ______<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address<br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. ______<br>PTIN ______<br>Telephone No. ______<br>Fax No. ______<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242
SEP 11 2017
RECEIVED

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

3 **Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Estate / trust | 1040, 1099 (1041) | 2009 |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . ▶ ☐

5a **Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties; ☐ Substitute or add representative(s); ☐ Sign a return; ______

☐ Other acts authorized: ______

Form **56-F** (Rev. December 2009) Department of the Treasury Internal Revenue Service

# Notice Concerning Fiduciary Relationship of Financial Institution

(Internal Revenue Code sections 6036, 6402, and 6903)

OMB No. 1545-2159

For IRS Use Only

**Part I** Identification

1 Name of person for whom you are acting (as shown on the tax return): Lawrence Howard Flanagan Trust

2 Employer identification number: [redacted]

3 Address of financial institution (number, street, and room or suite no.): 511 Carver St

4 City, state, and ZIP code: Henderson TX 75652-5709

5 Telephone no. ( )

6 Check the applicable box for the type of financial institution: ☑ Bank ☐ Thrift

7 Check here ► ☐ if the financial institution is insolvent.

8 Enter the ending date of the financial institution's tax year (mo., day, yr.) . . . . . . . . . . . ►

9 Fiduciary's name: Citizens National Bank

10 Contact person: Lee Gearheart, TTEE

11 Address of fiduciary (number, street, and room or suite no.): 201 W Main St

12 City or town, state, and ZIP code: Henderson TX

13 Telephone no. (903) 657-8521

14 Check the applicable box if the fiduciary is a: ☑ Receiver ☐ Conservator

15 Check this box ► ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below. Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

16 Name of person for whom you are acting (as shown on the tax return)

17 Employer identification number

18 Address of the common parent (number, street, and room or suite no.)

19 City, state, and ZIP code

20 Check here ► ☐ if a copy of this form has been sent to the common parent of the group.

21 Enter the tax year(s) that the financial institution is or was a member of the consolidated group ► 1990

INTERNAL REVENUE SERVICE FIELD ASSISTANCE DALLAS TX 75242 AUG 3 2017 RECEIVED 4415

**Part II** Authority

22 Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:

a ☐ Appointment of conservator  b ☑ Replacement of conservator
c ☐ Appointment of receiver  d ☐ Order of insolvency
e ☑ Other evidence of creation of fiduciary relationship (describe) ►

**Part III** Tax Notices

23 All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods or years involved.

Mr. Lee Gearheart has not turned over any tax information over since 2010. I have not filed in brothers name ~~to~~ to this date payments or filing being done is unknown.

**Part IV** Revocation or Termination of Notice

Section A—Total Revocation or Termination

24 Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):

a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☑ Other evidence of termination of fiduciary relationship (describe) ► Copy from trustee claiming to turn over tax information to correct heir on 3-25

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

► Fiduciary's signature [signature] Title, if applicable Date 8-3-17

For Paperwork Reduction Act Notice, see back of form. Cat. No. 12784J Form 56-F (Rev. 12-2009)

016

Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

neral Property Information

New Property Search | Go To Previous Page

| Legal Information: |
|---|
| MCALISTER GU (2) |
| REAL |
| AB 416 JESSE HARRIS SUR |
| WELL 3 RRC 113430 |

| Account Number: |
|---|
| [redacted] |

| Operator: |
|---|
| ANADARKO E&P ONSHORE |

| Owner Information: |
|---|
| COLEMAN ALVESTER |
| |
| 826 SMOKEY OAK DR |
| |
| LANCASTER TX 75146 |

| Lease Information: | |
|---|---|
| RRC#: | 113430 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.005077 |
| Under 500: | No |
| Market Value: | 40 |
| Taxable Value: | 40 |

No Total Acres =
No Interest!

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 40 | 0 | 40 |
| 05 | RUSK COUNTY | 40 | 0 | 40 |
| 05R | RUSK COUNTY SPEC ROAD | 40 | 0 | 40 |
| 05S | COUNTY SCHOOL | 40 | 0 | 40 |
| 52 | TATUM I.S.D. | 40 | 0 | 40 |
| 65 | RUSK CO ESD#1 | 40 | 0 | 40 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 40 | 0 | 40 |

New Property Search | Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer



# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## Mineral Property Information

New Property Search

Go To Previous Page

| Legal Information: |
|---|
| BURNETT GU (2) |
| REAL |
| AB 19 JAMES MCCLAIN SUR |
| WELL 2 RRC 176908 |

| Account Number: |
|---|
| [redacted] |

| Operator: |
|---|
| VERADO ENERGY INC |

| Owner Information: |
|---|
| COLEMAN ALVESTER |
| |
| 826 SMOKEY OAK DR |
| |
| LANCASTER TX 75146 |

| Lease Information: | |
|---|---|
| RRC#: | 176908 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.002071 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 46 | HENDERSON I.S.D. | 0 | 0 | 0 |
| 52 | TATUM I.S.D. | 10 | 0 | 10 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |

New Property Search

Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

ineral Property Information

New Property Search

Go To Previous Page

| Legal Information: |
|---|
| JENKINS FELIX W GU 1-5 |
| REAL |
| AB 282 W W FRAIR SUR |
| (139911,140367-153268-169898) |

| Account Number: |
|---|
| [redacted] |

| Operator: |
|---|
| BP AMERICA PROD CO |

| Owner Information: |
|---|
| COLEMAN ALVESTER |
| |
| 826 SMOKEY OAK DR |
| |
| LANCASTER TX 75146 |

| Lease Information: | |
|---|---|
| RRC#: | 78590 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.000051 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

No Owener Interest
No Total ACRES

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 52 | TATUM I.S.D. | 10 | 0 | 10 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |

New Property Search

Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

661109

☒ Final K-1 ☐ Amended K-1 OMB No. 1545-0092

Schedule K-1 (Form 1041) **2009**

Department of the Treasury Internal Revenue Service

For calendar year 2009, or tax year beginning ________, 2009 and ending ________, ______

# Beneficiary's Share of Income, Deductions, Credits, etc.

► See separate instructions.

## Part I Information About the Estate or Trust

A Estate's or trust's employer identification number

[redacted]

B Estate's or trust's name

LAWRENCE HOWARD FLANAGAN TRUST

C Fiduciary's name, address, city, state, and ZIP code

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

D ☐ Check if Form 1041-T was filed and enter the date it was filed. . . . . . . . . . . . ________

E ☒ Check if this is the final Form 1041 for the estate or trust

## Part II Information About the Beneficiary

F Beneficiary's identifying number

[redacted]

G Beneficiary's name, address, city, state, and ZIP code

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146

BENEFICIARY 3

H ☒ Domestic beneficiary ☐ Foreign beneficiary

## Part III Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Interest income | 11 | Final year deductions | |
| | | C | | 5,454. |
| 2a | Ordinary dividends | | | |
| 2b | Qualified dividends | | | |
| 3 | Net short-term capital gain | | | |
| 4a | Net long-term capital gain | | | |
| 4b | 28% rate gain | 12 | Alternative minimum tax adjustment | |
| 4c | Unrecaptured section 1250 gain | | | |
| 5 | Other portfolio and nonbusiness income | | | |
| 6 | Ordinary business income | | | |
| 7 | Net rental real estate income | | | |
| 8 | Other rental income | 13 | Credits and credit recapture | |
| 9 | Directly apportioned deductions | | | |
| 10 | Estate tax deduction | 14 | Other information | |

*See attached statement for additional information.

Note. A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1041.

Schedule K-1 (Form 1041) 2009

FIFA0401L 12/01/09

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

January 12, 2010

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146

Re: LAWRENCE HOWARD FLANAGAN TRUST
75-6404255

Dear ALVESTER COLEMAN:

Enclosed is your Schedule K-1 (Form 1041) Beneficiary's Share of Income, Deductions, Credits, Etc. for 2009 from the LAWRENCE HOWARD FLANAGAN TRUST. This information reflects the amounts that you need to complete your 2009 income tax return. The amounts shown are your distributive share of fiduciary tax items to be reported on your tax return and may not correspond to the amount of cash you actually received during the year. This information is included in the Fiduciary's 2009 Income Tax Return that was filed with the Internal Revenue Service.

This is the final year that LAWRENCE HOWARD FLANAGAN TRUST will file an income tax return. As a result, this will be the last Schedule K-1 (Form 1041) you will receive.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

LEE GEARHEART, TTEE

Enclosure(s)

# FedEx
Express

1
16:00
A
1994
01.23

RT 747
FZ

RECEIVED
JAN 23 2020
LEGAL SERVICES

COPY
Document Control

FedEx
TRK# 0200 8142 2830 1994
THU - 23 JAN AA
STANDARD OVERNIGHT

XH BNOA
97005
OR-US
PDX

FID 586922 22JAN20 TLCA 56AC2/DF87/05A2

FedEx Express Package US Airbill
FedEx Tracking Number 8142 2830 1994
Form I.D. No. 0200
Recipient's Copy

1 From
Date 1-22-20
Sender's Name
Phone
Company
Address
City State ZIP
2 Your Internal Billing Reference
3 To
Recipient's Name
Phone
Company
Address
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Address
Use this line for the HOLD location address or for continuation of your shipping address.
City State ZIP 97005
Hold Weekday
Hold Saturday

4 Express Package Service
Packages up to 150 lbs.
Next Business Day
- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight

2 or 3 Business Days
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

5 Packaging
- FedEx Envelope*
- FedEx Pak*
- FedEx Box
- FedEx Tube
- Other

6 Special Handling and Delivery Signature Options
- Saturday Delivery
- No Signature Required
- Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked.
- No
- Yes As per attached Shipper's Declaration.
- Yes Shipper's Declaration not required.
- Dry Ice
- Cargo Aircraft Only

7 Payment Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages Total Weight

fedex.com 1.800.GoFedEx 1.800.463.3339

Align top of FedEx Express® shipping label here.

8142 2830 1994

**Proof of Claim No. 37843**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

EFH

B 10 (Modified Official Form 10) (04/10)

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE** | **PROOF OF CLAIM**

FILED
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Name of Debtor and Case Number: Luminant Generation Company LLC

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Alvester Coleman

Name and address where notices should be sent: Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241
Telephone No. 214-309-8507

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 14-10979-CCS
*(If known)*

Filed on: ______

Name and address where payment should be sent (if different from above): Same
Telephone No. 214-309-8507

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 0

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to principal amount of the claim. Attach itemized statement of interest or charges

2. **Basis for Claim:** goods sold, money loaned, mortgage note, & Credit card
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 5391

3a. **Debtor may have scheduled account as:** last claim filed at $0
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $ "?" **Annual Interest Rate:** 10 %

**Amount of arrearage and other charges as of time case filed included in secured claim,**
**if any:** $ 250,000,000,000 **Basis for perfection:** ______

**Amount of Secured Claim:** $ 250,000,000,000 **Amount Unsecured:** $ Ø

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☑ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(b).

**Amount entitled to priority:**
$ 250,000,000,000

** Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before September 7, 2011, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $ 250,000,000,000

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 1-12-2020

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Alvester Coleman Alvester Coleman

FOR COURT USE ONLY

***Penalty for presenting fraudulent claim:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

B 10 (Modified Official Form 10) (04/10) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, District of Delaware), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

3a. **Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Claim Pursuant to 11 U.S.C. §503(b)(9):**
Check this box if you have a claim arising from the value of any goods received by the Debtor within 20 days before September 7, 2011, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim. (See DEFINITIONS, below.)

7. **Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

8. **Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing a Claim**
To receive acknowledgment of your filing, please enclose a stamped self-addressed envelope and a copy of this proof of claim. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://www.kccllc.net/newpage

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

PLEASE SEND COMPLETED PROOFS OF CLAIM TO:

NewPage Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Case Number: 14-10979

Luminant Generation Company LLC
Name of Debtor

COPY
Document Control

Alvester Coleman
Name of Creditor

Creditor's Attachment of Proof
For Filing Amended Claim Form(S)

I Alvester Coleman, pro se represenative state the following to be True and Correct. I am the Owner to the Estate(S) being fraudulently misrepresened by Energy Future Holdings Corp. and "cum-ex traded" by Luminant Generation Company LLC inwhich to defraud grovernment from Taxes owed. My accounts in control by the Debtor in Possession have been Denied my access, most companies taken to Private Sector all in order to hide their mismanagement enabling each Firm, Holding company, Bank(s), and Trust Funds managers to keep my ownership hidden. (See attached Exhibit # A).

1-12-2020

These Debtors in Possession along with the numerous jointley filed LLC Companies all involed in ponzi Scheme to Defaud the government by continue to Refuse Turnover of my funds and filing of this Bankrupcy to cover-up their mismanagment I have NOT ONCE been Notified or Benifited financially from the current production of mineral(s) and real Estate rent(s) on my property. Instead I recieve lien(s) and 0.000321% inncorret interest payments with promise of correction from Rusk County Tx - clerk and other's (see Exhibit# B) These Debtors through connection to high-profile persons of the "Private Secter" along with their unfittered control have been able to Deny my ownership, Deny my civil rights, Deny my right to represenation by legal council, ~~and~~ Denied my personal injury payments from Exposure to Asbestos, and ~~[illegible]~~ Denied access to accounts associated with my Estate(s).

