# **Exhibit C**

RLF1 23424549v.1

## Madron, Jason M.

| | |
|---|---|
| **From:** | Madron, Jason M. |
| **Sent:** | Tuesday, March 24, 2020 2:58 PM |
| **To:** | 'Alvester Coleman' |
| **Subject:** | RE: My claim payment |

Dear Mr. Coleman,

Thank you for your below note.  302-651-7700 is my Firm's general number that would generally ring to a receptionist for routing, however, due to the ongoing COVID-19 pandemic, all employees of my Firm are working from home for their health and safety until further notice.  With respect to your Class C-5 plan distribution on account of your allowed unmanifested asbestos proof of claim, I am informed that the checks on account of all such Class C-5 distributions are scheduled to be mailed no later than this Friday, March 27, 2020.  To the extent that anything changes in that regard, I will be certain to reach out to you with an update.

As always, please let me know of any further questions at this time.

Kind Regards,
Jason

Jason M. Madron
**Richards, Layton & Finger, P.A.**
Madron@rlf.com
302-651-7595 (direct)

**From:** Alvester Coleman <avcoleman1986@gmail.com>
**Sent:** Tuesday, March 24, 2020 10:59 AM
**To:** Madron, Jason M. <Madron@RLF.com>
**Subject:** My claim payment

Hello I am contacting you on behalf of my priority claim that as of today is 30 days out.  Due to my old exposure I'm under high risk self quarantine at home I need to know exact date that my claim will be at my address?? I did try contact you on the phone number of 302-651-7700 you gave to the court which is not your number so a prompt reply from you will be appreciated thanks