# **Exhibit D**

RLF1 23424549v.1

**Madron, Jason M.**

| | |
|---|---|
| **From:** | Madron, Jason M. |
| **Sent:** | Saturday, March 28, 2020 5:15 PM |
| **To:** | 'Alvester Coleman' |
| **Subject:** | RE: My claim payment |

Dear Mr. Coleman,

Further to the below, I just wanted to send you a quick note to advise you that I'm informed that all final plan distribution checks were mailed out as anticipated on Friday, March 27, 2020. Consequently, you should be receiving your plan distribution check on account of your allowed unmanifested asbestos claim in the coming days. I hope that you have a nice weekend.

Kind Regards,
Jason

Jason M. Madron
**Richards, Layton & Finger, P.A.**
Madron@rlf.com
302-651-7595 (direct)

---

**From:** Madron, Jason M.
**Sent:** Tuesday, March 24, 2020 2:58 PM
**To:** 'Alvester Coleman' <avcoleman1986@gmail.com>
**Subject:** RE: My claim payment

Dear Mr. Coleman,

Thank you for your below note. 302-651-7700 is my Firm's general number that would generally ring to a receptionist for routing, however, due to the ongoing COVID-19 pandemic, all employees of my Firm are working from home for their health and safety until further notice. With respect to your Class C-5 plan distribution on account of your allowed unmanifested asbestos proof of claim, I am informed that the checks on account of all such Class C-5 distributions are scheduled to be mailed no later than this Friday, March 27, 2020. To the extent that anything changes in that regard, I will be certain to reach out to you with an update.

As always, please let me know of any further questions at this time.

Kind Regards,
Jason

Jason M. Madron

1

**Richards, Layton & Finger, P.A.**
Madron@rlf.com
302-651-7595 (direct)

**From:** Alvester Coleman <avcoleman1986@gmail.com>
**Sent:** Tuesday, March 24, 2020 10:59 AM
**To:** Madron, Jason M. <Madron@RLF.com>
**Subject:** My claim payment

Hello I am contacting you on behalf of my priority claim that as of today is 30 days out.  Due to my old exposure I'm under high risk self quarantine at home I need to know exact date that my claim will be at my address?? I did try contact you on the phone number of 302-651-7700 you gave to the court which is not your number so a prompt reply from you will be appreciated thanks