# **Exhibit E**

## Madron, Jason M.

**From:** Madron, Jason M.
**Sent:** Wednesday, April 1, 2020 5:12 PM
**To:** 'Alvester Coleman'
**Subject:** RE: Update needed

Mr. Coleman,

The Bankruptcy Court's December 2019 order granted you one allowed unmanifested asbestos proof of claim (a Class C-5 claim, not a "priority" claim under the Bankruptcy Code).  A check for your plan distribution on account of your one (1) allowed unmanifested asbestos proof of claim was mailed on Friday, March 27, 2020 to your new address that you provided earlier this year per the e-mail that I sent to you over the weekend, and that distribution check will be delivered by the U.S. Postal Service via first class mail.  Any duplicative unmanifested asbestos proof(s) of claim were disallowed by the Bankruptcy Court's prior order (*i.e.*, each unmanifested claimant was only awarded one (1) allowed unmanifested asbestos proof of claim).

Please let me know of any additional questions that you might have.

Kind Regards,
Jason

Jason M. Madron
**Richards, Layton & Finger, P.A.**
Madron@rlf.com
302-651-7595 (direct)

**From:** Alvester Coleman <avcoleman1986@gmail.com>
**Sent:** Wednesday, April 1, 2020 4:55 PM
**To:** Madron, Jason M. <Madron@RLF.com>
**Subject:** Update needed

Hello I'm contacting you on behalf my priority amended claim that was approved by the judge my inquiry today is to when should I expect those payments?? Can you also give any update to those claims and maybe explain why on the epiq system case information website it states my claim as under disallowed????