# **Exhibit F**

## Madron, Jason M.

| | |
|---|---|
| **From:** | Madron, Jason M. |
| **Sent:** | Thursday, April 2, 2020 6:27 PM |
| **To:** | 'Alvester Coleman' |
| **Subject:** | RE: Update needed |
| **Attachments:** | EFH 13982 - Order 53rd Omni Claims.PDF; EFH 14028 - Order Denying A. Coleman Motion for Reconsideration.PDF |

Mr. Coleman,

You were allowed one Class C-5 unmanifested asbestos claim pursuant to the Court's attached December 19, 2019 order (this claim is not a priority claim).  The distribution check that you received is on account of that claim, and that is the only plan distribution to which you're entitled under the Court's orders or will be receiving from the Debtors.  All other claims that you filed against any of the Debtors have been disallowed and expunged pursuant to Court order or operation of the Debtors' chapter 11 plan.  For example, the disallowance of your alleged priority claims is specifically referenced in paragraph 2 of the attached February 27, 2020 order of the Bankruptcy Court.

If you would like a copy of the claims that you filed in 2015, please let me know and I'm happy to send you copies of those for your records.  As you know, I represent the Debtors in these cases and cannot give you any legal advice.  If you have additional questions about these orders of the Court or any other aspect of these chapter 11 cases, you certainly have every right to seek legal counsel to assist you in understanding them.

Kind Regards,
Jason

Jason M. Madron
**Richards, Layton & Finger, P.A.**
Madron@rlf.com
302-651-7595 (direct)

**From:** Alvester Coleman <avcoleman1986@gmail.com>
**Sent:** Thursday, April 2, 2020 5:32 PM
**To:** Madron, Jason M. <Madron@RLF.com>
**Subject:** RE: Update needed

Hello this is in response to the 197 unsecured payment I received from epiq systems. I have yet to get a straight forward answer from you or those guys This was not the claim of priority  I as granted by the judge. This is my 3rd attempt to demand relief of my amended claim. I need tracking number to the first class mail you claim to have sent if that information is not received this once again show your non compliance with court order as you continue to hide your unethical frivolous defenses your willing o take chances for these debtors. So now the

class C5 is for what? I never file a claim in 2015 for this. In closing your answer to this need be straight forward to date my PRIORITY claimed will be paid either from you or this unknown disbursing Agent.

On Apr 1, 2020 4:12 PM, "Madron, Jason M." <Madron@rlf.com> wrote:

Mr. Coleman,

The Bankruptcy Court's December 2019 order granted you one allowed unmanifested asbestos proof of claim (a Class C-5 claim, not a "priority" claim under the Bankruptcy Code). A check for your plan distribution on account of your one (1) allowed unmanifested asbestos proof of claim was mailed on Friday, March 27, 2020 to your new address that you provided earlier this year per the e-mail that I sent to you over the weekend, and that distribution check will be delivered by the U.S. Postal Service via first class mail. Any duplicative unmanifested asbestos proof(s) of claim were disallowed by the Bankruptcy Court's prior order (*i.e.*, each unmanifested claimant was only awarded one (1) allowed unmanifested asbestos proof of claim).

Please let me know of any additional questions that you might have.

Kind Regards,

Jason

Jason M. Madron

**Richards, Layton & Finger, P.A.**

Madron@rlf.com

302-651-7595 (direct)

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying

of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

**From:** Alvester Coleman <avcoleman1986@gmail.com>
**Sent:** Wednesday, April 1, 2020 4:55 PM
**To:** Madron, Jason M. <Madron@RLF.com>
**Subject:** Update needed


Hello I'm contacting you on behalf my priority amended claim that was approved by the judge my inquiry today is to when should I expect those payments?? Can you also give any update to those claims and maybe explain why on the epiq system case information website it states my claim as under disallowed????