# **Exhibit G**

## Madron, Jason M.

| | |
|---|---|
| **From:** | Alvester Coleman <avcoleman1986@gmail.com> |
| **Sent:** | Saturday, April 4, 2020 2:51 PM |
| **To:** | Madron, Jason M. |
| **Subject:** | RE: Update needed |

Hello this is in response to your last email I do not need legal representation on a priority amended claim you where ordered to pay by COURT. Im not sure what laws bylaws or codes you are upholding to but you do realize it's against the law. It is counsel of your kind that have cause this Injustice to me but Injustice world wide. Which does make me as well any competent person see how unethical you and all your so called firm and associates. Let me give u a little better understanding instead of focusing on loopholes in the law against your license you should consider a History class or better yet read the Bible because either you believe in either those you should know God is watching you as well as the judge and Me as owner. In closing I hope this email finds you well and I will see you May 5 2020 hearing or by phone due by virus. Do not EVER CONTACT ME AGAIN IN LIFE because I want no association with your racketeering. Have a nice weekend.

 Best wishes
Alvester Coleman
Real Royalty Deed owner