# Exhibit H

RLF1 23424549v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Docket Nos.: 9783, 9911, 10079, |
| | : | 10080 and 10277 |

## ORDER

Upon consideration of the Motion to Allow Kenneth R. Stewart Request for a Motion to Discharge [D.I. 9783] filed on October 7, 2016; the Motion to Allow Debtor Fraud, Stay and Intervene [D.I. 9911] filed on October 21, 2016; the Motion to Serve Debtor *et al.*, Electronic Emails for Official Delivery of Documents; Objections to December 2015 Nonfinal Ruling; and Amended Motion to Stay, and Motion to Intervene [D.I. 10079] filed on November 9, 2016; Response to Debtor's Improper Voting Notices, Meetings and Exit Strategy [D.I. 10080] filed on November 9, 2016; and the Motions to Stop Debtor's Bankruptcy Proceedings and Pay Off All Debts [D.I. 10277] filed on November 28, 2012 (collectively, the "Motions"); the Court having reviewed the Motions and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on December 14, 2016 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motions and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY FOUND, ORDERED and DECREED THAT, for the reasons set forth on the record at the Hearing:

1. All claims of Kenneth R. Stewart a/k/a Kenneth S. Stewart ("Mr. Stewart") have been previously disallowed and said disallowance has been affirmed by the District Court. Mr. Stewart has no other claim against any of the Debtors and is not a party in interest in these bankruptcy cases.

2. Mr. Stewart is a vexatious litigant and his continuing actions in these bankruptcy cases have resulted in a waste of estate and judicial resources.

3. The Motions and all relief requested in the Motions are DENIED with prejudice.

4. Any further documents, whether in the form of a motion, notice or otherwise, submitted to the Court in these bankruptcy cases by Mr. Stewart will be docketed but will not be considered nor acted upon by the Court.

5. Neither the Debtors nor any other party in interest are required to respond to any documents or notices filed or served by Mr. Stewart in these bankruptcy cases.

6. The Court retains jurisdiction over all matters arising from or related to this Order.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: December 14, 2016