# In The United States Bankrupcy Court

## For The District of Delaware

**FILED**

Alvester Coleman
_(Secured creditor)_

Energy Future Holdings Corp.
_(Debtors)_

Chapter 11

Case No. 14-109...

( Jointly Administered)

2020 MAY 26  AM 10: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Secure Creditor's Order to Lift Automatic Stay; Creditor's Order for All Relief be GRANTED.

COME NOW, secured creditor, Alvester Coleman and files this Order to Lift Automatic Stay and Creditor's Order for All Relief be so GRANTED, as ask through by filing of Amended Asbestos claim; and filed Amended Secured Stock claim.

I. Creditor's Factual statements for asking to Lift the Automatic Stay; as following:

A. Creditor lack adequate protection from the property being used by Debtors as collateral.

B. Creditor lack adequate protection of mineral interest in property

C. Debtors continue to abuse Bankrupcy system.

D. Debtors ~~and~~ counsel continue to abuse Bankrupey system.

E. Appraisal District(s) coincide with debtors and Debtor's counsel to abuse Bankrupey system.

F. Oil and gas Operators coincide with Debtors and Debtor's counsel and continue to impear mineral interest in Property.

G. School District(s) coincide with Debtors and Debtor's Counsel to impear Tax off property.

H. Water Districts continue to impear Water Rights

I. Debtors continue to file misrepresenting Quartly Statement(s)

J. Debtor(s) and counsel continue to allow 3rd (third) party to disbort payments incorrectlly

K. Debtors continue to allow third party to collect and recieve monthly payment from my Property.

L. Debtors Refused to pay 30 billion Asbestos Amended claim as Granted.

M. Debtors debt Cannot be Discharged

## II. Closing Prayer for Relief

It is the Prayer of Creditor that the Automatic Stay be lifted, Court Grant $30 billion Amended Asbestos Claim, Grants $250 billion Amended Stock claim and All Equity Court seem fit.

## Ordered, Signed, and Agreed

Sign on 20th day of May 2020

_Alvesta Coleman_
Creditor

_____
Debtor counsel

_____
Debtor counsel

_____
Honorable Judge of Delaware
Bankrupcy Court

# Exhibit

# #

# 1.

purtain to Factual Statement

# A, B, E, F, G, H, J

## 2019 CURRENT DELINQUENT TAX STATEMENT

**Taxes as Of:** 5/1/2020        DPI Month/Year: 5-2020

COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

| Property Information | Legal Information | Current Value |
|---|---|---|
| Parcel ID/Seq: 1311193/1<br>Account: 1214212-1-0091526<br>Interest: 1.000000<br>Property Address: | Lease Name: MCALISTER GU (3) Lease #: 91526<br>RRC#: 122668  Lease Type: REAL<br>Description: AB 282 W A FRIAR SUR WELL 3 RRC 122668<br>Operator Name:CCI EAST TEXAS UPSTR  Acres: 542.3600<br>Category Code: G1<br>Mineral Interest: 0.005077 Interest Type: RI | Market Value:        0.00 |

| Jurisdiction | Year | Taxable | Exemptions/ Codes | Statement Number | Rate | Base Tax | Discount | P/I | Attrny Fee | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 - RUSK CO M&O | 2019 | 970 | 0 | 10335 | 0.4585310 | $4.45 | $0.00 | $0.58 | $0.00 | $5.03 |
| 05IS - RUSK CO I&S | 2019 | 970 | 0 | 10335 | 0.0393500 | $0.38 | $0.00 | $0.05 | $0.00 | $0.43 |
| 05R - RUSK CO SPEC RD | 2019 | 970 | 0 | 10335 | 0.0582530 | $0.57 | $0.00 | $0.07 | $0.00 | $0.64 |
| 05S - COUNTY SCHOOL | 2019 | 970 | 0 | 10335 | 0.0264370 | $0.26 | $0.00 | $0.03 | $0.00 | $0.29 |
| 52 - TATUM ISD M&O | 2019 | 970 | 0 | 10335 | 0.9700000 | $9.41 | $0.00 | $1.22 | $0.00 | $10.63 |
| 52IS - TATUM I&S | 2019 | 970 | 0 | 10335 | 0.2370000 | $2.30 | $0.00 | $0.30 | $0.00 | $2.60 |
| 65 - RUSK CO ESD #1 | 2019 | 970 | 0 | 10335 | 0.0775000 | $0.75 | $0.00 | $0.10 | $0.00 | $0.85 |
| 66 - RCGWC DIST | 2019 | 970 | 0 | 10335 | 0.0050000 | $0.05 | $0.00 | $0.01 | $0.00 | $0.06 |
| | | | | | **2019 Total** | **$18.17** | **$0.00** | **$2.36** | **$0.00** | **$20.53** |
| | | | | **Parcel ID 1311193 Total** | | **$18.17** | **$0.00** | **$2.36** | **$0.00** | **$20.53** |

