**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 14040, 14041, 14063** |
| | ) |
| | ) **Hearing Date: June 1, 2020 at 11:00 a.m.** |

**NOTICE OF FILING OF SUPPLEMENTAL INFORMATION (A) IN CONNECTION WITH "REORGANIZED TCEH'S RESPONSE TO (I) 'CREDITOR'S OBJECTION TO UNSECURED CLAIM PAYMENT' [D.I. 14040] AND (II) 'CREDITOR'S EMERGENCY MOTION FOR APPOINTMENT BY COURT OF U.S. TRUSTEE OR EXAMINER IN PURSIUT [SIC] TO 11 U.S. CODE § 1104 WITH AUTHORITY TO TAKE ACTION AGAINST DEBTOR'S SUBSIDIARIES' [D.I. 14041]" AND (B) IN FURTHER SUPPORT OF REORGANIZED TCEH'S REQUEST FOR THE COURT TO DEEM MR. COLEMAN A VEXATIOUS LITIGANT**

PLEASE TAKE NOTICE that, on April 17, 2020, the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Court") docketed the (i) *Creditor's Objection to Unsecured Claim Payment* [D.I. 14040] (together with its associated correspondence, documents, and attachments, the "Objection") and (ii) *Creditor's Emergency Motion for Appointment By Court of U.S. Trustee or Examiner In Pursiut [sic] to 11 U.S. Code § 1104 With Authority to Take Action Against Debtor's Subsidiaries* [D.I. 14041] (the "Motion"), both filed by Alvester Coleman ("Mr. Coleman") in the above-captioned chapter 11 cases.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 23486299v.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] filed by Alvester Coleman and Hearing Thereon*, filed on April 22, 2020 by Texas Competitive Electric Holdings Company LLC ("Reorganized TCEH"), any responses or objections to the Motion or the Objection were to have been in writing, and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **May 20, 2020 at 4:00 p.m. (Eastern Daylight Time)** (the "Objection Deadline"), and must have been served upon Mr. Coleman at 3722 Happy Canyon St., Dallas, TX 75241.

PLEASE TAKE FURTHER NOTICE that, prior to the Objection Deadline, Reorganized TCEH filed *Reorganized TCEH's Response to (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041]*, dated May 20, 2020 [D.I. 14063] (the "Response"). Pursuant to the Response, Reorganized TCEH (i) opposes any and all relief requested by Mr. Coleman in the Motion and/or the Objection, and (ii) requests that this Court find that Mr. Coleman is a vexatious litigant and (a) grant it relief from having to respond to any further filings from Mr. Coleman in these chapter 11 cases, and (b) order that any such further filings will be placed on the Court's docket only, but that the Court will not take any action in response to them.

PLEASE TAKE FURTHER NOTICE that, after filing the Response, on May 21, 2020, counsel to Reorganized TCEH received further e-mail correspondence from Mr. Coleman in

connection with the Response (the "May 21st E-mail").  Counsel to Reorganized TCEH did not respond to the May 21st E-mail.  A true and correct copy of the May 21st E-mail is attached hereto as **Exhibit A**.  Reorganized TCEH respectfully incorporates the May 21st E-mail into the Response and submits the same in further support of its request that this Court find that Mr. Coleman is a vexatious litigant.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider all of the Motion, the Objection, and the Response will be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **Monday, June 1, 2020 starting at 11:00 a.m. (Eastern Daylight Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*, all parties wishing to appear telephonically at the Hearing must contact CourtCall via telephone (for callers calling from within the United States of America:  866-582-6878; for callers calling from outside of the United States of America:  310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America:  866-533-2946; for parties sending facsimiles from outside of the United States of America:  310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on Friday, May 29, 2019** to register their telephonic appearances.

[*Remainder of page intentionally left blank.*]

RLF1 23486299v.1

Dated: May 27, 2020
      Wilmington, Delaware                 */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:      collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:  (214) 665-9464
Facsimile:  (214) 665-9590
Email:      frank@bramelawfirm.com

*Co-Counsel to Reorganized TCEH*