**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 1, 2020 STARTING AT 11:00 A.M. (EST)**

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV HEARING:** https://debuscourts.zoomgov.com/j/1604519319

**MEETING ID:  160 451 9319**

**PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.
COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**

**TO APPEAR TELEPHONICALLY,
PARTIES SHOULD CONTACT COURTCALL, LLC
AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

**I.    CONTESTED MATTERS GOING FORWARD:**

1. Creditor's Objection to Unsecured Claim Payment [D.I. 14040; filed April 14, 2020]

    Response/Objection Deadline:        May 20, 2020 at 4:00 p.m. (EDT)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Responses/Objections Received:

A. Reorganized TCEH's Response to (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] [D.I. 14063; filed May 20, 2020]

Related Documents:

i. Notice of (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] filed by Alvester Coleman and Hearing Thereon [D.I. 14051; filed April 22, 2020]

ii. Secure Creditor's Order to Lift Automatic Stay; Creditor's Order for All Relief to be Granted filed by Alvester Coleman [D.I. 14064; filed May 26, 2020]

iii. Notice of Filing of Supplemental Information (A) in Connection with "Reorganized TCEH's Response to (I) 'Creditor's Objection to Unsecured Claim Payment' [D.I. 14040] and (II) 'Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries' D.I. 14041]" and (B) in Further Support of Reorganized TCEH's Request for the Court to Deem Mr. Coleman a Vexatious Litigant [D.I. 14066; filed May 27, 2020]

Status: The hearing on this matter will go forward on a contested basis.

2. Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries [D.I. 14041; filed April 14, 2020]

Response/Objection Deadline:   May 20, 2020 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Reorganized TCEH's Response to (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] [D.I. 14063; filed May 20, 2020]

RLF1 23489695v.1

Related Documents:

i. Notice of (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] filed by Alvester Coleman and Hearing Thereon [D.I. 14051; filed April 22, 2020]

ii. Secure Creditor's Order to Lift Automatic Stay; Creditor's Order for All Relief to be Granted filed by Alvester Coleman [D.I. 14064; filed May 26, 2020]

iii. Notice of Filing of Supplemental Information (A) in Connection with "Reorganized TCEH's Response to (I) 'Creditor's Objection to Unsecured Claim Payment' [D.I. 14040] and (II) 'Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries' D.I. 14041]" and (B) in Further Support of Reorganized TCEH's Request for the Court to Deem Mr. Coleman a Vexatious Litigant [D.I. 14066; filed May 27, 2020]

Status: The hearing on this matter will go forward on a contested basis.

3. Motion of Bergschneider to Allow Late Filed Proofs of Claim [D.I. 14047; filed April 20, 2020]

Response/Objection Deadline:    May 15, 2020 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Reorganized EFH/EFIH Debtors and Sempra Energy's Objection to: Motion of Bergschneider to Allow Late Filed Proofs of Claim and Motion of Heinzmann to Allow Late Filed Proofs of Claim [D.I. 14060; filed May 15, 2020]

Related Documents:

i. Re-Notice of Hearing Regarding Motion of Bergschneider to Allow Late Filed Proofs of Claim [D.I. 14050; filed April 22, 2020]

ii. Consolidated Reply of Bergschneider and Heinzmann in Support of Motion to Allow Late Filed Proofs of Claim [D.I. 14065; filed May 27, 2020]

Status: The hearing on this matter will go forward on a contested basis. Counsel to the movants has informed counsel to the EFH Plan Administrator Board and counsel to Reorganized EFH/EFIH Debtors and Sempra Energy that,

3

      with permission of Chambers, the movants' declarants will not appear at the hearing; rather, the movants will move their declarants' declarations into evidence as the evidentiary record in support of this matter.

4. Motion of Heinzmann to Allow Late Filed Proofs of Claim [D.I. 14055; filed May 1, 2020]

    Response/Objection Deadline:    May 15, 2020 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A. Reorganized EFH/EFIH Debtors and Sempra Energy's Objection to: Motion of Bergschneider to Allow Late Filed Proofs of Claim and Motion of Heinzmann to Allow Late Filed Proofs of Claim [D.I. 14060; filed May 15, 2020]

    Related Documents:

    i. Consolidated Reply of Bergschneider and Heinzmann in Support of Motion to Allow Late Filed Proofs of Claim [D.I. 14065; filed May 27, 2020]

    Status: The hearing on this matter will go forward on a contested basis. Counsel to the movants has informed counsel to the EFH Plan Administrator Board and counsel to Reorganized EFH/EFIH Debtors and Sempra Energy that, with permission of Chambers, the movants' declarants will not appear at the hearing; rather, the movants will move their declarants' declarations into evidence as the evidentiary record in support of this matter.

    [*Remainder of page intentionally left blank.*]

RLF1 23489695v.1

Dated: May 28, 2020
     Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:  (214) 665-9464
Facsimile:  (214) 665-9590
Email:   frank@bramelawfirm.com

*Co-Counsel to the EFH Plan Administrator Board and Reorganized TCEH*

5