## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 14067** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                                          ) ss.:
COUNTY OF HARTFORD   )

JENNIFER C. NOBLE, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 28, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on June 1, 2020 Starting at 11:00 A.M. (EST)," dated May 28, 2020 [Docket No. 14067], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b.  delivered via facsimile to those parties listed on the annexed Exhibit B,

    c.  delivered via electronic mail to those parties listed on the annexed Exhibit C, and

    d.  delivered via electronic mail to those CM/ECF parties listed on the annexed Exhibit D, in accordance with Local Rule 5004-4(c)(ii).

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

T:\Clients\TXUENERG\Affidavits\Agenda re 6-1 Hearing_DI 14067_AFF_5-28-20_FH.docx

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4.  In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

*/s/ Jennifer C. Noble*
Jennifer C. Noble

Sworn to before me this
28th day of May, 2020
*/s/ Amy E. Lewis*
Amy E. Lewis
Notary Public, State of Connecticut
No. 1000624
Commission Expires August 31, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| CHAPOTON SANDERS SCARBOROUGH, LL | (COUNSEL TO OIL PATCH GROUP, INC) ATTN ANNALEE MATHIS MAY 952 ECHO LANE, SUITE 250 HOUSTON TX 77024 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP 2950 EXPRESS DRIVE S STE 210 ISLANDIA NY 11749 |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J ESBROOK 161 N CLARK ST, FL 16 CHICAGO IL 60601 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 324 25TH ST OGDEN UT 84401 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 9857 N 2210 RD ARAPAHO OK 73620-2123 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, SETH GOLDMAN ESQ JOHN W SPIEGEL ESQ 350 S GRAND AVE 50TH FL LOS ANGELES CA 90071 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS 1007 ORANGE ST STE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL FOR BOREALIS INFRASTRUCTURE MGMT INC) ATTN: CARL T. TULLSON ESQ ONE RODNEY SQUARE PO BOX 636 WILMINGTON DE 19899-0636 |

| Claim Name | Address Information |
|---|---|
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY CIVIL DIVISION 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 300 DELAWARE AVE STE 1300 WILMINGTON DE 19899 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WOMAC LAW | ATTN: BRIAN D WOMAC 8301 KATY FWY HOUSTON TX 77024 |
| WOMBLE BOND DICKINSON | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |

**Total Creditor count  46**

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Overnight Mail Additional Service List**

ALVESTER COLEMAN
3722 HAPPY CANYON ST.
DALLAS, TX 75241

ALVESTER COLEMAN
3021 FORESTDALE LN
BALCH SPRINGS, TX 75180

HOGAN MCDANIEL
ATTN: DANIEL K KOGAN
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

KAZAN MCCLAIN SATTERLEY & GREENWOOD
ATTN.: STEVEN KAZAN
A PROFESSIONAL LAW CORPORATION
JACK LONDON MARKET
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607

THE RUCKDESCHEL LAW FIRM LLC
ATTN: JONATHAN RUCKDESCHEL
 8357 MAIN STREET
ELLICOTT CITY, MD 21043-4603

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

NORTON ROSE FULBRIGHT
(COUNSEL TO NEXTERA ENERGY RESOURCES LLC)
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
FEDERAL COMMUNICATIONS COMMISSION
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Overnight Mail Additional Service List**

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,
ROUND ROCK ISD, NEUECS CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
2700 VIA FORTUNA DR STE 500
AUSTIN, TX 78746

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

BAYARD PA
(COUNSEL TO ELLIOTT)
ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER
600 N. KING STREET, 4TH FLOOR
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)
ATTN: JOHN P DILLMAN ESQ
4828 LOOP CENTRAL DR, STE 600
HOUSTON, TX        77081

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR
COMPUTERSHARE TRUST CO)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON, DE 19899

PERKINS COIE LLP
(COUNSEL TO DELAWARE TRUST COMPANY,
AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
1201 N MARKET ST 23RD FL
WILMINGTON, DE 19801

**ENERGY FUTURE HOLDINGS CORP.,** *et al*.**, – Case No. 14-10979 (CSS)**
**Overnight Mail Additional Service List**

SAUL EWING LLP
(COUNSEL TO JOHNSON MATTHEY)
ATTN: LUCIAN B MURLEY ESQ
1201 N MARKET ST 23RD FL
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)
ATTN: MICHAEL DEBAECKE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON, DE  19801

**EXHIBIT B**

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Facsimile Master Service List**

| NAME | ATTN | FAX NUMBER |
|---|---|---|
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 718-331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 718-331-1852 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | 212-209-4801 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN ESQ | 212-904-0500 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | 646-495-9259 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI | 646-291-3258 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | 212-553-3080 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | 855-235-6787 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) | 302-504-7820 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | 713-483-6979 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | 973-357-7840 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | 314-612-8499 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) | 302-300-3456 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) | 302-300-3456 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) | 312-759-5646 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) | 215-569-5555 |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) | 415-599-0210 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) | 856-853-9933 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | 212-209-4801 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) | 302-552-4295 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | 817-392-8359 |
| CLEARY GOTTLIEB | (COUNSEL TO J ARON & COMPANY) | 212-225-3999 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) | 412-209-1837 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 514-982-7635 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS ET AL) | 212-701-5800 |

