## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 6/1/2020 |
| Case: 14−10979−CSS | Form ID: van441 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr    Billie Murphy Tremble
cr    Sharon Tremble Donaldson
cr    Selia Tremble Shawkey
cr    Wilmer Forrest Tremble, Jr.

TOTAL: 4