# Court Conference

Calendar Date: 06/01/2020
Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

*Amended Calendar  Jun 1 2020  9:33AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | MTE Holdings LLC | 19-12269 | Hearing | 10599555 | Marisa Antos-Fallon | (212) 237-0105 ext. | Vinson & Elkins LLP | Creditor, Riverstone Credit Management, LLC / LISTEN ONLY |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10599782 | Neil Augustine | (212) 389-1539 ext. | Greenhill & Company, Inc. | Debtor, MTE Holdings LLC / LISTEN ONLY |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10598009 | Brian Baker | (713) 527-9991 ext. | Stacy & Baker, P.C. | Creditor/Claimant, National Oilwell Varco, L.P. and National Oilwell DHT, L.P. / LISTEN ONLY |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10599705 | David J. Ball | (212) 508-6133 ext. | Bracewell LLP | Interested Party, NATIXIS, NY Branch as Administrative Agent / LIVE |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10599784 | Jonathan Brownstein | (212) 389-1552 ext. | Greenhill & Co. | Debtor, MTE Holdings LLC / LISTEN ONLY |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10599652 | J.R. Bryant | (214) 957-4713 ext. | AlixPartners, LLC | Creditor, Riverstone Credit Management / LISTEN ONLY |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10597460 | Michael Busenkell | (302) 425-5812 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Tanmar Rentals / LIVE |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10599538 | Daniel B. Butz | (302) 351-9348 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Mte Holdings, LLC / LIVE |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10598989 | Margherita Capolino | (202) 835-7557 ext. | Milbank LLP | Interested Party, Special Committee of the Board / LISTEN ONLY |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10602470 | David Carickhoff | (302) 356-6621 ext. | Archer & Greiner, PC | Creditor, BMO Harris Bank, N.A. / LIVE |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10602550 | Linda J. Casey | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10561172 | Eric Chafetz | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, B & L Pipeco Services / LIVE |
| | | MTE Holdings LLC | 19-12269 | Hearing | 10599666 | Ben Chesters | (646) 428-9253 ext. | Alix Partners | Creditor, Riverstone Management / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MTE Holdings LLC | 19-12269 | Hearing | 10597352 | William E. Chipman | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Interested Party, Moser Energy Systems / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10597194 | J. Robinson Clarke | (817) 405-6900 ext. | Bonds Ellis Eppich Schafer Jones | Creditor, Pilot Thomas Logistics LLC / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10598222 | Kevin Collins | (302) 300-3434 ext. | Barnes & Thornburg LLP | Creditor, Rodan Transport dba Aveda Transportation and Energy Services / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10599620 | Michael Costelloe | (212) 389-1552 ext. | Greenhill & Co. | Debtor, MTE Holdings LLC / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10599847 | Michael L. Dallaire | (313) 223-3500 ext. | Dickinson Wright PLLC | Creditor, Nexus / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10599605 | Scott Davido | (302) 651-7700 ext. | Ankura Consulting Group LLC | Debtor, MTE Holdings LLC / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10602502 | Michael Dearman | (713) 226-6624 ext. | Porter Hedges LLP | Creditor, WaterBridge Texas Midstream, LLC / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10599531 | Robert J. Dehney | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, MTE Holdings LLC / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10599684 | Mark E. Dendinger | (860) 256-8541 ext. | Bracewell LLP | Interested Party, NATIXIS, NY Branch as Administrative Agent / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10597185 | Joshua N. Eppich | (817) 405-6900 ext. | Bonds Ellis Eppich Schafer Jones | Creditor, Pilot Thomas Logistics LLC / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10599618 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Interested Party, NATIXIS, NY Branch as Administrative Agent / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10599425 | Mark E. Felger | (302) 295-2087 ext. | Cozen O'Connor | Creditor, FTS International / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10575397 | David M. Fournier | (302) 777-6565 ext. | Pepper Hamilton LLP | Interested Party, Luxe Energy / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10568637 | Genna L. Ghaul | (212) 326-7831 ext. | Jones Day | Interested Party, Interested Party / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10599646 | Brian Glasser | (304) 345-6555 ext. | Bailey & Glasser, LLP | Creditor, Riverstone Credit Management / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10600083 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz Benson & Torres LLP | Debtor, MTE Holdings, LLC / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10599590 | Andrew Golden | (212) 506-1816 ext. | Kasowitz Benson Torres | Debtor, MTE Holdings LLC / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10596207 | L. Katherine Good | (302) 984-6049 ext. | Potter Anderson & Corroon LLP | Interested Party, Ad Hoc Committee of Service Providers / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10578731 | Karen Grivner | (302) 250-4749 ext. | Clark Hill PLC | Interested Party, Mineral Lienholders / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | MTE Holdings LLC | 19-12269 | Hearing | 10593254 | Jeff Hansen - Client | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Creditor, Alamo Pressure Pumping LLC / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10601768 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10601876 | Christopher Harvey | (312) 252-9501 ext. | Ankura Consulting Group LLC | Debtor, MTE Holdings / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10597670 | Thomas M. Horan | (302) 480-9412 ext. | Fox Rothschild LLP | Creditor, KLX Energy / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10582937 | Vladimir Jelisavcic | (212) 259-4305 ext. | Cherokee Debt Acquisition | Interested Party, Vladimir Jelisavcic / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599658 | David Johnston | (646) 746-2440 ext. | Alix Partners | Creditor, Riverstone Credit Management / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599639 | Todd Johnston | (806) 762-0214 ext. | McWhorter, Cobb & Johnson, LLP | Interested Party, Service Provider Group / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10602685 | Benjamin Kadden | (504) 568-1990 ext. | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Creditor, CRG Financial LLC / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599789 | Eric Kang | (212) 389-1552 ext. | Greenhill & Co. | Debtor, MTE Holdings LLC / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10602610 | Jeffrey Kaplan | (201) 627-8142 ext. | CRG Financial LLC | Consultant, CRG Financial LLC / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10602894 | Charles S. Kelley | (713) 238-2634 ext. | Mayer Brown LLP | Creditor, Bank of Montreal / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599729 | Joshua C Klein | (212) 508-6153 ext. | Bracewell LLP | Interested Party, Natixis / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599715 | Logan Kotler | (212) 938-6451 ext. | Bracewell LLP | Interested Party, NATIXIS, NY Branch as Administrative Agent / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10596820 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Interested Party, Mulholland Energy Services LLC / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10598982 | Andrew LeBlanc | (202) 835-7574 ext. | Milbank LLP | Interested Party, Special Committee / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599616 | Isaac Lee | (302) 651-7700 ext. | Ankura Consulting Group LLC | Debtor, MTE Holdings LLC / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10593095 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Alano Pressure Pumping, LLC / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599586 | Logan Lewis | (212) 237-0229 ext. | Vinson & Elkins LLP | Creditor, Riverstone Credit Management / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599579 | Lauren Lundy | (214) 220-7749 ext. | Vinson & Elkins LLP | Creditor, Riverstone Credit Management / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | MTE Holdings LLC | 19-12269 | Hearing | 10596452 | Kevin S. Mann | (302) 777-4200 ext. | Cross & Simon, LLC | Creditor, Tier One Energy, LLP / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599504 | Jaclyn C. Marasco | (302) 571-6600 ext. | Young Conaway Stargatt & Taylor, LLP | Creditor, Riverstone Credit Management / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599573 | David Mark | (212) 506-1990 ext. | Kasowitz Benson & Torres LLP | Debtor, MTE Holdings LLC / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10602677 | Zachary S. McKay | (281) 829-1555 ext. | Dore Law Group | Creditor, Pumpco / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10593218 | Joe McKie - Client | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Creditor, Alamo Pressure Pumping LLC / LISTEN ONLY |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599840 | Joseph J. McMahon Jr. | (302) 658-1100 ext. | Ciardi Ciardi & Astin | Creditor, Sitpro et al. / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10596220 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Representing, Ad Hoc Committee of Service Providers / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10531463 | Rachel B. Mersky | (302) 656-8162 ext. | Monzack Mersky McLaughlin & Browder, PA | Creditor, Southwest Capital, Inc. / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599511 | David S. Meyer | (214) 220-7749 ext. | Vinson & Elkins LLP | Creditor, Riverstone Credit Management, LLC / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10576276 | Stephen Miller | (302) 888-6853 ext. | Morris James LLP | Creditor, Valence Drilling Fluids, LLC / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599488 | Edmon Morton | (302) 571-6637 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Riverstone Credit Management / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10602528 | Katherine Mudge | (512) 615-1200 ext. | Enoch Kever, PLLC | Creditor, Alamo Pressure Pumping / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10596801 | Stacy Newman | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Aim Directional Services LLC and Impac Exploration Services / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10597782 | Brent R. Owen | (303) 894-6123 ext. | Squire Patton Boggs (US), LLP | Lien Holder, Moser Energy Service, Inc. / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599838 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson ( US ) LLP | Creditor, Various Lien Holders / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10599547 | Jessica Peet | (214) 220-7749 ext. | Vinson & Elkins LLP | Creditor, Riverstone Credit Management, LLC / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10602488 | Mark Platt | (214) 580-5852 ext. | Frost Brown Todd LLC | Interested Party, McClinton Energy Group / LIVE |
| | MTE Holdings LLC | 19-12269 | Hearing | 10602656 | John Policano | (201) 527-6656 ext. | RPA Advisors, LLC | Interested Party, Natixis - New York Branch / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MTE Holdings LLC | 19-12269 | Hearing | 10599600 | Jane Rimmer | (214) 200-3680 ext. | Ankura Consulting Group | Debtor, MTE Holdings, LLC, et al. / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10596203 | Christopher M. Samis | (302) 984-6050 ext. | Potter Anderson & Corroon LLP | Representing, Ad Hoc Committee of Service Providers / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10597614 | Eric D. Schwartz | (302) 351-9308 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, MTE Holdings LLC / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10602346 | Peter Shah | (908) 431-9797 ext. | Peter Shah -Janum Management LLC | In Propria Persona, Peter Shah / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10568612 | Furqaan Siddiqui | (212) 326-3709 ext. | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10594864 | Phil Snow | (713) 335-4802 ext. | Snow Spence Green, LLP | Creditor, Baker Hughes / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10599556 | Matthew B. Stein | (212) 506-1717 ext. | Kasowitz Benson & Torres LLP | Debtor, MTE Holdings, LLC / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10597062 | Eric M. Sutty | (302) 384-9409 ext. | Elliott Greenleaf, P.C. | Creditor, Pilot Thomas / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10593197 | R.J. Sykes | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Creditor, Alamo Pressure Pumping LLC / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10599542 | Clifford Thau | (214) 220-7749 ext. | Vinson & Elkins LLP | Creditor, Riverstone Credit Management / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10599568 | Michael Tomback | (954) 263-4742 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10599541 | Brett Turlington | (302) 658-9200 ext. 212 | Morris Nichols Arsht & Tunnell LLP | Debtor, MTE Holdings LLC / LIVE |
| MTE Holdings LLC | 19-12269 | Hearing | 10602650 | Christopher Walker | (201) 527-6657 ext. | RPA Advisors, LLC | Financial Advisor, to Natixis / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10602663 | Nate Wicker | (201) 527-6656 ext. | RPA Advisors, LLC | Interested Party, Natixis - New York Branch / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10593158 | Randy Wilhoit - Client | (215) 569-2700 ext. 4141 | Klehr Harrison Harvey Branzburg LLP | Client, Alamo Pressure Pumping LLC / LISTEN ONLY |
| MTE Holdings LLC | 19-12269 | Hearing | 10599693 | William A. Wood, III | (713) 223-2300 ext. | Bracewell LLP | Interested Party, Natixis, NY Branch, as administrative agent / LIVE |

