Sharon Tremble Donaldson
The Tremble Family
2010 Stineberry Dr.
Katy, Texas 77450

FILED
2020 JUN 12 AM 11: 04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 9, 2020

Clerks Office - Cheryl
U.S. Bankruptcy Court District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Dear Cheryl,

   Attached is check number 1703 payable to the Bankruptcy Court to cover the $181.00 filing fee owed per Doc. 14072; Case 14-10979-CSS. Thank you for your assistance.

Sincerely yours,

Sharon Tremble Donaldson
The Tremble Family