14-10979 CSS

The Coleman Family

Alvester Coleman

The Estate of Fannie Mae Coleman

   Appellant

**FILED**

2020 JUN 12  AM 9: 51

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In The Court
of Appeals State
of Deleware

6-2-2020

Energy Future Holdings
Corp. and Jointly Subsidiares

   Appellee(s)

Appellant's Opening Brief

Appeal from the Order
Deleware Bankrupcy Court
Date 6-1-2020

Appellant

Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241
214-309-8507

# Index of Authorities

**Cases:**

Smith v. Baker

Erik L Collins & Gretchen M. Smith, Awards of Damages of Mental Anguish Without Proof of harm to Reputation

Museprime Properties V. Adhill Properties [1990] 36 EG 114 Tex. rev tex. RTD. p. 106.

**Act:**

Uniform Partition of Heirs Property Act

# Other Documents:

I.    [Exhibits]
       #1

Rusk County Appraisal District

Affidavit of Heirship

Texas Property claim form

Louisiana Property Claim form

I. R. S. form(s) 4506, 4506-T

II.  Exhibit # A - Order subject To Appeal

III. Exhibit # I. - Appellant's proof of Not
                    being frivious litigant

# Table of Contents:

Index of Authorities

Statement of The Case
Nature of Action Sought

Statement of Facts

Summary of Argument

Prayer

Questions Presented on Appeal:

I. Where the Appellant denied their constitutional and civil rights under the Uniform Partition of Heirs Property Act?

II. Did the Bankrupcy Court err in the accepting of the "reconsturtion plan" without and or before a hearing to consider the evidence?

III. Whether or not selective exclusion omitted the Appellant from any of the decision making process?

IV. Was there an error in stating Appellant as a ~~frivelous~~ frivolous litigate.

## Statement of The Case

Appellee(s) filed Bankrupcy Protection on April 29 2014 throughby Chapter 11 with liabilites of 49 billion, and with ava   claims for Asbestos.

Appellant was Not Noitif  of any Court hearings and or creditor's meetings. On or about Dec.15, 2015 I recieved notification purtaining to Asbestos Claim. I only then returned form stating years worked and site of my exsposure. Between 12-15-2015 and May 2016 I was continuellay told from Debtors-in-possesion that "the plan" and or Claims from Asbetos had not been approved, and that I should wait for a call back. On or about June 12, 2016 I recieved confimation of ownership to ALt property being claimed by Debtor's, and Claim  on the case. Both were allowed these

fraudulent conveyance's throughby help of Rusk county (clerks and etc...) in Henderson Texas at the 4th judicial District Court. This was Cause for Appellant to file suit in Dallas, TX [styled as Alvester Coleman vs. Lee A. Gearheart] Case No. DC-17-15707 file on Nov.15, 2017 for Turnover. To this date Order by Judge has Not been turnover.[          ] This caused the filing suit on Sept.17, 2018 [styled Alvester Coleman vs. Petro-Hunt LLC] in Dallas, TX Case No. DC-1813807. Last case is Open and Set for Trial. To this date Turnover Denied. During these cases Appellee(s) held multiple hearings to try and confirm "The Plan" inwhich I was NOT one-time Notified of hearing(s) I recieved late Notice on Jan.13, 2020 purtaining to held Hearing held on Dec.19, 2020, inwhich this selective exclusion omitted the Appellant from any of the decision making process, and was held before consideration of Appellants evidence. Appellant then filed Amended Asbesto Claim and Amended stock claim on Jan.17, 2020, along with Exhibits. Hearing held purtain to 30$billion Asbesto Claim was heard on Feb.24 2020.

Appellant Amended Asbestos Claim was Granted to be recieved by March 30. To this date only payment recieved was $197.00 To this date correct claim has Not been paid. Those actions cause Appellant to "Orders" to be heard and where heard on June 1. 2020. Order being subject to the Appeal.

## Statement of Facts

The Court has retained jurisdiction over all matters arising from this Appeal. Appelle(s) internally filed Chapter 11 Bankrupcy with Asbestos Claims to hide Appellant's assets throughby person-injury claim, has No on presenting Court correct reconstuction plan, inte excluded Appellant from decision process, and continue to Refuse Turnover of correct interest in Property and minerals. With the above Statements, exhibits attached and the selecative actions of Appelle's, show evidence their il      for the Bankrupcy Court err in the acc      of "the Plan" before the consideration of Appellant's evidence.

## Statement of Facts "Continued"

Rusk County, Henderson Tx [clerks, appirsal district]
Court did determine that the property this is the
subject of parition action is Coleman heir's property,
this Court took upon it self to sale heirs property
without actknow    and even after Appraisal to Order
Sale below fair market value.

## Nature of Action Sought

Appellant seek court to deem all proir claims,
Orders, leases, division orders, and Chapter 11 Reorganistior
Plan "the Plan" be Deemed Null and void. Granting
All Sought Relief [Amended claims] Allow Appellant's
Right to due process through by The Uniform
Partition of Heirs Property Act, and Ensure Coleman
family recieve fair market Value from proceeds.

