# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JasonSp | Date Created: 6/12/2020 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp       Alvester Coleman

                                                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Energy Future Holdings Corp.      Energy Plaza      1601 Bryan Street      Dallas, TX 75201
cr        Alvester Coleman      3722 Happy Canyon St.      Dallas, TX 75241
aty      Andrea Beth Schwartz      U.S. Department of Justice – Office of the U.S. Trustee      U.S. Federal Office Building      201 Varick Street, Rm 1006      New York, NY 10065
aty      Anthony V. Sexton      Kirkland & Ellis LLP      300 North LaSalle      Chicago, IL 60654
aty      Aparna Yenamandra      Kirkland & Ellis LLP      601 Lexington Avenue      New York, NY 10022
aty      Linda J. Casey      Office of United States Trustee      844 King Street      Suite 2207      Wilmington, DE 19801
aty      Richard L. Schepacarter      Office of the United States Trustee      U. S. Department of Justice      844 King Street, Suite 2207      Lockbox #35      Wilmington, DE 19801

                                                                                       TOTAL: 7