# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 6/12/2020 |
| Case: 14−10979−CSS | Form ID: van441 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        Alvester Coleman

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Alvester Coleman        3722 Happy Canyon St.        Dallas, TX 75241

TOTAL: 1