# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                            **Case No.:**14–10979–CSS

Energy Future Holdings Corp.

                                                                     **Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*
_____

Una O'Boyle, Clerk of Court

Date: 6/12/20
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                            Case No. 14-10979-CSS
Energy Future Holdings Corp.                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: JasonSp        Page 1 of 27        Date Rcvd: Jun 12, 2020
                           Form ID: van440      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
db         +Energy Future Holdings Corp.,   Energy Plaza,   1601 Bryan Street,   Dallas, TX 75201-3483
aty        +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
             U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-7016
aty        +Anthony V. Sexton,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty        +Aparna Yenamandra,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Linda J. Casey,   Office of United States Trustee,   844 King Street,   Suite 2207,
             Wilmington, DE 19801-3519
aty        +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
             844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
cr         +Alvester Coleman,   3722 Happy Canyon St.,   Dallas, TX 75241-5227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Alvester Coleman
                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                 Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
              Aaron C Baker   on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
              Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
              Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee astulman@potteranderson.com,
              lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com
              Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@adamhillerlaw.com
              Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@adamhillerlaw.com
              Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
              brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
              Holdings, Inc. landis@lrclaw.com,
              brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
              brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
              brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
              Albert  Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
              Alessandra  Glorioso   on behalf of Creditor   U.S. Bank National Association
              glorioso.alessandra@dorsey.com
              Alexa J. Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
              Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
              aashmore@dykema.com
              Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. amish@doshilegal.com
              Amy  Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
              Amy  Brown   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
              Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
              Partnership brown@braunhagey.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ana  Chilingarishvili   on behalf of Creditor    U.S. Bank National Association
           ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz   on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley   on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
           Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew G. Dietderich   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore   on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew J. Ehrlich   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           aehrlich@paulweiss.com, mao_fednational@paulweiss.com
          Andrew K Glenn   on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
           aglenn@kasowitz.com
          Andrew L Magaziner   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
           Creditors bankfilings@ycst.com
          Andrew R. Remming   on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
           Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
           andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.
           pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
          Ann M. Kashishian   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
           Noteholders amk@kashishianlaw.com
          Ann M. Kashishian   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders amk@kashishianlaw.com
          Ann M. Kashishian   on behalf of Attorney    Chipman Brown Cicero & Cole, LLP amk@kashishianlaw.com
          Anna  Grace   on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky   on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Arlene Rene Alves   on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
          Ashley Robert Altschuler   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
           Aaltschuler@mwe.com, WashingtonDocketing@mwe.com
          Ashley Robert Altschuler   on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
           Aaltschuler@mwe.com, WashingtonDocketing@mwe.com
          Barry  Kleiner   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership dkleiner@kkwc.com
          Barry G. Felder   on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com
          Barry G. Felder   on behalf of Interested Party    UMB BANK, N.A., as Trustee bgfelder@foley.com
          Barry G. Felder   on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
          Barry M. Klayman   on behalf of Interested Party    J Aron & Company bklayman@cozen.com
          Benjamin  Finestone   on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone   on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Stewart   on behalf of Creditor    Pinnacle Technical Resources, Inc.
           bstewart@baileybrauer.com,  eharper@baileybrauer.com;kbell@baileybrauer.com
          Benjamin J. Schladweiler   on behalf of Creditor    Apollo Advisors VII, L.P.
           cathersw@gtlaw.com;bankruptcydel@gtlaw.com
          Benjamin J. Schladweiler   on behalf of Defendant    Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com
          Benjamin J. Schladweiler   on behalf of Creditor    Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com
          Benjamin J. Schladweiler   on behalf of Creditor    Angelo Gordon & Co., LP
           cathersw@gtlaw.com;bankruptcydel@gtlaw.com
          Benjamin J. Schladweiler   on behalf of Defendant    Apollo Advisors VII, L.P.
           cathersw@gtlaw.com;bankruptcydel@gtlaw.com
          Benjamin J. Schladweiler   on behalf of Defendant    Angelo Gordon & Co., LP
           cathersw@gtlaw.com;bankruptcydel@gtlaw.com
          Benjamin W. Loveland   on behalf of Interested Party    Marathon Asset Management, LP
           benjamin.loveland@wilmerhale.com,  yolande.thompson@wilmerhale.com
          Bernard George Conaway   on behalf of Creditor    Doyenne Constructors, LLC bgc@conaway-legal.com
          Bernard Grover Johnson, III   on behalf of Creditor    Milam Appraisal District
           bjohnson@fisherboyd.com
          Bonnie R. Golub   on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam   on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
           baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
       Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
       Bradley R. Aronstam   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
       Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
       Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
           Creditors BMiller@mofo.com,   brett-miller-1388@ecf.pacerpro.com
       Brian Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com,
           george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
       Brian Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           bschartz@kirkland.com,
           george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
       Brian Tong   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
       Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
           bfarnan@farnanlaw.com,   tfarnan@farnanlaw.com
       Brian L. Arban   on behalf of Attorney Brian   Arban barban@hillerarban.com
       Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
           bkasprzak@moodklaw.com,   mike@lscd.com
       Brian W. Hockett   on behalf of Creditor   Accenture LLP bhockett@thompsoncoburn.com
       Bridget Gallerie   on behalf of Claims Agent   Epiq Corporate Restructuring, LLC
           Pacerteam@choosegcg.com
       Bridget Gallerie   on behalf of Claims Agent   Garden City Group, LLC Pacerteam@choosegcg.com
       Bridget Gallerie   on behalf of Other Prof.   Garden City Group, LLC Pacerteam@choosegcg.com
       Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
           mcavenaugh@jw.com
       Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
           CCB@stevenslee.com
       Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
           kboucher@gklaw.com
       Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
       Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           chusnick@kirkland.com
       Chantelle D'hae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
           mcclambc@ballardspahr.com,   ambroses@ballardspahr.com
       Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
           cbrown@gsbblaw.com
       Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com
       Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
           csalomon@beckerglynn.com,   mghose@beckerglynn.com;hhill@beckerglynn.com
       Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
           cfong@nixonpeabody.com
       Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
           cfong@nixonpeabody.com
       Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
           Creditors cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
           Creditors cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
       Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
           Chris.Mosley@fortworthtexas.gov,   Sharon.Floyd@fortworthtexas.gov
       Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
           christopher.carter@morganlewis.com
       Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
           Christopher.hayes@kirkland.com
       Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
       Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
           LLC csimon@crosslaw.com,   smacdonald@crosslaw.com
       Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
           LLC csimon@crosslaw.com,   smacdonald@crosslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
      crbelmonte@duanemorris.com,   pabosswick@duanemorris.com,nydocket@duanemorris.com,
      aesnow@duanemorris.com
      Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
      clark.whitmore@maslon.com
      Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
      crobinson@pszjlaw.com
      Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
      dboldissar@lockelord.com
      Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
      cstephenson@bk-legal.com
      Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
      curtishehn@comcast.net
      D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
      indenture trustee and collateral trustee rmartin@ropesgray.com
      Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
      dfliman@kasowitz.com,   Courtnotices@kasowitz.com
      Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
      daobrien@venable.com
      Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
      ("PIMCO") daobrien@venable.com
      Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
      ddenny@milbank.com
      Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
      RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
      RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
      RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
      defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
      rbgroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Generation Development Company LLC
      defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   Sandow Power Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Brighten Energy LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com,
      RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   Generation SVC Company defranceschi@rlf.com,
      RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   EFH Corporate Services Company RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Luminant Big Brown Mining Company LLC
      RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Holdings Company LP defranceschi@rlf.com,
      RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
      defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   Morgan Creek 7 Power Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Collin Power Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Company RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Lake Creek 3 Power Company LLC
      defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   DeCordova II Power Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Electric Company, Inc.
      RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
      defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   Luminant Renewables Company LLC
      defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Daniel J. DeFranceschi   on behalf of Debtor   TCEH Finance, Inc. rbgroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mineral Development Company LLC
      RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
      RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Lignite Company LLC RBGroup@rlf.com
      Daniel J. DeFranceschi   on behalf of Debtor   LSGT SACROC, Inc. RBGroup@rlf.com

```
District/off: 0311-1          User: JasonSp           Page 5 of 27            Date Rcvd: Jun 12, 2020
                              Form ID: van440         Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Daniel J. DeFranceschi    on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
         RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
         RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
          defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
          RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    NCA Resources Development Company LLC
          RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
         RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
         RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Energy Company, Inc.
          defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Electric Service Company, Inc.
          rbgroup@rlf.com
              Daniel K. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
          jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,   gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel K. Hogan   on behalf of Interested Party Meri  Bergschneider dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,
          Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,
          Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
           the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
          Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
           First Lien Administrative Agent dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel Stephen Smith   on behalf of Interested Party  United States on behalf of Environmental
           Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
          Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
           jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
           daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
           daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
           Inc. dneier@winston.com,  dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
          David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
           dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
          David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
           dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
          David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
           danthony@bergerharris.com,  mnicholls@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
           danthony@bergerharris.com,  mnicholls@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com,
           mnicholls@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
           danthony@bergerharris.com,  mnicholls@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com,
           mnicholls@bergerharris.com
          David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
           dfarrell@thompsoncoburn.com
          David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
           wkalawaia@swlaw.com
          David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
          David M. Klauder   on behalf of Interested Party   Former Disinterested Directors of Energy
           Future Holdings Corp. dklauder@bk-legal.com
          David M. Klauder   on behalf of Plaintiff   Energy Future Holdings Corp. dklauder@bk-legal.com
          David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
           dklauder@bk-legal.com
          David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
          David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
          David P. Primack   on behalf of Interested Party   Texas Competitive Electric Holdings Company
           LLC dprimack@mdmc-law.com,  scarney@mdmc-law.com
          David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
           scarney@mdmc-law.com
          David P. Primack   on behalf of Financial Advisor   Greenhill & Co., LLC dprimack@mdmc-law.com,
           scarney@mdmc-law.com
          David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
           scarney@mdmc-law.com
          David P. Primack   on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
           dprimack@mdmc-law.com,  scarney@mdmc-law.com
          David S. Rosner   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
           drosner@kasowitz.com,  courtnotices@kasowitz.com
          David W. Carickhoff   on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
           DE20@ecfcbis.com
          Davis Lee Wright   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dwright@rc.com,  idensmore@rc.com
          Dennis  Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
          Dennis L. Jenkins   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
          Derek C. Abbott   on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com,
           meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
           acerpro.com;derek-abbott-1155@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Derek C. Abbott    on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
               L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
               meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
               acerpro.com;derek-abbott-1155@ecf.pacerpro.com
              Derek C. Abbott    on behalf of Interested Party   Texas Energy Future Holdings Limited
               Partnership dabbott@mnat.com,
               meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
               acerpro.com;derek-abbott-1155@ecf.pacerpro.com
              Desiree M. Amador    on behalf of Creditor   Pension Benefit Guaranty Corporation
               amador.desiree@pbgc.gov, efile@pbgc.gov
              Diane W. Sanders    on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
              Donald K. Ludman    on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
              Duane David Werb    on behalf of Creditor   The Kansas City Southern Railway Company
               maustria@werbsullivan.com;riorii@werbsullivan.com
              Duane David Werb    on behalf of Creditor   BWM Services, LP
               maustria@werbsullivan.com;riorii@werbsullivan.com
              Ebony Cobb    on behalf of Creditor   Somervell County et al ecobb@pbfcm.com,
               rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
              Edward O. Sassower    on behalf of Debtor   Energy Future Holdings Corp.
