# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                                      **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                              **Chapter:** 11

Notice of Filing Fee(s) Due<br>Re: Docket # 14077

Dear Mr. Coleman:

☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 298.00 is now due.

☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

☑ On 6/12/20, you filed a document in the above–captioned case that requires a filing fee of $ 298.00 be paid to the Court.

Notes:

**Please remit funds to the Court at the following address by no later than 6/19/20.**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 6/12/20                                                          By:  Donna Capell, Deputy Clerk

(VAN–441)

United States Bankruptcy Court
District of Delaware

In re:                                                    Case No. 14-10979-CSS
Energy Future Holdings Corp.                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: DMC            Page 1 of 27        Date Rcvd: Jun 12, 2020
                           Form ID: van441      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
cr            +Alvester Coleman,   3722 Happy Canyon St.,   Dallas, TX 75241-5227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Alvester Coleman
                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
              Aaron C Baker   on behalf of Fee Examiner Richard Gitlin acb@pgslaw.com
              Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
              Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee astulman@potteranderson.com,
               lhuber@potteranderson.com;cgibbe@potteranderson.com;bankruptcy@potteranderson.com
              Adam Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@adamhillerlaw.com
              Adam Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@adamhillerlaw.com
              Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
               brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
               Holdings, Inc. landis@lrclaw.com,
               brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
               brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
               brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
              Albert Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
              Alessandra Glorioso   on behalf of Creditor   U.S. Bank National Association
               glorioso.alessandra@dorsey.com
              Alexa J. Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
              Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
               aashmore@dykema.com
              Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. amish@doshilegal.com
              Amy Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com, kim@purduelaw.com
              Amy Brown   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
               Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
               Partnership brown@braunhagey.com
              Ana Chilingarishvili   on behalf of Creditor   U.S. Bank National Association
               ana.chilingarishvili@maslon.com
              Andrea Beth Schwartz   on behalf of U.S. Trustee   U.S. Trustee andrea.b.schwartz@usdoj.gov
              Andrea Stone Hartley   on behalf of Creditor   Siemens Energy, Inc. f/k/a Siemens Power
               Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
              Andrew G. Dieterich   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
              Andrew Glenn Devore   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee andrew.devore@ropesgray.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Andrew J. Ehrlich   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
  aehrlich@paulweiss.com, mao_fednational@paulweiss.com
Andrew K Glenn   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
  aglenn@kasowitz.com
Andrew L Magaziner   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
  Creditors bankfilings@ycst.com
Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
  Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
  andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.
  pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
Ann M. Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
  Noteholders amk@kashishianlaw.com
Ann M. Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
  Noteholders amk@kashishianlaw.com
Ann M. Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP amk@kashishianlaw.com
Anna Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
  eastern.taxcivil@usdoj.gov
Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
  Aaltschuler@mwe.com, WashingtonDocketing@mwe.com
Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
  Aaltschuler@mwe.com, WashingtonDocketing@mwe.com
Barry Kleiner   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
  and The Liverpool Limited Partnership dkleiner@kkwc.com
Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
  bgfelder@foley.com
Barry G. Felder   on behalf of Interested Party   UMB BANK, N.A., as Trustee bgfelder@foley.com
Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
  benjaminfinestone@quinnemanuel.com
Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
  benjaminfinestone@quinnemanuel.com
Benjamin Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
  benjaminfinestone@quinnemanuel.com
Benjamin Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
  bstewart@baileybrauer.com, eharper@baileybrauer.com;kbell@baileybrauer.com
Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
  cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Defendant   Brookfield Asset Management Private
  Institutional Capital Adviser (Canada), L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
  Institutional Capital Adviser (Canada), L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
  cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
  cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
  cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin W. Loveland   on behalf of Interested Party   Marathon Asset Management, LP
  benjamin.loveland@wilmerhale.com, yolanda.thompson@wilmerhale.com
Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC bgc@conaway-legal.com
Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
  bjohnson@fisherboyd.com
Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
Bradley R. Aronstam   on behalf of Defendant   Angelo Gordon & Co., LP baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Defendant   Apollo Advisors VII, L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Other Prof.   Longhorn Capital GS L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
  baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
  Capital Adviser (Canada), L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Bradley R. Aronstam   on behalf of Defendant    Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Brett H. Miller   on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
          Brian Schartz   on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
          george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
          Brian Schartz   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          bschartz@kirkland.com,
          george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
          Brian Tong   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
          Brian E Farnan   on behalf of Interested Party    Forest Creek Wind Farm, LLC
          bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
          Brian L. Arban   on behalf of Attorney Brian   Arban barban@hillerarban.com
          Brian Lucian Kasprzak   on behalf of Interested Party    Fireman's Fund Insurance Company
          bkasprzak@moodklaw.com, mike@lscd.com
          Brian W. Hockett   on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
          Bridget Gallerie   on behalf of Claims Agent    Epiq Corporate Restructuring, LLC
          Pacerteam@choosegcg.com
          Bridget Gallerie   on behalf of Claims Agent    Garden City Group, LLC Pacerteam@choosegcg.com
          Bridget Gallerie   on behalf of Other Prof.    Garden City Group, LLC Pacerteam@choosegcg.com
          Bruce J. Ruzinsky   on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
          mcavenaugh@jw.com
          Camille C. Bent   on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
          CCB@stevenslee.com
          Carla O. Andres   on behalf of Interested Party    Fee Committee candres@gklaw.com,
          kboucher@gklaw.com
          Chad J. Husnick   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          chusnick@kirkland.com
          Chad J. Husnick   on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Chantelle D'nae McClamb   on behalf of Interested Party    Simeio Solutions, Inc.
