## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 14077** |

### APPELLEE'S COUNTER-DESIGNATION OF
### ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure and rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Texas Competitive Electric Holdings Company LLC ("Appellee"), respectfully submits this counter-designation of additional items to be included in the record (this "Counter-Designation") in connection with the appeal of Alvester Coleman ("Appellant") from the *Order*, entered June 1, 2020 [Bankr. D.I.[2] 14073] (the "Order"), by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] As used herein, "Bankr. D.I." refers to the corresponding D.I. in Case No. 14-10979 (CSS) (Bankr. D. Del.).

[3] Expressly without conceding that the attachments to Appellant's *Notice of Appeal* [Bankr. D.I. 14077] filed with the Bankruptcy Court on June 12, 2020 constitute a valid designation of items to be included in the records on appeal, Appellee files this Counter-Designation out of an abundance of caution to ensure that it has a complete record to defend this appeal.

### Designation of Additional Items to be Included in the Record on Appeal[4]

On June 12, 2020, Appellant filed his *Notice of Appeal* [Bankr. D.I. 14077] (the "Notice of Appeal") with the Bankruptcy Court.  In addition to those items attached or referenced by Appellant in the Notice of Appeal, Appellee designates the following docketed items in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| Bankr. D.I. | Date | Description |
|---|---|---|
| 5171 | 7/30/15 | Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof |
| 5937 | 9/11/15 | Affidavit of Service of Sid Garabato of Epiq Bankruptcy Solutions, LLC (Known Manifested Asbestos Claimants Letter, Employees and Contractors Asbestos Letter, Unmanifested Asbestos Claims Form, Asbestos Bar Date Notice and Asbestos POC) |
| 9189 | 8/3/16 | Affidavit of Service of Jane Sullivan of Epiq Bankruptcy Solutions, LLC (Solicitation Materials) |
| 9199 | 8/5/16 | Notice of Filing Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code |
| 9321 | 8/16/16 | Notice of Modifications to Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code |
| 9374 | 8/23/16 | Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al.*, Pursuant to Chapter 11 of the Bankruptcy Code |
| 9421 | 8/29/16 | Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors |
| 9742 | 10/3/16 | Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date |
| 10387 | 12/14/16 | Order |

---

[4] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item.  Appellee reserves the right to amend this designation of additional items to be included in the record on appeal.

| Bankr. D.I. | Date | Description |
|---|---|---|
| 13869 | 10/16/19 | Motion of Reorganized TCEH for Entry of an Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants in Connection With "Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" |
| 13873 | 10/31/19 | Certification of No Objection Regarding "Motion of Reorganized TCEH for Entry of an Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants in Connection With 'Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1'" [D.I. 13869] |
| 13877 | 11/5/19 | Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants in Connection With "Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" |
| 13879 | 11/6/19 | Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 |
| 13884 | 11/15/19 | Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Motion of Reorganized TCEH for Entry of an Order (I) Waiving the Requirements of Local Bankruptcy Rules 3007-1(f)(i) and (f)(iii) and (II) Approving the Form and Manner of Notice to Affected Claimants in Connection With "Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1") |

| Bankr. D.I. | Date | Description |
|---|---|---|
| 13889 | 11/25/19 | Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13956 | 12/16/19 | Reorganized TCEH's Omnibus Reply in Support of its Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 |
| 13957 | 12/16/19 | Notice of Filing of Revised Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 |
| 13961 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13962 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13963 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13964 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |

| Bankr. D.I. | Date | Description |
|---|---|---|
| 13965 | 12/17/19 | Supplemental Affidavit of Service of Konstantina Haidopoulos of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13966 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13967 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13968 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13969 | 12/17/19 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 13982 | 12/19/19 | Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 |
| 13994 | 12/31/19 | Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |

RLF1 23632132v.1

| **Bankr. D.I.** | **Date** | **Description** |
|---|---|---|
| 14003 | 1/16/20 | Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. Section 525 |
| 14006 | 1/17/20 | Notice of "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003] Filed by Alvester Coleman and Hearing Thereon |
| 14007 | 1/23/20 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 14009 | 1/31/20 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Order Sustaining Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) |
| 14010 | 1/31/20 | Affidavit of Service of Konstantina Haidopoulos of Epiq Corporate Restructuring, LLC (Notice of "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003] Filed by Alvester Coleman and Hearing Thereon) |
| 14018 | 2/10/20 | Update Address for Priority Claim Filed by Alvester Coleman |
| 14020 | 2/18/20 | Letter to Judge Filed by Alvester Coleman |

