# **<u>EXHIBIT D</u>**

FILED
In the District Court of
Rusk County, Texas
on this the 27 day of April 2018
at 3:30 o'clock P. M.
Terri Pirtle Willard, Clerk
By _____ Deputy

CAUSE NO. 2014-402

| | | |
|---|---|---|
| BILLY MURPHY TREMBLE, ET AL | | IN THE DISTRICT COURT |
| VS. | | OF RUSK COUNTY, TEXAS |
| LUMINANT MINING COMPANY, LLC, ENERGY FUTURE HOLDINGS CORPORATION AND SUBSIDIARIES | | 4TH JUDICIAL DISTRICT |

### ORDER OF DISMISSAL FOR WANT OF PROSECUTION

On the 3rd day of April, 2018, came on to be heard and considered the Court's Hearing on Dismissal for Want of Prosecution. After being duly noticed to appear, Plaintiffs did not appear. The Defendant appeared through counsel. The Court is of the opinion that this cause of action should be dismissed for want of prosecution.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that this cause be, and the same is hereby dismissed for want of prosecution without prejudice against the refiling thereof with all costs of court taxed against the party incurring the same.

SIGNED THIS 27 DAY OF April, 2018.

_____
JUDGE PRESIDING