**EXHIBIT E-1**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Luminant Mining Company, LLC., Energy Future Holdings Corporation and Subsidiaries | Case Number: 14-10979 (CSS) | RECEIVED APR 06 2018 LEGAL SERVICES |
| NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.* | | |
| Name of Creditor (the person or other entity to whom the debtor owes money or property): Wilmer Forrest Tremble, Jr. | | COURT USE ONLY |
| Name and address where notices should be sent: Wilmer Forrest Tremble, Jr. P.O. Box 841865 Pearland, Texas 77584 Telephone number: 2813848491 email: trem455@yahoo.com | | ☐ Check this box if this claim amends a previously filed claim. **Court Claim Number:**____ (*If known*) Filed on:____ |
| Name and address where payment should be sent (if different from above): Telephone number: email: | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)
0000037808

**1. Amount of Claim as of Date Case Filed:** $ ~~20,000000.00~~

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Fraudulent possession of heir property and minerals
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:** | **3b. Uniform Claim Identifier (optional):** |
|---|---|---|
| 8810 | (See instruction #3a) | (See instruction #3b) |

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☑ Other
**Describe:** See Addendum

**Value of Property:** $____

**Annual Interest Rate**___% ☐ Fixed or ☐ Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $____

**Basis for perfection:** ____

**Amount of Secured Claim:** $ 20,000000.00

**Amount Unsecured:** $____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:** $____

**Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "**redacted**".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Wilmer Forrest Tremble, Jr.
Title:
Company:
Address and telephone number (if different from notice address above):

W Forrest Tremble Jr 4/1/18
(Signature) (Date)

Telephone number: email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**ADDENDUM**

**TO**

**PROOF OF CLAIM**
**Case No. 14-10979 (CSS)**

A 100 acre property is underlined by coal and lignite seam that is within 5-8 feet thick. The owners should agree to royalty of $3 a ton, which is paid upon extraction. The rate of the lease to be paid is $4 million dollars according to geology.com under fee simple complete ownership. The Trembles did not have an agreement with Luminant Mining Company, LLC.

According to the Geologist Study at the University of Texas in 2012 all families with oil and gas minerals on the property are to be compensated $100,000 a year for non use of the gas wells. Over the 8 year period that Luminant has tied up the undivided heir property; each mineral owner is due $800,000.00.

The restoration of the land, homestead, barn, vehicles, (2 trucks, 1 car, tractors, trailers) requires payment by Luminant Mining Company, LLC.

We experienced the inability to use the property for farming from 2010-2018 equals a loss of income. The loss of income from livestock, poultry, dairy, produce, bush hogging, hunting are all immeasurable.

The Tremble Family incurred several expenses while disputing ownership with Luminant Mining Company LLC. There are legal fees, filing fees, consultations, research, phone calls, Federal Express fees, postal fees, copies, transportation, etc.

Luminant filed fraudulent Deeds and Claims against real property those documents are located in the Court House in Rusk County, Texas. Luminant is held liable in Civil District Court for

greater of $10,000 fine for the filing. In addition, there are punitive damages exemplary and recovery damage due each heir. (Re: Exhibit 1).

The trees on the land were mature trees that were 25-35 years old. The trees are pine which brings top dollar stumpage price. (Re: Exhibit 2).

Luminant trespassed; taking the form of "wrongful interference with one's possessory right in [real] property. At common law, every unauthorized entry upon the soil of another is trespass. There are related issues, such as ownership of earth around minerals (pore-space ownership), polluted water (waste water) sub surface easements above all Luminant has no possessory interest.

The Trembles filed suit against Luminant Mining Company, LLC., Energy Future Holdings Corporation and Subsidiaries on December 12, 2014.

Luminant Mining, Energy Future Holdings and Subsidiaries, sent notification of their Voluntary Petition for Chapter 11 Bankruptcy filed in the United States Bankruptcy Court for the District of Delaware, included the Trembles in their Case No. 14-10979, Doc 1, Filed 4/29/14; Page 6 of 29. (Re: Exhibit 3).

The Trembles were sent the ballot for accepting or rejecting the fifth Amended Joint Plan of Reorganization of Energy Future Holding Corp., et al., pursuant to Chapter 11 of the Bankruptcy Code; included was a CD-Rom. (Re: Exhibit 4).

