**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 9, 2020 STARTING AT 1:00 P.M. (EDT)**

*\*\*\*\*\* AT THE DIRECTION OF THE COURT, THE START TIME OF THE HEARING HAS BEEN CHANGED.  THE HEARING WILL NOW TAKE PLACE ON JULY 9, 2020 STARTING AT 1:00 P.M. (EDT) \*\*\*\*\**

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV HEARING:** https://debuscourts.zoomgov.com/j/1604519319

**MEETING ID:  160 451 9319   PASSWORD: 046102**

**PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.
COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**

**TO APPEAR TELEPHONICALLY,
PARTIES SHOULD CONTACT COURTCALL, LLC
AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 23667603v.1

**I.    CONTESTED MATTER GOING FORWARD:**

1. Motion for Request for Relief Filed by the Tremble Family [D.I. 14071; filed May 29, 2020]

    Response/Objection Deadline:    July 2, 2020 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A. Reorganized TCEH's Objection to "Request for Relief" [D.I. 14071] [D.I. 14085; filed July 1, 2020]

    Related Documents:

    i. Notice of Filing Fee(s) Due [D.I. 14072; filed June 1, 2020]

    ii. Notice of Filing Fee(s) Due re: Docket # 14071 [D.I. 14075; filed June 3, 2020]

    iii. Letter with Respect to Filing Fee Filed by Sharon Tremble Donaldson [D.I. 14076; filed June 12, 2020]

    Status: The hearing on this matter will go forward on a contested basis.

[*Remainder of page intentionally left blank.*]

Dated: July 7, 2020
      Wilmington, Delaware      */s/ Jason M. Madron*
                                          **RICHARDS, LAYTON & FINGER, P.A.**
                                          Mark D. Collins (No. 2981)
                                          Daniel J. DeFranceschi (No. 2732)
                                          Jason M. Madron (No. 4431)
                                          920 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone:   (302) 651-7700
                                          Facsimile:   (302) 651-7701
                                          Email:         collins@rlf.com
                                                           defranceschi@rlf.com
                                                           madron@rlf.com

                                          -and-

                                          **THE BRAME LAW FIRM PLLC**
                                          Frank C. Brame (admitted *pro hac vice*)
                                          Texas Bar No. 24031874
                                          3333 Lee Parkway, Suite 600
                                          Dallas, Texas 75219
                                          Telephone:  (214) 665-9464
                                          Facsimile:  (214) 665-9590
                                          Email:        frank@bramelawfirm.com

                                          *Co-Counsel to Reorganized TCEH*