# Court Conference

Calendar Date: 07/09/2020
Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

2nd Revision   Jul  9 2020  5:50AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10704668 | George P. Angelich | (212) 457-5415 ext. | Arent Fox LLP | Trust, The Recovery Trust / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10704697 | Beth Brownstein | (212) 457-5415 ext. | Arent Fox LLP | Trustee, The Recovery Trust / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10702457 | D. David Cohen | (516) 484-0498 ext. | The Law Offices Of D. David Cohen | Interested Party, David Cohen / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10702405 | Jeff Dardarian | (917) 763-6347 ext. | Jeff Dardarian - In Pro Per/Pro Se | Interested Party, Jeffrey Dardarian / LISTEN ONLY |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10698765 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Successor/Trustee, Recovery Trust / LIVE |
| | | SS Body Armor I, Inc | 10-11255 | Hearing | 10704782 | Jon E. Jacks | (903) 738-6202 ext. | Jon E. Jacks - In Pro Per/Pro Se | Interested Party, Jon E. Jacks / LIVE |
| | | SS Body Armor I, Inc | 10-11255 | Hearing | 10704781 | Justin Kesselman | (213) 629-7400 ext. | Arent Fox LLP | Trust, The Recovery Trust / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10700367 | John Malone | (254) 772-3722 ext. | Law Office of John Malone | Pro Se, John Malone / LIVE |
| | | SS Body Armor I, Inc | 10-11255 | Hearing | 10704842 | Christian McBurney | (202) 828-3472 ext. | Arent Fox LLP | Trust, The Recovery Trust / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10700238 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Representing, Jeff Dardarian, et al. / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10700288 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, SS Body Armor / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10706569 | Jeremy W. Ryan | (302) 984-6108 ext. | Potter Anderson & Corroon LLP | Interested Party, Jeff Dardarian, Jon E. Jacks, Daniel Khaykis, John E. Malone, et al / LIVE |
| | | SS Body Armor I, Inc | 10-11255 | Hearing | 10704889 | Brian Ryniker | (646) 341-3926 ext. | Ryniker Consultants, LLC | Trustee, Brian Ryniker / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10704728 | Jackson Toof | (202) 828-3472 ext. | Arent Fox LLP | Trustee, The Recovery Trust / LIVE |
| | | SS Body Armor I, Inc. | 10-11255 | Hearing | 10698282 | Leonardo Trivigno | (212) 238-8724 ext. | Carter, Ledyard & Milburn, LLP | Creditor, Carter, Ledyard & Milburn, LLP / LIVE |

# Court Conference

Calendar Date: 07/09/2020

Calendar Time: 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

*2nd Revision   Jul 9 2020  5:50AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10702977 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10702585 | Sharon Donaldson | (281) 206-8400 ext. | Sharon Donaldson - In Pro Per/Pro Se | Creditor, Tremble / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10702559 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10704644 | Selia Shawkey | (903) 938-6829 ext. | Selia Shawkey - In Pro Per/Pro Se | Creditor, Selia Shawkey / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 10702634 | Wilmer Tremble | (281) 384-8491 ext. | Wilmer Tremble - In Pro Per/Pro Se | In Propria Persona, Wilmer Tremble / LISTEN ONLY |

