# In The United States Bankruptcy Court For The District of Delaware

| | |
|---|---|
| Aluester Coleman<br>Creditor<br><br>Energy Future Holdings Corp.<br>Debtors | Chapter 11<br>Case No: 14-10979<br>(Jointly Admin.)<br><br>Bankruptcy No. 20-15<br><br>Civil Action No: 20-802 |

**FILED 2020 JUL 10 AM 9:27 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE**

## Appellant's Objection to Appellee's Counter-Designation of Items to be included on the Record of Appeal

Comes Now Appellant, Aluester Coleman and files his Objection to Appellee's Counter-Designation of Items to be included on the Record on Appeal. The following is reason for Objection 1) Appellee's internally 0 court hearing held on Feb. 24, 2020 in which Appellant was present by phone. Appellant was also Granted 30$ billion As be    Amendent Claim [filed/Amended on Jan. 17, 2020] 2) Appellant recieved payment of only 197.00$ 3) To this date July 1 Appellee's Refuse Turnover

# Reservation

Appellant reserves the to Amend, modify and/or supplement the foregoing included Records for Appeal.

Dated: July 1, 2020

Pro se

Alvester Coleman

Creditor

3722 Happy Canyon St.
Dallas, TX 75241
214-309-8507

7-1-2020

Page 2 of 2