**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Re: D.I. 14095** |
|  | ) ) ) | **Hearing Date:  August 10, 2020 at 10:00 a.m.** |
|  | ) | **Objection Deadline:  July 27, 2020 at 4:00 p.m.** |

**RE-NOTICE OF "MOTION OF EFH PLAN ADMINISTRATOR
BOARD AND REORGANIZED TCEH FOR ENTRY OF AN
ORDER FURTHER ENLARGING THE PERIOD WITHIN WHICH
THE EFH PLAN ADMINISTRATOR BOARD AND REORGANIZED
TCEH MAY REMOVE CERTAIN ACTIONS" AND HEARING THEREON**

PLEASE TAKE NOTICE that, on July 13, 2020, the EFH Plan Administrator Board, on behalf of the former EFH/EFIH Debtors[2], and Reorganized TCEH (together, the EFH Plan Administrator Board and Reorganized TCEH are the "Reorganized Debtors") filed the *Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions* [D.I. 14095] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  Pursuant to the Motion, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, filed February 15, 2018 [D.I. 12653].

Reorganized Debtors are seeking entry of an order further enlarging the period within which the Reorganized Debtors may remove: (a) Prepetition Actions (as defined in the Motion) by approximately 180 days through and including January 11, 2021 (the "Removal Date"); or (b) Postpetition Actions (as defined in the Motion) to the later of (i) the Removal Date and (ii) the time periods set forth in Fed. R. Bankr. P. 9027(a)(3), in each case, without prejudice to the Reorganized Debtors' right to seek further extensions. **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE that, pursuant to Del. Bankr. L.R. 9006-1(c)(ii), any responses or objections to the Motion must have been in writing, and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (Eastern Daylight Time) on July 27, 2020** (the "Objection Deadline"). **Nothing in this re-notice in any way affects, alters, or extends the Objection Deadline in any way**.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, a hearing to consider approval of the Motion and any objections thereto will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 10, 2020 starting at 10:00 a.m. (Eastern Daylight Time)**.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

RLF1 23781986v.1

| | |
|---|---|
| Dated: July 27, 2020<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com
         aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board and Reorganized TCEH*