**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 10, 2020 STARTING AT 10:00 A.M. (EDT)**

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING**
**MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE,**
**PARTIES SHOULD USE THE FOLLOWING INFORMATION:**
**JOIN ZOOMGOV HEARING:** https://debuscourts.zoomgov.com/j/1604519319

**MEETING ID: 160 451 9319    PASSWORD: 046102**

**PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.**
**COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**

**TO APPEAR TELEPHONICALLY,**
**PARTIES SHOULD CONTACT COURTCALL, LLC**
**AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

**I.    RESOLVED MATTER:**

1.    Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14095; filed July 13, 2020]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Response/Objection Deadline:          July 27, 2020 at 4:00 p.m. (EDT)

Responses/Objections Received:     None

Related Documents:

i.      Re-Notice of "Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions" and Hearing Thereon [D.I. 14100; filed July 7, 2020]

ii.     Certification of No Objection Regarding "Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions" [D.I. 14095] [D.I. 14105; filed August 5, 2020]

iii.    Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14106; filed August 6, 2020]

Status: On August 6, 2020, the Court entered an order granting the EFH Plan Administrator Board and Reorganized TCEH the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.

## II.    **MATTER GOING FORWARD:**

2.      Reorganized TCEH's Motion for Entry of Final Decree (A) Closing its Chapter 11 Case and (B) Granting Related Relief [D.I. 14099; filed July 20, 2020]

Response/Objection Deadline:          August 3, 2020 at 4:00 p.m. (EDT)

Responses/Objections Received:     Informal comments from counsel to certain holders of Class C3 Claims

Status: Reorganized TCEH intends to submit a revised form of agreed order to the Court for entry under a certification of counsel in connection with this matter to fully resolve the informal comments received from counsel to certain holders of Class C3 Claims prior to the hearing.  Consequently, a hearing with respect to this matter should only be required to the extent that the Court has any questions or concerns with respect to revised form of final decree that Reorganized TCEH intends to submit to the Court.

[*Remainder of page intentionally left blank.*]

Dated: August 6, 2020
      Wilmington, Delaware

                             */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               steven.serajeddini@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*
*and Reorganized TCEH*