IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: D.I. 14099** |

**CERTIFICATION OF COUNSEL REGARDING FINAL DECREE (A) CLOSING TCEH'S CHAPTER 11 CASE, AND (B) GRANTING RELATED RELIEF**

On July 20, 2020, Texas Competitive Electric Holdings Company LLC ("Reorganized TCEH") filed *Reorganized TCEH's Motion for Entry of Final Decree (A) Closing Its Chapter 11 Case and (B) Granting Related Relief* [D.I. 14099] (the "Motion for Final Decree") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). Pursuant to the Motion for Final Decree, Reorganized TCEH is seeking entry of an order closing its chapter 11 case, Chapter 11 Case No. 14-10978 (CSS), and granting related relief.

Pursuant to the *Notice of "Reorganized TCEH's Motion for Entry of Final Decree (A) Closing Its Chapter 11 Case and (B) Granting Related Relief" and Hearing Thereon*, filed and served contemporaneously with the Motion for Final Decree, objections or responses to the Motion for Final Decree were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 3, 2020 (the "Objection Deadline") and a hearing to consider approval of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Motion for Final Decree is currently scheduled to take place before the Court on August 10, 2020 starting at 10:00 a.m. (Eastern Daylight Time).

Prior, or subsequent, to the Objection Deadline, (i) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and (ii) counsel to certain holders of Class C3 Claims both provided informal comments to the proposed form of order granting the Motion for Final Decree (the "Informal Responses").

Other than the Informal Responses, as of the date hereof, Reorganized TCEH has not received any other responses or objections in connection with the relief requested in the Motion for Final Decree nor do any objections thereto appear on the Court's docket in the above-captioned chapter 11 cases. Based on various communications by and between Reorganized TCEH, the U.S. Trustee, and counsel to certain holders of Class C3 Claims, Reorganized TCEH has prepared a revised form of order (the "Revised Final Decree") in connection with the Motion for Final Decree which resolves the Informal Responses of the U.S. Trustee and counsel to certain holders of Class C3 Claims. A copy of the Revised Final Decree is attached hereto as **Exhibit A**. A redline, comparing the Revised Final Decree against the form of final decree originally filed along with the Motion for Final Decree is attached hereto as **Exhibit B**.

The Revised Final Decree has been circulated to (i) counsel to Reorganized TCEH; (ii) the U.S. Trustee; and (iii) counsel to certain holders of Class C3 Claims, and each of the parties to whom the Revised Final Decree was circulated has no objection to the entry of the Revised Final Decree.

Reorganized TCEH therefore respectfully requests that the Court enter the Revised Final Decree, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated: August 6, 2020<br>Wilmington, Delaware | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
steven.serajeddini@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com

*Co-Counsel to Reorganized TCEH*