**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 10, 2020 STARTING AT 10:00 A.M. (EDT)[3]**

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   RESOLVED MATTER:**

1. Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14095; filed July 13, 2020]

    Response/Objection Deadline:    July 27, 2020 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None

    Related Documents:

    i.   Re-Notice of "Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended agenda items appear in bold.**

[3] **The August 10, 2020 hearing was scheduled to be held before The Honorable Christopher S. Sontchi (via CourtCall and Zoom only) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT).**

        the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions" and Hearing Thereon [D.I. 14100; filed July 7, 2020]

    ii.    Certification of No Objection Regarding "Motion of EFH Plan Administrator Board and Reorganized TCEH for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions" [D.I. 14095] [D.I. 14105; filed August 5, 2020]

    iii.    Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14106; filed August 6, 2020]

Status: On August 6, 2020, the Court entered an order granting the EFH Plan Administrator Board and Reorganized TCEH the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II.    MATTER GOING FORWARD:

2.    Reorganized TCEH's Motion for Entry of Final Decree (A) Closing its Chapter 11 Case and (B) Granting Related Relief [D.I. 14099; filed July 20, 2020]

    Response/Objection Deadline:    August 3, 2020 at 4:00 p.m. (EDT)

    Responses/Objections Received:    Informal comments from counsel to certain holders of Class C3 Claims

    Related Documents:

    i.    **Certification of Counsel Regarding Final Decree (A) Closing TCEH's Chapter 11 Case, and (B) Granting Related Relief [D.I. 14109; filed August 6, 2020]**

    ii.    **Final Decree (A) Closing TCEH's Chapter 11 Case, and (B) Granting Related Relief [D.I. 14110; filed August 7, 2020]**

Status: **On August 7, 2020, the Court entered an order granting Reorganized TCEH the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August **7**, 2020<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
steven.serajeddini@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board and Reorganized TCEH*