# United States Bankrupcy Court
## District of Delaware

| | |
|---|---|
| Energy Future Holdings Corp. <br> Debtor | Bankrupcy Case No. 14-10979 |
| Aluester Coleman <br> Secured Creditor | Jointly Admin. <br><br> Chapter 11 |

FILED 2020 AUG -6 AM 9:48 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## Secured Creditor's Motion for Relief From the Automatic Stay And seeking Permission to Continue prosecution of the State Court Petition filed against the Debtor.

Comes Now Secured Creditor and files this Motion, and Respectfully moves this Honorable Court to Enter Order lifting Automatic stay to allow secured creditor to proceed with prosecution of Default Judgement from the state of Texas, pursuant to Action for Quiet title filed against Debtor in county of Dallas County, TX.

Page 1 of 4

Creditor statement of facts for Lifting Automactic Stay as follows:

1) Creditor lack adequate protection from his property being used by Debtors for collateral.
2) Creditor lack adequate protection from interest in property
3) Debtors continue to file quiet title to claim ownership of creditor's Property
4) Debtors counsel are
5) Appraisal District(s) coincide with Debtor(s) to impear creditor's interest in Property
6) Numerous school district(s) coincide with Debtors to impear state Taxes
7) Oil and gas operators coincide with Debtors to impear secored creditor's mineral rights.
8) Water Districts coincide with Debtors to impear water Rights
9) Debtor's counsel continue to file misrepresenting Quartly statements
10) Debtor's continue to allow 3rd party L to disburt payments incorretlly.

11) Debtors Refused to pay 30 billion Amended Asbestos claim as Granted 2-24-2020.

12) Debtor's debt Cannot be Discharged through Any plan or reconstrution plan.

13) Debtor is named in state [of Texas] in Action for Quiet Title ~~~~ petition filed on 7-6-2020 to this date Debtors are in Default Judgment for $75 billion; case No. DC-20-09073

## Closing Prayer for Relief

It is the Prayer of secured creditor, Alvester Coleman, that the Automatic stay be lifted, Court GRANTS $30 billion dollar Amended claim, GRANTS permission to ~~~~ $75 billion dollar petition filed in District Court [Dallas County] against Debtor, and All Equity Court seem fit.

## Ordered, Signed, and Agreed

Sign on _____ day of Aug. 2020

_____
Alpeata Coleman
Creditor (Secured)

_____
Honorable Judge of
Deleware Bankrupcy Court