# Notice Recipients

District/Off: 0311−1           User: DMC                 Date Created: 8/11/2020
Case: 14−10979−CSS            Form ID: van441            Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        Alvester Coleman
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Alvester Coleman         3722 Happy Canyon St.        Dallas, TX 75241
                                                                                    TOTAL: 1