# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                          **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                                    **Chapter:** 11

Notice of Filing Fee(s) Due
Re: Docket # 14112

Dear Mr. Coleman:

☐   On you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

☐   On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 181.00 is now due.

☐   Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

☑   On 8/6/20, you filed a document in the above–captioned case that requires a filing fee of $ 181.00 be paid to the Court.

Notes:

**Please remit funds to the Court at the following address by no later than 8/18/20.**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

*Una O'Boyle*
Una O'Boyle, Clerk of Court

Date: 8/11/20                                    By:  Donna Capell, Deputy Clerk

(VAN–441)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: DMC              Page 1 of 27          Date Rcvd: Aug 11, 2020
                           Form ID: van441        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
cr              +Alvester Coleman,    3722 Happy Canyon St.,    Dallas, TX 75241-5227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Alvester Coleman
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020

                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
          Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
          Aaron C Baker    on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron H. Stulman    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee astulman@potteranderson.com,
          lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potter
          anderson.com
          Adam  Hiller    on behalf of Interested Party   MoreTech, Inc. ahiller@adamhillerlaw.com
          Adam  Hiller    on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@adamhillerlaw.com
          Adam G. Landis    on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam G. Landis    on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam G. Landis    on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam G. Landis    on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
          brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
          Adam Scott Moskowitz    on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
          Albert Kass    on behalf of Interested Party   Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Alessandra  Glorioso    on behalf of Creditor   U.S. Bank National Association
          glorioso.alessandra@dorsey.com
          Alexa J. Kranzley    on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Alison R. Ashmore    on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
          aashmore@dykema.com
          Amish R. Doshi    on behalf of Creditor   Oracle America, Inc. amish@doshilegal.com
          Amy  Baudler    on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
          Amy  Brown    on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
          Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
          Partnership brown@braunhagey.com
          Ana  Chilingarishvili    on behalf of Creditor   U.S. Bank National Association
          ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz    on behalf of U.S. Trustee   U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley    on behalf of Creditor   Siemens Energy, Inc. f/k/a Siemens Power
          Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew G. Dietcerich    on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Andrew Glenn Devore   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee andrew.devore@ropesgray.com
Andrew J. Ehrlich   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
    aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
Andrew K Glenn   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
    aglenn@kasowitz.com
Andrew L Magaziner   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
    Creditors bankfilings@ycst.com
Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
    Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
    andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.
    pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
Ann M. Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
    Noteholders amk@kashishianlaw.com
Ann M. Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
    Noteholders amk@kashishianlaw.com
Ann M. Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP amk@kashishianlaw.com
Anna  Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
    eastern.taxcivil@usdoj.gov
Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
    Aaltschuler@mwe.com,  WashingtonDocketing@mwe.com
Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
    Aaltschuler@mwe.com,  WashingtonDocketing@mwe.com
Barry  Kleiner   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
    and The Liverpool Limited Partnership dkleiner@kkwc.com
Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
    bgfelder@foley.com
Barry G. Felder   on behalf of Interested Party   UMB BANK, N.A., as Trustee bgfelder@foley.com
Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
Benjamin  Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
    benjaminfinestone@quinnemanuel.com
Benjamin  Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
    benjaminfinestone@quinnemanuel.com
Benjamin  Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
    benjaminfinestone@quinnemanuel.com
Benjamin  Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
    bstewart@baileybrauer.com,  eharper@baileybrauer.com;kbell@baileybrauer.com
Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
    cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Defendant   Brookfield Asset Management Private
    Institutional Capital Adviser (Canada), L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
    Institutional Capital Adviser (Canada), L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
    cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
    cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
    cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Benjamin W. Loveland   on behalf of Interested Party   Marathon Asset Management, LP
    benjamin.loveland@wilmerhale.com,  yolande.thompson@wilmerhale.com
Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC bgc@conaway-legal.com
Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
    bjohnson@fisherboyd.com
Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
Bradley R. Aronstam   on behalf of Defendant   Angelo Gordon & Co., LP baronstam@ramllp.com,
    hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
    om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Defendant   Apollo Advisors VII, L.P. baronstam@ramllp.com,
    hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
    om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@ramllp.com,
    hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
    om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Other Prof.   Longhorn Capital GS L.P. baronstam@ramllp.com,
    hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
    om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
    baronstam@ramllp.com,
    hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
    om;5031916420@filings.docketbird.com
Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
    Capital Adviser (Canada), L.P. baronstam@ramllp.com,
    hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
    om;5031916420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Bradley R. Aronstam   on behalf of Defendant   Brookfield Asset Management Private Institutional
      Capital Adviser (Canada), L.P. baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
      om;5031916420@filings.docketbird.com
      Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
      om;5031916420@filings.docketbird.com
      Brett D. Goodman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
      capacity as successor Indenture Trustee brett.goodman@troutman.com
      Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
      Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
      Brian Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com,
      george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
      Brian  Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
      bschartz@kirkland.com,
      george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
      Brian Tong   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
      Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
      bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
      Brian L. Arban   on behalf of Attorney Brian  Arban barban@hillerarban.com
      Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
      bkasprzak@moodklaw.com,  mike@lscd.com
      Brian W. Hockett   on behalf of Creditor   Accenture LLP bhockett@thompsoncoburn.com
      Bridget  Gallerie   on behalf of Claims Agent   Epiq Corporate Restructuring, LLC
      Pacerteam@choosegcg.com
      Bridget  Gallerie   on behalf of Claims Agent   Garden City Group, LLC Pacerteam@choosegcg.com
      Bridget  Gallerie   on behalf of Other Prof.   Garden City Group, LLC Pacerteam@choosegcg.com
      Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
      mcavenaugh@jw.com
      Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
      CCB@stevenslee.com
      Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
      kboucher@gklaw.com
      Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
      chusnick@kirkland.com
      Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
      Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
      mcclambc@ballardspahr.com,  ambroses@ballardspahr.com
      Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
      cbrown@gsbblaw.com
      Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com
      Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
      csalomon@beckerglynn.com,  mghose@beckerglynn.com;hhill@beckerglynn.com
      Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
      cfong@nixonpeabody.com
      Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
      cfong@nixonpeabody.com
      Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
      Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
      Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
      Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
      Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
      Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
      christopher.carter@morganlewis.com
      Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
      Christopher.hayes@kirkland.com
      Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
      LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
      Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
      LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
      Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
      crbelmonte@duanemorris.com,  pabosswick@duanemorris.com,nydocket@duanemorris.com,
      aesnow@duanemorris.com
      Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
      clark.whitmore@maslon.com
      Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
      crobinson@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
              dboldissar@lockelord.com
              Cory P. Stephenson    on behalf of Plaintiff    Energy Future Holdings Corp.
