The United States Bankruptcy
Court District of Delaware

**FILED**
2020 AUG 25  AM 8:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11

Case No. 14-10979

Alvester Coleman
Creditor

Energy Future Holdings Corp.

Jointly admin.

## Letter To Judge

Come Now, Alvester Coleman pro se representative and ask you and this fine court to accept following [Statement of Monthly Income] showing my inab to pay filing and or court fees as needed for Relief from Stay due by 8-18-2020. In closing I ask a court date be set to your conve or as soon as an opening to hear Relief from Stay

Page 1 of 2

Granting Asbestos 30$ billion and allow me to proceed in state Court, Dallas county Pericent 1 place 1. as soon as Court set date.

Respectfully asked
Alveater Coleman
3722 Happy Canyon Rd
Dallas TX 75241
214-309-8507
avcoleman1986@gmail.

Page 2 of 2

Alvester Coleman
#1 Creditor

United States Bankruptcy Court
District of Delaware
14-10979
Case No.

## Statement of Monthly Income

1) marital status,
   x Not married

2) Gross wages, salary, tips $ 0

3) Alimony payments $ 0

4) Household expenses
   A) Rent $ 500.00
   B) Food $ 200.00
   C) phone $ 200.00
   D) Laundry $ 100.00
   E) Other $ 150.00

5) Income Source $1200 from SSI

6) Other pension $ 0

7) Interest, dividends, and Royalties $ 0

8) Total Monthly $1200.00

9) Total Expenses $ 1150.00

I, Alvester Coleman state the above to be True and Correct, in which do not have and or afford filing Court cost.

X _Alvester Coleman_     8-12-2020
   Signature

Fill in this information to identify your case:

Debtor 1 _____
         First Name       Middle Name       Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income          04/20

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

|   | Debtor 1 | Debtor 2 |   |   |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | - $_____ | - $_____ | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ $_____ | $_____ |

6. **Net income from rental and other real property**

|   | Debtor 1 | Debtor 2 |   |   |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | - $_____ | - $_____ | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ $_____ | $_____ |

Debtor 1 _____
       First Name    Middle Name    Last Name

Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $_____ | $_____ |
| 8. **Unemployment compensation** | $_____ | $_____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓

    For you ................................................................ $_____

    For your spouse ................................................. $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.     $_____    $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

    _____    $_____    $_____

    _____    $_____    $_____

Total amounts from separate pages, if any.     + $_____    + $_____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

    $_____  +  $_____  =  $_____

**Total current monthly income**

## Part 2: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ _____    ✗ _____
Signature of Debtor 1     Signature of Debtor 2

Date _____    Date _____
    MM / DD / YYYY        MM / DD / YYYY

Attn. Clerk

1) Letter To Judge Son
2) Inability to Pay Proof