## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned co-counsel for the EFH Plan Administrator Board established in the above-captioned jointly administered chapter 11 cases (the "Chapter 11 Cases") under the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 15, 2018 [D.I. 12653], hereby certifies that he has consulted with the Court regarding the scheduling of an omnibus hearing date in the Chapter 11 Cases and has been informed that the following date and time is available for an omnibus hearing in the Chapter 11 Cases:

October 1, 2020 at 11:00 a.m. (Eastern Daylight Time)

WHEREFORE, the EFH Plan Administrator Board respectfully requests that, pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court enter the proposed omnibus hearing date scheduling order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 23941367v.1

Dated: August 31, 2020
Wilmington, Delaware

         */s/ Jason M. Madron*
         **RICHARDS, LAYTON & FINGER, P.A.**
         Mark D. Collins (No. 2981)
         Daniel J. DeFranceschi (No. 2732)
         Jason M. Madron (No. 4431)
         920 North King Street
         Wilmington, Delaware 19801
         Telephone:   (302) 651-7700
         Facsimile:   (302) 651-7701
         Email:       collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

         -and-

         **KIRKLAND & ELLIS LLP**
         **KIRKLAND & ELLIS INTERNATIONAL LLP**
         Edward O. Sassower, P.C. (admitted *pro hac vice*)
         Stephen E. Hessler, P.C. (admitted *pro hac vice*)
         Brian E. Schartz, P.C. (admitted *pro hac vice*)
         Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
         Aparna Yenamandra (admitted *pro hac vice*)
         601 Lexington Avenue
         New York, New York 10022-4611
         Telephone:   (212) 446-4800
         Facsimile:   (212) 446-4900
         Email:       edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com
                      steven.serajeddini@kirkland.com
                      aparna.yenamandra@kirkland.com

         -and-

         James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
         Marc Kieselstein, P.C. (admitted *pro hac vice*)
         Chad J. Husnick, P.C. (admitted *pro hac vice*)
         300 North LaSalle
         Chicago, Illinois 60654
         Telephone:   (312) 862-2000
         Facsimile:   (312) 862-2200
         Email:       james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com

         *Co-Counsel to the EFH Plan Administrator Board*