UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et. al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 14117 & 14118** |

# NOTICE OF APPEAL

Notice is hereby given that Denis and Meri Bergschneider, and Kaye Heinzmann, surviving spouse of David Heinzmann (respectively, "Bergschneider", "Heinzmann", and or collectively the "**Appellants**"), creditors in the above-captioned chapter 11 cases, file this Notice of Appeal pursuant to 28 U.S.C. §§ 158(a), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the *Order Denying the Motion of Bergschneider to Allow Late Filed Proof of Claim and the Motion of Heinzmann to Allow Late Filed Proofs of Claim*, dated August 27, 2020, [D.I. 14118] (the "**Order**") and the related findings of fact and conclusions of law contained in the *Opinion*, dated August 27, 2020 [D.I. 14117] (the "**Opinion**").

The names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

|   | **Party** | **Attorney** |
|---|---|---|
| 1. | Appellants Denis and Meri Bergschneider, and Kaye Heinzmann, surviving spouse of David Heinzmann | **HOGAN♦McDANIEL**<br>Daniel K. Hogan (DE Bar No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540 |
| 2. | Appellant Kaye Heinzmann, surviving spouse of David Heinzmann | **THE RUCKDESCHEL LAW FIRM LLC**<br>Jonathan Ruckdeschel (admitted pro hac vice)<br>8357 Main Street<br>Ellicott City, MD 21043<br>Telephone: (410) 750-7825 |
| 3. | Appellants Denis and Meri Bergschneider | **KAZAN McCLAIN SATTERLEY & GREENWOOD,**<br>a Professional Law Corporation<br>Steven Kazan (admitted pro hac vice)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000 |
| 4. | Andrew R. Vara,<br>Acting United States Trustee | **U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE**<br>Richard L. Schepacarter<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 |
| 5. | Sempra Energy and the Reorganized EFH/EFIH Debtors | **FOX ROTHSCHILD LLP**<br>Jeffrey M. Schlerf<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br><br>-and- |

| Party | Attorney |
|---|---|
| | **WHITE & CASE LLP**<br>Thomas E. Lauria<br>Matthew C. Brown<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd.<br>Miami, FL 33131<br><br>-and-<br><br>**WHITE & CASE LLP**<br>J. Christopher Shore<br>1221 Avenue of the Americas<br>New York, NY 10020 |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as **Exhibit A** and a copy of the Opinion is attached hereto as **Exhibit B**. This Notice of Appeal is also accompanied by the prescribed fee.

Dated:  September 10, 2020        By:    */s/Daniel K. Hogan*
       Wilmington, Delaware              Daniel K. Hogan (DE Bar # 2814)
                                         **HOGAN♦MCDANIEL**
                                         1311 Delaware Avenue
                                         Wilmington, Delaware 19806
                                         Telephone: (302) 656-7597
                                         Facsimile: (302) 656-7599
                                         dkhogan@dkhogan.com

                                         *Counsel for Denis and Meri Bergschneider,*
                                         *and Kaye Heinzmann, surviving spouse of*
                                         *David Heinzmann*

                                         -and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Denis and Meri Bergschneider*

-and-

Jonathan Ruckdeschel
(admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone:  410-750-7825
Facsimile: 443-583-0430

*Counsel for Kaye Heinzmann, surviving spouse of David Heinzmann*