# **EXHIBIT A**

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket Nos. 14047 and 14055** |

# **ORDER**

For the reasons set forth in the Court's Opinion of this date, the *Motion of Bergschneider to Allow Late Filed Proofs of Claim*, filed by Denis and Meri Bergschneider (D.I. 14047, filed on April 20, 2020) and the *Motion of Heinzmann to Allow Late Filed Proofs of Claim*, filed by Kaye Heinzmann, surviving spouse of David Heinzmann (D.I. 14055, filed on May 1, 2020) are hereby **DENIED**.

_____
Christopher S. Sontchi
United States Bankruptcy Chief Judge

Date: August 27, 2020