# CERTIFICATE OF SERVICE

I, Daniel K. Hogan, Esq., hereby certify that on September 10, 2020, I caused a true and correct copy of the foregoing *Notice of Appeal*, to be served upon all parties listed below via United States mail, first class.

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE U.S. TRUSTEE**
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 N. King Street,
Room 2207, Lockbox 35
Wilmington, DE 19801

**WHITE & CASE LLP**
J. Christopher Shore
1221 Avenue of the Americas
New York, NY 10020

**WHITE & CASE LLP**
Thomas E. Lauria
Matthew C. Brown
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131

**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf
919 North Market Street, Suite 300
Wilmington, DE 19801

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE # 2814)