# Notice Recipients

District/Off: 0311−1                 User: JasonSp                    Date Created: 9/10/2020
Case: 14−10979−CSS              Form ID: van440                 Total: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty    Andrea Beth Schwartz    U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office
       Building    201 Varick Street, Rm 1006    New York, NY 10065
aty    Jeffrey M. Schlerf    Fox Rothschild LLP    Citizens Bank Center, Suite 300    919 North Market
       Street    P.O. Box 2323    Wilmington, DE 19899−2323
aty    Jeremy L. Graves    GIBSON DUNN & CRUTCHER LLP    1801 California Street    Suite
       4200    Denver, CO 80202−2642
aty    Joseph Charles Barsalona II    Morris Nichols Arsht & Tunnell LLP    1201 North Market Street    Suite
       1600    Wilmington, DE 19801
aty    Linda J. Casey    Office of United States Trustee    844 King Street    Suite 2207    Wilmington, DE
       19801
aty    Richard L. Schepacarter    Office of the United States Trustee    U. S. Department of Justice    844 King
       Street, Suite 2207    Lockbox #35    Wilmington, DE 19801

                                                                              TOTAL: 6