## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Bankruptcy Case No. 14-10979 (CSS) (Jointly Administered) |
| *Debtors.* | |
| Denis and Meri Bergschneider, and Kaye Heinzmann, surviving spouse of David Heinzmann, | BAP No. 20-2845 Civil Action No. 20-cv-1211 (RGA) |
| Appellants, | |
| v. | |
| Sempra Energy and Reorganized EFH/EFIH, | |
| Appellees. | |

### STIPULATION OF DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED, by Appellants and Appellees by and through their respective undersigned counsel, that the above-captioned appeal (the "Appeal") initiated by the Appellants under the *Notice of Appeal* on September 10, 2020 [D.I. 14122] from the *Order Denying the Motion of Bergschneider to Allow Late Filed Proofs of Claim, filed by Denis and Meri Bergschneider, and the Motion of Heinzmann to Allow Late Filed Proofs of Claim, filed by Kaye Heinzmann, surviving spouse of David Heinzmann,* of the Honorable Christopher S. Sontchi, entered in the bankruptcy case on August 27, 2020 (the "Order") [D.I. 14118] and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

related findings of fact and conclusions of law contained in the *Opinion*, dated August 27, 2020

[D.I. 14117] (the "Opinion"), shall be dismissed with prejudice with each party to bear its own

costs, and Appellants shall bear any unpaid administrative and/or filing fees (if any), in connection

with the Appeal.

Dated: September 23, 2020
      Wilmington, Delaware

**HOGAN♦McDANIEL**                                       **FOX ROTHSCHILD LLP**


By: */s/ Daniel K. Hogan*
    Daniel K. Hogan (DE Bar # 2814)    By: */s/Jeffrey M. Schlerf*
    1311 Delaware Avenue                  Jeffrey M. Schlerf (DE Bar #3047)
    Wilmington, Delaware 19806          919 N. Market St., Suite 300
    Telephone: (302) 656-7597           P.O. Box 2323
    Facsimile: (302) 656-7599           Wilmington, DE, 19801
    Email: dkhogan@dkhogan.com       Telephone: (302) 654-7444
                                       Facsimile: (302) 463-4971
                                       Email: jschlerf@foxrothschild.com

    *Counsel for Denis and Meri*
    *Bergschneider and Kaye Heinzmann,*     -and-
    *surviving spouse of David Heinzmann*

                                         WHITE & CASE LLP
                                         Thomas E Lauria (admitted pro hac vice)
                                         Matthew C. Brown (admitted pro hac vice)
                                         Southeast Financial Center, Suite 4900
                                         200 South Biscayne Blvd.
                                         Miami, FL 33131
                                         Telephone: (305) 371-2700
                                         Facsimile: (305) 358-5744
                                         tlauria@whitecase.com
                                         mbrown@whitecase.com

                                         J. Christopher Shore (admitted pro hac vice)
                                         1221 Avenue of the Americas
                                         New York, NY 10020
                                         Telephone: (212) 819-8200
SO ORDERED this 23 day of September, 2020         Facsimile: (212) 354-8113
                                         cshore@whitecase.com
*/s/ Richard G. Andrews*
United States District Judge                    *Counsel for Sempra Energy and*
                                         *Reorganized EFH/EFIH*