**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE  DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **ENERGY FUTURE HOLDINGS CORP.,** | § | **CASE NO. 14-10979-css** |
| | § | |
| **DEBTOR.** | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE OF NOTICES AND PLEADINGS**

Polsinelli PC files this *Notice of Withdrawal of Appearance and Request for Removal from Service of Notices and Pleadings* as counsel for Official Committee of Unsecured Creditors ("OCUC").

Pursuant to Rule 2002 of the Bankruptcy Rules, Polsinelli requests that each of its attorneys listed below be removed from all service lists, including CM/ECF notices in the captioned cause.

<table>
<tr>
<td align="center">Christopher A. Ward<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801<br>Phone: (302) 252-0924<br>Email/ECF: cward@polsinelli.com</td>
<td align="center">Shanti M. Katona<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801<br>Phone: (302) 252-0924<br>Email/ECF: skatona@polsinelli.com</td>
</tr>
<tr>
<td align="center">Elizabeth Blakely Paquet<br>Polsinelli PC<br>600 Third Avenue, 42nd Floor<br>New York, NY  10116<br>Phone: (212) 684-0199<br>Email/ECF:<br>eblakelypaquet@polsinelli.com</td>
<td></td>
</tr>
</table>

2544056.1

Respectfully submitted,

POLSINELLI PC

By: _____/s/ Christopher A. Ward_____
    Christopher A. Ward (DE Bar No. 3877)
    Shanti M. Katona (DE Bar No. 5352)
    222 Delaware Avenue, Suite 1101
    Wilmington, DE  19801
    Phone: (302) 252-0924
    Email/ECF: cward@polsinelli.com
    skatona@polsinelli.com

and

    Elizabeth Blakely Paquet (NY Bar No. 5258298)
    Polsinelli PC
    600 Third Avenue, 42nd Floor
    New York, NY  10116
    Phone: (212) 684-0199
    Email/ECF: eblakelypaquet@polsinelli.com

COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED
CREDITORS