**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 14109** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT  )
                           ) ss.:
COUNTY OF HARTFORD    )

JENNIFER C. NOBLE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2020, I caused to be served the "Certification Of Counsel Regarding Final Decree (A) Closing Teeh's Chapter 11 Case, And (B) Granting Related Relief," dated August 6, 2020 [Docket No. 14109], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

   c. delivered via electronic mail to those CM/ECF parties listed on the annexed <u>Exhibit C</u>, in accordance with Local Rule 5004-4(c)(ii).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

4.  In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

*/s/ Jennifer C. Noble*
Jennifer C. Noble

Sworn to before me this
10th day of August, 2020
*/s/ Amy E. Lewis*
Amy E. Lewis
Notary Public, State of Connecticut
No. 1000624
Commission Expires August 31, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) ATTN: KEVIN C DRISCOLL JR ESQ 1 N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B SCHAEDLE ESQ 130 N 18TH ST (ONE LOGAN SQUARE) PHILADELPHIA PA 19103-6998 |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) ATTN: J. NOAH HAGEY 351 CALIFRONIA ST, 10TH FL SAN FRANCISCO CA 94014 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN ESQ 1290 6TH AVE #33 NEW YORK NY 10104-3300 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST, STE 990 WILMINGTON DE 19801 |
| CHAPOTON SANDERS SCARBOROUGH, LL | (COUNSEL TO OIL PATCH GROUP, INC) ATTN ANNALEE MATHIS MAY 952 ECHO LANE, SUITE 250 HOUSTON TX 77024 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP 2950 EXPRESS DRIVE S STE 210 ISLANDIA NY 11749 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, ROBERT-BOURASSA BLVD., 7TH FLOOR MONTREAL QC H3A 3S8 CANADA |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN 1201 N MARKET ST STE 2100 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J ESBROOK 161 N CLARK ST, FL 16 CHICAGO IL 60601 |

| Claim Name | Address Information |
|---|---|
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ 1 NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T PECK ESQ 2323 VICTORY AVE STE 700 DALLAS TX 75219 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: PHILIP EVANS ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS 2700 VIA FORTUNA DR STE 500 AUSTIN TX 78746 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D MOAK ESQ 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 9857 N 2210 RD ARAPAHO OK 73620-2123 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN NATALIE RAMSEY, DAVIS LEE WRIGHT SIDNEY LIEBESMAN 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, SETH GOLDMAN ESQ JOHN W SPIEGEL ESQ 350 S GRAND AVE 50TH FL LOS ANGELES CA 90071 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| NORTON ROSE FULBRIGHT | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY) ATTN: MICHAEL J JOYCE ESQ 901 N MARKET ST 10TH FL WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS & ASHLEY BARTRAM, BANKRUPTCY PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ REED SMITH CENTRE 225 5TH AVE PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR 1001 - 4TH AVE STE 4500 SEATTLE WA 98154 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL FOR BOREALIS INFRASTRUCTURE MGMT INC) ATTN: CARL T. TULLSON ESQ ONE RODNEY SQUARE PO BOX 636 WILMINGTON DE 19899-0636 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STINSON LEONARD ST | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE, STE 777 DALLAS TX 75219 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST, 16TH FL HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY CIVIL DIVISION 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') ATTN: RICHARD MASON; EMIL KLEINHAUS 51 W 52ND ST NEW YORK NY 10019 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 1225 KING ST WILMINGTON DE 19801 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: BRIAN D WOMAC ESQ 8301 KATY FWY HOUSTON TX 77024 |
| WOMBLE BOND DICKINSON | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count  106**

**EXHIBIT B**

ENERGY FUTURE HOLDINGS CORP., ET AL.
**CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES**
**EMAIL SERVICE LIST**

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) ATTN: LAUREL D ROGLEN | roglen1@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUNSINS ESQ, ERIN R FAY ESQ, EVAN T MILLER ESQ | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: MICHAEL BUSENKELL & EVAN RASSMAN | mbusenkell@gsbblaw.com; erassman@gsbblaw.com |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: JEFFREY KRAUSE | jkrause@gibsondunn.com |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH; CHARLES H CREMENS) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| ONCOR | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | Patricia@PatVillarealLaw.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD ESQ, GREGG M GALARDI, ESQ, D. ROSS MARTIN ESQ | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JOSHUA P SEARCY ESQ | joshsearcy@jrsearcylaw.com |
| STEVENS & LEE PC | (COUNSEL TO CHARLES H CREMENS) ATTN: JOSEPH H HUSTON JR | jhh@stevenslee.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
Consented to Email Fed. R. Bankr. P. Rule 2002 List Parties
Email Service List

| Name | Counsel To / Attention | Email Address |
| --- | --- | --- |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD ESQ | kgood@wtplaw.com |

| | |
| --- | --- |
| **Total Creditor Count** | **26** |
| **Total Email Count** | **41** |

