## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 14111** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT  )
                       ) ss.:
COUNTY OF HARTFORD     )

JENNIFER C. NOBLE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2020, I caused to be served the "Notice Of *Amended* Agenda Of Matters Scheduled For Hearing On August 10, 2020 Starting At 10:00 A.M. (EDT)," dated August 7, 2020 [Docket No. 14111], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

   b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

   c. delivered via electronic mail to those CM/ECF parties listed on the annexed <u>Exhibit C</u>, in accordance with Local Rule 5004-4(c)(ii), and

   d. delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-1-

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4.  In addition, I hereby certify that the referenced document(s) were electronically filed with the
    United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I
    further certify that the parties of record in this case, all registered CM/ECF users located on
    the Court's Electronic Mail Notice List, were served through the CM/ECF system.

*/s/ Jennifer C. Noble*
Jennifer C. Noble

Sworn to before me this
10th day of August, 2020
*/s/ Amy E. Lewis*
Amy E. Lewis
Notary Public, State of Connecticut
No. 1000624
Commission Expires August 31, 2022

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| BILLIE J MURPHY TREMBLE | 2806 EVANS STREET MARSHALL TX 75670 |
| BILLIE J. MURPHY TREMBLE | PO BOX 541 MARSHALL TX 75671 |
| DONALDSON, SHARON TREMBLE | 2010 WINEBERRY DR KATY TX 77450 |
| SELIA TREMBLE SHAWKEY | PO BOX 541 MARSHALL TX 75671 |
| SHARON TREMBLE DONALDSON | 2010 WINEBERRY DR KATY TX 77450 |
| SHAWKEY, SELIA TREMBLE | PO BOX 541 MARSHALL TX 75671 |
| TREMBLE, BILLIE MURPHY | PO BOX 541 MARSHALL TX 75671 |
| TREMBLE, WILMER FORREST, JR | PO BOX 841865 PEARLAND TX 77584 |
| WILMER FORREST TREMBLE JR | 3614 SHELDON PEARLAND TX 77584 |
| WILMER FORREST TREMBLE, JR. | PO BOX 841865 PEARLAND TX 77584-0025 |

**Total Creditor count  10**

| Claim Name | Address Information |
| --- | --- |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| CHAPOTON SANDERS SCARBOROUGH, LL | (COUNSEL TO OIL PATCH GROUP, INC) ATTN ANNALEE MATHIS MAY 952 ECHO LANE, SUITE 250 HOUSTON TX 77024 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP 2950 EXPRESS DRIVE S STE 210 ISLANDIA NY 11749 |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J ESBROOK 161 N CLARK ST, FL 16 CHICAGO IL 60601 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 324 25TH ST OGDEN UT 84401 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 9857 N 2210 RD ARAPAHO OK 73620-2123 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, SETH GOLDMAN ESQ JOHN W SPIEGEL ESQ 350 S GRAND AVE 50TH FL LOS ANGELES CA 90071 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS 1007 ORANGE ST STE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL FOR BOREALIS INFRASTRUCTURE MGMT INC) ATTN: CARL T. TULLSON ESQ ONE RODNEY SQUARE PO BOX 636 WILMINGTON DE 19899-0636 |

| Claim Name | Address Information |
|---|---|
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY CIVIL DIVISION 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 300 DELAWARE AVE STE 1300 WILMINGTON DE 19899 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WOMAC LAW | ATTN: BRIAN D WOMAC 8301 KATY FWY HOUSTON TX 77024 |
| WOMBLE BOND DICKINSON | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |

**Total Creditor count 46**

# EXHIBIT B

ENERGY FUTURE HOLDINGS CORP., et al
Case No. 14-10979 (CSS)
Fax MSL

| claim_nm | fax |
|---|---|
| AMERICAN STOCK TRANSFER & TRUST CO LLC | 718-331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | 718-331-1852 |
| BROWN RUDNICK LLP | 212-209-4801 |
| BRYAN CAVE LLP | 212-904-0500 |
| CITIBANK N.A. | 646-495-9259 |
| CITIBANK N.A. | 646-291-3258 |
| DEUTSCHE BANK | 212-553-3080 |
| INTERNAL REVENUE SERVICE | 855-235-6787 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | 302-504-7820 |
| THE BANK OF NEW YORK MELLON | 713-483-6979 |
| THE BANK OF NEW YORK MELLON | 973-357-7840 |
| UMB BANK N.A. | 314-612-8499 |
| BARNES & THORNBURG LLP | 302-300-3456 |
| BARNES & THORNBURG LLP | 302-300-3456 |
| BARNES & THORNBURG LLP | 312-759-5646 |
| BLANK ROME LLP | 215-569-5555 |
| BRAUNHAGEY & BORDEN LLP | 415-599-0210 |
| BROWN & CONNERY LLP | 856-853-9933 |
| BROWN RUDNICK LLP | 212-209-4801 |
| BUCHANAN INGERSOLL & ROONEY PC | 302-552-4295 |
| CITY OF FORT WORTH | 817-392-8359 |
| CLEARY GOTTLIEB | 212-225-3999 |
| COHEN & GRIGSBY, PC | 412-209-1837 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | 514-982-7635 |
| DAVIS POLK & WARDWELL LLP | 212-701-5800 |
| DLA PIPER LLP (US) | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| FOLEY & LARDNER LLP | 312-832-4700 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | 212-859-4000 |
| HOLLAND & KNIGHT LLP | 202-955-5564 |
| JACKSON WALKER LLP | 210-978-7790 |
| KELLY HART & HALLMAN LLP | 817-878-9280 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 512-443-5114 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | 512-472-0532 |
| LOCKE LORD LLP | 713-223-3717 |
| MANION GAYNOR & MANNING LLP | 302-657-2104 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | 302-654-4031 |
| MCKOOL SMITH | 713-485-7344 |
| MISSOURI DEPARTMENT OF REVENUE | 573-751-7232 |
| NAMAN HOWELL SMITH & LEE PLLC | 254-754-6331 |
| NIXON PEABODY | 617-345-1300 |
| NORTON ROSE FULBRIGHT | 212-408-5100 |
| O'KELLY & ERNST LLC | 302-295-2873 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 212-336-2222 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | 512-302-1802 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | 940-723-8553 |
| REED SMITH LLP | 412-288-3063 |
| RIDDELL WILLIAMS P.S. | 206-389-1708 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | 312-407-0411 |
| SQUIRE SANDERS (US) LLP | 513-361-1201 |
| STINSON LEONARD ST | 214-560-2203 |
| TRAVIS COUNTY | 512-854-4808 |

