# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 14108** |

I, Jason M. Madron, hereby certify that on August 7, 2020, I caused a copy of the foregoing **Post-Confirmation Quarterly Summary Report for the Reporting Period 4/1/20 – 6/30/20** [D.I. 14108] to be served upon the party identified below in the manner indicated:

**Via CM/ECF and First Class Mail**

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason M. Madron*
　　　　　　　　　　　　　　　　　　　　　　　Jason M. Madron (No. 4431)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 24037240v.1