**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Holdings Corp.         Bank: Citibank, N.A.

Bankruptcy Number: 14-10979                         Account Number: xxxx2464-xxxxxxxx0768

Date of Confirmation: 2/27/18                       Account Type: Escrow - Checking

Reporting Period (month/year): Q3 2020 – 7/1/2020 - 9/30/2020

| | |
|---|---:|
| Beginning Cash Balance | $1,593,781.99 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $184.60 |
| Collection of Accounts Receivable (net in payables): | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Total of cash received: | $184.60 |
| Total of cash available: | $1,593,966.59 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $220,357.47 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $143,681.38 |
| All other disbursements made in the ordinary course: | $1,400.00 |
| Total Disbursements | $365,438.85 |
| Ending Cash Balance | $1,228,527.74 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| 11/2/2020 | Anthony R. Horton – Plan Administrator Board | *ARHort* |
| Date | Name/Title | |

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC        Bank: Citibank, N.A.

Bankruptcy Number: 14-11008                Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18              Account Type: Escrow - Checking

Reporting Period (month/year): Q3 2020 – 7/1/2020 - 9/30/2020

| | |
|---|---:|
| Beginning Cash Balance | $1,251,137.59 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $151.41 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Total of cash received: | $151.41 |
| Total of cash available: | $1,251,289.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $52,150.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $143,681.37 |
| All other disbursements made in the ordinary course: | $1,400.00 |
| Total Disbursements | $197,231.37 |
| Ending Cash Balance | $1,054,057.63 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/2/2020                Anthony R. Horton – Plan Administrator Board
Date                     Name/Title                                     *ARHorton (signature)*

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

RLF1 3255743v.1

| ASSETS | September 30, 2020 |
|---|---|
| Cash (Unrestricted) | 2,282,585.37 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 94.75 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) | |
| Total Current Assets | 2,282,680.12 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less: Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 2,282,680.12 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 7,500.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees[1] | 712,500.00 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| Total Post-petition Liabilities | 720,000.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 720,000.00 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |

[1] Primarily represents unbilled charges for nine months from one vendor and for three months from another vendor.

RLF1 3255743v.1