**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>    Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>    Account Number: <u>xxxx2464-xxxxxxxx0768</u>

Date of Confirmation: <u>2/27/18</u>    Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q4 2020 – 10/1/2020 - 12/31/2020</u>

| | |
|---|---:|
| Beginning Cash Balance | <u>$1,228,527.74</u> |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | <u>$149.83</u> |
| Collection of Accounts Receivable (net in payables): | <u>$0.00</u> |
| Proceeds from Litigation (settlement or otherwise): | <u>$0.00</u> |
| Sale of Debtor's Assets: | <u>$0.00</u> |
| Total of cash received: | <u>$149.83</u> |
| Total of cash available: | <u>$1,228,677.57</u> |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | <u>$53,775.00</u> |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | <u>$32,701.48</u> |
| All other disbursements made in the ordinary course: | <u>$0.00</u> |
| Total Disbursements | <u>$86,476.48</u> |
| Ending Cash Balance | <u>$1,142,201.09</u> |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>1/29/2021</u>    <u>Anthony R. Horton – Plan Administrator Board</u>
Date    Name/Title

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

RLF1 3255743v.1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC     Bank: Citibank, N.A.

Bankruptcy Number: 14-11008     Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18     Account Type: Escrow - Checking

Reporting Period (month/year): Q4 2020 – 10/1/2020 - 12/31/2020

| | |
|---|---:|
| Beginning Cash Balance | $1,054,057.63 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $129.84 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Total of cash received: | $129.84 |
| Total of cash available: | $1,054,187.47 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $46,950.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $15,731.47 |
| All other disbursements made in the ordinary course: | $0.00 |
| Total Disbursements | $62,681.47 |
| Ending Cash Balance | $991,506.00 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 2/1/2021 | Anthony R. Horton – Plan Administrator Board |
| Date | Name/Title |

*[signature: ARHt]*

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

RLF1 3255743v.1

| ASSETS | December 31, 2020 |
|---|---:|
| Cash (Unrestricted) | 2,133,707.09 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 91.33 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) | |
| Total Current Assets | 2,133,798.42 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less:  Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 2,133,798.42 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 11,925.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees[1] | 815,000.00 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| Total Post-petition Liabilities | 826,925.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 826,925.00 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |

[1] Primarily represents unbilled charges for twelve months from one vendor and for six months from another vendor.

RLF1 3255743v.1