**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al*., | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Keith M. Fleischman, Esquire of Fleischman, Bonner & Rocco, LLP to represent NextEra Energy, Inc. in the above-captioned cases.

Dated: March 19, 2021
   Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0064405.}

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the States of New York and Wyoming and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 19, 2021

*/s/ Keith M. Fleischman*
Keith M. Fleischman, Esq.
FLEISCHMAN, BONNER & ROCCO, LLP
81 Main Street, Suite 515
White Plains, NY 10601
Telephone: (914) 278-5101
Facsimile: (917) 591-5245
Email: kfleischman@fbrllp.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: March 22nd, 2021
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**