**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 14167** |
|  | ) |  |

**ORDER EXTENDING THE DEADLINE TO**
**FILE AND SERVE OBJECTIONS TO CLAIMS AGAINST**
**OR INTERESTS IN THE EFH DEBTORS OR THE EFIH DEBTORS**

Upon the motion, dated March 1, 2021 [D.I. 14167] (the "Motion")[2] of the EFH Plan

Administrator Board for entry of an order (this "Order"): (a) further extending the deadline to

file and serve objections to Claims against or Interests in the EFH Debtors or the EFIH Debtors

by approximately 180 days, through and including August 30, 2021; and (b) granting related

relief; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); and the Court having found that venue of these cases and the Motion in this district

is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief

requested in the Motion is in the best interests of the Reorganized EFH/EFIH Debtors', their

creditors, and other parties in interest; and the Court having found that the EFH Plan

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion.

Administrator Board provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Claims Objection Deadline is further extended, through and including August 30, 2021.

3.      This Order shall be subject to and without prejudice to the rights of the EFH Plan Administrator Board and/or the Reorganized EFH/EFIH Debtors to request further extensions of the Claims Objection Deadline pursuant to the terms of the Plan.

4.      Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Rules are satisfied by such notice.

5.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7.      The EFH Plan Administrator Board is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

RLF1 24979520v.1

8.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: March 23rd, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

3