| First Name | Last Name | Email | | Party Represent | Firm Name | |
|---|---|---|---|---|---|---|
| Katharina | Earle | ahrycak@ashbygeddes.com | | Interested Party | Ashby & Geddes,  P.A. | |
| Jason | Madron | madron@rlf.com | | Debtors | Richards,  Layton & Finger,  P.A. | |
| Daniel | DeFrancesc | defranceschi@rlf.com | | Debtors | Richards,  Layton & Finger,  P.A. | |
| Gregg | Galardi | gregg.galardi@ropesgray.co | | UMB Bank,  N.A. | Ropes & Gray LLP | |
| Richard | Pedone | rpedone@nixonpeabody.co | | American Stock | Nixon Peabody LLP | |
| Richard | Cobb | mcguire@lrclaw.com | | NextEra Energy, | Landis Rath & Cobb | |
| Jim | Bonner | jbonner@fbrllp.com | | NextEra Energy, | Fleischman Bonner & Rocco LLP | |
| Aparna | Yenamandr | aparna.yenamandra@kirkla | | Debtors | Kirkland & Ellis LLP | |
| Keith | Fleischman | kfleischman@fbrllp.com | | NextEra Energy, | Fleischman Bonner & Rocco LLP | |
| Erin | Fay | efay@bayardlaw.com | | Elliott Associates | Bayard,  PA | |
| Mark | McKane | MMcKane@kirkland.com | | Debtors | Kirkland & Ellis LLP | |
| Jeffrey | Schlerf | jschlerf@foxrothschild.com | | Ad Hoc Group of | Fox Rothschild LLP | |
| Amanda | Darwin | adarwin@nixonpeabody.co | | AST,  as Indentu | Nixon Peabody LLP | |
| Matthew | Brown | mbrown@whitecase.com | | Reorganized EFH | White & Case LLP | |
| Daniel | Shamah | dshamah@omm.com | | Apollo | O'Melveny & Myers LLP | |
| | | | | | | |
| Richard | Schepacart | richard.schepacarter@usdo | | Andrew R. Vara,  US Tr | US Department of Justice - Office of the US Trustee | |
| Charles | Sieving | Charles.Sieving@NextEraEn | | NextEra Energy, | Inc. | |
| Patricia | Villareal | patricia@patvillareallaw.co | | Oncor Electric | PatVillarealLaw.com | |
| Chad | Husnick | CHusnick@kirkland.com | | Debtors | Kirkland & Ellis LLP | |

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |