FILED
2021 APR -6 AM 10:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 31, 2021

Dear Sir / madam

I, Jacqueline Tait 130 Clerk Street J.C. N.J. 07305 EBasco-Employee #C4188 a 20 year Employee of EBasco 2 WTC newyork April 1977 to June 1997

temporary assigned By EBasco to Lyndhurst NJ Office I paid into a pension 1984 to June 1997 the partial copy of pension 1969 EBasco Wealth Benefit was sent to me By Sue Kennedy pension Manager 1993 Before Sale of EBasco to Raytheon. Raytheon Said it will not pay pension that 1994 ended with EBasco after purchase of EBasco - Raytheon 1993. I cannot get a phone number or address By phone to contact TXU or Energy Future holding about EBasco pension and 401K - orca is not paying the 1969 Wealth Benefit or 401K.

March 31, 2021

Thank you for your assistance,

Sincerely

Jacqueline Tait

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE TCEH DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT** on June 17, 2016, United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 8761] (the "TCEH Disclosure Statement Order"): (a) authorizing Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") to solicit acceptances for the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8745] (as may be modified, amended or supplemented from time to time, the "Plan") as to the TCEH Debtors;[2] (b) approving the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors*, including all exhibits and schedules thereto [D.I. 8747] (as may be modified, amended or supplemented from time to time, the "TCEH Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** on May 24, 2016, the Court entered an *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order") (a) scheduling dates and

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

deadlines in connection with the approval of the TCEH Disclosure Statement and the confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors and (b) establishing certain protocols in connection with those proceedings in connection with the approval of the TCEH Disclosure Statement and the confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors (the "TCEH Confirmation Hearing") will commence at **10:00 a.m. (Eastern Daylight Time) on August 17, 2016**, before The Honorable Judge Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE BE ADVISED**: THE TCEH CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE TCEH DEBTORS *WITHOUT FURTHER NOTICE* OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

## CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**TCEH Voting Record Date**. The voting record date was **June 6, 2016** (the "TCEH Voting Record Date"), which was the date for determining which holders of Claims or Interests, as applicable, against the TCEH Debtors in Classes C3, C4, and C5 are entitled to vote on the Plan.

**TCEH Voting Deadline**. The deadline for voting on the Plan as to the TCEH Debtors is **4:00 p.m. (Eastern Daylight Time) on August 3, 2016** (the "TCEH Voting Deadline"). If you received a TCEH Solicitation Package, including a Ballot and intend to vote on the Plan you **must**: (a) follow the instructions carefully; (b) complete *all* of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' solicitation agent, Epiq Bankruptcy Solutions, LLC (the "Solicitation Agent") on or before the TCEH Voting Deadline. **A failure to follow such instructions may disqualify your vote**.

## CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**Plan Objection Deadline**. The deadline for filing objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors is **August 3, 2016 at 4:00 p.m. (Eastern Daylight Time)** (the "TCEH Plan Objection Deadline"). All objections to the relief sought at the TCEH Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local



Exhibit D
Page 23

## Plan Provisions—Retirement and Benefit Program of 1969 of ENSERCH Corporation and Participating Subsidiary Companies

| | |
|---|---|
| Participation | Employees of Enserch Corporation as of the corporate merger date in 1997, and employed with TXU as of December 31, 1997. |
| **Normal Retirement** Eligibility | Attainment of age 65. |
| Benefits | Greater of (1) Enserch Benefit only, but considering all service with Enserch and TXU or (2) Enserch Benefit accrued through 12/31/1997 (or earlier transfer date) plus TXU benefits accrued thereafter. (1) does not apply for |



# TXU Retirement Plan
# Pension Option Descriptions

Statement Date 12-29-2008

V000003
JACQUELINE TAIT
130 CLERK ST
2ND FLOOR
JERSEY CITY NJ 07305-4407

Here are descriptions of your payment options under the TXU Retirement Plan:

## Single Life Annuity

Your monthly payments under this option are larger than those under the Joint and Survivor Annuity. However, all pension payments stop when you die regardless of your marital status. If you're married and elect this option, your spouse must consent to your election.

This is the automatic payment form if you're single, unless you elect a different payment option.

