IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |
| NEXTERA ENERGY, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 18-1253-RGA |
| | : | |
| ELLIOTT ASSOCIATES, L.P., et al., | : | |
| | : | |
| Appellees. | : | |

**ORDER**

WHEREAS, the United States Court of Appeals for the Third Circuit issued a Mandate on April 6, 2021, Reversing and Remaining the appeal (D.I. 38);

NOW THEREFORE, IT IS HEREBY ORDERED that, this Court's Memorandum Opinion (D.I. 34) and Order (D.I. 35) dated September 30, 2019, are VACATED.

IT IS FURTHER ORDERED that, this case is REMANDED to the Bankruptcy Court for further proceedings consistent with the Third Circuit's opinion.

| | |
|---|---|
| 4/8/2021 | /s/ Richard G. Andrews |
| Date | United States District Judge |