**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 30, 2021 STARTING AT 10:00 A.M. (EDT)**

---

**ZOOM INSTRUCTIONS:**

**THE REMOTE HEARING WILL BE CONDUCTED *ENTIRELY* BY ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL *WILL NOT* BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE
HEARING (PARTIES MUST REGISTER IN ADVANCE, BY NO LATER THAN 12:00
P.M. (NOON) (EDT) ON THURSDAY, APRIL 29, 2021, TO PARTICIPATE):**

https://debuscourts.zoomgov.com/meeting/register/vJIsdeioqT4vEqw9KNCr-r1slhA7JN7tP9s

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION E-MAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.    MATTER GOING FORWARD:**

1.    *Contested* Certification of Counsel Regarding Proposed Form of Scheduling Order for NextEra Administrative Expense Application [D.I. 14199; filed April 24, 2021] (the "Contested Certification")

     Response/Objection Deadline:    Not applicable.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

i.      Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim [D.I. 12671; filed February 20, 2018]

ii.     Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12844; filed March 23, 2018]

iii.    Letter Regarding Request for Status Conference Regarding Administrative Expense Application [D.I. 12853; filed March 26, 2018]

iv.     Letter from Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as Indenture Trustee Regarding NextEra Energy, Inc.'s Request for Status Conference Regarding Administrative Expense Application [D.I. 12859; filed March 27, 2018]

v.      Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Regarding D.I. 12671 and D.I. 12844 and Related March 28, 2018 Status Conference [D.I. 12866; filed March 27, 2018]

vi.     Letter from Gregg M. Galardi to The Honorable Christopher S. Sontchi Regarding D.I. 12866 [D.I. 12870; filed March 28, 2018]

vii.    Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott Funds to (I) Dismiss Application of NextEra for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12935; filed April 11, 2018]

viii.   Declaration of Howard Seife Pursuant to Fed. R. Bank P. 7056(d) and Fed. R. Civ. P. 56(d) in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., and Elliott Funds to (I) Dismiss Application of NextEra for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12936; filed April 11, 2018]

ix.     Declaration of Mark Hickson in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott Funds to (I) Dismiss Application of NextEra for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12937; filed April 11, 2018]

RLF1 25178337v.1

x.      EFH Plan Administrator Board's Reply in Support of the Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12969; filed April 18, 2018]

xi.     Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of their Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12970; filed April 18, 2018]

xii.    Post-Confirmation Quarterly Summary Report for the Reporting Period 3/9/18 – 3/31/18 [D.I. 13067; filed April 30, 2018]

xiii.   Post-Confirmation Quarterly Summary Report for the Reporting Period 4/1/18 – 6/30/18 [D.I. 13330; filed July 31, 2018]

xiv.    Opinion [D.I. 13332; filed August 1, 2018]

xv.     Order [D.I. 13333; entered August 1, 2018]

xvi.    Notice of Appeal [D.I. 13363; filed August 15, 2018]

xvii.   Clerk's Notice Regarding Filing of Appeal [D.I. 13366; filed August 16, 2018]

xviii.  Transmittal of Record on Appeal to District Court [D.I. 13367; filed August 16, 2018]

xix.    Notice of Docketing [D.I. 13372; filed August 17, 2018]

xx.     Clerk's Notice Regarding Filing of Appeal [D.I. 13374; filed August 18, 2018]

xxi.    Appellant NextEra Energy. Inc.'s Statement of Issues and Designation of Record on Appeal from the August 1, 2018 Summary Judgment Order [D.I. 13406; filed August 29, 2018]

xxii.   UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal from the August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 13487; filed September 12, 2018]

xxiii.  EFH Plan Administrator Board's Joinder to "UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal

RLF1 25178337v.1

from the August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense" [D.I. 13487] [D.I. 13488; filed September 12, 2018]

xxiv.    Letter by Chief Judge Christopher S. Sontchi [D.I. 13536; filed October 1, 2018]

xxv.    Post-Confirmation Quarterly Summary Report for the Reporting Period 7/1/18 – 9/30/18 [D.I. 13598; filed October 31, 2018]

xxvi.    Post-Confirmation Quarterly Summary Report for the Reporting Period 10/1/18 – 12/31/18 [D.I. 13712; filed February 1, 2019]

xxvii.    Post-Confirmation Quarterly Summary Report for the Reporting Period 1/1/19 – 3/31/19 [D.I. 13786; filed April 30, 2019]

xxviii.    Post-Confirmation Quarterly Summary Report for the Reporting Period 4/1/19 – 6/30/19 [D.I. 13829; filed July 31, 2019]

xxix.    Memorandum Opinion [District Court - 18-1253 D.I. 34; filed September 30, 2019]

xxx.    Order [D.I. 13862 / District Court - 18-1253 D.I. 35; entered September 30, 2019]

xxxi.    Post-Confirmation Quarterly Summary Report for the Reporting Period 7/1/19 – 9/30/19 [D.I. 13888; filed November 20, 2019]

xxxii.    Post-Confirmation Quarterly Summary Report for the Reporting Period 10/1/19 – 12/31/19 [D.I. 14013; filed February 7, 2020]

xxxiii.    Post-Confirmation Quarterly Summary Report for the Reporting Period 1/1/20 – 3/31/20 [D.I. 14059; filed May 14, 2020]

xxxiv.    Post-Confirmation Quarterly Summary Report for the Reporting Period 4/1/20 – 6/30/20 [D.I. 14108; filed August 6, 2020]

xxxv.    Post-Confirmation Quarterly Summary Report for the Reporting Period 7/1/20 – 9/30/20 [D.I. 14150; filed November 2, 2020]

xxxvi.    Post-Confirmation Quarterly Summary Report for the Reporting Period 10/1/20 – 12/31/20 [D.I. 14160; filed February 1, 2021]

xxxvii. Opinion [Third Circuit 19-3492 – D.I. 85; filed March 15, 2021]

RLF1 25178337v.1

5

xxxviii. Order [D.I. 14198; filed April 9, 2021]

Status: At the direction of Chambers, a hearing in connection with the Contested Certification (and the competing proposed forms of scheduling order attached thereto) will go forward.

[*Remainder of page intentionally left blank.*]

5

Dated:  April 28, 2021
        Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               steven.serajeddini@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

6