| First Name | Last Name | Email | Party Representing | Firm Name |
|---|---|---|---|---|
| Jason | Madron | madron@rlf.com | Debtors | Richards, Layton & Finger, P.A. |
| Daniel | DeFranceschi | defranceschi@rlf.com | Debtors | Richards, Layton & Finger, P.A. |
| Gregg | Galardi | gregg.galardi@ropesgray.com | Elliott Associates | Ropes & Gray LLP |
| Nova | Alindogan | nova.alindogan@ropesgray.com | Ropes & Gray LLP | Ropes & Gray LLP |
| James | Bonner | jbonner@fbrllp.com | NextEra | Fleischman Bonner & Rocco LLP |
| Matthew | McGuire | mcguire@lrclaw.com | NextEra Energy, | Landis Rath & Cobb |
| Aparna | Yenamandra | aparna.yenamandra@kirkland | Debtors | Kirkland & Ellis LLP |
| Keith | Fleischman | kfleischman@fbrllp.com | NextEra | Fleischman Bonner & Rocco LLP |
| Erin | Fay | efay@bayardlaw.com | Elliott Associates | Bayard, P.A. |
| Jeffrey | Schlerf | jschlerf@foxrothschild.com | Reorganized EFH | Fox Rothschild LLP |
| Connor | Casas | connor.casas@kirkland.com | Debtors | |
| Matthew | Brown | mbrown@whitecase.com | Reorganized EFH | White & Case LLP |
| | | | | |
| Charles | Sieving | Charles.Sieving@NextEraEnergy | NextEra | NextEra |
| Mark | McKane, P. | mark.mckane@kirkland.com | Debtors | Kirkland & Ellis LLP |