**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Holdings Corp.   Bank: Citibank, N.A.

Bankruptcy Number: 14-10979   Account Number: xxxx2464-xxxxxxxx0768

Date of Confirmation: 2/27/18   Account Type: Escrow - Checking

Reporting Period (month/year): Q1 2021 – 1/1/2021 - 3/31/2021

| | |
|---|---:|
| Beginning Cash Balance | $1,142,201.09 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $139.35 |
| Collection of Accounts Receivable (net in payables): | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Total of cash received: | $139.35 |
| Total of cash available: | $1,142,340.44 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $49,875.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $7,642.55 |
| All other disbursements made in the ordinary course: | $600.00 |
| Total Disbursements | $58,117.55 |
| Ending Cash Balance | $1,084,222.89 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2021   Anthony R. Horton – Plan Administrator Board
Date   Name/Title

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

RLF1 3255743v.1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC        Bank: Citibank, N.A.

Bankruptcy Number: 14-11008                                          Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18                                        Account Type: Escrow - Checking

Reporting Period (month/year): Q1 2021 – 1/1/2021 - 3/31/2021

| | |
|---|---:|
| Beginning Cash Balance | $991,506.00 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $124.76 |
| Collection of Accounts Receivable (refund of retainer): | $255,158.11 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $600.00 |
| Total of cash received: | $255,282.87 |
| Total of cash available: | $1,246,788.87 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $45,975.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $7,642.55 |
| All other disbursements made in the ordinary course: | $600.00 |
| Total Disbursements | $54,217.55 |
| Ending Cash Balance | $1,192,571.32 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2021                    Anthony R. Horton – Plan Administrator Board
Date                         Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

RLF1 3255743v.1

| ASSETS | March 31, 2021 |
|---|---|
| Cash (Unrestricted) | 2,276,794.21 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 97.92 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) | |
| Total Current Assets | 2,276,892.13 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less:  Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 2,276,892.13 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 5,800.00 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees[1] | 959,000.00 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| Total Post-petition Liabilities | 964,800.00 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan | |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | 0.00 |
| Total Liabilities | 964,800.00 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |

[1] Primarily represents unbilled charges for fifteen months from one vendor and previously unbilled charges for nine months from another vendor.

RLF1 3255743v.1