FILED
2021 MAY 10  AM 8:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

204 Morrison Ave.
Greensburg, PA 15601
May 4, 2021
keeferh@gmail.com

**Claim #10707.02  Energy Future Holdings Bankruptcy**

According to Case 14-10979-CSS Doc 13982 Filed 12/19/19, on page 76 of 168 line 1, I was to receive $2,754.  However, I received a check for only $197.75 in March 2020 which I did not cash.  I am waiting for a check for the full amount.

Robert H. Keefe