# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of May 2021, a copy of the below listed documents were caused to be served upon the parties on the attached service list in the manner indicated:

- **NextEra's First Request for Production of Documents from UMB Bank, N.A.; and**

- **NextEra's First Request for the Production of Documents from Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership**

| | |
|---|---|
| Dated: May 12, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>        mcguire@lrclaw.com<br><br>– and – |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0064823.}

**FLEISCHMAN BONNER & ROCCO LLP**
Keith M. Fleischman (admitted pro hac vice)
James P. Bonner (admitted pro hac vice)
Joshua D. Glatter (admitted pro hac vice)
81 Main Street, Suite 515
White Plains, NY 10601
Telephone: (914) 278-5100
E-mail: kfleischman@fbrllp.com
   jbonner@fbrllp.com
   jglatter@fbrllp.com

*Counsel to NextEra Energy, Inc.*

## SERVICE LIST

**Via Electronic Mail**
Gregg M. Galardi
Daniel G. Egan
Ani-Rae Lovell
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Email: Gregg.Galardi@ropesgray.com
 Daniel.Egan@ropesgray.com
 Ani-Rae.Lovell@ropesgray.com

*(Counsel to the UMB Bank, N.A, Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership)*

**Via Electronic Mail**
Matthew L. Mcginnis
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Email: Matthew.McGinnis@ropesgray.com

*(Counsel to the UMB Bank, N.A, Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership)*