# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of May 2021, a copy of the below listed document was caused to be served upon the parties on the attached service list in the manner indicated:

- **NextEra's First Request for Production of Documents from the EFH Plan Administrator Board**

Dated: May 12, 2021  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
         mcguire@lrclaw.com

– and –

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0064822.}

**FLEISCHMAN BONNER & ROCCO LLP**
Keith M. Fleischman (admitted pro hac vice)
James P. Bonner (admitted pro hac vice)
Joshua D. Glatter (admitted pro hac vice)
81 Main Street, Suite 515
White Plains, NY 10601
Telephone: (914) 278-5100
E-mail: kfleischman@fbrllp.com
   jbonner@fbrllp.com
   jglatter@fbrllp.com

*Counsel to NextEra Energy, Inc.*

**Via Electronic Mail**
Patrick Venter
Aparna Yenamandra
**KIRKLAND & ELLIS LLP**
601 Lexing Avenue
New York, NY 10022
Email: patrick.venter@kirkland.com
       aparna.yenamandra@kirkland.com

*(Counsel to the EFH Plan Administrator Board)*

**Via Electronic Mail**
McClain Thompson
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Email: mcclain.thompson@kirkland.com

*(Counsel to the EFH Plan Administrator Board)*

**Via Electronic Mail**
Mark McKane
Michael P. Esser
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Email: mark.mckane@kirkland.com
       michael.esser@kirkland.com

*(Counsel to the EFH Plan Administrator Board)*