14-10979 CSS

**Epiq Corporate Restructuring, LLC**
PO BOX 4470
Beaverton, OR 97076-4470
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

**epiq**

FILED
2021 MAY 13 AM 9: 23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

EFH 15TH NOS  04-30-2021 (MERGE2,TXNUM2) 4000041415

BAR(23) MAIL ID *** 000194105298 ***



GOTTLIEB, ALAN W.
89 TOBIN AVE
GREAT NECK, NY  11021-4436

NOW HEAR THIS

① TO THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**THE REMAINDER OF THIS PAGE**

**INTENTIONALLY LEFT BLANK**

② I ALAN W. GOTTLIEB CLAIM 14239
HEREBY REJECT THE STATUS ENCLOSED
STATE MENT OF CLAIM AS TOO VAGUE,
IMPROPER, ILLEGAL, UNFAIR, UNDER THE
BANKRUPTCY LAWS OF THE UNITED STATES
PLEASE PAY MY CLAIM AS SUBMITTED

THANK YOU,

ALAN W GOTTLIEB
*Alan W. Gottlieb*
89 TOBIN AVE
GREAT NECK NY 11021


Group ID: 2806; 14239

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

| | | |
|---|---|---|
| TO:<br>GOTTLIEB, ALAN W.<br>89 TOBIN AVE<br>GREAT NECK, NY 11021-4436 | **Basis for Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |
| | | **Claim Number** / **Claim Amount** |
| | **Claim Satisfied In Full:** | 14239 / UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "**PAB**") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "**Notice**").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

\* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:   April 30, 2021

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com
	steven.serajeddini@kirkland.com
	aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	marc.kieselstein@kirkland.com
	chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**Energy Future Holdings**

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 14239. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET 3RD FLOOR
WILMINGTON DELAWARE 19801

ALAN W. GOTTLIEB
84 TUBEN AVE
GREAT NECK, NY 11021-4436

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET 3RD FLOOR
WILMINGTON DELAWARE 19801



