DEAR SIR
IF YOU WOULD PLEASE LET
ME KNOW ABOUT ANY
COMPENSATION IF ANY.
SINCERLY
Mike Coetner  (Connie M. Coetner)
CLAIM NO,
31487

CASE NO.
14-10979 (CSS)

FILED
2021 MAY 17 AM 10:20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Connie M. Costner
138 Cook Th
Mocksville, NC 27028

GREENSBORO NC 270
PIEDMONT TRIAD AREA



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET ST.
3RD FLOOR
WILMINGTON, DELAWARE
19801

19801-302499