# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors*.[1] ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of May 2021, a copy of *UMB/Elliott's Requests for Production of Documents to NextEra Energy, Inc. Concerning the NextEra Application* was served via electronic mail upon parties listed on the attached Exhibit A.

Dated: May 21, 2021
Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
emiller@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email:  Gregg.Galardi@ropesgray.com

*Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank N.A, as Indenture Trustee*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# **Exhibit A**

Adam G. Landis
Matthew B. McGuire
LANDS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington DE 19801
Email: landis@lrclaw.com
      mcguire@lrclaw.com

Keith M. Fleischman
James P. Bonner
Joshua D. Glatter
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, NY 10601
Email: kfleischman@fbrllp.com
      jbonner@fbrllp.com
      jglatter@fbrllp.com