May 15, 2021

Energy Future Holdings Corp.
Claims Processing Center
C/O Epiq Corporate Restructing, LLC
PO Box 4421
Beaverton, OR 97076-4421

FILED
2021 MAY 21  AM 9:32
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Kwane Glover
3880 Terrace St
Apt 1
Philadelphia, PA 19128

To whom it may concern:

I am writing you today about the claim I filed as a part of Energy Future Holdings' chapter 11 bankruptcy cases. At this time, I am stating the courts have not satisfied my claim number 63347. I have not received any formal information in regard to the monetary outcome of my claim number 63347. The "UNDETERMINED" status is not a satisfactory resolution to the claim. I am looking for formal information, punitive compensation, pain and suffering compensation, compensation for loss of personal enjoyment, compensation for mental anguish, compensation for loss of consortium, and acknowledgement of wrong doing on the part of Energy Future Holdings Plan Administrator Board.

This letter also serves the purpose of filing a response that my claim 63347 was not agreed upon as of the date of this letter. I am seeking a total claim amount of "$1,000,000.00" the same as claim number 25263, Glover, Steven. Please, only call or write once a monetary amount has been agreed upon to discuss. I have no prior knowledge of my claims no longer part of the chapter 11 cases, nor has it been satisfied through the operation of the chapter 11 plan per my knowledge.

My previous address was 213 Water St, Ridley Park, PA 19078. My new address is stated above as the following 3880 Terrace St, Apt. 1, Philadelphia, PA 19128. My cell phone uumber is 215-767-0195. My email address is kwaneglover@hotmail.com

I look forward to hearing from all parties in this matter. In the event there is a form I need to file, call me immediately. If I am not available, leave me a message. You have received a copy of this letter because your address was on the last notice/ letter I have received.

Sincerely

*[signature: Kwane M. Glover]*
Kwane M. Glover

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

TO:
GLOVER, KWANE
213 WATER ST
RIDLEY PARK, PA 19078-3226

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| Claim Satisfied In Full: | Claim Number | Claim Amount |
|---|---|---|
| | 63347 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:   April 30, 2021

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:         (302) 651-7701
Email:               collins@rlf.com
                         defranceschi@rlf.com
                         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:         (212) 446-4900
Email:               edward.sassower@kirkland.com
                         stephen.hessler@kirkland.com
                         brian.schartz@kirkland.com
                         steven.serajeddini@kirkland.com
                         aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:         (312) 862-2200
Email:               james.sprayregen@kirkland.com
                         marc.kieselstein@kirkland.com
                         chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*