# FILED

**2021 MAY 21  AM 9:34**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Simmons, Robert Edward
2911 S. Leonard Springs Rd
Apt 28
Bloomington, IN 47403
812-318-6863

TO: Energy Future Holdings
CASE No 14-10979 (CSS)

    I'm writting in Reference to the Letter I Received from you. My Apt. No. is the only difference in my address due to the hospital and insurance company telling me I couldn't use steps after my colon cancer surgery. That was March of 2018 I was diagnosed with it. I have had check ups on Regular basis and now it has come back on my Liver. On May 18th I'm scheduled to see a Liver Surgeon in Indianapolis at IU Health to go over what he's going to do. On May 10, 2021 I had a Biopsy on my Liver and are trying to find out if it was caused by my colon cancer.

    Everyone tells me I couldn't have got it from Asbestus But the Perimedic in the Twin Towers Died From Asbestus Colon Cancer. My Ex has already died From a Fatal Heart attack But was on Oxigen From 2006 till She died August 3, 2018. She was Exposed to Asbestus handling my clothes and etc.

    My colon cancer cost my insurance over $1,500,000 and $3,000 was added to my Bankruptcy. This Time I won't be able to add what my insurance doesn't pay to my Bankruptcy. With my medical Bills I haven't been able to fix my car that is going to waste by not having money to keep it up.

    Social Security is my only income.

This next surgery and chemo may cost more than the first one.

The Dr. has also found a spot on my left lung and had a ct scan plus blood work. My Liver started out as a spot too and now it covers about a inch of my Liver.

The power plant East of Evansville, Indiana is the one I hauled in and out of from 2000 to 2004. They had me loading my own Truck from the silo and getting the dust all over me. I Turned my paper work in for This back in 2015 and was getting letters on updates till about 2 years ago.

Primary DR.
Dr. David Matlock          812-849-3408

Cancer Dr
Dr Shah                   812-676-4444

Dr Dole                   317-944-6049

Dr Attila Nakeeb MD       888-531-3004

These are the Doctors involved with my Cancer

Thank you

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**TO:**
SIMMONS, ROBERT EDWARD
2911 S LEONARD SPRINGS RD, APT
~~36~~ 28
BLOOMINGTON, IN 47403-3764

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| Claim Number | Claim Amount |
|---|---|
| **Claim Satisfied In Full:** 13320 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

2