May 8th 2021

I Do **not** agree with my case No ~~12756~~ 12256 Being satisfied

I want to continue (reinstate) this claim No 12756 against the reorganized EFH Debtors or others as it may apply

Please notify the United States Bankruptcy Court for the District of Delaware that my case Claim No 12756 is continued (reinstated) that the allowed A3 ~~Legacy~~ GUC/asbestos claim are reinstated as of the EFH/EFIH Effective Date which occurred on March 9 2018

PHYLLIS ARNOLD

Phyllis Arnold
125 2nd St
Childs, Pa
18407

570-840-2986
570-282-1047

May 8, 2021

**Energy Future Holdings**

FILED
2021 MAY 21  AM 9:36

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 12756
12756



Phyllis Arnold
125 2nd St
Childs, PA 18407

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 12756. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you. I don't agree with my case being satisfied through the operation of the chapter 11 Case #12756 I want my case to continue with the settlement I deserve because of my care.

Phyllis Arnold
125 2nd St
Childs, Pa
18407

Tele 570-282-1047
570-840-2986

Claim 12756

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| TO: | Basis for | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS |
|---|---|---|
| ARNOLD, PHYLLIS (10-1-15) | Satisfaction: | CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS |
| 125 2ND ST | | CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS |
| CHILDS, PA 18407 | | CLAIMS WERE REINSTATED AGAINST THE |
| | | REORGANIZED EFH DEBTORS IN ACCORDANCE WITH |
| | | THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B |
| | | SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED |
| | | A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN |
| | | SATISFIED IN FULL THROUGH REINSTATEMENT. |
| | | SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT |
| | | THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS |
| | | ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE |
| | | DATE, WHICH OCCURRED ON MARCH 9, 2018. |
| | | **Claim Number** — **Claim Amount** |
| | Claim Satisfied In Full: | 12756 — UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register. *I do Not agree that claim # 12756 be Satisfied* *I want the claim 12756 to be continued against Reorganized EFH DEBTORS (R the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Phyllis Clarke*
*125 2nd ST*
*Childs PA 18407*

* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

*My cancer is on going*
*Will under go my 4th operation soon for cancer of the Nose & Face*



**RETURN RECEIPT REQUESTED**

Phyllis Arnold
125 2nd St
Childs, PA 18407



**CERTIFIED MAIL**

7015 1730 0000 2538 5733

United States Bankruptcy Court for The District of Delaware
824 North Market Street
3rd Floor
Wilmington Delaware 19801



1000



1980 1



U.S. POSTAGE PAID
FCM LETTER
JERMYN, PA
18433
MAY 17, 21
AMOUNT
$7.00
R2305K141051-01