MAY 8- 2021                    Case # 16566

I do not agree with my Case no 16566 Claim being satisfied.

I want to continue to reinstate this claim no 16566 against the reorganized E.F.H. debtors or others that may apply.

Please notify the United States Bankruptcy Court for the District of Delaware that my Case no 16566 is continued (reinstated) & that the allowed A3 legacy GVC asbestos claim # is not satisfied and will continue.

My Cancer is still ongoing

Kenneth L Arnold
125 2nd ST
Childs Pa
19407

*[handwritten top right: Claim 16566]*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

TO:
ARNOLD, KENNETH L.
125 2ND ST
CHILDS, PA 18407

*[handwritten: 57C 2021047]*
*[handwritten: 52C 24E 2906]*

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| | Claim Number | Claim Amount |
|---|---|---|
| Claim Satisfied In Full: | 16566 | $50,000.00* |

*[handwritten annotations: "Never received" / "This Claim was never Satisfied Please continue this Claim under the allowed A3 Legacy GUC/A: Claims  Kenneth Arnold"]*

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

*[handwritten: "I have need to My Claim reinstated because of my cancer is progressing"]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

*[handwritten at bottom: "Kenneth Arnold / 125 2nd St Childs / 18407"]*
*[handwritten: "Have 4 more cancer operation over the last 10 years one is set for June 2021 on my face I need this case to continue"]*

**Energy Future Holdings**

*16566*

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 16566. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

*Please include this claim 16566 under the reinstated Reorganized EFH Debtors*

Thank you.

*As my cancer is on going May 8th 2021 they never went thru with the offer*

*Kenneth S Arnold
125 2nd ST
Childs PA
18407
570 282 1047
570 840 2986*

Claim 16566

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

*May 8th 2021*

*To United States Bankruptcy Court for the District of Delaware*

*I am Responding to my Claim number 16566 I want this Claim number 16566 continued against the Reorganized EFH DEBTORS as my condition (cancer) is still ongoing*

*Kenneth L Arnold*
*125 2nd St*
*Chdds Pa*
*18407*

*570 820 2821047*
*570 840 2986*
*May 8th 2021*

2



Kenneth Arnold
125 2nd St
Carbondale, PA 18407

Kenn 16566

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7016 0750 0000 9701 8580

U.S. POSTAGE PAID
FCM LETTER
JERMYN, PA
18433
MAY 17, 21
AMOUNT
$7.00
R2305K141051-01

The United States Bankruptcy Court For The District of Delaware
824 North Market Street
3rd Floor
Wilmington Delaware 19801