COPY
Document Control

I ask the Court, as pro se Represenative and Creditor accept this and insure the proper Amendment claim be file, and the Amount Stated be entitled to Priority Payment(s)

In closing I the True and correct Creditor/owner, Prays the Court See fit the Debtors in Possession interally filed this fraudulant finacial information to Bankrupcy Court to continue to keep me correct owner hidden. These funds also should coincide with my open case styled DC-19-17272 filed in Dallas, County TX (my place of residence) set for Recievership on Jan. 24. 2020, Alvester Coleman Vs XTO Energy, and Case styled 3-19 CV-2760K

Submitted By
Alvester Coleman

3722 Happy Canyon St.
Dallas, Tx 75241

COPY
Document Control

1-12-2020


COPY
Document Control

Exhibit
#
A



50-121 (Rev.11-09/6)

COPY

# TEXAS UNCLAIMED PROPERTY GENERAL CLAIM FORM

Document Control

Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.

To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.

Claim number 17001794

ALVESTER COLEMAN
3021 FORESTDALE LN

BALCH SPRINGS, TX 75180-1907

Mail To: COMPTROLLER OF PUBLIC ACCOUNTS
Unclaimed Property Claims Section
P.O. Box 12046
Austin, TX 78711-2046

## CLAIMANT INFORMATION

| Name (Last) (First) (Middle) (Maiden) | SSN / Estate or Trust Tax ID number |
|---|---|
| Additional owner (Last) (First) (Middle) (Maiden) | Claimant SSN |
| Current mailing address | Daytime phone (Area code and number) |
| City / State | ZIP code |
| E-mail address | FAX (Area code and number) |

The named Claimant hereby certifies that this claim for property presumed abandoned is valid and just, that all statements herein are true and correct and that upon payment of this claim said Claimant will indemnify and hold harmless the State of Texas, the Comptroller and its employees from any damages, claims, or losses of any kind resulting from the payment of the property to the Claimant.

| sign here ▶ Claimant's signature | Date | Would you like to contribute all or part of your claim to the Match the Promise Foundation? |
|---|---|---|
| sign here ▶ Additional owner's signature | Date | ☐ YES ☐ NO ____ % |

**PLEASE COMPLETE, SIGN AND RETURN THE CLAIM FORM WITH A COPY OF YOUR IDENTIFICATION EVEN IF YOU ARE UNABLE TO PROVIDE ALL THE REQUESTED DOCUMENTS.**

1

## PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 12/1/2002 | $2.03 |

2

## PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 10/1/2004 | $3.64 |

## -- FOR INTERNAL USE ONLY --

| Paid to | | | Claim number 17001794 |
|---|---|---|---|
| Approved by | Date | Number of properties 14 | Total amount of claim $35.71 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

53-123 (Rev.11-09/6)

COPY

Document Control

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

Claim number: 17001794

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claimant name: ALVESTER COLEMAN

**3 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 10/1/2005 |
| Claimed amount | $5.08 |

**4 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | MINERAL ROYALTY |
| Description | |
| Reporting company | PETRO HUNT LLC |
| Last active date | 8/1/1996 |
| Claimed amount | $10.33 |

**5 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | , TX |
| Property type | MINERAL ROYALTY |
| Description | |
| Reporting company | PETRO HUNT LLC |
| Last active date | 11/30/2002 |
| Claimed amount | $1.90 |

**6 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 12/1/2000 |
| Claimed amount | $.60 |

**7 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY**

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 6/1/2001 |
| Claimed amount | $1.60 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040



# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

**COPY**

**Document Control**

Claim number: 17001794

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claimant name: ALVESTER COLEMAN

**8** PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 12/1/2001 |
| Claimed amount | $1.07 |

**9** PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/5/2007 |
| Claimed amount | $1.81 |

**10** PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/5/2007 |
| Claimed amount | $.49 |

**11** PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2008 |
| Claimed amount | $1.75 |

**12** PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner, | |
| Reported property address | RR 1 BOX 225 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2008 |
| Claimed amount | $.47 |



Comptroller of Public Accounts FORM

53-123
(Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY CLAIM FORM SUPPLEMENT

Claim number
**17001794**

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claimant name: ALVESTER COLEMAN

**13** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE HOWARD |
| Reported additional owner | |
| Reported property address | PO BOX 1238 TATUM, TX 75691- 401 |
| Property type | CAPITAL CREDIT DISTRIBUTION |
| Description | |
| Reporting company | RUSK COUNTY ELECTRIC COOP INC |
| Last active date | 12/3/2009 |
| Claimed amount | $1.48 |

**14** PROPERTY INFORMATION – FOR OFFICE USE ONLY

| Field | Value |
|---|---|
| Reported property owner | FANNIE MAE HOWARD |
| Reported additional owner | |
| Reported property address | |
| Property type | CURRENT PRODUCTION PAYMENT |
| Description | |
| Reporting company | PETRO-HUNT LLC |
| Last active date | 10/1/2006 |
| Claimed amount | $3.46 |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274. The Austin number is 512/463-3040.

COPY
Document Control



Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date: 10-05-2017
Response Date: 10-05-2017
Tracking Number: 100353111197

SSN Provided:
Tax Period Requested: December, 2012

## Form SSA-1099 Benefits Statement

**Payer:**

Payer's Federal Identification Number (FIN):
SOCIAL SECURITY ADMINISTRATION

**Payee:**

Payee's Identification Number:
ALVESTER COLEMAN
826 SMOKY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $15,298.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2011 Payments: | 0.00 |
| TY 2010 Payments: | 0.00 |
| TY 2009 Payments: | 0.00 |
| TY 2008 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

## Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 
ANADARKO PETROLEUM CORPORATION
1201 LAKE ROBBINS DR

COPY
Document Control

| | |
|---|---|
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $41.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

COPY
Document Control

Payer:

Payer's Federal Identification Number (FIN): [redacted]
ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

Recipient:

Recipient's Identification Number: [redacted]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 5000001263543T7 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $674.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |

 This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date: 10-05-2017
Response Date: 10-05-2017
Tracking Number: [redacted]

**SSN Provided:** [redacted]
**Tax Period Requested:** December, 2015

## Form SSA-1099 Benefits Statement

**Payer:**
Payer's Federal Identification Number (FIN): [redacted]
SOCIAL SECURITY ADMINISTRATION

**Payee:**
Payee's Identification Number: [redacted]
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

## Form 1099-MISC

COPY
Document Control

Payer:
Payer's Federal Identification Number (FIN): 730466080
BP AMERICA PRODUCTION CO.
ONSHORE



Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date: 10-05-2017
Response Date: 10-05-2017
Tracking Number: 100353111197

SSN Provided: [redacted]
Tax Period Requested: December, 2009

## Schedule K-1 1041

Fiduciary:
Estate/Trust's Employer Identification Number (EIN): [redacted]
LAWRENCE HOWARD FLANAGAN TRUST
LEE GEARHEART TTEE
PO BOX 1685
HENDERSON, TX 75653-0000

COPY
Document Control

Beneficiary:
Beneficiary's Identifying Number: [redacted]
ALVESTER COLEMAN
826 SMOKEY OAK DR
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Dividends: | 0.00 |
| Interest: | 0.00 |
| Ordinary Business Income: | 0.00 |
| Short-Term Capital Gain: | 0.00 |
| Long-Term Capital Gain: | 0.00 |
| Net Rental Real Estate Income: | 0.00 |
| Other Rental Income: | 0.00 |
| Other Information: | 0.00 |
| Other Portfolio and Non-Business Income: | 0.00 |
| Other Information Code 1: | Insignificant |
| Other Information Code 2: | Insignificant |

## Form SSA-1099 Benefits Statement

(5)

| | |
|---|---|
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $50.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): ██████████

ANADARKO CONSOLIDATED HOLDINGS LLC
DBA ANADARKO E P ONSHORE LLC
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

COPY
Document Control

**Recipient:**

Recipient's Identification Number: ██████████

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 5000001335280T8 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $544.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |



Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date: 10-05-2017
Response Date: 10-05-2017
Tracking Number: 100353111197

SSN Provided: [REDACTED]
Tax Period Requested: December, 2015

## Form SSA-1099 Benefits Statement

COPY
Document Control

**Payer:**
Payer's Federal Identification Number (FIN): [REDACTED]
SOCIAL SECURITY ADMINISTRATION

**Payee:**
Payee's Identification Number: [REDACTED]
ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Pensions and Annuities (Total Benefits Paid): | $16,060.00 |
| Tax Withheld: | 0.00 |
| Repayments: | 0.00 |
| Workman's Compensation Offset: | 0.00 |
| TY 2014 Payments: | 0.00 |
| TY 2013 Payments: | 0.00 |
| TY 2012 Payments: | 0.00 |
| TY 2011 Payments: | 0.00 |
| Trust Fund Indicator: | Disability |
| SSA/RRB Payments: | Either RRB or SSA payments |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): [REDACTED]
BP AMERICA PRODUCTION CO.
ONSHORE

| | |
|---|---|
| Royalties: | |
| Other Income: | $1,254.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | 0.00 |
| Second Notice Indicator: | Not Direct Sales |
| | No Second Notice |

This Product Contains Sensitive Taxpayer Data

COPY
Document Control

# Division Order

bp

To: BP America Production Company
P.O. Box 696505
San Antonio, TX, 78269

Property Number: 101362/13

Effective Date: 11/01/2012

Property Name: JENKINS GAS UNIT WELL #4
Operator: BP AMERICA PRODUCTION CO.
County and State: RUSK, TX
Production: X Oil X Gas ____ Other:

| Owner Name and Address: | DARYL HOWARD<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX 75180 | OWNER NUMBER:<br>Type of Interest:<br>Interest Sequence:<br>Decimal Interest: | 60336811<br>RI<br>1<br>0.00005115 |
|---|---|---|---|

The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)

Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.

Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.

Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.

This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.

In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.

Owner(s) Signature(s): ____________________ ____________________

Owner(s) Tax I.D. Number(s): ____________________ ____________________

Owner Address: ____________________ ____________________

____________________ ____________________

Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.
Failure to comply will result in 28% tax withholding and will not be refundable by Payor

BILSC0

NADOA Model Form Division Order (Adopted 9/95)

COPY

Document Control

# Division Order

bp

To: BP America Production Company
P.O. Box 696505
San Antonio, TX, 78269

**Property Number:** 101362/13 **Effective Date:** 11/01/2012
**Property Name:** JENKINS GAS UNIT WELL #4
**Operator:** BP AMERICA PRODUCTION CO.
**County and State:** RUSK, TX
**Production:** __X__ Oil __X__ Gas _____ Other:

| | | | |
|---|---|---|---|
| **Owner Name and Address:** | ALVESTER COLEMAN<br>3021 FORESTDALE LN<br>BALCH SPRINGS TX 75180 | **OWNER NUMBER:** | 60336812 |
| | | **Type of Interest:** | RI |
| | | **Interest Sequence:** | 1 |
| | | **Decimal Interest:** | 0.00005115 |

**The undersigned certifies the ownership of their decimal interest in production or proceeds as described above payable by BP America Production Co. (Payor)**

**Payor shall be notified in writing, of any change of ownership, decimal interest, or payment address. All such changes shall be effective the first day of the month following receipt of such notice.**

**Payor is authorized to withhold payment pending resolution of a title dispute or adverse claim asserted regarding the interest in production claimed herein by the undersigned. The undersigned agrees to indemnify and reimburse Payor any amount attributable to an interest to which the undersigned is not entitled.**

**Payor may accrue proceeds until the total amount equals $100, or pay annually whichever occurs first, as required by applicable state statute.**

**This Division Order does not amend any lease or operating agreement between the undersigned and the lessee or operator or any other contracts for the purchase of oil and gas.**

**In addition to the terms and conditions of this Division Order, the undersigned and Payor may have certain statutory rights under the laws of the state in which the property is located.**

**Owner(s) Signature(s):** ____________________ ____________________

**Owner(s) Tax I.D. Number(s):** ____________________ ____________________

**Owner Address:** ____________________ ____________________

____________________ ____________________

**Federal Law requires you to furnish your Social Security or Taxpayer Identification Number.
Failure to comply will result in 28% tax withholding and will not be refundable by Payor**

BILSC0 NADOA Model Form Division Order (Adopted 9/95)

COPY
Document Control



LAWRENCE HOWARD FLANAGAN TRUST

138530

PAY TO THE ORDER OF ALVESTER COLEMAN ****************************

January 27, 2010

FORTY-TWO AND 21/100 ********************** 42.21

⑈0138530⑈

400 N. ~~[illegible]~~ COLLIN ST
CORSICANA 903-874-8251

11190627

1119091629

COPY
Document Control

0432177492
Sep. 22, 2017 LTR 861C 1
75-6404255 000000 00
00012753

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS TX 75810

Sincerely yours,

Ginni L. Redfern
Program Manager, AM OPS 1

Enclosures:
Copy of this letter
Envelope
Your Form 2848

COPY
Document Control

FORT WORTH, TX 76102-0000

**Recipient:**

Recipient's Identification Number: [REDACTED]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | [REDACTED] |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $45.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): [REDACTED]
ANADARKO PETROLEUM CORPORATION
1201 LAKE ROBBINS DR
THE WOODLANDS, TX 77380-0000

**Recipient:**

Recipient's Identification Number: [REDACTED]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | [REDACTED] |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |

This Product Contains Sensitive Taxpayer Data





COPY

Document Control

THE WOODLANDS, TX 77380-0000

**Recipient:**

Recipient's Identification Number: [redacted]
ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | [redacted] |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | $1,116.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data

COPY
Document Control



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

XTO ENERGY, INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH

63049935

CHECK NO. 63049935 OWNER NO. 242833 DATE 9/19/14

EXACTLY ONE HUNDRED DOLLARS AND FORTY-ONE CENTS

PAY$ $100.41

VOID AFTER 180 DAYS
REVENUE

XTOCHK140919-02189

PAY TO THE ORDER OF: ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

COPY
Document Control



XTO Energy Inc.
110 W. 7th Street
Fort Worth, TX 76102
(817) 870-2800

November 29, 2018

Alvester Coleman
3021 Forestdale Ln
Balch Springs, TX 75180-1907

RE: Owner #242833

Dear Mr. Coleman,

Please find enclosed copies of the two 2018 royalty checks directly deposited into the bank account provided. I have also included a picture of the banking information so you can verify it is correct.