| Property Information | Legal Information | Current Value |
|---|---|---|
| Parcel ID/Seq: 1360561/1<br>Account: 1214212-1-0079340<br>Interest: 1.000000<br>Property Address: | Lease Name: TATUM CRANE UNIT TR 21 Lease #: 79340<br>RRC#: 3881  Lease Type: REAL<br>Description: AB 439 RICHARD INSALL SUR MINNIE B YOUNG<br>Operator Name:PETRO-HUNT LLC  Acres: 92.4400<br>Category Code: G1<br>Mineral Interest: 0.000011 Interest Type: RI | Market Value:        0.00 |

| Jurisdiction | Year | Taxable | Exemptions/ Codes | Statement Number | Rate | Base Tax | Discount | P/I | Attrny Fee | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 - RUSK CO M&O | 2019 | 10 | 0 | 10335 | 0.4585310 | $0.05 | $0.00 | $0.01 | $0.00 | $0.06 |
| 05R - RUSK CO SPEC RD | 2019 | 10 | 0 | 10335 | 0.0582530 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| 52 - TATUM ISD M&O | 2019 | 10 | 0 | 10335 | 0.9700000 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| 52IS - TATUM I&S | 2019 | 10 | 0 | 10335 | 0.2370000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| 65 - RUSK CO ESD #1 | 2019 | 10 | 0 | 10335 | 0.0775000 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| | | | | | **2019 Total** | **$0.19** | **$0.00** | **$0.02** | **$0.00** | **$0.21** |
| | | | | **Parcel ID 1360561 Total** | | **$0.19** | **$0.00** | **$0.02** | **$0.00** | **$0.21** |

AN ADDITIONAL PENALTY OF UP TO 20% WILL BE ADDED TO YOUR 2019 TAXES IF NOT PAID BEFORE JULY 1, 2020 IN ACCORDANCE WITH STATE PROPERTY TAX CODE SEC. 33.07d.

TO INSURE PROPER CREDIT, MAIL OR BRING THIS STATEMENT WITH YOUR PAYMENT

| ** Summary ** | Base Tax | Discount | P/I | Attrney Fee | Total Amount |
|---|---|---|---|---|---|
| If Paid in May, 2020 | $28.85 | $0.00 | $3.73 | $0.00 | $32.58 |
| If Paid in June, 2020 | $28.85 | $0.00 | $4.33 | $0.00 | $33.18 |
| If Paid in July, 2020 | $28.85 | $0.00 | $5.20 | $6.77 | $40.82 |
| If Paid in August, 2020 | $28.85 | $0.00 | $5.49 | $6.84 | $41.18 |
| If Paid in September, 2020 | $28.85 | $0.00 | $5.76 | $6.90 | $41.51 |

**Make payment payable to:**

LANITA WHITEHEAD
202 North Main Street
PO BOX 988
Henderson, TX 75653-0988
Phone: 903-657-0315


3741 0.4600 AB 0.419 12 2 71
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180-1907

**2019 CURRENT DELINQUENT TAX STATEMENT**

Taxes as Of: 5/1/2020              DPI Month/Year: 5-2020

The records of this office indicate that the taxes on the property shown below have not been paid.

*Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.*

**You may make full or partial payments using credit or debit: Mastercard, Visa, Discover or AMEX. A fee of up to 3% with a minimum of $3.00 will be applied to the total bill.**

Website: ruskcountytax.com

Owner ID: M1214212

| Property Information | Legal Information | Current Value |
|---|---|---|
| Parcel ID/Seq: 1304334/1<br>Account: 1214212-1-0066507<br>Interest: 1.000000<br>Property Address: | Lease Name: MCALISTER GU (1) Lease #: 66507<br>RRC#: 92392 Lease Type: REAL<br>Description: AB 416 JESSE HARRIS SUR WELL 1 RRC 92392<br>Operator Name:CCI EAST TEXAS UPSTR  Acres: 542.3600<br>Category Code: G1<br>Mineral Interest: 0.005077 Interest Type: RI | Market Value:          0.00 |

| Jurisdiction | Year | Taxable | Exemptions/ Codes | Statement Number | Rate | Base Tax | Discount | P/I | Attrny Fee | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 - RUSK CO M&O | 2019 | 540 | 0 | 10335 | 0.4585310 | $2.48 | $0.00 | $0.32 | $0.00 | $2.80 |
| 05IS - RUSK CO I&S | 2019 | 540 | 0 | 10335 | 0.0393500 | $0.21 | $0.00 | $0.03 | $0.00 | $0.24 |
| 05R - RUSK CO SPEC RD | 2019 | 540 | 0 | 10335 | 0.0582530 | $0.31 | $0.00 | $0.04 | $0.00 | $0.35 |
| 05S - COUNTY SCHOOL | 2019 | 540 | 0 | 10335 | 0.0264370 | $0.14 | $0.00 | $0.02 | $0.00 | $0.16 |
| 52 - TATUM ISD M&O | 2019 | 540 | 0 | 10335 | 0.9700000 | $5.24 | $0.00 | $0.68 | $0.00 | $5.92 |
| 52IS - TATUM I&S | 2019 | 540 | 0 | 10335 | 0.2370000 | $1.28 | $0.00 | $0.17 | $0.00 | $1.45 |
| 65 - RUSK CO ESD #1 | 2019 | 540 | 0 | 10335 | 0.0775000 | $0.42 | $0.00 | $0.05 | $0.00 | $0.47 |
| 66 - RCGWC DIST | 2019 | 540 | 0 | 10335 | 0.0050000 | $0.03 | $0.00 | $0.00 | $0.00 | $0.03 |
| | | | | | **2019 Total** | **$10.11** | **$0.00** | **$1.31** | **$0.00** | **$11.42** |
| | | | | **Parcel ID 1304334 Total** | | **$10.11** | **$0.00** | **$1.31** | **$0.00** | **$11.42** |

| Property Information | Legal Information | Current Value |
|---|---|---|
| Parcel ID/Seq: 1308873/1<br>Account: 1214212-1-0062400<br>Interest: 1.000000<br>Property Address: | Lease Name: JENKINS FELIX W GU 1-5 Lease #: 62400<br>RRC#: 78590 Lease Type: REAL<br>Description: AB 282 W W FRAIR SUR<br>(139911,140367-153268-169898)<br>Operator Name:BP AMERICA PROD CO  Acres: 679.9100<br>Category Code: G1<br>Mineral Interest: 0.000051 Interest Type: RI | Market Value:          0.00 |

| Jurisdiction | Year | Taxable | Exemptions/ Codes | Statement Number | Rate | Base Tax | Discount | P/I | Attrny Fee | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 - RUSK CO M&O | 2019 | 20 | 0 | 10335 | 0.4585310 | $0.09 | $0.00 | $0.01 | $0.00 | $0.10 |
| 05IS - RUSK CO I&S | 2019 | 20 | 0 | 10335 | 0.0393500 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| 05R - RUSK CO SPEC RD | 2019 | 20 | 0 | 10335 | 0.0582530 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| 05S - COUNTY SCHOOL | 2019 | 20 | 0 | 10335 | 0.0264370 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| 52 - TATUM ISD M&O | 2019 | 20 | 0 | 10335 | 0.9700000 | $0.19 | $0.00 | $0.02 | $0.00 | $0.21 |
| 52IS - TATUM I&S | 2019 | 20 | 0 | 10335 | 0.2370000 | $0.05 | $0.00 | $0.01 | $0.00 | $0.06 |
| 65 - RUSK CO ESD #1 | 2019 | 20 | 0 | 10335 | 0.0775000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| | | | | | **2019 Total** | **$0.38** | **$0.00** | **$0.04** | **$0.00** | **$0.42** |
| | | | | **Parcel ID 1308873 Total** | | **$0.38** | **$0.00** | **$0.04** | **$0.00** | **$0.42** |

## Atten: Bankrupcy Clerk

Contain following: purtain to case 14-10979

1) Order for filing
2) Attached Exhibit coincide

5-20-2020