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Facsimile Master Service List**

| | | |
|---|---|---|
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) | 302-467-4201 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) | 312-832-4700 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) | 212-859-4000 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) | 202-955-5564 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) | 210-978-7790 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | 817-878-9280 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, | 512-443-5114 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) | 512-472-0532 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) | 713-223-3717 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | 302-657-2104 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) | 302-654-4031 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) | 713-485-7344 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | 573-751-7232 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) | 254-754-6331 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) | 617-345-1300 |
| NORTON ROSE FULBRIGHT | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) | 212-408-5100 |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY) | 302-295-2873 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) | 212-336-2222 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, | 512-302-1802 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM | 940-723-8553 |
| REED SMITH LLP | (COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY | 412-288-3063 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) | 206-389-1708 |

**ENERGY FUTURE HOLDINGS CORP.**, *et al*., – **Case No. 14-10979 (CSS)**
**Facsimile Master Service List**

| | | |
|---|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) | 312-407-0411 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) | 513-361-1201 |
| STINSON LEONARD ST | (COUNSEL TO THE RICHARDS GROUP INC) | 214-560-2203 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | 512-854-4808 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | 202-307-0494 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) | 302-298-3550 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') | 212-530-5219 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) | 617-526-5000 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | 612-217-5651 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) | 302-571-1253 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) | 817-348-2350 |
| AKERMAN LLP | (COUNSEL TO SIEMENS) | 305-374-5095 |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | 302-654-2067 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) | 214-953-6503 |
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) | 302-252-4466 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) | 302-252-4466 |
| BAYARD PA | (COUNSEL TO ELLIOTT) | 302-658-6395 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) | 302-442-7012 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) | 302-425-6464 |
| BRYAN CAVE LLP | (COUNSEL TO EFIH SECOND LIEN TRUSTEE) | 212-541-1439 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | (COUNSEL TO ORACLE) | 415-227-0770 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) | 212-504-6666 |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) | 202-429-3301 |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) | 302-295-0199 |

**ENERGY FUTURE HOLDINGS CORP.,** *et al.*, **– Case No. 14-10979 (CSS)**
**Facsimile Master Service List**

| | | |
|---|---|---|
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) | 214-672-2309 |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING | 212-474-3700 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE) | 855-230-2518 |
| EVERSHEDS SUTHERLAND (US) LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY NO 1) | 512-721-2656 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | 302-656-8920 |
| FOX ROTHSCHILD LLP | (COUNSEL TO SEMPRA) | 302-656-8920 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) | 312-276-0035 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) | 312-276-0035 |
| FRIEDLANDER & GORRIS P.A. | (COUNSEL TO ELLIOT, LIVERPOOL & PALOMA PARTNERS) | 302-573-3501 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS & SUNRISE PARTNERS LTD PART.) | 302-425-5814 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) | 302-425-5814 |
| GIBSON DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) | 213-229-6995 |
| GILLESPIE SANFORD LLP | ATTN: HAL K GILLESPIE | 214-838-0001 |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) | 972-419-8329 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) | 713-236-5401 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) | 617-345-9020 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) | 302-656-7599 |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) | 302-656-7599 |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) | 212-506-1800 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE) | 212-808-7897 |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) | 212-446-4900 |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) | 312-862-2200 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) | 215-568-6603 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) | 212-715-8000 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND | 302-467-4450 |

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Facsimile Master Service List**

| | | |
|---|---|---|
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS; KINDER MORGAN; NAT GAS | 713-583-2833 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) | 469-221-5003 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) | 302-888-1119 |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) | 512-323-3205 |
| MILBANK LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) | 212-530-5219 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO PIMCO) | 617-951-8736 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) | 302-571-1750 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') | 302-658-3989 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) | 212-468-7900 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ | 214-978-4335 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR | 302-652-4400 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) | 212-757-3990 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) | 713-862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) | 817-860-6509 |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE | 212-977-1648 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) | 302-252-0921 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & | 817-877-4781 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) | 312-962-3551 |
| RICHARDS LAYTON & FINGER | (CO-COUNSEL TO EFHC DEBTORS) | 302-651-7701 |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) | 212-596-9090 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | 646-728-1663 |