# Court Conference

Calendar Date: 06/01/2020
Calendar Time: 11:00 AM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

*Amended Calendar   Jun  1 2020  9:33AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10598469 | Frank Brame | (214) 665-9464 ext. | The Brame Law Firm, PLLC | Interested Party, The Brame Law Firm, PLLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10599854 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10599742 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10589024 | Albert Coleman | (214) 309-8507 ext. | Albert Coleman - In Pro Per/Pro Se | Debtor, Coleman / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10601092 | Alvester Coleman | (214) 309-8507 ext. | Alvester Coleman - In Pro Per/Pro Se | Creditor, Alvester Coleman / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10602530 | Daniel K. Hogan | (302) 584-3244 ext. | Hogan McDaniel | Bankruptcy Counsel, Bergschneider and Heinzmann / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10535083 | Michael G. Linn | (415) 421-2132 ext. | Farallon Capital Management | Individual, Interested Party Only / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10599906 | Stephen Ludovici | (305) 995-5279 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10598462 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10596887 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Debtor, SEMPRA , et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10599881 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Interested Party, Sempra Energy / LIVE |

# Court Conference

Calendar Date: 06/01/2020
Calendar Time: 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

*Amended Calendar   Jun  1 2020  9:33AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Fred's, Inc. | 19-11984 | Hearing | 10599751 | Derek C. Abbott | (302) 351-9357 ext. | Morris, Nichols, Arsht & Tunnell LLP | Debtor, Fred's Inc. / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10599761 | Joseph C. Barsalona, II | (302) 351-9118 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Fred's Inc. / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10602636 | Amy Brown | (302) 416-3357 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Cardinal Health / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10602884 | Matthew Chiappardi | (609) 805-1670 ext. | Law 360 | Interested Party, Law 360 / LISTEN ONLY |
| | | Fred's, Inc. | 19-11984 | Hearing | 10598384 | Jeffrey L. Cohen | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10599765 | Andrew H. Elkin | (212) 542-4756 ext. | Kasowitz, Benson & Torres LLP | Debtor, Fred's Inc. / LISTEN ONLY |
| | | Fred's, Inc. | 19-11984 | Hearing | 10599764 | Terri J. Freedman | (973) 530-2152 ext. | Chiesa Shahinian & Giantomasi, PC | Creditor, Cardinal Health / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10598393 | Nicole M. Fulfree | (973) 597-2502 ext. 2252 | Lowenstein Sandler, LLP | Creditor, The Official Committee of Creditors / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10601656 | Daniel H. Gill | (703) 341-3837 ext. | Bloomberg Law | Media, Bloomberg Law - - PRESS / LISTEN ONLY |
| | | Fred's, Inc. | 19-11984 | Hearing | 10603002 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | Representing, U.S. Trustee / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10601710 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Fred's, Inc. | 19-11984 | Hearing | 10594992 | Ericka Johnson | (302) 252-4337 ext. | Womble Bond Dickinson ( US ) LLP | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Fred's, Inc. | 19-11984 | Hearing | 10598401 | Michael A. Kaplan | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, The Official Committee of Creditors / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fred's, Inc. | 19-11984 | Hearing | 10602672 | Shanti M. Katona | (302) 252-0924 ext. | Polsinelli PC | Representing, (Creditor) Bradley Wooldridge / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10589082 | Stephenie Kjontvedt | (646) 282-1802 ext. | Epiq Corporate Restructuring, LLC | Interested Party, Stephenie Kjontvedt / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10600143 | John Knight | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Interested Party, Regions Bank & Bank of America / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10599743 | Sheron Korpus | (212) 506-1700 ext. | Kasowitz Benson & Torres LLP | Debtor, Fred's, Inc., et al. / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10596091 | Michael R. Lastowski | (302) 657-4900 ext. | Duane Morris LLP | Creditor, The Chubb Companies / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10594311 | Joseph J. McMahon Jr. | (302) 658-1100 ext. | Ciardi Ciardi & Astin | Creditor, Pauline Carthern / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10602931 | James Mozingo | (601) 812-5885 ext. | Mozingo\|Quarles, PLLC | Representing, State of Mississippi / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10599730 | Robert M. Novick | (212) 506-1758 ext. | Kasowitz Benson & Torres LLP | Debtor, Fred's Inc. / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10602613 | Bryant Oberg | (201) 896-6100 ext. | Hain Capital Group, LLC | Interested Party, Hain Capital Group / LISTEN ONLY |
| Fred's, Inc. | 19-11984 | Hearing | 10602831 | Christopher L. Perkins | (804) 788-9636 ext. | Eckert Seamans Cherrin & Mellott, LLC | Creditor, DXC Technology / LISTEN ONLY |
| Fred's, Inc. | 19-11984 | Hearing | 10599757 | Andrew R. Remming | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Fred's Inc. / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10602695 | Mark Renzi | (617) 785-0177 ext. | Berkeley Research Group, LLC | Debtor, Fred's, Inc. / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10602745 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Dr. Marlon Doucet and Felecia Thomas / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10599720 | Adam L. Shiff | (212) 506-1732 ext. | Kasowitz Benson & Torres LLP | Debtor, Fred's Inc. / LIVE |
| Fred's, Inc. | 19-11984 | Hearing | 10597398 | Kevin Sohr | (917) 438-2112 ext. | Kevin Sohr - In Pro Per/Pro Se | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Fred's, Inc. | 19-11984 | Hearing | 10602904 | Stephen Wolpert | (212) 698-3836 ext. | Dechert LLP | Creditor, Alden Global Capital / LIVE |