# Summary of Argument

Appellant seek not only sought relief but Appelle(s) be held liable for mismanagement and hiding of assets. This has cause ⊕ action to seek declaratory judgement civil and Constitutional infringement, unfair business practices, tortous interference, deliberate and unlawful conduct, namely: Since 2009 seeking to posses undivided inherited heir property by way of assets under management. The Tex. rev tex. RTD. P. 166. ⊕ Appellant by law were not privy to pertinent information from the Appelle(s) Erik L Collinsd Gretchen M. Smith, Awards of Damages of Mental Anguish without Proof of harm to reputation. Any misrepresentation is grounds for rescission. Museprime Properties v. Adhill Properties [1990] 36 EG 114

## Summary of Argument "Continued"

The natural facts are relatively simple as a result of this long ordeal, the Appellant lost and were interally deprived of great gains and profits in which would otherwise have accrued to him, ie housing, timber, right-of-way, water rights, rents, mineral rights, and Property Rights as a direct result of correct documents being refused to be put on file by Rusk County.

# PRAYER

It is the Appellant's prayer that the Honorable Court will come to my rescue and Not allow my family undivided inherited property to become a statistic of African American inherited land taken by force. All these things are evident of a denial of Justice and Civil rights. These statements along with the acts of omission described herein violated Appellants' rights under the Constitution and Laws of the United States. Our coveted Declaration of Independence state, "We hold these truths to be self evident, that Ahh men are created Equal...

"The Virginia Declaration of Rights, approved by the Virginia Convention on June 12, 1776, contains the following: Ahh Men are by Nature Equally Free and Independent, and Have Certain Inherent Rights of Life, Liberty, which mean of Acquiring and Possessing Property, and Pursuing and Obtaining happiness and safety."

However, minorities have and continue to be systematically Denied their land Rights Ownership of land is deemed as a valuable economic resource that has been in many cases taken by violence, bribery, coercion, exploitation, and trickery. It is Appellant's Prayer for Ahh Relief be Granted, Appellee(s) Ordered to Turnover Property, and Justice be served for the loss of income due to the documents that are filed in Rusk County, Henderson Texas. It is Appellant's fervent Prayer this land will remain in his family for generations to come. I being the oldest member of the Coleman family throw myself on the Mercy of the Court. Amen.

# Exhibit (s)

Factual Eviedence
To statement of Facts

# Exhibit

# \#

# 1

## 2018 CURRENT DELINQUENT TAX STATEMENT

| | | |
|---|---|---|
| Make payment payable to: | Taxes as Of: 3/8/2019 | DPI Month Year: 03 2019 |

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

Owner ID: 1214212    Return Service Requested
COLEMAN A VESPER
3021 FORESTDALE LN
BALCH SPRINGS    TX 75180-1907

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

CALL BACK

| Parcel ID: | 1304334 | Ownshp Seq: 1 | Operator: | CCI EAST T | RI | | Suit: | N | |
|---|---|---|---|---|---|---|---|---|---|
| Account #: | | | Lease Number: 66507 | | RRC #: 92392 | | Acres: 542.36 | Cat Code: G1 |
| Mineral Interest: | 0.005077 | | Lease Name: | MCALISTER GU (1) | | | Mineral Value: | $ 350 |

Prop Address:                          REAL
Prop City/St/Zip:                      AB 416 JESSE HARRIS SUR
                                       WELL 1 RRC 92392

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attray Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 350 | 0 | 10047 | $0.463635 | $1.62 | $0.00 | $0.15 | $0.00 | $1.77 |
| RUSK CO I&S | 2018 | 350 | 0 | 10047 | $0.028759 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| RUSK CO SPEC RD | 2018 | 350 | 0 | 10047 | $0.058253 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| COUNTY SCHOOL | 2018 | 350 | 0 | 10047 | $0.026437 | $0.09 | $0.00 | $0.01 | $0.00 | $0.10 |
| TATUM ISD M&O | 2018 | 350 | 0 | 10047 | $1.040000 | $3.64 | $0.00 | $0.33 | $0.00 | $3.97 |
| TATUM I&S | 2018 | 350 | 0 | 10047 | $0.167000 | $0.58 | $0.00 | $0.05 | $0.00 | $0.63 |
| RUSK CO ESD #1 | 2018 | 350 | 0 | 10047 | $0.077500 | $0.27 | $0.00 | $0.02 | $0.00 | $0.29 |
| RCGWC DIST | 2018 | 350 | 0 | 10047 | $0.005000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| **2018  Total:** | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |
| **Parcel ID 1304334 Total** | | | | | | $6.52 | $0.00 | $0.59 | $0.00 | $7.11 |

| Parcel ID: | 1308873 | Ownshp Seq: 1 | Operator: | BP AMERIC | RI | | Suit: | N | |
|---|---|---|---|---|---|---|---|---|---|
| Account #: | 1214212-1-0062400 | | Lease Number: 62400 | | RRC #: 78590 | | Acres: 679.91 | Cat Code: G1 |
| Mineral Interest: | 0.000051 | | Lease Name: | JENKINS FELIX W GU 1-5 | | | Mineral Value: | $ 10 |

Prop Address:                          REAL
Prop City/St/Zip:                      AB 282 W W FRAIR SUR
                                       (139911,140367-153268-169898)