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
              Edward O. Sassower    on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
              Edwin Kevin Camson    camson@drumcapital.com
              Elihu Ezekiel Allinson, III    on behalf of Creditor   Henry Pratt Company, LLC
               ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
              Elizabeth Banda Calvo    on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Banda Calvo    on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Ellen Slights    on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
              Ellen M. Halstead    on behalf of Defendant   Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Ellen M. Halstead    on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Epiq Corporate Restructuring, LLC    nmrodriguez@epiqsystems.com
              Eric Christopher Daucher    on behalf of Defendant   NextEra Energy, Inc.
               eric.daucher@nortonrosefulbright.com
              Eric Christopher Daucher    on behalf of Creditor   NextEra Energy Resources, LLC
               eric.daucher@nortonrosefulbright.com
              Erica J. Richards    on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
              Erik Schneider    on behalf of Interested Party   American Stock Transfer & Trust Company LLC
               eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com;
              Erik Schneider    on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
               eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com
              Erin A. West    on behalf of Interested Party   Fee Committee ewest@gklaw.com,
               kboucher@gklaw.com;elewerenz@gklaw.com
              Erin R Fay    on behalf of Interested Party   UMB BANK, N.A., as Trustee efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Creditor   UMB Bank, N.A. efay@bayardlaw.com, kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Interested Party   Bayard, P.A. efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
               The Liverpool Limited Partnership efay@bayardlaw.com, kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P. and
               The Liverpool Limited Partnership efay@bayardlaw.com, kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Interested Party   Ropes & Gray LLP efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay    on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
               Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
               Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com, kmccloskey@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
   kmccloskey@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
   Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
   L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
   kmccloskey@bayardlaw.com
Erin R Fay   on behalf of Creditor   UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
   Toggle Notes efay@bayardlaw.com,  kmccloskey@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
   kmccloskey@bayardlaw.com
Erin R Fay   on behalf of Interested Party   UMB Bank, N.A., as Indenture Trustee
   efay@bayardlaw.com,  kmccloskey@bayardlaw.com
Evan  Rassman   on behalf of Creditor   Knife River Corporation-South erassman@gsbblaw.com
Evan  Rassman   on behalf of Creditor   Sunrise Partners Limited Partnership erassman@gsbblaw.com
Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
   jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
   leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;mprice@milbank.com;aabell@milbank
   .com
Evan T. Miller   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
   and The Liverpool Limited Partnership emiller@bayardlaw.com,  kmccloskey@bayardlaw.com
Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
   Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
   kmccloskey@bayardlaw.com
Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
   csmith@fgllp.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
   fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@gsbblaw.com,
   frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
   fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@gsbblaw.com,
   frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services
   fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
Frank  Brame   on behalf of Interested Party   Texas Competitive Electric Holdings Company LLC
   frank@bramelawfirm.com
Frederick Brian Rosner   on behalf of Interested Party Paul  Keglevic rosner@teamrosner.com
Frederick Brian Rosner   on behalf of Interested Party Anthony  Horton rosner@teamrosner.com
Frederick Brian Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
   rosner@teamrosner.com
Frederick Brian Rosner   on behalf of Creditor   Mudrick Capital Management, L.P.
   rosner@teamrosner.com
G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
   Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
   alexbongartz@paulhastings.com
Garden City Group, LLC    PACERTeam@gardencitygroup.com
Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
   gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com
Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
   gdurstein@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
   gdurstein@dkhogan.com
Garvan F. McDaniel   on behalf of Creditor   Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com,
   gdurstein@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
   gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com
Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
George  Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
   Capital Adviser (Canada), L.P. gdavis@omm.com
George  Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
George  Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
   Administrative Agent gdavis@omm.com
George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
   Lien Administrative Agent gdavis@omm.com
George  Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pronskepc.com,
   lvargas@pronskepc.com;jkathman@pronskepc.com;mclontz@pronskepc.com
GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
   Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
   bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
   Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company
   gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
GianClaudio  Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
   Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

District/off: 0311-1          User: JasonSp          Page 9 of 27          Date Rcvd: Jun 12, 2020
                              Form ID: van440          Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
            Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
            bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
          Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
            Successor Indenture Trustee gsaydah@mmwr.com,  gilbert-saydah-6601@ecf.pacerpro.com
          Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
            and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,  nova.alindogan@ropesgray.com
          Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
            capacity as successor Indenture Trustee gtaylor@ashbygeddes.com
          Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
            Noteholders gtaylor@ashbygeddes.com
          Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
            gflasser@bayardlaw.com
          Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
            gflasser@bayardlaw.com
          Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
            gflasser@bayardlaw.com
          Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
            jdisanti@mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
            artlett@whitecase.com;aaron.colodny@whitecase.com;tamara_vanheel@whitecase.com;mbrown@whitecase.c
            om
          Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
            gweinstein@weinrad.com,  wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
          Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
            gstarner@whitecase.com,
            jdisanti@mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
            artlett@whitecase.com;aaron.colodny@whitecase.com;tamara_vanheel@whitecase.com;mbrown@whitecase.c
            om
          Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
            capacity as Indenture Trustee gstarner@whitecase.com,
            jdisanti@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
            artlett@whitecase.com;aaron.colodny@whitecase.com;tamara_vanheel@whitecase.com;mbrown@whitecase.c
            om
          Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
            gstarner@whitecase.com,
            jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
            artlett@whitecase.com;aaron.colodny@whitecase.com;tamara_vanheel@whitecase.com;mbrown@whitecase.c
            om
          Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com,
            gregory-donilon-6537@ecf.pacerpro.com
          Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
            hal.morris@oag.texas.gov,  shannon_benson@oag.texas.gov
          Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
            hal.morris@oag.texas.gov,  shannon_benson@oag.texas.gov
          Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
            hal.morris@oag.texas.gov,  shannon_benson@oag.texas.gov
          Helen Elizabeth Weller   on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Walnut Springs ISD
            dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Sulphur Springs ISD
            dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Helen Elizabeth Weller   on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Northeast TX Comm Coll Dist
                 dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    City of sulphur springs
                 dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