          mcclambc@ballardspahr.com, ambroses@ballardspahr.com
          Charles J. Brown   on behalf of Interested Party    Emerson Network Power Liebert Services
          cbrown@gsbblaw.com
          Charles J. Brown   on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com
          Chester B. Salomon   on behalf of Creditor    Securitas Security Services USA, Inc.
          csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com
          Christopher Fong   on behalf of Interested Party    American Stock Transfer & Trust Company LLC
          cfong@nixonpeabody.com
          Christopher Fong   on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
          cfong@nixonpeabody.com
          Christopher A. Ward   on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher B. Mosley   on behalf of Creditor    City of Fort Worth
          Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
          Christopher L. Carter   on behalf of Creditor    Pacific Investment Management Co. LLC
          christopher.carter@morganlewis.com
          Christopher M Hayes   on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
          Christopher.hayes@kirkland.com
          Christopher Michael De Lillo   on behalf of Debtor    Energy Future Holdings Corp. delillo@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Christopher Page Simon   on behalf of Interested Party    American Stock Transfer & Trust Company,
          LLC csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Interested Party    American Stock Transfer & Trust Company
          LLC csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher R. Belmonte   on behalf of Interested Party    Moody's Analytics, Inc.
          crbelmonte@duanemorris.com, pabosswick@duanemorris.com;nydocket@duanemorris.com,
          aesnow@duanemorris.com
          Clark T. Whitmore   on behalf of Creditor    U.S. Bank National Association
          clark.whitmore@maslon.com
          Colin R. Robinson   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
          crobinson@pszjlaw.com
          Corby Davin Boldissar   on behalf of Interested Party    BP America Production Company
          dboldissar@lockelord.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
                cstephenson@bk-legal.com
              Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
                curtishehn@comcast.net
              D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee rmartin@ropesgray.com
              Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
                dfliman@kasowitz.com,  Courtnotices@kasowitz.com
              Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
                daobrien@venable.com
              Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
                ("PIMCO") daobrien@venable.com
              Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
                ddenny@milbank.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation Development Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
                rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation SVC Company defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Big Brown Mining Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Holdings Company LP defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lake Creek 3 Power Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Electric Company, Inc.
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Renewables Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TCEH Finance, Inc. RBgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mineral Development Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation MT Company LLC defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
               Daniel J. DeFranceschi   on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Pipeline Company, Inc.
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Daniel J. DeFranceschi   on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
                RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Plaintiff  Energy Future Intermediate Holding Company LLC
                RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
                RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
                rbgroup@rlf.com
               Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
               Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
                jmcmahon@ciardilaw.com
               Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Meri  Bergschneider dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
                gdurstein@dkhogan.com,
               Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
                the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
               Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
                First Lien Administrative Agent dshamah@omm.com
               Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel S. Shamah    on behalf of Defendant    Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant    Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant    Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel Stephen Smith    on behalf of Interested Party    United States on behalf of Environmental
              Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
              Danielle M. Audette    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com jason.bartlett@whitecase.com
              Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              David Neier    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital Holdings,
              Inc. dneier@winston.com,  dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
              David Neier    on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
              dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
              David Neier    on behalf of Defendant    NextEra Energy, Inc. dneier@winston.com,
              dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
              David B. Anthony    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
              danthony@bergerharris.com,  mnicholls@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
              danthony@bergerharris.com,  mnicholls@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    Avenue Capital Management II, LP
              danthony@bergerharris.com,  mnicholls@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com,
              mnicholls@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com,
              mnicholls@bergerharris.com
              David Daniel Farrell    on behalf of Creditor    Martin Engineering Company
              dfarrell@thompsoncoburn.com
              David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
              wkalawaia@swlaw.com
              David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
              David M. Klauder    on behalf of Interested Party    Former Disinterested Directors of Energy
              Future Holdings Corp. dklauder@bk-legal.com
              David M. Klauder    on behalf of Plaintiff    Energy Future Holdings Corp. dklauder@bk-legal.com
              David M. Klauder    on behalf of Financial Advisor    SOLIC Capital Advisors, LLC
              dklauder@bk-legal.com
              David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
              David N. Deaconson    on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
              David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
              LLC dprimack@mdmc-law.com,  scarney@mdmc-law.com
              David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
              scarney@mdmc-law.com
              David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
              scarney@mdmc-law.com
              David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
              scarney@mdmc-law.com
              David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
              dprimack@mdmc-law.com,  scarney@mdmc-law.com
              David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
              drosner@kasowitz.com,  courtnotices@kasowitz.com
              David W. Carickhoff    on behalf of Interested Party Allen    Shrode dcarickhoff@archerlaw.com,
              DE20@ecfcbis.com
              Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) dwright@rc.com,  idensmore@rc.com
              Dennis Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
              Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
              Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
              meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
              acerpro.com;derek-abbott-1155@ecf.pacerpro.com
              Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
              L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
              meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
              acerpro.com;derek-abbott-1155@ecf.pacerpro.com
              Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
              Partnership dabbott@mnat.com,
              meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
              acerpro.com;derek-abbott-1155@ecf.pacerpro.com
              Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
              amador.desiree@pbgc.gov,  efile@pbgc.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Diane W. Sanders   on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
          Diane W. Sanders   on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
          Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@browncconnery.com
          Duane David Werb   on behalf of Creditor   The Kansas City Southern Railway Company
           maustria@webrsullivan.com;riorii@webrsullivan.com
          Duane David Werb   on behalf of Creditor   BWM Services, LP
           maustria@webrsullivan.com;riorii@webrsullivan.com
          Eboney  Cobb   on behalf of Creditor   Somervell County et al ecobb@pbfcm.com,
           rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
           steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
           ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
          Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
           ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
          Edwin Kevin Camson   camson@drumcapital.com
          Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
           ZAllinson@SHA-LLC.com,   ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen  Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
          Ellen M. Halstead   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Epiq Corporate Restructuring, LLC   nmrodriguez@epiqsystems.com
          Eric Christopher Daucher   on behalf of Defendant   NextEra Energy, Inc.