RLF1 23632132v.1

| Bankr. D.I. | Date | Description |
|---|---|---|
| 14021 | 2/19/20 | Supplemental Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Notice of "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003] Filed by Alvester Coleman and Hearing Thereon) |
| 14023 | 2/20/20 | Reorganized TCEH's Objection to "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003] |
| 14025 | 2/27/20 | Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Objection to "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003]) |
| 14026 | 2/27/20 | Affidavit of Service of Wing Chan of Epiq Corporate Restructuring, LLC (Notice of Agenda of Matters Scheduled for Hearing on February 27, 2020 Starting at 1:00 p.m. (EST)) |
| 14028 | 2/27/20 | Order Denying "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003] |
| 14029 | 2/27/20 | Hearing Held/Court Sign-In Sheet – Hearing 2/27/2020 at 1:00 p.m. |
| 14030 | 2/28/20 | Creditor's Application for Subsistences from Debtors Filed by Alvester Coleman |
| 14031 | 2/28/20 | Order Regarding Creditor's Application for Subsistences |
| 14040 | 4/14/20 | Notice of (I) Creditor's Objection to Unsecured Claim Payment |

7

| Bankr. D.I. | Date | Description |
|---|---|---|
| 14041 | 4/14/20 | Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursuit [sic] to 11 U.S. Code § 1104 with Authority to take Action Against Debtor's Subsidiaries Filed by Alvester Coleman |
| 14043 | 4/17/20 | Affidavit of Service of Jennifer C. Noble of Epiq Corporate Restructuring, LLC (Order Denying "Creditor's Motion to Amend Debtors in Possession Control Over Funds, Objection to Epic [sic] Corporate Res. LLC Control Over Case, Requesting Allowance of Amended Asbestos Claim Form as Priority, Requesting Allowance of Amended Stock Claim Form as Priority and Requesting Protection Against Discriminatory Treatment Pursuant to 11 U.S.C. § 525" [D.I. 14003]) |
| 14044 | 4/17/20 | Affidavit of Service of Jennifer C. Noble of Epiq Corporate Restructuring, LLC (Order Regarding Creditor's Application for Subsistences) |
| 14051 | 4/22/20 | Notice of (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursuit [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] Filed by Alvester Coleman and Hearing Thereon |
| 14057 | 5/7/20 | Affidavit of Service of Jennifer C. Noble of Epiq Corporate Restructuring, LLC (Notice of (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursuit [sic] to 11 U.S. Code Section 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] Filed by Alvester Coleman and Hearing Thereon) |
| 14063 | 5/20/20 | Reorganized TCEH's Response to (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code Section 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041] |
| 14064 | 5/26/20 | Secure Creditor's Order to Lift Automatic Stay; Creditor's Order for all Relief be Granted Filed by Alvester Coleman |

8

| Bankr. D.I. | Date | Description |
|---|---|---|
| 14066 | 5/27/20 | Notice of Filing of Supplemental Information (A) in Connection with "Reorganized TCEH's Response to (I) 'Creditor's Objection to Unsecured Claim Payment' [D.I. 14040] and (II) 'Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries' [D.I. 14041]" and (B) In Further Support of Reorganized TCEH's Request for the Court to Deem Mr. Coleman a Vexatious Litigant |
| 14068 | 6/1/20 | Affidavit of Service of Jennifer C. Noble of Epiq Corporate Restructuring, LLC (Reorganized TCEH's Response to (I) "Creditor's Objection to Unsecured Claim Payment" [D.I. 14040] and (II) "Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code Section 1104 with Authority to Take Action Against Debtor's Subsidiaries" [D.I. 14041]) |
| 14069 | 6/1/20 | Affidavit of Service of Jennifer C. Noble of Epiq Corporate Restructuring, LLC (Notice of Filing of Supplemental Information (A) in Connection with "Reorganized TCEH's Response to (I) 'Creditor's Objection to Unsecured Claim Payment' [D.I. 14040] and (II) 'Creditor's Emergency Motion for Appointment by Court of U.S. Trustee or Examiner in Pursiut [sic] to 11 U.S. Code § 1104 with Authority to Take Action Against Debtor's Subsidiaries' [D.I. 14041]" and (B) In Further Support of Reorganized TCEH's Request for the Court to Deem Mr. Coleman a Vexatious Litigant) |
| 14073 | 6/1/20 | Order |

## Reservation

Appellee reserves the right to amend, modify, and/or supplement the foregoing designations.

*[Remainder of page intentionally left blank.]*

9

Dated: June 26, 2020
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:     collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone:  (214) 665-9464
Facsimile:  (214) 665-9590
Email:     frank@bramelawfirm.com

*Co-Counsel to Texas Competitive
Electric Holdings Company LLC*

10