The Trembles filed an appeal of a District Court decision with Texas State Court of Appeals and that decision was appealed to Texas State Supreme Court. **Luminant chose not to respond.** (Exhibit 5).

The land was mined by Luminant Mining Company, LLC in 2015.

This is an action seeking declaratory judgment for civil and constitutional infringement, unfair business practices, tortuous interference, deliberate and unlawful conduct, illegal fractionalization of heir property, namely: Since 2009 Luminant Mining Company, LLC sought to possess undivided inherited heir property belonging to The Trembles. **The Trembles request the court award Reverse and Render, damages, and loss of income.**

# EXHIBIT 1

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Official Website
Hosted By Pritchard & Abbott, Inc.

## General Real Estate Property Information

New Property Search

Go To Previous Page

**Property ID:** 24395

**Account / Geo Number:** 00833-21193-01344-000090

**Property Legal Description:**
AB 833 T WILLIAMS SUR
TU TR NO. 1344 AREA 361
SMITH EMMA JEAN TRIMBLE

**Survey / Sub Division Abstract:**

**Block:**

**Property Location:**
P-7

**Section / Lot:**

**Owner Information:**
LUMINANT MINING CO LLC
STATE & LOCAL TAX DEPARTMENT
PO Box 219071
Dallas TX 75221 9071

View Building Detail Information

View Land Detail Information

**Previous Owner:**
POLLARD W M

View Previous Owner Information

**Deed Information:**

| | |
|---|---|
| Volume: | 3053 |
| Page: | 622 |
| File Number: | 102067 |
| Deed Date: | 12/16/2010 |

**Property Detail:**

| | |
|---|---|
| Agent: | None |
| Property Exempt: | |
| Category/SPTB Code: | D1 |
| Total Acres: | 64.736 |
| Total Living Sqft: | See Detail |

View GIS Map

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

Printer Friendly Version

Click the button above for a printable version of this record with all available details.

| | |
|---|---|
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 6,090 |
| Land Market Value: | 90,630 |
| Improvement Value: | 0 |
| Property Market Value: | 90,630 |

Ag Form 1-d-1

Timber Form 1-d-1

* View 5 Year Value History

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 90,630 | | 0 | 6,090 |
| 05 | RUSK COUNTY | 90,630 | | 0 | 6,090 |
| 05R | RUSK COUNTY SPEC ROAD | 90,630 | | 0 | 6,090 |
| 05S | COUNTY SCHOOL | 90,630 | | 0 | 6,090 |
| 46 | HENDERSON I.S.D. | 90,630 | | 0 | 6,090 |
| 65 | RUSK CO ESD#1 | 90,630 | | 0 | 6,090 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 90,630 | | 0 | 6,090 |

New Property Search

Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2014 CERTIFIED Appraisal Values. © RUSK COUNTY
APPRAISAL DISTRICT | Last Data Update: 07/16/2014

 PRITCHARD & ABBOTT, INC.
VALUATION CONSULTANTS

©2014 Pritchard & Abbott, Inc. - All rights reserved.
Version 1.9.9

# Rusk County Appraisal District

Chief Appraiser - Terry W. Decker, RPA, RTA

Hosted By Pritchard & Abbott, Inc.

## General Real Estate Property Information

New Property Search

Go To Previous Page

**Property ID:** 24372

**Account / Geo Number:** 00833-21193-01343-000010

**Property Legal Description:**
AB 833 T WILLIAMS SUR
TU TR NO. 1343 AREA 361
SMITH EMMA JEAN TRIMBLE

**Survey / Sub Division Abstract:**

**Block:**

**Property Location:**
5339 N FM 2658
TATUM TX 75691

**Section / Lot:**

**Owner Information:**
LUMINANT MINING CO LLC
STATE & LOCAL TAX DEPARTMENT
PO Box 219071

Dallas TX 75221 9071

View Building Detail Information

View Land Detail Information

**Previous Owner:**
POLLARD EMMA MRS ESTATE

View Previous Owner Information

**Deed Information:**

| | |
|---|---|
| Volume: | 3053 |
| Page: | 622 |
| File Number: | 102067 |
| Deed Date: | 12/16/2010 |

**Property Detail:**

| | |
|---|---|
| Agent: | None |
| Property Exempt: | |
| Category/SPTB Code: | D1 |
| Total Acres: | 33.094 |
| Total Living Sqft: | See Detail |

View GIS Map

The map link above is not affiliated with this website. It is a 3rd party GIS link to provide additional information only.