# Court Conference

U.S. Bankruptcy Court-District of Delaware

Calendar Date: 07/09/2020

Confirmed Telephonic Appearance Schedule

Calendar Time: 02:00 PM ET

Honorable Christopher S. Sontchi

#6

*2nd Revision   Jul  9 2020   5:50AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706558 | Edward T. Ackerman | (212) 373-3310 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LISTEN ONLY |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705351 | Steven Adler | (302) 651-3037 ext. | Skadden, Arps, Slate, Meagher & Flom, LLP | Interested Party, CDV Parties / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705257 | Robert Berezin | (212) 310-8884 ext. | Weil Gotshal & Manges LLP | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705066 | Jason B. Binford | (512) 475-4936 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, State Of Texas / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706564 | Irene Blumberg | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LISTEN ONLY |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706559 | Brian Bolin | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706163 | Emil Buchman | (212) 859-8000 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Lender(s), WHP Global / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706602 | Lori Butler | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706585 | Richard Chesley | (312) 368-3430 ext. | DLA Piper (US), LLP | Interested Party, DLA Piper / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705070 | David J. Cohen | (212) 310-8107 ext. | Weil Gotshal & Manges LLP | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702842 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705671 | Kelly M. Conlan | (302) 252-3625 ext. | Connolly Gallagher LLP | Creditor, Town Square Ventures, L.P. / LIVE |
| | | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705632 | Andrew S. Conway | (248) 258-7427 ext. | The Taubman Company | Creditor, Taubman Landlords / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706554 | Kelley A. Cornish | (212) 373-3493 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702874 | Christopher M De Lillo | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706049 | Robert J. Dehney | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Lender(s), WHP Global / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706563 | Robert Dover | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LISTEN ONLY |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705119 | Garrett Fail | (212) 310-8451 ext. 999 | Weil Gotshal & Manges LLP | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705328 | Dominic Farchione | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705295 | Connor Flaherty | (617) 772-8322 ext. | Weil Gotshal & Manges LLP | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705589 | Scott L. Fleischer | (212) 784-5810 ext. | Barclay Damon LLP | Lessor, Horizon Group Properties, LP, Westfield, LLC and certain of their affiliates / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10704999 | Ronald E. Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Washington Prime Group, Inc / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706549 | L. Katherine Good | (302) 984-6049 ext. | Potter Anderson & Corroon LLP | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705724 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702869 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Brooks Brothers Group, Inc. / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706561 | Joshua Himmelstern | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LISTEN ONLY |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706118 | Gary L. Kaplan | (212) 859-8812 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Lender(s), WHP Global / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705681 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Creditor, Taubman Landlords / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705579 | Hoo Ri Kim | (212) 225-2000 ext. 2392 | Cleary Gottlieb Steen & Hamilton LLP | Interested Party, Cleary Gottlieb Steen & Hamilton LLP / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702830 | Edward Mahaney-Walter | (212) 735-3227 ext. | Skadden, Arps, Slate, Meagher & Flom, LLP | Interested Party, CDV Parties / LISTEN ONLY |

| Case | Case # | Proceeding | # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702785 | Stephen Marotta | (212) 818-1555 ext. | Ankura Consulting Group | Debtor, Brooks Brothers Group, Inc. / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10704779 | Jonathan D. Marshall | (617) 248-4799 ext. | Choate Hall & Stewart, LLP | Creditor, Wells Fargo Bank / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702731 | Mark A. McDermott | (212) 735-3000 ext. | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, CDV Parties / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705619 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Interested Party, RCPI Landmark Properties, L.L.C. / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706154 | Aaron Miller | (781) 439-5119 ext. | SB360 Capital Partners | Bidder, SB360 Capital Partners / LISTEN ONLY |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706204 | Andrew M. Minear | (212) 859-8360 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Lender(s), WHP Global / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702829 | Derek Pitts | (212) 508-1613 ext. | Peter J. Solomon Company | Debtor, Brooks Brothers Group, Inc. / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705652 | Jennifer D. Raviele | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Brooksfield Properties / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706391 | Sari Rosenfeld | (212) 859-8000 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Representing, WHP Global / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706406 | Leah Saiontz | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, Brooks Brothers, Inc / LISTEN ONLY |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706551 | Christopher M. Samis | (302) 984-6050 ext. | Potter Anderson & Corroon LLP | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705004 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Andrew R. Vara / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705862 | William Schrag | (212) 908-3961 ext. | Thompson Hine LLP | Creditor, UniCredit S.P.A., New York Branch / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702861 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Debtor, Brooks Brothers Group, Inc. / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10702894 | Sarah Silveira | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Debtor, Brooks Brothers Group, Inc. / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10704762 | Kevin J. Simard | (617) 248-4086 ext. | Choate Hall & Stewart, LLP | Creditor, Wells Fargo Bank / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706588 | Daniel M. Simon | (312) 368-3465 ext. | DLA Piper (US), LLP | Interested Party, DLA Piper / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706240 | Carl I. Stapen | (212) 859-8022 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Lender(s), WHP Global / LIVE |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705031 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10704808 | Gustav Stickley | (617) 248-5000 ext. 5125 | Choate Hall & Stewart LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706556 | Jeffrey L. Stricker | (212) 373-3601 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LISTEN ONLY |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706446 | Vincent F. Sullivan | (302) 437-5542 ext. | Law 360 | Media, Law360 / LISTEN ONLY |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706090 | Paige N. Topper | (302) 351-9148 ext. | Morris Nichols Arsht & Tunnell LLP | Lender(s), WHP Global / LISTEN ONLY |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10705191 | Christopher A. Ward | (302) 507-3910 ext. | Polsinelli PC | Creditor, JP Morgan Chase Bank / LIVE |
| | Brooks Brothers Group, Inc. | 20-11785 | Hearing | 10706567 | Austin Witt | (212) 373-3181 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, SPARC Group LLC and Authentic Brands Group LLC / LIVE |