              cstephenson@bk-legal.com
              Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
              curtishehn@comcast.net
              D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee rmartin@ropesgray.com
              Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
              dfliman@kasowitz.com, Courtnotices@kasowitz.com
              Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
              daobrien@venable.com
              Daniel A. O'Brien    on behalf of Interested Party    Pacific Investment Management Company LLC
              ("PIMCO") daobrien@venable.com
              Daniel B. Denny    on behalf of Interested Party    Berkshire Hathaway Energy Company
              ddenny@milbank.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
              rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Lake Creek 3 Power Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Electric Company, Inc.
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Renewables Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mineral Development Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel J. DeFranceschi   on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Pipeline Company, Inc.
               defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
               defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,   gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Meri  Bergschneider dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,
              Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
               the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,   gdurstein@dkhogan.com,
              Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
               First Lien Administrative Agent dshamah@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                Daniel S. Shamah    on behalf of Creditor     Angelo Gordon & Co., LP dshamah@omm.com
                Daniel S. Shamah    on behalf of Defendant    Brookfield Asset Management Private Institutional
                 Capital Adviser (Canada), L.P. dshamah@omm.com
                Daniel S. Shamah    on behalf of Creditor     Brookfield Asset Management Private Institutional
                 Capital Adviser (Canada), L.P. dshamah@omm.com
                Daniel S. Shamah    on behalf of Creditor     Angelo Gordon & Co., LP dshamah@omm.com
                Daniel S. Shamah    on behalf of Defendant    Apollo Advisors VII, L.P. dshamah@omm.com
                Daniel S. Shamah    on behalf of Creditor     Wilmington Trust, N.A., in its capacity as First Lien
                 Administrative Agent dshamah@omm.com
                Daniel S. Shamah    on behalf of Creditor     Apollo Advisors VII, L.P. dshamah@omm.com
                Daniel Stephen Smith    United States on behalf of Environmental
                 Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
                Danielle M. Audette    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
                 jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
                Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
                 daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
                Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
                 daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
                David  Neier  on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital Holdings,
                 Inc. dneier@winston.com,  dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
                David  Neier  on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
                 dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
                David  Neier  on behalf of Defendant    NextEra Energy, Inc. dneier@winston.com,
                 dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
                David B. Anthony    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
                 danthony@bergerharris.com,  mnicholls@bergerharris.com
                David B. Anthony    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
                 danthony@bergerharris.com,  mnicholls@bergerharris.com
                David B. Anthony    on behalf of Plaintiff    Avenue Capital Management II, LP
                 danthony@bergerharris.com,  mnicholls@bergerharris.com
                David B. Anthony    on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com,
                 mnicholls@bergerharris.com
                David B. Anthony    on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com,
                 mnicholls@bergerharris.com
                David Daniel Farrell    on behalf of Creditor    Martin Engineering Company
                 dfarrell@thompsoncoburn.com
                David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
                 wkalawaia@swlaw.com
                David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
                David M. Klauder    on behalf of Interested Party    Former Disinterested Directors of Energy
                 Future Holdings Corp. dklauder@bk-legal.com
                David M. Klauder    on behalf of Plaintiff    Energy Future Holdings Corp. dklauder@bk-legal.com
                David M. Klauder    on behalf of Financial Advisor    SOLIC Capital Advisors, LLC
                 dklauder@bk-legal.com
                David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
                David N. Deaconson    on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
                David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
                 LLC dprimack@mdmc-law.com,  scarney@mdmc-law.com
                David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
                 scarney@mdmc-law.com
                David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
                 scarney@mdmc-law.com
                David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
                 scarney@mdmc-law.com
                David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
                 dprimack@mdmc-law.com,  scarney@mdmc-law.com
                David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
                 drosner@kasowitz.com,  courtnotices@kasowitz.com
                David W. Carickhoff    on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
                 DE20@ecfcbis.com
                Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
                 Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                 Finance, Inc., and EECI, Inc. (EFH Committee) dwright@rc.com,  idensmore@rc.com
                Dennis  Dunne, Esq.  on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
                Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                 indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
                Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
                 meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
                 acerpro.com;derek-abbott-1155@ecf.pacerpro.com
                Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co L.P., TPG Capital,
                 L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
                 meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
                 acerpro.com;derek-abbott-1155@ecf.pacerpro.com
                Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
                 Partnership dabbott@mnat.com,
                 meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.p
                 acerpro.com;derek-abbott-1155@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Desiree M. Amador   on behalf of Creditor   Pension Benefit Guaranty Corporation
               amador.desiree@pbgc.gov, efile@pbgc.gov
              Diane W. Sanders    on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
              Donald K. Ludman    on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
              Duane David Werb    on behalf of Creditor   The Kansas City Southern Railway Company
               maustria@websullivan.com;riorii@websullivan.com
              Duane David Werb    on behalf of Creditor   BWM Services, LP
               maustria@websullivan.com;riorii@websullivan.com
              Eboney  Cobb    on behalf of Creditor   Somervell County et al ecobb@pbfcm.com,
               rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
              Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
              Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
              Edwin Kevin Camson   camson@drumcapital.com
              Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
               ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
              Elizabeth  Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo   on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Ellen  Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
              Ellen M. Halstead   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Epiq Corporate Restructuring, LLC   nmrodriguez@epiqsystems.com
              Eric Christopher Daucher   on behalf of Defendant   NextEra Energy, Inc.