# EXHIBIT C

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com |
| smoultrie@wlblaw.com |
| nmozal@ramllp.com |
| luke.murley@saul.com, robyn.warren@saul.com |
| kathleen.murphy@bipc.com, annette.dye@bipc.com |
| dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com |
| jnewdeck@akingump.com, ddunn@akingump.com |
| snewman@ashby-geddes.com |
| daobrien@venable.com |
| soneal@cgsh.com, maofiling@cgsh.com;afee@cgsh.com |
| bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov |
| olivere@chipmanbrown.com, dero@chipmanbrown.com |
| paskin@cravath.com |
| jpeck@mofo.com |
| kgradney@jw.com |
| npernick@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; jwhitworth@coleschotz.com;jford@coleschotz.com |
| lpeterson@lowis-gellen.com |
| mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com |
| tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com |
| allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com |
| Prewitt pwp@pattiprewittlaw.com |
| dprimack@mdmc-law.com |
| gpronske@pronskepc.com, lvargas@pronskepc.com;btittle@pronskepc.com;jkathman@pronskepc.com |
| NRamsey@rc.com, natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com |
| erassman@gsbblaw.com |
| wbreilly@debevoise.com, mao-bk-ecf@debevoise.com |
| aremming@mnat.com, greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com;andrew-remming-0904@ecf.pacerpro.com |
| erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com |
| rringer@kramerlevin.com, |
| AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com; GFrenzel@kramerlevin.com; dbraun@kramerlevin.com; corporate-reorg-1449@ecf.pacerpro.com |
| crobinson@pszjlaw.com |
| roglenl@ballardspahr.com, ambroses@ballardspahr.com |
| rbgroup@rlf.com |
| todd.rosen@mto.com |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| rosenbergm@sullcrom.com |
| drosner@kasowitz.com, courtnotices@kasowitz.com |
| Rosner rosner@teamrosner.com |
| bruzinsky@jw.com, mcavenaugh@jw.com |
| JSSabin@Venable.com |
| csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com |
| austin.bankruptcy@publicans.com |
| steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com; natasha.hwangpo@kirkland.com;patrick.venter@kirkland.com; matthew.fagen@kirkland.com |
| marias@restructuringshop.com, marias@ecf.courtdrive.com |
| gsaydah@mmwr.com, gilbert-saydah-6601@ecf.pacerpro.com |
| bschartz@kirkland.com, george.klidonas@kirkland.com; hannah.kupsky@kirkland.com; nacif.taousse@kirkland.com |
| todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com |
| bschladweiler@ramllp.com, |
| jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com; jsullivan@ramllp.com;ckwiatkowski@ramllp.com; 8289576420@filings.docketbird.com |
| jschlerf@foxrothschild.com |
| jschlerf@foxrothschild.com, ahrycak@foxrothschild.com |
| eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, mnighan@nixonpeabody.com, bnassif@nixonpeabody.com, |
| andrea.b.schwartz@usdoj.gov |
| seaman@abramsbayliss.com, farro@abramsbayliss.com; matthews@abramsbayliss.com |
| Searcy joshsearcy@jrsearcylaw.com |
| gseitz@gsbblaw.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| steven.serajeddini@kirkland.com |
| PACERTeam@gardencitygroup.com |
| dshamah@omm.com |
| shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| jsharret@kramerlevin.com; corporate-reorg-1449@ecf.pacerpro.com |
| lshipkovitz@tuckerlaw.com |
| jshrum@jshrumlaw.com |
| bankruptcy@potteranderson.com |
| Simon csimon@crosslaw.com, smacdonald@crosslaw.com |
| usade.ecfbankruptcy@usdoj.gov |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| | |
|---|---|
| Smith dan.smith2@usdoj.gov, efile_ees.enrd@usdoj.gov | |
| osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com | |
| Pacerteam@choosegcg.com, lorri.staal@choosegcg.com | |
| kstadler@gklaw.com, kboucher@gklaw.com | |
| sstapleton@cowlesthompson.com | |
| BKECF@traviscountytx.gov | |
| jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com; mshepherd@whitecase.com;jason.bartlett@whitecase.com; aaron.colodny@whitecase.com; | |
| gstarner@whitecase.com, | |
| jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com; mshepherd@whitecase.com;jason.bartlett@whitecase.com; aaron.colodny@whitecase.com | |
| cstephenson@bk-legal.com | |
| bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov | |
| bstewart@baileybrauer.com, eharper@baileybrauer.com;kbell@baileybrauer.com | |
| kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com | |
| kstickles@coleschotz.com, | |
| bankruptcy@coleschotz.com;pratkowiak@coleschotz.com; jwhitworth@coleschotz.com;kkarstetter@coleschotz.com; jford@coleschotz.com | |
| prentice@slollp.com | |
| jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com | |
| astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com; bankruptcy@potteranderson.com | |
| joshua.strum@ropesgray.com | |
| wdsecfnotices@sha-llc.com | |
| summersm@ballardspahr.com, ambroses@ballardspahr.com | |
| ttacconelli@ferryjoseph.com | |
| tarr@blankrome.com, moody@ecf.inforuptcy.com | |
| gtaylor@ashbygeddes.com | |
| bankruptcydel@mccarter.com, bankruptcydel@mccarter.com | |
| brian.tong@srz.com | |
| torkinm@sullcrom.com | |
| matthew.troy@usdoj.gov | |
| USTPRegion03.WL.ECF@USDOJ.GOV | |
| USTPRegion03.WL.ECF@USDOJ.GOV | |
| wusatine@coleschotz.com, pratkowiak@coleschotz.com | |
| jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com | |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| ward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| gweinstein@weinrad.com, <br> wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com |
| wweintraub@goodwinproctor.com, zhassoun@fklaw.com |
| |
| r dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com |
| maustria@werbsullivan.com;riorii@werbsullivan.com |
| ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com |
| clark.whitmore@maslon.com |
| stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com |
| jwisler@connollygallagher.com |
| keith.wofford@ropesgray.com, keith.wofford@ropesgray.com |
| dwright@rc.com, idensmore@rc.com |
| wright@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com; <br> panchak@lrclaw.com;rogers@lrclaw.com |
| yoderj@whiteandwilliams.com |
| Young pyoung@proskauer.com |
| lzahradka@akingump.com |
| mark.ellenberg@cwt.com, <br> michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com |
| |
| dabbott@mnat.com, greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com |
| jadlerstein@paulweiss.com |
| davida@publicans.com |
| omar.alaniz@bakerbotts.com |
| salberino@akingump.com |
| WAlleman@beneschlaw.com, debankruptcy@beneschlaw.com |
| ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Aaltschuler@mwe.com, WashingtonDocketing@mwe.com |
| Alves alves@sewkis.com |
| amador.desiree@pbgc.gov, efile@pbgc.gov |
| candres@gklaw.com, kboucher@gklaw.com |
| philip.anker@wilmerhale.com, whmao@wilmerhale.com |
| danthony@bergerharris.com, mnicholls@bergerharris.com |
| barban@hillerarban.com |
| baronstam@ramllp.com, |
| hgibbons@ramllp.com;jlano@ramllp.com; <br> jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com; <br> 5031916420@filings.docketbird.com |
| ashmead@sewkis.com |
| aashmore@dykema.com |
| dastin@ciardilaw.com, jmcmahon@ciardilaw.com |
| matchley@popehardwicke.com |