ENERGY FUTURE HOLDINGS CORP., et al
Case No. 14-10979 (CSS)
Fax MSL

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE | 202-307-0494 |
| VENABLE LLP | 302-298-3550 |
| WACHTELL LIPTON ROSEN & KATZ | 212-530-5219 |
| WILMER CUTLER PICKERING HALE & DORR LLP | 617-526-5000 |
| WILMINGTON TRUST FSB | 612-217-5651 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | 302-571-1253 |
| HAYNES AND BOONE LLP | 817-348-2350 |
| AKERMAN LLP | 305-374-5095 |
| ASHBY & GEDDES PA | 302-654-2067 |
| BAKER BOTTS LLP | 214-953-6503 |
| BALLARD SPAHR LLP | 302-252-4466 |
| BALLARD SPAHR LLP | 302-252-4466 |
| BAYARD PA | 302-658-6395 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | 302-442-7012 |
| BLANK ROME LLP | 302-425-6464 |
| BRYAN CAVE LLP | 212-541-1439 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | 415-227-0770 |
| CADWALADER WICKERSHAM & TAFT LLP | 212-504-6666 |
| CAPLIN & DRYSDALE, CHARTERED | 202-429-3301 |
| CHIPMAN BROWN CICERO & COLE LLP | 302-295-0199 |
| COWLES & THOMPSON | 214-672-2309 |
| CRAVATH SWAINE & MOORE LLP | 212-474-3700 |
| DYKEMA GOSSETT PLLC | 855-230-2518 |
| EVERSHEDS SUTHERLAND (US) LLP | 512-721-2656 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| FRANKGECKER LLP | 312-276-0035 |
| FRANKGECKER LLP | 312-276-0035 |
| FRIEDLANDER & GORRIS P.A. | 302-573-3501 |
| GELLERT SCALI BUSENKELL & BROWN LLC | 302-425-5814 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | 302-425-5814 |
| GIBSON DUNN & CRUTCHER LLP | 213-229-6995 |
| GILLESPIE SANFORD LLP | 214-838-0001 |
| GLAST PHILLIPS & MURRAY PC | 972-419-8329 |
| HAYNES AND BOONE LLP | 713-236-5401 |
| HINCKLEY ALLEN | 617-345-9020 |
| HOGAN MCDANIEL | 302-656-7599 |
| HOGAN MCDANIEL | 302-656-7599 |
| KASOWITZ BENSON TORRES LLP | 212-506-1800 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KIRKLAND & ELLIS LLP | 212-446-4900 |
| KIRKLAND & ELLIS LLP | 312-862-2200 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | 215-568-6603 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | 212-715-8000 |
| LANDIS RATH & COBB LLP | 302-467-4450 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | 713-583-2833 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 469-221-5003 |
| MARGOLIS EDELSTEIN | 302-888-1119 |
| MCCREARY VESELKA BRAGG & ALLEN PC | 512-323-3205 |
| MILBANK LLP | 212-530-5219 |
| MORGAN LEWIS & BOCKIUS LLP | 617-951-8736 |
| MORRIS JAMES LLP | 302-571-1750 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | 302-658-3989 |

ENERGY FUTURE HOLDINGS CORP., et al
Case No. 14-10979 (CSS)
Fax MSL

| | |
|---|---|
| MORRISON & FOERSTER LLP | 212-468-7900 |
| MUNSCH HARDT KOPF & HARR PC | 214-978-4335 |
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | 212-757-3990 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | 713-862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | 817-860-6509 |
| PERKINS COIE LLP | 212-977-1648 |
| POLSINELLI PC | 302-252-0921 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | 817-877-4781 |
| PROSKAUER ROSE LLP | 312-962-3551 |
| RICHARDS LAYTON & FINGER | 302-651-7701 |
| ROPES & GRAY LLP | 212-596-9090 |
| ROPES & GRAY LLP | 646-728-1663 |
| ROSS ARONSTAM & MORITZ LLP | 302-576-1100 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | 212-818-9606 |
| SAUL EWING LLP | 302-421-5873 |
| SAUL EWING LLP | 302-421-5864 |
| SEARCY & SEARCY PC | 903-757-9559 |
| SEWARD & KISSEL LLP | 212-480-8421 |
| SMITH KATZENSTEIN & JENKINS LLP | 302-652-8405 |
| SNELL & WILMER LLP | 801-257-1800 |
| STEVENS & LEE PC | 610-371-7972 |
| SULLIVAN & CROMWELL LLP | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | 302-428-8195 |
| THE RUCKDESCHEL LAW FIRM LLC | 443-583-0430 |
| THE UNIVERSITY OF TEXAS SYSTEM | 512-499-4519 |
| THOMPSON COBURN LLP | 314-552-7000 |
| TUCKER ARENSBERG, PC | 412-594-5619 |
| VARNUM LLP | 616-336-7000 |
| VENABLE LLP | 212-307-5598 |
| WEINSTEIN RADCLIFF LLP | 214-865-6140 |
| WHITE & CASE LLP | 305-358-5744 |
| WHITE & CASE LLP | 212-354-8113 |
| WHITEFORD TAYLOR & PRESTON LLC | 302-661-7950 |
| WILMER CUTLER PICKERING HALE & DORR LLP | 212-230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | 212-230-8888 |