## 25% Joint & Survivor

This option provides a monthly payment until your death. After your death, 25% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.

Under this option, the amount you would receive during your lifetime is less than the amount you would receive under the Single Life Annuity. The amount of the reduction depends on the age of both you and your beneficiary and on the percentage to be continued after your death.

If you're married and elect this option, your spouse must consent to your election.

## 50% Joint & Survivor

This option provides a monthly payment until your death. After your death, 50% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.





TXU

# TXU Retirement Plan
# Pension Estimate Calculation Statement

Statement Date 12-29-2008

V000003
JACQUELINE TAIT
130 CLERK ST
2ND FLOOR
JERSEY CITY NJ 07305-4407

Here's the pension estimate you requested. These amounts are estimated benefits using your personal information on file, the assumptions you entered on **December 29, 2008**, and the current terms of the TXU Retirement Plan. Actual benefits payable to you may vary from the amounts on this estimate.

## Your Personal Information

| | |
|---|---|
| Birth Date | 08-12-1956 |

## Your Assumptions

| | |
|---|---|
| Last Day of Employment | 12-21-1993 |
| Date You Begin Receiving Benefits | 09-01-2011 |
| Beneficiary's Relationship to You | None Entered |
| Beneficiary's Birth Date | None Entered |

## Your Pension Calculation Details for EBASCO

| | |
|---|---|
| Age Reduction Factor | 0.3858 |
| Age at Commencement | 55.00 |

For more detail on the benefit formula, see your Summary Plan Description. Information is also provided at the *Your Benefits Resources*™ Web site at **www.hrworkways.com/txu**.

## Payment Option Information

Following is a list of payment options that are available to you based on the assumptions you entered on **December 29, 2008**. See the Pension Option Descriptions for additional options that may be available. To make your choices, you must choose **one** of the options below. Regardless of the payment option you choose, you can't change your payment option after the date you begin receiving benefits.

The Single Life Annuity is the automatic payment form if you're single, unless you choose a different payment option. The 50% Joint & Survivor is the automatic payment form if you're married, unless you choose a different payment option and your spouse consents.

## Payment Option Information for EBASCO

| Monthly Payments as of September 1, 2011 | Payable to You | Payable to Your Beneficiary Upon Your Death |
|---|---|---|
| **Single Life Annuity** | $143.31 | $0.00 |
| **10 Year Certain & Life** | | |
| Before September 1, 2021 | $139.08 | $139.08 |
| Beginning September 1, 2021 | $139.08 | $0.00 |

## Additional Information

TXU reserves the right to correct any errors. Specifically, if the estimate conflicts with the benefit defined by the TXU Retirement Plan, the TXU Retirement Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

As of **December 21, 1993**, you're 100% vested in your estimated benefit.

## If You're Planning to Start Your Payments Soon

**Notify the TXU Service Center**

Notify the TXU Service Center or start the process at the *Your Benefits Resources*™ Web site 45 to 90 days before the date you want your pension payments to start. Missing this deadline may delay your payments.

## For More Information

If you need additional information, access Your Benefits Resources™ at **www.hrworkways.com/txu** or call the TXU Service Center toll-free at **1-888-812-LINK**. TXU Service Center Representatives are available between 7:30 a.m. and 4:30 p.m., Central time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Associates LLC.

## For More Information

If you need additional information, access Your Benefits Resources™ at **www.hrworkways.com/txu** or call the TXU Service Center toll-free at **1-888-812-LINK**. TXU Service Center Representatives are available between 7:30 a.m. and 4:30 p.m., Central time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Associates LLC.