If you wish to stop the direct deposit set-up for your account please contact us and we can return your account to LIVE checks mailed through the U.S. Post Office.

If you have any questions, please don't hesitate to contact us.

Thank you.

Sincerely,

Barbara Brogdon

Barbara Brogdon, Analyst ID 8125
Revenue Interest Owner Relations Group
XTO Energy, Inc.
Phone: (866) 886-2613
Fax: (817) 887-0813
Email: revenue_inquiry@xtoenergy.com

**COPY**
**Document Control**

Page 4 of 5

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME: BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 02 | 17 | 2.53 | 1,501.83 | 3,803.49 | | .00 | 3256.23 | |
| R | | | | .000361750 | .54 | 1.38 | | .00 | | 1.18 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .02- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 03 | 17 | 2.58 | 1,549.86 | 4,010.88 | | .00 | 3416.89 | |
| R | | | | .000361750 | .56 | 1.45 | | .00 | | 1.23 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 03 | 17 | 2.61 | 2.98 | 7.78 | | .00 | 7.78 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 04 | 17 | 2.77 | 1,628.56 | 4,525.82 | | .00 | 3928.76 | |
| R | | | | .000361750 | .58 | 1.64 | | .00 | | 1.42 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 05 | 17 | 2.88 | 1,681.79 | 4,851.37 | | .00 | 4253.78 | |
| R | | | | .000361750 | .60 | 1.75 | | .00 | | 1.54 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 06 | 17 | 2.68 | 1,633.29 | 4,382.36 | | .00 | 3803.02 | |
| R | | | | .000361750 | .59 | 1.59 | | .00 | | 1.38 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 07 | 17 | 2.73 | 1,512.29 | 4,129.93 | | .00 | 3558.43 | |
| R | | | | .000361750 | .54 | 1.49 | | .00 | | 1.26 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 07 | 17 | 2.72 | 3.46 | 9.43 | | .00 | 9.43 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 08 | 17 | 2.65 | 1,612.49 | 4,287.61 | | .00 | 3714.26 | |
| R | | | | .000361750 | .58 | 1.56 | | .00 | | 1.36 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 09 | 17 | 2.73 | 1,543.95 | 4,216.04 | | .00 | 3677.24 | |
| R | | | | .000361750 | .55 | 1.53 | | .00 | | 1.34 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .12- | |
| | | | | | | | DEHYDRATION | | .01- | |

CONTINUED

YOUR TOTALS

PRODUCT: A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL, C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO. 66619305

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-885-2613

COPY

COPY
Document Control

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS. GALS OR MCF / YOUR BBLS. GALS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 08 | 13 | .00 | .00 | .00 | | .00 | 22.93- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .01- |
| | | | | | | | Dehydration | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 08 | 13 | .00 | .00 | .00 | | .00 | 318.90- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .12- |
| | | | | | | | Transportation | | .12- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | 3.38 | 2952.72 | 10002.40 | .9960 | 311.12- | 9011.46 | |
| R | | | | .000361750 | 1.06 | 3.61 | | .11- | | 3.25 |
| | | | | | | | Compression | | .25- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 152.75- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .05- |
| | | | | | | | Transportation | | .05- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 61.12- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .02- |
| | | | | | | | Dehydration | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 09 | 13 | .00 | .00 | .00 | | .00 | 862.63- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .31- |
| | | | | | | | Transportation | | .31- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | 3.41 | 3696.03 | 12623.26 | .9960 | 392.73- | 11368.21 | |
| R | | | | .000361750 | 1.33 | 4.57 | | .14- | | 4.12 |
| | | | | | | | Compression | | .31- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 193.85- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .07- |
| | | | | | | | Transportation | | .07- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 77.60- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .02- |
| | | | | | | | Dehydration | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 10 | 13 | .00 | .00 | .00 | | .00 | 1079.07- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .39- |
| | | | | | | | Transportation | | .39- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | 4.44 | 2485.91 | 11052.81 | .9960 | 716.94- | 9752.54 | |
| R | | | | .000361750 | .89 | 3.99 | | .26- | | 3.52 |
| | | | | | | | Compression | | .21- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | .00 | 131.19- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .04- |
| | | | | | | | Transportation | | .04- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| | G | 11 | 13 | .00 | .00 | .00 | | .00 | 52.45- | |
| R | | | | .000361750 | .00 | .00 | | .00 | | .02- |
| | | | | | | | Dehydration | | .02- | |

COPY

YOUR TOTALS — CONTINUED

Document Control

PRODUCT: F - FUEL, G - GAS, H - HELIUM, O - OIL, R - RESIDUE, S - SULFUR, T - INTEREST, C - CONDENSATE, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, N - NET PROFITS, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/15/15 |

CHECK NO. 63772532

| ****************** | | | | PROPERTY NUMBER | | PROPERTY NAME | | COUNTY | STATE | Page 1 of |
|---|---|---|---|---|---|---|---|---|---|---|
| T | P | MO. | YR. | UNIT PRICE | BBLS. GALS OR MCF | GROSS VALUE | BTU-FACTOR | SEV/PROD TAX | NET VALUE | |
| | | | | YOUR DECIMAL | YOUR BBLS. GALS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER W/H | YOUR NE |

COPY

Document Control

YOUR TOTALS

SEE ATTACHED

PRODUCT: O - OIL, H - HELIUM, G - GAS, F - FUEL, R - RESIDUE, T - INTEREST, C - CONDENSATE, N - NET PROFITS, P - PLANT PRODUCT, I - CARBON DIOXIDE, L - NATURAL GAS LIQUIDS

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242832 | 5/25/10 |

CHECK NO. 5898111

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

DETACH AND RETAIN THIS STATEMENT FOR TAX PURPOSES, DUPLICATES CANNOT BE FURNISHED.

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

XTO ENERGY

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298

JPMorgan Chase Bank, N.A.
Columbus, OH
56-1544/441

5898111

CHECK NO. 5898111 OWNER NO. 242832 DATE 5/25/10

Y EXACTLY THIRTY-FOUR DOLLARS AND THIRTY-EIGHT CENTS

E
DER

PAY$ $34.38

VOID AFTER 180 DAYS
REVENUE

XTOCHK100525-00075 000075 001619 001 021
DARYL HOWARD
826 SMOKEY OAK DR
LANCASTER, TX 75146

AUTHORIZED SIGNATURE

Exhibit

#

B

COPY
Document Control

APPRAISAL REVIEW BOARD
RUSK COUNTY APPRAISAL DISTRICT
107 North Van Buren Street
Henderson, Texas 75652

June 18, 2018

Alvester Coleman
3021 Forestdale Ln.
Balch Springs, TX 75180-1907

Re: Notice of Protest filed after prescribed deadline
Owner # 1214212; RRC #78590, Lease #62400

Dear Property Owner:

Your notice of protest has been filed with the Appraisal Review Board (ARB) after the prescribed deadline of June 4, 2018. Consequently you will not be scheduled or receive a protest hearing. However, in accordance with §41.44(b) of the *Texas Property Tax Code* you are entitled to a hearing and determination of protest if the ARB determines that you had good cause for failure to file your notice on time.

In order to receive a good cause hearing, you must submit a written request stating why you were late filing, to the Chairman of the Appraisal Review Board, 107 North Van Buren Street, Henderson, Texas 75652, no later than June 25, 2018. Upon receipt of your request you will be notified by mail of the date time and place of your good cause hearing.

**Even though your protest was filed late, you may still discuss and review your property(ies) with an appraiser. If you wish to discuss your property(ies), you may contact us at 903.657.3578.**

Your original protest form and any information submitted with your protest will be maintained by the Appraisal Review Board. Copies of these documents are enclosed for your records.

Respectfully,

Gaylon Rains
Appraisal Review Board, Chairman

COPY
Document Control

COPY

JUN 1 8 2018

Cheif Appraiser - Terry Decker

I Alvester Coleman along with brother Daryl Howard would like for this letter to be taken as our Protest to the .000051 Royalty Interest In which should be 100% Royalty Interest only split between myself and Daryl. To this date of 6-13-2018 We have Never sign an Division Order with BP America Prod Co or CCI East Texas UPstream. This futhermore prove Rush Co Appaisal District has filed an Null and Void Division Order for years of 2008-2018 given to by the compines and Never seen or signed by the Correct Owner(s). In closing we the owner(s) DEMAND the Rush Co Appraisal District and Cheif Appraiser to INSURE a True and Correct Division Order is filed within your Dis Also insure the only Division Order filed should state 100% Royalty Interest only split between two owners and have been signed and agreed by the owners.

COPY
Document Control

6-13-15

Protest CN

COPY

Alvester Coleman
owner # 1214212 lease# 62400
INCORRECT Royalty Interest of .000051
Correct Interest should be = 14.%
Lease 66507 Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be = 14%
Lease 91526 Owner # 1214212
Incorrect Royalty Interest of .005077
Correct Interest should be = 14.%

Daryl Howard
lease# 62400 Owner # 1214216
Incorrect - .000051
Correct should be 14.%
lease # 66507 Owner # 1214216
Incorrect Royalty Interest - .005077
Correct should be - 14.0%
lease # 91526 Owner # 1214216
Incorrect - .005077
Correct should be - 14.0%

COPY
Document Control

COPY

The (see attachment) shows proff of reseason for Protest on the .000051 INCORRECT Royalty Interest. We ask All this be Correct Before hearing on 6-29-2018 and Before Rusk Co Appaisal District update any fillings. Your coporation will be Greatly appreciated.

Thank You,

[signature]

&

Daryl G. Howard

COPY
Document Control

This is NOT a Tax Statement

# Notice Of Appraised Value

Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

2678 0.5180 AB 0.408 12 2 85
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

APPRAISAL YEAR 2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING PROTESTS ON 6/29/2018 AT: 9:00 AM
APPRAISAL DISTRICT OFFICE
107 NORTH VAN BUREN
HENDERSON, TEXAS 75652
QUESTIONS CONCERNING MINERALS
CALL (903)657-7516

Protest Deadline: 6-04-2018
ARB Hearing: 6-29-2018
Owner: 1214212 2423

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD: wgBpLZuKxN

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400 Type: REAL Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category: G1 |
| | | | Railroad #: 78590 |

No History available for: 2013.

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).

The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.
Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.
If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

COPY
Document Control

This is NOT a Tax Statement

# Notice Of Appraised Value

Do NOT Pay From This Notice

COPY

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

| APPRAISAL YEAR 2018 |
|---|
| THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING PROTESTS ON 6/29/2018 AT: 9:00 AM |
| APPRAISAL DISTRICT OFFICE<br>107 NORTH VAN BUREN<br>HENDERSON, TEXAS 75652<br>QUESTIONS CONCERNING MINERALS<br>CALL (903)657-7516 |
| Protest Deadline: 6-04-2018<br>ARB Hearing: 6-29-2018<br>Owner: 1214216 4220 |
| VISIT WWW.PANDAI.COM AND SELECT MINERAL OR PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.<br>PANDAI.COM PASSWORD: Y7GD8EsvlW |

2679 0.5180 AB 0.408 12 2 86
HOWARD DARYL
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400 Type: REAL Owner #: 1214216 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category: G1 |
| No History available for: 2013. | | | Railroad #: 78590 |

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).

The above tax estimates use last year's tax rates for the taxing units. The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.

Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.

If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.

Sincerely,

TERRY DECKER
Chief Appraiser

COPY
Document Control



COPY
Document Control
From: Alvester Coleman
3021 Forestdale Ln.
Balch Springs, TX 75180
CERTIFIED MAIL
7018 0040 0001 0124 1070
U.S. POSTAGE PAID
DUNCANVILLE, TX 75137
JUN 14, 18
AMOUNT
$3.95
R2305H127385-05
To: Appraisal District Office
107 North Van Buren
Henderson, Tx 75652
Ready Post
Document Mailer
75652-311307

IRS Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0038

In reply refer to: 0432177492
Sep. 22, 2017 LTR 861C 1
75-6404255 000000 00
00012752
BODC: SB

LAWRENCE HOWARD FLANAGAN TRUST
3021 FORESTDALE LN
BALCH SPRINGS TX 75810

COPY
Document Control

Taxpayer identification number: 75-6404255
Form: 2848
Date received: Sep. 11, 2017

Dear Taxpayer:

We received your Form 2848, Power of Attorney and Declaration of Representative, but we also need the following information:

We only received one page of the form; please resubmit both pages.