**ENERGY FUTURE HOLDINGS CORP.**, *et al*., – **Case No. 14-10979 (CSS)**
**Facsimile Master Service List**

| | | |
|---|---|---|
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) | 302-576-1100 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) | 212-818-9606 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ | 302-421-5873 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) | 302-421-5864 |
| SEARCY & SEARCY PC | (COUNSEL TO D COURTNEY CONSTRUCTION INC) | 903-757-9559 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) | 212-480-8421 |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) | 302-652-8405 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) | 801-257-1800 |
| STEVENS & LEE PC | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING | 610-371-7972 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) | 302-428-8195 |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) | 443-583-0430 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON | 512-499-4519 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) | 314-552-7000 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) | 412-594-5619 |
| VARNUM LLP | (COUNSEL TO APPLABS) | 616-336-7000 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) | 212-307-5598 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) | 214-865-6140 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | 305-358-5744 |
| WHITE & CASE LLP | (COUNSEL TO SEMPRA) | 212-354-8113 |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) | 302-661-7950 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE) | 212-230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) | 212-230-8888 |

**ENERGY FUTURE HOLDINGS CORP.,** *et al.*, **– Case No. 14-10979 (CSS)**
**Facsimile Master Service List**

| NAME | ATTN | FAX NUMBER |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | 302-573-6497 |

**ENERGY FUTURE HOLDINGS CORP.**, *et al*., **– Case No. 14-10979 (CSS)**
**Facsimile Additional Service List**

| NAME | COUNSEL | FAX NUMBER |
|---|---|---|
| HOGAN MCDANIEL | COUNSEL FOR DENIS AND MERI BERGSCHNEIDER | (302) 656-7599 |
| KAZAN MCCLAIN SATTERLEY & GREENWOOD | COUNSEL FOR DENIS AND MERI BERGSCHNEIDER | (510) 835-4913 |
| THE RUCKDESCHEL LAW FIRM LLC | COUNSEL FOR KAYE HEINZMANN | (443) 583-0430 |

**EXHIBIT C**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) ATTN: LAUREL D ROGLEN | roglenl@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUSINS ESQ, ERIN R FAY ESQ, EVAN T MILLER ESQ | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN. | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH | scott.talmadge@freshfields.com ; abbey.walsh@freshfields.com; |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: MICHAEL BUSENKELL & EVAN RASSMAN | mbusenkell@gsbblaw.com; erassman@gsbblaw.com |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: JEFFREY KRAUSE | jkrause@gibsondunn.com |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH; CHARLES H CREMENS) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| ONCOR | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | Patricia@PatVillarealLaw.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD ESQ, GREGG M GALARDI, ESQ, D. ROSS MARTIN ESQ | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN:  JOSHUA P SEARCY ESQ | joshsearcy@jrsearcylaw.com |
| STEVENS & LEE PC | (COUNSEL TO CHARLES H CREMENS) ATTN: JOSEPH H HUSTON JR | jhh@stevenslee.com |

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
#### EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD ESQ | kgood@wtplaw.com |

| | |
|---|---|
| **Total Creditor Count** | **26** |
| **Total Email Count** | **41** |

**ENERGY FUTURE HOLDINGS CORP.,** *et al***., – Case No. 14-10979 (CSS)**
**Electronic Mail Additional Service List**

| Name | Email |
|---|---|
| ALVESTER COLEMAN | avcoleman1986@gmail.com |
| DANIEL K. HOGAN | dkhogan@dkhogan.com |
| JONATHAN RUCKDESCHEL | rucklawfirm@rucklawfirm.com |

**EXHIBIT D**

**ENERGY FUTURE HOLDINGS CORP.,** *et al.***, – Case No. 14-10979 (CSS)**
**Electronic Mail CM/ECF Service List**

tmoss@perkinscoie.com;
nvargas@perkinscoie.com;
tina-moss-8527@ecf.pacerpro.com;
new-york-docketing-
1150@ecf.pacerpro.com
smoultrie@wlblaw.com
nmozal@ramllp.com
luke.murley@saul.com;
robyn.warren@saul.com
kathleen.murphy@bipc.com;
annette.dye@bipc.com
dneier@winston.com;
dcunsolo@winston.com;
david-neier-0903@ecf.pacerpro.com
jnewdeck@akingump.com;
ddunn@akingump.com
snewman@ashby-geddes.com
daobrien@venable.com
soneal@cgsh.com;
maofiling@cgsh.com;
afee@cgsh.com
bk-robaldo@oag.texas.gov;
sherri.simpson@oag.texas.gov
olivere@chipmanbrown.com;
dero@chipmanbrown.com
paskin@cravath.com
jpeck@mofo.com
kgradney@jw.com
npernick@coleschotz.com;
pratkowiak@coleschotz.com;
bankruptcy@coleschotz.com;
jwhitworth@coleschotz.com;
jford@coleschotz.com
lpeterson@lowis-gellen.com
mphillips@mmwr.com;
marc-phillips-8177@ecf.pacerpro.com
tphillips@capdale.com;
cecilia-guerrero-caplin-
6140@ecf.pacerpro.com
allison@claimsrecoveryllc.com;
allison@ecf.inforuptcy.com;
notices@claimsrecoveryllc.com
prewittpwp@pattiprewittlaw.com
dprimack@mdmc-law.com
gpronske@pronskepc.com;
lvargas@pronskepc.com;