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attray Fee: | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 10 | 0 | 10047 | $0.463635 | $0.05 | $0.00 | $0.00 | $0.00 | $0.05 |
| RUSK CO SPEC RD | 2018 | 10 | 0 | 10047 | $0.058253 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| TATUM ISD M&O | 2018 | 10 | 0 | 10047 | $1.040000 | $0.10 | $0.00 | $0.01 | $0.00 | $0.11 |
| TATUM I&S | 2018 | 10 | 0 | 10047 | $0.167000 | $0.02 | $0.00 | $0.00 | $0.00 | $0.02 |
| RUSK CO ESD #1 | 2018 | 10 | 0 | 10047 | $0.077500 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |
| **2018  Total:** | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

## 2018 CURRENT DELINQUENT TAX STATEMENT

Make payment payable to:

**Taxes as Of:** 3/8/2019          **DPI Month Year:** 03 2019

LANITA WHITEHEAD
RUSK COUNTY TAX OFFICE
202 NORTH MAIN STREET
P. O. BOX 988
HENDERSON, TX 75653-0988
903-657-0315

Owner ID:    1214212    Return Service Requested
COLEMAN ALVESTER
3021 FORESTDALE LN
BALCH SPRINGS      TX 75180-1907

---

**NOTICE TO TAXPAYER**

The records of this office indicate that the taxes on the property shown below have not been paid.
Please report any errors in DESCRIPTION, AMOUNT OF TAX, ASSESSMENT or OWNERSHIP to the APPRAISAL DISTRICT.

---

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| **Parcel ID 1308873 Total** | | | | | | $0.19 | $0.00 | $0.01 | $0.00 | $0.20 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Parcel ID:** | 1311193 | **Ownshp Seq:** 1 | **Operator:** CCI EAST T    RI | | | **Suit:** | N | | |
| **Account #:** | | | **Lease Number:** 91526 | **RRC #:** 122668 | | **Acres:** 542.36 | **Cat Code:** G1 | | |
| **Mineral Interest:** 0.005077 | | | **Lease Name:** MCALISTER GU (3) REAL | | | **Mineral Value:** $760. | | | |
| **Prop Address:** | | | AB 282 W A FRIAR SUR | | | | | | |
| **Prop City/St/Zip:** | | | WELL 3 RRC 122668 | | | | | | |

| Jurisdiction: | Year: | Taxable: | Exemptions/ Codes: | Receipt # | Rate: | Base Tax: | Discount: | P/I: | Attrny Fee | Total Amount: |
|---|---|---|---|---|---|---|---|---|---|---|
| RUSK CO M&O | 2018 | 760 | 0 | 10047 | $0.463635 | $3.52 | $0.00 | $0.32 | $0.00 | $3.84 |
| RUSK CO I&S | 2018 | 760 | 0 | 10047 | $0.028759 | $0.22 | $0.00 | $0.02 | $0.00 | $0.24 |
| RUSK CO SPEC RD | 2018 | 760 | 0 | 10047 | $0.058253 | $0.44 | $0.00 | $0.04 | $0.00 | $0.48 |
| COUNTY SCHOOL | 2018 | 760 | 0 | 10047 | $0.026437 | $0.20 | $0.00 | $0.02 | $0.00 | $0.22 |
| TATUM ISD M&O | 2018 | 760 | 0 | 10047 | $1.040000 | $7.90 | $0.00 | $0.71 | $0.00 | $8.61 |
| TATUM I&S | 2018 | 760 | 0 | 10047 | $0.167000 | $1.27 | $0.00 | $0.11 | $0.00 | $1.38 |
| RUSK CO ESD #1 | 2018 | 760 | 0 | 10047 | $0.077500 | $0.59 | $0.00 | $0.05 | $0.00 | $0.64 |
| RCGWC DIST | 2018 | 760 | 0 | 10047 | $0.005000 | $0.04 | $0.00 | $0.00 | $0.00 | $0.04 |
| **2018  Total:** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |
| **Parcel ID 1311193 Total** | | | | | | $14.18 | $0.00 | $1.27 | $0.00 | $15.45 |

---

| | ** Summary **: | Base Tax: | P/I: | Additional: | Total Amount: |
|---|---|---|---|---|---|
| AN ADDITIONAL 20% PENALTY WILL BE ADDED TO YOUR 2018 TAXES IF NOT PAID BEFORE JULY 1, 2019 IN ACCORDANCE WITH STATE PROPERTY TAX CODE SEC. 33.07d. | If Paid In Mar, 2019 | $20.89 | $1.87 | $0.00 | $22.76 |
| | If Paid In Apr, 2019 | $20.89 | $2.28 | $0.00 | $23.17 |
| IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE RUSK COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE RUSK COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES. | If Paid In May, 2019 | $20.89 | $2.74 | $0.00 | $23.63 |
| | If Paid In Jun, 2019 | $20.89 | $3.15 | $0.00 | $24.04 |
| TO INSURE PROPER CREDIT, MAIL OR BRING THIS STATEMENT WITH YOUR PAYMENT | If Paid In Jul, 2019 | $20.89 | $3.77 | $4.90 | $29.56 |

MPFM03/MPDR01          **Production Master - Oil**    State - TX    C2   Return
                                                                    C3   Mnthly
                                                                    C4   Yearly
                                                                    C6   Print