                Helen Elizabeth Weller   on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
                 Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
      dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
      dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
      Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
      Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
      howard.hawkins@cwt.com,  nyecfnotice@cwt.com
      Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
      howard.hawkins@cwt.com,  nyecfnotice@cwt.com
      Humayun Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
      maofiling@cgsh.com
      Humayun Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
      maofiling@cgsh.com
      J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
      jshrum@jshrumlaw.com
      J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@jshrumlaw.com
      J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
      under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
      Collateral Trustee, kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
      Indenture Trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
      and collateral trustee, kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
      Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
      indenture trustee and collateral trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
      Trustee and Collateral Trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
      Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
      Creditors jadlerstein@paulweiss.com
      James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
      tyeager@margolisedelstein.com
      James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
      jhuggett@margolisedelstein.com,  tyeager@margolisedelstein.com
      James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
      successor indenture trustee and collateral trustee james.millar@faegredrinker.com,
      Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James Michael Peck   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors jpeck@mofo.com
          James Michael Peck   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors jpeck@mofo.com
          James Robert Prince   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
          jim.prince@bakerbotts.com,  RORY.FONTENLA@BAKERBOTTS.COM
          James Robert Prince   on behalf of Interested Party   CenterPoint Energy Resources Corp.
          jim.prince@bakerbotts.com,  RORY.FONTENLA@BAKERBOTTS.COM
          James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
          Indenture Trustee MVicianza@ecf.inforuptcy.com
          James S. Yoder   on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson   on behalf of Creditor   Pacific Investment Management Co. LLC
          jedmonson@rc.com,  lshaw@rc.com
          Jamie Lynne Edmonson   on behalf of Interested Party   Pacific Investment Management Company LLC
          ("PIMCO") jedmonson@rc.com,  lshaw@rc.com
          Jarrett Vine   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett Vine   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
          jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Gibson   on behalf of Interested Party   Mudrick Capital Management L.P.
          gibson@teamrosner.com
          Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
          BKECF@traviscountytx.gov
          Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
          sybil.aytch@quarles.com
          Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron   on behalf of Interested Party   Vistra Energy f/k/a TCEH Corp. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EFH Finance (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EECI, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EFH FS Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EBASCO Services of Canada Limited madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
               madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plan Administrator   EFH Plan Administrator Board madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EFH Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EFH Australia (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
        rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
        rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
        madron@rlf.com,   rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
        madron@rlf.com,   rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,   rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
        rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
        madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
        rbgroup@rlf.com
        Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
        rbgroup@rlf.com
        Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
        Jason M. Madron   on behalf of Defendant   NCA Development Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   EFH FS Holdings Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   Luminant Energy Trading California Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,   rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
        madron@rlf.com,   rbgroup@rlf.com
        Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Defendant   LSGT SACROC, Inc. madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
        rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
        Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
        Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
        Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
        Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
        jwisler@connollygallagher.com
        Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
        Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
        Seidlets jwisler@connollygallagher.com
        Jeffrey M Gorris   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
        The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
        Limited Partnership jspeakman@friedlandergorris.com,
        jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
        Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
        jschlerf@foxrothschild.com,   ahrycak@foxrothschild.com
        Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
        jschlerf@foxrothschild.com
        Jeffrey M. Schlerf   on behalf of Interested Party   Reorganized EFH Debtors
        jschlerf@foxrothschild.com,   jhofmann@foxrothschild.com;ahrycak@foxrothschild.com
        Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
        jschlerf@foxrothschild.com,   ahrycak@foxrothschild.com
        Jeffrey M. Schlerf   on behalf of Interested Party   Sempra Energy jschlerf@foxrothschild.com,
        ahrycak@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeffrey M. Schlerf    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
              jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
              Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
              jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey R. Fine    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
              jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
              JSSabin@Venable.com
              Jeffrey S. Sabin    on behalf of Interested Party    Pacific Investment Management Company LLC
              ("PIMCO") JSSabin@Venable.com
              Jennifer Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors JMarines@mofo.com
              Jennifer R Sharret    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
              corporate-reorg-1449@ecf.pacerpro.com
              Jennifer R. Hoover    on behalf of Creditor    Michelin North America Inc. jhoover@beneschlaw.com,
              debankruptcy@beneschlaw.com
              Jennifer R. Hoover    on behalf of Interested Party    Fee Committee jhoover@beneschlaw.com,
              debankruptcy@beneschlaw.com
              Jennifer R. Hoover    on behalf of Attorney    Benesch, Friedlander, Coplan & Aronoff, LLP
              jhoover@beneschlaw.com,  debankruptcy@beneschlaw.com
              Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@hinckleyallen.com,
              calirm@haslaw.com
              Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
              jnewdeck@akingump.com,  ddunn@akingump.com
              Joanna Flynn Newdeck    on behalf of Interested Party    UMB BANK, N.A., as Trustee
              jnewdeck@akingump.com,  ddunn@akingump.com
              John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
              John D. Demmy    on behalf of Creditor    AEP Texas Central Company d/b/a American Electric Power
              Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
              robyn.warren@saul.com
              John D. Demmy    on behalf of Creditor    Rexel, Inc. john.demmy@saul.com,  robyn.warren@saul.com
              John D. Demmy    on behalf of Creditor    City of Dallas, Texas john.demmy@saul.com,
              robyn.warren@saul.com
              John G. Harris    on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
              mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    Avenue Capital Management II, LP
              jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
              jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
              jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
              mnicholls@bergerharris.com
              John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
              seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
              bk-jstern@oag.texas.gov,  sherri.simpson@oag.texas.gov
              John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
              John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
              Johnna Darby    on behalf of Interested Party    Steag Energy Services, Inc.