           eric.daucher@nortonrosefulbright.com
          Eric Christopher Daucher   on behalf of Creditor   NextEra Energy Resources, LLC
           eric.daucher@nortonrosefulbright.com
          Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
          Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com
          Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com
          Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
           kboucher@gklaw.com;elewerenz@gklaw.com
          Erin R Fay   on behalf of Interested Party   UMB BANK, N.A., as Trustee efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Creditor   UMB Bank, N.A. efay@bayardlaw.com,  kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Bayard, P.A. efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P. and
           The Liverpool Limited Partnership efay@bayardlaw.com,  kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
           The Liverpool Limited Partnership efay@bayardlaw.com,  kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Ropes & Gray LLP efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
           Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
           Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,  kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
           Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
           L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Creditor   UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
           Toggle Notes efay@bayardlaw.com,  kmccloskey@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
           kmccloskey@bayardlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erin R Fay    on behalf of Interested Party    UMB Bank, N.A., as Indenture Trustee
    efay@bayardlaw.com, kmccloskey@bayardlaw.com
Evan  Rassman    on behalf of Creditor    Sunrise Partners Limited Partnership erassman@gsbblaw.com
Evan  Rassman    on behalf of Creditor    Knife River Corporation-South erassman@gsbblaw.com
Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
    jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
    leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;mprice@milbank.com;aabell@milbank
    .com
Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
    Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
    kmccloskey@bayardlaw.com
Evan T. Miller    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
    and The Liverpool Limited Partnership emiller@bayardlaw.com, kmccloskey@bayardlaw.com
Frances  Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
    csmith@fgllp.com
Francis A. Monaco,  Jr.    on behalf of Interested Party    AMECO Inc. fmonaco@gsbblaw.com,
    frankmonacojr@gmail.com
Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Enterprises Inc.
    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Corporation fmonaco@gsbblaw.com,
    frankmonacojr@gmail.com
Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Global Services
    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
Francis A. Monaco,  Jr.    on behalf of Interested Party    American Equipment Company Inc.
    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
Frank  Brame    on behalf of Interested Party    Texas Competitive Electric Holdings Company LLC
    frank@bramelawfirm.com
Frederick Brian Rosner    on behalf of Interested Party Paul  Keglevic rosner@teamrosner.com
Frederick Brian Rosner    on behalf of Interested Party Anthony  Horton rosner@teamrosner.com
Frederick Brian Rosner    on behalf of Interested Party    Mudrick Capital Management L.P.
    rosner@teamrosner.com
Frederick Brian Rosner    on behalf of Creditor    Mudrick Capital Management, L.P.
    rosner@teamrosner.com
G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
    Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
    alexbongartz@paulhastings.com
Garden City Group, LLC    PACERTeam@gardencitygroup.com
Garvan F. McDaniel    on behalf of Interested Party    Contrarian Capital Management, LLC
    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
Garvan F. McDaniel    on behalf of Other Prof.    Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
    gdurstein@dkhogan.com
Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
    gdurstein@dkhogan.com
Garvan F. McDaniel    on behalf of Creditor    Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com,
    gdurstein@dkhogan.com
Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
Gary F. Seitz    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
George  Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com
George  Davis    on behalf of Defendant    Brookfield Asset Management Private Institutional
    Capital Adviser (Canada), L.P. gdavis@omm.com
George  Davis    on behalf of Defendant    Apollo Advisors VII, L.P. gdavis@omm.com
George  Davis    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
    Administrative Agent gdavis@omm.com
George  Davis    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as First
    Lien Administrative Agent gdavis@omm.com
George  Davis    on behalf of Defendant    Angelo Gordon & Co., LP gdavis@omm.com
Gerrit M. Pronske    on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pronskepc.com,
    lvargas@pronskepc.com;jkathman@pronskepc.com;mclontz@pronskepc.com
GianClaudio  Finizio    on behalf of Interested Party    Delaware Trust Company as Successor
    Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;kmccloskey@bayardlaw.