Printer Friendly Version

Click the button above for a printable version of this record with all available details.

| | |
|---|---|
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag/Timber Value: | 2,180 |
| Land Market Value: | 46,330 |
| Improvement Value: | 56,110 |
| Property Market Value: | 102,440 |

Homestead Form

Ag Form 1-d-1

Timber Form 1-d-1

* View 5 Year Value History

| Jur Code | Description | Market Value | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 102,440 | | 0 | 58,290 |
| 05 | RUSK COUNTY | 102,440 | | 0 | 58,290 |
| 05R | RUSK COUNTY SPEC ROAD | 102,440 | | 0 | 58,290 |
| 05S | COUNTY SCHOOL | 102,440 | | 0 | 58,290 |
| 46 | HENDERSON I.S.D. | 102,440 | | 0 | 58,290 |
| 65 | RUSK CO ESD#1 | 102,440 | | 0 | 58,290 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 102,440 | | 0 | 58,290 |

New Property Search Go To Previous Page

Home | Contact Us | Location | Forms | Disclaimer

Real Estate Appraisal Information is the 2014 CERTIFIED Appraisal Values. © RUSK COUNTY APPRAISAL DISTRICT | Last Data Update: 07/16/2014

PA
PRITCHARD & ABBOTT, INC
VALUATION CONSULTANTS

©2014 Pritchard & Abbott, Inc. - All rights reserved.
Version 1.9.9

Property ID: 1834 Owner: LUMINANT MINING CO LLC

**Property ID:**
1834

**Account Number:**
00160-21193-01262-000520

**Property Legal Description:**
AB 160 D CORTINAS SUR
TU TR NO. 1262 AREA 361
BARR BESSIE ET AL

**Deed Information:**

| | |
|---|---|
| Volume: | 3054 |
| Page: | 395 |
| File Number: | 102200 |
| Deed Date: | 12/21/2010 |

**Property Location:**
CR 326

**Block:**

**Survey / Sub Division Abstract:**

**Section / Lot:**

**Owner Information:**
LUMINANT MINING CO LLC
STATE & LOCAL TAX DEPARTMENT
PO Box 219071
Dallas TX 75221 9071

**Previous Owner:**
BARR BESSIE

**Property Detail:**

| | |
|---|---|
| Property Exempt: | |
| Category / SPTB Code: | D1 |
| Total Acres: | 25.326 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 2,280 |
| Land Market Value: | 35,460 |
| Improvement Value: | 0 |
| Property Market Value: | 35,460 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 04 | RUSK CO APPR DIST | 35,460 | | 0 | 2,280 |
| 05 | RUSK COUNTY | 35,460 | | 0 | 2,280 |
| 05R | RUSK COUNTY SPEC ROAD | 35,460 | | 0 | 2,280 |
| 05S | COUNTY SCHOOL | 35,460 | | 0 | 2,280 |
| 46 | HENDERSON I.S.D. | 35,460 | | 0 | 2,280 |
| 65 | RUSK CO ESD#1 | 35,460 | | 0 | 2,280 |
| 66 | RUSK CO GROUNDWATER CONSV DIST | 35,460 | | 0 | 2,280 |

Property ID: 1834 Owner: LUMINANT MINING CO LLC

Land Detail

10

# EXHIBIT 2

LAW OFFICES OF

**JACKSON, SJOBERG, MCCARTHY & TOWNSEND, L.L.P.**

DAVID E. JACKSON*
JOHN MATTHEW SJOBERG*
EDMOND R. MCCARTHY, JR.
ELIZABETH A. TOWNSEND†

*BOARD CERTIFIED IN OIL, GAS AND MINERAL LAW
**BOARD CERTIFIED IN CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

711 WEST 7TH STREET
AUSTIN, TEXAS 78701-2785
(512) 472-7600
FAX (512) 225-5565

www.jacksonsjoberg.com

OF COUNSEL
ROBERT C. WILSON
MARC O. KNISELY**

EDMOND R. MCCARTHY, III

†Licensed in Texas and Tennessee

December 6. 2013

Ward Timber
Attn: Mr. Jimmy Rushing
P.O. Box 360
Linden, TX 75563

Re: Tracts Co-Owned by Luminant Mining Company in the Liberty Mine Area, Rusk County, Texas, consisting of 25.326 acres in the D. Cortinas Survey A-160 and the T. Williams Survey A-833 (Tract 1262), 33.094 acres in the T. Williams Survey A-833 (Tract 1343), and 64.736 acres in the T. Williams Survey A-833 (Tract 1344)