               eric.daucher@nortonrosefulbright.com
              Eric Christopher Daucher   on behalf of Creditor   NextEra Energy Resources, LLC
               eric.daucher@nortonrosefulbright.com
              Erica J. Richards   on behalf of Creditor   The Official Committee of Unsecured
               Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
              Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
               eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,
              Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
               eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,
              Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
               kboucher@gklaw.com;elewerenz@gklaw.com
              Erin R Fay   on behalf of Interested Party   UMB BANK, N.A., as Trustee efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Creditor   UMB Bank, N.A. efay@bayardlaw.com,  kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party   Bayard, P.A. efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P. and
               The Liverpool Limited Partnership efay@bayardlaw.com,  kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
               The Liverpool Limited Partnership efay@bayardlaw.com,  kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party   Ropes & Gray LLP efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
               Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
               Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,  kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
               Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
               L.P., TPG Global, LLC, TPG Partners V, L.P., TPG efay@bayardlaw.com,
               kmccloskey@bayardlaw.com
              Erin R Fay   on behalf of Creditor   UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
               Toggle Notes efay@bayardlaw.com,  kmccloskey@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Erin R Fay    on behalf of Interested Party    Elliott International, L.P. efay@bayardlaw.com,
      kmccloskey@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    UMB Bank, N.A., as Indenture Trustee
      efay@bayardlaw.com, kmccloskey@bayardlaw.com
    Evan  Rassman    on behalf of Creditor    Sunrise Partners Limited Partnership erassman@gsbblaw.com
    Evan  Rassman    on behalf of Creditor    Knife River Corporation-South erassman@gsbblaw.com
    Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
      jbrewster@milbank.com;mbrod@milbank.com;bzucco@milbank.com;mprice@milbank.com;aleblanc@milbank.co
      m;nalmeida@milbank.com;aabell@milbank.com;slevin@milbank.com;bschak@milbank.com;yzahoroda@milbank
      .com
    Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
      Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
      kmccloskey@bayardlaw.com
    Evan T. Miller    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
      and The Liverpool Limited Partnership emiller@bayardlaw.com,  kmccloskey@bayardlaw.com
    Frances  Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
      csmith@fgllp.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    AMECO Inc. fmonaco@gsbblaw.com,
      frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Enterprises Inc.
      fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Corporation fmonaco@gsbblaw.com,
      frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Global Services
      fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    American Equipment Company Inc.
      fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
    Frank  Brame    on behalf of Interested Party    Texas Competitive Electric Holdings Company LLC
      frank@bramelawfirm.com
    Frederick Brian Rosner    on behalf of Interested Party Paul  Keglevic rosner@teamrosner.com
    Frederick Brian Rosner    on behalf of Interested Party Anthony  Horton rosner@teamrosner.com
    Frederick Brian Rosner    on behalf of Interested Party    Mudrick Capital Management L.P.
      rosner@teamrosner.com
    Frederick Brian Rosner    on behalf of Creditor    Mudrick Capital Management, L.P.
      rosner@teamrosner.com
    G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
      Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
      alexbongartz@paulhastings.com
    Garden City Group, LLC    PACERTeam@gardencitygroup.com
    Garvan F. McDaniel    on behalf of Interested Party    Contrarian Capital Management, LLC
      gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com
    Garvan F. McDaniel    on behalf of Other Prof.    Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
      gdurstein@dkhogan.com
    Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
      gdurstein@dkhogan.com
    Garvan F. McDaniel    on behalf of Creditor    Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com,
      gdurstein@dkhogan.com
    Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
      gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com
    Gary F. Seitz    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
    George  Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com
    George  Davis    on behalf of Defendant    Brookfield Asset Management Private Institutional
      Capital Adviser (Canada), L.P. gdavis@omm.com
    George  Davis    on behalf of Defendant    Apollo Advisors VII, L.P. gdavis@omm.com
    George  Davis    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
      Administrative Agent gdavis@omm.com
    George  Davis    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as First
      Lien Administrative Agent gdavis@omm.com
    George  Davis    on behalf of Defendant    Angelo Gordon & Co., LP gdavis@omm.com
    Gerrit M. Pronske    on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pronskepc.com,
      lvargas@pronskepc.com;jkathman@pronskepc.com;mclontz@pronskepc.com
    GianClaudio  Finizio    on behalf of Interested Party    Delaware Trust Company as Successor
      Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
      bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
    GianClaudio  Finizio    on behalf of Interested Party    Delaware Trust Company
      gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
    GianClaudio  Finizio    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien
      Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
    GianClaudio  Finizio    on behalf of Interested Party    CSC Trust Company of Delaware, as
      Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
      bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
    GianClaudio  Finizio    on behalf of Interested Party    Delaware Trust Company, as TCEH First Lien
      Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
    Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed
      Successor Indenture Trustee gsaydah@mmwr.com,  gilbert-saydah-6601@ecf.pacerpro.com
    Gregg M. Galardi    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
      and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,  nova.alindogan@ropesgray.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee gtaylor@ashbygeddes.com
              Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
              Noteholders gtaylor@ashbygeddes.com
              Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
              gflasser@bayardlaw.com
              Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
              gflasser@bayardlaw.com
              Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
              gflasser@bayardlaw.com
              Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
              gweinstein@weinrad.com,  wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com,
              gregory-donilon-6537@ecf.pacerpro.com
              Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
              hal.morris@oag.texas.gov,  shannon.benson@oag.texas.gov
              Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
              hal.morris@oag.texas.gov,  shannon.benson@oag.texas.gov
              Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
              hal.morris@oag.texas.gov,  shannon.benson@oag.texas.gov
              Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Walnut Springs ISD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Clay county dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Lee County dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Irving isd dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Sulphur Springs ISD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Archer County dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   City of Coppell dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Franklin ISD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Slocum ISD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Fort Bend County dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Coppell ISD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Smith County dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Kerens ISD dallas.bankruptcy@lgbs.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northwest ISD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