| |
|---|
| jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com |
| daudette@whitecase.com,<br>jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com |
| acb@pgslaw.com |
| rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com |
| rbarkasy@schnader.com |
| jbarsalona@mnat.com,<br>greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com;joseph--barsalona-5332@ecf.pacerpro.com |
| bankfilings@ycst.com |
| amy@purduelaw.com, kim@purduelaw.com |
| |
| cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com |
| ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |
| CCB@stevenslee.com |
| kbifferato@connollygallagher.com |
| learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com |
| mblacker@jw.com, tsalter@jw.com;ldooley@jw.com |
| Boldissar dboldissar@lockelord.com |
| alexbongartz@paulhastings.com |
| mbove@pszjlaw.com |
| wbowden@ashby-geddes.com |
| frank@bramelawfirm.com |
| |
| nbrannick@coleschotz.com,<br>bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com |
| sbrennecke@klehr.com, state@klehr.com |
| bkecf@co.travis.tx.us |
| jbrody@kramerlevin.com,<br>adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com; |
| 1449@ecf.pacerpro.com |
| brown@braunhagey.com |
| cbrown@gsbblaw.com |
| mbrown@whitecase.com |
| stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com |
| mbusenkell@gsbblaw.com |
| camson@drumcapital.com |
| kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com |
| dcarickhoff@archerlaw.com, DE20@ecfcbis.com |
| KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| christopher.carter@morganlewis.com |
| casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com |
| Linda.Casey@usdoj.gov |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| chatalian.jon@pbgc.gov, efile@pbgc.gov |
| ana.chilingarishvili@maslon.com |
| |
| chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com |
| schristianson@buchalter.com, cmcintire@buchalter.com |
| ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| hcohen@gibbonslaw.com |
| kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com |
| rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| bgc@conaway-legal.com |
| tcotton@utsystem.edu |
| scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com |
| louis.curcio@troutman.com, john.murphy@troutman.com |
| jason.curry@quarles.com, sybil.aytch@quarles.com |
| daluzt@ballardspahr.com, ambroses@ballardspahr.com |
| jdarby@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com |
| eric.daucher@nortonrosefulbright.com |
| gdavis@omm.com |
| delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| debaecke@blankrome.com |
| mdebaecke@ashbygeddes.com |
| RBGroup@rlf.com |
| RBGroup@rlf.com |
| rbgroup@rlf.com |
| defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| deaconson@pakislaw.com |
| debaecke@blankrome.com |
| john.demmy@saul.com, robyn.warren@saul.com |
| ddenny@milbank.com |
| desgross@chipmanbrown.com, dero@chipmanbrown.com |
| andrew.devore@ropesgray.com |
| dietdericha@sullcrom.com |
| houston_bankruptcy@publicans.com |
| gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com |
| jdoran@hinckleyallen.com, calirm@haslaw.com |
| amish@doshilegal.com |
| Kevin.Driscoll@btlaw.com, donna.dotts@btlaw.com |
| tdriscoll@tbf.legal, mdunwody@tbf.legal |
| ddunne@millbank.com |
| jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| jedmonson@rc.com, lshaw@rc.com |
| aehrlich@paulweiss.com, mao_fednational@paulweiss.com |
| nmrodriguez@epiqsystems.com |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| michael.esser@kirkland.com |
| jfalgowski@burr.com |
| bfarnan@farnanlaw.com, tfarnan@farnanlaw.com |
| dfarrell@thompsoncoburn.com |
| efay@bayardlaw.com, lmorton@bayardlaw.com |
| rfeinstein@pszjlaw.com |
| bgfelder@foley.com |
| mfelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com |
| ferguson@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com |
| jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com |
| benjaminfinestone@quinnemanuel.com |
| gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com |
| mfink@rc.com, mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com |
| gflasser@bayardlaw.com |
| EFleck@milbank.com, |
| jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com; bzucco@milbank.com;mprice@milbank.com;aleblanc@milbank.com; nalmeida@milbank.com; |