ENERGY FUTURE HOLDINGS CORP., et al.,
Case No. 14-10979 (CSS)
Fax UST

| Name | | Fax number |
|------|--|------------|
| OFFICE OF THE UNITED STATES | ATTN: RICHARD L. SCHEPACARTER | 302-573-6497 |

# EXHIBIT C

| |
|---|
| tmoss@perkinscoie.com, nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com |
| smoultrie@wlblaw.com |
| nmozal@ramllp.com |
| luke.murley@saul.com, robyn.warren@saul.com |
| kathleen.murphy@bipc.com, annette.dye@bipc.com |
| dneier@winston.com, dcunsolo@winston.com; david-neier-0903@ecf.pacerpro.com |
| jnewdeck@akingump.com, ddunn@akingump.com |
| snewman@ashby-geddes.com |
| daobrien@venable.com |
| soneal@cgsh.com, maofiling@cgsh.com; afee@cgsh.com |
| bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov |
| olivere@chipmanbrown.com, dero@chipmanbrown.com |
| paskin@cravath.com |
| jpeck@mofo.com |
| kgradney@jw.com |
| npernick@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; jwhitworth@coleschotz.com; jford@coleschotz.com |
| lpeterson@lowis-gellen.com |
| mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com |
| tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com |
| allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com; notices@claimsrecoveryllc.com |
| Prewitt pwp@pattiprewittlaw.com |
| dprimack@mdmc-law.com |
| gpronske@pronskepc.com, lvargas@pronskepc.com; btittle@pronskepc.com; jkathman@pronskepc.com |
| NRamsey@rc.com, natalie-ramsey-1502@ecf.pacerpro.com; idensmore@rc.com; aciabattoni@rc.com |
| erassman@gsbblaw.com |
| wbreilly@debevoise.com, mao-bk-ecf@debevoise.com |
| aremming@mnat.com, greimann@mnat.com; emalafronti@mnat.com; mleyh@mnat.com; andrew-remming-0904@ecf.pacerpro.com |
| erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com |
| rringer@kramerlevin.com, |
| AByowitz@kramerlevin.com; NHertzBunzl@kramerlevin.com; GFrenzel@kramerlevin.com; dbraun@kramerlevin.com; corporate-reorg-1449@ecf.pacerpro.com |
| crobinson@pszjlaw.com |
| roglenl@ballardspahr.com, ambroses@ballardspahr.com |
| rbgroup@rlf.com |
| todd.rosen@mto.com |
| rosenbergm@sullcrom.com |
| drosner@kasowitz.com, courtnotices@kasowitz.com |
| Rosner rosner@teamrosner.com |
| bruzinsky@jw.com, mcavenaugh@jw.com |
| JSSabin@Venable.com |
| csalomon@beckerglynn.com, mghose@beckerglynn.com; hhill@beckerglynn.com |
| austin.bankruptcy@publicans.com |

| |
|---|
| steven.serajeddini@kirkland.com; aparna.yenamandra@kirkland.com; natasha.hwangpo@kirkland.com; patrick.venter@kirkland.com; matthew.fagen@kirkland.com |
| marias@restructuringshop.com, marias@ecf.courtdrive.com |
| gsaydah@mmwr.com, gilbert-saydah-6601@ecf.pacerpro.com |
| bschartz@kirkland.com, george.klidonas@kirkland.com; hannah.kupsky@kirkland.com; nacif.taousse@kirkland.com |
| todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com; marita.erbeck@dbr.com; Jennifer.Roussil@dbr.com |
| bschladweiler@ramllp.com, |
| jlano@ramllp.com; hgibbons@ramllp.com; dkrech@ramllp.com; jsullivan@ramllp.com; ckwiatkowski@ramllp.com; 8289576420@filings.docketbird.com |
| jschlerf@foxrothschild.com |
| jschlerf@foxrothschild.com, ahrycak@foxrothschild.com |
| eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,bnassif@nixonpeabody.com, andrea.b.schwartz@usdoj.gov |
| seaman@abramsbayliss.com, farro@abramsbayliss.com; matthews@abramsbayliss.com |
| Searcy joshsearcy@jrsearcylaw.com |
| gseitz@gsbblaw.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| semmelman@rlf.com, rbgroup@rlf.com |
| steven.serajeddini@kirkland.com |
| PACERTeam@gardencitygroup.com |
| dshamah@omm.com |
| shapiro@rlf.com, rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |
| jsharret@kramerlevin.com;  corporate-reorg-1449@ecf.pacerpro.com |
| lshipkovitz@tuckerlaw.com |
| jshrum@jshrumlaw.com |
| bankruptcy@potteranderson.com |
| Simon csimon@crosslaw.com, smacdonald@crosslaw.com |
| usade.ecfbankruptcy@usdoj.gov |
| Smith dan.smith2@usdoj.gov, efile_ees.enrd@usdoj.gov |
| osonik@pbfcm.com, tpope@pbfcm.com; osonik@ecf.inforuptcy.com; mvaldez@pbfcm.com |
| Pacerteam@choosegcg.com, lorri.staal@choosegcg.com |
| kstadler@gklaw.com, kboucher@gklaw.com |
| sstapleton@cowlesthompson.com |
| BKECF@traviscountytx.gov |
| jdisanti@whitecase.com; mco@whitecase.com; erin.smith@whitecase.com; mshepherd@whitecase.com; jason.bartlett@whitecase.com; aaron.colodny@whitecase.com; |
| gstarner@whitecase.com, |
| jdisanti@whitecase.com; mco@whitecase.com; erin.smith@whitecase.com; mshepherd@whitecase.com; jason.bartlett@whitecase.com; aaron.colodny@whitecase.com |
| cstephenson@bk-legal.com |