QRY DATE: 09/17/04 AN: 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 DOC: 176 UNIT: CG PG: 003+ DEQR
% ALBERT A DIMILLO JR
720 PARK BLVD
BOISE ID 83712-7758

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0094 | AA | 1100 | J TAIT | 28325.96 | 28325.96 | 4131-86-64462 | 01095 | V |
| | | | WAGE TOTAL | 28325.96 | | | | |
| | | | OASDI EMPLOYER TOTAL | 28325.96 | | | | |
| | | | 94 OASDI YEARLY TOTAL | 28325.96 | | | | |

EIN: 231173910 RAYTHEON ENGINEERS & CONSTRUCTORS

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0095 | AA | 1100 | J TAIT | 30496.61 | 30496.61 | 5135-86-35255 | 01096 | V |
| | AA | 2000 | J TAIT | 500.00 | 500.00 | 5135-86-35390 | 01096 | V |
| | | | WAGE TOTAL | 30996.61 | | | | |
| | | | OASDI EMPLOYER TOTAL | 30996.61 | | | | |
| | | | 95 OASDI YEARLY TOTAL | 30996.61 | | | | |

EIN: 231173910 RAYTHEON ENGINEERS & CONSTRUCTORS

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0096 | AA | 1100 | J TAIT | 30478.35 | 29119.47 | 6108-87-92526 | 01097 | V |
| | | | WAGE TOTAL | 30478.35 | | | | |
| | | | OASDI EMPLOYER TOTAL | 30478.35 | | | | |
| | | | 96 OASDI YEARLY TOTAL | 30478.35 | | | | |

EIN: 231173910 RAYTHEON ENGINEERS & CONSTRUCTORS

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0097 | AA | 1100 | J TAIT | 19793.90 | 19793.90 | 7107-85-74894 | 01098 | V |
| | | | WAGE TOTAL | 19793.90 | | | | |
| | | | OASDI EMPLOYER TOTAL | 19793.90 | | | | |
| | | | 97 OASDI YEARLY TOTAL | 19793.90 | | | | |

EIN: 223448421 POMERANTZ OUTSOURCING SERVICES INC
1375 PLAINFIELD AVE
WATCHUNG NJ 07060-5482

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0098 | AA | | J TAIT | 108.00 | 108.00 | 8097-86-03681 | 00999 | V |
| | | | WAGE TOTAL | 108.00 | | | | |
| | | | OASDI EMPLOYER TOTAL | 108.00 | | | | |
| | | | 98 OASDI YEARLY TOTAL | 108.00 | | | | |

EIN: 223625156 POMERANTZ STAFFING INC
% ILENE ENGELBERG
1375 PLAINFIELD AVE
WATCHUNG NJ 07069-5482

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0099 | AA | | J TAIT | 395.00 | 395.00 | 9098-86-60262 | 01000 | V |
| | | | WAGE TOTAL | 395.00 | | | | |
| | | | OASDI EMPLOYER TOTAL | 395.00 | | | | |
| | | | 99 OASDI YEARLY TOTAL | 395.00 | | | | |

EIN: 223357008 PEOPLE CARE OF NEW JERSEY INC
116 W 32ND ST 15TH FL
NEW YORK NY 10001-3212

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMP |
|---|---|---|---|---|---|---|
| 0000 | AA | | J TAIT | 6744.50 | 6744.50 | 0108-85-28[illegible] |
| | | | WAGE TOTAL | 6744.50 | | |
| | | | OASDI EMPLOYER TOTAL | 6744.50 | | |

--- REC 2004261 134241 H4ED24E0 CIB9 CIPQYA6 PQA6 (F-CIC )

QRY DATE: 09/17/04 AN: 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 DOC: 176 UNIT: CG PG: 001+ D[illegible]
INPUT: YRS REQ: 1980-2004; COVERED DETAILS; SELF-EMPLOYMENT; EMPLOYER ADD[illegible]
MEF: NA: J TAIT DB: 08/1956 SX: F AK:

DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
EIN: 135042580 ESICORP INC
% JOEL MALLIN
110 E 59TH ST STE 3202
NEW YORK NY 10022-1304

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR |
|---|---|---|---|---|---|---|---|
| 0080 | AA | | J TAIT | 11931.83 | 11931.83 | 0202-85-00831 | 0028[illegible] |
| | | | WAGE TOTAL | 11931.83 | | | |
| | | | OASDI EMPLOYER TOTAL | 11931.83 | | | |
| | | | 80 OASDI YEARLY TOTAL | 11931.83 | | | |