Return the completed Form 2848, any requested information, and a copy of this letter to the address in this letter. You can also send the information by fax to 855-214-7522.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

If you have any questions, you can call us toll free at 1-800-829-1040 for individual accounts or 1-800-829-4933 for business accounts.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include this letter and provide in the spaces below, your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Telephone number ( )________________________ Hours________________



# 2018 RUSK COUNTY TAX OFFICE TAX STATEMENT

STATEMENT/RECEIPT NUMBER 10047

Make Check or Money Order Payable:
RUSK COUNTY TAX OFFICE
LANITA WHITEHEAD, TAX ASSESSOR/COLLECTOR
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
Phone: 903-657-0315
Payments Can Be Made At: www.ruskcountytax.com
See Information below.

| Owner ID/ Roll | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| M-1214212 | OCT. | 20.89 |
| MIN | NOV. | 20.89 |
| | DEC. | 20.89 |
| | JAN. | 20.89 |
| | FEB. | 22.34 |
| | MAR. | 22.76 |
| | APR. | 23.17 |
| | MAY | 23.63 |
| | JUN. | 24.04 |

AMOUNT OF YOUR REMITTANCE

17052 0.5180 AB 0.408 55 1 229
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

www.ruskcountytax.com
You may make full or partial payments using credit, debit or PayPal Account.
If paying by credit or debit card, you may use Master Card, Visa, Discover, American Express or a PayPal account.
A fee of up to 3% will be applied to the total bill.

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMEN

Note: Delinquent taxes are owed against this property

2018 RUSK COUNTY TAX OFFICE TAX STATEMENT - STATEMENT NUMBER 10047
PHONE NUMBER: 903-657-0315

M-1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180 1907

COPY
Document Control

| | IF PAID IN | PAY THIS AMOUNT |
|---|---|---|
| | OCT 2018 | 20.89 |
| | NOV 2018 | 20.89 |
| | DEC 2018 | 20.89 |
| | JAN 2019 | 20.89 |

Please enclose a Self-Addressed, Stamped Envelope for Receipt.

www.ruskcountytax.com
You may make full or partial payments using credit, debit or PayPal Account.
If paying by credit or debit card, you may use Master Card, Visa, Discover, American Express or a PayPal account.
A fee of up to 3% will be applied to the total bill.

| PENALTY & INTEREST | PENALTY AND INTEREST APPLIES IF NOT PAID BY JAN 31, 2019 | |
|---|---|---|
| 1.45 | 7% Feb 2019 | 22.34 |
| 1.87 | 9% Mar 2019 | 22.76 |
| 2.28 | 11% Apr 2019 | 23.17 |
| 2.74 | 13% May 2019 | 23.63 |
| 3.15 | 15% Jun 2019 | 24.04 |

| PROPERTY DESCRIPTION | | | TAXING UNIT | EXEMPTIONS | VALUE | TAX RATE | TAXES |
|---|---|---|---|---|---|---|---|
| MCALISTER GU (1) | Acct: 1214212-1-0066507 | Cat Code: G1 | RUSK CO M&O | 0 | 350 | 0.463635 | 1.62 |
| REAL | Lease #: 66507 | RRC# 92392 | RUSK CO I&S | 0 | 350 | 0.028759 | 0.10 |
| AB 416 JESSE HARRIS SUR | Par/Seq: 1304334/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 350 | 0.058253 | 0.20 |
| WELL 1 RRC 92392 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 350 | 0.026437 | 0.09 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM ISD M&O | 0 | 350 | 1.040000 | 3.64 |
| | | | TATUM I&S | 0 | 350 | 0.167000 | 0.58 |
| | | | RUSK CO ESD #1 | 0 | 350 | 0.077500 | 0.27 |
| | | | RCGWC DIST | 0 | 350 | 0.005000 | 0.02 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 6.52 |
| JENKINS FELIX W GU 1-5 | Acct: 1214212-1-0062400 | Cat Code: G1 | RUSK CO M&O | 0 | 10 | 0.463635 | 0.05 |
| REAL | Lease #: 62400 | RRC# 78590 | RUSK CO I&S | 0 | 10 | 0.028759 | 0.00 |
| AB 282 W W FRAIR SUR | Par/Seq: 1308873/1 | Acres: 679.910 | RUSK CO SPEC RD | 0 | 10 | 0.058253 | 0.01 |
| (139911,140367-153268-169898) | Own Int./Type: 0.000051 / RI | | COUNTY SCHOOL | 0 | 10 | 0.026437 | 0.00 |
| Operator: BP AMERICA PROD CO | JUR: 04-05-52-65-66 | | TATUM ISD M&O | 0 | 10 | 1.040000 | 0.10 |
| | | | TATUM I&S | 0 | 10 | 0.167000 | 0.02 |
| | | | RUSK CO ESD #1 | 0 | 10 | 0.077500 | 0.01 |
| | | | RCGWC DIST | 0 | 10 | 0.005000 | 0.00 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 0.19 |
| MCALISTER GU (3) | Acct: 1214212-1-0091526 | Cat Code: G1 | RUSK CO M&O | 0 | 760 | 0.463635 | 3.52 |
| REAL | Lease #: 91526 | RRC# 122668 | RUSK CO I&S | 0 | 760 | 0.028759 | 0.22 |
| AB 282 W A FRIAR SUR | Par/Seq: 1311193/1 | Acres: 542.360 | RUSK CO SPEC RD | 0 | 760 | 0.058253 | 0.44 |
| WELL 3 RRC 122668 | Own Int./Type: 0.005077 / RI | | COUNTY SCHOOL | 0 | 760 | 0.026437 | 0.20 |
| Operator: CCI EAST TEXAS UPSTR | JUR: 04-05-52-65-66 | | TATUM ISD M&O | 0 | 760 | 1.040000 | 7.90 |
| | | | TATUM I&S | 0 | 760 | 0.167000 | 1.27 |
| | | | RUSK CO ESD #1 | 0 | 760 | 0.077500 | 0.59 |
| | | | RCGWC DIST | 0 | 760 | 0.005000 | 0.04 |
| Note: Delinquent taxes are owed against this property | | | | | Parcel Total Taxes: | | 14.18 |



COPY
Document Control

# WARNING!
## ACCOUNT REFERRED FOR TITLE WORK

Prior to filing suit, we conduct research to determine the name, identity and location of owners and lienholders and the legal description of the property. Cost and expenses incurred in the preparation and filing of suit are a charge against the property subject to foreclosure in the suit and will be collected out of the proceeds of the sale of the property or charged against the defendant personally in accordance with the Texas Property Tax Code. If your account is not paid in full by the time title research is returned and suit filed, each delinquent account may be charged the following additional fees:

| | |
|---|---|
| $197.00 | District Clerk Suit Filing Fee |
| $174.00 | Constable Service of Citation Fee |
| $250.00 | Title Research Fee per tract |
| $1,000.00 | Attorney ad Litem Fee |
| **$1,621.00** | **TOTAL COSTS OF SUIT** |

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since November 1, 2018, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us in writing the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**ATTORNEYS AT LAW**
**1-800-414-3961**

TO ENSURE PROPER CREDIT - PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT

---

**ACCOUNT NUMBER:** 1214212-1-0054660
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T8-P1-S2,423

DT1063754082
1,623

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**

| | |
|---|---|
| If paid in NOV, 2018 : | $1,742.79 |
| If paid in DEC, 2018 : | $1,750.61 |
| If paid in JAN, 2019 : | $1,758.19 |

**AMOUNT ENCLOSED $**______________

11-175D

COPY
Document Control

# DELINQUENT ACCOUNT DETAIL
Rusk County
November 12, 2018

**AMOUNT DUE**
If paid in NOV, 2018 : $139.51
If paid in DEC, 2018 : $140.06
If paid in JAN, 2019 : $140.64

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

**AMOUNT DUE**
If paid in NOV, 2018 : $420.22
If paid in DEC, 2018 : $422.07
If paid in JAN, 2019 : $423.94

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

**AMOUNT DUE**
If paid in NOV, 2018 : $198.05
If paid in DEC, 2018 : $198.83
If paid in JAN, 2019 : $199.61

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 118430 (542.36)

**AMOUNT DUE**
If paid in NOV, 2018 : $813.78
If paid in DEC, 2018 : $817.66
If paid in JAN, 2019 : $821.38

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

**AMOUNT DUE**
If paid in NOV, 2018 : $100.28
If paid in DEC, 2018 : $100.72
If paid in JAN, 2019 : $101.07

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,423
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

COPY
Document Control

DELINQUENT ACCOUNT DETAIL
Rusk County
November 12, 2018

**AMOUNT DUE**

| | |
|---|---|
| If paid in NOV, 2018 | $70.68 |
| If paid in DEC, 2018 | $71.00 |
| If paid in JAN, 2019 | $71.28 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

05467 T8 P1 S2,423
**ACCOUNT NUMBER:** [REDACTED]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**

| | |
|---|---|
| If paid in NOV, 2018 | $0.27 |
| If paid in DEC, 2018 | $0.27 |
| If paid in JAN, 2019 | $0.27 |

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

05467 T8 P1 S2,423
**ACCOUNT NUMBER:** [REDACTED]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W ERAIR SUR (139911, 140367-153268-169898) (679.91)

COPY
Document Control

**ACCOUNT NUMBER:** [redacted]
**PARCEL NUMBER:** 1214212-1-0066507
**YEARS DUE:** 2005 - 2018 (11)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36) ... and 3 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T12-P0-S3,756

DT1065368091
2,189

**TOTAL AMOUNT DUE**
If paid in JUL, 2019 : $1,402.79

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT ENCLOSED:$**______________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since **June 19, 2019**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

D-107A

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
July 2, 2019

**AMOUNT DUE**
If paid in JUL, 2019 : $444.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** 1214212-1-0066507
**YEARS DUE:** 2005 - 2018 (11)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2019 : $93.76

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2006 - 2016 (5)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2019 : $864.33

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2018 (13)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2019 : $0.26

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,756
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2018 - 2018 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

COPY
Document Control

**COPY**

**Document Control**

**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T11-P0-S3,498

DT1062405265
2,198

**TOTAL AMOUNT DUE**
If paid in JUL, 2018 : $1,711.87

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT ENCLOSED:$**______________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **July 6, 2018,** (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

D-107A

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
July 13, 2018

COPY

Document Control

**AMOUNT DUE**
If paid in JUL, 2018 : $137.13

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

**AMOUNT DUE**
If paid in JUL, 2018 : $412.79

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

**AMOUNT DUE**
If paid in JUL, 2018 : $194.80

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

**AMOUNT DUE**
If paid in JUL, 2018 : $798.68

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

**AMOUNT DUE**
If paid in JUL, 2018 : $98.71

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)



COPY

Document Control

DELINQUENT ACCOUNT DETAIL
Rusk County
July 13, 2018

**AMOUNT DUE**
If paid in JUL, 2018 $69.49

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in JUL, 2018 $0.27

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T11-P0-S3,498
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (0.67)

COPY
Document Control

**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

T8-P1-S2,601

DT1060795238
1,678

**TOTAL AMOUNT DUE**
If paid in MAR, 2018: $1,680.78

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**AMOUNT ENCLOSED:$**________________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# URGENT
# CANDIDATE FOR LAWSUIT

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since February 7, 2018, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

H-149

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
1-800-414-3961

COPY
Document Control

DELINQUENT ACCOUNT DETAIL
Rusk County
February 28, 2018

**AMOUNT DUE**
If paid in MAR, 2018 : $134.77

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

**AMOUNT DUE**
If paid in MAR, 2018 : $405.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

**AMOUNT DUE**
If paid in MAR, 2018 : $191.56

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

**AMOUNT DUE**
If paid in MAR, 2018 : $783.44

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (0.54)

---

**AMOUNT DUE**
If paid in MAR, 2018 : $97.09

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
February 28, 2018

**AMOUNT DUE**
If paid in MAR, 2018 $68.22

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in MAR, 2018 $0.26

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,601
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (0.67)

COPY
Document Control

COPY

Document Control

**ACCOUNT NUMBER:** 1214212-1-0054660
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

DT1058815718
2,293

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**

| | |
|---|---|
| If paid in JUL, 2017 : | $1,618.83 |
| If paid in AUG, 2017 : | $1,626.33 |

**AMOUNT ENCLOSED:$**____________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# NOTICE OF TAX LIEN

Pursuant to section 32.01 of the Texas Property Tax Code, a tax lien has attached to the property shown on this notice. Full payment of the amount shown above is the only means of freeing your property of this lien to **Rusk County, Tatum ISD, Rusk Co ESD # 01, Rusk Co Grdwtr Consv Dist**. You may call our office immediately if you wish to obtain additional information on your account. Otherwise, legal action is imminent.

Full payment should be made by check payable to **Rusk County** and mailed to:

**Rusk County**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check.**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee of 2.2% transaction fee and .30 convenience fee for this service. To make payment, visit the website www.ruskcountytax.com or call 1-888-573-3346.