btittle@pronskepc.com;
jkathman@pronskepc.com
nramsey@rc.com;
natalie-ramsey-1502@ecf.pacerpro.com;
idensmore@rc.com;
aciabattoni@rc.com
erassman@gsbblaw.com
wbreilly@debevoise.com;
mao-bk-ecf@debevoise.com
aremming@mnat.com;
greimann@mnat.com;
emalafronti@mnat.com;
mleyh@mnat.com;
andrew-remming-0904@ecf.pacerpro.com
erichards@mofo.com;
erica-richards-1053@ecf.pacerpro.com
rringer@kramerlevin.com;
abyowitz@kramerlevin.com;
nhertzbunzl@kramerlevin.com;
gfrenzel@kramerlevin.com;
dbraun@kramerlevin.com;
corporate-reorg-1449@ecf.pacerpro.com
crobinson@pszjlaw.com
roglenl@ballardspahr.com;
ambroses@ballardspahr.com
rbgroup@rlf.com
todd.rosen@mto.com
rosenbergm@sullcrom.com
drosner@kasowitz.com;
courtnotices@kasowitz.com
rosnerrosner@teamrosner.com
bruzinsky@jw.com;
mcavenaugh@jw.com
jssabin@venable.com
csalomon@beckerglynn.com;
mghose@beckerglynn.com;
hhill@beckerglynn.com
austin.bankruptcy@publicans.com
steven.serajeddini@kirkland.com;
aparna.yenamandra@kirkland.com;
natasha.hwangpo@kirkland.com;
patrick.venter@kirkland.com;
matthew.fagen@kirkland.com
marias@restructuringshop.com;
marias@ecf.courtdrive.com

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Electronic Mail CM/ECF Service List**

gsaydah@mmwr.com;
gilbert-saydah-6601@ecf.pacerpro.com
bschartz@kirkland.com;
george.klidonas@kirkland.com;
hannah.kupsky@kirkland.com;
nacif.taousse@kirkland.com
todd.schiltz@dbr.com;
cathlyn.cantelmi@dbr.com;
marita.erbeck@dbr.com;
jennifer.roussil@dbr.com
bschladweiler@ramllp.com;
jlano@ramllp.com;
hgibbons@ramllp.com;
dkrech@ramllp.com;
jsullivan@ramllp.com;
ckwiatkowski@ramllp.com;
8289576420@filings.docketbird.com
jschlerf@foxrothschild.com
jschlerf@foxrothschild.com;
ahrycak@foxrothschild.com
eschneider@nixonpeabody.com;
bos.managing.clerk@nixonpeabody.com;
mnighan@nixonpeabody.com;
bnassif@nixonpeabody.com;
andrea.b.schwartz@usdoj.gov
seaman@abramsbayliss.com;
farro@abramsbayliss.com;
matthews@abramsbayliss.com
searcyjoshsearcy@jrsearcylaw.com
gseitz@gsbblaw.com
semmelman@rlf.com;
rbgroup@rlf.com
semmelman@rlf.com;
rbgroup@rlf.com
semmelman@rlf.com;
rbgroup@rlf.com
semmelman@rlf.com;
rbgroup@rlf.com
semmelman@rlf.com;
rbgroup@rlf.com
steven.serajeddini@kirkland.com
pacerteam@gardencitygroup.com
dshamah@omm.com
shapiro@rlf.com;
rbgroup@rlf.com;
ann-jerominski-2390@ecf.pacerpro.com

jsharret@kramerlevin.com;
corporate-reorg-1449@ecf.pacerpro.com
lshipkovitz@tuckerlaw.com
jshrum@jshrumlaw.com
bankruptcy@potteranderson.com
simoncsimon@crosslaw.com;
smacdonald@crosslaw.com
usade.ecfbankruptcy@usdoj.gov
smithdan.smith2@usdoj.gov;
efile_ees.enrd@usdoj.gov
osonik@pbfcm.com;
tpope@pbfcm.com;
osonik@ecf.inforuptcy.com;
mvaldez@pbfcm.com
pacerteam@choosegcg.com;
lorri.staal@choosegcg.com
kstadler@gklaw.com;
kboucher@gklaw.com
sstapleton@cowlesthompson.com
bkecf@traviscountytx.gov
jdisanti@whitecase.com;
mco@whitecase.com;
erin.smith@whitecase.com;
mshepherd@whitecase.com;
jason.bartlett@whitecase.com;
aaron.colodny@whitecase.com;
gstarner@whitecase.com;
jdisanti@whitecase.com;
mco@whitecase.com;
erin.smith@whitecase.com;
mshepherd@whitecase.com;
jason.bartlett@whitecase.com;
aaron.colodny@whitecase.com
cstephenson@bk-legal.com
bk-jstern@oag.texas.gov;
sherri.simpson@oag.texas.gov
bstewart@baileybrauer.com;
eharper@baileybrauer.com;
kbell@baileybrauer.com
kstickles@coleschotz.com;
bankruptcy@coleschotz.com;
pratkowiak@coleschotz.com;
jwhitworth@coleschotz.com
kstickles@coleschotz.com;
bankruptcy@coleschotz.com;
pratkowiak@coleschotz.com;