Job..: RUSK CO APPRAISAL DISTRICT          Rrc#:      3881 / 06
Lse..: TATUM /CRANE/ UNIT                   Lse#:      79340
Cty 1: RUSK                                 Cty 2:

FLD: 88425500 TATUM (PETTIT, LOWER)              Depth.......:  7,008
Lse Info:
Oil Gatherers 1/2/3: PLAML /        /            Gas Gatherer: KMOTX
Completion Date:  4/13/1981    PRDCING:     1    API Number..:   12,800
First Prod MMYYYY:  1/1962     SHUT-IN:          Gas Split...: NO
Last  Prod MMYYYY:  8/2018     INJECTOR:         Beq Oil Stat:
                               SERVICE:          Royalty Flag:

Current Operator Info - 660043        Previous Operator Info - 417180
PETRO-HUNT, L.L.C.                    HUNT, WM. HERBERT, TRUST EST.
ROSEWOOD COURT
2101 CEDAR SPRINGS RD STE 600         3900 THANKSGIVING TOWER
DALLAS        TX 75201                DALLAS        TX 75201
Tele: 214-880-8400                    Tele:

                                      Last Change Date: 10/18/2018

*ATTEN: ROYALTY RELATIONS*

MPFM03/MPDR02          **Production Master - Gas**      State - TX

| | |
|---|---|
| C2 | Return |
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print |

Job..: RUSK CO APPRAISAL DISTRICT        RRQ#.....:  69114 / 06
Lse..: BIRD, G. W. EST.                  Wll#/Lse#:     1 / 53020
Cty 1: RUSK                              Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)
Lse Info:                                            Depth.......: 10,535
Gas Gatherers 1/2/3: ENBRI /          /
Completion Date: 11/06/1976  Upper Perf: 10,212    Cond Gatherer:
First Prod MMYYYY:           Lower Perf: 10,433    Cond Split..: NO
Last  Prod MMYYYY: 8/2018    Othr Presr:     810   API Number..:
Well Type......: REG PROD                           Beg Gas Stat:
                                                    Potential...: 9,999,999

Current Operator Info - 884563          Previous Operator Info -
VERADO ENERGY, INC.

8150 N CENTRAL EXPWY  STE 850
DALLAS        TX 75206
Tele: 214-368-5322                      Tele:

                                        Last Change Date: 10/18/2018

ATTEN: ROYALTY RELATIONS

MPFM03/MPDR02       **Production Master - Gas**      State - TX

| C2 | Return |
|----|--------|
| C3 | Mnthly |
| C4 | Yearly |
| C6 | Print  |

```
Job. : RUSK CO APPRAISAL DISTRICT        RRC#.....:  92747 / 06
Lse. : AKINS-REEVES GAS UNIT             Wll#/Lse#:    1  / 50030
Cty 1: RUSK                              Cty 2....: GREGG

FLD: 66461275 OAK HILL (COTTON VALLEY)            Depth......: 10,250
Lse Info:
Gas Gatherers 1/2/3: ENBRI /      /      Cond Gatherer:
Completion Date: 3/14/1981   Upper Perf: 8,730   Cond Split...: NO
First Prod MMYYYY:           Lower Perf: 10,140  API Number...:
Last  Prod MMYYYY: 8/2018    Othr Presr:  685    Beg Gas Stat.:      2,141
Well Type.....: REG PROD                          Potential....: 9,999,999
```

```
Current Operator Info -  40798        Previous Operator Info -  20425
BP AMERICA PRODUCTION COMPANY         AMOCO PRODUCTION COMPANY
ATTN JEANINE HALLER-PISKURICH         ATTN  BILL CASEY
737 NORTH ELDRIDGE PARKWAY            P O BOX 3092
HOUSTON         TX 77079              HOUSTON        TX 77253
Tele: 281-366-7158                    Tele:

                                      Last Change Date: 10/18/2018
```

ATTEN: Royalty Relations

258261 -RUSK CO APPRAISAL DISTRICT　　　OWNER HOLDINGS　　　6/28/2018　　　PAGE   1

OWNER:   925972      COLEMAN FANNIE MAE
                     PO BOX 71
                     EASTON        TX 75641

         Agent:

| LEASE_# | LEASE_NAME | DESCRIPTION | OPERATOR | INT_TYPE | INTEREST | VALUE |
|---|---|---|---|---|---|---|
| 54550 | BUFORD & BLOW GU 1 (1/2) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 106033108065     ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 54553 | BUFORD & BLOW GU 1 (5-8) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 20 |
| | | RRC#- 131085131095131385133712     ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 95540 | BUFORD & BLOW GU 1 (9) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 187219   ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 95541 | BUFORD & BLOW GU 1 (10) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#-      ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 95597 | BUFORD & BLOW GU 1 (3/4) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 10 |
| | | RRC#- 108773108776   ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 95908 | BUFORD & BLOW GU 1 (11) | AB 46  ETL WILLIAMSON ETAL SUR CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 213806   ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 95909 | BUFORD & BLOW GU 1 (14) | AB 26  ETAL T O'BAR ETAL SUR   CCI EAST TEXAS UPSTR | | RI | .000074 | 10 |
| | | RRC#- 213805   ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 96460 | BUFORD & BLOW GU 1 (15) | AB 26  ETAL T O'BAR ETAL SUR   CCI EAST TEXAS UPSTR | | RI | .000074 | 0 |
| | | RRC#- 228862   ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |
| 96865 | BUFORD & BLOW GU 1 (16) | AB 46  R WILLIAMSON SUR       CCI EAST TEXAS UPSTR | | RI | .000074 | 20 |
| | | RRC#- 236553   ACCT#:  JURS: 04-05-52-65-66-  -  -  -  - | | | | |