              jdarby@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
              Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation
              chatalian.jon@pbgc.gov,  efile@pbgc.gov
              Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@gpm-law.com
              Joseph Grey    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
              jgrey@crosslaw.com,  smacdonald@crosslaw.com
              Joseph Charles Barsalona II    on behalf of Debtor    Energy Future Holdings Corp.
              jbarsalona@mnat.com,
              joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@e
              cf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
              Joseph Charles Barsalona II    on behalf of Plaintiff    Energy Future Holdings Corp.
              jbarsalona@mnat.com,
              joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@e
              cf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
              Joseph D. Frank    on behalf of Interested Party    PI Law Firms jfrank@fgllp.com,
              mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
              Joseph D. Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
              mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
              Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
              mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
              Joseph D. Wright    on behalf of Defendant    NextEra Energy, Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joseph D. Wright    on behalf of Interested Party    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
            Holdings, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
            LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Interested Party    Charles H. Cremens. jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
            LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
            Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
            as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
            jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
            Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
            jmcmahon@ciardilaw.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
            Objectors jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc. josh@searcyfirm.com,
            ecf@searcyfirm.com
          Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
            klein@kleinllc.com
          Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
          Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
            ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
            kmayer@mccarter.com
          Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
            kboucher@gklaw.com
          Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
            kathleen.murphy@bipc.com, annette.dye@bipc.com
          Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
            kmiller@skjlaw.com, llb@skjlaw.com
          Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com, llb@skjlaw.com
          Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
          Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
            L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
            keith.wofford@ropesgray.com
          Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
            successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
            keith.wofford@ropesgray.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
            raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
          Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
            donna.dotts@btlaw.com
          Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
            pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
            Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
            Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
            Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
            kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
            Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
            Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
            klippman@munsch.com,  lpannier@munsch.com
          Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
            debankruptcy@beneschlaw.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
            Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
            Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
            LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
            bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
            its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
            Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
            kjarashow@goodwinprocter.com
          Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
            the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
            Indenture Trustee kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
            in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
            llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
            kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurtzman Carson Consultants LLC    info@kccllc.com,  ecfpleadings@kccllc.com
          L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
            learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
          L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
            learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
          L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
            docketclerk@stoel.com;april.mellen@stoel.com
          L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc.
            kgood@potteranderson.com,
            cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
          L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
            kgood@potteranderson.com,
            cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
          Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
            lshipkovitz@tuckerlaw.com
          Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee
            lpeterson@lowis-gellen.com
          Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lpeterson@lowis-gellen.com
          Laura  Davis  Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
            ljones@pszjlaw.com
          Laura  Davis  Jones    on behalf of Interested Party    Second Lien Indenture Trustee
            ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
            Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
            lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
            Objectors ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
            ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
            Second Lien Group ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Laura  Davis  Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
           ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
           EFIH Second Lien Group  ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura Davis  Jones   on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
           Second Lien Group ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
           Objectors ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    Second Lien Indenture Trustee
           ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
           ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
           EFIH Second Lien Group  ljones@pszjlaw.com
          Laurel D. Roglen   on behalf of Interested Party   Henry C. de Groh Revocable Trust
           roglenl@ballardspahr.com,  ambroses@ballardspahr.com
          Laurie Selber Silverstein   on behalf of Interested Party    EFIH First Lien DIP Agent
           bankruptcy@potteranderson.com
          Laurie Selber Silverstein   on behalf of Interested Party    Deutsche Bank AG New York Branch
           bankruptcy@potteranderson.com
          Learon John Bird   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
          Lee Harrington   on behalf of Interested Party    American Stock Transfer & Trust Company LLC
           lharrington@nixonpeabody.com
          Lee B. Gordon   on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
           tleday@ecf.courtdrive.com,
           bankruptcy@mvbalaw.com;jwilliams@mvba;alocklin@mvbalaw.com;kmorriss@mvbalaw.com
          Linda J. Casey   on behalf of U.S. Trustee    U.S. Trustee Linda.Casey@usdoj.gov
          Lindsay  Zahradka   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
           Noteholders lzahradka@akingump.com
          Lindsay  Zahradka   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           lzahradka@akingump.com
          Lino  Mendiola, III   on behalf of Interested Party    Titus County Fresh Waster Supply District
           No. 1 linomendiola@andrewskurth.com
          Lino  Mendiola, III   on behalf of Interested Party    Titus County Fresh Water Supply District
           No. 1 linomendiola@andrewskurth.com
          Lisa Cresci McLaughlin   on behalf of Interested Party    Fee Committee mmo@pgmhlaw.com
          Lorenzo  Marinuzzi   on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
          Louis A. Curcio   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee louis.curcio@troutman.com,  john.murphy@troutman.com
          Lucian Borders Murley   on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
           luke.murley@saul.com,  robyn.warren@saul.com
          Lucian Borders Murley   on behalf of Creditor    Accenture LLP luke.murley@saul.com,
           robyn.warren@saul.com
          Marc J. Phillips   on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
           mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
           mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips   on behalf of Creditor    Steering Committee of Cities Served by Oncor
           mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
          Marc Stephen Casarino   on behalf of Creditor    Google, Inc. casarinom@whiteandwilliams.com,
           debankruptcy@whiteandwilliams.com
          Maria A. Bove   on behalf of Interested Party    Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo marias@goldmclaw.com,
           marias@ecf.courtdrive.com
          Maria Aprile Sawczuk   on behalf of Interested Party    Sierra Club marias@goldmclaw.com,
           marias@ecf.courtdrive.com
          Mark  Minuti   on behalf of Creditor    Electric Reliability Council of Texas, Inc.