GianClaudio  Finizio    on behalf of Interested Party    Delaware Trust Company
    gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
GianClaudio  Finizio    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
GianClaudio  Finizio    on behalf of Interested Party    CSC Trust Company of Delaware, as
    Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
GianClaudio  Finizio    on behalf of Interested Party    Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed
    Successor Indenture Trustee gsaydah@mmwr.com, gilbert-saydah-6601@ecf.pacerpro.com
Gregg M. Galardi    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
    and The Liverpool Limited Partnership gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
Gregory A. Taylor    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
    capacity as successor Indenture Trustee gtaylor@ashbygeddes.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
Noteholders gtaylor@ashbygeddes.com
Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
gflasser@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
gflasser@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
gflasser@bayardlaw.com
Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
om
Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
gweinstein@weinrad.com, wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
gstarner@whitecase.com,
jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
om
Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
capacity as Indenture Trustee gstarner@whitecase.com,
jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
om
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
gstarner@whitecase.com,
jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
om
Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com,
gregory-donilon-6537@ecf.pacerpro.com
Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
hal.morris@oag.texas.gov, shannon.benson@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
hal.morris@oag.texas.gov, shannon.benson@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
hal.morris@oag.texas.gov, shannon.benson@oag.texas.gov
Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Walnut Springs ISD
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Clay county dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Lee County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Irving isd dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Sulphur Springs ISD
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Archer County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   City of Coppell dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Franklin ISD dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Slocum ISD dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Fort Bend County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Coppell ISD dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Smith County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Kerens ISD dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Hunt County dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
          dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
          dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
              Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
              Humayun  Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
              Humayun  Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
              J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
              jshrum@jshrumlaw.com
              J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@jshrumlaw.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
              and collateral trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
              Trustee and Collateral Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
              otz.com;jford@coleschotz.com;lmorton@coleschotz.com
              Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
              Creditors jadlerstein@paulweiss.com
              James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
              tyeager@margolisedelstein.com
              James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
              jhuggett@margolisedelstein.com,  tyeager@margolisedelstein.com
              James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee james.millar@faegredrinker.com,
              Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
              James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jpeck@mofo.com
              James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors jpeck@mofo.com
              James Robert Prince    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
              jim.prince@bakerbotts.com,  RORY.FONTENLA@BAKERBOTTS.COM
              James Robert Prince    on behalf of Interested Party    CenterPoint Energy Resources Corp.
              jim.prince@bakerbotts.com,  RORY.FONTENLA@BAKERBOTTS.COM

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
          Indenture Trustee MVicinanza@ecf.inforuptcy.com
          James S. Yoder   on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson   on behalf of Creditor   Pacific Investment Management Co. LLC
          jedmonson@rc.com,  lshaw@rc.com
          Jamie Lynne Edmonson   on behalf of Interested Party   Pacific Investment Management Company LLC
          ("PIMCO") jedmonson@rc.com,  lshaw@rc.com
          Jarrett  Vine   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett  Vine   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
          jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Gibson   on behalf of Interested Party   Mudrick Capital Management L.P.
          gibson@teamrosner.com
          Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
          BKECF@traviscountytx.gov
          Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
          sybil.aytch@quarles.com
          Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron   on behalf of Interested Party   Vistra Energy f/k/a TCEH Corp. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EECI, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant    EFH FS Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant    EBASCO Services of Canada Limited madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plan Administrator    EFH Plan Administrator Board madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant    EFH Renewables Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant    EFH Australia (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com, rbgroup@rlf.com
               Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
                rbgroup@rlf.com
               Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
                madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
               Jason M. Madron   on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
                rbgroup@rlf.com
               Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
                rbgroup@rlf.com
               Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
               Jason M. Madron   on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Defendant   NCA Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
               Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com
               Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Defendant   LSGT SACROC, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Defendant   EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
               Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
               Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
                Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
                Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
               Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
                jwisler@connollygallagher.com
               Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
                Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
                Seidlets jwisler@connollygallagher.com
               Jeffrey M Gorris   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
                The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
                Limited Partnership jspeakman@friedlandergorris.com,
                jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
               Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
                jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
               Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
                jschlerf@foxrothschild.com
               Jeffrey M. Schlerf   on behalf of Interested Party   Reorganized EFH Debtors
                jschlerf@foxrothschild.com,  jhofmann@foxrothschild.com;ahrycak@foxrothschild.com
               Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
                jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
               Jeffrey M. Schlerf   on behalf of Interested Party   Sempra Energy jschlerf@foxrothschild.com,
                ahrycak@foxrothschild.com
               Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
                jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
               Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
                jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
               Jeffrey R. Fine   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
                jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
               Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
                JSSabin@Venable.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey S. Sabin   on behalf of Interested Party   Pacific Investment Management Company LLC
  ("PIMCO") JSSabin@Venable.com
Jennifer  Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
  Creditors JMarines@mofo.com
Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
  corporate-reorg-1449@ecf.pacerpro.com
Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
  debankruptcy@beneschlaw.com
Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
  debankruptcy@beneschlaw.com
Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
  jhoover@beneschlaw.com,  debankruptcy@beneschlaw.com
Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
  calirm@haslaw.com
Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
  jnewdeck@akingump.com,  ddunn@akingump.com
Joanna Flynn Newdeck   on behalf of Interested Party   UMB BANK, N.A., as Trustee
  jnewdeck@akingump.com,  ddunn@akingump.com
John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy   on behalf of Creditor   Rexel, Inc. john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
  Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
  robyn.warren@saul.com
John D. Demmy   on behalf of Creditor   City of Dallas, Texas john.demmy@saul.com,
  robyn.warren@saul.com
John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
  mnicholls@bergerharris.com
John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
  seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
  bk-jstern@oag.texas.gov,  sherri.simpson@oag.texas.gov
John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
Johnna  Darby   on behalf of Interested Party   Steag Energy Services, Inc.