Dear Mr. Rushing:

This correspondence is written on behalf of Luminant Mining Company LLC, and arises out of your recent discussions with Luminant's Environmental Specialist, Chris Graham, concerning the possibility of Ward Timber cutting timber on the three properties listed above and referred to by Luminant as Tracts 1262, 1343 and 1344. For clarity, property descriptions of each of these three properties are attached as Exhibit A to this letter.

It is my understanding that Ward Timber has been contacted by Wilmer Trimble and offered the right to cut timber from the properties captioned above. Please be advised that Luminant owns an undivided interest in Tract 1262 of approximately 84%, and undivided interests in Tracts 1343 and 1344 of 87.5%. Mr. Trimble owns an undivided 0.520833% interest in Tract 1262 and an undivided 4.166667% interest in Tracts 1343 and 1344.

Mr. Trimble is not authorized to speak on behalf of Luminant as to Luminant's interest in these properties, including Luminant's interest in the timber. If Mr. Trimble grants Ward Timber the right to cut timber from these properties, please be advised that Mr. Trimble is entitled only to a percentage of the proceeds equal to his ownership interest. Mr. Trimble's co-owners are entitled to the balance.

Ward Timber
Attn: Mr. Jimmy Rushing
December 6, 2013
Page 2


     If you would like to discuss the possibility of contracting with Luminant for its rights to timber on these properties, please contact Mr. Steve Higginbotham at (903) 836-7093 or SHIGGIN1@luminant.com.

Very truly yours,

David E. Jackson
Attorney for Luminant Mining Company LLC

DEJ/cac
Enclosures

cc     Wilmer Forrest Trimble, Jr.
        Sharon Trimble Donaldson
        Selia Trimble Shawkey
        Billie J. Murphy Tremble

# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-_______ (___) |
| Debtor. | ) | (Joint Administration Requested) |

**EXHIBIT A TO VOLUNTARY PETITION**

1. Energy Future Holdings Corp.'s 9.75% Senior Notes due 2019 are registered under Section 12 of the Securities Exchange Act of 1934; the SEC file number is 1-12833.

2. The following financial data is the latest publicly available information and, unless otherwise indicated, is current as of December 31, 2013:

   (a) Total assets (on a consolidated basis): $36,446 million.

   (b) Total liabilities (on a consolidated basis): $49,701 million.

   (c) Debt securities held by more than 500 holders: None.[1]

   (d) Description of equity: Common stock.

   (i) Shares of common stock outstanding: 1,669,861,382[2]

3. Brief description of Energy Future Holdings Corp.'s business:

   EFH Corp. is a Dallas, Texas-based energy company with a portfolio of competitive and regulated energy businesses in Texas. EFH Corp. is a holding company conducting its operations principally through its Texas Competitive Electric Holdings Company LLC and Oncor subsidiaries. Collectively with its operating subsidiaries, EFH Corp. is the largest generator, retailer and distributor of electricity in Texas.

---

[1] Energy Future Holdings Corp. ("EFH Corp.") does not and cannot know the precise number of beneficial holders of any of the debt securities it has issued and does not believe that any such securities are held by more than 500 holders.

[2] This figure is current as of April 29, 2014.

4. List the name of any person who directly or indirectly owns, controls or holds, with power to vote, 5% or more of the voting securities of debtor:

| Title of Class of Shares | Name of Holder | Approximate Number of Shares | Percentage of Ownership |
|---|---|---|---|
| Common Stock | Texas Energy Future Holdings Limited Partnership | 1,669,861,382 | 99.27% |

# EXHIBIT A

## Voluntary Petition of Energy Future Holdings Corp. Under Chapter 11 of the Bankruptcy Code

B1 (Official Form 1) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**VOLUNTARY PETITION**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Energy Future Holdings Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **See Rider 1** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **46-2488810** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **Energy Plaza, 1601 Bryan Street, Dallas, Texas** ZIP CODE 75201 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

**Type of Debtor** (Form of Organization) (Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other: Energy

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors (on a consolidated basis)

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☒ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (on a consolidated basis)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (on a consolidated basis)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Energy Future Holdings Corp.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See attached Schedule 1** | Case Number: | Date Filed: |
| District: **District of Delaware** | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No, and Exhibit C is attached with further comments.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
Energy Future Holdings Corp.