          dallas.bankruptcy@lgbs.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
          dallas.bankruptcy@lgbs.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@lgbs.com,
          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Helen Elizabeth Weller   on behalf of Creditor   Rockwall Cad dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor   Cherokee CAD dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor   City of carrollton dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor   City of Stephenville dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor   City of malakoff dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor   McLennan County dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor   Cisco ISD dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor   Round Rock ISD dallas.bankruptcy@lgbs.com,
      Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Howard A. Cohen   on behalf of Interested Party   CITIBANK, N.A. hcohen@gibbonslaw.com
    Howard R. Hawkins, Jr.   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
      howard.hawkins@cwt.com, nyecfnotice@cwt.com
    Howard R. Hawkins, Jr.   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
      howard.hawkins@cwt.com, nyecfnotice@cwt.com
    Humayun Khalid   on behalf of Interested Party   J Aron & Company hkhalid@cgsh.com,
      maofiling@cgsh.com
    Humayun Khalid   on behalf of Interested Party   J. Aron & Company hkhalid@cgsh.com,
      maofiling@cgsh.com
    J Jackson Shrum   on behalf of Creditor   The Kansas City Southern Railway Company
      jshrum@jshrumlaw.com
    J Jackson Shrum   on behalf of Creditor   BWM Services, LP jshrum@jshrumlaw.com
    J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
      under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
      Collateral Trustee, kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
      Indenture Trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Other Prof.   Cole Schotz P.C. kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
      and collateral trustee, kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
      Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
      indenture trustee and collateral trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    J. Kate Stickles   on behalf of Other Prof.   Delaware Trust Company, as First Lien Successor
      Trustee and Collateral Trustee kstickles@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
      otz.com;jford@coleschotz.com;lmorton@coleschotz.com
    Jacob A. Adlerstein   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
      Creditors jadlerstein@paulweiss.com
    James E. Huggett   on behalf of Creditor   Oracle America, Inc. jhuggett@margolisedelstein.com,
      tyeager@margolisedelstein.com;csmith@margolisedelstein.com
    James E. Huggett   on behalf of Creditor   URS Energy & Construction, Inc.
      jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com
    James Halstead Millar   on behalf of Interested Party   CSC Trust Company of Delaware, as
      successor indenture trustee and collateral trustee james.millar@faegredrinker.com,
      Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
    James Michael Peck   on behalf of Interested Party   The Official Committee of TCEH Unsecured
      Creditors jpeck@mofo.com
    James Michael Peck   on behalf of Creditor Committee   The Official Committee of Unsecured
      Creditors jpeck@mofo.com
    James Robert Prince   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
      jim.prince@bakerbotts.com, RORY.FONTENLA@BAKERBOTTS.COM

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            James Robert Prince   on behalf of Interested Party   CenterPoint Energy Resources Corp.
            jim.prince@bakerbotts.com, RORY.FONTENLA@BAKERBOTTS.COM
            James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
            Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
            James S. Yoder   on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
            Jamie Lynne Edmonson   on behalf of Creditor   Pacific Investment Management Co. LLC
            jedmonson@rc.com, lshaw@rc.com
            Jamie Lynne Edmonson   on behalf of Interested Party   Pacific Investment Management Company LLC
            ("PIMCO") jedmonson@rc.com, lshaw@rc.com
            Jarrett Vine   on behalf of Interested Party   The Official Committee of TCEH Unsecured
            Creditors jvine@polsinelli.com, LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
            Jarrett Vine   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
            jvine@polsinelli.com, LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
            Jason A. Gibson   on behalf of Interested Party   Mudrick Capital Management L.P.
            gibson@teamrosner.com
            Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
            BKECF@traviscountytx.gov
            Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
            sybil.aytch@quarles.com
            Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
            jason.liberi@skadden.com,
            christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
            Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
            jason.liberi@skadden.com,
            christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
            Jason M. Madron   on behalf of Interested Party   Vistra Energy f/k/a TCEH Corp. madron@rlf.com,
            rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
            rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Defendant   EECI, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
            rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
            rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com, rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
            rbgroup@rlf.com
            Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com, rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com, rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jason M. Madron   on behalf of Debtor    Generation Development Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    EFH FS Holdings Company madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    EBASCO Services of Canada Limited madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Defendant    Energy Future Holdings Corp. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Energy Future Intermediate Holding Company LLC madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Plan Administrator    EFH Plan Administrator Board madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    TXU Retail Services Company madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    EFH Renewables Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    TXU Receivables Company madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    EFIH Finance Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Luminant ET Services Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    EFH Australia (No. 2) Holdings Company madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Southwestern Electric Service Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC madron@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jason M. Madron   on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant    Generation Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Interested Party    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant    EEC Holdings, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant    NCA Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU SEM Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant    LSGT SACROC, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant    EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
                Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
                Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor    Cloud Peak Energy Resources LLC
                jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
                Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
                Seidlets jwisler@connollygallagher.com
              Jeffrey M Gorris   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.,
                The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
                Limited Partnership jspeakman@friedlandergorris.com,
                jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
              Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
                jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
                jschlerf@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party    Reorganized EFH Debtors
                jschlerf@foxrothschild.com,  jhofmann@foxrothschild.com;ahrycak@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition I, L.L.C.
                jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party    Sempra Energy jschlerf@foxrothschild.com,
                ahrycak@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition II, L.L.C.
                jschlerf@foxrothschild.com,  ahrycak@foxrothschild.com
              Jeffrey R. Fine   on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
                jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey R. Fine   on behalf of Creditor    Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
                jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
           JSSabin@Venable.com
           Jeffrey S. Sabin   on behalf of Interested Party   Pacific Investment Management Company LLC
           ("PIMCO") JSSabin@Venable.com
           Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors JMarines@mofo.com
           Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
           corporate-reorg-1449@ecf.pacerpro.com
           Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
           debankruptcy@beneschlaw.com
           Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
           debankruptcy@beneschlaw.com
           Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
           jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
           Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
           calirm@haslaw.com
           Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           jnewdeck@akingump.com, ddunn@akingump.com
           Joanna Flynn Newdeck   on behalf of Interested Party   UMB BANK, N.A., as Trustee
           jnewdeck@akingump.com, ddunn@akingump.com
           John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
           John D. Demmy   on behalf of Creditor   Rexel, Inc. john.demmy@saul.com,  robyn.warren@saul.com
           John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
           Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
           robyn.warren@saul.com
           John D. Demmy   on behalf of Creditor   City of Dallas, Texas john.demmy@saul.com,
           robyn.warren@saul.com
           John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
           mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
           jharris@bergerharris.com, mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
           jharris@bergerharris.com, mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
           jharris@bergerharris.com, mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
           mnicholls@bergerharris.com
           John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
           seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
           John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-jstern@oag.texas.gov,  sherri.simpson@oag.texas.gov
           John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
           John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
           John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
           John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
           Johnna Darby   on behalf of Interested Party   Steag Energy Services, Inc.
           jdarby@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
           Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
           chatalian.jon@pbgc.gov,  efile@pbgc.gov
           Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
           Joseph Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
           jgrey@crosslaw.com,  smacdonald@crosslaw.com
           Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
           jbarsalona@mnat.com,
           joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@e
           cf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
           Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
           jbarsalona@mnat.com,
           joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@e
           cf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
           Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
           mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
           Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
           mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
           Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
           mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
           Joseph D. Wright   on behalf of Defendant   NextEra Energy, Inc. wright@lrclaw.com,
           dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
           Joseph D. Wright   on behalf of Interested Party   NextEra Energy, Inc. wright@lrclaw.com,
           dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
           Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
           dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
      Holdings, Inc. wright@lrclaw.com,
      dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
    Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
      LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
      dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
    Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
      dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
    Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Interested Party    Charles H. Cremens. jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
      LLC jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
      Lien Administrative Agent jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
      as First Lien Administrative Agent jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
      jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
    Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
      Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
    Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com
    Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
      jmcmahon@ciardilaw.com
    Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
      jbrody@kramerlevin.com,
      adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
      .pacerpro.com
    Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
      Objectors jbrody@kramerlevin.com,
      adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
      .pacerpro.com
    Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
      Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
      Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
      adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
      .pacerpro.com
    Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
      jbrody@kramerlevin.com,
      adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
      .pacerpro.com
    Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc. josh@searcyfirm.com,
      ecf@searcyfirm.com
    Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
    Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
      klein@kleinllc.com
    Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
    Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
      Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
      Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
    Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
      ("PIMCO") kbifferato@connollygallagher.com
    Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
    Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
      kmayer@mccarter.com
    Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
      kboucher@gklaw.com
    Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
      kathleen.murphy@bipc.com,  annette.dye@bipc.com
    Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
      kmiller@skjlaw.com,  llb@skjlaw.com,jcb@skjlaw.com
    Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com,
      jcb@skjlaw.com
    Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
    Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
      L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
      keith.wofford@ropesgray.com
    Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
      successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
      keith.wofford@ropesgray.com
    Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
      raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
             donna.dotts@btlaw.com
           Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
             pgroff@btlaw.com;Tabitha.davis@btlaw.com
           Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
             kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
           Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
             klippman@munsch.com,  pmoore@munsch.com
           Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
             debankruptcy@beneschlaw.com
           Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
             Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
           Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
             Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
             LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
             bankruptcy-2628@ecf.pacerpro.com
           Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
             its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
           Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
             Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
           Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
             kjarashow@goodwinprocter.com
           Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
             the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
             Indenture Trustee kgwynne@reedsmith.com,
             llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
             in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
             llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
             kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
           Kurtzman Carson Consultants LLC    info@kccllc.com,  ecfpleadings@kccllc.com
           L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
             learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
           L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
             docketclerk@stoel.com;april.mellen@stoel.com
           L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
             learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
           L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc.