| dfliman@kasowitz.com, Courtnotices@kasowitz.com |
| cfong@nixonpeabody.com |
| jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com; Larry.Thomas@westernunion.com;csucic@fgllp.com |
| sfraser@cozen.com, sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com |
| gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| PACERTeam@gardencitygroup.com |
| vgarry@ag.state.oh.us |
| fgecker@fgllp.com, csmith@fgllp.com |
| gibson@teamrosner.com |
| peter.gilhuly@lw.com, adam.malatesta@lw.com |
| deecf@dor.mo.gov |
| bankserve@bayardfirm.com, nglassman@bayardfirm.com |
| bankserve@bayardfirm.com, nglassman@bayardfirm.com |
| bankserve@bayardlaw.com, nglassman@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com |
| aglenn@kasowitz.com |
| glorioso.alessandra@dorsey.com |
| bgolub@weirpartners.com |
| kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com; bankruptcy@potteranderson.com |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| tleday@ecf.courtdrive.com, bankruptcy@mvbalaw.com;jwilliams@mvba.com; alocklin@mvbalaw.com;kmorriss@mvbalaw.com |
| jspeakman@friedlandergorris.com, jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com |
| Anna.E.Grace@usdoj.gov |
| jgrey@crosslaw.com, smacdonald@crosslaw.com |
| kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| hagey@braunhagey.com |
| raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com |
| ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com |
| lharrington@nixonpeabody.com |
| jharris@bergerharris.com, mnicholls@bergerharris.com |
| andrea.hartley@akerman.com |
| howard.hawkins@cwt.com, nyecfnotice@cwt.com |
| Christopher.hayes@kirkland.com |
| rhayes@foley.com |
| Bankruptcy001@sha-llc.com |
| mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com |
| curtishehn@comcast.net |
| rheiligman@fgllp.com, ccarpenter@fgllp.com |
| khill@svglaw.com, spappa@svglaw.com,cwalters@svglaw.com |
| ahiller@adamhillerlaw.com |
| bhockett@thompsoncoburn.com |
| dkhogan@dkhogan.com, gdurstein@dkhogan.com, |
| hooper@sewkis.com |
| jhoover@beneschlaw.com, debankruptcy@beneschlaw.com |
| thoran@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com |
| jhowell@gpm-law.com |
| jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com |
| patrick.hughes@haynesboone.com |
| chusnick@kirkland.com |
| jhh@stevenslee.com |
| kjarashow@goodwinprocter.com |
| dennis.jenkins@wilmerhale.com |
| bjohnson@fisherboyd.com |
| ljones@pszjlaw.com, efile1@pszjlaw.com |
| ljones@pszjlaw.com |
| ljones@pszjlaw.com |
| ljones@pszjlaw.com, efile@pszyj.com |
| mjoyce@mjlawoffices.com |
| nskaluk@debevoise.com |
| stephen.karotkin@weil.com, frank.grese@weil.com |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| amk@kashishianlaw.com |
| bkasprzak@moodklaw.com, mike@lscd.com |
| ECFpleadings@kccllc.com, ecfpleadings@kccllc.com |
| skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| skaufman@skaufmanlaw.com |
| pkeane@pszjlaw.com, keanepr93029@notify.bestcase.com |
| wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com, |
| hkhalid@cgsh.com, maofiling@cgsh.com |
| dklauder@bk-legal.com |
| bklayman@cozen.com |
| klein@teamrosner.com |
| klein@kleinllc.com |
| dkleiner@kkwc.com |
| kotwick@sewkis.com |
| KOTWICK@SEWKIS.COM |
| kranzleya@sullcrom.com |
| stacey@womaclaw.com |
| ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov |
| info@kccllc.com, ecfpleadings@kccllc.com |
| mlahaie@akingump.com |
| landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com |
| klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com |
| vlazar@jenner.com |
| rlemisch@klehr.com |
| rlemisch@klehr.com |
| leonhardt@teamrosner.com |
| stephen.lerner@squirepb.com, sarah.conley@squirepb.com |
| dleta@swlaw.com, wkalawaia@swlaw.com |
| jason.liberi@skadden.com, christopher.heaney@skadden.com;debank@skadden.com; wendy.lamanna@skadden.com |
| klippman@munsch.com, lpannier@munsch.com |
| dludman@brownconnery.com |
| madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| madron@rlf.com, rbgroup@rlf.com |
| bankfilings@ycst.com |
| rmalone@gibbonslaw.com |
| kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| JMarines@mofo.com |
| LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com |
| rmartin@ropesgray.com |
| kmayer@mccarter.com |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Email CM/ECF List