| |
|---|
| bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| bstewart@baileybrauer.com, eharper@baileybrauer.com; kbell@baileybrauer.com |
| kstickles@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com; jwhitworth@coleschotz.com |
| kstickles@coleschotz.com, |
| bankruptcy@coleschotz.com; pratkowiak@coleschotz.com; jwhitworth@coleschotz.com; kkarstetter@coleschotz.com; jford@coleschotz.com |
| prentice@slollp.com |
| jstrock@foxrothschild.com, dkemp@foxrothschild.com; brian-oneill-fox-5537@ecf.pacerpro.com |
| astulman@potteranderson.com, lhuber@potteranderson.com; cgiobbe@potteranderson.com; bankruptcy@potteranderson.com |
| joshua.strum@ropesgray.com |
| wdsecfnotices@sha-llc.com |
| summersm@ballardspahr.com, ambroses@ballardspahr.com |
| ttacconelli@ferryjoseph.com |
| tarr@blankrome.com, moody@ecf.inforuptcy.com |
| gtaylor@ashbygeddes.com |
| bankruptcydel@mccarter.com, bankruptcydel@mccarter.com |
| brian.tong@srz.com |
| torkinm@sullcrom.com |
| matthew.troy@usdoj.gov |
| USTPRegion03.WL.ECF@USDOJ.GOV |
| USTPRegion03.WL.ECF@USDOJ.GOV |
| wusatine@coleschotz.com, pratkowiak@coleschotz.com |
| jvine@polsinelli.com, LSuprum@Polsinelli.com; delawaredocketing@polsinelli.com |
| ward@polsinelli.com, LSuprum@Polsinelli.com; delawaredocketing@polsinelli.com |
| |
| gweinstein@weinrad.com, wphillips@weinrad.com; jwitte@weinrad.com; landerson@weinrad.com |
| wweintraub@goodwinproctor.com, zhassoun@fklaw.com |
| r dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com; Dora.Casiano-Perez@lgbs.com |
| maustria@werbsullivan.com; riorii@werbsullivan.com |
| ewest@gklaw.com, kboucher@gklaw.com; elewerenz@gklaw.com |
| clark.whitmore@maslon.com |
| stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com |
| jwisler@connollygallagher.com |
| keith.wofford@ropesgray.com, keith.wofford@ropesgray.com |
| dwright@rc.com, idensmore@rc.com |
| wright@lrclaw.com, dellose@lrclaw.com; raucci@lrclaw.com; rogers@lrclaw.com; panchak@lrclaw.com; rogers@lrclaw.com |
| yoderj@whiteandwilliams.com |
| Young pyoung@proskauer.com |
| lzahradka@akingump.com |
| mark.ellenberg@cwt.com, michele.maman@cwt.com; nyecfnotice@cwt.com; kathryn.borgeson@cwt.com |
| dabbott@mnat.com, greimann@mnat.com; emalafronti@mnat.com; mleyh@mnat.com |
| jadlerstein@paulweiss.com |
| davida@publicans.com |

| |
|---|
| omar.alaniz@bakerbotts.com |
| salberino@akingump.com |
| WAlleman@beneschlaw.com, debankruptcy@beneschlaw.com |
| ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com; hcoleman@sha-llc.com |
| Aaltschuler@mwe.com, WashingtonDocketing@mwe.com |
| Alves alves@sewkis.com |
| amador.desiree@pbgc.gov, efile@pbgc.gov |
| candres@gklaw.com, kboucher@gklaw.com |
| philip.anker@wilmerhale.com, whmao@wilmerhale.com |
| danthony@bergerharris.com, mnicholls@bergerharris.com |
| barban@hillerarban.com |
| baronstam@ramllp.com, |
| hgibbons@ramllp.com; jlano@ramllp.com; jsullivan@ramllp.com; dkrech@ramllp.com; ckwiatkowski@ramllp.com; 5031916420@filings.docketbird.com |
| ashmead@sewkis.com |
| aashmore@dykema.com |
| dastin@ciardilaw.com, jmcmahon@ciardilaw.com |
| matchley@popehardwicke.com |
| jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com |
| daudette@whitecase.com, jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com |
| acb@pgslaw.com |
| rgleason@pbfcm.com, ebcalvo@pbfcm.com; ebcalvo@ecf.inforuptcy.com |
| rbarkasy@schnader.com |
| jbarsalona@mnat.com, greimann@mnat.com; emalafronti@mnat.com; mleyh@mnat.com; joseph--barsalona-5332@ecf.pacerpro.com |
| bankfilings@ycst.com |
| amy@purduelaw.com, kim@purduelaw.com |
| cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com |
| ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov; james.j.wilkinson@usdoj.gov |
| CCB@stevenslee.com |
| kbifferato@connollygallagher.com |
| learonjohn.bird@stoel.com, docketclerk@stoel.com; april.mellen@stoel.com |
| mblacker@jw.com, tsalter@jw.com; ldooley@jw.com |
| Boldissar dboldissar@lockelord.com |
| alexbongartz@paulhastings.com |
| mbove@pszjlaw.com |
| wbowden@ashby-geddes.com |
| frank@bramelawfirm.com |
| nbrannick@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com; jwhitworth@coleschotz.com |
| sbrennecke@klehr.com, state@klehr.com |
| bkecf@co.travis.tx.us |
| jbrody@kramerlevin.com, adove@kramerlevin.com; ghorowitz@kramerlevin.com; gfrenzel@kramerlevin.com; |
| 1449@ecf.pacerpro.com |
| brown@braunhagey.com |

cbrown@gsbblaw.com
mbrown@whitecase.com
stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
mbusenkell@gsbblaw.com
camson@drumcapital.com
kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
dcarickhoff@archerlaw.com, DE20@ecfcbis.com
KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
christopher.carter@morganlewis.com
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
Linda.Casey@usdoj.gov
chatalian.jon@pbgc.gov, efile@pbgc.gov
ana.chilingarishvili@maslon.com
chipman@chipmanbrown.com, dero@chipmanbrown.com; fusco@chipmanbrown.com
schristianson@buchalter.com, cmcintire@buchalter.com
ecobb@pbfcm.com, rgleason@pbfcm.com; ecobb@ecf.inforuptcy.com
hcohen@gibbonslaw.com
kevin.collins@btlaw.com, pgroff@btlaw.com; Kathy.lytle@btlaw.com
rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com
bgc@conaway-legal.com
tcotton@utsystem.edu
scousins@bayardlaw.com, lmorton@bayardlaw.com; tstoner@bayardlaw.com
louis.curcio@troutman.com, john.murphy@troutman.com
jason.curry@quarles.com, sybil.aytch@quarles.com
daluzt@ballardspahr.com, ambroses@ballardspahr.com
jdarby@foxrothschild.com, mwilmer@foxrothschild.com; ahrycak@foxrothschild.com
eric.daucher@nortonrosefulbright.com
gdavis@omm.com
delillo@rlf.com, rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com
debaecke@blankrome.com
mdebaecke@ashbygeddes.com
RBGroup@rlf.com
RBGroup@rlf.com
rbgroup@rlf.com
defranceschi@rlf.com, RBGroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com
deaconson@pakislaw.com
debaecke@blankrome.com
john.demmy@saul.com, robyn.warren@saul.com
ddenny@milbank.com
desgross@chipmanbrown.com, dero@chipmanbrown.com
andrew.devore@ropesgray.com
dietdericha@sullcrom.com
houston_bankruptcy@publicans.com
gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com
jdoran@hinckleyallen.com, calirm@haslaw.com
amish@doshilegal.com
Kevin.Driscoll@btlaw.com, donna.dotts@btlaw.com

tdriscoll@tbf.legal, mdunwody@tbf.legal

ddunne@millbank.com

jedelson@polsinelli.com, LSuprum@Polsinelli.com; delawaredocketing@polsinelli.com

jedmonson@rc.com, lshaw@rc.com

aehrlich@paulweiss.com, mao_fednational@paulweiss.com

nmrodriguez@epiqsystems.com

michael.esser@kirkland.com

jfalgowski@burr.com

bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

dfarrell@thompsoncoburn.com

efay@bayardlaw.com, lmorton@bayardlaw.com

rfeinstein@pszjlaw.com

bgfelder@foley.com

mfelger@cozen.com, kcallahan@cozen.com; sshidner@cozen.com; mark-felger-2433@ecf.pacerpro.com

ferguson@lrclaw.com, dellose@lrclaw.com; ramirez@lrclaw.com

jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com

benjaminfinestone@quinnemanuel.com

gfinizio@bayardlaw.com, bankserve@bayardlaw.com; lmorton@bayardlaw.com

mfink@rc.com, mark-fink-7881@ecf.pacerpro.com; idensmore@rc.com

gflasser@bayardlaw.com

EFleck@millbank.com,

jbrewster@millbank.com; mbrod@millbank.com; chahm@millbank.com; bzucco@millbank.com; mprice@millbank.com; aleblanc@millbank.com; nalmeida@millbank.com;

dfliman@kasowitz.com, Courtnotices@kasowitz.com

cfong@nixonpeabody.com

jfrank@fgllp.com, mmatlock@fgllp.com; csmith@fgllp.com; Larry.Thomas@westernunion.com; csucic@fgllp.com

sfraser@cozen.com, sshidner@cozen.com; simon-fraser-1269@ecf.pacerpro.com

gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

PACERTeam@gardencitygroup.com

vgarry@ag.state.oh.us

fgecker@fgllp.com, csmith@fgllp.com

gibson@teamrosner.com

peter.gilhuly@lw.com, adam.malatesta@lw.com

deecf@dor.mo.gov

bankserve@bayardfirm.com, nglassman@bayardfirm.com

bankserve@bayardfirm.com, nglassman@bayardfirm.com

bankserve@bayardlaw.com, nglassman@bayardlaw.com; jalberto@bayardlaw.com; bankserve@bayardlaw.com

aglenn@kasowitz.com

glorioso.alessandra@dorsey.com

bgolub@weirpartners.com

kgood@potteranderson.com, cgiobbe@potteranderson.com; lhuber@potteranderson.com; bankruptcy@potteranderson.com

tleday@ecf.courtdrive.com, bankruptcy@mvbalaw.com; jwilliams@mvba.com; alocklin@mvbalaw.com; kmorriss@mvbalaw.com

| |
|---|
| jspeakman@friedlandergorris.com, jgorris@friedlandergorris.com; aschmidt@friedlandergorris.com |
| Anna.E.Grace@usdoj.gov |
| jgrey@crosslaw.com, smacdonald@crosslaw.com |
| kgwynne@reedsmith.com, llankford@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com |
| hagey@braunhagey.com |
| raquel@namanhowell.com; karen@namanhowell.com; belinda@namanhowell.com |
| ellen.halstead@cwt.com, joshua.arnold@cwt.com; nyecfnotice@cwt.com |
| lharrington@nixonpeabody.com |
| jharris@bergerharris.com, mnicholls@bergerharris.com |
| andrea.hartley@akerman.com |
| howard.hawkins@cwt.com, nyecfnotice@cwt.com |
| Christopher.hayes@kirkland.com |
| rhayes@foley.com |
| Bankruptcy001@sha-llc.com |
| mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com |
| curtishehn@comcast.net |
| rheiligman@fgllp.com, ccarpenter@fgllp.com |
| khill@svglaw.com, spappa@svglaw.com,cwalters@svglaw.com |
| ahiller@adamhillerlaw.com |
| bhockett@thompsoncoburn.com |
| dkhogan@dkhogan.com, gdurstein@dkhogan.com, |
| hooper@sewkis.com |
| jhoover@beneschlaw.com, debankruptcy@beneschlaw.com |
| thoran@foxrothschild.com, mwilmer@foxrothschild.com; ahrycak@foxrothschild.com |
| jhowell@gpm-law.com |
| jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com |
| patrick.hughes@haynesboone.com |
| chusnick@kirkland.com |
| jhh@stevenslee.com |
| kjarashow@goodwinprocter.com |
| dennis.jenkins@wilmerhale.com |
| bjohnson@fisherboyd.com |
| ljones@pszjlaw.com, efile1@pszjlaw.com |
| ljones@pszjlaw.com |
| ljones@pszjlaw.com |
| ljones@pszjlaw.com, efile@pszyj.com |
| mjoyce@mjlawoffices.com |
| nskaluk@debevoise.com |
| stephen.karotkin@weil.com, frank.grese@weil.com |
| amk@kashishianlaw.com |
| bkasprzak@moodklaw.com, mike@lscd.com |
| ECFpleadings@kccllc.com, ecfpleadings@kccllc.com |
| skatona@polsinelli.com, LSuprum@Polsinelli.com; delawaredocketing@polsinelli.com |
| skaufman@skaufmanlaw.com |
| pkeane@pszjlaw.com, keanepr93029@notify.bestcase.com |
| wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com, |

| |
|---|
| hkhalid@cgsh.com, maofiling@cgsh.com |
| dklauder@bk-legal.com |
| bklayman@cozen.com |
| klein@teamrosner.com |
| klein@kleinllc.com |
| dkleiner@kkwc.com |
| kotwick@sewkis.com |
| KOTWICK@SEWKIS.COM |
| kranzleya@sullcrom.com |
| stacey@womaclaw.com |
| ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov |
| info@kccllc.com, ecfpleadings@kccllc.com |
| mlahaie@akingump.com |
| |
| landis@lrclaw.com, brown@lrclaw.com; Ramirez@lrclaw.com; dellose@lrclaw.com; butler@lrclaw.com |
| klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com |
| vlazar@jenner.com |
| rlemisch@klehr.com |
| rlemisch@klehr.com |
| leonhardt@teamrosner.com |
| stephen.lerner@squirepb.com, sarah.conley@squirepb.com |
| dleta@swlaw.com, wkalawaia@swlaw.com |
| jason.liberi@skadden.com, christopher.heaney@skadden.com; debank@skadden.com; wendy.lamanna@skadden.com |
| klippman@munsch.com, lpannier@munsch.com |
| dludman@brownconnery.com |
| madron@rlf.com, rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |
| madron@rlf.com, rbgroup@rlf.com |
| bankfilings@ycst.com |
| rmalone@gibbonslaw.com |
| kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com; chris.lewis@wbd-us.com |
| JMarines@mofo.com |
| LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com |
| rmartin@ropesgray.com |
| kmayer@mccarter.com |
| mcclambc@ballardspahr.com, ambroses@ballardspahr.com |
| gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com |
| rogers@lrclaw.com; dellose@lrclaw.com; ramirez@lrclaw.com; butler@lrclaw.com |
| mcguire@lrclaw.com, rogers@lrclaw.com; dellose@lrclaw.com; ramirez@lrclaw.com; butler@lrclaw.com |
| mmo@pgmhlaw.com |
| jmcmahon@ciardilaw.com |
| mmcmahon@cullenanddykman.com |
| bankruptcy@potteranderson.com, bankruptcy@potteranderson.com |
| linomendiola@andrewskurth.com |
| rmersky@monlaw.com |
| nicole.mignone@texasattorneygeneral.gove |

| |
|---|
| james.millar@dbr.com, Daniel.Northrop@dbr.com; Marita.Erbeck@dbr.com |
| BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com |
| emiller@bayardlaw.com, lmorton@bayardlaw.com; kmccloskey@bayardlaw.com |
| kmiller@skjlaw.com, llb@skjlaw.com |
| smiller@morrisjames.com, wweller@morrisjames.com |
| mark.minuti@saul.com, robyn.warren@saul.com |
| pmoak@mckoolsmith.com, nsauter@mckoolsmith.com |
| tmoloney@cgsh.com |
| fmonaco@gsbblaw.com, frankmonacojr@gmail.com |
| bankfilings@ycst.com |
| hal.morris@oag.texas.gov, shannon.benson@oag.texas.gov |
| jmorris@pszjlaw.com |
| asmcapital@aol.com |
| Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov |

**EXHIBIT D**

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### CORE PARTIES & RULE 2002 LIST
### EMAIL BLAST SERVICE LIST

| Name | Email Address |
|---|---|
| ABRAMS & BAYLISS LLP | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| AKERMAN LLP | ANDREA.HARTLEY@AKERMAN.COM |
| ALDINE INDEPENDENT SCHOOL DISTRICT | bnkatty@aldineisd.org |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | legalteamAST@amstock.com |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | PKIM@AMSTOCK.COM |
| ASHBY & GEDDES, P.A. | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com; bankruptcy@ashby-geddes.com |
| BAKER BOTTS LLP | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com |
| BALLARD SPAHR LLP | roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | summersm@ballardspahr.com |
| BARNES & THORNBURG LLP | Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | david.powlen@btlaw.com; Kevin.Driscoll@btlaw.com |
| BAYARD PA | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| BAYARD PA | nglassman@bayardlaw.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BIELLI & KALUDER, LLC | dklauder@bk-legal.com; cstephenson@bk-legal.com |
| BLANK ROME LLP | schaedle@blankrome.com |
| BLANK ROME LLP | debaecke@blankrome.com; tarr@blankrome.com |
| BRAUNHAGEY & BORDEN LLP | hagey@braunhagey.com; brown@braunhagey.com |
| BROWN & CONNERY LLP | dludman@brownconnery.com |
| BROWN RUDNICK LLP | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | hsiegel@brownrudnick.com |
| BROWN RUDNICK LLP | jjonas@brownrudnick.com; astrehle@brownrudnick.com; |
| BRYAN CAVE LLP | REPEDERSEN@BRYANCAVE.COM |
| BRYAN CAVE LLP | stephanie.wickouski@bryancave.com; laith.hamdan@bryancave.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CADWALADER WICKERSHAM & TAFT LLP | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER WICKERSHAM & TAFT LLP | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CIARDI CIARDI & ASTIN | jmcmahon@ciardilaw.com |
| CITIBANK N.A. | ERIC.LIGAN@CITI.COM |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CORE PARTIES & RULE 2002 LIST
### EMAIL BLAST SERVICE LIST

| Name | Email Address |
|------|---------------|
| CITIBANK N.A. | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; |
| CITIBANK N.A. | RYAN.FALCONER@CITI.COM; thomas.murray@citi.com |
| CITIBANK N.A. | GLAGENTOFFICEOPS@CITI.COM |
| CITIBANK N.A. | ZORIJANA.MIGLIORINI@CITI.COM |
| CITY OF FORT WORTH | chris.mosley@fortworthtexas.gov |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | tmoloney@cgsh.com; soneal@cgsh.com; |
| COHEN & GRIGSBY, PC | tmaxson@cohenlaw.com |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | bk-robaldo@texasattorneygeneral.gov; john.stern@texasattorneygeneral.gov |
| COMPUTERSHARE | tina.vitale@computershare.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CORE PARTIES & RULE 2002 LIST
### EMAIL BLAST SERVICE LIST

| Name | Email Address |
|---|---|
| COMPUTERSHARE TRUST COMPANY NA | michael.smith2@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | alessandra.pansera@computershare.com |
| COWLES & THOMPSON | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | mfelger@cozen.com |
| CRAVATH SWAINE & MOORE LLP | mpaskin@cravath.com |
| DAVIS POLK & WARDWELL LLP | efh.service@davispolk.com |
| DEUTSCHE BANK | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM |
| DLA PIPER LLP (US) | ashley.altschuler@dlapiper.com; craig.martin@dlapiper.com; |
| DORSEY & WHITNEY DELAWARE LLP | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DRINKER BIDDLE & REATH LLP | robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | jfine@dykema.com |
| EPIQ CORPORATE RESTRUCTURING LLC | sgarabato@epiqsystems.com |
| ESBROOK LAW LLC | christopher.esbrook@esbrooklaw.com |
| FOLEY & LARDNER LLP | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | jschlerf@foxrothschild.com |
| FOX ROTHSCHILD LLP | jschlerf@foxrothschild.com; cneff@foxrothschild.com |
| FRANKGECKER LLP | jfrank@fgllp.com |
| FRANKGECKER LLP | fgecker@fgllp.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; |
| FRIEDLANDER & GORRIS P.A. | jgorris@friedlandergorris.com; cquinn@friedlandergorris.com |
| GARDERE WYNNE SEWELL LLP | mriordan@gardere.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | sgbankruptcy@ntexas-attorneys.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | mbusenkell@gsbblaw.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | erassman@gsbblaw.com |
| GIBSON DUNN & CRUTCHER LLP | jkrause@gibsondunn.com; mneumeister@gibsondunn.com; |
| GILLESPIE SANFORD LLP | hkg@gillespiesanford.com |
| GLAST, PHILLIPS & MURRAY, P.C. | jhowell@gpm-law.com |
| GOODWIN PROCTER LLP | wweintraub@goodwinprocter.com; |
| GORI JULIAN & ASSOCIATES PC | barry@gorijulianlaw.com; beth@gorijulianlaw.com |
| GREER HERZ & ADAMS LLP | AMytelka@greerherz.com; madams@greerherz.com; jandrews@greerherz.com; jroquemore@greerherz.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## Core Parties & Rule 2002 List
## Email Blast Service List

| Name | Email Address |
|---|---|
| GREGORY D. WILLARD ESQ | gregoryd.willard@gmail.com |
| HAYNES AND BOONE LLP | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE LLP | ian.peck@haynesboone.com |
| HINCKLEY ALLEN | jdoran@hinckleyallen.com |
| HOGAN MCDANIEL | gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | dkhogan@dkhogan.com |
| HOGAN MCDANIEL | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CORE PARTIES & RULE 2002 LIST
### EMAIL BLAST SERVICE LIST

| Name | Email Address |
|------|---------------|
| HOLLAND & KNIGHT LLP | philip.evans@hklaw.com |
| JACKSON WALKER LLP | bruzinsky@jw.com; mcavenaugh@jw.com |
| JACKSON WALKER LLP | srose@jw.com |
| JENNER & BLOCK | rlevin@jenner.com |
| JENNER & BLOCK | vlazar@jenner.com |
| KASOWITZ BENSON TORRES LLP | DRosner@kasowitz.com; AGlenn@kasowitz.com; |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com |
| KELLY HART & HALLMAN LLP | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KIRKLAND & ELLIS LLP | james.sprayregen@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com |
| KIRKLAND & ELLIS LLP | edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | rlemisch@klehr.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | diane.sanders@lgbs.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ggay@lglawfirm.com |
| LOCKE LORD LLP | peisenberg@lockelord.com |
| LOCKE LORD LLP | nobankecf@lockelord.com |
| MANION GAYNOR & MANNING LLP | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com |
| MASLON EDELMAN BORMAN & BRAND LLP | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | lgordon@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | dprimack@mdmc-law.com |
| MCKOOL SMITH | pmoak@mckoolsmith.com |
| MICHAEL G. SMITH | mikesmith1973@sbcglobal.net |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## Core Parties & Rule 2002 List
## Email Blast Service List

| Name | Email Address |
| --- | --- |
| MILBANK TWEED HADLEY & MCCLOY LLP | ddunne@milbank.com; efleck@milbank.com; |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | nramsey@mmwr.com; dwright@mmwr.com; |
| MORGAN LEWIS BOCKIUS LLP | julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CORE PARTIES & RULE 2002 LIST
### EMAIL BLAST SERVICE LIST

| Name | Email Address |
|---|---|
| MORRIS JAMES LLP | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | aremming@mnat.com; |
| MORRISON & FOERSTER LLP | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| MUNGER TOLLES & OLSON LLP | thomas.walper@mto.com; seth.goldman@mto.com; john.spiegel@mto.com |
| MUNSCH HARDT KOPF & HARR PC | klippman@munsch.com |
| NAMAN HOWELL SMITH & LEE PLLC | Haliburton@namanhowell.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| NIXON PEABODY | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| NORTON ROSE FULBRIGHT | david.lemay@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECF@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | richard.schepacarter@usdoj.gov |
| O'KELLY & ERNST LLC | mjoyce@oelegal.com |
| O'MELVENY & MYERS LLP | pfriedman@omm.com; dshamah@omm.com |
| ONCOR | Patricia@PatVillarealLaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | dalowenthal@pbwt.com; cdent@pbwt.com; bguiney@pbwt.com |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | osonik@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | jbanks@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | hbky@pbfcm.com |
| PERKINS COIE LLP | tmoss@perkinscoie.com |
| POLSINELLI PC | jedelson@polsinelli.com; skatona@polsinelli.com; cward@polsinelli.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CORE PARTIES & RULE 2002 LIST
### EMAIL BLAST SERVICE LIST

| Name | Email Address |
|------|---------------|
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| PROSKAUER ROSE LLP | jmarwil@proskauer.com; pyoung@proskauer.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CORE PARTIES & RULE 2002 LIST
### EMAIL BLAST SERVICE LIST

| Name | Email Address |
| --- | --- |
| QUARLES & BRADY LLP | john.harris@quarles.com |
| REED SMITH LLP | kgwynne@reedsmith.com; |
| REED SMITH LLP | rsimons@reedsmith.com |
| RICHARDS LAYTON & FINGER | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com |
| RIDDELL WILLIAMS P.S. | jshickich@riddellwilliams.com; |
| ROPES & GRAY LLP | mark.somerstein@ropesgray.com |
| ROPES & GRAY LLP | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| ROSS ARONSTAM & MORITZ LLP | baronstam@ramllp.com; bschladweiler@ramllp.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | crbelmonte@duanemorris.com; pabosswick@duanemorris.com |
| SAUL EWING LLP | mminuti@saul.com |
| SAUL EWING LLP | lmurley@saul.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | rbarkasy@schnader.com |
| SEARCY & SEARCY PC | joshsearcy@jrsearcylaw.com |
| SEWARD & KISSEL LLP | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | george.panagakis@skadden.com; carl.tullson@skadden.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | jay.goffman@skadden.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | mark.chehi@skadden.com |
| SMITH KATZENSTEIN & JENKINS LLP | kmiller@skjlaw.com |
| SNELL & WILMER LLP | dleta@swlaw.com |
| SQUIRE SANDERS (US) LLP | stephen.lerner@squiresanders.com; |
| STEFFES VINGIELLO & MCKENZIE LLC | nmelancon@steffeslaw.com |
| STEVENS & LEE PC | jhh@stevenslee.com |
| SULLIVAN & CROMWELL LLP | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; |
| SULLIVAN HAZELTINE ALLINSON LLC | zallinson@sha-llc.com |
| SUTHERLAND ASBILL & BRENNAN LLP | lino.mendiola@sutherland.com |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | bk-jstarks@texasattorneygeneral.gov |
| THE BANK OF NEW YORK MELLON | dennis.roemlein@bnymellon.com |
| THE BANK OF NEW YORK MELLON | RAFAEL.MARTINEZ@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com; leonhardt@teamrosner.com |
| THE RUCKDESCHEL LAW FIRM LLC | rucklawfirm@rucklawfirm.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
CORE PARTIES & RULE 2002 LIST
EMAIL BLAST SERVICE LIST

| Name | Email Address |
| --- | --- |
| THE UNIVERSITY OF TEXAS SYSTEM | tcotton@utsystem.edu |

ENERGY FUTURE HOLDINGS CORP., ET AL.
CORE PARTIES & RULE 2002 LIST
EMAIL BLAST SERVICE LIST

| Name | Email Address |
| --- | --- |
| THOMPSON COBURN LLP | dfarrell@thompsoncoburn.com |
| TRAVIS COUNTY | kay.brock@co.travis.tx.us |
| TROUTMAN SANDERS LLP | hugh.mcdonald@troutmansanders.com; louis.curcio@troutmansanders.com; brett.goodman@troutmansanders.com |
| TUCKER ARENSBERG, PC | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | bankruptcylegal@level3.com |
| UMB BANK N.A. | LAURA.ROBERSON@UMB.COM |
| UNITED STATES DEPARTMENT OF JUSTICE | Ari.D.Kunofsky@usdoj.gov; wardlow.w.benson@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | ANNA.E.GRACE@USDOJ.GOV; Brandon.Robers@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | dan.smith2@usdoj.gov |
| VARNUM LLP | mkshaver@varnumlaw.com |
| VEDDER PRICE PC | mschein@vedderprice.com |
| VENABLE LLP | jledmonson@venable.com |
| VENABLE LLP | jssabin@Venable.com |
| WACHTELL LIPTON ROSEN & KATZ | rgmason@wlrk.com; ekleinhaus@wlrk.com; |
| WEINSTEIN RADCLIFF LLP | gweinstein@weinrad.com |
| WERB & SULLIVAN | Dwerb@werbsullivan.com |
| WHITE & CASE LLP | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | cshore@whitecase.com; |
| WHITE & CASE LLP | tlauria@whitecase.com; mbrown@whitecase.com |
| WHITEFORD TAYLOR & PRESTON LLC | kgood@wtplaw.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON SAVINGS FUND SOCIETY | PHEALY@CHRISTIANATRUST.COM |
| WILMINGTON TRUST FSB | JRose@WilmingtonTrust.com |
| WINSTON & STRAWN LLP | dneier@winston.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Email Address |
|---|---|
| WOMAC LAW | brian@womaclaw.com; |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | mdesgrosseilliers@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

| | |
|---|---|
| **Total Creditor Count** | |
| **Total Email Count** | |