EIN: 135042580 ESICORP INC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR |
|---|---|---|---|---|---|---|---|
| 0081 | IA | | J TAIT | 13995.67 | 13995.67 | 2136-95-00533 | 0038[illegible] |
| | | | WAGE TOTAL | 13995.67 | | | |
| | | | OASDI EMPLOYER TOTAL | 13995.67 | | | |
| | | | 81 OASDI YEARLY TOTAL | 13995.67 | | | |

EIN: 135042580 ESICORP INC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR |
|---|---|---|---|---|---|---|---|
| 0082 | AA | | J TAIT | 14579.45 | 14579.45 | 2365-85-19829 | 00383 |
| | | | WAGE TOTAL | 14579.45 | | | |
| | | | OASDI EMPLOYER TOTAL | 14579.45 | | | |
| | | | 82 OASDI YEARLY TOTAL | 14579.45 | | | |

EIN: 135042580 ESICORP INC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR |
|---|---|---|---|---|---|---|---|
| 0083 | AA | | J TAIT | 15558.27 | 15558.27 | 3340-85-03822 | 0048[illegible] |
| | | | WAGE TOTAL | 15558.27 | | | |
| | | | OASDI EMPLOYER TOTAL | 15558.27 | | | |
| | | | 83 OASDI YEARLY TOTAL | 15558.27 | | | |

EIN: 135042580 ESICORP INC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | P[illegible] |
|---|---|---|---|---|---|---|---|
| 0084 | AA | | J TAIT | 16272.46 | 16272.46 | 4133-85-05233 | |
| | | | WAGE TOTAL | 16272.46 | | | |
| | | | OASDI EMPLOYER TOTAL | 16272.46 | | | |
| | | | 84 OASDI YEARLY TOTAL | 16272.46 | | | |

EIN: 135042580 ESICORP INC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMP |
|---|---|---|---|---|---|---|
| 0085 | AA | | J TAIT | 17529.36 | 16985.16 | 5268-85-00[illegible] |
| | | | WAGE TOTAL | 17529.36 | | |
| | | | OASDI EMPLOYER TOTAL | 17529.36 | | |
| | | | 85 OASDI YEARLY TOTAL | 17529.36 | | |

EIN: 112249394 COASTAL GROUP MANAGEMENT CORP
24 BRIDGE STREET BLD B
METUCHEN NJ 08840-2276

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR |
|---|---|---|---|---|---|---|---|
| 0086 | IA | | J TAIT | 170.79 | 170.79 | 7023-88-09596 | 01088 |
| | | | WAGE TOTAL | 170.79 | | | |
| | | | OASDI EMPLOYER TOTAL | 170.79 | | | |

**Energy Future Holdings**

June 17, 2016

The chapter 11 process requires the distribution of certain documents and notices that provide information about the restructuring of Energy Future Holdings' and certain of its subsidiaries. Those subsidiaries include, among others: (a) EFH Corporate Services Company, LLC and certain other EFH Corp. subsidiaries (collectively, the "EFH Shared Services Debtors"), (b) EFCH, TCEH, and subsidiaries of TCEH (collectively, the "TCEH Debtors"), (c) EFH Corp., and certain EFH Corp. subsidiaries (the "EFH Debtors"), and (d) EFIH and EFIH Finance, Inc. (the "EFIH Debtors").

Enclosed with this letter is one such notice informing you that the court has scheduled a hearing to consider confirmation of the plan of reorganization (as may be amended or modified from time to time, the "Plan") with respect to the EFH Shared Services Debtors and the TCEH Debtors (each as defined in the Plan) for August 17, 2016 at 10 a.m. Eastern.

Importantly, this Plan allows for separate timelines regarding the confirmation process for the EFH Shared Services and TCEH Debtors on the one hand, and the EFH and EFIH Debtors on the other. While you may have previously received a similar notice in September 2015, that notice pertained to a previously submitted plan of reorganization, which does not apply to, and does not affect, the notice enclosed.

You may also receive separate mailing(s) in the future regarding the Plan as it relates to the EFH and EFIH Debtors.

If you have any questions, please call EFH's restructuring hotline at 877-276-7311 or email restructuring@energyfutureholdings.com.

**BINDING NATURE OF THE PLAN:**

**IF CONFIRMED THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS AGAINST THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.**

[*Remainder of page intentionally left blank.*]