Please disregard this notice if: (1) you have paid these taxes since **June 26, 2017**, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

D-107A

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961

COPY
Document Control

DELINQUENT ACCOUNT DETAIL
Rusk County
July 11, 2017

**AMOUNT DUE**
If paid in JUL, 2017 : $130.08
If paid in AUG, 2017 : $130.65

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** 1214212-1-0054660
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79)

---

**AMOUNT DUE**
If paid in JUL, 2017 : $390.54
If paid in AUG, 2017 : $392.37

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (10)
**PROPERTY DESCRIPTION:** MCALISTER GU (1) REAL AB 416 JESSE HARRIS SUR WELL 1 RRC 92392 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2017 : $185.17
If paid in AUG, 2017 : $185.95

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (6)
**PROPERTY DESCRIPTION:** MCALISTER GU (2) REAL AB 416 JESSE HARRIS SUR WELL 3 RRC 113430 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2017 : $753.14
If paid in AUG, 2017 : $756.76

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (12)
**PROPERTY DESCRIPTION:** MCALISTER GU (3) REAL AB 282 W A FRIAR SUR WELL 3 RRC 122668 (542.36)

---

**AMOUNT DUE**
If paid in JUL, 2017 : $93.82
If paid in AUG, 2017 : $94.21

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2008 (4)
**PROPERTY DESCRIPTION:** MCALISTER GAS UNIT (#4) REAL AB 416 JESSE HARRIS SUR (SAM 032734) (271.21)

DELINQUENT ACCOUNT DETAIL
Rusk County
July 11, 2017

**AMOUNT DUE**
If paid in JUL, 2017 $65.83
If paid in AUG, 2017 $66.14

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [REDACTED]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in JUL, 2017 $0.25
If paid in AUG, 2017 $0.25

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T12-P0-S3,937
**ACCOUNT NUMBER:** [REDACTED]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

COPY
Document Control

903 657 4071

**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (8)
**PROPERTY DESCRIPTION:** BURNETT GU (1) REAL AB 19 JAMES MCCLAIN SUR WELL 1 RRC 96272 (226.79) ... and 6 other properties (see attached DELINQUENT ACCOUNT DETAIL)

903 657 4071    903 657-4071

T8-P1-S2,458

DT1064216176
1,262

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**TOTAL AMOUNT DUE**

| | |
|---|---|
| If paid in FEB, 2019 : | $1,766.14 |
| If paid in MAR, 2019 : | $1,773.88 |

**AMOUNT ENCLOSED:$**______________

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

**COPY**
**Document Control**

# URGENT
# CANDIDATE FOR LAWSUIT

425-100

**YOUR PROPERTY HAS BEEN TARGETED FOR LAWSUIT AND IS NOW SUBJECT TO LIEN FORECLOSURE BY Rusk County, Tatum ISD, Rusk Co Grdwtr Consv Dist, Rusk Co ESD # 01 BECAUSE OF UNPAID DELINQUENT PROPERTY TAXES.**

**TO AVOID LEGAL ACTION, AND ADDITIONAL COSTS, PAYMENT IN FULL SHOULD BE MADE TO:**

CINDY
ISD ADMN
202

**Rusk County**
**Lanita Whitehead, Tax Assessor-Collector**
**PO Box 988**
**Henderson, TX 75652**
**(903)657-0315**

Rusk County also accepts Master Card, Visa, American Express, and Discover credit card payments. The credit card vendor will charge a fee up to 3% to be applied to the total bill. To make payment, visit the website www.ruskcountytax.com or pay by phone to the Rusk County Tax Office.

Please disregard this notice if: (1) you have paid these taxes since February 1, 2019, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish to us **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

H-149

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
1-800-414-3961

DELINQUENT ACCOUNT DETAIL
Rusk County
February 5, 2019

**AMOUNT DUE**
If paid in FEB, 2019 : $71.60
If paid in MAR, 2019 : $71.93

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2005 - 2016 (7)
**PROPERTY DESCRIPTION:** BURNETT GU (2) REAL AB 19 JAMES MCCLAIN SUR WELL 2 RRC 176908 (226.79)

**AMOUNT DUE**
If paid in FEB, 2019 : $0.27
If paid in MAR, 2019 : $0.29

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

0546 / T8-P1-S2,458
**ACCOUNT NUMBER:** [redacted]
**YEARS DUE:** 2016 - 2016 (1)
**PROPERTY DESCRIPTION:** JENKINS FELIX W GU 1-5 REAL AB 282 W W FRAIR SUR (139911,140367-153268-169898) (679.91)

COPY
Document Control

This is NOT a Tax Statement

# Notice Of Appraised Value

Do NOT Pay From This Notice

RUSK CO APPRAISAL DISTRICT
P. O. BOX 7
HENDERSON, TEXAS 75653-0007

903-657-7516

APPRAISAL YEAR 2018
THE APPRAISAL REVIEW BOARD WILL BEGIN HEARING PROTESTS ON 6/29/2018 AT: 9:00 AM
APPRAISAL DISTRICT OFFICE
107 NORTH VAN BUREN
HENDERSON, TEXAS 75652
QUESTIONS CONCERNING MINERALS
CALL (903)657-7516

Protest Deadline: 6-04-2018
ARB Hearing: 6-29-2018
Owner: 1214212 2423

VISIT WWW.PANDAI.COM AND SELECT MINERAL OR PERSONAL PROPERTY APPRAISAL ACCESS FOR LIVE APPRAISAL VALUES, REPORTS AND MINERAL FAQ'S.
PANDAI.COM PASSWORD: wgBpLZuKxN

2678 0.5180 AB 0.408 12 2 85
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

Dear Property Owner,
The value of your property listed below is based on an appraisal date of January 1st of this year.

| MINERAL APPRAISAL INFORMATION | LAST YEAR | PROPOSED 2018 | PROPERTY DESCRIPTION |
|---|---|---|---|
| GENERAL FUND | 10 | 10 | Lease: 62400 Type: REAL Owner #: 1214212 |
| CO SCHOOL | 10 | 10 | Legal: JENKINS FELIX W GU 1-5 |
| SPEC RD | 10 | 10 | BP AMERICA PROD CO |
| TATUM ISD | 10 | 10 | AB 282 W W FRAIR SUR |
| RUSK CO ESD #1 | 10 | 10 | (139911,140367-153268-169898) |
| RCGWC DIST | 10 | 10 | |
| | | | .000051 Royalty Interest |
| | | | Category: G1 |
| | | | Railroad #: 78590 |

No History available for: 2013.

| Taxing Units | Last Year's Taxable | Proposed Exemptions | Proposed Taxable (Less Exemptions) | Estimated Tax Rate | Proposed Tax Estimate |
|---|---|---|---|---|---|
| GENERAL FUND | 10 | 0 | 10 | .54711 | .05 |
| CO SCHOOL | 10 | 0 | 10 | .02575 | |
| SPEC RD | 10 | 0 | 10 | .06473 | .01 |
| TATUM ISD | 10 | 0 | 10 | 1.20700 | .12 |
| RUSK CO ESD #1 | 10 | 0 | 10 | .07750 | .01 |
| RCGWC DIST | 10 | 0 | 10 | .00500 | |
| PARCEL TOTAL | | | | | .19 |

Additional Owner's Properties are continued on following page(s).

The above tax estimates use last year's tax rates for the taxing units.
The governing body of each unit -- school board, county commissioners, etc. -- decide whether the property taxes increase. The Appraisal District only determines your property's value. The taxing units will set tax rates later this year. The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.
Contact the appraisal office if you disagree with this year's proposed value for your property, or if you have any problems with the property description or address information. If the problem cannot be resolved, you have a right to appeal to the Appraisal Review Board (ARB). To appeal, you must file a WRITTEN protest with the ARB before protest deadline. Enclosed is a protest form to mail or bring to the appraisal district office at the address above before the above date. The ARB will notify you of the date, time, and place of your scheduled hearing. Enclosed also is information to help you in preparing your protest. You do not need to use the enclosed form to file your protest. You may protest by letter, if it includes your name, your property description, and what appraisal office action you disagree with.
If you have any other questions or need more information, please contact the appraisal office at the phone number or addresses listed above.
Sincerely,

TERRY DECKER
Chief Appraiser

**COPY**
Document Control

COPY

Page 1 of 1

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 02 | 18 | 2.37 | 1,606.21 | 3,822.14 | | .00 | 3197.71 | |
| R | | | | .000361750 | .58 | 1.38 | | .00 | | 1.15 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS | UNIT 01 | | RUSK | TX | |
| | G | 03 | 18 | 2.35 | 1,667.23 | 3,927.96 | | .00 | 3331.92 | |
| R | | | | .000361750 | .60 | 1.43 | | .00 | | 1.22 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 02 | 18 | 2.37 | 280.37 | 667.07 | | .00 | 597.96 | |
| R | | | | .000361750 | .10 | .25 | | .00 | | .22 |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 03 | 18 | 2.35 | 270.60 | 637.56 | | .00 | 571.87 | |
| R | | | | .000361750 | .09 | .23 | | .00 | | .20 |
| | | | | | | | COMPRESSION | | .02- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 02 | 18 | 2.37 | 2,146.24 | 5,107.22 | | .00 | 4332.39 | |
| R | | | | .000361750 | .77 | 1.84 | | .00 | | 1.55 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .04- | |
| | | | | | | | COMPRESSION | | .19- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 03 | 18 | 2.35 | 1,976.05 | 4,655.43 | | 1.36- | 4000.69 | |
| R | | | | .000361750 | .71 | 1.68 | | .01- | | 1.43 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .15- | |
| | | | | | | | DEHYDRATION | | .02- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 03 | 18 | 2.36 | 4.30 | 10.17 | | .00 | 10.17 | |
| R | | | | .000361750 | .00 | .01 | | .00 | | .01 |
| YOUR TOTALS | | | | | | 6.82 | | -0.01 | -1.03 | 5.78 |

COPY
Document Control

PRODUCT: A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL, C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 8/20/2018 |
| CHECK NO. | 66915151 |

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

Page 2 of 5

| T | P | MO. | YR. | PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| R | G | 09 | 17 | 2.72<br>.000361750 | 3.53<br>.00 | 9.63<br>.01 | | .00<br>.00 | 9.63 | .01 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| R | G | 10 | 17 | 2.62<br>.000361750 | 1,701.47<br>.61 | 4,465.29<br>1.62 | | .00<br>.00 | 3849.30 | 1.39 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .04- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| R | G | 11 | 17 | 2.72<br>.000361750 | 1,645.77<br>.59 | 4,480.13<br>1.62 | | .00<br>.00 | 3903.70 | 1.40 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .04- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| R | G | 12 | 17 | 2.51<br>.000361750 | 1,684.54<br>.60 | 4,228.55<br>1.53 | | .00<br>.00 | 3633.68 | 1.33 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| R | G | 01 | 18 | 3.49<br>.000361750 | 1,791.66<br>.64 | 6,264.66<br>2.27 | | .00<br>.00 | 5649.32 | 2.05 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .14- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| R | O | 04 | 17 | 48.58<br>.000361750 | 83.47<br>.03 | 4,055.00<br>1.47 | | 186.54-<br>.07- | 3868.46 | 1.40 |
| * | * | ** | ** | W 0076906 | MCALISTER GAS UNIT 01 | | | RUSK | TX | |
| R | O | 04 | 17 | 43.95<br>.000361750 | .21<br>.00 | 9.23<br>.01 | | .00<br>.00 | 9.23 | .01 |
| * | * | ** | ** | W 0076907 | MCALISTER GAS UNIT 02 | | | RUSK | TX | |
| R | G | 02 | 17 | 2.53<br>.000361750 | 314.72<br>.11 | 797.05<br>.29 | | .00<br>.00 | 708.75 | .26 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS UNIT 02 | | | RUSK | TX | |
| R | G | 03 | 17 | 2.58<br>.000361750 | 486.56<br>.17 | 1,259.14<br>.45 | | .00<br>.00 | 1079.06 | .38 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS UNIT 02 | | | RUSK | TX | |
| R | G | 04 | 17 | 2.77<br>.000361750 | 394.96<br>.14 | 1,097.64<br>.40 | | .00<br>.00 | 965.76 | .35 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS UNIT 02 | | | RUSK | TX | |
| R | G | 05 | 17 | 2.88<br>.000361750 | 264.73<br>.09 | 763.60<br>.27 | | .00<br>.00 | 705.25 | .25 |
| | | | | | | | COMPRESSION | | .02- | |

CONTINUED

YOUR TOTALS

PRODUCT: A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL, C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

OWNER NAME

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO. 66619305

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

COPY
Document Control

Page 3 of 5

| T | P | MO. | YR. | ............... PROPERTY NUMBER / UNIT PRICE / YOUR DECIMAL | PROPERTY NAME / BBLS OR MCF / YOUR BBLS OR MCF | GROSS VALUE / YOUR GROSS | BTU-FACTOR | COUNTY / SEV/PROD TAX / YOUR SEV/PROD TAX | STATE / NET VALUE / YOUR OTHER W/H | YOUR NET |
|---|---|---|---|---|---|---|---|---|---|---|
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 06 | 17 | 2.68 | 297.96 | 799.46 | | .00 | 712.94 | |
| R | | | | .000361750 | .10 | .29 | | .00 | | .25 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 07 | 17 | 2.73 | 408.81 | 1,116.50 | | .00 | 998.23 | |
| R | | | | .000361750 | .14 | .40 | | .00 | | .36 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 08 | 17 | 2.65 | 465.34 | 1,237.30 | | .31- | 1086.58 | |
| R | | | | .000361750 | .16 | .45 | | .01- | | .38 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 09 | 17 | 2.73 | 341.76 | 933.18 | | .00 | 842.96 | |
| R | | | | .000361750 | .12 | .33 | | .00 | | .29 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 10 | 17 | 2.62 | 420.74 | 1,104.23 | | .00 | 986.99 | |
| R | | | | .000361750 | .15 | .40 | | .00 | | .36 |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 11 | 17 | 2.72 | 408.26 | 1,111.11 | | .00 | 980.70 | |
| R | | | | .000361750 | .14 | .40 | | .00 | | .35 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .03- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 12 | 17 | 2.51 | 435.58 | 1,093.40 | | .00 | 953.51 | |
| R | | | | .000361750 | .15 | .39 | | .00 | | .33 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .04- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | G | 01 | 18 | 3.49 | 379.81 | 1,328.04 | | .00 | 1209.03 | |
| R | | | | .000361750 | .13 | .48 | | .00 | | .44 |
| | | | | | | | Transportation | | .01- | |
| | | | | | | | Other Deductions | | .01- | |
| | | | | | | | COMPRESSION | | .02- | |
| * | * | ** | ** | W 0076907 | MCALISTER GAS | UNIT 02 | | RUSK | TX | |
| | O | 04 | 17 | 48.56 | 11.04 | 536.16 | | .00 | 536.16 | |
| R | | | | .000361750 | .00 | .19 | | .00 | | .19 |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 02 | 17 | 2.53 | 1,680.73 | 4,256.50 | | .00 | 3689.83 | |
| R | | | | .000361750 | .60 | 1.54 | | .00 | | 1.34 |
| | | | | | | | Transportation | | .03- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .13- | |
| | | | | | | | DEHYDRATION | | .01- | |
| * | * | ** | ** | W 0076908 | MCALISTER GAS | UNIT 03 | | RUSK | TX | |
| | G | 03 | 17 | 2.58 | 1,826.56 | 4,727.04 | | .00 | 4080.10 | |
| R | | | | .000361750 | .66 | 1.71 | | .00 | | 1.47 |
| | | | | | | | Transportation | | .04- | |
| | | | | | | | Other Deductions | | .03- | |
| | | | | | | | COMPRESSION | | .16- | |
| | | | | | | | DEHYDRATION | | .01- | |

CONTINUED

**YOUR TOTALS**

PRODUCT: A - FLARE, B - PLANT FUEL, F - FUEL, G - GAS, H - HELIUM, O - OIL, C - CONDENSATE, N - NET PROFITS, R - RESIDUE, S - SULFUR, T - INTEREST, I - CARBON DIOXIDE, J - LIQUEFIED NAT. GAS, L - NATURAL GAS LIQUIDS, M - DRIP CONDENSATE, P - PLANT PRODUCT, Q - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE E - EXCESS ROYALTY P - PRODUCTION PAYMENT

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| OWNER NUMBER | CHECK DATE |
|---|---|
| 0242833 | 5/29/2018 |

CHECK NO. 66619305

OWNER NAME

COPY

Document Control

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

# TAX RECEIPT

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

**This is a receipt. Do not pay.**

**Owner ID: M 1214212**
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX, 75180-1907

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|---|---|---|---|---|---|---|---|---|
| | | 2008 Year Totals | | | $10.27 | $18.56 | $28.83 | |
| | | Parcel Totals: | | | $33.81 | $68.12 | $101.93 | |

| DPI Year/Month: 201903 | Payment Ref Totals: | $33.81 | $68.12 | $101.93 |
|---|---|---|---|---|

Clerk: vkenney  Paid By: COLEMAN ALVESTER  Payment Type: Cash  Payment Ref No: CASH

Additional Fees:

| Grand Totals: | $33.81 | $68.12 | $101.93 |
|---|---|---|---|

COPY
Document Control



**2018 CURRENT DELINQUENT TAX STATEMENT**

**Make payment payable to:** **Taxes as Of:** 3/8/2019 DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

Owner ID: 1214212 Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| **Parcel ID 1308873 Total** | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

Parcel ID: 1311193 Ownshp Seq: 1
Account #: [redacted]
Mineral Interest: 0.005077

Operator: CCI EAST T RI
Lease Number: 91526 RRC #: 122668
Lease Name: MCALISTER GU (3) REAL
AB 282 W A FRIAR SUR
WELL 3 RRC 122668

Suit: N
Acres: 542.36 Cat Code: G1
Mineral Value: $ 760

Prop Address:
Prop City/St/Zip:

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 760 | 0 | 10047 | $0.463635 | $3.52 | $0.00 | $0.32 | $0.00 | $3.84 |
| RUSK CO I&S | 2018 | 760 | 0 | 10047 | $0.028759 | $0.22 | $0.00 | $0.02 | $0.00 | $0.24 |
| RUSK CO SPEC RD | 2018 | 760 | 0 | 10047 | $0.058253 | $0.44 | $0.00 | $0.04 | $0.00 | $0.48 |
| COUNTY SCHOOL | 2018 | 760 | 0 | 10047 | $0.026437 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| TATUM ISD M&O | 2018 | 760 | 0 | 10047 | $1.040000 | $7.90 | $0.00 | $0.71 | $0.00 | $8.61 |
| TATUM I&S | 2018 | 760 | 0 | 10047 | $0.167000 | $1.27 | $0.00 | $0.11 | $0.00 | $1.38 |
| RUSK CO ESD #1 | 2018 | 760 | 0 | 10047 | $0.077500 | $0.59 | $0.00 | $0.05 | $0.00 | $0.64 |
| RCGWC DIST | 2018 | 760 | 0 | 10047 | $0.005000 | $0.04 | $0.00 | $0.00 | $0.00 | $0.04 |
| **2018 Total:** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |
| **Parcel ID 1311193 Total** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |

AN ADDITIONAL 20% PENALTY WILL BE ADDED TO YOUR 2018 TAXES IF NOT PAID BEFORE JULY 1, 2019 IN ACCORDANCE WITH STATE PROPERTY TAX CODE SEC. 33.07d.

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE RUSK COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE RUSK COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

TO INSURE PROPER CREDIT, MAIL OR BRING THIS STATEMENT WITH YOUR PAYMENT

| ** Summary **: | Base Tax: | P/I: | Additional: | Total Amount: |
|---|---|---|---|---|
| If Paid In Mar, 2019 | $20.89 | $1.87 | $0.00 | $22.76 |
| If Paid In Apr, 2019 | $20.89 | $2.28 | $0.00 | $23.17 |
| If Paid In May, 2019 | $20.89 | $2.74 | $0.00 | $23.63 |
| If Paid In Jun, 2019 | $20.89 | $3.15 | $0.00 | $24.04 |
| If Paid In Jul, 2019 | $20.89 | $3.77 | $4.90 | $29.56 |

COPY

Document Control

# TAX RECEIPT

RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

COPY
Document Control

This is a receipt. Do not pay.

Owner ID: M 1214212
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX. 75180-1907

Parcel Id/Owner Seq: 1985966135 / 1
Account Number: [redacted]
Mineral Interest: 0.004715
Prop Address:
Prop City/St/Zip:

Operator ANADARKO E&RC
Lease 95258 RRC# 169918
Legals: MCALISTER GAS UNIT (#4)
REAL
AB 416 JESSE HARRIS SUR
(SAM 032734)

Suit: N
Acres: 271.210 Cat Code: G1
Mineral Value: $ 720

Homestead Code:

| Year | Jurisdiction | Tax Rate | Tax Value | Post Code | Tax | Dis/Pen/Other | Total Amount | Date Posted |
|---|---|---|---|---|---|---|---|---|
| 2005 | SPEC RD | 0.040000 | $470 | P | $0.19 | $0.42 | $0.61 | 03/08/2019 |
| 2005 | RUSK CO ESD #1 | 0.027215 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | RUSK CO GROUNDWATER | 0.005000 | $470 | P | $0.03 | $0.07 | $0.10 | |
| 2005 | COUNTY SCHOOL | 0.026500 | $470 | P | $0.13 | $0.29 | $0.42 | |
| 2005 | TATUM I.S.D. M&O | 1.568400 | $470 | P | $7.37 | $16.51 | $23.88 | |
| 2005 | RUSK COUNTY | 0.356000 | $470 | P | $1.68 | $3.77 | $5.45 | |
| | | 2005 Year Totals | | | $9.53 | $21.35 | $30.88 | |
| 2006 | TATUM I.S.D. M&O | 1.219310 | $330 | P | $4.03 | $8.45 | $12.48 | 03/08/2019 |
| 2006 | RUSK CO GROUNDWATER | 0.004800 | $330 | P | $0.02 | $0.04 | $0.06 | |
| 2006 | SPEC RD | 0.040000 | $330 | P | $0.13 | $0.28 | $0.41 | |
| 2006 | TATUM ISD I&S | 0.150690 | $330 | P | $0.50 | $1.05 | $1.55 | |
| 2006 | RUSK CO ESD #1 | 0.023800 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | COUNTY SCHOOL | 0.022400 | $330 | P | $0.08 | $0.17 | $0.25 | |
| 2006 | RUSK COUNTY | 0.304600 | $330 | P | $1.01 | $2.12 | $3.13 | |
| | | 2006 Year Totals | | | $5.85 | $12.28 | $18.13 | |
| 2007 | COUNTY SCHOOL | 0.020400 | $570 | P | $0.12 | $0.24 | $0.36 | 03/08/2019 |
| 2007 | RUSK CO ESD #1 | 0.023480 | $570 | P | $0.14 | $0.27 | $0.41 | |
| 2007 | RUSK COUNTY | 0.298500 | $570 | P | $1.70 | $3.32 | $5.02 | |
| 2007 | TATUM I.S.D. M&O | 0.750000 | $570 | P | $4.28 | $8.36 | $12.64 | |
| 2007 | RUSK CO GROUNDWATER | 0.004700 | $570 | P | $0.03 | $0.05 | $0.08 | |
| 2007 | TATUM ISD I&S | 0.290000 | $570 | P | $1.66 | $3.24 | $4.90 | |
| 2007 | SPEC RD | 0.040000 | $570 | P | $0.23 | $0.45 | $0.68 | |
| | | 2007 Year Totals | | | $8.16 | $15.93 | $24.09 | |
| 2008 | SPEC RD | 0.040000 | $720 | P | $0.29 | $0.53 | $0.82 | 03/08/2019 |
| 2008 | TATUM ISD I&S | 0.300000 | $720 | P | $2.15 | $3.89 | $6.04 | |
| 2008 | COUNTY SCHOOL | 0.017800 | $720 | P | $0.13 | $0.23 | $0.36 | |
| 2008 | RUSK CO ESD #1 | 0.021370 | $720 | P | $0.16 | $0.28 | $0.44 | |
| 2008 | RUSK COUNTY | 0.309800 | $720 | P | $2.22 | $4.01 | $6.23 | |
| 2008 | RUSK CO GROUNDWATER | 0.004400 | $720 | P | $0.03 | $0.05 | $0.08 | |
| 2008 | TATUM I.S.D. M&O | 0.740000 | $720 | P | $5.29 | $9.57 | $14.86 | |

**2018 CURRENT DELINQUENT TAX STATEMENT**

**Make payment payable to:** **Taxes as Of:** 3/8/2019 DPI Month Year: 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

**COPY**
**Document Control**

Owner ID: 1214212 Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS TX 75180-1907

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

CALL BACK

Parcel ID: 1304334 Ownshp Seq: 1 Operator: CCI EAST T RI Suit: N
Account #: [redacted] Lease Number: 66507 RRC #: 92392 Acres: 542.36 Cat Code: G1
Mineral Interest: 0.005077 Lease Name: MCALISTER GU (1) Mineral Value: $ 350
REAL
Prop Address: AB 416 JESSE HARRIS SUR
Prop City/St/Zip: WELL 1 RRC 92392

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 350 | 0 | 10047 | $0.463635 | $1.62 | $0.00 | $0.15 | $0.00 | $1.77 |
| RUSK CO I&S | 2018 | 350 | 0 | 10047 | $0.028759 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| RUSK CO SPEC RD | 2018 | 350 | 0 | 10047 | $0.058253 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| COUNTY SCHOOL | 2018 | 350 | 0 | 10047 | $0.026437 | $0.09 | $0.00 | $0.01 | $0.00 | $0.10 |
| TATUM ISD M&O | 2018 | 350 | 0 | 10047 | $1.040000 | $3.64 | $0.00 | $0.33 | $0.00 | $3.97 |
| TATUM I&S | 2018 | 350 | 0 | 10047 | $0.167000 | $0.58 | $0.00 | $0.05 | $0.00 | $0.63 |
| RUSK CO ESD #1 | 2018 | 350 | 0 | 10047 | $0.077500 | $0.27 | $0.00 | $0.02 | $0.00 | $0.29 |
| RCGWC DIST | 2018 | 350 | 0 | 10047 | $0.005000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| 2018 Total: | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |
| Parcel ID 1304334 Total | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |

Parcel ID: 1308873 Ownshp Seq: 1 Operator: BP AMERIC RI Suit: N
Account #: 1214212-1-0062400 Lease Number: 62400 RRC #: 78590 Acres: 679.91 Cat Code: G1
Mineral Interest: 0.000051 Lease Name: JENKINS FELIX W GU 1-5 Mineral Value: $ 10
REAL
Prop Address: AB 282 W W FRAIR SUR
Prop City/St/Zip: (139911,140367-153268-169898)

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 10 | 0 | 10047 | $0.463635 | $0.05 | $0.00 | $0.00 | $0.00 | $0.05 |
| RUSK CO SPEC RD | 2018 | 10 | 0 | 10047 | $0.058253 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| TATUM ISD M&O | 2018 | 10 | 0 | 10047 | $1.040000 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| TATUM I&S | 2018 | 10 | 0 | 10047 | $0.167000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| RUSK CO ESD #1 | 2018 | 10 | 0 | 10047 | $0.077500 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| 2018 Total: | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

MPFM03/MPDR01 **Production Master - Oil** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job..: RUSK CO APPRAISAL DISTRICT ✓ Rrc#: 3881 / 06
Lse..: TATUM /CRANE/ UNIT Lse#: 79340
Cty 1: RUSK Cty 2:

FLD: 88425500 TATUM (PETTIT, LOWER) Depth.......: 7,008
Lse Info:
Oil Gatherers 1/2/3: PLAML / / Gas Gatherer: KMOTX
Completion Date: 4/13/1981 PRDCING: 1 API Number..: 12,800
First Prod MMYYYY: 1/1962 SHUT-IN: Gas Split...: NO
Last Prod MMYYYY: 8/2018 INJECTOR: Beg Oil Stat:
SERVICE: Royalty Flag:

Current Operator Info - 660043
PETRO-HUNT, L.L.C.
ROSEWOOD COURT
2101 CEDAR SPRINGS RD STE 600
DALLAS TX 75201
Tele: 214-880-8400

Previous Operator Info - 417180
HUNT, WM. HERBERT, TRUST EST.

3900 THANKSGIVING TOWER
DALLAS TX 75201
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

COPY
Document Control

MPFM03/MPDR02 **Production Master - Gas** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job. : RUSK CO APPRAISAL DISTRICT
Lse. : AKINS-REEVES GAS UNIT
Cty 1: RUSK

RRC#.....: 92747 / 06
Wll#/Lse#: 1 / 50030
Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info:
Gas Gatherers 1/2/3: ENBRI / /
Completion Date: 3/14/1981
First Prod MMYYYY:
Last Prod MMYYYY: 8/2018
Well Type.....: REG PROD

Upper Perf: 8,730
Lower Perf: 10,140
Othr Presr: 685

Depth........: 10,250
Cond Gatherer:
Cond Split...: NO
API Number...:
Beg Gas Stat.: 2,141
Potential....: 9,999,999

Current Operator Info - 40798
BP AMERICA PRODUCTION COMPANY
~~ATTN JEANINE HALLER-PISKURICH~~
737 NORTH ELDRIDGE PARKWAY
HOUSTON TX 77079
Tele: 281-366-7158

Previous Operator Info - 20425
AMOCO PRODUCTION COMPANY
ATTN BILL CASEY
P O BOX 3092
HOUSTON TX 77253
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

**COPY**
**Document Control**

MPFM03/MPDR02

**Production Master - Gas**

State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job..: RUSK CO APPRAISAL DISTRICT
Lse..: BIRD, G. W. EST.
Cty 1: RUSK

RRC#.....: 69114 / 06
Wll#/Lse#: 1 / 53020
Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info:
Gas Gatherers 1/2/3: ENBRI /
Completion Date: 11/06/1976
First Prod MMYYYY:
Last Prod MMYYYY: 8/2018
Well Type......: REG PROD

Upper Perf: 10,212
Lower Perf: 10,433
Othr Presr: 810

Depth........: 10,535

Cond Gatherer:
Cond Split...: NO
API Number...:
Beg Gas Stat.:
Potential....: 9,999,999

Current Operator Info - 884563
VERADO ENERGY, INC.

8150 N CENTRAL EXPWY STE 850
DALLAS TX 75206
Tele: 214-368-5322

Previous Operator Info -

Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

**COPY**
Document Control

MPFM03/MPDR02

**Production Master - Gas** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job..: RUSK CO APPRAISAL DISTRICT
Lse..: ALFORD -A- GAS UNIT
Cty 1: RUSK

RRC#.....: 104534 / 06
Wll#/Lse#: 2 / 50160
Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info: G-10 RETEST EFF. 2-1-9
Gas Gatherers 1/2/3: SABPI /
Completion Date: 2/07/1983
First Prod MMYYYY:
Last Prod MMYYYY: 8/2018
Well Type......: REG PROD

Upper Perf: 10,537
Lower Perf: 10,773
Othr Presr: 3,215

Depth........: 10,830

Cond Gatherer:
Cond Split...: YES
API Number...:
Beg Gas Stat.:
Potential....: 9,999,999

Current Operator Info - 120023
CCI EAST TEXAS UPSTREAM LLC
~~ATTN CHRISSY SCHAFFNER~~
811 MAIN STREET SUITE 3500
HOUSTON TX 77002
Tele: 281-378-1100

Previous Operator Info - 20542
ANADARKO E&P COMPANY LP
ATTN FRANK A. DAVIS
P O BOX 1330
HOUSTON TX 77251
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

**COPY**

**Document Control**

MPFM03/MPDR01 **Production Master - Oil** State - TX

C2 Return
C3 Mnthly
C4 Yearly
C6 Print

Job..: RUSK CO APPRAISAL DISTRICT
Lse..: BIRDWELL "B"
Cty 1: RUSK

Rrc#: 11631 / 06
Lse#: 53048
Cty 2:

FLD: 51894500 LANEVILLE, NE. (PETTIT, LO.)
Lse Info:
Oil Gatherers 1/2/3: PLAML /
Completion Date: 11/29/1984
First Prod MMYYYY: 12/1984
Last Prod MMYYYY: 8/2018

PRDCING: 1
SHUT-IN:
INJECTOR:
SERVICE:

Depth........: 7,566

Gas Gatherer: ENETR
API Number..: 3,168,500
Gas Split...: NO
Beg Oil Stat:
Royalty Flag:

Current Operator Info - 945936
XTO ENERGY INC.
~~ATTN ALAN CODY~~
810 HOUSTON STREET
FORT WORTH TX 76102
Tele: 817-885-3463

Previous Operator Info - 598935
NADEL AND GUSSMAN, L.L.C.
15 EAST 5TH ST STE 3300
TULSA OK 74103
Tele:

Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

COPY
Document Control

250204 -RUSK CO APPRAISAL DISTRICT OWNER HOLDINGS 6/28/2010 PAGE 1

OWNER: 925972 COLEMAN FANNIE MAE
PO BOX 71
EASTON TX 75641

Agent:

| LEASE_# | LEASE_NAME | DESCRIPTION | OPERATOR | INT_TYPE | INTEREST | VALUE |
|---|---|---|---|---|---|---|
| 54550 | BUFORD & BLOW GU I (1/2) | AB 46 ETL WILLIAMSON ETAL SUR<br>RRC#- 106033108065 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 54552 | BUFORD & BLOW GU I (5-8) | AB 46 ETL WILLIAMSON ETAL SUR<br>RRC#- 131085131095131388133712 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 20 |
| 95540 | BUFORD & BLOW GU I (9) | AB 46 ETL WILLIAMSON ETAL SUR<br>RRC#- 187219 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95541 | BUFORD & BLOW GU I (10) | AB 46 ETL WILLIAMSON ETAL SUR<br>RRC#- ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95597 | BUFORD & BLOW GU I (3/4) | AB 46 ETL WILLIAMSON ETAL SUR<br>RRC#- 108773108776 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 10 |
| 95908 | BUFORD & BLOW GU I (11) | AB 46 ETL WILLIAMSON ETAL SUR<br>RRC#- 213806 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 95909 | BUFORD & BLOW GU I (14) | AB 26 ETAL T O'BAR ETAL SUR<br>RRC#- 213805 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 10 |
| 96460 | BUFORD & BLOW GU I (15) | AB 26 ETAL T O'BAR ETAL SUR<br>RRC#- 228862 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 0 |
| 96865 | BUFORD & BLOW GU I (16) | AB 46 R WILLIAMSON SUR<br>RRC#- 236553 ACCT#:<br>JURS: 04-05-52-65-66- - - - - | CCI EAST TEXAS UPSTR | RI | .000074 | 20 |

OWNER TOTAL: 60

| JUR | | MARKET VALUE |
|---|---|---|
| 04 | RUSK CO APPRAISAL DISTRICT | 60 |
| 05 | RUSK COUNTY | 60 |
| 52 | TATUM I.S.D. - RUSK CO. | 60 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 60 |
| 66 | RUSK CO GROUND WATER CON DIST | 60 |

COPY
Document Control

ROBERT M. MINTON
DAVID P. BROWN

PHONE (903) 657-3543
FAX (903) 657-3545

**MINTON & BROWN, PLLC**
ATTORNEYS AT LAW
HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING
134 NORTH MARSHALL STREET
P. O. BOX 1688
HENDERSON, TEXAS 75653-1688
E-Mail: mintonbrown@suddenlinkmail.com

December 17, 2009

**COPY**
**Document Control**

Mr. Daryl Howard
826 Smokey Oak Drive
Lancaster, Texas 75146

Mr. Alvester Coleman
826 Smokey Oak Drive
Lancaster, Texas 75146

**RE: Interests of Wilmer Howard, Deceased and Ulysee Howard, Deceased**

Dear Daryl and Alvester:

Enclosed are copies of deeds whereby Wilmer Howard and Ulysee Howard conveyed away their ownerships.

Yours very truly,

MINTON & BROWN, PLLC

BY ______________________
Robert M. Minton

RMM/apm
Enclosure

This is a copy, of the letter sent to me from Robert M. Minton. Claiming Fraudulent documents to be Copies of deeds. To which transferd deeds never recieved.

COPY

Form **2848** (Rev. Dec. 2015) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

Document Control

▶ Information about Form 2848 and its instructions is at www.irs.gov/form2848.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1 Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) | |
|---|---|---|
| Fannie Howard | 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 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

Name and address Alvester Coleman 3021 Forrestdale Ln Balch Springs, TX 75810
CAF No. ............
PTIN ............
Telephone No. ............
Fax No. ............
Check if to be sent copies of notices and communications ☑ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address
CAF No. ............
PTIN ............
Telephone No. ............
Fax No. ............
Check if to be sent copies of notices and communications ☐ Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address
CAF No. ............
PTIN ............
Telephone No. ............
Fax No. ............
(Note: IRS sends notices and communications to only two representatives.) Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242
AUG 2 5 2017
RECEIVED
44106

Name and address
CAF No. ............
PTIN ............
Telephone No. ............
Fax No. ............
(Note: IRS sends notices and communications to only two representatives.) Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3 Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| whistleblower | 1041 1099 | 1960 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific Use Not Recorded on CAF** . . . . . ▶ ☐

**5a Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties; ☐ Substitute or add representative(s); ☐ Sign a return; ............

☐ Other acts authorized: ............

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.** Cat. No. 11980J Form **2848** (Rev.12-2015)

RECEIVED BY IRS-EEFAX 08/25/2017 12:33PM (GMT-05:00)

COPY

Form 2848 (Rev. 12-2015) Document Control Page 2

b **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

6 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

Alvester Coleman 8-24-17 heir

Signature Date Title (if applicable)

ALVESTER COLEMAN

Print Name Print name of taxpayer from line 1 if other than individual

## Part II Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—licensed to practice as a certified public accountant is active in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

d Officer—a bona fide officer of the taxpayer organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). ***See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.***

k Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation—Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| f | Texas | N/A | Alvester Coleman | 8-24-17 |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY IRS-EEFAX 08/25/2017 12:33PM (GMT-05:00)

250204 -RUSK CO APPRAISAL DISTRICT OWNER HOLDINGS 9/15/2016 PAGE 1

OWNER 1214212 COLEMAN ALVESTER
3921 FORESTDALE LN
BALCH SPRINGS TX 75180

Agent:

| LEASE # | LEASE NAME | DESCRIPTION | OPERATOR | INT TYPE | INTEREST | VALUE |
|---|---|---|---|---|---|---|
| 54660 | BURNETT GU (1) | AB 19 JAMES MCCLAIN SUR RRC#- 96272 ACCT#: | VERADO ENERGY INC | RI | .002071 | 20 |
| wells-02400 | JENKINS FELIX W GU 1-5 | AB 282 W W FRAIR SUR RRC#- 785901399111403671532681696008 ACCT#: | BP AMERICA PROD CO | RI | .000051 | 10 |
| 66507 | 1 MCALISTER GU (1) | AB 416 JESSE HARRIS SUR RRC#- 92392 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 160 |
| 66507 | 2 MCALISTER GU (1) | AB 416 JESSE HARRIS SUR RRC#- 92392 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 10 |
| 91525 | 1 MCALISTER GU (2) | AB 416 JESSE HARRIS SUR RRC#- 113430 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 40 |
| 91525 | 2 MCALISTER GU (2) | AB 416 JESSE HARRIS SUR RRC#- 113430 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 91526 | 1 MCALISTER GU (3) | AB 282 W A FRIAR SUR RRC#- 122668 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 520 |
| 91526 | 2 MCALISTER GU (3) | AB 282 W A FRIAR SUR RRC#- 122668 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 40 |
| 05258 | 1 MCALISTER GU (4) | AB 416 JESSE HARRIS SUR RRC#- 169918 ACCT#: | ANADARKO E&P ONSHORE | RI | .004715 | 0 |
| 05258 | 2 MCALISTER GU (4) | AB 416 JESSE HARRIS SUR RRC#- 169918 ACCT#: | ANADARKO E&P ONSHORE | RI | .000362 | 0 |
| 95415 | BURNETT GU (2) | AB 19 JAMES MCCLAIN SUR RRC#- 176908 ACCT#: | VERADO ENERGY INC | RI | .002071 | 10 |

OWNER TOTAL: 810

| JUR | | MARKET VALUE |
|---|---|---|
| 04 | RUSK CO APPRAISAL DISTRICT | 810 |
| 05 | RUSK COUNTY | 810 |
| 40 | HENDERSON I.S.D | 0 |
| 52 | TATUM I.S.D. - RUSK CO. | 810 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 810 |
| 66 | RUSK CO GROUND WATER CON DIST | 810 |

COPY
Document Control

> Two different operators make disbursements on the McAlister wells: ① ANADARKO
> ② XTO

963 657-0330

COPY

Form **2848**
(Rev. Dec. 2015)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

Document Control

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ______
Telephone ______
Function ______
Date / /

**Part I** Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

1 **Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address: Alvester Coleman, 3021 Forestdale Ln., Balch Springs, TX 75810

Taxpayer identification number(s): 75-6404255

Daytime telephone number: 214-309-8507

Plan number (if applicable):

hereby appoints the following representative(s) as attorney(s)-in-fact:

2 **Representative(s) must sign and date this form on page 2, Part II.**

Name and address: Alvester Coleman, 3021 Forestdale Ln, Balch Springs, TX 75810
CAF No.
PTIN
Telephone No. 214-309-8507
Fax No.
Check if to be sent copies of notices and communications ☑
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address
CAF No.
PTIN
Telephone No.
Fax No.
Check if to be sent copies of notices and communications ☐
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address
CAF No.
PTIN
Telephone No.
Fax No.
(Note: IRS sends notices and communications to only two representatives.)
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address
CAF No.
PTIN
Telephone No.
Fax No.
(Note: IRS sends notices and communications to only two representatives.)
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242
SEP 1 1 2017
RECEIVED

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

3 **Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Estate/trust | 1040, 1099 (1041) | 2009 |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . . . . ▶ ☐

5a **Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties; ☐ Substitute or add representative(s); ☐ Sign a return; ______

☐ Other acts authorized: ______

**COPY**
**Document Control**

Form **56-F** (Rev. December 2009) Department of the Treasury Internal Revenue Service

# Notice Concerning Fiduciary Relationship of Financial Institution

(Internal Revenue Code sections 6036, 6402, and 6903)

OMB No. 1545-2159

For IRS Use Only

**Part I Identification**

1 Name of person for whom you are acting (as shown on the tax return)
Lawrence Howard Flanagan Trust

2 Employer identification number
750187835/73-0739975
75-6404255

3 Address of financial institution (number, street, and room or suite no.)
511 Carver St

4 City, state, and ZIP code
Henderson TX 75652-5709

5 Telephone no.
( )

6 Check the applicable box for the type of financial institution: ☑ Bank ☐ Thrift

7 Check here ▶ ☐ if the financial institution is insolvent.

8 Enter the ending date of the financial institution's tax year (mo., day, yr.) ▶

9 Fiduciary's name
Citizens National Bank

10 Contact person
Lee Gearheart, TTEE

11 Address of fiduciary (number, street, and room or suite no.)
201 W Main St

12 City or town, state, and ZIP code
Henderson TX

13 Telephone no.
(903) 657-8521

14 Check the applicable box if the fiduciary is a:
☑ Receiver ☐ Conservator

15 Check this box ▶ ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below. Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

16 Name of person for whom you are acting (as shown on the tax return)

17 Employer identification number

18 Address of the common parent (number, street, and room or suite no.)

19 City, state, and ZIP code

20 Check here ▶ ☐ if a copy of this form has been sent to the common parent of the group.

21 Enter the tax year(s) that the financial institution is or was a member of the consolidated group ▶ 1990

INTERNAL REVENUE SERVICE
FIELD ASSISTANCE
DALLAS, TX 75242
AUG 3 2017
RECEIVED
4115

**Part II Authority**

22 Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:

a ☐ Appointment of conservator
b ☑ Replacement of conservator
c ☐ Appointment of receiver
d ☐ Order of insolvency
e ☑ Other evidence of creation of fiduciary relationship (describe) ▶

**Part III Tax Notices**

23 All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods or years involved.

Mr. Lee Gearheart has not turned over any tax information over since 2010. I have not filed in brothers name to this date payments or filing being done is unknown

**Part IV Revocation or Termination of Notice**

Section A—Total Revocation or Termination

24 Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):

a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☑ Other evidence of termination of fiduciary relationship (describe) ▶ Copy from trustee claiming to turn over tax information to correct heir only

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ [signature] Fiduciary's signature | Title, if applicable | Date 8-3-17

016

Rusk County Appraisal District

Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

neral Property Information

New Property Search | Go To Previous Page

| Legal Information: |
|---|
| MCALISTER GU (2) |
| REAL |
| AB 416 JESSE HARRIS SUR |
| WELL 3 RRC 113430 |

| Account Number: |
|---|
| [redacted] |

| Operator: |
|---|
| ANADARKO E&P ONSHORE |

| Owner Information: |
|---|
| COLEMAN ALVESTER |
| |
| 826 SMOKEY OAK DR |
| |
| LANCASTER TX 75146 |

| Lease Information: | |
|---|---|
| RRC#: | 113430 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.005077 |
| Under 500: | No |
| Market Value: | 40 |
| Taxable Value: | 40 |

NO Total Acres
NO Interest!

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 40 | 0 | 40 |
| 05 | RUSK COUNTY | 40 | 0 | 40 |
| 05R | RUSK COUNTY SPEC ROAD | 40 | 0 | 40 |
| 05S | COUNTY SCHOOL | 40 | 0 | 40 |
| 52 | TATUM I.S.D. | 40 | 0 | 40 |
| 65 | RUSK CO ESD#1 | 40 | 0 | 40 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 40 | 0 | 40 |

New Property Search | Go To Previous Page

COPY
Document Control

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## Mineral Property Information

New Property Search

Go To Previous Page

| Legal Information: |
|---|
| BURNETT GU (2) |
| REAL |
| AB 19 JAMES MCCLAIN SUR |
| WELL 2 RRC 176908 |

| Account Number: |
|---|
| [redacted] |

| Operator: |
|---|
| VERADO ENERGY INC |

| Owner Information: |
|---|
| COLEMAN ALVESTER |
| |
| 826 SMOKEY OAK DR |
| |
| LANCASTER TX 75146 |

| Lease Information: | |
|---|---|
| RRC#: | 176908 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.002071 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 46 | HENDERSON I.S.D. | 0 | 0 | 0 |
| 52 | TATUM I.S.D. | 10 | 0 | 10 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |

New Property Search

Go To Previous Page

COPY
Document Control

Rusk County Appraisal District - Account# 1214212-1-0062400

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## ineral Property Information

New Property Search

Go To Previous Page

| Legal Information: |
|---|
| JENKINS FELIX W GU 1-5 |
| REAL |
| AB 282 W W FRAIR SUR |
| (139911,140367-153268-169898) |

| Account Number: |
|---|
| [redacted] |

| Operator: |
|---|
| BP AMERICA PROD CO |

| Owner Information: |
|---|
| COLEMAN ALVESTER |
| |
| 826 SMOKEY OAK DR |
| |
| LANCASTER TX 75146 |

| Lease Information: | |
|---|---|
| RRC#: | 78590 |
| Category Code: | G1 |
| Interest Type: | RI |
| Owner Interest: | 0.000051 |
| Under 500: | No |
| Market Value: | 10 |
| Taxable Value: | 10 |

NO Owener Interest
NO Total ACRES

| Jur Code | Description | Total Market | Total Exemption | Taxable |
|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 10 | 0 | 10 |
| 05 | RUSK COUNTY | 10 | 0 | 10 |
| 05R | RUSK COUNTY SPEC ROAD | 10 | 0 | 10 |
| 05S | COUNTY SCHOOL | 10 | 0 | 10 |
| 52 | TATUM I.S.D. | 10 | 0 | 10 |
| 65 | RUSK CO ESD#1 | 10 | 0 | 10 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 10 | 0 | 10 |

New Property Search

Go To Previous Page

**COPY**

**Document Control**

Home | Contact Us | Location | Forms | Disclaimer

skcad.org/(S(5f5b0z45bb...

661109

[X] Final K-1 [ ] Amended K-1 OMB No. 1545-0092

Schedule K-1 (Form 1041)
Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009, or tax year beginning ____________, 2009 and ending ____________, ______

# Beneficiary's Share of Income, Deductions, Credits, etc.

► See separate instructions.

## Part I Information About the Estate or Trust

A Estate's or trust's employer identification number

[redacted]

B Estate's or trust's name

LAWRENCE HOWARD FLANAGAN TRUST

C Fiduciary's name, address, city, state, and ZIP code

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

D [ ] Check if Form 1041-T was filed and enter the date it was filed. . . . . . . . . . . . ____________

E [X] Check if this is the final Form 1041 for the estate or trust

## Part II Information About the Beneficiary

F Beneficiary's identifying number

[redacted]

G Beneficiary's name, address, city, state, and ZIP code

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146

BENEFICIARY 3

H [X] Domestic beneficiary [ ] Foreign beneficiary

## Part III Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Interest income | 11 | Final year deductions |
| | | C | 5,454. |
| 2a | Ordinary dividends | | |
| 2b | Qualified dividends | | |
| 3 | Net short-term capital gain | | |
| 4a | Net long-term capital gain | | |
| 4b | 28% rate gain | 12 | Alternative minimum tax adjustment |
| 4c | Unrecaptured section 1250 gain | | |
| 5 | Other portfolio and nonbusiness income | | |
| 6 | Ordinary business income | | |
| 7 | Net rental real estate income | | |
| 8 | Other rental income | 13 | Credits and credit recapture |
| 9 | Directly apportioned deductions | | |
| 10 | Estate tax deduction | 14 | Other information |

*See attached statement for additional information.

**Note.** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

FOR IRS USE ONLY

**COPY**

**Document Control**

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1041.

Schedule K-1 (Form 1041) 2009

FIFA0101L 12/01/09

LEE GEARHEART, TTEE
P O BOX 1685
HENDERSON, TX 75653

January 12, 2010

ALVESTER COLEMAN
826 SMOKEY OAK DR
LANCASTER, TX 75146

Re: LAWRENCE HOWARD FLANAGAN TRUST
75-6404255

Dear ALVESTER COLEMAN:

Enclosed is your Schedule K-1 (Form 1041) Beneficiary's Share of Income, Deductions, Credits, Etc. for 2009 from the LAWRENCE HOWARD FLANAGAN TRUST. This information reflects the amounts that you need to complete your 2009 income tax return. The amounts shown are your distributive share of fiduciary tax items to be reported on your tax return and may not correspond to the amount of cash you actually received during the year. This information is included in the Fiduciary's 2009 Income Tax Return that was filed with the Internal Revenue Service.

This is the final year that LAWRENCE HOWARD FLANAGAN TRUST will file an income tax return. As a result, this will be the last Schedule K-1 (Form 1041) you will receive.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

LEE GEARHEART, TTEE

Enclosure(s)

COPY
Document Control

# FedEx
Express

RT 747 FZ 1 16:00 1994 01.23 A

RECEIVED
JAN 23 2020
LEGAL SERVICES

COPY
Document Control

FedEx TRK# 0200 8142 2830 1994 THU - 23 JAN AA STANDARD OVERNIGHT

XH BNOA 97005 OR-US PDX

FedEx Express Package US Airbill 8142 2830 1994 0200

1 From
Date 1-22-20
Sender's Name
Phone
Company
Address
Dept./Floor/Suite/Room
City State ZIP

2 Your Internal Billing Reference

3 To
Recipient's Name
Phone
Company
Address
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept./Floor/Suite/Room
Hold Weekday
Address
Use this line for the HOLD location address or for continuation of your shipping address.
Hold Saturday
City State ZIP

4 Express Package Service
Packages up to 150 lbs.
Next Business Day
FedEx First Overnight
FedEx Priority Overnight
FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.
2 or 3 Business Days
FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.
FedEx 2Day
FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

5 Packaging
FedEx Envelope*
FedEx Pak*
FedEx Box
FedEx Tube
Other

6 Special Handling and Delivery Signature Options
Fees may apply. See the FedEx Service Guide.
Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
No Signature Required
Direct Signature
Indirect Signature
Does this shipment contain dangerous goods?
One box must be checked.
No
Yes As per attached Shipper's Declaration.
Yes Shipper's Declaration not required.
Dry Ice
Cargo Aircraft Only
Restrictions apply for dangerous goods — see the current FedEx Service Guide.

7 Payment Bill to:
Sender
Enter FedEx Acct. No. or Credit Card No. below.
Recipient
Third Party
Credit Card
Cash/Check
Obtain recip. Acct. No.
Total Packages
Total Weight
Credit Card Auth.

fedex.com 1.800.GoFedEx 1.800.463.3339

Align top of FedEx Express® shipping label here.