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Electronic Mail CM/ECF Service List**

jwhitworth@coleschotz.com;
kkarstetter@coleschotz.com;
jford@coleschotz.com
prentice@slollp.com
jstrock@foxrothschild.com;
dkemp@foxrothschild.com;
brian-oneill-fox-5537@ecf.pacerpro.com
astulman@potteranderson.com;
lhuber@potteranderson.com;
cgiobbe@potteranderson.com
bankruptcy@potteranderson.com
joshua.strum@ropesgray.com
wdsecfnotices@sha-llc.com
summersm@ballardspahr.com;
ambroses@ballardspahr.com
ttacconelli@ferryjoseph.com
tarr@blankrome.com;
moody@ecf.inforuptcy.com
gtaylor@ashbygeddes.com
bankruptcydel@mccarter.com;
bankruptcydel@mccarter.com
brian.tong@srz.com
torkinm@sullcrom.com
matthew.troy@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov
wusatine@coleschotz.com
pratkowiak@coleschotz.com
jvine@polsinelli.com;
lsuprum@polsinelli.com;
delawaredocketing@polsinelli.com
ward@polsinelli.com;
lsuprum@polsinelli.com;
delawaredocketing@polsinelli.com
gweinstein@weinrad.com;
wphillips@weinrad.com;
jwitte@weinrad.com;
landerson@weinrad.com
wweintraub@goodwinproctor.com;
zhassoun@fklaw.com
rdallas.bankruptcy@publicans.com;
beth.weller@lgbs.com;
dora.casiano-perez@lgbs.com
maustria@werbsullivan.com;
riorii@werbsullivan.com

ewest@gklaw.com;
kboucher@gklaw.com;
elewerenz@gklaw.com
clark.whitmore@maslon.com
stephanie.wickouski@bclplaw.com;
dortiz@bclplaw.com
jwisler@connollygallagher.com
keith.wofford@ropesgray.com;
keith.wofford@ropesgray.com
dwright@rc.com;
idensmore@rc.com
wright@lrclaw.com;
dellose@lrclaw.com;
raucci@lrclaw.com;
rogers@lrclaw.com;
panchak@lrclaw.com;
rogers@lrclaw.com
yoderj@whiteandwilliams.com
youngpyoung@proskauer.com
lzahradka@akingump.com
mark.ellenberg@cwt.com;
michele.maman@cwt.com;
nyecfnotice@cwt.com;
kathryn.borgeson@cwt.com
dabbott@mnat.com;
greimann@mnat.com;
emalafronti@mnat.com;
mleyh@mnat.com
jadlerstein@paulweiss.com
davida@publicans.com
omar.alaniz@bakerbotts.com
salberino@akingump.com
walleman@beneschlaw.com;
debankruptcy@beneschlaw.com
zallinson@sha-llc.com;
ecf@williamdsullivanllc.com;
hcoleman@sha-llc.com
aaltschuler@mwe.com;
washingtondocketing@mwe.com
alvesalves@sewkis.com
amador.desiree@pbgc.gov;
efile@pbgc.gov
candres@gklaw.com;
kboucher@gklaw.com
philip.anker@wilmerhale.com;
whmao@wilmerhale.com

**ENERGY FUTURE HOLDINGS CORP.,** *et al.***, – Case No. 14-10979 (CSS)**
**Electronic Mail CM/ECF Service List**

danthony@bergerharris.com;
mnicholls@bergerharris.com
barban@hillerarban.com
baronstam@ramllp.com;
hgibbons@ramllp.com;
jlano@ramllp.com;
jsullivan@ramllp.com;
dkrech@ramllp.com;
ckwiatkowski@ramllp.com;
5031916420@filings.docketbird.com
ashmead@sewkis.com
aashmore@dykema.com
dastin@ciardilaw.com;
jmcmahon@ciardilaw.com
matchley@popehardwicke.com
jdisanti@whitecase.com;
mco@whitecase.com;
jason.bartlett@whitecase.com
daudette@whitecase.com;
jdisanti@whitecase.com;
mco@whitecase.com;
jason.bartlett@whitecase.com
acb@pgslaw.com
rgleason@pbfcm.com;
ebcalvo@pbfcm.com;
ebcalvo@ecf.inforuptcy.com
rbarkasy@schnader.com
jbarsalona@mnat.com;
greimann@mnat.com;
emalafronti@mnat.com;
mleyh@mnat.com;
joseph--barsalona-5332@ecf.pacerpro.com
bankfilings@ycst.com
amy@purduelaw.com;
kim@purduelaw.com
cbelmonte@ssbb.com;
pbosswick@ssbb.com;
managingclerk@ssbb.com;
asnow@ssbb.com
ward.w.benson@usdoj.gov;
eastern.taxcivil@usdoj.gov;
james.j.wilkinson@usdoj.gov
ccb@stevenslee.com
kbifferato@connollygallagher.com

learonjohn.bird@stoel.com;
docketclerk@stoel.com;
april.mellen@stoel.com
mblacker@jw.com;
tsalter@jw.com;
ldooley@jw.com
boldissardboldissar@lockelord.com
alexbongartz@paulhastings.com
mbove@pszjlaw.com
wbowden@ashby-geddes.com
frank@bramelawfirm.com
nbrannick@coleschotz.com;
bankruptcy@coleschotz.com;
pratkowiak@coleschotz.com;
jwhitworth@coleschotz.com
sbrennecke@klehr.com;
state@klehr.com
bkecf@co.travis.tx.us
jbrody@kramerlevin.com;
adove@kramerlevin.com;
ghorowitz@kramerlevin.com;
gfrenzel@kramerlevin.com;
1449@ecf.pacerpro.com
brown@braunhagey.com
cbrown@gsbblaw.com
mbrown@whitecase.com
stuart.brown@dlapiper.com;
stuart-brown-7332@ecf.pacerpro.com
mbusenkell@gsbblaw.com
camson@drumcapital.com
kcapuzzi@beneschlaw.com;
debankruptcy@beneschlaw.com
dcarickhoff@archerlaw.com;
de20@ecfcbis.com
kdwbankruptcydepartment@kelleydrye.com
mvicinanza@ecf.inforuptcy.com
christopher.carter@morganlewis.com
casarinom@whiteandwilliams.com;
debankruptcy@whiteandwilliams.com
linda.casey@usdoj.gov
chatalian.jon@pbgc.gov;
efile@pbgc.gov
ana.chilingarishvili@maslon.com
chipman@chipmanbrown.com;
dero@chipmanbrown.com;
fusco@chipmanbrown.com

**ENERGY FUTURE HOLDINGS CORP.**, *et al.*, – Case No. 14-10979 (CSS)
**Electronic Mail CM/ECF Service List**

schristianson@buchalter.com;
cmcintire@buchalter.com
ecobb@pbfcm.com;
rgleason@pbfcm.com;
ecobb@ecf.inforuptcy.com
hcohen@gibbonslaw.com
kevin.collins@btlaw.com;
pgroff@btlaw.com;
kathy.lytle@btlaw.com
rbgroup@rlf.com;
ann-jerominski-2390@ecf.pacerpro.com
bgc@conaway-legal.com
tcotton@utsystem.edu
scousins@bayardlaw.com;
lmorton@bayardlaw.com;
tstoner@bayardlaw.com
louis.curcio@troutman.com;
john.murphy@troutman.com
jason.curry@quarles.com;
sybil.aytch@quarles.com
daluzt@ballardspahr.com;
ambroses@ballardspahr.com
jdarby@foxrothschild.com;
mwilmer@foxrothschild.com;
ahrycak@foxrothschild.com
eric.daucher@nortonrosefulbright.com
gdavis@omm.com
delillo@rlf.com;
rbgroup@rlf.com;
ann-jerominski-2390@ecf.pacerpro.com
debaecke@blankrome.com
mdebaecke@ashbygeddes.com
rbgroup@rlf.com
rbgroup@rlf.com
rbgroup@rlf.com
defranceschi@rlf.com;
rbgroup@rlf.com;
ann-jerominski-2390@ecf.pacerpro.com
deaconson@pakislaw.com
debaecke@blankrome.com
john.demmy@saul.com;
robyn.warren@saul.com
ddenny@milbank.com
desgross@chipmanbrown.com;
dero@chipmanbrown.com
andrew.devore@ropesgray.com

dietdericha@sullcrom.com
houston_bankruptcy@publicans.com
gdonilon@pwujlaw.com;
gregory-donilon-6537@ecf.pacerpro.com
jdoran@hinckleyallen.com;
calirm@haslaw.com
amish@doshilegal.com
kevin.driscoll@btlaw.com;
donna.dotts@btlaw.com
tdriscoll@tbf.legal;
mdunwody@tbf.legal
ddunne@millbank.com
jedelson@polsinelli.com;
lsuprum@polsinelli.com;
delawaredocketing@polsinelli.com
jedmonson@rc.com;
lshaw@rc.com
aehrlich@paulweiss.com;
mao_fednational@paulweiss.com
nmrodriguez@epiqsystems.com
michael.esser@kirkland.com
jfalgowski@burr.com
bfarnan@farnanlaw.com;
tfarnan@farnanlaw.com
dfarrell@thompsoncoburn.com
efay@bayardlaw.com;
lmorton@bayardlaw.com
rfeinstein@pszjlaw.com
bgfelder@foley.com
mfelger@cozen.com;
kcallahan@cozen.com;
sshidner@cozen.com;
mark-felger-2433@ecf.pacerpro.com
ferguson@lrclaw.com;
dellose@lrclaw.com;
ramirez@lrclaw.com
jfine@dykema.com;
jrf5825@gmail.com;
aashmore@dykema.com;
pelliott@dykema.com
benjaminfinestone@quinnemanuel.com
gfinizio@bayardlaw.com;
bankserve@bayardlaw.com;
lmorton@bayardlaw.com

**ENERGY FUTURE HOLDINGS CORP.,** *et al.,* **– Case No. 14-10979 (CSS)**
**Electronic Mail CM/ECF Service List**

mfink@rc.com;
mark-fink-7881@ecf.pacerpro.com;
idensmore@rc.com
gflasser@bayardlaw.com
efleck@milbank.com;
jbrewster@milbank.com;
mbrod@milbank.com;
chahm@milbank.com;
bzucco@milbank.com;
mprice@milbank.com;
aleblanc@milbank.com;
nalmeida@milbank.com;
dfliman@kasowitz.com
courtnotices@kasowitz.com
cfong@nixonpeabody.com
jfrank@fgllp.com;
mmatlock@fgllp.com;
csmith@fgllp.com;
larry.thomas@westernunion.com;
csucic@fgllp.com
sfraser@cozen.com;
sshidner@cozen.com;
simon-fraser-1269@ecf.pacerpro.com
gregg.galardi@ropesgray.com;
nova.alindogan@ropesgray.com
pacerteam@gardencitygroup.com
vgarry@ag.state.oh.us
fgecker@fgllp.com;
csmith@fgllp.com
gibson@teamrosner.com
peter.gilhuly@lw.com;
adam.malatesta@lw.com
deecf@dor.mo.gov
bankserve@bayardfirm.com;
nglassman@bayardfirm.com
bankserve@bayardfirm.com;
nglassman@bayardfirm.com
bankserve@bayardlaw.com;
nglassman@bayardlaw.com;
jalberto@bayardlaw.com;
bankserve@bayardlaw.com
aglenn@kasowitz.com
glorioso.alessandra@dorsey.com
bgolub@weirpartners.com
kgood@potteranderson.com;
cgiobbe@potteranderson.com;

lhuber@potteranderson.com;
bankruptcy@potteranderson.com
tleday@ecf.courtdrive.com;
bankruptcy@mvbalaw.com;
jwilliams@mvba.com;
alocklin@mvbalaw.com;
kmorriss@mvbalaw.com
jspeakman@friedlandergorris.com;
jgorris@friedlandergorris.com;
aschmidt@friedlandergorris.com
anna.e.grace@usdoj.gov
jgrey@crosslaw.com;
smacdonald@crosslaw.com
kgwynne@reedsmith.com;
llankford@reedsmith.com;
bankruptcy-2628@ecf.pacerpro.com
hagey@braunhagey.com
raquel@namanhowell.com;
karen@namanhowell.com;
belinda@namanhowell.com
ellen.halstead@cwt.com;
joshua.arnold@cwt.com;
nyecfnotice@cwt.com
lharrington@nixonpeabody.com
jharris@bergerharris.com;
mnicholls@bergerharris.com
andrea.hartley@akerman.com
howard.hawkins@cwt.com;
nyecfnotice@cwt.com
christopher.hayes@kirkland.com
rhayes@foley.com
bankruptcy001@sha-llc.com
mhebbeln@foley.com;
jsorrels@foley.com;
opetukhova@foley.com
curtishehn@comcast.net
rheiligman@fgllp.com;
ccarpenter@fgllp.com
khill@svglaw.com;
spappa@svglaw.com;
cwalters@svglaw.com
ahiller@adamhillerlaw.com
bhockett@thompsoncoburn.com
dkhogan@dkhogan.com;
gdurstein@dkhogan.com;

**ENERGY FUTURE HOLDINGS CORP.**, *et al.*, – **Case No. 14-10979 (CSS)**
**Electronic Mail CM/ECF Service List**

hooper@sewkis.com
jhoover@beneschlaw.com;
debankruptcy@beneschlaw.com
thoran@foxrothschild.com;
mwilmer@foxrothschild.com;
ahrycak@foxrothschild.com
jhowell@gpm-law.com
jhuggett@margolisedelstein.com;
tyeager@margolisedelstein.com
patrick.hughes@haynesboone.com
chusnick@kirkland.com
jhh@stevenslee.com
kjarashow@goodwinprocter.com
dennis.jenkins@wilmerhale.com
bjohnson@fisherboyd.com
ljones@pszjlaw.com;
efile1@pszjlaw.com
ljones@pszjlaw.com
ljones@pszjlaw.com
ljones@pszjlaw.com;
efile@pszyj.com
mjoyce@mjlawoffices.com
nskaluk@debevoise.com
stephen.karotkin@weil.com;
frank.grese@weil.com
amk@kashishianlaw.com
bkasprzak@moodklaw.com;
mike@lscd.com
ecfpleadings@kccllc.com;
ecfpleadings@kccllc.com
skatona@polsinelli.com;
lsuprum@polsinelli.com;
delawaredocketing@polsinelli.com
skaufman@skaufmanlaw.com
pkeane@pszjlaw.com;
keanepr93029@notify.bestcase.com
wkelleher@cohenlaw.com;
mgraeb@cohenlaw.com;
bfilings@cohenlaw.com;
hkhalid@cgsh.com;
maofiling@cgsh.com
dklauder@bk-legal.com
bklayman@cozen.com
klein@teamrosner.com
klein@kleinllc.com
dkleiner@kkwc.com

kotwick@sewkis.com
kotwick@sewkis.com
kranzleya@sullcrom.com
stacey@womaclaw.com
ari.d.kunofsky@usdoj.gov;
eastern.taxcivil@usdoj.gov
info@kccllc.com;
ecfpleadings@kccllc.com
mlahaie@akingump.com
landis@lrclaw.com;
brown@lrclaw.com;
ramirez@lrclaw.com;
dellose@lrclaw.com;
butler@lrclaw.com
klawson@reedsmith.com;
bankruptcy-2628@ecf.pacerpro.com
vlazar@jenner.com
rlemisch@klehr.com
rlemisch@klehr.com
leonhardt@teamrosner.com
stephen.lerner@squirepb.com;
sarah.conley@squirepb.com
dleta@swlaw.com;
wkalawaia@swlaw.com
jason.liberi@skadden.com;
christopher.heaney@skadden.com;
debank@skadden.com;
wendy.lamanna@skadden.com
klippman@munsch.com;
lpannier@munsch.com
dludman@brownconnery.com
madron@rlf.com;
rbgroup@rlf.com;
ann-jerominski-2390@ecf.pacerpro.com
madron@rlf.com;
rbgroup@rlf.com
bankfilings@ycst.com
rmalone@gibbonslaw.com
kevin.mangan@wbd-us.com;
heidi.sasso@wbd-us.com;
chris.lewis@wbd-us.com
jmarines@mofo.com
lmarinuzzi@mofo.com;
lorenzo-marinuzzi-4664@ecf.pacerpro.com
rmartin@ropesgray.com
kmayer@mccarter.com

**ENERGY FUTURE HOLDINGS CORP.,** *et al.*, **– Case No. 14-10979 (CSS)**
**Electronic Mail CM/ECF Service List**

mcclambc@ballardspahr.com;
ambroses@ballardspahr.com
gfmcdaniel@dkhogan.com;
gdurstein@dkhogan.com
rogers@lrclaw.com;
dellose@lrclaw.com;
ramirez@lrclaw.com;
butler@lrclaw.com
mcguire@lrclaw.com;
rogers@lrclaw.com;
dellose@lrclaw.com;
ramirez@lrclaw.com;
butler@lrclaw.com
mmo@pgmhlaw.com
jmcmahon@ciardilaw.com
mmcmahon@cullenanddykman.com
bankruptcy@potteranderson.com;
bankruptcy@potteranderson.com
linomendiola@andrewskurth.com
rmersky@monlaw.com
nicole.mignone@texasattorneygeneral.gove
james.millar@dbr.com;
daniel.northrop@dbr.com;
marita.erbeck@dbr.com
bmiller@mofo.com;
brett-miller-1388@ecf.pacerpro.com
emiller@bayardlaw.com;
lmorton@bayardlaw.com;
kmccloskey@bayardlaw.com
kmiller@skjlaw.com;
llb@skjlaw.com
smiller@morrisjames.com;
wweller@morrisjames.com
mark.minuti@saul.com;
robyn.warren@saul.com
pmoak@mckoolsmith.com;
nsauter@mckoolsmith.com
tmoloney@cgsh.com
fmonaco@gsbblaw.com;
frankmonacojr@gmail.com
bankfilings@ycst.com
hal.morris@oag.texas.gov;
shannon.benson@oag.texas.gov
jmorris@pszjlaw.com
asmcapital@aol.com

chris.mosley@fortworthtexas.gov;
sharon.floyd@fortworthtexas.gov