OWNER TOTAL:       60

| JUR | | MARKET VALUE |
|---|---|---|
| 04 | RUSK CO APPRAISAL DISTRICT | 60 |
| 05 | RUSK COUNTY | 60 |
| 52 | TATUM I.S.D. - RUSK CO. | 60 |
| 65 | RUSK CO EMERGENCY SERVICE DIST | 60 |
| 66 | RUSK CO GROUND WATER CON DIST | 60 |

Exhibit
#
2

00201940 VOL: 3659 PG: 503

## Affidavit of Death and Heirship

STATE OF _Texas_

COUNTY OF _Dallas_

(To be completed by an unrelated third party.)

Before me, the undersigned authority, on this day personally appeared ~~Attiester Coleman~~ Kevin Kirby
Affiant, and on his/her oath says that he/she is over 21 years of age and is not incapacitated in any way, and the statements hereinafter set forth, including answers to questions propounded, constitute a true, correct and complete statement of the family history of the person hereinafter named as "decedent" and of the estate of such decedent.

1. Name of decedent _Laurence Howard - Flanagan    Flanagan_

2. Date decedent died _12-06-2009_ Where? _Rusk County_

3. Did decedent leave a will? _No_ If so, has it been probated? _No_

4. Has any administration proceeding occurred for decedent's estate? _No_

5. If so, when? _N/A_ Where? _N/A_

6. Were there any unpaid debts or obligations due by decedent at the time of death? _No_

7. If so give the following information:

| To Whom Owing | Amount | Nature of Debt | Currently Paid or Unpaid |
|---|---|---|---|
| N/A | | | |
| N/A | | | |
| N/A | | | |

8. Were there any suits pending or any judgments rendered in any Court against decedent at the time of death?
_No_

9. If so, state briefly the nature, amount involved, and parties to the action.
_N/A_
_N/A_

10. Was decedent married, widowed or single at the time of death? _No_

11. If married, to whom? _N/A_ Date of marriage _N/A_

12. Was the decedent ever married to any other than the above-mentioned person? _No_

13. List the following information:  (List names in order of marriage.)

14. *If decedent had any children by any spouse named above, give the following information:

| Name of child | Date of Birth | Address | Living or Deceased | Date of Death | By which Spouse |
|---|---|---|---|---|---|
| Alvester Coleman | 5-28-1960 | 3722 Happy Canyon Dr. Dallas TX 75241 | living | | Divorced |
| Lawerence Howard-Flanagan | 6-19-1970 | | Deceased | 12-6-2009 | |
| Daryl Gene Howard | 1-11-72 | 3501 N. Buckner Blvd Dallas, TX 75228 | Living | | Single |

*Also, provide an Affidavit of Death & Heirship for any deceased child

15. Did decedent ever adopt children?   No

16. If so, give the date of adoption and the same information asked for above in 14.

| Name of child | Date of Adoption | Date of Birth | Address | Living or Deceased | Date of Death |
|---|---|---|---|---|---|
| None | | | | | |

17. Was decedent the parent of any illegitimate children?   No

18. If so, give the same information asked for above in 14.

No

19. *If a deceased child of the decedent left descendants, give the following information:

| Name of child | Date of Birth | Address | Living or Deceased | Date of Death |
|---|---|---|---|---|

Name of deceased child (from question 14, 16 or 18) of decedent: _____

| Name of child | Date of Birth | Address | Living or Deceased | Date of Death |
|---|---|---|---|---|

Name of deceased child (from question 14, 16 or 18) of decedent: _____

20. *Name of decedents Parents                Address                Living or Deceased    Date of Death
    Mother

00201940 VOL# 3659 PG# 505

Briefly state facts and circumstances (such as being an old friend, relative, attorney or agent for decedent) which will show the basis and source of the information which has been hereinabove given.

Family

*If additional space is required, use reverse side of this document.

State of __Texas__
County of __Dallas__

__Kevin King__, of lawful age, being first duly sworn on oath states: That __Kevin King__
   (Affiant)

was well and personally acquainted with __Lawrence Howard Flanagan__ during __his__ lifetime, that
                                (Decedent)

I have read the above Proof of Death and Heirship, know the contents hereof, and that each and every statement contained therein is true.

_Kevin King_
(Signature of Affiant)

SUBSCRIBED AND SWORN TO BEFORE ME by the said __Kevin King__
                                          (Affiant)

THIS __21__ day of __August__, __2019__.

My commission expires:

SARAH YEHJEAN MIN
My Notary ID # 132115995
Expires August 5, 2023

Notary Public in and for:

STATE OF TEXAS           COUNTY OF RUSK
I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded in the volume and page of the named records of Rusk County, Texas as stamped hereon by me.   OFFICIAL PUBLIC RECORDS

Aug 29,2019 11:05A

TRUDY MCGILL, COUNTY CLERK

RUSK COUNTY, TEXAS

FILED FOR RECORD

Aug 29,2019 11:05A

TRUDY MCGILL,
COUNTY CLERK
RUSK COUNTY, TEXAS

By:Kathleen Andrews, DEPUT

Exhibit
#
3



53-121
(Rev.11-09/6)

# TEXAS UNCLAIMED PROPERTY
# GENERAL CLAIM FORM

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

| Claim number |
|---|
| **17001794** |



ALVESTER COLEMAN
3021 FORESTDALE LN

BALCH SPRINGS, TX 75180-1907

Mail To:  COMPTROLLER OF PUBLIC ACCOUNTS
Unclaimed Property Claims Section
P.O. Box 12046
Austin, TX 78711-2046

## CLAIMANT INFORMATION

| Name (Last) | (First) | (Middle) | (Maiden) | SSN / Estate or Trust Tax ID number |
|---|---|---|---|---|
| Additional owner (Last) | (First) | (Middle) | (Maiden) | Claimant SSN |
| Current mailing address | | | | Daytime phone (Area code and number) |
| City | | State | | ZIP code |
| E-mail address | | | | FAX (Area code and number) |

The named Claimant hereby certifies that this claim for property presumed abandoned is valid and just, that all statements herein are true and correct, and that upon payment of this claim said Claimant will indemnify and hold harmless the State of Texas, the Comptroller and its employees from any damages, claims, or losses of any kind resulting from the payment of the property to the Claimant.

| sign here ▶ | Claimant's signature | Date | Would you like to contribute all or part of your claim to the Match the Promise Foundation? |
|---|---|---|---|
| sign here ▶ | Additional owner's signature | Date | ☐ YES  ☐ NO         % |

## PLEASE COMPLETE, SIGN AND RETURN THE CLAIM FORM WITH A COPY OF YOUR IDENTIFICATION EVEN IF YOU ARE UNABLE TO PROVIDE ALL THE REQUESTED DOCUMENTS.

**1** PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 12/1/2002 | $2.03 |

**2** PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 10/1/2004 | $3.64 |

FOR INTERNAL USE ONLY

| Issued to | | | | Claim number |
|---|---|---|---|---|
| | | | | 17001794 |
| Approved by | Date | Number of properties | Total amount of claim | |
| | | 14 | $35.71 | |

If you have any questions regarding Unclaimed Property, you may call 1-800-321-2274.  The Austin number is 512/463-3040.

 53-123
(Rev 11-09/6)

# TEXAS UNCLAIMED PROPERTY
## CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code. To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

Claim number

**17001794**

Claimant name

**ALVESTER COLEMAN**

| 3 | PROPERTY INFORMATION -- FOR OFFICE USE ONLY | |
|---|---|---|
| Reported property owner<br>FANNIE MAE HOWARD | Reported additional owner | |
| Reported property address | | |
| Property type<br>CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company<br>PETRO-HUNT LLC | Last active date<br>10/1/2005 | Claimed amount<br>$5.08 |

| 4 | PROPERTY INFORMATION -- FOR OFFICE USE ONLY | |
|---|---|---|
| Reported property owner<br>FANNIE MAE HOWARD | Reported additional owner | |
| Reported property address | | |
| Property type<br>MINERAL ROYALTY | Description | |
| Reporting company<br>PETRO HUNT LLC | Last active date<br>8/1/1996 | Claimed amount<br>$10.33 |

| 5 | PROPERTY INFORMATION -- FOR OFFICE USE ONLY | |
|---|---|---|
| Reported property owner<br>FANNIE MAE HOWARD | Reported additional owner | |
| Reported property address<br>, TX | | |
| Property type<br>MINERAL ROYALTY | Description | |
| Reporting company<br>PETRO HUNT LLC | Last active date<br>11/30/2002 | Claimed amount<br>$1.90 |

| 6 | PROPERTY INFORMATION -- FOR OFFICE USE ONLY | |
|---|---|---|
| Reported property owner<br>FANNIE MAE HOWARD | Reported additional owner | |
| Reported property address | | |
| Property type<br>CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company<br>PETRO-HUNT LLC | Last active date<br>12/1/2000 | Claimed amount<br>$.60 |

| 7 | PROPERTY INFORMATION -- FOR OFFICE USE ONLY | |
|---|---|---|
| Reported property owner<br>FANNIE MAE HOWARD | Reported additional owner | |
| Reported property address | | |
| Property type<br>CURRENT PRODUCTION PAYMENT | Description | |
| Reporting company<br>PETRO-HUNT LLC | Last active date<br>6/1/2001 | Claimed amount<br>$1.60 |

 53-123
(Rev. 11-09/6)

# TEXAS UNCLAIMED PROPERTY
# CLAIM FORM SUPPLEMENT

*Under Ch. 559, Government Code, you are entitled to review, request, and correct information we have on file about you, with limited exceptions in accordance with Ch. 552, Government Code.*

*To request information for review or to request error correction, contact us at the address or toll-free number listed on this form.*

| Claim number |
|---|
| **17001794** |

| Claimant name |
|---|
| ALVESTER COLEMAN |

## 8 — PROPERTY INFORMATION -- FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE MAE HOWARD | | |
| Reported property address | | |
| | | |
| Property type | Description | |
| CURRENT PRODUCTION PAYMENT | | |
| Reporting company | Last active date | Claimed amount |
| PETRO-HUNT LLC | 12/1/2001 | $1.07 |

## 9 — PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address | | |
| PO BOX 1238  TATUM, TX  75691  401 | | |
| Property type | Description | |
| CAPITAL CREDIT DISTRIBUTION | | |
| Reporting company | Last active date | Claimed amount |
| RUSK COUNTY ELECTRIC COOP INC | 12/5/2007 | $1.81 |

## 10 — PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address | | |
| RR 1 BOX 225  TATUM, TX  75691  401 | | |
| Property type | Description | |
| CAPITAL CREDIT DISTRIBUTION | | |
| Reporting company | Last active date | Claimed amount |
| RUSK COUNTY ELECTRIC COOP INC | 12/5/2007 | $.49 |

## 11 — PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address | | |
| PO BOX 1238  TATUM, TX  75691-  401 | | |
| Property type | Description | |
| CAPITAL CREDIT DISTRIBUTION | | |
| Reporting company | Last active date | Claimed amount |
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2008 | $1.75 |

## 12 — PROPERTY INFORMATION - FOR OFFICE USE ONLY

| Reported property owner | Reported additional owner | |
|---|---|---|
| FANNIE HOWARD | | |
| Reported property address | | |
| RR 1 BOX 225  TATUM, TX  75691-  401 | | |
| Property type | Description | |
| CAPITAL CREDIT DISTRIBUTION | | |
| Reporting company | Last active date | Claimed amount |
| RUSK COUNTY ELECTRIC COOP INC | 12/3/2008 | $.47 |

Exhibit
#
4



# Ron J. Henson

## State Treasurer

**Louisiana Department of the Treasury**
**Unclaimed Property Division**

| | |
|---|---|
| Claim ID | 5593187 |
| Date | 09/25/2017 |

ALVESTER COLEMAN
REP EST OF FANNIE MAE HOWARD
3021 FORESTDALE LANE
BALCH SPRINGS, TX 75180

Dear Claimant:

The State of Louisiana Unclaimed Property Division is holding funds or securities for the individual(s) listed below in Section A. If you believe that you are the owner of the item(s) listed, complete Section B of this claim form. If we require additional documentation from you, it will be indicated in Section C and should be returned with the completed claim form.

There is no charge for this service. We appreciate the opportunity to be of assistance.

**ALL AREAS MUST BE COMPLETED BELOW:**

### A. Claimant Information

| | |
|---|---|
| Name(s) if different than above: | Daytime Phone: (   )   - |
| Current Street Address if different than above: | |

| City: | State: | Zip: |
|---|---|---|

| | |
|---|---|
| Email Address: | Date of Birth:   /   / |
| SSN: | |

### B. Property Information

| Owner | Company/Security Name | Type of Property | Property ID | Value |
|---|---|---|---|---|
| HOWARD FANNIE MAE<br>3116 DALTON ST<br>BATON ROUGE, LA 70805 | PETRO-HUNT LLC | **Type:** MI01: NET REVENUE INTEREST<br><br>**Report Year:** 2015 | 8226178<br><br>INTEREST CHECKBOX<br>INT CLAIMED___YES___NO<br>INT RATE_____ | Cash:<br><br>$29.13<br>Shares:<br><br>0.0000 |

| | | | | |
|---|---|---|---|---|
| **Total Shares Claimed** | 0.0000 | **Total Cash** | | $29.13 |

Exhibit
#
5

| Form **4506-T** (June 2019) Department of the Treasury Internal Revenue Service | **Request for Transcript of Tax Return** ▶ Do not sign this form unless all applicable lines have been completed. ▶ Request may be rejected if the form is incomplete or illegible. ▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| **1a** Name shown on tax return. If a joint return, enter the name shown first. Aluester Coleman | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) -539 |
| **2a** If a joint return, enter spouse's name shown on tax return. N/A | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
3722 Happy Canyon St. Dallas, TX 75241

**4** Previous address shown on the last return filed if different from line 3 (see instructions)
N/A

**5** Customer file number (if applicable) (see instructions)
N/A

Note: Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See What's New under Future Developments on Page 2 for additional information.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

**a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days  . . . . . ☑

**b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days  . ☐

**c** Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days  . . . . . . . ☑

**7** Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☑

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately. 12/31/2013   12/31/2014   12/31/2015   12/31/2016

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: This form must be received by IRS within 120 days of the signature date.

☑ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

| | Phone number of taxpayer on line 1a or 2a 214-309-8507 |

**Sign Here**

Aluester Coleman   | Signature (see instructions) | Date 6-2-2020

Aluester Coleman
Owner   Title (if line 1a above is a corporation, partnership, estate, or trust)
Date 6-2-2020

N/A   Spouse's signature   | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 37667N    Form **4506-T** (Rev. 6-2019)

Exhibit
#
A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Docket Nos.: 14040, 14041, and 14064 |
| | : | |

## ORDER

Upon consideration of (i) claim nos. 31018 and 62465 filed by Mr. Alvester
Coleman alleging that he may have been exposed to asbestos at the TCEH Debtors'
Martin Lake power plant located in Texas ("Mr. Coleman" and the "Coleman Claims"
each an "Unmanifested Asbestos Claim"); and (ii) the *Reorganized TCEH's Fifty-Third
Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH
Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001,
3003, and 3007, and Local Bankruptcy Rule 3007-1*, filed by Texas Competitive Electric
Holdings Company LLC ("Reorganized TCEH") on November 6, 2019 [D.I. 13879] (the
"TCEH Objection") which objected to the Coleman Claims; and (iii) the Court having
entered the *Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive)
Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant
to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local
Bankruptcy Rule 3007-1*, entered on December 19, 2019 [D.I. 13982] which allowed the
Coleman Claims in the total and collective amount of $2,754.00 (the "TCEH Objection
Order"); and (iv) and Mr. Coleman having filed the *Creditor's Motion to Amend Debtors in*

identical to the Motion for Reconsideration and the Court having entered the *Order* on February 28, 2020 [D.I. 14031] denying the Subsistence Motion for the reasons set forth on the record at the hearing on February 27, 2020; and (xi) Mr. Coleman having filed the *Creditor's Objection to Unsecured Claim Payment* on April 14, 2020 [D.I. 14040] (the "Unsecured Claim Payment Motion"); and (xii) Mr. Coleman having filed *Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries* also on April 14, 2020 [D.I. 14041] (the "Examiner Motion"); and (xiii) the Court having reviewed the *Reorganized TCEH's Response to (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041],* filed on May 20, 2020 [D.I. 14063]; and (xiv) the Court having reviewed the *Secure Creditor's Order to Lift Automatic Stay; Creditor's Order for All Relief to be Granted* filed by Mr. Coleman on May 26, 2020 [D.I. 14064]; and (xv) the Court having reviewed the Reorganized Debtors' *Notice of Filing of Supplemental Information* filed on May 27, 2020 [D.I. 14066]; and (xvi) the Court having heard arguments and statements related to both the Unsecured Claim Payment Motion and the Examiner Motion at the hearing on June 1, 2020 (collectively, the "Coleman Record"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the motions and the hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

Exhibit

#

I.

Alvester Coleman
Plaintiff

FILED
20 MAY 34   AM 10: 06
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
.....DEPUTY

Vs.

Petro-Hunt LLC
Defendant

DC-18-13807
Case No.

In The District
Court of
160 th

In The County of
Dallas County TX

## Plaintiff's Objection to Defendant's Motion Summary Judgment by written Submission

Plaintiff, Alvester Coleman responds to Defendant's Motion for Summary Judgement by written submission

Texas Civil Rule of Procedure state as follows:

The motion shall state with particularity the grounds upon which it is based and the substantial matters of law to be argued and shall specifically identify any affidavits, answers to interrogatories, admissions, depositions, and other materials. as would be admissable in evidence (summary judgement evidence) on which the movant relies.

**A.** The Defendant has Not shown that there is no genuine issue of material fact.

1) A Motion to Strike the Affidavit of Charles Gameros jr. and Walter P. Roach has been submitted in support of Plaintiff's Objection to Defendant's Summary Judgement by written submission. Upon information and belief, the creator of Motions was not employed with the original creditior at the time of the records, contracts, and division orders were prepared and maintained. Thus, the affiant's has not shown affirmatively that they're competent to testify as to the record-Keepings practices of the predecessor and that the records are trustworthy. In addition, the affiant's did Not attach records and further failed to provide support or facts that would be admissible as evidence. This presents a genuine issue of material fact that bars Summary judgement.

B. Defendant fail to state..... with particularity the grounds upon which their motion is based and the substantial matters of Law to be argued.

   1. Defendant's Motion consits only of Statements. No facts are stated and No law stated or cases are argued to support statements.

C. Defendant has failed to provide contrants

D. Defendant has failed to provide Division Order

E. Defendant has fail to provide any proof of Ownership.

F. Defendant has fail to provide detailed list of debts

G. Defendant has Not Responded to Request for Turnover.

H. Defendant has Not initiated Any Discovery.

   1. Discovery is ongoing and a Motion to Compel Discovery is in the record.

Discovery is expected to result in additional facts underlying Plaintiff's defenses, such as that Defendant's have loans in Default, and mismangement of my funds

For the foregoing reasons, Plaintiff respectfully request that the Defendant's Motion for Summary Judgement by written submission be Denied.

Respectfully submitted
Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241
214-309-8507
avcoleman1986@gmail.co

Page 4 of 4

Alvester Coleman
_Plaintiff_

Vs.

Petro-Hunt LLC
_Defendant_

DC-18-13807
Case No.

In The District Court
Of
160th

In The County of
Dallas County Texas

Notice of Trial Date
Non jury

FILED
20 APR 27 PM 12:22
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS

_____ DEPUTY

Please Take Notice of Non Jury Trial in the above styled case will be held on May 4____ 2020 time of 8:30 (a.m) p.m at 600 Commerce Street Dallas Tx courtroom 160th 6th floor 75202, Honorable Judge Aiesha Redmond presiding.

Respectfully Submitted
Alvester Coleman
3722 Happy Canyon St.
Dallas, TX 75241
214-309-8507