           mark.minuti@saul.com,  robyn.warren@saul.com
          Mark Andrew Fink   on behalf of Interested Party    The Official Committee of Unsecured Creditors
           of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
           Inc.; and EECI, Inc. (EFH Committee) mfink@rc.com,
           mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) mfink@rc.com,
           mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink   on behalf of Spec. Counsel    Montgomery, McCracken, Walker & Rhoads, LLP
           mfink@rc.com,  mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
           Finance Inc., and EECI, Inc. mfink@rc.com,  mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. mfink@rc.com,  mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark Charles 2009npfdEllenberg    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy
    Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
    michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com,
Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp.
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
    KOTWICK@SEWKIS.COM
Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral Agent
    and First Lien Administrative Agent KOTWICK@SEWKIS.COM
Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
    olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
Mark D. Olivere    on behalf of Interested Party    Berkshire Hathaway Energy Company
    olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
Mark E. Felger Esq.    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
Mark E. Felger Esq.    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
    opetukhova@foley.com
Mark F. Hebbeln    on behalf of Interested Party    UMB BANK, N.A., as Trustee mhebbeln@foley.com,
    jsorrels@foley.com,opetukhova@foley.com
Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
    desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
    LLC desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
    desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
    mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
    mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
    Holdings, Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Convertible Opportunity Master Fund
    mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Defendant    NextEra Energy, Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. ,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Distressed Opportunities Master Fund
    mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
    mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Marathon Asset Management, LP mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
    II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    mbrown@whitecase.com
Matthew G. Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
    ambroses@ballardspahr.com
Matthew G. Summers    on behalf of Creditor    Louisiana Energy Services, LLC
    summersm@ballardspahr.com, ambroses@ballardspahr.com
Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
    Noteholders mlahaie@akingump.com
Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
    mlahaie@akingump.com
Michael A. Paskin    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
    mpaskin@cravath.com
Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
    debaecke@blankrome.com
Michael David DeBaecke    on behalf of Creditor    Wilmington Trust, N.A., as Successor TCEH First
    Lien Administrative Agent and Successor TCEH First Lien Collateral Agent
    mdebaecke@ashbygeddes.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael David DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
             mdebaecke@ashbygeddes.com
          Michael David DeBaecke    on behalf of Defendant    Wilmington Trust, N.A., as First Lien
             Collateral Agent mdebaecke@ashbygeddes.com
          Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
             Agent and First Lien Administrative Agent debaecke@blankrome.com
          Michael G. Busenkell    on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
             comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party    Tannor Partners Credit Fund LP
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Marathon Asset Management, LP
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Mudrick Capital Management, L.P.
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party    York Capital Management Global Advisors,
             LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party    Marathon Asset Management, LP
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Sunrise Partners Limited Partnership
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
             mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
             Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
             Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
          Michael H. Torkin    on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
          Michael Joseph Joyce    on behalf of Interested Party    Fidelity Management & Research Company
             mjoyce@mjlawoffices.com
          Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
             by Fidelity Management & Research Company or its affiliates mjoyce@mjlawoffices.com
          Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
             sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@mjlawoffices.com
          Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
             matchley@popehardwicke.com
          Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
             matchley@popehardwicke.com
          Michael P. Esser    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
             michael.esser@kirkland.com
          Michael P. Esser    on behalf of Plaintiff    Energy Future Holdings Corp.
             michael.esser@kirkland.com
          Michael P. Esser    on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
          Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
             Objectors mmcmahon@cullenanddykman.com
          Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
             mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
             tsalter@jw.com;ldooley@jw.com
          Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) NRamsey@rc.com,
             natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com
          Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
             Finance, Inc., and EECI, Inc. NRamsey@rc.com,
             natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com
          Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
             Trustee under the TCEH 11.5% Senior Secured Notes Indenture nglassman@bayardlaw.com,
             kmccloskey@bayardlaw.com
          Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
             Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
             bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal    on behalf of Defendant    Brookfield Asset Management Private Institutional
             Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com
Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
  nicole.mignone@texasattorneygeneral.gove
Noah Hagey   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
  Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
  Partnership hagey@braunhagey.com
Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
  m;lmorton@coleschotz.com
Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
  indenture trustee and collateral trustee npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
  m;lmorton@coleschotz.com
Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
  Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
  m;lmorton@coleschotz.com
Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
  Collateral Trustee, npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
  m;lmorton@coleschotz.com
Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
  Indenture Trustee npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
  m;lmorton@coleschotz.com
Odalisa Polanco   on behalf of Creditor   Claims Recovery Group LLC
  allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
  omar.alaniz@bakerbotts.com
Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
  omar.alaniz@bakerbotts.com
Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
  tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
  tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
  pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
  pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
  pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
  pwp@pattiprewittlaw.com
Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
Paul D. Moak   on behalf of Interested Party   Alcoa Inc. pmoak@mckoolsmith.com,
  nsauter@mckoolsmith.com
Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
  bankfilings@ycst.com
Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
  Second Lien Group pkeane@pszjlaw.com, keanep93039@notify.bestcase.com
Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
  nacif.taousse@lw.com;ny-courtmail@lw.com
Philip Anker   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
  indenture trustee and collateral trustee philip.anker@wilmerhale.com,  whmao@wilmerhale.com
Philip Anker   on behalf of Interested Party   Marathon Asset Management, LP
  philip.anker@wilmerhale.com,  whmao@wilmerhale.com
R. Craig Martin   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
  craig.martin@dlapiper.com,  carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
R. Craig Martin   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
  craig.martin@dlapiper.com,  carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
  spappa@svglaw.com,cwalters@svglaw.com
R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
  bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com;nrainey@potteranderson.com
Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
  bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
  Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
  lien notes and the holders thereof. rringer@kramerlevin.com,
  AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
  rlemisch@klehr.com
Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Raymond H. Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
      rlemisch@klehr.com
      Raymond Howard Lemisch    on behalf of Creditor    UMB Bank, N.A., as Indenture Trustee to the EFIH
      Senior Toggle Notes rlemisch@klehr.com
      Raymond Howard Lemisch    on behalf of Interested Party    UMB BANK, N.A., as Trustee
      rlemisch@klehr.com
      Raymond Howard Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
      Rebecca A. Hayes    on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
      Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
      rhayes@foley.com
      Reed A. Heiligman    on behalf of Interested Party    PI Law Firms rheiligman@fgllp.com,
      ccarpenter@fgllp.com
      Reed A. Heiligman    on behalf of Creditor    Experian Information Solutions, Inc.
      rheiligman@fgllp.com,   ccarpenter@fgllp.com
      Reed A. Heiligman    on behalf of Creditor    Experian Marketing Solutions, Inc.
      rheiligman@fgllp.com,   ccarpenter@fgllp.com
      Richard A. Barkasy    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
      rbarkasy@schnader.com
      Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
      rbarkasy@schnader.com
      Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
      rbarkasy@schnader.com
      Richard L. Schepacarter    on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
      Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company of Canada
      rfeinstein@pszjlaw.com
      Robert J. Feinstein    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
      Objectors rfeinstein@pszjlaw.com
      Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company, N.A.
      rfeinstein@pszjlaw.com
      Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and
      Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
      Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
      Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. rmalone@gibbonslaw.com
      Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
      bankfilings@ycst.com
      Ryan M. Bartley    on behalf of Defendant    Vistra Energy Corp. bankfilings@ycst.com
      Sabrina L. Streusand    on behalf of Interested Party Allen  Shrode streusand@slollp.com,
      prentice@slollp.com
      Samuel Lee Moultrie    on behalf of Creditor    RailWorks Track System, Inc.
      cathersw@gtlaw.com;bankruptcydel@gtlaw.com
      Scott D. Cousins    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
      and The Liverpool Limited Partnership scousins@bayardlaw.com,   kmccloskey@bayardlaw.com
      Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
      scousins@bayardlaw.com,   kmccloskey@bayardlaw.com
      Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
      Noteholders scousins@bayardlaw.com,   kmccloskey@bayardlaw.com
      Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
      scousins@bayardlaw.com,   kmccloskey@bayardlaw.com
      Scott J. Leonhardt    on behalf of Interested Party Paul  Keglevic leonhardt@teamrosner.com
      Scott J. Leonhardt    on behalf of Interested Party Anthony  Horton leonhardt@teamrosner.com
      Scott L. Alberino    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
      salberino@akingump.com
      Scott L. Alberino    on behalf of Interested Party    UMB BANK, N.A., as Trustee
      salberino@akingump.com
      Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
      maofiling@cgsh.com;afee@cgsh.com
      Sean A. O'Neal    on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
      maofiling@cgsh.com;afee@cgsh.com
      Sean M. Brennecke    on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
      Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
      Creditors skatona@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
      cmcintire@buchalter.com
      Simon E. Fraser    on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com,
      sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
      Simon E. Fraser    on behalf of Interested Party    J Aron & Company sfraser@cozen.com,
      sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
      Simon E. Fraser    on behalf of Interested Party    J. Aron & Company sfraser@cozen.com,
      sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
      Simon E. Fraser    on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com,
      sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
      Stacey Kremling    on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
      Stacy L. Newman    on behalf of Interested Party    Union Pacific Railroad Company
      snewman@ashby-geddes.com
      Stacy L. Newman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
      capacity as successor Indenture Trustee snewman@ashby-geddes.com
      Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
      moody@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephanie   Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
            Objectors stephanie.wickouski@bclplaw.com,   dortiz@bclplaw.com
          Stephanie   Wickouski    on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com,
            dortiz@bclplaw.com
          Stephanie   Wickouski    on behalf of Defendant    Computershare Trust Company of Canada
            stephanie.wickouski@bclplaw.com,   dortiz@bclplaw.com
          Stephanie   Wickouski    on behalf of Defendant    Computershare Trust Company, N.A.
            stephanie.wickouski@bclplaw.com,   dortiz@bclplaw.com
          Stephen  Karotkin   on behalf of Plaintiff    Third Avenue Management LLC
            stephen.karotkin@weil.com,   frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
            frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff    Avenue Capital Management II, LP
            stephen.karotkin@weil.com,   frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff    P. Schoenfeld Asset Management LP
            stephen.karotkin@weil.com,   frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff    York Capital Management Global Advisors, LLC
            stephen.karotkin@weil.com,   frank.grese@weil.com
          Stephen C. Stapleton   on behalf of Creditor    Atmos Energy Corporation
            sstapleton@cowlesthompson.com
          Stephen D Lerner   on behalf of Interested Party    ArcelorMittal USA LLC
            stephen.lerner@squirepb.com,   sarah.conley@squirepb.com
          Stephen M. Miller   on behalf of Creditor    Law Debenture Trust Company of New York, in its
            capacity as Indenture Trustee smiller@morrisjames.com,   wweller@morrisjames.com
          Steven A. Ginther   on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
          Steven N. Serajeddini   on behalf of Debtor    Energy Future Holdings Corp.
            steven.serajeddini@kirkland.com
          Steven N. Serajeddini   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
            steven.serajeddini@kirkland.com
          Stuart M. Brown   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
            stuart.brown@dlapiper.com,   stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
            stuart.brown@dlapiper.com,   stuart-brown-7332@ecf.pacerpro.com
          Susan E. Kaufman   on behalf of Creditor    Tarrant Regional Water District
            skaufman@skaufmanlaw.com
          Theodore J. Tacconelli   on behalf of Interested Party    Freestone County Appraisal District
            ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party    Titus County Appraisal District
            ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party    Rusk County Appraisal District
            ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Creditor    Freestone County, Texas
            ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party    Robertson County Appraisal District
            ttacconelli@ferryjoseph.com
          Thomas F. Driscoll, III   on behalf of Debtor    Energy Future Holdings Corp. tdriscoll@tbf.legal,
            mdunwody@tbf.legal
          Thomas J. Moloney   on behalf of Interested Party    J Aron & Company tmoloney@cgsh.com
          Thomas J. Moloney   on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
          Thomas M. Horan   on behalf of Debtor    Energy Future Holdings Corp. thoran@foxrothschild.com,
            mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
          Thomas M. Horan   on behalf of Plaintiff    Energy Future Holdings Corp. thoran@foxrothschild.com,
            mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
          Thomas M. Horan   on behalf of Attorney    Shaw Fishman Glantz & Towbin LLC
            thoran@foxrothschild.com,   mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
          Thomas M. Horan   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
            thoran@foxrothschild.com,   mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
          Thomas Ross Hooper   on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
            Agent hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Interested Party    Wilmington Trust, N.A. hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
            Agent and First Lien Administrative Agent hooper@sewkis.com
          Tina Niehold Moss   on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
            Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
            nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
            tmoss@perkinscoie.com,
            nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Interested Party    Delaware Trust Company as Successor Trustee
            under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
            nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tobey M. Daluz   on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
            Fund daluz@ballardspahr.com,   ambroses@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant    Japan Trustee Services Bank Ltd. as trustee of Fidelity
            High Yield Bond Open Mother Fund daluz@ballardspahr.com,   ambroses@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
              ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
              Portfolio daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
              daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
              Income Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
              daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
              US High Yield Pool daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
              Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
              daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
              daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com,
              ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
              daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
              daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
              Income Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank, Ltd. as trustee of
              Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
              Advantage Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
            Tobey M. Daluz   on behalf of Defendant   Fidelity Investments daluzt@ballardspahr.com,
              ambroses@ballardspahr.com
            Todd  Phillips   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
              tphillips@capdale.com,  cecilia-guerrero-caplin-6140@ecf.pacerpro.com
            Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
              cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
            Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
            Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
            Travis J. Ferguson   on behalf of Creditor   NextEra Energy Resources, LLC ferguson@lrclaw.com,
              dellose@lrclaw.com;ramirez@lrclaw.com
            Tyler D. Semmelman   on behalf of Debtor   DeCordova II Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Eagle Mountain Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   TXU Energy Receivables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   TXU Electric Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Martin Lake 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Generation Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Luminant Generation Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Luminant Mineral Development Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Texas Utilities Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   Southwestern Electric Service Company, Inc.
              semmelman@rlf.com,  rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   EFH FS Holdings Company semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   4Change Energy Holdings LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   EFH Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
            Tyler D. Semmelman   on behalf of Debtor   EFH CG Management Company LLC semmelman@rlf.com,
              rbgroup@rlf.com

District/off: 0311-1          User: JasonSp          Page 25 of 27          Date Rcvd: Jun 12, 2020
                             Form ID: van440        Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
                   semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
                   semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                   semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                   semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
                   semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                   semmelman@rlf.com,    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                   rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                     rbgroup@rlf.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              Victoria D. Garry    on behalf of Interested Party    Ohio Department of Taxation
                     vgarry@ag.state.oh.us
              Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
                     vlazar@jenner.com
              Vincent E. Lazar    on behalf of Interested Party    Charles H. Cremens. vlazar@jenner.com
              Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
                     Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
                     Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                     indenture trustee and collateral trustee wusatine@coleschotz.com,  pratkowiak@coleschotz.com
              Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
                     mao-bk-ecf@debevoise.com
              William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
                     Bankruptcy001@sha-llc.com
              William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                     rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                     rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
                     rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                     rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                     rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                     rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Romanowicz     on behalf of Debtor     Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz     on behalf of Debtor     Energy Future Competitive Holdings Company LLC
           rbgroup@rlf.com
          William A. Romanowicz     on behalf of Debtor     EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz     on behalf of Debtor     Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz     on behalf of Debtor     4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz     on behalf of Debtor     Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz     on behalf of Debtor     EFH Renewables Company LLC rbgroup@rlf.com
          William D. Sullivan    on behalf of Creditor     Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor     Westinghouse Electric Company LLC
           wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.    on behalf of Interested Party     Berkshire Hathaway Energy Company
           chipman@chipmanbrown.com,  dero@chipmanbrown.com;fusco@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Intervenor-Defendant     Ad Hoc Committee of EFIH Unsecured
           Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com;fusco@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Interested Party     EFIH Second Lien DIP Commitment Parties
           chipman@chipmanbrown.com,  dero@chipmanbrown.com;fusco@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Creditor     Cellco Partnership d/b/a Verizon Wireless
           bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William Mark Alleman, Jr    on behalf of Interested Party     Fee Committee WAlleman@beneschlaw.com,
           debankruptcy@beneschlaw.com
          William P. Weintraub    on behalf of Creditor     Aurelius Capital Management, LP
           wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party     Wilmington Savings Fund Society, FSB, in
           its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro    on behalf of Debtor     Energy Future Holdings Corp. shapiro@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                              TOTAL: 1031