  jdarby@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
  chatalian.jon@pbgc.gov,  efile@pbgc.gov
Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
Joseph  Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
  jgrey@crosslaw.com,  smacdonald@crosslaw.com
Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
  jbarsalona@mnat.com,
  joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@e
  cf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
  jbarsalona@mnat.com,
  joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@e
  cf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
Joseph D. Wright   on behalf of Defendant   NextEra Energy, Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph D. Wright   on behalf of Interested Party   NextEra Energy, Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
  Holdings, Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
   LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
   dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
   dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Interested Party    Charles H. Cremens. jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
   LLC jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
   Lien Administrative Agent jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
   as First Lien Administrative Agent jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
   jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
   Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com
Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
   jmcmahon@ciardilaw.com
Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
   jbrody@kramerlevin.com,
   adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
   .pacerpro.com
Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
   Objectors jbrody@kramerlevin.com,
   adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
   .pacerpro.com
Joshua K. Brody    on behalf of Creditor    Computershare Trust Company, N.A., and
   Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
   Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
   adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
   .pacerpro.com
Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
   jbrody@kramerlevin.com,
   adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
   .pacerpro.com
Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc. josh@searcyfirm.com,
   ecf@searcyfirm.com
Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
   klein@kleinllc.com
Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
   Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
   Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
   ("PIMCO") kbifferato@connollygallagher.com
Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
   kmayer@mccarter.com
Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
   kboucher@gklaw.com
Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
   kathleen.murphy@bipc.com, annette.dye@bipc.com
Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
   kmiller@skjlaw.com, llb@skjlaw.com
Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com, llb@skjlaw.com
Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
   L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
   keith.wofford@ropesgray.com
Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
   successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
   keith.wofford@ropesgray.com
Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
   raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
   donna.dotts@btlaw.com
Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
   pgroff@btlaw.com;Kathy.lytle@btlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
               kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
              Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
               klippman@munsch.com,  lpannier@munsch.com
              Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
               debankruptcy@beneschlaw.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
               Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
               Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
               LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
               bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
               its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
               Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
               kjarashow@goodwinprocter.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
               the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee kgwynne@reedsmith.com,
               llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
               in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
               llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
               kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurtzman Carson Consultants LLC    info@kccllc.com,  ecfpleadings@kccllc.com
              L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
               docketclerk@stoel.com;april.mellen@stoel.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
               learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
              L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc.
               kgood@potteranderson.com,
               cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
              L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
               kgood@potteranderson.com,
               cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
               lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee
               lpeterson@lowis-gellen.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lpeterson@lowis-gellen.com
              Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
               Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
               lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee
               ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
               ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
               Second Lien Group ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
               EFIH Second Lien Group ljones@pszjlaw.com,  efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
               Second Lien Group ljones@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Laura Davis Jones  on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com
          Laura Davis Jones  on behalf of Interested Party    Second Lien Indenture Trustee
               ljones@pszjlaw.com
          Laura Davis Jones  on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com
          Laura Davis Jones  on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
               EFIH Second Lien Group ljones@pszjlaw.com
          Laurel D. Roglen  on behalf of Interested Party    Henry C. de Groh Revocable Trust
               roglenl@ballardspahr.com, ambroses@ballardspahr.com
          Laurie Selber Silverstein  on behalf of Interested Party    EFIH First Lien DIP Agent
               bankruptcy@potteranderson.com
          Laurie Selber Silverstein  on behalf of Interested Party    Deutsche Bank AG New York Branch
               bankruptcy@potteranderson.com
          Learon John Bird  on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
          Lee Harrington  on behalf of Interested Party    American Stock Transfer & Trust Company LLC
               lharrington@nixonpeabody.com
          Lee B. Gordon  on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
               tleday@ecf.courtdrive.com,
               bankruptcy@mvbalaw.com;jwilliams@mvba;alocklin@mvbalaw.com;kmorriss@mvbalaw.com
          Linda J. Casey  on behalf of U.S. Trustee    U.S. Trustee Linda.Casey@usdoj.gov
          Lindsay Zahradka  on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders lzahradka@akingump.com
          Lindsay Zahradka  on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               lzahradka@akingump.com
          Lino Mendiola, III  on behalf of Interested Party    Titus County Fresh Waster Supply District
               No. 1 linomendiola@andrewskurth.com
          Lino Mendiola, III  on behalf of Interested Party    Titus County Fresh Water Supply District
               No. 1 linomendiola@andrewskurth.com
          Lisa Cresci McLaughlin  on behalf of Interested Party    Fee Committee mmo@pgmhlaw.com
          Lorenzo Marinuzzi  on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
          Louis A. Curcio  on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee louis.curcio@troutman.com, john.murphy@troutman.com
          Lucian Borders Murley  on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
               luke.murley@saul.com, robyn.warren@saul.com
          Lucian Borders Murley  on behalf of Creditor    Accenture LLP luke.murley@saul.com,
               robyn.warren@saul.com
          Marc J. Phillips  on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
               mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips  on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
               mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
          Marc J. Phillips  on behalf of Creditor    Steering Committee of Cities Served by Oncor
               mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
          Marc Stephen Casarino  on behalf of Creditor    Google, Inc. casarinom@whiteandwilliams.com,
               debankruptcy@whiteandwilliams.com
          Maria A. Bove  on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk  on behalf of Creditor Miguel Oliveras Caraballo marias@goldmclaw.com,
               marias@ecf.courtdrive.com
          Maria Aprile Sawczuk  on behalf of Interested Party    Sierra Club marias@goldmclaw.com,
               marias@ecf.courtdrive.com
          Mark Minuti  on behalf of Creditor    Electric Reliability Council of Texas, Inc.
               mark.minuti@saul.com, robyn.warren@saul.com
          Mark Andrew Fink  on behalf of Interested Party    The Official Committee of Unsecured Creditors
               of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
               Inc.; and EECI, Inc. (EFH Committee) mfink@rc.com,
               mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink  on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) mfink@rc.com,
               mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink  on behalf of Spec. Counsel    Montgomery, McCracken, Walker & Rhoads, LLP
               mfink@rc.com, mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink  on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance Inc., and EECI, Inc. mfink@rc.com, mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Andrew Fink  on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. mfink@rc.com, mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
          Mark Charles 2009npfdEllenberg  on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy
               Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
               michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
          Mark D. Collins  on behalf of Debtor    Energy Future Holdings Corp.
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
          KOTWICK@SEWKIS.COM
          Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
          and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
          Mark D. Olivere   on behalf of Interested Party   Berkshire Hathaway Energy Company
          olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
          Mark E. Felger Esq.   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark E. Felger Esq.   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
          kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
          Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
          opetukhova@foley.com
          Mark F. Hebbeln   on behalf of Interested Party   UMB BANK, N.A., as Trustee mhebbeln@foley.com,
          jsorrels@foley.com,opetukhova@foley.com
          Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
          LLC desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
          desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
          desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
          mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
          mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
          mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Defendant   NextEra Energy, Inc. mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc.
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
          mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
          mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
          II, LP, and NWP Indian Mesa Wind Farm, LP. mcguire@lrclaw.com,
          rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
          Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          mbrown@whitecase.com
          Matthew G. Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com,
          ambroses@ballardspahr.com
          Matthew G. Summers   on behalf of Creditor   Louisiana Energy Services, LLC
          summersm@ballardspahr.com, ambroses@ballardspahr.com
          Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
          Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
          Noteholders mlahaie@akingump.com
          Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          mlahaie@akingump.com
          Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
          mpaskin@cravath.com
          Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
          debaecke@blankrome.com
          Michael David DeBaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
          Lien Administrative Agent and Successor TCEH First Lien Collateral Agent
          mdebaecke@ashbygeddes.com
          Michael David DeBaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
          Collateral Agent mdebaecke@ashbygeddes.com
          Michael David DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
          mdebaecke@ashbygeddes.com
          Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
          Agent and First Lien Administrative Agent debaecke@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael G. Busenkell    on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Interested Party    Tannor Partners Credit Fund LP
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor    Marathon Asset Management, LP
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Interested Party    York Capital Management Global Advisors,
LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor    Mudrick Capital Management, L.P.
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Interested Party    Marathon Asset Management, LP
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor    Sunrise Partners Limited Partnership
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
mbusenkell@gsbblaw.com
Michael G. Busenkell    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
Michael H. Torkin    on behalf of Creditor Committee    The Official Committee of Unsecured
Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
Michael Joseph Joyce    on behalf of Interested Party    Fidelity Management & Research Company
mjoyce@mjlawoffices.com
Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
by Fidelity Management & Research Company or its affiliates mjoyce@mjlawoffices.com
Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@mjlawoffices.com
Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
matchley@popehardwicke.com
Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
matchley@popehardwicke.com
Michael P. Esser    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
michael.esser@kirkland.com
Michael P. Esser    on behalf of Plaintiff    Energy Future Holdings Corp.
michael.esser@kirkland.com
Michael P. Esser    on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
Objectors mmcmahon@cullenanddykman.com
Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
tsalter@jw.com;ldooley@jw.com
Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
Finance, Inc., and EECI, Inc. (EFH Committee) NRamsey@rc.com,
natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com
Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
Finance Inc., and EECI, Inc. NRamsey@rc.com,
natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com
Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
Trustee under the TCEH 11.5% Senior Secured Notes Indenture nglassman@bayardlaw.com,
kmccloskey@bayardlaw.com
Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
bankserve@bayardfirm.com,  nglassman@bayardfirm.com
Nicholas D. Mozal    on behalf of Defendant    Brookfield Asset Management Private Institutional
Capital Adviser (Canada), L.P. nmozal@ramllp.com
Nicholas D. Mozal    on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
Nicholas D. Mozal    on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
Nicholas D. Mozal    on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com
Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
nicole.mignone@texasattorneygeneral.gove

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Noah  Hagey   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
              Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
              Partnership hagey@braunhagey.com
              Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m;lmorton@coleschotz.com
              Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m;lmorton@coleschotz.com
              Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m;lmorton@coleschotz.com
              Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m;lmorton@coleschotz.com
              Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
              Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
              m;lmorton@coleschotz.com
              Odalisa  Polanco   on behalf of Creditor   Claims Recovery Group LLC
              allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
              Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
              omar.alaniz@bakerbotts.com
              Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
              omar.alaniz@bakerbotts.com
              Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
              Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
              Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
              pwp@pattiprewittlaw.com
              Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
              Paul D. Moak   on behalf of Interested Party   Alcoa Inc. pmoak@mckoolsmith.com,
              nsauter@mckoolsmith.com
              Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
              Second Lien Group pkeane@pszjlaw.com,  keanepr93029@notify.bestcase.com
              Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
              Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
              nacif.taousse@lw.com;ny-courtmail@lw.com
              Philip  Anker   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee philip.anker@wilmerhale.com,  whmao@wilmerhale.com
              Philip  Anker   on behalf of Interested Party   Marathon Asset Management, LP
              philip.anker@wilmerhale.com,  whmao@wilmerhale.com
              R. Craig Martin   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
              craig.martin@dlapiper.com,  carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
              R. Craig Martin   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
              craig.martin@dlapiper.com,  carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
              R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
              spappa@svglaw.com,cwalters@svglaw.com
              R. Stephen  McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
              bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com;nrainey@potteranderson.com
              Rachel  Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
              bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
              Rachel  Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. rringer@kramerlevin.com,
              AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
              Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
              Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A., as Indenture Trustee to the EFIH
              Senior Toggle Notes rlemisch@klehr.com
              Raymond Howard Lemisch   on behalf of Interested Party   UMB BANK, N.A., as Trustee
              rlemisch@klehr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
              Rebecca A. Hayes    on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
              Rebecca A. Hayes    on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
               rhayes@foley.com
              Reed A. Heiligman    on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
               ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor   Experian Information Solutions, Inc.
               rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor   Experian Marketing Solutions, Inc.
               rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Richard A. Barkasy    on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
               rbarkasy@schnader.com
              Richard A. Barkasy    on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
               rbarkasy@schnader.com
              Richard A. Barkasy    on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
               rbarkasy@schnader.com
              Richard L. Schepacarter    on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
              Robert J. Feinstein    on behalf of Defendant   Computershare Trust Company of Canada
               rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Defendant   Computershare Trust Company, N.A.
               rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Interested Party   Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone    on behalf of Interested Party   CITIBANK, N.A. rmalone@gibbonslaw.com
              Ryan M. Bartley    on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
               bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Defendant   Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand    on behalf of Interested Party Allen   Shrode streusand@slollp.com,
               prentice@slollp.com
              Samuel Lee Moultrie    on behalf of Creditor   RailWorks Track System, Inc.
               cathersw@gtlaw.com;bankruptcydel@gtlaw.com
              Scott D. Cousins    on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
               and The Liverpool Limited Partnership scousins@bayardlaw.com,  kmccloskey@bayardlaw.com
              Scott D. Cousins    on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
               scousins@bayardlaw.com,  kmccloskey@bayardlaw.com
              Scott D. Cousins    on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
               Noteholders scousins@bayardlaw.com,  kmccloskey@bayardlaw.com
              Scott D. Cousins    on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
               scousins@bayardlaw.com,  kmccloskey@bayardlaw.com
              Scott J. Leonhardt    on behalf of Interested Party Paul   Keglevic leonhardt@teamrosner.com
              Scott J. Leonhardt    on behalf of Interested Party Anthony   Horton leonhardt@teamrosner.com
              Scott L. Alberino    on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
               salberino@akingump.com
              Scott L. Alberino    on behalf of Interested Party   UMB BANK, N.A., as Trustee
               salberino@akingump.com
              Sean A. O'Neal    on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal    on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke    on behalf of Creditor   UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona    on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson    on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Simon E. Fraser    on behalf of Creditor   Goldman Sachs Lending Partners LLC sfraser@cozen.com,
               sshidner@cozen.com/simon-fraser-1269@ecf.pacerpro.com
              Simon E. Fraser    on behalf of Interested Party   J Aron & Company sfraser@cozen.com,
               sshidner@cozen.com/simon-fraser-1269@ecf.pacerpro.com
              Simon E. Fraser    on behalf of Interested Party   J. Aron & Company sfraser@cozen.com,
               sshidner@cozen.com/simon-fraser-1269@ecf.pacerpro.com
              Simon E. Fraser    on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com,
               sshidner@cozen.com/simon-fraser-1269@ecf.pacerpro.com
              Stacey Kremling    on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman    on behalf of Interested Party   Union Pacific Railroad Company
               snewman@ashby-geddes.com
              Stacy L. Newman    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr    on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
               moody@ecf.inforuptcy.com
              Stephanie Wickouski    on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
              Stephanie Wickouski    on behalf of Interested Party   Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com,
               dortiz@bclplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
       stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
       Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
       stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
       Stephen  Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
       stephen.karotkin@weil.com,  frank.grese@weil.com
       Stephen  Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
       frank.grese@weil.com
       Stephen  Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
       stephen.karotkin@weil.com,  frank.grese@weil.com
       Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
       stephen.karotkin@weil.com,  frank.grese@weil.com
       Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
       stephen.karotkin@weil.com,  frank.grese@weil.com
       Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
       sstapleton@cowlesthompson.com
       Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
       stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
       Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
       capacity as Indenture Trustee smiller@morrisjames.com,  wweller@morrisjames.com
       Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
       Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
       steven.serajeddini@kirkland.com
       Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
       steven.serajeddini@kirkland.com
       Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
       stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
       Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
       stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
       Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
       skaufman@skaufmanlaw.com
       Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
       ttacconelli@ferryjoseph.com
       Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
       ttacconelli@ferryjoseph.com
       Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
       ttacconelli@ferryjoseph.com
       Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
       ttacconelli@ferryjoseph.com
       Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
       ttacconelli@ferryjoseph.com
       Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
       mdunwody@tbf.legal
       Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
       Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
       Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@foxrothschild.com,
       mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
       Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@foxrothschild.com,
       mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
       Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC
       thoran@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
       Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
       thoran@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
       Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
       Agent hooper@sewkis.com
       Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
       Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
       Agent and First Lien Administrative Agent hooper@sewkis.com
       Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
       Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
       nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
       Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
       tmoss@perkinscoie.com,
       nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
       Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
       under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
       nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
       Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
       Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
       Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
       High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
       Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
       ambroses@ballardspahr.com
       Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
       Portfolio daluzt@ballardspahr.com,  ambroses@ballardspahr.com
       Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
       daluzt@ballardspahr.com,  ambroses@ballardspahr.com

District/off: 0311-1          User: DMC                Page 24 of 27              Date Rcvd: Jun 12, 2020
                              Form ID: van441           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series II: Fidelity Advisor Strategic
            Income Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
            daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series  US Dollar Monthly Income
            US High Yield Pool daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
            daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
            Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
            daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company
            daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com,
            ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
            daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
            Income Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series I: Fidelity Advisor High Income
            Advantage Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
            Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
           Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com,
            ambroses@ballardspahr.com
           Todd  Phillips    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
            tphillips@capdale.com,  cecilia-guerrero-caplin-6140@ecf.pacerpro.com
           Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
            successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
            cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
           Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
           Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
           Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
            dellose@lrclaw.com;ramirez@lrclaw.com
           Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
            semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
            semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
            semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
            semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
            semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Attorney    Kirkland & Ellis LLP semmelman@rlf.com,
            rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | |
|---|---|---|
| Tyler D. Semmelman | on behalf of Debtor | Generation MT Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | NCA Resources Development Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Big Brown Lignite Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Texas Energy Industries Company, Inc. semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | TXU Energy Retail Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Dallas Power & Light Company, Inc. semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Monticello 4 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Luminant Energy Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Collin Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Texas Power & Light Company, Inc. semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Oak Grove Management Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | EFH Australia (No. 2) Holdings Company semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | EFH Finance (No. 2) Holdings Company semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | 4Change Energy Company semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Lone Star Pipeline Company, Inc. semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Luminant Energy Trading California Company semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Luminant ET Services Company semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Luminant Big Brown Mining Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Luminant Renewables Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Luminant Mining Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | TXU Retail Services Company semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Lone Star Energy Company, Inc. semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Texas Competitive Electric Holdings Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Big Brown 3 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Oak Grove Mining Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Texas Electric Service Company, Inc. semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Generation SVC Company semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Defendant | EFIH Finance Inc. semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Sandow Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | LSGT Gas Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | NCA Development Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | DeCordova Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Lake Creek 3 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Tradinghouse Power Company LLC semmelman@rlf.com, rbgroup@rlf.com |
| Tyler D. Semmelman | on behalf of Debtor | Luminant Holding Company LLC semmelman@rlf.com, rbgroup@rlf.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
Tyler D. Semmelman   on behalf of Debtor   EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Oak Grove Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Energy Solutions Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Brighten Holdings LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Big Brown Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Receivables Company semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Valley NG Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   EFH CG Holdings Company LP semmelman@rlf.com,
    rbgroup@rlf.com
U.S. Trustee         USTPRegion03.WL.ECF@USDOJ.GOV
Victoria D. Garry   on behalf of Interested Party   Ohio Department of Taxation
    vgarry@ag.state.oh.us
Vincent E. Lazar   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
    vlazar@jenner.com
Vincent E. Lazar   on behalf of Interested Party   Charles H. Cremens. vlazar@jenner.com
Ward W. Benson   on behalf of Creditor   UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
    Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
Ward W. Benson   on behalf of Creditor   United States of America on Behalf of the Internal
    Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
Warren A. Usatine   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee wusatine@coleschotz.com,  pratkowiak@coleschotz.com,
    mao-bk-ecf@debevoise.com
Wendy B. Reilly   on behalf of Creditor   Evercore Group LLC wbreilly@debevoise.com,
    mao-bk-ecf@debevoise.com
William A. Hazeltine   on behalf of Creditor   Mastercraft Printed Products & Services, Inc.
    Bankruptcy001@sha-llc.com
William A. Romanowicz   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   4Change Energy Company rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Lake Creek 3 Power Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EFIH Finance Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Brighten Energy LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EFH Corporate Services Company rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EFH CG Holdings Company LP rbgroup@rlf.com
William A. Romanowicz   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
    rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Defendant   EFIH Finance Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Brighten Holdings LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Generation Development Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   LSGT SACROC, Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EEC Holdings, Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   DeCordova Power Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
    rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Lone Star Energy Company, Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Luminant Renewables Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EECI, Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Big Brown Lignite Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Generation MT Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Big Brown Power Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Texas Utilities Electric Company, Inc.
    rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EFH CG Management Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
    rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
    rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Southwestern Electric Service Company, Inc.
    rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Big Brown 3 Power Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   LSGT Gas Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EFH FS Holdings Company rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
    rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Eagle Mountain Power Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   Lone Star Pipeline Company, Inc. rbgroup@rlf.com
William A. Romanowicz   on behalf of Debtor   4Change Energy Holdings LLC rbgroup@rlf.com
```

District/off: 0311-1          User: DMC              Page 27 of 27          Date Rcvd: Jun 12, 2020
                             Form ID: van441         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Romanowicz   on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William D. Sullivan   on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr   on behalf of Creditor    Westinghouse Electric Company LLC
           wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.   on behalf of Interested Party    Berkshire Hathaway Energy Company
           chipman@chipmanbrown.com,  dero@chipmanbrown.com;fusco@chipmanbrown.com
          William E. Chipman, Jr.   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com;fusco@chipmanbrown.com
          William E. Chipman, Jr.   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           chipman@chipmanbrown.com,  dero@chipmanbrown.com;fusco@chipmanbrown.com
          William F. Taylor, Jr.   on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
           bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William Mark Alleman, Jr   on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
           debankruptcy@beneschlaw.com
          William P. Weintraub   on behalf of Creditor    Aurelius Capital Management, LP
           wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
           its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro   on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                        TOTAL: 1031