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Debtor

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (if not represented by attorney)

______________________
Date

**Signature of Attorney***

X /s/ Daniel J. DeFranceschi
Signature of Attorney for Debtor(s)

Daniel J. DeFranceschi (No. 2732)
Printed Name of Attorney for Debtor(s)

Richards, Layton & Finger, P.A.
Firm Name

920 North King Street, Wilmington, DE 19801
Address

(302) 651-7700
Telephone Number

April 29, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual
Anthony R. Horton
Printed Name of Authorized Individual
Senior Vice President, Treasurer and Assistant Secretary
Title of Authorized Individual
April 29, 2014
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
(Signature of Foreign Representative)

______________________
(Printed Name of Foreign Representative)

______________________
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________
Address

X ______________________
Signature

______________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Rider 1 to Energy Future Holdings Corp. Voluntary Petition**

All other names used by the Debtor in the last 8 years: TXU Corp.; TXU Corp; and Texas Utilities.

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

As of the date hereof, each of the entities listed below (the "Debtors") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Energy Future Holdings Corp.

- Energy Future Holdings Corp.
- 4Change Energy Company
- 4Change Energy Holdings LLC
- Big Brown 3 Power Company LLC
- Big Brown Lignite Company LLC
- Big Brown Power Company LLC
- Brighten Energy LLC
- Brighten Holdings LLC
- Collin Power Company LLC
- Dallas Power & Light Company, Inc.
- DeCordova II Power Company LLC
- DeCordova Power Company LLC
- Eagle Mountain Power Company LLC
- EBASCO SERVICES OF CANADA LIMITED
- EEC Holdings, Inc.
- EECI, Inc.
- EFH Australia (No. 2) Holdings Company
- EFH CG Holdings Company LP
- EFH CG Management Company LLC
- EFH Corporate Services Company
- EFH Finance (No. 2) Holdings Company
- EFH FS Holdings Company
- EFH Renewables Company LLC
- EFIH FINANCE INC.
- Energy Future Competitive Holdings Company LLC
- Energy Future Intermediate Holding Company LLC
- Generation Development Company LLC
- Generation MT Company LLC
- Generation SVC Company
- Lake Creek 3 Power Company LLC
- Lone Star Energy Company, Inc.
- Lone Star Pipeline Company, Inc.
- LSGT Gas Company LLC
- LSGT SACROC, Inc.
- Luminant Big Brown Mining Company LLC
- Luminant Energy Company LLC
- Luminant Energy Trading California Company
- Luminant ET Services Company
- Luminant Generation Company LLC
- Luminant Holding Company LLC
- Luminant Mineral Development Company LLC
- Luminant Mining Company LLC
- Luminant Renewables Company LLC
- Martin Lake 4 Power Company LLC
- Monticello 4 Power Company LLC
- Morgan Creek 7 Power Company LLC
- NCA Development Company LLC
- NCA Resources Development Company LLC
- Oak Grove Management Company LLC
- Oak Grove Mining Company LLC
- Oak Grove Power Company LLC
- Sandow Power Company LLC
- Southwestern Electric Service Company, Inc.
- TCEH Finance, Inc.
- Texas Competitive Electric Holdings Company LLC
- Texas Electric Service Company, Inc.
- Texas Energy Industries Company, Inc.
- Texas Power & Light Company, Inc.
- Texas Utilities Company, Inc.
- Texas Utilities Electric Company, Inc.
- Tradinghouse 3 & 4 Power Company LLC
- Tradinghouse Power Company LLC
- TXU Electric Company, Inc.
- TXU Energy Receivables Company LLC
- TXU Energy Retail Company LLC
- TXU Energy Solutions Company LLC
- TXU Receivables Company
- TXU Retail Services Company
- TXU SEM Company
- Valley NG Power Company LLC
- Valley Power Company LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-_______ (___) |
| Debtor. | ) | (Joint Administration Requested) |
| Tax ID: 46-2488810 | ) | |

**EXHIBIT C TO VOLUNTARY PETITION**

1. Identify and briefly describe all real or personal property owned by, or in possession of, the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

- The above-captioned debtor (the "Debtor") does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. The Debtor notes that it is not aware of any definition of "imminent and identifiable harm" as used in this form.
- The Debtor or other of its affiliated entities filing petitions herewith (collectively, the "Debtors") have been and are currently engaged in litigation with certain governmental units and private third parties related to certain real property owned or possessed by the Debtors and the Debtors have also been and are currently engaged in remediation efforts at certain real property owned or possessed by the Debtors. The Debtors do not believe that this real property poses a "threat of imminent and identifiable harm to the public health or safety."

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

- The Debtor is not aware of any dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor that pose or are alleged to pose a threat of imminent and identifiable harm to the public health or safety. The Debtor notes that it is not aware of any definition of "imminent and identifiable harm" as used in this form.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-_______ (___) |
| Debtor. | ) | (Joint Administration Requested) |
| Tax ID: 46-2488810 | ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Texas Energy Future Holdings Limited Partnership | 99.27% |

**DECLARATION UNDER PENALTY OF PERJURY**

I, Anthony R. Horton, the undersigned authorized signatory of Energy Future Holdings Corp., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: April 29, 2014

Anthony R. Horton
Senior Vice President, Treasurer and Assistant Secretary

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-_______ (___) |
| Debtor. | ) | (Joint Administration Requested) |
| Tax ID: 46-2488810 | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| DEBTOR | EQUITY HOLDER | ADDRESS OF EQUITY HOLDER | NUMBER OF SHARES OR UNITS HELD / PERCENTAGE OF EQUITY HELD |
|---|---|---|---|
| Energy Future Holdings Corp. | Texas Energy Future Holdings Limited Partnership and EFH Corp. directors and employees. | Energy Plaza<br>1601 Bryan Street<br>Dallas, Texas 75201 | Texas Energy Future Holdings Limited Partnership (99.27%); and EFH Corp. directors and employees (0.73%). |

## DECLARATION UNDER PENALTY OF PERJURY

I, Anthony R. Horton, the undersigned signatory of Energy Future Holdings Corp., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: April 29, 2014

Anthony R. Horton
Senior Vice President, Treasurer and Assistant Secretary

# EXHIBIT 4

ENERGY FUTURE HOLDINGS CORP., et al.
c/o Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

First Class Mail
US Postage
PAID
S. Hackensack, NJ
Permit # 897

BAR(23) MAILID *** 000099187508 ***
EFH SOL 09-28-15 (VOTE-MERGE2,TXNUM2)

SHARON TRIMBLE DONALDSON
2010 WINEBERRY DR
KATY, TX 77450

10/23/15 - Voting instructions

**ADDRESS SERVICE REQUESTED**

**Legal Documents Enclosed-**
**Please direct to the attention of the Addressee,**
**Legal Department or President.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

**BALLOT FOR ACCEPTING OR REJECTING THE FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**CLASS C5 — GENERAL UNSECURED CLAIMS AGAINST THE TCEH DEBTORS OTHER THAN EFCH**

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE DEBTORS' SOLICITATION AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "SOLICITATION AGENT") AT (877) 276-7311.

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT. THIS BALLOT IS BEING SUBMITTED TO YOU TO SOLICIT YOUR VOTE TO THE DEBTORS' PLAN (INCLUDING THE RELEASES CONTAINED IN ARTICLE VIII OF THE PLAN).

- THIS BALLOT MUST BE ACTUALLY RECEIVED BY THE SOLICITATION AGENT BEFORE **4:00 P.M., PREVAILING EASTERN TIME, ON OCTOBER 23, 2015** (THE "VOTING DEADLINE").

- IF THE COURT CONFIRMS THE PLAN, IT WILL BIND YOU REGARDLESS OF WHETHER YOU HAVE VOTED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS MAILED WITH THIS BALLOT.

The Class C5 - General Unsecured Claims Against the TCEH Debtors Other than EFCH includes any Claim derived from or based upon any General Unsecured Claim Against the TCEH Debtors Other than EFCH. This ballot (the "Ballot") is being sent to you because records indicate that you are a Holder of a Class C5 - General Unsecured Claim Against the TCEH Debtors Other than EFCH as of September 4, 2015 (the "Voting Record Date"), and, accordingly, you have a right to vote to accept or reject the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al., *Pursuant to Chapter 11 of the Bankruptcy Code* dated September 21, 2015 (as may be modified, amended, or supplemented from time to time, the "Plan").[2] This Ballot may not be used for any purpose other than 4for submitting votes with respect to the Plan.

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms, used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

21

Your rights are described in the *Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al., *Pursuant to Chapter 11 of the Bankruptcy Code*, dated September 21, 2015 (as may be modified, amended, or supplemented from time to time, the "Disclosure Statement"). The Plan and Disclosure Statement are included in the packet you are receiving with this Ballot (collectively, the "Solicitation Package").

**YOUR VOTE ON THIS BALLOT FOR A CLAIM IN CLASS C5 - GENERAL UNSECURED CLAIM AGAINST THE TCEH DEBTORS OTHER THAN EFCH SHALL BE APPLIED TO EACH DEBTOR AGAINST WHOM YOU HAVE A CLASS C5 - GENERAL UNSECURED CLAIM AGAINST THE TCEH DEBTORS OTHER THAN EFCH.**

*You should carefully and thoroughly review the Disclosure Statement and Plan before you vote to accept or reject the Plan. You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan. Your Claim has been placed in Class C5 under the Plan. Attached as Exhibit I to the Disclosure Statement is the Disclosure Statement Order which contains the Solicitation Procedures that govern the solicitation and tabulation of votes to accept or reject the Plan.*

**THE VOTING DEADLINE IS 4:00 P.M., PREVAILING EASTERN TIME, ON OCTOBER 23, 2015.**

**Item 1. Amount of Class C5 - General Unsecured Claims Against the TCEH Debtors Other Than EFCH.**[3]

The undersigned hereby certifies that as of the Voting Record Date, the undersigned was the Holder of Class C5 - General Unsecured Claims Against the TCEH Debtors Other than EFCH in the following aggregate amount.

| General Unsecured Claims Against the TCEH Debtors Other than EFCH: |
|---|
| $17.50 |
| Debtor: Luminant Mining Company LLC |

**Item 2. Vote of Class C5 - General Unsecured Claims Against the TCEH Debtors Other Than EFCH.**

The Holder of the Class C5 - General Unsecured Claims Against the TCEH Debtors Other than EFCH set forth in Item 1 votes to:

Check one box: ☐ Accept the Plan

☐ Reject the Plan (if you check this box, you may not make the Cash-Out Election in Item 3).

**ITEM 3. ARTICLE III.B.30 OF THE PLAN ALLOWS HOLDERS OF CLASS C5 - GENERAL UNSECURED CLAIMS AGAINST THE TCEH DEBTORS OTHER THAN EFCH TO MAKE A CASH-OUT ELECTION. IF A HOLDER OF SUCH CLAIM (1) MAKES THE CASH-OUT ELECTION (BY CHECKING THE BOX BELOW), (2) VOTES ABOVE TO ACCEPT THE PLAN, AND (3) DOES NOT CHECK THE BOX IN ITEM 4, BELOW, OPTING OUT OF THE RELEASES, SUCH HOLDER WILL RECEIVE CASH IN AN AMOUNT EQUAL TO ITS PRO RATA SHARE (CALCULATED BASED ON THE AGGREGATE AMOUNT OF ALLOWED CLASS C5 CLAIMS) OF THE CASH-OUT ELECTION POOL IN LIEU OF THE OTHER TREATMENT PROVIDED FOR IN ARTICLE III.B.30 OF THE PLAN.**

[3] For voting purposes only; subject to tabulation rules.



UNITED STATES BANKRUPTCY CO
FOR THE DISTRICT OF DELAWARE
re:
ENERGY FUTURE
HOLDINGS CORP., et al.,
Debtors.
Chapter 11
Case No. 14-10979 (CSS)
(Jointly Administered)
LOSURE STATEMENT FOR THE FIFTH AMENDED JOINT PLAN O
RGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET A
URSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

JACKSON, SJOBERG, MCCA
711 WEST
AUSTIN, TEXA

CERTIFIED MAIL
7015 0640 0003 1869 6004

US POSTAGE
$06.46
First-Class
Mailed From 78701
032A 0081218629

Sharon Tremble Donaldson
2010 Wineberry Dr.
Katy, TX 77450

77450$5511 C044

24

# EXHIBIT 5

FILED
16-0185
5/9/2016 12:39:28 PM
tex-10525893
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

LAW OFFICES OF

**JACKSON, SJOBERG, MCCARTHY & TOWNSEND, L.L.P.**

711 WEST 7TH STREET
AUSTIN, TEXAS 78701-2785
(512) 472-7600
FAX (512) 225-5565

DAVID E. JACKSON*
JOHN MATTHEW SJOBERG*
EDMOND R. MCCARTHY, JR.
ELIZABETH A. TOWNSEND†

*BOARD CERTIFIED IN OIL, GAS AND MINERAL LAW
**BOARD CERTIFIED IN CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

www.jacksonsjoberg.com

OF COUNSEL
ROBERT C. WILSON
MARC O. KNISELY**
MARK DOMEL

EDMOND R. MCCARTHY, III

†Licensed in Texas and Tennessee

May 9, 2016

***Via Electronic Filing***
Honorable Blake A. Hawthorne, Clerk
Supreme Court of Texas
P. O. Box 12248
Austin, Texas 78711

Re: *Wilmer Forrest Trimble, Jr., a/k/a Wilmer Forrest Tremble, Jr., et al v. Luminant Mining Company LLC*, No. 16-0185, in the Supreme Court of Texas

Dear Mr. Hawthorne:

Pursuant to Texas Rule of Appellate Procedure 53.3, Respondent Luminant Mining Company LLC hereby waives the filing of a response to the Petition for Review filed by Wilmer Forrest Tremble, Jr., Sharon Tremble Donaldson, Selia Tremble Shawkey, and Billie J. Murphy Tremble in the above-referenced cause.

Please also note, for your records, a change in my firm and contact information. I am no longer with the firm of McGinnis, Lochridge & Kilgore, LLP. My current firm is Jackson, Sjoberg, McCarthy & Townsend, LLP, and the address of my firm is 711 W. 7th St., Austin, Texas 78701. My telephone number is 512-472-7600 and my e-mail address is mknisely@jacksonsjoberg.com.

Thank you for your assistance. Best wishes.

Sincerely,

//Marc O. Knisely//
Marc O. Knisely

MOK/tn

Honorable Blake A. Hawthorne, Clerk
Supreme Court of Texas
May 9, 2016
Page 2

cc: Wilmer Forrest Tremble, Jr.
P.O. Box 841865
Pearland, Texas 77584
trem455@yahoo.com
(Via Email and Certified Mail RRR 70150640000318695991)

Sharon Tremble Donaldson
2010 Wineberry Dr.
Katy, Texas 77450
donaldson_sharon@live.com
(Via Email and Certified Mail RRR 70150640000318696004)

Selia Tremble Shawkey
712 South 37th St.
San Diego, California 92113
seliashawkey@gmail.com
(Via Email and Certified Mail RRR 70150640000318696059)

Billie Murphy Tremble
P.O. Box 541
Marshall, Texas 75671
billietremble@yahoo.com
(Via Email and Certified Mail RRR 70150640000318696066)

Extremely Urgent

ORIGIN ID:NQIA (281) 206-8400
SHARON DONALDSON

2010 WINEBERRY DR

KATY, TX 77450
UNITED STATES US

SHIP DATE: 04APR18
ACTWGT: 1.20 LB
CAD: 6995621/SSF01822

BILL CREDIT CARD

TO ENERGY FUTURE HOLDINGS CLAIMS
PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
10300 SW ALLEN BLVD
BEAVERTON OR 97005

(503) 350-5800 REF:
INV:
PO: DEPT:

Part # 156297-435 RRDW EXP 01/19

**For FedEx Express® Sh**

Contents should be comp
For shipping terms and c
applicable FedEx Express
Guide, or conditions of c

For more information on
locations, go to **fedex.c**

© 2013 FedEx 163010 REV 9/13

FedEx Express E

J181118012801uv

FRI - 06 APR 4:30P
** 2DAY **
DSR
97005
OR-US PDX

TRK# 0201 7803 8643 6550

SH BNOA

4
LDPE

See how FedEx connects
**earthsmart.fedex.com.**
Recycling options may be

RECEIVED

APR 06 2018

LEGAL SERVICES

99163010

2018/03/23 01/03/17 BM#5