             kgood@potteranderson.com,
             cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potter
             anderson.com
           L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
             kgood@potteranderson.com,
             cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potter
             anderson.com
           Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
             lshipkovitz@tuckerlaw.com
           Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee
             lpeterson@lowis-gellen.com
           Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lpeterson@lowis-gellen.com
           Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
             ljones@pszjlaw.com
           Laura  Davis  Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
             Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
             lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszjlaw.com
           Laura  Davis  Jones    on behalf of Interested Party    Second Lien Indenture Trustee
             ljones@pszjlaw.com,  efile1@pszjlaw.com
           Laura  Davis  Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
             Objectors ljones@pszjlaw.com,  efile1@pszjlaw.com
           Laura  Davis  Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
             ljones@pszjlaw.com,  efile1@pszjlaw.com
           Laura  Davis  Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
             Second Lien Group ljones@pszjlaw.com,  efile1@pszjlaw.com
           Laura  Davis  Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
             Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
             Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Laura  Davis  Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
                ljones@pszjlaw.com,  efilel@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
                EFIH Second Lien Group  ljones@pszjlaw.com,  efilel@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
                Second Lien Group ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
                Objectors ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    Second Lien Indenture Trustee
                ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
                ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
                EFIH Second Lien Group ljones@pszjlaw.com
              Laurel D. Roglen   on behalf of Interested Party    Henry C. de Groh Revocable Trust
                roglenl@ballardspahr.com,  ambroses@ballardspahr.com
              Laurie Selber Silverstein   on behalf of Interested Party    EFIH First Lien DIP Agent
                bankruptcy@potteranderson.com
              Laurie Selber Silverstein   on behalf of Interested Party    Deutsche Bank AG New York Branch
                bankruptcy@potteranderson.com
              Learon John Bird   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
                learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
              Lee Harrington   on behalf of Interested Party    American Stock Transfer & Trust Company LLC
                lh@ascendantlawgroup.com
              Lee B. Gordon   on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
                tleday@ecf.courtdrive.com,
                bankruptcy@mvbalaw.com;jwilliams@mvba;alocklin@mvbalaw.com;kmorriss@mvbalaw.com
              Linda J. Casey   on behalf of U.S. Trustee    U.S. Trustee Linda.Casey@usdoj.gov
              Lindsay  Zahradka   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
                Noteholders lzahradka@akingump.com
              Lindsay  Zahradka   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
                lzahradka@akingump.com
              Lino  Mendiola, III   on behalf of Interested Party    Titus County Fresh Waster Supply District
                No. 1 linomendiola@andrewskurth.com
              Lino  Mendiola, III   on behalf of Interested Party    Titus County Fresh Water Supply District
                No. 1 linomendiola@andrewskurth.com
              Lisa Cresci McLaughlin   on behalf of Interested Party    Fee Committee mmo@pgmhlaw.com
              Lorenzo  Marinuzzi   on behalf of Interested Party    The Official Committee of TCEH Unsecured
                Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
              Louis A. Curcio   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
                capacity as successor Indenture Trustee louis.curcio@troutman.com,  john.murphy@troutman.com
              Lucian Borders Murley   on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
                luke.murley@saul.com,  robyn.warren@saul.com
              Lucian Borders Murley   on behalf of Creditor    Accenture LLP luke.murley@saul.com,
                robyn.warren@saul.com
              Marc J. Phillips   on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
                mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
              Marc J. Phillips   on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
                mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
              Marc J. Phillips   on behalf of Creditor    Steering Committee of Cities Served by Oncor
                mphillips@mmwr.com,  marc-phillips-8177@ecf.pacerpro.com
              Marc Stephen Casarino   on behalf of Creditor    Google, Inc. casarinom@whiteandwilliams.com,
                debankruptcy@whiteandwilliams.com
              Maria A. Bove   on behalf of Interested Party    Computershare Trust Company, N.A., and
                Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo marias@goldmclaw.com,
                marias@ecf.courtdrive.com
              Maria Aprile Sawczuk   on behalf of Interested Party    Sierra Club marias@goldmclaw.com,
                marias@ecf.courtdrive.com
              Mark  Minuti   on behalf of Creditor    Electric Reliability Council of Texas, Inc.
                mark.minuti@saul.com,  robyn.warren@saul.com
              Mark Andrew Fink   on behalf of Interested Party    The Official Committee of Unsecured Creditors
                of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
                Inc.; and EECI, Inc. (EFH Committee) mfink@rc.com,
                mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
              Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) mfink@rc.com,
                mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
              Mark Andrew Fink   on behalf of Spec. Counsel    Montgomery, McCracken, Walker & Rhoads, LLP
                mfink@rc.com,  mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
              Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance Inc., and EECI, Inc. mfink@rc.com,  mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
              Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. mfink@rc.com,  mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark Charles 2009npfdEllenberg    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy
   Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
   michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com.
Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp.
   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
   KOTWICK@SEWKIS.COM
Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral Agent
   and First Lien Administrative Agent KOTWICK@SEWKIS.COM
Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
   olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com.
Mark D. Olivere    on behalf of Interested Party    Berkshire Hathaway Energy Company
   olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com.
Mark E. Felger Esq.    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
   kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
Mark E. Felger Esq.    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
   kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
   opetukhova@foley.com.
Mark F. Hebbeln    on behalf of Interested Party    UMB BANK, N.A., as Trustee mhebbeln@foley.com,
   jsorrels@foley.com,opetukhova@foley.com.
Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
   Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
   Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
   LLC desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
   desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
   desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com.
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. mcguire@lrclaw.com,
   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
   mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
   mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
   Holdings, Inc. mcguire@lrclaw.com,
   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Convertible Opportunity Master Fund
   mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Defendant    NextEra Energy, Inc. mcguire@lrclaw.com,
   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. ,
   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Distressed Opportunities Master Fund
   mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
   mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Marathon Asset Management, LP mcguire@lrclaw.com,
   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
   II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
   mbrown@whitecase.com
Matthew G. Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
   hartlt@ballardspahr.com
Matthew G. Summers    on behalf of Creditor    Louisiana Energy Services, LLC
   summersm@ballardspahr.com, hartlt@ballardspahr.com
Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
   Noteholders mlahaie@akingump.com
Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
   mlahaie@akingump.com
Michael A. Paskin    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
   mpaskin@cravath.com
Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
   debaecke@blankrome.com
Michael David DeBaecke    on behalf of Creditor    Wilmington Trust, N.A., as Successor TCEH First
   Lien Administrative Agent and Successor TCEH First Lien Collateral Agent
   mdebaecke@ashbygeddes.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael David DeBaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
           Collateral Agent mdebaecke@ashbygeddes.com
          Michael David DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
           mdebaecke@ashbygeddes.com
          Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
           Agent and First Lien Administrative Agent debaecke@blankrome.com
          Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
           comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
           LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Sunrise Partners Limited Partnership
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
           Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
           Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
          Michael H. Torkin   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
          Michael Joseph Joyce   on behalf of Interested Party   Fidelity Management & Research Company
           mjoyce@mjlawoffices.com
          Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
           by Fidelity Management & Research Company or its affiliates mjoyce@mjlawoffices.com
          Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
           sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@mjlawoffices.com
          Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
           matchley@popehardwicke.com
          Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
           matchley@popehardwicke.com
          Michael P. Esser   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           michael.esser@kirkland.com
          Michael P. Esser   on behalf of Plaintiff   Energy Future Holdings Corp.
           michael.esser@kirkland.com
          Michael P. Esser   on behalf of Debtor   Energy Future Holdings Corp. michael.esser@kirkland.com
          Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
           Objectors mmcmahon@cullenanddykman.com
          Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
           mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) NRamsey@rc.com,
           natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com
          Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
           Finance, Inc., and EECI, Inc. NRamsey@rc.com,
           natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com
          Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture nglassman@bayardlaw.com,
           kmccloskey@bayardlaw.com
          Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
           Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
           bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Interested Party   Titan Investment Holdings LP nmozal@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
            Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com
            Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
            nicole.mignone@texasattorneygeneral.gove
            Noah Hagey   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
            Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
            Partnership hagey@braunhagey.com
            Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m;lmorton@coleschotz.com
            Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m;lmorton@coleschotz.com
            Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
            Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m;lmorton@coleschotz.com
            Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
            Collateral Trustee, npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m;lmorton@coleschotz.com
            Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
            Indenture Trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.co
            m;lmorton@coleschotz.com
            Odalisa Polanco   on behalf of Creditor   Claims Recovery Group LLC
            allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
            Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
            oalaniz@reedsmith.com, jkrasnic@reedsmith.com;srhea@reedsmith.com
            Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
            oalaniz@reedsmith.com, jkrasnic@reedsmith.com;srhea@reedsmith.com
            Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
            tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
            Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
            tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
            Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
            pwp@pattiprewittlaw.com
            Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
            pwp@pattiprewittlaw.com
            Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
            pwp@pattiprewittlaw.com
            Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
            pwp@pattiprewittlaw.com
            Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
            Paul D. Moak   on behalf of Interested Party   Alcoa Inc. pmoak@mckoolsmith.com,
            nsauter@mckoolsmith.com
            Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
            bankfilings@ycst.com
            Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
            Second Lien Group pkeane@pszjlaw.com, keanep930@notify.bestcase.com
            Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
            Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
            nacif.taousse@lw.com;ny-courtmail@lw.com
            Philip Anker   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee philip.anker@wilmerhale.com, whmao@wilmerhale.com
            Philip Anker   on behalf of Interested Party   Marathon Asset Management, LP
            philip.anker@wilmerhale.com, whmao@wilmerhale.com
            R. Craig Martin   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
            craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
            R. Craig Martin   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
            craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
            R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
            spappa@svglaw.com,cwalters@svglaw.com
            R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
            bankruptcy@potteranderson.com, bankruptcy@potteranderson;nrainey@potteranderson.com
            Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
            bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
            Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
            Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
            lien notes and the holders thereof. rringer@kramerlevin.com,
            AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
            Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
            Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
            rlemisch@klehr.com
            Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Raymond H. Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
rlemisch@klehr.com
Raymond Howard Lemisch    on behalf of Creditor    UMB Bank, N.A., as Indenture Trustee to the EFIH
Senior Toggle Notes rlemisch@klehr.com
Raymond Howard Lemisch    on behalf of Interested Party    UMB BANK, N.A., as Trustee
rlemisch@klehr.com
Raymond Howard Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
Rebecca A. Hayes    on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
rhayes@foley.com
Reed A. Heiligman    on behalf of Interested Party    PI Law Firms rheiligman@fgllp.com,
ccarpenter@fgllp.com
Reed A. Heiligman    on behalf of Creditor    Experian Information Solutions, Inc.
rheiligman@fgllp.com,    ccarpenter@fgllp.com
Reed A. Heiligman    on behalf of Creditor    Experian Marketing Solutions, Inc.
rheiligman@fgllp.com,    ccarpenter@fgllp.com
Richard A. Barkasy    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
rbarkasy@schnader.com
Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
rbarkasy@schnader.com
Richard A. Barkasy    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
rbarkasy@schnader.com
Richard L. Schepacarter    on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company of Canada
rfeinstein@pszjlaw.com
Robert J. Feinstein    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
Objectors rfeinstein@pszjlaw.com
Robert J. Feinstein    on behalf of Defendant    Computershare Trust Company, N.A.
rfeinstein@pszjlaw.com
Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and
Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. rmalone@gibbonslaw.com
Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
bankfilings@ycst.com
Ryan M. Bartley    on behalf of Defendant    Vistra Energy Corp. bankfilings@ycst.com
Sabrina L. Streusand    on behalf of Interested Party Allen    Shrode streusand@slollp.com,
prentice@slollp.com
Samuel Lee Moultrie    on behalf of Creditor    RailWorks Track System, Inc.
cathersw@gtlaw.com;bankruptcydel@gtlaw.com
Scott D. Cousins    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
and The Liverpool Limited Partnership scousins@bayardlaw.com,    kmccloskey@bayardlaw.com
Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
scousins@bayardlaw.com,    kmccloskey@bayardlaw.com
Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
Noteholders scousins@bayardlaw.com,    kmccloskey@bayardlaw.com
Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
scousins@bayardlaw.com,    kmccloskey@bayardlaw.com
Scott J. Leonhardt    on behalf of Interested Party Paul    Keglevic leonhardt@teamrosner.com
Scott J. Leonhardt    on behalf of Interested Party Anthony    Horton leonhardt@teamrosner.com
Scott L. Alberino    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
salberino@akingump.com
Scott L. Alberino    on behalf of Interested Party    UMB BANK, N.A., as Trustee
salberino@akingump.com
Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
maofiling@cgsh.com
Sean A. O'Neal    on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
maofiling@cgsh.com
Sean M. Brennecke    on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com, state@klehr.com
Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
cmcintire@buchalter.com
Simon E. Fraser    on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com,
sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
Simon E. Fraser    on behalf of Interested Party    J Aron & Company sfraser@cozen.com,
sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
Simon E. Fraser    on behalf of Interested Party    J. Aron & Company sfraser@cozen.com,
sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
Simon E. Fraser    on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com,
sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
Stacey Kremling    on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
Stacy L. Newman    on behalf of Interested Party    Union Pacific Railroad Company
snewman@ashby-geddes.com
Stacy L. Newman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
capacity as successor Indenture Trustee snewman@ashby-geddes.com
Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Stephanie  Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
    Objectors stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
Stephanie  Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com,
    dortiz@bclplaw.com
Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
    stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
Stephanie  Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
    stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
Stephen  Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
    stephen.karotkin@weil.com,  frank.grese@weil.com
Stephen  Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
    frank.grese@weil.com
Stephen  Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
    stephen.karotkin@weil.com,  frank.grese@weil.com
Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
    stephen.karotkin@weil.com,  frank.grese@weil.com
Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
    stephen.karotkin@weil.com,  frank.grese@weil.com
Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
    sstapleton@cowlesthompson.com
Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
    stephen.lerner@squirepb.com,  sarah.conley@squirepb.com,stephen-lerner-2073@ecf.pacerpro.com
Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
    capacity as Indenture Trustee smiller@morrisjames.com,  wweller@morrisjames.com
Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
    steven.serajeddini@kirkland.com
Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
    steven.serajeddini@kirkland.com
Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
    stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
    stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
    skaufman@skaufmanlaw.com
Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
    ttacconelli@ferryjoseph.com
Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
    ttacconelli@ferryjoseph.com
Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
    mdunwody@tbf.legal
Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@foxrothschild.com,
    mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@foxrothschild.com,
    mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC
    thoran@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
    thoran@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
    Agent hooper@sewkis.com
Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
    Agent and First Lien Administrative Agent hooper@sewkis.com
Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
    Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
    nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
    tmoss@perkinscoie.com,
    nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
    under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
    nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
    Fund daluz@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
    High Yield Bond Open Mother Fund daluz@ballardspahr.com,  ambroses@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Tobey M. Daluz    on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com,
    ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
    Portfolio daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
    daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series II: Fidelity Advisor Strategic
    Income Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
    daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series  US Dollar Monthly Income
    US High Yield Pool daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
    daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
    Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
    daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company
    daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com,
    ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
    daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
    Income Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series I: Fidelity Advisor High Income
    Advantage Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
    Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  ambroses@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com,
    ambroses@ballardspahr.com
Todd  Phillips    on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
    tphillips@capdale.com,  cecilia-guerrero-caplin-6140@ecf.pacerpro.com
Todd Charles Schiltz, Esq    on behalf of Interested Party   CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
    cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
Todd Jeffrey Rosen    on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
Traci L. Cotton    on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
Travis J. Ferguson    on behalf of Creditor   NextEra Energy Resources, LLC ferguson@lrclaw.com,
    dellose@lrclaw.com;ramirez@lrclaw.com
Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
    semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
    semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
    semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
    semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
    semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
    rbgroup@rlf.com

District/off: 0311-1          User: DMC              Page 25 of 27          Date Rcvd: Aug 11, 2020
                             Form ID: van441          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Tyler D. Semmelman     on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    NCA Resources Development Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Energy Industries Company, Inc.
                 semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                 semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EECI, Inc. semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Energy Trading California Company
                 semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Big Brown Mining Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                 semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TXU SEM Company semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
          Tyler D. Semmelman     on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
            rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
            rbgroup@rlf.com
          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          Victoria D. Garry    on behalf of Interested Party    Ohio Department of Taxation
            vgarry@ag.state.oh.us
          Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
            vlazar@jenner.com
          Vincent E. Lazar    on behalf of Interested Party    Charles H. Cremens. vlazar@jenner.com
          Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
            Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
            Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee wusatine@coleschotz.com,  pratkowiak@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
            mao-bk-ecf@debevoise.com
          William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
            Bankruptcy001@sha-llc.com
          William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
              William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
                wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
              William E. Chipman, Jr.    on behalf of Interested Party    Berkshire Hathaway Energy Company
                chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
                Noteholders chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
                chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
              William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
                bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
              William Mark Alleman, Jr    on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
                debankruptcy@beneschlaw.com
              William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
                wweintraub@goodwinproctor.com, zhassoun@fklaw.com
              William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
                its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
              Zachary I Shapiro    on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                            TOTAL: 1032