| |
|---|
| mcclambc@ballardspahr.com, ambroses@ballardspahr.com |
| gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com |
| rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com |
| mcguire@lrclaw.com, |
| rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;butler@lrclaw.com |
| mmo@pgmhlaw.com |
| jmcmahon@ciardilaw.com |
| mmcmahon@cullenanddykman.com |
| bankruptcy@potteranderson.com, bankruptcy@potteranderson.com |
| linomendiola@andrewskurth.com |
| rmersky@monlaw.com |
| nicole.mignone@texasattorneygeneral.gove |
| james.millar@dbr.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com |
| BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com |
| emiller@bayardlaw.com, lmorton@bayardlaw.com;kmccloskey@bayardlaw.com |
| kmiller@skjlaw.com, llb@skjlaw.com |
| smiller@morrisjames.com, wweller@morrisjames.com |
| mark.minuti@saul.com, robyn.warren@saul.com |
| pmoak@mckoolsmith.com, nsauter@mckoolsmith.com |
| tmoloney@cgsh.com |
| fmonaco@gsbblaw.com, frankmonacojr@gmail.com |
| bankfilings@ycst.com |
| hal.morris@oag.texas.gov, shannon.benson@oag.texas.gov |
| jmorris@pszjlaw.com |
| asmcapital@aol.com |
| Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov |