**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Ref. Docket No. 14203** |
| | ) |
| | ) |
| | ) |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                         ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC[2], with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 30, 2021, I caused to be served:

    a. "The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full," dated April 30, 2021 [Docket No. 14203]*,* (the "Satisfaction Notice"),

    b. "The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full," dated April 30, 2021, *related to Docket No. 14203, a sample of which is attached hereto as Exhibit A,* (the "Satisfaction Notice Excluding Exhibits"),

    c. *a customized* "Notice of EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full," dated April 30, 2021, *related to Docket No. 14203, a sample of which is attached hereto as Exhibit B,* (the "Custom Satisfaction Notice for Exhibit A Claimants"),

    d. *a customized* "Notice of EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full," dated April 30, 2021, *related to Docket No. 14203, a sample of which is attached hereto as Exhibit C,* (the "Custom Satisfaction Notice for Exhibit B Claimants"), and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

e.   the "Notice of EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full," dated April 30, 2021, *related to Docket No. 14203*, including a Personalized Slip Sheet indicating a consolidated affected party list, sent to the attention of one unique mailing address, (the "Custom Law Firm Notice"),

by causing true and correct copies of the:

i.   Satisfaction Notice Excluding Exhibits, to be to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

ii.  Custom Satisfaction Notice for Exhibit A Claimants, to be to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

iii. Custom Satisfaction Notice for Exhibit B Claimants, to be to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

iv.  Custom Law Firm Notice, to be to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those respective law firms listed on the annexed <u>Exhibit G</u>, on behalf of the parties they represent  who are listed on the annexed <u>Exhibit H</u>,

v.   Satisfaction Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>, and

vi.  Satisfaction Notice, to be delivered via electronic mail to those CM/ECF parties listed on the annexed <u>Exhibit J</u>, in accordance with Local Rule 5004-4(c)(ii).

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4.  In addition, I hereby certify that the referenced Docket No. 14203 was electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
18th day of May, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: June 1, 2021 at 4:00 p.m. (EDT)** |

**THE EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

The EFH Plan Administrator Board (the "PAB"), files this notice (this "Notice"), pursuant to Del. Bankr. L.R. 3007-1(e)(iii)(J)(2), identifying certain Claims (as defined below) filed in the above-captioned chapter 11 cases, which have been satisfied in full (each a "Satisfied Claim," and together, the "Satisfied Claims"). The Satisfied Claims are listed in **Exhibit A** and **Exhibit B** attached hereto, which are incorporated herein by reference and are also accessible at the following website maintained by Epiq Corporate Restructuring, LLC ("Epiq"), the court-appointed claims agent in the above-captioned chapter 11 cases free of charge: www.efhcaseinfo.com. In support of this Notice, the PAB respectfully states as follows.

## Background

1.    On April 29, 2014 (the "Petition Date"), Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors") each filed a voluntary petition with the Court under chapter 11 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Code"). The Court has entered a final order for joint administration of the Debtors' chapter 11 cases [D.I. 849]. The Court has not appointed a trustee. The Office of the United States Trustee for the District of Delaware formed an official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company on May 13, 2014 [D.I. 420] and an official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration of Paul Keglevic in support of the Debtors' first day motions [D.I. 98], the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 8747], and the *Amended Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 10564] (the "Disclosure Statement").[2]

2.    Additionally, on August 29, 2016, the Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors*, confirming the plan of reorganization as to the TCEH Debtors and EFH Shared Services Debtors, effective as of October 3, 2016 [D.I. 9421].

---

[2]    Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Disclosure Statement.

3.     On September 11, 2017, the EFH Debtors and EFIH Debtors filed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] (as modified by D.I. 12653, the "EFH/EFIH Plan").  On February 27, 2018, the Court entered an order confirming the EFH/EFIH Plan.[3]  The effective date of the EFH/EFIH Plan occurred on March 9, 2018.[4]

4.     On June 30, 2014, the Debtors filed their schedules of assets and liabilities (the "Schedules") and statements of financial affairs (the "Statements" and together, with the Schedules, the "Schedules and Statements") [D.I. 1237–1307, 1319–1329, 1331–1343, 1345]. On September 26, 2014, the Debtors filed their amended Schedules and Statements [D.I. 2146–2216], addressing certain discrete issues.  Additionally, in the ordinary course of business, the Debtors maintain books and records that reflect, among other things, the Debtors' aggregate liabilities and the specific amounts owed to each of their creditors.

5.     On May 2, 2014, the Court entered an order establishing October 27, 2014 at 5:00 p.m. (prevailing Eastern Time) (the "Customer Claims Bar Date") as the final date and time for certain customer claimants holding or asserting a claim against the Debtors arising on or before the Petition Date to file proofs of claim in these chapter 11 cases and approving the form and manner of notice of the Customer Claims Bar Date [D.I. 307].

6.     On August 18, 2014, the Court entered an order (the "General Bar Date Order") establishing October 27, 2014 at 5:00 p.m. (prevailing Eastern Time) (the "General Bar Date") as

---

[3]    *See Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763].

[4]    *See Notice of Entry of EFH Confirmation Order and Occurrence of EFH Effective Date* [D.I. 12801].

the final date and time for all persons and entities holding or asserting a claim against the Debtors arising on or before the Petition Date to file proofs of claim in these chapter 11 cases, except for claims specifically exempt from complying with the General Bar Date as set forth in the General Bar Date Order, and approving the form and manner of notice of the General Bar Date [D.I. 1866].

7.    On November 3, 2017, the Court entered an order (a) closing the chapter 11 cases of EFCH and the direct and indirect subsidiaries of TCEH (together with EFCH, collectively, the "Closing Cases") and (b) transferring the administration of all Claims and Interests asserted in the Closing Cases to TCEH [D.I. 12172].  On August 7, 2020, the Court entered the *Final Decree (A) Closing the TCEH's Chapter 11 Case, and (B) Granting Related Relief* [Docket No 14110] closing the remaining chapter 11 case of TCEH.

8.    As of the date hereof, the PAB and Epiq have identified on the Debtors' register of claims (the "Claims Register"), which register is prepared, maintained, and provided by Epiq, approximately 40,000 Proofs of Claim (collectively, the "Claims") filed against the Debtors in these chapter 11 cases by persons purporting to be holders of Claims.  The PAB and its advisors are in the process of comprehensively reviewing and reconciling the Claims with the PAB's books and records to determine the validity of the Claims asserted against the EFH Debtors and EFIH Debtors.

## Claims Satisfied After the Petition Date

9.    In connection with its review of its books and records, the PAB has identified 26,660 Claims, as set forth in **Exhibit A** and **Exhibit B**, attached hereto, *i.e.* the Satisfied Claims, which have been satisfied in full through the treatment of the Claims by the EFH/EFIH Plan.  The Satisfied Claims contained in **Exhibit A** consist of claims entirely against the EFH/EFIH Debtors.  The Satisfied Claims contained in **Exhibit B** consist of claims that were

bifurcated by the Debtors due to the assertion of liability against both the TCEH and EFH/EFIH

Debtors.  As discussed above, the TCEH cases have been closed and all claims have been fully

resolved.

10.    Accordingly, the PAB intends to designate on the Claims Register the Satisfied

Claims listed on **Exhibit A** and **Exhibit B** as being satisfied in full.  Out of an abundance of

caution, the PAB will serve this Notice on all holders of the Satisfied Claims to provide them

with an opportunity to interpose an objection, if any, to the PAB's determination that such

Claims have been fully satisfied.  With this Notice, the PAB has served approximately 26,660

claims and provided custom and individualized notice to the claimants.

## Responses to the Notice

11.    By this Notice, the PAB requests that any holder of the Satisfied Claims who

dispute the PAB's determination that the Claims have been satisfied or released file a written

response (the "Response") with the Office of the Clerk of the United States Bankruptcy Court for

the District of Delaware (the "Clerk"), 824 North Market Street, 3rd Floor, Wilmington,

Delaware 19801.  In addition, such Claimant must serve its Response upon the following

entities, so that the Response is **received** no later than **June 1, 2021 at 4:00 p.m. (Eastern**

**Daylight Time)** (the "Response Deadline"):  (a) Kirkland & Ellis LLP, 601 Lexington Avenue,

New York, NY 10022, Attn: Aparna Yenamandra; (b) Kirkland & Ellis LLP, 300 North LaSalle,

Chicago, IL 60654, Attn: Chad J. Husnick, P.C.; and (c) Richards, Layton & Finger, P.A., One

Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Jason M. Madron.

12.    Every Response must contain, at a minimum, the following information:

  a.  a caption setting forth the name of this Court, the name of the Debtors, the case number, and the title of this Notice;

  b.  the name of the Claimant, the number of his/her/its Satisfied Claim, and a description of the basis for the amount of the Satisfied Claim that the

Claimant is contesting has not been satisfied;

    c.    the specific factual basis, supporting legal argument and any supporting documentation, to the extent such documentation was not included with the Satisfied Claim previously filed with the Clerk or Epiq, upon which the Claimant will rely in opposing this Notice and the PAB's determinations set forth therein; and

    d.    the name, address, telephone number, electronic mail address, and fax number of the person(s) (which may be the Claimant or its legal representative) with whom counsel for the PAB should communicate with respect to the Satisfied Claim or the Notice and who possesses authority to reconcile, settle, or otherwise resolve any issues relating to the Satisfied Claim on behalf of the Claimant.

13.    Upon the PAB's receipt of a Response, the PAB will then make a good faith effort to review the Satisfied Claim in light of such Response, to determine whether there is a basis upon which to sustain the Claimant's assertion that its Claim in fact is not a Satisfied Claim. In the event the parties are unable to reach a resolution, the PAB will schedule a hearing on the Satisfied Claim. The PAB reserves the right to contest any new assertions of liability against the PAB made by the holders of the Satisfied Claim with respect to their Claim.

14.    If a Claimant fails to file and serve a timely Response by the Response Deadline, (i) the Claimant is deemed to have consented to the Notice and the PAB's determinations with respect to the Satisfied Claim, as set forth therein, and (ii) Epiq shall immediately, and without further notice to any party (including the Claimant), mark the Satisfied Claim as fully satisfied on the Claims Register.

**<u>Reservation of Rights</u>**

15.    The PAB expressly reserves the right to (a) amend, modify or supplement this Notice, and (b) file additional objections to any claims in these chapter 11 cases, including, without limitation, objections to the Satisfied Claims, or any other claims (filed or not) that have been or may be asserted against the Debtors' Estate.

16.    Notwithstanding anything contained in this Notice or the attached exhibit, nothing herein shall be construed as a waiver of any rights that the PAB may have:  (a) to bring avoidance actions under the applicable provisions of the Bankruptcy Code against the holder of any disputed claim, or (b) to exercise their rights of setoff against the holders of such claims relating to such avoidance actions.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com
          steven.serajeddini@kirkland.com
          aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
_Co-Counsel to the EFH Plan Administrator Board_

**ENERGY FUTURE HOLDINGS CORP., *ET. AL.*
THE EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

**The related Exhibit A and Exhibit B associated with The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full have been excluded from service due to the size of the document.**

**The related Exhibit A and Exhibit B can be found for review and downloaded free of charge at the website of the Debtors' Claims and Noticing Agent, Epiq Corporate Restructuring, LLC ("Epiq"), at http://www.EFHCaseInfo.com. The related Exhibit A and Exhibit B are located within Docket No. 14203].**

**You may also request a copy of Exhibit A and Exhibit B by contacting Epiq directly at (646) 282-2400 or email at EFH@epiqsystems.com.**

**EXHIBIT B**

**Energy Future Holdings**

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 62544.  Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware.  While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan.  Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| | | |
|---|---|---|
| **TO**:<br>ASAD, WILLIAM<br>280 STARWBERRY HILL<br>PO BOX 263<br>USVI<br>CHRISTIANSTED, ST.CROIX, VI<br>00821  VIRGIN ISLANDS (US) | **Basis for Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |
| | | **Claim Number**     **Claim Amount** |
| | **Claim Satisfied In Full:** | 62544                UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*    Indicates claim contains unliquidated and/or undetermined amounts.

[2]    Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:        (302) 651-7701
Email:            collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:            edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com
                  steven.serajeddini@kirkland.com
                  aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:            james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**EXHIBIT C**

**Energy Future Holdings**

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 60926.02.  Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the United States Bankruptcy Court for the District of Delaware.  While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan.  Separately, because your claim was bifurcated by the operation of the Plan you have also received materials related to your claims against TCEH.  Those claims have been fully resolved and the related bankruptcy cases have been closed.  Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

| | | |
|---|---|---|
| **TO**:<br>BOLD, FREDRIC<br>89 MO. 4, T. YAN YAU<br>SAM CHUK, SUPHANBURI 72130<br>THAILAND | **Basis for Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.  ANY CLAIMS NOT SUBJECT TO SUCH TREATMENT WERE RESOLVED THROUGH THE TCEH BANKRUPTCY CASE CONSISTENT WITH THE TREATMENT DESCRIBED IN THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE [D.I. 9199] (AS MODIFIED BY D.I. 9321 AND 9374). |

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim Satisfied In Full:** | 60926.02 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*    Indicates claim contains unliquidated and/or undetermined amounts.

[2]    Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:    April 30, 2021

 */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              steven.serajeddini@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST, STE 990 WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STINSON LEONARD ST | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE, STE 777 DALLAS TX 75219 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |

**Total Creditor count  9**

**EXHIBIT E**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**       NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED        Page 1 of 444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

(GILBY)RHOADES, LINDA
205 SWITZGABLE DRIVE
BRODHEADSVILLE, PA  18322

ABBOTT, CLINTON M
2080 BOWMAN
PO BOX 891
LOGANDALE, NV  89021

ABBOTT, HILDA
2952 172 STREET
FLUSHING, NY  11358

ABELL, DAVID R
7166 ABELL LA
NEWBURGH, IN  47630

ABERIN, SERGIO LEVI
8027 EAST PRAIRIE ROAD
SKOKIE, IL  60076

ABERNETHY, RAYMOND W
65 WARNER VIEW DR.
ALTURAS, CA  96101

ABRAMOWITZ, RONALD
6 CYPRESS POINT LANE
JACKSON, NJ  08527

ABRONS, VANESSA Y
1106 W. OHIO STREET
GLENWOOD, IL  60425-1033

ACCARINO, MARIO A
2 SUNSET LANE
GARDEN CITY, NY  11530

ACOSTA, CHARLENE
8339 BROADLEAF AVE.
BAYTOWN, TX  77521

ACOSTA, FELIX
222 S CLAYTON ST
BRUSH, CO  80723

ACOSTA, FELIX
222 S CLAYTON ST
BRUSH, CO  80723

ACOSTA, RAY E
W132N6659 WESTVIEW DR
MENOMONEE FALLS, WI  53051

ACOSTA, RAY E
W132N6659 WESTVIEW DR
MENOMONEE FALLS, WI  53051

ACOSTA, RAY E.
W132N6659 WESTVIEW DR
MENOMONEE FALLS, WI  53051

ACOTIN, DEVONN
222 RIVERSIDE DRIVE
ELMORA, PA  15737

ACUTIS, JOHN DE
C/O OLIVER R HOFFMAN
22122 VALLEY VIEW DR
WEST LAFAYETTE, OH  43845

ADAMCZYK, DAVID
600 LINCOLN AVENUE
WINDBER, PA  15963

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

ADAMCZYK, PATRICIA
600 LINCOLN AVENUE
WINDBER, PA 15963

ADAMS, ALVIOUS J.
1101 ASKINS RD
HARTSVILLE, SC 29550

ADAMS, ANGELIA G., FOR THE ESTATE OF
PO BOX 307
FORT LAWN, SC 29714

ADAMS, ANGELIA GODFREY
5578 HIGHTOWER RD
FORT LAWN, SC 29714

ADAMS, CAROLYN
1101 ASKINS RD
HARTSVILLE, SC 29550

ADAMS, CHARLES EDWARD, JR.
123 JOY DR
PICKENS, SC 29671-2071

ADAMS, CHARLES O
497 JONES RD
LONGVIEW, TX 75603-5849

ADAMS, CHESLEY
129 MONTE VISTA DR
PAGOSA SPRINGS C0, CO 81147

ADAMS, DAVID J. III
1451 E 55TH STREET APT 717N
CHICAGO, IL 60615

ADAMS, DAVID J.
726 LOVEVILLE RD C85
HOCKESSIN, DE 19707-1515

ADAMS, DAVID
91 TAMPICO ROAD
TAMPICO, IL 61283

ADAMS, HARRY JAMES
1128 RIVER DRIVE
SIOUX CITY, IA 51109

ADAMS, HERBERT
512 MARKET STREET
WEST UNION, OH 45693

ADAMS, HERBERT
YOUNG & CALDWELL LLC
225 NORTH CROSS STREET
WEST UNION, OH 45693

ADAMS, KARIA (DECEASED)
BESSIE L. ADAMS
7413 LAURIE DR
FORT WORTH, TX 76112

ADAMS, RACHEL
123 JOY DR.
PICKENS, SC 29671

ADAMS, ROBERT
5850 141ST LN NW
RAMSEY, MN 55303

ADAMS, SHARI COX
PO BOX 401
BELLS, TX 75414

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ADAMS, TERRY J
940 AVE. F
WESTWEGO, LA  70094

ADAMS, VALERIE S.
726 LOVEVILLE RD APT 85
HOCKESSIN, DE  19707-1524

ADDIS, LARRY ANDREW
325 FRIEDBERGER DR.
MOUNTAIN REST, SC  29664-9121

ADKINS, WAYNE
414 HOLIDAY DR
ABERDEEN, MD  21001

ADKINSON, WILLIAM
897 HIGHWAY 763
3397 WILSON SCHOOL RD
HENDERSON, TN  38340-3770

ADLAM, FREDERICK W
3201 1ST ST NE
ST PETERSBURG, FL  33704-2205

AERY, PHILLIP L.
165 N. BETTY LN
AVONDALE, LA  70094

AGEE, MYRA
109 GARLAND CT
WHITE HOUSE, TN  37188

AGGARWAL, DARSHANA
2076 PROSPECT AVE
ORLANDO, FL  32814

AGGARWAL, MANOJ
383 E 17TH ST
3K
BROOKLYN, NY  11226

AGGARWAL, ROHIT
3530 73RD ST APT 3D
JACKSON HTS, NY  11372-4119

AGLER, BOB
8971 HIGHWAY AA
HIGBEE, MO  65257

AGNELLO, JANICE A
2 MATAWAN GREEN LANE
MATAWAN, NJ  07747

AGOSTO, ANGEL R. OTERO
CALLE II LOTO 3-ACIENDAS DEL MOR VEGA
PO. BOX 1381
CATANO, PR  00963

AGOSTO, LUIS A. ROSODO
VISTAS DEL MOVO, CALLE RUISEIEU C-5
CATANO, PR  00962

AGUAYO, YVETTE
14365 NUGENT CIRCLE
SPRING HILL, FL  34609

AHERN, JAMES W
4712 N OLCOTT AVE APT 2E
HARWOOD HTS, IL  60706

AHLFELD, CLYDE
C/O GEORGE & FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN  46204

Debtor: ENERGY FUTURE HOLDINGS CORP., et al   NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

AHRENSFIELD, GAIL
260 GERMANVILLE ROAD
ASHLAND, PA  17921

AHRENSFIELD, JOHN
260 GERMANVILLE ROAD
ASHLAND, PA  17921

AIKINS, MONTRICIA
1107 W. 7TH STREET
MOUNT PLEASANT, TX  75455

AKBRUT, ALEXANDER
42 CHESTNUT ST
LIVINGSTON, NJ  07039

AKIN, ROY
PO BOX 984
PASADENA, TX  77501

ALAMILLO, JUAN
1266 SOUTH LAKE ST. #11C
LOS ANGELES, CA  90006

ALARRID, RALPH
1244 EL RINCON RD
LA LOMA, NM  87724-2034

ALBERT, JOSEPH L
48099 GALAFORA RD
TICKFAW, LA  70466

ALBERT, JOSEPH L
PO BOX 1574
NATALBANY, LA  70451

ALBERTELLI, ROBERT W
736 MONT CLAIR CT
NORTH SALT LAKE, UT  84054

ALBERTH, RUDY ALLEN
10503 FLORAFIELD LA
CYPRESS, TX  77429

ALBORNOZ G., ENRIQUE
SUBIDA MACKENNA 1122
EDIFICIO MACKENNA
VILLA DEL MAR
CHILE

ALBORNOZ, RAFAEL MIGUEL PAREDES
LO MARCOLETA #140 QUILICURA
SANTIAGO
CHILE

ALBRECHT, KRISTY JOANNE
10107 BALTIMORE AVE
APT 4302
COLLEGE PARK, MD  20740

ALBRECHT, KRISTY
10107 BALTIMORE AVE
APT 4302
COLLEGE PARK, MD  20740

ALBRIGHT, ED
102 VALLEY ST., BOX 344
SUMMERDALE, PA  17093

ALBRIZIO, FRANK
1 SAINT JOHNS PLACE
DARIEN, CT  06820

ALCH, IRENE
3618 DORAL ST
PALM HARBOR, FL  34685-1085

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 5 of  444

ALDERSON, BOBBY MACK
8024 GLEN BRIAR DR
CITRUS HTS, CA  95610-2404

ALDRIDGE, DOUG
2920 S OVERTON AVE
INDEPENDENCE, MO  64052-1430

ALDRIDGE, JESE
8834 FM 102 ROAD
RT 1 BOX 320
WHARTON, TX  77488

ALDRIDGE, LLOYD
8834 FM 102 ROAD
RT 1 BOX 320
WHARTON, TX  77488

ALESI, JOSEPH G
8113 SEHOME ROAD
BLAINE, WA  98230

ALEXANDER, BETTY
12344 CO. RD. 43
ANDALUSIA, AL  36421

ALEXANDER, JANE
26415 RED CLIFF RIDGE
KATY, TX  77494

ALEXANDER, JIMMY
972 CYPRESS TRAIL
ROCKDALE, TX  76567-5242

ALEXANDER, RICHARD
26415 RED CLIFF RIDGE
KATY, TX  77494

ALEXANDER, ROBERT
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

ALEXANDER, STEPHEN G
4760 WESTFIELD DRIVE NE
ATLANTA, GA  30342

ALFIERI, IGNAZIO
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

ALIBUTOD, LUISITO J
181-44 KRUGER ROAD
JAMAICA, NY  11432

ALLAMON, GREGORY
38 LOCUST AVENUE
HERSHEY, PA  17033

ALLAN, JACOB
2702 A STREET
MCKEESPORT, PA  15133

ALLAN, RENEE JUNE
223 SOUTH TURNER STREET
SIOUX CITY, IA  51103

ALLAN, ROBERT S.
223 SO. TURNER ST.
SIOUX CITY, IA  51103

ALLANGE, WALTER K
41 JOHNSON RD
TYLERTOWN, MS  39667

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ALLANGE, WALTER
41 JOHNSON RD.
TYLERTOWN, MS  39667

ALLDREDGE, WARREN R
5901 RAZA RD.
PEARLAND, TX  77584

ALLEN, DANIEL JOSEPH
2351 WILDWOOD DR
YORK, SC  29745

ALLEN, DAVID H
10611 CR 162
BOLING, TX  77420

ALLEN, JAMES CHARLIE (DECEASED)
SHEILA ALLEN
RT 7 BOX 62
JACKSONVILLE, TX  75766

ALLEN, JAMES W.
PO BOX 7
NASHWAUK, MN  55769-0007

ALLEN, JAMES
209 WEST 70TH ST.
KANSAS CITY, MO  64113

ALLEN, JOHN L.
PO BOX 1010
KILL DEVIL HILLS, NC  27948

ALLEN, KATHLEEN G.
PO BOX 7
NASHWAUK, MN  55769-0007

ALLEN, LEE A. (DECEASED)
MONICA PUNCH
3110 CANFIELD
HOUSTON, TX  77004

ALLEN, SAMIZETTA
102 TALL WILLOW DRIVE
SENECA, SC  29672

ALLEN, STEVEN
4130 IVY RUN CIR
DULUTH, GA  30096-5366

ALLMAN, CYNTHIA ANN SHELLEY
3935 PINEHURST DR
ROCK HILL, SC  29732

ALLRED, JAMES
11989 FM 1251 E
HENDERSON, TX  75652-8083

ALONSO, EDUARDO OCASIO
ALTURAS DE CUPSEY RIREDEVCIAL
EDIFICIO 19 APT 219
SAN JUAN, PR  00926

ALTAMIRANO, ZAY
1765 REHOBOTH CHURCH RD
GRIFFIN, GA  30224-7956

ALTEMUS, JOHN D
106 WILSON RD
PHOENIXVILLE, PA  19460

ALTENBERGER, DANIEL
55 WESTWOOD DR.
HILLSBORO, IL  62049

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

| | | |
|---|---|---|
| ALVARADO NINO, MARCOS<br>TERESA CONCHA WALKER #1122,<br>APARTMENT 303<br>METROPOLITANA<br>SANTIAGO  CHILE | ALVARADO NINO, MONICA CAROLINA<br>TERESA CONCHA WALKER 1121<br>APARTMENTE 303<br>METROPOLITANA<br>SANTIAGO  CHILE | ALVARADO NINO, SEBASTIAN<br>TERESA CONCHA WALKER 1121<br>APARTMENT 303<br>METROPOLITANA<br>SANTIAGO  CHILE |
| ALVARADO, PEDRO<br>EMPRESA 253 C PLACERES<br>VALPARAISO  2390193<br>CHILE | ALVARADO, SERGIO<br>LOS OLIVOS DE MAUCO, PARCELA 38A<br>QUILLOTA<br>CHILE | ALVAREZ GONZALEZ, OSCAR<br>AV. ALEJANDRO NAVARRETE 3462<br>VALPARAISO<br>VILLA DEL MAR  2520000<br>CHILE |
| ALVAREZ, ABRAHAM<br>2556 SE ALLEN ST<br>PORT ST LUCIE, FL  34984 | ALVAREZ, CARLOS<br>4035 HAMPTON STREET #1D<br>ELMHURST, NY  11373 | ALVAREZ, CARLOS<br>4035 HAMPTON STREET #1D<br>ELMHURST, NY  11373 |
| ALVAREZ, MIGUEL ANGEL CALDERON<br>ALCALDE SUBERCASEAUX 2099<br>QUILPUE  2441852<br>CHILE | ALVITES, ROSE MARY<br>15618 BOULDER OAKS DR.<br>HOUSTON, TX  77084 | AMADOR, JOSE A. RESTO<br>P.O. BOX # 269<br>GUAYNABO, PR  00970 |
| AMADOR, JOSE'A.RESTO<br>CARR #837.K.2.H.4.BO. SANTA ROSA #2<br>GUAYNABO, PR  00970 | AMADOR, LEONARDO<br>VILLA EDEN ALTO<br>NO 8 LAGUNA VERDE<br>VALPARAISO<br>CHILE | AMARAL, EVERETT J, JR.<br>390 HOPE FURNACE RD<br>COVENTRY, RI  02816 |
| AMBER, ALAN<br>108 VICEROY DR.<br>SATSUMA, FL  32189 | AMBER, ALAN<br>108 VICEROY DR.<br>SATSUMA, FL  32189 | AMBER, JOHANNA<br>108 VICEROY DR.<br>SATSUMA, FL  32189 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

AMBER, JOHANNA
108 VICEROY DR.
SATSUMA, FL  32189

AMBER, LEE
108 VICEROY DR.
SATSUMA, FL  32189

AMBURN, ROBERT WAYNE
234 STEER CREEK RD
TELLICO PLAINS, TN  37385

AMEDICK, JASON E.
652 LAPP RD
ALDEN, NY  14004

AMERSON, GAYLON
11231 S LAKEVIEW RD
CARBONDALE, KS  66414-9319

AMES, MICHAEL
22 SUMAC COURT
COLSTRIP, MT  59323-2093

AMEY, JO ANN
EXECUTRIX FOR ARTHUR W RICHARDSON
57 GRANDWOOD CIRCLE
DURHAM, NC  27712

ANANDA, VIJAYALAKSHMI
11004 NE 11TH STREET #205
BELLEVUE, WA  98004

ANDERSON, ANNICK PAULE
4849 COLLINGSWOOD DR
HGHLNDS RANCH, CO  80130-8904

ANDERSON, CHARLES A
1802 ALBERTA DRIVE
LITTLE ROCK, AR  72227

ANDERSON, CHARLES A.
1802 ALBERTA DR
LITTLE ROCK, AR  72227

ANDERSON, CHARLES JORDAN
4849 COLLINGSWOOD DR
HGHLNDS RANCH, CO  80130-8904

ANDERSON, DARLENE
512 N 4225 E
RIGBY, ID  83442

ANDERSON, DEAN E, SR.
4317 POPPLETON AVE
OMAHA, NE  68105

ANDERSON, DEAN E., JR.
1320 NO. 87 ST
OMAHA, NE  68114

ANDERSON, ELIZABETH M.
2951 MYRTLEWOOD DR
DUMFRIES, VA  22026-4536

ANDERSON, HARRY CLAIR
115 WOODLAND HILLS
WOODVILLE, TX  75979

ANDERSON, IVY
1707 LANGLEY WAY
HYATTSVILLE, MD  20783

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

ANDERSON, JAMES FRANKLIN
14703 BRANNOCK HILLS DR.
9994 W IRVING ST
BOISE, ID 83704-0630

ANDERSON, JOSEPH
1707 LANGLEY WAY
HYATTSVILLE, MD 20783

ANDERSON, LORRAINE
37760 140TH AVE
ULEN, MN 56585

ANDERSON, MARY L
212 MOORE ST S
SULPHUR SPGS, TX 75482-3932

ANDERSON, MARY LYNNE
212 MOORE ST S
SULPHUR SPGS, TX 75482-3932

ANDERSON, MARY W.
1802 ALBERTA DRIVE
LITTLE ROCK, AR 72227

ANDERSON, SHELBY
P.O. BOX 805
COLSTRIP, MT 59323

ANDERSON, WILLIAM MAURICE
340 E. 38TH ST. APT 1005
CHICAGO, IL 60653

ANDONIE, CHRISTIAN
LA CORUNA 1440 VINA DEL MAR ALTO
VINA DEL MAR, VALPARAISO 2581882
CHILE

ANDREASEN, KIM
205 NORTH 200 WEST
NEPHI, UT 84648

ANDRES, RIAN
5415 BLOSSOM LN
LINDEN, MI 48451

ANDREWS, JAMES KENNETH, SR.
62420 TACOMA ROAD
BARNESVILLE, OH 43713

ANDREWS, NICK
7444 FM 327
ELMENDORF, TX 78112

ANDRICOS, PAULA
730 E. LIME AVE
MONROVIA, CA 91016

ANDUJAR, MARILYN
35 PLEASANT ST #1
HOLLISTON, MA 01746-2606

ANGEL, GARY
316 MILLS AVE
164 OAK ST
VANCEBURG, KY 41179-7906

ANGELES, CLAUDIO
2489 CA RD 157
AUXVASSE, MO 65231

ANGERMAN, KATHLEEN
C/O KAISER & GORNICK LLP
100 PRINGLE AVE, SUITE 310
WALNUT CREEK, CA 94596

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

| | | |
|---|---|---|
| ANGERT, AMY<br>374 BEAVER STREET<br>HASTINGS, PA  16646 | ANGERT, LESLIE<br>374 BEAVER ST<br>HASTINGS, PA  16646 | ANGERT, RODNEY J.<br>374 BEAVER STREET<br>HASTINGS, PA  16646 |
| ANGIOI, JOSEPH M<br>422 SW HORSESHOE BAY<br>PORT ST. LUCIE, FL  34986 | ANSTEAD, RICHARD<br>1428 YORK AVE<br>FARMINGTON, NM  87401 | ANTHONY, ELIZABETH<br>8407 EASTPOINT BLVD.<br>BAYTOWN, TX  77521 |
| ANTHONY, VERA<br>2223 JOSEPHINE ST<br>NEW ORLEANS, LA  70113 | APRAHAM, JOEL<br>PO BOX 2092<br>3006 SILKYDOGWOOD TRAIL<br>APEX, NC  27502 | AQUILAR, ROMAN M.<br>18575 RANCHERO RD<br>HESPERIA, CA  92345 |
| ARABIE, JOE<br>1303 IRENE DRIVE<br>CEDAR PARK, TX  78613 | ARABIE, JOE<br>MIRER MAZZOCCHI SCHALET & JULIEN PLLC<br>JEANNE E. MIRER<br>150 BROADWAY, SUITE 1200<br>NEW YORK, NY  10038 | ARAGON, EUVALDO BUDDY<br>PO BOX 183<br>TOME, NM  87060 |
| ARANEDA, HERNAN<br>EDEN BAJO LAGUNA VERDE<br>CASA NO 8<br>VALPARAISO<br>VALPARAISO  CHILE | ARANEDA, PATRICIO<br>VILLA EDEN ALTO 46, LAGUNA VERDE<br>VALPARAISO<br>CHILE | ARAVENA, RAFAEL ENRIQUE DIAZ<br>TERESA VIAL #1235 PPTO 165<br>LAS VEGAS, NV  8910283 |
| ARBES, FRANK<br>25 CHERRY WAY<br>FREEDOM, PA  15042 | ARBUTHNOT, BRANDI<br>76 BLUEBIRD LOOP<br>NATCHEZ, MS  39120 | ARBUTHNOT, JAMES<br>76 BLUEBIRD LOOP<br>NATCHEZ, MS  39120 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 11 of 444

ARBUTHNOT, JANICE
76 BLUEBIRD LOOP
NATCHEZ, MS  39120

ARCHER, MICHELLE
10822 FM 1301
P.O. BOX 357
BOLING, TX  77420

ARCHER, MICHELLE
10822 FM 1301
P.O. BOX 357
BOLING, TX  77420

ARCHER, SANDRA
609 CHICKAPEE TRAIL
MAITLAND, FL  32751

ARCHER, SANDRA
LAW OFFICES OF BEER & KING, P.C.
BARRY H. BEER, WELLS FARGO BANK BLDG.,
SUITE 303
750 EAST MULBERRY AVENUE
SAN ANTONIO, TX  78212-3154

ARCHIBALD, CURT
2904 E. DUBLIN ST.
GILBERT, AZ  85295

ARCHIBALD, MICO V.
PO BOX 818
GARDEN VALLEY, ID  83622-0818

ARCHIBALD, MIKE
401 M. ST.
COFFEE CREEK, MT  59424

ARCHIBALD, NORA ELIZABETH
6 TERRACE DR
GARDEN VALLEY, ID  83622-5272

ARCHULETA, MICHELLE
175 VALLE DURAN
SANTA FE, NM  87506

ARDISSON, ROBERT ALAN
459 ETON DRIVE
GREENSBURG, PA  15601

ARDISSON, ROBERT ALAN
459 ETON DRIVE
GREENSBURG, PA  15601

ARDIZZONE, MARIA E
834 CENTER STREET
FORKED RIVER, NJ  08731

AREHART, STEVEN
1843 SIEGFRIEDALE RD.
BREINIGSVILLE, PA  18031

ARELLANO, MARCELO
TORO HERRERA 525
VALPARAISO
VALPARAISO
CHILE

ARMBRUST, AMANDA
1519 BOULEVARD PL
DULUTH, MN  55811

ARMSTRONG, JACK E., JR.
104 BASCOM STREET
PITTSBURGH, PA  15214

ARMSTRONG, JEREMY
1414 KEY ST
WALLER, TX  77484

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

ARMSTRONG, JOHNATHAN
4093 NORMANNA RD
DULUTH, MN  55803

ARNETT, AARON
MATHEW N. ARNETT
PO BOX 63
SALYERSVILLE, KY  41465

ARNETT, CRAIG
1607 SOUTH HENNEPIN STREET
SIOUX CITY, IA  51106

ARNHEITER, KAREN
441 GREEN AVE.
LYNDHURST, NJ  07071

ARNOLD, KENNETH L
125 2ND ST
CHILDS, PA  18407

ARNOLD, KENNETH L.
125 2ND ST
CHILDS, PA  18407

ARNOLD, KONSTANTIN L
770 16 AVE
VERO BEACH, FL  32962

ARNOLD, PHYLLIS (10-1-15)
125 2ND ST
CHILDS, PA  18407

ARNOLD, RANDY
62090 E 278 RD
GROVE, OK  74344-7545

ARONSON, CHARLES
190 HAMILTON AVE
ISLAND PARK, NY  11558-1931

ARONSON, ELLEN
121 FAYERWEATHER ST
CAMBRIDGE, MA  02138

ARREDONDO, DONATO, JR
519 W EDWARDS
FALFURRIAS, TX  78355

ARREDONDO, DONATO, JR
PO BOX 973
FALFURRIAS, TX  78355

ARRIAGA, CINO
225 FLUSHING
NEW BRAUNFELS, TX  78130-3922

ARRIAGA, CINO
225 FLUSHING
NEW BRAUNFELS, TX  78130-3922

ARRINGTON, ERNESTINE D.
1145 S.W. 25 AVE
BOYNTON BEACH, FL  33426

ARRINGTON, WILLIE B.
1145 S.W. 25TH AVE
BOYNTON BEACH, FL  33426

ARRIOLA, ELZIE (DECEASED)
BOBBY ARRIOLA
1114 NORTH APPOMALTOX DR.
TEXAS CITY, TX  77591

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ARROYO, ERMELINDO
98 WALT WHITMAN WAY
HAMILTON, NJ  08690

ARROYO, JUAN R. SANTINI
CALLE 5-# G1-ESTANCIAS DE CERRO GORDU
BAYAMON, PR  00957

ARROYO, JUAN R. SANTINI
URB. EST. DE CERRO GORDO
G1 CALLE 5
BAYAMON, PR  00957

ARROYO, JUAN R. SANTINI
URB. EST. DE CERRO GORDO
G1 CALLE 5
BAYAMON, PR  00957

ARROYO, JUAN R. SANTINI
URB. EST. DE CERRO GORDO
G1 CALLE 5
BAYAMON, PR  00957

ARROYO, JUAN R. SANTINI
URB. EST. DE CERRO GORDO
G1 CALLE 5
BAYAMON, PR  00957

ARROYO, JUAN R. SANTINI
URB. EST. DE CERRO GORDO
G1 CALLE 5
BAYAMON, PR  00957

ARSENAULT, JOSEPH G
2093 N. 134TH AVE
GOODYEAR, AZ  85395

ASAD, WILLIAM
280 STARWBERRY HILL
PO BOX 263
USVI
CHRISTIANSTED, ST.CROIX, VI  00821  VIRGIN
ISLANDS (US)

ASBURY, WILLIAM J
1703 FRIENDSHIP RD.
ABERDEEN, OH  45101

ASH, DAVID
1110 FOXIANNA ROAD
MIDDLETOWN, PA  17057

ASHBAUGH, ROBERT L
2593 SHELLY DR.
INDIANA, PA  15701

ASHBY, ANTHONY
207 PEARTREE LANE
PIKEVILLE, NC  27863

ASHBY, ANYAH
313 BALMORAL ST.
CLAYTON, NC  27520

ASHBY, PENNY
109 ADLER LANE
GOLDSBORO, NC  27530

ASHBY, WILLIAM
109 ADLER LANE
GOLDSBORO, NC  27530

ASHLEY, DAVID
2450 SADDLE WAY
RICHLAND, WA  99352

ASHLEY, LARRY
311 N. QUEEN RIDGE AVE
INDEPENDENCE, MO  64056

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


ASHLEY, RALPH LAMAR
651 EAST 11TH PLACE
HIALEAH, FL 33010

ASHLEY, WILLIAM HENRY, JR.
514 DRAKE RD.
DONALDS, SC 29638-8930

ASHTON, GENE
293 E. 2280 NORTH
NORTH LOGAN, UT 84341


ASHURST, WILLIAM
1609 S. WHITNEY DR
INDEPENDENCE, MO 64057

ASPE VILLANUEVA, VICTOR MANUEL
ARMANDO CARRERA 1399
VILLA ALEMANA
VALPARAISO
VILLA ALEMANA 2520000 CHILE

ASSELIN, DONALD L
PO BOX 1478
QUARTZSITE, AZ 85346-1478


ASSELIN, DONALD L
PO BOX 1478
QUARTZSITE, AZ 85346-1478

ATCHLEY, BRET
6315 TURTLE CREEK DR.
PASADENA, TX 77505

ATHENS, ALEXANDER
978 CLOVERDALE AVE
MEDINA, OH 44256


ATKINS, BARNEY ALLEN
202 SIRRINE ST
HONEA PATH, SC 29654

ATKINSON, CLIFTON
BOX 848 BEAVER DAM RD
HARTSVILLE, SC 29550

ATKINSON, STEVE
226 EAST OLD CAMDEN RD
HARTSVILLE, SC 29550


ATTEBERRY, JAMES
401 S PALESTINE ST #131
ATHENS, TX 75751-2511

ATTERBERRY, WANDA
5555 CO. RD. 101
FULTON, MO 65251

ATTERBERRY, WILLIAM
5555 CO. RD. 101
FULTON, MO 65251


AUCKER, GREGORY
794 NUMBER 10 ROAD
NEW COLUMBIA, PA 17856

AUCKER, GREGORY
794 NUMBER 19 ROAD
NEW COLUMBIA, PA 17856

AUMILLER, LYNNWOOD
301 FREEDOM ROAD
BLACKVILLE, SC 29817

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

AUMILLER, MARY W
301 FREED RD
BLACKVILLE, SC  29817

AUSTIN, ALISHIA
1210 HICKORY DR.
WAUKESHA, WI  53186

AUSTIN, BILL
123 FORREST AVE
SHORE ACRES, TX  77571

AVALOS, JOEL
10605 NORVIC ST
HOUSTON, TX  77029

AVALOS, JOSE
10605 NORVIC ST
HOUSTON, TX  77029

AVALOS, MARIA
10605 NORVIC ST
HOUSTON, TX  77029

AVALOS, RUTH
10605 NORVIC ST
HOUSTON, TX  77029

AVALOS, SEPHORA
10605 NORVIC ST
HOUSTON, TX  77029

AVANT, TERRY MICHAEL
8500 CLEARLAKE DR.
MABELVALE, AR  72103

AVERITTE, CARLIE P
2250 STEDMAN-CEDAR CREEK RD.
STEDMAN, NC  28391

AVERY, CINDY
1677 SGEIGER ST.
TACOMA, WA  98465

AVERY, GARY B.
1306 CARIBBEAN WAY
LANTANA, FL  33462

AVERY, GARY B.
THE LIPMAN LAW FIRM
5915 PONCE DE LEON BLVD. STE. 44
CORAL GABLES, FL  33146

AVILA, CONCEPCION
461 CENIZO DR
ROBSTOWN, TX  78380

AVILA, SIMON
461 CONIZO ST
ROBSTOWN TC, TX  78380

AVISON, MARTHA PIERRE
30 REYNOLDS DRIVE
EATONTOWN, NJ  07724

AWWADIEH, ANDREA
460 RIDGEWOOD AVE LOT 3
HOLLY HILL, FL  32117-4427

AYERS, JOANN H. DECEASED
117 CREEK HILL ROAD
MADISON HEIGHTS, VA  24572

Debtor: **ENERGY FUTURE HOLDINGS CORP.**, et al

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

AYERS, ROBERT LEWIS
116 REMINGTON RD
ROCKY POINT, NC  28457

AYUSO, JOSEPHINE
84 NESTRO RD
WEST ORANGE, NJ  07052

AZCARATE, JOHN DONALD
PO BOX 62
PALATKA, FL  32178-0062

BABERS, WILLIAM CURTIS (DECEASED)
ALICE FAYE BABERS
17033 BUTTE CREEK #901
HOUSTON, TX  77090

BABNEAU, RONALD E
4316 W HOUSTON RD
MACKAY, ID  83251

BACHAND, JOYCE A.
4260 WALDO CIRCLE
PERRY, FL  32348-7414

BACKO, KENNETH
3713 FOUNTAIN ST
CASTLE SHANN, PA  15234-2320

BACOTE, HARRIETTE
102 TALL WILLOW DRIVE
HARTSVILLE, SC  29550

BADALIAN, TATOUL
26 WALNUT ST
WATERTOWN, MA  02472

BADMAN, THOMAS
444 RIVER ROAD
SELINSGROVE, PA  17870

BADMAN, TODD
10 LITTLETOWN RD
SELINSGROVE, PA  17870

BAEZA, OSWALDO
19013 E RINGO CIR
INDEPENDENCE, MO  64124

BAEZ-FALCON, MONSERRATE
1055 HILLSIDE AVE
STRATFORD, CT  06614

BAGANSKI, FRANK
1577 DONATION RD
ERIE, PA  16509

BAGGETT, KENNETH
2471 LAKE LINCOLN DR NE
WESSON, MS  39191

BAGGETT, KENNETH, JR
2471 LAKE LINCOLN DR NE
WESSON, MS  39191

BAGGETT, PATRICIA
2471 LAKE LINCOLN DR NE
WESSON, MS  39191

BAHR, JENNIE DECEASED
8042 KEETON RD
ELKRIDGE, MD  21075

Debtor: ENERGY FUTURE HOLDINGS CORP., et al          NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

BAILEY, JANET
7902 BANYAN ST
FT PIERCE, FL  34951

BAILEY, JERRY M.
1361 MIDTOWN VILLAGE DR
CONWAY, SC  29526-2983

BAILEY, MARY R.
210 ALICE ST.
AMA, LA  70031

BAILEY, PHILLIP
4413 VAUGHN LN
BILLINGS, MT  59101-4946

BAILEY, RENITA E.
4230 34TH ST #204
MOUNT RAINIER, MD  20712-1738

BAILEY, RONALD R
105 N. DELAWARE DRIVE LOT 74
APACHE JUNCTION, AZ  85120

BAILEY, RONALD RICHARD
105 N DELAWARE DRIVE LOT 74
APACHE JUNCTION, AZ  85120

BAINE, HOWARD
3014 POMO CIRCLE
CROSSVILLE, TN  38572

BAIR, STANTON, JR
160 SWITH COURT
YORK, PA  17404

BAIRD, JERRY A.
989 HWY 140
HESPERUS, CO  81326

BAKER JR., PAUL
372 DEVITT CAMP ROAD
ALLENWOOD, PA  17810

BAKER, BILLY WAYNE
23910 W INTERSTATE 10 APT 6304
SAN ANTONIO, TX  78257-1410

BAKER, CAROL ANN
23910 W INTERSTATE 10 APT 6304
SAN ANTONIO, TX  78257-1410

BAKER, HERMAN F.
1641 S. VON ELM
POCATELLO, ID  83201

BAKER, JANE
372 DEVITT CAMP ROAD
ALLENWOOD, PA  17810

BAKER, KATRESSA
372 DEVITT CAMP ROAD
ALLENWOOD, PA  17810

BAKER, KIM AARON
PO BOX 2082
SALISBURY, NC  28146

BAKER, LUKE
309 BIRCH AVENUE
MT. GRETNA, PA  17064

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


BAKER, SIDNEY
5084 C.R 31
ANGLETON, TX  77515

BAKER, STACY
612 COBBLESTONE LN
LANCASTER, PA  17601-3361

BAKER, THOMAS
36 OAKWOOD DRIVE
NEW FLORENCE, PA  15944

BALABAN, CLAIRE
313 DEHAVEN DRIVE #313
YONKERS, NY  10703

BALDERRAMAS, EDDIE M.
2110 S. WEST NEDGE AVE.
KALAMAZOO, MI  49008

BALDWIN, LENWARD
1332 FARMERS UNION RD
CLARKTON, NC  28433

BALDWIN, SAM
108 MOORES RUN RD.
MANCHESTER, OH  45144

BALES, DONALD L
882 GA HW 18 W
GRAY, GA  31032

BALES, DONALD L
882 GA HW 18 W
GRAY, GA  31032

BALL, BRYAN
2138 SW BUCHANAN ST.
TOPEKA, KS  66611

BALLENGER, ERIC
2428 CREEK CROSSING COURT
ARLINGTON, TX  76018

BALLEW, FLORENCE GALLAMORE
8 FAIRHOPE LN
GREENVILLE, SC  29617

BALMER, DOROTHEA SHAWN
1640 E. PHILLIPS LAKE LOOP
SHELTON, WA  98584

BAMMES, KAREL L
8761 W CORNELL AVE #8
LAKEWOOD, CO  80227-4819

BAMMES, KAREL L
8761 W CORNELL AVE APT 8
LAKEWOOD, CO  80227-4819

BANDY, MASON E
7419 RAVENSWOOD ROAD
GRANBURY, TX  76049

BANERJEE, DEEPAK DECEASED
383 SHOSHONE PLACE
MURFREESBORO, TN  37128

BANKO, EDWARD STANLEY
24540 WAGNER
WARREN, MI  48089

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED**    Page 19 of 444
**IN FULL**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BANKO, EDWARD
2620 HOLBROOK
APT # 813
HAMTRAMCK, MI  48212

BANKS, ANNIE L
1125 CHICAGO RD
HERMANVILLE, MS  39086

BANKS, ANNIE L.
1125 CHICAGO RD
HERMANVILLE, MS  39086

BANKS, J C
2934 VALWOOD PKWY
DALLAS, TX  75234

BANKS, JAMES H, JR
PO BOX 362
213 HICKORY
ROCKDALE, TX  76567

BANKS, ROBERT DEAN (DECEASED)
PATRICK JOHNSON
8830 OAK KNOLL
HOUSTON, TX  77087

BANNER, THEODORE J
441 TIPPECANOE RD
KNOX, PA  16232

BARAJAS, ALFRED
7114 ROBIN MEADOW STREET
PEARLAND, TX  77581

BARBER, BURTON
117 STORMER RD
INDIANA, PA  15701-8976

BARBER, JAY DAVID
3525 RIVER RD
RICHFIELD, NC  28137

BARBER, SHANNON N.
3525 RIVER RD
RICHFIELD, NC  28137

BARBER, SUSAN F.
30400 E HUNTER RD
SIBLEY, MO  64088-9165

BARBOUR, MICHAEL STEPHEN
216 ANGIE DR
GOLDSBORO, NC  27530

BARCLAY, WILLIAM S
1729 MCDAVID CT
ALEDO, TX  76008-2847

BARCLAY, WILLIAM S
1729 MCDAVID CT
ALEDO, TX  76008-2847

BARDESSI, PEDRO
AVDA ROSARIO NORTE 532 PISO 18
LAS CONDES
SANTIAGO
CHILE

BARE, WENDELL WAYNE
1710 RIDGEWAY RD
ABERDEEN, OH  45101

BAREFIELD, NEWELL ROBERT
1975 FORDS CREEK RD
POPLARVILLE, MS  39470-7144

BARELA, PAUL
1292 SAGEBRUSH CT SE
RIO RANCHO, NM  87124

BARELA, SANDRA
1292 SAGEBRUSH CT SE
RIO RANCHO, NM  87124

BARENFANGER, SCOTT
912 W MICHIGAN ST
EVANSVILLE, IN  47710

BARFIELD, BONNIE
506 COFER ROAD EAST
CORDELE, GA  31015

BARICEVIC, JOHN J
16850 SW 129TH AVE
TIGARD, OR  97224

BARKER, JOHN M
1009 N.W. 9TH ST
GRAND PRAIRIE, TX  75050

BARLETTA, SERGIO
VIENA 455
MARGA MARGA
VILLA ALEMANA
CHILE

BARLOW, BRIAN ANDRA
580 SENATORS RIDGE DRIVE
DALLAS, GA  30132

BARLOW, BRIAN
580 SENATORS RIDGE DR
DALLAS, GA  30132-1269

BARNDOLLAR, DAVID
16918 W. HALIFAX CT.
SURPRISE, AZ  85374

BARNES, DENNIS WAYNE
149 ALLEN LOOP RD.
487 TANNERS GROVE RD
FOREST CITY, NC  28043-8229

BARNES, GLORIA
485 LENOX AVE APT 7B
NEW YORK, NY  10037-2403

BARNES, GLORIA
485 MALCOLM X BLVD APT 7B
NEW YORK, NY  10037-2403

BARNES, GRADY REGINALD
205 HERITAGE PARK DR
WILMINGTON, NC  28401

BARNES, JIMMY RAY
2729 WOOD RD.
MOORESBORO, NC  28114-8782

BARNES, PATRICIA LEDFORD
2729 WOOD ROAD
MOORESBORO, NC  28114

BARNES, RODNEY
419 N.E WILLOWS AVE.
PORT ST. LUCIE, FL  34952

BARNES, SHIRLEY HOLLAND
205 HERITAGE PARK DR
WILMINGTON, NC  28401

BARNETT, CAROL DYER
1605 SKYLES RD
ROCKDALE, TX  76567

BARNETT, GILBERT
725 HAYDEN AVE
AKRON, OH  44320-1703

BARNETT, JAMES
361 CLINTON AVE APT 4G
BROOKLYN, NY  11238

BARNETT, LAURIE
1499 BARR SLOPE RD.
CLYMER, PA  15728

BARNETT, LAURIE
1499 BARR SLOPE RD.
CLYMER, PA  15728

BARNETT, ROGER
1706 W 59TH STREET
LOS ANGELES, CA  90047

BARNETT, WESLEY
1499 BARR SLOPE RD.
CLYMER, PA  15728

BARNETT, WYLIE
403 WOODBRIDGE LANE
KANSAS CITY, MO  64145

BARNETTE, JAMES WILLIAM, JR.
5020 WHEAT DR. SW
CONCORD, NC  28027-8742

BARNEY, CHARLES
557 SYCAMORE LANE
PRYOR, OK  74361

BARNEY, IVAN M.
451 SW COURT ST
17790 FROST RD
DALLAS, OR  97338-9430

BARNEY, VICTOR
P.O. BOX 161
SHIPROCK, NM  87420

BARNHART, DENNIS O.
258 W. MAHONING ST.
DANVILLE, PA  17821

BARNHART, DENNIS O.
258 WEST MAHONING STREET
DANVILLE, PA  17821

BARNICK, DANIEL R.
26811 HALONEN RD.
FINLAYSON, MN  55735

BARONICH, CARL
7 SKYLINE CIRCLE
BROCKPORT, NY  14420

BARRA VICENCIO, PEDRO MANUEL
PEYRONET 454-A
QUILPUE
CHILE

BARRA VICENCIO, PEDRO MANUEL
PEYRONET 454-A
QUILPUE
CHILE

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

BARRETT SR., DONALD
3400 OXCART RUN ST.
ELPASO, TX  79936

BARRETT, JAMES WILLIAM
373 MOUNTAIN VIEW RD. SE
ROME, GA  30161

BARRETT, LINDA J
373 MOUNTAIN VIEW RD. SE
ROME, GA  30161

BARRETT, LISA SHANNON
6138 STONEY RIVER DR
HARRISON, TN  37341-8029

BARRETT, RICHARD
P.O. BOX 318
MT. VERNON, TX  75457

BARRETT, WILLIAM G
HC 76 BOX 1763
PITTSBURG, MO  65724

BARRICK, WILLIAM S
270 MOUNTAIN RD
NEWVILLE, PA  17241

BARRIENTOS, ROBINSON
LAGO CASTOR 1212
VALPARAISO
VILLA DEL MAR  2520000
CHILE

BARRON, ALICE
513 MURRAY
MARSHALL, TX  75672

BARRON, CAMERON & NICHOLAUS
2903 AVE F APT B
FT PIERCE, FL  33450

BARRON, CHARLIE III
2006 VALENCIA AVE
FORT PIERCE, FL  34946

BARRON, GEOFFERY R
1673 PICKENS CIR
BAKER, FL  32531-8447

BARRON, GEOFFERY R
1673 PICKENS CIR
BAKER, FL  32531-8447

BARRON, GEOFFERY RODNEY
1673 PICKENS CIR
BAKER, FL  32531-8447

BARRON, MICHAEL J. SR
4129 N US HIGHWAY 1
FORT PIERCE, FL  34946-8409

BARRON, MICHAEL SR
4129 N US HIGHWAY 1
FORT PIERCE, FL  34946-8409

BARRON, MICHAEL SR
4129 N US HIGHWAY 1
FORT PIERCE, FL  34946-8409

BARRON, MICHAEL SR.
4129 N US HIGHWAY 1
FORT PIERCE, FL  34946-8409

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BARRON, MICHAEL SR.
4129 N US HIGHWAY 1
FORT PIERCE, FL  34946-8409

BARRON, SUSANN
4511 ELYSIAN FIELDS HWY
MARSHALL, TX  75672

BARRON, TRESHONDREA & CRYSTAL
2903 AVE F APT B
FT PIERCE, FL  33450

BARROS, GONZALO
AV. C. COLON 6465 DEPTO. 905
LAS CONDES
SANTIAGO  7570580
CHILE

BARTHOLD, WILLIAM C.
448 PARK TRACE BLVD
OSPREY, FL  34229-8892

BARTICK, DAN
5223 TOWER AVENUE
SUPERIOR, WI  54880

BARTLEY, JIMMY F
P O BOX 2113
TATUM, TX  75691

BARTLEY, JIMMY F
PO BOX 2113
TATUM, TX  75691

BARTOLETTA, DANA
106 AUTUMN ST
ALIQUIPPA, PA  15001

BARTOLETTA, KRISTINE
106 AUTUMN ST
ALIQUIPPA, PA  15001

BARTOLETTA, NICOLE
106 AUTUMN ST
ALIQUIPPA, PA  15001

BARTOLETTA, SAMUEL
106 AUTUMN ST
ALIQUIPPA, PA  15001

BARTON, NIP
37 BRIARCLIFF DRIVE
HORSEHEADS, NY  14845

BARWICK, DONALD R
710 S. CECELIA ST
SIOUX CITY, IA  51106

BARWICK, JANICE
2706 MT. LEBANON ROAD
CAMPOBELLO, SC  29322

BARWICK, KEITH ALFRED
2706 MT. LEBANON RD.
CAMPOBELLO, SC  29322

BASINGER, NORMAN R.
1003 MARIE AVE. M
KANNAPOLIS, NC  28083-2946

BASS, CAROL
196 12 AVE
N TONAWANDA, NY  14120

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


BASTIAS, GONZALO GEORGE ROBERTO
MARCHANT
CAMINO LAS DOCAS PARCELA
1571 LAGUNA VERDE
VALPARAISO - CASILLA 30V.
CHILE

BASUALTO, ERIC ENRIQUE CARRASCO
PASAJE ENRIQUE LIHN 1171
VILLA ALEMANA  2461611
CHILE

BATES, BEN
4031 SO SUNRISE AVE
SPRINGFIELD, MO  65807

BATES, JEFF
PO BOX 1399
MINNEOLA, FL  34755

BATES, JOHN
14047 DD HWY
NORBORNE, MO  64668

BATTERTON, MICHAEL
2315 S CLEVELAND ST
KENNEWICK, WA  99338

BATTLE, JOHN
7631FORDHAM CREEK LN
ORLANDO, FL  32818

BATTS, IVEY DUDLEY, JR.
6611 WILBURN DR
CAPITOL HGTS, MD  20743-3353

BAUER, ARNOLD C.
1607 SAPLING DR
ALLISON PARK, PA  15101

BAUER, ARNOLD C.
1607 SAPLING DR
ALLISON PARK, PA  15101

BAUER, JASON R.
310 SCHOOL ST
PITTSBURGH, PA  15209

BAUER, JASON R.
310 SCHOOL ST
PITTSBURGH, PA  15209

BAUER, JOSHUA A.
1607 SAPLING DR
ALLISON PARK, PA  15101

BAUER, JOSHUA A.
1607 SAPLING DR
ALLISON PARK, PA  15101

BAUER, KENNETH
816 8TH STREET
PO BOX 367
CORRECTIONVILLE, IA  51016

BAUER, KIM
816 8TH STREET
PO BOX 367
CORRECTIONVILLE, IA  51016

BAUER, LORI
1607 SAPLING DR
ALLISON PARK, PA  15101

BAUER, LORI
1607 SAPLING DR
ALLISON PARK, PA  15101

Debtor: ENERGY FUTURE HOLDINGS CORP., et al   NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

BAUER, ROBERT MICHAEL
1007 W. ABBERLEY LANE
APEX, NC  27502

BAUER, WILLIAM
197 CHAPPAQUA RD
BRIARCLIFF MANOR, NY  10510

BAUM, JENNAE M.
3617 S STAYTEN AVE
INDEPENDENCE, MO  64055

BAUMAN, DAVID A
44526 SILVER VALLEY RD
KINGSTON, ID  83839

BAUMAN, DAVID A
44526 SILVER VALLEY RD
KINGSTON, ID  83850

BAUMANN, JODI
15067 YAKIMA ST. NW
RAMSEY, MN  55303

BAUMANN, MATTHEW
15067 YAKIMA ST. NW
RAMSEY, MN  55303

BAZILE, ROY L
630 66TH ST
SAN DIEGO, CA  92114-2948

BAZYK, BRYAN
2863 CARPENTERS PARK ROAD
DAVIDSVILLE, PA  15928

BEACHAM, DEREK K.
16589 TAYLOR RD.
MOUNT VERNON, WA  98273

BEALEFELD, FREDERICK HENRY, JR.
2920 VIRGINIA AVE
HALETHORPE, MD  21227

BEALICK, BARRY F.
920 CO-OP CITY BLVD., APT. 15B
BRONX, NY  10475-1633

BEARD, RENE
5845 BONSALLO DR
LOS ANGELES, CA  90044

BEARDEN, LORA LEE (SCHEMELIA)
PO BOX 133
ATCO, NJ  08004-0133

BEARDEN, LORA
PO BOX 133
ATCO, NJ  08004-0133

BEARS, MICHAEL
1845 GEORGETOWN RD.
SANDY LAKE, PA  16145

BEASLEY, CARLA
981 DENNING ROAD
BENSON, NC  27504

BEASLEY, CHERYL
1034 ARROYO DR
CHULA VISTA, CA  91910-6606

Debtor: **ENERGY FUTURE HOLDINGS CORP.**, et al   NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED   Page 26 of 444
IN FULL

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BEAVEN, DARRELL D
6006 MALLOY AVE.
FERNDALE, WA  98248

BEBBER, PATRICIA MARIANNE WARD
15350 SW 155 TER
MIAMI, FL  33187

BECER, MICHAEL F
111 SPRINGER ROAD
LIGONIER, PA  15658

BECKER, ROBERT J
1320 4TH AVENUE
NEBRASKA CITY, NE  68410

BECKERT, ROBERT D
1062 BOMAR CT
MARS, PA  16046-3046

BECKHAM, JAMES WILLIAM
PO BOX 538
LANCASTER, SC  29721-0538

BECKLEY, MAUREEN D
731 HAZLE ST
HANOVER TOWNSHIP, PA  18706

BECKLING, SARAH (NEE LOPEZ)
1010 LAMONT AVE
STATEN ISLAND, NY  10309

BECUDE, RAYMOND L.
3643 MARSHFIELD RD.
JOHNS ISLAND, SC  29455

BEDELL, TERRY
9680 BUCKTOOTH RUN RD.
LITTLE VALLEY, NY  14755

BEDFORD, GLAYDENE H
7526 GUINEVERE DR
SUGAR LAND, TX  77479

BEDFORD, ROBERT MAXEY
7526 GUINEVERE DR
SUGAR LAND, TX  77479

BEDNAREK, TAMARA
3196 HWY 73
KETTLE RIVER, MN  55757

BEEBE, JOSEPH R
95 WAGON WHEEL RD
SPARTA, NJ  07871-1755

BEERS, ALFRED
4 HUGHES ST
BINGHAMTON, NY  13903

BEERS, JOHN
51 RISHEL RD
BLOOMSBURG, PA  17815

BEES, JAMES E.
8766 CIMARRON CIRCLE
PARKVILLE, MD  21234

BEESLEY, ROBERT
644990 COUNTY HWY A
IRON RIVER, WI  54847

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BEHUN, MICHEAL
129 JARRETT AVE
BUTLER, PA  16001-1979

BELCHE (MORILLAS), BARBARA L
1611 TRUSCOTT CT
ROSEVILLE, CA  98661

BELCHER, CHESTER
5111 PALM DRIVE
FORT PIERCE, FL  34982

BELCHER, CLIVE
RT 2 BOX 230
ALTA LOMA, TX  77510

BELGRAVE, NICHOLAS G.
6 FLORIDA DR
NEWBURGH, NY  12550

BELINSKY, SHIRLEY (SANDY)
1 PAXFORD LANE
BOYNTON BEACH, FL  33426

BELINSKY, SHIRLEY (SANDY)
1 PAXFORD LANE
BOYNTON BEACH, FL  33426

BELL, EVELYN AILEEN
609 HILLCREST ST
BLACKSBURG, SC  29702

BELL, JAMES III
1252 TENNER RD
NATCHEZ, MS  39120

BELL, JANICE
152 N MURPHREE ST
PO BOX 93
PITTSBORO, MS  38951

BELL, KATEISHA T
1252 TENNER RD
NATCHEZ, MS  39120

BELL, KATEISHA T
1252 TENNER RD
NATCHEZ, MS  39120

BELL, KATEISHA T.
1252 TENNER RD
NATCHEZ, MS  39120

BELL, LESTER JUNIOR
609 HILLCREST ST.
BLACKSBURG, SC  29702-1133

BELL, NATHAN B
297 BELLA GROVE CIRCLE
VIDALIA, LA  71373

BELL, SUE
117 JULES AVE
JEFFERSON, LA  70121

BELL, THOMAS M
1508 WOODLAND RD.
INDIANA, PA  15701

BELLAH, GUY MAXWELL, JR.
5510 NE ANTIOCH RD # 135
KANSAS CITY, MO  64119

Debtor: **ENERGY FUTURE HOLDINGS CORP.**, et al   **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**   Page 28 of 444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BELLAMY, JOHN F.
P.O. BOX 221484
DENVER, CO  80222

BELLETSKY, CHARLES
7 SWEET WILLIAM CT.
HOMOSASSA, FL  34446

BELLINGER, FREDERICK
43 BARRETT RD
ENFIELD, CT  06082

BELSHAW, STEVEN
1127 GRANT AVE #6
NOVATO, CA  94945-3113

BELSHAW, STEVEN
15081 GROVE STREET
HEALDSBURG, CA  95448

BELT, REBECCA, INDVIDUALLY AND AS
415 NORTH MAIN STREET
MARION, KY  42064

BELTON, THERESA
34 GAIL ST
P.O. BOX 113
FAYETTE, MS  39069

BENARD, DALE
6715 S US 45 RD
BROOKPORT, IL  62910

BENCINA, FRANK
1354 BRUCE CT.
MERRICK, NY  11566

BENITEZ, JONATHAN ANDREW
533 HARMONY GLEN CIRCLE
ROCK HILL, SC  29730

BENITEZ, MONICA SHANTE
533 HARMONY GLEN CIRCLE
ROCK HILL, SC  29730

BENITEZ, RACHEL NICOLE
533 HARMONY GLEN CIRCLE
ROCK HILL, SC  29730

BENITEZ-CANALES, JUAN JOSE
533 HARMONY GLEN CIRCLE
ROCK HILL, SC  29730

BENKERT, THOMAS C.
33-33 160TH STREET
FLUSHING, NY  11358

BENNETT, AMBER
4600 PALUXY DR APT 2006
TYLER, TX  75703-2520

BENNETT, ANGEL
741 LANDER STREET
BRIDGECITY, LA  70094

BENNETT, ANTHONY L , SR
7927 S. OAK PARK
BURBANK, IL  60459

BENNETT, CHRISTOPHER
255 FAIRCHILD DR
BILOXI, MS  39531-3257

BENNETT, DARLENE A
1045 SOUTH COCALICO ROAD
DENVER, PA  17517

BENNETT, RAYMOND EUGENE
2105 SOUTH LEMON STREET
SIOUX CITY, IA  51106

BENNETT, ROMEL E.
3700 VENTURA DR
CHALMETTE, LA  70043

BENNETT, WILLIAM
741 LANDER STREET
BRIDGE CITY, LA  70094

BENNETT, WILLIAM, JR
741 LANDER STREET
BRIDGE CITY, LA  70094

BENNY BOTTITA JR., BENNY
1258 ROUTE 83
SOUTH DAYTON, NY  14138

BENSON, DOUGLAS
920 SOUTH STATE ST.
NEW ULM, MN  56073

BENSON, MARK A
2004 DORNBUSH RD
BROOKPORT, IL  62910

BENTIVEGNA, SCOTT
107 NASSAU DR
LAWRENCEVILLE, NJ  08648

BENTON, WILLIAM DAVID
711 COLUMBIA AVE
CAROLINA BEACH, NC  28428

BERG, MICHAEL
1126 OSPREY LANE
DENTON, MD  21629

BERG, MICHAEL
1126 OSPREY LANE
DENTON, MD  21629

BERG, MICHAEL
1126 OSPREY LANE
DENTON, MD  21629

BERG, MICHAEL
1126 OSPREY LANE
DENTON, MD  21629

BERGER, KEVIN
557 SCHUYLKILL MOUNTAIN ROAD
SCHUYLKILL HAVEN, PA  17972

BERGESEN, ROBERT B
30 NORTH YEW ST
GLEN COVE, NY  11542

BERGHORN, JAMES W
153 WOODBINE AVE
MERRICK, NY  11566

BERGHORN, JAMES
153 WOODBINE AVE
MERRICK, NY  11566

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BERGHORN, JAMES
153 WOODBINE AVE
MERRICK, NY  11566

BERGHORN, JAMES
153 WOODBINE AVE
MERRICK, NY  11566-3244

BERGMAN, WILLIAM BRYANT (DECEASED)
WILLIAM B. BERGMAN
406 MAPLE ST
PASADENA, TX  77506

BERGMAN, WILLIAM, JR
17127 SPRAWLING OAKS DR
CONROE, TX  77385-4560

BERGUM, GARY
5857 CANYON VISTA DR.
FLORENCE, MT  59833

BERO, DAVID G.
P.O. BOX 173
EAST PALATKA, FL  32131

BERREY III, JAMES
1373 COLLIER ROAD
GRADY, AL  36036

BERREY, LOENE
4717 MOORE RD
GRADY, AL  36036

BERREY, STACEY
10886 MEIWETHER TRAIL
GRADY, AL  36036

BERROS, JAMES Z
136 MALTESE RD
EFFORT, PA  18330

BERROS, JAMES
8997 ELLINGTON WAY
CHATTANOOGA, TN  37421

BERROS, SUSAN
8997 ELLINGTON WAY
CHATTANOOGA, TN  37421

BERRY, CHARLES E.
121 MAIN ST. PO BOX 472
MOUNT MORRIS, PA  15349

BERRY, CHARLES, E.
121 MAIN ST.
PO. BOX 472
MOUNT MORRIS, PA  15349

BERTA, VINCENT
2104 W FIRST ST APT 2704
FORT MYERS, FL  33901-3274

BESHORE, MARLIN J.
155 CAMP RD
BLOOMSBURG, PA  17815

BESS, JOHN C.
5401 CO. RD. 4011
TEBBETTS, MO  65080

BEST, ERNEST H. DECEASED
759 EAST MARKET STREET
CADIZ, OH  43907

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

| | | |
|---|---|---|
| BETANZOS, ANIBAL CESAR<br>9424 KIMBOROUGH DR<br>KNOXVILLE, TN 37922 | BETHEA, WILLIAM<br>305 INDEPENDENCE DR<br>STAFFORD, VA 22554-7532 | BETKER, DONALD<br>424 MAIN ST RM 1500<br>BUFFALO, NY 14202-3615 |
| BETTS, WILLIE CLYDE<br>120 S.W. LEE ST<br>DEKALB, TX 75559 | BETZ, LARRY J.<br>P.O. BOX 57<br>WASHINGTONVILLE, PA 17884 | BEVERLEY, RONNIE<br>1333 CRESTWOOD RD<br>BETHLEHEM, PA 18018 |
| BEXLEY, PAUL E<br>110 BEXLEY RD N<br>LUCEDALE, MS 39452-5571 | BEXLEY, PAUL E<br>5113 HIGHWAY 63 S A<br>LUCEDALE, MS 39452-4707 | BHANDARI, VIJAY<br>5 NESBIT RESERVE CT<br>ALPHARETTA, GA 30022-6241 |
| BHANDARI, VIJAY<br>5 NESBIT RESERVE CT.<br>ALPHARETTA, GA 30022 | BHATIA, RAVI<br>3538 WILLOW WREN PL.<br>FREMONT, CA 94555 | BHOJANI, MOHMED<br>2334 ELDA ST<br>DUARTE, CA 91010 |
| BHOJANI, MOHSIN<br>2334 ELDA ST<br>BRADBURY, CA 91008 | BIANCA, ANTHONY P<br>*** NO ADDRESS PROVIDED *** | BIANCO, JAMES A<br>106 STERLING HILLS DRIVE<br>INDIANA, PA 15701 |
| BIBEAU, JAMES M.<br>C/O SHEIN LAW CENTER, LTD.<br>ATTN: BENJAMIN P. SHEIN, ESQ.<br>121 S. BROAD ST., 21ST FLOOR<br>PHILADELPHIA, PA 19107 | BIBEAU, JOHN M.<br>185 DELAWARE AVENUE<br>PEDRICKTOWN, NJ 08069 | BIBEAU, JOHN M.<br>C/O SHEIN LAW CENTER, LTD.<br>ATTN: BENJAMIN P. SHEIN, ESQ.<br>121 S. BROAD ST., 21ST FLOOR<br>PHILADELPHIA, PA 19107 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BICKWERMERT, JOSEPH E.
2220 TWENTY GRAND AVE.
OWENSBORO, KY  42301

BIDDLE, SCOTT
913 LINDEN ST
BETHLEHEM, PA  18018-4110

BIDEN SR, TIMOTHY
2144 PALOMINO RD
DOVER, PA  17315

BIDEN, GARY
202 MINE BANK LANE
BALTIMORE, MD  21227

BIDEN, WILLIAM
4 LATHAM STREET
MYSTIC, CT  06355

BIEHLE, LARRY WAYNE
PO BOX 341
LEXINGTON, TX  78947-6131

BIEL, ROBERT A.
775 CR 6100
PO BOX 957
FRUITLAND, NM  87416

BIELZ, WILFRED D
3702 CITY RD. 312, #30
DURANT, CO  80436

BIELZ, WILFRED D
PO BOX 1014
IDAHO SPRINGS, CO  80452

BIERIG, MORRIS ARTHUR
3984 SW CONDOR AV
PORTLAND, OR  97239

BIGGS, DAVID O.
3830 INDIAN RIVER DR
JENSEN BEACH, FL  34957

BIGGS, NELVIN REGINA
1012 ROCKINGHAM LAKE RD
REIDSVILLE, NC  27320

BIGGS, THOMAS EDWARD
PO BOX 2535
REIDSVILLE, NC  27320

BILLINGS, BOBBY EUGENE, SR.
6709 TOURNAMENT DR.
HOUSTON, TX  77069

BINGHAM, DONNA MAE
2300 GLADE ROAD
FARMINGTON, NM  87401-5465

BINGHAM, SAMMY JOE
2300 GLADE ROAD
FARMINGTON, NM  87401-5465

BIRCH, JULIE
4810 RIO ST.
FARMINGTON, NM  87402

BIRCHFIELD, EDDIE WA
350 BLEVINS BRANCE RD
BAKERSVILLE, NC  28705

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BIRCHFIELD, RUBY KATE
358 BLEVINS BRANCH RD
BAKERSVILLE, NC  28705

BIRCHFIELD, RUBY KATE
358 BLEVINS BRANCH RD
BAKERSVILLE, NC  28705

BIRKHIMER, JENNIFER R
111 SILLIMAN ST
DRESDEN, OH  43821-9725

BIRMINGHAM, EDWARD
1346 AKEHURST DRIVE
PITTSBURGH, PA  15220

BIRMINGHAM, KENNETH
15 BROOKSIDE DRIVE
MCDONALD, PA  15057

BIRMINGHAM, MARY
199 AUDREY DRIVE
PITTSBURGH, PA  15236

BIRMINGHAM, PAUL
199 AUDREY DRIVE
PITTSBURGH, PA  15236

BIRMINGHAM, THOMAS R
5201 LAW ST
FINLEYVILLE, PA  15332

BIRO, THOMAS
4633 MONTE MAR DR.
EL DORADO HILLS, CA  95762

BIRT, THOMAS
1815 BIG 3 MILE RD
ABERDEEM, OH  45101

BISCHOFF, TRUYN
1392 ROCK CREEK RD.
WILLIAMSBURG, KS  66095

BISESTI, JOSEPH
5 HIGH POINT RD
LINCROFT, NJ  07738

BISH, ESTHER A.
2935 FIRETHORN DR
HIGH POINT, NC  27265

BISH, JACK E.
2935 FIRETHORN DR
HIGH POINT, NC  27265-8402

BISHOP, DONALD
3230 MCKINNEY ST.
LAMARQUE, TX  77568

BISHOP, JACK A.
107 HIGHLAND DR
76 N 4125 W
CEDAR CITY, UT  84720-8098

BITTNER, RAYMOND JAMES
210 LESTER CT
GLEN ROCK, PA  17327

BIVINS, HATTIE
PO BOX 805
ALABASTER, AL  35007

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: 14-10979 (CSS)

Notices mailed by:  April 30, 2021

BIVONA, JOHN B
4 SHORT COURT
EAST NORTHPORT, NY  11731-4316

BLACK, JOHN C
112 BAINES CIR
MILLPORT, AL  35576

BLACK, LISABETH W.
793 BLUE HILL DRIVE
SELINSGROVE, PA  17870

BLACK, MELODY
801 RICHMOND ST
BIRMINGHAM, AL  35224

BLACK, ROBERT L.
793 BLUE HILL DRIVE
SELINSGROVE, PA  17870

BLACKBURN, JIMMY A.
4716 OLD AVE
CASTLE HAYNE, NC  28429

BLACKBURN, JIMMY A.
4716 OLD AVE
CASTLE HAYNE, NC  28429

BLACKBURN, JOHN EDWARD, JR.
218 MT. CARMEL DRIVE
WINDBER, PA  15963

BLACKBURN, JOHN
6760 CAROLINA BEACH RD
WILMINGTON, NC  28412

BLACKBURN, MIKE
5725 BRITTAIN DR.
LOT 17
WILMINGTON, NC  28409

BLACKBURN, MIKE
5725 BRITTAIN DR.
LOT 17
WILMINGTON, NC  28409

BLACKBURN, TEENA BULLOCK
237 VICTORY GARDENS DRIVE
WILMINGTON, NC  28409

BLACKBURN, TEENA BULLOCK
237 VICTORY GARDENS DRIVE
WILMINGTON, NC  28409

BLACKBURN, TEENA BULLOCK
F/K/A ERNESTINE BULLOCK BLACKBURN
237 VICTORY GARDENS DRIVE
WILMINGTON, NC  28409

BLACK-CRAWFORD, ROSEMARY
7714 E. EMELITA AVE
MESA, AZ  85208

BLACKLEY, MARK L.
1302 EASTHAM DR.
APEX, NC  27502

BLACKMON, DONNA J.
4107 MARANDA LANE
HEATH SPRINGS, SC  29058

BLACK-MORSE, CORA ELIZABETH
3029 W. WINDROSE DRIVE
PHOENIX, AZ  85029-1328

BLACKSTOEK, ROLAND B
2746 C.R. 109
CLYDE, TX  79510-4945

BLACKWATER, CRAIG
311 E. TYCKSEN DR.
FARMINGTON, NM  87401

BLACKWATER, DAYTON
PO BOX 2644
22 CR 6211
KIRTLAND, NM  87417

BLACKWATER, HARVEY
22 C.R. 6211
KIRTLAND, NM  87417

BLACKWATER, TAMMIE
311 E. TYCKSEN DR.
FARMINGTON, NM  87401

BLACKWELL, SAMUEL AUSTIN
195 BOONE FARM LN
MILL SPRING, NC  28756-7800

BLACKWELL, WARREN LEWIS
1400 MASON SMITH AVE.
METAIRIE, LA  70003

BLACKWOOD, WILLIAM M.
2791 HICKORY LANE
ATLANTA, GA  30360

BLAHUT, SANDRA
6425 GOLDEN OAK DRIVE
LINTHICUM, MD  21090

BLAIR, FRANCES DARLENE
233 HOBSON STREET
WESTMINSTER, SC  29693

BLAIR, MARK
3100 SMITH RD
CASSADAGA, NY  14718

BLAIS, PATRICIA PIERRETTE
1903 TAMARA TRAIL
VERO BEACH, FL  32966

BLAKE, DONALD F
29 RIDGE RD
NORTH SWANZEY, NH  34314527

BLAND, ZANE
1626 BOWLINE RD
HOUSTON, TX  77062

BLANEY, R A
PO BOX 10012
COLLEGE STATION, TX  77842

BLANKENSHIP, BETTY LUE
1652 E ARLINGTON RD
SPFD, MO  65804

BLANKENSHIP, BETTY LUE
1652 E ARLINGTON RD
SPRINGFIELD, MO  65804

BLANKS, DIANE K
2918A PENNSYLVANIA AVE.
ST. LOUIS, MO  63118

Debtor: ENERGY FUTURE HOLDINGS CORP., et al   NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL   Page 36 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

BLAXTON, JULIAN
50 KASMEIER ROAD
FLORENCE, AL  35634

BLAZO, WILLIAM
16 AUGUST LANE
HICKSVILLE, NY  11801

BLEACHER, JACK
317 CABOT CIR
WILLOW STREET, PA  17584-9583

BLEDSOE, CHARLENE LAW
7974 SPARTA ST
HOUSTON, TX  77028

BLEVINS, JAMES K SR
325 6TH AVE W
HUNTINGTON, WV  25701

BLEVINS, JAMES K, SR
325 6TH AVE W
HUNTINGTON, WV  25701

BLEVINS, RICKY G
126 WESLEY RD
QUARRYVILLE, PA  17566

BLINKA, HAROLD S.
7294 KINGSTON COVE LN
WILLIS, TX  77318

BLINKA, HAROLD
7294 KINGSTON COVE LN
WILLIS, TX  77318

BLISS, JAMES
1137 DAWSON TRAIL
ALTON, VA  24520

BLISS, PHYLLIS GUNN
1137 DAWSON TRAIL
ALTON, VA  24520

BLOMQVIST, CAROLYN H. MIRANDA
1700 GREEN OAKS PKWY
HOLLY SPRINGS, NC  27540

BLOMQVIST, WILLIAM
1700 GREEN OAKS PKWY
HOLLY SPRINGS, NC  27540

BLONIAREZYK, WILLIAM
11775 ANDREWS RD
ST CHARLES, MI  48655

BLOOMER, LEIGH
600 EAST MOLEN ROAD
PO BOX 249
FERRON, UT  84523

BLOSE, GREGORY DEAN
209 HORSESHOE DRIVE
FREEPORT, PA  16229

BLOSS, BARBRA LOA
2200 37TH STREET LOT 23
EVANS, CO  80620

BLUE, CORNELIUS, JR.
PO BOX 814
HARTSVILLE, SC  29551-0814

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


BLYTHE, JONATHAN
550 CEMETERY ST.
MANCHESTER, OH 45144

BOATWRIGHT, ERIC
281 SOUTH CREEK RD
ALLENWOOD, PA 17810

BOBROWICZ, JACLYN
101 CAMPBELL BLVD LANE 3204
MANAHAWKIN, NJ 08050

BOBROWIOR, DAVID
465 N MAIN ST APT 1203
BARNEGAT, NJ 08005-2483

BOCCUZZI, HILDEGARDE
7313 CLEARMEADOW DR
SPRING HILL, FL 34606

BOCK, LARRY LEE
39974 MARIES CO. RD 206
META, MO 65058

BODE, TERRY
109 CARMEL DR.
MANDEVILLE, LA 70448

BODOSKY, MICHAEL
1021 JEFFERSON AVE
PORTAGE, PA 15946

BOEHM, ALVIN
1363 47TH ST
BROOKLYN, NY 11219

BOESEL, LOUIS W
P.O. BOX 665
CANBY, OR 97013

BOGAN, W. BRYAN
1529 LEE STREET
MESQUITE, TX 75149

BOGART, CHRISTOPHER
165 STAHL RD
GETZVILLE, NY 14068

BOGOSIAN, SONIA
110 SANDALWOOD LANE
PANAMA CITY BEACH, FL 32413

BOGOSIAN, SONIA
110 SANDALWOOD LN
PANAMA CITY BEACH, FL 32413-2687

BOHRER, STEVEN
424 MAIN ST RM 1500
BUFFALO, NY 14202-3615

BOISSEAU, LAWRENCE
43 BEECH HILL ROAD
BETHLEHEM, NH 03574

BOLDEN, ALINE F
4201 TROY LN 4201
ARLINGTON, TX 76016-4450

BOLES, JACK
2135 NICHOLS RD.
LITHIA, FL 33547

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


BOLICK, MARCIA EVE ('EVE')
7 S. PACIFIC AVE. APT 4C
YORK, SC  29745

BOLIVAR, ALICIA C
11102 THIENES AVE.
SOUTH EL MONTE, CA  91733

BOLIVAR, CARLOS S.
11102 THIENES AVE
SOUTH EL MONTE, CA  91733

BOLLINGER, MICHAEL
409 PLEASANT VALLEY RD.
BLAIRSVILLE, PA  15717

BOLMER, DAVID L
6432 S EUDORA WAY
CENTENNIAL, CO  80121

BOLTEN, MATTHEW W
3719 DEL RIDGE RD
INDEPENDENCE, MO  64052-1153

BONAGURA, JOHN
341 PARKSIDE AVE
MILLER PLACE, NY  11764

BOND, GEORGE
17841 N 42ND STREET
PHOENIX, AZ  85032

BOND, HELEN
234 BILLY KNIGHT RD
LUCEDALE, MS  39452

BOND, MIKE
234 BILLY KNIGHT RD
LUCEDALE, MS  39452

BONNER, DEON
14432 PIUMA AVE
NORWALK, CA  90650

BONNERMAN, JAMES E.
121 WILLIAM GURGANUS RD.
MAPLE HILL, NC  28454

BONO, RICHARD
7 SHEARWATER
IRVINE, CA  92604

BONSAL, JERRY W.
1170 STATE HWY 243 WEST
CANTON, TX  75103

BONSIGNORE, CARL
10117 N. HIGHLAND PLACE
KANSAS CITY, MO  64155

BONVILLAIN, RAY J
805 PHLOX AVE
METAIRIE, LA  70001

BONVILLAIN, RAY J
805 PHLOX AVE
METAIRIE, LA  70001-4519

BOONE, DAVID I
2676 HARRISON ST
GARY, IN  46407

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BOONE, DONALD L
6218 7TH AVE
LOS ANGELES, CA  90043

BOONE, RYLAND L.
P.O. BOX 125
CONWAY, NC  27820

BOONSTRA, PETER L E, JR
12826 MAGNOLIA AVE
CHINO, CA  91710

BORBOA, FRED C
3300 W CALLE CISNE
TUCSON, AZ  85746-6144

BORBOA, FRED C.
3300 WEST CALLE CISNE
TUCSON, AZ  85746

BORDNER, BARRY
155 ELM STREET
SUNBURY, PA  17801

BORDNER, LINDA
155 ELM STREET
SUNBURY, PA  17801

BORDNER-LARSON, TRICIA
6255 CIDER PRESS ROAD
HARRISBURG, PA  17111

BORELLI, EDWARD
7208 EVE COURT
LAS VEGAS, NV  89145

BORING, MORRIS
206 COBBLESTONE LANE
PO BOX 296
NEWFLORENCE, PA  15944

BORING, MORRIS
206 COBBLESTONE LANE
PO BOX 296
NEWFLORENCE, PA  15944

BORING, MORRIS
206 COBBLESTONE LANE
PO BOX 296
NEWFLORENCE, PA  15944

BOROWY, TONYA
6715 JEFFERSON PL. A-32
MYRTLE BEACH, SC  29572

BORRES, ARTHUR
14 HARDING
1611 FM 3247
ORANGE, TX  77632-9293

BORRIELLO, TAMA
2626 280TH PLACE NE
REDMOND, WA  98053

BORTH, RONALD
45184 EDGEWOOD DRIVE
NEW ULM, MN  56073

BORTH, SANDRA
45184 EDGEWOOD DRIVE
NEW ULM, MN  56073

BOSSHART, BURNELL (DECEASED)
C/O O'BRIEN LAW FIRM
815 GEYER AVE.
SAINT LOUIS, MO  63104

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BOSSHART, BURNELL (DECEASED)
RICK BOSSHART, POWER OF ATTORNEY
4208 CARROLTON DRIVE
FRANKLIN, TN  37064

BOTKIN, DONALD HOWARD
5815 BAYPORT BLVD.
SEABROOK, TX  77586

BOTSAY, FELIX A.
1748 GREENWOOD DR.
LA PLACE, LA  70068

BOUDREAU, JEAN CLAUDE (DECEASED)
2178 PROVIDENCE RD
CASSATT, SC  29032

BOUDREAUX, DAVID
104 LAC LAFRENIERE CT
LULING, LA  70070

BOUDREAUX, MARTY J.
171 BELLE TERRE DR.
THIBODAUX, LA  70301

BOUTELLE, LEROY
141 MILLER VALLEY RD
KENNEDY, NY  14747-9570

BOWEN, MARY
1068 OLD HWY 25 SOUTH
STARKVILLE, MS  39759

BOWEN, TOMMIE E. DECEASED
655 E FARMING ST
MARION, OH  43302

BOWERS, DALE E
842 MCLEAN ROAD
MOUNTAIN GROVE, MO  65711

BOWERS, LEONARD
5 SOUTHLAWN CIR
LA MARQUE, TX  77568

BOWLING, DANNY
1303 SOUTHLAKE COURT
LEXINGTON, NC  27295

BOWLING, DANNY
1303 SOUTHLAKE COURT
LEXINGTON, NC  27295

BOWMAN, ARTHUR CLARK
119 QUAKER DR
GOLDSBORO, NC  27530-9446

BOWMAN, ISAAC F
122 DUSK DR
NOTTINGHAM, PA  19362

BOWMAN, LARRY
2132 YALE ROAD
FULTON, KS  66738

BOWMAN, LINDA
PO BOX 383
LA CYGNE, KS  66040

BOWMAN, ROGER
PO BOX 383
LA CYGNE, KS  66040

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

BOWMAN, SHARON
119 QUAKER DR
GOLDSBORO, NC  27530-9446

BOWMAN, TWYLA
2132 YALE ROAD
FULTON, KS  66738

BOX, LISA ANNE
1113 TRACE ROAD
CLEBURNE, TX  76033

BOX, LISA
1113 TRACE ROAD
CLEBURNE, TX  76033

BOYD, BARBARA
17852 AVENIDA CORDILLERA UNIT 35
SAN DIEGO, CA  92128-1513

BOYD, CARY
20807 LIBBY ROAD
MAPLE HEIGHTS, OH  44137-2926

BOYD, DAVID M.
PO BOX 587
BILLINGS, MT  59103

BOYD, EDWARD
443 WASHINGTON ST
MACON, MS  39341

BOYD, FRANCES
3100 N OCEAN BLVD APT 903
FT LAUDERDALE, FL  33308-7194

BOYD, SHANE
PO BOX # 691
MANY FARMS, AZ  86538

BOYEA, DENNIS
1906 SENTRY CIRCLE
CARLSBAD, NM  88220

BOYER, JAMES
117 MEADOW VIEW DR
PHOENIX, OR  97535

BOYER, JAMES
117 MEADOWVIEW DR
PHOENIX, OR  97535

BOYER, JOHN
201 EAST WICONISCO ST
TOWER CITY, PA  17980

BOYER, JOHN
8720 RT 209
WILLIAMSTOWN, PA  17098

BOYER, KYLE
4321 OAKCREST LN
HERMITAGE, TN  37076-4334

BOYKIN, CHARLES M, JR
2248 COOKS CORNER RD
LUCEDALE, MS  39452

BOYLE, CHARLES
5932 NE 70TH ST
PH
SILVER SPRINGS, FL  34488

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


BOYLE, ELEANOR
5932 NE 70TH ST
PH
SILVER SPRINGS, FL  34488

BOYNTON, WILLIE E.
8466 GRANDMONT ST.
DETROIT, MI  48228

BRABHAM, LIGHTSEY M (LM), JR
411 SALUDA AVE SOUTH
PO BOX 294
FAIRFAX, SC  29827

BRACE-HARVEY, VICTOR
605 MAPLE STREET
WILLIAMSPORT, PA  17701

BRACEY, JEREMIAH M
PO BOX 51251
CHICAGO, IL  60651-0251

BRACK, FRANK
1022 TREVINO ROAD
CLINTON, MO  64735-4308

BRADBURY, JAMES RUSSELL
3901 KLEIN BLVD
LOMPOC, CA  93436

BRADBURY, MARGARET M
3839 E 3750 S
MYTON, UT  84052-4900

BRADFORD, JAMES
1201 EAST BUNKER HILL TRAIL
MOORESVILLE, IN  46158

BRADFORD, MICHAEL
922 BROOKSIDE
CORTEZ, MONTEZUMA, CO  81321

BRADFORD, STEPHEN C
146 NIGHTINGALE CIRCLE
ELLENTON, FL  34222-4254

BRADFORD, TERRY
810 BEACON CIR
OAKDALE, PA  15071-1766

BRADLEY, CATHIE
24136 RIMVIEW RD
MORENO VALLEY, CA  92557-3010

BRADLEY, JOSEPH WILLIAM
4255 MORNING MIST LANE
CUMMING, GA  30028

BRADY, MICHAEL
4575 HIKEY ST.
DOVER, PA  17315

BRAGG, STEVEN
701 S. 52ND ST.
RENTON, WA  98055

BRAMWELL, RICHARD
25188 MARION AVE
APT 28
PUNTA GORDA, FL  33950

BRANCH, DONALD M
11607 S PEORIA ST
CHICAGO, IL  60643

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 43 of  444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BRANCH, EURA A.
528 ONEIDA STREET
WASHINGTON, DC  20011

BRANCH, TRACY MCCALLUM
1564 COLONIST SQUARE SW
OCEAN ISLE BEACH, NC  28469

BRANDT, BRUCE
4383 FIELDING LN
PEACHTREE COR, GA  30092-1647

BRANHAM, KATHRYN SHIPTON
1211 HORSEHEAD RD
LUGOFF, SC  29078

BRANIGER, GARLAND
9606 PRESTON SPRING DR.
UNIT 102
LOUISVILLE, KY  40229

BRANN, CECIL A
77 BRANN LANE
ROXBORO, NC  27573

BRANN, EARNEST BRADLEY
1339 WHITT TOWN ROAD
ROXBORO, NC  27574

BRANTLEY, ALVIN DOUGLAS SR.
1005 LAURA DUNCAN RD
APEX, NC  27502

BRANYON, EUNICE
537 BRANYON FARM DR
SALEM, SC  29676

BRASUELL, JOHN A
2502 MONKEY RD.
ROCKPORT, TX  78382

BRASUELL, LADONNA N
2502 MONKEY RD.
ROCKPORT, TX  78382

BRATSCH, MARVIN
3343 93 RD CURVE
BLAINE, MN  55449

BRAY, BRUCE H
277 MAW ROAD
TOLEDO, WA  98591

BRAZZLE, LARRY D
6430 NE 41ST AVE
PORTLAND, OR  97211

BREGMAN, DONALD
6788 CHIMERE TERRACE
BOYNTON BEACH, FL  33437

BREHM, JUSTIN
476 BOYD DRIVE
HOOVERSVILLE, PA  15936

BRELAND, BYRON D.
PO BOX 1005
WIGGINS, MS  39577

BRELAND, ETHEL J.
PO BOX 1005
WIGGINS, MS  39577

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 44 of 444

BRELAND, TANISHA C.
PO BOX 1005
WIGGINS, MS  39577

BRELAND, WILLIAM JR.
PO BOX 1005
WIGGINS, MS  39577

BRENNAN, LAWRENCE
5121 HAYNES RD
SHEPHERD, MT  59079

BRENNAN, LILLIE ANN
5641 CHURCHVIEW RD
LOYSBURG, PA  16659-9621

BRENNAN, WILLIS
5641 CHURCHVIEW RD
LOYSBURG, PA  16659

BRESSLER, DEAN
443 BERKSHIRE LN
MECHANICSBURG, PA  17050-2879

BREVOORT, NICHOLAS C
607 EVERSOLE RD
CINCINNATI, OH  45230

BREWER, WILLIAM E
RR 4 BOX 69
SQUIRES, MO  65755-9502

BREYER, LELAND
408 NAPLES COURT
KISSIMMEE, FL  34759

BREZA, DONNA
1103 SILVER CT
HAMILTON SQ, NJ  08690-3523

BREZA, DONNA
1103 SILVER CT
HAMILTON SQ, NJ  08690-3523

BRIDGE, LEONARD
1531 STATE ROAD 314
ALBUQUERQUE, NM  87105

BRIEMER, LORRAINE F (NEE BRIDGE)
1201 DUSTIN DRIVE
LADY LAKE, FL  32159

BRIGGS, SANDRA (MAIDEN NAME MITCHELL)
11031 EDGEMONT
WARREN, MI  48089

BRIGGS, SANDRA MITCHELL
11031 EDGEMONT AVE
WARREN, MI  48089

BRIGGS, SANDRA MITCHELL
11031 EDGEMONT
WARREN, MI  48089

BRIGGS, SANDRA
11031 EDGEMONT
WARREN, MI  48089

BRINDLE, COLEMAN
204 CLEGG STREET
MOUNT HOLLY, NC  28120

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**       **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED**       Page 45 of  444
**IN FULL**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BRINK, RICHARD L. DECEASED
4312 EDGEWATER CROSSING DRIVE
JACKSONVILLE, FL  32257

BRINKMEYER, DEBORAH LANGE
800 COUNTY ROAD 411
TAYLOR, TX  76574

BRINSTER, DUANE
32720 WOODS DR.
WARREN, OR  97053

BRISCO, JOSEPH
30 LAKE LN
MOUNDSVILLE, WV  26041-4071

BRISSETT, LORNA M
240-17 WELLER AVE
ROSEDALE, NY  11422

BRISSETT, LORNA M
24017 WELLER AVE
ROSEDALE, NY  11422-2315

BRISTER, ROBERT EARL, SR.
1130 CO. ROAD 409
LEXINGTON, TX  78947

BRITT, KATHY L.
1365 L. R. SCHRONCE LN
IRON STATION, NC  28080

BRITT, STRAUD S
2432 THADDEOUS DR
ESCALON, CA  95320-1888

BROADWAY, JOE
2517 WEST C STREET
KANNAPOLIS, NC  28081

BROADWELL, BOYCE
3402 EAST YACHT DRIVE
OAK ISLAND, NC  28465

BROADWELL, JAMES K
63299 E 60 RD QUAPAW
QUAPAW, OK  74363

BROCK, DAVID
430 WEST BALTIMORE AVE.
PINEBLUFF, NC  28373

BROCK, GRANGER LEE
244 GRANTHAM SCHOOL RD
GOLDSBORO, NC  27530

BROD, M.L., JR.
4404 HWY 69 S
WOODVILLE, TX  75979

BRODY, WILLIAM
226 HOLLYWOOD AVENUE
TUCKAHOE, NY  10707

BRONDOS, DAVID
614 GETTYSBURG DR.
SAN JOSE, CA  95123

BROOKS, BARBARA
251 DROZDYK DRIVE
APT 206
GROTON, CT  06340

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 46 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

BROOKS, BARBARA
C/O THE EARLY LAW FIRM
ATTN: ETHAN EARLY
360 LEXINGTON AVE., 20TH FLOOR
NEW YORK, NY 10017

BROOKS, CHARLES
5706 ADLEIGH AV
BALTIMORE, MD 21206

BROOKS, DEBORAH CONVERSE
10 PINE STREET
COLEBROOK, NH 03576

BROOKS, JACKLYNN
7 LACONIA ST
HAMDEN, CT 06514

BROOKS, PAUL ELDRIDGE
1002 W. 12TH STREET APT 43
CAMERON, TX 76520

BROOKS, PAUL ELDRIDGE
1002 W. 12TH STREET
CAMERON, TX 76520

BROOKS, STEPHEN
7 LACONIA ST
HAMDEN, CT 06514

BROOKS, WILLIE G.
6303 32ND ST.
BERWYN, IL 60402

BROSIOUS, BRADY
961 SKUNK HOLLOW ROAD
MIFFLINBURG, PA 17844

BROUGHTON, CHRIS
8302 OPALWOOD LN.
HUMBLE, TX 77338

BROWN, AMOS
1301 TAYLOR ST
MT PLEASANT, TX 75455-4258

BROWN, AMOS
1301 TAYLOR ST
MT PLEASANT, TX 75455-4258

BROWN, CHRISTOPHER NICHOLAS
995 ZIMMERMAN LAKE RD
SPARTANBURG, SC 29306-6923

BROWN, CURTIS, JR
2307 CAROLYN DRIVE
TAYLOR, TX 76574-1426

BROWN, DAVID
4565 FLUVANNA TOWNLINE ROAD
JAMESTOWN, NY 14701

BROWN, EARNEST WHIT
9903 VALLEY SUN DR.
HOUSTON, TX 77078

BROWN, EDITH E
6413 LIVINGSTON RD. #402
OYON HILL, MD 20745

BROWN, FRANCISCO
1101 WEST COLUMBIA
TUCSON, AZ 85714-1135

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


BROWN, GLORIA
PO BOX 351
545 BLACK JACK RD
KELFORD, NC  27847-0351

BROWN, JOHN D.
PO BOX 598
LADSON, SC  29456

BROWN, JOHN GLEAN
30428 HIGHWAY 151
MC BEE, SC  29101

BROWN, KAY MARIE
8 BERNICE DRIVE
LULING, LA  70070

BROWN, L V
306 QUAIL TRAIL
GREENWOOD, MS  38930

BROWN, L V
306 QUAIL TRAIL
GREENWOOD, MS  38930

BROWN, LANORA
938 CHURCH ST
EUDORA, KS  66025

BROWN, LARRY
PO BOX 1034
FRUITLAND, NM  87416

BROWN, LILLIE M
18071 HUBBELL
DETROIT, MI  48235

BROWN, LLOYD DURAN (DECEASED)
DELORES JOE BROWN
103 PRESTON AVE
BRAZORIA, TX  77422

BROWN, LUKE
17585 BROWNBLANKINCHIP RD
CITRONELLE, AL  36522

BROWN, MICHELLE
7043 IDLEWILD
SAINT LOUIS, MO  63136

BROWN, RAY
204 PHEASANT RIDGE
ROUND ROCK, TX  78665

BROWN, RAYMOND L
30808 STRODA DR
HARRISBURG, OR  97446

BROWN, ROBERT W
5766 LIGHTSTONE LN
LEAGUE CITY, TX  77573

BROWN, RODNEY L
PO BOX 1034
FRUITLAND, NM  87416

BROWN, ROSEMARY
1035 CENTER POINT LANE
HAZLEHURST, MS  39083

BROWN, RUTHIE M
1673 C. R. 35
HEIDELBERG, MS  39439

BROWN, RYAN D.
6047 DOVER PLACE
NEW ORLEANS, LA 70131

BROWN, TOMAS
24217 YANCY LN
LACYGNE, KS 66040

BROWN, WANDA
24217 YANCY LN
LACYGNE, KS 66040

BROWN-BLACK, MELODY
801 RICHMOND ST
BIRMINGHAM, AL 35224

BROWNGILMORE, FERNANZA
6120 4TH AVENUE
MARRERO, LA 70072

BROWNLIE, SHELLEY
8 GAFNEY CT.
HILLSBOROUGH, NJ 08844

BRUBAKER, BYRON
160 BERGE LANE
WINFIELD, PA 17889

BRUBAKER, JAMIE
160 BERGE LANE
WINFIELD, PA 17889

BRUBAKER, MICHAEL
160 BERGE LANE
WINFIELD, PA 17889

BRUBAKER, MYRON
2361 COUNTY LINE ROAD
SELINSGROVE, PA 17870

BRUBAKER, ROBIN
160 BERGE LANE
WINFIELD, PA 17889

BRUECK, ARLITTA
4650 HANOVER RD
SAWYER, MI 49125

BRUG, NINA LOUISE
7454 FM 327
ELMENDORF, TX 78112-5511

BRUMBELOW, DAVID
2580 COUNTY ROAD 434 LOOP
ROCKDALE, TX 76567

BRUMBELOW, DAVID
2580 CR 434
ROCKDALE, TX 76567

BRUNO, DEBORAH
224 SE 44TH STREET
CAPE CORAL, FL 33904

BRUNO, DEBORAH
224 SE 44TH STREET
CAPR CORAL, FL 33904

BRUNSON, DENNY RAY
509 EMMARY ST.
HARTSVILLE, SC 29550

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

BRUNTON, RICHARD ALLEN
2324 CONTINENTAL DR.
126 HOLLY ST
SPENCER, NC  28159-1819

BRYAN, ROBERT
32764 EAST BERKLEY COURT
MILLSBORO, DE  19966

BRYANT, BARBARA
2272 SW NIGHTINGALE TER
PORT ST LUCIE, FL  34953-2231

BRYANT, FRANCIS VIRGIL, JR
3311 4TH ST
TWIN LAKE, MI  49457

BRYANT, JON
3937 SKEELS
MONTAGUE, MI  49437

BRYANT, JUDITH ANN
3311 4TH ST
TWIN LAKE, MI  49457

BRYANT, MICHAEL
1416 SILVER LAKE DR
ROCKWALL, TX  75087-0027

BUCHANAN, CHARLES
375 W. 15TH
IDAHO FALLS, ID  83402

BUCHANAN, ELMER JAMES, JR
2302 FOUR MILE CREEK
TAZEWELL, TN  37879

BUCHINSKY, LISA
1414 BUNTING STREET
POTTSVILLE, PA  17901

BUCHINSKY, MICHAEL JR.
1414 BUNTING STREET
POTTSVILLE, PA  17901

BUCK, CHRISTOPHER
17261 W COCOPAH ST
GOODYEAR, AZ  85338

BUCKLEY, WALTER
P.O. BOX 875
BUSHNELL, FL  33513

BUCKNER, LISA
5217 TEN-TEN RD
APEX, NC  27539

BUDA, RITA M
9870 CORDOBA CT 1C
ORLAND PARK, IL  60462

BUDDEN, JAMES
11543 28TH STREET CIRCLE EAST
PARRISH, MANATEE, FL  34219

BUECHE, DOUGLAS CHARLES
1429 ANTHONY WAY
LATROBE, PA  15650

BUERKLE, BRYAN
240 OVERLOOK DR
PITTSBURGH, PA  15106

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

BUFFA, THOMAS
40 WEDGEWOOD DRIVE
WOODBRIDGE, CT 06525

BUFFALOE, DIANNE PULLEY
320 SHELLUM ST.
RALEIGH, NC 27610

BUGLIONE, LOUIS
53-35 80 ST
ELMHURST, NY 11373

BUHRER, ARNO C.
755 PATRICIA AVE.
ANN ARBOR, MI 48103

BUIE, GEORGE MARVIN III
2448 IVY CREEK FRD
YORK, SC 29745-8146

BUJANOWSKI, MICHAEL JOHN
8378 BODKIN AVE
PASADENA, MD 21122

BULL, CORA
17341 HARTSVILLE RUBY RD
HARTSVILLE, SC 29550

BULL, REGINALD
17341 HARTSVILLE RUBY RD
HARTSVILLE, SC 29550

BULLARD, HUBERT
4306 COUNTRY CLUB DR N
WILSON, NC 27896

BULLINGTON, KATHY, INDVIUALLY AND AS
6025 SPRINGFIELD ROAD
WADESVILLE, IN 47638

BULLOCK, ANDREW
379 COUNTY ROUTE 32
HASTINGS, NY 13076

BULLOCK, MICHAEL
13 VIKING TERRACE
FLEMINGTON, NJ 08822

BUMPUS, RONALD R
RT 2 BOX 6-A
COLUMBIA, AL 36319

BUMPUS, RONALD R.
11239 N. COUNTY RD 95
COLUMBIA, AL 36319

BURAS, GWEN A. MELAN
177 CARITA DRIVE
40 MANOR LN
WESTWEGO, LA 70094

BURCH, CONSTANCE LEIGH BROOKS
124 CALEB LANE
CLYDE, NC 28721

BURCH, ROBERT
140 N 100 E APT B
VERNAL, UT 84078-2131

BURCHAM, FRANCIS
603 VALLEY
PO BOX 642
PENDER, NE 68047

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 51 of 444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BURCHAM, FRANCIS
PO BOX 642
PENDER, NE  68047

BURDEWICK, RONALD
33 FOX CT.
HICKSVILLE, NY  11801-5703

BURFORD, MERRILL
627 NE ST. ANDREWS CIRCLE
LEE'S SUMMIT, MO  64064

BURFORD, MICHAEL
11424 EASLEY DRIVE
LEE'S SUMMIT, MO  64086

BURGER, JAMES
2581 E SUMMIT TRAIL
FOXBORO, WI  54836

BURGESS, BARBARA
106 LOWE BLVD
RAINBOW CITY, AL  35906

BURGESS, BARBARA
106 LOWE BLVD
RAINBOW CITY, AL  35906

BURGESS, TERRANCE
19863 N 259TH AVE
BUCKEYE, AZ  85396-7394

BURGIN, DONALD GERALD
1640 E PHILLIPS LK LOOP RD
SHELTON, WA  98584

BURGIN, DOROTHEA JUDY
1640 E. PHILLIPS LAKE LOOP
SHELTON, WA  98584

BURGIN, WADDELL HOWARD
PO BOX 2045
FLETCHER, NC  28732

BURKE, MARGARET M.
17 PINTAIL DRIVE
GLASSBORO, NJ  08028

BURKE, ROBERT
1714 W HEDGECROFT DRIVE
EL LAGO, TX  77586-5840

BURLEY, RAY
15 BURK DRIVE
SILVER BAY, MN  55614

BURNETT, BILLIE
804 E 13TH ST
CAMERON, TX  76520

BURNETT, DEBRA S
1640 HERNDON FARM RD
ROCK HILL, SC  29732

BURNETT, GILES
804 E 13TH ST
CAMERON, TX  76520

BURNETT, LANCE
804 E 13TH ST
CAMERON, TX  76520

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BURNETT, TERRY ANN
3210 MARIGOLD DR.
PRESCOTT, AZ  86305

BURNETTE, ANDREA
C/O HOWARD STALLINGS FROM HUTSON ATKINS
ANGELL DAVIS, PA-ATTN: NICHOLAS C BROWN
P.O. BOX 12347
RALEIGH, NC  27605

BURNETTE, DANIEL
8100 LONGPOINT RD
BALTIMORE, MD  21222

BURNHAM, JOSEPH
7136 SW 5TH RD #337
GAINESVILLE, FL  32607

BURNS (VANBEBBER), MELISSA A
1905 SW NEW ORLEANS AVE
LEES SUMMIT, MO  64081

BURNS, GREGORY C
961 PRAIRIE PLAINS RD
HILLSBORO, TN  37342

BURNS, LORI
49 HANDEL LANE
CINCINNATI, OH  45218

BURNS, LORI
49 HANDEL LANE
CINCINNATI, OH  45218

BURNS, REBECCA
580 BRANDON PL.
BISMARCK, ND  58503

BURNS, ROBERT A.
2 CR 6052 NBU 1002
205 HERITAGE LN
AZTEC, NM  87410-1596

BURRELL, HAROLD E.
1457 N. MERIDIAN ROAD
PECK, KS  67120

BURRIS, DELMAR D
3003 CELEBRATION WAY
LONGVIEW, TX  75605

BURROW, OSCAR
9718 HARRIS AVE
KANSAS CITY, MO  64134

BURT, LARRY S.
4107 WIND CAVE DRIVE
TAYLOR, TX  76574

BURTON, IDA
2007 CLIFFWOOD DRIVE
FAIRFIELD, CA  94534

BURTON, RACHELLE
351 ORIZABA AVENUE
SAN FRANCISCO, CA  94132

BUSH, MARY G
9204 HIGHLAND PK. RD
FAIRVIEW HTS, IL  62208

BUSHELL, PATRICIA
1101 MALKUS WAY
BEL AIR, MD  21014

BUSTAMANTE, PEDRO
FREIRE 1470
VALPARAISO
QUILLOTA
CHILE

BUSTOS, MANUEL
1210 SUTTER CREEK LN
SAN RAMON, CA 94583

BUTLER, ARVA
701 MARKET ST STE 1000
SAINT LOUIS, MO 63101-1851

BUTLER, ARVA
HC 5 BOX 474095
KIRBYVILLE, TX 75956

BUTLER, BURNETT A
172 MEETINGHOUSE RD
HINSDALE, NH 03451-2023

BUTLER, BURNETT A
172 MEETINGHOUSE ROAD
HINSDALE, NH 03451-2023

BUTLER, EDDIE (DECEASED)
EDDIE BUTLER JR
105 EDDIE BUTLER RD
MARSHALL, TX 75672

BUTLER, EVELYN
2207 NE GOLN9
PORTLAND, OR 97211

BUTLER, KENNETH DARNELL
PO BOX 1081
FAIREMONT, NC 28340

BUTLER, MARY
2820 HEBERT ST
BEAUMONT, TX 77705

BUTTS, JAMES
794 STOUT STREET
CRAIG, CO 81625

BUTTS, JAMES
794 STOUT STREET
CRAIG, CO 81625

BUTTS, T R
P.O. BOX 16
KILMICHAEL, MS 39747

BUZBY, GARY
1510 BEAVERDAM ST
CANTON, NC 28716

BYDLON, KAREN I.
3112 SODL LANE
WHITEHALL, PA 18052

BYDLON, ROBERT J.
3112 SODL LANE
WHITEHALL, PA 18052

BYNUM, JIMMY LEROY
RR 18 BOX 987
EDINBURG, TX 78541

BYNUM, KIMBERLY A.
9910 SOUTH MUNRO RD
ODESSA, MO 64076

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 54 of 444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

BYNUM, MICHAEL W.
9910 SOUTH MUNRO RD
LONE JACK, MO  64070

BYRD, BLANCH ELEASE
1132 BETHLEHEM RD
HARTSVILLE, SC  29550-8900

BYRD, JOSEPH
5101 LEONARD ROAD #85
77807
BRYAN, TX  77807

BYRD, ROBERT E
1132 BETHLEHEM RD
HARTSVILLE, SC  29550-8900

BYRD, ROBERT E.
900 PETREL BLVD
KINGS BAY, GA  31547

BYRD, ROBERT
900 PETREL BLVD
KINGS BAY, GA  31547

BYRD, ROBERT
900 PETREL BLVD
KINGS BAY, GA  31547

BYRD, THOMAS E
1132 BETHLEHEM RD
HARTSVILLE, SC  29550-8900

BYRD, WILLIAM
413 RAYNOR DRIVE
FAYETTEVILLE, NC  28311

BYRGE, LESLIE
112 LAMBERT DR
NEWPORT NEWS, VA  23602-6532

BYRNE, BRIAN
4008 CRESTWOOD DR.
GIBSONIA, PA  15044

BYRNE, DANIEL
1201 15TH ST
CONWAY, PA  15027-1160

BYRNE, MARIAN
908 PARK PLAZA
WEXFORD, PA  15090

BYRNE, MICHAEL
12307 HIGHWAY 6
IREDELL, TX  76649-4590

BYRNE, PATRICK F. JR
43 S.BALPH AVE
PITTSBURGH, PA  15202

BYRNES, BARBARA EDWARDS
275 BROOKSIDE AVE
ALLENDALE, NJ  07401

CABALLERO, ARMANDO
15196 E JEFFERSON PL
AURORA, CO  80014

CABALLERO, ELVIAN RAMON ORMENO
CALLE CINCO #734B CASA #19
CON CON II REGION
CHILE

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 55 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

CABEZODA, ANTOLINO PEREZ
HCO2 BOX 12249
GURABO, PR  00778

CADY, APRIL
275 SE WINCHESTER HILL DR
CHEHALIS, WA  98532-3073

CALDERON ALVAREZ, MIGUEL ANGEL
ALCALDE SUBERCASEAUX 2099
QUILPUE
VALPARAISO
CHILE

CALDWELL, FOSTER, SR. (DECEASED)
BARBARA CALDWELL
P.O. BOX 11736
HOUSTON, TX  77293-1736

CALERO RIVERA, CONFESOR
CLUB EL CORTIJA EE-22 CALLE 8A
BAYAMON, PR  00956

CALERO, IVAN
62-09 WOODHAVEN BLVD
APT # 3B
REGO PARK, NY  11374

CALHOUN, NICOLE
1328 WEST 122ND STREET
LOS ANGELES, CA  90044

CALL, WOODROW W
149 COOPER ROAD
TOLEDO, WA  98591

CALLAHAN, FRANKLIN DELANO, JR.
PO BOX 572
SHELBY, NC  28150-0572

CALLAHAN, JEFFREY
1173 STATE ROUTE Y
HARRISBURG, MO  65256

CALLAHAN, JUDY
1173 STATE ROUTE Y
HARRISBURG, MO  65256

CALLENDER, KLAUDYA MCKEE
147 KEEN RD
ARCADIA, LA  71001

CALLIHAN, CHARLES WAYNE
16244 HWY 131
BLADENBORO, NC  28320

CALLIHAN, JOHN
255 MAPLEWOOD DRIVE
JOHNSTOWN, PA  15904

CALLIS, WILLIAM H.
712 PATTONS CREEK ROAD
PENDLETON, KY  40055

CALLOWAY, EDDIE
C/O GEORGE & FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN  46204

CALUBAQUIB, ROMULO L
P.O. BOX 10396
232 TUMON HACK ROAD
TAMUNING, GU  96931

CALUBAQUIB, ROMULO L
P.O. BOX 10396
TAMUNING, GU  96931

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


CALVEY, AMANDA
1115 WEST CARPENTER
JERSEYVILLE, IL  63052

CAMACHO, TEODORO
621 RITTENHOUSE
HOUSTON, TX  77076-2612

CAMACHO, YVONNE
1545 MONTEREY PARK DR.
#B
SAN YSIDRO, CA  92173


CAMARATA, JOSEPH, JR.
400 PROSPECT STREET
JAMESTOWN, NY  14701

CAMBRE, DALE
154 CLAYTON DR.
NORCO, LA  70079

CAMELA, LIMONA B, JR
2819 PINEGROVE DRIVE
WEST CARROLLTON, OH  45449


CAMERON, GARY LYNN
3769 DOUG SUMNER LANE
METROPOLIS, IL  62960

CAMERON, GARY LYNN
3769 DOUG SUMNER LANE
METROPOLIS, IL  62960

CAMERON, GARY LYNN
3769 DOUG SUMNER LANE
METROPOLIS, IL  62960


CAMERON, GARY LYNN
3769 DOUG SUMNER LANE
METROPOLIS, IL  62960

CAMERON, GARY LYNN
3769 DOUG SUMNER LANE
METROPOLIS, IL  62960

CAMERON, HOWARD
1005 WILLOW CREEK
PLAIN CITY, OH  43064


CAMERON, JOHNNIE LOU
1718 ROTAN RD
MOUNT PLEASANT, TX  75455

CAMERON, WILLIAM B
3147 CHERBOURG CT
MARIETTA, GA  30062

CAMMISA, JOHN III
56 GRANVILLE RD
EASTHAMPTON, MA  01027


CAMPANELLA, RALPH S
3331 NE 31ST AVE
LIGHTHOUSE POINT, FL  33064

CAMPANELLA, RALPH S
3331 NE 31ST AVE
LIGHTHOUSE POINT, FL  33064

CAMPANICKI, JOHN B.
88 PATTERSONVILLE RD.
RINGTOWN, PA  17967

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

CAMPBELL, ARTHUR
132 CHARLES DRIVE
HAVERTOWN, PA  19083

CAMPBELL, BRENDA K. DECEASED
172 WILLOW RD
CARROLLTON, OH  44615

CAMPBELL, CLOYD
105 MADISON AVE.
NORTHUMBERLAND, PA  17857

CAMPBELL, DAVID
1439 SOLLJ AVE
MAYWOOD, IL  60153

CAMPBELL, JAMES LARRY
1208 COMPTON RD.
CLINTON, SC  29325

CAMPBELL, JOHN
116 W 5TH STREET
DEER PARK, TX  77536

CAMPBELL, JOHN
P.O. BOX 955
BACLIFF, TX  77518

CAMPBELL, JOHNNIE LEE
1015 RIVER OAKS DRIVE
BENTON, AK  72015

CAMPBELL, RONALD
18 MARBELLA COURT
PALM COAST, FL  32137-2279

CAMPBELL, THOMAS H
608 ROBINDALE LN
FAIRFIELD, TX  75840-1914

CAMPILLAY RODRIGUEZ, OSCAR ENRIQUE
MADRID NO 602
VILLA ALEMANA
VALPARAISO
VALPARAISO  CHILE

CAMPO, MICHAEL M DEL
4102 FLORIDA ST.
SAN DIEGO, CA  92104

CAMPOPIANO, LEO
2427 ANCHOR AVE
SPRING HILL, FL  34608

CAMPOPIANO, LEO
LEO CAMPOPIANO
C/O THE LIPMAN LAW FIRM, 5915 PONCE DE
LEON BLVD.
STE. 44
CORAL GABLES, FL  33146

CANCIENNE, GLORIA
226 ST. NICHOLAS ST.,
LULING, LA  70070

CANDALES, ANTONIO DAVID
9445 PALESTRO ST
LAKE WORTH, FL  33467

CANDALES, ANTONIO DAVID
9445 PALESTRO ST
LAKE WORTH, FL  33467-6145

CANDELARIA, ROBERTA
6551 CR 193
ARBOLES, CO  81121

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 58 of 444

IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

CANDIES, SUSAN V.
P.O. BOX 301
LULING, LA  70070

CANDIES, SUSAN V.
P.O. BOX 301
LULING, LA  70070

CANETE, EDGARDO
AUSTRAL 4842 GOMEZ CARRENO
VINA DEL MAR
CHILE

CANFIELD, WILLIAM DAVID
415 E WATER ST APT B
15360 KING RD
HOWARD, OH  43028-9643

CANNATA, FRANK J
241 SANDPIPER DR
RIVERHEAD, NY  11901-6334

CANNATA, FRANK J
241 SANDPIPER DRIVE
RIVERHEAD, NY  11901

CANO, DOMINGO RODRIGUEZ
828 WEST CENTERVILLE RD
APT. 155
GARLAND, TX  75041

CANO, TIFFANY
18822 SWANSEA CREEK DR
NEW CANEY, TX  77357-1547

CANTALI, SEBASTIAN
33 DELEVAN AVE
JAMESTOWN, NY  14701

CANTALI, SEBASTIAN
33 DELEVAN AVE
JAMESTOWN, NY  14701

CANTON, NICHOLAS
12031 12TH ST.
SAME AS ABOVE
SANTA FE, TX  77510

CANTONE, VINCENT
2643 HERRINGTON ROAD
6943 HOWE ST
GROVES, TX  77619-6208

CANTRELL, TIMOTHY
100 IRELAND
STREETMAN, TX  75859

CANTRELLE, STEVE C
700 HARPER DR
MARSHALL, TX  75672-5702

CANTU, ARTURO
1702 BOSTIC ST
HOUSTON, TX  77093

CANTU, HERMILA
1610 INSPIRATION RD APT 14
MISSION, TX  78572-7288

CANTU, HERMILA
LAW OFFICE OF MARK A. CANTU
801 WEST NOLANA
SUITE 320
MCALLEN, TX  78504

CANTWELL, GREGORY
5308 JEREMY DAVID ST
NORTH LAS VEGAS, NV  89031

Case 14-10979-CSS    Doc 14225    Filed 05/27/21    Page 83 of 1081

Debtor: ENERGY FUTURE HOLDINGS CORP., et al       NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED       Page 59 of 444
IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

CAPASSO, DEBRA L
39 PURDY ST #8
HARRISON, NY  10528

CAPASSO, DEBRA L
39 PURDY ST 8
HARRISON, NY  10528-3724

CAPEHART, DENNIS G
27 EAST WIND ROAD
BUXTON, ME  04093

CAPEHART, DENNIS G
JANET CAPEHART
27 E WIND RD
BUXTON, ME  04093

CAPELLA, BRUCE J
39086 ST JUDE DR
PEARL RIVER, LA  70452

CAPEZZA, JOSEPH J.
190 HERMITAGE DRIVE
TULLAHOMA, TN  37388

CAPILAYAN, ROGER
921 F STREET
SPARKS, NV  89431

CAPLINGER, ROBERT
5046 RIVER COURT
OREANA, IL  62554

CAPOBIANCO, ANTHONY
6042 CARTER ST
HUBBARD, OH  44425-2321

CAPONIS, PATRICIA
2471 LAKE LINCOLN DR NE
WESSON, MS  39191

CAPPELLO, JENNIFER
12917 COMPTON ROAD
LOXAHATCHEE, FL  33470

CAPPELLO, JENNIFER
12917 COMPTON ROAD
LOXAHATCHEE, FL  33470

CAPPELLO, MARILYN
156 LAKE CAROL DR
WEST PALM BCH, FL  33411-2130

CAPPELLO, MARILYN
156 LAKE CAROL DR
WEST PALM BCH, FL  33411-2130

CARD, DIANNE E. DECEASED
2619 ESPENLAUB LN
KANSAS CITY, KS  66106

CARITHERS, KERRY L.
1605 LAKESIDE TRL
CUMMING, GA  30041-8415

CARLOCK, JAMES
101 S COLORADO ST
CELINA, TX  75009-6439

CARLOTTI, PETER
1326 ROSEWOOD RD
GOLDSBORO, NC  27530

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

CARLSON, WALTER
724 NE 100TH AVE
VANCOUVER, WA 98664

CARLTON, ISAAC F.
13711 CARLTON ROAD
DUETTE, FL 33834

CARMAN, DON
670 20 HEMPFIELD HILL ROAD
P.O. BOX 493
MOUNTVILLE, PA 17554-0493

CARMAN, DON
P.O. BOX 493
MOUNTVILLE, PA 17554-0493

CARMICHAEL, DWIGHT
4207 SOUTH MEADOWS
ALVIN, TX 77511

CARN, KATHLEEN ANN
330 LORRAINE LN
HAMILTON, MT 59840-3334

CARNEVALE, KENNETH R
8 JOYCE ANN DR
SMITHFIELD, RI 02917-2406

CARNEVALE, MATTHEW
2400 HARTFORD AVE APT E
JOHNSTON, RI 02919-1721

CAROLL, MICHAEL
PO BOX 484
MILL SPRINGS, NC 28756

CARPENTER, KENNETH
688 WEST RD
SALEM, CT 06420

CARPENTER, PRESTON
700 W. HARRISON
JACKSONVILLE, TX 75766

CARR, JAMES
5341 WYALUSING AVE
PHILA, PA 19131-5018

CARR, JAMES
5341 WYALUSING AVE
PHILADELPHIA, PA 19131-5018

CARR, LESTER EARNEST (DECEASED)
KATHERINE CARR
P.O. BOX 1339
LATEXO, TX 75849

CARRASCO, JOSE
AVENIDA CENTRAL
NO 6 LAGUNA VERDE
VALPARAISO
CHILE

CARRELL, GREGORY D
3629 EDGERTON ST
VADNAIS HGTS, MN 55127

CARRERAS, VICENTE
216 VERSILIA CIR
AUSTIN, TX 78734-5297

CARRETE, JESUS J
1509 LEAFDALE AVE
SOUTH EL MONTE, CA 91733

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

CARRETE, JESUS
1509 LEAFDALE AVENUE
SOUTH EL MONTE, CA  91733

CARROLL, ALMETER
11116- SO. HOBART BL
LOS ANGELES, CA  90047

CARROLL, BILLY W
119 E. CUTHBERT BLVD APT S2
HADDON TWP, NJ  08108

CARROLL, CHARLES RUSSELL
158 JASON OWENSBY DR.
GAFFNEY, SC  29340

CARROLL, FRANCES
245 CR 3473
JOAQUIN, TX  75954

CARROLL, LORRI
243 WILL EDWARDS RD (PO BOX 484)
MILL SPRING, NC  28756

CARROLL, RAYMOND ANTHONY, SR
245 CR 3473
JOAQUIN, TX  75954

CARROLL, RAYMOND, JR
567 HAWKEN DRIVE
COPPELL, TX  75019

CARROLL, ROBERT F
463 23RD STREET SE
VERO BEACH, FL  32962

CARROLL, WILLIAM E
7 PINE RIDGE RD
MASHPEE, MA  02649-3929

CARSON, STEVEN
1806 MOJAVE TRAIL
LEAGUE CITY, TX  77573

CARTER, ARTHER REAN
317 BRANDON BAY RD
TYLERTOWN, MS  39667

CARTER, BERTHA M.
535 GENTRY CIRCLE EAST
RICHMOND HEIGHTS, OH  44143

CARTER, CAROL
24 JAMES DRIVE
METROPOLIS, IL  62960

CARTER, CHARLES L
3838 ARROW POINT TRAIL W
JACKSONVILLE, FL  32277

CARTER, JAMES T.
535 GENTRY CIRCLE EAST
RICHMOND HEIGHTS, OH  44143

CARTER, JOHN LEWIS, JR.
302 E MARION ST
KERSHAW, SC  29067

CARTER, KATHY M
16 EDGERTON TERRACE
EAST ORANGE, NJ  07017

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


CARTER, LEWIS I., JR.
WANDA LEE CARTER
4708 MONNA ST.
FORT WORTH, TX  76117

CARTER, LOIS
277 STACKHOUSE ROAD
FAIRMONT, NC  28340

CARTER, MICKEY MAHAFFEY
302 E. MARION ST
KERSHAW, SC  29067


CARTER, TERRY
609 LAKESHORE DRIVE
NORTH SIOUX CITY, SD  57049

CARTER, WANDA R
101 JASON LANE
CUMMING, GA  30040

CARTER, WILLIAM
24 JAMES DRIVE
METROPOLIS, IL  62960


CARTER, WILLIAM
2520A N SHEFFIELD AVE
CHICAGO, IL  60614

CARTER, WILLIE L.
277 STACKHOUSE RD
618 E 5TH ST #A
LUMBERTON, NC  28358-5504

CARTWRIGHT, STEVE
4440 TUTTLE CREEK BLVD LOT 25
MANHATTAN, KS  66502-8818


CARUSO, CARL
868 HUDSON AVE
SARASOTA, FL  34236

CASCONE, LOUIS T.
4406 ALBACORE CIRCLE
PORT CHARLOTTE, FL  33948

CASEY, JOSEPH D.
39432 DUNDEE ROAD
ZEPHYRHILLS, FL  33542-4767


CASH, CLEVELAND T
P.O. BOX 9
CLIFFORD, VA  24533

CASILLAS, HECTOR
541 LENREY AVE
EL CENTRO, CA  92243

CASLIN, PATRICK
2448 STARKAMP ST
PITTSBURGH, PA  15226


CASS, GERALD L ESTATE OF
2940 E 94TH PL APT 1008
TULSA, OK  74137-8724

CASS, GERALD
2940 E 94TH PL APT 1008
TULSA, OK  74137-8724

CASSAR, DENNIS
3 BALLAST AVE
BARNEGET, NJ  08005

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


CASSIDY JR., DANIEL
66 FALLEN TIMBER RD
AVELLA, PA  15312

CASSIDY, CHRISTINE
66 FALLEN TIMBER RD
AVELLA, PA  15312

CASSIDY, DANIEL
66 FALLEN TIMBER RD
AVELLA, PA  15312


CASSIDY, JAMES
195 RIDGE RD
AVELLA, PA  15312

CASSIDY, MATTHEW
4201 CANTERWOOD DR.
HOUSTON, TX  77068

CASSIDY, MAURICE
1200 BLUEBIRD LN
BUSHKILL, PA  18324


CASSIDY, OLIN
1580 PHEASANT RUN ROAD
HARTSVILLE, SC  29550

CASTILLO, CECILIA DECEASED
5452 PAYNE ST
CORSICANA, TX  75110

CASTILLO, JOSE SILVA (DECEASED)
GUADALUPE SALAZAR
4827 CYNTHIA
CORPUS CHRISTI, TX  78410


CASTLE, CINDY
PO BOX 530
SAINT JO, TX  76265

CASTLE, EVERETT DOYLE
PO BOX 530
SAINT JO, TX  76265

CASTRO, WILLIAM
918 NO.SOLDANO AVE
AZUSA, CA  91702


CATALAN ORELLANA, JUAN
JUAN PABLO II, BLOCK I, DEPTO 201
VALPARAISO
CHILE

CATALAN WILSON, JAVIERA
JUAN PABLO II 51, BLOCK I, DEPTO 201
VALPARAISO
CHILE

CATERINO, JOHN GEORGE, JR
2868 SUNKIST DR.
VISTA, CA  92084


CATIZONE, DOROTHY
21 SHAMOKINN ST
ASHLAND, PA  17921

CATON, NANCY
820 N. MUNROE RD
TALLMADGE, OH  44278

CATUOGNO, MICHAEL
34 ELIOT RD.
MANALAPAN, NJ  07726

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

CAUDLE, DONNA
601 WELSH ST
MONROE, NC 28112

CAULDER, JANICE M.
3615 PELHAM LANE
MIDLAND, NC 28107

CAULDER, TONY LEE
3615 PELHAM LN.
MIDLAND, NC 28107

CAVACINI, FRANK A.JR
P.O. BOX 501
TALLMAN, NY 10982

CAVINESS, MARY HELEN
219 N. HILLSBOROUGH AVE
ARCADIA, FL 34266

CECCHINI, MARC
942 ROYAL CT
CANONSBURG, PA 15317

CEGLADY, KERRY L.
120 VASSAR ROAD
SAINT AUGUSTINE, FL 32086

CEGLADY, KERRY L.
120 VASSAR ROAD
SAINT AUGUSTINE, FL 32086

CELONE, LOUIS
3607 BLOSSOM PARK CT
ARLINGTON, TX 76016

CEPERO, LEONARDO
3860 O'BERRY RD.
KISSIMMEE, FL 34746

CERDA, ABEL
313 W HART
PASADENA, TX 77506

CERNA, CARLOS
2315 SW. 11TH ST.
DES MOINES, IA 50313

CERNA, CARLOS
2315 SW. 11TH ST.
DES MOINES, IA 50315

CERNA, CARLOS
2315 SW. 11TH ST.
DES MOINES, IA 50315

CETTELL SR, RICHARD
7649 GUN CLUB RD
WESTFIELD, NY 14787

CETTELL, JOSEPH
5276 WEST MAIN RD
FREDONIA, NY 14063

CHAFFIN, DANIEL E
119 N. PHILIP RD
NILES, MI 49120

CHAFFIN, JILL
119 N. PHILIP
NILES, MI 49120

Debtor: ENERGY FUTURE HOLDINGS CORP., et al     NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

CHAFFIN, RANDALL L.
156 FRONT STREET #113
EXETER, NH  03833

CHAMBERS, BRENDA, MICHAEL, SR
2017 GORDON STATION RD
PORT GIBSON, MS  39150

CHAMBERS, OTHA L.
111 GLENWOOD RD
EDEN, NC  27288

CHAMBERS, PATRICIA .
189 WALTON ROAD
14 MONARCH WAY
KINGSTON, NH  03848-3271

CHAMBERS, PATRICIA .
C/O BROOKMAN, ROSENBERG, BROWN, &
SANDLE
30 S. 15TH STREET
17TH FLLOR
PHILADELPHIA, PA  19102

CHAMBERS, ROBERT H.
C/O BROOKMAN ROSENBERG BROWN &
SANDLER
30 S. 15TH STREET, 17TH FLOOR
PHILADELPHIA, PA  19103

CHAMBLEE, STEVEN E.
CO RD 6694 #16
P.O. BOX 406
FRUITLAND, NM  87416

CHAMNESS, CHARLES C
15732 E CAVERN DR
FOUNTAIN HILLS, AZ  85268

CHAMPAGNE, ALFRED
601 TERRI DRIVE
LULING, LA  70070

CHAMPAGNE, JAREL J. DECEASED
215 CAY CROSSING
DICKINSON, TX  77539

CHAMPAGNE, PAUL (DECEASED)
JUDY CHAMPAGNE
P.O. BOX 284
LIVERPOOL, TX  77577

CHAN, HOWEI
462 RIDGE RD
HARTSDALE, NY  10530-2216

CHAN, VINCENT
5014 OCEANIA ST
OAKLAND GARDENS, NY  11364

CHANDLER, ATHER LOUIS
15129 CANE HARBOR
CORPUS CHRISTI, TX  78418

CHANDLER, JERRY ANSEL
4002 ARROWHEAD TRL
SENECA, SC  29672

CHANDLER, LARRY RAYMOND
309 ALVERSON RD.
PELZER, SC  29669-9399

CHANDLER, WILLIAM O , JR
17 WEST LOOP ROAD
BIDDEFORD, ME  04005

CHANNEL, HARVEY LEE
202 BRADFORD DR
HENDERSON, TX  75652-9337

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

CHANNEL, HARVEY LEE
202 BRADFORD DR
HENDERSON, TX  75652-9337

CHAPARRO, ALONSO S
935 W 35TH PL.
CHICAGO, IL  60609

CHAPARRO, FERNANDO
2800 W TENNESSEE AVE
DENVER, CO  80219-3515

CHAPARRO, FERNANDO
2800 W. TENNESSEE AVENUE
DENVER, CO  80219

CHAPMAN, DANIEL WAYNE
PO BOX 7325
GLEN ROSE, TX  76043-7325

CHAPPUIS, EDWARD RICHARD, JR.
P.O. BOX 931
BACLIFF, TX  77518

CHARLES, DEBORAH
949 DEMOTT AVE
BALDWIN, NY  11510

CHARLESTON, RUSSELL
21632 STATE ROAD 54
LUTZ, FL  33549-6914

CHARRIER, JAYLENE
9625 DEER RUN AVE
ZACHARY, LA  70791

CHATMAN, WHIT ELLIS
2900 S VALLEY VIEW BLVD TRLR 308
LAS VEGAS, NV  89102-5951

CHAVEZ, ADAM
3900 WELLINGTON ST
FARMINGTON, NM  87402-4622

CHAVEZ, BETTY
1303 PEARGROVE LN
FARMINGTON, NM  87401

CHAVEZ, ELISEO
PO BOX 861
AZTEC, NM  87410

CHAVEZ, HENRY LENNY
1303 PEARGROVE LN
FARMINGTON, NM  87401

CHAVEZ, SYLVIA E.
1226 ATCHINSON #5
SEALY, TX  77474

CHAVOUSTIE, PATRICK
5433 SE MILES GRANT RD APT E204
STUART, FL  34997-1850

CHAVOUSTIE, PATRICK
5433 SE MILES GRANT RD APT E204
STUART, FL  34997-1850

CHAVOUSTIE, PATRICK
ERIC D BUETENS
6514 RALSTON AVE
INDIANAPOLIS, IN  46220-1278

CHEATHAM, AUBRANELL WAITS
2233 WESTMERE ST
HARVEY, LA  70058

CHEATHAM, AUBRANELL WAITS
2233 WESTMERE ST
HARVEY, LA  70058

CHEATHAM, DANIEL
4909 WEST 700 NORTH
MADISON, IN  47250-6905

CHECK, ROBERT S
4833 HILLSIDE RD
NORTHAMPTON, PA  18067

CHEEK, ROBERT
33522 BEAVER CREEK ROAD
PAOLA, KS  66071

CHELETTE, THERESA
719 W. VERMONT AVENUE
VILLA PARK, IL  60181

CHELETTE, THERESA
719 W. VERMONT AVENUE
VILLA PARK, IL  60181

CHEN, CHIU Y
ESTATE OF
57 PACIO CT
ROSELAND, NJ  07068-1123

CHEN, CHIU YUAN
57 PACIO COURT
ROSELAND, NJ  07068

CHEN, FRANCISCO A
7137 PARK AVE APT #3
FLUSHING, NY  11365-4136

CHEN, HWANG YUAN
48 CAMPBELL AVE
AIRMONT, NY  10901

CHEN, JANET C
57 PACIO COURT
ROSELAND, NJ  07068

CHEN, JANET C
57 PACIO CT
ROSELAND, NJ  07068-1123

CHERAMIE, JESSIE
308 DAVIS DR
LULING, LA  70070

CHERNESKI, THOMAS E
6 BERWICK ST
BEAVER MEADOWS, PA  18216

CHERRY, EDDIE
3877 FERN LAKE CUT-OFF
MARSHALL, TX  75672-1449

CHEVALIER, BERNARD
28811 JAMISON ST APT 218A
LIVONIA, MI  48154-4083

CHIARELLI, MARIA ANNA
2391 NW 89TH DR
CORAL SPRINGS, FL  33065-5673

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 68 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

CHICAHUAL SANCHEZ, JORGE EDUARDO
PASAJE SOFIA 119
PLAYA ANCHA
VALPARAISO
VALPARAISO 2340000 CHILE

CHILDRESS, JAMES A
14804 AVENUE OF THE GRVS APT 11113
WINTER GARDEN, FL 34787-8738

CHILDRESS, JAMES A
14804 AVENUE OF THE GRVS APT 11113
WINTER GARDEN, FL 34787-8738

CHILDRESS, SANDRA
429 THOMAS ROAD
MADISON HEIGHTS, VA 24572

CHILDRESS, WALTER
429 THOMAS ROAD
MADISON HEIGHTS, VA 24572

CHILES, CHANDA
PO BOX 282
WARSAW, MO 65355

CHILLINSKY, THOMAS
375 WATERS EDGE DR
HEBRON, OH 43025

CHILSON, JOHN
1660 CODY LANE
FT. PIERCE, FL 34945

CHIMINO, RICHARD JOSEPH
467 SMITH RD.
HOMER CITY, PA 15748

CHIN, DODSON W
14 DOE RUN LANE
STRATHAM, NH 03885

CHIRDON, HARRY
168 POINT VIEW DR
WILLIAMSBURG, PA 16693

CHISOLM, VIRGINIA
849 INMAN AVENUE
NORTH EDISON, NJ 08820

CHISSUS, DEBBIE K
11921 25TH ST SE
LAKE STEVENS, WA 98258

CHISSUS, MARK S
11921 25TH ST SE
LAKE STEVENS, WA 98258

CHLEBORAD, THOMAS, JR
2919 MITCHELL AVENUE
SAINT JOSEPH, MO 64507

CHOQUETTE, RAMON
1717 SOUTH LAKEPORT ST
SIOUX CITY, IA 51106

CHRISTESEN, DENISE
# 7 UPPER COLORADO
BAY CITY, TX 77414

CHRISTIE, CONNIE
6565 WELDON CIRCLE
CONCORD, NC 28027

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 69 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

CHRISTOPHERSON, GWEN BUCKELS
94 COUNTY ROAD
DAYTON, TX  77535

CHRISTOPHERSON, LAURIE
14585 CAMEO AVE
ROSEMOUNT, MN  55068

CHRISTY, BETTYLOU
561 DOREMUS AVE
GLEN ROCK, NJ  07452

CHRISTY, JAMES M., SR.
82 HILKERT ROAD
DANVILLE, PA  17821

CHRISTY, MICHAEL
2450 ROEMER ROAD
ASHVILLE, NY  14710

CHU, TOAN K
5779 SKINNER WAY
GRAND PRAIRIE, TX  75052

CHUNG, EILEEN
372 FIFTH AVE #3A
NY, NY  10018

CHUNG, PATRICIA
372 FIFTH AVE
APT 3A
NEW YORK, NY  10018

CHURCH, PATRICIA
1954 FLAT TOP RD
GHENT, WV  25843-9386

CHURCH, STEVEN
202 BURLINGTON AVE
BILLINGS, MT  59101-5935

CIALONE, RICHARD
41 LAFAYETTE LANE
BASKING RIDGE, NJ  07920

CIANCI, JOHN
914 S DORAL LN
VENICE, FL  34293-3808

CIANFLONE, JOSEPH A. DECEASED
4782 BARONE DRIVE
PITTSBURGH, PA  15227

CIBELLO, ANTHONY
251 LEHIGH ST
WILKES BARRE, PA  18702

CICCHINO, DAVID J.
47 WOODCREST DRIVE
MOUNT HOLLY, NJ  08060

CICCONE, ANTHONY JOSEPH
226 SOUTHERN VALLEY COURT
MARS, PA  16046

CICCONE, GARY
106 HERITAGE DR.
KITTANNING, PA  16201

CIMINO, JETTA
1000 PACAYA DR. NW
ALBUQUERQUE, NM  87120

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

CIMINO, JETTA
3509 AVENIDA CHARADA NW
ALBUQUERQUE, NM  87107-2603

CITERA, CHARLES
16 ACADEMIC RD
EAST BRUNSWICK, NJ  08816

CITERA, PASQUALE C
ESTATE OF
2969 POST AVENUE
WANTAGH, NY  11795

CLAASSEN, LEROY
122 17ST
BLACK EAGLE, MT  59414

CLAMPITT, EUGENE F, SR
PO BOX 11226
YAKIMA, WA  98909

CLAMPITT, EUGENE
PO BOX 11226
YAKIMA, WA  98909-2226

CLANCY, EDWARD VINCENT
12137 BRYANT ST
WESTMINSTER, CO  80234-3252

CLARK, ALLIE
261 CLARK
STARKVILLE, MS  39759

CLARK, FAYE E.
RT 1, BOX 396
ADRIAN, MO  64720

CLARK, FREEMAN L., JR
261 CLARK RD
STARKVILLE, MS  39759

CLARK, GEORGE J.
50 WILLIAMS ROAD
CAMDEN, SC  29020

CLARK, H B
8632 LA SALLE ST #A
CYPRESS, CA  90630

CLARK, IDA
2859 CARMEL CHURCH RD
NATCHEZ, MS  39120

CLARK, JAMES
515 MORGAN TRACE LANE
GOLDSBORO, NC  27530

CLARK, JOE
3068 PINE GROVE ROAD
PORT GIBSON, MS  39150

CLARK, LEONARD EUGENE
PO BOX 1332
MOUNTAIN VIEW, AR  72560

CLARK, MATTHEW T.
37807 E. 316 ST.
GARDEN CITY, MO  64747

CLARK, MICHAEL DALE
292 LINDER RD
GAFFNEY, SC  29341

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


CLARK, RICHARD B.
417 SWANK ST.
GALVA, IL 61434

CLARK, SAMUEL RANDLE (DECEASED)
LILLIE CLARK
7738 WATER PARK LN
HOUSTON, TX 77086

CLARK, SANDRA
3211 HICKORY TREE RD #1003
BALCH SPRINGS, TX 75180


CLARKE, THOMAS
27704 E AMBASSADOR PR NE
BENTON CITY, WA 99320

CLARKE, WILLIAM
1902 OLD S PALMETTO
SIOUX CITY, IA 51106

CLARKE-HAMM, DRINDA
PO BOX 40562
RALEIGH, NC 27629


CLAUDIO, MIGUEL A. OLIVO
CALLE DR. MORALES FERRER CK-10
5TA SECCION
LEVITTTOWN, TOA BAJA, PR 00949

CLAUS, NORMAN
3173 HARTS RUN RD.
GLENSHAW, PA 15116

CLAWSON, WILLIAM A
149 FIRST ST.
PO BOX 98
HEILWOOD, PA 15745


CLAY, WANDA G.
309 CLAY ROAD
CAMDEN, SC 29020

CLAYPOOL, JAMES
981 GIRTY RD
SHELOCTA, PA 15774-2406

CLAYTON, BARBARA
605 S 6TH ST
SEADRIFT, TX 77983-5000


CLAYTON, CHRISTOPHER
2239 SCHOOLHOUSE ROAD
RANSOMVILLE, NY 14131

CLAYTON, GLORIA
2720 HARVIE RD
RICHMOND, VA 23223

CLAYTON, MARCIA REYNOLDS
2743 DINK ASHLEY RD
TIMBERLAKE, NC 27583


CLAYTON, STEWART K
609 DODD ST
LONGVIEW, TX 75603

CLAYTON, STEWART
609 DODD ST
LONGVIEW, TX 75603

CLAYTON, WALTER R.
133 W W CLAYTON ROAD
ROXBORO, NC 27574

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

CLAYTON, WILBUR THOMAS, JR.
2743 DINK ASHLEY RD
TIMBERLAKE, NC  27583

CLENDENIN, MARY
89 WILLIAMSON ST
RAVENSWOOD, WV  26164-9651

CLENDENIN, MARY
89 WILLIAMSON ST
RAVENSWOOD, WV  26164-9651

CLENDENNEN, DAVID ANDREW
P.O. BOX 606
WHITNEY, TX  76692

CLESCERE, PETER
1930- NW. 18TH STREET.
DELRAY BEACH, FL  33445

CLEVENGER, JAMES
210 SOUTH 4TH AVE
RIDGEFIELD, WA  98642

CLIFFORD, MARK
23 OLDE FORT RD
CAPE ELIZ, ME  04107-1812

CLIFT, ROBERT
33253 478TH AVE
JEFFERSON, SD  57038

CLINTON, JEFFREY
1221 HERMAN RD
CABOT, PA  16023

CLINTON, MARK
105 ISEMAN ROAD
FREEPORT, PA  16229

CLOSE, KAREN M.
36 CHAMBERLAIN AVE
BRUNSWICK, ME  04011-2530

CLOUTIER, JOHN H
2608 STAPLETON DRIVE
DONALSONVILLE, GA  39845

CLUBB, FLOYD C., SR.
2131 JEFFERSON AVE
GASTONIA, NC  28056

CLUFF, DARRELYN L
7211 GARDEN GLEN CT #114
HUNTINGTON BEACH, CA  92648

CLY, CASSANDRA VANESSA
PO BOX 465
WATERFLOW, NM  87421

CLYBURN, GARY D
#78 KNEEN ST
SHELTON, CT  06484

CLYBURN, GARY D
#78 KNEEN ST
SHELTON, CT  06484

COBB, BERNARD
PO BOX 32
FOLKSTON, GA  31537

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

COBB, LAIRD A
PO BOX 228
LA PLATA, NM  87418

COCHENOUR, JERRY
R.R. 1 BOX 93
ARBELA, MO  63432

COCHRAN, BILL
20959 MOELLMAN AVE.
LINCOLN, MO  65338

COCHRAN, RUSSELL WILLIAM
23451 WAYAH RD.
TOPTON, NC  28781

COCKLIN, PAUL ROGER
2129 REGATTA LN. UNIT 303
DENVER, NC  28037-7613

COCKRELL, DAVID E.
STAR RT BOX 6 CR457
BAY CITY, TX  77414

CODERO, PATRICIA CLORINDA VILLANUEVA
LAS CARMELITAS N 70
PAIS CHILE COMUNA VILLA ALEMANA
PAIS
CHILE

CODY, JAMES E. DECEASED
2407 W. PINE HILL RD
LONDON, KY  40744

CODY, SAMMY
461 ADRIAN DR.
ST. LOUIS, MO  63137

COE, WILLIAM B
P.O. BOX 131
ALEXANDER, IL  62601

COLE, ARTHUR B, SR
502 S KANSAS
ROSWELL, NM  88203

COLE, EARL E.
5900 TALLENT RD
KNOXVILLE, TN  37912

COLE, FRIEDA S.
595 JOHN SPARKS RD
BAKERSVILLE, NC  28705

COLE, LADY
7862 MAVERICK TRACE LANE
CYPRESS, TX  77433

COLE, RALPH EDWARD
P.O. BOX 269
90 CORD LN
KINGSLAND, GA  31548-4506

COLE, ROBERT EDWARD
595 JOHN SPARKS RD.
BAKERSVILLE, NC  28705

COLEMAN, ALBERTA C
908-H MACMILLAN AVE.
WILMINGTON, NC  28403

COLEMAN, DONALD M
15639 72ND DRIVE NORTH
PALM BEACH GARDENS, FL  33418

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


COLEMAN, EARNEST
2052 MAGNOLIA LANE EXTENTION
PORT GIBSON, MS  39150

COLEMAN, JENNIFER
2052 MAGNOLIA LANE EXT
PORT GIBSON, MS  39150

COLEMAN, LOIS
5918 LINTHICUM LANE
LINTHICUM HEIGHTS, MD  21090

COLEMAN, RENSIE V
1700 PARK PL
LAGRANGE, GA  30240-1835

COLEMAN, ROY, JR
3409 17TH AVE N
BIRMINGHAM, AL  35234-2205

COLEY, LISA
3015 NW ASHWOOD DR
CORVALLIS, OR  97330-1156

COLEY, MARY F.
6169 CLEARFIELD STREET
HARRISBURG, PA  17111

COLL, JOHN
204 MONTCLAIR AVE
WEST VIEW, PA  15229

COLL, PAMELA
204 MONTCLAIR AVE
WEST VIEW, PA  15229

COLL, WILLIAM
3613 CENTERVIEW ROAD
GIBSONIA, PA  15044

COLL, WILLIAM
3613 CENTERVIEW ROAD
GIBSONIA, PA  15044

COLL, WILLIAM
3613 CENTERVIEW ROAD
GIBSONIA, PA  15044

COLLEGE, SCOTT
1912 LANGLEY ROAD
JAMESTOWN, PA  16134

COLLEY, REBECCA S.
9198 ST RT 139
MINFORD, OH  45653

COLLIER BROWN, CAROL A
55 BELLHAVEN TRL
MARIETTA, SC  29661-8700

COLLIER, WILLIAM M
43028 W 23TH ST
LANCASTER, CA  93536

COLLINS, ALAN G.
119 WOODSDALE ROAD
PITTSBURGH, PA  15237

COLLINS, ALAN G.
119 WOODSDALE ROAD
PITTSBURGH, PA  15237

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 75 of 444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

COLLINS, AMY E.
432 CENTRAL AVE
WOODBURY HEIGHTS, NJ  08097

COLLINS, DANIEL J
21136 W ENGLE DR
LAKE VILLA, IL  60046

COLLINS, DWIGHT E.
2664 WOOD GATE WAY
SNELLVILLE, GA  30078

COLLINS, GREGORY
2011 WAYNE STREET
PITTSBURGH, PA  15218

COLLINS, JOHN L
19 SALUT CT
FT MYERS, FL  33912

COLLINS, JOHN L
19 SALUT CT.
FT. MYERS, FL  33912

COLLINS, JUDY
735 XANDER WAY
CHAPIN, SC  29036-9804

COLLINS, MICHAEL O
229 ANN LANE
TOLLESBORO, KY  41189

COLLINS, MICHAEL S.
2127 CUSTER AVE.
BILLINGS, MT  59102

COLLINS, NORA JOYCE
330 BLUEBONNET CIRCLE
MCGREGOR, TX  76657

COLSTON, ROBERT
7633 HIGHLAND RD
SANTA FE, TX  77517

COLUCCI, ANN L.
1100 CASTLEWOOD TERRACE
APT 104
CASSELBERRY, FL  32707

COLVIN, MARC
19 BIRCHWOOD DRIVE
FREDONIA, NY  14063

COMEAU, JOSEPH
168 56TH AVENUE S
ST. PETERSBURG, FL  33705

COMNICK, KEITH
3117 JOHN AVE.APT 9
SUPERIOR, WI  54880

CONAWAY, ELIZABETH K & VINCENT H
1540 EAST SHORE DRIVE
ALTOONA, WI  54720

CONDON, JOHN E.
BOX 162
4115 CHURCH ST
HAMPSHIRE, TN  38461

CONFORTI, RALPH
149 FORT HUGAR WAY
MANTEO, NC  27954

CONGER, EDWARD WILLIAM
41 WILDWOOD AVENUE
FULTON, NY 13069

CONIGLIO, ROBERT
37 COUNTRY CLUB DR
MONROE, NJ 08831

CONKLIN, ERICA NICOLE
2976 TYLER HWY
SISTERSVILLE, WV 26175

CONLEY, MALINDA M.
4977 WEST 800 ROAD
BLUE MOUND, KS 66010

CONLEY, STEPHEN L.
4977 WEST 800 ROAD
BLUE MOUND, KS 66010

CONNELLY, JAMES
2566 HWY 304
HERNANDO, MS 38632

CONNER, CRYSTAL G
304 MOAT SEWELL ROAD
PHILADELPHIA, TN 37846

CONNER, TERRIE DIANN
113 BROCKMAN ST
CLUTE, TX 77531

CONNOLLY REILLY, ELAINE
3938 HILLS CHURCH RD
EXPORT, PA 15632

CONNOLLY, COLLEEN
54 RAILROAD STREE
VALENCIA, PA 16059

CONNOLLY, EDWARD
120 VALENCIA ROAD
RENFREW, PA 16053

CONNOLLY, JAMES
1134 GREENRIDGE LANE
PITTSBURGH, PA 15220

CONNOLLY, JEROME F
76 PEACH PALM LN
NAPLES, FL 34114

CONNOLLY, KEITH
4623 HAMPTON VALLEY DRIVE
ALLISON PARK, PA 15101

CONNOLLY, MICHAEL
5944 RIDGE RD
GIBSONIA, PA 15044

CONNOLLY, NANCY
4623 HAMPTON VALLEY DRIVE
ALLISON PARK, PA 15101

CONNOLLY, PATRICK M.
5096 WEST HARRISON ROAD
PITTSBURGH, PA 15205

CONNOLLY, PATTI M
76 PEACH PALM LN
NAPLES, FL 34114

CONNORTY, JOHN CHARLES (DECEASED)
JAYLENE LAMANCE
9625 DEERRUN AVE
ZACHARY, CA 70791

CONRAD, GERALD
715 16TH
SIOUX CITY, IA 51105

CONROY JR., DANIEL
104 MULDOON RD
BUTLER, PA 16001

CONROY, DANIEL
171 SENECA DR.
BUTLER, PA 16001

CONROY, MIKE
170 DAVIS RD
SLIPPERY ROCK, PA 16057

CONROY, PATRICK
3 WHEATFIELD DR
CRANBERRY TWP, PA 16066-4081

CONROY, RONALD W
2197 WASHINGTONVILLE RD
DANVILLE, PA 17821

CONSTANCIO, JOSEPHINE (JOSEPH)
309 5TH
PALACIOS, TX 77465

CONSTANCIO, JOSEPHINE R
309 5TH ST
P.O. BOX 241
PALACIOS, TX 77465

CONTARD, RONALD
24 HAGEN RUN DR.
THORNHURS, PA 18424

CONTE, RONALD A
391 NE TOWN TER
JENSEN BEACH, FL 34957-6803

CONTE, RONALD
391 NE TOWN TERRACE
JENSEN BEACH, FL 34957

CONTI, ANNE
155 CIPOLLA DRIVE
EAST HARTFORD, CT 06118

CONTI, ANNE
THE EARLY LAW FIRM
ETHAN EARLY, 360 LEXINGTON AVENUE
20TH FLOOR
NEW YORK, NY 10017

CONTI, BRIAN E.
1506 KING WILLIAM DR.
PITTSBURGH, PA 15237

CONTI, LOUIS
7462 ENCHANTED STREAM DR
CONROE, TX 77304

CONTRERAS, ALFINIO I
7790 CALPELLA AVE
HESPERIA, CA 92345

CONVERSE, JOHN
PO BOX 1398
FOUR OAKS, NC 27524

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

COOK, ALBERT C
13641 E CARUTHERS AVE
KINGSBURG, CA 93631-9737

COOK, CECIL
PO BOX 142
THORNDALE, TX 76577

COOK, DARYL
1010 WOODCREST DR
LANCASTER, TX 75134

COOK, DIANNE H
PO BOX 183
AXTELL, TX 76624

COOK, JON T
17750 BEAVER CREEK DRIVE
BRUSH, CO 80723

COOK, LUTHER LLOYD
1685 MEPKIN ROAD
CHARLESTON, SC 29407

COOK, MARGARET
5288 RYBOLT RD
CINCINNATI, OH 45248-1023

COOK, MARGARET
5288 RYBOLT RD
CINCINNATI, OH 45248-1023

COOK, MATTHEW RUSSELL
34337 CEMETERY ST.
SARDIS, OH 43946

COOK, SHERRIA JEAN
PO BOX 1111
ROCKWELL, NC 28138

COOK, STEVEN NEAL
P.O. BOX 6
STERLING CITY, TX 76951

COOK, TONY MICHAEL
2618 LONG CIR
IRON STATION, NC 28080-9458

COOK, TROY D.
2202 W OSOLE
BAYTOWN, TX 77520

COOKE, LAWRENCE
325 SHELLS CHURCH RD
GRANTVILLE, PA 17028

COOKS, MAE
802 MADRID DRIVE
DUNCANVILLE, TX 75116

COOKS, WILLIE
PO BOX 382184
8
DUNCANVILLE, TX 75138

COOLEY, DAVID
9432 57TH DR NE
MARYSVILLE, WA 98270

COOLEY, LAWRENCE DAVID, JR.
158 N. W. ZAUN AVE
BLUE SPRINGS, MO 64014

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


COOMBS, PHILIP
10505 E. 61ST TERRACE
RAYTOWN, MO  64133

COOPER, BENJAMIN ANDREW
24511 W JAYNE AVE #19
COALINGA, CA  93210

COOPER, BENJAMIN ANDREW
24511 W JAYNE AVE #19
COALINGA, CA  93210

COOPER, BENJAMIN ANDREW
NANCY LEE JONES-COOPER
24511 W JAYNE AVE #19
COALINGA, CA  93210

COOPER, BRIAN
1141 GIRTY ROAD
SHELOCTA, PA  15774

COOPER, CAITLIN
1 LENKER AVE
SELINSGROVE, PA  17870-9389

COOPER, CHARLIE W.
3596 EPLEY ROAD
CINCINNATI, OH  45247

COOPER, CRISSY
1141 GIRTY ROAD
SHELOCTA, PA  15774

COPELAND, CATHIE ARNOLD
4936 D ST.
PHILADELPHIA, PA  19120

COPELAND, DIANE
16772 GERARD AVE.
MAPLE HTS, OH  44137

COPELAND, DONALD O.
2759 MECKLENBURG RD.
BETHUNE, SC  29009

COPLEY, MICHAEL JAMES
PO BOX 82
STEVENSVILLE, MT  59870-0082

COPLEY, MICHAEL
PO BOX 82
STEVENSVILLE, MT  59870-0082

CORBISIERO, JOSEPH
31 DUNBAR STREET
STATES ISLAND, NY  10308

CORDELL, ROBERT LEE
12 VULTURES NEST
SWANNANOA, NC  28778

CORDICK, JOHN A
327 WRIGHT AVE
KINGSTON, PA  18704

CORDOVA, JORGE
1962 NW 97 AVE
CORAL SPRINGS, FL  33071

CORDOVO, ADALBERTO R
PO BOX 30000 PMG-307
EXT JARDINES PALMAREJO CALLE 7, BLG I-14
CANOVANAS, PR  00729

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 80 of  444
IN FULL

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

CORDTS, DENNIS E.
411 10TH AVE.
TWO HARBORS, MN  55616

COREY, CHARLES JOSEPH
4372 GEORGE WASHINGTON HWY.
TUNNELTON, WV  26444

CORGEY, MICHAEL H
1715 GOODSON LOOP
PINEHURST, TX  77362

CORKETT, DANIEL
1220 SHESLEY RD
2912 MAIN ST
EDGEWATER, MD  21037

CORKLE, MARY VIRGINIA
1812 S 181ST
OMAHA, NE  68130

CORNEJO, DAVID
406 SEARS AVE
SAN DIEGO, CA  92114

CORONADO, CESAREO A.
4433 SOFIA ST.
LAREDO, TX  78046

CORPUS, ARTHUR E.
5121 BUTTERFIELD RD
HILLSIDE, IL  60162

CORRIGAN, TIMOTHY
2 SAND CHERRY
LITTLETON, CO  80127

CORTEZ, MAURILIO
405 COMFORT PLACE # 601
COMFORT, TX  78013

CORWIN, BILL
10365 W 41ST AVE
WHEATRIDGE, CO  80033

COSDON, BARRY R
3320 HOLTZCLAW DR
CUMMING, GA  30041-4557

COSGROVE, CHASE
34 HAMPTON GATE DRIVE
APT. A
SICKLERVILLE, NJ  08081

COSGROVE, JAMES
331 PLACID LAKE DR
SANDFORD, FL  32773

COSME, MICHAEL
1244 RAMONA ST.
ANGLETON, TX  77515

COSTLOW, JOSEPH
140 POND RD
JOHNSTOWN, PA  15906

COSTLOW, JOSEPH
14020 W. RICO DRIVE
SUN CITY WEST, AZ  85375

COSTLOW, RICHARD J
388 FAIRFIELD AVE
JOHNSTOWN, PA  15906

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  **14-10979 (CSS)**

Notices mailed by:  **April 30, 2021**

COSTNER, CONNIE MICHAEL
139 COOK'S TRAIL
MOCKSVILLE, NC  27028

COSTNER, GAIL F
200 FRANKLIN ST #27
BLOOMFIELD, NJ  07101

COSTNER, GAIL
PO BOX 20462
NEWARK, NJ  71016462

COTTRELL, LARRY
120 SHELDON AVE
PITTSBURGH, PA  15220

COTTRELL, THOMAS
5A MARGARET DR
STAFFORD SPRINGS, CT  06076

COUCH, JIMMIE E
477 RUT. RD. 1004
HALLETTSVILLE, TX  77964

COULBOURNE, LAURA
115 BOURBON COURT
PARKVILLE, MD  21234

COULTER, MIKE
13224 SHAMROCK ROAD
DIANA, TX  75640

COUNSIL, WILLIAM G
ATTN: DONNA E COUNSIL, PR
201 ROCKY SLOPE RD APT 704
GREENVILE, SC  29607

COURSEY, JOHN D
5734 F.M. 410 N.
DETROIT, TX  75436

COURSEY, NINA C
428 PANACEA RD
GREENWOOD, SC  29646

COURSEY, NINA C
428 PANACEA RD
GREENWOOD, SC  29646

COURSON, MYRA B.
1105 PRIMROSE
MESQUITE, TX  75149

COURTEMANCHE, RICHARD
711 W RIDGEWOOD CT
SAN ANTONIO, TX  78212-2143

COURTNEY, CHARLIE L
746 JUNIPER ST.
GALLION, AL  36742

COVEY, WILLIAM H
300 CR 4540
MT. PLEASANT, TX  75455

COWAN, RONALD J
PO BOX 481
CAMBRIA, CA  93428-0481

COWAN, RONALD
BOX 481
CAMBRIA, CA  93428

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

COX, ARTHUR R., JR.
210 DOUGLAS ST.
GOLDSBORO, NC  27534

COX, CARY D
317 COUNTY ROAD 3150
COOKVILLE, TX  75558-9702

COX, CARY D
317 COUNTY ROAD 3150
COOKVILLE, TX  75558-9702

COX, CARY D
317 COUNTY ROAD
COOKVILLE, TX  75558

COX, CARY D
RR 1 BOX 115
COOKVILLE, TX  75558-9702

COX, CARY
317 COUNTY ROAD
COOKVILLE, TX  75558

COX, JOE W.
P.O. BOX 11
201 ROBIN ST.
ECTOR, TX  75439

COX, LANA HAZELWOOD
PO BOX 84
SAVOY, TX  75479-0084

COX, LOUIE THOMAS
PO BOX 42
KELSO, MO  63758-0042

COX, LOUIE THOMAS
SIEBERT AND REED
FRANCIS J. SIEBERT, 912 MAIN ST
PO BOX 4265
SCOTT CITY, MO  63780

COX, MICHAEL
PO BOX 84
SAVOY, TX  75479-0084

COX, MICHELLE R. DECEASED
10600 E 42ND APT E
KANSAS CITY, MO  64133

COX, MICKEY D
1710 ROYAL DR.
CONWAY, AR  72034

COX, RANDI
143 PICKETTS DR
SUNBURY, PA  17801

COX, TROY DON
2295 CR 1220
SAVOY, TX  75479

COYLE, CHERYL
280 BRISTOL AV
LAS CRUCES, NM  88001

COYLE, STEPHEN
PO BOX 3351
SPRING HILL, FL  34611

COYMAN, SANDRA
14 GUENTHER PL
PASSAIC, NJ  07055-1914

Debtor: **ENERGY FUTURE HOLDINGS CORP.**, et al    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 83 of 444

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

COYMAN, SANDRA
14 GUENTHER PL
PASSAIC, NJ  07055-1914

COYNE, BRIAN
86154 WILLIAMS AVE
YULEE, FL  32097

CRAFTON, TIM
2902 PARKRIDGE DR.
PARAGOULD, GREENE, AR  72450

CRAIG, RUBY
507 MONROE STREET
DE WITT, MO  64639

CRAINE, CHARLES THOMAS
3267 LEXINGTON WAY
AUGUSTA, GA  30909

CRANDALL, DAVID
201 KLONDIKE ROAD
CHARLESTOWN, RI  02813

CRAUMER, JASON
10967 JAMESTOWN ROAD
RANDOLPH, NY  14772

CRAWFORD, BILLIE BURKE
1078 CHURCH ST
VIDOR, TX  77662

CRAWFORD, CLARA ANN
635 SONTAG RD
BALLWIN, MO  63021

CRAWFORD, EVANGELIST ROSA
160 SALISBURY PLAIN DRIVE
BOGART, GA  30622

CRAWFORD, GWEN Z
135 WOODSTATION PLACE
BIRMINGHAM, AL  35212

CRAWFORD, HAROLD G
1925 35TH ST
MISSOULA, MT  59801

CRAWFORD, JERRY L
468 ROLLINGWOOD DR
VICKSBURG, MS  39183

CRAWFORD, ROSA L.
160 SALISBURY PLAIN DR.
BOGART, GA  30606-0739

CREAGER, JOHN
5265 SPRINGBROOK RD
DEWITTVILLE, NY  14728

CREMEANS, CHERYL J S
344 NEW HOPE CHURCH RD
COMER, GA  30629-3518

CREWS, EARL JEFFERSON
4282 YELLOW WATER ROAD
BALDWIN, FL  32234

CRICHLOW, CLAUDIA
1457 PRIMROSE ROAD NW
CLAUDIA CRICHLOW, DC  20012

CRICHLOW, CYNTHIA
118-21 200 STREET
ST. ALBANS, NY  11412

CRICHLOW, TAFFY
1457 BARN OWL LOOP
SANFORD, FL  32773

CRIST, MIKE L
7885 COUNTY ROAD 41511
ATHENS, TX  75751-5686

CRISTO, CONSTANTINE G. (FORMERLY
CONSTANTINE PAPAVASILIOU)
PO BOX 2645
VALLEY CENTER, CA  92082

CRITTENDEN, BERNETTE
5415 LYNDHURST DR
HOUSTON, TX  77033-2911

CRITTENDEN, BURNETTE
5415 LYNDHURST
HOUSTON, TX  77033

CROKE, BRYAN
173 E O ST APT D
RUSSELLVILLE, AR  72801

CROMLISH, KIM T
2242 WALTON AVE
PITTSBURGH, PA  15210

CROMLISH, KIM T
2242 WALTON AVE
PITTSBURGH, PA  15210

CRONIN, CHLOA R.
32 FIELDWOOD DR.
SAGAMORE BEACH, MA  02562

CRONIN, JAKE M.
32 FIELDWOOD DR.
SAGAMORE BEACH, MA  02562

CRONIN, LESLIE S.
32 FIELDWOOD DR.
SAGAMORE BEACH, MA  02562

CRONIN, NICHOLAS S.
32 FIELDWOOD DR.
SAGAMORE BEACH, MA  02562

CROSS, CHARLES E
7452 SKYLINE DR
SAN DIEGO, CA  92114-4621

CROSS, FRED C. (DECEASED)
C/O DUBOSE LAW FIRM PLLC
4310 N CENTRAL EXPRESSWAY
DALLAS, TX  75206

CROSS, MARK LYNN
359 WESTRIDGE DR
DENISON, TX  75020-0303

CROSSLEY, LARRY L
25743 C.R. 10
FRESNO, OH  43824

CROSSLEY, WANDA S
25743 C.R. 10
FRESNO, OH  43824

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 85 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

CROUCH, MARY MARTIN
1154 RESERVATION RD
ROCK HILL, SC 29730

CROW, DORIAN R.
2675 ROMRELL LANE
IDAHO FALLS, ID 83406

CROW, TIM
1100 H ST
SNYDER, OK 73566-2446

CROWDER, HOWARD P.
300 DEVON DRIVE
RUTHER GLEN, VA 22546

CROWDES, WILLIAM
3201 S. MARK TWAIN AVE
BLUE SPRINGS, MO 64015

CROWLEY, KEVIN
576 IRWIN RUN ROAD
WEST MIFFLIN, PA 15122

CROWLEY, RORY
503
SHEPHERD LANE
OAKDALE, PA 15071

CROWLEY, SHAUN
576 IRWIN RUN ROAD
WEST MIFFLIN, PA 15122

CROWLY, BRUCE W
24 MILL LN
MALVERN, PA 19355-1640

CRUIKSHANK, KEN
2228 DELTA WAY
KNOXVILLE, TN 37919

CRUMP, KAREN
807 EAST HUTTON VALLEY RD
CLINTON, MO 64735

CRUMPLER, DOROTHY LAW
7991 SPARTA ST
HOUSTON, TX 77028

CRUMPLER, LOUISE
70 GOOSE NECK W
ROCKY POINT, NC 28457

CRUMPLER, ROBERT NOLAN
70 GOOSE NECK W
ROCKY POINT, NC 28457

CRUMPTON, DANNY LEE, II
6520 OAK GROVE CHURCH RD
MEBANE, NC 27302

CRUMPTON, DANNY
186 MURPHY RD
SEMORA, NC 27343

CRUMPTON, JOAN
186 MURPHY RD
SEMORA, NC 27343

CRUZ, JOSE ANGEL GARCES
CALLE 24 VVII JARDINES DE CAPARRA
BAYAMON, PR 00959

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 86 of  444

CRUZ, PEDRO C.
ARNATODO 5004
CAGUAS, PR  00726

CRUZ, SOLOMAN
15655 FERGUSON RD
MOUNDS, OK  74047-6060

CSEHOSKI, ROSEMARY
206 LIGONIER ST
NEW FLORENCE, PA  15944

CUBOW, JOSEPH, JR
7703 CITRUS PARK BLVD.
FORT PIERCE, FL  34951

CUCINELLA, ANGELO
206 BLUEBIRD DRIVE
SLIDELL, LA  70458

CUCINELLA, JEANNE
206 BLUEBIRD DRIVE
SLIDELL, LA  70458

CUCINELLA, JR, JOHN
121 LAFITTE DRIVE
SLIDELL, LA  70458

CULLEN, JOSEPH F.
16 MERION DR.
LINCROFT, NJ  07738-1245

CULLEY, LARRY
969 JULIAN OAKLEY ROAD
ROUGEMONT, NC  27572

CULLIGAN, WILLIAM G.
HC 61 BOX 83 HWY 833
CLEWISTON, FL  33440

CULLINS, TERRY
4260 RED BUD RD
DRESDEN, OH  43821

CUMBY, WILLIE C.
17320 HCR 4300
LARUE, TX  75770

CUMMINGS, EDWARD MAURICE
16765 TUOLUMNE STREET
MADERA, CA  93637-1048

CUMMINGS, JAMES
C/O LEVIN SIMES KAISER & GORNICK, LLP
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA  94104

CUMMINGS, NICOLE
1318 HIGHWAY 111 N
GOLDSBORO, NC  27530

CUMMINGS, NICOLE
HOWARD STALLINGS FROM HUTSON ATKINS
ANGELL & DAVIS, P.A.
PO BOX 12347
RALEIGH, NC  27605

CUMMINGS, RANDALL B
3090 NALLEY COURT
MARIETTA, GA  30062

CUMMINGS, WOODWORTH
31 RUBY C/O
P.O. BOX 6274
CHRISTIANSTED
ST. CROIX, VI  00823

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 87 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

CUMMINGS, WOODWORTH
31 RUBY C/O
P.O. BOX 6274
CHRISTIANSTED, VI 00823

CUMMINGSFIELDS, PATRICIA
SPOUSE OF CLAIMANT
***NO ADDRESS PROVIDED***

CUNDIFF, RICHARD WARREN
4038 DAKEITA CR.
CONCORD, NC 28025

CUNNING, DESIRE
1 SAINTS CREEK CRT
IRMO, SC 29063

CUNNINGHAM, CURTIS W
3807 TRIPLE CROWN DRIVE
COLUMBIA, MO 65202

CUNNINGHAM, DANNY LEE
384 PUMPKIN HOLLOW ROAD
GEORGETOWN, PA 15043

CUNNINGHAM, MICHAEL
3139 S. SH 71
E. CAMPO, TX 77357

CUNNINGHAM, MICHAEL
MIRER MAZZOCCHI SCHALET & JULIEN PLLC
JEANNE E. MIRER
150 BROADWAY, SUITE 1200
NEW YORK, NY 10038

CUNNINGHIS, SHELDON
20 WINTONS WAY
MONROE TOWNSHIP, NJ 08831

CUOCOLO, MARIA
37 ARTILLERY PARK RD
TOTOWA, NJ 07512

CUOCOLO, MICHAEL A
37 ARTILLERY PARK RD
TOTOWA, NJ 07512

CUPKA, DANIEL
26 JENNIFER LANE
NORTH SMITHFIELD, RI 02896-8044

CURRELLEY, TIFFANY LEANNE
4100 STARRATT RD
JACKSONVILLE, FL 32226

CURRY, ETHEL
2540 J F KENNEDY BLVD APT 3V
JERSEY CITY, NJ 07304

CURRY, ETHEL
2540 JOHN F KENNEDY BLVD APT 3V
JERSEY CITY, NJ 07304-5018

CURRY, RONNIE JAY
3300 N LOOP 336 W APT 1014
CONROE, TX 77304-3439

CURRY, RONNIE JAY
3300 N LOOP 336 W APT 1014
CONROE, TX 77304-3439

CURRY, STEVEN
1613 FLORENCE AVE.
CHESTER, VA 23836

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 88 of  444

CURTIS, DOUGLAS LEE
420 BLACKWATER RD
DOVER, NH  03820

CURTIS, HENRY ELBERT
404 W. FRANCIS
BAYTOWN, TX  77520

CURTNER, ALAN PAUL
1125 EVANGELINE DR
LELAND, NC  28451

CUSACK, JOSEPH
419 CANTERBURY DRIVE
RAMSEY, NJ  07446

CUTRIGHT, DANNY D
901 N JEFFERSON
HOBBS, NM  88240

CUTRIGHT, DANNY D
GARY DON REAGAN, P.A.
1819 NORTH TURNER
SUITE G
HOBBS, NM  88240-3834

CYPHER JR, WILLIAM
413 BRANCHTON ROAD
SLIPPPERY ROCK, PA  16057

CYPHER, COREY
1415 HURON AVE
NEW CASTLE, PA  16101-5120

CYPHER, ELIZABETH
413 BRANCHTON ROAD
SLIPPERY ROCK, PA  16057

CYPHER, LINDA
409 BRANCHTON RD.
SLIPPERY ROCK, PA  16057

CYPHER, WILLIAM S, SR
409 BRANCHTON RD.
SLIPPERY ROCK, PA  16057

CYRUS, BERNARD L
114 CYRUS MTN DR
FORT GAY, WV  25514

CZEPOWSKI, RAYMOND S.
750 S PENNINGSTON DR
CHANDLER, AZ  85224

DABNEY, GERALD VERNON
2108 BATEMAN BLVD
CAMDEN, SC  29020

DADY, DAVID
6923 FM 1798 W
LANEVILLE, TX  75667

DAHL, DARRELL G. DECEASED
475 LYONS RD
WEST PALM BEACH, FL  33411

DAIL, WINSTON CARROLL
418 PANTHER CREEK ROAD
PINK HILL, NC  28572-7804

DAIN, CECIL L
1304 W 45TH ST
MONAHANS, TX  79756

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


D'AMICO, ROCCO J
4 SOUTH WINDS DRIVE
ESSEX, CT  06426

DAMIZZI, RONALD
472 EPPINGER DR
PT CHARLOTTE, FL  33953-1822

DANCHO, JOSEPH
130FOUR SEASONS DR.
HAZLETOWNSHIP, PA  18201


D'ANDREA, VINCENT
5670 SE 35TH ST
OCALA, FL  34480

DANIEL, RANDALL
3755 HWY 22
P.O. BOX 2
CLARKSBURG, TN  38324

DANIELS, JOE, JR
1044 REESEDALE ROAD
ADRIAN, PA  16210


DANIELS, JOE, JR
1044 REESEDALE ROAD
ADRIAN, PA  16210

DANIELS, MORRIS R.
3518 COTTAGE
BALTIMORE, MD  21215

DANIELS, MORRIS R.
3518 COTTAGE
BALTIMORE, MD  21215


DANNER, ERIC
6542 SAINT JAMES DR
CARMICHAEL, CA  95608-0947

D'ANZA, NICK
1156 CHICORY RIDGE
CARY, IL  60013

D'ARCANGELIS, DOMINIC P
5110 FOXWOOD DRIVE
SCHENECTADY, NY  12303


D'ARCANGELIS, DOMINIC P
5110 FOXWOOD DRIVE
SCHENECTADY, NY  12303

D'ARCANGELIS, DOMINIC P
5110 FOXWOOD DRIVE
SCHENECTADY, NY  12303

D'ARCANGELIS, DOMINIC P
5110 FOXWOOD DRIVE
SCHENECTADY, NY  12303


DARDEN, CLIFTON
7944 BLES AVENUE
APT A
BATON ROUGE, LA  70810

DARICEK, LAWRENCE E, JR
400 MERWINSBURG RD
EFFORT, PA  18330

DARNIELLE, DENISE
8601 MILLICENT WAY APT 118
SHREVEPORT, LA  71115-2206

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 90 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

DARR, SUE
701 MARKET ST STE 1000
SAINT LOUIS, MO  63101-1851

DASENT, CONRAD
4206 PINE STREET
MOSS POINT, MS  39563

DAUER, MARK
1000 SO. FRONT ST.
NEW ULM, MN  56073

DAUGHERTY, THOMAS
171 BANSHEE ST
GWINN, MI  49841

DAUGHTRY, DAVID ARTHUR
101 BOARDWALK RD
PRINCETON, NC  27569

DAVE, DARRIN
8807 HEATHERLY DRIVE
HOUSTON, TX  77083

DAVE, DARRYLL
7719 EASTWOOD LAKE LANE
RICHMOND, TX  77407

DAVENPORT, DAVID LEWIS
576 E 2ND MT RD
SCHUYLKILL HAVEN, PA  17972

DAVENPORT, DENNIS
150 SHEEP BRIDGE ROAD
YORK HAVEN, PA  17370

DAVENPORT, JOHNIE
8606 JAKE LANE
BLANCHARD, OK  73010

DAVID, FRANCES D
244 BARRON SPOT
CHRISTIANSTED, ST. CROIX, VI  00820
US VIRGIN ISLANDS

DAVID, FRANCES D
BOX 2489
FREDERIKSTED, ST. CROIX, VI  00841
VIRGIN ISLANDS (US)

DAVID, JERRY C
429 WEST AVE
OCEAN CITY, NJ  08226

DAVIDEK, FRANCES LYNN
560 CR 149
BOLING, TX  77420

DAVIDEK, JERRY MICHAEL
560 CR 149
PO BOX 94
BOLING, TX  77420

DAVIDEK, JOSEPH FRANK
2509 N FULTON ST
WHARTON, TX  77488-2536

DAVIDSON, ALTON D
104 REVERE COURT
CLUTE, TX  77531-2254

DAVIDSON, GEORGE D
PO BOX 194
FAIRFIELD, WA  99012

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 91 of 444

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

DAVIDSON, GEORGE D
PO BOX 194
FAIRFIELD, WA  99012

DAVIDSON, GEORGE D
PO BOX 194
FAIRFIELD, WA  99012

DAVIDSON, RICHARD A
PO BOX 482
KINGSBURG, CA  93631

DAVIDSON, RICHARD A
PO BOX 482
KINGSBURG, CA  93631-0482

DAVILA, MIGUEL S (DECEASED)
FRANCISCA DAVILA
1511 EDNA
BAYTOWN, TX  77520

DAVIS, ALPHONZA
4321 PHILLIPPI CH RD
RAEFORD, NC  28376

DAVIS, CARLA
4510 HALL CROFT CHASE LN
KATY, TX  77449

DAVIS, EDWINA
3925 S JONES BLVD APT 3113
LAS VEGAS, NV  89103-7117

DAVIS, ETHEL O
1020 E BAARS ST
PENSACOLA, FL  32503

DAVIS, ETHEL O
1020 EAST BAARS ST
PENSACOLA, FL  32503

DAVIS, ETHEL OWENS
1020 E BAARS ST
PENSACOLA, FL  32503

DAVIS, JAMES RONALD
409 LONGVIEW DR.
LAURENS, SC  29360

DAVIS, JEAN
8842 HIDDEN HILL DR
FORT WORTH, TX  76179

DAVIS, JEFFREY KENT
4561 US HWY 13 N
GOLDSBORO, NC  27534

DAVIS, JOHN R.
19353 OAK RIDGE TRAIL
KIRKSVILLE, MO  63501

DAVIS, JOSEPH
10114 AIRWOOD ST
NEW ORLEANS, LA  70127

DAVIS, KENNETH
258 SAM JONES RD
PATRICK, SC  29584

DAVIS, KIRK B. # 1692668
1201 E. ELCIBOLO RD
EDENBURG, TX  78542

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

DAVIS, LARTNESS W.
4510 HALL CROFT CHASE LN.
KATY, TX  77449

DAVIS, LEOTA (DECEASED)
C/O O'BRIEN LAW FIRM
815 GEYER AVE.
SAINT LOUIS, MO  63104

DAVIS, LEOTA (DECEASED)
EARL DAVIS, POWER OF ATTORNEY
404 N. DAVID STREET
WICHITA, KS  67212

DAVIS, MELISSA TATHAM
560 INDIAN TRAIL RD
WESTMINSTER, SC  29693

DAVIS, MICHAEL R.
1482 BESSIE DANIEL RD
ROXBORO, NC  27574

DAVIS, SANDRA ADA
PO BOX 190082
HUNGRY HORSE, MT  59979

DAVIS, SHELIA, L
309 LINDO DRIVE
MESQUITE, TX  75149

DAVIS, SPENCER (#1916312)
1992 HILTON ROAD
PAMPA, TX  79065-9696

DAVIS, THOMAS ALLEN, III
2925 WIGWAM PKWY, # 2023
HENDERSON, NV  89074

DAVIS, THOMAS ALLEN, III
3925 S JONES BLVD APT 3113
LAS VEGAS, NV  89103-7117

DAVIS, THOMAS ALLEN, III
3925 S JONES BLVD APT 3113
LAS VEGAS, NV  89103-7117

DAVIS, THOMAS ALLEN, III
3925 S JONES BLVD APT 3113
LAS VEGAS, NV  89103-7117

DAVIS, THOMAS ALLEN, III
3925 S JONES BLVD APT 3113
LAS VEGAS, NV  89103-7117

DAVIS, WAYNE E
1412 S GRAND BAKER ST
AURORA, CO  80018-6039

DAVIS, WILLIAM
700 KENTUCKY DRIVE
GOLDSBORO, NC  27530

DAVIS, WILLIAM
700 KENTUCKY DRIVE
GOLDSBORO, NC  27530

DAVIS, WILLIE MAE
2157 CLARK ROAD
GARY, IN  46404

DAWKINS, LATOYA
1314 LAKE BONNY DR W
LAKELAND, FL  33801

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


DAWN GERHARD, DAWN
3515 W SYLVESTER ST
PASCO, WA  99301

DAWSON, EDWARD M
83 FAIRWOOD DRIVE
PEMBROKE, MA  02357

DAWSON, JOHN
1216 N WILLIAMS ST
UNIT B
KENNEWICK, WA  99336

DAWSON, KENNETH
107 BRUSH ALLEY
ELK GARDEN, WV  26717

DAY, WAYNE L.
377 EAST DIEHL
DANVILLE, PA  17821

DE CORLA-SOUZA, MARIO
150-11 19TH. AVENUE
WHITESTONE, NY  11357

DE LANGE, FRANK
8035 CALGARY DRIVE
CORPUS CHRISTI, TX  78414

DEACUTIS, JOHN R
511 JESSICA ST S
NOKOMIS, FL  34275

DEAN, JAMES M
44520 CARBON HILL BUCHTEL RD
NELSONVILLE, OH  45764

DEAN, MICHAEL
P.O. BOX 2069
PO BOX 3519
BANDERA, TX  78003-6519

DEANGELI, WAYNE
1307 WARWICK DRIVE
SUMTER, SC  29154-7227

DEANS, JORDAN
103 SOUTH MORGAN ST APT 1B
ROXBORO, NC  27573

DEATON, BRIGITTE
809 S. RUTHERFORD ST.
BLACKSBURG, SC  29702

DECICCO, CAROL A
6148 OVERLAND PL
DELRAY BEACH, FL  33484

DECKER, GARY
401 19TH AVE
820 16TH ST
GALVESTON, TX  77550-4960

DECKER, THOMAS EDWIN
23 DEERFORD DR.
LANCASTER, PA  17601

DEDRICKSON, GREGORY
2505 ELM FOREST CIRCLE
ARLINGTON, TX  76006

DEE, ROBERT
18109 VILLAGE 18
CAMARILLO, CA  93012

DEES, MARY A
150 KINTERBISH RD
WARD, AL  36922

DEES, MARY ANN
150 KINTERBISH RD
WARD, AL  36922

DEFAZIO, PETE
3431 DUPONT ST.
SIOUX CITY, IA  51104

DEFEMIA, GARY F.
19 CYNTHIA LANE
COVENTRY, CT  06238-1643

DEFEMIA, IRENE L.
19 CYNTHIA LANE
COVENTRY, CT  06238-1643

DEHART, BRUCE
890 BROWNS DRIVE
EASTON, PA  18042

DEHART, KIM MOTSINGER
6401 FRIENDSHIP LEDFORD RD
WINSTON SALEM, NC  27107

DEHART, PERCIVAL RAYMOND
6401 FRIENDSHIP LEDFORD RD.
WINSTON SALEM, NC  27107-9125

DEHLS, RICHARD W
2898 MORGAN DRIVE
WANTAGH, NY  11793

DEIMLER, HERMAN L.
920 SOUTH 80TH STREET
HARRISBURG, PA  17111

DEIMLER, PETER
319 CHERRY RD
LIVERPOOL, PA  17045

DEIMLER, SAUNDRA
920 S. 80TH ST.
HARRISBURG, PA  17111

DEINKEN, MICHAEL
7800 JACKSON ST NE
SPRING LAKE PARK, MN  55432

DEITZ, SAMUEL
2109 STATE ROUTE D
LOHMAN, MO  65053

DELAROSA, ESTHER G
4607 MOCKINGBIRD LN A
BAY CITY, TX  77414

DELATTE, KENNETH T.
4840 HIGHWAY 22 APT I-212
MANDEVILLE, LA  70471-6810

DELEON, TAMARA L.
1392 CR 340
PALACIOS, TX  77465

DELGADO, GRACIELA
750 OAK ST APT 406
JACKSONVILLE, FL  32204-3341

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

DELGADO, GRACIELA
750 OAK ST. #406
JACKSONVILLE, FL  32204

DELLI, PATRICK
23 ALBERT E. BONACCI DRIVE
HAMILTON, NJ  08690

DELLINGER, BOBBY C, JR
11542 RIDGE ROAD
MEDINA, NY  14103

DELOREY, TIMOTHY J.
8835 SOUTH PITTSBURG MTN. RO.
SOUTH PITTSBURG, TN  37380

DEMBOSKY, NORMAN R
280 WILSON AVE
HOMER CITY, PA  15748

DEMOUSTES, ROBERT
1 CHAPMAN RD
NESCONSET, NY  11767

DENAULT, KENNETH
7301 NW 57 CT
TAMARAC, FL  33321

DENBY, JAMES
908 ROMEO
PASADENA, TX  77502

DENIS, PETER
5112 E 97TH STREET
TULSA, OK  74137

DENIS, PETER
LAW OFFICES OF BEER & KING, P.C.
BARRY H. BEER, WELLS FARGO BANK BLDG.,
SUITE 303
750 EAST MULBERRY AVENUE
SAN ANTONIO, TX  78212-3154

DENNING, EDITH BAKER
626 US HWY 13S
GOLDSBORO, NC  27530

DENNIS, MILTON A.
16013 E. 30TH ST.
INDEPENDENCE, MO  64055

DENNY, LUCINDA R
1524 N 28TH ST
SUPERIOR, WI  54880

DENSTEADT, EARL J.
3945 S. M52
OWOSSO, MI  48867

DENTON, EMILY R
9664 S FM 779
ALBA, TX  75410

DENTON, JOHNATHON F
9664 S FM 779
ALBA, TX  75410

DENTON, OZZY L
9664 S FM 779
ALBA, TX  75410

DENTON, SHIRLEY D
9664 S FM 779
ALBA, TX  75410

DENTON, TIFFANIE D
9664 S FM 779
ALBA, TX  75410

DEPALMA, JOSEPH
1084 FOUNTAINHEAD DR
LARGO, FL  33770

DEPALMA, JOSEPH
353 JEAN ST
PALM HARBOR, FL  34683

DEPEW, PAMELA
263 TRI STATE LIME ROAD
BLOUNTVILLE, TN  37617

DEPOLO, RICHARD W.
1205 CAMBRIA AVE
WINDBER, PA  15963

DEPUE, RONALD A, SR
714 WHITES ROAD
LANSDALE, PA  19446

DERKOWSKI, BONNIE
PO BOX 578
CHAPPELL HILL, TX  77426-0578

DEROCHE, GARY
357 EVELYN DR
LULING, LA  70070

DERR, FRANK D
7135 KOPMAN DR
HOUSTON, TX  77061

DESAI, ROHITKUMAR N.
73 HONEYFLOWER LANE
PRINCETON JUNCTION, NJ  08550

DESANDO, LEO
61 PILLING ST.
HAVERHILL, MA  01832

DESCHENE, FILMORE LEE
PO BOX 465
WATERFLOW, NM  87421

DESCHENE, HARRISON LEE
HC 61 BOX 50
TEEC NOS POS, AZ  86514

DESCHENE, JOELEEN
6236 N BLACKCANYON HWY APT 305
PHOENIX, AZ  85017

DESGROTTES, DENISE
5821 KINGS HIGHWAY
BROOKLYN, NY  11203

DESPAIN, BETSY
489 WATERS ROAD
CASTLE ROCK, WA  98611

DESPAIN, STEPHEN
489 WATERS ROAD
CASTLE ROCK, WA  98611

DESROSIERS, ERNEST P
2248 SLOANS RIDGE ROAD
GROVELAND, FL  34736

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


DESSELLE, CHRIS G.
41330 COVEY RUN
HAMMOND, LA  70403

DESSELLE, JANICE S.
41330 COVEY RUN
HAMMOND, LA  70403

DETAMORE, JERRY
23932 DAVE WOOD RD
MONTROSE, CO  81403


DEVANEY, KATHLEEN A
77 S PARK AVE APT B2
ROCKVILLE CTR, NY  11570-6120

DEVAUGHN, JACK
104 PILOT CT
CHESTER, MD  21619

DEVAUGHN, JOHN
8916 60TH AVE
BERWYN HTS, MD  20740-2306


DEVAUGHN, SHARON
233 WILLIAMS RD
GLEN BURNIE, MD  21061

DEVINE, LONNIE
1618 BONHAM ST
COMMERCE, TX  75428-2536

DEVOLDER, MAURICE
19216 S. ST. RTE 291
PLEASANT HILL, MO  64080


DEWAL, ELAINE W.
12232 MALLARD RIDGE DRIVE
CHARLOTTE, NC  28269

DEWEESE, CLIFTON EUGENIE
5555 HIXSON PIKE APT. 504
HIXSON, TN  37343-3223

DEWEY, TERRANCE S
8865 E BASELINE RD APT 603
MESA, AZ  85209-5300


DEWEY, TERRANCE S
8865 E BASELINE RD LOT 603
MESA, AZ  85209-5300

DEXTER, MARY
120 OAK VALLEY FARMS DR.
GOLDSBORO, NC  27530

DEXTER, PAUL D.
120 OAK VALLEY FARMS DR.
GOLDSBORO, NC  27530


DEYOUNG, LAWRENCE
865 PATTERSON DR.
ROXBORO, NC  27574

DEYOUNG, RUTH
865 PATTERSON DR.
ROXBORO, NC  27574

DEYTON, MAUREEN
20295 RIVER MILL DR
FAIRHOPE, AL  36532

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

DIAZ ALCAINO, MIGUEL ANGEL
MONTANA 788, DPTO. 104
VILLA DEL MAR
CHILE

DIAZ ALCAINO, MIGUEL ANGEL
MONTANA 788, DPTO. 74
VILLA DEL MAR
CHILE

DIAZ ALCAINO, MIGUEL ANGEL
MONTANA 788, DPTO. 74
VILLA DEL MAR
CHILE

DIAZ, FRANCISCO E
12333 LARKSPUR
EL MIRAGE, AZ 85335

DIAZ, JAVIER HUGO ORTIZ
301 TRI CITY BEACH APT #97
BAYTOWN, TX 77520

DIAZ, ROSA MARIA LLAUOS
LO MARCOLETA #140 QUILICURA
SANTIAGO
CHILE

DICAIRANO, VINCENT
273 LINCOLN STREET
FRANKLIN SQ, NY 11010

DICK, ERNEST RAY
1528 MILL CREEK ROAD
BETHLEHEM, GA 30620

DICKEN, CHRISTOPHER
106 FOX DR
PORTAGE, PA 15946

DICKENS, KATIE
5375 OLD CLYDE RD.
CLYDE, NC 28721

DICKERSON, ELENA
6943 BEARS BREECH DR.
MOSELEY, VA 23120

DICKERSON, WESLEY B
P.O. BOX 121
NORFORK, AR 72658

DICKERSON, WESLEY
PO BOX 121
NORFORK, AR 72658

DICKSON, MARTHA
145 BEAVER POND RD
CLARKS HILL, SC 29821

DICOMITIS, KRISTINE
120 BENTLEY PARK LOOP
MISSOULA, MT 59801

DIEHL, JON P.
5372 OLD MILE HILL RD
OREFIELD, PA 18069

DIEHL, JON P.
5372 OLD MILE HILL RD
OREFIELD, PA 18069

DIESTEL, CHARLES G
1408 CHURCHILL RD
SCHAUMBURG, IL 60195-3224

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

| | | |
|---|---|---|
| DIETERICH, EDWIN<br>227 GRASSLAND RD<br>RIESEL, TX  76682-2607 | DIETZ, DENNIS<br>1455 HIGHLAND VILLA RD.<br>PITTSBURGH, PA  15234 | DIETZ, WALTER<br>226 RIDGEWOOD DR<br>FREDERICKTOWN, PA  15333 |
| DIGIACOMO, DIANE<br>385 COLUMBIA HILL RD<br>DANVILLE, PA  17821 | DILAPI, ANTHONY<br>10 FROSTFIELD PLACE<br>MELVILLE, NY  11747 | DILLESHAW, CHARLES<br>1524 AVENUE A<br>DANBURY, TX  77534 |
| DILWORTH, VIRGIL<br>8126 RUSHING STREAM CT<br>TOMBALL, TX  77375 | DIMELER, TRACY A<br>701 ORCHARD LN<br>DAUPHIN, PA  17018 | DIMERY, TERRY M<br>4650 SAINT CROIX LN APT 716<br>NAPLES, FL  34109-3544 |
| DINDOFFER, JAN<br>37 CHRISTMAN ROAD<br>DRUMS, PA  18222 | DINEEN, MARY ANN<br>389 9TH STREET<br>BROOKLYN, NY  11215 | DIPIETRO, DIANE<br>311 REDBUD ROAD<br>EDGEWOOD, MD  21040 |
| DISBROW, LYLE<br>72111 W PENSACOLA AVE<br>NORRIDGE, IL  60706-1222 | DISTEFANO, PETER P.<br>115 E. 11TH STREET<br>WATSONTOWN, PA  17777 | DITTEMORE, LONNIE<br>1015 BABS AVE<br>BENTON CITY, WA  99320 |
| DIXON, ANDREA<br>4422 NE HOIT DRIVE<br>LEES SUMMIT, MO  64064 | DIXON, AUDEN<br>4422 NE HOIT DRIVE<br>LEES SUMMIT, MO  64064 | DIXON, JERRY R.<br>82 ROSEBUD LN<br>RIEGELWOOD, NC  28456 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

DIXON, JOHN
4422 NE HOIT DRIVE
LEES SUMMIT, MO 64064

DIXON, JOHN
4422 NE HOIT DRIVE
LEES SUMMIT, MO 64064

DIXON, LEIF
4422 NE HOIT DRIVE
LEES SUMMIT, MO 64064

DIXON, LEO
420 N.E. CARRIAGE ST.
LEES SUMMIT, MO 64064

DIXON, LINDA
420 NE CARRIAGE ST.
LEES SUMMIT, MO 64064

DIXON, LINDA
420 NE CARRIAGE ST.
LEES SUMMIT, MO 64064

DIXON, MARTHA
12086 S HWY 137
LICKING, MO 65542

DIXON, MARTHA, INDIVIDUALLY AND AS
12086- S137
LICKING, MO 65542

DIXON, STEVEN A
4105 STONE RIDGE CT
FT PIERCE, FL 34951

DLACICH-MCTAGUE, DORIS M.
1103 BUENTE STREET
PITTSBURGH, PA 15212

DLUG, PATRICIA L
1005 N 2ND ST
JOHNSTOWN, CO 80534

DLUG, PATRICIA L
1005 N 2ND ST
JOHNSTOWN, CO 80534

DLUG, PATRICIA L
1005 N 2ND ST
JOHNSTOWN, CO 80534

DLUG, PATRICIA L
1005 N 2ND ST
JOHNSTOWN, CO 80534

DLUG, PATRICIA L
1005 N 2ND ST
JOHNSTOWN, CO 80534

DLUG, PATRICIA L.
1005 N 2ND ST
JOHNSTOWN, CO 80534

DOBSON, THEODORE
* SYMONDS LANE
GLEN GARDNER, NJ 08826

DODD, ALBERT A. (DECEASED)
KAREN BRANNEN
P.O. BOX 681
MATAGONDA, TX 77457

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

DODDS, JOHNNY MARION
5213 CLOYEE CT.
NORTH RICHLAND HILLS, TX  76180

DODSON, MICHAEL G.
2703 GRINDALL CT
WALDORF, MD  20607

DOHNALIK, EDWARD R
1637 CR 229
CAMERON, TX  76520

DOKTOR, JASON
1212 SUNSET VIEW ROAD
COLCHESTER, VT  05446

DOLAN, FRANK A ESTATE OF
18630 SW 7TH ST
PEMBROKE PINES, FL  33029

DOLAN, KATHLEEN A DEVANEY DOWD
77 S PARK AVE APT B2
ROCKVILLE CTR, NY  11570-6120

DOLAN, MILITA B
18630 SW 7TH STREET
PEMBROKE PINES, FL  33029

DOMEIER, GARY
19591 GRANDVIEW RD
NEW ULM, MN  56073

DOMINGUEZ, EDWARD H
13434 LOCUST STREET
THORNTON, CO  80602

DOMINGUEZ, ORLANDO
105 CEDAR CREST COURT
WEATHERFORD, TX  76087

DOMITROVICH, JAMES
2642 LANDALE LOOP
THE VILLAGES, FL  15801

DONAHO, BILLY JOE
36285 LOMAX RD
BROOKSHIRE, TX  77423-2429

DONALDSON, APRIL
5426 PAGE DRIVE
PITTSBURGH, PA  15236

DONALDSON, CRAIG
5426 PAGE DRIVE
PITTSBURGH, PA  15236

DONALDSON, DAN
213O ACR 385
PALESTINE, TX  75801

DONALDSON, DON
323 CANNONSBURG RD
NATCHEZ, MS  39120

DONALDSON, ETHEL
323 CANNONSBURG RD
NATCHEZ, MS  39120

DONAT, WINNIE M (WINNIE M SKULAVIK)
2515 PRESSMAN DR
HILLIARD, OH  43026-7869

DONAT, WINNIE M SKULAVIK
2515 PRESSMAN DR
HILLIARD, OH  43026

DONATH, CHARLES
309 GIFFIN AVENUE
PITTSBURGH, PA  15210-2311

DONATHAN, RAYMOND LEE
104 DEER VIEW CT
PO BOX 137
ROYAL, AR  71968-0137

DONEGAN, ANGELA LOWE
316 ARNOLD AVE.
RIVER RIDGE, LA  70123

DONELSON, DON
5 LILLIS PARK CIRCLE
DENISON, TX  75020

DONITHAN, MICHAEL
5482 ROSEHALL PL
ATLANTA, GA  30349

DONITHAN, REGINA
5482 ROSEHALL PL
ATLANTA, GA  30349

DONNELLY, DEREK
1011 W. SUTTER RD.
GLENSHAW, PA  15116

DONNELLY, RICHARD
1010 WILSHIRE BLVD APT 112
LOS ANGELES, CA  90017-5663

DONNELLY, RICHARD
807 HILGARD AVENUE
APARTMENT 207
LOS ANGELES, CA  90024

DOOLITTLE, DORIS JEAN
210 HOLLINGSWORTH RD
NINETY SIX, SC  29666

DOPSON, CARL
10292 HWY '0'
ORRICK, MO  64077

DORA, ROSEMARY
15702 BAYBRIAR DR
MISSOURI CITY, TX  77489-3336

DORAN, JOSEPH
7 ENCINITAS DR
TOMS RIVER, NJ  08757-5758

DORMAN, ROY JACKSON
1065 THREE C5 ROAD
KERSHAW, SC  29067

DORNBACH, DAVID E
227 GROVE ST
ORMOND BEACH, FL  32174

DORSCH, WILLIAM
511 SOUTH BENBROOK RD.
BUTLER, PA  16001

DORSEY, PAT
123 JASMINE
LAKE JACKSON, TX  77566

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


DORY, NICHOLAS J
1217 N ROESSLER ST
MONROE, MI 48162

DOSTER, CARL JACKSON
201 BRANHAM RD.
ROCK HILL, SC 29730

DOTSON, JOSEPH
6107 SCENIC DR.
SAULT STE. MARIE, MI 49783

DOTSON, VIRGINIA M.
1077 PINE GROVE ROAD
PORT GIBSON, MS 39150

DOTY, AARON D
725 WASHINGTON ST APT 320
MONROE, MI 48161-1443

DOTY, AARON D
725 WASHINGTON ST APT 320
MONROE, MI 48161-1443

DOTY, NICHOLAS
1217 N. ROESSLER ST.
MONROE, MI 48162

DOUGHERTY, JAMES A
3623 PIERCE ST
SIOUX CITY, IA 51104

DOUGLAS, JAMES T
10087 DUFF WASHA RD
OAK HARBOR, OH 43449

DOVER, MARK
310 MEADOW STREET
FORD CITY, PA 16226

DOWLLAR, CHRISTOPHER LOUIS
3204 SW 341 ST
FEDERAL WAY, WA 98023

DOWNER, ALAN R.
3775 VISTA VIEW RD
BILLINGS, MT 59101

DOYLE, JOSEPH
198 BERRY MOUNTAIN TERRACE RD
WILLIAMSTOWN, PA 17098

DRABEK, JAMES
1616 SOUTH 154 ST
OMAHA, NE 68144

DRAGGOO, LEEANN
24892 CAMINO VILLA
LAKE FOREST, CA 92630

DRAGON, JAMES
6840 WOODLAKE DR.
TOLEDO, OH 43617

DRAGON, TRINA
6840 WOODLAKE DR.
TOLEDO, OH 43617

DRAJPUCH, BENJAMIN Z
13165 ADAIR CREEK WAY NE
REDMOND, WA 98053

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

DRANKHAN, DENISE L
3926 LOCKPORT-OLCOTT RD, LOT 104
LOCKPORT, NY  14094

DREW, GEORGE
7236 VIA MIMOSA
SAN JOSE, CA  95135-1413

DREW, JAMES
5224 HWY 265
RUBY, SC  29741

DREW, RHONDA
5224 HWY 265
RUBY, SC  29741

DRIGGERS, JACK
26 OAK STREET
DANVILLE, PA  17821

DRIVER, ADRIA
C/O HEARD ROBINS CLOUD & BLACK LLP
ATTN: IAN PATRICK CLOUD
2000 WEST LOOP SOUTH, SUITE 2200
HOUSTON, TX  77027

DROZDOWSKI, GERALD C
3472 HEATHERWOOD DR
HAMBURG, NY  14075

DRUMN, JANET
1207 BURTON STREET
FREELAND, PA  18224

DRUMN, MICHAEL
1207 BURTON STREET
FREELAND, PA  18224

DRYER, LAURA
34602 SW 188 WAY LOT 336
HOMESTEAD, FL  33034

DRZEWICKI, JOHN
PO BOX 32
LEMON SPRINGS, NC  28355-0032

DU BOIS, DENNIS
6 CONNING AVE
MIDDLETOWN, NY  10941

DUARTE, ALBERTO
365 W AVIATION DR
TUCSON, AZ  85714

DUBE, ROBERT L.
21510 LAKELAND
SAINT CLAIR SHORES, MI  48081

DUBOIS, KURTIS
804 PHOENIX AVE
TRAILER 4W
HELENA, MT  59601

DUCKWORTH, TROY
1060 WESTDALE LN
WAHOO, NE  68066

DUDA, BETTE ANN
6809 ARMISTEAD ROAD
BALTIMORE, MD  21219

DUDA, BETTE ANN
6809 ARMISTEAD ROAD
BALTIMORE, MD  21219

DUDLEY, MARILYN G
40 OLIVE ST
BROOKSVILLE, FL 34601-2124

DUDLEY, RALPH E
115 HAMPSHIRE RD.
BALTIMORE, MD 21221

DUDLEY, RICKY LEE
1704 MIDDLETON RD
GOLDSBORO, NC 27530

DUDLEY, SHARON
108 FINSBURY ST.
DURHAM, NC 27703

DUELLEY, JEFFERY
PO BOX 297
627 HOBSON ST
TATAMY, PA 18085

DUENES, ALFREDO
900 W 2ND ST APT #6
WESLACO, TX 78596

DUESSEL, RICHARD
11643 ALTHEA ROAD
PITTSBURGH, PA 15235

DUFFY, JAMES
10995 GRAFTON RD
CARLETON, MI 48117

DUFFY, JAMES
MILLER LAW OFFICE PLLC
859 MONROE STREET
CARLETON, MI 48117

DUFRENE, DWIGHT D.
211 MATHERNE DR.
PARADIS, LA 70080

DUKE, BRENT A.
511 MIMOSA ST.
LA PLACE, LA 70068

DUKE, JAMES E
361 MOUNTAIN VIEW RD. SE
ROME, GA 30161

DUKE, JASON
5113 W 162ND ST
OVERLAND PARK, KS 66085-7808

DUKES, JON
2258 210TH ST
BRONSON, IA 51007

DUKEWICH, CHRISTINA
1107 FIDDLEBACK DRIVE
MC KEES ROCKS, PA 15136

DUKEWICH, COLLETTE
1107 FIDDLEBACK DRIVE
MC KEES ROCKS, PA 15136

DUKEWICH, JOHN
1107 FIDDLEBACK DRIVE
MC KEES ROCKS, PA 15136

DUKEWICH, MATTHEW
1107 FIDDLEBACK DRIVE
MC KEES ROCKS, PA 15136

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

DUKEWICH, WALTER
1107 FIDDLEBACK DRIVE
MC KEES ROCKS, PA  15136

DUMM, AUGUSTIN
108 HENRY DUMM FARM LANE
NICKTOWN, PA  15762

DUMM, JOEL
108 HENRY DUMM FARM LANE
NICKTOWN, PA  15762

DUMM, ZACHARY
1979 KILLEN SCHOOL ROAD
NICKTOWN, PA  15762

DUMMERTH, KURT
1911 FOX POINTE
ARNOLD, MO  63010

DUNAGAN, WAYNE JERRELL
PO BOX 863
TRAVELERS REST, SC  29690

DUNCAN, DONNA L
5833 MIDDLEHAM LN
NEW ALBANY, OH  43054-4013

DUNCAN, DONNA L
5833 MIDDLEHAM LN
NEW ALBANY, OH  43054-4013

DUNCAN, FLOYD R
1080 PLOWMAN RD
VINTONDALE, PA  15961

DUNCAN, JANET L
1080 PLOWMAN RD
VINTONDALE, PA  15961

DUNDAS, L PATRICK
1405 23RD ST SW
LOVELAND, CO  80537

DUNE, LISA
3924 COLUMBUS SANDUSKY RD S
MARION, OH  43302

DUNFEE, DARRELL
1812 CHESTNUT STREET
COSHOCTON, OH  43812

DUNLAP, JACKIE
4344 SPRING GARDEN DR.
COLLEGE STATION, TX  77845

DUNN, JOSEPH
4229 HAVENCREST DR.
GIBSONIA, PA  15044

DUNN, MARY M
302 N. VERNONIA RD.
ST. HELENS, OR  97051

DUNN, WILLIAM KENNETH
5512 EAST RD
BAYTOWN, TX  77521

DURAN, RUBEN
P O BOX 235
CONCHO, AZ  85924

DUREN, CAROLYN
2231 FLAT ROCK RD
CAMDEN, SC  29020

DURFEE, DEBORAH
1315 SABRINA ROAD
CHEYENNE, WY  82007

DURHAM, ALBERT PAUL (DECEASED)
IKIE DURHAM
P.O. BOX 34
POLLOK, TX  75969

DURHAM, WILLIAM
19822 JONQUIL RD
LEBANON, MO  65536-1840

DURKIN, DORIS
136 CAPRONA ST
SEBASTIAN, FL  32958

DUROVICH, ELIZABETH
1737 PUCKER ST
STOWE, VT  05672

DURR, PAUL E.
3145 STICINE RD
GUYS, TN  38339

DURRIGAN, FRANCIS
116 HAWTHORNE AVE
UTICA, NY  13502

DUSACK, ROBERT J.
432 MT. CARMEL DR.
WINDBER, PA  15963

DUTTON, MILTON, JR
4523 MARAIS ST
NEW ORLEANS, LA  70117

DUVALL, JOHN
5255 MAPLE LANE
CUBA, NY  14727

DUVALL, MATTHEW
1602 E. GRACEVILLE RD
EVERETT, PA  15537

DYBDAHL, BRAD
3816 MARSH ST
PRIOR LAKE, MN  55372

DYCKMAN, ANNELL ELDERDICE
PO BOX 213
WINNABOW, NC  28479

DYCKMAN, MORRIS CHARLES
PO BOX 213
WINNABOW, NC  28479

DYER, JAMES
8745 W BARKHURST DR
PITTSBURGH, PA  15237

DYER, JOHN
2015 CONNECTICUT LN
SEWICKLEY, PA  15143-2109

DYKES, DALE MARIE GEARON
284 VALENCIA ROAD
DEBARY, FL  32713

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 108 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

DYSON, JOSEPH, JR.
8520 SIX FORKS RD
RALEIGH, NC  27615

DZIABO, DAVID
11 SHERWOOD CIRCLE
ENOLA, PA  17025

EAGLE, JIM
2415 ALDEN AVE.
REDDING, CA  96002

EANES, HOMER
701 MARKET ST STE 1000
SAINT LOUIS, MO  63101-1851

EARLY, BETTY TINLEY
21 HOLIDAY VIEW DR.
HORSE SHOE, NC  28742

EARVOLINO, LOUIS P.
124 OMEGA CIRCLE
WERNERSVILLE, PA  19565

EASLEY, CHARLES A
141 HELENE CT.
GREEN BAY, WI  54301

EASLEY, SHELLEY
335 W TRINITY ST
FORNEY, TX  75126

EASLEY, VIOLA
1337 LAWSON RD
MESQUITE, TX  75181

EASON, JASPER
PO BOX 514
SHARPSBURG, NC  27878

EASTER, RHONDA
4301 AVALANCHE AVE
YAKIMA, WA  98908

EASTGATE, LAWRENCE
4532 N. 400 W.
WINCHESTER, IN  47394

EASTOM, MELBURN
4406 NEWLAND HEIGHTS CT
ROCKLIN, CA  95765-5065

EATON, ANDRE
402 N. 6TH STREET
ALLENTOWN, PA  18102

ECKENBERG, SHEILA A
5047 GURLEY RD
METROPOLIS, IL  62960

ECKENBERG-MAY, SARAH
5037 GURLEY RD
METROPOLIS, IL  62960

ECKFORD, RUTH
144 HIDDEN RIDGE CT
HIGHLAND HGTS, KY  41076-8509

EDDY, ELMER
231 WICKSTROM LANE
PO BOX 832
SELAH, WA  98942

EDENSO, ALLEN
661 LACTRUP SPUR LN
CAMAND ISLAND, WA  98292

EDGE, DENNIS
603 W. MAPLE
BLOOMFIELD, NM  87413

EDGERLY, DAVID L
1060 LORI CT
NORCO, CA  92860

EDGERTON, JERRY A
PO BOX 1066
BOCA GRANDE, FL  33921-1066

EDRINGTON, PRESTON
8580 PRESIDENTS DR
HUMMELSTOWN, PA  17036-8607

EDSON, JERRY W.
406 S GREENWICH RD
OXFORD, KS  67119-8208

EDSON, JERRY
406 S GREENWICH RD
OXFORD, KS  67119-8208

EDWARDS, DAVID
1628 PLEASANT GROVE CHURCH ROAD
WADESBORO, NC  28179

EDWARDS, EDDIE TRAVIS
721 LAKEVIEW DR
LOWELL, NC  28098

EDWARDS, GEORGE C.
2116 REECE MILL RD
PICKENS, SC  29671-9161

EDWARDS, HERSHEL
11081 COUNTY SEAT HWY
LAUREL, DE  19956

EDWARDS, KATHERINE C.
1022 RYAN'S ACHES DRIVE
WALNUT COVE, NC  27052

EDWARDS, KENNETH R.
7304 BANYAN ST.
FORT PIERCE, FL  34951

EDWARDS, KEVIN
3417 MARK LN.
NORTON, OH  44203

EDWARDS, RICHARD E.
602 QUINCY BLVD
SMITHVILLE, MO  64089

EDWARDS, SUSAN
16810 CR 127
PEARLAND, TX  77581

EDWARDS, TAMARA
941 BREAKWATER CIRCLE
UNIT 320
HARTSVILLE, SC  29550

EDWARDS, WENDY JOHNS
721 TAKEVIEW DR.
LOWELL, NC  28098

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


EDWARDS, WILLIAM E.
C/O WARD BLACK LAW
208 W WENDOVER AVE
GREENSBORO, NC 27401

EGAN, JAMES DONALD
1507 RIVERBEND DR. #106
THREE RIVERS, MI 49093

EHRLAUHER, ROBERT
7113 GOLD CRIS LANE
NORTHAMPTON, PA 18067

EICHELBERGER, BRODY
348 YINGLING,RD
OSTERBURG, PA 16667

EICHELBERGER, JARED
348 YINGLING,RD
OSTERBURG, PA 16667

EICHELBERGER, JARED
348 YINGLING,RD
OSTERBURG, PA 16667

EICHELBERGER, JOSEPH AMBER
601 S.E. 25TH AVE.
MINERAL WELLS, TX 76067

EICHELBERGER, PAUL
348YINGLING,RD
OSTERBURG, PA 16667

EICHELBERGER, SAMANTHA
348 YINGLING,RD
OSTERBURG, PA 16667

EICHELBERGER, SAMANTHA
348 YINGLING,RD
OSTERBURG, PA 16667

EICHER, PAUL SHERMAN
403 SAND RD
SOUTH POINT, OH 45680

EILEFSON, EUGENE R.
3922 LEISTE RD.
CLOQUET, MN 55720

EISEN, LEE
1743 COUNTRY WOOD DRIVE
HOSCHTON, GA 30548

EKOVICH, RONALD S
5050 GALLEON CT
NEW PORT RICHEY, FL 34652

ELDER, DEBORAH
2027 HUALAPAI LANE
GUNTERSVILLE, AL 35976-7575

ELDER, LEE
2027 HUALAPAI LANE
GUNTERSVILLE, AL 35976-7575

ELFERS, FREDERICK W
1002 PINE CONE LANE
FRIENDSWOOD, TX 77546

ELIASON, GRAY
5310 GLENDALE ST
DULUTH, MN 55804-1111

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 111 of  444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ELLENDER, CHARLENE
808 N UPLAND AVENUE
METAIRIE, LA  70003-6653

ELLIE, CHERYL H. CHERIE
337 BANNER ROAD
HEATH SPRINGS, SC  29058

ELLINGTON, GLENN
RT 9 BOX 4760
LUFKIN, TX  75901

ELLINGTON, MICHELLE
901 LINDEN AVE
UNIT 20
LONG BEACH, CA  90813

ELLIOTT, DAVID W
457A ROAD 3000
AZTEC, NM  87410

ELLIOTT, FLOYD
144332 PIUMA AVE
NORWALK, CA  90650

ELLIOTT, IVA
4361 CR 3385
LOVELADY, TX  75851

ELLIOTT, KATHRYN
14432 PIUMA AVE
NORWALK, CA  90650

ELLIS, CAMELLIA R.
1265 20TH ST SE
PARIS, TX  75460-7729

ELLIS, ESTELLA
PO BOX 412
BUCKNER, MO  64016

ELLIS, JAMES
3320 FM 752 SOUTH
RUSK, TX  75785

ELLIS, 'MARVIN 'GENE'
1401 WARD PKWY
BLUE SPRINGS, MO  64014

ELLIS, MILLARD RAY
1173 CHAMBERS LOOP RD
TIMBERLAKE, NC  27583

ELLIS, PAUL
12205 MAYORS DR
JACKSONVILLE, FL  32223

ELLIS, SAMUEL DAVID
PO BOX 412
BUCKNER, MO  64016

ELLIS, WARREN
1504 DUNCAN AVE
JEFFERSONVILLE, IN  47130

ELLISON, HERBERT
641 PERINE ST
ELMIRA, NY  14904

ELLISTON, BRUCE M
527 HAWTHORN AVE
BOULDER, CO  80304-2135

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


ELMORE, LINDA
12600 RAMAH CHURCH RD
HUNTERSVILLE, NC 28078

ELOI, MARGARET E
5415 LYNDHURST
HOUSTON, TX 77033

ELSTEN, WILLIAM H
5353 E 22ND ST
TUCSON, AZ 85711

ELY, BRADLEY
220 CRAGMOOR RD
YORK HAVEN, PA 17370

EMERSON, JOHN LOUIS (DECEASED)
RT 8 BOX 99
JACKSONVILLE, TX 75766

EMMER, FRED J.
662 CHESTNUT AVE
TEANECK, NJ 07666

EMMERICH, JAMES B
749 WIMBROW DR
SEBASTIAN, FL 32958

EMORY, LINTON
218-A SIERRA COURT
WOODBRIDGE, NJ 07095

ENDRIES, BONNIE L
8202 MACANDREW CT.
CHESTERFIELD, VA 23838

ENGEL, THOMAS
2871 SWEET RD.
JAMESVILLE, NY 13078

ENGELHARDT, GARRETT
1701 GEORGE ST.
ROSENBERG, TX 77471-4221

ENGELHART, TERRI A.
313 6TH ST
BENTON CITY, WA 99320

ENGLAND, SHAD
11675 E OLD HIGHWAY 124
CENTRALIA, MO 65240-4062

ENGLEHART, DUSTIN
412 WALNUT ST
WELLSVILLE, KS 66092

ENGLERT, CARL HENRY
64 IVY LN
FLETCHER, NC 28732

ENNIS, GARY L
P.O. BOX 268
145016 HWY. 31-MILEPOST 8
LAPINE, OR 97739

ENRIQUEZ, ROSARIO
12909 AVONLEA AVENUE
NORWALK, CA 90650

ENTWISTLE, TERRY
24619 LAKE MEADOW
HARRISON TOWNSHIP, MI 48045

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

EPIFANO, ROSEMARIE
1681 NEW YORK AVENUE
WHITING, NJ 08759

EPPLIN, STEPHEN
535 W PARK ST
DU QUOIN, IL 62832

ERB, DAVID
70 SOUTH BEN HOGAN DRIVE
ETTERS, PA 17319

ERCOLE, EDMUND
197 CLARISSA DRIVE
BAY SHORE, NY 11706

ERIKSEN, CHRISTOPHER
314 HALIFAX DR.
GREENVILLE, SC 29615

ERIKSON, DAVID KARL
310 COACHMAN DRIVE
JACKSONVILLE, OR 97530

ERLINGER, RALPH
4110 GREYWOOD DRIVE
YORK, PA 17402-3313

ESCALDI, NICHOLAS JOSEPH
41 MCARTHUR LANE
SMITHTOWN, NY 11787-4049

ESCAMILLA, MARY JANE
312 HATCHETT ST
BLOOMINGTON, TX 77951

ESCOBAR, GUILLERMO
PASAJE BELLA JARDINERA 168 CURAUMA
VALPARAISO
CHILE

ESCOBEDO, RAY
1715 CLIFFSIDE DR APT A
FARMINGTON, NM 87401

ESPINOSA, PATRICIA ANN
630 LCR 462
MEXIA, TX 76667

ESPINOSA, SUSAN
6301 SIERRA BLANCA #3508
HOUSTON, TX 77083

ESPINOSA, SUSAN
6301 SIERRA BLANCA #3508
HOUSTON, TX 77083

ESPINOZA, ENRIQUE
P.O. BOX 3404
MCALLEN, TX 78502

ESPINOZA, VICTOR
VICENTE HUIDOBRO NO 200 P.10 ACHUPALLAS
VALPARAISO
VILLA DEL MAR
CHILE

ESPONGE, VICKI NELSON
112 ESPONGE MEADOW WAY
MARYVILLE, TN 37803

ESPONGE, VICKI NELSON
112 ESPONGE MEADOW WAY
MARYVILLE, TN 37803

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 114 of 444

ESPONGE, WILLIAM GREGORY
112 ESPONGE MEADOW WAY
MARYVILLE, TN  37803

ESPONGE, WILLIAM GREGORY
112 ESPONGE MEADOW WAY
MARYVILLE, TN  37803

ESPONGE, WILLIAM JAMES
112 ESPONGE MEADOW WAY
MARYVILLE, TN  37803

ESPONGE, WILLIAM JAMES
112 ESPONGE MEADOW WAY
MARYVILLE, TN  37803

ESPOSITO, DEBORAH
626 ST. GEORGE AVE.
NORTH BABYLON, NY  11703

ESQUER, ROBERT ASHE
3614 KENSINGTON ST.
DENVER, NC  28037

ESSER, ROBERT FRANK
4304 NE 130TH AV
VANCOUVER, WA  98682

ESTATE OF ALICE STRINGER
630 BOONWOOD RD
HUNTINGTON, TX  75949

ESTATE OF ALVIN WEST
CLARICE WEST
7716 HOLLE DR.
ORE CITY, TX  75683

ESTATE OF ANNIAS COLBERT
LARRY COLBERT
8283 HWY 149
LONGVIEW, TX  75603

ESTATE OF ARNOLD PARRA
EDITH PARRA
8044 ROSECRANS AVE.
PARAMOUNT, CA  90723

ESTATE OF ARTHUR CHAVIS
ROSEMARY CHAVIS
4915 MARKWOOD LN
HOUSTON, TX  77053

ESTATE OF BARBARA GONZALES
14145 COLUMET AVE
SAN MARTIN, CA  95046

ESTATE OF BARRY L. SHIPE
C/O NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA  19102

ESTATE OF BENJAMIN DILDY
LYNNE DILDY
15250 PRESTONWOOD BLVD APT 244
DALLAS, TX  75248-4797

ESTATE OF BENJAMIN F. BERRA
C/O NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA  19102

ESTATE OF BETTY DUFFIELD
DELORIS JACKSON
740 US HWY 147
CENTER, TX  75935

ESTATE OF BILLY M DICKSON
145 BEAVER POND RD
CLARKS HILL, SC  29821-2105

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**   NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


ESTATE OF BILLY TURNER
BILLY TURNER, JR.
1301 S. FIXTH
PONCA CITY, OK  74601

ESTATE OF BOBBY BARTON BROWN
CURTIS R. BROWN
7626 WINKLEWOOD
HOUSTON, TX  77086

ESTATE OF BOBBY JENKINS
DORIS JENKINS
1620 CR 2101
KEMP, TX  77033


ESTATE OF BRENDA BOWMAN
5904 CR 364
BUFFALO, TX  75831

ESTATE OF BRUCE W GODWIN
926 N. PALESTINE
ATHENS, TX  75751

ESTATE OF CARL CHAVERS
KATHERINE CHAVERS
4000 PIERCE ST. SP. 25TH
RIVERSIDE, CA  92505


ESTATE OF CECIL ARNOLD OVERSTREET
GRACE OVERSTREET
15 LEROY SINGLEY DR.
BUCKTUNNA, MS  39322

ESTATE OF CHARLES B. WILLIAMS
DOROTHY MURRAY
4214 JUSTIN LN
DEER PARK, TX  77536

ESTATE OF CHARLES BURT
405 ISABELL ST # 48
HORATIO, TX  77182


ESTATE OF CHARLES DENMAN
MARGARET DENMAN
6570 N. US HIGHWAY 77
ROCKDALE, TX  76567

ESTATE OF CHARLES MAPP
3001 PONDEROSA LN
SACRAMENTO, CA  95815-1027

ESTATE OF CHARLES MAPP
ATTN: TRACY MAPP
238 LINDLEY DR
SACRAMENTO, CA  95815


ESTATE OF CLYDE KIMBOURGH FLOWERS
ANNIE FLOWER
P.O. BOX BOX 2026
WEST HELENA, AK  72390

ESTATE OF CORNELIUS VICTOR
TOMMIE VICTOR
6114 HOPPER ROAD
HOUSTON, TX  77016

ESTATE OF CURLEY CRAYTON
MAZIE CRAYTON
102 GALILEE
HALLSVILLE, TX  75650


ESTATE OF CURTIS DURRETT
SANDRA JO DURRETT
1119 DEVEREAUX ST.
JACKSONVILLE, TX  75766

ESTATE OF DARRELL DRIVER
C/O HEARD ROBINS CLOUD LLP
2000 WEST LOOP SOUTH, 22ND FLOOR
HOUSTON, TX  77027

ESTATE OF DARRELL POWELL
MYRA POWELL
212 KATHRYN'S CT.
MOUNT PLEASANT, TX  75455

ESTATE OF DAVE TYLER
ELAYNE TAYLOR-TYLER
18042 SOUTH KEDZIE AVE
HAZEL CREST, IL  60429

ESTATE OF DAVEY GRAY HARRIS
C/O HOWARD STALLINGS FROM HUTSON
ATKINS
ANGELL DAVIS, PA-ATTN: NICHOLAS C BROWN
P.O. BOX 12347
RALEIGH, NC  27605

ESTATE OF DAVID SANDLIN
1110 HITCH COURT
CROSBY, TX  77339

ESTATE OF DAYMON L. HENRY
1715 EAST ETON
82 E CYDNEE ST
FAYETTEVILLE, AR  72703-3985

ESTATE OF DELBERT BROWN
5988 CALLOWAY DRIVE N
FT WORTH, TX  76114

ESTATE OF DON PUCKETT
8419 WEST SHERRI CIRCLE
MANVEL, TX  77578

ESTATE OF DONALD COOK
JOANN COOK
RE: ESTATE OF DONALD COOK & AUDREY COOK
930 PINE TREE RD
GRAHAM, TX  76450-4722

ESTATE OF DONALD EKERMEYER
JEWELL EKERMEYER
11 BUTTE LAROSE ST.
ALEXANDRIA, LA  71303

ESTATE OF DORIS KELLEY
TAMMY KELLEY
631 17TH NE
PARIS, TX  75460

ESTATE OF DOROTHY ARNOLD
BEVERLY TOFFEL
1391 W FENCE POST LN
EAGLE, ID  83616-4889

ESTATE OF EDDIE DAVIS
JIMMIE DAVIS
1413 TULANE
GREENVILLE, TX  75401

ESTATE OF EDDIE W JONES
229 MARKWOOD DR
LITTLE ROCK, AR  72205-2409

ESTATE OF ELMER HOSEA
STEVEN ELMER HOSEA
17623 RANCH COUNTRY DRIVE
HOCKLEY, TX  77447

ESTATE OF ERNEST BARNES
JOHNNY BARNES
620 N W LORNA
BURLESON, TX  76028

ESTATE OF ERNEST MEREDITH
SHIRLEY MEREDITH
204 W 5TH
CISCO, TX  76437

ESTATE OF FRANCES ARRIAGA
LUCY GARCIA
632 DARBY BLVD
SAN ANTONIO, TX  78207

ESTATE OF FRANCIS CORNWALL
MATTIE BELL CORNWALL
1206 ERVIN
LEAGUE CITY, TX  77573

ESTATE OF FRED BELINSKY
C/O MRS FRED BELINKSY
1 PAXFORD LANE
BOYNTON BEACH, FL  33426

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                                                                   Page 117 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

ESTATE OF FRED CHARLES PENNINGON
500 RAYMOND STREET
HOT SPRINGS, AR  71901

ESTATE OF GARY MITCHELL
PEGGY MITCHELL
104 JUNIPER STREET
MANSFIELD, TX  76063

ESTATE OF GARY SCHOENFELDT
21718 TIMBER RIDGE DRIVE
MAGNOLIA, TX  77355

ESTATE OF GEORGE B BASS
C/O CAROL BASS
196 12TH AVENUE
N TONAWANDA, NY  14120

ESTATE OF GEORGE J. LAWRENCE
C/O BELLUCK & FOX, LLP
ATTN: VIVIAN E. LAWRENCE, EXECUTRIX
546 5TH AVENUE, 4TH FLOOR
NEW YORK, NY  10036

ESTATE OF GEORGE TAVAREZ
SERENA TAVAREZ
1402 18TH ST.
GALVESTON, TX  77550

ESTATE OF GEORGE WATKINS
SARA A. WATKINS
5221 VALLEY BROOK CT.
LA PORTE, TX  77571

ESTATE OF GLENN SHERER
3813 CHICOSA TRAIL
207 PALM DR
PALESTINE, TX  75803-5429

ESTATE OF GRAHAM MCNEILL
BETTY MCNEILL
714 HAMILTON RD
RALEIGH, NC  27604

ESTATE OF GREGORY BEAVERS
294 SCHOOL HOUSE ROAD
GORDON, TX  76453

ESTATE OF HAL COLLINS
NELDA COLLINS
8101 CLIFFORD ST.
WHITE SETTLEMENT, TX  76108

ESTATE OF HAROLD L POTTER
11378 CLOUDCREST DR
SAN DIEGO, CA  92127-2002

ESTATE OF HAROLD LAMBERT
LINDA HOUCK-LAMBERT
1528 CARLOTTA DR.
HEMET, CA  92543

ESTATE OF HAROLD NOONAN
VIRGINIA LEAVITT
497 HOMBRE DE ORO
RIO RICO, AZ  85648

ESTATE OF HARVEY KEMPER
C/O NAPOLI SHKOLNIK PLLC
400 BROADHOLLOW ROAD, SUITE 305
MELVILLE, NY  11747

ESTATE OF HELEN DARIES
JANNA WILSON
556 SIZELER AVE
NEW ORLEANS, LA  70121-1714

ESTATE OF HENRY LEE BOWIE
MARYLAND WYNE
9209 DYSON RD
PINE BLUFF, AK  71603

ESTATE OF HILBURREL JACOBS
GLORIA JACOBS
1710 SHADY GLEN LANE
DALLAS, TX  75232

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 118 of  444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

ESTATE OF HOMER HOLCOMB
STEPHEN W. HOLCOMB
518 COUNTY ROAD 614
DAYTON, TX  77535

ESTATE OF HOYLE NORMAN
10324 ROCKY HOLLOW RD
LAPORTE, TX  77571

ESTATE OF J W BAXTER
1117 B FM 7809
SWEATWATER, TX  79556

ESTATE OF JACKIE CREAMER
JANICE CREAMER
125 HCR 2109
WHITNEY, TX  76692

ESTATE OF JAKE JOHNSON
TERRY JOHNSON
14307 BEAUHARP DRIVE
HOUSTON, TX  77490

ESTATE OF JAMES CHADWICK
SHIRLEY CHADWICK
18134 BRIARCREST
FLINT, TX  75762-9507

ESTATE OF JAMES LYLES
BOBBIE LYLES
1730 CRESTDALE
HOUSTON, TX  77080

ESTATE OF JAMES PICHON
ROSALYN PICHON
234 E. 6TH ST.
DEER PARK, TX  77536

ESTATE OF JAMES RILEY
2814 GREEN CREEK DR
MISSOURI CITY, TX  77489

ESTATE OF JAMES SHELTON
1026 ORANGE ST
LA MARQUE, TX  77568

ESTATE OF JAMES SWINEA
RITA SWINEA
406 GLORIA DR.
GARLAND, TX  75042

ESTATE OF JERRY KROGSGAARD
1006 NORTHGATE RD
VICTORIA, TX  77904-2701

ESTATE OF JIMMY BEATTY
6309 EAST COUNTRY RD. 84
MIDLAND, TX  79706

ESTATE OF JOE HAVLIK
NORMAN HAVLIK
1164 FM 1459
SWEENEY, TX  77480

ESTATE OF JOE WOOD
DONNA WOOD
DONNA WOOD
PO BOX 686
ANAHUAC, TX  77514-0686

ESTATE OF JOHN A. PITTS
C/O NAPOLI SHKOLNIK PLLC
400 BROADHOLLOW ROAD, SUITE 305
MELVILLE, NY  11747

ESTATE OF JOHN CRAYTON, JR.
EMMA CRAYTON
502 DAVIDSON DR.
GARLAND, TX  75040

ESTATE OF JOHN DOYLE
GENEVA DOYLE
1208 ARCADIA AVE
AUSTIN, TX  78757

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 119 of  444

ESTATE OF JOHN HOOT
DOLORES HOOT
221 VAUTHIER
LA MARQUE, TX  77568

ESTATE OF JOHN MCNEALY
NATHALIE MCNEALY
708 EAST SCOTT ST.
SHERMAN, TX  75090

ESTATE OF JOHN RABB
217 LASSATER
CENTERVILLE, TX  75833

ESTATE OF JOHN S GEISSLER
ATTN: LINDA GEISSLER JOHNSON
481 SMITH AVE
ISLIP, NY  11751

ESTATE OF JOHN SKELTON, THE
C/O PICKARD PARRY PFAU
ATTN: ZACHARIAH B PARRY, ESQ
10120 SOUTH EASTERN AVE, SUITE 140
HENDERSON, NV  89052

ESTATE OF JOHN SUGAMELI
ATTN: ROCCO J SUGAMELI
6630 N AMAHL PL
TUCSON, AZ  85704-1212

ESTATE OF JOHN WILLIAMS
RAMONA WILLIAMS
1799 HWY 20 #22
COLUSA, CA  95932

ESTATE OF JOHNNIE HUGHES
5915 PONCE DE LEON BLVD STE 14
CORAL GABLES, FL  33146-2435

ESTATE OF JOHNNIE WALLACE
GARY WALLACE
21225 SULLIVAN RD
NEW CANEY, TX  77357

ESTATE OF JOHNNY L. GREIN
IRIS FAYE GREIN
22314 DIANE DR.
SPRING, TX  77373

ESTATE OF JONATHAN BROWN
3310 SUMMERGROVE DR.
ARLINGTON, TX  76001

ESTATE OF JORGE DE LEON
JUANA DELEON
422 PLANTATION DRIVE
PHARR, TX  78577

ESTATE OF JOSEPH CONTI AND ANNE CONTI
155 CIPOLLA DRIVE
EAST HARTFORD, CT  06118

ESTATE OF JOSEPH CONTI AND ANNE CONTI
C/O THE EARLY LAW FIRM
ATTN: ETHAN EARLY
360 LEXINGTON AVE., 20TH FLOOR
NEW YORK, NY  10017

ESTATE OF JOSEPH FARINA
1219 4TH ST
WEST BABYLON, NY  11704-4749

ESTATE OF JOSEPH FARINA
1219 4TH ST
WEST BABYLON, NY  11704-4749

ESTATE OF JOSEPH FARINA
ATTN: DAWN FARINA
1219 4TH ST
WEST BABYLON, NY  11704-4749

ESTATE OF JOSEPH FARINA
ESTATE OF JOSEPH FARINA
ATTN NANCY FARINA
83 CLARK AVE
MASSAPEQUA, NY  11758

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 120 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

ESTATE OF JOSEPH MCCLOUD
TERRIE JOHNS
P.O BOX 904
SPERRY, OK  74073

ESTATE OF JOSEPH T. EBERSOL
C/O NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA  19102

ESTATE OF KEITH WOLFE
BOBBIE WOLFE
16477 FM 149
MONTGOMERY, TX  77356

ESTATE OF KENNETH CANFIELD
2726 SHADY CREEK
OYSTER CREEK, TX  77541

ESTATE OF KENNETH DUBOIS
SHEILA DUBOIS
8904 DUBOIS DR
LUMBERTON, TX  77657

ESTATE OF KENNETH JOHNSON
BRENDA JOHNSON
2519 JERRY LANE
HEMET, CA  92544

ESTATE OF KENNETH KIDD
6400 E. JACKSON
MUNCIE, IN  47303

ESTATE OF KENNETH T. DAVIS
C/O NAPOLI SHKOLNIK PLLC
400 BROADHOLLOW ROAD, SUITE 305
MELVILLE, NY  11747

ESTATE OF LARRY C WALKER
PO BOX 332
PETROLIA, TX  76377-0332

ESTATE OF LARRY E TOUTANT
1900 KIRKEY RD
GLENDALE, CA  91208

ESTATE OF LARRY E TOUTANT
LARRY E TOUTANT ESTATE OF
1900 KIRKEY RD
GLENDALE, CA  91208

ESTATE OF LARRY FOSTER
BARBARA FOSTER
P.O. BOX 1254
NEW CANEY, TX  77357

ESTATE OF LEE R GATES
1535 E ANTELOPE ST
SILVER SPRINGS, NV  89429-7630

ESTATE OF LEON JACKSON
LOTTIE JACKSON
3208 COMANCHE
FT. WORTH, TX  76119

ESTATE OF LESLIE DAVIS
LESLIE DAVIS
1711 TIMPSON ST.
LONGVIEW, TX  75602

ESTATE OF LOUIS BUCKHALTER
14507 SOUTH CASTLE GATE AVE
COMPTON, CA  90221-2409

ESTATE OF LOWELL DICKEY
LOWELL WILLIAM KIRBY
415 #A W. 27TH ST.
HOUSTON, TX  77008

ESTATE OF LUMUS HICKS
CAROLYN HICKS
10 45TH ST. SW
PARIS, TX  75460

ESTATE OF MARINO ANTHONY PARON
DAVID PARON
27950 LAKEWOOD DR.
ISANTI, MN 55040

ESTATE OF MARTIN S KOLODZIEJSKI
24 NADINE LN
PORT JEFFERSON STATION, NY 11776-2824

ESTATE OF MAURICE L CASSOTTA
880 A1A BEACH BLVD UNIT 3308
SAINT AUGUSTINE, FL 32080-6992

ESTATE OF MAURICE LOUIS COSSOTTA SR
C/O LOUIS CASSOTTA, EXECUTOR
4561 WAYCROSS HWY
HOMERVILLE, GA 31634

ESTATE OF MELVIN LUTHER HUFFMAN
VIRGINIA HUFFMAN
165 ROCK STREET NO.
LITTLE ROCK, AR 72118

ESTATE OF MELVIN PEEVY
JOHNNY PEEVY
11669 E. MONTANA PL
AURORA, CO 80012

ESTATE OF MICHAEL OWENS
OPAL KAY OWENS
3321 DANVILLE DRIVE
APT 103
KILGORE, TX 75662

ESTATE OF MIHAI DUMITRESCU
182 FIR STREET
VALLEY STREAM, NY 11580

ESTATE OF MILES JONES
MARY ANN JONES
P.O. BOX 1825
BAY CITY, TX 77404

ESTATE OF MONNIE HOWARD, JR.
MONNIE D. HOWARD
P.O. BOX 2242
DESOTO, TX 75123

ESTATE OF MURRY WILKENING
VIRGINIA MCCUNE
P.O. BOX 275
BURTON, TX 77835

ESTATE OF OREAL BABINEAUX
PETER BABINEAUX, JR.
4518 LAVENDER ST.
HOUSTON, TX 77026

ESTATE OF OTIS MCNABB
415 TENNESSEE
DALHART, TX 79022

ESTATE OF OVIDA HALL
DOROTHY HALL
1418 BOSQUE
GARLAND, TX 75040

ESTATE OF PATRICIA HARRISON
HENRY HARRISON
4497 ECTOR AVENUE
BEAUMONT, TX 77705

ESTATE OF PAUL J. SURA
C/O NAPOLI SHKOLNIK PLLC
400 BROADHOLLOW ROAD, SUITE 305
MELVILLE, NY 11747

ESTATE OF PAUL KIRK
8975 ST. HWY 198
CANTON, TX 75103

ESTATE OF PETE KROLCZYK
EVELYN KROLCZYK
4757 NICHOLSON LAKE RD.
CHAPPELL HILL, TX 77426

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 122 of 444
IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

ESTATE OF RANCE SIMPSON
5701 RICHARDSON
FORTH WORTH, TX  76119

ESTATE OF RANDELL D. JONES
RANDI K. JONES CASPER
11311 IRIS DR
BALCH SPRINGS, TX  75180

ESTATE OF RAYMOND D HATCHER
BONNIE C. HATCHER,  EXECUTOR
9101  COUNTY ROAD 519
ALVARADO, TX  76009

ESTATE OF RAYMOND D HATCHER
BONNIE HATCHER, PERSONAL REP.
C/O RICHARDSON PATRICK/ATTN: KJ WILSON
1730 JACKSON ST, PO BOX 1368
BARNWELL, SC  29812

ESTATE OF RAYMOND L DENIS
5112 E 97TH ST
TULSA, OK  74137-4906

ESTATE OF RAYMOND L DENIS
C/O LAW OFFICES OF BEER & KING, P.C.
ATTN: BARRY H. BEER
750 E MULBERY AVE., # 303
SAN ANTONIO, TX  78212

ESTATE OF RICHARD GLIDDEN
SANDRA GLIDDEN
902 BROCKMAN RD
CLUTE, TX  77531

ESTATE OF RILEY LOFTIN
GARY LOFTIN
2501 MAUNA KEA DR
CERES, CA  95307

ESTATE OF ROBERT E WATERS
148 COUNTY ROAD 1101
CARTHAGE, TX  75633-5630

ESTATE OF ROBERT E WATERS
148 COUNTY ROAD 1101
CARTHAGE, TX  75633-5630

ESTATE OF ROBERT E WATERS
148 COUNTY ROAD 1101
CARTHAGE, TX  75633-5630

ESTATE OF ROBERT E WATERS
148 COUNTY ROAD 1101
CARTHAGE, TX  75633-5630

ESTATE OF ROBERT E WATERS
148 COUNTY ROAD 1101
CARTHAGE, TX  75633-5630

ESTATE OF ROBERT E WATERS
ATTN: GLORIA WATERS GIBSON
942 BLOSSOMWOOD CT.
ARLINGTON, TX  76017

ESTATE OF ROBERT HYDE
DAVID HYDE
324 SPENCER LANDING EAST
LA PORTE, TX  77571

ESTATE OF ROBERT L AVISON
38 REYNOLDS DR
EATONTOWN, NJ  07724

ESTATE OF ROBERT L AVISON
C/O PRATT & RADFORD P.L.
ATTN: STEPHEN F. RADFORD JR.
340 COLUMBUS DR STE 111
WEST PALM BEACH, FL  33409

ESTATE OF ROBERT L POLK
816 JOHNSON AVE
PALACIOS, TX  77465-4366

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 123 of 444

ESTATE OF ROBERT L POLK
816 JOHNSON AVE
PALACIOS, TX  77465-4366

ESTATE OF ROBERT SMITH
2060 GREER ST
JASPER, TX  75951

ESTATE OF ROBERT VAN HORN
609 DEER TRAIL
JOURDANTON, TX  78026

ESTATE OF ROGER L. STOBART
C/O NAPOLI SHKOLNIK PLLC
400 BROADHOLLOW ROAD, SUITE 305
MELVILLE, NY  11747

ESTATE OF RONALD P MARINELLI
C/O SHEILA ANN MARINELLI
4740 FEISER RD
RYLAND HEIGHTS, KY  41015-9508

ESTATE OF RONALD P MARINELLI
MARINELLI, SHEILA ANN
4740 FEISER ROAD
RYLAND HEIGHTS, KY  41015

ESTATE OF RONALD PRYCE
MAR SUE PRICE
1110 4TH ST
PURCELL, OK  73080

ESTATE OF ROSE CYR
KATHY CYR
1458 CEDAR ST.
ARROYO GRANDE, CA  93420

ESTATE OF ROSS A BECKLEY
C/O MAUREEN D. BECKLEY
731 HAZLE STREET
WILKES-BARRE, PA  18706

ESTATE OF RUDY SANCHEZ
440 AMAYA
SAN ANTONIO, TX  78237

ESTATE OF RUSSELL ROSENBERGER
C/O CAROSELLI BEACHLER MCTIERNAN
COLEMAN
20 STANWIX STREET, 7TH FLOOR
PITTSBURGH, PA  15222

ESTATE OF SAMUEL STEELE, JR.
SAMUEL S. STEELE, III
2213 JOHN ST
PASADENA, TX  77502

ESTATE OF SANDY MCNEILL
ANNIE MCNEILL
2906 SEMINARY AVE
OAKLAND, CA  94605

ESTATE OF SANTOS GONZALES
MARIA GONZALEZ
2210 E. IOWA RD.
EDINBURG, TX  78539

ESTATE OF SATYA BAJAJ
2102 MERRYWOOD DR
EDISON, NJ  08817-2574

ESTATE OF SHEILA HUNT
609 CHICKAPEE TRAIL
MAITLAND, FL  32751

ESTATE OF SHEILA HUNT
C/O LAW OFFICES OF BEER & KING, P.C.
ATTN: BARRY H. BEER, WELLS FARGO BANK
BLDG.
750 E. MULBERRY AVE., # 303
SAN ANTONIO, TX  78212

ESTATE OF STEPHEN CORNWALL
MARY CORNWALL
2330 PECAN ORCHARD RD.
LEAGUE CITY, TX  77573

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

ESTATE OF STEPHEN RAY SMITH
12 TIMOTHY LANE
CONWAY, AR 72034

ESTATE OF SYED MOINUDDIN
1012 HARBOUR SHORE DR
KNOXVILLE, TN 37922

ESTATE OF TED CROOKSHANK
ALICE JODEAN CROOKSHANK
1148 COUNTY STREET #2966
BLANCHARD, OK 73010

ESTATE OF TERRY J. HOPKINS
C/O HUMPHREY FARRINGTON & MCCLAIN, P.C.
ATTN: PATSY A. HOPKINS, P.R.
221 W. LEXINGTON, SUITE 400
INDEPENDENCE, MO 64050

ESTATE OF THOMAS FLAHERTY
MARIETTA FLAHERTY
69 CHAPIN TERRANCE
SPRINGFIELD, MA 01107

ESTATE OF THOMAS H. CHANEY
LONIE MARSHALL
2329 SOLOMON ROAD
BENTON, AK 72015

ESTATE OF THOMAS RALPH BOLDING
709 19TH AVE
TEXAS CITY, TX 77590

ESTATE OF THOMAS RIGSBY
SHIRLEY RIGSBY
719 RUFINA ST
LEAGUE CITY, TX 77573-6797

ESTATE OF TOMMY CLARK
FRANCES CLARK
703 MCKINNEY RD
GRAFORD, TX 76449

ESTATE OF TOMMY SMITH
110 WINDSOR DR
WYLIE, TX 75098

ESTATE OF VENSON MILLIKEN
VELA MILLIKEN
3017 BRIDAL WREATH
DALLAS, TX 75233

ESTATE OF VERNON THOMPSON
LINDA THOMPSON
1454 CROMWELL
LANCASTER, TX 75134

ESTATE OF VERNON WILLIAMS
MARGARET W. SMITH
4627 PARK TRAIL LN
PASADENA, TX 77505

ESTATE OF VICTOR JONES
MARION E. JONES
504 S VAN BUREN ST APT 211
HENDERSON, TX 75654-3557

ESTATE OF VINCENT E. SAVIDGE
C/O NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA 19102

ESTATE OF VIRGIL LEE COLLINS
VIRGINIA COLLINS
112 NORTH FAIRWAY
SHERWOOD, AK 72120

ESTATE OF VIVIAN V.B. GEORGE
ATTN: KATHRYN E. GEORGE, DAUGHTER AND PR
16625 ALDEN AVE
GAITHERSBURG, MD 20877-1503

ESTATE OF WALTER RICHARD
10899 MOSSWOOD DR.
TYLER, TX 75703

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 125 of 444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ESTATE OF WAYBURN LEE HUTCHESON
DIANA BAKER
9716 DYSON RD.
PINE CITY BLUFF, AK  71603

ESTATE OF WEBSTER PERSON
LEWIS JENKINS
922 DOLLY WRIGHT
HOUSTON, TX  77088

ESTATE OF WILLARD JAMES HAWTHORNE
JENNIFER RENE
318  DEAN
GORDON, AK  71743

ESTATE OF WILLIAM ALEXANDER, JR.
DONNA DEL VALLE
22459 COUNTY ROAD 140
BEDIAS, TX  77831

ESTATE OF WILLIAM ARNHEITER
441 GREEN AVE
LYNDHURST, NJ  07071-2439

ESTATE OF WILLIAM CAMPBELL
9909 CAMALEE
HOUSTON, TX  77075

ESTATE OF WILLIAM CARNES
VELMA CARNES
2291 FM 2296
SALADO, TX  76571

ESTATE OF WILLIAM CHARBONEAU
705 N DELAWARE
ROSWELL, NM  88201-2136

ESTATE OF WILLIAM E PHILLIPS
8 SALVIA CT W
HOMOSASSA, FL  34446-5427

ESTATE OF WILLIAM E THOMAS, THE
2912 BRIAMARIC WAY
FORT PIERCE, FL  34981-6043

ESTATE OF WILLIAM L. SHERET
ATTN: WILLIAM J. SHERET, REPRESENTATIVE
1741 SPRINT LANE
HOLIDAY, FL  34691

ESTATE OF WILLIAM L. SHERET
C/O CAROSELLI BEACHLER MCTIERNAN
COLEMAN
20 STANWIX STREET, 7TH FLOOR
PITTSBURGH, PA  15222

ESTATE OF WILLIAM LOPEZ
14365 NUGENT CIR PH
SPRING HILL, FL  34609-5475

ESTATE OF WILLIAM MATTHEWIS
WILLIAM MATTHEWIS, JR.
1437 E 52ND ST.
LOS ANGELES, CA  90011

ESTATE OF WILLIAM R MCGUIGAN
115 LOCH SHIN DRIVE
CORAOPOLIS, PA  15108

ESTATE OF WILLIAM STUBBLEFIELD
SHIRLY STUBBLEFIELD
9595 S. HWY 36
GATESVILLE, TX  76528

ESTATE OF WILLIE MCGARRY
BARBARA MCGARRY
302 CIRCLE DR.
DALLAS, TX  75224

ESTES, LARYY THOMAS
3291 MCGEE MILL RD
SEMORA, NC  27343

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

ESTEY, JOSEPH
1815 E 32ND ST
SAVANNAH, GA  31404-2335

ESTRADA, JUAN FLORENCIO
1402 MELTON DR.
MESQUITE, TX  75149

ESTRADA, MARITZA
10434 SHAYNA DR.
DALLAS, TX  75217

ESTRADA, MAX ARQUE
3181 W CIRCULO ALEGRE
TUCSON, AZ  85746

ESTRIDGE, LINDA GASTON
7464 OLD JEFFERSON HWY
KERSHAW, SC  29067

ESTRIDGE, THOMAS JACK
7464 OLD JEFFERSON HWY
KERSHAW, SC  29067

ETENE, ETENE
25891 BYRON ST
SAN BERNARDINO, CA  92404

ETHERIDGE, RONALD F
PO BOX 541
REPUBLIC, PA  15475

EUANKO, AARON G
39 SCHOOL HOUSE ROAD
BLAIRSVILLE, PA  15717

EUANKS, AARON G
39 SCHOOLHOUSE ROAD
BLAIRSVILLE, PA  15717

EUBANK, CHARLES T , II
2719 SAWGRASS LOOP
RICHLAND, WA  99354

EULENFELD, B C
2800 THORNDALE RD
TAYLOR, TX  76574-2079

EUSTICE, EDWARD
11045 OLD DAYTON PIKE
SODDY DAISY, TN  37379-5649

EVANS, BETTY J.
2408 W. 101ST ST
INGLEWOOD, CA  90303-1745

EVANS, GREGORY
3711 NAUSET PLACE
RANDALLSTOWN, MD  21133

EVANS, RICHARD
35 CHANCELLOR LANE
WEST SENECA, NY  14224

EVANS, WILLIAM E
#165 MASON RIDGE CIRCLE
COLUMBIA, SC  29229-8183

EVANS, WILLIAM E
#165 MASON RIDGE CIRCLE
COLUMBIA, SC  29229-8183

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 127 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

EVERARD, MICHAEL
9650 W. 70TH AVE.
ARVADA, CO  80004

EVERITT, DOUGLAS
80 RIDGEVIEW COLONY
MILTON, PA  17847

EVERSON, STEVEN NEAL
2603 OLD DOBBINS BRIDGE RD
TOWNVILLE, SC  29689-3725

EWING, KEITH R
126 COUNTY ROAD 681
ETOWAH, TN  37331

EWING, RAYMOND
960 OAKDALE AVE.
PITTSBURGH, PA  15234

EXLINE, JIMMY L.
1605 WHARF LN
GREENACRES, FL  33463

FAGEN, FRED
11102 EXCELSIOR DR APT 9E
NORWALK, CA  90650

FAGGART, BILLY MAC
3491 CAL BOST ROAD
MIDLAND, NC  28107

FAGUNDO, GUSTAVE P
4710 S.W 83 AVE
MIAMI, FL  33155

FAHY, DAVID
C/O THE EARLY LAW FIRM
ATTN: ETHAN EARLY
360 LEXINGTON AVE., 20TH FLOOR
NEW YORK, NY  10017

FAIRCLOTH, ROBERT E.
219 GOLDEN ROAD
WILMINGTON, NC  28451

FALARDEAU, DONALD R
227 ELIZABETH AVE
TOMS RIVER, NJ  08753

FALCON, STEPHANIE
1055 HILLSIDE DR.
STRATFORD, CT  06614

FALZARANO, JOHN P.
84 PLATT STREET
HORNELL, NY  14843

FANN, CARL EDGAR
2274 Z.S. ROBERTS RD.
ZAVALLA, TX  75980

FARELL, CHARLES EDWARD
POX BOX 37505
ROCK HILL, SC  29732-0543

FARINA, DAWN
1219 4TH ST
W. BABYLON, NY  11704

FARINA, DAWN
1219 4TH ST
W. BABYLON, NY  11704

FARINA, ESTATE OF JOSEPH
1219 4TH ST
WEST BABYLON, NY  11704-4749

FARINA, ESTATE OF JOSEPH
1219 4TH ST
WEST BABYLON, NY  11704-4749

FARINA, ESTATE OF JOSEPH
ATTN DAWN FARINA
1219 4TH ST
WEST BABYLON, NY  11704-4749

FARINA, ESTATE OF JOSEPH
ATTN NANCY FARINA
83 CLARK AVE.
MASSAPEQUA, NY  11758

FARINA, NANCY
83 CLARK AVE
MASSAPEQUA, NY  11758

FARINA, NANCY
83 CLARK AVE
MASSAPEQUA, NY  11758

FARINA, NICOLE
199A N. KINGS AVE.
MASSAPEQUA, NY  11758

FARINA, NICOLE
199A N. KINGS AVE.
MASSAPEQUA, NY  11758

FARLEY, MICHAEL KEITH
254 E PINEY MOUNTAIN RD.
WHITTIER, NC  28789

FARLEY, ZACHARIAH
7724-SUNRISE DR. APT E
IRONDALE, AL  35210

FARMER, JOHNNY
3002 GREENHAVEN LN
HOUSTON, TX  77092

FARR, GERALDINE G.
8025 GLEN ALTA WAY
CITRUS HEIGHTS, CA  95610

FARR, GERALDINE G.
8025 GLEN ALTA WAY
CITRUS HEIGHTS, CA  95610

FARR, GERALDINE G.
THE SHAFER LAW GROUP
210 MAGNOLIA AVE
AUBURN, CA  95603

FARR, GERALDINE G.
THE SHAFER LAW GROUP
210 MAGNOLIA AVENUE
AUBURN, CA  95603

FARRAR, JULIUS
1360 E TELEGRAPH ST LOT 62
WASHINGTON, UT  84780

FASCIANA, ELIZABETH M.
76 ONECK RD
WESTHAMPTON BEACH, NY  11978

FASCIANA, SALVATORE (DECEASED)
76 ONECK RD
WESTHAMPTON BEACH, NY  11978

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 129 of  444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

FASCIANA, SALVATORE (DECEASED)
C/O ELIZABETH FASCIANA
76 ONECK ROAD
WESTHAMPTON BEACH, NY  11978

FASONE, STEPHEN
1060 WILLOUGHBY LA
MOUNT PLEASANT, SC  29466

FASONE, STEPHEN, JR
1060 WILLOUGHBY LN
MOUNT PLEASANT, SC  29466-9038

FATULA, KIMBERLY
110 EAST PHILADELPHIA STREET
ARMAGH, PA  15920

FAUL, GARY L
2928 W. MORROW DR.
PHOENIX, AZ  85027

FAUL, GARY L
2928 W. MORROW DR.
PHOENIX, AZ  85027

FAULKENBERRY, CAROL B.
7480 FLAT ROCK RD
KERSHAW, SC  29067

FAULKENBERRY, JEANETTE
202 STOWE RD
BELMONT, NC  28012

FAULKENBERRY, PAUL BRUCE
7480 FLAT ROCK RD
KERSHAW, SC  29067

FAVALORA, CORI
PO BOX 1702
PICAYUNE, MS  39466-1702

FAVALORA, GREGORY
PO BOX 1702
PICAYUNE, MS  39466-1702

FAVORITE, KAREN A.
111 PIERRE CT
EDGARD, LA  70049

FAY, STEVEN
135 MAIN
ROTHVILLE, MO  64676

FAY, WANDA L.
135 MAIN
ROTHVILLE, MO  64646

FAZZINI, MICHAEL P
5033 MEADOW AVE
FINLEYVILLE, PA  15332

FEATENBY, ROBERT H
314 EMERYWOOD DRIVE
MOREHEAD CITY, NC  28557

FEATHERSTON, REX
6025 WATER CANYON ROAD
WINNEMUCCA, NV  89445

FEAZELL, PAUL J. DECEASED
718 HAMMETT ROAD
GREER, SC  29650

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 130 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

FECHTIG, VICTORIA A
5 ANCHOR LANE
LEVITTOWN, NY  11756

FEDDER, RANDALL
8020 PARADISE RD
MILTON, PA  17847

FEDERLINE, STEVEN P
301 SUNSHINE PLACE APT K
CATONSVILLE, MD  21228

FEDORI, ALBERT
6 KENT BROOK TERRACE
KINNELON, NJ  07405

FEDORKO, ANDREW M
531 THE LANE
EBENSBURG, PA  15931

FEDORKO, EDWARD A.
136 FEDORKO DRIVE
P.O. BOX 85
PORTAGE, PA  15946

FEDORKO, ERIC
251 SHANELLY DRIVE
PORT MATILDA, PA  16870

FEDORKO, JUDITH A
P.O. BOX 85
136 FEDORKO DR.
PORTAGE, PA  15946-0085

FEDORKO, LAURIE
8809 PORTNER AVENUE #3
MANASSAS, VA  20110

FEDORKO, LAURIE
8809 PORTNER AVENUE #3
MANASSAS, VA  20110

FEDORKO, LYNNE
8807 PORTNER AVE. #4
MANASSAS, VA  20110

FEDORKO, LYNNE
8807 PORTNER AVE. #4
MANASSAS, VA  20110

FEELEY, HEATHER
(SPOUSE OF PATRICK FEELEY)
7781 GOLDFISH WAY
SAN DIEGO, CA  92129-4524

FEELEY, HEATHER
BURKHARDT & LARSON
6006 EL TORDO, SUITE 200
PO BOX 1369
RANCHO SANTA FE, CA  92067

FEELEY, PATRICK S.
7781 GOLDFISH WAY
SAN DIEGO, CA  92129-4524

FEELEY, PATRICK S.
BURKHARDT & LARSON
6006 EL TORDO, SUITE 200
PO BOX 1369
RANCHO SANTA FE, CA  92067

FEGYAK, MICHAEL B.
1990 OLEANDER BLVD
FORT PIERCE, FL  34950-8106

FEHLMAN, JAMES
558 LILLIAN WAY
JEFFERSON, GA  30549

FEICHTINGER, DENNIS
2711 RIVERSIDE
TRENTON, MI  48183

FELBER, HENRY JAMES
5313 BAYVIEW CT
CAPE CORAL, FL  33904-5841

FELDMANN, GARY
3 TIMBERLINE DRIVE
ALEXANDRIA, KY  41001

FELICIANO, SAMUEL COLON
CALLE BARBOSA INT
905 JUANA MATOS
CATANO, PR  00962

FELIX, DAVID M
#12 EA MT PELLIER
CHRISTIANSTED, ST.CROIX, VI  00821

FELIX, DAVID M
PO BOX 5377
KINGSHILL, ST.CROIX, VI  00851-5377

FELTON, DAVID WILLIAM
294 CHRUCH FARM ROAD
DAVIDSVILLE, PA  15928

FELTON, DAVID WILLIAM
294 CHURCH FARM ROAD
DAVIDSVILLE, PA  15928

FENICLE, MARK
11612 POLARIS DR
GRASS VALLEY, CA  95949-7609

FENICLE, SHIRLEY
PO BOX 1857
NEVADA CITY, CA  95959-1857

FENNELL, ERNEST EDWIN
3703 TIENGLEBIAR
PASADENA, TX  77503

FERGUSON, JERRY B
113 KATY ST
LONGVIEW, TX  75605-6169

FERGUSON, MICHAEL WAYNE
1958 BATTLEFIELD DRIVE
GREAT FALLS, SC  29055

FERGUSON, ROBERT A
1805 MILFORD CIR
SUN CITY CENTER, FL  33573

FERGUSON, ROBERT DARWIN
378 MAX PATCH RD.
CLYDE, NC  28721

FERGUSON, TOMMIE WAYNE (DECEASED)
JANICE FERGUSON
27917 W. OAK RIDGE RD
KEMP, TX  75143

FERRADA JARA, PEDRO ENRIQUE
ALAMEDA 171 DEPTO 508
REGION METROPOLITANA
SANTIAGO  8320000
CHILE

FERRARA, ROBERT V
261 HOMESTEAD VILLAGE DR
WARWICK, NY  10990

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


FERRARA, SAL
91 BERGEN AVE
WALDWICK, NJ 07463

FERRARI, GARY
9 MAPLEWOOD
PLYMOUTH, MA 02360

FERRELL, CLAYTON
336 RED LANE
THERMOPOLIS, WY 82443

FERRER, JOHN
50 WEST 19TH STREET
HUNTINGTON STATION, NY 11746

FERRERO, AMY
1742 CHAUCER DRIVE
ROMEOVILLE, IL 60446-1678

FETTERS, CHARLES
3371 EDWARDS RD
SARDINIA, OH 45171

FIALA, PETER
65-61 SAUNDERS ST APT 2I
REGO PARK, NY 11374

FIELD, JOSEPH
3 RANDALL PL
PORTLAND, CT 06480

FIELDS, MARY
2314 THORNKNOLL DRIVE
FORT WASHINGTON, MD 20744

FIELDS, WELTON
2314 THORNKNOLL DRIVE
FORT WASHINGTON, MD 20744

FIGUEROA, JUANA SANCHEZ
HC02 BOX 12249
GURABO, PR 00778

FIGUEROA, LUIS
ALTOS DE VINA NO 274
AV. PLAYA ANCHA 537
VALPARAISO
VILLA DEL MAR 2520000 CHILE

FIGUEROA, MARTINA PAZ
ALTOS DE VINA NO 274
AV. PLAYA ANCHA 537
V REGION VALPARAISO
VILLA DEL MAR 252000 CHILE

FIGUEROA, NATALIA
ALTOS DE VINA 274
AV PLAYA ANCHA 537
V REGION DE VALPARAISO
VILLA DEL MAR 2520000 CHILE

FIGUEROA, PABLO
ALTOS DE VINA 274
AV PLAYA ANCHA 537
V REGION DE VALPARAISO
VILLA DEL MAR 2520000 CHILE

FILLA, JOAN
7 KIMBER COURT
EAST NORTHPORT, NY 11731

FILLA, JOHN
7 KIMBER COURT
EAST NORTHPORT, NY 11731

FINCH, WILLIAM
1331 RAMSDEL ST
PORT CHARLOTTE, FL 33952

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


FINK, JOSEPH
721 KIRK AVE.
P.O. BOX 464
FAIRVIEW, MT  59221

FINK, TATIANA
79 05 ELKS ROAD
ELMHURST, NY  11373

FINLEY, KENNETH LEE
P.O. BOX 778
BRAZORIA, TX  77422


FISCHER, EDWARD A, JR
717 BARRON AVE
WOODBRIDGE, NJ  07095

FISCHER, WILLIAM B.
25 OTIS STREET
BEDFORD, MA  01730

FISH, BENJAMIN, SR
4505 RASPE AVE
BALTIMORE, MD  21206


FISH, RANDLE E.
P.O. BOX 147
MACCLENNY, FL  32063

FISH, RANDLE E.
P.O. BOX 147
MACCLENNY, FL  32063

FISHER, DANNY R
11 STOKE AVENUE
HOPATCONG, NJ  07843


FISHER, DONALD G.
117- W HIGHLANG RD
TRINITY, TX  75862

FISHER, GERALD W
40551 S.E. LATIGO LN.
SANDY, OR  97055

FISHER, HERMAN
695 KNOX STREET
INDIANA, PA  15701


FISHER, ILA K GOLDMAN
433 E CENTER ST
DUNCANVILLE, TX  75116-4856

FISHER, LOWELL C.
201 N. COLLEGE
SALEM, IL  62881

FISHER, MICHAEL
C/O ROUSSEL & CLEMENT
ATTN: PERRY J ROUSSEL JR
1550 WEST CAUSEWAY APPROACH
MANDEVILLE, LA  70471


FISHER, MURIEL
33-33 82ND ST APT. 4N
JACKSON HTS., NY  11372

FISHER, ROBERT JAMES
5709 MYERS AVE
SIOUX CITY, IA  51106

FISHER, SUSAN CAROL
42 AVIAN CT
BREVARD, NC  28712

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 134 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

FITE, KATHI
6729 BRILEY DRIVE
NORTH RICHLAND HILLS, TX 76180

FITZGERALD, PATRICK
9558 FRANKLIN CENTER RD.
CRANESVILLE, PA 16410

FITZGERALD, TOMMIE
P.O. BOX 1752
BASTROP, TX 78602

FITZGIBBON, PATRICK A
2033 TEXAS AVE #101A
SHREVEPORT, LA 71103-3636

FITZGIBBON, PATRICK A.
2033 TEXAS AVE #101A
SHREVEPORT, LA 71103-3636

FITZPATRICK, JONATHAN
201 EAST PENNVIEW STREET
PITTSBURGH, PA 15223

FITZPATRICK, JOSEPH F.
110 PINE DR.
COVINGTON, LA 70433

FLAKKER, GARY
3784 CORWIN ST
BOZEMON, MT 59718

FLANNIGAN, ROB
57 SPRING ST
DEEP RIVER, CT 06417

FLANSBURG, MILES
16376 WAGON CT
PARKER, CO 80134

FLECK, GLORIA F.
PO BOX 126
WATERPORT, NY 14571-0126

FLECK, JACK J
1502 2ND AVE NW #5
MANDAN, ND 58554

FLECK, PHILIP C, JR
PO BOX 126
WATERPORT, NY 14571-0126

FLECK, TERRANCE L
8062 SW 81ST LOOP
OCALA, FL 34476

FLEDDERMAN, ARTHUR P.
583 WOLFEL AVE.
SAINT MARYS, PA 15857-1246

FLEDDERMAN, ARTHUR P.
583 WOLFEL AVE.
SAINT MARYS, PA 15857-1246

FLEMING, GEORGE I.
8500 E STATE ROAD 350
MILAN, IN 47031-8852

FLEMING, JAMES R
1110 CARA CT
MARCO ISLAND, FL 34145

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


FLEMING, JOAN SYVONNE DECEASED
P.O. BOX 123
MCNEIL, MS  39457

FLEMING, LAWRENCE
102 PINERY CIRCLE
GARNER, NC  27529

FLEMING, THOMAS H. DECEASED
633 6TH AVE. S.E.
STANLEY, ND  58784


FLETCHER, JACKSON DOUGLAS
PO BOX 6125
NORTH AUGUSTA, SC  29861

FLETCHER, PHILLIP N
9969 CENTRE RD
GADSDEN, AL  35903

FLETCHER, PHILLIP N
9969 CENTRE ROAD
GADSDEN, AL  35903


FLORA, FRANK
127 GALIANO ST
ROYAL PALM BEACH, FL  33411

FLORA, HAROLD R.
2708 WEST FIELD
ALVIN, TX  77511

FLORA, WADE ORVILLE
4410 MALLARD LN
BAYTOWN, TX  77520


FLORES, GARRY
540 POPLAR ST
CATASAUQUA, PA  18032

FLORES, MACARIO
900 E CAMERON ST
ROCKDALE, TX  76567

FLORES, NESTOR
CARACOLES 31
CASA 61, CONDOMINIO SOL DE TOSCANA 2
QULILLOTA
LA CRUZ  2280614  CHILE


FLORES, ROSALINDA
900 E CAMERON ST
ROCKDALE, TX  76567

FLOWER, CHARLES T
2929 E MAIN ST #158
MESA, AZ  85213

FLOWER, CHARLES T
2929 E MAIN ST SPACE 158
MESA, AZ  85213-9328


FLOWERS, CRAIG
504 GRAND AVE
FULTON, MO  65251

FLOWERS, DIANA
504 GRAND AVE.
FULTON, MO  65251

FLOWERS, JIMMY C.
PO BOX 264
BAINBRIDGE, PA  17502-0264

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


FLOYD, ERNEST
8220 W GAGE BLVD #701
KENNEWICK, WA  99336

FLOYD, LARRY
8819 SW WAVERLY DR
TIGARD, OR  97224

FLOYD, LAVONNE R
8819 SW WAVERLY DR
PORTLAND, OR  97224


FLOYD, MATTHEW
309 MARSHALL ROAD
IMPERIAL, PA  15126

FLUIT, RUTH FARR
4768 BRON BRECK
SALT LAKE CITY, UT  84117

FLURY, PETER
2120 E. 21ST STREET
CASPER, WY  82601


FLYNN, HAROLD WILLIAM
POST OFFICE BOX 1114
CAMDEN, SC  29021

FOGLIA, NICHOLAS
75 ARBOR FIELD WAY
LAKE GROVE, NY  11755

FOLEY, MICHELLE
117 STONY POINT ROAD
COURTLAND, MN  56021


FOLSOM, DANIEL H. DECEASED
7879 CO RD 1017
CENTER, TX  75935

FORBES, FERRON RAND
2301 W COUNTY ROAD 141
COLORADO CITY, TX  79512-2643

FORD, BRIAN
675 THEATRE RD
ST BENEDICT, PA  15773-7705


FORD, JAMES GENE
8152 HART DR.
N. FORT MYERS, FL  33917

FORD, PHILLIP
2505 BROGDEN RD
CREEDMOOR, NC  27522

FORD, ROBERT S
335 KIMPORT AVE
BOALSBURG, PA  16827-1235


FORD, THOMAS
442 MINEAILSPRINGS RD
CANON, GA  30520

FORE, BRIAN
3750 DENNIS ROAD
WEATHERFORD, TX  76087

FOREMAN, NAOMI
4300 S FORK RANCH RD
WACO, TX  76705-5985

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


FORGACS, JOHN L
PO BOX 243
MDL GRANVILLE, NY 12849-0243

FORLINES, WILLIAM FRANKLIN
119 AIRPORT RD.
STANLEY, NC 28164

FORMAN, LIBBY
4258 GLEN LYTLE RD
PITTSBURGH, PA 15217


FORREST, LYLE
4568 YELLOW BLUFF RD
CRESTVIEW, FL 32539

FORREST, RUTH B
101 TURNER STREET
NINETY SIX, SC 29666

FORREST, RUTH B
101 TURNER STREET
NINETY SIX, SC 29666


FORREST, WILLIE SR (DECEASED)
101 TURNER STREET
NINETY SIX, SC 29666

FORREST, WILLIE, JR
719 CHINQUAPIN RD
GREENWOOD, SC 29646

FORREST, WILLIE, SR (DECEASED)
101 TURNER STREET
NINETY SIX, SC 29666


FORSTER, WILLIAM
446 PINE CONE LN
SLIDELL, LA 70458

FORT, LATRELL MARQUETTE
315 PITTMAN ST
RICHARDSON, TX 75081

FORT, LILLIAN MARIE
110 RAM CIRCLE APT B
NATCHEZ, MS 39120


FOSHIE, JULIE
471 W. LARONA LANE
TEMPE, AZ 85284

FOSS, MARY JEAN BROCIA
3916 NW 20TH LANE
GAINESVILLE, FL 32605

FOSS, MARYJEAN
3916 NW 20TH LANE
GAINESVILLE, FL 32605


FOSS, RALPH H
3916 NW 20TH LANE
GAINESVILLE, FL 32605

FOSS, RALPH H
3916 NW 20TH LANE
GAINESVILLE, FL 32605

FOSSUM, EILEEN
169 LACKAWANNA DRIVE
STANHOPE, NJ 07874

FOSSUM, JILL L.
169 LACKAWANNA DRIVE
STANHOPE, NJ  07874

FOSTER, FRANK
13315 S. HIGH ROAD
MAYER, AZ  86333

FOSTER, JUDY
13315 S. HIGH ROAD
MAYER, AZ  86333

FOSTER, KEVIN
903 E MAIN ST
CLINTONVILLE, WI  54929-8405

FOUNDS (HUDDLESTON), DORA
6410 SW 59TH CT.
OCALA, FL  34474

FOUNTAIN, WILL H.
11890 WILLIAMSON CT
CINCINNATI, OH  45240

FOURNIER, PERRY
69 FRANKLIN DR
BROOKLYN, CT  06234

FOWLER, BARTLETT
61578 TULARE LANE
LA QUINTA, CA  92253

FOWLER, DALE
61578 TULARE LANE
LA QUINTA, CA  92253

FOWLER, JEANNE
1025 FRANKLIN ST
HARTSVILLE, SC  29550-8557

FOX, DAVID
15 FAIRVIEW ST
UNIONTOWN, PA  15401

FOX, DIANE D.
76 MARTIN LN.
TAYLORSVILLE, NC  28681

FOX, FOSTER
2404 E LYDIA HWY
HARTSVILLE, SC  29550

FOX, ROY L
359 SCENIC LAKEVIEW DR 1
SPRING CITY, TN  37381-6292

FOX, ROY L
C/O PATTEN WORNOM HATTEN & DIAMONSTEIN
ATTN: JENNIFER W. STEVENS
12350 JEFFERSON AVE., STE. 300
NEWPORT NEWS, VA  23602

FOXE, BILLY
603 SOUTHERN PINE
DARLINGTON, SC  29532

FRAILEY, RONALD H
175 GASTOWN ROAD
PO BOX 174
SHELOCTA, PA  15774

FRAJ, LINDA
413 13TH ST SO
TEXAS CITY, TX  77590

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 139 of  444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

FRAKES, DWAYNE E
1980 CASSINGHAM HOLLOW DR
COSHOCTON, OH  43812-9115

FRAKES, PAMELA S
1980 CASSINGHAM HOLLOW DR.
COSHOCTON, OH  43812-9115

FRAKES, RONALD L., JR.
1980 CASSINGHAM HOLLOW DR.
COSHOCTON, OH  43812-9115

FRALICKER, CARESSE
PO BOX 433
THRALL, TX  76578-0433

FRANCE, DAWN J
3800 DOCKSIDE DR
CHESTER, VA  23831

FRANCE, DIANNE H
10723 TIMONIUM DR
CHESTER, VA  23831

FRANCIS, LINDA S
413 13TH STREET SOUTH
TEXAS CITY, TX  77590

FRANCIS, MICHELLE
1177 LENNIG RD.
NATHALIE, CA  24577

FRANCISCO, GARY
262 STRAIGHT RD
BUFFALO, WV  25033

FRANCK, SALLEE SHUMWAY (EIDE)
78 W 500 S
BLANDING, UT  84511

FRANCO, RODOLFO
400 N JEFFERSON AVE
FULLERTON, CA  92832-1609

FRANK, DAVID
5784 JAMESTOWN ST
SINCLAIRVILLE, NY  14782

FRANK, JOHN
783 MAIN ST
NEWFOUNDLAND, PA  18445

FRANKLIN, GREGORY
112 STANDING STONE PARK HWY
PO BOX 36
HILHAM, TN  38568-0036

FRANKS, ARCHIE ASA
P.O. BOX 1447
NEW CANEY, TX  77357

FRANKS, JOSEPH
43 BUNNY RD
PRESTON, CT  06365

FRAY, RICHARD L.
1018 S4TH ST.
MOBERLY, MO  65270

FRAZIER, BERNARD
2213 N. CENTER ROAD
HARTSVILLE, SC  29550

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 140 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

FRAZIER, LARRY
522 CB MOBILE HOME PARK
LAMAR, SC  29069

FREELS, BRITTANY
4425 CROSS BROOK DR
PERRY HALL, MD  21128

FREELS, JEAN
4425 CROSS BROOK DR
PERRY HALL, MD  21128

FREELS, JEAN
4425 CROSS BROOK DR
PERRY HALL, MD  21128

FREELS, KAITLYN
4425 CROSS BROOK DR
PERRY HALL, MD  21128

FREELS, LEO
4425 CROSS BROOK DR
PERRY HALL, MD  21128

FREEMAN, ALETHA J
2445 IDAHO AVENUE
KENNER, LA  70062

FREEMAN, LEON
P.O. BOX 425
MATTESON, IL  60443

FREEMAN, NICOLE
3976 MARTIN ROAD
DULUTH, MN  55803

FREEMAN, PATRICIA
4508 CRICKLEWOOD ST.
APT J.
LUMBERTON, NC  28358

FREEMAN, REBA J.
422 PAMELA RD
YORK, SC  29745-9323

FREEMAN, RICHARD
6715 NE 22ND. AVE
PORTLAND, OR  97211

FREEMAN, ROBERT F.
471 NE CHERRY LAKE CIR
MADISON, FL  32340

FREEMAN, WALTER M, SR
10285 SEYMOUR AVE
DIBERVILLE, MS  39540

FRENCH, RUSSELL
726 CANYON SPRINGS DRIVE
11657 N H ST
LA PORTE, TX  77571-9220

FRETWELL, BUD STEPHEN
4274 ANSON DR.
JACKSONVILLE, FL  32216

FREUND, DONALD
8408 WEST 69TH TERRACE
OVERLAND PARK, KS  66204

FREUND, JENNIFER
5000 W 108TH ST
#1421
OVERLAND PARK, KS  66202

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 141 of 444

FREUND, LINDA
8408 WEST 69TH TERRACE
OVERLAND PARK, KS  66204

FREUND, TIMOTHY
263 NEW HOLLAND AVE
LANCASTER, PA  17602

FREY, CAROLYN E
11000 FRANKLIN AVE. 1215
BALTO, MD  21221

FRIEDMAN, ALVIN G, NSO
6424 POINT BREAK ST
NORTH LAS VEGAS, NV  89084-1244

FRIEDMAN, ALVIN G, NSO
PO BOX 335428
NORTH LAS VEGAS, NV  89033-5428

FRIEND, 'J.W.'
9444 HARPER ROAD
FREDONIA, KS  66736

FRIES, STEVEN
1729 ALTLAND AVE
YORK, PA  17404

FRITZ, JOHN
3690 N. SHERMAN STREET EXTENDED
MOUNT WOLF, PA  17347

FRITZ, MELINDA
3690 N. SHERMAN STREET EXTENDED
MOUNT WOLF, PA  17347

FRIZZELL, JANET
341 IRWIN RUN ROAD
WEST MIFFLIN, PA  15122

FRIZZELL, WESLEY
341 IRWIN RUN ROAD
WEST MIFFLIN, PA  15122

FROSCH, DOUGLAS
124 HANNASTOWN ROAD
BUTLER, PA  16002

FROST, ANDREA
35 NO NAME LN
CRIPPLE CREEK, CO  80813-9699

FROST, CHARLES
336 S 6TH ST
LASALLE, CO  80645

FRUMENTO, CHRISTOPHER A
1561 CAMP MOHAVE RD
FORT MOHAVE, AZ  86426

FRY, WILBUR
616 EAST PHILADELPHIA STREET EXT
ARMAGH, PA  15920

FRYE, CLAUDIA
396 PALOMAR CT
SAN BRUNO, CA  94066

FRYE, KENNETH J.
155 OAK RD
PAXINOS, PA  17860

FRYE, TIM
253 JOBES RD
GREENSBURG, PA  15601

FUENTES, RICARDO ERNESTO SA SVEDRA
BLOCK 9 D PTO 13 2 SECTOR GOMEZ CARRENO
VINA DEL MAR  2541003
CHILE

FUGATE, KENT
13513 N 127TH DRIVE
EL MIRAGE, AZ  85335

FULL, JANET
5141 LEATHERMANS WALK
PIPERSVILLE, PA  18947

FULLER, JULIE
3865 E ENCINAS AVE
GILBERT, AZ  85234-3028

FULMORE, GLENNIE
609 ROBINSON RD
ANDREWS, SC  29510

FULTON, HAROLD D
P.O. BOX 142
CHINLE, AZ  86503

FUNK, WILLIAM
C/O GEORGE & FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN  46204

GABEHART, DONNA
7320 S. OLD MAZON ROAD
GARDNER, IL  60424

GABEL, DAVID
1733 HAWTHORNE
BILLINGS, MT  59105

GABERT, STEPHEN
22 SIPE RD
CORAOPOLIS, PA  15108

GABINELLI, JOSEPH
16 FOREST RD
SEYMOUR, CT  06483

GABINELLI, JOSEPH, JR.
3 SHERWOOD AVE
DERBY, CT  06418

GABINELLI, SHIRLEY
3 SHERWOOD AVE
DERBY, CT  06418

GABLE, JAMES DENNIS
1282 BALMORAL DR.
PITTSBURGH, PA  15237

GADDIS, JOHN H.
405 KEE ST
OVERTON, TX  75684

GAFFORD, DEBORAH LORRAINE MERRITT
9435 LEE ROAD
LIPAN, TX  76462

GAFFORD, LARRY NEAL
9435 LEE ROAD
LIPAN, TX  76462

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 143 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

GAFFORD, LARRY NEAL
9435 LEE ROAD
LIPAN, TX 76462

GAGER, JESS
!5231 WOODFOREST BLVD
PO BOX 1002
CHANNELVIEW, TX 77530

GAINER, ROBERT M.
8 WALTIMYER DR
TURBOTVILLE, PA 17772

GAINES, ANTONIO
685 BEACON HILL DR
ORANGE, OH 44022

GAINES, RICKY
685 BEACON HILL DR
ORANGE, OH 44022

GAJAK, ZOLTAN A
1008 CRESTVIEW DR
SHERMAN, TX 75092-5219

GALARDO, MARIA
6644 MARISSA CIR
LAKE WORTH, FL 33467-7948

GALBREATH, MARSHALL LANE
261 HOLLY BRANCH RD.
WESTMINSTER, SC 29693-5414

GALBRECHT, DENNIS
1886 E COWBOY COVE TRL
SAN TAN VLY, AZ 85143-4404

GALE, ROBERTA S.
7615 E. HERMOSA VISTA DRIVE
MESA, AZ 85207-1211

GALE, ROBERTA SUE
7615 E. HERMOSA VISTA DRIVE
MESA, AZ 85207-1211

GALLAGHER, JOHN
664 SARANAC DRIVE
WINTER SPRINGS, FL 32708

GALLAGHER, LINDA
664 SARANAC DRIVE
WINTER SPRINGS, FL 32708

GALLAGHER, PETER DENNIS
981 COUNTY ROAD 5
MCDONOUGH, NY 13801

GALLARDO, CLAIRE
2241 S VALLEJO ST
ENGLEWOOD, CO 80110

GALLO, PAUL
1740 PLEASANT ST
BARRE, MA 01005

GALLOWAY, DIANE
1712 TROON LN
WALHALLA, SC 29691

GALLOWAY, GARY L.
1712 TROON LANE
WALHALLA, SC 29691

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


GALLUP, EDWARD
484 E 520TH AVE
PITTSBURG, KS  66762

GALLUP, GENEVIEVE
484 E 520TH AVE
PITTSBURG, KS  66762

GAMBER, JOSEPH JOHN
PO BOX 7312
NIKISKI, AK  99635

GAMBLE, BERNARD LEE
1127 SALUDA ST.
SUMMERTON, SC  29148

GAMBLE, PATRICIA, JR
19 SE 95TH PLACE
TRENTON, FL  32693

GAMELIN, DANIEL V
3117 VIA PREMIO
CARLSBAD, CA  92010

GANTI, LAWRENCE, JR
900 E. WOODIN BLVD
DALLAS, TX  75216

GARCIA, BRENDA SOLEDAD
SAUVIGNON NO 1159
ALTOS DE VINA NO 274
QUILLOTA
QUILLOTA  2263262  CHILE

GARCIA, CHARLES
405 COMFORT PLACE #601
COMFORT, TX  78013

GARCIA, DAVID
1048 SW 51 ROAD
DEEPWATER, MO  64740

GARCIA, FELIX J.
PO BOX 724
SAN ANTONIO, PR  00390

GARCIA, FREDA
405 COMFORT PLACE #601
COMFORT, TX  78013

GARCIA, GABRIEL A.
PO BOX 60632
LAS VEGAS, NV  89160

GARCIA, GUSTAVO G
PO BOX 433735
SAN YSIDRO, CA  92143-3735

GARCIA, GUSTAVO GARCIA
11461 MIRO CIR
SAN DIEGO, CA  92131-3316

GARCIA, JORGE MARTINEZ
AVE. SANTA JUANITA AK12 SANTA JUANITA
BAYAMON, PR  00956

GARCIA, JORGE MARTINEZ
AVE. SANTA JUANITA AK12
SANTA JUANITA BAYAMON, PR  00956

GARCIA, JORGE MARTINEZ
QUE SANTA JUANITA AK 12 SANTA JUANITA
BAYAMON, PR  00756

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 145 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

GARCIA, JORGE MARTINEZ
URB SANTA JUANITA
AK12 AVE SANTA JUANITA
BAYAMON, PR 00956

GARCIA, JORGE MARTINEZ
URB. SANTA JUANITA
AK12 AVE SANTA JUANITA
BAYAMON, PR 00956

GARCIA, JOSE A. CRUZ
CALLE 8G27 LAS VEGAS
CATANO, PR 00962

GARCIA, JUAN M
2955 DEKALB ST. LOT #17
LAKE STATION, IN 46405

GARCIA, PAUL
1406 BERMUDA ST
HOLBROOK, AZ 86025

GARDNER JR., GARRETT S.
1625 LUCAS CIRCLE
HARTSVILLE, SC 29550

GARDNER, GARRETT
1625 LUCAS CIR
HARTSVILLE, SC 29550

GARDNER, JESSE WYLANE (DECEASED)
PATSY GARDNER
502 PIMA
FARMINGTON, NM 87401

GARDNER, LEWIE C.
33 LACHICOTTE RD
LUGOFF, SC 29078

GARDNER, ROBIN
1625 LUCAS CIRCLE
HARTSVILLE, SC 29550

GARDNER, TERRY
7401 PLUMOSA LANE
FORT PIERCE, FL 34951

GARDNER, WANDA
7401 PLUMOSA LANE
FORT PIERCE, FL 34951

GARGUILO, VINCENT
630 THOREAU DRIVE
MT JOY, PA 17552

GARISON, IRA GENE (DECEASED)
ATTN: SUSAN RAI GARISON
250 W EL DORADO BLVD #1207
FRIENDSWOOD, TX 77546

GARISON, IRA GENE (DECEASED)
SUSAN RAE GARISON
250 W EL DORADO BLVD APT 1207
FRIENDSWOOD, TX 77546-2558

GARLAND, JOHN P.
548 PORT CIRCLE
CLOVERDALE, CA 95425

GARMAN, GARY
411 CENTER ST
MOUNT WOLF, PA 17347

GARNER, CAROLE
1864 FOX HILL CT
HARTSVILLE, SC 29550-9319

GARNER, CAROLE
1864 FOX HILL CT
HARTSVILLE, SC  29550-9319

GARNER, MADISON
301 DEARBORN AVE
TOLEDO, OH  43605

GARNETT, RUSSELL D
***NO ADDRESS PROVIDED***

GARRAMORE, ROGER
3942 SE FAIRWAY WEST
STUART, FL  34997

GARRETT, BRUCE M
3453 DANIELS CREEK RD.
COLLINSVILLE, VA  24078

GARRETT, DAVID ROBERT
128 AVON DR.
TAYLORS, SC  29687

GARRETT, JOHNNY
4253 BONSACK RD
ROANOKE, VA  24012

GARRETT, TOMMY ROSS
4253 BONSACK RD
ROANOKE, VA  24012

GARRIS, BETTY W
2007 OLD IRON ROAD
HOPEWELL, VA  23860

GARRISON, GARY
25 OAK AVE
EATON, CO  80615

GARRITY, KEVIN
6261 MUIRLOCH COURT SOUTH
DUBLIN, OH  43017

GARRY, TIMOTHY
28 POWELL ST
SAN MATEO, CA  94401

GARRY, TIMOTHY
28 POWELL STREET
SAN MATEO, CA  94401

GARVEY, SISSY DORIS
1000 HILLCREST DR
GRAHAM, TX  76450

GARVIN, CAROL
1139 WEHRUM RD
VINTONDALE, PA  15961

GARVIN, JOHN
1139 WEHRUM RD
VINTONDALE, PA  15961

GARZA, JOHN G., JR.
419 MOCKINGBIRG
SAN BENITO, TX  78586

GARZA, SILVINO
189 HOSKINS RD.
FREEPORT, TX  77541

GARZINO, FRANK
PO BOX 650005
FRESH MEADOWS, NY  11365-0005

GASKINS, THOMAS R
9541 HICKORYHURST DR
NOTTINGHAM, MD  21236

GATES, JOAN
777 SILVER OAK DR
#K159
CARSON CITY, NV  89706

GATES, MARY E.
1204 4H PARK RD
PONTIAC, IL  61764

GATES, MARY
1204 4TH PARK RD.
PONTIAC, IL  61764

GATLIN, JAMES L
907 GAINES
HERNANDO, MS  38632

GATTISON, GWENDOLYN
PO BOX 1651
DARLINGTON, SC  29540

GATTO, JOSEPH L.
915 HOMECREST COURT
BROOKLYN, NY  11223

GATTO, LORRAINE A.
915 HOMECREST COURT
BROOKLYN, NY  11223

GAUDY, DORIS
220 PAULETTE DRIVE
ELIZABETH, PA  15037

GAUDY, JOSEPH
220 PAULETTE DRIVE
ELIZABETH, PA  15037

GAUDY, JOSEPH
220 PAULETTE DRIVE
ELIZABETH, PA  15037

GAUDY, NATALIE
220 PAULETTE DRIVE
ELIZABETH, PA  15037

GAUNTT, KELVIN
928 CASTLE POND DRIVE
YORK, PA  17402

GAUNTT, RUSSELL DEVON
22995 HWY 49 SOUNT
TALLASSEE, AL  36078

GAUNTT, RUSSELL DEVON
22995 HWY 49 SOUNT
TALLASSEE, AL  36078

GAUSE-MCNAIR, LEE BERTHA
4222 MORTON DR
DURHAM, NC  27704

GAUTIER, DENNIS
10919 FM 1764 RD
SANTA FE, TX  77510

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 148 of 444

GAUTIER, KEITH A
75 RIVER PARK DRIVE
HAHNVILLE, LA 70057

GAYNOR, GLORIA
40 WEST 135TH STREET, APT. 3M
NEW YORK, NY 10037

GAYOSO, MERCEDES
1820 NEWTON DRIVE
CORONA, CA 92882

GEHSHAN, LINDA
40 CONCORD LANE
STATEN ISLAND, NY 10304

GEISEL, HARRY
309 DONRUTH LANE
JOHNSTOWN, PA 15909

GEISER, AMIE
PO BOX 1052
JOHNSTOWN, PA 15907-1052

GEISER, PATRICK C.
1430 BRIER AVE
JOHNSTOWN, PA 15902

GEISER, PATRICK T.
1430 BRIER VE
JOHNSTOWN, PA 15902

GELNETT, JOHN A.
2006 MEISEVILLE RD
MOUNT PLEASANT MILLS, PA 17853

GENE, ROBERT L
103 JASON DR
MONROE, LA 71202

GENTRY, BRANDON
PO BOX 2615
NAPA, CA 94558

GENTRY, CALLIE M
740 E. 43RD ST
CHICAGO, IL 60653

GENTRY, CALLIE
740 E. 43RD ST. APT 210
CHICAGO, IL 60653

GENTRY, MICHAEL
9974 BANNON CT.
MIAMISBURG, OH 45342

GEORGE, KATHRYN E
16625 ALDEN AV
GAITHERSBURG, MD 20877-1503

GEORGE, LEWIS ANDREW
1650 CAVALRY ST
PAHRUMP, NV 89048-5962

GEORGE, LYNN M
6780 STEPHANIE CT
DELMONT, PA 15626-1589

GEORGE, NORA
7821 SW 180 STREET
MIAMI, FL 33157

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


GERACE, JOHN J
265 STATE ST APT 1003
BROOKLYN, NY 11201-4454

GEREGA, ERIKA
1916 FOXBORO DR
ORLANDO, FL 32812-8657

GERGER, HALIL IBRAHIM
9840 NW 18TH ROAD
GAINESVILLE, FL 32606


GERKEN, JAMES D.
6802 LANCASTER DR
ORANGE, TX 77631

GERKEN, JAMES D.
6802 LANCASTER DR
ORANGE, TX 77632-8935

GERMANN, JEROME
1530 BIG THREE MILE RD.
ABERDEEN, OH 45101


GERSHKOWITZ, DANIEL
3514 GOLDEN RAIN SW
GAINESVILLE, GA 30504

GERSTENBERGER, VIRGIL
8450 S CROW CUTOFF
PUEBLO, CO 81004

GERTNER, MURRAY S
67 MOUNTAIN AVE
MENDHAM, NJ 07945


GERVER, MICHAEL
3031 SAMOSA HILL CIRCLE
CLERMONT, FL 34714

GESSER, JAY
122 MERRITT LANE
NEW FLORENCE, PA 15944

GEST, WILLIAM LUKE
1193 COUNTY ROAD 434 LOOP
ROCKDALE, TX 76567


GESUALE, EUGENE
3642 SCHOOL RD
MURRYSVILLE, PA 15668-1500

GHOLSTON, RUFUS H
P.O. BOX 323
3261 HWY 11
CASON, TX 75636

GIAMBRUNO, MARIE
2 MELROSE ST.
ELMONT, NY 11003


GIAMBRUNO, PHILIP (DECEASED)
2 MELROSE ST.
ELMONT, NY 11003

GIAMMARCO, JOHN A
76 PLAIN ROAD
PO BOX 421
HINSDALE, NH 03451-0421

GIAMPIETRO, GLENN
24055 WATER LILY COURT
PLAINFIELD, IL 60585

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

GIATTINI, BENJAMIN J
31 GRATTAN ST
NEW HYDE PARK, NY  11040-2409

GIATTINI, BENJAMIN J
31 GRATTAN ST
NEW HYDE PARK, NY  11040-2409

GIBBS EWING, JANET
P.O. BOX 34
HARTFORD, WV  25247

GIBBS, FREDERICK
4 MORNING GLORY CT.
HOMOSASSA, FL  34446

GIBBS, NOAH
***NO ADDRESS PROVIDED***

GIBBS, PATRICIA
***NO ADDRESS PROVIDED***

GIBBS, PATRICIA
1136 OLD WHITESVILLE RD
MOCKS CORNER, SC  29461

GIBBS, PATRICIA
1136 OLD WHITESVILLE RD
MOCKS CORNER, SC  29461

GIBBS, PATRICIA
4 MORNING GLORY CT.
HOMOSASSA, FL  34446

GIBBS, WASHINGTON
***NO ADDRESS PROVIDED***

GIBBS, WASHINGTON
1136 OLD WHITESVILLE RD
MONCKS CORNER, SC  29461

GIBSON, COLEY B.
PO BOX 1901
CHESTER, SC  29706

GIBSON, DEBRA
2278 SANTUC CARLISLE HWY
UNION, SC  29379

GIBSON, DEBRA
531 TOLUCA ST
UNION, SC  29379-2060

GIBSON, KEISTON
531 TOLUCA ST
UNION, SC  29379

GIBSON, LAUREEN
718 GREEN ST APT C105
FORT VALLEY, GA  31030-4395

GIBSON, LAWRENCE
106 OXFORD DR
GOLDSBORO, NC  27534-8693

GIBSON, RYAN
C/O DEBRA GIBSON
2278 SANTUC CARLISLE HWY
UNION, SC  29379

GIBSON, SAMUEL III
14108 MONTE VISTA
DETROIT, MI 48238

GIBSON, WILLIAM
517 8TH AVE N
GREYBULL, WY 82426

GIBSON, WILLIAM
PO BOX 682
GREYBULL, WY 82426

GIELAROWSKI, DAVID
1265 LINDEN VUE DRIVE
CANONSBURG, PA 15317

GIESE, MARVIN E
205 EAST ARBOR AVE, APT 111G
BISMARCK, ND 58504

GIGLIO, ANTHONY
3505 49TH ST.
METAIRIE, LA 70001

GIILBY, NORMAN
2949 GLENPARK RD
PALM HARBOR, FL 34683

GIL, FRANCISCO
1034 B ST
P.O. BOX 4229
SAN LUIS, AZ 85349

GILBERT, JOSEPH EUGENE
950 JEWELL MAIN RD
JEWELL RIDGE, VA 24622-5000

GILBERT, LARRY E.
502 13TH AVE
TWO HARBORS, MN 55616

GILBERT, NORBERT E
34 HINGHAM ROAD
N. GRAFTON, MA 01536

GILBERT, SANDRA
9014 WEST PURDUE AVENUE
PEORIA, AZ 85345

GILBRETH, DAVID
14851 MC VAY CT.
SAN JOSE, CA 95127

GILBY JR, NORMAN
36 CAPRONA ST
SEBASTIAN, FL 32958

GILBY, DAVID
2949 GLENPARK RD
PALM HARBOR, FL 34683

GILBY, DAVID
2949 GLENPARK RD
PALM HARBOR, FL 34683

GILBY, DORIS
2949 GLENPARK RD
PALM HARBOR, FL 34683

GILBY, NORMAN
136 CAPRONA ST
SEBASTIAN, FL 32958

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

GILBY, NORMAN
2949 GLENPARK RD.
PALM HARBOR, FL  34683

GILES, BRUCE ROLAND (DECEASED)
ALBERTA GILES
10815 SAGEBLUFF
HOUSTON, TX  77089

GILL, LAURENT
10429 FROSTBURG LN
LAS VEGAS, NV  89134-5113

GILL, RICHARD E
4310 DALZELL RD.
WHIPPLE, OH  45788

GILLELAND, JOSEPH R.
2430 NAVAJO
PAMPA, TX  79065

GILLIAM, DE ETTA DUDLEY
PO BOX 201126
CARTERSVILLE, GA  30120-9023

GILLIAM, NANCY
296 CLEARWATER RD
SHARPSBURG, GA  30277-2615

GILLISPIE, MARK D
2466 FM 22E
JACKSONVILLE, TX  75766

GILMORE, JACQUELINE
PO BOX 154607
LUFKIN, TX  75915

GILROY, ROBERT
36 CAYUGA AVE
EAST NORTHPORT, NY  11731

GIMBEL, MICHAEL P.
9184 LONGSWAMP RD
ALBURTIS, PA  18011

GIMBEL, MICHAEL P.
9184 LONGSWAMP RD
ALBURTIS, PA  18011

GIMBEL, MICHAEL P.
9184 LONGSWAMP RD
ALBURTIS, PA  18011

GINES, SHIRLEY
P.O. BOX 297
HERMANVILLE, MS  39086

GIORDANENGO, ANTHONY
471 ROSE STREET
LIVERMORE, ALAMEDA, CA  94550

GIPPRICH, STEPHEN
701 MAYTON CT
BEL AIR, MD  21014

GIVENS, CARL DENTON
74 COUNTY ROAD 440
DAYTON, TX  77535-8462

GJURICH, MILAN
121 STATE ST
JOHNSTOWN, PA  15905

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 153 of 444

Case #: **14-10979 (CSS)**

Notices mailed by: **April 30, 2021**

GLASGOW, TERESA
5204 CR 1507
ATHENS, TX  75751

GLASPIE, TERRY LEWIS (DECEASED)
TISHA LISTER
RI, BOX 338
TATUM, TX  75691

GLASSIE, FRANK L.
325 MELROSE ST
MARION HEIGHTS, PA  17832

GLAUSER, ANDREW
19 CAMELOT DR
WEST SENECA, NY  14224

GLIEDMAN, PHILIP H, JR
9110 35TH STREET NORTH
PINELLAS PARK, FL  33782

GLOVER, KWANE
213 WATER ST
RIDLEY PARK, PA  19078-3226

GLOVER, WADE R.
103 BOLEYN LOOP RD.
NEW BERN, NC  28562

GLOVER, WILLIAM ZACK
1005 ADRIFT CT
CROSBY, TX  77532

GNIBUS, ROBERT J
4439 KENAI COURT
SANTA MARIA, CA  93455-3766

GNIBUS, ROBERT J
4439 KENAI COURT
SANTA MARIA, CA  93455-3766

GNIBUS, ROBERT J
4439 KENAI COURT
SANTA MARIA, CA  93455-3766

GNIBUS, ROBERT J
4439 KENAI COURT
SANTA MARIA, CA  93455-3766

GNIBUS, ROBERT J
4439 KENAI COURT
SANTA MARIA, CA  93455-3766

GOAD, BARBARA S
8250 N HARRAH RD
P.O BOX 414
HARRAH, OK  73045

GODFREY, BARBARA M
1650 POORBOY RD
GREAT FALLS, SC  29055

GODFREY, FLOYD W.
650 POORBOY RD
GREAT FALLS, SC  29055

GODFREY, JAMES M
1650 POORBOY RD
GREAT FALLS, SC  29055

GODFREY, JEFFREY G
1650 POORBOY RD
GREAT FALLS, SC  29055

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 154 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

GODSEY, ANNABELLE
22 SIPE RD
CORAOPOLIS, PA  15108-4023

GODWIN, BETTY LOU
159 EVERGREEN ESTATES
ELLSWORTH, WI  54011

GODWIN, JAMES H., JR.
2531 30 AVE NORTH
TEXAS CITY, TX  77590

GOFFNEY, GERALD
3001 DEATS RD
DOCKINSON, TX  77539

GOLDBERG, BECKY B.
6819 BRADLEY RD.
SANFORD, NC  27330

GOLDBERG, BENNY
6819 BRADLEY RD.
SANFORD, NC  27330

GOLDEN, ANTHONY
24539 160TH STREET
ALTAMONT, MO  64620

GOLDEN, GWENDOLYN
24539 160TH STREER
ALTAMONT, MO  64620

GOLDEN, RONNY, JR.
700 CR 2980
P.O. BOX 127
HUGHES SPRINGS, TX  75656

GOLLIHAR, SARAH GENEICE (MORRIS)
158 BAYWOOD BLVD
MABANK, TX  75156-8937

GOMEZ, SERGIO L. GONZALEZ
CALLE 18-BB-7 - V GUADALUPE
CAGUAS, PR  00725

GONZALEZ FUENTES, JORGE
POBL. MONTEDONICO, MANZ.19 NI3 P.ANCHA
VALPARAISO
VALPARAISO
CHILE

GONZALEZ LUENGO, JOSE
PROLONGACION 5 ORIENTE 225 DPTO 1103
VILLA DEL MAR
CHILE

GONZALEZ, CARMEN PAZ
ALTOS DE VINA 274
AV. PLAYA ANCHA 537
V REGION DE VALPARAISO
VILLA DEL MAR  2520000  CHILE

GONZALEZ, CARMEN
ALTOS DE VINA NO 274
AV. PLAYA ANCHA NO 537
VALPARAISO
VILLA DEL MAR  2520000  CHILE

GONZALEZ, CRISTOBAL J.
14574 SW 110 ST
MIAMI, FL  33186

GONZALEZ, ELIAS ANTONIO CANEPA
CONDOMINIO BOSQUES ARRAYAN-NAVIO
SAN MARTIN 74 B
VAPARAISO
CHILE

GONZALEZ, ESMERALDA G
507 PIKE RIDGE DR.
SAN ANTONIO, TX  78221-3228

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 155 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

GONZALEZ, JOSE
14265 VAN NUYS BLVD #100
ARLETA, CA 91331

GONZALEZ, JOSE
BROWN ASSOCIATES
6320 VAN NUYS BOULEVARD
SUITE 208
VAN NUYS, CA 91401

GONZALEZ, JUAN
CALLE TRES
CASA 28
VALPARAISO
CHILE

GOOD, BRIAN
5936 OPOSSUM LANE
SLATINGTON, PA 18080

GOOD, PERRY
24 SUNRISE TERRACE
MILLERSVILLE, PA 17551

GOODENOUGH, JO LEE
828 SE 21ST ST
CRYSTAL RIVER, FL 34429

GOODENOUGH, KENNETH
828 SE 21ST STREET
CRYSTAL RIVER, FL 34429

GOODGER, GEORGE STANLEY
79 GREENLAKE DRIVE
GREENVILLE, RI 02828

GOODMAN, GEORGE E.
PO BOX 184
LEES SUMMIT, MO 64063-0184

GOODMAN, MICHELLE
1667 TASKA RD
RED BANK, MS 38661

GOODMAN, MICHELLE
1667 TASKA RD
RED BANK, MS 38661

GOODMAN, PAMELA EDGE
1812 TAYLOR SPRINGS RD.
VIDALIA, GA 30474

GOODMAN, PAUL I. (DECEASED)
PAMELA GOODMAN
1205 CYPRESS
HIGHLANDS, TX 77562

GOODSON, DAVID HUGHES
236 BEECHWOOD AVE
ROOSEVELT, NY 11575

GOODSON, DONALD J.
13510 WALKER RD
315 HAWKS VIEW DR
LA MARQUE, TX 77568-6639

GOODSON, FRANCES
236 BEECHWOOD AVE
ROOSEVELT, NY 11575

GOODSON, SHEREEN
236 BEECHWOOD AVE
ROOSEVELT, NY 11575

GOON VALENTIEN, CONNIE
190 DEERFIELD RD
MORGANVILLE, NJ 07751

GORD, HARVEY EDWIN
665 N. ADAM DRIVE
IDAHO FALLS, ID 83401

GORDON, TONNIE
3269 SCHEIBLER ROAD
MEMPHIS, TN 38128

GORDON, WILMA
612 OLD SUNSET HILL
HENDERSONVILLE, NC 28792

GORMAN, GARY
351 117TH AVE. N.W.
COON RAPIDS, MN 55448

GORMAN, GERARD A
130 SHERWOOD DR
FREEHOLD, NJ 07728

GORMAN, MARTIN T.
17517 LEAVENWORTH RD
TONGANOXIE, KS 66086

GORMAN/ZIMMERMAN, KATHLEEN
908 PARK PLAZA
WEXFORD, PA 15090

GORMAN/ZIMMERMAN, KATHLEEN
908 PARK PLAZA
WEXFORD, PA 15090

GOSNEY, TINA
4716 FEISER RD
LATONIA, KY 41015

GOSSARD, EARL ROBERT
683 N. 300 E.
OREM, UT 84057

GOTCHER, DAVID RAY
421 S GUADALUPE
514 W HANSEN BLVD
HOBART, IN 46342-1879

GOTTLIEB, ALAN W
89 TOBIN AVE
GREAT NECK, NY 11021-4436

GOTTLIEB, ALAN W.
89 TOBIN AVE
GREAT NECK, NY 11021-4436

GRABIAS, DAVID
46 E BENTON ST
DUNKIRK, NY 14048

GRABILL, DARLENE M.
131 ALPINE HEIGHTS RD
CHAMPION, PA 15622-3024

GRABOWSKI, STANLEY JOSEPH
15 BEECH ROAD
MOHNTON, PA 19540

GRACE, ROBERTA
PO BOX 8071
MAMMOTH LAKES, CA 93546-8071

GRACIA, MARITZA
37-15 81ST STREET APT 5C
JACKSON HEIGHTS, NY 11372

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

GRACIA, MARITZA
37-15 81ST STREET APT 5C
JACKSON HEIGHTS, NY 11372

GRADY, LARRY C
3873 INDIAN SPRINGS RD.
SEVEN SPRINGS, NC 28578

GRAESER, THOMAS D.
1024 COLUMBINE ST
GOLDEN, CO 80403-1303

GRAGG, TODD
414 E 2ND
MINNEAPOLIS, KS 67467

GRAHAM, CHRIS
16 WOODHILL PL
AIKEN, SC 29803

GRAHAM, J DOUGLAS
85 HATHAWAY RD
GOSHEN, VT 05733-8436

GRAHAM, MARK
162 HIGHLAND RD.
BETHEL PARK, PA 15102

GRAHAM, RAYMOND
POST OFFICE BOX 232
148
148 BLUE LAKES BLVD N
TWIN FALLS, ID 83301-5235

GRAHAM, VERNELL
622 W 8TH ST
LANCASTER, TX 75146

GRAHAM, VERNELL
622 W 8TH ST
LANCASTER, TX 75146-1578

GRAHAM, WILLIAM ANDREW
807 CENTER ST.
GOLDSBORO, NC 27530

GRANATO, RICHARD
14 REEVES ROAD
WEST DEPTFORD, NJ 08096

GRANDE, BRIEN
607 LAUREL DR SW
AIKEN, SC 29801-3355

GRANDE, ERIC
326 WILLIAMSBURG ST SE
AIKEN, SC 29801-4670

GRANDE, JOSEPH
115 ELM LANE
NEW HYDE PARK, NY 11040

GRANDE, MARTINE
326 WILLIAMSBURG ST SE
AIKEN, SC 29801-4670

GRANDE, MICHAEL
124 CHAR OAK DR
COLUMBIA, SC 29212-2629

GRANDILLO, MARSHALL
31 RAILCAR LANE
SWANTON, MD 21561

GRANDON, SCOTT A.
29295 LONE STAR RD
PAOLA, KS  66071

GRANDON, SCOTT A.
29295 LONE STAR RD
PAOLA, KS  66071

GRANHOLM, ALISSA
3140 HIGHWAY 73
KETTLE RIVER, MN  55757

GRANHOLM, BRIAN
3140 HIGHWAY 73
KETTLE RIVER, MN  55757

GRANHOLM, BRIAN, JR
6746 HWY 27
STURGEON LAKE, MN  55783

GRANHOLM, PAULY
3140 HWY 73
KETTLE RIVER, MN  55757

GRANT, BONNY E.
1128 DAFFODIL ST
SIKESTON, MO  63801

GRANT, LARRY ALVIN
614 BROGAN AVE
ANDERSON, SC  29625

GRANT, NEAL
S71 W26025 MARSH AVE.
WAUKESHA, WI  53189

GRANT, RICHARD
22 NOEL COURT
BREWSTER, NY  10509

GRANT, ROBERT GORDON
220 NORTH HEADEN CANAL ROAD
FORT PIERCE, FL  34945

GRAVELINE, JOHN
1992 EVA PL
CHIPLEY, FL  32428-3003

GRAVES, KATHERINE
1428 GLENFIELD AVE
OAKLAND, CA  94602

GRAY, EARL
3167 HERMITAGE DR
LITTLE RIVER, SC  29566

GRAY, JIMMY EDWARD
2395 HELENA-MORIAH RD
TIMBERLAKE, NC  27583

GRAY, SELENA ANN
3614 KENSINGTON ST.
DENVER, NC  28037

GREELING, JOHN E
1881 LAKE JACKSONVILLE RD
JACKSONVILLE, IL  62650

GREEN, BARBARA
410 PARKVIEW LN
HANOVER, PA  17331-1458

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

GREEN, BETTY L
1394 BUCKSNORT RD
VAN ALSTYNE, TX  75495-3016

GREEN, CAROLYN
114 MILFORD AVENUE
WHITING, NJ  08759

GREEN, CHRISTINA
1006 BARBADOS AVENUE
FORT PIERCE, FL  34982

GREEN, DALE
98 PERRINE ROAD
GROVE CITY, PA  16127

GREEN, DANIEL
2913 OLEANDER BLVD.
FORT PIERCE, FL  34982

GREEN, DUSTIN
1006 BARBADOS AVENUE
FORT PIERCE, FL  34982

GREEN, JEFF
604 RICHARD ST
BILLINGS, MT  59101

GREEN, PATRICIA A
PO BOX 870013
NEW ORLEANS, LA  70187

GREEN, RICHARD
1006 BARBADOS AVENUE
FORT PIERCE, FL  34982

GREENARD, LLOYD TIMOTHY, JR
2405 SUMMER BREEZE CT
ARLINGTON, TX  76001-7075

GREENAWALT, DONALD
5 DUBLIN DRIVE
MILLERSVILLE, PA  17551

GREENE, DARRYL
8244 SO. MARYLAND APT 1E
CHICAGO, IL  60619

GREENE, DARRYL
8244 SO. MARYLAND APT 1E
CHICAGO, IL  60619

GREENE, DARRYL
8244 SO. MARYLAND APT 1E
CHICAGO, IL  60619

GREENE, DARRYL
8244 SO. MARYLAND APT 1E
CHICAGO, IL  60619

GREENE, GARY
P.O. BOX 66
WEST COLUMBIA, TX  77486

GREENE, LILLIE R
P.O. BOX 1463
LAURENS, SC  29360

GREENWOOD, JAMES
84 RD. 3000
AZTEC, NM  87410

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 160 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

GREER, JAMES C.
4201 WEST YELLOWSTONE A-10
CASPER, WY 82601

GREGG, KATHYRN
3 BLACKJACK ROAD
PO BOX 1546
PLAINS, MT 59859

GREGG, ROBERT
3 BLACKJACK ROAD
PO BOX 1546
PLAINS, MT 59859

GREGORY, AMBER
751 KROCKS CT
ALLENTOWN, PA 18106

GREGORY, BERNICE
2103 KIPLING CIRCLE SE
ATLANTA, GA 30315

GREGORY, JANET B. DECEASED
7390 NORWOOD POND PL
MIDLOTHIAN, VA 23112

GREGORY, PAUL G
100 PARSIPPANY RD
WHIPPANY, NJ 07981

GREIN, LEO
7819 TRENTWAY
HOUSTON, TX 77040

GREIN, MARVIN
7702 ROLLING FORK LN
HOUSTON, TX 77040

GREINER, DWIGHT K.
913 TRACTION PARK
MONONGAH, WV 26554

GREMILLION, NORMAN
30 N FLAMINGO
LA MARQUE, TX 77568

GRESH, JERRY
448 BUSH RD
DANVILLE, PA 17821

GRESSMEN, LARRY O
892 N. SAGUARO DR.
PO BOX 1123
BEAVER DAM, AZ 86432

GRIENKE, JIM
117 WEST HIGHWAY
ALTA, IA 51002

GRIER, DEAN FREDRICK
87 GA. HWY 127
MAUK, GA 31058

GRIER, RICHARD
1336 GRILES RD
ROXBORO, NC 27573

GRIFFIN, ANDREW
429 DEJAY ST.
N/A
FAIRFIELD, TX 75840

GRIFFIN, BOBBY LYNN
P.O. BOX 993
TATUM, TX 75691

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 161 of 444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

GRIFFIN, JAMES
437 JAMES AVE
HARTSVILLE, SC  29550

GRIFFIN, LARRY
P.O.BOX 347
GLOBE, AZ  85502

GRIFFIS, CARL
C/O COONEY & CONWAY
120 N LASALLE STE 3000
CHICAGO, IL  60602

GRIFFITH, JOHNNY
2663 FM 3105
SALTILLO, TX  75478-5202

GRIMES, KEVIN W
156 SOUTH CENTER ST.
GODLEY, IL  60407

GRIMMELT, ANTHONY
2769 FIX ROAD
GRAND ISLAND, NY  14072

GRIMMETT, S.R.
2950 OLD RIM RD
FOREST LAKES, AZ  85931

GRINDLE, DONALD
15 DEBORAH STREET
WATERFORD, CT  06385

GRISSOM, ROBERT J
9321 S SHROUT RD
GRAIN VALLEY, MO  64029

GRODZICKI, DIANE
9-1 MIRROR LANE
MORICHES, NY  11955

GROFF, VINCENT E
54 RAINBOW CIRCLE
ELIZABETHTOWN, PA  17022

GROGAN, LUCILLE
2216 KOKO LN.
BALTIMORE, MD  21216

GROOMS, AMANDA
103 ROSSELOT ROAD
WEST UNION, OH  45693

GROSSMAN, DAVID
34 SONOMA LANE
MIDDLETOWN, CT  06457

GROSSMAN, DAVID
34 SONOMA LANE
MIDDLETOWN, CT  06457

GROVE, GARY F.
0205 SW MONTGOMERY ST
PORTLAND, OR  97201

GROW, WAYNE
C/O SHEIN LAW CENTER, LTD.
ATTN: BENJAMIN P. SHEIN, ESQ.
121 S. BROAD ST., 21ST FLOOR
PHILADELPHIA, PA  19107

GROW, WAYNE
C/O SHEIN LAW CENTER, LTD.
ATTN: BENJAMIN P. SHEIN, ESQ.
121 S. BROAD ST., 21ST FLOOR
PHILADELPHIA, PA  19107

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

GROWS, LINDY MARIE
393 CENTRAL AVE
PO BOX 326
EDGARD, LA 70049

GUBBELS, CALEB
PO BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUBBELS, HOPE
PO BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUBBELS, JAYDEN
PO BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUBBELS, JAYDEN
PO BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUBBELS, JOLENE
P.O. BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUBBELS, SAMUEL
PO BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUBBELS, SCOTT J
P.O. BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUBBELS, SCOTT J
PO BOX 99
420 MAIN STREET
HUBBARD, NE 68741

GUCU, DANIEL
6923 68TH PL
GLENDALE, NY 11385

GUERRA JR., JOSEPH R.
718 NE 107TH TERR
KANSAS CITY, MO 64155

GUERRERO, ARTURO
120 N MARTIN AVE
PO BOX 142
GILA BEND, AZ 85337

GUEST, ERIN
17140 TEXAS HIGHWAY 37 S
BOGATA, TX 75417

GUEVARA, DAVID
1310 WARFIELD RD
RICHMOND, VA 23229

GUICE, KENNETH H
6207 PERRIER ST
NEW ORLEANS, LA 70118

GUILFORD, GEORGE A.
2111 W. 33RD ST.
ERIE, PA 16508

GUILLORY, DEWEY PETER, SR.
1310 SAGE DR.
GALENA PARK, TX 77547

GUILLOT, LESLIE LAVIN
8200 FERRARA DR
HARAHAN, LA 70123

GULLEDGE, DAVID
25 SANDY PLAINS RD
CHESTERFIELD, SC  29709-5180

GULLEY, DANNY
11062 HILLSBORO RD.
HILLSBORO, KY  41049

GULLEY, HORTENSE
370 CHEVY LANE
FORKLAND, AL  36740

GULLEY, HORTENSE
370 CHEVY LANE
FORKLAND, AL  36740

GUNN, JIM
6111 E. 205TH ST.
BELTON, MO  64012

GUNTHER, LOUIS A
216 KAMDA BOULEVARD
NEW HYDE PARK, NY  11040

GUPTA, VIRINDER
77 HONEYFLOWER LN
PRINCETON JUNCTION, NJ  08550-2418

GURCHIK, LYNN
66 WILLETTS AVE
NEW LONDON, CT  06320-5437

GURDA, JOSEPH
251 SKYLINE LAKE DR
RINGWOOD, NJ  07456

GURLEY, KIRBY CLEVELAND
311 SLEEPY HOLLOW RD
FREMONT, NC  27830

GUTIERREZ, RAYMOND V.
230 MAEROSE AVE
HOLLAND, MI  49424

GUTIERREZ, TILLIE
1814 SANTIAGO
FARMINGTON, NM  87401

GUTSHALL, CHRIS
508 E BINDER LANE
JOHNSTOWN, PA  15909

GUY, RAEDONNA
3168 MAIN ST
ALIQUIPPA, PA  15001

GUY, THOMAS
3168 MAIN ST
ALIQUIPPA, PA  15001

GUYTON, MARLENE
10775 N. BAYSHORE DR.
MIAMI, FL  33161

GUZAN, ROBERT
408 WASHINGTON ST
LEETSDALE, PA  15056

GUZMAN, RAUL M DE
1463 LAMONTE LN
HOUSTON, TX  77018-4108

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #: **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


HACK, JOSEPH S
606 HAMLET AVE
CAROLINA BEACH, NC  28428

HACK, SUZANNE M
606 HAMLET AVE
CAROLINA BEACH, NC  28428

HACKETT, GARY
625 EASY STREET
GOLDENDALE, WA  98620


HACKWITH, BETTY
307 SAINT ANTHONY ST
LULING, LA  70070-5233

HACKWITH, JIMMY W (DECEASED)
307 ST ANTHONY ST
LULING, LA  70070

HAFLA, NICK
1115 CAPRICORN PL
BILLINGS, MT  59105-5707


HAGAN, CAROLYN E.
PO BOX 141
TRAVELERS REST, SC  29690

HAGAN, JEFF
1009 N. LIVE OAK
CARTHAGE, TX  75633

HAGANS, CALLIE
2647 OLD OCEAN HWY
BOLIVIA, NC  28422


HAGANS, LYNWOOD
2647 OLD OCEAN HWY
BOLIVIA, NC  28422

HAGANS, RALPH E.
707B N CLAIBORNE ST
GOLDSBORO, NC  27530-3111

HAGENHOFF, NATHANIEL
7124 BEAGLE TRIAL
HENLEY, MO  65040


HAGENHOFF, NATHANIEL
7124 BEAGLE TRIAL
HENLEY, MO  65040

HAGENHOFF, NATHANIEL
7124 BEAGLE TRIAL
HENLEY, MO  65040

HAGUE, WILLIAM E, JR
20876 DAUM RD
JAMUL, CA  91935


HAGUE, WLLIAM E
20876 DAUM RD
JAMUL, CA  91935-7948

HAHN, ALBERT
2443 LAKEMONT ROAD
GIBSONIA, PA  15044

HAHN, DIANE
2443 LAKEMONT ROAD
GIBSONIA, PA  15044

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 165 of 444

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

HAIDINGER, LISABETH
17 WOODCREST DRIVE
ORINDA, CA  94563

HAILE, ROBERT
557 W FOX RD
SUNBURY, PA  17801

HAIRSTON, DARLENE
1403 W ORCHID LN
CHANDLER, AZ  85224-8658

HAKE, TIMOTHY
606 WOHLFORD ROAD
TRIMBLE, MO  64492

HALE, EUGENE
924 MAGNOLIA ST
MALVERN, AR  72104-2514

HALE, GOUNANA
148 COFFERDAM RD.
SIX MILE, SC  29682-946

HALEY, DONALD
841 OLIM ST
JOHNSTOWN, PA  15904

HALEY, EDWARD
3604 SAGEWOOD DR
PORTSMOUTH, VA  23703

HALEY, EDWARD
3604 SAGEWOOD DR
PORTSMOUTH, VA  23703

HALEY, ROBERT
ADDIE LEE HALEY
CAMELLIA ESTATES, ROOM 11-E
1714 WHITE STREET
MCCOMB, MS  39648

HALEY, ROBERT
C/O LEVIN SIMES KAISER & GORNICK, LLP
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA  94104

HALKER, DAVID
421 BROOKWOOD DR.
HARTSVILLE, SC  29550

HALL, ANGELA M
321 BETHEL DR
LENOIR CITY, TN  37772

HALL, BYRON D
508 RACHEAL ST
AUGUSTA, GA  30901

HALL, CLOYS C (DECEASED)
C/O EDITH D. HALL
3667 HARRY BRITTAIN DR
MORGANTON, NC  28655-8437

HALL, CURITS W. II
911 W. BROWN STREET
PASCO, WA  99301-4115

HALL, DONALD C, JR
69 REGENT STREET
LOCKPORT, NY  14094-5016

HALL, DONNA SUE KERN
20 AMY LANE
TAYLORS, SC  29687

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

| | | |
|---|---|---|
| HALL, ERIC A.<br>13237 VENNESS<br>SOUTHGATE, MI  48195 | HALL, GLENN L<br>2555 W. DEPUTY PIKE<br>MADISON, IN  47250 | HALL, JAMES DOYLE<br>PO BOX 227<br>VISTA, CA  92085-0227 |
| HALL, JASON M<br>5 HARRIS ST.<br>WEST NEWTON, PA  15089 | HALL, JIMMY E<br>129 FISHER LANE<br>WEST NEWTON, PA  15089 | HALL, JONATHAN<br>1420 W MCDERMOTT DR<br>APT 2026<br>ALLEN, TX  75013 |
| HALL, KATHLEEN J<br>338 W CAMPO BELLO DR.<br>PHOENIX, AZ  85023 | HALL, LILLIAN<br>232 MAIN ST #1R<br>CLIFFSIDE PK, NJ  07010-1111 | HALL, LINDA M.<br>1513 STARE RD 559, LOT 213<br>POLK CITY, FL  33868 |
| HALL, MIKE<br>12395 POTTER RD<br>DAVISON, MI  48423 | HALL, PATRICK<br>2605 SOUTH ROYCE<br>SIOUX CITY, IA  51106 | HALL, RYAN<br>6318 SPRUCEWOOD CT<br>LAKE VIEW, NY  14085 |
| HALL, STEVEN W.<br>225 HICKEY RD.<br>KINGSTON, TN  37763 | HALLAM, ERNEST<br>39041 CO. RD. 19<br>DEER RIVER, MN  56636 | HALLAM, JANE<br>176 SUNSET VIEW RD<br>GRAND RAPIDS, MN  55744 |
| HALLAM, STEVEN<br>176 SUNSET VIEW ROAD<br>GRAND RAPIDS, MN  55744 | HALLER, MARY<br>1442 ELDORADO DR<br>SUPERIOR, CO  80027 | HALLIWELL, ROBERT A<br>2014 RODMAN ST.<br>FALL RIVER, MA  02721 |

HALLOCK, GERALD C
1065 OXFORD LANE
KING, NC  27021

HALONSKI, WALTER C.
4151 NE 121ST ABE
C/O THOMAS J. HALONSKI
WILLISON, FL  32696

HALONSKI, WALTER C.
4951 NE 121ST AVE
C/O THOMAS J. HALONSKI
WILLISTON, FL  32696

HALPIN, THOMAS
PO BOX 416
MENTOR, OH  44061

HALPRIN, DONALD H.
32 LAWNCREST RD
NEW HAVEN, CT  06515

HALPRIN, DONALD H.
32 LAWNCREST ROAD
NEW HAVEN, CT  06515

HALSEY, BILL
2252 SPICEWOOD LN
CARROLLTON, TX  75006

HALSEY, RIELEIN LEE
PO BOX 245
NESS CITY, KS  67560-0245

HALSEY, RUBY JUNE
1602 E ANTELOPE RD
DOUGLAS, WY  82633-8959

HALVERSON, KELLY
3575 SNEED RD
FORT PIERCE, FL  34945

HALVERSON, KELLY
3575 SNEED RD
FORT PIERCE, FL  34945

HALVORSEN, RICHARD A.
130 OLD BASS RIVER ROAD
SOUTH DENNIS, MA  02660

HAMAKER, TINA
16537 W HADLEY ST
GOODYEAR, AZ  85338-4516

HAMBY, HARVEY
PO BOX 86
ETON, GA  30724

HAMBY, WOODROW
192 FRANCIS LANE
WHITEWRIGHT, TX  75491-5112

HAMEL, PETER W
922 RAMBLING RIDGE DR
SPARTANBURG, SC  29307-1558

HAMILTON, CHARLES B.
741 MOSS GLEN DR
PROSPER, TX  75078

HAMILTON, CHARLES
741 MOSS GLEN DR
PROSPER, TX  75078

HAMILTON, LINDA LEE
224 MONTCLAIR AVENUE
PITTSBURGH, PA  15237

HAMILTON, LINDA
212 MONTCLAIR AVENUE
PITTSBURGH, PA  15237

HAMILTON, MARK
224 MONTCLAIR AVENUE
PITTSBURGH, PA  15237

HAMILTON, MARNE ANN CORKLE
14530 DREXEL ST
OMAHA, NE  68137

HAMILTON, MYRON V
3832 BURNTWOOD DRIVE
HARVEY, LA  70058

HAMILTON, RICHARD
212 MONTCLAIR AVE
PITTSBURGH, PA  15237

HAMILTON, RICHARD
503 LANGDON DRIVE
GIBSONIA, PA  15044

HAMILTON, WALTER GERALD
9101 COUNTY ROAD 3620
MURCHISON, TX  75778

HAMM, ANTHONY
255 PINE ST
TURBOTVILLE, PA  17772-8807

HAMMEL, ALAN W.
1506 N. MARKET ST.
SPARTA, IL  62286

HAMMER, BAILEY J
P.O. BOX 45733
BOISE, ID  83711

HAMMOCK, WILLIAM T
9981 S.W. 202ND CIRCLE
DUNNELLON, FL  34431

HAMMOND, HENRY B.
5459 LIMESTONE LN
LAKELAND, FL  33809-0830

HAMMOND, JOHN P.
7 ASPENWOOD DRIVE
LEWES, DE  19958

HAMMOND, ROBERT
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

HAMPSON, JOHN RICHARD
10319 HWY T
PERRYVILLE, MO  63775

HAMPTON, EDWIN GEORGE
54 BIRCH LN
OSWEGO, NY  13126-2982

HAMPTON, JOAN SYDNEY
6800 AUGUSTA HILLS DR. NW
RIO RANCHO, NM  87144

HANCOCK, KENNETH
228 FOREST GREEN
STATEN ISLAND, NY 10312

HANKINSON, BARRY
521 FLAMINGO DR.
APOLLO BEACH, FL 33572

HANKINSON, JAMIE
521 FLAMINGO DR.
APOLLO BEACH, FL 33572

HANNA, BONNIE
383 SUMMER DR
KYLE, TX 75640

HANNA, DANNY J.
7907 LINEN DRIVE
SANTEE, CA 92071

HANNA, ZANE
383 SUMMER DR
KYLE, TX 78640

HANNAN, WALTER THOMAS, JR
PO BOX 36
OCRACOKE, NC 27960-0036

HANSELMAN, MICHAEL W
1937 MARLAND STREET
SPRINGFIELD, IL 62702-2656

HANSEN, BETTY L.
5625 SPOUT LN.
PORT ORANGE, FL 32127

HANSEN, BETTY L.
GENERAL DELIVERY
LAC DU FLAMBEAU, WI 54538-9999

HANSEN, DEBORAH JEAN
12600 S PFLUMM ROAD SUITE 104
OLATHE, KS 66062

HANSEN, LEE
716 W 4TH ST
SOUTH SIOUX CITY, NE 68776

HANSEN, LEE
716 W 4TH ST
SOUTH SIOUX CITY, NE 68776

HANSEN, MARK RUSSELL
5625 SPOUT LANE
PORT ORANGE, FL 32127

HANSEN, MARK RUSSELL
5625 SPOUT LANE
PORT ORANGE, FL 32127-7762

HANSEN, MARLAN D
12600 S PFLUMM ROAD SUITE 104
OLATHE, KS 66062

HANSEN, MARLAN D, JR
13851 S SHANNAN ST
OLATHE, KS 66062-9786

HANSEN, STEVEN E
2210 S 62ND ST
LINCOLN, NE 68506

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


HANSON, FORREST P
1620 RAYMOND DR
IDAHO FALLS, ID  83402

HAPNER, THOMAS LEE
21548 NE 135 LANE
FT MCCOY, FL  32134

HAPPEL, HENRY J
122 E. RADIO TOWER RD
SCOTTSBURG, IN  47170


HARBAUGH, GEORGE
292 SOUTHBURY DRIVE
MYRTLE BEACH, SC  29588

HARDEE, ROBERT
44 SRANT DR
PENSACOLA, FL  32506-5821

HARDIE, ROBERT
604 WEST MILL
BUTLER, MO  64730


HARDIE, RUTH
604 WEST MILL STREET
BUTLER, MO  64730

HARDIN, R A JACK
1020 C.R. 290 PO BOX 111
WETMORE, CO  81253

HARDING, MARY C.
514 S. GEORGE ST.
CHARLES TOWN, WV  25414


HARDY, MICHAEL
577 E BASELINE RD APT 2088
TEMPE, AZ  85283-1669

HARDY, STANLEY
P.O. BOX 7505
NEWCOMB, NM  87455

HARDY, STANLEY
P.O. BOX 7505
NEWCOMB, NM  87455


HARDY, WILLIS D.
3425 PIERMONT DR.
ALBUQUERQUE, NM  87111

HARGAS, STEVE R
775 ROCA RD
CHULA VISTA, CA  91910

HARGIS, BEVERLY ANN
910 E. MAIN ST.
LITTLE RIVER ACADEMY, TX  76554


HARGIS, BEVERLY
2023 ANTIOCH CHURCH RD
TIMBERLAKE, NC  27583-9324

HARGIS, TERRY BARKER
2023 ANTIOCH CHURCH RD
TIMBERLAKE, NC  27583-9324

HARGIS, WILBERT LEE, SR
910 E MAIN ST
LITTLE RIVER ACADEMY, TX  76554

HARGROVE, CLYDE L, JR
12222 N FM 487
BUCKHOLTS, TX  76518

HARI, JOHN V
121 CLEVELAND AVENUE
LACKAWANNA, NY  14218-3521

HARMON, BARBARA
754 CHESTNUT RIDGE ROAD
WEST UNION, OH  45693-9779

HARMON, BARBARA
754 CHESTNUT RIDGE ROAD
WEST UNION, OH  45693-9779

HARMON, JERRY
754 CHESTNUT RIDGE ROAD
WEST UNION, OH  45693-9779

HARNEY, ROY V, JR
164 GLENWOOD AVE
HARAHAN, LA  70123

HARPER, JOHN W. III
1220 RIVERVIEW RD
DAUPHIN, PA  17018

HARPER, JOHN W. III
1220 RIVERVIEW RD
DAUPHIN, PA  17018

HARPER, JOHN W. III
1220 RIVERVIEW RD
DAUPHIN, PA  17018

HARPER, LORRAINE S
307 S. 7TH AVE.
MT. VERNON, NY  10550

HARP-HARTZELL, TONI L VANCE
20565 LONDON LN
WAYNESVILLE, MO  65583-3147

HARQUAIL, RAYMOND D
25711 WINDJAMMER DRIVE
SAN JUAN CAPISTRANO, CA  92675

HARR, JOSEPH
47 PACERS RIDGE DR
CANONSBURG, PA  15317

HARRELL, KENNETH E
P.O. BOX 472
310 WHARTON
CALVERT, TX  77837

HARRELL, MELVIN R
837 FULLER AVE.
ST.PAUL, MN  55104

HARRINGTON, JESSE L
1100 CAIRO BEND RD.
LEBANON, TN  37087

HARRINGTON, PAUL
8321 SEDONA SUNRISE DR.
LAS VEGAS, NV  89128

HARRINGTON, RALEIGH
433 BIRDSNEST RD
HARTSVILLE, SC  29550

HARRIS, AMBER
404 ASPEN CIRCLE
GOLDSBORO, NC  27530

HARRIS, AMBER
HOWARD STALLINGS FROM HUTSON ATKINS
ANGELL & DAVIS, P.A.
PO BOX 12347
RALEIGH, NC  27605

HARRIS, CALVIN LOUIS
884 OLIVE HILL CH. R.D.
LEASBURG, NC  27291

HARRIS, CAROLYN
1341 COUNTY ROAD 1650
GRAPELAND, TX  75844-7612

HARRIS, CHERYL D
8305 WINDSOR FOREST DR
FORT WORTH, TX  76120-1729

HARRIS, DANARD, SR
15 BULL RUN N.
TIMBERLAKE, NC  27583

HARRIS, DAVID A
40 HARRISON ST APT 19E
NEW YORK, NY  10013

HARRIS, DAVID
406 MEECH RD.
P.O. BOX 1067
GOLDENDALE, WA  98620

HARRIS, DEBRA BINCH
404 ASPEN CIRCLE
GOLDSBORO, NC  27530

HARRIS, DEBRA BINCH
HOWARD STALLINGS FROM HUTSON ATKINS
ANGELL & DAVIS, P.A.
PO BOX 12347
RALEIGH, NC  27605

HARRIS, EDWIN RAY
399 CHARLIE CARR RD.
ROXBORO, NC  27574

HARRIS, ERNST LEROY
4228 FALCON HILL ST
NORTH LAS VEGAS, NV  89032

HARRIS, GEORGE ALBERT
PHYLLIS HARRIS
1879 INDIAN RIVER DRIVE
ORANGE PARK, FL  32003

HARRIS, GEORGE F.
P.O. BOX 774
CHAMA, NM  87520

HARRIS, JACKIE GLENN
1341 CR 1650
GRAPELAND, TX  75844

HARRIS, JACQUELINE Y
26040 US HWY 80 WEST
DEMOPOLIS, AL  36732

HARRIS, JASON TREADWAY
487 LAWSON FARM RD
ROXBORO, NC  27574

HARRIS, JOHN
4639 S LECLAIRE AVE
CHICAGO, IL  60638

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 173 of  444

HARRIS, KENNETH
1021 LOCH VAIL UNIT 16
APOPKA, FL  32712

HARRIS, LINWOOD D.
205 CRAWFORD RD
HILLSBOROUGH, NC  27278

HARRIS, MARTHA RACHEL
191 STEWART RD
SIX MILE, SC  29682-9742

HARRIS, MELVIN CONRAD
108 WELSH STREET
CAMDEN, SC  29020

HARRIS, RICHARD E, JR
50 ACADIA CT SE
RIO RANCHO, NM  87124

HARRIS, ROBERT
C/O LEVIN SIMES KAISER & GORNICK, LLP
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA  94104

HARRIS, ROBERT, JR
112 SHADY HEIGHTS
DEMOPOLIS, AL  36732

HARRIS, SAMUEL
5926 LARUE STREET
HARRISBURG, PA  17112

HARRIS, SUSANNA M.
205 CRAWFORD RD
HILLSBOROUGH, NC  27278

HARRISON, DARRELL BRADFORD
3221 OLD STAKE RD
CHADBOURN, NC  28431

HARRISON, KENNETH
509 BUSH ROAD
GREENVILLE, AL  36037

HARRISON, KERRY
1216 PITTMAN RD
LUMBERTON, NC  28358

HARRISON, TRENEVA
4830 STORM COVE VIEW
HUMBLE, TX  77396

HARROD, JOHN
***NO ADDRESS PROVIDED***

HART, MARVIN W. AND IRENE A.
WILLIAMS KHERKHER HART & BOUNDAS L.L.P.
SAMANTHA FLORES
8441 GULF FREEWAY SUITE 600
HOUSTON, TX  77017

HARTEL, PAUL H
75 WILSON STREET
WEST SENECA, NY  14224

HARTHAN, TIMOTHY J.
40449 COUNTY ROAD 242
COHASSET, MN  55721

HARTLESS, MARVIN
110CR681
TEAGUE, TX  75860

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

Page 174 of  444

HARTLEY, DANIEL
154 NIMROD ST.
SALIX, IA  51052

HARTLEY, RONALD
C/O KELLER FISHBACK & JACKSON
28720 CANWOOD STREET
SUITE 200
AGOURA HILLS, CA  91301

HARTLEY, SUE
11236 ARROWHEAD ST NW
COON RAPIDS, MN  55433-3505

HARTUNG, MICHAEL
219 S JEFFERSON AVE
CANONSBURG, PA  15317

HARTUNG, RONALD
7234 OPPORTUNITY PL.
BILLINGS, MT  59106

HARTWELL, DAVID
11806 KIKNOLL
HOUSTON, TX  77089

HARTWELL, GERALD
3525 WESTSIDE
2510 JULES ANNA LN
CONROE, TX  77304-5013

HARTY, CATHERINE M
334 E. LAKE RD #231
PALM HARBOR, FL  34685

HARTY, JOAN E.
80 LESLEY LANE
OLDSMAR, FL  34677

HARVEY, CHARLES P.
1181 HIGHWAY 42 N
MCDONOUGH, GA  30253-5529

HARVEY, DENNIS W. DECEASED
808 COMMERCE STREET
PALACIOS, TX  77465

HARVEY, JEFFREY
12010 KLEINMEADOW DR.
HOUSTON, TX  77066

HARVEY, JEFFREY
12010 KLEINMEADOW DR.
HOUSTON, TX  77066

HARVEY, JEFFREY
12010 KLEINMEADOW DR.
HOUSTON, TX  77066

HARVEY, JEFFREY
12010 KLEINMEADOW DR.
HOUSTON, TX  77066

HARVEY, JEFFREY
12010 KLEINMEADOW DR.
HOUSTON, TX  77066

HARVEY, REX
17390 SWEETWATER RD.
DADE CITY, FL  33523

HARVEY, SAM
8250 CURICO LANE
MINT HILL, NC  28227

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

HASSLER, WILLIAM J
7239 EVANS ST
HOUSTON, TX  77061

HATCH, JOHN C. DECEASED
HELENA C HATCH
25 WATERS EDGE CIR APT 521
GEORGETOWN, TX  78626-5564

HATFIELD, JOE LAYBURN (DECEASED)
JOE M. HATFIELD
P.O. BOX 1372
HALLSVILLE, TX  75650

HATHAWAY, COLE W.
7955 E MINNESUING ACRES DR
LK NEBAGAMON, WI  54849-9067

HATHAWAY, LORI A
7955 E MINNESUING ACRES DR
LK NEBAGAMON, WI  54849-9067

HATHAWAY, MACKENZIE, J.
7955 E MINNESUING ACRES DR
LK NEBAGAMON, WI  54849-9067

HATHAWAY, NATHAN W.
7955 E MINNESUING ACRES DR
LK NEBAGAMON, WI  54849-9067

HATHAWAY, RICHARD
144 COUNTY RD
HUNTINGTON, MA  01050-9613

HATTEN, CYNTHIA LASTER
1629 COLUMBIA RD NW
APT 821
WASHINGTON, DC  20009

HATTENBRUN, DAVID
119 SOUTH ROAD
KENSINGTON, NH  03833-6820

HAUPT, HOWARD G., JR.
RT. 3, BOX 349 ISLAND ROAD
SAVANNAH, GA  31406

HAUSERMAN, SEAN
285 COUNTRY CLUB DR
ELLWOOD CITY, PA  16117

HAWKINS, PAUL D
2181 ZACKS FORK RD
LENOIR, NC  28645

HAWLEY, SEAN C
207 1ST AVE
MURFREESBORO, TN  37130-4403

HAWTHORNE, HENRY
306 DARLEY DR
VALLEJO, CA  94591-8514

HAY, SANDRA K.
405 HARBOR PT # 301
VIRGINIA BEACH, VA  23451

HAYDU, GARY
5540 SW 7 STREET
FORT LAUDERDALE, FL  33317-2406

HAYDU, RITA H
5540 SW 7 STREET
PLANTATION, FL  33317-4306

HAYES, CHRISTINA
276 E SEAMAN AVE
FREEPORT, NY  11520-1714

HAYES, DAVID TROY
3421 MCGHEE ROAD
MARYVILLE, TN  37803

HAYES, DAVID
3421 MCGHEE ROAD
MARYVILLE, TN  37803

HAYES, DAVID
3421 MCGHEE ROAD
MARYVILLE, TN  37803

HAYES, DAVID
3421 MCGHEE ROAD
MARYVILLE, TN  37803

HAYES, JAMES R
1376 DANA RD
HENDERSONVILLE, NC  28792

HAYES, JERRY P.
2121 BODEN ST
LEAGUE CITY, TX  77573

HAYES, SAMUEL PAUL
164 CRANE RD
LIBERTY, SC  29657

HAYNER, GEORGE LEWIS, SR.
965 SW. MAGNOLIA BLUFF DR.
PALM CITY, FL  34990

HAYS, BRUCE CARLTON (DECEASED)
LORA B. HAYS
P.O. BOX 1898
BRAZORIA, TX  77422

HAYS, LARRY G.
P.O. BOX 40046
OVERLAND PARK, KS  66204

HAYS, LESTER
2305 N. ROSS AVE.
CAMERON, TX  76520

HAYWARD, CLAIR
310 BOGGS HOLLOW RD
310 BOGGS HOLLOW ROAD
GREENSBURG, PA  15601

HAYWARD, JOHN
310 BOGGS HOLLOW RD
GREENSBURG, PA  15601

HAYWARD, STEPHANIE
310 BOGGS HOLLOW ROAD
GREENSBURG, PA  15601

HAZLETT, GARY
3850 SCHULL DRIVE
HOOD RIVER, OR  97031

HEADLEY, DONALD DEAN
518 BURTON ST
SIOUX CITY, IA  51103

HEADLEY, DONALD DEAN
518 BURTON ST
SIOUX CITY, IA  51103

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

Notices mailed by: **April 30, 2021**

HEADLEY, DONALD DEAN
518 BURTON ST
SIOUX CITY, IA  51103

HEADLEY, DONALD DEAN
518 BURTON ST
SIOUX CITY, IA  51103

HEADLEY, DONALD DEAN
518 BURTON ST
SIOUX CITY, IA  51103

HEALD, GEORGE H
5891 MOON VIEW DR
LAS CRUCES, NM  88012-9010

HEALD, MARGARET
5891 MOON VIEW DR
LAS CRUCES, NM  88012-9010

HEALD, SUSAN
2 RIVER RD APT. 3
LISBON, CT  06351

HEALY, CHARLES R
23 HAMPTON CT
RED BANK, NJ  07701

HEALY, PAULA
39-65 52 STREET, APT 10-L
WOODSIDE, NY  11377

HEANY, RONNIE
710 TWIN CREEK CIRCLE
P.O. BOX 659
PAGOSA SPRINGS, CO  81147

HEARN, JOE H
2107 MARKET ST
HARRISBURG, PA  17103

HEARN, JOE H
2107 MARKET ST
HARRISBURG, PA  17103

HEATH, KEVIN
1961 RIVER RD
ABERDEEN, OH  45101

HEATH, RICHARD
4180 VISTA PINON DRIVE
FARMINGTON, NM  87401

HEBERT, DEVORA
2707 AVE. I
BAY CITY, TX  77414

HEDGECOCK, DONALD
13001 N 23RD STREET
PHOENIX, AZ  85022

HEDGEMON, LUCY A
5418 U.S. HWY 43 SOUTH
EUTAW, AL  35462

HEDGEMON, LUCY A
5418 U.S. HWY 43 SOUTH
EUTAW, AL  35462

HEDGEPETH, DANNY
4309 NC 55W
ANGIER, NC  27501

HEGARTY, RANDY R
2903 OAKLEY STREET
BAKERSFIELD, CA  93311

HEGGE, GORDON
929 ITHACA WAY
DAKOTA CITY, NE  68731

HEGLAR, GRANT NORMAN
4520 AMITY HILL RD
CLEVELAND, NC  27013

HEINE, STEPHEN
6143 MIDWAY RD
METROPOLIS, IL  62960

HEINTZ, JASON
10441 MEINERT RD
WEXFORD, PA  15090

HEINZMANN, DAVID (DECEASED)
C/O THE RUCKDESCHEL LAW FIRM LLC
8357 MAIN ST
ELLICOTT CITY, MD  21043

HEINZMANN, DAVID (DECEASED)
C/O THE RUCKDESCHEL LAW FIRM LLC
8357 MAIN ST
ELLICOTT CITY, MD  21043

HEINZMANN, DAVID (DECEASED)
C/O THE RUCKDESCHEL LAW FIRM LLC
8357 MAIN ST
ELLICOTT CITY, MD  21043

HEINZMANN, DAVID (DECEASED)
C/O THE RUCKDESCHEL LAW FIRM LLC
8357 MAIN ST
ELLICOTT CITY, MD  21043

HEISIER, JOSEPH F.
1909 GUYWAY
DUNDALK, MD  21222

HELLENTHAL, JOHN EDWARD
397 NORTH DIVISION AVENUE
HOLLAND, MI  49424

HELM, DWAINE
4712 45TH AVE SOUTH
FARGO, ND  58104

HELMS, STEVENS (BT2)
75 TANGLEWOOD DR.
COVINGTON, GA  30016

HELMS, STEVENS
75 TANGLEWOOD DR.
COVINGTON, GA  30016

HEMBREE, BRANDONN
4506 E 197TH ST
BELTON, MO  64012

HEMBREE, MIKE
4506 E. 197TH ST
BELTON, MO  64012

HEMBREE, MIKE
4506 E.197TH ST
BELTON, MO  64012

HEMPSMYER, LARRY D.
5065 CR  353
BRAZORIA, TX  77422

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


HENDERSHOT, CALLIE
3805 CLOVER LN.
DEER PARK, TX 77536

HENDERSHOT, JERRY
3805 CLOVER LN.
DEER PARK, TX 77536

HENDERSON, CHRISTINE
2110 S CRENSHAW BL #7
LAS ANGELES, CA 90016

HENDERSON, CHRISTINE
2110 S CRENSHAW BL #7
LAS ANGELES, CA 90016

HENDERSON, EDWARD M, JR
407 SMITH STREET
SEATTLE, WA 98109-2155

HENDERSON, JACK ALLEN
1936 VICTORY TRAIL RD
GAFFNEY, SC 29340-5343

HENDERSON, JOE B
C/O DAVID O MCCORMICK, ESQ
CUMBEST CUMBEST HUNTER & MCCORMICK P.A.
PO DRAWER 1287
PASCAGOULA, MS 39568-1287

HENDERSON, LARRY EARL
106 E SECOND ST
YAZOO CITY, MS 39194-4102

HENDERSON, MARY
10944 HWY 252
WARE SHOALS, SC 29692

HENDERSON, STANLEY GERALD
606 PEMBERTON
WATERLOO, SC 29384

HENDERSON, THOMAS ROBERT
6720 KLEIN ST
OLYMPIA, WA 98502

HENDREN, DANIEL
507 MONROE STREET
DE WITT, MO 64639

HENDREN, JACQUELINE
507 MONROE STREET
DE WITT, MO 64639

HENDREN, ROY
C/O GEORGE & FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN 46204

HENDRICKS, CLIFFORD B.
114 HIGHLAND AVE
ATMORE, AL 36502

HENDRICKS, COURTNEY
1740 MULFORD AVE, APT. 8A
BRONX, NY 10461

HENDRICKS, DARIAN
1740 MULFORD AVENUE
APT 8A
BRONX, NY 10461

HENDRICKS, HAZEL
1740 MULFORD AVE, APT. 8A
BRONX, NY 10461

HENDRICKS, JEFFREY
8000 NW 54TH COURT
LAUDERHILL, FL  33351

HENDRICKS, THOMAS J
7000 RUSSELL PL.
CHANDLER, IN  47610

HENDRIX, JANE DEES
919 TIMMERMAN DRIVE
HARTSVILLE, SC  29550

HENDRIX, LESTER J
61 PHELPS DR
MANCHESTER, GA  31816

HENNIGAN, ALFONZO
925 N 43 ST
PHILADELPHIA, PA  19104

HENNIGAN, ALFONZO
925 N 43 ST
PHILADELPHIA, PA  19104

HENNINGER, JAMES R.
205 DAVIS AVE
PITTSBURGH, PA  15223

HENNINGER, RANDELL L, JR
P.O. BOX 227
91 NORTH T-BIRD LANE
FREEBURG, PA  17827

HENRICHSEN, VINCENT JAMES
1715 W 16TH STREET
SIOUX CITY, IA  51103-2806

HENRICKSON, HUNTER
141 KELLY AVE
BELLE VERNON, PA  15012

HENRICKSON, LINDSAY
141 KELLY AVE
BELLE VERNON, PA  15012

HENRIQUEZ GAMONAL, DORIS VALERIA
PEDRO AGUIRRE CERDA 531
QUILPUE 2421263
CHILE

HENRY, DAVID E.
31411 KNOXVILLE ROAD
RICHLAND, MO  65556

HENRY, JAMES
BOX 463
210 E BATES
DREXEL, MO  64742

HENRY, JOHN
PO BOX 305
DREXEL, MO  64742

HENRY, ORIE, JR.
2102 KOONCE ST.
GOLDSBORO, NC  29750

HENSEL, MARY K.
55 W FRANKLIN ST APT 307
EPHRATA, PA  17522-1976

HENSLEY, HASSELL GENE
8006 ESTER C.T
ASHLAND, KY  41102

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


HENSON, CHERYL E.
C/O FISHER BOYD JOHNSON & HUGUENARD, LLP
ATTN: BERNARD G. JOHNSON, III
2777 ALLEN PARKWAY, 14TH FLOOR
HOUSTON, TX  77019

HENSON, LARRY
3663 WOODGATE DR.
WHEATFIELD, IN  46392

HENSON, SANDRA
37881 CR 374
PAW PAW, MI  49079

HENSON, WESLEY JOE
3944 HIGHWAY 77
ROCKDALE, TX  76567-3366

HENSON, WILLIAM
37881 CR 374
PAW PAW, MI  49079

HENZLER, RONALD
5430 GIBSON RD
GIBSONIA, PA  15044

HEPTINSTALL, RUSSELL A
182 PERSIMMON LANE
YELLVILLE, AR  72687

HERBERT, MICHAEL
168 HANSEN RDG
LEHI, UT  84043

HERBST, DENNIS
#11 EAST 2ND STREET
BRONSON, IA  51007

HERING, WILLIAM
1005 PEAKSAIL POINT
LANOKA HARBOR, NJ  08734

HERMAN, HARRY E, JR
727 KINDERHOOK RD
COLUMBIA, PA  17512

HERMAN, STEPHEN
104 PERRY LANE
GOODE, VA  24556-9609

HERMANN, MARK
1208 HARVEST COURT
BRIDGEVILLE, PA  15017

HERMANNS, SCOTT L.
4135 RECTOR RD
COCOA, FL  32926

HERMANNS, WILLIAM H., SR.
6450 LAKE SUNRISE DR.
APOLLO BEACH, FL  33572

HERNANDEZ, EDUARDO R
4801 N. SYCAMORE DR.
KANSAS CITY, MO  64119

HERNANDEZ, GUSTAVO ARTURO
1511 LEADENHALL CIR
CHANNELVIEW, TX  77530-2164

HERNANDEZ, JAIME
4525 40TH STREET
APT 3F
SUNNYSIDE, NY  11104

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 182 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

HERNANDEZ, JESSE (G)
3206 GAYLE
VICTORIA, TX  77901

HERNANDEZ, JESSE G.
3206 GAYLE DR
VICTORIA, TX  77901

HERNANDEZ, JOSEPH A.
165 ODDSTAD DR. #50
VALLEJO, CA  94589

HERNANDEZ, MIGUEL A
15630 E ASBURY PL
AURORA, CO  80013

HERNANDEZ, NICHOLAS
4525 40TH STREET
APT 3F
SUNNYSIDE, NY  11104

HERNANDEZ, RAUL
SAN MARTIN 702
VALPARAISO
QUILPUE
CHILE

HERNANDEZ, ROBERT
619 W. ASH
SALINA, KS  67401-2162

HERNANDEZ-SMITH, CARMEN M.
6172 RADIO DRIVE
SAN DIEGO, CA  92114

HERNDON, RALPH
7560 NORWALK LN
ST LOUIS, MO  63121

HERR, MICHAEL
4542 IRONWOOD DR
HAMBURG, NY  14075

HERR, THOMAS
169 FROGTOWN ROAD
PEQUEA, PA  17565

HERRERA, MANUEL A
631 W. QUARTZ ST
BUTTE, MT  59701

HERRERA, RICHARD
10423 SAGEYORK DR.
HOUSTON, TX  77089

HERRIN, REDA J.
197 MADDOX RD.
GAFFNEY, SC  29340

HERRING, DAVID W
10 STEPHEN LANE
METROPOLIS, IL  62960

HERRING, KENNETH
3584 FRANKLIN RD
916 TUCKER GARLAND RD
KIRKSEY, KY  42054-9132

HERRING, KENNETH, INDIVIDUALLY AND AS
3584 FRANKLIN RD
METROPOLIS, IL  62960

HERRING, KENNETH, INDIVIDUALLY AND AS
3584 FRANKLIN RD
METROPOLIS, IL  62960

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

HERRING, SANDRA
PO BOX 103
CALVERT, TX  77837-0103

HERRING, YVONNE B.
107 ARBUTUS PL
CHAPEL HILL, NC  27517-8504

HERRON, MELVIN
ROUTE 19 BOX 2640
CONROE, TX  77303

HERZOG, NICHOLAS ALAN
3270 S STATE HIGHWAY 14
BREMOND, TX  76629-4599

HESS, ALONZO
21900 VALLEY VIEW DRIVE
WEST LAFAYETTE, OH  43845

HESS, BRADLEY
53621 TOWNSHIP ROAD 1214
W LAFAYETTE, OH  43845-9502

HESS, CATHERINE
21900 VALLEY VIEW DRIVE
WET LAFAYETTE, OH  43845

HESS, JAMES MICHAEL
175 CHARLIE CASH RD
219 VATERSAY DR
APEX, NC  27502-9036

HESS, JERALD
3813 FOREST GROVE RD
SANDY HOOK, VA  23153-2020

HESS, ROBERT
10 PALM STREET
LACKAWANNA, NY  14218

HESS, RONALD
865 KENILWORTH AVENUE
COSHOCTON, OH  43812

HESS, SANDRA
805 WELKER DRIVE
WEST LAFAYETTE, OH  43845

HESS, THOMAS
805 WELKER DRIVE
WEST LAFAYETTE, OH  43845

HESS, THOMAS
805 WELKER DRIVE
WEST LAFAYETTE, OH  43845

HESTER, GARY R., SR
13570 ANN DR.
NORTH HUNTINGTON, PA  15642

HESTER, JAMES S
1505 20TH ST
BEDFORD, IN  47421

HETRICK, RICK
117COWANSHANNOCK RD
KITTANNING, PA  16201

HEWELL, B JOSEPH
1908 PENWOOD DRIVE
KNOXVILLE, TN  37922

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

HEWELL, LEWIS T, SR
2414 67TH ST S
TAMPA, FL 33619

HEWETT, REX ALLEN
490 WILLARD LN
SHALLOTTE, NC 28470

HIBBARO, ROY
603 ANCHOR CT APT 121
MONTICELLO, IN 47960

HIBLER, RICHARD H.
P.O. BOX 889
GRANTSVILLE, UT 84029

HICKERSON, FRANCIE N.
1232 SPRINGVALE TERRACE CT.
LELAND, NC 28451

HICKERSON, WAYNE THOMAS
1232 SPRINGVALE TERRACE CT
LELAND, NC 28451

HICKS, HENRY
1844 BETHEL RD
NICKELSVILLE, VA 24271

HICKS, HERBERT
4609 BRINKLEY STREET
HOUSTON, TX 77051

HICKS, HERBERT
PO BOX 14655
HOUSTON, TX 77221

HICKS, RALPH
87 CLARK STREET
EASTPORT, ME 04631

HICKS, ROYCE E
512 E. SCHARBAUER
HOBBS, NM 88240

HICKS, ROYCE E.
512 E. SCHARBAUER
HOBBS, NM 88240

HICKS, SHIRLEY
1823 OLD CHARLES ST
LANCASTER, SC 29720-3809

HICKS, TANYSS L
303 N HYDE PARK BLVD APT 312
CLEBURNE, TX 76033-9115

HICKSON, RUSSELL D
923 ANDREWS MILL ROAD
LAMAR, SC 29069

HIDALGO, DANIEL
PEDRO DE VALDIVIA 962
VALPARAISO
QUILLOTA 2261261
CHILE

HIGBY, BRIAN
9422 DIBOT CT.
HUDSON, FL 34667

HIGGINS MARLOW, AMY
752 WEDGE LANE
JACKSON, MO 63755

HIGGINS, EVAN
752 WEDGE LANE
JACKSON, MO  63755

HIGGINS, LIAM
752 WEDGE LANE
JACKSON, MO  63755

HIGGINS, RICHARD
300 N 2ND STREET
CRESWELL, OR  97426

HILDEBRANDT, SUSAN
23 SIERRA STREET
GLENS FALLS, NY  12801

HILL, CARL DON
15433 CURTIS AVE. N.W.
MONTICELLO, MN  55362

HILL, FRANKLIN
829 HIGH ST
COSHOCTON, OH  43812-1079

HILL, GARY W
15788 FM 848
WHITEHOUSE, TX  75791

HILL, JAMES WALTER
PO BOX 24
MONCURE, NC  27559

HILL, LYNN
829 HIGH ST
COSHOCTON, OH  43812-1079

HILL, PATRICK
PO BOX 921
SUPERIOR, WI  54880-0921

HILL, RICHARD
4228 ASHFIELD PL
SOUTHPORT, NC  28461-9293

HILL, WAYNE
11002 S.W. 93 ST
MIAMI, FL  33176

HILL, WENDELL D
8065 RT. 56 HWY E
HOMER CITY, PA  15748-5726

HILLMAN, STANLEY
DELORES HILLMAN
P.O. BOX 51752
FORT MYERS, FL  33994

HILPERT, BOBBY
811 CLEARVIEW TERRACE
NEW MARTINSVILLE, WV  26155

HILSON, CARL WALTER, JR.
1104 GRAND HASKELL
BENTON, AR  72015

HIMMEL, ROBERT T., JR.
9819 RUSTIC ROCK
LA PORTE, TX  77571

HINELINE, WILLIAM P
41 WILLIAMS RD.
JEFFERSON TWP, PA  18436

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

HINES, CHARLES
330 ELLA LANE
VASS, NC  28394

HINKLE, DELMAR C.
2628 BAHIA ROAD
W. PALM BEACH, FL  33406

HINKLE, SALLIE JANIECE
9229 REGAL DR
WACO, TX  76712-8423

HINKLE, WALTER
5385 HWY 35
MT HOOD PARKDALE, OR  97041

HINSON, DANNIE S.
493 SEEGARS MILL RD
CAMDEN, SC  29020

HINSON, THOMAS LEE
493 SEEGARS MILL RD
CAMDEN, SC  29020

HINTON JR., CURTIS
300 E. APRIL LANE
GOLDSBORO, NC  27530

HINTON, CURTIS
1811 W. NEW HOPE RD.
GOLDSBORO, NC  27530

HINTON, MARY
1811 W. NEW HOPE RD.
GOLDSBORO, NC  27530

HINTZ, JIM
505 PRIVATE ROAD 1645
HICO, TX  76457-4106

HIPPELY, JOHN
1004 CRESTVIEW DR
MILLBRAE, CA  94030

HIRIARTE, TOMAS AVELINO
4014 E 52ND ST
MAYWOOD, CA  90270-2206

HIRT, JAMES M
208 N 1ST STREET
THORNDALE, TX  76577

HIRT, REX D
1824 CR 152
ROSCOE, TX  79545

HIRT, RONALD M.
350 STEVENS DR.
APT 202
PITTSBURGH, PA  15237

HIRT, WENDY R
4964 CR 455
THORNDALE, TX  76577

HOAFAT, ROBERT G.
9224 RADIO DR.
SAINT LOUIS, MO  63123

HOAFAT, TAMI J.
9224 RADIO DR.
SAINT LOUIS, MO  63123

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

HOBBINS, ERIN DAVIDEK
753 CR 149
BOLING, TX  77420

HOBBS, RANDALL
241 VERNA DRIVE
PITTSBURGH, PA  15209

HOCHHALTER, STEVEN LEE
19921 WHALESHEAD, RD U-16
BROOKING, OR  97415

HODGES, BRIAN
36805 E CHURCH RD
OAK GROVE, MO  64075-9057

HODGES, CONRAD
120 OYSTER POINT ROW
CHARLESTON, SC  29412

HODGES, FLOYD GENE
8514 HWY 367N
BRADFORD, AR  72020

HODGES, SHIRLEY PARKER
PO BOX 263
1303 ROANOAKE ST
GRAHAM, TX  76450-0263

HODGKINSON, DENNIS RICHARD
3000 HAVELOCK PL.
SHALLOTTE, NC  28470

HOELKER, MERRITT J
3914 3RD AVE
SIOUX CITY, IA  51106

HOERSTER, KENNETH L
1704 B LLANO ST #108
SANTA FE, NM  87505

HOFER, DAVID
409 S. MARKET ST.
MUNCY, PA  17756

HOFFER, BARBARA
1004 HENN AVE
EPHRATA, PA  17522

HOFFMAN II, JOHN
5 HENDRICKSON RD.
DANVILLE, PA  17821

HOFFMAN, BENJAMIN
109 MAPLE RIDGE CT
CANONSBURG, PA  16317

HOFFMAN, JAMES
520 LOUISVILLE DRIVE
PITTSBURGH, PA  15237

HOFFMAN, OLIVER R
22122 VALLEY VIEW DR
WEST LAFAYETTE, OH  43845

HOFFMAN, ZACHARY
121 HAMILTON DR
SEWICKLEY, PA  15143

HOFFMEYER, ERNEST
1802 HIGHLAND AVE.
ROCKDALE, TX  76567

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

HOFMAIER, ALLAN
4301 SHIRLEY ST
OMAHA, NE  68105-2403

HOGARTH, MARJORIE (EGAN)
450 FOSTER ROAD
STATEN ISLAND, NY  10309

HOGSED, ROLAND
3270 MACEDONIA CHURCH RD.
LAKE TOXAWAY, NC  28747

HOHLE, JIMMIE
3413 LEITH BRIDGE
PEARLAND, TX  77581

HOLBERT, DEBORAH
PO BOX 1046
FREELAND, WA  98249

HOLGUIN, ANGELINA
2489 CO. RD 157
AUXVASSE, MO  65231

HOLGUIN, VALERIE A PAYNE
3658 LAUGHLIN BLVD.
LAUGHLIN, NV  89029

HOLLAND, CAROL F
954 OLD OLIVE RD
BENTON, KY  42025

HOLLAND, JAMES
954 OLD OLIVE ROAD
BENTON, KY  42025

HOLLAND, RICHARD E, SR
309 LOMA DR
CAMARILLO, CA  93010-2321

HOLLAND, RICHARD E. SR
309 LOMA DR.
CAMARILLO, CA  93010

HOLLEMAN, KENNETH WAYNE
811 S MARKET
GRAPELAND, TX  75844

HOLLEMAN, KENNETH WAYNE, JR.
7889 F.M. 2022
GRAPELAND, TX  75844

HOLLEMAN, WILLIAM L.
249 P.R. 8469
PALESTINE, TX  75803

HOLLEY, CAROL
138 CHARLIE POWELL RD
MURFREESBORO, NC  27855

HOLLEY, KRISTEN
138 CHARLIE POWELL RD
MURFREESBORO, NC  27855

HOLLEY, RONNIE
138 CHARLIE POWELL RD
MURFREESBORO, NC  27855

HOLLIDAY, EDWARD
751 KROCKS CT
ALLENTOWN, PA  18106

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


HOLLIDAY, LORI
751 KROCKS CT
ALLENTOWN, PA  18106

HOLLIDAY, RONALD
1189 HOLLIDAY TRAIL
MORLEY, MI  49336

HOLLIDAY, SAVANNA
751 KROCKS CT.
ALLENTOWN, PA  18106


HOLLINGSWORTH, CHAD
310 KENNETT DR
ELIZABETH, PA  15037-2445

HOLM, THOMAS W.
21796 172ND AVE
NEW ULM, MN  56073

HOLMES, GLORIA
274 BRIGHT STREET
SAN FRANCISCO, CA  94132


HOLMES, GLORIA
274 BRIGHT STREET
SAN FRANCISCO, CA  94132

HOLMES, MARJORIE L
1188 ELLIS RD.
LUDINGTON, MI  49431

HOLMES, PHILIP C
814 S. RUBY DR.
KEY LARGO, FL  33037


HOLMES, WALTER, JR
17523 SUGAR PINE DR
HOUSTON, TX  77090-2053

HOLSHOUSER, JEFFREY CRAIG
PO BOX 1111
ROCKWELL, NC  28138

HOLSTEN, TIM
34794 W. 211 LN.
BETHANY, MO  64424


HOLZMACHER, GEORGE
1874 SE MANTUA STREET
PORT SAINT LUCIE, FL  34952

HOLZSHU, JONATHAN
911 MARKET ST
BEAVER, PA  15009

HONARDOOST, ABBAS
526 COUNTRY CLUB RD
YORK, PA  17304


HOOD, JERRY G
9951 SILVER STRAND DR
HUNTINGTON BEACH, CA  92646

HOOD, JERRY
9951 SILVER STRAND DR
HUNTINGTON BEACH, CA  92646

HOOK, MARK
1113 BURNS AVE
ALTOONA, PA  16601

HOOKS, CHERYL
102 CAROLINA STREET, EAST
FREMONT, NC  27830

HOOLAHAN, CRAIG
2400 E. SPRINGWOOD DR.
GLENSHAW, PA  15116

HOOLAHAN, RICHARD J.
3278 LONG MEADOW DR.
ALLISON PARK, PA  15101

HOOLAHAN, THOMAS R.
227 GREENWOOD AVE.
PITTSBURGH, PA  15202

HOOPER, DIANA M.
9550 HOOPER RD
LELAND, NC  28451

HOOPER, JAMES A
714 MOUNT PLEASANT RD
HALLSVILLE, TX  75650-4448

HOOPER, JAMES
PO BOX 624
HALLSVILLE, TX  75650

HOOPER, MELVIN
9550 HOOPER RD
LELAND, NC  28451

HOOVER, DALE
2230 MAHANTANGO CREEK ROAD
DALMATIA, PA  17017

HOOVER, STEVEN
507 ADAMS ST
NEWBURGH, IN  47630

HOPEWELL, LEE
120 W WILLOW ST
SHAMOKIN, PA  17872

HOPKINS, HARRY M, JR.
6141 SCENIC CT
DENMARK, WI  54208

HOPKINS, JAMES
220 BALLARD ROAD
VILONIA, AR  72173

HOPKINS, JOHN
16134 HITCHING POST CT.
CYPRESS, TX  77429

HOPKINS, PAT
7308 N EASTERN AVE.
KANSAS CITY, MO  64119

HOPKINS, TEDDY
357 LAKEWOOD DR
CENTER, TX  75935

HOPPEL, KEITH
3026 BASELINE ROAD
GRAND ISLAND, NY  14072

HOPPER, BARRY
110 GLOUCESTER ROAD
NATCHEZ, MS  39120

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 191 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

HOPPER, BARRY
110 GLOUCESTER ROAD
NATCHEZ, MS  39120-4510

HOPPER, BARRY
110 GLOUCESTER ROAD
NATCHEZ, MS  39120-4510

HORGAN, DANIEL
5741 LITTLE MARAIS ROAD
FINLAND, MN  55603

HORM, JOHN F
1145 LISA LANE
BARTOW, FL  33830

HORM, JOHN F
1145 LISA LANE
BARTOW, FL  33830

HORN, DORIAN
568 VERBENIA CT
SATELLITE BEACH, FL  32937

HORN, ROGER ROY
216 ELIZABETH STREET
PROCTORVILLE, OH  45669

HORNBUCKLE, BILLY RAY
PO BOX 89
805 PIN OAK ST.
TRINIDAD, TX  75163-7214

HORNE, BILLY DEAN, SR.
106 SOUTHBORNE CT
MOUNT HOLLY, NC  28120

HORNE, CLYDE W.
3475 LORD BYRON DRIVE
BETHLEHEM, PA  18017

HORNE, GREGORY H.
3475 LORD BYRON DRIVE
BETHLEHEM, PA  18017

HORNE, LOUELLA M
3475 LORD BYRON DRIVE
BETHLEHEM, PA  18017

HORTON, CHARLES WILLIAM
203 E DOC GARRIS RD
LANCASTER, SC  29720

HORTON, JAMES
6820 STATE HWY 34
LOT 7
WOODWARD, OK  73801

HORTON, OSCAR
712 FOLZ BLVD
MOOSE LAKE, MN  55767

HORVATH, RONALD G
4045 DOLLAR CIR
SUWANEE, GA  30024-2360

HOSEIN, STALIN KEITH
1510 HILTON HEAD DR
MISSOURI CITY, TX  77459

HOUK, RICHARD
3664 N. KATMAI
MESA, AZ  85215

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


HOUSEKEEPER JR., JOHN C.
830 S. 400 W.
P O BOX 648
FERRON, UT 84523

HOUSEKEEPER, JULIE M.
830 S. 400 W.
P O 648
FERRON, UT 84523

HOUSENICK, DOUGLAS C.
C/O NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA 19102


HOUSER, WILLIAM (TERRY)
96 EAST 900 NORTH
PRICE, UT 84501

HOUSER, WILLIAM (TERRY)
96 EAST 900 NORTH
PRICE, UT 84501

HOUSLEY, DIANE
407 DIAMONDVILLE, AVE
P.O. BOX 64
DIAMONDVILLE, WY 83116


HOUSTON, AKUA
720 GOLDWIRE WAY SW
B'HAM, AL 35211

HOUSTON, MILTON, SR
720 GOLDWIRE WAY SW
BIRMINGHAM, AL 35211

HOUSTON, ROBERT
18768 WILBER ROAD
HAMSHIRE, TX 77622


HOUSTON, ROBERT
P.O. BOX 6746
ORANGE, CA 92863

HOUSTON, SCOT P
1701 6TH ST NW
GREAT FALLS, MT 59404

HOWARD, BENNY
1017 OLD WINDSOR WAY
SPRING HILL, FL 34609


HOWARD, JAMES D
2208 MARGARET COURT
REDONDO BEACH, CA 90278

HOWARD, LAMETRIC
900 ROSE ST.
GREENWOOD, MS 38930

HOWARD, STEPHEN MICHAEL, SR
466 HICKORY RIDGE TRAIL
RINGGOLD, GA 30736


HOWARD, WILLIAM J, JR
827 AIRPORT RD
JENNINGS, LA 70546-3505

HOWELL, BOBBY LYNN
506 N. HILLANDALE DR
P.O. BOX 792
FREMONT, NC 27830

HOWINGTON, MAGGIE
1102 BULLRUN DR
BYRAM, MS 39272-4484

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

HOWLE, JUSTIN LEE
1642 PACOLET RD
HARTSVILLE, SC  29550

HOWLE, RONNIE
1521 BETHLEHEM ROAD
HARTSVILLE, SC  29550

HOYT, CAROL ANN
PO BOX 4080
DOWLING PARK, FL  32064

HOYT, CAROL ANN
PO BOX 4080
DOWLING PARK, FL  32064

HOYT, CAROL ANN
PO BOX 4080
DOWLING PARK, FL  32064

HOYT, ERNEST
PO BOX 4080
DOWLING PARK, FL  32064

HOYT, RONALD
91 HOPE RD
PLAINFIELD, CT  06374

HUBBARD, DONALD
8147 SOLLEY RD
PASADENA, MD  21122-1131

HUBER, LORE HA
331 SAMPSON AVE
ISLANDIA, NY  11749

HUBER, RONNIE F.
4760 CANDLEWOOD LANE
POST FALLS, ID  83854

HUCKEY, LESLIE STEVEN
1075 N SAM SNEAD LOOP
WASILLA, AK  99623

HUCKEY, LESLIE STEVEN
1075 N SAM SNEAD LOOP
WASILLA, AK  99623-4128

HUDDY, CARL
3001 MATHENY ROAD
NELSONVILLE, OH  45764

HUDDY, MARK
3001 1/2 MATHENY ROAD
NELSONVILLE, OH  45764

HUDGINS, WILMA
282 WALNUT RIDGE DR.
IRON STATION, NC  28080

HUDNALL, LEE UPTON
C/O THE CHRIST HOSPITAL
2319 AUBURN AVE
CINCINNATI, OH  45219

HUDNALL, LEE UPTON
P.O. BOX 656
BATAVIA, OH  45103

HUDNALL, REBECCA (BECKY) R
PO BX 656
4561 ELDYWOOD LANE
BATAVIA, OH  45103

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: **14-10979 (CSS)**

Notices mailed by: **April 30, 2021**


HUDSON, BEN M
320 COUNTY ROAD 28
ANGLETON, TX  77515

HUDSON, BILLY
4790 LEATHERSTONE WAY
CUMMING, GA  30028-3457

HUDSON, GLENN
4214 BLACK LOCUST DR
HOUSTON, TX  77088

HUDSON, HENRY
515 E. ACADEMY ST.
LOUISVILLE, MS  39339

HUDSON, RICHARD
1800 SE SAINT LUCIE BLVD APT 10-201
STUART, FL  34996-4238

HUFF, CLIFFORD
104 JOE PLACE
CAPE CANAVERAL, FL  32920

HUFFMAN, BILLY N
22290 PRAIRIE RD
SEDRO WOOLLEY, WA  98284-8582

HUFFMAN, KATHERINE
1019 LOOM CT
CROSBY, TX  77532-4069

HUFFMAN, NEALY LEE (DECEASED)
TIFFANY CANO
16131 AVE D
CHANNELVIEW, TX  77530

HUFFSTICKLER, RUBY THOMAS
405 HOWARD'S LANDING RD
HAMPSTEAD, NC  28443

HUFNAGEL, DAVID M
485 ONONDAGA ST
LEWISTON, NY  14092-1203

HUFNAGLE, MARK D
819 SAND HILL ROAD
SELINSGROVE, PA  17870

HUGGINS, BOBBIE
1620 MORNINGSIDE DRIVE
HARTSVILLE, SC  29550

HUGGINS, JAMES BOYCE, III
108 ARISTIDES DR
IRMO, SC  29063

HUGGINS, MARTHA WELSH
108 ARISTIDES DRIVE
IRMO, SC  29063

HUGGINS, RANDALL EUGENE
104 BRENDA DR
MOUNT PLEASANT, TX  75455-2064

HUGGINS, TONY
1620 MORNINGSIDE DRIVE
HARTSVILLE, SC  29550

HUGHART, ALAN A
1243 N. BRIGGS
HASTINGS, NE  68901

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

HUGHART, DONALD
662 TABLE RD.
CRAWFORD, NE  69339

HUGHES, ROY R.
3842 NE STATE ROUTE Z
BUTLER, MO  64730-9069

HUGHES, SHERRY
304 S 19TH ST
NEWARK, NJ  07103-1356

HUGHES, SHERRY
304 SOUTH 19TH STREET
NEWARK, NJ  07103

HUGHES, THOMAS JAMES
624 BRIARWOOD DR
LAKE WYLIE, SC  29710

HUGUET, RONALD J. DECEASED
3629 KEITH ST
PIERRE PART, LA  70339

HULBERT, STEPHEN L
P.O. BOX 1071
WEST COLUMBIA, TX  77486

HULKE, JAMES
1501 SOUTH VALLEY
NEW ULM, MN  56073

HULL, LESTER B
14564 ELM DR.
MOUNT UNION, PA  17066

HULL, LESTER B
14564 ELM DR.
MOUNT UNION, PA  17066

HULL, THOMAS C.
105 MALONE HILL RD.
ELMA, WA  98514

HUMCZAK, IRENA
15208 N 53RD ST
SCOTTSDALE, AZ  85254

HUMPHREY (LIPSCOMB), DOROTHY JEAN
14098 CRESTWICK DR W
JACKSONVILLE, FL  32218-8493

HUMPHREY, JOHN
8808 VILLA BEACH RD.
ANDERSON ISLAND, WA  98303

HUMPHRIES, ROGER
4033 CLARKS RUN ROAD
MAYSVILLE, KY  41056

HUNCZAK, IRENA
15208 N 53RD ST.
SCOTTSDALE, AZ  85254

HUNT, AUDREY SWETT
4940 BUD WILSON RD
GASTONIA, NC  28056

HUNT, BRIAN
828 HIGH STREET
WEST MILTON, PA  17886

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 196 of  444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

HUNT, EDWARD LEE
1619 HOLLAND DR.
LATTA, SC  29565

HUNT, KRISTIE
399 PINNACLE ROAD
THOMPSONTOWN, PA  17094

HUNT, MARIA
800 NORTH LOCUST GROVE ROAD
PORT TREVORTON, PA  17864

HUNT, MICHAEL
800 NORTH LOCUST GROVE ROAD
PORT TREVORTON, PA  17864

HUNT, SHAWN, MICHAEL
20200 LOCUST GROVE RD
STURGEON, MO  65284

HUNTER, CHARLES W
4366 MEADOWLAND CIR
SARASOTA, FL  34233-1302

HUNTER, DAVID S
55 SUNDANCE DRIVE
COS COB, CT  06807

HUNTER, EALIE
40126 RICHLAND ROAD
ZEPHYRHILLS, FL  33540-5353

HUNTER, GORDON MONROE
P.O. BOX 1491
CRYSTAL BEACH, TX  77650

HUNTING, GERALD DEAN (DECEASED)
C/O DIXIE HUNTING, SPOUSE
3224 ASHWOOD LN
IONA, ID  83427

HUPE, LOREN D
PO BOX 2331
FLAGSTAFF, AZ  86003

HURD, CLAYTON JAMES
302 POPLAR GROVE RD
WILMINGTON, NC  28411

HURLEY, VALERIA
1121 D CHERAW RD
CASSATT, SC  29032

HUSSEY, LLOYD H
11964 N 7TH ST
VERNON, TX  76384

HUTCHINS, CHARLES R
8018 REBAWOOD DRIVE
HUMBLE, TX  77346

HUTCHISON, DIANA
3575 GERMANTOWN RD.
MAYSVILLE, KY  41056

HUTCHISON, JAMES
3575 GERMANTOWN RD.
MAYSVILLE, KY  41056

HUTCHISON, ROBERT
C/O LIPSITZ & PONTERIO, LLC
135 DELAWARE AVENUE - 5TH FLOOR
BUFFALO, NY  14202

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

HUTTO, DEAN
22951 HWY 49
JEFFERSON, TX  75657

HUTTO, ROGER
4231 WAYNESBORO HWY.
SYLVANIA, GA  30467

HUTTON, MARSHA PINTAR
408 WINDSOR COURT
PITTSBURG, KS  66762

HUTTON, MARSHA PINTAR
408 WINDSOR CT.
PITTSBURG, KS  66762

HUTTON, MARSHA PINTAR
408 WINDSOR CT.
PITTSBURG, KS  66762

HUTTON, MARSHA PINTAR
408 WINDSOR CT.
PITTSBURG, KS  66762

HUTTON, MARSHA PINTAR
WILBERT & TOWNER, P.A.
BILL WACHTER
506 NORTH PINE
PITTSBURG, KS  66762

HUTTON, MARSHA PINTAR
WILBERT & TOWNER, P.A.
BILL WACHTER
506 NORTH PINE
PITTSBURG, KS  66762

HYDE, ALFRED
5542 S STATE HWY 60
WHARTON, TX  77488

HYDE, ALFRED
5542 S STATE HWY 60
WHARTON, TX  77488

HYDE, JASON S
3986 MOBLEY LN
TYLER, TX  75707

IANAZZI, ARTHUR
148 S DEAN ST
HICKSVILLE, NY  11801-5848

IAVARONE, JOHN
379 EAST ST
9
PITTSFIELD, MA  01201

IDEKER, EDWARD
303 N MOGOLLON TRL
PAYSON, AZ  85541-6240

IDEKER, EDWARD
SHIRLEY IDEKER
303 N MOGOLLON TRAIL
PAYSON, AZ  85541

IDEKER, SHIRLEY
303 N MAGALLON TRAIL
PAYSON, AZ  85541

ILIEV, STEFAN
908 SUNNYSIDE RD
HUMMELSTOWN, PA  17036

ILLIES, RICHARD
16312 7TH ST NE
NEW LONDON, MN  56273

IMMENHAUSER, ALAN DALE
110 BLUE JAY LOOP
VICTORIA, TX  77905-3298

IMMENHAUSER, HENRY CARL (DECEASED)
ALAN IMMENHAUSER
591 JESSICA DR
VICTORIA, TX  77904

IMPELLIZZERI, LEO G
264 CADMAN AVE
WEST BABYLON, NY  11704

IMPERATORE, MARIO
7690 NW 29 STREET
MARGATE, FL  33063

INCARDONE, ROSARIO
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

INGRAM, MICHAEL MORRIS
132 CEDAR RIDGE CT.
TITUS, AL  36080

INGRAM, PATRICIA
3975 OLD CAMDEN HIGHWAY
HEATH SPRINGS, SC  29058

INNERARITY, BOYCE EMILE
DEBORAH ANN ERNST
110 CAMELOT DRIVE
SLIDELL, LA  70460

ISAAC, ROGERS
4326 BROOKSTON ST.
HOUSTON, TX  77045

ISAAC, ROGERS
4326 BROOKSTON ST.
HOUSTON, TX  77045

ISAAC, VIRGIE
416 ARGYLE ST.
MCCOMB, MS  39648

ISAAC, VIRGIE
416 ARGYLE ST.
MCCOMB, MS  39648

ISAAC, WILLIE MAE
5401 OLD NATIONAL HWY APT 703
ATLANTA, GA  30349

ISBELL, NATHANIEL
445 10TH ST APT 2
WEST PALM BCH, FL  33401-3342

ISCHY, TOM
3210 CR 264 P
BOX 471
DAMON, TX  77430

ISHEE, JAMES T
PO BOX 642
CARTHAGE, TX  75633

ISLEY, LARRY
31218 KENADY LANE
COTTAGE GROVE, OR  97424

ISOLA, VIOLA
33 SUMMERWINDS DRIVE
LAKEWOOD, NJ  08701

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

IVENS, MARY D
1963 WINDSWEPT OAK LANE
FERNANDINA BEACH, FL  32034

IVIC, MICHAEL
237 IVIC LANE
BELLEFONTE, PA  16823

IVY, EFFEUNIA
408 KNIGHTSBRIDGE RD
#401
ARLINGTON, TX  76014

IVY, ROBERT E.
408 KNIGHTSBRIDGE RD
#401
ARLINGTON, TX  76014

JACKSON, BARBARA
2 AUTUMN LF.
NEWNAN, GA  30265

JACKSON, CALVERT
2612 NORTH GOVERN WILLIAMS HWY
DARLINGTON, SC  29540

JACKSON, CHARLES
817 DREW DR
DARLINGTON, SC  29540

JACKSON, CHARLTON BRETT
1107 CENTERVILLE RD
ANDERSON, SC  29625

JACKSON, CLARENCE
11211 EMILE JACKSON RD.
GONZALES, LA  70737

JACKSON, CLARENCE
11211 EMILE JACKSON RD.
GONZALES, LA  70737

JACKSON, DATERIA DONNETTE
101 MASON CT
BOILING SPRINGS, SC  293316

JACKSON, ELLEN
134 SWANEE LANE
WOODSTOCK, GA  30188

JACKSON, EVE
95 W CANYON ROAD
FERRON, UT  84523

JACKSON, GARY L
1692 BRUNER RD.
BLAIRSVILLE, PA  15717

JACKSON, HERRITA L
P.O. BOX 358
PRAIRIEVILLE, LA  70769

JACKSON, HOWARD
2 AUTUMN LF.
NEWNAN, GA  30265

JACKSON, LOUIS J.
5967 RIDGEWAY
HOUSTON, TX  77033

JACKSON, MANUEL
496 HARE RD
GOLDSBORO, NC  27534

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 200 of  444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

JACKSON, MATTIE
PO BOX 202052
HOUSTON, TX  77220

JACKSON, NORRIS EDWARD
9625 GLENGREEN ST.
DALLAS, TX  75217

JACKSON, SCOTT
555 W 180 S
FERRON, UT  84523

JACKSON, SHIRLEY FAYE BRANHAM
1107 JACKSON LANE
LUGOFF, SC  29078

JACKSON, STANLEY WAYNE
RT 2 BOX 1149
SAN AGUSTIN, TX  75972

JACKSON, THOMAS
6026 LANDFALL
HOUSTON, TX  77029

JACKSON, TRENT
555 W 180 S
FERRON, UT  84523

JACOBS, DUDLEY CLAY
16525 VILLAGE GR DR SOUTH
BALDWIN, FL  32234

JACOBS, JAMES BRESTWOOD
1842 WHISTLING RUFUS
PEMBROKE, NC  28372

JACOBS, MARCUS
3701 BOLIVAR AVE
NORTH HIGHLANDS, CA  95660

JACOBS, NORMAN
2580 NW 103RD AVE APT 309
SUNRISE, FL  33322

JACOBS, SHEILA
2580 NW 103RD AVE APT 309
SUNRISE, FL  33322

JACOBS, VICTORIA
1840 WHISTLING RUFUS
PEMBROKE, NC  28372

JAMES, ALFRED
7598 PUTTERS COVE DRIVE
JACKSONVILLE, FL  32256

JAMES, DAVID ROBERT
4221 CARLE
SANTA FE, TX  77517

JAMES, FRIENDLY CARROLL, JR.
79 CAROL LYNN DR NE
LELAND, NC  28451-9312

JAMES, GEORGIA E.
79 CAROL LYNN DR NE
LELAND, NC  28451-9312

JAMES, LEE E
11701 280TH AVE
NEW AUBURN, WI  54757

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

JAMES, LEE E
11701 280TH AVE
NEW AUBURN, WI  54757

JAMES, RICHARD CRAIG
4404 HILLTOP DR
PASCO, WA  99301-9402

JAMES, RICHARD CRAIG
LEAVY SCHULTZ DAVIS & RUFF, P.S.
BRIAN DAVIS
2415 WEST FALLS AVENUE
KENNEWICK, WA  99336

JAMES, RICHARD
3114 S. EVERETT PL
KENNEWICK, WA  99336

JAMES, THOMAS
1923 BANBURY ROAD
JACKSONVILLE, FL  32211

JAMINET, DOUGLAS
5216 SEGER AVE
SIOUX CITY, IA  51106

JAMRUZ, ALAN K.
11716 HARDIN VALLEY RD.
KNOXVILLE, TN  37932

JANDA, FRANCIS
7706 PASADENA AVE
OMAHA, NE  68124

JANIK, EUGENE
111 MAPLE AVE
PAOLI, PA  19301

JANKA, DOUGLAS
37465 S JACY TRAIL
MARANA, AZ  85658

JANKE, CURTIS J
3025 CREASEY DR
TEMPLE, TX  76501-1417

JANKOWSKI, STAN M
4 SORBERTOWN HL. RD.
HUNLOCK CREEK, PA  18621

JANUSZ, CHRISTOPHER M.
3644 HWY 82
GLENWOOD SPRINGS, CO  81601

JARA, PEDRO FERRADA
ALAMEDA 171 DEPTO 508
SANTIAGO  8320000
CHILE

JARVA, AARON
P.O. BOX 363
BOVEY, MN  55709

JARVIS, DONALD L., SR
488 CALL AVENUE
IDAHO FALLS, ID  83402

JARVIS, GRAHAM
7930 SAINT IVES RD
APT 15C
CHARLESTON, SC  29406

JAVORNICK, ROGER
147 COUNTY LINE RD
BURGETTSTOWN, PA  15021-2320

JEDLICKA, DEREK J
5701 E 99TH AVE
ANCHORAGE, AK  99507-6655

JEDLICKA, LEO
3900 IRVINE AVE. NW #713
BEMIDJI, MN  56601

JEFFERIES, RONALD E.
1349 STONE ST.
MEBANE, NC  27203

JEFFERS, COLUMBUS W
44 ST JAMES RD
ROANOKE RAPIDS, NC  27870

JEFFERS, DENNIS WINFRED
225 DUNNAWAY RD
SEMORA, NC  27343

JEFFERS, HOWARD H.
285 DUNNAWAY RD
SEMORA, NC  27343

JEFFERS, OLLIE
285 DUNNAWAY RD
SEMORA, NC  27343

JEFFRIES, BENJAMIN EDWARD
954 S. SAN PEDRO RD.
GOLDEN VALLEY, AZ  86413

JENKINS, WILLIAM C.
675 BERING DR STE 850
HOUSTON, TX  77057-2128

JENKINS, WILLIE
GROVE APTS 205 LYNN LANE APT 7-A
STARKVILLE, MS  39759

JENNINGS, BRADEN
516 S. POWELL RD
INDEPENDENCE, MO  64056

JENNINGS, BRADLEY
516 S. POWELL RD
INDEPENDENCE, MO  64056

JENNINGS, JADEN
516 S. POWELL RD
INDEPENDENCE, MO  64056

JENNINGS, JOHNNIE
516 S. POWELL RD
INDEPENDENCE, MO  64056

JENSEN, SCOTT
4918 BEECH COURT
SCHNECKSVILLE, PA  18078

JERABEK, LEONARD
48 CONSTITUTION WAY
DOVER, NH  03820

JERMANY, WILLIE JEAN
8030 RACINE DR.
DALLAS, TX  75232

JERNIGAN, DAVID WARREN, JR.
302 RIVERS EDGE CT
JACKSONVILLE, NC  28540

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 203 of  444

JERVIS, JEFFERY
2106 SUNFLOWER ST
GARDEN CITY, KS  67846

JEWELL,II, PORTER
4220 LEAH AVENUE
DOVER, PA  17315

JHANSON, NANCY M
284 DELEZENE RD
ELMA, WA  98541

JHANSON, NANCY
284 DELEZENE RD
ELMA, WA  98541

JIMINEZ, ARTHUR RAYMOND
6 WINONA CT
DENVER, CO  80219

JIMINEZ, JOE R
2924 W ALLENS PEAK DR
QUEEN CREEK, AZ  85142-4713

JOE, EDWARD, SR.
PO BOX 24
WATERFLOW, NM  87421

JOHN, TOM
P.O. BOX 578
SHIPROCK, NM  87420

JOHNS, DEBRA
909 W WEATHERBEE RD
FORT PIERCE, FL  34982

JOHNS, KELLY J.
809 W. 87 TERR
KANSAS CITY, MO  64114

JOHNSON, ADIE, JR
22 DUNNING AVE.
COLONIE, NY  12205-4505

JOHNSON, ANDREW L
4840 JARMESE ST APT 40
HOUSTON, TX  77033-3459

JOHNSON, ANNIE LOUISE
555 BROOKS ROAD
COLUMBUS, MS  39702

JOHNSON, BARBARA
24181 AIKAN LN
HERMOSA, SD  57744

JOHNSON, BRIAN BRADLEY
17500 E MAUD RD
PALMER, AK  99645

JOHNSON, CALVIN
HC 62 BOX 1575
SALYERSVILLE, KY  41465

JOHNSON, CARL
760 COCHISE DR
DEWEY, AZ  86327

JOHNSON, CHARLES LEE
1140 PACIFIC AVE #3
LONG BEACH, CA  90803

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 204 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

JOHNSON, CHRISTEE
4029 MADISON STREET
SIOUX CITY, IA 51108

JOHNSON, DANIEL B.
8431 E. TOM GREEN RD.
P.O. BOX 26
SOLON SPRINGS, WI 54873

JOHNSON, DEBRA
7140 SENDA
GRAND PRAIRIE, TX 75054

JOHNSON, DONALD H.
4740 DON STREET
JACKSONVILLE, FL 32207

JOHNSON, DONNY LENDELL
2050 FALLOW RUN
FAYETTEVILLE, NC 28312

JOHNSON, DONNY LENDELL
2050 FALLOW RUN
FAYETTEVILLE, NC 28312

JOHNSON, DWAYNE
505 EAST 18TH STREET
SOUTH SIOUX CITY, NE 68776-2811

JOHNSON, EDWARD
9221 LOOKOUT WAY
BENBROOK, TX 76126

JOHNSON, FREDDIE B.
3115 COLONEL MAYNARD ROAD
SCOTT, AR 72142

JOHNSON, GARY DON
125 E. MERRITT ISLAND CSWY
STE 107-410
MERRITT ISLAND, FL 32952

JOHNSON, GARY M.
122 ARTAVIA ST.
DULUTH, MN 55811

JOHNSON, GLENN K
131 HUNT ST
BROOKFIELD, MO 64628

JOHNSON, HEATH BRADLEY
P.O. BOX 2606
PALMER, AK 99645

JOHNSON, HERBERT
311 BROCK
LUFKIN, TX 75904

JOHNSON, JAMES IKE
C/O CAROSELLI BEACHLER MCTIERNAN
COLEMAN
20 STANWIX STREET, 7TH FLOOR
PITTSBURGH, PA 15222

JOHNSON, JILL B.
125 E. MERRITT ISLAND CSWY #107-410
MERRITT ISLAND, FL 32952

JOHNSON, JOE
PO BOX 585
MC BEE, SC 29101

JOHNSON, JOSEPH, INDIVIDUALLY AND AS
285 STATE RTE 307
CUNNINGHAM, KY 42035

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 205 of 444

JOHNSON, KATHLEEN FRASER
2242 DICKENS TERRACE
NEWARK, DE 19702

JOHNSON, KEITH
4029 MADISON STREET
SIOUX CITY, IA 51108

JOHNSON, KELLY LOWELL
1320 BENCH BLVD
BILLINGS, MT 59105

JOHNSON, LINDA BROWN
602 FARMER ST
STARR, SC 29684

JOHNSON, MARLEY
C/O TRACY JOHNSON
PO BOX 408
LACYGNE, KS 66040

JOHNSON, MAYBELLE
33 CHEROKEE DR
GREAT FALLS, MT 59404-6413

JOHNSON, MAYBELLE
33 CHEROKEE DR
GREAT FALLS, MT 59404-6413

JOHNSON, MAYBELLE
33 CHEROKEE DR
GREAT FALLS, MT 59404-6413

JOHNSON, MICHAEL
4147 MILL CREEK RD.
HAYMARKET, VA 20169

JOHNSON, MICHAEL
C/O KELLER FISHBACK & JACKSON
28720 CANWOOD STREET
SUITE 200
AGOURA HILLS, CA 91301

JOHNSON, NADINE AUDREY
4055
FISKETT RD
DULUTH, MN 55803

JOHNSON, NADINE AUDREY
4055
FISKETT RD
DULUTH, MN 55803

JOHNSON, NADINE AUDREY
4055
FISKETT RD
DULUTH, MN 55803

JOHNSON, PETER
8619 MCAVOY DR
HOUSTON, TX 77074-7210

JOHNSON, RANDY
1465 BURNT BRANCH RD
HARTSVILLE, SC 29550

JOHNSON, RICHARD GEORGE
5536 43RD AVE SO
MINNEAPOLIS, MN 55417

JOHNSON, ROBERT L
6576 HWY 286 W
INDIANA, PA 15701

JOHNSON, ROBERT MICHAEL
PO BOX 857
DARLINGTON, SC 29540

JOHNSON, ROBERT
504 SW 5TH ST
OAK GROVE, MO  64075

JOHNSON, ROBERTA
3204 RIPPLE DR
ANDERSON, IN  46012

JOHNSON, ROGER DREW
4055 FISKETT RD
DULUTH, MN  55803

JOHNSON, ROGER DREW
4055 FISKETT RD
DULUTH, MN  55803

JOHNSON, ROGER DREW
4055 FISKETT RD
DULUTH, MN  55803

JOHNSON, SARAH
PO BOX 408
LACYGNE, KS  66040

JOHNSON, SHIRLEY
909 SPRING CT
HARTSVILLE, SC  29550-5916

JOHNSON, SUSAN J
8740 S.W. 108 ST.
MIAMI, FL  33176

JOHNSON, TRACY
PO BOX 408
LACYGNE, KS  66040

JOHNSON, WAYNE N
515 4TH AVE N
CLINTON, IA  52732

JOHNSON, WILLIAM FINO
19209 WENDIGO PARK RD
GRAND RAPIDS, MN  55744

JOHNSON, WILLIAM L
PO BOX 445
VALENTINE, NE  69201-0445

JOHNSON, WILLIAM L
PO BOX 445
VALENTINE, NE  69201-0445

JOHNSON, WILLIE
1057 NADIA CT.
AKRON, OH  44306

JOHNSON, YOLANDA VERNA
1050 EAST LIMESTONE STREET APT F-15
FLORENCE, AL  35630

JOHNSON, ZOEY
C/O TRACY JOHNSON
PO BOX 408
LACYGNE, KS  66040

JOHNSTON, MICHAEL
2332 W. 10TH ST.
DULUTH, MN  55806

JOHNSTON, RANDALL W.
14431 GOLDEN CYPRESS
CYPRESS, TX  77429

JOINER, SIDNEY A.
37 HARBOUR ISLE DRIVE EAST
#103
FORT PIERCE, FL  34949

JOINER, SIDNEY
37 HARBOUR ISLE DR. EAST
#103
FORT PIERCE, FL  34949

JOINER, SIDNEY
37 HARBOUR ISLE DR. EAST
#103
FORT PIERCE, FL  34949

JONES, BERNADETTE LEE WALLEN
29029 N. DUNN RD
CHATTAROY, WA  99003

JONES, CARL L
PO BOX 370
HUTTO, TX  78634

JONES, CAROL E.
101 RICHMOND AVE
SMITHFIELD, VA  23430

JONES, CAROL E.
ATTN: MARK STEVEN JONES
1109 HALLOCK AVE
PORT JEFFERSON STATION, NY  11776

JONES, CAROL E.
ATTN: MARK STEVEN JONES
1109 HALLOCK AVE
PORT JEFFERSON STATION, NY  11776

JONES, CASEY B
26040 US HWY 80 WEST
DEMOPOLIS, AL  36732

JONES, CHARLES R
258 GRANBURY
LIVINGSTON, TX  77351-0727

JONES, CHRISTINE ISENHOW
807 MAPLEWOOD AVE
KANNAPOLIS, NC  28081

JONES, CRISTOPHER B
330 CHANDLER COURT
SUGAR HILL, GA  30518-6258

JONES, CURTIS, JR
502 JONQUIL LN
MADISON, OH  44057-3169

JONES, DAVID C.
139 WOODLAND RD
LANSING, KS  66043

JONES, DAVID D
17844 HWY 32
KINGSTON, OK  73439

JONES, DAVID THEODORE
925 SO. HIWAY 208
COLORADO CITY, TX  79512-3824

JONES, DIERDRE
13711
STERLING HEIGHTS, MI  48313

JONES, EDWIN D.
19360 LANIER CREEK RD
LORANGER, LA  70446

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021


JONES, ELLEN J
139 WOODLAND RD
LANSING, KS  66043

JONES, ELVIN C.
139 WOODLAND RD
LANSING, KS  66043

JONES, GARY
14019 FAY ST
SANTA FE, TX  77517


JONES, GEORGE W., JR
304 EWART AVENUE
BECKLEY, WV  25801

JONES, GREGORY ALLEN
2333 DOUGLAS RD
LANCASTER, SC  29720

JONES, HAROLD
10571 FLATLANDS 8TH STREET
BROOKLYN, NY  11236


JONES, HARVEY, JR.
1900 MISSOURI AVE.
FORT WORTH, TX  76104

JONES, JAMES M
710 BARTON ST
HEARNE, TX  77859

JONES, JAMES REAGAN (DECEASED)
MAGGIE F. JONES
9231 CR 4217
FRANKSTON, TX  75763


JONES, JANET MOCK
3004 REDLAND LANE
INDIANAPOLIS, IN  46217

JONES, JOHNNY DWAYNE
PO BOX 1356
FRAZIER PARK, CA  93225

JONES, JOSEPH
P.O. BOX 5991
TOPEKA, KS  66605


JONES, KATHLEEN
5802 HWY 71 NORTH
MALONE, FL  32445

JONES, LARRY
560 SW 100
CLINTON, MO  64735

JONES, LAVERNE
229 MARKWOOD DR.
LITTLE ROCK, AR  72205


JONES, LEONARD F III
4651 FOX FORREST DRIVE
FLOWERY BRANCH, GA  30542-3490

JONES, LEONARD F, JR
330 CHANDLER COURT
SUGAR HILL, GA  30518-6258

JONES, MALCOM
307 14TH AVE
BALTIMORE, MD  21225

JONES, MARY G
330 CHANDLER COURT
SUGAR HILL, GA  30518-6258

JONES, MARY J
423 CURTIS HOLLOW ROAD
ANTIOCH, TN  37013

JONES, MARY J
423 CURTIS HOLLOW ROAD
ANTIOCH, TN  37013

JONES, NEAL RAY
103 CREPE MYRTLE
DUNN, NC  28334

JONES, PATRICIA CLARY
1164 CODDLE CREEK ROAD
MOORESVILLE, NC  28115

JONES, PAULETTE
1758 NEWLAND ROAD
DENVER, NC  28037

JONES, ROBERT R.
8640 REMINGTON DR.
PITTSBURGH, PA  15237

JONES, ROSALYN
467 POWELL ST.
BROOKLYN, NY  11212

JONES, ROY E, JR
6130 ELEANOR AVE
OAKDALE, CA  95361

JONES, SAMMY C.
C/O FISHER BOYD JOHNSON & HUGUENARD, LLP
ATTN: BERNARD G. JOHNSON, III
2777 ALLEN PARKWAY, 14TH FLOOR
HOUSTON, TX  77019

JONES, TERESA
HC 61 BOX 50
TEEC NOS POS, AZ  86514

JONES, THOMAS MILTON
1180 BRIGHTON CREST DR.
BELLINGHAM, WA  98229

JONES, THOMAS O.
19947 RT. A
HOLLIDAY, MO  65258

JONES, TIMOTHY KURT
1013 CLIFF SWALLOW DR
GRANBURY, TX  76048

JONES, TRINITY
2333 DOUGLAS ROAD
LANCASTER, SC  29720

JONES, VICKIE
512 DARK TREE LANE
ROUND ROCK, TX  78664

JONES, WAYNE E
P.O. BOX 604
ROCKDALE, TX  76567

JONES, WILLIAM A., SR.
C/O FISHER BOYD JOHNSON & HUGUENARD, LLP
ATTN: BERNARD G. JOHNSON, III
2777 ALLEN PARKWAY, 14TH FLOOR
HOUSTON, TX  77019

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 210 of  444

JOPLIN, JAMES E, JR
1815 DIAMOND LOOP SE
LACEY, WA  98503-2988

JOPLIN, JAMES E, JR
50 29TH ST NW APT 18B
EAST WENATCHEE, WA  98802-9065

JORDAN, BARBARA
200 W. PLEASANT ST.
MOUNT PLEASANT, TX  75455

JORDAN, CHARLES
1106 7TH ST
SIOUX CITY, IA  51105

JORDAN, DARLA
1505 BERRY PATCH LN
GRANBURY, TX  76048-2700

JORDAN, ROBERT J
6232 GENESEE ST
LANCASTER, NY  14086

JORDAN, SAM
P.O. BOX 764
FARMINGTON, NM  87499

JOSEY, REBECCA J
PO BOX 7
GEORGETOWN, TN  37336-0007

JOSHI, J.R.
3816 CAMELOT DR. APT 421
LEXINGTON, KY  40517

JOSHI, NITA
3816 CAMELOT DR. APT 421
LEXINGTON, KY  40517

JOURNEY, ROCKWELL STEPHAN
961 N.W. 500 RD
URICH, MO  64788

JOYNER, DAVID LORENZA
SPN: 00508718
HARRIS COUNTY JAIL
HOUSTON, TX  77002

JUDD, JOHN
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

JUHL, STEVEN J
1566 VALLEY VIEW CT
GOLDEN, CO  80403-7779

JUHL, STEVEN J
1566 VALLEY VIEW CT
GOLDEN, CO  80403-7779

JUNKINS, SAMANTHA
812 VICTORY RD
ALLISON PARK, PA  15101-4155

JURMU, PAUL A
317 TAMARACK ST
LAURIUM, MI  49913

JUSTICE, WILLIAM
C/O DUBOSE LAW FIRM PLLC
4310 N CENTRAL EXPRESSWAY
DALLAS, TX  75206

JUSTIN, ELMER EUGENE
4869 TROPICAL GARDEN DRIVE
BOYNTON BEACH, FL 33436

JUSTUS, CLAYBON JOSEPH
PO BOX 576
WEST UNION, SC 29696-0576

JUTSON, NATHERN
465 CHRISTOPHER DR.
EDDY, TX 76524

JUTSON, NATHERN
465 CHRISTOPHER DR.
EDDY, TX 76524

KADEG, ROGER D.
15248 29TH AVE. SO.
SEATTLE, WA 98188-2008

KADINGO APPLEGATE, NICOLE
700 RED DALE ROAD
ORWIGSBURG, PA 17961

KADINGO DAMM, MELISSA
700 RED DALE ROAD
ORWIGSBURG, PA 17961

KADINGO SHARRER, REBECCA
700 RED DALE ROAD
ORWIGSBURG, PA 17961

KADINGO THOMPSON, DANIELLE
700 RED DALE ROAD
ORWIGSBURG, PA 17961

KADINGO, CHARLES
700 RED DALE ROAD
ORWIGSBURG, PA 17961

KADINGO, LOUISE
700 RED DALE ROAD
ORWIGSBURG, PA 17961

KAELIN, GIL
2011 HARTT RD
SEBRING, FL 33870

KAIHENUI, BLAIR
529 KAWAILOA ROAD
KAILUA, HI 96734

KAINU, RICHARD H
14940 CEDARWOOD DR SE
TENINO, WA 98589

KAISER, GEORGE HENRY, JR.
13502 BOBWHITE
SANTA FE, TX 77510

KAMDAR, SURESH
1170 LIMERIDGE DR
CONCORD, CA 94518

KAMECK, MICHAEL
5 CHAMBERLAIN ST
CUBA, NY 14727

KAMECK, MICHAEL
5 CHAMBERLAIN ST
CUBA, NY 14727

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

Notices mailed by:  **April 30, 2021**


KAMIENSKI, HELEN F
10 MCCAY DRIVE
ROEBLING, NJ  08554

KAMINSKI, GARY
4410 THADDEUS COURT
RICHMOND, TX  77406

KAMINSKY, JAMES E
210 EDGEWOOD DR
RICHMOND, TX  77406

KAMINSKY, JAMES EDWARD
210 EDGEWOOD DR.
RICHMOND, TX  77406

KAMINSKY, JOHN C
524 SCOTTDALE AVE
SCOTTDALE, PA  15683

KAMPA, ANN C.
7 GRAPEVINE PLACE
POUGHKEEPSIE, NY  12603

KAMRATH, PHYLLIS I
4223 BOBRAY DR SE
SUBLIMITY, OR  97385

KANN, DEBORAH
9027 GREENWOOD ROAD
PETERSBURG, PA  16669

KANN, GARY
9027 GREENWOOD ROAD
PETERSBURG, PA  16669

KANSOG, MARY R
448C NEW HAVEN WAY
MONROE TOWNSHIP, NJ  08831

KAPUSTA, BRANKO A.
105 ROSEWOOD DR
GLENSHAW, PA  15116

KARASZ, PAUL S
7 CRICKET COURT
SHIRLEY, NY  11967

KARJALA SR, DARRELL
3805 7TH ST N.E. #224
GREAT FALLS, MT  59404

KARL, DONALD
228 WANTAGH AVENUE
LEVITTOWN, NY  11756

KARLIN, NAOMI
501 COUNTY ROAD 3
DODGE, ND  58625

KARLINSKI, RALPH
840 TICKRIDGE
SILEX, MO  63377

KARSTENSEN, ROBERT A
6437 SAPPHIRE ST
LAS VEGAS, NV  89108

KARSTENSEN, ROBERT A.
6437 SAPPHIRE ST
LAS VEGAS, NV  89108

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 213 of  444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

KARUS, DIANE
238 OAKMONT PKWY
LEHIGH ACRES, FL  33936-5835

KASTNER-MARAS, VIVIAN
909 W. BRIDGES RD.
DEER PARK, WA  99006

KASTURI, SRINIVASAN
4236 E MODOC DR
PHOENIX, AZ  85044

KATARSKY, CAROL
207 N 23RD ST
PHILADELPHIA, PA  19103

KATZ, ARNOLD
201 NOEL STREET
STATEN ISLAND, NY  10312

KATZ, ARNOLD
201 NOEL STREET
STATEN ISLAND, NY  10312

KAVANAGH, DANIEL
102 DOCKWELL LN
SUMMERVILLE, SC  29485-4086

KAWA, MICHAEL
42 GRAVEL ROAD
MIDDLEBURG, PA  17842

KAWAMOTO, SUS
95-1045 KEKAHI ST.
MILILANI, HI  96789

KAYSEN, EDWARD
38658 WCR 43
EATON, CO  80615

KAYSEN, EDWARD
38658 WCR 43
EATON, CO  80615

KAYSEN, EDWARD
38658 WCR 43
EATON, CO  80615

KAZAN, JEREMY
5356 NORTH GLENWOOD AVE
#3N
CHICAGO, IL  60640

KAZAWIC, PETER
LAW OFFICES OF ALAN K. PETRINE
4000 PONCE DE LEON BLVD.
SUITE 470
CORAL GABLES, FL  33146

KAZENIER, MICHAEL
PO BOX 3663
WOFFORD HEIGHTS, CA  93285

KEALLY, JAMES A.
853 FM 489 W
DONIE, TX  75838

KEALLY, JAMES A.
853 FM 489 W
DONIE, TX  75838

KEALLY, JUDITH
853-FM 489 W
DONIE, TX  75838

KEALLY, KENNETH S.
8952 GIBBONS CIRCLE RD
ANDERSON, TX  77830

KEALY, JAMES A.
853 FM 489 W
DONIE, TX  75838

KEECH, MARGARET
203 QUAIL DR
GOLDSBORO, NC  27534

KEEFE, REGINA F.
1790 LITTLE MEADOW ROAD
GUILFORD, CT  06437

KEEFE, THOMAS F.
1790 LITTLE MEADOW ROAD
GUILDFORD, CT  06437

KEEL, DUSTIN
12514 W SUNNYSIDE DR
EL MIRAGE, AZ  85335-6314

KEENER, RICHARD
3502 CLAREMONT AVE
EVANS, CO  80620-2019

KEEVER, TERRY WILSON
7030 KIDVILLE RD
DENVER, NC  28037

KEFFER, JAMES M
8533 NEW MARSHFIELD RD.
NEW MARSHFIELD, OH  45766

KEIPER, RICHARD
167 CORONET LANE
PORTAGE, PA  15946

KEITT, BETTY
68 SEIDLER ST
JERSEY CITY, NJ  07304

KELCH, EUGENE
19834 N. ALTA LOMA DR.
SUN CITY WEST, AZ  85375

KELCHNER, GEORGE
56 HARMONY STATION
PHILLIPSBURG, NJ  08865

KELEMEN, STEPHEN
8716 PINE BARRENS DR.
ORLANDO, FL  32817

KELLER (WALKER), MARSHA M.
15050 COPPER GROVE BLVD APT 1309
HOUSTON, TX  77095-2464

KELLER, JOSEPH
1116 CALLOWHIL ROAD
PERKASIE, PA  18944

KELLER, MARSHA M. (WALKER)
15050 COPPER GROVE BLVD APT 1309
HOUSTON, TX  77095-2464

KELLER, STEVEN JOSEPH
233 ROBERT KEEVER RD.
STANLEY, NC  28164-9799

| | | |
|---|---|---|
| KELLEY, CHARLES KENT<br>1830 LOCKSFORD ST<br>HOUSTON, TX  77008-1008 | KELLEY, DEBORAH J<br>4575 ELEVENTH ST<br>KIMBALL, MI  48074 | KELLEY, GERALD W<br>10432 VENTRIS RD<br>GARFIELD, AR  72732 |
| KELLEY, GERALD<br>10432 VENTRIS RD.<br>GARFIELD, AR  72732 | KELLEY, HENRY LOUIS<br>430 KATIES RD.<br>SENECA, SC  29578 | KELLEY, JOHN WM, SR<br>723 N 8TH ST<br>LYNDEN, WA  98264-1332 |
| KELLEY, KEVIN S.<br>708 N. ORANGE ST.<br>CAMERON, MO  64429 | KELLY, CAITLIN<br>219 S JEFFERSON AVE<br>CANONSBURG, PA  15317 | KELLY, CAROL<br>15883 UNION CHAPEL RD<br>WOODBINE, MD  21797 |
| KELLY, GLADYS B<br>1535 MYRTLE AVE.<br>COOS BAY, OR  97420 | KELLY, JOSEPH<br>2327 LINWOOD DR<br>ALLISON PARK, PA  15101 | KELLY, LINDA K. DECEASED<br>2311 BLAKE AVE<br>DAYTON, OH  45414 |
| KELLY, TEYA M.<br>PO BOX 84<br>SHIPROCK, NM  87420 | KEMP, DANE<br>448 MISTY HILL DRIVE<br>DELTA, PA  17314 | KEMP, DEBORAH<br>448 MISTY HILL DRIVE<br>DELTA, PA  17314 |
| KEMP, DEBORAH<br>448 MISTY HILL DRIVE<br>DELTA, PA  17314 | KEMP, JR., ROBERT<br>448 MISTY HILL DR<br>DELTA, PA  17314 | KENDRICK, DRURY CLYDE<br>10385 RONNIE BYRD LN S<br>SEMMES, AL  36575 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


KENDRICK, FLOYD
8507 PINEGATE WAY
HUBER HEIGHTS, OH  45424

KENDRICK, RICKY
19378 BIG OAK DR
CONROE, TX  77302

KENDRICK, ROD
301 RICHARDS DRIVE
HUTTO, TX  78634


KENNADA, SAMUEL E.
3733 ROLLING ROCK DR
EVANSVILLE, IN  47711

KENNADA, SAMUEL E.
3733 ROLLING ROCK DR
EVANSVILLE, IN  47711

KENNADA, SAMUEL E.
3733 ROLLING ROCK DR
EVANSVILLE, IN  47711


KENNADA, SAMUEL
3733 ROLLING ROCK DR.
EVANSVILLE, IN  47711

KENNEDY, JEANINE
212 ESSEX ST.
LOLO, MT  59847

KENNEDY, RONALD D.
6204 MCNEELY ROAD
CORRYTON, TN  37721


KENNEDY, RONNIE JOE (DECEASED)
JOE KENNEDY
8222 KINGSBROOK RD #517
HOUSTON, TX  77024

KENNINGTON, ESTHER ROBINSON
7189 FLAT CREEK RD
KERSHAW, SC  29067

KENNINGTON, MARTIN GORDON
7189 FLAT CREEK RD.
KERSHAW, SC  29067


KENNY, DORI
7409 PORT CHARLOTTE
LAS VEGAS, NV  89131

KENNY, DOROTHY E.
7437 RAVINES AVE
LAS VEGAS, NV  89131-1780

KENNY, JOHN
15 MELNICK PLACE
LAKE PEEKSKILL, NY  10537


KENSEY, WILLIAM E
2639 LAUREL RUN ROAD
CLYMER, PA  15728

KENT, PATRICK
6142 N COVENTRY AVE
KANSAS CITY, MO  64151

KENT, ROBERT A
97 HIDDEN COVE LANE
IVA, SC  29655-7940

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 217 of 444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

KENYON, ELISABETH B
24522 MOONFIRE DR
DANA POINT, CA  92629

KERLS, MARIA
1553 W SAM HOUSTON PKWY S
HOUSTON, TX  77042-2902

KERN, WILLIAM KERN
4215 E WANETA LAKE RD
DUNDEE, NY  14837

KERR, THOMAS
50776-22 DILTE RD
SCAPPOOSE, OR  97056

KESEBIR, MEHMET
45 RIVER DR S APT. 1612
JERSEY CITY, NJ  07310-3719

KESINGER, LONNIE PATRICK, JR
3903 W US HIGHWAY 287
GROVETOP, TX  75845

KESINGER, THOMAS L
596 KESINGER RD
GROVETON, TX  75845

KESSEL, RICHARD E
100 SPRINGHURST ROAD
BEDFORD HILLS, NY  10507

KETCHERSIDE, KENNETH L
1876 LAUNIUPOKO PL
WAILUKU, HI  96793

KETCHERSIDE, KENNETH L
ESTATE OF
1876 LAUNIUPOKO PL
WAILUKU, HI  96793-2918

KETTLES, EDGAR WILLARD
3112 LAGO VISTA DRIVE
MELBOURNE, FL  32940

KEY, LYDIA
PO BOX 708
TRINITY, TX  75862

KEY, LYDIA
POBOX 708
TRINITY, TX  75862

KHALIL, AMIR A
8010 IMPERIAL STREET
ALEXANDRIA, VA  22309

KHAN, ABDUL S
6806 THREE CHOPT RD
RICHMOND, VA  23226-3603

KHAN, ABDUL S
6806 THREE CHOPT RD
RICHMOND, VA  23226-3603

KIDD, WALTER LEE (DECEASED)
TRULIA KIDD
2070 LEPPER ST
ALVIN, TX  77511-4372

KIDDER, HUGH
1205 EAST LYONS AVE.
#146
SPOKANE, WA  99208

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


KIEMELE, ERWIN
601 YORKSHIRE LN.
BISMARCK, ND 58504

KILBURN, LEROY A
2900 S MARTHA ST
SIOUX CITY, IA 51106-3320

KILLEN, LYNDON KEITH
97 BUGVILLE LANE
STEELVILLE, MO 65565


KILLMEYER, ANTHONY M
1235 DASCHBACH DRIVE
PITTSBURGH, PA 15236

KILLMEYER, ANTHONY
1235 DASCHBACH DRIVE
PITTSBURGH, PA 15236

KILLMEYER, BERNARD
568 GLENSHANNON DRIVE
PITTSBURGH, PA 15234


KILLMEYER, FREDERICK
1158 ONEIDA VALLEY RD
CHICORA, PA 16025

KILLMEYER, KELLY
1235 DASCHBACH DRIVE
PITTSBURGH, PA 15236

KILLMEYER, LINDA
1235 DASCHBACH DRIVE
PITTSBURGH, PA 15236


KILLMEYER, ZENAIDA
1158 ONEIDA VALLEY RD
CHICORA, PA 16025

KILMANIS, GORDON LEE
6869-E SONIA ST
TACOMA, WA 98404

KILMON, MICHAEL
435 OLD STAGE RD
CHURCH HILL, TN 37645


KILMON, MICHAEL
435 OLD STAGE RD
CHURCH HILL, TN 37645

KILPATRICK, MARIE
616 CLEARWATER PARK RD APT 710
WEST PALM BCH, FL 33401-6248

KILPATRICK, PHILLIP
2918 MIDDLE ROAD
LENORE, ID 83541


KIMBLE, VAN W.
12127 PECAN MEADOW
HOUSTON, TX 77071

KIME, JO ANN
606 WANOKA CIRCLE
WADESBORO, NC 28170

KINARD, TALBERT HENRY, JR.
ANITA K. KINARD
193 SALISBURY LANE
GATE CITY, VA 24251-5709

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 219 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

KINDER, CHRISTOPHER
P.O. BOX 124
JEFFERSON CITY, MO 65102

KINDLE, TECORA
28762 FRANKLIN RIVER DR APT 207
SOUTHFIELD, MI 48034-5439

KING, DAVID
1395CONEWAGOCREEK RD
MANCHESTER, PA 17345

KING, FREDRICK AND PATRICIA
701 MARKET ST STE 1000
SAINT LOUIS, MO 63101-1851

KING, ROGER
608 FREEMONT DR
LANCASTER, SC 29720-1516

KING, THEOPHILUS
720 GOLDWIRE WAY S.W.
BIRMINGHAM, AL 352111

KING, THEOPHILUS
720 GOLDWIRE WAY S.W.
BIRMINGHAM, AL 352111

KING, WILLIAM
20 STATE ST
CLARK, NJ 07066

KINGSHOTT, CATHERINE A BONNIER
6628 THORMAN RD
PORT CHARLOTTE, FL 33981

KINGSOLVER, BLAKE
18659 106TH ST
MC LOUTH, KS 66054-5052

KINGSOLVER, KEITH
18659 106TH ST
MC LOUTH, KS 66054-5052

KINGSOLVER, RANDAL
18659 106TH ST
MC LOUTH, KS 66054-5052

KINGSOLVER, RENEE SUE
18659 106TH ST
MC LOUTH, KS 66054-5052

KINLEY, WILLIAM
1938 HEALY LANE
JOHNSTOWN, PA 15905

KINNEBREW, BILLY EARL
988 DENNIS CIR
IDAHO FALLS, ID 83401-5606

KINNEY, SHAWN
94 HOWARD STREET
FREDONIA, NY 14063

KINNIARD, JAMES
2754 LAKE WACCAMAW TRL.
APEX, NC 27502

KINSLOW, MARK
535 LINDEN WAY
PITTSBURGH, PA 15202-3509

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 220 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

KINSLOW, SHIRLEY
535 LINDEN WAY
NONE
PITTSBURGH, PA  15202

KIREY, GILBERT
6592 LUCAYA AVE
BOYNTON BEACH, FL  33437

KIRKLAND JR., SAM E.
4423 N KITLEY
INDIANAPOLIS, IN  46226

KIRKLAND, DORIS V.
4423 N. KITLEY
INDIANAPOLIS, IN  46226

KIRKLAND, LAURA
2467 SEAWAY STREET
ATLANTIC BEACH, FL  32233

KIRKLAND, TRACEY
1503 UTE CIRCLE
COTTONWOOD, AZ  86326

KIRKPATRICK, JAMIE L MYERS
P.O. BOX 373
ROYALTON, IL  62983

KIRSON, DENNIS
4320 GANNET CIR UNIT 115
LAS VEGAS, NV  89103

KIRVEN, JOHN
165 FOREST LANE
MCBEE, SC  29101

KISENWETHER, ROBERT
1 OAK STREET
DRUMS, PA  18222

KISSIAR, PAULA
2297 DOGTOWN RD
BENTON, KY  42025

KISSIAR, PAULA
2297 DOGTOWN RD.
BENTON, KY  42025

KISSINGER, JAMES DON
1375 CR 2100
IVANHOE, TX  75447-3245

KISTER, DOUGLAS CHARLES
206 COUNTRY RD
LEWISBURG, PA  17837

KITTELL, DANA
889 GREEN DR.
COSHOCTON, OH  43812

KITTRELL, DONALD
57 ADCOCK LANE
OVETT, MS  39464

KITZ, THEODORE J
136 NEW DORP PLAZA SOUTH
STATEN ISLAND, NY  10306-2950

KITZMILLER, DORENE J
1905 WAITES RUN RD
WARDENSVILLE, WV  26851-8578

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 221 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

KITZMILLER, DORENE J
1905 WAITES RUN RD
WARDENSVILLE, WV  26851-8578

KITZMILLER, DORENE J.
1905 WAITES RUN RD
WARDENSVILLE, WV  26851-8578

KITZMILLER, DORENE J.
1905 WAITES RUN RD
WARDENSVILLE, WV  26851-8578

KLEIN, KEVIN
2398 N CREEK RD
LAKE VIEW, NY  14085-9609

KLEIN, WILLIAM H.
32 GUADALUPE DR.
PERALTA, NM  87042

KLINZMAN, DONALD
1985 TIMUCUA TR
MIDDLEBURG, FL  32068

KLOCK, IRENE
22 LONG VIEW DRIVE
BLOOMSBURG, PA  17815

KLOPSTEIN, STEVEN
1300 52ND AVE
KENOSHA, WI  53144-1159

KMETA, IGOR
28 HILLTOP ACRES
YONKERS, NY  10704-2849

KMETA, NADIJA T
28 HILLTOP ACRES
YONKERS, NY  10704-2849

KNAPP, J DAVIS
10682 GLENLEIGH DR
JOHNS CREEK, GA  30097

KNAPP, MARCELLA
518 E MEYER AVE.
NEW CASTLE, PA  16105

KNAPTON, JAMES G.
923 BURNING TREE DRIVE
MCKEESPORT, PA  15135

KNECHT, CHARLENE
11 DEER PATH DRIVE
BERWICK, PA  18603

KNECHT, WILLIAM
11 DEER PATH DRIVE
BERWICK, PA  18603

KNETZER, CHARLES
26 RICHARD ST
CORAOPOLIS, PA  15108

KNETZER, WILLIAM
637 SANDBERG ST.
MYRTLE BEACH, SC  29575

KNICELY, LOREN (DECEASED)
C/O O'BRIEN LAW FIRM
815 GEYER AVE.
SAINT LOUIS, MO  63104

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


KNICELY, LOREN (DECEASED)
CONSTANCE HLADEK, POWER OF ATTORNEY
333A WOODLAND WAY
JEFFERSON, OH  44047-8324

KNICKERBOCKER, JOSEPH LYNN
JUDY KNICKERBOCKER
230 ELM ST
SUTHERLAND, NE  69165-7235

KNIGHT, CATHY
117 TODD ROAD
HONEA PATH, SC  29654


KNIGHT, DAMON R. DECEASED
2204 FOXHORN RD
TRENT WOODS, NC  28562

KNIGHT, JAMES V
]6526 CR 4097
KAUFMAN, TX  75142

KNIGHT, JOE RANDALL
117 TODD RD.
HONEA PATH, SC  29654-9123


KNIGHT, MAY LUCILLE HIPP
12101 OLD BEATTY FORD RD
ROCKWELL, NC  28138

KNIGHT, SADIE MAE
P.O. BOX 485
HOBGOOD, NC  27843

KNOTT, WILSON D
120 BRANDY CHASE
CARROLLTON, GA  30117


KNOX, CHARLES E.
P.O. BOX 143
BOLIVIA, NC  28422

KNUDSEN, ANNELISE N
9 ESTATE PEARL
CHARLOTTE AMALIE, VI  00803-4216
VIRGIN ISLANDS (US)

KO, JER CHUNG
166-52 20 RD
WHITESTONE, NY  11357-4002


KOCH, STEVEN P.
216 STRICK RD.
DANVILLE, PA  17821

KOENIG, FREDERICK
1727 NW 5TH STREET
CAPE CORAL, FL  33993

KOERTH, DEAN
1115 W. WASHINGTON ST.
LEWISTOWN, MT  59457


KOHL, ALLEN SANFORD
4400 E HWY-78
BRAWLEY, CA  92227

KOLLITIDES, ERNEST A.
164 EAST CLINTON AVE.
TENAFLY, NJ  07670-2223

KOLODZIEJSKI, DIANE
24 NADINE LANE
PORT JEFFERSON STATION, NY  11776

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 223 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

KOLODZIEJSKI, JANET
24 NADINE LANE
PORT JEFFERSON STATION, NY  11776

KONACHIK, MARILYN D.
162 MIDDLE ROAD
CLARENCE, PA  16829

KONKOLEWSKI, STEVEN
5239 COKE AVE
LAKEWOOD, CA  90712-2303

KOPNICK, JOHN W
3500 S TOMAHAWK ROAD LOT 196
APACHE JUNCTION, AZ  85119

KORN, RICHARD
309 ELM ST
GORDON, PA  17936

KORZUN, WALTER
1091 WHITECAP AVE
MANAHAWKIN, NJ  08050

KOSCIUK, CLAUDETTE M.
15 VIEW DRIVE
MILLER PLACE, NY  11764

KOSKINIEMI, JOHN EDWIN
4051 HWY 7
IRON, MN  55751

KOSKOVICH, CLINT
1406 12TH ST. SOUTH
VIRGINIA, MN  55792

KOSS, DANIEL
628 MACLAY AVE.
LEWISBURG, PA  17837

KOSTIHA, JIMMY RAY
308 E. ELM ST, 437 PO BOX
GORDON, TX  76453

KOVACH, GEORGE J
26651 MASON CT
PIONEER, CA  95666

KOVACH, WILLIAM
20 GRESHAM LN
SAVANNAH, GA  31419

KOWALSKI, RICHARD S
PO BOX 441
564 BEECH ROAD
SHARON SPRINGS, NY  13459-0441

KOYZEL, STEPHEN J.
10 ANCIENT HWY
OXFORD, CT  06478

KRAFT, WILLIAM
1230 GLENWOOD CANYON LANE
HOUSTON, TX  77077

KRALL, LOUIS G. (RADIOGRAPHER 1961)
125 WILLOW WAY
TRAFFORD, PA  15085

KRALL, LOUIS G. (RADIOGRAPHER)
125 WILLOW WAY
TRAFFORD, PA  15085

KRATKY, BILLY RAY
P.O. BOX 261
CROSBY, TX  77532

KREGER, LARRY D
20552 225TH ST.
ONAWA, IA  51040

KREIDER, TED
438 OAK LANE
LITITZ, PA  17543

KREMER, JOSEPH, SR
2753 RIDGE ROAD
NORTHUMBERLAND, PA  17857

KRESS, JERRY L
2011 RIVERGATE DRIVE
KNOXVILLE, TN  37920

KRESS, S E ANNIE
2011 RIVERGATE DRIVE
KNOXVILLE, TN  37920

KRIEGER, ALBERT
464 WHITEFORD WAY
LEXINGTON, SC  29072

KRIEGER, ALBERT
P.O. BOX 2436
LEXINGTON, SC  29071

KROGH, JERRY
1010 WILSHIRE BLVD APT 112
LOS ANGELES, CA  90017-5663

KROGH, JERRY
6006 POLONIUS LANE
INDIANAPOLIS, IN  46254

KRUEGER, KARL E
5939 HYDE PARK BLVD.
NIAGARA FALLS, NY  14305

KRUMWIEDE, WILLIAM D
1023 43RD ST. N.
VOLTAIRE, ND  58792

KRUSEMARK, ROGER DEAN
17747 ANTELOPE ROAD
SENECA, MO  64865

KRUTSCH, KEVIN W.
12456 BELLAIRE STREET
THORNTON, CO  80241

KRZMARZICK, KENNETH
6726 ZANE AVE
STEWART, MN  55385

KUBACAK, MICHAEL J
1414 CR 418
LEXINGTON, TX  78947

KUBRINA, MERRIAM RUBY (OWINGS)
507 SOUTH MAIN ST
HALLETTSVILLE, TX  77964

KUCMIERZ, JOSEPH
4919 WEBSTER RD
4
FREDONIA, NY  14063-9628

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

KUEHNE, ALLAN D
8436 CREEKBLUFF DRIVE
DALLAS, TX  75249

KULAVIC 11, BERNARD
729 NW 23RD LN
DELRAY BEACH, FL  33445-2001

KULAVIC, BERNARD
8613 TOMPSON POINT RD
PORT ST LUCIE, FL  34986

KUNTZE, WILLIAM
P.O. BOX 83
2445 OLD U.S. 41
DAGGETT, MI  49821

KUPCHANKO, CLAUDE
2856 W. SUNNYVIEW LN
SAFFORD, AZ  85546

KURPEN, JOHN
3370 FLORIAN ST.
EASTON, PA  18045

KURTH, KARL
5978 PIKES PEAK WAY
FONTANA, CA  92336

KUSHNER, AIDA
129-D AVENIDA MAJORCA
LAGUNA WOODS, CA  92637

KUTZLER, TRACY
2850 SE SAN JERONIMO RD
PORT ST LUCIE, FL  34952-5723

KVIDERA, JAMES J
1607 FORSLING ST
SERGEANT BLF, IA  51054-9749

KVIDERA, TOM
2312 SOUTH OLIVE
SIOUX CITY, IA  51106

KYLE, JOSEPH
BOX 6
19210 S RAILROAD
BARTON, MD  21521

LAAJALA, GENE
6935 W MUD LAKE RD
TAMARACK, MN  55787

LACEWELL, NATHANIEL
1540 E ARCADIA RD
RIEGELWOOD, NC  28456

LADD, LAYTON
8014 CARTEZ STREET
METAIRIE, LA  70003

LAEDEKE, MICHELLE MAXWELL
PO BOX 2672
MISSOULA, MT  59806

LAEDEKE, TIM
PO BOX 2672
MISSOULA, MT  59806

LAFFERTY, MARK
4 PARKER DRIVE
EAST FREETOWN, MA  02717

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


LAFFERTY, NINA
4 PARKER DRIVE
FREETOWN, MA  02717

LAGUERRE, ROBERT
8594 E KELLY RD
PRESCOTT VALLEY, AZ  86315

LAIL, PATSY NOLEN
3643 MCKINNEY RD.
MOORESBORO, NC  28114

LAINEZ, CARLA S
7721 ALLISON RD
NEW ORLEANS, LA  70126

LALLEY, DANIEL J.
173 SWAN RIDGE CT
KALISPELL, MT  59901-7726

LAMBERT, ANDREW
10230 67TH AVE APT 4R
FOREST HILLS, NY  11375-2448

LAMBIE, WILLIAM LEE
5678 SADDLE ST
BOISE, ID  83709

LAMBSON, JOYCE L
676 FOSTER DR
IDAHO FALLS, ID  83401

LAMON, DAVID
205 ST. MARKWAY, APT. 530
WESTMINSTER, MD  21787

LAMPLEY, DAVID
3000 W MASTER ST APT 207
PHILADELPHIA, PA  19121-4408

LAMPLEY, DAVID
3000 W MASTER ST APT 207
PHILADELPHIA, PA  19121-4408

LAND, DEANNA
1602 E ANTELOPE RD
DOUGLAS, WY  82633

LANDER, MICHAEL, JR
326 THOMPSON AVE
EAST LIVERPOOL, OH  43920

LANDEROS, HENRY A
4721 CALLE MIO
FARMINGTON, NM  87401

LANDERS, OBEDIAH RAY
P.O. BOX 4055
OZONA, TX  76943

LANDESS, ROGER A.
4701 ROSS AVE
DAYTON, OH  45414

LANDESS, SHARON A.
4701 ROSS AVE.
DAYTON, OH  45414

LANDIN, CARMEN O
12501 TECH RIDGE BLVD APT 1917
AUSTIN, TX  78753-1173

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


LANDINO, RUSSELL
56209 SADDLEBACK ROAD
BANDON, OR  97411

LANE, ALICE FAYE
4489-A U.S. 13N
GOLDSBORO, NC  27534

LANE, J.W.
4489A US HWY 13N
GOLDSBORO, NC  27534


LANE, JACK
1204 HOPKINS DR
JASPER, TX  75951

LANE, MARTIN JOSEPH
11706 W. 68TH PLACE
SHAWNEE, KS  66203

LANE, RAYBORNE F.
1153 GRIFFIN LANDING ROAD
GIRARD, GA  30426


LANE, WILLIAM D.
580 OLD WALNUT BRANCH
NORTH AUGUSTA, SC  29860

LANE, WILLIAM D.
580 OLD WALNUT BRANCH
NORTH AUGUSTA, SC  29860

LANGLEY, PAUL A
104 TERRY ST
WHITE OAK, TX  75693


LANGSTON, CARROLL DALE
2424 CORK CIRCLE
PEARLAND, TX  77581

LANGSTON, CLARENCE
DARRELL LANGSTON
10352 W. MULBERRY ST.
AVONDALE, AZ  85323-4406

LANGTON, KAREN
131 BUTTERNUT ST.
PO BOX 382
PINE GROVE MILLS, PA  16868


LANGWORTHY, WILLIAM G
1348 PURITAN
DELTONA, FL  32725

LANSING, LORRAINE J.
PO BOX 1625
SHIPROCK, NM  87420

LANTZ, JAMES
82 HIGHLAND AVENUE
MOUNDSVILLE, WV  26041


LANTZ, LARRY
3819 CRESCENT LANE
SOUTH SIOUX CITY, NE  68776

LANZO, JUSTINO
273 BRUCKNER AVE
STATEN ISLAND, NY  10303

LAPOINT, HARRY (DECEASED)
***NO ADDRESS PROVIDED***

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


LAPOINT, JONATHAN
621 7TH NORTH ST
LIVERPOOL, NY  13088-6510

LAPOINT, PATRICIA
621 7TH NORTH ST
LIVERPOOL, NY  13088-6510

LAQUERRE, ROBERT
8594 E KELLEY RD.
PRESCOTT VALLEY, AZ  86315


LARA, MICHAEL
P.O. BOX 667
VERNON, AZ  85940

LARIVIERE, WILLIAM
21460 STATE HIGHWAY 56
AUSTIN, MN  55912-5831

LARKIN, ROBBIE
2505 CHEW
HOUSTON, TX  77020


LAROCCA, MAUREEN
24 BRENNER ROAD
CORAM, NY  11727

LAROUSSE, BRANDON J
35815 HOMER GRAHAM ROAD
WALKER, LA  70785

LAROUSSE, CARRIE
604 SAINT MARIA STREET
LULING, LA  70070


LAROUSSE, JARRAD P
215 HAWTHORN DRIVE
LULING, LA  70070

LAROUSSE, LAURA C
197 LAKEWOOD DR
LULING, LA  70070

LAROUSSE, VANTON, JR
197 LAKEWOOD DRIVE
LULING, LA  70070


LARSEN, LANCE J
320 HEATHCOTE RD
LINDENHURST, NY  11757-1742

LARSEN, LANCE J.
320 HEATHCOTE RD
LINDENHURST, NY  11757-1742

LARSEN, LAWRENCE J
14328 OAK RIDGE CIRCLE #2305
FORT WORTH, TX  76155-4817


LARSEN, MARJORIE
148-21 10TH AVENUE
WHITESTONE, NY  11357

LARSEN, RALPH J.
148-21 10TH AVENUE
WHITESTONE, NY  11357

LARSON, JERALD
18998 174 ST
TONGANOXIE, KS  66086

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 229 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

LASKA, STEVEN
329 PARK STREET
JAMESTOWN, NY  14701

LASKO, RICHARD E.
327 COLERIDGE ROAD
JERICHO, NY  11753

LASKOWSKI, LAWRENCE
30 PERTH PLACE
EAST NORTHPORT, NY  11731

LASTER, QUENTIN MAURICE
334 LASTER RD
NEW HILL, NC  27562

LASTER, STARLENE DONNESE
263 LASTER RD
NEW HILL, NC  27562

LATHON, CLINTON
12109 SO. ALVARO ST.
LOS ANGELES, CA  90059

LATIF, YALCIN
1 LEEWARD CV
BAYVILLE, NY  11709-1002

LATIMER, ROBERT N
12241 NW 30 ST
SUNRISE, FL  33323

LATIOLAIS, CARL
7983 WOODHILL COVE LANE
DENVER, NC  28037

LATIOLAIS, CARL
7983 WOODHILL COVE LANE
DENVER, NC  28037

LAUDER, SAMUEL B., SR.
317 CHIMNEY OAK DRIVE
JOPPA, MD  21085

LAUER, JOSEPH J
3049 SEEMAN ST. SW.
EAST SPARTA, OH  44626

LAUER, LU ANN
3049 SEEMAN ST. SW
EAST SPARTA, OH  44626

LAUGHLIN, RICHARD
10122 ST. RD C
MOKANE, MO  65059

LAURSEN, CHERIE
2114 N PINE GROVE ST
WICHITA, KS  67212-5002

LAVIN, CYNTHIA LOWE
613 WENDY LANE
RIVER RIDGE, LA  70123

LAVIN, DEBRA LOWE
555 ASHLAWN DR.
HARAHAN, LA  70123

LAVIN, DIANE
8200 FERRARA DR.
HARAHAN, LA  70123

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

| | | |
|---|---|---|
| LAVIN, GUY | LAVIN, NEAL | LAVORO, PETER |
| 555 ASHLAWN DR | 613 WENDY LANE | 17029 SAVANNAH SPRINGS LN |
| HARAHAN, LA 70123 | RIVER RIDGE, LA 70123 | ORLANDO, FL 32820 |
| | | |
| LAW OFFICE OF STEPHEN HEALY | LAW, ARTHUR F | LAW, HENRY CAL (DECEASED) |
| ATTN: STEPHEN HEALY, ATTORNEY AT LAW | 964 S HARBOR CITY BLVD | 7991 SPARTA ST |
| 1390 N. MCDOWELL BLVD., STE. G | MELBOURNE, FL 32901-1909 | HOUSTON, TX 77028 |
| PETALUMA, CA 94954 | | |
| | | |
| LAW, SUSIE (DECEASED) | LAWERENCE, TY E | LAWLER, JEREMY |
| 7991 SPARTA ST | 12316 TRIPLE CREEK DR | 166 ALEXANDER HILL RD |
| HOUSTON, TX 77028 | DRIPPING SPRINGS, TX 78620-3760 | NORTHFIELD, MA 01360 |
| | | |
| LAWRENCE, GEORGE N. | LAWRENCE, JOSEPH | LAWRENCE, KAYLA |
| 2514 PLANTATION SPRINGS DRIVE | 9808 IBIS LANE | 1187 BREWERS BRIDGE ROAD |
| RICHMOND, TX 77406 | CONROE, TX 77385 | ELBERTON, GA 30635 |
| | | |
| LAWRENCE, KIMBERLY A | LAWRENCE, KIMBERLY A | LAWRENCE, RICHARD |
| 2862 W 4TH AVE | 2862 W 4TH AVE | 46645 TOWNSHIP ROAD #74 |
| EL DORADO, KS 67042 | ELDORADO, KS 67042 | COSHOCTON, OH 43812 |
| | | |
| LAWRENCE, STEPHEN | LAWRENCE, TY E | LAWRENCE, VIVIAN |
| 32271 BIG OAK LN | 12316 TRIPLE CREEK DR | C/O BRIAN FITZPATRICK BELLUCK & FOX, LLP |
| CASTAIC, CA 91384-4124 | DRIPPING SPRINGS, TX 78620 | 546 5TH AVENUE |
| | | 4TH FLOOR |
| | | NEW YORK, NY 10036 |

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

LAWRY, JASON
119 6TH ST S
VIRGINIA, MN  55792

LAWSON, ALTON
1401 EAST 8TH ST.
LUMBERTON, NC  28358

LAWSON, JUDITH B.
1401 EAST 8TH ST.
LUMBERTON, NC  28358

LAYMON, SHARYN
345 BALDWIN AVE
LAKELAND, FL  33815-3797

LAYTON, IRA
502 THORNTON PL
MOBILE, AL  36609

LAZER, BRUCE LEWIS
1420 BANBURY LOOP N.
LAKELAND, FL  33809

LEACH, GREGORY A.
848 STACKSTOWN ROAD
BAINBRIDGE, PA  17502

LEACH, LARRY J.
706 N. PLANTATION CT
LAWRENCEVILLE, GA  30044

LEACH, SAMUEL W
1018 WOODRIDGE RD
WAXAHACHIE, TX  75165

LEACH, SHARON S
1018 WOODRIDGE RD
WAXAHACHIE, TX  75165

LEAP, ANN MARIE
952 LANCE AVE
BALTO, MD  21221

LEASE, BLANCHE
15711 WAYNITA WAY NE
BOTHELL, WA  98011-7407

LEASE, ROBERT
15711 WAYNITA WAY NE
BOTHELL, WA  98011-7407

LEATH, LYNETTE
3649 STORMONT RD
TROTWOOD, OH  45426

LEAVY, LINDA
C/O KELLER FISHBACK & JACKSON
28720 CANWOOD STREET
SUITE 200
AGOURA HILLS, CA  91301

LEBLANC, ROY M, SR
2615 N CAUSEWAY BLVD APT C46
MANDEVILLE, LA  70471-6443

LEBLANC, RUSSELLA
512 DIANE DRIVE
LULING, PA  70070

LEDBETTER, ROYCE HUBERT
3110 STATE HWY K
CLEVER, MO  66531

LEE HOLLAND, CLEDIA DELORIS
181 LEES POINT
MONCURE, NC  27559

LEE, ANNIE
1013 KEVIN RD
BALTIMORE, MD  21229

LEE, BETTIE WHITE
6145 BIANCA CIR #109
FORT WORTH, TX  76132

LEE, CALVIN ALPHONSE
P.O. BOX 505
MOBILE, AL  36601

LEE, JAMES GLENN
355 ALVA OAKLEY ROAD
ROXBORO, NC  27574

LEE, JAMES GLENN
P.O. BOX 3071
ROXBORO, NC  27573

LEE, JAMES SHERWOOD
112 N WILLIAM ST
GOLDSBORO, NC  27530-3702

LEE, JOHN E.
4191 W. 145TH ST.
CLEVELAND, OH  44135

LEE, JOHN
4191 WEST 145TH STREET
CLEVELAND, OH  44135

LEE, ROY RICHARD
3206 ROBINDALE DR.
VINTON, VA  24179

LEE, WILLIAM
19332 WYMER RD
COVINGTON, LA  70435

LEFEVRE, GUY
1200 S. CARPENTER RD.
SPC.60
MODESTO, CA  95351-2137

LEGERE, MICHELE
905 LOUIS PIERNAS DR
BAY SAINT LOUIS, MS  39520

LEHR, PHILLIP
2105 ANN TERRACE
HARRISONVILLE, MO  64701

LEMAHIEU, GRANT
22284 COUNTY ROAD 434
BOVEY, MN  55709-8363

LEMIRE, ANNETTE J.
21 CARRIAGE DR.
KINGS PARK, NY  11754

LEMIRE, CHRISTOPHER
23 PARKSIDE TRAIL
BALLSTON LAKE, NY  12019

LEMIRE, ERIC
17 NEST LANE
SOUTH SALEM, NY  10590

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 233 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


LEMIRE, MARK J.
229 LANDBRIDGE DR
ALTAMONT, NY  12009-4001

LEMIRE, MATTHEW
9703 BANTING DR
FAIRFAX, VA  22032-2453

LEMONS, CHARLES, III
(563-098)
P.O. BOX 8107
MANSFIELD, OH  44901


LENER, DOMINIC
49310 N. RIDGE RD
AMHERST, OH  44001-9616

LENSCH, THOMAS GRANT
3303 GREENBURN RD
BEAVERCREEK, OH  45434-6176

LENT, KENT
120 MYRTLE AVE
SAN RAFAEL, CA  94901


LENTINO, FRANK
894 RIVERVALE ROAD
RIVER VALE, NJ  07675

LEON, MICHAEL
54 TULIP LANE
WILLISTON PARK, NY  11596

LEONARD, CHARLES
POB 127
36070 LEADING CK RD
MIDDLEPORT, OH  45760


LEONARD, MICHELLE BUCKLEY
16211 2ND STREET EAST
REDINGTON BEACH, FL  33708

LEONARD, MILDRED T.
59 BAYBERRY LANE
MYRTLE BEACH, SC  29572

LEONARDI, ANTHONY C
29 FLINT LANE
LEVITTOWN, NY  11756


LEONARDI, PATRICIA
29 FLINT LANE
LEVITTOWN, NY  11756

LEONE, FRANK M.
2492 SW VALNERA ST.
PORT SAINT LUCIE, FL  34953

LESKEY, KENNETH
508 E 7TH STREET
DULUTH, MN  55805


LESSER, J.DAVID
6089 ROUTE 119 HWY N
HOME, PA  15747

LESTER, GLORIA
14160 ANACAPA RD.
VICTORVILLE, CA  92392

LETT, JOSEPH (DECEASED)
JOANN LETT
6814 HWY-6
HITCHCOCK, TX  77563

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 234 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

LEVAULA, VAILOA
VAILOA ROAD 3590
PAGO PAGO  96799
AMERICAN SAMOA

LEVINE, STANLEY D
7758 COAST JAY ST
N LAS VEGAS, NV  89084-3744

LEWIS (HENDERSON), GENIDA
4700 ROCKFIELD RD
NORTH CHESTERFIELD, VA  23237

LEWIS, FRANCINE
855 SPRINGDALE ST
AKRON, OH  44310

LEWIS, JACK RANDALL
5405 LOWER RIVER RD TRLR 146
GREAT FALLS, MT  59405-8526

LEWIS, LEE
1605 SANFORD ST
MARSHALL, TX  75670

LEWIS, MARILYN J
310 N. 4TH ST.
PETERSBURG, IN  47567-1203

LEWIS, SHANNON
1314 LANSDOWNE AVE.
TORONTO, ON  M6H 3Z8
CANADA

LEWIS, THOMAS DEAN
3324 207 PL SE
BOTHELL, WA  98012

LEWIS, WILLIAM, III
1014 JARBOE ST.
BURLINGTON, KS  66839

LICCIARDI, LENA
614 WALCOTT WAY
CARY, NC  27519-8345

LIDGARD, WILLIAM K.
45075 400TH AVE
CHAMBERSBURG, IL  62323

LIEB, CRYSTAL
5617 GABLES STREET
SAN DIEGO, CA  92139

LIGHTHART, MATTHEW
4095 ROUTE 130
IRWIN, PA  15642

LILES, MARY
2208 SHEFFIELD ROAD
RALEIGH, NC  27610

LIMON, GILBERTO R.
1221 S.BROWNLEE
CORPUS CHRISTI, TX  78404

LINCOLN, GEORGE
PO BOX 269
651 SCOTTS CHAPEL RD.
CUMBERLAND CITY, TN  37050

LINDAMOOD, ROGER R
6834 WATERWORKS HILL RD SE
UHRICHSVILLE, OH  44683

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

LINDBERG, GREG
2039 WASHINGTON BLVD.
GLASSPORT, PA  15045

LINDBERG, TANNER
2039 WASHINGTON BLVD.
GLASSPORT, PA  15045

LINDBERG, TRACY
2039 WASHINGTON BLVD.
GLASSPORT
GLASSPORT, PA  15045

LINDER, JOHN
10030 BANKSIDE DR
ROSWELL, GA  30076

LINDLEY, KEVIN
16587 S. SUNSET STREET
OLATHE, KS  66062

LINDQUIST, BRIAN
2202 A MONTANA AVE
SANTA MONICA, CA  90403

LINDSAY, WILLIAM
6513 FM 2648
PARIS, TX  75462

LINDSEY, DAVID
P.O BOX 1861
PICAYUNE, MS  39466

LIPSCOMB, DAVID
1669 MARY LOU RETTON DRIVE
FAIRMONT, WV  26554

LIPSCOMB, DONALD RAY
625 6TH ST. N.W.
PARIS, TX  75460

LIPSCOMB, DONALD RAY, JR.
PO BOX 482
DEL VALLE, TX  78617

LIPSCOMB, MICHAEL TYRONE
802 N.E. 4TH ST.
PARIS, TX  75460

LIPSCOMB, TAJRUS RHOSHONNE
802 N.E. 4TH ST.
PARIS, TX  75460

LIPSHAW, ALAN
28 DUTCH RD
ASHLAND, PA  17921

LISOWICZ, GEORGE
1115 N.W. 90TH WAY
PLANTATION, FL  33322

LISTER, LARRY L.
3887 RAYMERT DR
LAS VEGAS, NV  89121

LISTER, LYLE A
PO BOX 60-0044
120 E 100 S
PARAGONAH, UT  84760

LISTRANI, DONALD A
PO BOX 1687
SNOW FLAKE, AZ  85937

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 236 of  444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

LITTEN, JACKIE H.
P.O. BOX 432
FRUITLAND, NM  87416

LITTLE, BRIAN
712 SOUTH MAIN STREET
ROARING SPRING, PA  16673

LITTLE, FREDDIE
1649 GREENFIELD RD
DARLINGTON, SC  29532

LITTLE, HUBERT J.
1210 MEDICAL SPRING ROAD
GALENA, MO  65656

LITTLE, J A
PO BOX 443
ROSEBUD, TX  76570-0443

LITTLE, KATHY B.
223 BARRETT MTN RD
TAYLORSVILLE, NC  28681

LITTLE, LAVAUGHN
5018 PATTER RD. S.
MONROE, NC  28112

LITTLE, TRACY
712 SOUTH MAIN STREET
ROARING SPRING, PA  16673

LITTMANN, LAWRENCE (LARRY) J
2208 MILL HILL RD.
SAINT CLAIR, MO  63077

LITZENBERGER, BRIAN
17 N.FRONT ST.
WOMELSDORF, PA  19567

LIVERMORE, DANIEL
2606 SUNLIGHT DRIVE
ARLINGTON, TX  76006

LIVERMORE, LOUISE
2606 SUNLIGHT DRIVE
ARLINGTON, TX  76006

LIVERMORE, SINCLAIR
2606 SUNLIGHT DRIVE
ARLINGTON, TX  76006

LIVINGSTON, OKEY WILLIAM
4222 EVANS ROAD
LEON, WV  25123

LIVINGSTON, OKEY WILLIAM
4222 EVANS ROAD
LEON, WV  25123

LIVINGSTON, OKEY WILLIAM
4222 EVANS ROAD
LEON, WV  25123

LIVINGSTON, OKEY WILLIAM
4222 EVANS ROAD
LEON, WV  25123

LIVOLSI, NOREEN
348 ESSEX AVE
BLOOMFIELD, NJ  07003

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                              Page 237 of  444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

LIVOLSI, RICHARD
348 ESSEX AVE
BLOOMFIELD, NJ  07003-2811

LIVOLSI, SILVIO N
3091 N COURSE DR APT 303
POMPANO BEACH, FL  33069

LLANES, BENJAMIN
PO BOX 279
BLESSING, TX  77419

LLOYD, DEBORAH
7229 BEECHNUT ST APT D
HOUSTON, TX  77074-5932

LO BASSO, JACQUELINE
16 FLAGSTONE DR
PORT READING, NJ  07064-1210

LO BASSO, JACQUELINE
16 FLAGSTONE DR
PORT READING, NJ  07064-1210

LOAIZA, DAVID MICHAEL
445 LOAIZA DAIRY LN
WESTPHALIA, MO  65085

LOBER, ROBERT T
P.O. BOX 102
WESTMINSTER, VT  05158-0102

LOCKE, BRANDON E.
675 BERING DR STE 850
HOUSTON, TX  77057-2128

LOCKE, JOHN
1021 WILSON ST. APT. #23
POCATELLO, ID  83201

LOCKE, MONTE
1077 CR 239
CAMERON, TX  76520

LOCKHART/PUGARELLI, THERESA
1022 SKIPPER RD.
MOULTRIE, GA  31788

LOCKLEAR, BARBARA DEAN
3560 MISSOURI RD
MAXTON, NC  28364

LOCKLEAR, BRANTLEY
3560 MISSOURI RD
MAXTON, NC  28364

LOCKLEAR, CAROLYN
8546 HWY 211E
LUMBERTON, NC  28358

LOCKLEAR, DEBBIE
537 MURPH MCLAUGLIN RD
RED SPRINGS, NC  28377-8513

LOCKLEAR, HUBERT
8546 HWY 211E
LUMBERTON, NC  28358

LOCKLEAR, HUBERT
8546 HWY 211E
LUMBERTON, NC  28358

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

LOCKLEAR, LANDON
541 MURPH MCLAUGHLIN RD
RED SPRINGS, NC  28377

LOCKLEAR, RUDOLPH
4933 OLD WHITEVILLE RD
LUMBERTON, NC  28358

LOCKLEAR, SHAWANA
549 MURPH MCLAUGHLIN RD
RED SPRINGS, NC  28377

LOCKLEAR, VERNON
145 BRANCH ROAD
RED SPRINGS, NC  28377

LOCKLIN, B R
484 E THIRD AVE
ROCKDALE, TX  76567

LOCKLIN, B R
PO BOX 783
ROCKDALE, TX  76567-0783

LODEN, SHANE
6643 CR 4819
ATHENS, TX  75752

LOEFFERT, MICHAEL
1073 ROYAL DRIVE
CANONSBURG, PA  15317

LOFTUS, HEATHER
4906 DANFORD DR.
BILLINGS, MT  59106

LOGAN, GALE PHILIP
202 WEST FERGUSON STREET
COLE CAMP, MO  65325

LOGAN, JAMES B, JR
34 MYRTLE AVE
STATEN ISLAND, NY  10310

LOGEL, BETTYE, INDIVIDUALLY AND AS
424 OLD CANNON WAY
EVANSVILLE, IN  47711

LOHMEYER, WILLIAM LEE
112 COVENTRY LN.
CARY, NC  27511

LOHNER, LYNNE DIANA
2826 E RICHARDS ROW
TUCSON, AZ  85716

LOHRMANN HENRIQUEZ, ANDRES IGNACIO
PEDRO AGUIRRE CERDA 531
CHILE  2421263
CHILE

LOHRMANN SHEFFIELD, NICOLAS EDUARDO
PEDRO AGUIRRE CERDA 531
QUILPUE  2421263
CHILE

LOKER, RICHARD E.
406 E. 14TH STREET
SOUTH SIOUX CITY, NE  68776

LOMAX, JAMES L., SR.
1322 COLGATE DR.
LONGVIEW, TX  75601

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 239 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

LONG, BRENDA TAYLOR
333 HANGING OAK ROAD
PROSPERITY, SC  29127

LONG, GARRY
856 HOFFER RD
ANNVILLE, PA  17003-9004

LONG, JOSEPH
2809 S CRYSTAL LAKE DR
AVON PARK, FL  33825-8993

LONG, MELISSA
2809 S CRYSTAL LAKE DR
AVON PARK, FL  33825-8993

LONG, ROBERT F. DECEASED
161 EMERALD LOOP
MARSHFIELD, MO  65706

LONG, ROBERT LYNN
PO BOX 16
972 RED SULPHUR TPK
TALCOTT, WV  24981

LONG, WAYNE
1612 COUNTY ROAD 249
TERRELL, TX  75160-0605

LONGAN, ERIC
216 E. 6TH AVE.
KENNEWICK, WA  99336

LONGAN, ERIC
216 EAST 6TH AVENUE
KENNEWICK, WA  99336

LONGSERRE, G W
26906 BENT TRAIL
BOERNE, TX  78006

LONGSERRE, LINDA L
400 N. GRANADA AVE.
ALHAMBRA, CA  91801

LONGSERRE, RAY B
26906 BENT TRAIL
BOERNE, TX  78006

LOOMIS, CAROLYN JANETTE
1248 LAVENDER RD
GROVER, NC  28073

LOPEZ, ALBERTO
6442 ACORN FOREST DR
HOUSTON, TX  77088

LOPEZ, FERNANDO
19539 ROCKY BANK DR
TOMBALL, TX  77375-7787

LOPEZ, FRANK
59 RADIO AVE
MILLER PLACE, NY  11764

LOPEZ, ROBERT C
929 E FOOTHILL BLVD SPC 87
UPLAND, CA  91786-4040

LOPEZ, ROBERT C
929 E FOOTHILL BLVD SPC 87
UPLAND, CA  91786-4040

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


LOPEZ, WALTER
2235 WASHINGTON AVE
ALVIN, TX  77511

LORENZO, ALBERT A
11 GURMPES HILL ROAD
PO BOX 552
PELHAM, NH  03076-0552

LORIMOR, THERON
518 HORNBAKER CT.
CLIFTON, CO  81520

LOUDERBACK, EARL S
4906 TRUMAN LANE
PASCO, WA  99301

LOUGHLIN, JAMES
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

LOUIS, JENE Y
1455 SUPERIOR AVE #278
NEWPORT BEACH, CA  92663

LOUIS, JENNIFER
78 TIMBERPOINT DR
NORTHPORT, NY  11768

LOUVIERE, CHRISTINA D.
40179 CRESTWOOD LANE
PONCHATOULA, LA  70454

LOVATO, ANTONIO
1419 32 AVE.
GREELEY, CO  80634

LOVE, BOBBY D
922 TEXAS ST
GRAHAM, TX  76450

LOVE, CHARLES
1049 JEWEL PL NE
ALBUQUERQUE, NM  87123

LOVE, LYNN H
323 CR 204B
BUCKHOLTS, TX  76518

LOVE, MESHELLE
156 MAYWOOD DR
JACKSON, TN  38305

LOVE, ROBERT
2282 URANUS AV
LAS CRUCES, NM  88012

LOVE, ROBERT
P.O. BOX 4932
HUNTSVILLE, AL  35815

LOVE, SARAH
927 ALAMEDA RD NW
ALBUQUERQUE, NM  87114-1901

LOVE, TRAVIS
3609 MANDY DRIVE
GRANBURY, TX  76048

LOVELACE, CHASTITY
2407 CHOPPING RD.
MINERAL, VA  23117

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 241 of  444

LOVELACE, THOMAS DALE
P. O. BOX 1688
383 MISSOURI
EVANSVILLE, WY  82636

LOWDER, DAVID COLUMBUS
21728 MCNEIL RD.
ALBEMARLE, NC  28001

LOWE, ERIC
720 STEWART AVE
RIVER RIDGE, LA  70123

LOWE, GLORIA
312 ARNOLD AVE
RIVER RIDGE, LA  70123

LOWE, IGNAZIA
330 W 49TH ST
APT 3RW
NEW YORK, NY  10019

LOWE, JOSEPH
312 ARNOLD AVE
RIVER RIDGE, LA  70123

LOWE, KENNETH G
528 RUBEN KEHRER RD LOT 131
MUNCY, PA  17756

LOWE, LEON
2908 ENOCHS ST
JACKSON, MS  39213

LOWE, LEON
2908 ENOCHS ST
JACKSON, MS  39213

LOWE, SYLVIA C.
6405 KINGHURST DR.
CHARLOTTE, NC  28216

LOWRIE, ROBERT M
3744 MT AUGUSTAS AVE
SAN DIEGO, CA  92111

LOYA, JOSE F
2941 W CAMINO FRESCO
TUCSON, AZ  85746

LOYA, JOSE F
2941 W CAMINO FRESCO
TUCSON, AZ  85746

LOYA, JOSE F
2941 W CAMINO FRESCO
TUCSON, AZ  85746

LOYD, NORMAN E.
5922 PARK AVE
BERKELEY, IL  60163

LOYD, NORMAN E.
5922 PARK AVE
BERKELEY, IL  60163

LOYLAND, GARY K.
12633 MARKWOOD RD
BURLINGTON, WA  98233-3457

LOZADA, JOSE P
7 DUTCHESS DRIVE
ORANGEBURG, NY  10962

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

LOZADA, MANUEL SUAREZ
CALLE CAPETO V-1 VILLA CONTESSA
BAYAMON, PR 00956

LOZADA, MANUEL SUAREZ
CALLE CAPETO V-1 VILLA CONTESSA
BAYAMON, PR 00956

LOZADA, MANUEL SUAREZ
CALLE CAPETO V-1 VILLA CONTESSA
BAYAMON, PR 00956

LOZANO, RICK
11735 CROCKETT DR.
LA PORTE, TX 77571

LUBER, KENNETH
19630 GUNPOWDER ROAD
MANCHESTER, MD 21102

LUCAS, JIMMY RAY, JR.
PO BOX 758
BETHUNE, SC 29009-0758

LUCAS, SARILYN
1301 THROCKMORTON ST.
APT. 2202
FORT WORTH, TX 76102

LUCK, ANN
104 NILA STREET
MOUNT VERNON, TX 75457

LUCKETT, SIDNEY LEE
7806 BOWEN ST
HOUSTON, TX 77051

LUCKETT, SIDNEY LEE
7806 BOWEN ST
HOUSTON, TX 77051

LUDESCHER, GEORGE M.
9300 AMELIA DRIVE
ANDERSON, TX 77830

LUDEWIG, RONALD
1201 S FRANKLIN ST.
NEW ULM, MN 56073

LUENGAS, LIGIA
44-21 MACNISH
ELMHURST, NY 11373

LUGO, ANTHONY, JR.
PO BOX 941
RIDGEFIELD, WA 98642

LUJAN, ROBERT
9021 35TH AVE SW APT 304
SEATTLE, WA 98126-3881

LUKE ORTIZ, BERTY FELIPE
LA PORTADA 566 VILLA PASO HONDO
VALPARAISO
QUILPUE
CHILE

LUKE ORTIZ, BERTY FELIPE
LA PORTADA 566 VILLA PASO HONDO
VALPARAISO
QUILPUE
CHILE

LUKE, DOLLIE
1325 COUNTY RD 479
LAKE PANASOFFKEE, FL 33538

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

| | | |
|---|---|---|
| LUM, GLEN DALE<br>200 JOHNSON DR.<br>HENDERSON, TX  75654 | LUMAR, JACQUELINE<br>161 EAST 12TH ST<br>EDGARD, LA  70049 | LUNA, JOHNNY V<br>4221 BILLINGSLEY<br>HOUSTON, TX  77009 |
| LUSK, ELVESTER<br>7504 MARRS DR<br>FT WORTH, TX  76140 | LUSKO, CATHERINE<br>3084 W IRONWOOD CIR<br>CHANDLER, AZ  85226 | LUSKO, JOHN<br>3084 W IRONWOOD CIR<br>CHANDLER, AZ  85226 |
| LUTE, CHARLES M., SR.<br>764 LINTZ HOLLOW RD<br>LUCASVILLE, OH  45648 | LUTTER, LESLIE<br>515 FRONT STREET<br>BRONSON, IA  51007 | LUTTRELL, PAUL<br>101 HICKORY LA<br>MAULDIN, SC  29662 |
| LYAUTEY, FRANK J<br>344 SUNNYSIDE RD<br>SHINGLEHOUSE, PA  16748 | LYLES, VIOLA C<br>104 SUPERFAN LANE<br>WINNSBORO, SC  29180 | LYNCH, CHARLES ALVIN<br>569 RICHARDSON ROAD<br>WARRENTON, NC  27589 |
| LYNCH, DONALD DEAN<br>2571 CR 4550<br>MT PLEASANT, TX  75455 | LYNCH, JAMES CHARLES<br>820 CRINOLINE COURT<br>FLORENCE, SC  29505 | LYNCH, JAMES<br>1909 FREDERICK ROAD<br>CATONSVILLE, MD  21228 |
| LYNCH, MARTIN<br>5019 WOODBRIDGE DRIVE EAST<br>BUSHKILL, PA  18324 | LYNCH, MELVIN L.<br>3201 N PRISCILLA AVE<br>CUSHING, OK  74023 | LYNCH, WINIFERD<br>363 GOLFVIEW DRIVE<br>MANAHAWKIN, NJ  08050 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                                                                            Page 244 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

LYNGAR, ANDREA
2008 CAMEO AVENUE
LOVELAND, CO  80538

LYONS, AUREA SANCHEZ
14 CYPRESS RD
OCALA, FL  34472-9191

LYONS, GEORGE
375 OLD ROUTE 15
COGAN STATION, PA  17728

LYONS, GEORGE
C/O SHEIN LAW CENTER, LTD.
ATTN: BENJAMIN P. SHEIN, ESQ.
121 S. BROAD ST., 21ST FLOOR
PHILADELPHIA, PA  19107

LYONS, GEORGE
C/O SHEIN LAW CENTER, LTD.
ATTN: BENJAMIN P. SHEIN, ESQ.
121 S. BROAD ST., 21ST FLOOR
PHILADELPHIA, PA  19107

LYONS, MICHAEL
1807 TONAPAH AVENUE
1359 FALLOWFIELD PITTSBURGH, PA 15216
PITTSBURGH, PA  15216

LYONS, RONALD S
14 CYPRESS RD
OCALA, FL  34472-9191

LYTLE, CHARLES W
7808 NE 51ST ST
VANCOUVER, WA  98662-6207

MACCALLUM, SAMARA SMITH
9765 CLEARCREEK FRANKLIN RD.
MIAMISBURG, OH  45342

MACDONALD, CRAIG
1 WILLOW PLACE
SOUTH RIVER, NJ  08882

MACDONALD, CYNTHIA
28 HILLIKER LANE
LEWISBURG, PA  17837

MACDONALD-PIERSON, DIANE D
5104 MYRTUS AVE
TEMPLE CITY, CA  91780

MACE, THOMAS
18976 120 TH
WHITING, IA  51063

MACK, ABRAHAM, JR.
7128 AVENTON GLEN DR
WAKE FOREST, NC  27587

MACK, GLENN
68 DUG HILL RD
ROSSITER, PA  15772

MACKENZIE, JEANNE
1214 6TH AVE SW
OLYMPIA, WA  98502

MACKINNON, HOWARD ARTHUR
1968 UNION CHURCH RD.
LINCOLNTON, NC  28092

MACKINNON, VERONICA
1968 UNION CHURCH RD
LINCOLNTON, NC  28092

MACKLAM, GEORGE L.
2104 W. FISHER RD
SCOTTVILLE, MI 49454

MACKTAL, JOSEPH J.
1448 COUNTY RD 2050
HULL, TX 77564

MACKTAL, VICTORIA
1448 COUNTY RD 2050
HULL, TX 77564

MACMULLEN, BRUCE
4908 CEDAR ST
FLOWER MOUND, TX 75028-3965

MACPHERSON, ELISA LEMIRE
11 LEONARD STREET
HUNTINGTON STATION, NY 11746

MADARA, CARLA M.
1350 OLD READING
CATAWISSA, PA 17820

MADARA, RANDY D.
1350 OLD READING
CATAWISSA, PA 17820

MADISON, CHRISTOPHER W
901 N. 8TH AVE
PENSACOLA, FL 32501

MAES, JOSEPH GEORGE
5418 W16TH ST LN
GREELEY, CO 80634

MAESTAS, ABE B.
C/O MAXINE MAESTAS
P.O. BOX 354
DOLORES, CO 81323

MAESTAS, ARMANDO
P.O. BOX 1494
FARMINGTON, NM 87499

MAESTAS, MARLENE VIRGINIA
PO BOX 834
SANTA CRUZ, NM 87567

MAGEE, STAN
1705 16TH LANE NE
P203
ISSAQUAH, WA 98029

MAGEORS, JERRY G
8309 RUSHSEBA TRAIL
RUSH CITY, MN 55069

MAH, LARRY
3548 SCOUTOAK LOOP
OVIEDO, FL 32765

MALAK, ANTHONY P
511 LAUREL LAKE CIR.
MADISONVILLE, TN 37354

MALBROUGH, RAY
105 GELPI DRIVE
LAKE CHARLES, LA 70615

MALCOM, ROBERT W
691 - 190TH ST.
DAKOTA CITY, NE 68731

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


MALIK, SUBHASH
38 FREDERICK STREET
BELMONT, MA  02478

MALINOWSKI, FRANK
13 COVINGTON DRIVE
E WINDSOR, NJ  08520

MALLICK, THEODORE R.
9126 JACINTO ST
4840 TROON LN
NEW PRT RCHY, FL  34655-1310


MALLOY, GEORGE H.
213 COBBLESTONE DRIVE
PITTSBURGH, PA  15237

MALONE, GLENN
2301 INDIAN TRAILS
JONESBORO, AR  72401

MALONE, JAMES M.
12229 N KINDER DR
HALLSVILLE, MO  65255-9313


MALONEY, DONALD P
144 CONWAY STREET
GREENFIELD, MA  01301

MALOTT, JAMES THEODORE
1689 JOE BROWN HWY N
CHADBOURN, NC  28431

MALOY, DONALD E
3951 GENTEEL DR
GROVE CITY, OH  43123-1188


MALTA, SANDRA M
850 HOWARD AVE # LJ
STATEN ISLAND, NY  10301

MALVEAU, DOROTHY
6653 HIGHWAY 10
WASHINGTON, LA  70589-4313

MALVEAU, DOROTHY
6653 HWY 10
WASHINGTON, LA  70589


MANAHAN, CHARLES
299CR1171
FAIRFIELD, TX  75840

MANDOLA, JOHN RAYMOND
803 LYNDELL COURT
CHALMETTE, LA  70043

MANDOLA, JOHN RAYMOND
803 LYNDELL COURT
CHALMETTE, LA  70043


MANETTI, MARIO
DE VEER 994, DEPTO 302
QUILPUE
CHILE

MANGONE, ROSANNA
285 MARIETTA STREET
ENGLEWOOD CLIFFS, NJ  07632

MANKIN, JEANIE R.
114 COUNTY ROAD 7001
ATHENS, TN  37303

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

MANN, CLIFFORD DALE
27766 COUNTY 37
LAPORTE, MN 56461-4020

MANNA, VINCENT
2217 WEST STREET
BROOKLYN, NY 11223

MANNING, PATRICK M.
9902 ALBYAR AVE
RIVERVIEW, FL 33578-5001

MANNONE, FRANK
703 TROUT DALE TERRACE
BEL AIR, MD 21014

MANRING, ALBERT N
410 DOERR ST
ROXANA, IL 62084

MANSEL, JACKIE E.
P.O. BOX 453
WEST COLUMBIA, TX 77486

MANTER, STEPHEN
8265 SKEENA WAY
BLAINE, WA 98230

MAPLES, WILLIAM D.
2723 ENGLE ST
DALLAS, TX 75233

MAPP, TRACY ASIA DESHAWN
238 LINDLEY DR
SACRAMENTO, CA 95815

MARANGONI, JAMES A.
508 N. 4TH ST
APOLLO, PA 15613

MARANGONI, JAMES A.
508 N. 4TH ST
APOLLO, PA 15613

MARANO, JOSEPHINE
1034 166TH ST.
WHITESTONE, NY 11357

MARANO, JOSEPHINE
10-34 166TH STREET
WHITESTONE, NY 11357-2260

MARCHANT BASTIAS, GONZALO GEORGE
CAMINO LAS DOCAS, PARCELA 1571
LAGUNA VERDE
VALPARAISO
CHILE

MARCHELI, VIVIAN & LOUIS
439 GRAND FIR LN
RICHMOND, TX 77469

MARCHELI, VIVIAN
439 GRAND FIR LN
RICHMOND, TX 77469

MARCUM, DEAN SCOTT
847A PLEASANT HILL RD
MC DERMOTT, OH 45652

MARCUM, DEAN SCOTT
847A PLEASANT HILL RD
MC DERMOTT, OH 45652

MARCUM, DEAN STANLEY
876 LUCASVILLE MINFORD RD
LUCASVILLE, OH 45648

MARCUM, DEAN STANLEY
876 LUCASVILLE MINFORD RD
LUCASVILLE, OH 45648

MARCUM, PHYLLIS J
1633 THE OAKS
MARSHALL, MO 65340

MARCUM, RYAN KENT
3203 SULPHUR SPRING RD
KINGSTON, OH 45644

MARCUM, RYAN KENT
3203 SULPHUR SPRING RD
KINGSTON, OH 45644

MARCUM, SANDRA L
30604 E DUNCAN RD.
GRAIN VALLEY, MO 64029

MARCUM, TYLER L
30604 E DUNCAN RD
GRAIN VALLEY, MO 64029

MAREK, BENNIE A
1878 CR 357
EL CAMPO, TX 77437

MARIAN, PETER
1415 N SAINT AUGUSTINE RD APT F26
VALDOSTA, GA 31602-2193

MARIE, PAULINE
C/O SHIRLEY FENICLE
PO BOX 1857
NEVADA CITY, CA 95959-1857

MARIN, ARMANDO J.
P.O. BOX 1494
FARMINGTON, NM 87499

MARIN, MAURICIO ESTEBAN ROJAS
REBOLLEDO 500 VILLA 6 MARINA
SANTIAGO
CHILE

MARINELLI, CAROL
129 DANIELS ST
LATONIA, KY 41015

MARINELLI, SHEILA ANN
4740 FEISER ROAD
LATONIA, KY 41015

MARION, RICHARD
516 ELM STREET
WATSONTOWN, PA 17777

MARK, MELISSA R.
112 ROSE HILL
ANDERSON, SC 29624

MARKOVCHICK, JAMES
516 BRENKMAN DRIVE
WEATHERLY, PA 18255

MARKOWSKI, THOMAS R.
30 SPYGLASS HILL ROAD
BLOOMSBURG, PA 17815

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

MARKS, JAMES E
4829 GLENDALE STREET
METAIRIE, LA 70006

MARKS, MATTIE SUE (ISAAC)
4326 BROOKSTON ST
HOUSTON, TX 77045

MARKS, MATTIE SUE
4326 BROOKSTON ST.
HOUSTON, TX 77045

MARKS, ROBERT F, JR
208 MAPLE DRIVE
FLORENCE, AL 35634

MARKT, BROOKE
PO BOX 284
WARWICK, NY 10990-0284

MARKT, DENISE A
PO BOX 284
WARWICK, NY 10990-0284

MARKT, GEORGE H
PO BOX 284
WARWICK, NY 10990-0284

MARLATT, GERALD M.
170 FULLER WAY AVENUE
POCATELLO, ID 83201-4302

MARLOW, BILLY, SR.
DELORIS A. MARLOW
1804 VOX HIGHWAY
JOHNSONVILLE, SC 29555

MARRERO, ELDA M
1719 DEBORAH DRIVE
ST. BERNARD, LA 70085

MARRIOTT, JOSEPH H
215 BUSSEY RD
WINDSOR, SC 29856-2618

MARROQUIN, ISMAEL
37311 E.ZOOK
GARDEN CITY, MO 64747

MARROQUIN, SONDRA
37311 E.ZOOK
GARDEN CITY, MO 64747

MARROW, ADELL
4677 DERBY SHIRE D.R.
CLEVELAND, OH 44128

MARRYO, REJINO L & TAWN
6180 S TORREY PINES DR
LAS VEGAS, NV 89118

MARSCH, CLYDE L.
152 MEADOW BROOK DR.
BETHEL PARK, PA 15102

MARSCHALL, JOHN, JR.
11707 BRITTAIN RD
SANTA FE, TX 77510

MARSCHEAN, MARILYN J.
2435 HOBART ROAD
SOUTHOLD, NY 11971

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


MARSCHEAN, RICHARD A.
52 WILLETS DRIVE
SYOSSET, NY 11791

MARSH, KENNETH B
100 STONE HILL RD APT A6
SPRINGFIELD, NJ 07081

MARSHALL, BENJAMIN C., JR.
4415 BRISTOL CT. APT.#1
FLINT, MI 48532

MARSHALL, BENJAMIN, JR
120 LAKE CHARLES ROAD
DELAND, FL 32724

MARSHALL, GLENN
126 STARLIGHT TER
SAN ANTONIO, TX 78233

MARSHALL, MELINDA
538 PR 723
PO BOX 116
BLUFF DALE, TX 76433

MARSHALL, MELINDA
538 PR 723
PO BOX 116
BLUFF DALE, TX 76433

MARSHALL, MILDRED
403 N. 41ST ST
LOUISVILLE, KY 40212

MARSHALL, TIFFANY
320 W TRINITY ST
FORNEY, TX 75126

MARSHBURN, ROBERT EARL
259 ROBERTS ROAD
BLACKSBURG, SC 29702

MARSIGLIA, EUGENE J.
179 WOOLEN MILL RD.
NEW PARK, PA 17352

MARTEL, RONALD
1 RIDGELINE DRIVE WEST
WESTPORT, MA 02790

MARTENS JR., WILLIAM
44 TERRACE BLVD.
WEST SENECA, NY 14224

MARTHREL, ROBERT L, JR
1202 BLUE DIAMOND DR
MISSOURI CITY, TX 77489

MARTI, GERALD M
624 SOUTH PAYNE ST
NEW ULM, MN 56073

MARTIN JR, PAUL
149 SOUTH BALLIET STREET
FRACKVILLE, PA 17931

MARTIN, BARRY
1769 KENDALL DRIVE
MECHANICSBURG, PA 17055

MARTIN, CAROLYN DIANNA
113 THOMAS FARM LANE
LOUISBURG, NC 27549

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 251 of 444
IN FULL

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MARTIN, CHRIS
585 WEST END AVE
NY, NY  10024

MARTIN, CLEVELAND
7839 S MAY
CHICAGO, IL  60620

MARTIN, CLIFTON
8302 GULF TREE LN
HOUSTON, TX  77075

MARTIN, CLIFTON
8302 GULF TREE LN
HOUSTON, TX  77075

MARTIN, CONSUELLA
1183 TODDS TRL
NATHALIE, VA  24577-2929

MARTIN, DEAN M
163 LAKEWOOD DR.
PEQUEA, PA  17565

MARTIN, ELVIN E.
2287 TOE HEAD ROAD
MEREDOSIA, IL  62665

MARTIN, JAMES
6030 SW 21ST ST
PLANTATION, FL  33317-5230

MARTIN, KENNETH
231 S. GRANDVIEW AVE APT 1
DAYTONA BEACH, FL  32118

MARTIN, LARRY
9209 WEST 117TH STREET
OVERLAND PARK, KS  66210

MARTIN, LOVIE
3705 LAKEWOOD VALLEY DRIVE
NORTH LITTLE ROCK, AR  72116

MARTIN, NORMA JEAN
2100 GREENTREE NORTH #APT F370
CLARKSVILLE, IN  47129

MARTIN, PAUL LEDALE AND IONA JAMES
C/O THE KARST & VON OISTE LAW FIRM
ATTN: ERIK PHILIP KARST
19500 STATE HIGHWAY 249
HOUSTON, TX  77070

MARTIN, RICHARD L , SR
1017 ELIZABETH ST.
OAK HILL, WV  25901

MARTIN, ROBERT J SR
4012 IOTA ST.
METAIRIE, LA  70001

MARTIN, ROY L.
127 PINE TREE LA
PO BOX 495
PEMBROKE, VA  24136

MARTIN, THELMA
149 SOUTH BALLIET STREET
FRACKVILLE, PA  17931

MARTINECK, CARL A
2770 ST RT 132
NEW RICHMOND, OH  45157

MARTINEZ, COURTNEY
2941 WILLETT ROAD
PITTSBURGH, PA  15227

MARTINEZ, ERNEST
507 ORCHARD
AZTEC, NM  87410

MARTINEZ, JOHN A
310 SPRUCE AVE
EATON, CO  80615

MARTINEZ, LEONARD A.
4736 S. OAK CT.
LITTLETON, CO  80127

MARTINEZ, MANUEL
506 CANNES ST
HENDERSON, NV  89015

MARTINO, JOE & CANDY
19 VALLEY MILLS COURT
PARKERSBURG, WV  26104-8174

MARTINO, JOSEPH T.
19 VALLEY MILLS CT
PARKERSBURG, WV  26104

MARTY, WILLIE G
***NO ADDRESS PROVIDED***

MARVELLI, WILLIAM C.
3 TIMBERLINE DR.
FANWOOD, NJ  07023

MASEMORE, JOHN EDWIN
1127 NE ROCKY FORD RD.
MADISON, FL  32340

MASETH, MARK L
15 CARL LANE
GIBSONIA, PA  15044

MASLO, DANIEL
23 TOLLGATE RD
JOHNSTOWN, PA  15906

MASLO, DANIEL
23 TOLLGATE RD
JOHNSTOWN, PA  15906

MASON, BILLY
477 SYCAMORE LOOP
LAPLACE, LA  70068

MASSAQUOI, JANOLA
PO BX 1403
PORT ARTHUR, TX  77641

MASSAQUOI, JANOLA
PO BX 1403
PORT ARTHUR, TX  77641

MASSAQUOI, LEROY WILSON
PO BOX 1403
PORT ARTHUR, TX  77641

MASSAQUOI, LEROY WILSON
PO BX 1403
PORT ARTHUR, TX  77641

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 253 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MASSEY, ESTER G
ATTN: ESTER MCNALLY
1152 SEAGULL
BAY CITY, TX  77414-2467

MASSICK, GEORGE
2006 US HWY 87E
BILLINGS, MT  59101

MATA, ROBERTO
7 N. TERRACE PL
VALLEY STREAM, NY  11580

MATAGI, MALEPE
14675 GREEN VALLEY ACRES
RED BLUFF, CA  96080

MATCHESKI, KAREN J
122 DANCE DR
WEST COLUMBIA, TX  77486

MATHESON, LUKE
20008 COUNTY ROAD 12
BOVEY, MN  55709-8285

MATHEWS, BETTY J
103 CURTIS AVE
BECKLEY, WV  25801

MATHEWS, BETTY J
BETTY J MATHEWS
2499 CORAL RIDGE CIRCLE
MELBOURNE, FL  32935

MATHEWS, MARK
1801 RIDGE ROAD
SOUTH PARK, PA  15129

MATHIEU, KAREN A
735 HIGHWAY 18
EDGARD, LA  70049

MATHIEU, KAREN A
735 HIGHWAY 18
EDGARD, LA  70049

MATHIOWETZ, JAMES E.
135 - 6TH AVE N.E.
SLEEPY EYE, MN  56085

MATHIS, JEAN
4208 MOSS ST
N LITTLE ROCK, AR  72118-4442

MATHIS, PATRICIA DOWDY
9183 SUE CIRCLE NE
LELAND, NC  28451

MATHIS, RAYMOND LEE
9183 SUE CIRCLE NE
LELAND, NC  28451

MATLOCK, NEIL
4162 LUCKY PINE ROAD
DONALDSON, AR  71941

MATLOCK, NEIL
4162 LUCKY PINE ROAD
DONALDSON, AR  71941

MATLOCK, NEIL
4162 LUCKY PINE ROAD
DONALDSON, AR  71941

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

Notices mailed by:  **April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 254 of  444

MATTEAZZI, ERMANDO F
9130 BROOKSIDE CT.
ORLAND PARK, IL  60462

MATTEAZZI, ERMANDO F
9130 BROOKSIDE CT.
ORLAND PARK, IL  60462

MATTHEWS, FREDDIE
511 ELM AVE
CROSBY, TX  77532

MATTHEWS, JERRY LEVETTE
PO BOX 1
HEMINGWAY, SC  29554

MATTHEWS, JOHN EARL
4500 NEW HILL HOLLEMAN RD
NEW HILL, NC  27562

MATTHEWS, KENNY
245 NE 5TH ST
COHASSET, MN  55721

MATTHEWS, RONALD J
5457 HOWELL PRK. AVE
BATON ROUGE, LA  70805

MATTOS, EDWARD
1940 LEWIS AVENUE
ROCKVILLE, MD  20851

MATUSZAK, EDWARD M
10443 CAT LETT LANE
LA PORTE, TX  77571

MATUSZAK, WILLIAM
1282 WATERWAY DRIVE
SEBASTIAN, FL  32976

MAUD, VINCENT M
128 PROSPECT AVE
SHELTON, CT  06484

MAUD, VINCENT M
128 PROSPECT AVE
SHELTON, CT  06484

MAUTHE, JOHN
102 HURON TRAIL
WINCHESTER, VA  22602

MAWHINNEY, WALTER D
330 NE GOLFVIEW CIR
STUART, FL  34996-1637

MAXEY, KATIE MARIE
104 BLACKBURN DRIVE
GROVER, NC  28073

MAXIE, WILLIAM D.
4117 MELBOURNE
HOUSTON, TX  77026

MAY, DEBRA
5912 VISTA PARK LN
SACHSE, TX  75048-2660

MAY, HARLAN E.
17903 GREYHAWKE RIDGE
SMITHVILLE, MO  64089

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 255 of  444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MAY, ROBERT
16101 S. ALLENDALE LAKE ROAD
GREENWOOD, MO  64034

MAYBERRY, ALBERT
PO BOX 618
BROOKSVILLE, MS  39739

MAYER, MARTHA MCCULLOUGH
7 SHELL ST
NEW BEDFORD, MA  02744-1331

MAYER, VALERIE M
6803 85TH ST
LUBBOCK, TX  79424-4757

MAYFIELD, BARRY, SR.
PO BOX 266
MEAD, NE  68041

MAYFIELD, KENNETH DAVID (DECEASED)
MAYFIELD, KENNETH D.
5909 KNIGHTSBRIGE LN
BRYAN, TX  77802

MAYNARD, DANNIE W
618 FERN STREET
PALATKA, FL  32177

MAYO, MANUEL
118 CLINTON ST
WATERBURY, CT  06710

MAZAR, JOHN
PO BOX 240
HIGGANUM, CT  06441-0240

MAZZER, LUCILLE
2969 POST AVENUE
WANTAGH, NY  11793

MAZZULLI JR, ARMAND
281 WEST MAIN STREET
NIANTIC, CT  06357

MAZZULLI, ARMAND, JR.
281 WEST MAIN STREET
NIANTIC, CT  06357

MCAFEE, CARY
622 MUDDY POND ROAD
MONTEREY, TN  38574

MCAFEE, SHELIA L.
922 4TH AVE
NORTH TEXAS CITY, TX  77590

MCALISTER, MARY M. NEE HOOPER
685 N. BURRIS RD
SHARON, SC  29742

MCALLISTER, ANTHONY
14842 60TH AVE
FLUSHING, NY  11355

MCALLISTER, RORY A
14842 60TH AVE
FLUSHING, NY  11355

MCATEE, PERRY
102 MUSSETTA ST
HANOVER, PA  17331

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

MCATEE, PERRY
102 MUSSETTA ST
HANOVER, PA  17331

MCBEE, JOE E
10805 W MOHAWK LN
SUN CITY, AZ  85373-2323

MCBEE, JOE E
10805 WEST MOHAWK LN
SON CITY, AZ  85373

MCBRIDE, BILLY J
2216 WEST ROANE AVE APT #6
EUPORA, MS  39744

MCBRIDE, BILLY JOE
2216 WEST ROANE AVE APT 6
EUPORA, MS  39744

MCBROOM, BARBARA JEAN (LOVE)
11201 W. LOST RIVER
BOISE, ID  83709

MCCAA, GEORGE CLINTON
931 BLACK RIVER RD.
CAMDEN, SC  29020

MCCAA, JANETTE S.
931 BLACK RIVER ROAD
CAMDEN, SC  29020

MCCAFFREY, RAYMOND W
3 LONG POND ROAD
WACCABUC, NY  10597

MCCANTS, JEFFREY EDWARD
112 AMANDA DRIVE
SLIDELL, LA  70458

MCCARDELL, CLARENCE, SR.
9802 BUCKROFT
HOUSTON, TX  77029

MCCARDIE, CHARLES P
30604 E DUNCAN RD
GRAIN VALLEY, MO  64029

MCCARROLL, JOE
28378 SPLITHARD RD
GRAND RAPIDS, MN  55744

MCCARTAN, ELISE A.
129 CORNELIUS ROAD
PORTERSVILLE, PA  16051

MCCARTAN, ELSIE
129 CORNELIUS ROAD
PORTERSVILLE, PA  16051

MCCARTER, SHIRLEY D.
311 E. 5TH ST.
FULTON, MO  65251

MCCARTHY, CATHERINE A SULLIVAN
318 LILLY HILL RD
GILBERTSVILLE, NY  13776

MCCARTNEY, JIM D.
2904 ALSATIA DRIVE
AUSTIN, TX  78748

MCCAULEY, BARBARA ANN
18202 US HWY 2
WARBA, MN  55793

MCCAULEY, CHERYL WOOD
PO BOX 12
1419 THIRD ST
WAYNESBORO, VA  22980

MCCAULEY, KARI ANN
4290 1ST STREET
HIBBING, MN  55746

MCCAULEY, MICHAEL EARL
18202 US HWY 2
WARBA, MN  55793

MCCAULEY, RONALD F
100 QUEENSBURY CT
COLUMBIA, SC  29212

MCCAULEY, TIM
4511 VERMILION TRAIL
GILBERT, MN  55741

MCCLAIN, DEBBIE
139 WOODLAND RD
LANSING, KS  66043

MCCLAIN, TERRY D.
307 W OSAGE AVE
MCALESTER, OK  74501-6132

MCCLANAHAN, MARCUS
1517 S HARDY AVE
INDEP, MO  64052

MCCLANAHAN, MARCUS
1517 S HARDY
INDEP, MO  64052

MCCLARY, JAMES EDWARD
413 NW 8TH STREET
GAINESVILLE, FL  32601

MCCLARY, ROBERT P.
205 SO. CHURCHILL CIRCLE
NORTH SIOUX CITY, SD  57049

MCCLELLAN, GORDON
1030 CONWAY RD
FREDERICKSBRG, VA  22405-2110

MCCLELLAND, ALAN
738 ROSSMORE
PITTSBURGH, PA  15226

MCCLELLAND, EMILY
738 ROSSMORE AVENUE
PITTSBURGH, PA  15226

MCCLUNG, JUDY
1410 HILLCREST
GARLAND, TX  75040

MCCLUNS, TRUMAN
1410 HILLCREST
GARLAND, TX  75040

MCCLURE, EDGAR DAVID
21 DEVLIN AVE.
BURLINGTON, NJ  08016-1044

MCCLURE, KENNETH D.
PO BOX 286
SUMERCO, WV  25567

MCCLURE, KENNETH D.
PO BOX 286
SUMERCO, WV  25567

MCCOLGIN, LESLIE
6337 SHAW RD
MELBER, KY  42069-8834

MCCOLLUM, DAVID
336 AURAND ROAD
DANVILLE, PA  17821

MCCOMBIE, LEE F.
1634 DUMAN RD
EBENSBURG, PA  15931

MCCOMBIE, SHAUN W.
3041 BLUE GOOSE RD
NICKTOWN, PA  15762

MCCOOK, WILLIAM
602 4TH AVE SW
RUSKIN, FL  33570

MCCOPPIN, RICHARD
4663 CUTTER MILL RD
MARTINEZ, GA  30907

MCCOWAN, FRANK
5520 LAKE ROAD
SHEFFIELD LAKE, OH  44054

MCCOY, ANDRE B
1706 22ND ST SE
WASHINGTON, DC  20020

MCCOY, CASSIE ANN
114 BEL AIR DR.
LUCASVILLE, OH  45648

MCCOY, CASSIE ANN
114 BEL AIR DR.
LUCASVILLE, OH  45648

MCCOY, DANIE A
114 BEL-AIR DR
LUCASVILLE, OH  45648

MCCOY, DENISE M.
43390 SR 541
COSHOCTON, OH  43812

MCCOY, DONALD H
2401 POST OAK RD
ROCKDALE, TX  76567-2545

MCCOY, EDWARD CLAYTON
416 ROSS CEMETARY ROAD
ROCKY TOP, TN  37769

MCCOY, KEITH W.
43390 SR 541
COSHOCTON, OH  43812

MCCOY, KENNETH
501 HARRISON AVE
PENN, PA  15675

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


MCCOY, LISA F.
43390 SR 541
COSHOCTON, OH  43812

MCCOY, MATTIE R.
1706 22ND ST SE
WASHINGTON, DC  20020

MCCOY, PAMELA KAY
114 BEL-AIR DR.
LUCASVILLE, OH  45648


MCCOY, PAMELA KAY
114 BEL-AIR DR.
LUCASVILLE, OH  45648

MCCOY, SHANNON K.
43390 SR 541
COSHOCTON, OH  43812

MCCOY, WERNER R.
1706 22ND ST SE
WASHINGTON, DC  20020


MCCOY, ZACHARY TYLER
1437 LAYTON DRIVE
PORTSMOUTH, OH  45662

MCCOY, ZACHARY TYLER
1437 LAYTON DRIVE
PORTSMOUTH, OH  45662

MCCRANIE, MICHAEL
307 WEST RIVER ROAD
BAXLEY, GA  31513


MCCRAY, LORINE
2140 NE 27TH ST.
OKLAHOMA CITY, OK  73111

MCCRIMMON, NATHAN
705 DUGGINS WAY
APT G
FAYETTEVILLE, NC  28312

MCCUISTION, EVELYN L
331 DELOZIER LANE
ROCKWOOD, TN  27854


MCCUISTON, KENNETH V
102 WOODLAWN DRIVE
KINGSTON, TN  37763

MCCULLOUGH, ARCHIE
9145 THURGOOD MARSHALL HWY
ANDREWS, SC  29510

MCCULLOUGH, ROBERT
149 INDIAN CREEK
CONROE, TX  77304


MCCULLOUGH, ROSA
9145 THURGOOD MARSHALL HWY
ANDREWS, SC  29510

MCCULLOUGH, WILLIAM
2112 S. LUMBER ST FL. 1
ALLENTOWN, PA  18103

MCCURRIE, JACK G
609 CARLO WAY
LODI, CA  95240

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MCDANIEL, CHARLEY THOMAS
2849 RAMBO RD.
BLACKSTOCK, SC  29014

MCDANIEL, DOYLE L, JR
7345 CHASEWOOD DR
MISSOURI CITY, TX  77489

MCDEAVITT, MARK
255 THOMPSONTOWN ROAD
WEST SUNBURY, PA  16061

MCDERMOTT, DAVID J
1294 YARMOUTH LANE
NEW CUMERLAND, PA  17070

MCDONALD, ARTHUR W.
16 ROSEWOOD ST.
P.O. BOX 341
FINLEY, TN  38030

MCDONALD, DAVID E
187 OLD ROUTE 304
NEW CITY, NY  10956

MCDONALD, ERNEST
1497 MCDONALD RD.
LEAKESVILLE, MS  39451

MCDONALD, RICK
502 HALE LAKE LANE
GRAND RAPIDS, MN  55744

MCDONALD, ROSIE LEE
1041 PUFFER RD
FAYETTE, MS  39069-5136

MCDONOUGH, DANIEL
70 OWL HOLLOW ROAD
LIGONIER, PA  15658

MCDOWELL, MICHAEL W
415 DOOR KEY RANCH RD
TRINIDAD, TX  75163-4043

MCELRATH, SUSIE B.
1317 CHANCELLOR CIRCLE
CHILDERSBURG, AL  35044

MCELVAIN, ANN
236 S LAKE DR
ROCKPORT, TX  78382

MCELVAIN, DAVID
236 S LAKE DR
ROCKPORT, TX  78382

MCELVEEN, CHARLES WAYNE
3825 NORTH CENTER ROAD
HARTSVILLE, SC  29550

MCFADDEN, GERALD DONALD
917 S STONEWALL ST.
ROCK HILL, SC  29730

MCFADDEN, RICHARD H
1758 S LEE ST
LAKEWOOD, CO  80232-6241

MCFARLAND, PATRICK
348 FARMALL ROAD
GRANTVILLE, PA  17028

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


MCFELIA, DAVID
13299 WEST ALVARADO DRIVE
GOODYEAR, AZ  85395

MCGARVEY, STEVEN R
PO BOX 76
NASSAU, NY  12123-0076

MCGEE, BENJAMIN
169 W 29TH STREET
NORTHAMPTON, PA  18067

MCGEE, KEVIN
855 LAFAYETTE AVE
PALMERTON, PA  18071

MCGEE, PATRICIA
169 W 29TH STREET
NORTHAMPTON, PA  18067

MCGEE, ROBERT LACY (DECEASED)
RICHARD MCGEE
1675 FM 839 N
REKLAW, TX  75784

MCGEE, WILLIAM MCGEE
169 W 29TH STREET
NORTHAMPTON, PA  18067

MCGEE, WILLIAM
169 W 29TH STREET
NORTHAMPTON, PA  18067

MCGEE, WILLIAM
169 W 29TH STREET
NORTHAMPTON, PA  18067

MCGEE, WILLIAM
169 W 29TH STREET
NORTHAMPTON, PA  18067

MCGEE, WILLIAM
169 W 29TH STREET
NORTHAMPTON, PA  18067

MCGEEHAN, JOSEPH
15 SANDY HILL RD
BOYERTOWN, PA  19512

MCGEEVER, CAITLIN E.
53 GLEN LANE
KINGS PARK, NY  11754

MCGEEVER, NANCY J.
53 GLEN LANE
KINGS PARK, NY  11754

MCGEEVER, WILLIAM G.
53 GLEN LANE
KINGS PARK, NY  11754

MCGEEVER, WILLIAM G., JR.
53 GLEN LANE
KINGS PARK, NY  11754

MCGILL, EDDIE
7524 WOODSLOPE DR.
DALLAS, TX  75249

MCGINLEY, KAREN
10550 W SALTER DR
PEORIA, AZ  85382

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 262 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MCGINLEY, MICHAEL
10550 W SALTER DR
PEORIA, AZ  85382

MCGINNIS, DAISY
4213 DRUMMOND ST
EAST CHICAGO, IN  46312

MCGINNIS, JERRY
156 RITA LANE
GOLDSBORO, NC  27530

MCGINNIS, JERRY
156 RITA LANE
GOLDSBORO, NC  27530

MCGINNIS, NELLIE
156 RITA LN
GOLDSBORO, NC  27530

MCGIRT, CAROLYN
4375 SHANNON RD
SHANNON, NC  28386

MCGIRT, GREGORY
4375 SHANNON RD
SHANNON, NC  28386

MCGLATHERY, CARLOS
5002 KYLE LN
HUNTSVILLE, AL  35810

MCGLATHERY, DAMION
2415 BELL MANOR DR.
HUNTSVILLE, AL  35803

MCGLATHERY, EVA
5002 KYLE LANE NW
HUNTSVILLE, AL  35810

MCGLATHERY, STEPHANIE
6211 VALLEY PARK DR NW
HUNTSVILLE, AL  35810-1442

MCGLYNN, BRYAN
157 MARTEL CIR
DILLSBURG, PA  17019-8718

MCGOEY, ANTONIETTA
304 AVENUE I
MATAMORAS, PA  18336

MCGOURTY, FRANK J.
142 GREENBELT PARKWAY
HOLBROOK, NY  11741

MCGOWAN, ANTHONY
450 ISLAND CREEK RD
MANCHESTER, OH  45144-9316

MCGRATH, TRACI
208 FAWAZ DR
KILLEEN, TX  76542-7597

MCGRAW, VIRGINIA S
106 BELLEWOOD LN
BECKLEY, WV  25801-2302

MCGREW, BARTLEY
PO BOX 56
RAINBOW, TX  76077-0056

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 263 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MCGRIFF, DANNY
161 SELMA MILLLOOP
TILLAR, AR  71670-9414

MCGUFFIE, PARIS A/K/A PARIS ODDO
1927 SPODE AVE
HENDERSON, NV  89014-3795

MCGUIGAN, MARILYN K.
115 LOCH SHIN DRIVE
CORAOPOLIS, PA  15108

MCGUIRE, PATRICK
128 NORTH LYTLE ROAD
SHELOCTA, PA  15774

MCHENRY, ROBERT G.
1811 PINTAIL AVE
SUPPLY, NC  28462

MCHONE, BILLY R.
PO BOX 1122
OLD FORT, NC  28762

MCINTIRE, DOUGLAS H.
6085 WIRTZ RD
FLOWOOD, MS  39232

MCINTOSH, GREGOR
418 WEST HIGHLAND AVE.
OWENSBORO, KY  42303

MCINTYRE, MADDLINE E. /MOTHER/
2133 E GRAFTON RD
FAIRMONT, WV  26554

MCIVER, PEGGY ANN
232 COPELAND ROAD
SWANSEA, SC  29160

MCKARRY, CHORONDA
6255 STATION DRIVE
CONVENT, LA  70723

MCKAY, JEFF
12253 3RD AVE NW
SEATTLE, WA  98177-4408

MCKAY, WILLIE JO
231 SW 29 TER.
FT. LAUDERDALE, FL  33312

MCKELVY, FRANKLIN ARTHUR (DECEASED)
SHARON MCKELVY
109 PIN OAK
LAKE JACKSON, TX  77566

MCKELVY, SHERRY
107 CANVASBACK DR
CLUTE, TX  77531-3637

MCKELVY, SHERRY
107 CANVASBACK DR
CLUTE, TX  77531-3637

MCKENZIE, JOHNNY
7600 OLD CREEK ROAD
MCBEE, SC  29101

MCKENZIY, PAUL MICHAEL
686 PR 5881
YANTIS, TX  75497

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 264 of  444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MCKERNAN, DENNIS JOSEPH
129 MAY LANE
EVANS CITY, PA  16033

MCKINNEY, LUKE EDWARD, SR.
1152 DENNY'S STORE RD
ROXBORO, NC  27574

MCKINNEY, MARLO (WIDOW)
610 JACK BURDEN RD #27
WICKENBURG, AZ  85390

MCKINNIE, ANDREW L
1727 CENTRAL BLVD
BAY SHORE, NY  11706

MCKOWN JR, RONALD
1082 ELWELL STREET
PITTSBURGH, PA  15207

MCLAMB, PAUL MITCHELL, SR.
650 SIMPSON RD.
MCCONNELLS, SC  29726

MCLANE, RANDALL KEITH
151 LEROY RD
FAIRPLAY, SC  28643

MCLANE, REBECCA REID
151 LEROY RD.
FAIR PLAY, SC  29643

MCLARIN, BENJAMIN L
409 MCLARIN DRIVE
GLEN BURNIE, MD  21060

MCLAURIN, PAMELA C
1422 MCIVER ROAD
LUMBER BRIDGE, NC  28357

MCLEAN, CHARLES R
4914 SKYLINE DR
CHANDLER, TX  75758

MCLEAN, JOHNNY
4791 RIMER RD
CONCORD, NC  28025-7383

MCLEMORE, JOSEPH COLEMAN
1184 STROUPE RD
LANCASTER, SC  29720

MCLENDON, DANIEL EARL
PO BOX 653
INTERLACHEN, FL  32148

MCLENDON, SHIRLEY Y. TRAMMELL (PRINCE)
21766 WHITE OAK DR
CONROE, TX  77306

MCLESTER, BOYCE
1125 HILLCREST RD
HARTSVILLE, SC  29550

MCMANUS, PAUL J. JR.
3 SUN VALLEY CIR
RISING SUN, MD  21911-1610

MCMANUS, TIMOTHY
228 BLAZE CIRCLE
GLENSHAW, PA  15116

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

MCMELLEN, JAMES S.
329 E PARKER ST
SLATER, MO  65349-1550

MCMICHAEL, JAMES
RT 16, BOX 2640
LUFKIN, TX  75901

MCMILLAN, DEBRA WEST
318 E GREEN SPRINGS ROAD
PARKTON, NC  28371

MCMILLAN, GLYNN WAYMON DECEASED
149 ALASKA ST
VAN, TX  75790

MCMILLAN, JO ANN
161 N.E. 5TH ST.
OAK ISLAND, NC  28465

MCMILLIAN, DENNIS
390 MIDDLE RIVER RD.
14 BIRCH POND DR
SUPPLY, NC  28462

MCMILLIAN, LENDORA
394 MIDDLE RIVER RD
SUPPLY, NC  28462

MCMILLION, PHYLLIS
1431 PALACE DRIVE
MORGANTOWN, WV  26508

MCMULLEN, ALBERT J.
3012 TERRY LANE
10319 OTTER CIR
BAYTOWN, TX  77523-0805

MCMURRAY, BARBARA
21646 KEENE RD
WIMAUMA, FL  33598

MCNAIR, RONALD WORTH
317 BUNKER HILL RD.
PO BOX 634
HALIFAX, PA  17032

MCNALLY, ESTER
1152 SEAGULL
BAY CITY, TX  77414

MCNAMARA, TIM
1753 E AVE
DAKOTA CITY, NE  68731

MCNEAL, ALTHEA
611 SOUTH 6TH STREET
HARTSVIELLE, SC  29550

MCNEAL, RUSSELL
416 BENTON AVE
EXCELSIOR SPRINGS, MO  64024

MCNEELY, DEBORAH A
160 A PARMELEE DRIVE
MURRELLS INLET, SC  29576

MCNEELY, DEBORAH A
160A PARMELEE DRIVE
MURRELLS INLET, SC  29576

MCNEELY, DEBORAH A
160A PARMELEE DRIVE
MURRELLS INLET, SC  29576

Debtor: ENERGY FUTURE HOLDINGS CORP., et al     NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL     Page 266 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MCNEELY, TIMOTHY
110 W WHATLEY ST
POOLER, GA  31322-3020

MCNEES, ERVIN P.
5314 LORRAINE DR.
BAYTOWN, TX  77521

MCNEIL, CAROL
32 DERING RD
SOUND BEACH, NY  11789-2420

MCNULTY, JOHN F.
3 DOVER CIR
NEWTOWN, CT  06470

MCPEEK, JERRY THOMAS
571 E US HWY 79
ROCKDALE, TX  76567-4264

MCPETERS, JOHN E
409 S FAIRGROUND ST
CLARKSVILLE, TX  75426-4332

MCQUEEN, ROY
15165 VICKERY APT #134
HOUSTON, TX  77032

MCQUILLEN, LESTER ROY
2941 N. BOLTON LANE
LINTON, IN  47441

MCRAY, CHARLES WILEY
5901- AVE T
PO BOX 126
SPRINGHILL, LA  71075-0126

MCSORLEY, PATRICIA
106 RICH AVE
BERLIN, NJ  08009

MCTAGUE, JOHN J.
1103 BUENTE STREET
PITTSBURGH, PA  15212

MCTEE, ANGELIQUE
280 MAXEY RD
LONGVIEW, TX  75605-8245

MCTEE, JOEL W
280 MAXEY RD
LONGVIEW, TX  75605-8245

MCVEY, KENNETH
1414 TULSA ST
DEER PARK, TX  77536

MCWILLIAMS, KATHLEEN
213 DEERFIELD DRIVE
CANONSBURG, PA  15317

MEAD, NICHOLAS JOSEPH
401 MCGREDE DR
SULPHUR SPRINGS, TX  75482-4432

MEADOR, GARY DON
155 KAYLA
LONGVIEW, TX  75602

MEADOR, GARY DON
C/O CLARY & ASSOCIATES
ATTN: J.R. CLARY JR., C. SUBA, C.-NEALE
406 NORTH FOURTH ST
BATON ROUGE, LA  70802

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MEADOWS, JERRY SR.
272 GORDON SCHOOL RD
THOMASTON, GA  30286

MEADOWS, LORETTA MCINTOSH
5755 SHERRILLS FORD RD
SALISBURY, NC  28147

MEADOWS, MICHAEL
119 CLOVER LANE
PALESTINE, TX  75803

MEANS, FANTA
3229 VALLEY CREST WAY
FI REST GROVE, OR  97116

MEAUX, JOHN
P.O. BOX 561
GRAMERCY, LA  70052-0561

MEDFORD, ROBERT
189 BUSH SPRINGS ROAD
TOANO, VA  23168

MEDICO, PAUL
1152 NEEDLEWOOD LOOP
OVIEDO, FL  32765

MEDINA, SUSAN L.
9 WINDSOR ACRES
WINDSOR, PA  17366

MEDLOCK, JEFFIE DEAN
364 MADISON AVENUE
TOW, TX  78672-4971

MEDREK, GEORGE
4955 SAXONY LANE
GREENDALE, WI  53129

MEEHAN, LARRY
705 HAYES ST
EVELETH, MN  55734

MEFLVEEN, CHARLES WAYNE
3825 NORTH CENTER ROAD
HARTSVILLE, SC  29550

MEGGS, JERRY
3161-203 HEMLOCK FOREST CIRCLE
RALEIGH, NC  27612

MEINBERG, BARRY ALAN
124 OAK LANE
ORMOND BEACH, FL  32178

MEINBERG, BARRY ALAN
124 OAK LANE
ORMOND BEACH, FL  32178

MEJIA ESTATE OF, OSCAR V
P.O. BOX 381
66 E FAWCETT RD
HEBER, CA  92249

MEJIA, GODOFREDO
3125 CEDAR AVE
LONG BEACH, CA  90806

MEJIA, YOLANDA
P.O. BOX 381
66 E FAWCETT RD
HEBER, CA  92249

MELANCON, EDWARD F.
212 WILLOWBROOK DR.
GRETNA, LA  70056

MELENDEZ, GUILLERMO ENRIQUE
MONTECINOS
MONTEVIDEO 143 EDIFICIO PUNTE DEL ESTE
DEPARTAMENTO 181
ANTOFAGASTA
CHILE

MELNYCZENKO, WALTER
9233 W. 375 S.
LA PORTE, IN  46350

MENDENHALL, BLANCHE
528 VALLEY 1 DR.
WINNSBORO, SC  29180

MENDENHALL, DALE V
1062 GREENHOUSE RD.
IONE, WA  99139-9602

MENDENHALL, JEFFREY BARTON
LAKE WATEREE
WINNSBORO, SC  29180-8640

MENDEZ, ROBERT CHARLES, SR.
834 GROVEST
DEER PARK, TX  77536

MENDEZ, ROSALINDA
834 GROVE
DEER PARK, TX  77536

MENDOZA, CHANTEL
1042 CLARION DR
TORRANCE, CA  90502-1804

MENDOZA, ERNEST
3111 CASTLE DALE
HOUSTON, TX  77093

MENIKHEIM, RAYMOND D
1453 S.E. KENTALLON LANE
PORT ST. LUCIE
ALTOONA, AL  35952

MERCADO, JOSE ORTEGA
CLUB. LOS ALMANDZOS CALLE TILO EA-53
BAYAMON, PR  00961

MERCADO, RODERICK
17402 MONTANA FALLS DRIVE
ROUND ROCK, TX  78681

MERCER, JAMES
1680 EVERGREEN PARK DRIVE
COSHOCTON, OH  43812

MERCER, PATRICIA
1680 EVERGREEN PARK DRIVE
COSHOCTON, OH  43812

MEROLA, ERNEST
147 MAIN ST APT 3G
MINEOLA, NY  11501

MERRILL, CHRIS
10815 E. 58TH ST.
RAYTOWN, MO  64133

MERRILL, GARRETT
10815 E. 58TH ST.
KANSAS CITY, MO  64133

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 269 of 444

MERRILL, GLEN
3756 EAST 800 NORTH
RIGBY, ID  83442

MERRILL, JEANNETTE
10815 E. 58TH ST.
RAYTOWN, MO  64133

MERRILL, VOLANDA M.
3316 WEST 83RD PLACE
CHICAGO, IL  60652-3319

MERRILL, VOLANDA M.
3316 WEST 83RD PLACE
CHICAGO, IL  60652-3319

MERRIMAN, DAVID
4975 DUMFRIES CIRCLE
BELLEVUE, NE  68157

MERRITT, IVANA
3062 TERRY GATESVILLE RD
CRYSTAL SPGS, MS  39059-9739

MERRITT, RICHARD MORRIS JR.

MERY, JORGE
5 SUR LAGUNA VERDE
NO 1
VALPARAISO
CHILE

MERY, LIBERTO
RAMON GARCIA
CALLE N 17
VALPARAISO
CHILE

MESA, ANTONIO
920 EAST BAILEY STREET
P.O. BOX 971
GLOBE, AZ  85502

MESA, GEORGE
P.O. BOX 195
MIAMI, AZ  85539

MESSIN, LARRY
89 WILD DUNES WAY
JACKSON, NJ  08527

MESSIN, RITA
89 WILD DUNES WAY
JACKSON, NJ  08527

MESSORE, ANDREW
186 RICHMOND AVENUE
WEST HAVEN, CT  06516

METTLER, ELANA
28852 STATE RT. 159
KINGSTON, OH  45644

METTLER, ELANA
28852 STATE RT. 159
KINGSTON, OH  45644

METTRICK, KEVIN
2605 CHALET LN
LIBRARY, PA  15129-8873

METZGER, MARK
515 BEAVER STREET EXT
MARS, PA  16046

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 270 of 444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MEYER, DAROLD F.
RT 3 BOX 155
148 TREE SHADOW LN
WHITNEY, TX  76692-7604

MEYER, GUENTHER HEINZ
35 HUDSON AVE
WELDWICK, NJ  07463-2316

MEYER, ROY A
3087 OLD MARION RD.
METROPOLIS, IL  62960

MEYER, VELDA A
3087 OLD MARION RD.
METROPOLIS, IL  62960

MICHAEL, JAMES I, III
8019 S WILLIAMS WAY
CENTENNIAL, CO  80122

MICHAELS, HENRY
315 RIDGEWAY DRIVE
BADEN, PA  15005

MICHEAU, GLENN A.
6615 HWY 565
MONTEREY, LA  71354

MICHEAU, GLENN
6615 HWY 565
MONTEREY, LA  71354

MICHEAU, PATSY KELLY
6615 HIGHWAY 565
MONTEREY, LA  71354

MICHEAU, PATSY
6615 HWY 565
MONTEREY, LA  71354

MICHEL, FRANK
1217 DRIFTWOOD POINT ROAD
SANTA ROSA BEACH, FL  32459

MIDDLETON, MICHAEL
4720 S WINDMILL RD
SOUTH RANGE, WI  54874

MIGLIACCIO, JANET
1205 BRAKEN RIDGE ST
PALESTINE, TX  75801

MIGLIORE, RALPH
PO BOX 431
MASSAPEQUA, NY  11758-0431

MIGLIORE, WILLIAM L
219 EVERTON BOULEVARD
MARLBORO, NJ  07746

MIHAULICS, JENNIFER MARY
249 CENTENNIAL RD
WARMINSTER, PA  18974

MIKULENCAK, D (DECEASED)
5350 FM 112
TAYLOR, TX  76574-5648

MIKULENCAK, D (DECEASED)
D MIKULENCAK (DECEASED)
1251 FM 3349
TAYLOR, TX  76574

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 271 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

MILES, DEE
1960 PORT CLARIDGE PLACE
NEWPORT BEACH, CA 92660

MILETIC, BRUNO
825 VIA DEL SOL DR.
DAVENPORT, FL 33896

MILIAN, LINDA
745 COLONELS CT
CULPEPER, VA 22701-2190

MILLEDGE, MIKE
4100 KATERI WAY
SIOUX CITY, IA 51106

MILLER, ABRAHAM JOHN
PO BOX 1187
THERMOPOLIS, WY 82443

MILLER, ANTHONY
325 TERRACE DR.
WINTERSVILLE, OH 43953

MILLER, CHRISTOPHER L.
PO BOX 6661
WHEELING, WV 26003-0911

MILLER, CLARA MAE
7 ROSE STREET
APT 1
PATERSON, NJ 07501

MILLER, CLARA MAE
7 ROSE STREET
APT 1
PATERSON, NJ 07501

MILLER, DEBRA J.
3417 S STAYTON AVE
INDEPENDENCE, MO 64055

MILLER, DENISE
511 ECHO DRIVE
CAMP HILL, PA 17011

MILLER, DOLORES
2051 W 231ST ST
TORRANCE, CA 90501-5407

MILLER, DONNA
249 WELLINGTON ROAD SOUTH
GARDEN CITY SOUTH, NY 11530-5520

MILLER, FOREST
PO BOX 1755
MIDLAND, TX 79702

MILLER, FREDERICK J.
3226 HERITAGE DR
VINELAND, NJ 08361

MILLER, FREDERICK J.
3226 HERITAGE DR
VINELAND, NJ 08361

MILLER, FREDERICK L.
3617 S. STAYTON AVE
INDEPENDENCE, MO 64055

MILLER, FREDERICK L.
3617 S. STAYTON AVE
INDEPENDENCE, MO 64055

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

MILLER, FREDERICK L.
3617 S. STAYTON AVE
INDEPENDENCE, MO 64055

MILLER, GLENN
3453 W. COLUMBIA ST
WHITEHALL, PA 18052

MILLER, HENRY
309 E 7TH ST
ROCKDALE, TX 76567

MILLER, HENRY
PO BOX 660
ROCKDALE, TX 76567-0660

MILLER, JAMES
3266ST RATE 503S.
3266 STARTED 503 S.
WEST ALEXANDRIA, OH 45381

MILLER, JAMEY C
1865 WINDING DR.
COSHOCTON, OH 43812

MILLER, JOSEPH
144 FIRST STREET
HOLBROOK, NY 11741

MILLER, JOSEPH
249 WELLINGTON ROAD SOUTH
GARDEN CITY, NY 11530-5520

MILLER, LYLE
607 BENNETT STREET
MONTOURSVILLE, PA 17754

MILLER, MARIA
249 WELLINGTON ROAD SOUTH
GARDEN CITY, NY 11530-5520

MILLER, MAURICE H.
721 EDGEFIELD RD
FT. WORTH, TX 76107

MILLER, RALPH L
4365 61ST COURT
VERO BEACH, FL 32967-7810

MILLER, RAYMOND DENNY (DECEASED)
CHARLOTTE I. ELROD
211 SYCAMORE ST.
MANSFIELD, TX 76063

MILLER, RICHARD C
2 CHELTENHAM PLACE
CLIFTON PARK, NY 12065

MILLER, RICHARD
74 RHODODENDROW ST
STARFORD, PA 15777

MILLER, ROBERT
1198 RACE STREET
SUNBURY, PA 17801

MILLER, ROBERT
16132 TINURA CT
TEGA CAY, SC 29708

MILLER, STEVE JOEL
1034 GREEN CREEK ROAD
BAKERSVILLE, NC 28705

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

MILLER, TERESA COBLE
139 RYDER CUP CIR
RALEIGH, NC  27603-5558

MILLER, TORRENCE
511 ECHO DRIVE
CAMP HILL, PA  17011

MILLER, WADE
118 HANOVER DRIVE
POTTSTOWN, PA  19464

MILLER, WAYNE ALLEN
420 DOWELL RIDGE RD
NORTH WILKESBORO, NC  28659

MILLIFF, JOHN F
4001 HOLLY GLEN
BAY CITY, TX  77414

MILLIGAN, LYNDAL L
306 J L PRICKETT RD
EXTENSION, LA  71243

MILLIKEN, PAUL MARTIN
604 N.W. 'K' HWY
PLATTSBURG, MO  64477

MILLIKEN, VELA R
3017 BRIDAL WREATH LN
DALLAS, TX  75233-3211

MILLIKEN, VENSON
3017 BRIDAL WREATH LN
DALLAS, TX  75233-3211

MILLS, ANNETTE
C/O LEVIN SIMES KAISER & GORNICK, LLP
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA  94104

MILLS, ANNETTE
GREG EARL WINTERS, SUCCESSOR-IN-INTEREST
18 BRETANO WAY
GREENBRAE, CA  94904

MILLS, DOUGLAS STEVEN
170 HOSTETLER RD.
JOHNSTOWN, PA  15904

MILLS, MARK
31747 ARBO ROAD
GRAND RAPIDS, MN  55744

MILO, MICHAEL
522 EIGHTH AVE
NEW HYDE PARK, NY  11040

MINCEMOYER, ROBERT
324 FOURTH ST.
PO BOX 208
MONTANDON, PA  17850

MINGE, SADIE I
225 COUNTY ROAD 656
ATHENS, TN  37303-6257

MINICH, LINDA
13 ANTE LANE
PO BOX 119
JEFFERSON CITY, MT  59638

MINIX, HAROLD B
1133 N MAIN ST
LEWISBURG, OH  45338

MINKER, DAVID C
6716 W PINNACLE PEAK RD
PEORIA, AZ 85383

MINNIX, WILLIS
P.O. BOX 804
BOGALUSA, LA 70429

MINOR, JOSEPH
4121 ALASKA
NORTON, OH 44203

MINOR, MARLENE
4121 ALASKA
NORTON, OH 44203

MIRALDA, JORGE
5558 XANADU ST
DENVER, CO 80239

MIRANDA, FRANCISCO
DEL ROBLE PASAJE 1 CASA 3008
MIRAFLORES ALTO
VILLA DEL MAR
CHILE

MIRANDA, JESUS E.
1545 MONTEREY PARK DR #B
SAN YSIDRO, CA 92173

MIRANDA, LESUR
512 MC CLAY RD
NOVATO, CA 94947

MIRANDA, LESUR
512 MC CLAY RD
NOVATO, CA 94947

MISTER-SMITH, ELLA LEE
182 ESP4 DRIVE
GORE SPRING, MS 38929

MITCHELL, KENNETH
86 BUFF CAP RD APT A9
TOLLAND, CT 06084-2639

MITCHELL, RAYMOND LEE
8614 GUINEVEREST
HOUSTON, TX 77029

MITCHELL, REYNARD
19939 GREAT ELMS DRIVE
CYPRESS, TX 77433

MITCHELL, SHIRLEY
4603 WORDSWORTH CT.
COLUMBUS, OH 43232

MITCHELL, STANLEY LEE
8809 OLD CREEDMORE RD
RALEIGH, NC 27613

MITCHELL, THOMAS AUBREY, JR.
PO BOX 1389
LINCOLNTON, NC 28093

MITTELSTAEDT, JOHN S, III
40133 DEER CREEK DR.
PONCHATOULA, LA 70454

MITTELSTAEDT, JOHN S, III
40133 DEER CREEK DR.
PONCHATOULA, LA 70454

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 275 of 444

MIZESKI, ROSE
19 LORRAINE ST.
GLEN RIDGE, NJ 07028

MIZESKI, SUZANNE
19 LORRAINE ST.
GLEN RIDGE, NJ 07028

MIZESKI, SUZANNE
19 LORRAINE ST.
GLEN RIDGE, NJ 07028

MOCK, JESSE RAE
108 REA'S LANE
HAMPSTEAD, NC 28443

MOCK, JOHN P
671 5TH ST APT 5
OAKMONT, PA 15139-1549

MODISETTE, CHARLES EDWARD
RT 7 BOX 1818
LUFKIN, TX 75904

MOFFITT, JANICE S.
2148 LONDONDERRY DRIVE
GASTONIA, NC 28056

MOFFITT, JEFFREY NEAL
2148 LONDONDERRY DR.
GASTONIA, NC 28056-8403

MOHL, WILLIAM P.
1520 SW 4TH AVENUE
POMPANO BEACH, FL 33060

MOHR, RODNEY
231 N SECOND STREET
P.O. BOX 109
BAINBRIDGE, PA 17502

MOLANDS, EUGENE
406 MCARTHUR
CUERO, TX 77954

MOLINA, LUZ A
1944 PEACH ST
COLORADO CITY, TX 79512

MOLINA, MARY
13865 PINE VIEW DRIVE
PINE GROVE, CA 95665

MONCHINSKI, JUDITH A
650 NEWBRIDGE RD APT 10
EAST MEADOW, NY 11554-5235

MONCHINSKI, JUDITH A
650 NEWBRIDGE RD APT 10
EAST MEADOW, NY 11554-5235

MONROE, BILLY
1418 CR 134
ROSCOE, TX 79545

MONROE, BILLY
1418 CR 134
ROSCOE, TX 79545

MONROE, BILLY
THE HALL LAW FIRM
LANCE HALL, PO BOX 168
119 EAST 3RD STREET
SWEETWATER, TX 79556

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 276 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

MONROE, BILLY
THE HALL LAW FIRM
P.O. BOX 168
SWEETWATER, TX 79556

MONTALBANO, FRED
630 FIRST AVE 31M
NEW YORK, NY 10016

MONTALVO, RAFAEL LUIS RIOS
PASEO ARPA #2175 2DA. SECC LEVITTOWN
TOA BAJA, PR 00949

MONTECILLO, TRENIO A
20996 AVENIDA AMAPOLA
EL TORO, CA 92630

MONTELONGO, C M
PO BOX 143
ROCKDALE, TX 76567-0143

MONTEMARANO, MARILYN J
19329 CYPRESS VIEW DR
FORT MYERS, FL 33967-4831

MONTEMARANO, WILLIAM J
19329 CYPRESS VIEW DR
FORT MYERS, FL 33967-4831

MONTENEGRO MATTA, ENNIO LUIS
LO GODOY 45 BLOCK B DPTO 43
QUINTA REGION
VILLA ALEMANA
CHILE

MONTES, MANUEL OSEGUEDA
12601 PIERCE ST APT 34
PACOIMA, CA 91331-1759

MONTGOMERY, JOHN PAUL
4586 OLD ST RT 56
ATHENS, OH 45701

MONTGOMERY, LAURA
22688 COTTAGE HILL DRIVE
GRASS VALLEY, CA 94549

MONTILLA, MICHAEL
9906 25TH DR SE
EVERETT, WA 98208

MONTILLA, MICHAEL
9906 25TH DR SE
EVERETT, WA 98208

MONZON, JUAN
4628 ANGELA DR
CORPUS CHRISTI, TX 78416

MONZON, OFILIA
4642 RAMONA DR
CORPUS CHRISTI, TX 78416

MOODY, ALBERT LEE
1168 S HWY 77
CAMERON, TX 76520

MOODY, DEBORAH ANN
3723 RAINDROPS
PASADENA, TX 77505

MOODY, JIMMY H.
574 JIM MOODY RD.
SILER CITY, NC 27344

MOON, BERTHA S. DECEASED
2309 BYRON ST
MIDDLETOWN, OH  45042

MOORE, CARSANDRA
PO BOX 443 - 415 HWY 145
BROOKSVILLE, MS  39739

MOORE, CARSANDRA
PO BOX 443 - 415 HWY 145
BROOKSVILLE, MS  39739

MOORE, CATHERINE MALINDA
PO BOX 121
LYDIA, SC  29079

MOORE, CHERYL
575 EAST BRITTON ROAD
CRESTON, OH  44217

MOORE, CINDY L
284 FIELD AVE APT 4
CANON CITY, CO  81212-2673

MOORE, DANNY JR
PO BOX 626 - 18519 HWY 145
BROOKSVILLE, MS  39739

MOORE, DANNY JR
PO BOX 626 - 18519 HWY 145
BROOKSVILLE, MS  39739

MOORE, DANNY JR
PO BOX 626 - 18519 HWY 145
BROOKSVILLE, MS  39739

MOORE, DONALD
916 FRIENDLY DR
APT/SUITE
GOLDSBORO, NC  27530

MOORE, ELSIE
2 SURRY DRIVE
LUMBERTON, NC  28358

MOORE, ERTLE
1831 US HWY 74 W
LUMBERTON, NC  28360

MOORE, GRETA F.
1109 IDYLWOOD RD
PIKESVILLE, MD  21208

MOORE, HAZLEY ALTON
2 SURRY DR
LUMBERTON, NC  28358

MOORE, JAMES
133 SERPENTINE DRIVE
VALLEJO, CA  94589

MOORE, JETTIE E.
4440 HILLCROFT DR.
CLEVELAND, OH  44128

MOORE, JOHN
575 EAST BRITTON ROAD
CRESTON, OH  44217

MOORE, JUDSON
2815 CONIFER DR
FAIRFIELD, CA  94533

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


MOORE, KEN
2563 WALKERS RIDGE TER
POWHATAN, VA  23139-7836

MOORE, KEN
2563 WALKERS RIDGE TER
POWHATAN, VA  23139-7836

MOORE, KEN
2563 WALKERS RIDGE TER
POWHATAN, VA  23139-7836


MOORE, LINWOOD
256 SNAPS LN
CLARKTON, NC  28433

MOORE, LUTHER, JR.
4440 HILLCROFT DR.
CLEVELAND, OH  44128

MOORE, ROBERT L
PO BOX 84393
LEXINGTON, SC  29073


MOORE, ROBERT
17313 BURR OAK LANE
HAZEL CREST, IL  60429

MOORE, SHEILA ARTIS JACKSON
509 BENT CREEK DR.
DESOTO, TX  75216

MOORE, STEPHEN G
1913 COLLEGE ST
SUPHUR SPRINGS, TX  75482


MOORE, TED, III
PO BOX 300
PROCTORVILLE, OH  45669

MOORE, WENDELL D
1400 FLANAGAN RD
TATUM, TX  75691-1720

MOORHEAD, PHILIP
2671 BENTON ST
SANTA CLARA, CA  95051


MORA, OLIVIER PATRICIO LOYER
RIO IMPERIAL # 254
CONCON, V REGION  2510859
CHILE

MORALES, HECTOR LUIS RODRIGUEZ
POS W ARCE #2391-2 JB/SEL.
LEVITTOWN TOA BAJA, PR  00949

MORALES, MARTHA CANTU
1023 SALLY ANN
ROSENBERG, TX  77471


MORALES, MAXCIMINO
MAXCIMINO MORALES
ATTN LANCE HALL
P.O. BOX 168-119 EAST 3RD STREET
SWEETWATER, TX  79556

MORALES, MAXCIMINO
PO BOX 1222
COLORADO CITY, TX  79512-1222

MORALES, PATRICIA
126A LA BONNE VIE DR
PATCHOGUE, NY  11772

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                                                                   Page 279 of  444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MORALES, ROBERTO VALDES
URB. DORAVILLE 236 GRANADA
DORADO, PR  00646

MOREIRA, PEDRO ENRIQUE QUIROGA
LAS CARMELITAS N 70
VILLA ALEMANA
CHILE

MOREKIN, DAVID C.
5108 GRAND AVE.
WHITEHALL, PA  18052

MOREKIN, MICHAEL
75 6TH ST.
WHITEHALL, PA  18052

MOREL, BRETT
1912 POPLAR ST
METAIRIE, LA  70005

MORELAND, EUGENE G
5701 E GLENN #26
TUCSON, AZ  85712

MORELAND, VAUGHN L
488 W KNOTWOOD ST
GREEN VALLEY, AZ  85614

MORELLE, GILBERT J.
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

MOREY, HARLAND
12868 DYE ROAD
SOUTH DAYTON, NY  14138

MORGADO, JUAN CARLOS
ALEJANDRO SALDIAS 0447
MAIPO
BUIN  9500000
CHILE

MORGADO, JUAN CARLOS
ALEJANDRO SALDIAS 0447
MAIPO
BUIN  9500000
CHILE

MORGAN, BLAINE
211 ELM STREET
APT. A
WEST MIFFLIN, PA  15122

MORGAN, BRENDA POWELL
2821 CALLIOPE WAY APT 102
RALEIGH, NC  27616

MORGAN, BRENDA POWELL
2821 CALLIOPE WAY APT 102
RALEIGH, NC  27616

MORGAN, DAVID A.
714 W. RIDGE RD
SUNBURY, PA  17801

MORGAN, OFELIA VILLENA
206 CASPIAN CT.
PITTSBURG, CA  94565

MORGAN, REX
3824 SHADY AVE.
MUNHALL, PA  15120

MORGAN, ROBERT MCKAY, JR.
10680 STEWARTSVILLE CEMETARY RD
LAURINBURG, NC  28352

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 280 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MORGAN, WELDON L
3745 RIVEROAKS CIRCLE
BIRMINGHAM, AL  35223

MORGAN, WILLIAM E
715 PENDERGRASS ROAD
SANFORD, NC  27330

MORRELL, BARBARA
221 SANTA ROSA CT
LAGUNA BEACH, CA  92651

MORRELL, TOMMIE M. DECEASED
723 KEMP RD
MINDEN, LA  71055

MORRIS, BONNIE JEAN
17CR 6193
KIRTLAND, NM  87417

MORRIS, BRYCE
4215 PLATT ST
KENNER, LA  70065-1636

MORRIS, BRYCE
4215 PLATT ST
KENNER, LA  70065-1636

MORRIS, JAMES RICHARD
460 HIDDEN VALLEY RD
SALISBURY, NC  28147

MORRIS, TOM, JR.
101 NORMANY APT # 2701
HOUSTON, TX  77015

MORRIS, WILLIAM DALE, JR
416 FIFE ST
HENDERSON, NV  89015

MORRISEY, CHARLES M.
3003 FALCON DR.
VALENCIA, PA  16059

MORRISON, JAMES J.
118 SYCAMORE LN
RUSH, KY  41168

MORRISON, KENNETH
P.O. BOX 92
LIVINGSTON, TX  77351

MORRISON, SHARON
4172 GATOR TRACE VILLAS CIR APT A
FORT PIERCE, FL  34982-5272

MORRISSEY, CHARLES M.
3003 FALCON DR.
VALENCIA, PA  16059

MORRISSEY, TOM
1022 W UNION BLVD
BETHLEHEM, PA  18018

MORROW, IRVIN P
714 MAIN STREET
PURVIS, MS  39475

MORROW, IRVIN P
JACKSON BOWMAN BLUMENTITT ARRINGTON
PLLC
ROBERT T. JACKSON, SR.
POST OFFICE BOX 15517
HATTIESBURG, MS  39404-5517

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 281 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MORROW, PHYLLIS A
15830 HILLSIDE FALLS TRAIL
HOUSTON, TX  77062

MOSER, JEFFREY D
121 POWELL STREET
SWEETWATER, TN  37874

MOSER, JEFFREY D.
121 POWELL STREET
SWEETWATER, TN  37874-6229

MOSER, ROBERT
320 MARWOOD ROAD
CABOT, PA  16023

MOSES, MICHAEL
1919 WEST MANOR
CHANDLER, AZ  85224

MOSKOWITZ, CRAIG
399 CASCADE ROAD
STAMFORD, CT  06903

MOSS, WILLIAM P
5965 OLD MAYFIELD RD
PADUCAH, KY  42003

MOSTYN, KENNETH A, JR
PO BOX 115
LEXINGTON, TX  78947-0115

MOTE, RUEBEN
1947 MOATE RD
HARRELLS, NC  28444

MOTES, CATHERINE
3229 LIME TREE DR
EDGEWATER, FL  32141

MOTES, JAMES, JR.
375 BILL FRANCE BLVD
APT 61
DAYTONA BEACH, FL  32114

MOTES, THERESA LYNN
407 NORTH SECOND STREET
HAMPTON, VA  23664

MOTES, TRAVIS
779 LINA CT
ST AUGUSTINE, FL  32086-7274

MOTT, HILLIARD D. (DECEASED)
HIRAM D. MOTT
14102 EUNICE LN
ALVIN, TX  77511

MOTTON, BURNELL W.
660 RAILROAD AVE
DENDRON, VA  23839

MOURAIN, CYNTHIA TAMPLAIN
3009 MARYLAND AVE
KENNER, LA  70065

MOURAIN, GARY MICHAEL
3009 MARYLAND AVE
KENNER, LA  70065

MOUSER, JOHN
BOX 203
LUCERNEMINES, PA  15754

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

MOUTON, ROBERT B
2411 PARK ST
BEAUMONT, TX  77707

MOUTON, ROBERT B
C/O LINDA CHARGOIS
1425 WASHINGTON PARKWAY, APT 1208
BEAUMONT, TX  77707

MOYER, PENNY
9717 RED OAKES DRIVE
HIGHLANDS RANCH, CO  80126


MOZINGO, BONNIE
809 DAVIS RD
GOLDSBORO, NC  27530

MOZINGO, GORDON
809 DAVIS RD
GOLDSBORO, NC  27530

MRAZIK, JOSEPH
34 HILLTOP TERRACE
NORTH HAVEN, CT  06473


MRVICIN, MARTIN JR
9600 US HIGHWAY 192 OFC OFC
CLERMONT, FL  34714-8213

MRVICIN, MARTIN, JR
9600 US HIGHWAY 192 OFC OFC
CLERMONT, FL  34714-8213

MUCCINO, KENNETH
156 OAKRIDGE
UNIONVILLE, CT  06085


MUDD, CAROL
1049 NATURES HAMMOCK RD SOUTH
SAINT JOHNS, FL  32259

MUEHR, ERIC
P O BOX 326
BACLIFF, TX  77518

MUEHR, JASON
PO BOX 708
TRINITY, TX  75862


MUEHR, JASON
POBOX 708
TRINITY, TX  75862

MUEHR, LEO JOHN (DECEASED)
LYDIA KEY
501 KAISE ST
HOUSTON, TX  70020

MUELLER, JANICE H
4115 STORM BRANCH RD
AIKEN, SC  29803-9318


MUELLER, JOHN
36 SUTHERLAND DRIVE
GLENVILLE, NY  12302

MULDOON, WILLIAM K
105 MARYLAND AVE
FREEPORT, NY  11520

MULE, LOUIS
1393 STRAIGHT GUT RD.
ROCK SPRING, GA  30739

MULGREW, EDWARD J
4750 COUNTRY PLACE
LAS CRUCES, NM  88007

MULHOLLAND, AMY
1232 FIDELITY D
PITTSBURGH, PA  15236

MULHOLLAND, THOMAS
1232 FIDELITY DRIVE
PITTSBURGH, PA  15236

MULHOLLAND, THOMAS
174 POINTVIEW RD
PITTSBURGH, PA  15227-3137

MULKEY, MARIA
470 FERDINAND AVE
PO BOX 2868
EL GRANADA, CA  94018-2686

MULKEY, VERONICA J
794 GREENWOOD DR
NORTH AUGUSTA, SC  29841

MULLENAX, JANIS R
1174 TUSCANY LANE
BEL AIR, MD  21014

MULLENAX, JANIS R
MID-ATLANTIC SETTLEMENT SERVICES, LLC
JANIS MULLENAX & TRISH FORSTNER
10 NORTH PARK DRIVE, STE. 100
HUNT VALLEY, MD  21030

MULLENAX, RONALD
9271 W CALVIN RD
HARTSTOWN, PA  16131

MULLENS, JOYCE A.
WILLIAMS KHERKHER HART & BOUNDAS L.L.P.
SAMANTHA FLORES
8441 GULF FREEWAY SUITE 600
HOUSTON, TX  77017

MULLINS, PETER F.
3547 CAMEO DR UNIT 26
OCEANSIDE, CA  92056-6380

MULVAHILL, JOHN
407 ALLAN
FRIENDSWOOD, TX  77546

MUNDAY, RONALD DEAN
5385 SW 80TH PLACE
OCALA, FL  34476

MUNIZ, JOSEPH
70 BAYLAWN AVENUE
COPIAGUE, NY  11726

MUNJACK, CAROL
5236 DELMAR
ROELAND, KS  66205

MUNJACK, LARRY
5236 DELMAR
ROELAND, KS  66205

MUNN, ZELMA
719 ST. JAMES PLACE #311
EAST WINDSOR, NJ  08520

MUNOZ NAVARRO, LUIS ANDRES
3 NORTE # 3385
QUINTO SECTOR GOMEZ CARRENO
VALPARAISO
VILLA DEL MAR  2520000  CHILE

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MUNOZ URBINA, JORGE PATRICIO
2076
CALLE ELENA
VALPARAISO
QUILPUE  2430000  CHILE

MUNOZ, FRANCISCO
1844 OLD MILL RD
MERRICK, NY  11566

MUNOZ, IGNACIO
1820 E. RIO GRANDE AVE
EL PASO, TX  79902

MUNOZ, IGNACIO
1820 E. RIO GRANDE AVE.
EL PASO, TX  79902

MURPHY, ALBERT HERSTON
331 BARTON CREEK RD
WESTMINSTER, SC  29693

MURPHY, BARBARA
603 ASPEN ST
LANCASTER, TX  75134-3207

MURPHY, FRANK
8045 RADIGAN AVENUE
LAS VEGAS, NV  89131

MURPHY, GERARD E.
119 RIDEWOOD LANE
HAWLEY, PA  18428

MURPHY, MICHAEL R
123 PLEASANT VIEW DRIVE
MONACA, PA  15061

MURRAIN, MASON
1519 BOULEVARD PL
DULUTH, MN  55811

MURRAY, CHRISTINE
834 SUNSET CIRCLE
CRANBERRY TOWNSHIP, PA  16066

MURUA, BERNARDO
LOS LOBOS S/N LAGUNA VERDE
VALPARAISO
CHILE

MUSE, SONEY M.
9326 NYE AVE SE
SNOQUALMIE, WA  98065-5080

MUSHINSKY, HOLLY
1770 BROADHEAD RD.
CORAOPOLIS, PA  15108

MUSHINSKY, WALTER
1770 BRODHEAD RD
CORAOPOLIS, PA  15108

MUSSER, ROY D
200 BRIARIDGE DR
TURTLE CREEK, PA  15145

MUXO, RAYMOND
5 WE 8TH ST
RONKONKOMA, NY  11779

MYERS, ROBERT K
P.O. BOX 373
ROYALTON, IL  62983

MYERS, ROBERT KEITH
PO BOX 373
ROYALTON, IL  62983

MYERS, ROBERT T., JR.
P.O. BOX 373
ROYALTON, IL  62983

MYERS, TODD R
P.O. BOX 373
ROYALTON, IL  62983

MYERS, WILLIAM A
4105 NORTH 38 ST
OMAHA, NE  68111

MYERS, YOLANDA K
P.O. BOX 373
ROYALTON, IL  62983

MYNAR, DEREWOOD M
1203 ALCOA AVE
ROCKDALE, TX  76567

NADEAU, THOMAS
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

NAKASONE, STANLEY
61 NANEA AVE.
WAHIAWA, HI  96786

NAKUNZ, CHRISTOPHER ALAN
C/O FISHER BOYD JOHNSON & HUGUENARD, LLP
2777 ALLEN PKWY
14TH FLOOR
HOUSTON, TX  77019

NALL, GARY
4556 COULEE DR.
BILLINGS, MT  59101

NALLEY, BRIAN
19358 TUBBS LANE
LACYGNE, KS  66040

NALYWAJKO, KATERINA
305 EAST 40TH STREET, #14P
NEW YORK, NY  10016

NALYWAJKO, OREST
104-30 125TH STREET
RICHMOND HILL, NY  11419

NALYWAJKO, VALENTINA
63-61 99TH STREET, #E14
REGO PARK, NY  11374

NAMIAS, NICHOLAS
58 IRVING AV.
ENGLEWOOD CLIFFS, NJ  07632

NAMIAS, NICHOLAS
58 IRVING AVE
ENGLEWOOD CLIFFS, NJ  07632-1436

NANNEY, WILLIAM RICHARD
1718 MARCELINO 5W
ALBUQUERQUE, NM  87105

NAPPER, JOSEPH
610 DOWLESS DR.
FAYETTEVILLE, NC  28311

NARCISSE, LAURENCE
114-48 211TH STREET
CAMBRIA HEIGHTS, NY  11411

NARVAEZ, CARLOS BERNABE
URB VISTA DEL MORRO J-28
CATANO  00962
VENEZUELA

NASH, LYNDIA A.
24307 MALLOW DR.
PRESTON, MD  21655

NASH, ROY A.
1303 STONE BOUNDARY RD
CAMBRIDGE, MD  21613-2962

NATICAK, JOHN
PO BOX 262
411 STEPHANIE CT
LINCOLN, CA  95648

NAUMAN, KENNETH
1302 HEATHER HEIGHTS DR
ALLISON PARK, PA  15101-2019

NAZARENO, RUBEN
133 WEST 17TH ST.
NEW YORK, NY  10011

NEARY, RICK
PO BOX 70282
BILLINGS, MT  59102

NEASE, ZACHARY
2161 OLD FORGE RD
FELTON, PA  17322

NECZPIR, JASON
125 MALLARD DR.
MC KEES ROCKS, PA  15136

NEEB, NEIL M
10035 SHARON PL
RICE, MN  56367

NEELD, DOROTHY M
402 N. 21ST APT. #19
DUNCAN, OK  73533

NEELEY, JAMES
2081 COLUMBIANA ROAD, SUITE 17
BIRMINGHAM, AL  35216

NEELY, DONALD
P.O.BOX34
TOLAR, TX  76476

NEFF, CAROLYN H
1511 EAST HATTON ST
PENSACOLA, FL  32503

NEFF, FREDERICK JOSEPH
135 MULBERRY ROAD
MILLVILLE, NJ  08332-6010

NEGLEY, ROY
2605 BROADWAY AVE
PITTSBURGH, PA  15216-2125

NELLAMS, BOOKER T
1014 CROWE CT
STONE MTN, GA  30083

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 287 of  444

NELLAMS, BOOKER T.
1014 CROWE CT
STONE MOUNTAIN, GA  30083

NELSON, DONALD
11020 S WASHTENAW AVE
CHICAGO, IL  60655

NELSON, DOUGLAS JAMES, SR.
10025 FANNETT RD
BEAUMONT, TX  77705

NELSON, GORDON
125 SE 6TH ST.
CLATSKANIE, OR  97016

NELSON, JAMES
64 SWAN DR
MASSAPEQUA, NY  11758

NELSON, JULIA B
PO BOX 89
DEMOPOLIS, AL  36732

NELSON, JULIA B.
PO BOX 89
DEMOPOLIS, AL  36732

NELSON, JULIE K
2365 CARLSON RD
JAMESTOWN, NY  14701-9333

NELSON, TIMOTHY D., SR.
470 BRADFORD ST.
BROOKLYN, NY  11207

NEMNOM, MARY ANN
149 BAY 13 ST
BROOKLYN, NY  11214

NENADICH, PETER
4633 196 STREET
FLUSHING, NY  11358

NERI, RICHARD
1401 13TH STREET NORTH
VIRGINIA, MN  55792

NETTLES, GREGORY C.
***NO ADDRESS PROVIDED***

NETTLES, GREGORY CHARLES, SR.
3914 BOUIE MILL RD
BROOKHAVEN, MS  39601

NETZ, RICHARD
262 EAGLE LN.
BURKEVILLE, TX  75932

NETZ, RISHARD
262 EAGLE LN.
BURKEVILLE, TX  75932

NEU, MICHAEL T
12154 EAST STATE ROAD 62
ST MEINRAD, IN  47577

NEUMANN, JOE
823 OLD MARCO LANE
MARCO ISLAND, FL  34145

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

NEUMAYER, GEORGE J
552 PEBBLE BEACH WY
EAGLE, ID  83616

NEVLE, LINDA W
1416 DOMINIC DR.
COVINGTON, LA  70435

NEWMAN, DARRELL W
116 S.E. 8TH ST #26
TROUTDALE, OR  97060

NEWMAN, DARRELL W
116 S.E. 8TH ST. #26
TROUTDALE, OR  97060

NEWMAN, DAVID
5730 77TH AVE
PINELLAS PARK, FL  33781

NEWMAN, GARY
258 BURNT CABIN RD
SEAMAN, OH  45679-9759

NEWMAN, JAMES LESLIE
108 SWEET PEA CT
MT PLEASANT, TX  75455

NEWMILLER, DOUGLAS LEE
168 ERICKSON CT SO
BILLINGS, MT  59105

NEWTON, ALMA L.
706 MESQUITE ST.
BX 922
CALVERT, TX  77837

NEWTON, BRENDA
102 TWIN OAKS PLACE
GOLDSBORO, NC  27530

NEWTON, CHARLES BENJAMIN
102 TWIN OAKS PLACE
GOLDSBORO, NC  27530

NEWTON, HERMAN P.
9441 ARDMORE DRIVE
SAINT LOUIS, MO  63137

NEWTON, MACK A
12406 HWY 271 NORTH
MT PLEASANT, TX  75455

NEZ, MAXINE
5 ROAD 6434
KIRTLAND, NM  87417

NG, LIN F
1057 GARDENIA TERRACE
ALAMEDA, CA  94501

NG, LIN-FAI
1057 GARDENIA TERRACE
ALAMEDA, CA  94502

NICHOLAS, GEORGE A, III
269 OLD MILL RD
APOLLO, PA  15613-8850

NICHOLAS, GEORGE A, JR
269 OLD MILL RD
APOLLO, PA  15613

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


NICHOLAS, LISA M
269 OLD MILL RD
APOLLO, PA  15613-8850

NICHOLS, JEAN A
1714 W. 17TH
SIOUX CITY, IA  51103

NICHOLS, JEFF
4335 REST CAMP RD
LENOIR CITY, TN  37772-4654

NICHOLS, JOE
226 STUART
RICHMOND, TX  77531

NICHOLS, LAURIE
4335 REST CAMP RD
LENOIR CITY, TN  37772-4654

NICHOLS, LUISA
1010 WILSHIRE BLVD APT 112
LOS ANGELES, CA  90017-5663

NICHOLS, LUISA
1410 COBB STREET
SAN MATEO, CA  94401

NICHOLS, RONALD O
1714 W. 17TH
SIOUX CITY, IA  51103

NICKERSON, ANDREW
30 MCKINLEY AVE
JAMESTOWN, NY  14701-6752

NICOL, GEORGE S.
1810 TALON
FRIENDSWOOD, TX  77546

NIELSEN, RALPH
8528 W. 9TH AVE.
KENNEWICK, WA  99336

NIEMEYER, ROBERT
3420 BOWMAN STREET
PHILADELPHIA, PA  19129

NIEMSZYK, CARL R.
29 ADDISON ST BSMT APT
GLOUCESTER, MA  01930-3529

NIGRE, PETER WILLIAM
1838 W. STANLEY ST
ALLENTOWN, PA  18104

NINO SILVA, JUANA PATRICIA
LOS OLIV
QUILLOTA
QUILLOTA  10016
CHILE

NIVANS, HERBERT FRANCE, JR.
21 SMART DR
COLUMBIA, LA  71418-4582

NIVANS, HERBERT FRANCES, JR
21 SMART DRIVE
COLUMBIA, LA  71418

NOBLE SR, KEVIN
4221 GREENBRIAR LANE
RICHTON PARK, IL  60471

NOBLE, ALMA
C/O SAMUEL NOBLE
3911 W. 155TH ST.
MARKHAM, IL  60428

NOBLE, ANDRENE
700 LOVELESS RD
HAZEL GREEN, AL  35750

NOBLE, BERNARD
175 W 157TH PL
HARVEY, IL  60426

NOBLE, BERNARD
175 W 157TH PL
HARVEY, IL  60426

NOBLE, DAMETRICE A
3911 W. 155TH ST
MARKHAM, IL  60428

NOBLE, DAMETRICE A.
3911 W. 155TH ST.
MARKHAM, IL  60428

NOBLE, KARL
15816 PAULINA
HARVEY, IL  60426

NOBLE, KARL
15816 PAULINA
HARVEY, IL  60426

NOBLE, SAMUEL L.
2501 HICKORY RD
HOMEWOOD, IL  60430-1610

NOBLE, SAMUEL L.
3911 W. 155TH ST
MARKHAM, IL  60428

NOBLE, TITUS
175 W 157TH PL
HARVEY, IL  60426

NOBLE, TITUS
175 W 157TH PL
HARVEY, IL  60426

NOBLE-DORTY, BRIDGET JOYCE
9947 S EMERALD
CHICAGO, IL  60628

NOBLES, PATICIA S.
P.O. BOX 6497
SPARTANBURG, SC  29304

NOBLES, PATRICIA SIMMONS
C/O BETTY BROWN SIMMONS
BOBBY DAVIS BLVD/MILL ST
MARION, SC  29571

NOBLES, PATRICIA SIMMONS
C/O JANET LOUISE SIMMONS
212 FLAGLER ST.
MARION, SC  29571

NOBLES, PATRICIA SIMMONS
P.O. BOX 6497
SPARTANBURG, SC  29304

NOCKET, THOMAS EDWARD
282 SWEET ARROW LAKE ROAD
PINE GROVE, PA  17963

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 291 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

NOEL, BRIAN
610 CEDARCREST DRIVE
DUNCANSVILLE, PA  16635

NOEL, LEON O.
1048 NIXON ROAD
IDAHO FALLS, ID  83404

NOLAN, HOWARD GENE
705 MILLVILLE DR
HENDERSON, TX  75652

NONTELL, ELMER
1370 SANDRIDGE ROAD
VINE GROVE, KY  40175

NOPPER, DENNIS
6905 HALL RD
SINCLAIRVILLE, NY  14782

NORDLUND, EMELIA M.
1726 RIDGE AVE. APT. 1
CORAOPOLIS, PA  15108

NORDLUND, SUSAN M.
48 W. 7TH ST., W.E.
JAMESTOWN, NY  14701-2554

NORDLUND, THOMAS R.
45 W. 7TH ST., W.E.
JAMESTOWN, NY  14701

NORDSTROM, JANICE
5402 MOUNT AIX WAY
YAKIMA, WA  98901

NORGAARD, ADAM JEFFERY
7160 WILSON RD
EVELETH, MN  55734

NORGAARD, ADAM JEFFERY
7160 WILSON RD
EVELETH, MN  55734

NORGRIFF, HERMA B.
4905 LOCH RAVEN BLVD
BALTIMORE, MD  21239

NORMAN, FRANK J
121 FIRST ST SE
PO BOX 2785
MOULTRIE, GA  31768

NORMAN, KAREN B
121 FIRST ST SE
PO BOX 2785
MOULTRIE, GA  31768

NORRIS, DEBRA
WILLIAMS KHERKHER HART & BOUNDAS L.L.P.
SAMANTHA FLORES
8441 GULF FREEWAY SUITE 600
HOUSTON, TX  77017

NORRIS, ERNEST O'NEIL
335 HARBERT DR.
SAVANNAH, TN  38372

NORRIS, ERNEST O'NEIL
335 HARBERT DR.
SAVANNAH, TN  38372

NORRIS, JAMES C.
8393 VAN BUREN DR.
PITTSBURGH, PA  15237

NORRIS, OTIS H.
WILLIAMS KHERKHER HART & BOUNDAS L.L.P.
SAMANTHA FLORES
8441 GULF FREEWAY SUITE 600
HOUSTON, TX  77017

NORRIS, RONALD R
717 BOWMAN LANE
WEXFORD, PA  15090

NORWOOD, CAROL
5429 SW 191S CT
DUNNELLON, FL  34432

NORWOOD, HARRY B.
5429 SW 191ST CT
DUNNELLON, FL  34432

NOVOTNY, EDWARD M.
210 EAST COAL STREET
TREVORTON, PA  17881

NOVOTNY, EDWARD M.
C/O SHEIN LAW CENTER, LTD.
ATTN: BENJAMIN P. SHEIN, ESQ.
121 S. BROAD ST., 21ST FLOOR
PHILADELPHIA, PA  19107

NOVOTNY, EDWARD M.
C/O SHEIN LAW CENTER, LTD.
ATTN: BENJAMIN P. SHEIN, ESQ.
121 S. BROAD ST., 21ST FLOOR
PHILADELPHIA, PA  19107

NUGENT, MAUREEN
102-30 66TH ROAD APT 5G
FOREST HILLS, NY  11375

NUTTER, BARBARA
20 WESTWIND DR
BOHEMIA, NY  11716-3508

NUTTER, NELSON
31 DEER LAKE DRIVE
NORTH BABYLON, NY  11703

NUTTER, THOMAS
20 WESTWIND DR
BOHEMIA, NY  11716-3508

NYER, CARL
8 LORRAINE ST
TAMAQUA, PA  18252-4454

OBERHOFER, VINCENT F
22-B MARTIN DRIVE
WHISPERING PINES, NC  28327

OBERHOFER, VINCENT F
C/O ANDREW O. OBERHOFER (SON)
8576 SANGATE DRIVE
RALEIGH, NC  27615

OBRIEN, MARY
516 S. POWELL RD
INDEPENDENCE, MO  64056

O'BRIEN, MICHAEL D
94-468 KUPUNA LOOP
VILLAGE PARK WAIPAHU, HI  96797

O'BRIEN, ROBERT P.
23 ALICE LANE
FISHKILL, NY  12524-2421

O'BRIEN, THOMAS
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

OCAMPO, ALELI C
4184 PANORAMA DR
GAHANNA, OH 43230

OCHOA, HENRY O
28134 E 10TH ST
HAYWARD, CA 94544-4806

OCHOA, HENRY O.
28134 E 10TH ST
HAYWARD, CA 94544-4806

OCKMAN, TESSIE SIMMONS
225 DAVIS DR
LULING, LA 70070

ODDO, PARIS MCGUFFIE
1927 SPODE AVE
HENDERSON, NV 89014

ODELL, ROBERT NORMAN
6457 TODDS VALLEY ROAD
PO BOX 393
FORESTHILL, CA 95631

ODEM, STEVE
3703 PUBLIX RD
LAKELAND, FL 33810

O'FLARITY, THOMAS
46 CAROLYN COURT
ARABI, LA 70032

O'GARA, KENNETH M
175 SE ST. LUCIE BLVD. UNIT D-14
STUART, FL 34996

OGG, CLIFFORD
200 PERKINS LANE
JACASBORO, TN 37757

OGG, MICHELLE A.
10 WEBSTER AVE
NORTH IRWIN, PA 15642

OGUENDO, HERIBERTO ROBIES
CALLE SENDERO 25 INT BO AMELIA
GUAYNABO, PR 00965

OLAH, ANNETTE
9728 SILLS DR E APT 103
BOYNTON BEACH, FL 33437-5310

OLBRICH, CHARLENE
307 WEST QUINN
THORNDALE, TX 76577

OLGWIN, ROGER M.
726 ZUNI DRIVE
FARMINGTON, NM 87401

OLINGER, ANNE MARIE
8468 LAUREL LAKES BLVD.
NAPLES, FL 34119

OLINGER, ANNE MARIE
LAW OFFICES OF BEER & KING, P.C.
BARRY H. BEER, WELLS FARGO BANK BLDG.,
SUITE 303
750 EAST MULBERRY AVENUE
SAN ANTONIO, TX 78212-3154

OLIVAS, ROSARIO
1335 N. WATERMAN AVE.
EL CENTRO, CA 92243

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 294 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

OLIVER, ANDREW, JR.
103 SOUTHGATE DR.
ROANOKE RAPIDS, NC 27870

OLIVER, BARBARA
205 GREGORY DRIVE
DESOTO, TX 75115

OLIVER, BENNIE, JR
6109 CADDIE ST #A
AUSTIN, TX 78741-5101

OLIVER, JAMES
1901 S STATE HWY 161 APT #7
GRAND PRAIRIE, TX 75051

OLIVER, NATHAN
205 GREGORY DRIVE
DESOTO, TX 75115

OLIVERI, JOSEPH
4-8B ANCHORAGE LANE
OYSTER BAY, NY 11771-2722

OLIVERI, JOSEPH
5099 EULACE ROAD
JACKSONVILLE, FL 32210

OLSON, CHRISTOPHER
1712 S DIXIE HWY LOT 11
CRETE, IL 60417

OLSON, DAVID
1712 S DIXIE HWY LOT 11
CRETE, IL 60417

OLSON, DEBRA
1712 S DIXIE HWY LOT 11
CRETE, IL 60417

OLSON, MATTHEW
1712 S DIXIE HWY LOT 11
CRETE, IL 60417

OMUNDSON, WILLIAM
412 RIVER ROAD
CLOQUET, MN 55720

ONDREY, LILLIE M
3103 LONGHORN DR 1
ROSENBERG, TX 77471-5438

ONE BEAR, ROBERT JAMES
11122 HOLLOW BREAST DR.
LAME DEER, MT 59043

O'NEAL, CAROL
429 RAINDANCE STREET
THOUSAND OAKS, CA 91360

ONEAL, CAROL
FBO SALVATORE CUFFARO
429 RAINDANCE ST
THOUSAND OAKS, CA 91360-1217

O'NEIL-PLOSKUNAK, JENNIFER
190 LOIS LANE
LEECHBURG, PA 15656

OOTHOUDT, DOUGLAS
36306 COUNTY ROAD 227
COHASSET, MN 55721

ORME, JEFFREY
18 JERSEYTOWN RD. BLOOMSBURG
BLOOMSBURG, PA  17815

ORMENO CABALLERO, EFRAIN RAMON
CALLE CINCO # 734B CASA # 19 CON CON
VALPARAISO
CHILE

ORNER, GLENN E.
PO BOX 71
77 VISNESKY AVE
BRUSH VALLEY, PA  15720

OROSCO, JAMES
3026 DEER MEADOW DRIVE
DANVILLE, CA  94506

OROURKE, BRIAN
4647 W. STATE RD. 142
MONROVIA, IN  46157

ORR, DOUGLAS
555 HUNTING LODGE DRIVE
MIAMI SPRINGS, FL  33166

ORTIZ, MATHEW
311 E GRAVES AVE
MONTEREY PARK, CA  91755

ORTIZ, NELSON CORTES
3155 HAM BROWN RD
KISSIMMEE, FL  34746-3420

ORTIZ, NELSON CORTES
501 BASSETT DR.
KISSIMME, FL  34758

ORTIZ, SERGIO
NEMESIO ANTUNEZ 1559
QUILLOTA
CHILE

OSBORNE, DONALD WILLIAM, JR.
3051 2ND ST NW
HICKORY, NC  28601-1079

OSBORNE, JOHN
6201 LAKE WASH BLVD NE #301
KIRKLAND, WA  98033

O'SHEA, TIMOTHY A
7425 BECKWOOD DR
FORT WORTH, TX  76112

OSMOND, LARRY D
1594 AUSTIN AVE.
IDAHO FALLS, ID  83404

OSORIO, EDUARDO
ARANDA 291
VALPARAISO
VILLA ALEMANA  2450324
CHILE

O'TOOLE, WARREN EUGENE
405 W 69TH ST
JACKSONVILLE, FL  32208

OTSTOT, ALAINA
804 BELLE VISTA DRIVE
ENOLA, PA  17025

OTSTOT, HEATHER
804 BELLE VISTA DRIVE
ENOLA, PA  17025

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 296 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

OTSTOT, OLIVIA
804 BELLE VISTA DRIVE
ENOLA, PA  17025

OTSTOT, RANDALL
804 BELLE VISTA DRIVE
ENOLA, PA  17025

OTSTOT, RAY
804 BELLE VISTA DRIVE
ENOLA, PA  17025

OTT, JENNIFER
186 OTT RD
HOLLSOPPLE, PA  15935

OTTEMA, VERNON
1427 TAYLOR AVE
SHERIDAN, WY  82801

OTTO, BENNETT
512 WEYMAN ROAD
PITTSBURGH, PA  15236

OTTO, CADE
512 WEYMAN ROAD
PITTSBURGH, PA  15236

OTTO, DOUGLAS
512 WEYMAN ROAD
PITTSBURGH, PA  15236

OTTO, LAUREN
512 WEYMAN ROAD
PITTSBURGH, PA  15236

OTTO, NORMA
61 MCGOVERN BLVD
CRESCENT, PA  15046-5406

OTTO, ROBERT
119 WESCOTT DR
PITTSBURGH, PA  15237

OUIDA, EDWARD
2458 NW 118TH TERRACE
CORAL SPRINGS, FL  33065

OUTLAW, BETTY R.
PO BOX 2182
3233 BARON DEKALB ROAD
CAMDEN, SC  29020

OUTLAW, JOSEPH SAMUEL
PO BOX 2182
CAMDEN, SC  29020

OVERHOLT, CHARLES
1714 N KINGSTON PL
TULSA, OK  74115

OVERTURF, JIMMY C
675 BERING DR STE 850
HOUSTON, TX  77057-2128

OWEN, GEANA
213 COUNTY ROAD 3473
JOAQUIN, TX  75954-5555

OWENS, CHARLES O, SR
20484 HAMILTON CT
BURLINGTON, WA  98233

OWENS, KENNETH J
2199 MOUNTAIN VIEW RD #104
STAFFORD, VA  22556

OWENS, RICHARD ALLEN
132 RENARD DR.
NICKELSVILLE, VA  24271

OWENS-HEMBREE, DUSTIN
4506 E 197TH ST
BELTON, MO  64012

OXENDINE, JACKIE S.
***NO ADDRESS PROVIDED***

OXFORD, WAYNE
306 JOHN BARNES RD
CALHOUN, LA  71225

PACE, JOSEPH T.
105 INGRAM AVE
APT 3
PITTSBURGH, PA  15205

PACE, JOSEPH
3045 BLACKSTOCK DR.
CUMMING, GA  30041

PACE, MARY
PO BOX 468
MASTIC, NY  11950

PACHECO, CHARLES E
875 RIVER RD
UNIT 5225
CORONA, CA  92880-1459

PACHELO, CHARELS E
875 RIVER RD UNIT 5225
CORONA, CA  92880-1459

PACKARD, GEORGE WILLIAM
403 CR 535
NACOGDOCHES, TX  75961

PACKY, ROBERT
568SUNSET DRIVE
PITTSBURGH, PA  15228

PADEN, MARK E
1044 CEDAR HEAD RD
SUGARLOAF, PA  18249

PADEN, RACHAEL W.
1044 CEDAR HEAD RD
SUGARLOAF, PA  18249

PADGETT, E. LYNNE
926 N WAKEFIELD ST
NAMPA, ID  83651-3223

PADGETT, E. LYNNE
926 N WAKEFIELD ST
NAMPA, ID  83651-3223

PADGETT, KENNETH J.
926 N WAKEFIELD ST
NAMPA, ID  83651-3223

PADGETT, KENNETH J.
926 N WAKEFIELD ST
NAMPA, ID  83651-3223

PADILLA, ABRAHAM RUIZ
HC 50 BOX 21152
SAN LORENZO, PR 00754

PADILLA, CINDY
1911 E BUFFALO ST
CHANDLER, AZ 85225

PADILLA, DOROTHY M.
230 S 25TH AVE APT C1
BRIGHTON, CO 80601-2635

PADILLA, JOSE M
150 SOUTH 72ND ST APT 225
HOUSTON, TX 77011

PADILLA, JOSE M.
150 S 72ND ST APT 225
HOUSTON, TX 77011

PADILLA, KURTIS
1911 E BUFFALO ST
CHANDLER, AZ 85225

PADILLA, NORMA IRIS RODRIGUEZ
28 STREET UU-6 JARDINES DE CAPARRA
BAYAMON, PR 00959

PADILLA, NORMA IRIS RODRIGUEZ
28 STREET UU-6 JARDINES DE CAPARRA
BAYAMON, PR 00959

PADILLA, ROBERT
1911 E. BUFFALO ST.
CHANDLER, AZ 85225

PADRON, ANGELES ESTRADA
1500 RIDGEVIEW ST.
MESQUITE, TX 75149

PADRON, FRANCISCO ESTRADA
1509 DOUGLAS DR.
GARLAND, TX 75041

PADRON, MIGUEL ANGEL
1422 MELTON DR
MESQUITE, TX 75149

PAGAN, FRANK
11903 S INDIAN RIVER DR
JENSEN BEACH, FL 34957-2205

PAHLER, KENNETH S
101 GILLIGAN STREET
WILKES BARRE, PA 18702

PAHLER, KENNETH S
101 GILLIGAN STREET
WILKES-BARRE, PA 18702

PAINTER, AMANDA
237 LOGGERS LANE
CLINTON, TN 37716

PAIS, ROBERT L., SR.
4335 W CRITTENDEN LN
PHOENIX, AZ 85031

PAIT, JERRY E.
433 LAKEWOOD DR.
HARTSVILLE, SC 29550

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

Notices mailed by: **April 30, 2021**


PAL, DULAL
680 LAKESIDE DRIVE
BALDWIN, NY  11510

PALESTRINI, GLORIA
1399 ACKERSON BLVD
BAY SHORE, NY  11706

PALITTE, RICHARD SAMUEL
1203 CLOVERBROOK DR
SAINT CHARLES, MO  63304-8723


PALMER, PAMELA S.
215 RAMSEY RUN RD
INDIANA, PA  15701

PALMER, RICHARD J.
107 WESTFIELD AVENUE
PITTSBURGH, PA  15229

PALMER, RICHARD S.
215 RAMSEY RUN RD
INDIANA, PA  15701


PALMER, TIMOTHY
895 EAST PIKE
INDIANA, PA  15701

PALMO, PAMELA
4755 N. PLACITA CAZADOR
TUCSON, AZ  85718

PALMO, TERRY
4755 N. PLACITA CAZADOR
TUCSON, AZ  85718


PAMPENA, RAYMOND E
666 MASTIC ROAD
MASTIC, NY  11950

PANGANIBAN, ERNESTO
935 STEVENS CREEK CIRCLE
FORSYTH, IL  62535

PANTYNEN, CAROL
575 WHITE COTTAGE RD. S.
ANGRVIN, CA  94508


PAOLI, CHERYL
PO BOX 335
BADIN, NC  28009

PAQUIN, JANET E
W1252 OLD PORTAGE TRAIL
ST IGNACE, MI  49781-9825

PAQUIN, MICHAEL B
W1252 OLD PORTGAGE TRAIL
ST IGNACE, MI  49781-9825


PARENT, KENNETH A, JR
C/O DAVID O MCCORMICK
CUMBEST CUMBEST HUNTER & MCCORMICK
P.A.
PO DRAWER 1287
PASCAGOULA, MS  39568-1287

PARENT, MICHAEL
502 27TH ST. SE
AUBURN, WA  98002

PARISH, RICHARD V
12423 55TH PL. W.
MUKILTEO, WA  98275-5519

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 300 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

PARISH, SYDNEY C.
550 WALNUT ST
LOCKPORT, NY  14094

PARKE, KEVIN
560 ZACHARY WAY
GARNER, NC  27529

PARKE, TANIA
560 ZACHARY WAY
GARNER, NC  27529

PARKER, BRENDA
1260 LONG LICK RD.
STOUT, OH  45684

PARKER, ERICA
809 1/2 JACK ROUSH WAY
MANCHERSTER, OH  45144

PARKER, GLORIA J. SUTHERLAND
8189 FOXTAIL LOOP
PENSACOLA, FL  32526-3242

PARKER, JESSE
10623 WHEATRIDGE DR
SUN CITY, AZ  85373

PARKER, JOE EDWARD
PO BOX 3143
GLEN ROSE, TX  76043-3143

PARKER, NICKLAS
586 MICHIGAN ST
LEAVENWORTH, KS  66048

PARKS, DAVID M.
12769 SEARS ROAD
CAIRO, IL  62914

PARKS, NANCY
2961 W LONG DR APT C
LITTLETON, CO  80120-8188

PARM, SALADIN BYRON
3577 N BELT LINE RD
IRVING, TX  75062-7804

PARMENT, BRUCE
4944 MARSHALL AVE
PO BOX 294
BEMUS POINT, NY  14712

PARMENT, BRUCE
4944 MARSHALL AVE
PO BOX 294
BEMUS POINT, NY  14712

PARR, ROBERT
109 GLEN AVE
WILLIAMSVILLE, NY  14221

PARSON, STEVEN D
6106 STARHURST DR.
KNOXVILLE, TN  37921

PARSONS, AMANDA
504 JORDAN AVE
CLEVELAND, TX  77327-4874

PARSONS, AMANDA
504 JORDAN AVE
CLEVELAND, TX  77327-4874

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

PARSONS, ROLAND M
1847 MORGANTON DR
HENDERSON, NV  89052

PARSONS, STEVEN
3119 SLEEPY HOLLOW DRIVE
SUGAR LAND, TX  77479

PASTERNAK, EDWARD
132 PATTISON AVE.
PO BOX 514
MARIENVILLE, PA  16239

PATE, JIMMY B.
812 S. NARCISSUS
KOSSE, TX  76653

PATEL, AJIT S.
1218 FALLING WATER LANE
KATY, TX  77494-3690

PATEL, AJIT
1218 FALLING WATER LANE
KATY, TX  77494

PATEL, HARSHAD R
106 LISSA LANE
SUGAR LAND, TX  77479

PATEL, HARSHAD R
106 LISSA LANE
SUGARLAND, TX  77479

PATEL, HASMUKH V
5 RUTH PL
PLAINVIEW, NY  11803-6464

PATEL, YOGEN
A/K/A YOGENDRA PATEL
2341 BARTOLO DRIVE
LAND O LAKES, FL  34639

PATEL, YOGEN
A/K/A YOGENDRA PATEL
2341 BARTOLO DRIVE
LAND O LAKES, FL  34639

PATEL, YOGEN
A/K/A YOGENDRA PATEL
2341 BARTOLO DRIVE
LAND O LAKES, FL  34639

PATRICK, SHIRLEY
3501 RIVERLAND RD
MOSS POINT, MS  39562

PATRONIE, FRANK F.
3191 UNIONVILLE RD
CRANBERRY TWP, PA  16066

PATRONIE, FRANK F.
3191 UNIONVILLE ROAD
CRANBERRY TWP, PA  16066

PATSCHKE, RICHARD CHARLES (DECEASED)
JEANETTE PATSCHKE
1802 YOKLEY
ROCKDELE, TX  76567

PATTERSON, ALLEN KEITH
7805 SE 36TH
WHITEWATER, KS  67154

PATTERSON, JERRY
419 ELM ST
ANACONDA, MT  59711

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 302 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

PATTERSON, LLOYD D, JR
1846 S MISSOURI DR
CASA GRANDE, FL 85194

PATTERSON, LOUISE SHANNON
1520 E DESOTO AVE
SAINT LOUIS, MO 63107

PATTUM, JOSEPH E
5246 HONEYVINE DR
HOUSTON, TX 77048-4170

PATTUM, JOSEPH E
5246 HONEYVINE DR.
HOUSTON, TX 77048-4170

PAUL, EICHELBERGER
348 YINGLING,RD
OSTERBURG, PA 16667

PAUL, MARYLL
788 SHICKSHINNY ROAD
STILLWATER, PA 17878

PAUL, ROBERT
14703 E 217TH ST.
PECULIAR, MO 64078

PAUL, ROBERT
788 SHICKSHINNY ROAD
STILLWATER, PA 17878

PAUL, WANDA
2730 CLAYTON PIKE
MANCHESTER, OH 45144

PAUL, WANDA
2730 CLAYTON PK.
MANCHESTER, OH 45144

PAULINSKY, REGIS
PO BOX 192
ADAMSBURG, PA 15611-0192

PAULSON, HAROLD ALBERT
6816 N RICHMOND
PORTLAND, OR 97203

PAULSON, MARIA E
111 NW 21ST STREET
OWATONNA, MN 55060

PAULSON, RICHARD A
ESTATE OF
111 21ST ST NW
OWATONNA, MN 55060-1215

PAVLOVICH, STEPHEN
945 WILDLIFE LODGE RD. #2
LOWER BURRELL, PA 15068

PAWELSKI, MEGAN
21140 BRIDLE RUN
NORTHVILLE, MI 48167

PAWN, WILLIAM K., JR.
7107 17TH PL SE
LAKE STEVENS, WA 98258-3158

PAXTON, LARRY W
16008 RAWHIDE AVE
PALMDALE, CA 93591-3207

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


PAXTON, LARRY
16008 RAWHIDE AVE
PALMDALE, CA  93591

PAXTON, RONALD CRAIG
839 COAL CREEK RD
LONGVIEW, WA  98632-9146

PAXTON, VIRGINIA M
1003 ALBERT AVE.
NORFOLK, VA  23513


PAYLOR, CLYDE
160 GRAVITTE RD
ROXBORO, NC  27573

PAYLOR, CLYDE
160 GRAVITTE RD
ROXBORO, NC  27573

PAYNE, MITCHELL RONALD
426 COUNSELORS WAY APT 208
FORT MILL, SC  29708-8635


PAYTON, PERCY EDWARD
3406 HARRISON ST.
DENVER, CO  80205

PEARCE, RICHARD
136 MELROSE ST APT 92
BRATTLEBORO, VT  05301-6821

PEARSON, ANNE
63 MARCH CT
SELDEN, NY  11784


PEARSON, JEFF
160 SUNCOAST DRIVE
MCCOOK LAKE, SD  57049

PEARSON, WD
1223 7TH AVE
TEXAS CITY, TX  77590

PEDDICORD, DARLENE
444 ETON DRIVE
GREENSBURG, PA  15601


PEDDICORD, HARRY
444 ETON DRIVE
GREENSBURG, PA  15601

PEDDICORD, SARA
111 DISPATCH LN
BLAIRSVILLE, PA  15717-4024

PEDINGS, DENNIS
827 EAST DR.
SHEFFIELD LAKE, OH  44054


PEDOTE, FRANK
10229 SWANSON COURT
SPRING HILL, FL  34608

PEDROSO, LEONARD
18 SMITH HILL RD
BINGHAMTON, NY  13905

PEED, DAVID J.
1044 ANKENEY RD.
XENIA, OH  45385

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

PEED, LOIS E.
1044 ANKENEY RD.
XENIA, OH  45385

PEEL, ROBERT
333 BAR HARBOR RD
PASADENA, MD  21122

PEEVY, JIMMIE C.
5602 PARDEE ST
HOUSTON, TX  77026

PEIFER, ROBERT
139 SPEICHER LANE
BOSWELL, PA  15531

PELLEGRINI, BRIAN
701 LINDSAY RD
CARNEGIE, PA  15106

PELPHREY, LINDA
3727 9TH LANE
VERO BEACH, FL  32960

PELPHREY, WILLIAM
3727 9TH LANE
VERO BEACH, FL  32960

PEMPEK, JEANMAIRE E
6889 CR 289
SWEENY, IL  77480

PENA, ARMANDO R
5018 BEVLY DR
CORPUS CHRISTI, TX  78411

PENA, ARMANDO
5018 BEVLY DR
CORPUS CHRISTI, TX  78411-2616

PENA, MANUEL JR
34-43 CRESCENT ST
APT 3C
ASTORIA, NY  11106

PENAGOS, ANNIE BETH
1047 HOFFMAN ST
HOUSTON, TX  77020

PENAGOS, ANNIE
1047 HOFFMAN ST
HOUSTON, TX  77020

PENDERGRASS, JULIE
1954 FLAT TOP RD
GHENT, WV  25843-9386

PENDERGRASS, JULIE
215 DENNIS LN ELLISON RDG
JUMPING BR, WV  25969

PENDLEY, LARISSA
140 N PARK DR
GREENVILLE, KY  42345-1767

PENDLEY, MARTHA
140 N PARK DR
GREENVILLE, KY  42345-1767

PENNINGTON, THOMAS ODELL
607 VICKSBURG ST
HOT SPRINGS, AR  71901

PENNINGTON, WALTER ALVIN, SR.
210 LOUIS LN
WATERLOO, SC  29384

PEOPLES, GARY
345 WAYNE RD.
VANCEBORO, NC  28586

PEOPLES, LARRY
168 JEFFERSON DR
LOWER BURRELL, PA  15068

PEPPER, BOBBY
1413 W 4TH ST
LAMPASAS, TX  76550

PERDUE, DOUGLAS EDWIN
90 MCCLAIN STREET
PATRICK, SC  29584-5264

PERETIN, JOSEPH
321 JUNE DRIVE
PITTSBURGH, PA  15236

PEREZ, DANNY
9981 WILLOW FALLS LN
BROOKSHIRE, TX  77423

PEREZ, DOMINGO A, JR
17123 BLAIRWOOD
HOUSTON, TX  77049

PEREZ, GEREADO
1111 E GENESEE ST
TAMPA, FL  33603-4113

PEREZ, GEREADO
711 WALTON AVE APT 6B
BRONX, NY  10451-2556

PEREZ, MARIA A.
3822 WEST AVE APT 123
SAN ANTONIO, TX  78213

PEREZ, MARIA
3822 WEST AVE
APT 123
SAN ANTONIO, TX  78213

PEREZ, ROSE
9981 WILLOW FALLS LN
BROOKSHIRE, TX  77423

PEREZ, SETH
1335 HENDERSON ST
PALACIOS, TX  77465

PEREZ, TABITHA
9981 WILLOW FALLS LN
BROOKSHIRE, TX  77423

PERGERSON, JOHNNIE
6672 POPLAR CREEK RD
OXFORD, NC  27565

PERGERSON, MICHAEL DEAN
1600 DIRGIE MINE ROAD
ROXBORO, NC  27574

PERGERSON, REBECCA PERRY
1600 DIRGIE MINE RD
ROXBORO, NC  27574

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

| | | |
|---|---|---|
| PERITZ, FERD<br>N87W17985 QUEENSWAY ST<br>MENOMONEE FLS, WI 53051-2614 | PERITZ, FERD<br>N87W17985 QUEENSWAY ST.<br>MENOMONEE FALLS, WI 53051 | PERKINS, ROBERT<br>1400 SUNSET DRIVE<br>DARLINGTON, SC 29532 |
| PERRET, WILLIAM<br>995 PARK QUARRY RD<br>FREEDOM, PA 15042 | PERRIMAN, EVERETT R<br>4128 W 4TH STREET<br>BATTLEFIELD, MO 65619 | PERROTTO, JOHN<br>2 TAMARAC RIDGE CIR<br>SHELTON, CT 06484 |
| PERRY, DARWIN E<br>277 S UNION ST<br>SPENCERPORT, NY 14559-1403 | PERSAD, RANDAL<br>263 HOWARD BLVD<br>MOUNT ARLINGTON, NJ 07856 | PERSONS, ROBERT W<br>102 REID AVE<br>PORT WASHINGTON, NY 11050-3530 |
| PETERKIN, ERMA<br>1550 WASHINGTON AVE<br>BRONX, NY 10457 | PETERKIN, ERMA<br>1550 WASHINGTON AVE<br>BRONX, NY 10457 | PETERS, BRADFORD S, SR<br>145 VISTA DRIVE<br>EASTON, PA 18042-7203 |
| PETERS, CHARLES H<br>2350 BURTONVILLE ROAD<br>ESPERANCE, NY 12066 | PETERS, EDWARD FRANCIS<br>236 WARREN AVE<br>BELLMAWR, NJ 08031-1728 | PETERS, EDWARD FRANCIS<br>236 WARREN AVE<br>BELLMAWR, NJ 08031-1728 |
| PETERS, JOHN HENRY<br>106 LARGO COURT<br>3 JADE DR<br>VICTORIA, TX 77904-1623 | PETERS, WALTER GARY<br>64 RICE AVE<br>EDWARDSVILLE, PA 18704 | PETERSON, CHARLES E. DECEASED<br>2253 N. CENTER ROAD<br>HARTSVILLE, SC 29550 |

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

PETERSON, CHESTER F, JR
905 TUCKAHOE RD.
SEWELL, NJ  08080

PETERSON, GARY
6847 HOLEMAN AVENUE
BLAINE, WA  98230

PETERSON, JEROME L.
2527 SW REILLEY AVE.
PALM CITY, FL  34990

PETERSON, JOHN E
12154 ELLA LEE LANE
HOUSTON, TX  77077

PETERSON, RONALD G.
1683 CAMFIELD LN
MOUNT PLEASANT, SC  29466

PETET, NORMAND
56 ST. JOSEPH STREET
APT 420
FALL RIVER, MA  02723

PETIT, NORMAND
56 SAINT JOSEPH ST APT 420
FALL RIVER, MA  02723

PETIT, NORMAND
56 SAINT JOSEPH ST
APT 420
FALL RIVER, MA  02723

PETITT, JOE I.
845 AUGUSTA DR APT 26-B
HOUSTON, TX  77057

PETROVICH, MILICA
933 JOHN GEORGE RD
SHELOCTA, PA  15774

PETRY, CHARLES
21 BORDER LANE
LEVITTOWN, NY  11756

PETTIGREW, GERALD
PO BOX 18385
TUCSON, AZ  85731

PETTIGREW, HOMER, JR.
PO BOX 18385
TUCSON, AZ  85731

PETTIGREW, JANE J.
PO BOX 84
SHIPROCK, NM  87420

PETTIGREW, MARY
PO BOX 18385
TUCSON, AZ  85731

PETTIT, PAUL
173 RASPBERRY WAY
MADISON, AL  35757

PETTUS, CLEATUS
324 RICK HENRY LANE
MCBEE, SC  29101

PETTY, KENNETH E
410 S EL PASO ST
HEARNE, TX  77859-2478

Debtor: **ENERGY FUTURE HOLDINGS CORP.**, et al    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 308 of 444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

PETTY, KENNETH
410 S. EL PASO ST.
HEARNE, TX  77859

PETTY, TRACY
3442 SAINT JAMES CHURCH RD
DENVER, NC  28037-8506

PEZZECA, TANA
2620 HOLBROOK
APT 304
HAMTRAMCK, MI  48212

PFAB, JOHN
15571 WHISPERING WILLOW DR
WELLINGTON, FL  33414

PHARIS, HARVEY ELLIS
495 JERRY LUCY RD
LONGVIEW, TX  75603-7033

PHEAGIN, AUDREY RUTH
PO BOX 977
GROVER, NC  28073

PHEAGIN, ROBERT EDWARD
P.O. BOX 977
GROVER, NC  28073

PHEAGIN, ROBERT EDWARD, II
P.O. BOX 977
GROVER, NC  28073

PHILLIP, FRANKIE C.
755 BURNT ISLAND RD
LUMBERTON, NC  28358

PHILLIPPE, ROSS W., JR.
17314 W. 161 ST.
OLATHE, KS  66062

PHILLIPS, ARTHUR L.
1106 VALLEY CIRCLE
KILMICHAEL, MS  39747

PHILLIPS, ARTHUR
1106 VALLEY CIRCLE
KILMICHAEL, MS  39747

PHILLIPS, ARTHUR
1106 VALLEY CIRCLE
KILMICHAEL, MS  39747

PHILLIPS, BENJAMIN
2875 PILGRIMS POINT DRIVE
WEBSTER, TX  77598

PHILLIPS, BOBBY
701 MARKET ST STE 1000
SAINT LOUIS, MO  63101-1851

PHILLIPS, CHARLES W.
307 NTH. WASH
BOX 201
PARIS, MO  65275

PHILLIPS, ERMA TURNER
517 ROCKY HOCK CREEK ROAD
EDENTON, NC  27932

PHILLIPS, GARY
115 DEVILS ELBOW ROAD
HARFORD, PA  18823

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


PHILLIPS, GRADY
9216 SE PARKWAY DR
HOBE SOUND, FL  33455

PHILLIPS, HAROLD O
153 WHIPPOORWILL DR
OAK RIDGE, TN  37830

PHILLIPS, O'NEAL, JR.
P.O. BOX 237
HEATH SPRINGS, SC  29058

PHILLIPS, RAY
4327 FM 2254
PITTSBURG, TX  75686

PHILLIPS, RUTH JANICE
1742 FLAT CREEK RD
LANCASTER, SC  29720

PHILLIPS, SARAH
8 SALVIA COURT WEST
HOMOSASSA, FL  34446

PHILLIPS, SARAH
8 SALVIA COURT WEST
HOMOSASSA, FL  34446

PHILLIPS, SUSAN
4327 FM 2254
PO BOX 419
PITTSBURG, TX  75686

PHILLIPS, WILLIAM ALLEN
4598 PEPPERGRASS RD
MIDDLEBURG, FL  32063

PHILLIPS, WILLIAM E. & SARAH
EIGHT SALVIA CT. WEST
HOMOSASSA, FL  34446

PHILLIPS, WILLIE, SR.
709 RICE
ROCKDALE, TX  76567

PHILLIPS, WILLIE, SR.
709 RICE
ROCKDALE, TX  76567

PHINNEY, RICHARD A.
2306 ORIOLE LANE
SOUTH DAYTONA, FL  32119

PIAZZA, THOMAS J
25 RAY ST
FREEPORT, NY  11520-5122

PIAZZA, THOMAS JOHN
25 RAY STREET
FREEPORT, NY  11520

PICKETT, FREDERICK, JR
16072 ALABAMA AVE
SILVERHILL, AL  36576-3880

PIEFER, COREY
300 NEWPORT ROAD
DUNNCANNON, PA  17020

PIEKARSKI, ERVIN
2332 W. 10TH ST.
DULUTH, MN  55806

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

PIERATT, CHARLES T.
814 FRANKLIN ST
TEXARKANA, TX  75501

PIERCE, JAMES L
370 RUSSELL RD NE
LAWRENCEVILLE, GA  30043

PIERCE, LORANE
9930 HAYES RD
MT IRON, MN  55768

PIERCE, PHILLIP L.
725 CHERRY GROVE RD.
EARLEVILLE, MD  21919

PIERCE, PHILLIP L.
725 CHERRY GROVE RD.
EARLEVILLE, MD  21919

PIERCEFIELD, JACK
3883 DAGNINO RD
LIVERMORE, CA  94551

PIERIE, JAMES
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

PIERRE, STANLEY C.
1137 HWY 18
EDGARD, LA  70049

PIETERNELLE, CRISPO H
5306 LORRAINE DR
BAYTOWN, TX  77521-1732

PIETERNELLE, CRISPO H
5306 LORRAINE
BAYTOWN, TX  77521-1732

PILKEY, CHARLES D
2919 COOLIDGE DR
BELLINGHAM, WA  98225

PINEDA-MALDONADO, JOSE
5757 E 122ND DR.
BRIGTHON, CO  80602

PINKSTON, SCOTT
9767 HALSEY RD
JACKSONVILLE, FL  32246

PIPER, GARRY BARBER
165 MINGO LANE
CHUBBUCK, ID  83202

PIPER, MARK
307 HERKIMER ST APT 1
JOLIET, IL  60432-2347

PIPETTI, GERARD A
1606 GRANT AVE
ALTOONA, PA  16602

PIRO, RONALD
350 PLOWMAN RD.
VIMTONDALE, PA  15961

PITRE, GARRY W
304 SHRIKE DR.
BUDA, TX  78610

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

PITTENGER, RICHARD
6161 TOWNSHIP ROAD 49
GALION, OH  44833

PITTENGER, VICKI
6161 TOWNSHIP ROAD 49
GALION, OH  44833

PITTMAN, LEATHA M.
2002 FLANNAGAN RD
GREENVILLE, MS  38701

PITTMAN, LEATHA M.
2002 FLANNAGAN RD
GREENVILLE, MS  38701

PITTS, FLOYD L.
9 KIMBERLEY DR
LAUREL, MS  39440

PITTS, JOHN A. DECEASED
2928 CROOKED CREEK RD
KENNESAW, GA  30152

PITTS, PHILLIP GARY
918 E. 6TH ST.
ADA, OK  74820

PIVAWER, PAUL M
11 KALMIA LANE
VALLEY STREAM, NY  11581

PIVAWER, PAUL M
11 KALMIA LANE
VALLEY STREAM, NY  11581

PLATT, DENNIS
220 CARROLL RD
PO BOX 561
CARROLLTOWN, PA  15722

PLATT, HAROLD, JR
780 GOUCHER STREET
JOHNSTOWN, PA  15905

PLEASANT, SYLVIA MICHAEL
201 W. ARBOR AVENUE
LEXINGTON, NC  27292

PLEASANTS, FRANK M.
359 POPLAR DR
DAWSONVILLE, GA  30534

PLEDGER, ANN
C/O KELLER FISHBACK & JACKSON
28720 CANWOOD STREET
SUITE 200
AGOURA HILLS, CA  91301

PLOCIDO, VINCENT J, JR
104 CROSSING RIDGE TRAIL
CRANBERRY TOWNSHIP, PA  16066

PLOSKUNAK, DAVID
190 LOIS LANE
LEECHBURG, PA  15656

PLOSKUNAK, DELANEY
190 LOIS LANE
LEECHBURG, PA  15656

PLOUFF, GLORIA M.
84 RANDALL PLACE
SPRINGFIELD, MA  01108

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

PLOWMAN, JERILYN
1367 BRACKEN RD
VINTONDALE, PA  15961

PLOWMAN, KENNETH
1151 PLOWMAN ROAD
VINTONDALE, PA  15961

PLOWMAN, ROSS
1367BRACKEN RD
VINTONDALE, PA  15961

PLUMLEE, NEAL E
9664 S FM 779
ALBA, TX  75410

PLUMMER, RICHARD NEIL
1617 ROSEMOUNT ROAD
PORTSMOUTH, OH  45662

PLYLER, ARTHUR TERRENCE
1625 BERTHA KNIGHT RD
LANCASTER, SC  29720

POE, CHARLES M
2341 CEDARWOOD DR
MAYSVILLE, KY  41056-7924

POE, JAMES ALLEN
2933 RT AA
HOLTS SUMMIT, MO  65043

POE, TINA
575 MILLFRONT AVENUE
YUBA CITY, CA  95991

POFF, BRIAN T
27851 VIA ROMA
MISSION VIEJO, CA  92692

POINDEXTER, JAMES ELMER, SR.
9193 MCGHEES MILL RD.
SEMORA, NC  27343

POLANCO, ISRAEL T
309 W HATFIELD ST
TUCSON, AZ  85706

POLITLE, WILLIAM
921 STACY DR
ASHLAND, MO  65010

POLITO, VINCENT J, JR
4436 PEREGRINE PLACE
MARTINEZ, GA  30907

POLK, EDWARD LEE, SR
704 WOOD ACRES DR
DALLAS, TX  75241

POLK, ELTON
4033 POLK ST.
GARY, IN  46408

POLK, LARRY
4024 RICE ROAD
PLANT CITY, FL  33566

POLLUTRI, FRANCES BIANCA
116 MAYBURY AVE
STATEN ISLAND, NY  10308

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 313 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

PONCE, ABED
7201 W 78TH ST APT B
OVERLAND PARK, KS  66204-2977

PONDER, MARYANN WICKLEY
715 BAILEY RD
UNION, SC  29379

POOLE, JENNIFER SIMMONS
1091 WISE LOFTIS RD
VIRGILINA, VA  24598

POOLE, JERRY WAYNE
1091 WISE LOFTIS RD
VIRGILINA, VA  24598

POOLE, MIKE
1410 BIGGS HWY
RISING SUN, MD  21078

POPE, CALVIN W
201 MERIDA RD.
SAINT AUGUSTINE, FL  32086

POPE, CALVIN W.
201 MERIDA RD
SAINT AUGUSTINE, FL  32080

POPE, CATHY
203 GREENWOOD ST.
CARY, NC  27511

POPE, CHRIS W
3919 FAIRMONT PKWY #114
PASADENA, TX  77504

POPE, YOLONDA D.
1115 WOODVIEW RD.
CLEVELAND HEIGHTS, OH  44121

POPLEON, GWENDOLYN
1110 MICHIGAN AVENUE
PORT ALLEN, LA  70767

POPP, GARY
194 HARMAN ROAD
HALIFAX, PA  17032

PORTER, BRIAN K
2683 CRIM RD.
METROPOLIS, IL  62960

PORTER, CRAIG
RT. 1 BOX 464 AP
ALTA LOMA, TX  77510

PORTER, GARY
808 PARADISE COVE DR
LAMPE, MO  65681

PORTER, LESTER JOHN
629 MEADOW RIDGE RD
EASLEY, SC  29642

PORTER, MARCUS H.
7705 UNIONSVILLE RD
BROOKPORT, IL  62910

PORTER, RICHARD
202 8TH ST.
LAKE VIEW, IA  51450

Debtor: ENERGY FUTURE HOLDINGS CORP., et al
NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL
Page 314 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

PORTNER, LEON J
1814 ASHLAND ROAD
NEW ULM, MN  56073

POST, HENRY JOSEPH
1087 BETHEL HILL ROAD
SHICKSHINNY, PA  18655-3703

POSTIN, RONALD
15 RIDGEVIEW DR
BRAESIDE, ON  K0A 1G0
CANADA

POSTON, DONALD RAY
PO BOX 176
RIESEL, TX  76682-0176

POSTON, JESSE EUGENE (DECEASED)
VELMA KAY WEST
RT 1 BOX 39
MONTAGUE, TX  76251

POTTER, ESTATE OF HAROLD L
11378 CLOUDCREST DR
SAN DIEGO, CA  92127-2002

POTTER, RITA
11378 CLOUDCREST DR.
SAN DIEGO, CA  92127

POTTER, RITA
11378 CLOUDCREST DR.
SAN DIEGO, CA  92127

POTTER, ROBERT V, SR
25907 GLEN EAGLE DR
LEESBURG, FL  34748

POWELL, CLARA S.
682 SUMMERS RD
VALDESE, NC  28690

POWELL, FRED S
PO BOX 99687
RALEIGH, NC  27624

POWELL, FRED S.
PO BOX 99687
RALEIGH, NC  27624

POWELL, FRED S.
PO BOX 99687
RALEIGH, NC  27624

POWELL, GARY B
10 MARTIN DRIVE
UMATILLA, OR  97882

POWELL, JOHN RAY SR
PO BOX 574
LITTLETON, NC  27850

POWELL, JOHN RAY SR.
PO BOX 574
LITTLETON, NC  27850

POWELL, LARRY WAYNE
682 SUMMERS RD
VALDESE, NC  28690

POWELL, NETTIE D.
PO BOX 574
LITTLETON, NC  27850

Debtor: ENERGY FUTURE HOLDINGS CORP., et al       NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED       Page 315 of  444
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

POWELL, NETTIE D.
PO BOX 574
LITTLETON, NC  27850

POWELL, NETTIE D.
PO BOX 574
LITTLETON, NC  27850

POWELL, TRAVIS W
15480 NE 233RD ST
FORT MC COY, FL  32134-3358

POWELL, TRAVIS W
THE LIPMAN LAW FIRM
5915 PONCE DE LEON BLVD. STE. 44
CORAL GABLES, FL  33146

POWERS, ASKARI
268 DAHLIA ST
HENDERSON, NV  89015

POWERS, TERRY
408 W HORNER ST APT 14
EBENSBURG, PA  15931-1349

PRACHT, BILLIE RUTH
34527 COLUMBINE TRAIL E
ELIZABETH, CO  80107

PRALL, LUANN
8313 WINTHROP
HOUSTON, TX  77075

PRATHER, BOBBY L , SR
880 TOM PRATHER RD
MAYFIELD, KY  42066

PRATHER, BOBBY L , SR
880 TOM PRATHER RD
MAYFIELD, KY  42066

PRATT, JANICE R.
11 DAVIS ROAD
P.O. BOX 173
ACKERMAN, MS  39735

PRATT, JUDITH A.
P.O. BOX 612
CENTERVILLE, TX  75833-0612

PRATT, RICHARD C.
P.O. BOX 612
CENTERVILLE, TX  75833-0612

PRATT, RICKIE JAMALL
11 DAVIS RD
ACKERMAN, MS  39735

PRATTE, BRUCE L
635 N DIVISION ST
BONNE TERRE, MO  63628

PREBEG, MIKE
19732 RADAICH RD.
GOODLAND, MN  55742

PREDKO, KAREN
728 LINDEN AVE.
JOHNSTOWN, PA  15902

PREMAKO, ROBERT
25 BELCHER RD
BLAIRSTOWN, NJ  07825

PRENDERGAST, JAMES
3005 S. WINONA CT
DENVER, CO  80236

PRESNELL, GARY L
7276 WILKES YADKIN RD.
HAMPTONVILLE, NC  27020

PRESTWOOD, GRADY M
723 CENTER ST
HENDERSON, NV  89015-6158


PRESTWOOD, GRADY M
ANTHONY Z. ZMAILA LIMITED PLLC
PATRICIA L. ALTSTATT, ACP, 265 EAST WARM
SPRINGS RD
SUITE 100
LAS VEGAS, NV  89119

PRETORY, ARTHUR
4 PARTRIDGE LANE
EAST SETAUKET, NY  11733

PREVOST, THOMAS M
P.O. BOX 358
ALVIN, TX  77512


PRIBBLE, BREANNA
23506 W 399TH ST.
FONTANA, KS  66026

PRIBBLE, BRENT
23506 W. 399TH ST.
FONTANA, KS  66026

PRIBBLE, GAVIN
126 N RAILROAD ST
LA CYGNE, KS  66040


PRIBBLE, JACQUELINE
126 N RAILROAD ST
LA CYGNE, KS  66040

PRIBBLE, JOANNA
23506 W 399TH ST.
FONTANA, KS  66026

PRIBBLE, JOSEPH
23506 W 399TH ST.
FONTANA, KS  66026


PRIBBLE, NANCY
23506 W 399TH ST.
FONTANA, KS  66026

PRICE, CHARLES W.
11286 NATHANIEL DR.
ORLANDO, FL  32825

PRICE, CHARLES
1610 CATCLAW LN.
RIDGEWAY, SC  29130


PRICE, CHARLES
1610 CATCLAW LN.
RIDGEWAY, SC  29140

PRICE, CHRISTINE MARIE
14903 MIDDLE ISLAND RD
WEST UNION, WV  26456

PRICE, DAVID A
202 SLAYDON
HENDERSON, TX  75654

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 317 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

PRICE, DAVID A
PHENIX PHENIX & CRUMP
118 SOUTH MAIN
HENDERSON, TX  75654

PRICE, DAVID III
2415 S.W. WILLOW PKWY
GRESHAM, OR  97080

PRICE, DAVID JAY
14903 MIDDLE ISLAND ROAD
WEST UNION, WV  26456

PRICE, DEBORA LIVOLSI
7784 FAIRVIEW RD
BOULDER, CO  80303

PRICE, GARY
7757 STATE HWY W
ELKLAND, MO  65644

PRICE, GERALD
218 SOUTH RAILROAD AVE
LAMAR, SC  29069

PRICE, GERALD
P.O BOX 513
LAMAR, SC  29069

PRICE, KAREN R
202 SLAYDON
HENDERSON, TX  75654

PRICE, KAREN R
PHENIX, PHENIX & CRUMP
118 SOUTH MAIN
HENDERSON, TX  75654

PRICE, KATHERINE
7757 STATE HWY W
ELKLAND, MO  65644

PRICE, LARRY LEON
HWY. 32 JOHNSON LOOP
SANDY HOOK, KY  41171

PRICE, LEONARD
264 E. QUEEN LANE
PHILADELPHIA, PA  19144

PRICE, MARVIN
6213 NORTH HIGHLAND AVENUE
GLADSTONE, MO  64118

PRICE, NORMA JOANNE
2603 LISA LANE
GOLDSBORO, NC  27534

PRICE, RODNEY
6015 POINT PLEASANT ROAD
BALTIMORE, MD  21206

PRIDMORE, DAVID
1689 WITT HILL DRIVE
SPRING HILL, TN  37174

PRIDMORE, DAVID
1689 WITT HILL DRIVE
SPRING HILL, TN  37174

PRIDMORE, DAVID
662 VASSAR AVE
SAINT LOUIS, MO  63130-3150

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 318 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

PRIDMORE, DAVID
BENJAMIN D. CUNNINGHAM
MOTLEY RICE
PO BOX 1792
MOUNT PLEASANT, SC  29465

PRIDMORE, GEORGE
1689 WITT HILL DRIVE
SPRING HILL, TN  37174

PRIDMORE, GEORGE
1689 WITT HILL DRIVE
SPRING HILL, TN  37174

PRIDMORE, GEORGE
662 VASSAR AVE
SAINT LOUIS, MO  63130-3150

PRIDMORE, GEORGE
701 MARKET ST STE 1000
SAINT LOUIS, MO  63101-1851

PRIDMORE, GEORGE
BENJAMIN D. CUNNINGHAM
MOTLEY RICE
PO BOX 1792
MOUNT PLEASANT, SC  29465

PRIDMORE, MARY J.
G. DAVID PRIDMORE
1689 WITT HILL DRIVE
SPRING HILL, TN  37174

PRIDMORE, MARY
1689 WITT HILL DRIVE
SPRING HILL, TN  37174

PRIDMORE, MARY
701 MARKET ST STE 1000
SAINT LOUIS, MO  63101-1851

PRIDMORE, MARY
ATTN: JAMES JOSEPH KUSMIERCZAK, ATTY
2402 DORAL COURT
EDWARDSVILLE, IL  62025

PRIDMORE, MARY
BENJAMIN D. CUNNINGHAM
MOTLEY RICE
PO BOX 1792
MOUNT PLEASANT, SC  29465

PRIEM, ERVIN SAMUEL
4289 NW 16TH ST
GAINESVILLE, FL  32605

PRIETO, FIDEL
9538 REID HALL LANE
MATTHEWS, NC  28105

PRIHODA, JOHNNY
7476 COUNTY ROAD 684C
SWEENY, TX  77480

PRINCE, MICHAEL
PO BOX 74066
FRASER HEIGHTS
SURREY, BC  V4N 5H9
CANADA

PROCHASKA, JOHN
PO BOX 681
BEL AIR, MD  21014

PROCTOR, DIANNE H.
6004 ROBERT RUARK DR POB 10448
SOUTHPORT, NC  28461

PROFFITT, SAM
122 MULBERRY COVE
ONALASKA, TX  77360

PROPST, RAYMOND LEE
35760 DOW LANE
ASTORIA, OR  97103

PROSSER, ANGELA
2406 HORSESHOE LN
RICHMOND, TX  77406

PROSSER, JAMIE A
2406 HORSESHOE LN
RICHMOND, TX  77406-6839

PROSSER, JEFFREY
2477 NORTH FOREST RD
GETZVILLE, NY  14068

PROSSER, MILDRED
3650 GRANT ROAD
4434 VERNIS CT
MACON, GA  31217

PRUITT, JAMES O.
C/O WARD BLACK LAW
208 W WENDOVER AVE
GREENSBORO, NC  27401

PRUITT, RUSSELL
24 S HAGGIN AVE.
RED LODGE, MT  59068

PRUITT, RUTHIE
1782 C.R. 35
HEIDELBERG, MS  39439

PRUITT, VALERIE LENORA
740-A CR 39
VOSSBURG, MS  39366

PRUITT, VERONICA L.
PO BOX 121
HEIDELBERG, MS  39439-0121

PRUITT, VERONICA L.
PO BOX 121
HEIDELBERG, MS  39439-0121

PRYOR, JAMES M
10387 FM 753
ATHENS, TX  75751

PRZYBYLOWSKI, ANDRZEJ J
5351 ST MARYS CIRCLE
WESTMINSTER, CA  92683

PRZYBYLOWSKI, EHREUTRAUD
5351 ST MARYS CIRCLE
WESTMINSTER, CA  92683

PULLIN, ALLEN L.
10906 SYCAMORE DR S
LA PORTE, TX  77571

PURASH, MARY M.
79 GRANGE RD.
NEW WILMINGTON, PA  16142

PURCELL, MICHAEL
2073 S.E. HARLOW ST.
PORT ST. LUCIE, FL  34952

PURDY, RONALD
4400 LAKESHORE BLVD
LAKEPORT, CA  95453

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

PYCIOR, REBECCA A
596 WINNEBAGO DRIVE
LAKE WINNEBAGO, MO  64034

PYCIOR, REBECCA A.
596 WINNEBAGO DRIVE
LAKE WINNEBAGO, MO  64034

QUARTARONE, FRANCES SUGAMELI
6630 N AMAHL PLACE
TUCSON, AZ  85704

QUEEN, JERRY
1326 W ERIE
HOLBROOK, AZ  86025

QUICK, JOHN
34 ELM ST
ABERDEEN, OH  45101-9532

QUICK, LEO C.
5157 W ORO RD
BISBEE, AZ  85603

QUINLIVAN, ANN T REED
PO BOX 2084
MARS HILL, NC  28754

QUINTON, WANDA CAMP
216 TWIN BRIDGE ROAD
GAFFNEY, SC  29341

RAAB, DAVID
800 ALLEGHENY RIVER BLVD APT 2
OAKMONT, PA  15139

RABON, ALBERT E.
1737 HOUGHTON ST.
JAMES ISLAND, SC  29412

RABOVSKY, VALENT
22049 PERRY HWY
ZELIENOPLE, PA  16063

RACEY, BOBBY L
5065 U.S. HWY. 45 SOUTH
BELKNAP, IL  62908

RACKLEY, EMMERLL
4720 CHANDLER ROAD
MERIDIAN, MS  39305

RADELICH, RICHARD
6953 NE LOOP 820 #827
NORTH RICHLAND HILLS, TX  76180

RADFORD, PAULA OLIVER
1765 MOUNT TABOR CHURCH RD
CLEVELAND, NC  27013-9697

RADFORD, TERRY ALBERT
1765 MOUNT TABOR CHURCH RD
CLEVELAND, NC  27013-9697

RADLEY, MARVIN E
603 N MAIN ST
ESTILL SPRINGS, TN  37330

RADLEY, MARVIN E
603 N MAIN ST
ESTILL SPRINGS, TN  37330-3216

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

Page 321 of  444

RADOVICH, BRAD
522 MARION AVE
SPRINGDALE, PA  15144

RADTKE, GUY
240 NEW YORK AVE
MASSAPEQUA PARK, NY  11762

RADY, TODD
N1720 STATE HIGHWAY M35
MENOMINEE, MI  49858

RAGER, ALAN H.
212 LAKE BRANDT DR
CARY, NC  27519-9508

RAILEY, CHARLES W., SR.
1313 NW TIGER DRAIN RD
WHITE SPRINGS, FL  32096

RAIN, GEORGE
63 LINCOLN AVENORTH IRWIN
NORTH IRWIN, PA  15642

RAIN, MILDRED A.
63 LINCOLN AVE
NORTH IRWIN, PA  15642

RAINE, HELEN B
3508 WEST 126 ST
CLEVELAND, OH  44111

RAINS, CAMILLE
1746 CR 459
THORNDALE, TX  76577

RAINS, MICHAEL
2930 SKIMMER WAY
CROSBY, TX  77532

RAKER, LARRY
338 FERSTER HILL ROAD
SUNBURY, PA  17801

RALAT, JULIO SANTIAGO
CALLE AURELIO DUENO H5-14
7MA SECC LEVITTOWN
TOA BAJA, PR  00949

RALEIGH, MARGARET
123 B HERITAGE HILL RD
NEW CANAAN, CT  06840

RALLIS, MARY RALLIS
2596 S. 350E
KNOX, IN  46534

RALLIS, THOMAS
2465 PALISADE AVE APT 6G
BRONX, NY  10463

RALPH, MICHAEL
6814 COLONY CT
DERBY, NY  14047

RAMIREZ AGUILERA, ALEX ARTURO
LAUTARO 45 LAGUNA VERDE
VALPARAISO
VALPARAISO  2340000
CHILE

RAMIREZ, FRANK L
189 N MAIN ST
MONROE, UT  84754

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 322 of 444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

RAMIREZ, FRANK L
JARED L. PETERSON, ATTORNEY AT LAW
635 N. MAIN
SUITE 677
RICHFIELD, UT  84701

RAMIREZ, MARJORIE L
4223 JUNIATA ST
SAINT LOUIS, MO  63116-1907

RAMIREZ, VICTOR V
200 E 1ST ST
HEARNE, TX  77859-2602

RAMOS, ANGEL LOPEZ
CALLE TREN #106
CATANO, PR  00962
PUERTO RICO

RAMSEY, DOROTHY
6003 BROOKFIELD POINTE DR.
CHARLOTTE, NC  28216

RANDALL, LYNN
108 CARITA DRIVE
AVONDALE, LA  70094

RANDALL, MARY E (SULLIVAN)
PO BOX 5312
183 CANDLEWOOD LAKE RD
BROOKFIELD, CT  06804-5312

RANDIG, MACEY
75 CR 447
TAYLOR, TX  76574

RANDIG, MELISSA
75 CR 447
TAYLOR, TX  76574

RANDIG, RONALD
75 CR 447
TAYLOR, TX  76574

RANDLE, ALINE T (BOLDEN)
8009 W ELIZABETH LN APT 101
FORT WORTH, TX  76116-5150

RANDOLPH, AUGUSTINE A
7439 CHARLESTON RUN CV
MEMPHIS, TN  38125-4214

RANDOLPH, JAMES CARROLL
1048 DEACON DR.
MARION, NC  28752

RANDOLPH, SALLY E HURLEY
3815 BUCKINGHAM DR
NACOGDOCHES, TX  75965

RANEY, JOHN
316 BIRCH STREET
HAMILTON, NJ  08610

RANKIN, JOHN RONALD DECEASED
7730 W. HOMOSASSA TRL.
HOMOSASSA, FL  34448

RANKIN, MICHAEL EASON
4321 HICKORY HOLLOW RD
GASTONIA, NC  28056

RANKIN, TERESA OWENSBY
4321 HICKORY HOLLOW RD
GASTONIA, NC  28056

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


RAPP, JOHN
370 ORCHARD CIRCLE
HENDERSONVILLE, NC  28739

RARDON, LINDA JO MCKINSTRY
48 NORTH KENYON STREET
INDIANAPOLIS, IN  46219

RASMUSSEN, R RICHARD JR
63 VALLEY ROAD
HAWORTH, NJ  07641


RATHKE, DEANNE S
276 FILLMORE ST
CENTERPORT, NY  11721

RATHKE, JOHN W
276 FILLMORE ST
CENTERPORT, NY  11721

RATHOSKY, HARRY
1950 THRUSH DRIVE
PENSACOLA, FL  32534


RATHOSKY, HARRY
1950 THRUSH DRIVE
PENSACOLA, FL  32534

RATZEL, DOUGLAS
1367 EAST HILL
FRANKLINVILLE, NY  14737

RATZEL, RICHARD
1400 LYNOON RD
FRANKLINVILLE, NY  14737


RAUCHLE, RONALD W
544 E PARK AVE
TOMAHAWK, WI  54487-1556

RAWLINGS, RICKY
507 CELESTE DRIVE
ROBINSON, TX  76706

RAWLINSON, JOE F, SR.
503 LAUREL STREET
PO BOX 830596
RICHARDSON, TX  75083-0596


RAWLINSON, JOE F, SR.
C/O ENGLISH LAW GROUP, PLLC
ATTN: JAY C. ENGLISH
7616 LBJ FREEWAY, STE. 500
DALLAS, TX  75251

RAWSON, JOSHUA
219 LEWIS ROAD
CLARKSVILLE, VA  23927

RAWSON, KIMBERLY
219 LEWIS ROAD
CLARKSVILLE, VA  23927


RAWSON, ROBERT
219 LEWIS ROAD
CLARKSVILLE, VA  23927

RAY, AMIT KUMAR
4204 FREITAG WAY
ELK GROVE, CA  95758-6084

RAY, DALE
1115 SOMMERSET DR
MCKEESPORT, PA  15135

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 324 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

RAY, KIMBERLY
1115 SOMMERSET DR.
MCKEESPORT, PA 15135

RAYBORN, SHANE
4906 DANFORD DR.
BILLINGS, MT 59106

RAYNOR, ARNOLD & DENNIS
306 W. GRANTHAM ST
GOLDSBORO, NC 27530

RAYNOR, ARNOLD
306 WEST GRANTHAM ST
GOLDSBORO, NC 27530

RAYNOR, ARNOLD, JR.
306 WEST GRANTHAM ST.
GOLDSBORO, NC 27530

RAYNOSA, ANGEL ANTENIO
3156 QUARR ST
AURORA, CO 80011

RAYOUM, KAREN
134 ESTELLE DR
NAPLES, FL 34112-7008

RAZOR, TRISHA
8626 INCA DR
TAMPA, FL 33637

REAGAN, WALTER L.
11515 W. LIZARD CT.
SURPRISE, AZ 85374

REARDON, CARRIE E.
34 LAKESHORE AVENUE
PLYMOUTH, MA 02360

REARDON, CARRIE E.
34 LAKESHORE AVENUE
PLYMOUTH, MA 02360

REAVES, CHARLES B
642 1/2 F AVE
NATIONAL CITY, CA 91950-2340

REAVES, MICHAEL
10212 MAC ARTHUR DR
N LITTLE ROCK, AR 72118-2066

REBHOLZ, NORB
3312 THORNWOOD DRIVE
BETHEL PARK, PA 15102

REBO, DAVID
111 AKERS ROAD
HOMER CITY, PA 15748

REBO, MARY
111 AKERS ROAD
HOMER CITY, PA 15748

RECK, ROBERT D
673 E EASTER AVE
CENTENNIAL, CO 80122

REDDICK, CHARLIE HENRY
6627 MISTYDALE
KATY, TX 77449

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

Page 325 of  444

REDDIN, TIMOTHY
PO BOX 6857
HUNTSVILLE, TX  77342

REDETZKE, CLYDE S.
109 WINDIN CREEK CT
SEALY, TX  77474

REDMON, MATTHEW
20516 N SABINE DR.
NEW CANEY, TX  77357

REED, ANGIE G.
6045 EASTERN HILLS
MAYSVILLE, KY  41056

REED, CLIFTON G
725 INWOOD ST
MINEOLA, TX  75773-1909

REED, HORACE, JR.
22575 HOUSTON RD
HOUSTONIA, MO  65333

REED, JAMES C
10327 SHELBYVILLE RD.
LOUISVILLE, KY  40723

REED, LYNNE MARIE ALLEN
512 11TH ST NW
ALBUQUERQUE, NM  87102-1806

REED, LYNNE MARIE ALLEN
LAW OFFICE OF RICK REED
512 11TH ST NW
ALBUQUERQUE, NM  87102-1806

REED, RAYMOND R.
6045 EASTERN HILLS
MAYSVILLE, KY  41056

REESE, DIANE L WALTERS
560 LAKE HORST ROAD ART
BROWNS MILLS, NJ  08015

REESE, ELIZABETH
1632 CATAWBA SPRINGS DR
HARTSVILLE, SC  29550

REESE, JOAN M
48 BARRONDALE RD
BLAIRSVILLE, PA  15717

REETZ, ANTHONY
11338 SILVER BAY RD
BRAINERD, MN  56401

REEVES, NICKIE G.
8720 S. HARDSAW RD
OAK GROVE, MO  64075

REGISTER, STEVE MICHAEL
410 RETA
DEER PARK, TX  77536

REIBER, JOEL A.
151 MILLERSTOWN CULMERVILLE RD.
TARENTUM, PA  15084

REID, AINSLEY
142 BROADWAY RD
MILTON, PA  17847

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 326 of  444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

REID, ARTHUR J
49 JEANMOOR RD
AMHERST, NY  14228-3036

REID, CYNTHIA
142 BROADWAY RD
MILTON, PA  17847

REID, DONALD W
227 BROWN SHORES ROAD
PO BOX 644
SACKETS HARBOR, NY  13685

REID, JACK
11801 WAKEHURST DRIVE
NORTH CHESTERFIELD, VA  23236

REID, NATASHA
142 BROADWAY RD
MILTON, PA  17847

REIJO, JAMES
627 N. 24TH AVE.
DULUTH, MN  55807

REIMSCHUSSEL, DIANE
143 VINEYARD LAKE CIR
CONWAY, SC  29527-7879

REISCHE, CYNTHIA MARIE
13517 SPRING STREET
GRANDVIEW, MO  64030

REISS, ALAN
163 CONCORD AVE
OCEANSIDE, NY  11572

REISS, RONALD
4316 ORANGE RIDGE CT
VALRICO, FL  33596-5565

REN, KITTY
814 SAINT ELIZABETH DR
APT 256
SAN JOSE, CA  95126-3949

RENTSCHLER, HARLAND F.
1957 RIVER RD.
MOBILE, AL  36605

RESER, MARK
PO BOX 86
OTIS, CO  80743-0086

RETZLAFF, RUBEN M
1519 SAN ANTONE LN
LEWISVILLE, TX  75077-2855

REUBART, JACK LEE
7 RICHARDS DR
FORT MADISON, IA  52627

REUBART, NANCY S
32 RICHARDS DR
FORT MADISON, IA  52627-2138

REUTER, ALANA C VICKNAIR
302 W. MAPLE RIDGE DRIVE
METAIRIE, LA  70001

REUTER, ALANA C VICKNAIR
302 W. MAPLE RIDGE DRIVE
METAIRIE, LA  70001

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 327 of 444

REUTER, FREDERICK
125 HUGHES ROAD
HAMPSTEAD, NC 28443

REUTER, RACHEL ANN
2822 KENTUCKY AVE
PADUCAH, KY 42001-4145

REVIER, PRISCILLA
6893 W HWY 61
TOFTE, MN 55615

REYES BOBADILLA, FRANCISCO
LOS TOPACIOS 1380
DEPTO I 403
QUILPUE
CHILE

REYES, CALISTRO RIVERA
3004 MICHAEL ST
BACLIFF, TX 77518

REYNOLDS, JOHN T. (JACK)
412 S CEDAR AVE
BROKEN ARROW, OK 74012-4009

REYNOLDS, JOHN
412 S CEDAR AVE
BROKEN ARROW, OK 74012-4009

REYNOLDS, TRACY D
25 YARMOUTH DR
BELLA VISTA, AR 72715-2347

REYNOLDS, TRACY D.
25 YARMOUTH DR.
BELLA VISTA, AR 72715

REZAK, DAVID T
3327 MONIKA CIRCLE
ORLANDO, FL 32812

REZAK, SARAH B
6 SINARAN DR #2413
SUGAR VALLEY, GA 307468

REZAK, WILLIAM D
522 W PRINCETON ST
ORLANDO, FL 32804-5326

REZAK, WILLIAM D
522 W PRINCETON ST
ORLANDO, FL 32804-5326

RHEA, ALAN W.
8817 NE 106TH PLACE
KANSAS CITY, MO 64157

RHEW, RICKEY
415 NORTH RIDGE CIRCLE
BOX 405
ROXBORO, NC 27573

RHIINE, JEREMY
258 ALILCIA DR
LEECHBURG, PA 15656

RHOADS, ROBERT E.
1052 COUNTRY HILL DR
HARRISBURG, PA 17111-4655

RHOADS, SCOTT
417 N. MAIN ST
BARRE, VT 05641

Debtor: ENERGY FUTURE HOLDINGS CORP., et al
NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL
Page 328 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

RHOW, JOSHUA P.
2612 FIVE MILE RD
ALLEGANY, NY  14706-9428

RHOW, JOSHUA
2612 FIVE MILE RD
ALLEGANY, NY  14706-9428

RHOW, PATRICIA
2612 FIVE MILE RD
ALLEGANY, NY  14706-9428

RHOW, SUMMER E.
2612 FIVE MILE RD
ALLEGANY, NY  14706-9428

RHYNE, THOMAS SYLVANUS, III
140 MYSTWOOD HOLLOW CIR
HOLLY SPRINGS, NC  27540-4471

RICCARDINO, DAVID THOMAS
508 S CENTER AVE
NEW STANTON, PA  15672-9714

RICE (FLETCHER), REDETHIA ANTOINETTE
1103 MAGNALIA ST
NATCHEZ, MS  39120

RICE, CHARLES A
326 C.R 2093
LIBERTY, TX  77575

RICE, CHARLES LEE
105 MARINE DR.
PINEVILLE, NC  28134-0967

RICE, JAMES W.
1807 KANSAS ST
BAYTOWN, TX  77520

RICE, JAMES W.
1807 KANSAS ST
BAYTOWN, TX  77520-6315

RICH, JAMES HOUSTON, SR.
3380 MISSION DR
LINCOLNTON, NC  28092

RICH, PATRICIA A
15 EDGEHILL RD
BLAIRSTOWN, NJ  07825

RICH, TY
32103 115TH ST.
SMITHLAND, IA  51056

RICH, TY
32103 115TH ST.
SMITHLAND, IA  51056

RICHARD, DANIEL JAMES
457 EAST ROSEBUD ST. APT #2
PO BOX 1082
FORSYTH, MT  59327

RICHARD, LYNN C
517 E DUBLIN BAY RD
SCRANTON, AR  72863

RICHARD, TERRY
121 DEERFIELD DR
STAR CITY, AK  71667

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

RICHARDS, ROBERT W.
17050 WINDHAM COURT
MEADVILLE, PA 16335

RICHARDS, ROMAN
13910 MANOR WAY
LYNNWOOD, WA 98087

RICHARDS, RONALD L
8388 GALE RD
GOODRICH, MI 48438

RICHARDS, RONALD L
8388 GALE RD
GOODRICH, MI 48438-9436

RICHARDSON, CHARLES F
4027 PELICAN WAY
SOUTH BEND, IN 46628

RICHARDSON, CHARLES L, JR
608 CHOCTAW BLUFF RD
JACKSON, AL 36545

RICHARDSON, CHARLES
608 CHOCTAW BLUFF RD
JACKSON, AL 36545

RICHARDSON, CHARLES, SR.
608 CHOCTAW BLUFF RD.
JACKSON, AL 36545

RICHARDSON, DARLENE
1013 KEVIN RD
BALTIMORE, MD 21229

RICHARDSON, DELORIS J
608 CHOCTAW BLUFF RD
JACKSON, AL 36545

RICHARDSON, ELIZABETH EARLINE
4376 STATE ROUTE 94 E.
SEDALIA, KY 42071

RICHARDSON, ELIZABETH
4376 STATE ROUTE 94 E.
SEDALIA, KY 42079

RICHARDSON, JIMMY GAIL
841 FILTER PLANT ROAD
GAFFNEY, SC 29340

RICHARDSON, JORDAN
PO BOX 2795
14 3RD AVE SO
WARBA, MN 55793

RICHARDSON, KENT
308 S.W. 24TH ST
OAK GROVE, MO 64075

RICHARDSON, PHILLIP B
302 MOAT SEWELL ROAD UNIT #2
PHILADELPHIA, TN 37846

RICHARDSON, ROSALAND MARIE (JAMES)
326 SO. WASHINGTON ST.
TEXAS CITY, TX 77591-3939

RICHARDSON, SHELTON
***NO ADDRESS PROVIDED***

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

RICHARDSON, THOMAS J
143 SILVER STREET
RIVERSIDE, RI  02915

RICHARDSON, VICTORIA
608 CHOCTAW BLUFF RD
JACKSON, AL  36545

RICHARDSON, WILLIAM JIMMY
302 MOAT SEWELL RD UNIT #1
PHILADELPHIA, TN  37846

RICHE, HAPPY
2697 SOUTH 945 EAST
PRICE, UT  84501

RICHEL, JAMES
909 MONROE AVE
PORT VUE, PA  15133

RICHEY, CHERI
2501 WEST SNOW LANE
BENTON CITY, WA  99320

RICHIE, PETER C
340 SUNSET DRIVE APT 501
FT LAUDERDALE, FL  33301

RICHMAN, MURLEN, JR.
407 NW HWY 18
CLINTON, MO  64735

RICHMAN, VICKI
407 NW HWY 18
CLINTON, MO  64735

RICHTER, AMANDA
5907 EDNA AVE
BALTIMORE, MD  21214

RICHTER, ERNEST
2333 EHLINGER RD
NEW ULM, TX  78950

RICHTER, KATHRYN
2202 HOLLOW BEND LN
ROSENBERG, TX  77471

RICHTER, LEROY H
2207 HOLLOW BEND LN
ROSENBERG, TX  77471

RICKER, PAULINE I
2907 ASHBURN ST.
LEHIGH ACRES, FL  33972

RICKEY, CHARLES D.
817 WILLOW POINT CIRCLE
TONGANOXIE, KS  66086

RIDENHOUR, FRANKIE G.
2487 BURNING TREE LN
LITTLE RIVER, SC  29566

RIDGEWAY, WILLIAM
356 MILLET LANE
PITTSBURGH, PA  15236

RIEGGER, DENNIS L.
53 OLD ORCHARD ROAD
METROPOLIS, IL  62960

RIEGGER, JOHN S.
768 TOSS A DE MAR AVE.
HENDERSON, NV  89002

RIENDEAU, WILLIAM
417 MYRTLE AVE
WEST ISLIP, NY  11795

RIENDEAU, WILLIAM
417 MYRTLE AVE.
WEST ISLIP, NY  11795

RIEXINGER, RYAN
PO BOX 102
YATESBORO, PA  16263-0102

RIGGINS, NANCY
3603 FERNWOOD DRIVE
OCEAN SPRINGS, MS  39564

RIIKE, GARY, SR.
557 164TH STREET
DAKOTA CITY, NE  68731

RIIKE, GARY, SR.
557 164TH STREET
DAKOTA CITY, NE  68731

RILEY, JACKIE ODELL
3321 DANVILLE DR APT 401
KILGORE, TX  75662-5726

RILEY, JAMES H. DECEASED
107 EC CHAPMAN RD
SOCIETY HILL, SC  29593

RILEY, MARTIN J
1711 N HERON DR
RIDGEFIELD, WA  98642-9684

RILEY, MARTIN
1711 N. HERON DR
RIDGEFIELD, WA  98642

RILEY, SHANE
2290 REIS RUN RD
PITTSBURGH, PA  15237-1427

RILEY, WILLIAM PAUL
1410 RANDALL RD
INDEPENDENCE, MO  64058

RINCONES, MANUEL
3921 DUNBROOK DR.
CORPUS CHRISTI, TX  78415

RINDINI, DIANE M. DECEASED
81 SUMMER ST
HYDE PARK, MA  02136

RINGGOLD, LARY M
24 BREWER ROAD
CONWAY, AR  72032

RINK, EDWARD J.
163 EATON DRIVE
WAYNE, PA  19087

RINK, EDWARD
163 EATON DRIVE
WAYNE, PA  19087

RIORDAN, MARY
4912 ALBERTA LN NW
ALBUQUERQUE, NM  87120

RIOS, JOSE
20936 W STONE HILL RD
BUCKEYE, CA  85396

RIPLEY, JAMES M
6510 SW 27 STREET
MIAMI, FL  33155

RIPPER, RICKY
120 PARKVIEW DRIVE
NORTH LITTLE ROCK, AR  72118

RISING, FURNEY F.
P.O. BOX 118
BLADENBORO, NC  28320

RISING, LINDA
PO BOX 118
BLADENBORO, NC  28320

RITENOUR, GARY M.
PO BOX 492
YOUNGSTOWN, PA  15696

RITTER, CAROL
249 COUNTY ROAD 278
CARTHAGE, TX  75633

RITTER, JOHN
1455 BLUEBELL DR
LIVERMORE, CA  94551

RITTER, PAUL
249 COUNTY ROAD 278
CARTHAGE, TX  75633

RITTER, RAYMOND
81 CROMLEY RD
DANVILLE, PA  17821

RITTER, WILLIAM
140 GRANADA DR
LODI, CA  95240-0710

RITTERSHAUS, WILLIAM E
PO BOX 57
219 FOOSHEE PASS
TEN MILE, TN  37880

RITZ, MARY M
7104 CHESTNUT RIDGE RD
LOCKPORT, NY  14094

RITZEL, RODNEY
37696 HOLLY ST
OCEAN VIEW, DE  19970

RIVAS, MARIA DE LOS ANGELES
5560 SHASTA LN APT 54
LA MESA, CA  91942

RIVAS, MARIA
5560 SHASTA LN APT 54
LA MESA, CA  91942-4412

RIVERA, ABRAHAM
632 GARCIA LN
SAN LUIS, AZ  85347

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL**

Page 333 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

RIVERA, CARLOS I. MORALES
PO BOX 779
CATANO, PR  00963

RIVERA, ELI AND LINDA
148 LAKEVIEW CIRCLE
MONTGOMERY, TX  77356

RIVERA, JOSE AMANDO, JR
10419 LAZY MEADOWS DR
HOUSTON, TX  77064-4223

RIVERA, JOSE J, JR
20126 CRESCENT CREEK DR
KATY, TX  77449

RIVERA, LUIS A. FERNANDEZ
PASEO DONCELLA 1201-1RG SEC
LERIHUEN
TOA BAJA, PR  00949

RIVERA, LUIS A. FERNANDEZ
PASEO DONCELLA 1201-1RG SEC
LERIHUEN
TOA BAJA, PR  00949

RIVERA, RAFAEL ROMAN
CALLE 8J-23 URB. BELLOMONTE
GUAYNABO, PR  00969

RIVERS, RAYMOND R.
111 KAYMAR DRIVE
NORTH SYRACUSE, NY  13212

RIVERS, RAYMOND R.
111 KAYMAR DRIVE
NORTH SYRACUSE, NY  13212

RIVERS, RICKEY
961 KAHLA
CRYSTAL BEACH, TX  77650

ROARICASTE, TERESA
FAMILY MEMBER OF CLAIMANT
***NO ADDRESS PROVIDED***

ROBBINS, BENNETT
4160 TEXAS ST
#2
SAN DIEGO, CA  92104

ROBBINS, CRAIG B.
PO BOX 9001
TACOMA, WA  98490-9001

ROBBINS, WILLIAM H.
493 FAIRVIEW DRIVE
WEST WINFIELD, NY  13491

ROBE, ROLF
1979 CHERRY AVE
SAN JOSE, CA  95125

ROBERT L. FIQUE, JR.
BETTY ANN FIQUE
56 YARA WAT
HANOVER, PA  17331-8476

ROBERT, CORTNEY
226 OAK LANE
LULING, LA  70070

ROBERT, DIANE
226 OAK LANE
LULING, LA  70070

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


ROBERT, IAN
226 OAK LANE
LULING, LA  70070

ROBERT, NEIL
226 OAK LANE
LULING, LA  70070

ROBERTS, BARRY EUGENE
8619 WASHAM
HOUSTON, TX  77075


ROBERTS, BOBBY J
2522 W HIGHLAND AVE APT 108
PHOENIX, AZ  85017-3757

ROBERTS, BOBBY JACK
2522 W HIGHLAND AVE APT 108
PHOENIX, AZ  85017-3757

ROBERTS, BONNIE
31411 SPICA ST
TOMBALL, TX  77375


ROBERTS, BRYAN
589 NORTH BRANCH ROAD
MCDONALD, PA  15057

ROBERTS, DONALD H
705 FOREST DR
QUINCY, FL  32351-1649

ROBERTS, DONALD RAY
1370 SUTTLE RD.
LANCASTER, SC  29720


ROBERTS, JOSEPH A.
69 BUTTERNUT DRIVE
114 HARMONY HILL RD
HARWINTON, CT  06791-2022

ROBERTS, JOSEPH A.
C/O ALLAN M. CANE, ESQ.
325 REEF ROAD, SUITE 212
FAIRFIELD, CT  06824

ROBERTS, LARRY
1009 SAMY DRIVE
TAMPA, FL  33613


ROBERTS, LORETTA GAIL
1370 SUTLLE RD
LANCASTER, SC  29720-9088

ROBERTS, NATHAN JOHN
1341 RINGGOLD RIVER RD.
MESA, WA  99343

ROBERTS, PERRY G
103 UPSON AVENUE
THOMASTON, GA  30286-4519


ROBERTS, RITA JEAN
43702 N. THUNDER RD.
P.O. BOX 5272
BENTON CITY, WA  99320

ROBERTS, STEWART S.
3334 BEAUMONT DR
PEARL, MS  39208-5303

ROBERTS, WESLEY S
1130 S HAVEN
HEWITT, TX  76643-3964

ROBERTSON, CLAUDE V
P.O. BOX 485
1181 N CHAVIS RD
KITTRELL, NC  27544

ROBERTSON, CLAUDE V
P.O. BOX 485
1181 N CHAVIS RD
KITTRELL, NC  27544

ROBERTSON, JUDITH
PO BOX 39
COLBERT, WA  99005

ROBERTSON, KENNETH R
P.O. BOX 289
MELVILLE, LA  71353

ROBERTSON, LINDA
705 CROSSROAD DR
MALAKOFF, TX  75148-9801

ROBERTSON, MARTIN
210 E. 7TH ST
METROPOLIS, IL  62960

ROBERTSON, RICHARD NEIL
98 PROSPECT HILL RD
NOANK, CT  06340-5631

ROBERTSON, RONNIE
PO BOX 39
COLBERT, WA  99005

ROBERTSON, WILLIAM JOE
705 CROSSROAD DR
MALAKOFF, TX  75148-9801

ROBINSON, CHARLES JUNIOR
873 HAMBY RD
LONGVIEW, TX  75605

ROBINSON, DAVID HAROLD
810 W. PINE ST
WINNSBORO, TX  75494

ROBINSON, DIANN
8807 HEATHERLY DRIVE
HOUSTON, TX  77083

ROBINSON, DORIS M
5346 W. VAN BUREN ST.
CHICAGO, IL  60644

ROBINSON, DORIS Z
569 AMES BEND
MARRERO, LA  70072

ROBINSON, JAMES A
317 LAWRENCE DRIVE
MT VERNON, IN  47620

ROBINSON, JOHN DANIEL
681 YARBOROUGH RD
CHESTER, SC  29706

ROBINSON, JOHN H.
WILLIAMS KHERKHER HART & BOUNDAS L.L.P.
SAMANTHA FLORES
8441 GULF FREEWAY SUITE 600
HOUSTON, TX  77017

ROBINSON, JOHNNY LEWIS
525 ROBISON RD
COLDSPRING, TX  77331

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 336 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

ROBINSON, JOSEPH DENVER
1556 ROSEWOOD RD
GOLDSBORO, NC  27530

ROBINSON, JOSIE
1556 ROSEWOOD RD
GOLDSBORO, NC  27530

ROBINSON, JR., ROBERT O.
14714 PERTHSHITE SUITE E
HOUSTON, TX  77079

ROBINSON, MARY P
4820 TAMAR DR
HARRISBURG, PA  17111

ROBINSON, MARY
4272 W. 21ST PLACE
GARY, IN  46404-2806

ROBINSON, MARY
4272 W. 21ST PLACE
GARY, IN  46404-2806

ROBINSON, NOLAN
112 WEEPING WILLOW RD
EAGLE LAKE, FL  33839-5118

ROBINSON, NOLAN
112 WEEPING WILLOW RD
EAGLE LAKE, FL  33839-5118

ROBINSON, NOLAN
112 WEEPING WILLOW RD
EAGLE LAKE, FL  33839-5118

ROBINSON, RICHARD DEWAIN
383 MCKAY RD.
GRAY, GA  31032

ROBINSON, RICHARD DEWAIN
383 MCKAY RD.
GRAY, GA  31032

ROBINSON, RICHARD DEWAIN
383 MCKAY RD.
GRAY, GA  31032

ROBINSON, RICHARD DEWAIN
383 MCKAY RD.
GRAY, GA  31032

ROBINSON, RICHARD DEWAIN
383 MCKAY RD.
GRAY, GA  31032

ROBINSON, ROBERT, JR
303 RIDGE ROAD
BOULDER, NV  89005

ROBINSON, SR., ROBERT O.
8807 HEATHERLY DRIVE
HOUSTON, TX  77083

ROBINSON, TERESA ANN
821 AVENUE H
PRICHARD, AL  36610

ROBINSON, WILLIAM
4272 W 21 PLACE
GARY, IN  46404

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021


ROBISON, ROY VINCENT
1086 RADFISH
BAYOU VISTA, TX  77563

ROBLES, JUVENAL
CAMINO EL SAUCE S/N LAGUNA VERDE
VALPARAISO
CHILE

ROCCANOVA, LEO J
1286 DALE COURT
SEAFORD, NY  11783


ROCCANOVA, LEO J.
1286 DALE COURT
SEAFORD, NY  11783

ROCHA, JOE A., JR.
905 S SAN FELIPE ST
HEARNE, TX  77859-3129

ROCHE, RAYMOND P
7202 PENNY LANE
FORT PIERCE, FL  34951


ROCHELLE, MELANIE D.
28542 VENETTE CT.
PONCHATOULA, LA  70454

ROCK, SUSIE
P.O. BOX # 4106
GALLUP, NM  87305

ROCK, THOMAS
3710 COLLEGE AVE.
BEAVERFALLS, PA  15010


ROCKENSTEIN, CASEY
223 SPRINGER DR
MOON TOWNSHIP, PA  15108

ROCKENSTEIN, CRAIG
223 SPRINGER DR
MOON TOWNSHIP, PA  15108

ROCKENSTEIN, HANNAH
223 SPRINGER DR
MOON TOWNSHIP, PA  15108


ROCKENSTEIN, KELLY
223 SPRINGER DR
MOON TOWNSHIP, PA  15108

ROCKENSTEIN, MARYBETH
223 SPRINGER DR
MOON TOWNSHIP, PA  15108

ROCKEY, DAVID
454 ANDERSON LN
MOUNT OLIVET, KY  41064-9063


ROCKEY, DAVID
454 ANDERSON LN
MOUNT OLIVET, KY  41064-9063

ROCKEY, ROBERT L
916 CEDAR BYO RD
BAYTOWN, TX  77520

ROCKSTROH, JAMES G
21130 RIDGE RD
FREELAND, MD  21053

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 338 of 444
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ROCKWELL, KENNETH C., JR.
49 PROSPECT STREET
STAMFORD, NY  12167

ROCOVICH, DONALD AND PATRICIA
C/O THE EARLY LAW FIRM
ATTN: ETHAN EARLY
360 LEXINGTON AVE., 20TH FLOOR
NEW YORK, NY  10017

RODEEN, ROBERT DENNIS
4241 N. PASEO DEL BARRANCA
TUCSON, AZ  85745

RODEEN, ROBERT
4241 N PASEO DEL BARRANCO
TUCSON, AZ  85745

RODERICK, CHARLOTTE
110 COUNTY ROAD 258
ATHENS, TN  37303

RODGERS, BELINDA
2000 AVE K
ROSENBERG, TX  77471

RODGERS, JAMES RICHARD
9804 SALEM WAY UNIT B
WACO, TX  76708-6184

RODRIGUES, DAVID
3914 CYPRESS POINT DR
MONT BELVIEU, TX  77523-4201

RODRIGUEZ SAAVEDRA, MANUEL EDUARDO
PASAJE 8 CASA 272, TERCER SECTOR
PLAYA ANCHA
VALPARAISO
CHILE

RODRIGUEZ, CARLOS A. VELAZQUEZ
CLCARACA C.8. CAQUAS NORTH
CAGUAS, PR  00725

RODRIGUEZ, CRESENCIO E.
7418 FAITH DR.
DEER PARK, TX  77536

RODRIGUEZ, DENNIS
886 MANDO PLACE
DIAMONDHEAD, MS  39525

RODRIGUEZ, FAUSTINO
2937 48TH STREET
DICKINSON, TX  77539

RODRIGUEZ, JESSE N
214 DUSON AVE
PALACIOS, TX  77465-5450

RODRIGUEZ, JOHN M
3189 GAVILAN LN.
LAS VEGAS, NV  89122

RODRIGUEZ, JUAN
26361 DUNWOOD ROAD
ROLLING HILLS ESTATES, CA  90274

RODRIGUEZ, JULIO M
3210 NEW JERSEY AVE
LEMON GROVE, CA  91945-2312

RODRIGUEZ, LUIS F. CAJIGAS
PO BOX 5429 - PUENTE BLANCO
CATANO, PR  00962

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


RODRIGUEZ, OSCAR ANTONIO MORALES
28 STREET UU-6 JARDINES DE CAPARRA
BAYAMON, PR  00956

RODRIGUEZ, OSCAR ANTONIO MORALES
28 STREET UU-6 JARDINES DE CAPARRA
BAYAMON, PR  00956

RODRIGUEZ, OSCAR ANTONIO MORALES
28 STREET UU-6 JARDINES DE CAPARRA
BAYAMON, PR  00956

RODRIGUEZ, OSCAR ANTONIO MORALES
28 STREET UU-6 JARDINES DE CAPARRA
BAYAMON, PR  00956

RODRIGUEZ, OSCAR ENRIQUE CAMPILLAY
MADRID NO 602
VILLA ALEMAWA  2450328
CHILE

RODRIGUEZ, RAFAEL O. ORTIZ
URB. ALMIRA AD 22 CALLE 11
TOA BAJA, PR  00949

RODRIGUEZ, RAFAEL O. ORTIZ
URB. ALMIRA AD 22 CALLE 11
TOA BAJA, PR  00949

RODRIGUEZ, RAMON LUIS BERRIOS
CALLE PRIMAVERA
71 URB GOLDEN VILLAGE
VEGA ALTA, PR  00692

RODRIGUEZ, RAMON NAUARRO
URB VALLE ARRIBA R-1 HIEGHTS
CAROLINA, PR  00983

RODRIQUEZ, HERNANDEZ MICUEL A
15630 E. ASBURY PL
AURORA, CO  80013

ROE, CHARLES RALPH (DECEASED)
BILLIE JEAN ROE
1408 MURRAY
ROCKDALE, TX  76567

ROE, GEORGE S.
5355 NEW KING RD #56
JACKSONVILLE, FL  32209

ROENBECK, ANGELA
MINA 188 COL. FLORES MAGON
VERACRUZ  91700
MEXICO

ROENBECK, LESLIE
927 GORDON ST
BLACKSHEAR, GA  31516-1213

ROENBECK, LESLIE
927 GORDON ST
BLACKSHEAR, GA  31516-1213

ROEPKE, CHARLES RAY
308 DRAKE LN
TAYLOR, TX  76574-1628

ROFAEL, AMEL
223 DUNELLEN AVE
DUNELLEN, NJ  08812

ROGADOR, ANTONIO S
222 BENACHI AVE
BILOXI, MS  39530

Debtor: ENERGY FUTURE HOLDINGS CORP., et al
Case #: 14-10979 (CSS)
Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 340 of 444

ROGADOR, ANTONIO S
222 BENACHI AVE.
BILOXI, MS  39530

ROGALSKY, HORST D
1454 WHITE BLUFFS ST
RICHLAND, WA  99352

ROGERS, BOBBY WAYNE
2157 WEST OLD CAMDEN RD
HARTSVILLE, SC  29550

ROGERS, BOBBY WAYNE
WILLIAM M. GRAHAM
525 NORTH MAIN STREET
SALISBURY, NC  28144

ROGERS, DONALD
P.O. BOX 1954
VIDOR, TX  77662

ROGERS, DOROTHY
3856 LA SALLE DR APT 104
VIRGINIA BEACH, VA  23453

ROGERS, ERIC
198 SW ROOSEVELT RDG
LEES SUMMIT, MO  64081-4059

ROGERS, IVAN
25477 CRESTVIEW DR
PAOLA, KS  66071

ROGERS, MICHELLE A.
405 FIRST ST.
MOKANE, MO  65059

ROGERS, RYAN S.
405 FIRST ST.
MOKANE, MO  65059

ROGERS, STANLEY
909 SPRING CT
HARTSVILLE, SC  29550-5916

ROGERS, STEVEN T.
29643 COTTENWOOD LANE
MACON, MO  63552

ROGERS, W.H., SR.
5113 HIGHWAY 63 S A
LUCEDALE, MS  39452-4707

ROGOVIN, CHARLES
5296 ANGEL WING DRIVE
BOYNTON BEACH, FL  33437

ROHOSKY, DAVID
6100 PELLA LANE
FREDERICKSBURG, VA  22407

ROHRMANN, ROBIN KENNY
7409 PORT CHARLOTTE
LAS VEGAS, NV  89131

ROJAS GONZALEZ, SADY ESTEBAN
CAIQUE 1350 CASA 3 BELLOTO QUILPUE
VALPARAISO
QUILPUE  2430000
CHILE

ROJAS, CARLOS
RUTA F30 CASA 4-1 PUCHUNCAVI
VENTANAS S/N
V REGION VALPARAISO
PUCHUNCAVI  2500000  CHILE

ROJAS, LORETO
RUTA F30E PSJE INT.CASA 4-1 PUCHUNCAVI
VENTANAS S/N
V REGION VALPARAISO
PUCHUNCAVI 2500000  CHILE

ROJAS, OSVALDO
RUTA F30E PSJE.INT.CASA 4-1 PUCHUNCAVI
VENTANAS S/N
V REGION VALPARAISO
PUCHUNCAVI 2500000  CHILE

ROJAS, PAMELA
RUTA F30E PSJE INT.CASA 4-1 PUCHUNCAVI
VENTANAS S/N
V REGION VALPARAISO
PUCHUNCAVI 2500000  CHILE

ROLAND, RICHARD
1612 BLUE LAKE CIRCLE
PUNTA GORDA, FL  33983

ROLLINS, ALZENA A
121 BARRY AVE HPTN
PO BOX 829
VARNVILLE, SC  29944

ROLLINS, ALZINA A
P O BOX 829 LINGARD STREET
VARNVILLE, SC  29944

ROLLINS, JERRY W.
2900 WEST BAKER RD. #304
BAYTOWN, TX  77521

ROMAN, CARLOS RAMIREZ, SR.
412 CALLE BORINQUEN
CATANO, PR  00962-5038

ROMAN, WILLIAM DOUGLAS
4935 E RANCHO DEL ORO DRIVE
CAVE CREEK, AZ  85331-5932

ROMANCE, ELEANOR
453 FOREST RIDGE RD.
INDIANA, PA  15701

ROMANCE, ROBERT J.
453 FOREST RIDGE RD.
INDIANA, PA  15701

ROMANCE, ROBERT
1254 SOUTH EVERGREEN DRIVE
PHOENIXVILLE, PA  19460

ROMERO, JESUS E.
811 VISTA BEND DR.
HOUSTON, TX  77073

ROMERO, JESUS E.
811 VISTA BEND DR.
HOUSTON, TX  77073

ROMERO, MICHAEL G.
P.O. BOX 6
HONAUNAU, HI  96726

ROMESBURG, MICHAEL R
27165 UNIFORM RD
OREGON, MO  64473

ROMINO, JULIA A
1496 CEMETERY RD
SPRING CITY, TN  37381

ROMO, VALERIANO
C/O ROMO VALERIANO, JR.
3822 WEST AVE, APT 123
SAN ANTONIO, TX  78213

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 342 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

ROMO, VALERIANO, JR
3822 WEST AVE APT 123
SAN ANTONIO, TX  78213-3064

ROMO, VALERIANO, JR
3822 WEST AVE. APT. 123
SAN ANTONIO, TX  78213

RON, KLIM
359 WILSON RD
CLINTON, PA  15026


ROOFNER, DUANE G
153 GAMELAND RD
WORTHINGTON, PA  16262

ROOKS, CHARLES WAYNE
24363 HWY 210
KELLY, NC  28448

ROONEY, VERNON
122 HAMPTON PINES DR
MORRISVILLE, NC  27560


ROOT, RICHARD
255 N. 5TH AVE.
PRICE, UT  84501

ROPER, BARBARA
727 HWY. 367 N.
JUDSONIA, AR  72081

ROPER, UDAS PHILLIP
727 HIGHWAY 367N
JUDSONIA, AR  72081


ROSADO, HECTOR M. CUBERO
P.O. BOX 220
CATANO, PR  00963

ROSARIO, RICARDO VEINTIDOS
PO BOX 3131 AMELIA STATION
CATANO, PR  00963

ROSE, DONALD L
6480 ENCHANTED VALLEY DR.
RENO, NV  89523


ROSENBERG, DAVID
4001 SANDPIPER CT N
VALPARAISO, IN  46385-6321

ROSENBERGER, GORDON C. DECEASED
PO BOX 184
TIOGA CENTER, NY  13845

ROSENBERGER, RALPH
55 DICK STREET
ARMAGH, PA  15920


ROSENBERGER, RANDY L
451 CHURCH ST
INDIANA, PA  15701

ROSENBERGER, RANDY
451 CHURCH STREET
INDIANA, PA  15701

ROSENBERGER, VERNICE
55 DICK STREET
ARMAGH, PA  15920

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

ROSHOE, GARY
P.O. BOX 301
28 SOUTH CENTER STREET
RINGTOWN, PA  17967

ROSHOE, GARY
P.O. BOX 301
28 SOUTH CENTER STREET
RINGTOWN, PA  17967

ROSS, ANNE W.
510 S. SHELBY ST.
BLACKSBURG, SC  29702

ROSS, BARBARA BRADY
125 OAKWOOD DR.
BELTON, SC  29627

ROSS, CHRIS
913 COLDWATER DR
FAYETTEVILLE, NC  28312-9533

ROSS, JOHN
3936 SW SCHERER RD.
LEES SUMMIT, MO  64082

ROSS, PAULETTE
2606 DROVERS CT.
SAINT CLOUD, FL  34772

ROSS, ROBERT D
5100 E 41ST ST
SIOUX CITY, IA  51108

ROSS, ROSSEVELT
505 ALLEN AVE
BONHAM, TX  75418-2910

ROSS, ROSSEVELT
505 ALLEN AVE
BONHAM, TX  75418-2967

ROSS, SAMUEL LEE
706 MOCKINGBIRD LANE
TAYLOR, TX  76567

ROSSI, JOSEPH
2049 BARNSBORO RD #L20
BLACKWOOD, NJ  08012

ROTHER, THOMAS
242 NEAL LANE
MOUNT PLEASANT, PA  15666

ROTHER, THOMAS
242 NEAL LANE
MOUNT PLEASANT, PA  15666

ROTHKA, EDWARD G
16 PINEHURST CT.
ROTONDA WEST, FL  33947

ROTHSTEIN, HAROLD L
28 AMHERST WAY
PRINCETON JUNCTION, NJ  08550-1827

ROUANE, MICHAEL PAUL
PO BOX 55/212 STONE ALLEY
JOLIET, MT  59041

ROUND, JEFFERY
3116 WILLET RD
PITTSBURGH, PA  15227

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 344 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


ROUND, RUSSELL
2956 OAK ST
WASHINGTON, PA  15301

ROUND, RUSSELL
2956 OAK ST
WASHINGTON, PA  15301

ROUP, FRANKLIN W
100 BRENTWOOD DR
ATHENS, TX  75751


ROUSE, WILLIAM F.
1011 WEST MAIN AVENUE
LUMBERTON, MS  39455

ROUSE, WILLIAM FERRIL
1011 WEST MAIN AVENUE
LUMBERTON, MS  39455

ROUSH, BEVERLY A.
342 BYERS RD
WEST SUNBURY, PA  16061


ROUSH, JAMES T.
56 OLIVE STREET
PITTSBURGH, PA  15214

ROUSH, KENNETH M
44 LONG VIEW DRIVE
BLOOMSBURG, PA  17815

ROUSH, ROBERT R.
129 GLEASON ST.
CUMBERLAND, MD  21502


ROUSH, VERN
580 MAHOOD ROAD
WEST SUNBURY, PA  16061

ROWANE, MICHAEL PAUL
PO BOX 55
212 STONE ALLEY
JOLIET, MT  59041

ROWANE, MICHAEL PAUL
PO BOX 55
212 STONE ALLEY
JOLIET, MT  59041


ROWE, JAMES
313 WEST RIVER ROAD
PORTVILLE, NY  14770

ROWLAND, SCOTT
1075 CHERRY GROVE ROAD
BALL GROUND, GA  30107

ROWLANDS, JAMES
1536 OLD STATE ROAD
GIBSONIA, PA  15044


ROY, CORRIN
1177 LENNIG RD
NATHALIE, VA  24577

ROYSTER, LAWRENCE
8332 MCGHEES MILL RD.
SEMORA, NC  27343

ROYSTER, SHENA
2614 JOHN BREWER RD
LEASBURG, NC  27291-9637

Debtor: ENERGY FUTURE HOLDINGS CORP., et al          NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                                                                Page 345 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

RUBIN, JERALDINE
2600 65TH AVE S.
SAINT PETERSBURG, FL 33712

RUBIO, P
1402 MURRAY AVE
ROCKDALE, TX 76567-2504

RUCK, ROY RONALD
2713 MONTEREY BAY
EVANS, CO 80620

RUCK, ROY RONALD
SIEBEN POLK P.A.
2600 EAGAN WOODS DR STE 50
EAGAN, MN 55121-1170

RUCK, ROY
2713 MONTEREY BAY
EVANS, CO 80620

RUCK, ROY
SIEBEN POLK P.A.
2600 EAGAN WOODS DR STE 50
EAGAN, MN 55121-1170

RUDY, MARK PAUL
104 WATCHTOWER LANE
SYRACUSE, NY 13219

RUDY, MARK PAUL
104 WATCHTOWER LANE
SYRACUSE, NY 13219

RUDY, MARK PAUL
104 WATCHTOWER LANE
SYRACUSE, NY 13219

RUDY, MARK PAUL
104 WATCHTOWER LANE
SYRACUSE, NY 13219

RUFF, EDWARD L
8529 NORTH LONGBOAT WAY
BERLIN, MD 21811

RUFFINI, ROBERT
15 GLEN DRIVE
SOUND BEACH, NY 11789

RUIZ, CARLOS MORALES
JARAGUA AK 29 SANTA JUANITA
BAYAMON, PR 00958

RUIZ, FRED
690 S 93RD PL
MESA, AZ 85208-2406

RUMLEY, RUSSELL D
3600 BULAVILLE PIKE
GALLIPOLIS, OH 45631

RUNIEWICZ, GERALD S.
1534 ERIC LANE
EAST MEADOW, NY 11554

RUNK, ROBERT
2910 DELMAR AVE
BALTIMORE, MD 21219

RUNNELS, JIMMY W
100 TRACESIDE DRIVE
NATCHEZ, MS 39120

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


RUPERT, CLEODIS VAN
5331 COMMONWEALTH AVE
7419 WARNER DR
JACKSONVILLE, FL 32244-4737

RUPP, LARRY
861 STATE ROUTE 839
DAYTON, PA 16222

RUPP, SHIRLEY L
10230 HIGHWAY 175
KELSEYVILLE, CA 95451-7830


RUPP, SHIRLEY
10230 HIGHWAY 175
KELSEYVILLE, CA 95451

RUPP, VERNON
9331 N. MAIN ST.
KANSAS CITY, MO 64155

RUSH, MARY
152 WINFREY DR
CALEDONIA, MS 39740


RUSH, MARY
152 WINFREY DR
CALEDONIA, MS 39740

RUSH, MARY
152 WINFREY DR
CALEDONIA, MS 39740

RUSH, MARY
152 WINFREY DR
CALEDONIA, MS 39740


RUSHING, BREANNA
5082 STATON RIDGE ROAD
BELKNAP, IL 62908

RUSHING, BRENDA
5082 STATON RIDGE ROAD
BELKNAP, IL 62908

RUSHING, ERIC
5082 STATON RIDGE ROAD
BELKNAP, IL 62908


RUSNICA, STANLEY
214 LOCUST STREET
RURAL VALLEY, PA 16249

RUSSELL, DAVID, JR
PO BOX 1571
FRUITLAND, NM 87416

RUSSELL, HENRY LEE
114 BARTH ST
NATCHEZ, MS 39120


RUSSELL, JAMES RAY
RT 7 BOX 2360
LUFKIN, TX 75904

RUSSELL, LOUISE
322 SOUTHMOOR DR
NATCHEZ, MS 39120

RUSSO, CAROLYN
14215 THACHER AVENUE
LARGO, FL 33774

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 347 of 444

RUSSO, JOSEPH
14215 THACHER AVE
LARGO, FL  33774

RUSSO, JOSEPH
MEIROWITZ & WASSERBERG, LLP
233 BROADWAY
SUITE 950
NEW YORK, NY  10007

RUSSO, RALPH
3921 SW BIMINI CIRCLE N
PALM CITY, FL  34990

RUTH, WILLIAM
2607 W. SCENIC DRIVE
DANIELSVILLE, PA  18038

RUTLAND, HAROLD DEAN
P.O. BOX 634
TATUM, TX  75691

RYAN, FRAN
16 S 4TH ST
HALIFAX, PA  17032

RYAN, KEVIN FRANCIS PATRICK
PO BOX 823
SALISBURY, NC  28145

RYAN, MATTHEW J
20 D BROOKEDGE
GUILDENLAND, NY  12084

RYANS, BERNICE
104 CREEDSIDE CIR
VILLA RICA, GA  30180

RYANS, KAMRYN K.
104 CREEKSIDE CIR
VILLA RICA, GA  30180

RYANS, KARMYN A.
104 CREEKSIDE CIR
VILLA RICA, GA  30180

RYANS, MARKEA V.
104 CREEKSIDE CIR
VILLA RICA, GA  30180

RYANS, MARKEL A.
104 CREEKSIDE CIR
VILLA RICA, GA  30180

RYANS, MARKELA S.
104 CREEKSIDE CIR
VILLA RICA, GA  30180

RYANS, SAMAURI J.
104 CREEKSIDE CIR
VILLA RICA, GA  30180

RYDEN, GEORGE T.
951 PERRY HIGHWAY #312
PITTSBURGH, PA  15237

RYLOTT, DAVID RONALD
3612 MAPLE BROOK DR
DENVER, NC  28037

RYSZ, FREDERICK M.
651 HUGHES DRIVE
HAMILTON SQUARE, NJ  08690-1330

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021


SAARELA, RICHARD S
302 S 6TH ST EAST
AURORA, MN  55705

SAAVEDRA FUENTES, CARLOS ENRIQUE
3 NORTE 3387 VILLA STA LUCIA 5 NO G.C.
VALPARAISO
VINA DEL MAR  252000
CHILE

SABAN, EDWARD J.
825 HEDGEVIEW DRIVE
ALLISON PARK, PA  15101


SABAN, JONATHAN
2806 FRANKLYNN DR
ALLISON PARK, PA  15101

SABAN, WENDY L.
825 LEDGEVIEW DR.
ALLISON PARK, PA  15101

SABATELLI, BARBARA J (BYRNE)
4225 BOUGAINVILLA DR #3
LAUDERDALE BY THE SEA, FL  33308


SABATINO, FRANKLIN
17 WINDSOR ST
ISLIP, NY  11751

SABETTI, DEAN
2016 BEACON ST
ROSEVILLE, MN  55113

SACAY, ROLANDO L
3163 DOVECREST CT.
SPRING VALLEY, CA  91977


SACAY, ROLANDO
3163 DOVECREST CT.
SPRING VALLEY, CA  91977

SACKETT, ALBERTA M.
3701 ANSLEY CT
LEXINGTON, KY  40509-1994

SADANI, PARSO
4-MCKINLEY COURT
EAST WINDSOR, NJ  08520


SAGE, JOHN B.
8522 NE 110TH TERRACE
KANSAS CITY, MO  64157-1146

SAGONAS, STEPHEN
8803 COBBLESTONE POINT CIRCLE
BOYNTON BEACH, FL  33472

SALAS, JENNIFER
5542 S STATE HWY 60
WHARTON, TX  77488


SALAS, JENNIFER
5542 S STATE HWY 60
WHARTON, TX  77488

SALAZAR RIVEROS, DANIEL ALEJANDR
INGENIERO HYATT 2551, CASA 73
QUILPUE
CHILE

SALAZAR RIVEROS, DANIEL
INGENIERO HYATT 2551, CASA 73
QUILPUE
CHILE

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 349 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

SALAZAR, ELORY
1799 W. 32ND. AVE.
DENVER, CO  80211

SALAZAR, GUADALUPE
10006 GENTLE PT
SAN ANTONIO, TX  78254-6164

SALDANA, DANIEL
17902 MILKWEED LN
SN BERNRDNO, CA  92407-0550

SALDANA, DANIEL
17902 MILKWEED LN
SN BERNRDNO, CA  92407-0550

SALE, RONNIE
8235 COUNTY ROAD 301
JONESBORO, TX  76538

SALIG, RONALD
23 BARBARA DEAN STREET
GRAFTON, MA  01519

SALINAS, MARY ELLEN
835 GUADALUPE RD
VICTORIA, TX  77905

SALTZ, LAURENCE
17906 S. VERBENA ST.
KENNEWICK, WA  99337

SALTZER, JOSEPH A., JR.
5341 HICKORY HILL DRIVE
LYNCHBURG, VA  24503

SALUS, HANA
33-33 70TH STREET
JACKSON HEIGHTS, NY  11372

SALVATIERRA, STEVEN
2119 EAGLEROCK DR.
HOUSTON, TX  77080

SALVATORE, NICHOLAS E
5717 NW 86TH TER
TAMARAC, FL  33321-4433

SALVATORE, RICHARD
3D ADRIAN COURT
CORTLANDT MANOR, NY  10567

SALYERS, JOHN WILLIAM
C/O DIANE SALYERS
522 OAK PARK WAY
GREENWOOD, AR  72936

SAMES, DOUGLAS
1325 CAMLET LN
LITTLE RIVER, SC  29566-8691

SAMMONS, BURNELL
4404 JETTY BEACH DRIVE
MANDAN, ND  58554

SAMPEL, GERALD
8582 DRIFTWOOD DR
RIVERSIDE, CA  92504

SANCHEZ LOPEZ, GUILLERMO
AZTECAS 211 BELLOTO 2000
QUILPUE
VALPARAISO
CHILE

SANCHEZ, ANA M. PEREZ
C/TUREY K-9 URB. COQUOX
CAGUAS, PR  00725

SANCHEZ, ANTONIA PEREZ
HC02 BOX 12249
GURABO, PR  00778

SANCHEZ, ARACELIS PEREZ
HC02 BOX 12249
GURABO, PR  00778

SANCHEZ, HECTOR
2626 TROUT ST.
HOUSTON, TX  77093

SANCHEZ, JOSE D
4781 VALLEY RIDGE DR
DULUTH, GA  30096

SANCHEZ, JOSE
2623 TROUT ST
HOUSTON, TX  77093

SANCHEZ, MARIA M. PEREZ
HC02 BOX 12249
GURABO, PR  00778

SANCHEZ, MARK
2224 US HIGHWAY 87 E TRLR 12
BILLINGS, MT  59101-6601

SANCHEZ, RAMON PEREZ
URB. REINA DE LOS ANGELES
C/9-2-19
GURABO, PR  00778

SANCHEZ, RAMONA PEREZ
HC02 BOX 12249
GURABO, PR  00778

SANCHEZ, ROBERT
2749 OTHELLO AVE
SAN JOSE, CA  95122

SANCHEZ, RUTH D. PEREZ
HC02 BOX 12249
GURABO, PR  00778

SANDER, PAT
1050 IRONSIDE DR.
BOISE, ID  83706

SANDERS, DANIEL C.
1014 MARKET ST
MIFFLINBURG, PA  17844

SANDERS, GARY DANIEL, SR.
520 CATEECHEE TRAIL
CENTRAL, SC  29630

SANDERS, GEORGE F, JR
12457 CORONADO DRIVE
SPRING HILL, FL  34609

SANDERS, SHERRIN
7565 NORTHVIEW CT
LAKELAND, FL  33810

SANDERS, STEPHEN W
PO BOX 783
MT. PLEASANT, TX  75456

SANDERS, THOMAS K
1205 MONASTERY DR
LATROBE, PA  15650

SANDIFER, JOSEPH O
H.C. 69 BOX 123A
GRAVELLY, AR  72838

SANDIFFER, DAVIS T.
4435 HAYNESVILLE HWY
EL DORADO, AR  71730

SANDLIN, DOROTHY
PERSONAL REP OF PETER KOVALY
PO BOX 1093
STUART, FL  34995

SANDLIN, DOROTHY
PERSONAL REP OF PETER KOVALY
PO BOX 1093
STUART, FL  34995

SANDOVAL, EDISON
410 ROAD 7675
BLOOMFIELD, NM  87413

SANDRA, MCINTYRE
P.O BOX 702
SAN BRUNO, CA  94066

SANDTONF, DAVID A.
13942 TURTLE DRIVE
STARK CITY, MO  64866

SANFORD, MACKIE L
11450 HY 40 E
INGLIS, FL  34449

SANTIAGO, BENIGNO RIOS
CALLE 11-#Y10 JARDINES DECATANO
CATANO, PR  00962

SANZO, LINDA E
PO BOX 1416
DEWEY, AZ  86327-1416

SANZO, VICTOR S
PO BOX 1416
DEWEY, AZ  86327-1416

SAPIENZA, S. DAVID
328 ADAMS ST.
NEW CASTLE, PA  16101

SAPP, JEFFREY S.
407 W. BROADWAY
ASHLAND, MO  65010

SAPP, JEFFREY
407 WITH BROADWAY
ASHLAND, MO  65010

SAPP, JOHNNIE LEE
3826 30TH AVE SO
ST PETERSBURY, FL  33711

SAPP, JOHNNIE LEE
3826 30TH AVE SO
ST PETERSBURY, FL  33711

SAPP, JOHNNIE LEE
3826 30TH AVE, SO
ST. PETERSBURY, FL  33711

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 352 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

SAPP, RANDY
19311 OLD US HWY 63 SOUTH
HARTSBURG, MO 65039

SARGENT, EDDIE
6104 NE TURQUOISE CIRCLE
LEE'S SUMMIT, MO 64064

SARLAY, ROBERT
122 ROUND PRAIRIE ROAD
HUNTSVILLE, TX 77320

SARRIA, YESID
1413 LAMESA
PASADENA, TX 77506

SARVIS, MARJORIE POWELL
508 CLEVELAND AVE. W.
LEHIGH ACRES, FL 33972

SASSAMAN, BETTY
570 MCCRACKEN RD.
DANVILLE, PA 17821

SASSAMAN, PAUL
341 JERSEYTOWN ROAD
DANVILLE, PA 17821

SASSAMAN, PETER
13 SCENIC VIEW DRIVE
DANVILLE, PA 17821

SASSON, SELIM
1953 EAST 8TH STREET
BROOKLYN, NY 11223

SATTERFIELD, JOHN E.
167 E VENTRY CT
RIDGE, NY 11961-1254

SATTLER, AMANDA
8965 RUEL LANE
SUWANEE, GA 30024

SAUCEDO, VALENTIN L
378 E SAN YSIDRO BLVD 120
SAN YSIDRO, CA 92173

SAUCEDO, VALENTIN L
378 E SAN YSIDRO BLVD 120
SAN YSIDRO, CA 92173-2722

SAUCIER, MARCUS
8677 S. TWILIGHT DR.
WASILLA, AK 99623

SAULS, JOHN DREW
1086 PATSY LANE
CALLAHAN, FL 32011

SAUNDERS, DONNIE
3994 MORTON PULLIAM ROAD
ROXBORO, NC 27574

SAVAGE, DINA L
712 S CLAYTON ST
BRUSH, CO 80723

SAVICKIS, ANDRIS
57 ROBIN ROAD
ROCKY POINT, NY 11778

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 353 of  444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

SAVIDGE, RICHARD W
P.O. BOX 159
WELLTON, AZ  85356-0159

SAWYER, DONNA
934 KERCHER ST
MIAMISBURG, OH  45342

SAWYER, HELEN J
6266 FAIRGROVE CT
PEACHTREE CORNERS, GA  30092

SAWYER, MARK D
3538 SILVER FOX PATH
BUFORD, GA  30519

SAWYER, THOMAS E
6266 FAIRGROVE CT
PEACHTREE CORNERS, GA  30092

SAWYER, WILLIAM J
267 GAINSBOROUGH DR.
DALLAS, GA  30157

SCAGGS, ORVILLE
1200 S. HWY. 80 (LOT 9)
P.O. BOX 1978
BENSON, AZ  85602

SCALF, WALLACE
1700 WATERFORD DR APT 106
VERO BEACH, FL  32966-8044

SCANLIN, WILLIAM
11549 SO. NASHVILLE
WORTH, IL  60482

SCHAEFER, ROBERT
2609 CASCADE DR.
MARRERO, LA  70072

SCHAEFFER, JORDAN
P.O. BOX 206
7383 SCOFFIELD RD.
RIPLEY, OH  45167

SCHAEFFER, KIRK
1082 CASTLEBAY DR
CINCINNATI, OH  45245

SCHAEFFER, PATTI
1082 CASTLEBAY DR
CINCINATI, OH  45245

SCHAFFER, FRANK E.
2806 NORTHWOOD DR.
FARMINGTON, NM  87401

SCHAFFER, FRANK E.
2806 NORTHWOOD DR.
FARMINGTON, NM  87401

SCHAFFER, FRANK E.
2806 NORTHWOOD DR.
FARMINGTON, NM  87401

SCHAKE, THOMAS E.
PO BOX 64
KIRTLAND, NM  87417

SCHALAGO, LISA A
293 FOREST ST
KEARNY, NJ  07032

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

SCHANTZ, DANIEL
505 E 315TH ST
DREXEL, MO  64742-7236

SCHARLACH, JOHN
314 ROMA DRIVE
DUNCANVILLE, TX  75116

SCHAUER, GLORIA
PO BOX 9404
SURPRISE, AZ  85374

SCHEADLER, JAMES M.
50 ST RT 247
MANCHESTER, OH  45144

SCHEEL, JAMES P
20 RED RIVER RD
BAY CITY, TX  77414

SCHEEL, JAMES P
65 RED RIVER RD
BAY CITY, TX  77414

SCHEINBART, ILENE ERENBURG
17546 TIFFANY TRACE DR
BOCA RATON, FL  33487

SCHEINOST, PHILLIP F.
8415 W 90 TERRACE
OVERLAND PARK, KS  66212

SCHELL, LEELAND S
5315 E WASHINGTON AVE
LAS VEGAS, NV  89110-1636

SCHELL, LEELAND S
5315 E. WASHINGTON AVE.
LAS VEGAS, NV  89110

SCHEMELIA, DOROTHY A.
18 EMMETT DR
WATERFORD WKS, NJ  08089-2417

SCHEPENS, JOHN
134 LAKEVIEW DRIVE
WATFORD CITY, ND  58854

SCHESSLER, PAUL
21 SCHOLAR DRIVE
PITTSBURGH, PA  15236

SCHIDLACK, BECKY S VANCE
104 MONTZ POINT
NIEDERWALD, TX  78640

SCHIESL, MARTIN FRANK
1021 NO. GARDEN ST.
APT 214
NEW ULM, MN  56073

SCHILDKRAUT, ALAN
2057 SW HERONWOOD ROAD
PALM CITY, FL  34990

SCHILTZ, LARRY C.
12272 HWY DD
NEW CAMBRIA, MO  63558

SCHIMMENTI, JAMES R
14 AMBROSE AVE
MALVERNE, NY  11565

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 355 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SCHIMMENTI, JAMES R
14 AMBROSE AVE
MALVERNE, NY  11565-1319

SCHLATER, TULLIUS MARCUS DECEASED
10614 SUGAR HILL
HOUSTON, TX  77042

SCHMANSKY, JEANETTE MARY
2361 OCTOPUS RD
GREENBACKVILLE, VA  23356

SCHMELZER, RONALD
35 BRIDGE STREET
DEEP RIVER, CT  06417

SCHMICK, KEITH
135 REED DRIVE
MARYSVILLE, PA  17053

SCHMIDT, DAVID
3360 CO RD 104
BARNUM, MN  55707

SCHMIDT, PATSY S.
11 SONGBIRD DRIVE
JASPER, GA  30143

SCHMIDT, PAUL H.
11 SONGBIRD DR
JASPER, GA  30143

SCHMIDT, PHIL
1707 JOHN WINDROW RD
EAGLEVILLE, TN  37060-4050

SCHMIEMAN, ERIC
337 WESTMORELAND DRIVE
RICHLAND, WA  99354

SCHMITT, GLORIA
109 ANDREWS COURT
LEWISBURG, PA  17837

SCHMITT, HARRY
109 ANDREWS COURT
LEWISBURG, PA  17837

SCHMITT, JOHN R.
543 HYMAN DR.
JEFFERSON, LA  70121

SCHOCH, ROBERT K
646 PINE VIEW LANE
MENDON, IL  62351

SCHOENECKER, EDMUND J. DECEASED
10607 W JEWELL CT
WICHITA, KS  67209

SCHOETHER, DEAN C. AKA SHETHER
PO BOX 533
1355 CEDARHILLS RD
TREGO, MT  59934

SCHOLL, JERRY
1428 VANDENBURG
SERGEANT BLUFF, IA  51054

SCHREIBER, LOYAL
1890 N PIMLICO PT
CRYSTAL RIVER, FL  34429

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 356 of 444
IN FULL

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SCHRICHTEN, FRED P
7325 IUKA AVE
CINCINNATI, OH  45243

SCHROTH, SUSAN
166 MARRTIN ROAD
INDIANA, PA  15701

SCHULTZ, JEFF
298 PIGGOTT PLACE
MUNDAY, WV  26152

SCHUM, KAREN
50 WEST 19TH STREET
HUNTINGTON STATION, NY  11746

SCHURING, MARK
4248 MACON AVE
DAYTON, OH  45424

SCHWARTZ, PHYLLIS J
3700 HIDDEN FOREST DR
LUDINGTON, MI  49431-8645

SCHWARTZ, PHYLLIS
3700 W HIDDEN FOREST DR
LUDINGTON, MI  49431-8645

SCHWEIZER, JOHN
1378 HERMAN
PITTSBURGH, PA  15212

SCHWENK, GERALD
1989 6TH AVE SE
VERO BEACH, FL  32692

SCIARRINO, TYLER
59 TIMBER TRAIL DR
GREENSBURG, PA  15601

SCIBERRAS, RAYMOND
422 PR 1524
BANDERA, TX  78003

SCIMECA, ANTHONY
27 ARBOUR LANE
SEWELL, NJ  08080

SCOTT, ABIGIL
16 SHOREHAM DR
COATESVILLE, PA  19320-3953

SCOTT, ALLEN
428 HIAWATHA ST
LONGVIEW, TX  75683

SCOTT, DEBRA L
PO BOX 292
ELMA, WA  98541

SCOTT, DONALD TOMPKINS
2910 HILTON RD.
ROCK HILL, SC  29732

SCOTT, GREGORY J.
1110 VERRET LANE
HOUSTON, TX  77090

SCOTT, GREGORY
83 ROBINHOOD DRIVE
CRANBERRY TOWNSHIP, PA  16066-4343

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

SCOTT, HAROLD ERNEST
PO BOX 458
LIBERTY HILL, SC  29074

SCOTT, JOHNNIE B
4746 MIRAMAR ROAD
ORLANDO, FL  32811-4836

SCOTT, LINDA
35 EAST BERKELEY ST
UNIONTOWN, PA  15401

SCOTT, ROBERT H, SR
34 BETHANY FOREST DRIVE
DAGSBORO, DE  19939

SCOTT, ROBERT H, SR
34 BETHANY FOREST DRIVE
DAGSBORO, DE  19939

SCOTT, ROBERT H, SR
34 BETHANY FOREST DRIVE
DAGSBORO, DE  19939

SCOTT, ROBERT JAMES
11222 REBEL RD
HOUSTON, TX  77016

SCOTT, ROBERT
2908 AVENUE M
GALVESTON, TX  77550

SCOTT, WHITNEY L.
1106 SUN PRARIE DR
HOUSTON, TX  77090

SCRUGGS, BARI ROBERTS
19322 RED CANYON LN
TOMBALL, TX  77377

SCRUGGS, GWANNA
1117 MT. VERNON BLVD
CLEVELAND HEIGHTS, OH  44112

SCRUGGS, HARRIET
1117 MT. VERNON BLVD
CLEVELAND HEIGHTS, OH  44112

SCULLY, PETER
344 COMMODORE DR
MCDONALD, PA  15057

SEABAUGH, PAUL R.
558 STATE HWY 34
BUFORDVILLE, MO  63739

SEAMAN, THOMAS LEE
PO BOX 90664
ALLENTOWN, PA  18109-0664

SEANOR, HARRY CARL
3463 STATE RT. #22
SALEM, NY  12865

SEAWRIGHT, SHERI
502 LIFE SPRING DR
ROCKWALL, TX  75087-6566

SEEDERS, GLORIA
528 CADUCEUS LN
HURST, TX  76053-6833

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


SEEDERS, JAMES E.
193361 N. 4270 RD
ANTLERS, OK  74523

SEGARRA, SERGIO S
5986 SW 88 PLACE
MIAMI, FL  33173

SEGOVIA, PAULINA ANGELICA DIAZ
REBOLLEDO 500 VILLA 6 MARINA
SANTIAGO
CHILE


SEIDLER, EDWIN
1717 COTTAGE CT
QUAKERTOWN, PA  18951-2854

SEIDLER, SHIRLEY
1717 COTTAGE CT
QUAKERTOWN, PA  18951-2854

SEIFER, ARLEY J
4109 EVERGREEN RD
PITTSBURGH, PA  15214


SEIFERT, DANIEL J.
705 GUNNISON RD
YORK, PA  17404

SEILER, BOBERT
541 SUNNYLAND AVE.
PITTSBURGH, PA  15227

SEILER, MARK S
EXECUTOR OF MARY SEILER ESTATE
3805 NEW HAVEN RD.
PASADENA, CA  91107


SEILER, MARY
8307 E. COLUMBUS AVE
SCOTTSDALE, AZ  85251

SEILER, SANDRA
309 GIFFIN AVE.
PITTSBURGH, PA  15210-2311

SEIPEL, NORMAN R , JR
222 E GARNSEY ST
PIQUA, OH  45356


SELF, DANNY T., SR.
1316 NORTHWEST SHERIDEN RD., #195
LAWTON, OK  73505

SELF, GARY LESLIE
18306 MAPLE ST
ROSHARON, TX  77583

SELLARS, GLENDA WALKER
313 W SEMINOLE ST
SPRINGFIELD, MO  65807-2959


SELLERS, WANDA SOLES
197 MAYBELLE LN
CHADBOURN, NC  28431

SELLERS, WILTON
107 PARK AVE
JESUP, GA  31545

SELZ, DAN
811 HALSELL STREET
BRIDGEPORT, TX  76426

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


SEMANCIK, DONALD D.
71178 CRESCENT RD.
SAINT CLAIRSVILLE, OH  43950

SEMINATORE, MARTIN
16 BECKETT CLOSE
IRVINGTON, NY  10533-2413

SEMON, ROY L.
1424 210TH ST.
SERGEANT BLUFF, IA  51054


SENCHUR, JEFFREY
602 PRESQUE ISLE DR
PITTSBURGH, PA  15239-2637

SEPULVEDA, MARIO SEPULVEDA
HERNANDO DE AGUIRRE 751 AP 504
SANTIAGO  7510216
CHILE

SERAS, VALDO R.
1102 W MACARTHUR ST
TUCSON, AZ  85714


SERLUCA, FRED
16 MAPLE COURT
WATERFORD, CT  06385

SERLUCA, PATRICIA
16 MAPLE COURT
WATERFORD, CT  06385

SERNA, JOE F
1126 27TH ST
GREELEY, CO  80631-8345


SERRANO, GILBERTO E
18433 HURLEY ST
LA PUENTE, CA  91744-6016

SERRANO, RICHARD J
461 19TH AVE
LONGVIEW, WA  98632

SERVANTEZ, C J
PO BOX 732
ROCKDALE, TX  76567-0732


SEWELL JR., ERNEST
2530
KANSAS CITY, KS  66109

SEWELL- NEWSON, LATONYA
2530 N
KANSAS CITY, KS  66109

SEWELL, CHARLES
101 TEMPLE DRIVE
PASADENA, MD  21122


SEWELL, ERNEST
2530 N
KANSAS CITY, KS  66109

SEWELL, GAIL
2530 N
KANS, KS  66109

SEWELL, JAIME
2530 N 73RD
KANSAS CITY, KS  66109

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


SEYNEMEIER, GREG
1719 N EMERY
INDEPENDENCE, MO  64050

SHADDIX, JOHN F
3707 BLUEBONNET DR.
HOUSTON, TX  77053

SHAFER, DON
15 OUR LANE
MARYSVILLE, PA  17053

SHAFER, DON
15 OUR LANE
MARYSVILLE, PA  17053

SHAFER, DONALD
15 OUR LANE
MARYSVILLE, PA  17053

SHAFFER, ALLAN J
1881 MARYSVILLE DR.
DELTONA, FL  32725

SHAFFER, ROGER
103 DEBRA LN
JOHNSTOWN, PA  15905

SHAH, HITESH
215 S HALL RD
ALCOA, TN  37701

SHAH, LILAVATIBEN
215 S HALL RD
ALCOA, TN  37701

SHAH, RUPAL
215 S HALL RD
ALCOA, TN  37701

SHAH, SHANKER
215 S HALL RD
ALCOA, TN  37701

SHAH, VRAJESH
215 S HALL RD
ALCOA, TN  37701

SHAIKOSKI, RHONDA
404 LARCH ST
THORNTON, IA  50479

SHAINLINE, JAMES
21646 KEENE RD
WIMAUMA, FL  33598

SHALONGO, BRENDA
174 STEFFENS ROAD
DANVILLE, PA  17821

SHALONGO, EDWARD
174 STEFFENS ROAD
DANVILLE, PA  17821

SHALONGO, KEITH
101 NICHOLAS AVE
DANVILLE, PA  17821

SHALONGO, KYLE
174 STEFFENS ROAD
DANVILLE, PA  17821

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 361 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

SHANK, CHARLES
262 SUDAN RD
BYRON, GA 31008

SHANNON, PAT A
908 SE BROOKEDGE AVE
PORT ST LUCIE, FL 34983

SHANNON, RONDAL G
204 PLEASANTVILLE ROAD
FLEMINGSBURG, KY 41041

SHARK, VERNON, E.
2257 CASTLEBERRY LN.
LAS VEGAS, NV 89156

SHARP, FREDERICK RUNLES
347 RUSTIC PLACE #18
EUGENE, OR 97401

SHARP, JIM
R15 BOX 1520
LUFKIN, TX 75901

SHAUB, MARC A.
2890 YORK HAVEN RD
MANCHESTER, PA 17345

SHAW, ALBERT CLIFTON
SHIRLEY S. JOHNSON
126 GLADIOLUS ROAD
CASTLE HAYNES, NC 28429

SHAW, AUDREY M
1639 ELDERBERRY LN
CORDOVA, TN 38016-9506

SHAW, AUDREY M
1639 ELDERBERRY LN
CORDOVA, TN 38016-9506

SHAW, DAVID THOMAS (DECEASED)
JEANETTE SHAW
2714 1/2 W. OAK
PASADENA, TX 77502

SHAW, DEWEY H.
P.O. BOX 542
ELIZABETHTOWN, NC 28337

SHAW, JEANETTE
P.O. BOX 267
THORNTON, TX 76687

SHAW, ROBERT R. DECEASED
5347 MARIAN
KATY, TX 77493

SHEEK, LEE
6417 RED ROCK CT
FARMINGTON, NM 87402-5154

SHEETS, CHRIS BLANE
40203 HIGHWAY 621
GONZALES, LA 70737-6703

SHEFFER, JEFF
119 MAIN ST
ROTHVILLE, MO 64676

SHEFFIELD, LOHRMANN
PEDRO AGUIRRE CERDA 531
QUILPUE 2421263
CHILE

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


SHELAFO, DONALD W.
2559 S. FRANKLIN ST.
DENVER, CO 80210

SHELLMAN, RUTH WATERS
4216 SILVERTHORNE DR
MESQUITE, TX 75180

SHELTON, CECIL H, JR
76 CONNIE DR.
WEST UNION, OH 45693


SHELTON, JACKIE EARL
214 COOK RD
EAGLE LAKE, TX 77434

SHELTON, LONNIE
4152 PROVOST ST
BATON ROUGE, LA 70802

SHEN, JYE
1704 SHILLING LANE
SILVER SPRING, MD 20906


SHEPARD, WEAVER J.
801 NW 12TH ST.
HOMESTEAD, FL 33030

SHEPHERD, ANNA M Y
1107 SARATOGA DR
EULESS, TX 76040

SHEPPARD, MARGIE WATHEN
1650 CALVERT CITY RD
CALVERT CITY, KY 42029


SHEPPARD, MARGIE
1650 CALVERT CITY RD
CALVERT CITY, KY 42029

SHEPPARD, MARGIE
PAULA KISSIAR
2297 DOGTOWN RD
BENTON, KY 42025

SHEPPARD, MARGIE, INDIVIDUALLY AND AS
639 RETIREMENT CENTER
CALVERT CITY, KY 42029


SHEPPARD, RICHARD L.
806 SHERRILL DRIVE
PYLESVILLE, MD 21132

SHEPPARD-SMITH, GLENDA
4626 LITTLE FINCH LANE
LAS VEGAS, NV 89115

SHERBURNE, KATHI T
1881 BLUE CLOUD ST
HENDERSON, NV 89002-8684


SHERBURNE, KATHI
1881 BLUE CLOUD STREET
HENDERSON, NV 89002

SHERBURNE, ROBERT L
1881 BLUE CLOUD STREET
HENDERSON, NV 89002

SHERBURNE, ROBERT L
1881 BLUE CLOUD STREET
HENDERSON, NV 89002-8684

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

SHERET, JOHN E
7698 N QUIBBLE AVE
CITRUS SPRINGS, FL  34434

SHERMAN, FRANK J.
243 BRIDGEPORT DR.
GREENSBURG, PA  15601

SHEVCHENKO, VICTOR
94 COVE RD.
PO BOX 59
OYSTER BAY, NY  11771-0059

SHIEH, JER FU & MARJORIE
12 GRANADA DR
MORRIS PLAINS, NJ  07950-1404

SHIFFER, JAMES
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

SHIFLETT, JEAN
34358 CO HWY E 34
CASTANA, IA  51010

SHILTS, ELNORA E
E6549 627TH AVE
MENOMONIE, WI  54751

SHILTS, GEORGE W
E65 49 627TH AVE
MENOMONIE, WI  54751

SHILTS, GERALD
561 WILLIAMSBURG PL
NEW RICHMOND, WI  54017-2464

SHILTS, JEFFERY GEORGE
E6549 627TH AVE
MENOMONIE, WI  54751

SHILTS, MELVIN M
PO BOX 178
BAY CITY, WI  54723-0178

SHINN, NOBLE E.
4031 JONESBORO RD
METROPOLIS, IL  62960

SHINN, PAMULA DEANN
4031 JONESBORO ROAD
METROPOLIS, IL  62960

SHINN, SUSAN
3226 RIVERVIEW RD
METROPOLIS, IL  62960

SHIPE, JAMES
600 FRONT ST.
ISLE OF QUE
SELINSGROVE, PA  17870

SHIPE, ROBERT JOHN
326 W. RIDGE RD
SUNBURY, PA  17801

SHIPLEY, FLORNEL
8800 WALTHER BLVD APT 2401
BALTO, MD  21234

SHIPP, JANICE
526 FOX BRIAR LN
SUGAR LAND, TX  77478

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SHIPP, JANICE
526 FOX BRIAR LN
SUGAR LAND, TX  77478

SHOEMAKER, CALVIN
132 MARTIN ROAD
MARKLEYSBURG, PA  15459

SHOLAR, JAMIE
315 INDIAN TRAIL
SALEM, SC  29676

SHOPE, RONALD
225 VALLEY FORGE DR.
LOVELAND, OH  45140

SHOREY, MERLE F
35 PRINCE LN
LAS VEGAS, NV  89110

SHOREY, STARK B. JR
4 STUART ST
WINSLOW, ME  04901

SHORT, MATTHEW
22 CLAUDETTE LN
LA CYGNE, KS  66040

SHORTHAIR, JOHNSON, SR.
P.O. BOX 1548
SHIPROCK, NM  87420

SHORTT, JOHN
318 EAST HADDAM-MOODUS ROAD
7 NORTH RDG
EAST HAMPTON, CT  06424-1514

SHORTT, JOHN
C/O BELLUCK & FOX, LLP
ATTN: BRIAN FITZPATRICK
546 5TH AVENUE, 4TH FLOOR
NEW YORK, NY  10036

SHOTWELL, WENDELL
2221 REY DR.
WACO, TX  76712

SHOWALTER, HAROLD
5 RAILROAD AVE
YORKHAVEN, PA  17370

SHRADER, BOBBY G. DECEASED
540 OAK LEAF RD
MT. ORAB, OH  45154

SHUGARTS, SCOTT
C/O GEORGE & FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN  46204

SHUKLA, KIRIT S
1200 MCLAUGHLIN DRIVE
CHARLOTTE, NC  28212

SHULTS, MARY ANN
2104 WILSON DR #1005
MT PLEASANT, TX  75455

SHULTZ, ROBERT
2360 W VERDE WEST DR
CAMP VERDE, AZ  86322-4926

SHULTZ, WILLIAM H
2705 RIVER DRIVE
DANVILLE, PA  17821

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 365 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

SHUTTLESWORTH, JERRY
3700 S. SAGECREST CT.
GRANBURY, TX 76049

SHUTTLESWORTH, JOHN NORRIS
1517 BRIAR RUN
BENBROOK, TX 76126

SHUTTLESWORTH, MILDRED
3700 S. SAGECREST CT.
GRANBURY, TX 76049

SIBLEY, KEARNEY
510 VARNAMTOWN RD. SW
SUPPLY, NC 28462

SICKLER, ARTHUR J
1042 PARKLANE EAST
FRANKLIN SQUARE, NY 11010

SIDES, ROBERT
1616 FOUR GEORGES CT., APT. A-2
DUNDALK, MD 21222

SIEBOLD, ERIC
6012 BRYANT ST
PITTSBURGH, PA 15206

SIERRA, EFREN CRUZ
CALLE 4 - L -11
URB. HERMANAS GAVILAS
BAYAMON, PR 00956

SIERRA, JOSE A. FIGUEROA
CARETERA 857 K.O.6. CAROLINA
CANOVENILLAS, PR 00987

SIERRA, JOSE A. FIGUEROA
P.O. BOX 2956
CAROLINA, PR 00984-2956

SIERRA, JOSE A. FIGUEROA
P.O. BOX 2956
CAROLINA, PR 00984-2956

SIERRA, JOSE A. FIGUEROA
P.O. BOX 2956
CAROLINA, PR 00984-2956

SIGMON, MARGARET
3251 GOLDMINE HWY
KERSHAW, SC 29067

SIKES, GEORGE
10535 SW WEST PARK AVE
PORT SAINT LUCIE, FL 34987

SIKUCINSKI, ROSEMARY
1288 ZYDECO CT.
THE VILLAGES, FL 32162

SILANG, ANDRES P
247 KINGSLAND AVE
LYNDHURST, NJ 07071

SILFIES, DATHAN
912 COPELLA RD
BATH, PA 18014

SILFIES, DEREK
36 N. NEW ST.
NAZARETH, PA 18064

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 366 of 444

SILFIES, RICHARD A
36 NORTH NEW STREET
NAZARETH, PA  18064

SILFIES, SHARON L
36 N. NEW ST
NAZARETH, PA  18064

SILKWOOD, ROY
3103 FERNWOOD AVE
ALTON, IL  62002

SILVA MILLA, ROBERTO
MONTANA 754, DEPTO 24-B
VILLA DEL MAR
CHILE

SILVER, CHRIS
49 CIRCLE DR
GREENWICH, CT  06830-6737

SILVERMAN, DAVID J.
179 HINKEL RD
PITTSBURGH, PA  15229

SIMMONS, BINKLEY
167 LCR 908
JEWETT, TX  75846

SIMMONS, KAREN
227 DAVIS DR
LULING, LA  70070

SIMMONS, LARRY DON
125 1ST AVE NORTH
TEXAS CITY, TX  77590

SIMMONS, MARY
P.O BOX 3178
COLUMBIA, SC  29230

SIMMONS, PHILLIP R , SR
6267 SOLOMONS CR
HURLOCK, MD  21643

SIMMONS, PHILLIP R
6267 SOLOMONS CIR
HURLOCK, MD  21643

SIMMONS, ROBERT EDWARD
2911 S LEONARD SPRINGS RD, APT 33
BLOOMINGTON, IN  47403-3764

SIMMONS, RONALD
1810 CITADEL DR.
GLENN HEIGHTS, TX  75154

SIMMONS, SETH C
206 DAVIS DR
LULING, LA  70070

SIMMONS, SIDNEY C.
227 DAVIS DR.
LULING, LA  70070

SIMON, MARYANNE
2017 ACADIA GREENS DR
SUN CITY CENTER, FL  33573

SIMON, VALERIE R.
128 EAST 13TH STREET
EDGARD, LA  70049

SIMON, VERNON, JR
109 CHRISTINA COURT
LULING, LA  70070

SIMON, ZANE
1409 WHITING AVE
BOX 15
HOBROOK, AZ  86025

SIMONETTI, ROBERT
31-23 SE QUANSET CIR
STUART, FL  34997-5468

SIMONETTI, ROBERT
LYTAL REITER SMITH IVEY & FRONRATH LLP
KEVIN C. SMITH, ESQ., 515 N. FLAGLER DRIVE
10TH FLOOR
WEST PALM BEACH, FL  33401

SIMONSEN, CRAIG
9 REVERE STREET
ROCKVILLE CENTRE, NY  11570

SIMPSON, BEVERLY M.
106 SANAIR CT
APEX, NC  27502

SIMPSON, CHARLES
6641 MANGO AVE S
ST. PETERSBURG, FL  33707

SIMPSON, NAOMI J.
C/O JAMES JOSEPH KUSMIERCZAK,
ATTORNEY AT LAW
2402 DORAL COURT
EDWARDSVILLE, IL  62025

SIMS, ADMIRAL L
8420 PHOENIX AVE APT 205
FORT SMITH, AR  72903-6149

SIMS, CARRIE
7332 HUNTINGTON DRIVE
ST. LOUIS, MO  63121

SIMS, CHERYL A.
2041 84TH STREET CIRCLE NW
BRADENTON, FL  34209

SIMS, JOHNNIE DON
4719 WEST VALLEY RD. P.O. BOX 1581
DUNLAP, TN  37327

SIMS, KENNETH C
19895 CR 224
OAKWOOD, TX  75855

SIMS, KENNETH R.
C/O WARD BLACK LAW
208 W WENDOVER AVE
GREENSBORO, NC  27401

SIMS, ORBIE D.
114 STATE STREET E.
DUNLAP, TN  37327

SIMS, RICHARD EDMOND
495 BOWMAN RD
DUNLAP, TN  37327

SIMS, SHIRLEY
10757 RIVER ROAD
AMA, LA  70031

SIMS, STEVEN
5106 GREEN HOLLOW ST.
N. LAS VEGAS, NV  89031

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 368 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

SINCLAIR, CLEO
3258 E 91ST ST 1D
CHICAGO, IL 60617

SINCLAIR, LISA
4126 AYERS RD
MACON, GA 31210-4938

SINGELTARY, LYNN ELYSE
13506 MISSARAH LN
CYPRESS, TX 77429-5322

SINGER, TODD
911 SUGAR MAPLE DR
WINDBER, PA 15963

SINGLETARY, LILLIE
3103 LONGHORN DR
ROSENBERG, TX 77471

SINGLETON, EUGENE P.
1119 GEORGIA AVENUE
BARNWELL, SC 29812

SINGLETON, VIRGINIA R
229 GRAND POINTE DR
GARNER, NC 27529-2169

SIPES, MONICA
8203 BLACK DIAMOND CT
PASADENA, MD 21122

SITKA, WILLIAM J (DECEASED)
JANIE SITKA
106 CAMELLIA ST
SUGARLAND, TX 77478

SITLER, ALVIN E, JR
211 HONTZ RD
SHICKSHINNY, PA 18655

SITLER, CAROL ANN
211 HONTZ RD
SHICKSHINNY, PA 18655

SITTON, BRIAN
927 ALAMEDA RD NW
ALBUQUERQUE, NM 87114

SITTON, ERIC
3501 S NEBRASKA ST
CHANDLER, AZ 85248-4561

SITTON, JAMES M
2219 LOS MISIONEROS
LAS CRUCES, NM 88011

SITTON, JOYCE
2282 URANUS AV
LAS CRUCES, NM 88012

SKAUGE, JEFF
5642 CHICAGO ROAD
SHEPHERD, MT 59079

SKELTON, JANET
1106 ELANOR AVE
GOLDSBORO, NC 27530

SKELTON, SHELBY
1106 ELANOR AVE
GOLDSBORO, NC 27530

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

SKELTON, SUSAN
C/O PICKARD PARRY PFAU
ATTN ZACHARIAH B PARRY ESQ
10120 SOUTH EASTERN AVE STE 140
HENDERSON, NV  89052

SKELTON, SUSAN
C/O PICKARD PARRY PFAU
ATTN: ZACHARIAH B. PARRY, ESQ.
10120 SOUTH EASTERN AVENUE, SUITE 140
HENDERSON, NV  89052

SKELTON, THE ESTATE OF JOHN
C/O PICKARD PARRY PFAU
ATTN ZACHARIAH B. PARRY, ESQ.
10120 SOUTH EASTERN AVENUE, SUITE 140
HENDERSON, NV  89052

SKINNER, LAURENCE M
12 W MAIN ST BOX 298
JACKSONVILLE, OH  45740

SKINNER, LAURENCE M
12 W MAIN ST
BOX 298
JACKSONVILLE, OH  45740

SKINNER, LAWRENCE M
12 W MAIN ST
JAKSONVILLE, OH  45740

SKINNER, LAWRENCE M
12 WEST MAIN BOX 298
JACKSONVILLE, OH  45740

SKINNER, RICHARD D.
819 13TH ST SW
GREAT FALLS, MT  59404

SKINNER, WILLIAM THOMAS
1198 VENETIAN WAY
APT 113
MIAMI BEACH, FL  33139

SKINNER, WILLIAM THOMAS
1198 VENETIAN WAY
APT 113
MIAMI BEACH, FL  33139

SKINNER, WILLIAM THOMAS
1198 VENETIAN WAY
APT 113
MIAMI BEACH, FL  33139

SKINNER, WILLIAM THOMAS
1198 VENETIAN WAY
APT 113
MIAMI BEACH, FL  33139

SKINNER, WILLIAM THOMAS
1198 VENETIAN WAY
APT 113
MIAMI BEACH, FL  33139

SKOLNICK, FANNY
1350 15TH ST APT 14-P
FORT LEE, NJ  07024

SKOLNICK, FANNY
1350 15TH STREET #14P
FORT LEE, NJ  07024

SKOTYNSKY, WALTER
4925 BOYDSON DR
TOLEDO, OH  43623-3815

SKOTYNSKY, WALTER
4925 BOYDSON
TOLEDO, OH  43623

SLANINA, GEORGE LOUIS
814 OVERLAND
STAFFORD, TX  77477

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SLATE, ELLA
208 REDBUD RD
ALBANY, GA  31705-4512

SLATER, BETTY JUNE
223 TIMBERLAND RD.
SOPERTON, GA  30457

SLATER, DORA M.
80 POPULAR LN
BISHOPVILLE, SC  29010

SLATTERY, JOHN N
11 CARTER COURT
LYNBROOK, NY  11563

SLAYTON, LARRY ANTHONY
375 COY AVE
FARMINGTON, NM  87401

SLIFKO, MICHAEL JOSEPH
78 KELSEY DRIVE
SCHUYLKILL HAVEN, PA  17972

SLIFKO, MICHAEL
78 KELSEY DRIVE
SCHUYLKILL HAVEN, PA  17972

SLIMP, TIM
3495 PEARL DR
MONROE, MI  48162

SLIMP, TIM
3495 PEARL DR
MONROE, MI  48162

SLINGBAUM, EDWARD A
74 GARILEE LN
ELIZABETHTOWN, PA  17022

SLODY, ROY DECEASED
ALVERDA CROSBY
960 N. CHARLOTTE ST
POTTSTOWN, PA  19464

SLUDGE, CHERYL
3037 HOMESTEAD DRIVE
MONTGOMERY, AL  36108

SMALL, EARLEAN
3034 E 6TH ST
NATIONAL CITY, CA  91950

SMALL, JONATHAN E.
1311 W. SITKA ST.
TAMPA, FL  33604

SMALLBONE, JOSEPH F.
NANCY SMALLBONE
592 NORTHEAST 249TH AVENUE
OLD TOWN, FL  32680

SMART, PAUL
251 COTTONWOOD LN
FOREST CITY, NC  28043

SMEDEGARD, JAMES
31668 STAPLES LAKE ROAD
DANBURY, WI  54830

SMELTZER, WARREN
PO BOX 155
TOWNSEND, MT  59644

SMILEY, DANNY WILLARD
227 WHITE PLAINS RD.
GAFFNEY, SC  29340

SMITH 2ND, WALTER
10145 WINTER COURT
DENHAM SPRINGS, LA  70726

SMITH, ALLAN K
9188 FIELDSTONE TRACE
SUMMERVILLE, SC  29485

SMITH, ALLAN K
9188 HILLSTONE PLACE
SUMMERVILLE, SC  29485

SMITH, ANN CAROL
299 C & S DR
GREER, SC  29651

SMITH, AVERY
4626 LITTLE FINCH LANE
LAS VEGAS, NV  89115

SMITH, BARRY GORDON DECEASED
706 SW COLONY DRIVE
PORTLAND, OR  97219

SMITH, BETTY LOU MOORE COX
406 S. OAK ST.
ECTOR, TX  75439

SMITH, BRUCE
113 AIRPORT ROAD
SUNBURY, PA  17801

SMITH, CARMEN
8706 E 92ND TERR
KANSAS CITY, MO  64138

SMITH, CARVIN W., JR.
P.O. BOX 264
GAUSE, TX  77857

SMITH, CHARIELL
803 D ST
SAN RAFAEL, CA  94901-2813

SMITH, DANNY L.
18 PRATT ST.
MAYVILLE, NY  14757

SMITH, DARYL
15958 SE 34TH SUNNYBROOK CIR
THE VILLAGES, FL  32162-1831

SMITH, DAVID B
3735 HOLLOW WOOD DRIVE
VALRICO, FL  33596

SMITH, DAVID
3657 EBERHART ROAD
WHITEHALL, PA  18052

SMITH, DEBORAH
430 FAIRMAN HOLLOW RD
CREEKSIDE, PA  15732

SMITH, DEWANDA Y. (PEARL)
2566 GREENVALE, RD
CLEVELAND, OH  44121

SMITH, DONALD
52 RIDGEWOOD DR
LAPLACE, LA  70068

SMITH, DWYANE
3430 EASY ST.
HOUSTON, TX  77026

SMITH, ELAYNE
232 S ADAMS STREET
BEVERLY HILLS, FL  34465

SMITH, ERIC
603 SW 37TH ST TER
BLUE SPRINGS, MO  64015

SMITH, GRAHAM ALLEN
6124 SHARON RD.
CHARLOTTE, NC  28210

SMITH, GREGORY
267 PERSHING STREET
PORTSMOUTH, OH  45662

SMITH, GUY
1522 LEMCKE RD.
DAYTON, OH  45434

SMITH, HAROLD D
1606 CHRISTINE RD
WICHITA FALLS, TX  76302-2610

SMITH, HAROLD WENDELL
5094 GA. HIGHWAY 17 SOUTH
GUYTON, GA  31312-5614

SMITH, HAROLD
798 OAKS ROAD
SUMMERHILL, PA  15958

SMITH, HELEN
701- 6TH ST. UNIT 5F
WINDSOR, CO  80550

SMITH, JAMES ARTHUR
115 CARRERA RD
STOCKBRIDGE, GA  30281

SMITH, JAMES ROBERT JR.
21441 HWY 210
ROCKY POINT, NC  28457

SMITH, JAMES
118 HOLLY CREEK DR.
IRMO, SC  29063

SMITH, JEFFREY I
P.O. BOX 279
719 CLEARWATER RD.
WAYLAND, KY  41666

SMITH, JEFFREY I
P.O. BOX 279
719 CLEARWATER RD.
WAYLAND, KY  41666

SMITH, JOAN
1867 DOVE WAY
HAYWARD, CA  94545

SMITH, JOHN ALAN
403 DOVER DRIVE
ROLLA, MO  65401

SMITH, JOHN
880 PREAKNESS LN
FLORISSANT, MO 63033-3616

SMITH, JUDY BREWER
PO BOX 1174
GREER, SC 29652-1174

SMITH, KAREN
25 OLD STAGECOACH RD.
OLD LYME, CT 06371

SMITH, KELLY
209 VAUNDY RD
MAXTON, NC 28364

SMITH, LARRY
1867DOVE WAY
HAYWARD, CA 94545

SMITH, LEWIS JAMES
207 FARM ROAD
GOOSE CREEK, SC 29445

SMITH, LINUS
814 TURKEYPATH ROAD
PORTAGE, PA 15946

SMITH, LISA
3657 EBERHART ROAD
WHITEHALL, PA 18052

SMITH, LORI
8528 W. 9TH AVE.
KENNEWICK, WA 99336

SMITH, MARK
6172 RADIO DRIVE
SAN DIEGO, CA 92114

SMITH, MARY SPERLAZZA
161-19 88TH STREET
HOWARD BEACH, NY 11414

SMITH, MURREL
205 PATTON DR.
PEARL, MS 39208

SMITH, PHYLLIS J
P.O. BOX 3796
HOMOSASSA SPRINGS, FL 34447

SMITH, R. (RICHARD) TERRELL
634 TAVARES ROAD
1305 COSTA DEL SOL DR
PORT ORANGE, FL 32129-7859

SMITH, RICHARD
3306 VICTORIA CT.
JOHNSON CITY, TN 37604

SMITH, ROBERT HENRY (DECEASED)
CAROLYN SMITH
1430 TIMBERLANE DR
VIDOR, TX 77662

SMITH, ROBERT SAMUEL
1312 N FIFTH STREET
HARTSVILLE, SC 29550

SMITH, RUBY
1053 LOMAX LANE
CRYSTAL SPRINGS, MS 39059

SMITH, RUBY
2566 GREENVALE RD
CLEVELAND, OH  44121

SMITH, RUBY
2566 GREENVALE RD
CLEVELAND, OH  44121

SMITH, SAMUEL
P.O. BOX 601
OLD OCEAN, TX  77463

SMITH, SARENA
1823 BRIEDWENG AVE
KETTERING, OH  4211

SMITH, SHERRY L
185 CR 4222
MOUNT PLEASANT, TX  75455

SMITH, STEPHEN ALTON
PO BOX 1174
GREER, SC  29650

SMITH, TERESA
21441 HWY 210
ROCKY POINT, NC  28457

SMITH, TERRY ALLEN
4810 STATE PARK RD.
TRAVELERS REST, SC  29690

SMITH, THOMAS
345 COPENHAFFER RD.
YORK, PA  17404

SMITH, TIMOTHY R
166 OUTBACK LN
MIDDLEBURG, PA  17842

SMITH, VELMA
12101 ZINNIA ST.
MORENO VALLEY, CA  92557

SMITH, WILLIAM
75 RAUBSVILLE RD.
EASTON, PA  18042

SMITKA, ARON R.
3416 S. VICTORIA DR.
BLUE SPRINGS, MO  64015

SMYRE, ERNEST
8578 NC HYW 42 S
RAMSEUR, NC  27316

SNYDER, AARON
570 E. CAMPING AREA RD
WELLSVILLE, PA  17365

SNYDER, PATRICIA
5613 WHEELWRIGHT AV NW
ALBUQUERQUE, NM  87120

SOBOLEWSKI, JOHN, JR
426 SPRUCE LN
STRATFORD, CT  06614

SOLBAKKEN, EARL
515 CHESTNUT STREET
LINDENHURST, NY  11757

| | | |
|---|---|---|
| SOLBAKKEN, EARL<br>515 CHESTNUT STREET<br>LINDENHURST, NY 11757 | SOLOMON, JACK<br>1242 WAINWRIGHT DR.<br>JACKSONVILLE, FL 32208 | SOLT, CLYDE T<br>118 FOOTHILL DR<br>MOUNTAIN TOP, PA 18707 |
| SOLTIS, LORI<br>815 PLATEAU COURT<br>DERRY, PA 15627 | SOMMERS, WILLIAM<br>3444 PIKE RIDGE RD.<br>EDGEWATER, MD 21037 | SONDAG, DANIEL<br>62599 350TH ST<br>GIBBON, MN 55335 |
| SONDERGAARD, ROLF M<br>21456 BLACKBERRY ACRES RD.<br>GRAND RAPIDS, MN 55744 | SONG, ALICE<br>5902 BELLERIVE ST<br>LAS VEGAS, NV 89113 | SONG, ROBERT<br>5902 BELLERIVE ST<br>LAS VEGAS, NV 89113 |
| SORAPURU, RUDOLPH, JR<br>19835 S. MANHATTAN LN<br>GRAMERCY, LA 70052 | SORAPURU, RUSSELL, JR<br>220 BEAUPRE DR.<br>LULING, LA 70070 | SORENSEN, CHRIS<br>166 MATTHEWS ST<br>NASHVILLE, NC 27856-9604 |
| SORENSEN, LINDA<br>166 MATTHEWS ST<br>NASHVILLE, NC 27856-9604 | SORENSON, EUGENE W<br>06741 62 ST<br>SOUTH HAVEN, MI 49090 | SORENSON, MITCHELL E.<br>23 HERITAGE PL<br>SIOUX CITY, IA 51106 |
| SORIANO, BARBARA<br>3881 TONSLEY PL<br>HIGH POINT, NC 27265-9278 | SORIANO, RICHARD<br>3881 TONSLEY PL<br>HIGH POINT, NC 27265-9278 | SORRELHORSE, JOSEPH<br>PO BOX 374<br>KIRTLAND, NM 87417-0374 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SORRELLS, JASON VON
419 BUGS RD
SALEM, SC  29676

SOUTHERN, JIMMY LEE
35 ROAD 5582
FARMINGTON, NM  87401-1454

SOUTHERN, MICHAEL RAY
35 ROAD 5582
FARMINGTON, NM  87401

SOUZA, MAX A.
2431 E MERCER LN
PHOENIX, AZ  85028-2527

SOWELL, BETTY SUE
255 CAPRI CIRCLE N #30
TREASURE ISLAND, FL  33706

SOWELL, WENDELL ERVIN
BETTY SUE SOWELL
255 CAPRI CIRCLE, UNIT 30
TREASURE ISLAND, FL  33706

SOWERBY, JAMES
9494 GILLESPIE RD
NAPOLEON, MO  64074

SPAETH, HAROLD W.
3945 BESSENT RD
JACKSONVILLE, FL  32218

SPANGLER, ALEX
146 FRATLEY RD
SHELOCTA, PA  15774

SPANGLER, GREG
524 BRUTON DR
GIBSONIA, PA  15044

SPARKS, JAMES E 'JIMMY'
2620 4TH ST
ROSENBERG, TX  77471

SPARKS, KENNETH
296 HOG BRANCH ROAD
WEST LIBERTY, KY  41472

SPARR (SILFIES), DESIREE
950 S COTTONWOOD RD
WALNUTPORT, PA  18088-9545

SPECHT, JAMES
166 10TH ST
NORTHUMBERLAND, PA  17857

SPEER, CARL G., JR.
704 W. OAK ST.
COLUMBUS, KS  66725

SPEIGHT, KRISTINE
139 WOODLAND RD
LANSING, KS  66043

SPENCE, DAVID
505 JOE BAILEY RD
APPLE SPRINGS, TX  75926

SPENCE, GARY DOUGLAS
1431 TRANQUILLA DR
DALLAS, TX  75218-3542

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SPENCE, GARY DOUGLAS
1431 TRANQUILLA DR
DALLAS, TX 75218-3542

SPENCE, GARY DOUGLAS
1431 TRANQUILLA DR
DALLAS, TX 75218-3542

SPENCE, GARY DOUGLAS
C/O SIMPSON LAW
ATTN: MABEL SIMPSON
1755 N. COLLINS BLVD., STE. 105
RICHARDSON, TX 75080

SPENCE, GARY DOUGLAS
C/O SIMPSON LAW
ATTN: MABEL SIMPSON
1755 N. COLLINS BLVD., STE. 105
RICHARDSON, TX 75080

SPENCE, GARY DOUGLAS
C/O SIMPSON LAW
ATTN: MABEL SIMPSON
1755 N. COLLINS BLVD., STE. 105
RICHARDSON, TX 75080

SPENCER, JULIE
7201 ARIEL FARM CT
GREENSBORO, NC 27455-9545

SPENCER, KIRBY EUGENE, JR.
559 DEER RUN RD.
1488 NC 306 HWY S
GRANTSBORO, NC 28529-9466

SPENCER, LAURA
3855 BRAINARD RD
ORANGE, OH 44122

SPENCER, STEPHEN M
1855 RIVER RD
ABERDEEN, OH 45101

SPENCER, STEPHEN M.
1855 RIVER RD
ABERDEEN, OH 45101

SPERLAZZA, MARY (SMITH)
16119 88TH ST
HOWARD BEACH, NY 11414-3306

SPILKER, ROBERT
4425 UNE PLACE
HAIKU, HI 96708

SPILLMAN, JOHNNY
1005 SCOTT DR
HURST, TX 76053

SPINOLA, MARY RUTH
A/B/O DENNIS MANUEL SPINOLA SR
612 BALTIC AVE SE
RIO RANCHO, NM 87124

SPIRES, ROBERT E, JR
67 AJ NIXON RD
MANCHESTER, OH 45144

SPLENDORA, ANTHONY J
137 CHIPPY COLE RD
MILFORD, PA 18337-6532

SPLENDORA, ANTHONY
137 CHIPPY COLE ROAD
MILFORD, PA 18337-6532

SPLITT, GERALD J
332 TAFT RD.
ELYSBURG, PA 17824

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                    Page 378 of 444

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

SPODNIK, KENNETH F
99 SASSACUS DRIVE
MILFORD, CT  06461

SPODNIK, MARK
279 WOLF HARBOR ROAD
MILFORD, CT  06461

SPRADLIN, KARSEN
4940 LOGIN LOOP
MALONE, FL  32445

SPRADLING, JEFF
57167 WINDING HILL
BELLAIRE, OH  43906

SPRALLS, DIANNE M. LITTLETON
245 BRUSHY CREEK RD
RED OAK, TX  75154

SPRANGLER, LARRY J.
125 PINE LANE
SHELOCTA, PA  15774

SPRENG, ANDREW
509 HUNTINGTON CT.
SERGEANT BLUFF, IA  51054

SPRINGFIELD, CAROLYN E.
233 S. JEFFERSON STREET
RIPLEY, TN  38063

SPROUSE, OTIS
2081 COLUMBIANA ROAD, STE. 17
BIRMINGHAM, AL  35216-2139

SPRY, LINDA CAROLYN KURFEES
7979 LYNDA DR.
SHERRILLS FORD, NC  28673-9230

SQUADRITTO MOGGIA, JUAN GUSTAVO
ESCULTORA REBECA MATTE 1872-C , LA REINA
REGION METROPOLITANA
SANTIAGO  7860008
CHILE

ST LAURENT, REBECCA S.
108 PINKNEY RD.
DALLAS, NC  28034

ST. JOHN, JAMES
1210 ARMOR AVE
PASADENA, TX  77502

ST. ONGE, GARY R
251 W. RIVER RD.
PALATKA, FL  32177

STACHLER, DARRELL
6582 W HERITAGE WAY
FLORENCE, AZ  85132-6602

STACY, STERLING SCOTT
1209 CR 575
GORMAN, TX  76454

STACY, STERLING SCOTT
1209 CR 575
GORMAN, TX  76454

STAFFORD, EDWARD
711 ISLAND DR
CHOCOWINITY, NC  27817

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


STAHLSCHMIDT, DAVID
1019 SINNOCK AVE
MOBERLY, MO  65270

STAIR, RICHARD
153 SHINGLE HOLLOW ROAD
HARMONY, PA  16037

ST-AMOUR, PIERRE
17 FOREST DR
BALLSTON LAKE, NY  12019


STAMPER, DAVID K
21 E DOROTHY CT
UNION, WA  98592-9730

STAMPER, TERRI J
21 E DOROTHY CT
UNION, WA  98592-9730

STAMPER, THOMAS BARTON
8497 ISLAND PALM CIRCLE
ORLANDO, FL  32835


STAMPER, THOMAS BARTON
8497 ISLAND PALM CIRCLE
ORLANDO, FL  32835

STAMPLEY, GEORGE
205 COUNTY ROAD 451
BUFFALO, TX  75831

STANBERY, BOBBY GENE
422 WINGEDFORT
LUFKIN, TX  75901


STANCIL, NANCY LUCILLE (LUCY)
388 MTN SPRINGS RD
WEST UNION, SC  29696

STANDFORD, NELSON
725 GRAYOAK DR.
DAYTON, OH  45426

STANFILL, STERLING E 'BUD'
RT 2 BOX 1815
PATTON, MO  63662


STANISHEFSKI, VINCENT
8 CIRCLE VIEW DR
ELYSBURG, PA  17824

STANLEY, DANNY EARL
1510 KIRKPATRICK ROAD
MISSOURI CITY, AR  72104

STANLEY, PETER AND CHRISTINE
821 2ND AVE STE 2100
SEATTLE, WA  98104-1516


STAPLETON, LEONARD B
13830 ST RT 41
WEST UNION, OH  45693

STARBIRD, HERBERT
906 25TH AVENUE
ALTOONA, PA  16601

STARBIRD, HERBERT
906 25TH AVENUE
ALTOONA, PA  16601

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

STARKE, JAMES A.
80 BROADVIEW
KINGS PARK, NY  11754

STARKEY, PAMELA
2028 BYRON PAUL LANE
CRYSTAL SPRINGS, MS  39059

STARKS, TERESA L.
6446 KELSEY DR.
INDIANAPOLIS, IN  46268

STARKS, TERESA L.
6446 KELSEY DR.
INDIANAPOLIS, IN  46268

STARKS, TERESA
6446 KELSEY DR.
INDIANAPOLIS, IN  46268

STARLIN, DAVID D.
10102 NEW ENGLAND RD.
STEWART, OH  45778

STARLIPER, MICHAEL L
263 RUSTIC TAVERN ROAD
HEDGESVILLE, WV  25427

STARNES, BRAXTON
390 SONGBIRD ROAD
CHESTERFIELD, SC  29709

STARR, CHARLES
68 SECHLER DRIVE
MONTOURSVILLE, PA  17754

STATLER, HAROLD EUGENE
3824 LAZZELLE UNION RD
MORGANTOWN, WV  26501

STATLER, RYAN
2745 SW LAGITO DR
TOPEKA, KS  66614-4889

STATLER, RYAN
2745 SW LAGITO DR
TOPEKA, KS  66614-4889

STAUBLE, GEORGE J.
9 CHAPMAN DR.
LITTLE FERRY, NJ  07643-2104

STAUFFER, CURT
22 CREEKVIEW RD
KUNKLETOWN, PA  18058

STCLAIR, STEVEN J
292 ALLEGHANY SPRING RD APT 5
SHAWSVILLE, VA  24162-1887

STEC, KENNETH
2838 FENNER ROAD
CAZENOVIA, NY  13035-9794

STEEL, NED FRANKLIN
2708 LAKE HOLLOW RD
BERTHOUD, CO  80513

STEELE, CORTEZ
5930 AZALEA RIDGE DR
DOUGLASVILLE, GA  30135-5588

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

STEELE, HARRY LEE
1124 QUILL MOORE RD
CLARKTON, NC  28433

STEELE, SAMUEL, III
2213 JOHN
PASADENA, TX  77502

STEEN, BOBBY
663 NORTH CENTER RD
HARTSVILLE, SC  29550

STEEN, JAMES DONALD, JR.
754 CASUAL ST.
HARTSVILLE, SC  29550

STEEN, JAMES W., JR
754 CASUAL STREET
HARTSVILLE, SC  29550

STEFANCIK, STEPHEN
1496 CRESSWELL RD
INDIANA, PA  15701

STEIFF, ROBERT T
1027 FOUNTAIN ST
ASHLAND, PA  17921

STEIGERWALT, EDWIN
540 BLUE MT RD
LEHIGHTON, PA  18235

STEIN, JOSEPH
504 JOE STEIN RD
MADISONVILLE, LA  70447

STEIN, NORMAN
1179 CHESTNUT ROAD
ORWIGSBURG, PA  17961

STEIN, RAYMOND E
765 MENARD RD APT 319
WINONA, MN  55987-2989

STEINER, DAVID R.
341 W MAIN ST
LOVELL, WY  82431-1618

STEINER, DAVID
341 W MAIN ST
LOVELL, WY  82431-1618

STEINER, DAVID
5112 LAUREL PL
#22
BILLINGS, MT  59101

STEINMAN, MICHAEL D
115 S. VERMONT ST.
SUGAR CREEK, MO  64054

STELLA, LOUIS
116 SNOWDRIFT RD
EIGHTYFOUR, PA  15330

STETSON, CHARLES T.
2213 MIDVALE TERRACE
HENDERSON, NV  89074

STEUERMAN, DEBRA
8109 CAVALLE WAY
LAKE WORTH, FL  33467

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 382 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

STEVEN, DEIRDRE
2007 MOSER AVE APT 134
DALLAS, TX 75206-7341

STEVEN, MAEVE
8965 RUEL LN
SUWANEE, GA 30024-6204

STEVENS, BALLARD
255 HALE DRIVE
WEST UNION, OH 45693

STEVENS, DAVID
1120 SANDY BEACH ROAD
SOUTH BOSTON, VA 24592

STEVENS, FAYE D
813 BROKEN OAK RD.
ROCK HILL, SC 29732

STEVENSEN, DARYL
40348 591 ST AVE
NEW ULM, MN 56073

STEVENSON, ANITA FAYE
6650 W WARM SPRINGS RD UNIT 2067
LAS VEGAS, NV 89118-4617

STEVENSON, ELIJAH
305 W. BAKER RD
BAYTOWN, TX 77521

STEVENSON, JAMES R
221 CONDON LN
PORT LUDLOW, WA 98365

STEWART, BOBBY
210 ROBBIE ST
212 PRUNE ST
LA MARQUE, TX 77568-6254

STEWART, DANIEL A.
219 LOG BARN ROAD
HOLLIDAYBURG, PA 16648

STEWART, DENNIS P.
123 LOG BARN RD.
HOLLIDAYSBURG, PA 16648

STEWART, JOAN S.
2123 RIDGECREST RD.
ROCK HILL, SC 29732

STEWART, PATTY S
415-B FORREST ST.
BAYTOWN, TX 77520

STEWART, PATTY
415 FORREST ST APT B
BAYTOWN, TX 77520-2866

STEWART, PATTY
415-B FORRESST ST.
BAYTOWN, TX 77520

STEWART, PAUL LEWIS
1422 JACKSON ST.
ROXBORO, NC 27573

STEWART, PAUL
C/O KELLER FISHBACK & JACKSON
28720 CANWOOD STREET
SUITE 200
AGOURA HILLS, CA 91301

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

STEWART, SARAH M.
219 LOG BARN ROAD
HOLLIDAYSBURG, PA  16648

STEWART, SUNPOLYNESIA
426 COMMERCIAL AVE
MOBILE, AL  36610

STEWART, TERRY
C/O CAPPOLINO DODD & KREBS LLP
ATTN: VALERIE S. FARWELL
3604 S.W. HK DODGEN LOOP SUITE 104
TEMPLE, TX  76504

STIGGER, GARRY
228 DOGWOOD RD
BYHALIA, MS  38611

STIGGER, SHANIKA
228 DOGWOOD RD
BYHALIA, MS  38611

STILWELL, RANDY DAVID
340 KILLIAN FARM RD.
STANLEY, NC  28164

STIMSON, DENNIS
13452 WILSON ST
GARDEN GROVE, CA  92844

STINE, ANDREW EARL
528 CARNES SCHOOL RD
CRANBERRY, PA  16319

STINE, ANDREW
528 CARNES SCHOOL RD
CRANBERRY, PA  16319

STINSON, GENEVA LINDA
1960 SHILOH LOOP 1603
AUBURN, AL  36832

STINSON, ROGER D. DECEASED
2845 SNIDER AVE
FRISCO CITY, AL  36445

STITT, JACQUELINE R
PO BOX 154607
LUFKIN, TX  75915-4607

STIVASON, JUSTIN
319 PINE ST
KITTANNING, PA  16201

STOCK, CHARLES
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

STOCKMAN, SAMUEL LEON
1225 SAYRE LN
ELGIN, SC  29045

STOKER, BRUCE
19729 207TH AVE SE
MONROE, WA  98272

STOKER, JERAL EUGENE
4808 GOLD DRIVE
MOBILE, AL  36619

STOKER, MERLENE
2109 STATE HIGHWAY 351 APT 2102
ABILENE, TX  79601-4798

STOKER, MERLENE
2930 W. PIONEER DR., #116
IRIVING, TX  75061

STOKES, GARLAND L
519 S HAWKINS AVE
AKRON, OH  44320

STOKES, GARLAND
519 S HAWKINS AVE
AKRON, OH  44320

STOKES, LILLIAN ARLENE
905 GIBSON STREET
HARTSVILLE, SC  29550

STOKLEY, JIMMY A
53801 CO RD 21
STOCKTON, AL  36579

STOLLE`, MICHAEL
1510 BEACHCOMBER LANE
HOUSTON, TX  77062

STONE, CARL H
3620 GERALD ROAD
ROWLAND, NC  28383

STONE, HOWARD W. DECEASED
85 SUSQUEHANNA BLVD
WEST HAZLETON, PA  18202

STONE, MARCIA M
800 SOUTH SIXTH ST.
CLEARFIELD, PA  16830

STONE, THERESA MARIE (CHURCH)
5649 MINERAL DR
BOISE, ID  83716

STOOPS, ROBERT C , SR
5765 N.W. 112 TERR.
HIALEAH, FL  33012

STOOPS, ROBERT
5765 NW 112 TERR.
HIALEAH, FL  33012

STOOS, FRANK MATTHEW
1317 MORNINGSIDE AVE
SIOUX CITY, IA  51106

STORM, DALBERT E
608 NEBRASKA ST
PO BOX # 1
BANCROFT, NE  68004

STOUT, MILISSA
214 BALL HILL
ADAH, PA  15410

STOVALL, NEALY FEARL, JR
2878 C.R. 342
BRAZORIA, TX  77422

STRANAHAN, KEVIN
10 AUTUMN CREEK LANE APT. A
EAST AMHERST, NY  14051

STRAZISAR, DENNIS J.
420 MILE HILL RD.
JOHNSTOWN, PA  15909

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #: **14-10979 (CSS)**

Notices mailed by: **April 30, 2021**


STREET, RANDALL LEWIS
PO BOX 122
BAKERSVILLE, NC  28705

STREIN, JOHN
362 WHITE ROAD
MINEOLA, NY  11501

STREINER, ANDREW J
227 HOLT LANE
MONROEVILLE, PA  15146-2107

STREINER, ANDREW J.
227 HOLT LANE
MONROEVILLE, PA  15146-2107

STREINER, THOMAS J
4421 GATEWAY DR
MONROEVILLE, PA  15146

STRELSKY, RICHARD
2419 FM 1712
ROCKDALE, TX  76567

STRICKO, PAUL
197 BRYNA LANE
CARNEGIE, PA  15106

STROBL, THOMAS
1995 BAY HILL DR
VIERA, FL  32940

STROLLO, ROCCO S.
P.O. BOX 1326
BROOKSVILLE, FL  34605

STRONG, JIMMIE RUTH (DECEASED)
IRENE LAVENDER
6120 GOFORTH
HOUSTON, TX  77021

STROPP, JAMES E.
114 PHILOMENA DR
MOON TWP., PA  15108

STROTHER, CLIFFORD
203 11 1/2 ST
WEST COLUMBIA, TX  77486

STROTHER, DOUGLAS
4726 COUNTY ROAD 343
BRAZORIA, TX  77422-8164

STROUD, DAVID L
11937 YEARLING ST
CERRITOS, CA  90701

STROUPE, JACKIE THEO
PO BOX 174
STANLEY, NC  28164

STROUPE, JUDY M.
131 W. COLLEGE ST.
P.O. BOX 174
STANLEY, NC  28164

STRYK, ERNEST G
129 W BROWNING
DEKALB, TX  75559

STUART, CHRISTOPHER CAMERON
111 COUNTY ROAD 111
ATHENS, TN  37303

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #: **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


STUART, FREDERICK OWEN (DECEASED)
JOYCE M STUART
7710 GREENDOWNS
HOUSTON, TX  77087-3806

STUART, JUDITH A
24 WESTFIELD DRIVE
CENTERPORT, NY  11721

STUART, KENNETH E.
111 COUNTY ROAD 111
ATHENS, TN  37303-6796


STUCKEY, ADAM
P.O. BOX 283
WIND GAP, PA  18091

STUCKEY, CATHERINE M
1249 WILSHIRE DR.
YARDLEY, PA  19067

STUCKEY, WILLIAM L.
1249 WILSHIRE DRIVE
YARDLEY, PA  19067


STUFF, BRIAN
589 WOODWARD AVE
NORTH TONAWANDA, NY  14120

STULL, JASON
30380 BEAVER CREEK ROAD
PAOLA, KS  66071

STUMBAUGH, DAVID WAYNE
PO BOX 146
LAMAR, AR  72846


STUPHIN, JAMES DEAN
70 E SHORE DR
GRAPEVIEW, WA  98546-9726

STURDEVANT, TYLER
18 GREAT VALLEY ST
SALAMANCA, NY  14779

STURM, JOHN M
913 TAYLOR WAY
COLLEGEVILLE, PA  19426


STURM, JOHN M
913 TAYLOR WAY
COLLEGEVILLE, PA  19426

STUTZ, JUDITH A
24 WESTFIELD DRIVE
CENTERPORT, NY  11721-1525

SUCHMA, FREDERICK
3964 KLEBER ST #2
PITTSBURGH, PA  15212-1577


SUCHMA, FREDERICK
3964 KLEBER ST #2
PITTSBURGH, PA  15212-1577

SUCHMA, FREDERICK
3964 KLEBER ST #2
PITTSBURGH, PA  15212-1577

SUCHMA, FREDERICK
3964 KLEBER ST #2
PITTSBURGH, PA  15212-1577

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 387 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

SUGAMELI, ROCCO JOHN
6630 N AMAHL PLACE
TUCSON, AZ  85704

SUH, CHAI CHIN
45 CHELTENHAM DR.
WYOMISSING, PA  19610

SULAK, MARTIN
309 AVENUE G
WACO, TX  76705

SULLIVAN, RAYMOND A
15 VAN WYCK DR
PRINCETON JCT, NJ  08550-1639

SULLIVAN, ROBERT D
59 LAKE DRIVE
DEBARY, FL  32713

SULLIVAN, RUTH
1681 NEW YORK AVENUE
WHITING, NJ  08759

SULLIVAN, RUTH
615 HAMILTON STREET
TRENTON, TN  38382

SUMMER, DOUGLAS
411 FLORIDA AVE
NEW ELLENTON, SC  29809

SUMMERS, JAMES H
16800 SHADY LANE
CHANNELVIEW, TX  77530

SUMNER, CARROLL JULIAN
600 CLAYTON AVE
ROXBORO, NC  27573

SUMNER, DAVID
102 BERKSHIRE PL
LUMBERTON, NC  28358

SUMNER, RACHEL
3811 MERCER ROAD
NEW CASTLE, PA  16105

SUMRALL, KENNETH WAYNE
79 G STREET
TURNERS FALLS, MA  01376

SUN, DAVID
10 MANOR RIDGE DR
PRINCETON JCT, NJ  08550-1918

SUPINSKI, RAY RENE D
16826 DUTCH RIDGE DR
SUGARLAND, TX  77498

SUPINSKI, RAY(RENE)
16826 DUTCH RIDGE DR.
SUGAR LAND, TX  77478

SUROVIK, JOHN W.
635 CR 238
CAMERON, TX  76520

SUSTAITA, JOE
P.O. BOX 774
PORTER, TX  77365

SUTHERLAND, ANDREW M
4615 SANTA ROSA CT
PASCO, WA  99301

SUTOVICH, RONALD J
18 MCKEE AVENUE
MONESSEN, PA  15062

SUTPHIN, GERALD NELSON
PO BOX 163
MOOSE PASS, AK  99631

SUTPHIN, GERALD NELSON, JR.
PO BOX 3451
SEWARD, AK  99664

SUTPHIN, JEFFREY ALLEN
PO BOX 828
SEWARD, AK  99664

SUTPHIN, ROSE M.
PO BOX 163
MOOSE PASS, AK  99631

SUTTON, GWENDOLYN LAMB
113 HORNE RD
TEACHEY, NC  28464

SUTTON, PICKETT, JR.
833 CHERAW RD
CASSATT, SC  29032

SUTTON, VALERIA N.
118 HC POWERS RD
WALLACE, NC  28466

SUTTON, WILLIE
113 HORNE RD.
TEACHEY, NC  28464

SVITENKO, PETER
50, OLEANDER ST
WEST SPRINGFIELD, MA  01089

SWABIK, DAN
5088 RT 474
ASHVILLE, NY  14710

SWAIN SR., GARY A.
5910 HIGHWAY 66
POSEYVILLE, IN  47633-8812

SWANGER, BOB RAY
1174 CHAMBERS MOUNTAIN ROAD
CLYDE, NC  28721

SWANGER, LUCILLE G.
P.O. BOX 443
1174 CHAMBERS MTN. RD.
CLYDE, NC  28721

SWANIGAN, DENISE
1912 N. LOCKWOOD
CHICAGO, IL  60639

SWANK, TIMOTHY
2152 SUNRISE ROAD
LEWISBURG, PA  17837

SWANSON, FRANK W.
3811 53RD ST NE
TACOMA, WA  98422

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SWANSON, GREGORY
39363 E THORPE AVE
DEER RIVER, MN  56636

SWANSON, MICHAEL A.
558 DRY VALLEY RD
ROSSVILLE, GA  30741

SWANSON, SHANE S.
3 WILDFLOWER RD
WINTHROP, WA  98862-9110

SWANSON, SUSAN M.
3811 53RD ST NE
TACOMA, WA  98422

SWARMER, ANDREW
233 CORAL DR
PITTSBURGH, PA  15241

SWARMER, GREGORY J
126 SANGER DR
BEAVER FALLS, PA  15010

SWARTZ, DIANE
220 BRICKER AVE
CADILLAC, MI  49601

SWARTZ, FREDERICK J
446 BLANK SCHOOL ROAD
GREENSBURG, PA  15601

SWARTZ, FREDERICK T
446 BLANK SCHOOL ROAD
GREENSBURG, PA  15601

SWEAT, ERNEST C.
6023 CR 326
LEXINGTON, TX  78947

SWECKER, SHARON
405 LEWIS CIRCLE APT.D
PLAIN CITY, OH  43064

SWEENEY, GERALD J, JR
35303 SW 180TH AVE LOT 377
FLORIDA CITY, FL  33034

SWEENEY, JUDITH A
12194 LONGWOOD DR
PENSACOLA, FL  32507

SWEETLAND, LANG FULTON & NORMA
16790 US 550
AZTEC, NM  87410-2870

SWIDORSKY, RICHARD J.
425 SUNSET HILLS DRIVE
FREEDOM, PA  15042-2766

SWIDORSKY, TRACY L.
425 SUNSET HILLS DRIVE
FREEDOM, PA  15042-2766

SWIMAN, SOLOMAN
445 SECOND AVE
1ST FLOOR
WEST HAVEN, CT  06516

SWIMAN, SOLOMAN
445 SECOND AVE
1ST FLOOR
WEST HAVEN, CT  06516

SWISHER, WESLEY J
C/O ROUSSEL & CLEMENT
ATTN: PERRY J ROUSSEL JR
1550 W. CAUSEWAY APPROACH
MANDEVILLE, LA  70471

SWOB, EDWARD
3808 51ST TER W
BRADENTON, FL  34210-3281

SYLVESTER, RUDOLPH
2244 W WINDCHIME DR
MERIDIAN, ID  83646-3533

SYMMANK, JOHN DAVID
4530 CHERRY
SANTA FE, TX  77517

SZRAJER, MARK
6709 RIDGE BLVD
BROOKLYN, NY  11220

SZUMLANSKI, PAUL A
5713 LANCELOT CT SW
OLYMPIA, WA  98512

SZYMANOWSKI, STANISLAUS A
72 S PONTIAC ST
BUFFALO, NY  14206

TABER, ROBERT
4569 CR 14
MADRID, NY  13660

TABOR, ALICE T
16 SHELBY CIRCLE
DAYVILLE, CT  06241

TACHOK, PAUL
6190 COLE RD.
ORCHARD PARK, NY  14127

TAFFETANI, LOUIS
9218 SANDRA PARK RD
PERRY HALL, MD  21128

TAFOYA, MANUEL, JR
4109 W. MELINDA LANE
TUCSON, AZ  85742

TALICH, ROGER
960 CORTEZ ST
DENVER, CO  80229

TALL, DONALD ERIC DECEASED
219 POKER HILL ROAD
UNDERHILL, VT  05489

TALLENT, MARGARET N.
PO BOX 264
CROUSE, NC  28033

TALLEY, RONALD J.
77 S.E. 222 STREET
PLATTSBURG, MO  64477

TALLON, SAMUEL
2632 ECHO WOODS DRIVE
HARTSVILLE, SC  29550

TAMBINI, ANTHONY, JR
95 BEECHER RD
EAST JEWETT, NY  12424

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

TANA, JOSEPH, JR
334 EAST LAKE RD #202
PALM HARBOR, FL  34685

TANEJA, JUGAL K
3507 BAYSHORE BLVD UNIT 1801
TAMPA, FL  33629

TANEJA, JUGAL K
3507 BAYSHORE BLVD UNIT 1801
TAMPA, FL  33629

TANEJA, JUGAL K
3507 BAYSHORE BLVD UNIT 1801
TAMPA, FL  33629

TANNER, JAMES
4007 VIEW POINT DR
GRANBURY, TX  76048

TAPIA, CARLOS SEPULVEDA
PASAJE CERRO SIERRA BELLA NO 118
QUILICURA
SANTIAGO  8320000
CHILE

TAPIA, PATRICIA
PO BOX 395
BUCKEYE, AZ  85326

TARR, JAMES
2102 FALLS CT
LOVELAND, CO  80538

TARTE, TERRY
6427 53RD CIR
VERO BEACH, FL  32967-7624

TARVER, INEZ
1601 N SEPULVEDA BLVD. # 143
MANHATTAN BEACH, CA  90266

TAYLOR, ALLISON
350 CYPRESS CREEK RD APT 407
CEDAR PARK, TX  78613

TAYLOR, ALVIN
8210 W CLOVERNOOK ST
MILWAUKEE, WI  53223

TAYLOR, BARBARA
PO BOX 71
HARRELLS, NC  28444

TAYLOR, BRICE
PO BOX 383
MILANO, TX  76556

TAYLOR, CHARLES E, JR
621 PARKROSE RD
MEMPHIS, TN  38109

TAYLOR, COLEEN
9513 ANNE TAYLOR RD
YORK, SC  29745

TAYLOR, CYNTHIA K.
5619 NIX RD
FAYETTEVILLE, NC  28314

TAYLOR, EDWARD
8 BRIARWOOD DRIVE
VOORHEES, NJ  08043

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 392 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

TAYLOR, GLENN CHARLES, SR.
7411A BELMONT AVE
BALTIMORE, MD 21224

TAYLOR, GREGORY LEE
5619 NIX RD
FAYETTEVILLE, NC 28314

TAYLOR, HUGH NELSON
401 COLUMBIA POINT DRIVE
RICHLAND, WA 99352

TAYLOR, HUGH NELSON
401 COLUMBIA POINT DRIVE
RICHLAND, WA 99352

TAYLOR, JAME O.
777 BLALOCK RD
STEENS, MS 39766

TAYLOR, JONATHAN DAVID ('JOHN')
9513 ANNE TAYLOR RD.
YORK, SC 29745-5301

TAYLOR, LORRAINE C
508 139TH ST
OCEAN CITY, MD 21842

TAYLOR, MORTON L
274 LAFOLLETTE DRIVE
WINTERVILLE, NC 28590

TAYLOR, NELSON
2909 CR 604
BRAZORIA, TX 77422

TAYLOR, NORMA J
317 COUNTY ROAD 3150
COOKVILLE, TX 75558-5131

TAYLOR, SHERYL
220 BEDFORD CT E
BEDFORD, TX 76022

TAYLOR, WILLIAM J
7023 PINE HOLLOW DR
MOUNT DORA, FL 32757

TAYLOR, WILLIAM J
7023 PINE HOLLOW DR
MOUNT DORA, FL 32757-9112

TEAGUE, CHARLES
1707 DAVEYS RUN
GRAYSON, KY 41143

TEASDALE, MALCOLM
17478 AUTUMN TRAIL
WHITEHOUSE, TX 75791

TEGGE, WALTER
873 SANDOVAL DRIVE
VIRGINIA BEACH, VA 23454

TENNANT, CRAIG A
1606 SAND KEY CIR
OVIEDO, FL 32765

TENNER, LASHONDA
345 CONNANSBURG RD
NATCHEZ, MS 39120

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

TENNER, MARY
175 BLURBIRD LOOP
NATCHEZ, MS  39120

TENNER, MICHAEL
345 CANNONSBURG RD
NATCHEZ, MS  39120

TENNER, PRISCILLA G.
92 BLUEBIRD LOOP
NATCHEZ, MS  39120

TENNER, PRISCILLA G.
92 BLUEBIRD LOOP
NATCHEZ, MS  39120

TENNISON, DENNIS G
1289 COUNTY ROAD 440
BOVEY, MN  55709

TENNISON, DENNIS G.
1289 COUNTY ROAD 440
BOVEY, MN  55709

TENNISON, JOANNE K
1289 CO RD 440
BOVEY, MN  55709

TENNISON, JOANNE K.
1289 CO. RD 440
BOVEY, MN  55709

TENO, TALMADGE F.
112 PINE WOOD CIRCLE
BELMONT, NC  28012

TERNING, GARY ALLEN
2518 QUAIL NEST CIRCLE
CHATTANOOGA, TN  37421

TERRELL, AYENDA LOVE
PO BOX 14403
GREENVILLE, SC  29610-4403

TERRELL, SALLY
C/O KELLER FISHBACK & JACKSON
28720 CANWOOD STREET
SUITE 200
AGOURA HILLS, CA  91301

TERRELL, WALTER CLYDE, JR.
PO BOX 14403
GREENVILLE, SC  29610-4403

TERRY, EUGENE, JR
14256 HAPPYWOODS DR
HAMMOND, LA  70403

TERRY, HOWARD
300 APPALOOSA RIDGE RD.
WILKESBORO, NC  28697

TERRY, LARRY
730 EAST WILLOW
PONCHATOULA, LA  70454

TERRY, PAUL D
958 BUTEO BEND ST.
MESQUITE, NV  89027

TERRY, WEBSTER (DECEASED)
MARY TERRY
P.O. BOX 285
HUNTINGTON, TX  75949

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

TERZIGNI, FRANK C.
4500 TODD PT. LN
BALTIMORE, MD  21219

TEUBNER, RICHARD
1216 MCFADDEN DRIVE
EAST NORTHPORT, NY  11731

THAM, MUNSING
5131 KINGSCROSS RD
WESTMINSTER, CA  92683

THATCHER, CAROL
440 TETON DRIVE
FARMINGTON, NM  87401

THATCHER, LARRY
440 TETON DRIVE
FARMINGTOM, NM  87401

THATCHER, RAYMOND
PO BOX 355
872-A HWY 516
FLORA VISTA, NM  87415

THATCHER, TIMOTHY
5377 WEST JUPITER WAY
CHANDLER, AZ  85226

THATCHER, TRACY
329 DEEP RIVER ROAD
SUMMERVILLE, SC  295483

THATCHER, TROY
12320 HWY 172
IGNACIO, CO  81137

THEISEN, WILLIAM H
580 WEST WASHINGTON ST.
NELSONVILLE, OH  45764-9745

THILL, JOHN
258 COUNTY ROAD 2485
HICO, TX  76457

THOMAS, ANITA
2052 MAGNOLIA LANE EXT
PORT GIBSON, MS  39150

THOMAS, BARBARA JEAN
1150 ROESLER APT 9
SEMINOLE, OK  74868

THOMAS, CHARLES
1152 COUNTY RD 481
PO BOX 1381
BRAZORIA, TX  77422-1381

THOMAS, DANIKA
2225 W FRYE RD APT 1061
CHANDLER, AZ  85224-6485

THOMAS, DARRELL
1648 ELLIS RD
BROOKPORT, IL  62910-2809

THOMAS, DORIS J.
6096 HICKORY WYLIE AVENUE
HICKORY GROVE, SC  29717

THOMAS, DOROTHY L.
543 PAUROTIS LN
FORT PIERCE, FL  34982-3964

THOMAS, DOROTHY
3575 SNEED RD
FORT PIERCE, FL  34945

THOMAS, EDWIN
5326 CLYMERS CREEK RD
HURRICANE, WV  25526

THOMAS, GREGORY
209 CLARA HEIGHTS LOOP
DANESE, WV  25831

THOMAS, PEGGY
6786 RIVER RD
MANASSAS, VA  20111

THOMAS, QUINCY
2052 MAGNOLIA LANE EXT
PORT GIBSON, MS  39150

THOMAS, RANDY
3575 SNEED RD
FORT PIERCE, FL  34945

THOMAS, RANDY
3575 SNEED RD
FORT PIERCE, FL  34945

THOMAS, TERI
1008 FOREST CREEK
BENBROOK, TX  76126

THOMAS, TERI
1008 FOREST CREEK
BENBROOK, TX  76126

THOMAS, VIRGIL L.
811 E. 3RD ST.
METROPOLIS, IL  62960

THOMAS, WILLIAM ROBERT
279 GRANT DR
RINGGOLD, GA  30736

THOMPSON JR., ANDREW
3039 SUNSET CIRCLE
EXPORT, PA  15632

THOMPSON, DAPHENE A
8 MCCOOL CIRCLE
PINE BLUFF, AR  71602

THOMPSON, DAPHENE
8 MCCOOL CIR
WHITE HALL, AR  71602-4708

THOMPSON, DAVID A
181 SUMAC RD
LINDEN, TN  37096-5110

THOMPSON, DONALD G.
623 DONALDSON DR.
PITTSBURGH, PA  15226

THOMPSON, DWIGHT D
3931 GREEN CREST DR
HOUSTON, TX  77082

THOMPSON, GEORGE
213 RACE STREET
PITTSBURGH, PA  15218

Case 14-10979-CSS    Doc 14225    Filed 05/27/21    Page 420 of 1081

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Page 396 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

THOMPSON, HENRY
P.O.BOX 1355
MANVEL, TX  77578

THOMPSON, JANICE M
1012 DEMITRIA DR
PORT GIBSON, MS  39150

THOMPSON, JOHNNY RAY AND CAROLYN
JOHNNY RAY THOMPSON/CAROLYN THOMPSON
1969 COUNTY ROAD 2120
RUSK, TX  75785

THOMPSON, JOHNNY RAY AND CAROLYN
RR 4 BOX 153
RUSK, TX  75785-9424

THOMPSON, JOHNNY RAY
JOHNNY RAY THOMPSON
1960 CR 2120
RUSK, TX  75785

THOMPSON, JOHNNY RAY
RR 4 BOX 153
RUSK, TX  75785-9424

THOMPSON, JOHNNY
3804 MELBOURNE ST
HOUSTON, TX  77026

THOMPSON, JOSHUA
714 PINE VALLEY DRIVE
PITTSBURGH, PA  15239

THOMPSON, LEE G
220 NE 12 AVE LOT 95
HOMESTEAD, FL  33030

THOMPSON, PATRICK
111 WEST 9TH AVE.
TARENTUM, PA  15084

THOMPSON, VERNON
2481 COUNTY ROAD 2120
RUSK, TX  75785

THORNBER, JAMES DANIEL
3566 GAZELLA CIRCLE
FAYETTEVILLE, NC  28303

THORNLEY, GARY DEAN (DECEASED)
LINDA THORNLEY
577 COUNTY ROAD 281
ALVIN, TX  77511

THORNTON, LAWRENCE
2003 RHODES LANE
FLORENCE, SC  29505

THORNTON, PAUL RUSSELL, JR.
392 EDEN ROAD
EDEN, NC  27288

THORNTON, ROBERT L., JR.
P.O. BOX 93
HANKAMER, TX  77560

THORNTON, RODNEY
P.O. BOX 12933
HOUSTON, TX  77217

THORTON, BILLY AARON
2001 WESTOVER DRIVE
GOLDSBORO, NC  27530

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

THRIFT, W.J.
126 TAMASSEE KNOB RD.
TAMASSEE, SC  29686-2927

THURMAN, TIM
2641 CR 4043
HOLTS SUMMIT, MO  65043

THURNAU, THOMAS
408 SEMINO RD
NORTHVALE, NJ  07647

TICHENOR, HELEN
30 KIMBERLY HTS
FARMINGTON, WV  26571-8081

TICHENOR, HELEN
MANCHIN INJURY LAW GROUP, PLLC
1543 FAIRMONT AVE.
SUITE 203
FAIRMONT, WV  26554

TIDWELL, ALLEN PICKENS
414 PINEGROVE RD.
LUGOFF, SC  29078

TIDWELL, RONALD
18 CARVER ST. EXT.
1907 HIGHWAY 72 W
ABBEVILLE, SC  29620-5437

TIERNO, ROSS
6819 BRYSON CIR
HAYMARKET, VA  20169-4988

TIJERINO, JORGE A.
12501 HICKMAN PL
DENVER, CO  80239

TIJERINO, JORGE A.
12501 HICKMAN PL
DENVER, CO  80239

TIJERINO, JORGE A.
12501 HICKMAN PL
DENVER, CO  80239

TILMAN, DONALD A
302 LEAH LN
HARRISONVILLE, MO  64701

TILTON, LORI
4146 ALLEGHENY DRIVE
NEWPORT, MI  48166

TILTON, WILLIAM
4146 ALLEGHENY DRIVE
NEWPORT, MI  48166

TIMMS, CHARLES
5893 HIGHWAY 64
FARMINGTON, NM  87401

TIMMS, CHARLES
5893 HIGHWAY 64
FARMINGTON, NM  87401

TINDALL, BILLY JOE
56 WEST SECOND
PO BOX 2103
BLOOMINGTON, TX  77951-2103

TINGEN, AMY DAVIS
841 PAYNES TAVERN RD
ROXBORO, NC  27574

TINGEN, GEORGE STANLEY
841 PAYNES TAVERN RD
ROXBORO, NC  27574

TINGEN, JANET
4580 PINEVIEW RD
LAS CRUCES, NM  88007

TINGLE, LISA
10318 MISSION CREEK
CONVERSE, TX  78109

TINGLE, LISA
LAW OFFICES OF BEER & KING, P.C.
BARRY H. BEER, WELLS FARGO BANK BLDG.,
SUITE 303
750 EAST MULBERRY AVENUE
SAN ANTONIO, TX  78212-3154

TIRADO CORTEZ, LINDOR
O'HIGGINS 644
VICUNA MACKENNA
QUINTERO
VALPARAISO  012345678  CHILE

TISCHLER, RON
2057 COWLES COMMONS
SAN JOSE, CA  95125

TOBEL, LEE
520 SUNFISH POINT
BLUFF DALE, TX  76433

TOBEL, SUSAN
520 SUNFISH POINT
BLUFF DALE, TX  76433

TOBIN, ROBERT J, JR
26 CRANBERRY LN
GRANBY, CT  06035

TOBIN, WILLIAM LETENDRE
2724 MUSGRAVE PL
EL DORADO HILLS, CA  95762-5321

TOBOLKA, DOYLE WAYNE
3330 EULA MORGAN
KATY, TX  77493

TOBOLKA, DOYLE WAYNE
3330 EULA MORGAN
KATY, TX  77493

TOBOLKA, JEFF
505 HARRIS
HIGHLANDS, TX  77562

TODACHEENIE, NICK
BOX 462
SHIPROCK, NM  87420

TOKI, PAUL
614-22ND STREET
WINDBER, PA  15963

TOLBART, AMANDA
248 AZALEA DR.
MONROEVILLE, PA  15146

TOLBART, AMY
248 AZALEA DR.
MONROEVILLE, PA  15146

TOLBART, COLEMAN
248 AZALEA DR
MONROEVILLE, PA  15146

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 399 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

TOLBART, WARREN C.
248 AZALEA DR.
MONROEVILLE, PA  15146

TOLBART, ZACHARY
248 AZALEA DR.
MONROEVILLE, PA  15146

TOLEDO, JUSTIN
6570 FLORIDANA AVE
MELBOURNE BEACH, FL  32951

TOLER, EVA NELL
268 COUNTY ROAD 6478
DAYTON, TX  77535

TOLER, RICHARD JAMES & EVA NELL
268 COUNTY ROAD 6478
DAYTON, TX  77535

TOLIVER, ALVIN
145 W. PIONEER PKWY
GRANBURY, TX  75151

TOMORY, WILLIAM F
239 MILLSTONE LANE
NORTH AUGUSTA, SC  29860

TOMS, THOMAS
382 VALLEY LN
PITTSBORO, NC  27312

TONGALSON, EMILIE
94 THAYER ROAD
MANHASSET, NY  11030

TORBETT, ROBERT R.
112 EAST 20TH
PITTSBURG, KS  66762

TOROK, RICHARD
35 REED COURT
JOHNSTOWN, PA  15902-1332

TORRES, ARIEL
MILLANTU 588
AV. JORGE HIRMAS 2964
SANTIAGO
SANTIAGO  8721226  CHILE

TORRES, DOLI
CALLE PRINCIPAL S/N CAMPICHE
VILLA DEL MAR
CHILE

TORRES, RAFAEL TIRADO DE LA
CALLE CALELI J3 CARIBE GARDENS
CAGUAS, PR  00725

TORTORICI, RICHARD
17 THADFORD STREET
EAST NORTHPORT, NY  11731

TOSCANO, ROCCO
1758 LAKEFRONT BLVD
FORT PIERCE, FL  34982

TOTA, ANTHONY S.
PO BOX 1088
JAMESTOWN, NY  14702-1088

TOTA, ANTHONY S.
PO BOX 1088
JAMESTOWN, NY  14702-1088

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 400 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

TOUTANT, LARRY (DECEASED)
ATTN: LINDA TOUTANT
1900 KIRKEY RD
GLENDALE, CA 91208

TOUTANT, SHARON LINDA & DORENE
1900 KIRKBY ROAD
GLENDALE, CA 91208

TOWNSEND, BRIAN
212 WEXHURST COURT
COLUMBIA, SC 29212

TOWNSEND, VICKIE
212 WEXHURST
COLUMBIA, SC 29212

TRACHIMOWICZ, MATTHEW
3476 BEELER COURT
DENVER, CO 80238

TRACHIMOWICZ, NATHAN
6088 ARLINGTON BLVD
EAST RICHMOND HEIGHTS, CA 94805

TRACHIMOWICZ, PATRICIA
118 EAST ST
UXBRIDGE, MA 01569

TRACHIMOWICZ, ROBERT
118 EAST STREET
UXBRIDGE, MA 01569

TRACHIMOWICZ, TIMOTHY
1 GRANITE RIDGE RD
CAPE ELIZ, ME 04107-1640

TRACY, CORNELIUS LOPEZ
1607 DEATS RD
DICKINSON, TX 77539

TRACY, CORNELIUS
1607 DEATS RD
DICKINSON, TX 77539

TRAPP, DIANNA
PO BOX 275
4 PRARIE CREEK LN
DANIEL, WY 83115-0275

TRAPP, WILLIAM
PO BOX 275
2 PRARIE CREEK LANE
DANIEL, WY 83115-0275

TRAVIS, FLOYD (DECEASED)
MARVA JAMES
12800 WOODFOREST BLVD # 1409
HOUSTON, TX 77015

TREFRY, RAYMOND W
1222 E 100TH PL
THORNTON, CO 80229

TREFRY, RAYMOND W
1222 E 100TH PL
THORNTON, CO 80229-3956

TRENDEL, DANIEL
152 WALNUT ST
BATAVIA, NY 14020

TRENT, CLOYD
509 W. 25TH
NORTH LITTLE ROCK, AR 72114

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

TREVINO, ONESIMO
14947 REDWOOD BEND TRAIL
2807 COUNTRY CLUB XING
PEARLAND, TX  77581-5047

TREVISO, JOHN
7823 CERVIN DRIVE
AMARILLO, TX  79121

TREXLER, PHILIPP
5772 SW 18 TER
BUSHNELL, FL  33513

TRIAY, CHARLES M
2566 NW OWENS AVE
ARCADIA, FL  34266

TRIAY, CHARLES M
2566 NW OWENS AVE
ARCADIA, FL  34266

TRIMBLE, NORMAN
264 GLENWOOD AVENUE
GLEN CAMPBELL, PA  15742

TRINGALI, ARTHUR E.
20-40 36 ST
ASTORIA, NY  11105

TRIPLETT, DERREL
2712 HARVARD AVE E
SEATTLE, WA  98102

TRIPP, ROGER
187 NORTH CHURCHILL CIRCLE
NORTH SIOUX CITY, SD  57049

TRIVINO JARAMILLO, CELMIRA
TACNA 578
VILLA ALEMANA
CHILE

TRNCAK, CLINTON
1949 COTTEN
TYLER, TX  75704

TROGDON, CLARA L
1903 WILLIAMSBURG COURT
LEAGUE CITY, TX  77573

TROGDON, JOHNNY J
1903 WILLIAMSBURG CT
LEAGUE CITY, TX  77593

TROGLIN, RICK SHANNON
6512 VALLEY VIEW DR
NORTH RICHLAND HILLS, TX  76182

TROGUIN, NANCY L
6512 VALLEY VIEW DR
NORTH RICHLAND HILLS, TX  76182

TROSCLAIR, DOUGLAS MARK
1713 18TH AVE NORTH
1403 N LOGAN ST APT 71
TEXAS CITY, TX  77590-5054

TROST, WILLIAM ROGER, JR.
17024 EAST BOB WHITE ROAD
MAYER, AZ  86333

TROTTEN, RICHARD
1913 WINDSOR HILL DR APT F
MATTHEWS, NC  28105-0704

TROTTER, GLENDA
1905 WOOD LN.
CAMDEN, SC  29020

TROXLER, BERT EMMETT, JR.
1513 FORSHEY ST.
METAIRIE, LA  70001

TROY, DAVID
745 ELMWOOD DR
WEST FARGO, ND  58078-3218

TROY, JAMES
67598 NESSETH ROAD
NORTHOME, MN  56661

TRUJILLO, MARGARITA C
1931 N LA RIENDA AVE
TUCSON, AZ  85715-4485

TRUJILLO, MARGARITA C.
1931 N LA RIENDA AVE
TUCSON, AZ  85715-4485

TRUJILLO, SUSIE
416 ROAD 7576
BLOOMFIELD, NM  87413

TRUNK, JAYDEN
6823 OLD GRANGE RD
SLATINGTON, PA  18080-3814

TRUNK, LISA
6823 OLD GRANGE RD
SLATINGTON, PA  18080-3814

TRUNK, RODNEY
6823 OLD GRANGE RD
SLATINGTON, PA  18080-3814

TRUNK, RODNEY
6823 OLD GRANGE RD
SLATINGTON, PA  18080-3814

TSANG, ALBERT
32 MINERVA DRIVE
YONKERS, NY  10710

TSINNIJINNIE, LEO
2511 W HAYWARD AVE #2
PHOENIX, AZ  85051

TSINNIJINNIE, LULA C.
P.O. BOX 3146
PAGE, AZ  86040

TUAN, BILLY K
4F-2 NO. 5, TAN HWA S ROAD
TAIPEI  106
TAIWAN

TUCH, MICHAEL TOM
177 Q STREET
SPRINGFIELD, OR  97478

TUCH, MICHAEL TOM
177 Q STREET
SPRINGFIELD, OR  97478

TUCH, MICHAEL TOM
LOWEL HILLCENTER INC
IRUS PURCHASING EXCHANGE
2145 CENTENNIAL LOOP PLAZA
EUGENE, OR  97401

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

TUCK, RHONDA
11995 VIRGILINA RD
ROXBORO, NC  27574

TUCK, ROY LEE
PO BOX 954
ROXBORO, NC  27573

TUCK, SHEILA
PO BOX 954
ROXBORO, NC  27573

TUCKER, DENNIS REED
100 RIVERBEND DR APT E16
WEST COLUMBIA, SC  29169-7417

TUCKER, DORIS
P.O. BOX 5
BLESSING, TX  77419

TUCKER, LINDA
7041 WOODLAND DR
ATHENS, TX  75752

TUCKER, ROBERT BRUCE
16305 NE 146TH TERRACE ROAD
FORT MCCOY, FL  32134

TUCKER, RONALD C.
16156 OLD CRICKET RD.
OMAHA, AR  72662

TUMIRELLO, JUDITH V.
1605 BEDFORD RD
GLEN BURNIE, MD  21061

TUORTO, BENEDETTE (FORMERLY HELENIAK)
PO BOX 927837
SAN DIEGO, CA  92192-7837

TURBYFILL, GLORIA
8636 WILLIAMSBURG CIR
HUNTERSVILLE, NC  28078

TURGEON, RONALD M
2065 RED WILLOW DR
RENO, NV  89521

TURNBOW, MARY ANN, INDIVIDUALLY AND AS
617 W. 4TH
HOHENWALD, TN  38462

TURNER, JACQUELINE SINGLETARY
1391 HORSEHEAD ROAD
LUGOFF, SC  29078

TURNER, KAREN CARLYLE
PO BOX 786
TROY, MT  59935

TURNER, RALPH LEE
210 LINCOLN ST.
MARYSVILLE, PA  17053

TURNER, ROY DEAN
140 NORMAN LAKE ROAD
BLACKSBURG, SC  29702

TURNER, SHEILA K.
140 NORMAN LAKE RD.
BLACKSBURG, SC  29702

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


TURNER, WALTER WILLIAM
281 FAIRVIEW DR.
DIBOLL, TX  75941

TURNEY, CYNTHIA
1221 VILLAGE LAKE DRIVE
DAVIDSONVILLE, MD  21035

TURNEY, CYNTHIA
1221 VILLAGE LAKE DRIVE
DAVIDSONVILLE, MD  21035

TURNEY, SCOTT
1221 VILLAGE LAKE DRIVE
DAVIDSONVILLE, MD  21035

TURNEY, SCOTT
1221 VILLAGE LAKE DRIVE
DAVIDSONVILLE, MD  21035

TUTEN, ARTHUR LOUIS
PO BOX 635
ROSE HILL, NC  28458

TWETEN, CHESTER
510 S PREWITT ST
NEVADA, MO  64772-3833

TWIDDY, MARGIT
P.O. BOX 1697
COOS BAY, OR  97420-0338

TYLER, MARYE
6549 HARTWOOD RD.
LAS VEGAS, NV  89108

TYLER, RICHARD E
115 N CR 102
WHARTON, TX  77488

TYLER, THOMAS B
812 NE MAIN ST
MILLERTON, OK  74750

UGELOW, ALBERT
2933 SW MARIPOSA CIR
PALM CITY, FL  34990-6060

ULRICH, HOLLY
551 PIONEER AVENUE
LAFAYETTE, MN  56054

ULRICH, PAUL
47652 HOPI AVE
COARSEGOLD, CA  93614-9231

UMBERGER, KAREN
3117 OLD MARION RD
METROPOLIS, IL  62960

UMBERGER, MICHAEL G
3117 OLD MARION RD
METROPOLIS, IL  62960

UNBEHAGEN, MARTIN C. JR.
1850 HWY 77
P.O. BOX 262
GROSSE TETE, LA  70740

UNGER, JIMMY
BOX 367
ARCADIA, TX  77517

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 405 of 444

UNROE, RALPH, T.
225 PARK AVE.
MILTON, PA  17847

UPHAM, GARY
3358 NORTH KEY DR #F6
NORTH FT MYERS, FL  33903

URANKO, MICHAEL
21 KIMBERLY LANE
POTTSVILLE, PA  17901

URBAN, ERIC K
529 MINNEFORD AVE
BRONX, NY  10464

URBANO, TAPIA
PASAJE 946 / POBLACION LOS PALTOS
QUILLOTA  2260810
CHILE

URBANOWICZ, JOSEF
306 VANDERRER PARK
BRIDGEWATER, NJ  08807

URENA, RUBEN
2362 N. MILBURN AVE
FRESNO, CA  93722

URENA, STEVE
177 WESTMORELAND CIR
KISSIMMEE, FL  34744-5459

URQUETA ANGEL, IVAN
CARIBE 4756
VILLA DEL MAR
CHILE

URSIDA, FRANCIS J.
405 MOWRY RD
MONACA, PA  15061-2229

URTON, JULIA ANN
1401 NE 66TH ST
KANSAS CITY, MO  64118

USERY, DANNY CHARLES
1768 LANE RD.
MOUNT HOLLY, NC  28120

VALDEZ, JAMES N
9700 CASPER PEAK CT.
LAS VEGAS, NV  89117

VALDEZ, KENNETH
9946 ORCHARD ROAD
BERLIN, MD  21811

VALEARY, LYLE JASON
2605 CASCADE DRIVE
MARRERO, LA  70072

VALEARY, LYLE JASON
2605 CASCADE DRIVE
MARRERO, LA  70072

VALEARY, LYLE JASON
2605 CASCADE DRIVE
MARRERO, LA  70072

VALENTINE (NAYLOR), CATHY
2618 RIVEROAKS DR
ARLINGTON, TX  76006

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

VALKOV, NIKOLAY
1126 POND RD
HARRISBURG, PA  17111

VALKOV, NIKOLAY
1126 POND RD
HARRISBURG, PA  17111

VALVANO, ROSARIO
288 STARR RIDGE RD
BREWSTER, NY  10509

VALVANO, ROSARIO
288 STARR RIDGE RD
BREWSTER, NY  10509

VALVERDE, ABEL T., SR.
20 KINGS FARM ROAD
MORIARTY, NM  87035-5002

VALVERDE, RUBEN L
2005 LYNWOOD DR
FARMINGTON, NM  87401

VAN HORN, KAREN
PO BOX 1360
HIGHLANDS, NC  28741-1360

VAN NAME, JOHN
1523 STEVENS AVENUE
NORTH MERRICK, NY  11566

VAN SHURA, DONALD JAMES
412 SOUTH SHAMOKIN ST.
SHAMOKIN, PA  17872

VANBEBBER, CRAIG W
2410 SW SPRINGWATER RIDGE
LEES SUMMIT, MO  64081

VANBEBBER, DAVID R
406 SW WARNS AVE
LEES SUMMIT, MO  64063

VANBEBBER, PATSY C
701 SW MURRAY RD
LEES SUMMIT, MO  64081

VANCE, BOBBY
P.O>BOX 8276
2306 NORTH BESS PLACE
SPRINGFIELD, MO  65801

VANCE, CAROLYN THOMPSON
5126 HWY 462
PORT GIBSON, MS  39150

VANCE, CHRISTINE
P.O. BOX 8276
2306 NORTH BESS PLACE
SPRINGFIELD, MO  65801

VANDERGRIFF, JACK
204 MINNESOTA AVE
VERMILLION, MN  55085

VANDERLIP, HARRY
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

VANDERMEER (PATTERSON), CAROL ANN
419 ELM ST
ANACONDA, MT  59711

VANDERWARKER, PETER
543 PROSPECT STREET
HAWLEY, PA  18428

VANSHURA, DONALD J.
412 SO SHAMOKIN ST.
SHAMOKIN, PA  17872

VANTASSELL, ROBERT
505 NE 58TH AVE
OCALA, FL  34470

VAQUERA, DANIA
11738 1/2 ROSEGLEN ST
EL MONTE, CA  91732

VAQUERA-SALGADO, JESUS
11732 ROSEGLEN ST
EL MONTE, CA  91732

VARIS, PHILIP G.
1133 COTSWORLD LANE
WEST CHESTER, PA  19380

VARIS, SOPHIA L.
1133 COTSWOLD LANE
WEST CHESTER, PA  19380

VARIS, STEPHANIE M.
1133 COTSWOLD LANE
WEST CHESTER, PA  19380

VARRICHIONE, SABRINA
352 MOUNT PLEASANT STREET
ATHOL, MA  01331

VATAVUK, KRISTIE
1430 BRIER AVENUE
JOHNSTOWN, PA  15902

VAUGHAN, EDDIE AL
234 FULLER RD
ROUGEMONT, NC  27572

VAUGHN, MARY B.
137 JOHNSON MANOR ST
MOORESVILLE, NC  28115-5824

VAUGHN, REX
802 9 1/2 GRAFTON APT A
HOUSTON, TX  77017

VED, NALIN M
944 SPINNAKER RD
KNOXVILLE, TN  37922-4762

VED, NALIN M
944 SPINNAKER RD
KNOXVILLE, TN  37922-4762

VED, NALIN
944 SPINNAKER ROAD
KNOXVILLE, TN  37934

VED, NALIN
944 SPINNAKER ROAD
KNOXVILLE, TN  37934

VEGA, DEBORAH M DE
508 TERRI DR.
LULING, LA  70070

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

VEGA, ELIAS, JR.
2205 ARABELLE ST
HOUSTON, TX  77007

VEGA, OSCAR
SUBIDA EL TEBO #63
LAS VENTANAS  2340000
CHILE

VEKIOS, GEORGE
33-64 162ND STREET
FLUSHING, NY  11358

VELASQUEZ, CAROL
311 E. TYCKSEN DR.
FARMINGTON, NM  87401

VELAZQUEZ, EMILIO
P.O. BOX 4381
CAROLINA, PR  00984

VELEHRADSKY, JAMES JOSEPH, JR.
4225 A STREET
OMAHA, NE  68105-3822

VELEZ, ARNALDO OJEDA
URB. LAS VEREDAS E12 BUZON 105
CAMUY, PR  00627

VELIS, HECTOR
CALLE PRINCIPAL S/N CAMPICHE
VILLA DEL MAR
CHILE

VELIS, KEVIN
CALLE PRINCIPAL S/N CAMPICHE
VILLA DEL MAR
CHILE

VENTORINI, TERRENCE
2921 FITZSIMMONS LANE
EXPORT, PA  15632

VERA, SALOME
702 E. AVE D
KINGSVILLE, TX  78363

VERDUGO, VICKI
254 SAILFISH ST
C.C., TX  78418

VERDUGO, VICKI
254 SAILFISH ST
CORPUS CHRISTI, TX  78418

VERNON, WALTER
249 ELLISBORO RD
MADISON, NC  27025

VESTAL, MOORE, JR.
1683 MANSFIELD RD.
RENO, TX  75462

VESTAL, MOORE, JR.
1685 MANSFIELD RD
RENO, TX  75462

VESTESEN, RICHARD L
219 MOCKINGBIRD LN
OCEANSIDE, CA  92057

VETRI, SCOTT
70 LITTLE WEST ST 14F
NEW YORK, NY  10004

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

VICENCIO MORALES, RODRIGO
PASAJE EL ESFUERZO 0164
VILLA COOPREVAL
QUILLOTA/5 REGION/CHILE
QUILLOTA  2261635  CHILE

VICKNAIR FRILOUX, BOBBIE ANN
507 BERNARD AVE
AMA, LA  70031

VICKNAIR FRILOUX, BOBBIE ANN
507 BERNARD AVE
AMA, LA  70031

VICKNAIR FRILOUX, BOBBIE ANN
507 BERNARD AVE
AMA, LA  70031

VICKNAIR FRILOUX, BOBBIE ANN
507 BERNARD AVE
ANNA, LA  70031

VICKNAIR ROUX, JENNIFER
220 BEAU PLACE BLVD
DES ALLEMANDS, LA  70030

VICKNAIR ROUX, JENNIFER
220 BEAU PLACE BLVD
DES ALLEMANDS, LA  70030

VICKNAIR ROUX, JENNIFER
220 BEAU PLACE BLVD
DES ALLEMANDS, LA  70030

VICKNAIR ROUX, JENNIFER
220 BEAU PLACE BLVD
DES ALLEMANDS, LA  70030

VICKNAIR, JANICE R
414 AVALON VILLA DR
PONCHATOULA, LA  70454

VICKNAIR, JANICE R
414 AVALON VILLA DR.
PONCHATOULA, LA  70454

VICKNAIR, JESSICA M
4425 SENAC DR
METAIRIE, LA  70003-2701

VICKNAIR, JESSICA M
4425 SENAC DR
METAIRIE, LA  70003-2701

VICKNAIR, JESSICA M
4425 SENAC DR
METAIRIE, LA  70003-2701

VICKNAIR, JESSICA M
4425 SENAC DR
METAIRIE, LA  70003-2701

VICKNAIR, ROBERT A
414 AVALON VILLA DR
PONCHATOULA, LA  70454

VICKNAIR, ROBERT A
414 AVALON VILLA DR
PONCHATOULA, LA  70454

VIGIL, ANTHONY
18922 E MERCER DR
AURORA, CO  80013

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 410 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

VIGIL, REYNALDO J
PO BOX 417
PENASCO, NM 87553

VILE, JOSEPH
1623 VIA TOYON
SAN LORENZO, CA 94580

VILLALOBOS, JULIO
GOENECHEA # 586
GOENECHEA # 586
PETORCA
LA LIGUA 2030000 CHILE

VILLANUEVA, JIMENA ANDREA QUIROGA
ANIBAL PINTO 1393 DEPTO 702 B
INDEPENDENCIA
CHILE

VILLANUEVA, SIMONE ALIOTO
400 5TH AVE
BROOKLYN, NY 11215

VILLEGAS, ANA
4525 40TH STREET
APT 3F
SUNNYSIDE, NY 11104

VINCE, BRANDI
424 N 6TH STREET
3RD FLR
ALLENTOWN, PA 18102

VINCE, CAROL
6688 HOLLY ROAD
ALLENTOWN, PA 18106

VINCE, JOSEPH
2634 BALLIET STREET
COPLAY, PA 18037

VINCE, VALENTIN, JENNIFER
8140 WESTOVER PLACE NW
ALBUQUERQUE, NM 87120

VINCE, VICTOR E
6688 HOLLY RD
ALLENTOWN, PA 9761

VINCENT, MAROLYN C.
104 WEST CHASE COURT
GREER, SC 29651

VINCENZO, FRANK
PO BOX 99475
PITTSBURGH, PA 15233-4475

VINCENZO, KELLI LYNN
PO BOX 99475
PITTSBURGH, PA 15233-4475

VIRGILIO, LYNETTA
PO BOX 2097
FARMINGTON, NM 87499-2097

VISONE, PAT
3 PINE CONE LANE
HOWELL, NJ 07731

VITT, MICHAEL
16324 CANTRELL RD
BONNER SPRINGS, KS 66012

VOGEL, FRED ARNOLD
2170 CR 856
MCKINNEY, TX 75071

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


VOGEL, PATRICK
4019 2ND AVE S
BILLINGS, MT  59101

VOLPINI, PHYLLIS T
320 STOBE AVENUE
STATEN ISLAND, NY  10306

VON GEHREN, DARYL K.
4104 NE 94TH TERRACE
KANSAS CITY, MO  64156


VOSE, BOB M.
5373 W. LAZY S STREET
TUCSON, AZ  85713

VOSKAMP, LORENZ
11707 GUBBELS ROAD
P.O. BOX 135
THOMPSONS, TX  77481

VOUGHT, TERRY L. DECEASED
312 THIRD ST
BROADWAY, NC  27505


WADE, ANN
1239B NORTH MAIN ST
ROXBORO, NC  27573

WADE, DONNA
107 JACK HAMBRICK RD
ROXBORO, NC  27574

WADE, JOHNNY MACK
5153 BEULAH LN.
KERNERSVILLE, NC  27284


WADE, WILLIAM
107 JACK HAMBRICK RD
ROXBORO, NC  27574

WADSWORTH, BOBBY
ROUTE 4 BOX 3528
6397 CO RD 3137
SAN AUGUSTINE, TX  75972

WAGES, CARLA
1410 RANKIN ST
ASHDOWN, AR  71822-3806


WAGGONER, DWIGHT LYNN
1920 OAKLAWN
LA MARQUE, TX  77568

WAGGONER, REBA HAZELWOOD
1091 CR 316
ASPERMONT, TX  79502

WAGNER JR, JACK
1530 DODGE ROAD
EAST AMHERST, NY  14051


WAGNER, DENISE HUFNAGEL
7569 FAIRVIEW DRIVE
LOCKPORT, NY  14094

WAGNER, DONNA
1 LENKER AVE
SELINSGROVE, PA  17870-9389

WAGNER, JAN
4968 GARDEN GROVE RD.
GRAND PRAIRIE, TX  75052

WAGNER, SUSAN
P.O. BOX 545
VANDERBILT, TX  77991

WAGNER, WAYLAND G
6632 FM 840 E
HENDERSON, TX  75654-7199

WAGONER, CHARLES MICHAEL
250 LYLES ST. APT. 26-A
ELKIN, NC  28621

WAGONER, CHARLES MICHAEL
LISA WAGONER
250 LYLES ST APT 26A
CHARLOTTE, NC  28621

WAHRHEIT, CHARLES P
159 ARDITO AVE
KINGS PARK, NY  11754-3644

WAITS KEMP, ARETHA
2880 DONNELL DR UNIT 3501
ROUND ROCK, TX  78664-2355

WAITS, GWENDOLYN
500 GRAND AVENUE PARKWAY APT. 506
PFLUGERVILLE, TX  78660

WAITS, III, NELSON
500 GRAND AVE PKWY #2206
PFLUGERVILLE, TX  78660

WAITS, JR., NELSON
500 GRAND AVENUE PKWY APT 2206
PFLUGERVILLE, TX  78660

WAITS, KAREN SUE
2233 LOVEDALE LANE UNIT D.
RESTON, VA  20191

WALBECK, JOEL
6173 ROUTE 403 HWY SOUTH
PO BOX 191
DILLTOWN, PA  15929

WALBECK, SUSAN
6173 ROUTE 403 HWY SOUTH
PO BOX 191
DILLTOWN, PA  15929

WALBRIGHT, CAROLYN D. RIEGGER
53 OLD ORCHARD ROAD
METROPOLIS, IL  62960

WALBRIGHT, JAMES A.
53 OLD ORCHARD ROAD
METROPOLIS, IL  62960

WALDHOLM, CARLA L
1640 PINE AVENUE
PROCTOR, MN  55810

WALDREP, JOE
3068 CURTIS ORMAN RD.
WEST POINT, MS  39773

WALDRON, DANA
59 TIMBER TRAIL DR
GREENSBURG, PA  15601

WALDRON, EMMA
59 TIMBER TRAIL DR
GREENSBURG, PA  15601

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 413 of 444

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

WALDRON, ROCCIE
59 TIMBER TRAIL DR
GREENSBURG, PA 15601

WALDROP, DOYCE
P.O. BOX 1676
DICKINSON, TX 77539

WALES, JIM
26838 CR 313
BUENA VISTA, CO 81211

WALKER, BRUCE S.
7377 BRUCE TERR
HOBE SOUND, FL 33455

WALKER, E.
1249 WELLESLEY AVE
STEUBENVILLE, OH 43952-1657

WALKER, EUGENE J., JR.
1249 WELLESLEY AVE
STEUBENVILLE, OH 43952-1657

WALKER, FRANCIS LEE
PO BOX 31
AKRON, AL 35441

WALKER, HOLMES T
714 WEST MAGNOLIA
BAKER, LA 70714

WALKER, JO ELLEN
507 S CENTRAL
PETROLIA, TX 76377

WALKER, KENNETH J
5189 TOWERING OAKS AVE
MARRERO, LA 70072-6805

WALKER, KENNETH RAY SR.
17 ELM STREET
NATCHEZ, MS 39120

WALKER, MARSHA
15050 COPPER GROVE BLVD APT 1309
HOUSTON, TX 77095-2464

WALKER, RICK
786 S SHORE TRL
CENTRAL CITY, PA 15926

WALKER, THOMAS
1005 NIXSON DR.
LONGVIEW, TX 75602

WALKER, TIMOTHY J.
880 4TH STREET
WHITEHALL, PA 18052

WALKOWIAK, PETER
1212 CANDLEWOOD DR
LEAGUE CITY, TX 77573

WALLACE, ALTON
686 BEECHWOOD ST
WOODLAND, WA 98674

WALLACE, ALTON
686 BEECHWOOD
WOODLAND, WA 98674

WALLACE, FRANCES
15775 FM 848
WHITEHOUSE, TX 75791

WALLACE, GARY
RT. 4 BOX 1520
NEW CANEY, TX 77357

WALLACE, LYNETTE
1167 GLENWOOD ST
WOODLAND, WA 98674-9428

WALLACE, RALPH L.
10, 300 HWY 66
WADESVILLE, IN 47638

WALLEN, ANITA LOUISE
4326 N EVERGREEN RD
SPOKANE VALLEY, WA 99216

WALLEN, CLARENCE
103 PRESTON ALLEN ROAD
LISBON, CT 06351

WALLEN, DORENE P
29029 N DUNN RD
CHATTAROY, WA 99003-8723

WALSER, A EUGENE
8821 CYPRESS LAKES VILLA 310
RALEIGH, NC 27615

WALSH, DENNIS
282 WASHINGTON AVE.
HAWTHORNE, NJ 07506

WALSH, EUGENE M (DECEASED)
350 PONCE HARBOR DRIVE
APT 203
SAINT AUGUSTINE, FL 32086

WALSH, MICHAEL A.
350 PONCE HARBOR DRIVE APT 203
SAINT AUGUSTINE, FL 32086

WALSH, MICHAEL A.
350 PONCE HARBOR DRIVE APT 203
SAINT AUGUSTINE, FL 32086

WALSH, ROSEMARY
350 PONCE HARBOR DR. APT 203
SAINT AUGUSTINE, FL 32086

WALSH, ROSEMARY
350 PONCE HARBOR DR. APT 203
SAINT AUGUSTINE, FL 32086

WALSH, WILLIAM J, JR
8 NEIL DRIVE
LAKE GROVE, NY 11755

WALTER, HOLLY
6848 E NELSON DR
TUCSON, AZ 85730-1664

WALTERS, CAROLINE B.
2418 SANTEE DR
HARTSVILLE, SC 29550

WALTERS, JOHN B
101 OLD HACKBERRY LANE, APT. 313
TUSCALOOSA, AL 35401

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

WALTERS, JOHN B
101 OLD HACKBERRY LANE. APT. 313
TUSCALOOSA, AL  35401

WALTERS, JOHN C
36 WESTWOOD AVE
DEER PARK, NY  11729

WALTERS, JOHN C
36 WESTWOOD AVE
DEER PARK, NY  11729

WALTERS, JOHN C
36 WESTWOOD AVE
DEER PARK, NY  11729

WALTERS, JOHNNY L.
2418 SANTEE DR.
HARTSVILLE, SC  29550

WALTERS, JOHNNY L.
2418 SANTEE DR.
HARTSVILLE, SC  29550

WALTERS, JOHNNY L.
2418 SANTEE DR.
HARTSVILLE, SC  29550

WALTERS, JOHNNY L.
2418 SANTEE DR.
HARTSVILLE, SC  29550

WALTERS, LOYD P
1511 BURNS CITY RD
GAINESVILLE, TX  76240

WALTERS, ROBERT L
122 N CEDAR
P.O. BOX 375
LEBO, KS  66856

WALTERS, SYLVIA D.
2418 SANTEE DR
HARTSVILLE, SC  29550

WALTON, EARNESTINE
P.O. BOX 4025
COLUMBUS, GA  31914

WANT, LELDON
1843 FM 1291
NEW ULM, TX  78950

WARD, ANGELA CATES
2376 SOUTH RIDGE DR SW
SUPPLY, NC  28462

WARD, JON
2101 JAMES DOWNY RD
INDEPENDENCE, MO  64057

WARD, MILTON GLENN
2376 SOUTHRIDGE DR. SW
SUPPLY, NC  28462

WARNER, BRUCE R. DECEASED
2808 ROY WOODS
COMER, GA  30629

WARNER, DONALD, JR
376 PHILLIPS ST.
HANSON, MA  02341

WARREN, HARLAN LEE
23352 FARM ROAD 2145
AURORA, MO  65605

WARREN, KARLA
4011 W. NORTH A ST
TAMPA, FL  33609

WARREN, PHILLIP MORRIS
2121 LAKE SHORE DR
JACKSONVILLE, TX  75766

WARRICK, PHILLIP E., SR.
1500 GRACE STREET
LYNCHBURG, VA  24504

WARS, LILLA M
305 WEST JEFFERSON ST
TRINITY, TX  75802

WARTHEN, PEARLIE
323 BALKCOM AVE
3341 VERNIS COURT
MACON, GA  31217

WARWICK, WILLIAM CHARLES
2006 E 7TH ST
LUMBERTON, NC  28358-5218

WASHINGTON, BENJAMIN WILLIE
506 SOUTH CERTER STREET
310 HAMBY AVE
BRINKLEY, AR  72021-3013

WASHINGTON, SAMUEL
PO BOX 62
140 KINGS COLONY
RIDGELAND, SC  29936

WASHINGTON, SANDRA
19501 W LITTLE YORK RD APT 1301
KATY, TX  77449-5827

WASHINGTON, SHASHANA
1491 SPENCER DRIVE
TUSCALOOSA, AL  35405

WASHINGTON, SHASHANA
1491 SPENCER DRIVE
TUSCALOOSA, AL  35405

WASHINGTON, SYLVESTER
104 CREEKSIDE CIR
VILLA RICA, GA  30180-7346

WASHINGTON, TAWANDRA
9801 OLD GREENSBORO ROAD APT F12
TUSCALOOSA, AL  35405

WASHINGTON, VERONICA
2300 CRABTREE ROAD LOT 4
TUSCALOOSA, AL  35405

WASHINGTON, VIVIAN
251 DEVELLE ROAD
BOLIGEE, AL  35443

WASMUND, ROBERT F.
520 12TH ST.
NIAGARA FALLS, NY  14301

WATERS, APRYL
3422 VISTA OAKS DR.
GARLAND, TX  75043

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 417 of 444

WATERS, CHARLES RAY
4041 W WHEATLAND RD STE 156
DALLAS, TX  75237-4064

WATERS, CHARLES
4041 W WHEATLAND RD STE 156
DALLAS, TX  75237-4064

WATERS, CLAUDIA D. (HUGHES)
7124 S KRISTILYN LN
WEST JORDAN, UT  84084-4600

WATERS, ESTATE OF ROBERT E
148 COUNTY ROAD 1101
CARTHAGE, TX  75633-5630

WATERS, LARRY
8004 SLIDE ROCK RD.
FORT WORTH, TX  76137

WATERS, STEPHEN
4118 BEN MILLER ROAD
GIBSONIA, PA  15044

WATHEN, JOSEPH G
701 SOUTH 28TH STREET LOT 60
PADUCAH, KY  42003

WATHEN, JOSEPH G. & MARGARET
701 SOUTH 28TH STREET LOT 60
PADUCAH, KY  42003

WATHEN, JOSEPH G. & MARGARET
JOSEPH G. WATHEN & MARGARET WATHEN
2297 DOGTOWN RD
BENTON, KY  42025

WATHEN, MICHAEL E
1650 CALVERT CITY RD
CALVERT CITY, KY  42029

WATHEN, MICHAEL E
1650 CALVERT CITY RD
CALVERT CITY, KY  42029

WATHEN, MICHAEL E
PAULA KISSIAR
2297 DOGTOWN RD
BENTON, KY  42025

WATHEN, ROBERT SCOTT
ATTN: KIMBERLY WATHEN FRALIEX
313 RILEY CIR
CALVERT CITY, KY  42029

WATKINS, ALFRED J
14545 C.R. 4060
SCURRY, TX  75158

WATKINS, ALFRED
1920 AUDUBON DRIVWE
EVANSVILLE, IN  47715-6108

WATKINS, BRENDA B
20937 MARTEL RD
LENOIRCITY, TN  37772

WATKINS, DANIEL EDWIN
2277 OYSTER BAY LANE #804
GULF SHORES, AL  36542

WATKINS, ELIZABETH
118 BRIARCREEK LN
JACKSONVILLE, NC  28540-9248

WATKINS, FRANK E
1619 W. BUFORD ST.
GAFFNEY, SC  29341

WATKINS, JAMES GILBERT
8810 HWY 50
MAPLE HILL, NC  28454

WATKINS, KATHLEEN M.
8557 IRIS CREST WAY
ELK GROVE, CA  95624

WATKINS, NAPOLEON
8995 NC HIGHWAY 50
MAPLE HILL, NC  28454

WATKINS, RONALD D.
2209 ARCADY LANE
CORSICANA, TX  75110

WATSON, BRUCE P.
3550 S HARLAN ST # 198
DENVER, CO  80235

WATSON, CATRINA
1244 OSCAR RAGON RD.
HARLETON, TX  75651

WATSON, CHRISTA
1244 OSCAR RAGON RD.
HARLETON, TX  75651

WATSON, CORTNEY
1244 OSCAR RAGON RD.
HARLETON, TX  75651

WATSON, DEBRA L.
1974 MACO RD
LELAND, NC  28451

WATSON, EDWARD G.
1974 MACO RD
LELAND, NC  28451

WATSON, LAWERANCE
RTE 244 OLD HWY 18 #1
PORT GIBSON, MS  39154

WATSON, LAWRENCE B
RT 244 OLD HWY 18 #1
PORT GIBSON, MS  39150

WATTS, WADE H.
513 ESKIE DIXON RD
ELGIN, SC  29045

WATTS, WILLIAM L.
225 BRANTLEY DR.
HARTSVILLE, SC  29550

WAXBERG, MARLA
10473 BREEZY LAKE LANE
BLDG 134, APT 102
BOYNTON BEACH, FL  33437

WAXBERG, MARLA
10473 BREEZY LAKE LANE
BLDG 134, APT 102
BOYNTON BEACH, FL  33437

WAYNE, CASEY A.
3617 SW WINDSONG PLACE
LEES SUMMIT, MO  64082

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

WEATHERMAN, BILLY
706 N MAPLE ST APT D
URICH, MO 64788-9293

WEATHERMAN, GLENDA
706 N MAPLE ST APT D
URICH, MO 64788-9293

WEAVER, DARRELL
3616 TUTTLE ST
DANVILLE, IL 61832-1036

WEAVER, LARRY ELMO
1650 MT. RD.
ROXBORO, NC 27574

WEAVER, RALPH WAYNE
532 LAKEWOOD DRIVE
HARTSVILLE, SC 29550

WEBB, DEBORAH
951 KAROL WY #C
SAN LEANDRO, CA 94577

WEBB, FRED LEE DECEASED
4878 STATE RTE 207
WASHINGTON COURT HOUSE, OH 43160

WEBB, JOIE R
50785 JEFFERSON AVE #102
NEW BALTIMORE, MI 48047

WEBB, SHEILA
343 EARLY GROVE RD
LAMAR, MS 38642

WEBB, WILLIAM J
211 WALOSI LANE
LOUDON, TN 37774

WEBB, WILLIAM
9622 STONEGATE DR.
OMAHA, AR 72662

WEBER, JAMES A
2889 STRIETER DR
BAY CITY, MI 48706

WEBER, ROGER
54 SADOWSKI COURT
DECATUR, IL 62521

WEBSTER, DELILAH (NOBLE)
2501 HICKORY RD
HOMEWOOD, IL 60430-1610

WEBSTER, DELILAH
2501 HICKORY RD
HOMEWOOD, IL 60430-1610

WEBSTON, JESSIE
PO BOX 218
BYHALIA, MS 38611

WEED, ROBERT
8927 PINE SHORES DR
HUMBLE, TX 77346-2312

WEHNER, RANDALL A
246 THREE SPRINGS LOOP
LONG LANE, MO 65590

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

WEHRLE, FREDERICK
7549 LAMAR CT
ARVADA COLORADO, CO  80003

WEICK, FRIEDRICH J.
4744 OLD LANTERN WAY
CHARLOTTE, NC  28212

WEIDIG, FRANKLIN DELANO
620 C/R 429 A
UVALDE, TX  78801

WEIKEL, WILLIAM
1658 RED FOX RUN
LILBURN, GA  30047

WEINBERG, ADAM
43 REDWOOD DRIVE
TOMS RIVER, NJ  08753

WEINBERG, JUDITH LORRAINE
43 REDWOOD DR.
TOMS RIVER, NJ  08753

WEINKOETZ, CLAUDE
W16475 HEMLOCK ROAD
BIRNAMWOOD, WI  54414

WEINSTEIN, JEFFREY B.
10470 WEST ROSS AVENUE
PEORIA, AZ  85382-5176

WEIR, BETTY
450 NEHRIG ROAD
HOMER CITY, PA  15748-8204

WEIR, DANIEL
450 NEHRIG ROAD
HOMER CITY, PA  15748-8204

WEIR, STEPHEN R
256 DEERTRAIL DR.
DYER, IN  46311

WEIRICH, STEPHEN L
1009 W HARNETT ST
DUNN, NC  28334-3823

WEISE, ROBERT
105 KEVIN WAY SE
SALEM, OR  97306

WEISS, TAMMY
4051 HWY 7
IRON, MN  55751

WELCH, HOWARD
424 MAIN ST RM 1500
BUFFALO, NY  14202-3615

WELKER, SARAH
22 SIPE RD
CORAOPOLIS, PA  15108-4023

WELLCOME, GLENN
44 WALTER AVENUE
HICKSVILLE, NY  11801-5345

WELLCOME, GLENN
44 WALTER AVENUE
HICKSVILLE, NY  11801-5345

WELLE, TODD
9568 ALFAREE RD
NORTH CHESTERFIELD, VA  23237

WELLER, WILLIAM TERRY
1370 SANDRIDGE RD
VINE GROVE, KY  40175

WELLINGTON, JAMES
29 DEER HOLLOW LANE
TARENTUM, PA  15084

WELLS, RETHA
2285 SAINT ANDREWS DR
TITUSVILLE, FL  32780-6767

WELLS, STEPHEN LEE
4600 FULTON MILL ROAD
MACON, GA  31208

WELSH, BRIAN
1619 MERRYVIEW LANE
HIBBING, MN  55746

WENDROCK, FRANK DECEASED
906 COUNTY LINE RD
JOURDANTON, TX  78026

WENTZ, JOHN C.
C/O WARD BLACK LAW
208 W WENDOVER AVE
GREENSBORO, NC  27401

WERLEY, KEN
63 DEERE LN
ANDREAS, PA  18211

WERNER, TERRY M
15917 NE. UNION RD #16
RIDGEFIELD, WA  98642

WERNET, JAMES STANLEY DECEASED
20255 FLINT LANE
MORRISON, CO  80465

WERNET, JAMES STANLEY DECEASED
54330 HWY 318
MAYBELL, CO  81640

WERNIK, STANLEY
4933 DEMETER WAY
OCEANSIDE, CA  92056

WERTZ, BARRY L.
168 FAIRLANE DR
BEDFORD, PA  15522

WESCOTT, TONY
32596 LINCOLN LN.
KEYTESVILLE, MO  65261

WEST, MELWOOD
4267 BURLINGTON PIKE
BURLINGTON, KY  41005

WEST, RONALD T
2333 MOORE ST
PHILADELPHIA, PA  19145

WEST, RONALD T
2333 MOORE ST
PHILADELPHIA, PA  19145

WEST, ROY
1036 SW 120TH AVE
DAVIE, FL  33325

WESTCARTH, LENA B.
832 SW AVE J
BELLE GLADE, FL  33430

WESTHOFF, WESLEY
1717 N E ADAMS ST.
PEORIA, IL  61603

WESTMORELAD, BARBERA JEAN
12305 TAILS CREEK RD
ELLIJAY, GA  30540

WESTON, SHUNTE
112 WALKER AVE
YORK, AL  36925

WESTON, STANLEY
9733 EVERGLADES AVE
BATON ROUGE, LA  70814

WESTON, TAMMY
710 NORTH BROAD ST
YORK, AL  36925

WESTOVER, JAMES
132 REBECCA DRIVE
PITTSBURGH, PA  15237

WESTOVER, JOAN
132 REBECCA DRIVE
PITTSBURGH, PA  15237

WEZYK, ROBERT
1845 RODMAN ST #2
HOLLYWOOD, FL  33020

WHALEN, WILLIAM
426 NELM ST.
PO BOX 4127
SELTZER, PA  17974

WHALEN, WILLIAM
426 NELMS ST.
PO BOX 4127
SELTZER, PA  17974

WHARTON, STEVEN
3225 OLD TRAIL RD
YORK HAVEN, PA  17370

WHARTON, STEVEN
3225 OLD TRAIL RD
YORK HAVEN, PA  17370

WHARTON, STEVEN
3225 OLD TRAIL RD
YORK HAVEN, PA  17370

WHEATCROFT, JOHN DAVID
138 SANDRO ST
INDIANA, PA  15701-6005

WHEELER, CHRISTOPHER
41 FREW RUN STREET
FREWSBURG, NY  14738

WHEELER, JOSEPH KERMIT, SR
3860 FONVILLE AVE
BMT, TX  77705-2222

WHEELER, RONALD
7565 BULMORE RD.
LOCKPORT, NY  14094

WHEELER, TIMOTHY
58 SHARON RD
ENOLA, PA  17025-1826

WHEELER, TIMOTHY
58 SHARON RD
ENOLA, PA  17025-1826

WHITAKER, SUSZANN
187 MILES DR.
SHEPHERDSVILLE, KY  40165

WHITE, AMY BATIE
309 VZCR 1525
GRAND SALINE, TX  75140

WHITE, EARL, JR.
TAMARA LAWRENCE
120 TISKELWAH AVE
ELKVIEW, WV  25071

WHITE, EDWIN
149 PLYMOUTH DR
CLAYTON, NC  27520

WHITE, FREDDIE LEON, JR
5333 GREEN LEE APT D
FORT WORTH, TX  76112

WHITE, HENRY
8917 MONEYMAKER DRIVE
KNOXVILLE, TN  37923-1120

WHITE, KRIS
14373 WHEATLEY RD.
MAYVIEW, MO  64071

WHITE, LORIE
1980 RAEFORD RD
SOUTHPORT, NC  28461-8847

WHITE, LORRETTA V
2301 AGENCY ST., #63
BURLINGTON, IA  52601

WHITE, MARTHA GAIL
206 PEACH ST
GLENN HEIGHTS, TX  75154

WHITE, MICHAEL
102 CORAL COURT
SUFFOLK, VA  23434

WHITE, PAMELA
***NO ADDRESS PROVIDED***

WHITE, W.R.
269 CHESSER RD
P.O. BOX 1174
HOLLISTER, FL  32147

WHITE, WILLIAM
1497 FM 899
MT PLEASANT, TX  75455

WHITE, WILLIAM
15 QUINCY TERRACE
BARNEGAT, NJ  08005

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 424 of 444

WHITEMAN, HOWARD DALE, III
701 12TH ST LOT 5
MOUNDSVILLE, WV  26041

WHITESIDE, MARY
809 E 9TH ST
TUSCUMBIA, AL  35674-2721

WHITESIDE, SYLVIA
2085 ROCKAWAY PARKWAY #6D
BROOKLYN, NY  11236

WHITFIELD, ALICE
838 DELAWARE WAY
LIVERMORE, CA  94551

WHITLOCK, DAVID T
22945 W SIERRA RIDGE WY
WITTMANN, AZ  85361

WHITMAN, CLYDE G
151 CLAYHOR AVENUE
TRAPPE, PA  19426-2203

WHITMAN, PERRY
304 STONEYBROOK RD
WILMINGTON, NC  28411

WHITMIRE, ROYCE L
PO BOX 1419
CLEVELAND, TX  77328

WHITMIRE, ROYCE
P.O. BOX 1419
CLEVELAND, TX  77328

WHITNER, ROBERT L
505 MT. PROSPECT AVE. 7C
NEWARK, NJ  07104

WHITNER, ROBERT LEE
505 MT. PROSPECT AVE. C-7
NEWARK, NJ  07104

WHITSELL, PAMELA J.
4778 OLD BURNT MTN RD
JASPER, GA  30143

WHITSEY, CHERRY L
112 WHITSEY LANE
BRENT, AL  35034

WHITSEY, LEE V
112 WHITSEY LN
BRENT, AL  35034

WHITT, MELISSA G.
8128 CHESTERFIELD DR.
KNOXVILLE, TN  37909

WHITT, MELISSA
8128 CHESTERFIELD DR
KNOXVILLE, TN  37909

WHYNE, JAMES
133 TWIG LANE
SUNBURY, PA  17801

WICHMANN, JEFFREY
3920 BUCCANEER BLVD
PLATTSMOUTH, NE  68048

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 425 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

WICKERD, OLIVER H, JR
477 NORTH STONINGTON RD
STONINGTON, CT  06378-1516

WIEDENMANN, JEFFREY DAVID
34807 E 272ND ST
GARDEN CITY, MO  64747

WIER, JIMMY MILLER
P.O. BOX 1134
DAYTON, TX  77535

WIESE, JOSEPH J
2209 JACOBS HILL RD
CORTLANDT MNR, NY  10567-2533

WIGTON, VALERIE
4517 ARROWHEAD DR.
SAINT JOSEPH, MO  64506

WIGTON, W. MICHAEL
4517 ARROWHEAD DR.
SAINT JOSEPH, MO  64506

WILCOX, DONALD L.
1628 S. PINE RIDGE CIRCLE
SANFORD, FL  32773

WILDER, ARTHUR, SR
805 NEWSOME RD #701
SALISBURY, NC  28146

WILDRICK, THOMAS A.
P.O. BOX 861
EAST LYME, CT  06333

WILDRICK, THOMAS, SR
P.O. BOX 861
EAST LYME, CT  06333

WILEY, LARRY
7002 N SMITH ST
SPOKANE, WA  99217

WILHELM, CHARLES
648 MARKLE ROAD
LEECHBURG, PA  15656

WILKENS, JOHN
13675 95TH PLACE NORTH
MAPLE GROVE, MN  55369

WILKERSON, DARRELL
PO BOX 95
101 FANNIE RD
ORRUM, NC  28369

WILKERSON, ELIZABETH
PO BOX 95
101 FANNIE RD
ORRUM, NC  28369

WILKERSON, HEIDI
223 SWEETBAY MAGNOLIA ST
LORIS, SC  29569-7357

WILKES, DONALD ROGER
4879 HWY 73
IRON STATION, NC  28080

WILKES, DONALD
27217 FALCON FEATHER WAY
LEESBURG, FL  34748

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

| | | |
|---|---|---|
| WILKINS, DANIEL<br>30553 TROON PLACE<br>HAYWARD, CA 94544 | WILKINS, DANIEL<br>30553 TROON PLACE<br>HAYWARD, CA 94544 | WILKINS, DANIEL<br>30553 TROON PLACE<br>HAYWARD, CA 94544 |
| WILKINS, PERSHING<br>4477 E FICUS WAY<br>GILBERT, AZ 85298 | WILKINSON, DAVID<br>7499 PUTNAM RD.<br>CASSADAGA, NY 14718 | WILKINSON, JAMES E<br>5804 S SORREL CT<br>SPOKANE, WA 99224 |
| WILLARD, KEN<br>6236 MARION AVE<br>KANSAS CITY, MO 64133 | WILLARD, KEN<br>6236 MARION AVE<br>KANSAS CITY, MO 64133 | WILLARD, KEN<br>6236 MARION AVE<br>KANSAS CITY, MO 64133 |
| WILLIAMS, BILLY G.<br>713 VALERIE<br>PASADENA, TX 77502 | WILLIAMS, CAROLYN<br>1109 CRAWFORD ST. EXT<br>GOLDSBORO, NC 27530 | WILLIAMS, CHARLES EDWARD<br>132 2ND ST<br>TIPTON, IN 46072-1808 |
| WILLIAMS, CHARLES S.<br>6634 NOLAND<br>SHAWNEE, KS 66216 | WILLIAMS, CHARLES<br>2116 AVE D<br>DICKINSON, TX 77539 | WILLIAMS, CHARLES<br>2116 AVE D<br>DICKINSON, TX 77539 |
| WILLIAMS, CYNTHIA G.<br>1058 VILLAGE POINT ROAD SW<br>SHALLOTTE, NC 28470 | WILLIAMS, DALE<br>6345 11TH AVE<br>LOS ANGELES, CA 90043 | WILLIAMS, DANIEL C<br>220 E. NEW ENGLAND AVE<br>PINEBLUFF, NC 28373 |

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


WILLIAMS, DAVID
61 NATIONAL BLVD
BEAUFORT, SC  29907-1765

WILLIAMS, DONALD G.
3611 SWEETBRIAR
PASADENA, TX  77505

WILLIAMS, ELENORA DUBOSE
3012 LYERLY LANE
MONTGOMERY, AL  36110


WILLIAMS, ELNORA D.
3012 LYERLY LANE
MONTGOMERY, AL  36110

WILLIAMS, ELSIE IRENE
831 BANKS
CARTHAGE, TX  75633

WILLIAMS, FAITE
2116 AVE D
DICKINSON, TX  77539


WILLIAMS, FAITE
2116 AVE D
DICKINSON, TX  77539

WILLIAMS, FRANK STAFFORD
3305 JACK GLASS RD
MONROE, GA  30656

WILLIAMS, FRANKIE NEAL
1217 BIG OAK ROAD
GERMANTON, NC  27019-8901


WILLIAMS, GWENDOLYN
1230 SAINT MARKS AVE
BROOKLYN, NY  11213-2434

WILLIAMS, ISAIAH, JR
P.O. BOX 33
BECKVILLE, TX  75631

WILLIAMS, JACKIE J
1091 RIMVIEW DR.
LINDEN/SHOWLOW, AZ  85902


WILLIAMS, JAMES E.
PO BOX 32
YATESBORO, PA  16263

WILLIAMS, JEANETTE B.
1301 CASSIDY ROAD
CAMDEN, SC  29020

WILLIAMS, JEFFREY
610 PARKER LN.
GRANBURY, TX  76048


WILLIAMS, JERRY
562 WAITE RD
VILLA RIDGE, IL  62996

WILLIAMS, JESSIE MARVIN
402 RAILROAD ST.
FAYETTE, MO  65248

WILLIAMS, JOHN A., JR.
6519 WINDJAMMER PLACE
LAKEWOOD RANCH, FL  34202-2279

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


WILLIAMS, JULE A.
6459 CUSTER ST.
HOLLYWOOD, FL 33024

WILLIAMS, LISA F.
4626 S. HWY. 97
HICKORY GROVE, SC 29717

WILLIAMS, LORETTA
1500 WOODLAND ROAD
GARNER, NC 27529-3724


WILLIAMS, MARIANNE I
481 ROBINWOOD AVE
WHITEHALL, OH 43213

WILLIAMS, MICHAEL
481 ROBINWOOD AVE
WHITEHALL, OH 43213

WILLIAMS, NANCY
P.O. BOX 901
DAYTON, TX 77535


WILLIAMS, RICHARD A
3340 KY HWY 36 W
CYNTHIANA, KY 41031

WILLIAMS, RICKIE
1639 ELDERBERRY LN
CORDOVA, TN 38016-9506

WILLIAMS, ROBER DWAYNE
4626 S HIGHWAY 97 RD.
HICKORY GROVE, SC 29717-8756


WILLIAMS, ROBERT LEE
3630 RAVENWOOD AVE
BALTIMORE, MD 21213-2009

WILLIAMS, ROLAND FREDRICK
4637 HAILE GOLD MINE RD
KERSHAW, SC 29067

WILLIAMS, RONALD DUANE
1091 RIMVIEW DR.
PO BOX 614
SHOW LOW, AZ 85902


WILLIAMS, RONALD
23 ELM STREET
ALLEGANY, NY 14706

WILLIAMS, RONALD
23 ELM STREET
ALLEGANY, NY 14706

WILLIAMS, ROSE ANN
PO BOX # 2991
SHIPROCK, NM 87420


WILLIAMS, ROY LEE
2330 WOODLAND HILLS DR SE
BEMIDJI, MN 56601

WILLIAMS, SHEILA W.
316 NORTH 13TH ST
THIBODAUX, LA 70301

WILLIAMS, SHENATTA
1230 SAINT MARKS AVE
BROOKLYN, NY 11213-2434

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**      NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL      Page 429 of 444

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

WILLIAMS, STEPHEN
6901 HIGHEAY 165
POSEYVILLE, IN  47633

WILLIAMS, TERESA
831 BANKS
CARTHAGE, TX  75633

WILLIAMS, THELMA
685 BEACON HILL DR
ORANGEVILL, OH  44022

WILLIAMS, TOM ELLA
4263 W. 21ST PLACE
GARY, IN  46404-2805

WILLIAMS, TROY
7242 SABRE AVE
REYNOLDSBURG, OH  43068-1522

WILLIAMS, WALTER
4208 MOSS ST
N LITTLE ROCK, AR  72118-4442

WILLIAMS, WAYNE L
266 TYLER AVENUE
MILLER PLACE, NY  11764

WILLIAMS, WILBERT
224 EAST 107 ST
CHICAGO, IL  60628

WILLIAMS, WILBERT
224 EAST 107TH STREET
CHICAGO, IL  60628

WILLIS, BRENDA
1204 GRANDVIEW RD
BLOOMSBURG, PA  17815-8954

WILLIS, CHARLES S
133 WATERSIDE AVE
SATSUMA, FL  32189

WILLIS, SCOTT K.
2406 WEST 800 RD
BLUE MOUND, KS  66010

WILLIS, TROY JUNIOR
7432 DAVENPORT DRIVE
JACKSONVILLE, TX  72076

WILLMAN, JOHN J , JR
2746 BRIARWOOD DR.
TIFFIN, OH  44883-9704

WILLOUR, BRADLEY DANE
RR 72 BOX 2564
WHEATLAND, MO  65779

WILLOUR, BRENDA KAY
RR 72 BOX 2564
WHEATLAND, MO  65779

WILLS, FRED G
3934 SORTOR DRIVE
KANSAS CITY, KS  66104

WILLSON, NORMAN EDGARDO GALAZ
PJE EL PUANGUE 3103
SANTIAGO  8320000
CHILE

WILSON HERNANDEZ, GABRIELA
JUAN PABLO II 51, BLOCK I DEPTO 201.
VALPARAISO
CHILE

WILSON, ANGELA
1317 DUNWICH DR
LIBERTY, MO  64068

WILSON, BARBARA
1360 ARROWHEAD DRIVE
COSHOCTON, OH  43812

WILSON, BOBBIE
5849 S. EMERALD 1FL
CHICAGO, IL  60621

WILSON, CARLA
PO BOX 903
MC BEE, SC  29101-0903

WILSON, CHARLES
429 C.R 713
ATHENS, TN  37303

WILSON, CLEMMIE
89 COLLIER ROAD
HOLLY SPRINGS, MS  38635

WILSON, DANIEL P
113 ORCHARD DR,
PITTSBURGH, PA  15229

WILSON, DANIEL P
113 ORCHARD DR,
PITTSBURGH, PA  15229

WILSON, DANIEL P
113 ORCHARD DR,
PITTSBURGH, PA  15229

WILSON, DANIEL P
113 ORCHARD DR,
PITTSBURGH, PA  15229

WILSON, DANIEL P
113 ORCHARD DR,
PITTSBURGH, PA  15229

WILSON, DEBRA
90 COLLIER RD
HOLLY SPRINGS, MS  38635

WILSON, DEBRA
90 COLLIER RD
HOLLY SPRINGS, MS  38635

WILSON, FREDDIE L, SR
1607 HILTON ST
3160 RICHLAND RD
SUMTER, SC  29154-9712

WILSON, HARRY LEE
PO BOX 43431
JACKSONVILLE, FL  32203-3431

WILSON, HARRY LEE
PO BOX 43431
JACKSONVILLE, FL  32203-3431

WILSON, HOWARD, JR
9736 COMMODORE DR
SEFFNER, FL  33584

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 431 of 444
IN FULL

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

WILSON, JENNIFER
13531 SE HOLMES ROAD
GOWER, MO  64454

WILSON, JERI, FKA JERI LEWIS
18634 GOLFVIEW DR
HAZEL CREST, IL  60429-2406

WILSON, KENNETH JASON
13531 SE HOLMES ROAD
GOWER, MO  64454

WILSON, LARRY J
1278 LINCOLN ST
PO BOX 256
VANDERGRIFT, PA  15690

WILSON, LORINE
305 MILFAN DRIVE
CAPITOL HEIGHTS, MD  20743

WILSON, LOUIS LEE
2951 OLD GEORGETOWN ROAD, W.
KERSHAW, SC  29067

WILSON, MACK
13531 SE HOLMES ROAD
GOWER, MO  64454

WILSON, NORRIS
PO BOX 903
MC BEE, SC  29101-0903

WILSON, PATRICK W.
1143 PENN. ST
PO BOX 208
ABERDEEN, OH  45101

WILSON, REBECCA
1471 CARL FREEMAN RD
STEDMAN, NC  28391

WILSON, REBECCA
1471 CARL FREEMAN RD
STEDMAN, NC  28391

WILSON, RICHARD
16 ST. JOHN RD.
FLETCHER, NC  28732

WILSON, ROBERT
320 N. MCLANE ST.
CLINTON, MO  64735

WILSON, RONALD WAYNE
1800 HORSESHOE LAKE RD UNIT 1
GRAND RAPIDS, MN  55744-7709

WILSON, THOMAS
1938 BEAUTANCUS RD.
MOUNT OLIVE, NC  28365

WILSON, VANN
13531 SE HOLMES ROAD
GOWER, MO  64454

WILSON, WILLIAM A
800 EMERALD DOVE AVE
COLLEGE STATION, TX  77845

WILSON, WILLIAM
1471 CARL FREEMAN RD
STEDMAN, NC  28391

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

WILSON-HOLLINS, GLADYS
PO BOX 1403
PORT ARTHUR, TX 77641

WILSON-HOLLINS, GLADYS
PO BX 1403
PORT ARTHUR, TX 77641

WINCH, HOWARD
58 CEDAR LAKE RD
BLAIRSTOWN, NJ 07825

WINDHAM, THOMAS
2638 PINELAND CIRCLE
HARTSVILLE, SC 29550

WINDISCH, KIMBERLY
606 SEMPLE AVENUE
PITTSBURGH, PA 15202

WINGATE, CARRIE LEE
828 ELION GRAHAM RD
HARTSVILLE, SC 29550

WINGATE, CARRIE LEE
828 ELION GRAHAM RD
HARTSVILLE, SC 29550

WINGATE, PHILIP FREDERICK
1324 WITTER STREET
CHARLESTON, SC 29412

WINGERSON, JEFFERY B
204 MONTCLAIR AVE
WEST VIEW, PA 15229

WINKLE JR., DONALD
43 MANOR OAK DRIVE
AMHERST, NY 14228

WINN, NANCY LOUISE (DENNIS)
10046 SUGAR HILL DR
HOUSTON, TX 77042

WINNIER, MARGO L
2541 ROUTE 286
SALTSBURG, PA 15681

WINNIER, MARGO L
SCHIMIZZI LAW ASSOCIATES
RICHARD W. SCHIMIZZI, KEWSTONE COMMONS
35 WEST PITTSBURGH STREET
GREENSBURG, PA 15601

WINSLOW, LIONEL W
PO BOX 302
RAYMOND, WA 98577

WINSTON, FELIX
C/O GLORIA A JOHNSON
PO BOX 290072
PHELAN, CA 92329

WINSTON, JULIAN W.
14401 MUSTANG TRAIL
SOUTHWEST RANCHES, FL 33330

WINTERS, MARY-SHANNON
21 BROOKVIEW LN
MIDDLETOWN, CT 06457-2100

WIREMAN, CLAUDE E
7200 BENTWOODS RD.
HANOVER, MD 21076

WIRTH, LINDA
9 BEST VIEW RD
QUAKER HILL, CT  06375

WIRTH, ROBERT
1113 AURORA DR.
PITTSBURGH, PA  15236

WISDOM, HAROLD, JR
802 MALONE ST
MACON, MO  63552

WISNER, RYAN
300 JOHNSTON DR
RAYMORE, MO  64083

WITTMAN, JAMES
PO BOX 33
WEST PADUCAH, KY  42086

WITUCKI, WILLIAM ROBERT
1830 KING ESTATES
SEVIERVILLE, TN  37876

WLODEK, ROBERT ANDREW
12327 GRANADA LN
LEAWOOD, KS  66209

WNUCK, SCOTT F.
569 CHESTER PIKE
PROSPECT PARK, PA  19076-1406

WOFFORD, ADA
SAMANTHA FLORES
WILLIAMS KHERKHER HART & BOUNDAS L.L.P.
8441 GULF FREEWAY SUITE 600
HOUSTON, TX  77017

WOJCIK, JOEL D.
570 COLONIAL BLVD.
TOWNSHIP OF WASHINGTON, NJ  07676

WOJTASZEK, GERARD
40828 RT. 66
BOX 423
MARIENVILLE, PA  16239

WOJTASZEK, TIMOTHY
8 WOODLAND RD
MCKEES ROCKS, PA  15136

WOLF, DIANE
1097 NW 501ST RD
CHILHOWEE, MO  64733

WOLF, JOE
1704 EFFIE
PASADENA, TX  75502

WOLF, ROGER
1097 NW 501ST RD
CHILHOWEE, MO  64733

WOLFE, E. SHARON
3144 HUNTINGTON LN
LAKELAND, FL  33810-4754

WOLFE, RICKY L.
220 WASHINGTON PLACE.
PO BOX 629
ELECTRIC CITY, WA  99123

WOLFE, ROBERT HAROLD
8438 GARLAND RD
PASADENA, MD  21122

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


WOLFE, ROGER
1533 E LARNED ST
APT 3
DETROIT, MI  48207

WOLFF, EDWARD WILLIAM
1206 KENWOOD RD
GLEN BURNIE, MD  21060

WOLFGANG, MELANIE
3342 BLUEBONNET MEADOWS LN
HOUSTON, TX  77084-5537

WOLFINGER, STEPHEN
146 LINGAY DRIVE
GLENSHAW, PA  15116

WOLFORD, MICHAEL LEE
2667 W. RICHMAR AVE
LAS VEGAS, NV  89123

WOLTER, DOUGLAS
7330 TADWORTH TRACE
CUMMING, GA  30041

WOLTER, KATHERINE
7330 TADWORTH TRACE
CUMMING, GA  30041

WOLTER, VICKI
7330 TADWORTH TRACE
CUMMING, GA  30041

WOMACK, CHARLES E
107 DESVOIGNES RD
DENISON, TX  75021-4051

WOMACK, FREDDY LEON
5809 COUNTY ROAD 292
COLORADO CITY, TX  79512-2301

WOMACK, FREDDY LEON
THE HALL LAW FIRM
LANCE HALL
119 E. THIRD ST.
SWEETWATER, TX  79556

WOOD (HESS), AMBER
191 STONECREEK DRIVE
GRANVILLE, OH  43023

WOOD, ANN P.
213 LINK ROAD
WAYNESBORO, VA  22980

WOOD, BENJAMIN
60 CHARLESCREST CT
WEST SENECA, NY  14224

WOOD, CHARLENE G.
C/O CHERYL WOOD MCAULEY
PO BOX 12
1419 THIRD ST.
WAYNESBORO, VA  22980

WOOD, CURTIS WAYNE
2206 ALTON RD
ALTON, VA  24520

WOOD, EDRIE L.
13460 HWY 8 BUSINESS SP 52
LAKESIDE, CA  92040

WOOD, JIMMY JAY
115 PAUL REVERE RUN
DOTHAN, AL  36305

WOOD, JOHN R.
11010-90TH ST. S.
BOUNTON BEACH, FL  33437

WOOD, JOHN ROBINSON, SR.
202 CEDAR GROVE PLACE
AUTAUGAVILLE, AL  36003

WOOD, MELVIN WAYNE
301 BEACH ST
JACKSONVILLE, TX  75766

WOOD, RICHARD
301 N 3RD STREET
NEWPORT, PA  17074

WOOD, SCOTT
128 LEE HWY
VERONA, VA  24482-2504

WOOD, STEPHEN
1558 THORNTON DR
ELGIN, SC  29045

WOODALL, JAMES RAYFORD
108 LINDA ST
PRINCETON, NC  27569

WOODARD, ROXIE S.
3226 SMALLTOWN RD
WINNSBORO, SC  29180

WOODEN, WILLIAM A, JR
33 VIADUCT LN
LEVITTOWN, PA  19054-1023

WOODHAM, HERCULES
532 CAMELOT DRIVE
HARTSVILLE, SC  29550

WOODRUFF, WILLIAM C, III
P O BOX 295
LULING, LA  70070

WOODS, CASSANDRA
1911 E BUFFALO ST
CHANDLER, AZ  85225

WOODS, KIMBERLY
5533 NC HWY 710N
PEMBROKE, NC  28372

WOODS, KIMBERLY
5533 NC HWY 710N
PEMBROKE, NC  28372

WOODS, MIKE VERLON
5533 NC HWY 710 N
PEMBROKE, NC  28372

WOODS, MIKE VERLON
5533 NC HWY 710 N
PEMBROKE, NC  28372

WOODWARD, WALTER LARRY
3226 SMALLTOWN RD
WINNSBORO, SC  29180

WOOLEMS, JERRY
C/O GEORGE AND FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN  46204

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #: **14-10979 (CSS)**

Notices mailed by: **April 30, 2021**


WORMDAHL, CORINNE (WIDOW OF DOUGLAS)
11429 W BURGUNDY AVE APT 107
LITTLETON, CO  80127-5871

WORRELL, DIANA
PO BOX 868
CHAPEL HILL, NC  27514

WORTHINGTON, BILLY R.
C/O THOMAS A. REDWINE
112 S. CROCKETT ST.
SHERMAN, TX  75090


WRECSICS, CODY
6823 OLD GRANGE RD
SLATINGTON, PA  18080-3814

WREN, BARBARA
3423 KITTLES ST
MIMS, FL  32754-5684

WRIGHT, CONNIE S
430 MT OLIVE ROAD
COWPENS, SC  29330


WRIGHT, CONNIE STRICKLAND
C/O C STRICKLAND WRIGHT
430 MT OLIVE RD
COWPENS, SC  29330

WRIGHT, DENNIS
5330 LA SALLE ST.
LINCOLN, NE  68516

WRIGHT, HEATHER
29090 CEDAR NILES RD
PAOLA, KS  66071


WRIGHT, JAMES BENJAMIN
5310 WOODCREST
JACKSONVILLE, FL  32205

WRIGHT, JULIUS
307 EAST ELM STREET
OLEAN, NY  14760

WRIGHT, JULIUS
307 EAST ELM STREET
OLEAN, NY  14760


WRIGHT, LOU
225 W. CHURCH STREET
BLACKWOOD, NJ  08012

WRIGHT, ROBERT P
95 BEEKMAN AVE APT 319H
SLEEPY HOLLOW, NY  10591

WRIGHT, TED J
665 CANEY CREEK DRIVE
LIVINGSTON, TX  77351


WRIGHT, TRUDY M
665 CANEY CREEK DRIVE
LIVINGSTON, TX  77351

WRIGHT, WILLIAM
111 PIPERWOOD DRIVE
CARY, NC  27518

WUEBKER, JAN F.
8025 GLEN ALTA WAY
CITRUS HEIGHTS, CA  95610

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**


WUEBKER, JAN F.
8025 GLEN ALTA WAY
CITRUS HEIGHTS, CA  95610

WUEBKER, JAN F.
THE SHAFER LAW GROUP
210 MAGNOLIA AVE
AUBURN, CA  95603

WUEBKER, JAN F.
THE SHAFER LAW GROUP
210 MAGNOLIA AVENUE
AUBURN, CA  95603


WYATT, HENRY
2503 BOSS ST
LA MARQUE, TX  77568

WYCHE, JOHN H.
136 N. BEAVER DAM RD
WAVERLY, VA  23890

WYLAND, BARBARA
1 MARYLN LANE
P.O. BOX109
HAWK POINT, MO  63349


WYLAND, GREG
1 MARYLN LANE
P.O. BOX109
HAWK POINT, MO  63349

WYNN, VICTURE
230 RUTLEDGE ST
GARY, IN  46404-1007

YANCEY, EMMA
FOR JIMMY YANCEY (DECEASED)
1738 WOODHAVEN DR
KNOXVILLE, TN  37914


YARBOROUGH, LINDA F
1213 KNOLLWOOD DR.
HARTSVILLE, SC  29550

YARBROUGH, CEDRIC
501 BRENEMAN ST
HUTCHINS, TX  74141

YARBROUGH, CYPHERS
608 REAMS AVE
ROXBORO, NC  27573


YARBROUGH, DAVID
500 SCRIBNER DR APT 903
NEW ALBANY, IN  47150

YARBROUGH, FRANCIS B.
1236 MAPOLES ST.
P.O. BOX 1246
CRESTVIEW, FL  32536

YARBROUGH, JARIUS
501 BRENEMAN ST
HUTCHINS, TX  75141


YARBROUGH, MONICA
501 BRENEMAN ST
HUTCHINS, TX  75141

YATES, B MARIE
55 WOODLAND DR.
FAIRVIEW, NC  28730

YATES, ELBERT JERRY
55 WOODLAND DR
FAIRVIEW, NC  28730

YATES, PAULA D.
7817 NW POTOMAC AVE.
WEATHERBY LAKE, MO  64152

YATES, RICHARD L.
C/O HUMPHREY FARRINGTON & MCCLAIN, P.C.
ATTN: SCOTT A. BRITTON-MEHLISCH
221 W. LEXINGTON, SUITE 400
INDEPENDENCE, MO  64050

YATES, THOMAS
544 MARIE AVE
PITTSBURGH, PA  15202

YAUCH, RONALD JAMES
13120 BROWNS FERRY ROAD
ATHENS, AL  35611

YAUCH, RONALD JAMES
13120 BROWNS FERRY ROAD
ATHENS, AL  35611

YAWORSKI, CHERYL
2159 RIVER ROAD
VINTONDALE, PA  15961

YAWORSKI, JOSEPH
2159 RIVER ROAD
VINTONDALE, PA  15961

YAWORSKI, JOSEPH
2159 RIVER ROAD
VINTONDALE, PA  15961

YAZZIE, FRANK K
P.O.BOX 452
TEECNOSPAS, AZ  86514

YAZZIE, HARRISON
P.O. BOX 465
WATERFLOW, NM  87421

YAZZIE, MARGUERITA
P.O. BOX 465
WATERFLOW, NM  87421

YBARRA, HIRAM
22 QUINTARD ST.
CHULA VISTA, CA  91911

YEAGER, RONALD
7 STEEPLECHASE DR.
BLOOMSBURG, PA  17815

YEARGAN, JOHN T
2627 WESTLINE RD
WHITESBORO, TX  76240

YON, BARBARA T
1188 UNION HILL ROAD
SALLEY, SC  29137

YORK, MARION
347 DYKES ROAD
EIGHT MILE, AL  36613

YORK, MARION
347 DYKES ROAD
EIGHT MILE, AL  36613

YORK, MARION
LAW OFFICE OF FUNCHES & ASSOCIATES
DELANO FUNCHES
1617 ROBINSON STREET
JACKSON, MS  39209

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

YORK, MARION
LAW OFFICE OF FUNCHES & ASSOCIATES
DELANO FUNCHES
1617 ROBINSON STREET
JACKSON, MS  39209

YOST, KENNETH G.
JAMES CLARK LAW OFFICES, P.C.
130 8 STREET SW
P.O. BOX 1661
ARDMORE, OK  73402

YOST, KENNETH G.
PO BOX 1661
ARDMORE, OK  73402-1661

YOUNG (CHANDLER), PAMELA D
1504 BALBOA
ALLEN, TX  75002

YOUNG, ARKIE H
710 S 2ND ST
GLENROCK, WY  82637

YOUNG, CAROL J
2155 ANTHONY RUN RD
INDIANA, PA  15701

YOUNG, CARRIE
627 EAST BRIDGE ST.
UNIT A
GRANBURY, TX  76048

YOUNG, COLIN
2149 WEDGEFIELD RD
GEORGETOWN, SC  29440

YOUNG, DAVID E.
400 NARE HOOD RD.
DANVILLE, PA  17821

YOUNG, DOREEN
48 GLENDALE ST.
CHICOPEE, MA  01020

YOUNG, ELIZABETH
220 E WATER ST
FLEMINGSBURG, KY  41041

YOUNG, JERRY W
709 SOUTH OAK
ATHENS, TX  75751

YOUNG, JESSICA
1221 CLAYTHORNE DR.
JOHNSTOWN, PA  15904

YOUNG, LAURIE
3870 N. SHERINGHAM DR.
BOISE, ID  83704

YOUNG, MARY L
710 S 2ND ST
GLENROCK, WY  82637

YOUNG, MILTON
C/O GEORGE & FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN  46204

YOUNG, ODEAL
1771 BAYO VISTA AVE
SAN PABLO, CA  94806

YOUNG, RALPH L
2535 ST. RT 218
GALLIPOLIS, OH  45631

YOUNG, REBECCA
321 S PELHAM PATH
RAYMORE, MO  64083-8135

YOUNG, RICHARD CHARLES
122 HEMLOCK ROAD
DU BOIS, PA  15801

YOUNG, RICHARD
122 HEMLOCK ROAD
DUBOIS, PA  15801

YOUNG, ROSALINDA VALVERDE
3609 BROOKVALLEY
GRANBURY, TX  76048-3940

YOUNG, THAYNE H, DECEASED
ATTN: LOUISE L YOUNG (TRUSTEE/SPOUSE)
3425 N BRYSON WAY
BOISE, ID  83713-3621

YOUNG, THAYNE H, DECEASED
ATTN: LOUISE L YOUNG (TRUSTEE/SPOUSE)
3425 N BRYSON WAY
BOISE, ID  83713-3621

YOUNG, THOMAS
1225 W. WOODLAWN DR
HAYDEN, ID  83835

YOUNG, TRACY
16300 E 38TH ST S
INDEPENDENCE, MO  64055

YOUNG, WILLIAM
220 E WATER ST
FLEMINGSBURG, KY  41041

YOUNG, WILLIS L.
2178 MALLARD LANE
CAMDEN, SC  29020

YURADA, SANDRO
1654 TEXAS CIRCLE
COSTA MESA, CA  92626

ZABRUCKY, ROBERT
448 VERLA DRIVE
WINDBER, PA  15963

ZACHARY, THOMAS M.
2996 PANGBORN RD.
DECATUR, GA  30033

ZACHGO, ALEX
1512 N ELSEA SMITH RD
INDEPENDENCE, MO  64056

ZACHGO, DAWN
1512 N ELSEA SMITH RD
INDEPENDENCE, MO  64056

ZACHGO, MARK
1512 N ELSEA SMITH RD
INDEPENDENCE, MO  64056

ZACHGO, NICHOLAS
1512 N ELSEA SMITH RD
INDEPENDENCE, MO  64056

ZACKLAN, DAVE M
1419 MARKET STREET
ALGONAC, MI  48001

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

ZAGER, JOHN
108 THIRD STREET SOUTH
VIRGINIA, MN  55792

ZAIST, ROBERT
2722 CASTLE GLEN CT
CASTLE ROCK, CO  80108

ZAK, KIM
1080 HONEYLOCUST CT
COLORADO SPRINGS, CO  80904

ZAMORA, ADRIANA
2016 TANGLELANE ST.
RICHMOND, TX  77469

ZAMORA, AMADOR R.
8602 W TURNEY AV
PHOENIX, AZ  85037

ZAMORA, JENNIFER YVETTE
2016 TANGLELANE ST
RICHMOND, TX  77469-5126

ZAMORA, JENNIFER
2016 TANGLELANE ST
RICHMOND, TX  77469-5126

ZAMORA, MANUEL F.
27823 HUNT TRACE LN
FULSHEAR, TX  77441-1496

ZAMORA, MANUEL F.
27823 HUNT TRACE LN
FULSHEAR, TX  77441-1496

ZAMORANO, MAURICIO
BILBAO 1815
VALPARAISO
QUILPUE  2430000
CHILE

ZANIOWKA, HENRY L
1129 W CALLE DE SOTELO
SAHUARITA, AZ  85629

ZAPP, JEFFREY A.
5864 HWY 194
HERMANTOWN, MN  55811

ZAPP, JEFFREY
5864 HWY 194
HERMANTOWN, MN  55811

ZAPPIA, DOMINIC C
6790 SW 112TH ST
OCALA, FL  34476

ZAPPIA, DOMINIC C
6790 SW 112TH ST
OCALA, FL  34476

ZARANDONA, RICHARD
24 CASTLE COURT
RANDOLPH, NJ  07869

ZARANDONA, RICHARD
24 CASTLE COURT
RANDOLPH, NJ  07869

ZARANDONA, RICHARD
24 CASTLE COURT
RANDOLPH, NJ  07869

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 442 of 444

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

ZAREK, ALAN
258 UNION STREET
APARTMENT R4
FALL RIVER, MA  02721

ZAZZARINO, GINA (ANGENNE)
10 CARLOW ST
HUNTINGTON, NY  11743

ZAZZARINO, GINA (ANGENNI)
34 FLOWER HILL ROAD
HUNTINGTON, NY  11743

ZAZZARINO, GINA
34 FLOWER HILL ROAD
HUNTINGTON, NY  11743

ZEISLOFT, DALE
6562 HEIDELBERG CT
OREFIELD, PA  18069

ZELLERS, NORMAN
239 PLUM CREEK ROAD
SUNBURY, PA  17801

ZELLWEGER, EMIL
1301 N TAMIAMI TRL APT 205
SARASOTA, FL  34236-2411

ZENTMYER, WILLIAM
C/O GEORGE & FARINAS, LLP
151 N. DELAWARE ST., STE. 1700
INDIANAPOLIS, IN  46204

ZIEGLER, DANIEL L
1015 DEEMER ROAD
BATH, PA  18014

ZIEGLER, DARWIN
608 WASHINGTON ST.
LOT 17
KOSSE, TX  76653

ZIEZIULA, STANLEY F.
21 REGENCY CT
BOWMANSVILLE, NY  14026

ZIMMERMAN, DANIEL
1050 CHESTNUT STREET
SUNBURY, PA  17801

ZIMMERMAN, JACQUE LYNN
729 HOWER STREET
SELINSGROVE, PA  17870

ZIMMERMAN, JERRY WAYNE
6595 GOSHEN RD
OXFORD, NC  27565

ZIMMERS, JOHN
3511 NORRIS BROOK RD
MIDDLEBURY CENTER, PA  16935

ZIMMERS, JOHN
3511 NORRIS BROOK RD
MIDDLEBURY CENTER, PA  16935

ZINSER, PAUL J, JR
876 JEANNETTE AVE
DUNDALK, MD  21222-1350

ZISSER, BARBARA
120 SCHROEDERS AVE APT 15A
BROOKLYN, NY  11239-2200

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ZISSER, BARBARA
120 SCHROEDERS AVE APT 15A
BROOKLYN, NY  11239-2200

ZITO, ROBERT P
582 BIMINI DR.
SANDUSKY, OH  44870

ZRUBEK, DARWIN R.
3105 DAVIS ST.
TAYLOR, TX  76574

ZRUBEK, DARWIN
3105 DAVIS ST.
TAYLOR, TX  76574

ZSAK, JOSEPH A
16503 E 52ND TERRACE CT S
INDEPENDENCE, MO  64055

ZSUFFA, EUGENE
561 DOREMUS AVE
GLEN ROCK, NJ  07452

ZUKOWSKI, CARL J
1640 PINE AVE
PROCTOR, MN  55810-2523

ZUMWALT, GEORGE
#9 RD 1952
FARMINGTON, NM  87401

ZUNA, JAMES
956 BEAR BRANCH ROAD
WESTMINSTER, MD  21157

ZUNK, MARIE A
1217 N ROESSLER ST
MONROE, MI  48162

ZUNK, MARIE
1217 N ROESSLER ST
MONROE, MI  48162

ZWICK, GREGORY
114 LOGAN DRIVE
PITTSBURGH, PA  15229

ZYGIELBAUM, BETH
715 WOODLAND AVE.
SAN LEANDRO, CA  94577-2836

ZYGIELBAUM, JOSHUA M.
7548E 122ND PL
THORTON, CO  80602

ZYGIELBAUM, MICHELLE
1083 VINE ST #406
HEALDSBURG, CA  95448-4830

ZYGIELBAUM, MICHELLE
MIRER MAZZOCCHI SCHALET & JULIEN PLLC
JEANNE E. MIRER
150 BROADWAY, SUITE 1200
NEW YORK, NY  10038

ZYGIELBAUM, SAMUEL
205 PROSPECT DR.
SAN RAFAEL, CA  94901

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 444 of  444

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

Total Parties: 7973

**EXHIBIT F**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

ABBAMONTE, KENT
66 WOODLAND DR APT 205
VERO BEACH, FL  32962-3774

ACHTOR, SCOTT R
35156 N EDGEWATER LN
INGLESIDE, IL  60041

ACREE, DANNY RAY
9525 NUBBIN RIDGE CT.
GRANBURY, TX  76048

ADCOCK, EDWARD
1905 HILLCREST ST
FORT WORTH, TX  76107-3932

AFSAHI, SAMUEL S
4605 STUDIO LN
OCEANSIDE, CA  92057

AKERS, BRYAN
499 OWENS RD
BELLS, TX  75414

ALDERMAN, DONALD
2605 WILLIAMSON RD
GRANBURY, TX  76048-7560

ALDERSON, PATRICK LEE
6658 CR 4703
COMMERCE, TX  75428

ALEXANDER, BARBARA
6008 PROTHROW ST.
FORT WORTH, TX  76112

ALEXANDER, ERIC
5517 OAK GROVE RD
FT WORTH, TX  76134

ALEXANDER, FORREST
2023 THREE FOLKS
SAN ANTONIO, TX  78258

ALEXANDER-MCDANIEL, SHIRLEY
1621 PACIFIC PL
FORT WORTH, TX  76112

ALLEN, DENNIS R
PO BOX 88
WEATHERFORD, TX  76086-0088

ALLEN, JERRY B
2301 CLAYTON LN
HENDERSON, TX  75652

ALLEN, KEN
102 NORTH J DRIVE
BOERNE, TX  78006

ALLISON, BOB A
2445 FARM ROAD 3357
WINNSBORO, TX  75494-6114

ALSTON, CAROL
600 TROJACEK RD
ENNIS, TX  75119

ALTWEIN, FRANKIE E.
731 E. STATE HIGHWAY 97
NIXON, TX  78140-5246

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


ALVES, BENJAMIN
PO BOX 49
149 ALVES LANE/W. KEMP
MOUNTAIN HOME, TX  78058-0049

AMBURN, DENNIS
4909 W SAINT CHARLES AVE
LAKE CHARLES, LA  70605

AMBURN, MATTHEW
3589 HWY 389
MERRYVILLE, LA  70653

ANDERSON, HARRY DAVID
2005 PADDOCKVIEW DR.
ARLINGTON, TX  76017

ANDERSON, MICHELLE RACHEL (HOPKINS)
817 CELESTINE CIRCLE
VACAVILLE, CA  95687

ANDREWS, SARA SUE
7444 FM 327
ELMENDORF, TX  78112

ARNOLD, TIMOTHY R.
334 CUDDO TERRACE RD
PO BOX 53
NORMAN, AR  71960

ARONSON, ERIC
190 HAMILTON AVE
ISLAND PARK, NY  11558-1931

BAIR, WILLIAM E.
1927 FLETCHER ST.
ANDERSON, IN  46016-4426

BAJAJ, SUDHA
2102 MERRYWOOD DRIVE
EDISON, NJ  08817

BALDWIN, THERESA
9326 EAGLES LANDING
MAGNOLIA, TX  77354

BALDWIN, WILLIAM W
3336 FM 3092
GAINESVILLE, TX  76240

BALLARD, FRANKIE
189 CR 332
ROSEBUD, TX  76570

BANKS, GENE A
1996 COUNTY ROAD 429
STEPHENVILLE, TX  76401-6494

BANKS, JANET ANN
1996 COUNTY ROAD 429
STEPHENVILLE, TX  76401-6494

BAREFIELD, NEWELL ROBERT
1975 FORDS CREEK RD
POPLARVILLE, MS  39470

BARNES, GLORIA
300 BOZ ROAD
WAXAHACHIE, TX  75167

BARNES, JAMES
300 BOZ ROAD
WAXAHACHIE, TX  75167

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 3 of  49

BARNES, JIMMY
300 BOZ ROAD
WAXAHACHIE, TX  75167

BARR, RONALD L
13130 SE 93RD CIRCLE
SUMMERFIELD, FL  34491

BARTH-SHAUM, SANDRA M
2185 IOWA RD
OTTAWA, KS  66067

BARTLETT, WILLIAM ALLEN
10798 C/R 2143N
TATUM, TX  75691

BATISTA, DANIEL
13213 LADY ASHLEY RD.
MIDLOTHIAN, VA  23114

BATTLES, LARRY WILLIAM, SR.
2642 OAK VALLEY LN
CORSICANA, TX  75110

BEAM, RONALD K
110 FRANKLIN ST
LULING, LA  70070

BEARD, CURTIS WADE
105 EMILIE CT
WEATHERFORD, TX  76087-3302

BEASLEY, GARY O
3602 GOLFVIEW RD.
(MAIL-PO BOX 432)
HOPE MILLS, NC  28348

BEASLEY, WYLIE V
PO BOX 215
OLNEY, TX  76374-0215

BEAUBIEN, GILBERT
1650 E. HARTFORD ST.
INVERNESS, FL  34453

BEAVERS (HOPKINS), NANCY
P.O. BOX 385
WALNUT SPRINGS, TX  76690

BELL, AMELIA LORRAINE
476 HOLLY DR
ROCKDALE, TX  76567

BELL, JOHN W
486 PINEVIEW DRIVE
ELIZABETH, PA  15037

BELL, KAITLYN ANNETTE
476 HOLLY DR.
ROCKDALE, TX  76567

BELL, OSCAR CARL
324 HIGH POINT ROAD
BURLESON, TX  76028

BELL, PAUL W
5440 AN CO RD 473
TENNESSE COLONY, TX  75861

BELL, THOMAS JUSTIN
476 HOLLY DR
ROCKDALE, TX  76567

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

| | | |
|---|---|---|
| BELLINE, RONALD<br>2938 DAWN HAVEN LANE<br>PEARLAND, TX 77584 | BELLINE, RONALD<br>2938 DAWN HAVEN LANE<br>PEARLAND, TX 77584 | BELLINE, RONALD<br>2938 DAWN HAVEN LANE<br>PEARLAND, TX 77584 |
| BELLINE, RONALD<br>2938 DAWN HAVEN LANE<br>PEARLAND, TX 77584 | BETNCOURT, BYRON<br>211 LONGSPUR DRIVE<br>BUDA, TX 78610 | BEUERLEIN JR., LOUIS<br>478 UPTMORE ROAD<br>WEST, TX 76691 |
| BIANCO, MICHAEL<br>3325 BURKE AVE N UNIT 121<br>SEATTLE, WA 98103-9191 | BIDDLECOME, JAMES R.<br>PO BOX 460193<br>ESCONDIDO, CA 92029 | BIGGS, RODNEY RAY<br>1936 DANVILLE ROAD<br>KILGORE, TX 75662 |
| BLACK, JAMES L<br>6928 PALUXY DR APT 313<br>TYLER, TX 75703-6004 | BLAKELY, DANIEL<br>1248 COUNTY RD 4244<br>PITTSBURG, TX 75686 | BLEVINS, LOUIS CRAIG<br>PO BOX 2497<br>487 CR 421 N<br>HENDERSON, TX 75653 |
| BLONEY, RICHARD<br>PO BOX<br>COLLEGE STATION, TX 77842 | BOBO, JAMES B<br>320 RAMBLING OAKS ROAD<br>GRAHAM, TX 76450 | BOLD, FREDRIC<br>89 MO. 4, T. YAN YAU<br>SAM CHUK, SUPHANBURI 72130<br>THAILAND |
| BONIN, PAUL W<br>207 3RD AVE SO<br>BELT, MT 59412 | BONNER, RODNEY GARNETT, SR<br>44761 KING WAY UNIT L<br>CALIFORNIA, MD 20619-6078 | BONSAL, JERRY W.<br>1170 HWY 243<br>CANTON, TX 75103 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

BOONE, HUBERT
4712 BURTON AVE.
FT WORTH, TX 76105

BOTSFORD, DAWN A
373 REPUBLIC ST.
PITTSBURGH, PA 15211

BOTSFORD, GLENN ARNOLD
1444 N.W. SPRUCE RIDGE DR.
STUART, FL 34994

BOTSFORD, GLENN M
9491 WICKHAM WAY
ORLANDO, FL 32836

BOTSFORD, GLORIA
1444 NW SPRUCE RIDGE DR.
STUART, FL 34994

BOWLES, JAMES
7117 WHIFFLEWIND WAY
AUSTIN, TX 78754

BOYKIN, ROYCE D
845 SARON RD
HUNTINGTON, TX 75949

BREWINGTON, VERONICA
14101 HAVERIDGE DR
MIDLOTHIAN, VA 23112-1558

BRISTER, ROBERT E
PO BOX 618
LEXINGTON, TX 78947-0618

BRISTER, ROBERT E.
PO BOX 618
LEXINGTON, TX 78947-0618

BRITT, DEBORAH L.
533 SEXTON RD
ELBERON, VA 23846

BRITT, MICHAEL W.
533 SEXTON RD
ELBERON, VA 23846

BROCK, HELEN D
780 COUNTY ROAD 1162
CULLMAN, AL 35057

BROWNING, ROBERT
1217 HOOSIER PARK
ROBINSON, TX 76706

BRUG, NINA LOUISE
7454 FM 327
ELMENDORF, TX 78112

BRYSON, MARK
6410 REDPINE RD
DALLAS, TX 75248

BUCKLEY, WALTER R.
PO BOX 875
BUSHNELL, FL 33513

BUDWINE, WAYNE
1201 CONFECTION CT. SE
RIO RANCHO, NM 87124

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #: **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


BULLOCK, JANICE LEAH CARLOCK
5209 PEREGRINE RD
DACONO, CO  80514

BURTON, RAYMOND G
8250 HWY 268 WEST
BOOMER, NC  28606

BUSCH, TIM R
17536 SPRUCE ST
FALL RIVER, KS  67047-5613


BYRD-GRAYSON, GARY E.
2670 CR 3504
SULPHUR SPRINGS, TX  75482

CABANILLAS, RALPH T
6575 MEANDERING WAY
LAKEWOOD RANCH, FL  34202

CADENA, JUAN
6815 AMERICAN WAY ROAD
DALLAS, TX  75237


CALVERT, SCOTT M
1637 PLUM CREEK DR
MIDLOTHIAN, TX  76065-5687

CAMPBELL, DANIEL
414 PEACHTREE ST
FAIRFIELD, TX  75840

CANTU, JAMES E
3416 PARKWAY TERRACE
BRYAN, TX  77802


CAPUANO, NICHOLAS W
6 INWOOD TERRACE
FAIRFIELD, NJ  07004

CARDOZA, LEONARD A
20 CHURCH LANE UNIT 3
EAST LYME, CT  06333

CARLOCK, JENIFER LEE
4616 PORTRAIT LN
PLANO, TX  75024


CARLOCK, NINA LORENE LOFTICE
101 S. COLORADO ST.
CELINA, TX  75009

CARNEY, NORMAN G
3023 WOODS EDGE DR
BLOOMSBURG, PA  17815

CARROLL, ROCKY DALE
107 VIRGINIA ST
FORNEY, TX  75126


CASTER, ANDREW EUGENE
545 N GOULD ST
SHERIDAN, WY  82801-3624

CATHEY, JOE ALLAN
220 HARRIS DR.
SUNNYVALE, TX  75182

CHAFFIN, DANIEL E
119 N. PHILIP RD
NILES, MI  49120

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

CHAFFIN, RANDALL L.
156 FRONT STREET #113
EXETER, NH 03833

CHILDRESS, MARGARET ELAINE
8510 VINEYARD MIST
SAN ANTONIO, TX 78255

CHINNICI, RICHARD J.
1130 MONROE DRIVE
STEWARTSVILLE, NJ 08886

CHIU, IRIS
31 UNION SQUARE WEST
APT 13C
NEW YORK, NY 10003

CHIU, LING-SIAO
27 HARDING STREET
SMITHTOWN, NY 11787

CHIU, VICTOR
176 BROADWAY APT 4D
NEW YORK, NY 10038

CHRISTIAN, ROBERT S
3014 ALTA VISTA LN
SAN ANGELO, TX 76904

CHRISTOUDIAS, JOHN
304 CHANNEL DRIVE
POINT PLEASANT BEACH, NJ 08742

CHU, TOAN K
5779 SKINNER WAY
GRAND PRAIRIE, TX 75052

CHUCKAS, JAMES P.
8821 WHISPERING OAKS TRAIL
NEW PORT RICHEY, FL 34654

CLARKE, JOHN
470 E. GARDEN LANE
CAMP VERDE, AZ 86322

CLAYTON, BARBARA
605 S 6TH ST
SEADRIFT, TX 77983-5000

COE, JAMES
5710 NINA LEE LN
HOUSTON, TX 77092

COKER, CARMEN G.
1913 ROOSEVELT DR.
PANTEGO, TX 76013

COKER, RON E.
1913 ROOSEVELT DR.
PANTEGO, TX 76013

COLE, GEORGE
1212 N. CREEK CIRCLE
WAXAHACHINE, TX 75165

COLLEN, THOMAS
836 HIDDEN LAKE RD
ROBERTS, WI 54023

COLVIN, THELMA JEAN
701 SAN CARLOS DR
GRAND PRAIRIE, TX 75051-4118

COLVIN, THELMA JEAN
PO BOX 530901
GRAND PRAIRIE, TX  75053

COOK, STEVEN N.
PO BOX 412
MOUNT VERNON, TX  75457-0412

CORBETT, CARMEN
105 LILA LANE
MAPLE HILL, NC  28454

CORGEY, CAROL
1715 GOODSON LOOP
PINEHURST, TX  77362

COTTEN, JAMES PERRY
4463 CR 342
MILANO, TX  76556

COTUGNO, MARK A
1460 E STONINGTON DR
DOWNINGTOWN, PA  19335

COULTER, DEBRA JETT
13224 SHAMROCK RD
DIANA, TX  75640

COULTER, DEBRA JETT
13224 SHAMROCK RD
DIANA, TX  75640

COUNSIL, DONNA E.
201 ROCKY SLOPE RD
#704
GREENVILLE, SC  29607

COUSIN, SHELDON
1312 RIVER RD.
EDGEWATER, NJ  07020

COVINGTON, PAUL BYRON
P.O. BOX 978
3196 JOHN JOHNSTON RD.
MCINTOSH, AL  36553

CRADER, BRIAN
894 V.Z. CR 3407
WILLS POINT, TX  75169

CRANE, CLIFFORD P.
5002 ELMS COURT
GRANBURY, TX  76049

CROFT, TERRY D
9502 W 129TH STREET
OVERLAND PARK, KS  66213

CURTIS BROWN, JR
2307 CAROLYN DR
TAYLOR, TX  76574

DAVIS, CHARLES S
321 CR 414
CLEBURNE, TX  76031

DAVIS, CLINTON EDWARD
622 PECAN AVE
WILLS POINT, TX  75169

DAVIS, GEORGE R, JR
P.O. BOX 101
JOINERVILLE, TX  75658

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


DAVIS, HUBERT GARLAND, III
A/K/A H.G. DAVIS
204 MEADOWLAKE LANE
HIGHLANDS, TX  77562-2636

DAVIS, RUSSELL L.
PO BOX 125
GRAND SALINE, TX  75140

DAY, JONATHAN R
15 CARDINAL PL
WYOMISSING, PA  19610


DE LA FUENTE, RENE QUEVEDO
6715 MESA GLADE
SAN ANTONIO, TX  78239

DEGUSIPE, ERIC
157 PINEHURST DRIVE
CRANBERRY TOWNSHIP, PA  16066

DELBRIDGE, TONY B
24 BROWN DRIVE
SOUTHAMPTON, PA  18966


DEMPSEY, GRACE
3774 FM 550
ROYSE CITY, TX  75189-6146

DEMPSEY, HILARY M (DECEASED)
3774 FM 550
ROYSE CITY, TX  75189-6146

DENNY, EDDY
12374 FM 909
BOGATA, TX  75417


DICKEY, ERMA
AUDREY DICKEY
912 PINOAK ST
TRINIDAD, TX  75163

DICKEY, ERMA
C/O AUDREY DICKEY
910 PINOAK ST PO BOX 35
TRINIDAD, TX  75163

DISANTO, ALBERT
126 FIRST STREET
HOLBROOK, NY  11741


DOCKREY, DEBORAH
2954 JAMES PARKER LANE
ROUND ROCK, TX  78665

DODSON, HALEY S.
5607 LOUISE WAY
ARLINGTON, TX  76017

DONAHUE, MARY N
24 DUSTIN LN
HUNTSVILLE, TX  77320


DONAHUE, TOMMY
24 DUSTIN LN
HUNTSVILLE, TX  77320

DONALDSON, PATRICIA
8029 ASHRIDGE ROAD
FT. WORTH, TX  76134

DONEGAN, ANGELA LOWE
316 ARNOLD AVE.
RIVER RIDGE, LA  70123

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #: **14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

DOSIER, DAVID L
401 VZ COUNTY ROA 3106
EDGEWOOD, TX  75117-5102

DOTSON JR., JOSEPH
712 LADUE PL.
GREENVILLE, IL  62264

DOTSON, SHYLA
6107 SCENIC DR
SAULT SAINTE MARIE, MI  49783-9516

DOUGLAS, URSAL
5794 CR 132
BEDIAS, TX  77831

DOWDLE, DEWAYNE
27136 PARK DRIVE
ORANGE BEACH, AL  36561

DOWNIE, HAMISH F. R.
758 FAIRVIEW CLUB LN
DACULA, GA  30019-3188

DRESCHER, GEORGE F
20 CAMBRIDGE ROAD
FREEHOLD, NJ  07728-3167

DUBOIS, EDDIE
PO BOX 758
PILOT POINT, TX  76258

DUCAR, JOHN JOSEPH
JOHN AND JOHN
96 EAST MAIN STREET
UNIONTOWN, PA  15401

DUCAR, JOHN JOSEPH
P.O. BOX 336
ALLISON, PA  15413

DUCAR, JOHN JOSEPH
P.O. BOX 336
ALLISON, PA  15413

DUDIK, JENNIFER
1545 CR 413
GLEN ROSE, TX  76043

DUFFEE, CAMELIA ANN
8831 FM 909
BOGATA, TX  75417-5130

DUFFEE, ROY
8831 FM 909
BOGATA, TX  75417-5130

DUNLAP, CASSANDRA ADELLE
290 COUNTRY RIDGE ROAD UNIT 3
LEWISVILLE, TX  75067

DURANT, DARRELL
2713 SLEEPY HOLLOW DRIVE
MOUNT PLEASANT, TX  75455

DWYER, JOSEPH D
1108 KNOLL CREST CT
TRAVERSE CITY, MI  49686

DYER, DARLENE K.
5014 POINTCLEAR CT.
ARLINGTON, TX  76017

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 11 of 49

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

DYER, DARLENE K.
5014 POINTCLEAR CT.
ARLINGTON, TX  76017

EARL, ROBERT J.
1313 FREDERICKSBURG COURT
ENNIS, TX  75119

EASLEY, RANDY
1337 LAWSON RD
MESQUITE, TX  75181

EATON, JAMES EDWARD
19 CORTLAND DR
SALEM, NH  03079-4007

EAVES, RENNY
719 WEST DRIVE
TENAHO, TX  75974

ELLERSHAW, LAWRENCE EDGAR
805 WOODRIDGE DR
FORT WORTH, TX  76120-2857

ELLIOTT, LESLIE RAY
1417 DAVENTRY DRIVE
DESOTO, TX  75115

ELLIS, TIFFANY L
PO BOX 342
ARP, TX  75750

EMERY N. LANGE, JR.
3502 RICHWOOD AVE.
TEXARKANA, TX  75503

ENGLISH, ROCK
7400 WOODHAVEN DRIVE
NORTH RICHLAND HILLS, TX  76182

ENTROP, EDWARD W, JR
5830 E LONE OAK RD
VALLEY VIEW, TX  76272

ESTATE OF WENDELL R. JACKSON
C/O HEARD ROBINS CLOUD LLP
2000 WEST LOOP, 22ND FLOOR
HOUSTON, TX  77027

ESTRADA, ESPERANZA
1509 DOUGLAS DR.
GARLAND, TX  75041

ESTRADA, ESPERANZA
1509 DOUGLAS DR.
GARLAND, TX  75041

ESTRADA, ESPERANZA
1509 DOUGLAS DR.
GARLAND, TX  75041

FALAPPI, DANA
149 SNYDER RD
VENETIA, PA  15367

FALBO, ALEXANDER R
225 JANICE DR
PITTSBURGH, PA  15235

FAUST, CURTIS
906 GREEN ST
ROCKDALE, TX  76567

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 12 of 49
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

FAUST, LEE
2408 POST OAK RD
ROCKDALE, TX  76567-2546

FERGUSON, WILLIAM BRENT
7129 E INDEPENDENCE
TULSA, OK  74115

FISHER (GOLDMAN), ILA K. (KEY)
433 E. CENTER
DUNCANVILLE, TX  75116

FLANAGAN, RONALD P
643 MAPLEWOOD AVENUE
AMBRIDGE, PA  15003

FOLEY, BILLY
1119 N. ROSS
MEXIA, TX  76667

FOREMAN, ABERLY
4300 S FORK RANCH RD
WACO, TX  76705-5985

FOREMAN, ERIN
4300 S FORK RANCH RD
WACO, TX  76705-5985

FOREMAN, GARRETT
4300 S FORK RANCH RD
WACO, TX  76705-5985

FORTNER, JOHN
7667 COLQUITT RD
TERRELL, TX  75160-5954

FORTNER, SHARON
1659 JOHN KING BLVD
APT 2908
ROCKWALL, TX  75032

FOSTER, MARY
452 CR 232 LP
ROCKDALE, TX  76567

FOWLER, MARK ALVIN
606 SOUTH ADAMS STREET
RITZVILLE, WA  99169-2222

FOX, MAX E
904 BERT DR
ARLINGTON, TX  76012

FRAISTAT, BERNARD
29 ABEEL STREET
APT 2K
YONKERS, NY  10705

FRANCK (EIDE), SALLEE SHUMWAY
78 W 500 S
BLANDING, UT  84511

FRANKLIN, OLGA
4307 HWY 62 N
ORANGE, TX  77632

FRANTZ, RICHARD L
2801 BELLEVUE AVE
BOTTENDORF, IA  52722

FREDIANI, HAROLD A, JR
210 HOLLYRIDGE DRIVE
ROSWELL, GA  30076-1208

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED    Page 13 of  49
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

FREDIANI, JUDITH E
210 HOLLYRIDGE DRIVE
ROSWELL, GA  30076-1208

FREEMAN, RICHARD G
5434 110TH AVE SW
OLYMPIA, WA  98512

FUENTES, RAMON
780 FM 339 S
MART, TX  76664

GABEHART, DONNA
7320 S. OLD MAZON ROAD
GARDNER, IL  60424

GAFFORD AYALA, STEPHANIE DENISE
9435 LEE ROAD
LIPAN, TX  76462

GAFFORD, BRIAN ALLEN
9435 LEE ROAD
LIPAN, TX  76462

GAFFORD, CHRISTOPHER NEAL
9435 LEE RD
LIPAN, TX  76462

GAFFORD, LARRY NEAL
9435 LEE ROAD
LIPAN, TX  76462

GALYON, JOHN WESLEY
393 CR 1433
BONHAM, TX  75418

GANDY, RONNY
3431 CR 4330
LARUE, TX  75770

GANT, RONALD
908 ASHLAND DR
MESQUITE, TX  75149

GARBER, ANGELA
3633 FLINTSTONE DRIVE
PLANO, TX  75074

GARMON, KIMBERLY
232 MIRAGE STREET
GILMER, TX  75645

GARZA, ENRIQUE
PO BOX 2296
FRIENDSWOOD, TX  77549-2296

GARZA, ENRIQUE
PO BOX 2296
FRIENDSWOOD, TX  77549-2296

GARZA, ENRIQUE
PO BOX 2296
FRIENDSWOOD, TX  77549-2296

GARZIO, JOSEPH
137 N PROVIDENCE RD
HAZLETON, PA  18202

GENTRY, JAMES J
1308 MARY LEE LANE
CROCKETT, TX  75835

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 14 of 49

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTRY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GENTY, JAMES J.
1308 MARY LEE LANE
CROCKETT, TX 75835

GESZTES, VILMOS
71 BLOOMERSIDE RD
NORTH SALEM, NY 10560

GIBSON, CORTNEY
2278 SANTUC CARLISLE HWY
UNION, SC 29379

GIBSON, GARCIA W
2427 46TH STREET
MERIDIAN, MS 39305

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**    Page 15 of 49

Case #:  **14-10979 (CSS)**

Notices mailed by:  **April 30, 2021**

GIBSON, SADE
531 TOLUCA ST
UNION, SC  29379

GILLEN, DAVID W
2007B CLARK LN
REDONDO BEACH, CA  90278-4205

GIORDANO, JOYCE
A/B/O GLORIA ARONSON
190 HAMILTON AVE
ISLAND PARK, NY  11558

GIORDANO/ARONSON, JOYCE
190 HAMILTON AVE
ISLAND PARK, NY  11558-1931

GLASGOW, JOSEPH
5204 CR 1507
ATHENS, TX  75751

GOFF, JUNG LAZ
2428 HALBERT STREET
FORT WORTH, TX  76112

GOMEZ, DENEEN
1027 BOSCOMBE CT.
GRAND PRAIRIE, TX  75052

GONZALEZ, JOSE I.
18862 FM 1797 E.
TATUM, TX  75691

GOODMAN, CODY
101 CORRAL ROAD
GODLEY, TX  76044

GOODMAN, DEBRA
PO BOX 1062
CARLSBAD, NM  88220

GOODMAN, LARRY J
211 SEASONS W. AVE.
SHERMAN, TX  75092

GOODSON, ED
4104 COUNTRY LANE
GRANBURY, TX  76048

GORDON, THERESA D.
204 WALNUT HILL FARM RD.
GAFFNEY, SC  29340

GOSSAGE, ARNOLD A
306 SPRUCE ST
MOUNT CARMEL, TN  37645-3327

GOVEA, JESUS MANUEL ENRIQUEZ
1509 DOUGLAS DR.
GARLAND, TX  75041

GOVEA, JESUS MANUEL HENRIQUEZ
1509 DOUGLAS DR.
GARLAND, TX  75041

GOVEA, JESUS MANUEL HENRIQUEZ
1509 DOUGLAS DR.
GARLAND, TX  75041

GRAHAM, BILL
5168 CR 4700
ATHENS, TX  75752

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

GRAHAM, CRAIG
1232 RIO GRANDE DR
BEN BROOK, TX  76126

GRAY, LENDA S
391 MCFARLAND LANE
WEATHERFORD, TX  76088

GRAY, MATTHEW
131 DARCY AVE
GOOSE CREEK, SC  29445-6664

GRAYSON, MIGNON F.
2670 CR 3504
SULPHUR SPRINGS, TX  75482

GREEN, DENNIS
12872 FM 1280 W
CROCKETT, TX  75835

GREEN, JESSIE R.
638 CR 2470
MOUNT PLEASANT, TX  75455

GREEN, SANDRA E.
1944 HEMPHILL STREET
COLORADO CITY, TX  79512

GREENARD, LLOYD T., JR.
2405 SUMMER BREEZE COURT
ARLINGTON, TX  76001

GREENARD, LLOYD T., JR.
2405 SUMMER BREEZE COURT
ARLINGTON, TX  76001

GRISSETT, JACKIE
9295 WOLF HILL RD.
P.O. BOX 171
HUNTINGTON, TX  75949

GUELLER, ALLAN LLOYD
475 SILVERLEAF DR
ALPINE, UT  84004

GULHATI, KANWAR
43-10 KISSENA BLVD
APT 8A
FLUSHING, NY  11355

HAEKLER, HELENE I
908 SHORE DRIVE
NORTH PALM BEACH, FL  33408

HAEKLER, RICHARD C
908 SHORE DR
NORTH PALM BEACH, FL  33408

HAGEN, RONALD J
3121 LUKE LANE
CARROLLTON, TX  75007

HALE, CHARLES R
1329 GREEN HILLS CT
DUNCANVILLE, TX  75137

HALE, PAUL BRIAN
102401 E TRIPPLE VISTA DR
KENNEWICK, WA  99338-1164

HALL, BYRON SPENCER
1785 SANDY CREEK LN
MALABAR, FL  32950

Debtor: ENERGY FUTURE HOLDINGS CORP., et al        NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                                                      Page 17 of 49

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021


HALL, RONNIE
236 CLOUSE ROAD
PALMER, TX  75152

HAMPTON, EDWIN G
54 BIRCH LANE
OSWEGO, NY  13126

HANCOCK, ANDREW
3621 FABERGE WAY
SACRAMENTO, CA  95826


HANCOCK, KENNETH
228 FOREST GREEN
STATEN ISLAND, NY  10312-1721

HANCOCK, SYLVIA
228 FOREST GREEN
STATEN ISLAND, NY  10312

HANCOCK-BROWN, ADRIENNE
144 CHRISTOL ST.
METUCHEN, NJ  08840


HANLEY, DONALD W
3409 GATES RD
GENEVA, NY  14456

HANNAN, WALTER THOMAS JR.
100 NUBBINS RIDGE PO BOX 36
OCRACOKE, NC  27960

HARDIN, ROBERT A.
2704 PENNY LN
MCKINNEY, TX  75070


HARGIS, BEVERLY ANN
910 E. MAIN ST.
LITTLE RIVER ACADEMY, TX  76554

HARGIS, WILBERT LEE, SR
910 E MAIN ST
LITTLE RIVER ACADEMY, TX  76554

HARGROVE, BURX M
9357 MARTIN LANE
GILMER, TX  75645


HARGROVE, CODY BURKE
116 WOOD DUCK LN
HALLSVILLE, TX  75650-6229

HARGROVE, JANICE GRIFFIN
9357 MARTIN LN.
GILMER, TX  75645

HARPER, MARIA
1611 W. 10TH STREET
MOUNT PLEASANT, TX  75455


HARRIS, MICHAEL D
305 EAST LOOP DRIVE
PO BOX 566
BRADY, TX  76825

HARRISON, GRANT MICHAEL
14604 SNOWHILL DRIVE
FRISCO, TX  75035

HARTGROVE, DAVID
4236 CR 4875
PITTSBURG, TX  75686

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


HARTGROVE, DAVID
4236 CR 4875
PITTSBURG, TX  75686

HATCH, THEODORE
5250 BIRCH GROVE LN
FORT WORTH, TX  76137

HAYNES, MELINDA (MINDY)
4201 JENNIFER LN
CROWLEY, TX  76036

HAYNES, WILLIAM RICHARD
1905 VISTA VALLEY RD
WASHINGTON, PA  15301-8995

HAZELIP, KENNETH D
7234 HAVENRIDGE LN
KAUFMAN, TX  75142-7163

HEDGEPETH, WILLIAM E.
5595 TIN TOP HWY
GRANBURY, TX  76048

HEISER, ANITA
A/B/O RICHARD HEISER
1704 W DOYLE STREET
GRANBURY, TX  76048

HEITCHLER, GEORGE MATTHEW
122 NOBLES RD
BROWNSVILLE, PA  15417-9286

HENDRICKSON, PAUL
222 LOMA BONITA DRIVE
SAN LUIS OBISPO, CA  93401

HENRY, JERRY DON
15 COUNTY ROAD SE 4350
SCROGGINS, TX  75480

HERNANDEZ, EMILY
6426 AMERICAN WAY
DALLAS, TX  75237

HERNANDEZ, GUSTAVO A
1511 LEADONHALL CIRCLE
CHANNELVIEW, TX  77530

HERSCH, CHARLES E
35246 US HIGHWAY 19 N #124
PALM HARBOR, FL  34684

HESSEN, HENRY
2350 BRUSHVILLE LANE
PUEBLO, CO  81006

HETTINGER, FRANCIS G
130 WALKER RD
MINEOLA, NY  11501

HIGGINBOTHAM, WILLIAM LEE
1530 E US HWY 84
PALESTINE, TX  75801

HIX, KYLE L.
1910 CLEAR CREEK DR
WEATHERFORD, TX  76087-3803

HIX, TERRY T.
100 WHITETAIL DR.
ALEDO, TX  76008

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

HIX, W. CODY
100 RUTH CT.
ALEDO, TX  76008

HIX, WILLIAM R.
100 WHITETAIL DR.
ALEDO, TX  76008

HOBBS, JERRY
449 CR 475
STEPHENVILLE, TX  76401

HOBBS, ROGER C.
2180 STATE HWY 11
WINNSBORO, TX  75494

HOLLAND, GARY
3945 FM 3135 EAST
HENDERSON, TX  75652

HOLSTEIN, LEONARD
3120 SABINE POINT WAY
MISSOURI CITY, TX  77459

HOMAN, PRESTON
13224 SHAMROCK RD
DIANA, TX  75640

HOMAN, PRESTON
13224 SHAMROCK RD
DIANA, TX  75640

HOOD, GLEN EARL
302 BUFFALO CREEK DRIVE
WAXAHACHIE, TX  75165

HOOPS, JERRY C
2787 FOXTAIL CREEK AVENUE
HENDERSON, NV  89052

HOPKINS, JAMES
12375 W. STOCKTON RD
MOODY, TX  76557

HOPPER, JOSEPH
315 GEORGETOWN LANE
EXPORT, PA  15632

HORNE, DOUGLAS
292 WILLIAMS RD
WILMINGTON, NC  28409

HORTON, ROBIN C, SR
1013 WALNUT CREEK DR
FAIRFIELD, TX  75840

HOUSE, ROBERT
4825 WINDING ROSE DR.
SUWANEE, GA  30024

HOWELL, PAMELA A
162 WILLIFORD LN
SPRING LAKE, NC  28398

HRABOWSKA, MARY
160 W 96TH ST APT 6 P
NEW YORK, NY  10025

HSU, WU-HSUAN
63-30 DIETERLE CRESCENT
REGO PARK, NY  11374-4823

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL    Page 20 of 49

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

HUBISH, JOHN D
254 S 8TH ST
JEANNETTE, PA  15644

HUDOCK, GEORGE T, JR
323 STEWART ST
JEANNETTE, PA  15644

HUGGINS, RANDALL
104 BRENDA DRIVE
MOUNT PLEASANT, TX  75455

HUGHES, JAMES KENNETH
P.O. BOX 217
SNOOK, TX  77878

HUGHES, PEARL T
1964 MACEDONIA RD
CENTREVILLE, MS  39631

HUGHES, ROBERT
490 PIERSON RUN ROAD
PLUM, PA  15239

HUNT, EDDIE RAY
8061 GLEN IRIS DRIVE
RIVERDALE, GA  30296

JACKSON, TOMMY E
124 ROCKY CREEK RD
P.O. BOX 305
MEDINA, TX  78055

JAMES, DANI JO
3712 FARM FIELD LANE
FORT WORTH, TX  76137

JAMES, ERNEST EUGENE, JR
6351 MCCRARY RD EXT
SEMMES, AL  36575

JAMES, JESE
3712 FARM FIELD LANE
FORT WORTH, TX  76137

JAMES, NICHOLAS JO
3712 FARM FIELD LANE
FORT WORTH, TX  76137

JAMES, NOAH JAY
3712 FARM FIELD LANE
FORT WORTH, TX  76137

JANES, NANCY E
16 MIDDLE LOOP RD
STATEN ISLAND, NY  10308-1923

JEROME, CLARENCE
6410 TIFFANY DR
HOUSTON, TX  77085

JETER, ANN
106 RICHARD ST
UNION, SC  29379

JINKS, BILLY
13689 BLUE MOUNTAIN RD
PRAIRIE GROVE, AR  72753-8042

JOHNDRO, EDMUND
215 E ELM AVE APT 304
MONROE, MI  48162

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

JOHNSON, CAROLYN
451 13TH NW
PARIS, TX  75460

JOHNSON, CLAUDE E.
8316 TRACE RIDGE PARKWAY
FORT WORTH, TX  76137

JOHNSON, DIAMOND
204 WALKER HEIGHTS
UNION, SC  29379

JOHNSON, FRED
8884 EAGLE CLIFF RD
CONIFER, CO  80433

JOHNSON, JEFF
9113 WINDSOR DR
LITTLE ELM, TX  75068

JOHNSON, LEONARD
751 LAKE DR
WEATHERFORD, TX  76085-9057

JOHNSON, TERRY LIONEL
14307 BEAU HARP DR
HOUSTON, TX  77049

JOHNSTON, RONALD KEITH
1805 LAWRENCE ST
TRINIDAD, TX  75163

JONES, CARL LEE
PO BOX 370
HUTTO, TX  78634

JONES, HELEN & KATHLEEN
P.O. BOX 370
HUTTO, TX  78634-0370

JONES, IVY MARIE
PO BOX 370
HUTTO, TX  78634

JONES, SUZANNE
115 BLUE CASTLE CT
WEATHERFORD, TX  76088

JORDAN, DONALD G
1003 OAK TREE DR
FORTH WORTH, TX  76140

JOSEY, KEN E
PO BOX 7
GEORGETOWN, TN  37336-0007

KALAT, SAMUEL
10356 E CRESTRIDGE LN
ENGLEWOOD, CO  80111-6216

KAMPERMANN, AMANDA
105 EDINBURGH
WACO, TX  76712-4062

KAMPERMANN, JENNIFER
105 EDINBURGH
WACO, TX  76712-4062

KAMPERMANN, RAYMOND
105 EDINBURGH
WACO, TX  76712-4062

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

KEATHLEY, MARTIN
1501 BOCA BAY CT
GRANBURY, TX  76048

KECK, R
7199 EDGEWATER DR.
WILLIS, TX  77318

KEEFE, ROBERT H
204 MORRISON AVE
GREENSBURG, PA  15601

KELLEY, ALTUS A, II
2782 S FM 1229
COLORADO CITY, TX  79512

KELSEY, BRUCE
3680 S BUTTE RD
MENAN, ID  83434-5113

KENNAN, SCOTT ALAN
750 BUFFALO LOOP
MALVERN, AR  72104

KESSLER, KEITH
1855 VENDUE CT
LAWRENCEVILLE, GA  30044

KESSLER, LEONARD
72 WINCHESTER DRIVE
MANHASSET, NY  11030

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021


KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KESSLER, TIM
606 KEMP
NEWCASTLE, TX  76372

KILLIEN, RICHARD JOHN
828 PARK CHASE DRIVE
EVANS, GA  30809

KIMBALL, JOHN
9 WHITE BIRCH LN
LINCOLN, NH  03251-4253

KINARD, LARRY C
2108 WESTCHESTER DR
MANSFIELD, TX  76063

KING, FREDERICK JAMES
1506 W.SHEPERD ST
DENISON, TX  75020

KING, FREDERICK JAMES
PO BOX 2039
DENISON, TX  75021

KING, WILLIAM C
28134 300TH STREET
HOLCOMBE, WI  54745-5555

KINNEBREW, BILLY E
988 DENNIS CIRCLE
IDAHO FALLS, ID  83401

KISSINGER, JAMES DILLAN
1375 CR 2100
IVANHOE, TX  75447

KISSINGER, JAMES DON
1375 CR 2100
IVANHOE, TX  75447

KISSINGER, JAMES DON
1375 CR 2100
IVANHOE, TX  75447

KISSINGER, JEFFREY DEAN
1609 COUNTY ROAD 2100
IVANHOE, TX  75447

KISSINGER, JUDY LORENE CARLOCK
1375 CR 2100
IVANHOE, TX  75447

KISSINGER, KANDICE
1375 CR 2100
IVANHOE, TX  75447

KITKO, EDWARD JAMES, JR
556 GREENBRIAR AVENUE
NEW KENSINGTON, PA  15068

KNIGHT, RAYMOND G
BOX 9940
BOGATA, TX  75417

KNISLEY, CHARLES MICHAEL
13775 STIRRUP COURT
FORNEY, TX  75126

KNUDSON, GEORGE
5407 RIMROCK CT
ARLINGTON, TX  76017

KOKER, KENNETH RAY
4911 W. BEAVER
POWELL, TN  37849

KOSCIELNIAK, KENNETH W
502 CELESTE
ROBINSON, TX  76706

KOVACH, ROBERT J.
222 CLARK HILL ROAD
EAST HAMPTON, CT  06424

KOVAR, MARK A.
1792 S LAKEVIEW DR
GORDON, TX  76453-4807

KRAFFT, GARY A.
16339 C.R. 1146
TYLER, TX  75704

KRAFFT, GARY A.
16339 C.R. 1146
TYLER, TX  75704

KRAFFT, GARY A.
16339 C.R. 1146
TYLER, TX  75704

KRAFFT, GARY A.
16339 C.R. 1146
TYLER, TX  75704

KRAFFT, GARY A.
16339 C.R. 1146
TYLER, TX  75704

KRASNEVICH, CHESTER
2032 LAKE VIEW DR.
BELLE VERNON, PA  15012

KRAUSE, MICHAEL
787 CR 3185
COOKVILLE, TX  75558

KROLL, MARTIN ROBERT
16433 FORREST DR.
HOUSTON, MO  65483

KUBACAK, MICHAEL J
1414 CR 418
LEXINGTON, TX  78947

KUBALA, JUSTIN
2668 HWY 36 SOUTH
SUITE #226
BRENHAM, TX  77833

Debtor: ENERGY FUTURE HOLDINGS CORP., et al   NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL   Page 25 of 49

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

KUEHNE, ALLAN D
8436 CREEKBLUFF DR
DALLAS, TX  75249

KUHL, JOE
#73 CR NE 2045
MT VERNON, TX  75457

LAIRD, JOHN
8313 WHITNEY DR
FORT WORTH, TX  76108

LAIRD, JUSTIN
8313 WHITNEY DR
FORT WORTH, TX  76108

LAIRD, LORI
8313 WHITNEY DR
FORT WORTH, TX  76108

LAM, CLARA
2012B RALSTON DRIVE
MT. LAUREL, NJ  08054

LAMBERT, HAROLD
550 BURT ST
VIDOR, TX  77662-3502

LAMBERT, TERRY R
625 RTE 123 NORTH
STODDARD, NH  03464

LANCASTER, BARBARA
2808 COUNTY ROAD 2021
GLEN ROSE, TX  76043

LANGLEY, PAUL
104 TERRY ST.
WHITE OAK, TX  75693

LATIF, YALCIN
1 LEEWARD COVE
BAYVILLE, NY  11709

LAVIN, CYNTHIA LOWE
613 WENDY LANE
RIVER RIDGE, LA  70123

LAVIN, DEBRA LOWE
555 ASHLAWN DR.
HARAHAN, LA  70123

LAVIN, LINDSEY RIVETTE
42298 WOOD AVE
PONCHATOULA, LA  70454

LAVIN, NEAL W, JR
613 WENDY LN
RIVER RIDGE, LA  70123

LAVIN, NEAL
613 WENDY LANE
RIVER RIDGE, LA  70123

LAVIN, SHANNA
30617 ANDERSON DRIVE
DENHAM SPRINGS, LA  70726

LEATHERMAN, PAT D
1795 HOLLY HILL RD
MINERAL WELLS, TX  76067

LEATHERMAN, PAT D
STEVENSON UNIT
1525 FM 766
CUERO, TX 77954

LEE, JAMES WILLIAM
4557 SHINGLE OAK LANE
SAN ANGELO, TX 76904

LEE, JAMES WILLIAM
4557 SHINGLE OAK LANE
SAN ANGELO, TX 76904

LEE, PUI L
2551 PEREGRINE TRAIL
SUWANEE, GA 30024

LEE, STEPHANIE
4005 BRAYDEN DRIVE
HIGH POINT, NC 27265

LEFTER, JAN D
1971 RODNEY DR APT 304
LOS ANGELES, CA 90027-3130

LEGAN, ANTHONY W.
10180 HOBART RD.
KIRTLAND, OH 44094

LEGAN, PATRICIA A.
10180 HOBART RD.
KIRTLAND, OH 44094

LENTZ, MILTON R.
4710 BOX CANYON DRIVE
TEMPLE, TX 76502

LERESCU, CHRISTOPHER S.
5201 NE 24TH TER APT 109
FORT LAUDERDALE, FL 33308-3959

LERESCU, CHRISTOPHER S.
5201 NE 24TH TER APT 109
FORT LAUDERDALE, FL 33308-3959

LERESCU, DENISE
2 HORIZON RD APT 1417
FORT LEE, NJ 07024-6533

LERESCU, SILVIA, S.
5201 NE 24TH TER APT 109
FT LAUDERDALE, FL 33308-3959

LESLIE, EZEKIAS
424 5TH AVE N
TEXAS CITY, TX 77590

LEUNG, YUK WAH
220 KNICKERBOCKER AVE
HILLSDALE, NJ 07642-2036

LEVINE, ANDREW M, JR
2943 CR 14 E
BISHOP, TX 78343

LEWIS, JAMES BEDFORD SR.
447 E. US HWY. 84
FAIRFIELD, TX 75840

LEWIS, KIM K
704 E 17TH ST
COLORADO CITY, TX 79512

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL

Page 27 of 49

LEWIS, SAN JUANA
1005 MOORE AVE.
PALACIOS, TX  77465

LEWIS, THOMAS J
27 GREENTREE STREET
HOMOSASSA, FL  34446

LEWIS, VICKI ANDRE (ANTHONY)
9329 GULF PARK DRIVE
KNOXVILLE, TN  37923

LINDSAY, JEREMY
183 RUMBLING OAKS
GRAHAM, TX  76450

LINDSAY, WILLIAM C
6513 FARM ROAD 2648
PARIS, TX  75462

LINGENFELTER, DEBORAH
2081 FIRST STREET
READING, KS  66868

LINGENFELTER, RICHARD
2081 FIRST STREET
READING, KS  66868

LOOKABAUGH, BRIAN SCOTT, SR.
11961 FM 1615
ATHENS, TX  75752

LOOKABAUGH, HOMER
11640 COUNTY ROAD 4521
LARUE, TX  75770

LOOKABAUGH, PATRICIA NELL
11640 CR 4521
LARUE, TX  75770

LOTTI, ROBERT C
4 EDINBURGH CT
MANALAPAN, NJ  07726

LOWE, ERIC
720 STEWART AVE
RIVER RIDGE, LA  70123

LOWE, GLORIA
312 ARNOLD AVE
RIVER RIDGE, LA  70123

LOWE, JOSEPH
312 ARNOLD AVE
RIVER RIDGE, LA  70123

LOWERY, JOHN R
43902 N. THUNDER RD.
BENTON CITY, WA  99320

LUCKETT, CRAIG
7913 GLADSTONE APT A
HOUSTON, TX  77051

LUCKETT, SIDNEY LEE
7806 BOWEN ST
HOUSTON, TX  77051

LUCKETT, SIDNEY LEE
7806 BOWEN ST
HOUSTON, TX  77051

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

LUCKETT, SIDNEY LEE
7806 BOWEN ST
HOUSTON, TX 77051

LUNDGREN, WAYNE H.
20 REYNOLDS ST, POB 42
NORTH EASTON, MA 02356

LUSIN, ELENA
37 HILLCREST DR
GLEN HEAD, NY 11545

LUSIN, NATALIA
5 CLENT RD 3H
GREAT NECK, NY 11021

LUSIN, OLGA
37 HLLCREST DR
GLEN HEAD, NY 11545

LUSIN, SERGEI
552 RUE DE L'ETRAZ
THOIRY 01710
FRANCE

MACINTYRE, RONALD G., JR.
700 SHORE DR
UNIT 508
FALL RIVER, MA 02721

MACK, DONNA
2327 COUNTY ROAD 3113
JACKSONVILLE, TX 75766

MACK, MACKENZY
2327 COUNTY ROAD 3113
JACKSONVILLE, TX 75766

MACK, MAKAYLA
2327 COUNTY ROAD 3113
JACKSONVILLE, TX 75766

MACK, ROBERT EDWARD, JR.
2327 CR3113
JACKSONVILLE, TX 75766

MAHAFFEY, BLANTNI
672 FM 1794
BECKVILLE, TX 75631

MAHAFFEY, SANDY
254 COUNTY ROAD 191
GARY, TX 75643-3708

MAILLARD, KEVIN
31 UNION SQUARE WEST
APT 13C
NEW YORK, NY 10003

MALONE, ALICE E
1414 CARRIAGE LN
GARLAND, TX 75043

MALONE, DONNA M
1414 CARRIAGE LN
GARLAND, TX 75043

MALONE, MICHAEL J
1414 CARRIAGE LN
GARLAND, TX 75063

MANLEY, PATRICK S
140 SAINT JOHNS RD W
LITTLESTOWN, PA 17340-9041

MANNING, JOHN
154 LINDEN STREET
MANCHESTER, NH  03104-3803

MANTHEI, EDWINA R
1231 COUNTY LINE PKWY
MART, TX  76664

MAPPES, THOMAS E.
4815 FORTUNES RIDGE DRIVE
DURHAM, NC  27713

MARCUM, TIMOTHY B
6383 LIBERTY RD
FARMER CITY, IL  61842

MARTIN, RICHARD L
18054 CR 4256 SO
HENDERSON, TX  75654

MARTINEZ, JOSE JOEL HERNANDEZ
3121 PARK LANE APT. 1132
DALLAS, TX  75220

MARTINEZ, JOSE JOEL HERNANDEZ
3121 PARK LANE APT. 1132
DALLAS, TX  75220

MASDONATI, DORIAN B.
3300 DOWNES GROVE RD
COLUMBIA, SC  29209

MASEK, BRAD
715 MIDDLETON STREET
ROCKDALE, TX  76567

MASON, ELLA RAE
712 E. 7TH
BONHAM, TX  75418

MATHIS, CURTIS
4816 PEACHTREE LN
SACHSE, TX  75048

MATHIS, CURTIS
4816 PEACHTREE LN
SACHSE, TX  75048

MATHIS, JAMES HARRISON
3521 CORTO AVE.
FORT WORTH, TX  76109

MAYFIELD, REGINA JONES
15711 DESSAU RD APT 602
PFLUGERVILLE, TX  78660-5396

MCBRIDE, STEPHANIE L
PO BOX 201
ROCKDALE, TX  76567

MCCARTER, MIKE R.
311 E, 5TH ST.
FULTON, MO  65251

MCCARTER, MIKE R.
KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
ATTN: JOAN STEWART
55 HARRISON ST STE 400
OAKLAND, CA  94607

MCCLURE, DAVID RAY
429 MEADOW RD
BONHAM, TX  75418

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 30 of 49

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021


MCCONNELL, JEREMY
1145 KING GEORGE LN
SAVANNAH, TX  76227

MCCRAY, STEVEN RANDOLPH
511 PLAZA DR
SLATON, TX  79364-3649

MCCRUMB, BOBBY RUSSELL (BR)
2965 NANCY ST 7 RD
MESICK, MI  49668


MCDONALD, CHRISTOPHER LEE
1408 GREGG DR
LUSBY, MD  20657

MCGOWAN, DON L
3904 BLUFF OAK
NACOGDOCHES, TX  75964

MCGRAW, ROY W, JR
7315 MCGRAW LANE
DENHAM SPRINGS, LA  70726-5601


MCKOWN, TIMOTHY S.
PO BOX 379
1596 LAKE ROAD
GORDONVILLE, TX  76245

MCKOWN, TIMOTHY S.
PO BOX 379
1596 LAKE ROAD
GORDONVILLE, TX  76245

MCKOWN, TIMOTHY S.
PO BOX 379
1596 LAKE ROAD
GORDONVILLE, TX  76245


MCKOWN, TIMOTHY S.
PO BOX 379
1596 LAKE ROAD
GORDONVILLE, TX  76245

MCKOWN, TIMOTHY S.
PO BOX 379
1596 LAKE ROAD
GORDONVILLE, TX  76245

MCLEMORE, RONNIE DELL
6089 HIGH WAY 472
HAZLEHURST, MS  39083


MCLEOD, EDWARD JOHN
2448 2ND AVENUE W
SEATTLE, WA  98119

MCNABB, DANNY C
112 WESTWOOD CT
CISCO, TX  76437-3209

MCNEELY, CAROLYN A
1018 SOUTHWOOD DR
DESOTO, TX  75115


MCNEILL, WILLIAM & MARGO
614 RAINTREE CT
ARLINGTON, TX  76012-4907

MCPETERS, JOHN E.
409 SOUTH FAIRGROUND
CLARKSVILLE, TX  75426

MCTEE, JARON
156 RANALLI AVE
SPRINGDALE, AR  72762-8527

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 31 of 49

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

MEAD, GEORGIA A
3609 CRAWFORDVILLE DR
AUGUSTA, GA  30909

MERKA, CHARLES L.
99 PR 2362
MOUNT PLEASANT, TX  75455

MERRILEES, JOHN
525 MOUNTAIN CIRCLE
MCDONALD, TN  37353

MICHAELS, DANIEL O
918 MAIN RD, POB 4020
WESTPORT, MA  02790

MILLER, JAMES R
253 PLANK RD
HOLLSOPPLE, PA  15935

MILLER, TERRI
617 RAVEN
SAGINAW, TX  76131

MILLER, TOMMY L
100 SHADY LN
FAIRFIELD, TX  75840

MILLIFF, TY
1800 WHITESTONE
BRYAN, TX  77807

MINZE, SHERRIE L
945 US HIGHWAY 75 N
STREETMAN, TX  75859-5233

MIRALDA, JORGE
5558 XANADU ST
DENVER, CO  80239

MITSCHKE, ROBERT R
349 COUNTY RD 411
CROWELL, TX  79227

MIZE, VERNON R
129 HONEYSUCKLE
BECKVILLE, TX  75631

MOINUDDIN, FARHAT
1012 HARBOUR SHORE DRIVE
KNOXVILLE, TN  37934

MONEY, CHRISTOPHER THOMAS
221 SMITH LN
BRUCEVILLE, TX  76630

MONEY, JOHN RUDOLPH
221 SMITH LANE
BRUCEVILLE, TX  76630

MONEY, MARSHA D
221 SMITH LN
BRUCEVILLE, TX  76630

MONTELONGO, CAROL
601 JACKSON ST.
ROCKDALE, TX  76567

MONTELONGO, CATARINO M., JR.
454 NAWHEAT RD - PREFERI PO BOX 1322
BELTON, TX  76513

MONTELONGO, FREDDY A.
601 JACKSON ST.
ROCKDALE, TX  76567

MOORE, ANDRE
501 N. WATERS EDGE DR
DURHAM, NC  27703

MOORE, ANDRE
501 NORTH WATERS EDGE DRIVE
DURHAM, NC  27703

MOORE, BRITTANY L
2901 GLENEAGLES DR
ENNIS, TX  75119

MOORE, EDDIE
142 GURGANUS ROAD
MAPLE HILL, NC  28454

MOORE, EDDIE
A/B/O ESSIE MOORE
142 GURGANUS ROAD
MAPLE HILL, NC  28454

MOORE, JR., RALPH
222 WEST BALFOUR AVENUE
ASHEBORO, NC  27203

MOORE, ODESSA
221 WILLIAM GURGANUS ROAD
MAPLE HILL, NC  28454

MOORE, SR, RALPH
221 WILLIAM GURGANUS ROAD
MAPLE HILL, NC  28454

MOORE, WILLIAM
142 GURGANUS ROAD
MAPLE HILL, NC  28454

MOOS, THOMAS
1323 SHINNECOCK HILLS DR
CHAMPIONS GT, FL  33896-6802

MORELAND, JAMES MICHAEL
PO BOX 103
5782 FM 1794 E
DEBERRY, TX  75639

MORMAN, CHARLES MATTHEW
9080 PR 5204
ATHENS, TX  75751

MORMAN, KATHERINE
PO BOX 1071
ATHENS, TX  75751

MORRIS, DONALD C
2210 WILLIE ST
ST MARYS, WV  26170

MORRIS, THOMAS
1081 SHADY CIRCLE
LEXINGTON, TX  78947

MOSBY, BRITTANY A
412 COUNTRY RIDGE LN
RED OAK, TX  75154

MOSBY, BRITTANY A
412 COUNTRY RIDGE LN
RED OAK, TX  75154

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**   NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                      Page 33 of  49

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

MOSBY, STEPHEN MARK
412 COUNTRY RIDGE LN
RED OAK, TX  75154

MOSBY, STEPHEN MARK
412 COUNTRY RIDGE LN
RED OAK, TX  75154

MOSBY, TERESA A
412 COUNTRY RIDGE LN
RED OAK, TX  75154

MOSBY, TERESA A
412 COUNTRY RIDGE LN
RED OAK, TX  75154

MOSBY, ZACHARY M
412 COUNTRY RIDGE LN
RED OAK, TX  75154

MOSS, JAMES CULBERSON
PO BOX 1906
3366 FM 205
GLEN ROSE, TX  76043

MOULDER, GERALD V
1024 WILLIAMSBURG TERRACE
NORCROSS, GA  30093

MUKANI, RATNA
2102 MERRYWOOD DRIVE
EDISON, NJ  08817

MULCAHY, FRANCIS
PO BOX 687
SOUTH DENNIS, MA  02660

MULDOON, RONALD A
604 SUNFISH DRIVE
CROWLEY, TX  76036

MURAD, FREDRICK P
87 HARTLAND AVE
EMERSON, NJ  07630-1809

MURRAY, DONALD
6850 NE 137TH STREET
KIRKLAND, WA  98034

MYERS, ANTHONY
4406 ALNWICK CT.
COLLEGE STATION, TX  77845

MYERS, BRINDA SERVANTEZ
2225 CHESTERFIELD DRIVE
MARYVILLE, TN  37803

NACCARELLA, ANTHONY E
3105 TAFT PARK
METAIRIE, LA  70002

NEAL, ARGUS D, JR
403 PARK DR
MT PLEASANT, TX  75455-5414

NEAL, JASON TRIP
445 E FM 489
BUFFALO, TX  75831-6856

NEUMAN, FREDERIC
53 WOODCUT LN
NEW ROCHELLE, NY  10804-3417

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


NEVELS, ALBERT H
95 CARSON RD
DELHI, LA  71232

NEWHOUSE, JANET R.
1208 COLLEGE PARKWAY, APT 1325
LEWISVILLE, TX  75077

NEWMAN, ARCHIE
PO BOX 1963
HENDERSON, TX  75653


NICHOLSON, CLARK THOMAS
237 BUCHANAN ROAD
NORMALVILLE, PA  15469

NORTON, GARY WAYNE
6701 CALUMET RD
AMARILLO, TX  79106

NOWICKI, JOHN
6424 AUTUMN TRAIL
THE COLONY, TX  75056


OCANAS, JOHN G
1201 E PETER ST
EDINBURG, TX  78541

O'CONNOR, JERALD WAYNE
198 EDGEWOOD WAY
LOUISVILLE, KY  40243-1279

ONDRACEK, REX
P.O. BOX 1578
STEPHENVILLE, TX  76401


ORR, LEE ANN
692 CR 4740
WINNSBORO, TX  75494

ORR, MICHAEL
692 CR 4740
WINNSBORO, TX  75494

ORR, WILLIAM A
9000 SOUTHWEST 19TH AVE RD
OCALA, FL  34476


ORR, WILLIAM A
9000 SOUTHWEST 19TH AVE RD
OCALA, FL  34476

OSBORNE, JOHN V
6201 LK WASH BLVD NE #301
KIRKLAND, WA  98033

OSBORNE, JOHN V.
6201 LAKE WASHINGTON BLVD NE
#301
KIRKLAND, WA  98033


PABEN, SAMANTHA
290 COUNTY ROAD 1695
ALBA, TX  75410

PALUMBO, RALPH P
1927 SUNCREST DRIVE
MYRTLE BEACH, SC  29577

PARADA, OSCAR L
886 BIT CT
EVANS, GA  30809

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


PARSONS, GLENN R
311 TOM RUMPH RD.
PO BOX 1383
GLEN ROSE, TX  76043

PATEL, HARIBHAI P
7008 NICOLE CT
OCEAN SPRINGS, MS  39564

PATEL, HARISH K
644 CAMBRIDGE ROAD
PARAMUS, NJ  07652-4204

PATEL, HASMUKH V
5 RUTH PLACE
PLAINVIEW, NY  11803

PATEL, JASHBHAI R.
C/O SMITA PATEL
514 ELLISON WAY
AUGUSTA, GA  30907

PATEL, KANTA
38 MOUNT PLEASANT AVE.
EDISON, NJ  08820

PATEL, NIRAV
317 N. BROAD STREET APT. 826
PHILADELPHIA, PA  19107

PATEL, RAKHI
317 N. BROAD STREET
APT. 826
PHILADELPHIA, PA  19107

PATEL, SMITA J.
514 ELLISON WAY
AUGUSTA, GA  30907

PATEL, SUKETU
1921 LAKESIDE WAY
NEWNAN, GA  30265

PATEL, THAKOR T
38 MOUNT PLEASANT AVE.
EDISON, NJ  08820

PATEZ, HARIBHAI P
7008 NICOLE CT
OCEAN SPRINGS, MS  39564

PATTERSON, WILLIAM M
14435 AQUA VISTA RD N
JACKSONVILLE, FL  32224

PATTON, MICHAEL
1315 MALIBU DR
KERRVILLE, TX  78028-2243

PAYTON, STEPHEN L.
5 WOODHAVEN COURT
MANSFIELD, TX  76063

PEARCE, MANDI K.
10 LEGEND RD
BENBROOK, TX  76132-1009

PEARSON, BRAD
190 YOUNG RD
KINDER, LA  70648

PERANZO, PHILIP
1609 LAUGHRIDGE DR
CARY, NC  27511

PERSONS, ROBERT WAYNE
102 REID AVE
PORT WASHINGTON, NY  11050

PETROVICH, MICHAEL
2479 SALTSBURG ROAD
CLARKSBURG, PA  15725

PHAM, DUC DINH
10212 SKI DR
OKLAHOMA CITY, OK  73162

PHARIS, HARVEY E
495 JERRY LUCY RD
LONGVIEW, TX  75603

PHILLIPS, KINUS
709 RICE STREET
ROCKDALE, TX  76567

PHIPPS, HERBERT W
PO BOX 151
ELIZABETHTON, TN  37644-0151

PIERCE, VERNON KEITH
4286 FM 1256
EUSTACE, TX  75124

PIERSON, KACEY M.
20 FOREST DR
MANSFIELD, TX  76063-6616

PLATA, JESSE ADAM
4760 MCBREYER PLACE
FORT WORTH, TX  76244

PLATA, JESUS
7800 BARFIELDS WAY
NORTH RICHLAND HILLS, TX  76182

PLATA, JESUS
7800 BARFIELDS WAY
NORTH RICHLAND HILLS, TX  76182

PLATA, KALI ALEXIS
4760 MCBREYER PLACE
FORT WORTH, TX  76244

PLATA, KAMRYN ELLIOTT
4760 MCBREYER PLACE
FORT WORTH, TX  76244

PLATA, KIRBY
4760 MCBREYER PLACE
FORT WORTH, TX  76244

PLATA, MARTA
7800 BARFIELDS WAY
NORTH RICHLAND HILLS, TX  76182

PLUMMER, MITTY C
1420 FOX HOLLOW ST
DENTON, TX  76205

POLK, KENNETH N
17105 CARROL LN
WILLIS, TX  77378

PORTAL, MANUEL, JR.
210-08 88 ROAD
QUEENS VILLAGE, NY  11427

POSEY, ANITA E
1672 CR 1030
MT. PLEASANT, TX  75455

POSEY, JAMES HAROLD
1672 CR 1030
MT. PLEASANT, TX  75455

POUNDERS, ROBERT
2602 N. FM 487
ROCKDALE, TX  76567

POWELL, CHARLES ALLEN
PO BOX 512
ROCHESTER, WA  98579

PROFFITT, RODNEY
4007 MOUNTAIN VISTA DR
GRANBURY, TX  76048

PRYOR, DAVID
18541 FM 1804
LINDALE, TX  75771

PYLE, SCOTT
6547 OLDE FERRY LANDING
HARRISON, TN  37341

QUANDT, DEBORAH
10803 CLINTON STREET
NORTH EAST, PA  16428

QUANDT, DOUGLAS
10803 CLINTON ST
NORTH EAST, PA  16428

QUEEN, STEVEN E
2367 STERLING STATION RD
STERLING, NY  13156

QUINTANILLA, EFRAIN, JR
905 WEST E ST
MISSION, TX  78572

QUINTANILLA, EFRAIN, SR
3109 OZUNA ST
PENITAS, TX  78576

RACICOT (HOPKINS), KOURTNEY
1421 FM 799
GEORGE WEST, TX  78022

RADER (ADAMS), DELILAH
202 WEST ST
DE KALB, TX  75559-1743

RAIBLE, PAIGE LEAH
5176 PEREGRINE ROAD
DACONO, CO  80514

RAINES, DAVID LEE
2506 MERLIN DR
LEWISVILLE, TX  75056-5700

RAMSEY, SERETA BUTER
8913 MCCARVER LANE
BRYAN, TX  77808

RAVIELE, ANTONIO G
9 COOK PLACE
MIDDLETOWN, NJ  07748

RAYMOND, MARC
457 GATE, 7, TH-FC
TEAGUE, TX  75860

REED, BRUCE
5725 DIANA DRIVE
GARLAND, TX  75043

REED, ROBERT E, JR.
39 ICHABOD LANE PO BOX 374
LEXINGTON, MO  64067

REEVES, COVY
106 CR 3070
MT. PLEASANT, TX  75455

REEVES, JOANN
106 CR 3070
MT. PLEASANT, TX  75455

RETZLAFF, SHANE
3023 FROST CORNER PL
RICHMOND, TX  77406-0080

REYNA, SYLVIA
1326 S. ADAMS
FORT WORTH, TX  76104

REYNOLDS, WILLIAM DALE
120 WEST 5TH STREET
PARSONS, TN  38363

RHODES, ALBERTA
P.O. BOX 101
JOINERVILLE, TX  75658

RHODES, DENNIS L
178 CATALINA FARM RD
SCOTTDALE, PA  15683

RICCARDINO, DAVID T
508 S CENTER AVE
NEW STANTON, PA  15672-9714

RICHARDSON, GUY
1001 TOLAR HIGHWAY
TOLAR, TX  76476

RICHARDSON, JENNIFER
1409 LYRA LANE
ARLINGTON, TX  76013

RICHIE, REX A.
2027 WELLINGTON POINT
HEARTLAND, TX  75125

RICKER, JOHN
#3 FINCH DR
LONGVIEW, TX  75605

RIGBY, JOHNNY
18026 C.R. 4256 S.
HENDERSON, TX  75654

RIGSBY, RAY
519A CR 487
PALESTINE, TX  75803

RITCHEY, CHARLES
941 HWY 75 N
STREETMAN, TX  75859

Debtor: ENERGY FUTURE HOLDINGS CORP., et al          NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED
IN FULL                                                                                                    Page 39 of 49

Case #: 14-10979 (CSS)

Notices mailed by: April 30, 2021

RITCHEY, LORELEI
941 HWY 75 N
STREETMAN, TX  75859

ROBERTSON, KENNETH R
P.O. BOX 289
MELVILLE, LA  71353

ROBSON, CATHERINE A.
2310 FAMVILLE CT
PASCO, WA  99301-9815

ROCKWELL, WILLIAM F
307 FOX CATCHER DRIVE
MYRTLE BEACH, SC  29588

ROSS, BOEHLER
216 FM 1085
TRENT, TX  79561

ROSS, ERIC
436 LOCUST STREET
GREENSBURG, PA  15601

ROSS, ERIC
436 LOCUST STREET
GREENSBURG, PA  15601

RUFFIN, BEALUH MCCAIN
5314 WEEMS DR
KING GEORGE, VA  22485-2459

RUSSELL, ROBERT B.
7802 THOMPSON RD.
HIGHLANDS, TX  77562

RUTHERFORD, SANDRA G
2220 PALM VILLIAGE BLVD
BAY CITY, TX  77414

RUTHERFORD, VEDA E
713 RUGELEY
BAY CITY, TX  77414

SACKERCSH, STEPHEN
513 ADMIRAL PCARY HWY
VINTONDALE, PA  15961

SALAS, FRANCISCO JAVIER
835 WHELTON DR.
PASADENA, TX  77503

SALAS, FRANCISCO JAVIEY
835 WHELTON DR.
PASADENA, TX  77503

SALMON, JAMES
538 FAIRMONT AVE
WESTFIELD, NJ  07090

SAMSTAR, SCOTT S.
1812 TOWNSHIP ROAD 244
TORONTO, OH  43964-7847

SANCHEZ SR., DAVID J
2000 RAVENSTONE LOOP
COLLEGE STATION, TX  77845

SANCHEZ, JOSE CARLOS, JR
3904 FOREST HILLS DR
KILGORE, TX  75662

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

| | | |
|---|---|---|
| SANDERS, STEPHEN G.<br>3912 BELSTRUM DR<br>FLOWER MOUND, TX  75028-1675 | SAPOZHNIKOV, YAKOV<br>1390 BEECHDROP CT<br>YARDLEY, PA  19067-6414 | SATTLER, ROBERT GERARD<br>8901 DENVER ST.<br>ROWLETT, TX  75088 |
| SAULSBURY, RONALD<br>10261 SHADY REST ROAD<br>OIL CITY, LA  71061 | SAVERINO, JOSEPH<br>10 VILLANOVA ROAD<br>PARLIN, NJ  08859 | SCARROW, VIRGIL<br>2370 DELAWARE RD<br>HUMBOLDT, KS  66748 |
| SCHILLING, MARK<br>7338 KEEN WAY NORTH<br>SEATTLE, WA  98103 | SCHILLING, WESLEY R<br>62884 300 ST<br>LITCHFIELD, MN  55355 | SCHMID, MATTHEW W<br>1025 GREENWICH PARK DR<br>INDIAN TRAIL, NC  28079-6300 |
| SCHRAEDER, GLYN E<br>120 LIVE OAK LANE<br>RIESEL, TX  76682 | SCHULTE, MARK J<br>664 N SHEPPARD ST<br>KENNEWICK, WA  99336 | SCHULTZ, JAMES R<br>12204 CR 102<br>GRANDVIEW, TX  76050 |
| SCHULTZ, JOHN L.<br>1805 BUCKLAND AVE<br>FREMONT, OH  43420-3503 | SCOTT, DOUGLAS R<br>521 FERNWOOD DR<br>WACO, TX  76712 | SCOTT, DOUGLAS R<br>521 FERNWOOD DR<br>WACO, TX  76712 |
| SCOTT, LILLIAN F.<br>521 FERNWOOD DR<br>WACO, TX  76712 | SCOTT, MICHAEL<br>7326 SPRINGHILL ROAD<br>POLLOCK, LA  71467 | SCOTT, REGINA R<br>521 FERNWOOD DR.<br>WACO, TX  76712 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**


SCOTT, REGINA R
521 FERNWOOD DR.
WACO, TX  76712

SCOTT, SHIRLEY D
521 FERNWOOD DR
WACO, TX  76712

SCOTT, SHIRLEY D
521 FERNWOOD DR.
WACO, TX  76712


SEARS, HILBERT A
76 PLYMOUTH AVE
MAPLEWOOD, NJ  70402320

SEARS, HILBERT
76 PLYMOUTH AVE
MAPLEWOOD, NJ  07040

SEKERA, CHRISTOPHER J.
1714 ARONA ROAD
IRWIN, PA  15642


SERVANTEZ, CHANCEY N
203 LOITA DRIVE
SPEARMAN, TX  79081

SERVANTEZ, CHARLES JR.
PO BOX 866
ROCKDALE, TX  76567

SERVANTEZ, KELCEY B
PO BOX 866
ROCKDALE, TX  76567


SERVANTEZ, LINDA SPARKS
PO BOX 70
PERRYTON, TX  79070

SERVANTEZ, LORNE
PO BOX 715
SPEARMAN, TX  79081

SERVANTEZ, MARY
2225 CHESTERFIELD DR
MARYVILLE, TN  37803


SERVENTEZ, DIANE
PO BOX 95
HUFFMAN, TX  77336

SESSIONS, KENNETH S.
809 S.W. 4TH STREET
KERENS, TX  75144

SEUTTER, ALLEN EDWARD
51323 RANGE ROAD 233
SHERWOOD PARK, AB  T8B IK8
CANADA


SEVANTEZ, BSAMDI
PO BOX 279
BOOKER, TX  79005

SHAMBLIN, RICK
14864 SCOUTERS CIRCLE
ARP, TX  75750

SHAW, JOE DENT
8061 MAVIS AVE
WAXAHACHIE, TX  75167

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: April 30, 2021**

SHAW, MARSHALL WAYNE
307 RATTLESNAKE RD
RIESEL, TX  76682

SHEETS, CHRIS B
40203 HWY 621
GONZALES, LA  70737

SHEPLEAR, JAMES R.
716 SUPERIOR ST
STORM LAKE, IA  50588

SHIPES, KENNETH
BOX 69 2028 MAIN ST
CLARIDGE, PA  15623

SHULOF, GEORGE
8072 GREEN PINES TERRACE
SPRING HILL, FL  34606

SIEGEL, JACK
1406 FOUR SEASONS DRIVE
WAYNE, NJ  07470

SINCLAIR, JAMES
18 CENTER AVE
MONONGAHELA, PA  15063

SIPPOLA, STEVEN
5120 ANTONIO AVE
EL PASO, TX  79924

SIPPOLA, STEVEN
5120 ANTONIO AVE
EL PASO, TX  79924

SLUDER, KAY
178 COUNTY ROAD 2500
MINEOLA, TX  75773-3124

SMITH, CALVIN T
10311 ALLENE ROAD
JACKSONVILLE, FL  32219

SMITH, COLTON
145 DEER PARK CT
GRANBURY, TX  76048-6959

SMITH, DWAYNE
5789 CR 418
LORAINE, TX  79532

SMITH, JEFFREY
PO BOX 35
POTTSBORO, TX  75076

SMITH, THOMAS RAY
139 WICHITA ST
BULLARD, TX  75757

SMITH, WILLIE FRED
2907 MICHAEL LANE
MINERAL WELLS, TX  76067

SNIDER, TOMMIE
122 N ROE ST
FORT WORTH, TX  76108

SPARKS, BOBBY L
3604 CLIFFWOOD DR
ALVARADO, TX  76009

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**    **NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED**    Page 43 of 49
**IN FULL**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

SPENCER, FLOYD LEWIS
P.O. BOX 1204
MT. PLEASANT, TX  75456-1204

SPRADLIN, SHELLEY
1519 SAN ANTONE LN
LEWISVILLE, TX  75077-2855

STEPHENS, DEBORAH
549 HOUCK ST.
P.O. BOX 1008
BUFFALO, TX  75831

STILWELL, LONZO HOUSTON
410 WEST RED BIRD LN.
DUNCANVILLE, TX  75116

STRAWBRIDGE, JOHN R
PO BOX 684
110 LIVEOAK ST
CROSBY, TX  77532

STRICKLAND, MICHAEL
417 HORSESHOE BEND
EDDY, TX  76524

STRICKLAND, MICHAEL
417 HORSESHOE BEND
EDDY, TX  76524

STUCKEY, GREGORY W
151 TIMBER RIDGE LAKE RD
GRAHAM, TX  76450

STUCKEY, GREGORY W.
151 TIMBER RIDGE LAKE RD
GRAHAM, TX  76450

STUCKEY, GREGORY W.
151 TIMBER RIDGE LAKE RD
GRAHAM, TX  76450

SUN, DAVID Y.
10 MANOR RIDGE DR.
PRINCETON JUNCTION, NJ  08550

SUNKEL, SHARON
2408 US HIGHWAY 70 WEST
EFLAND, NC  27243

SUTTON, SCOTT
10640 WESTMAIN ST
KALAMAZOO, MI  49009

SWEAT, MARIAN KAY
6023 COUNTY RD 326
LEXINGTON, TX  78947

TALUKDAR, PRADIP
202 GLENRIDGE FOREST
HOUSTON, TX  77094

TAMBOURINE, JAMES R.
16050 VALLEYVIEW
FORNEY, TX  75126

TAMBOURINE, LINDA LOIS
16050 VALLEYVIEW
FORNEY, TX  75126

TARKINGTON, TRAVIS C.
7281 CR 2448
KEMP, TX  75143

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

| | | |
|---|---|---|
| TARTSAH, AGNES MENDEZ<br>323 SE 3RD ST<br>ANADARKO, OK  73005 | TARTSAH, CECILIA<br>2805 BEVERLY HILLS DR<br>FORT WORTH, TX  76114 | TAYLOR III, JON<br>112 BARTO<br>BOX 342<br>ARP, TX  7570 |
| TAYLOR IV, JON<br>PO BOX 342<br>ARP, TX  75750 | TAYLOR, FRANCES T<br>112 BARTO<br>BOX 342<br>ARP, TX  75750 | TAYLOR, ROY C<br>127 BROAD ST<br>LYONS, NY  14489 |
| TENHET-LOWERY, MARGARET KAY<br>43902 N. THUNDER RD<br>BENTON CITY, WA  99320 | TENNER, PRISCILLA G.<br>92 BLUEBIRD LOOP<br>NATCHEZ, MS  39120 | TENNER, PRISCILLA G.<br>92 BLUEBIRD LOOP<br>NATCHEZ, MS  39120 |
| TENNER, ROOSEVELT SR<br>52 BLUEBIRD LOOP<br>NATCHEZ, MS  39120 | TERRELL, WHITNE A.<br>1425 SOUTHWOOD BLVD.<br>ARLINGTON, TX  76013 | TESTA, LOUIS A.<br>3730 STOCK RD SW<br>MONROE, GA  30656 |
| THOMPSON, THOMAS<br>2149 COUNTY ROAD 2120<br>RUSK, TX  75785 | THORIMBERT, MARCEL<br>170 EAST COLLEGE STREET STE 4704<br>COVINA, CA  91723 | THRALL, KEN<br>2641 LOUISIANA RD<br>OTTAWA, KS  66067 |
| TOBIN, WILLIAM L.<br>2724 MUSGRAVE PL.<br>EL DORADO HILLS, CA  95762 | TOMLINSON, ROBERT<br>5508 SE 51ST DR<br>STUART, FL  34997 | TORRES, ELEANORA V.<br>483 MOUNTAIN AVE<br>NORTH CALDWELL, NJ  07006 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

TREVILLION, BRENDA L
PO BOX 821602
VICKSBURG, MS  39182

TREVILLION, BRENDA L
PO BOX 821602
VICKSBURG, MS  39182

TRIBBLE, KENNETH DWIGHT
703 N OAKWOOD ST
BRECKENRIDGE, TX  76424-2645

TROUPE, THOMAS E
8305 DERBY LANE
FORT WORTH, TX  76123

TRUJILLO, ENRIQUE
844 S. CESAR CHAVEZ RD
ALAMO, TX  78516

TRUSTDORF, ALLAN
401 CHEESTANA LN
LOUDON, TN  37774

USSERY, DALE
3705 BOXWOOD CT
ARLINGTON, TX  76017

VAUGHN, THOMAS J
523 HILLSIDE DR
SHERMAN, TX  75090

VENETUCCI, VINCENT
9003 5TH AVE
BROOKLYN, NY  11209

VENETUCCI, VINCENT
9003-5TH AVE
BROOKLYN, NY  11209

VINCE, WILLIAM A
2130 OLD POST RD
COPLAY, PA  18037

VRLA, BRENDA LOUISE
1701 LYNDALE DR
ENNIS, TX  75119-2329

VRLA, BRENT L
609 W ALEXANDER
ENNIS, TX  75119

VRLA, MILTON FRANK, JR
1701 LYNDALE DR
ENNIS, TX  75119-2329

WADE, WILLIAM
8661 FM 343E
RUSK, TX  75785

WAKE, MORTON JOHN, JR
6301 NE 87TH AVE
VANCOUVER, WA  98662

WALDRIP, RANDY PERRY
313 WEST LOVERS LANE
PO BOX 274
BELLS, TX  75414

WALIA, BARJINDER S
20 WINDING WOOD DR APT #6A
SAYREVILLE, NJ  08872

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 46 of 49

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

WALKER, CHARLES E
1581 ESTERBROOK LN
SEBASTIAN, FL  32958

WALKER, JOE G
155 CR 939
TEAGUE, TX  75860

WALKER, STEPHANIE KOHUT
1581 ESTER BROOK LN
SEBASTIAN, FL  32958

WALSKE, DON M
1716 BOOT HILL RD
GRANBURY, TX  76049

WALSTON, JAMIE
24 DUSTIN LN
HUNTSVILLE, TX  77320

WARREN, TIMOTHY
7907 COUNTY ROAD 430
LORAINE, TX  79532

WASHBURN, SAM L
1941 MC 8001
YELLVILLE, AR  72687

WATSON, CHRISTOPHER
1244 OSCAR RAGON RD.
HARLETON, TX  75651

WATSON, CHRISTOPHER
KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
ATTN: JOAN STEWART
55 HARRISON ST STE 400
OAKLAND, CA  94607

WEAVER, CORINA
PO BOX 1464
BAY CITY, TX  77404

WEAVER, MICHAEL
PO BOX 1464
BAY CITY, TX  77404

WEISS, ZANE
410 N GRAYSTONE
AMARILLO, TX  79124

WENTZEL, MIRANDA
24208 487TH AVE
JASPER, MN  56144-1043

WEST, BOBBY
270 CROOKED CREEK RD
ABILENE, TX  79602

WESTBROOK, SANDRA
2125 MIDNIGHT BLUE LANE
FORT MILL, SC  29708

WHEAT, BOBBY J
1596 FM 82 W
KIRBYVILLE, TX  75956-4716

WHITAKER, WILLIE JOE
8889 COUNTY ROAD 3206W
MT ENTERPRISE, TX  75681

WHITE, CIRCIL ROBERT V
309 UZCR 152J
GRAND SALINE, TX  75140

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

Case #:  **14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

WHITE, DARRELL R
3605 W MOONLIGHT DR
ROBINSON, TX  76706

WHITE, DARRELL R
3605 W MOONLIGHT DR
ROBINSON, TX  76706

WHITE, DARRELL
3605 W MOONLIGHT DR
ROBINSON, TX  76706-7137

WHITE, GEORGE
7251 BRIGHTON PLACE
CASTLE ROCK, CO  80108

WHITE, JOHN B
2443 CR 1147 S.
TYLER, TX  75704

WHITE, JOHN B.
2443 CR 1147 S.
TYLER, TX  75704

WHITE, JUDITH
7251 BRIGHTON PLACE
CASTLE PINES, CO  80108

WICK, JOHN
C/O JOYCE L WICK
3220 S EVERETT PL
KENNEWICK, WA  99337-4392

WICK, JOYCE L.
3220 S EVERETT PL
KENNEWICK, WA  99337

WILDER, ROBERT S, JR
1217 - 12 ST
BAY CITY, TX  77414

WILLIAMS, CRYSTAL
77013 RUSK CIR
FORT HOOD, TX  76544-1554

WILLIAMS, GARY KEITH
978 COUNTY RD 301 NORTH
PORT LAVACA, TX  77979

WILLIAMS, MARILYN MARIE
330 MAPLEDALE TRAIL
SHARPSBURG, GA  30277

WILLIAMSON, AUGUST GENE
821 PLUM
GRAHAM, TX  76450

WILLIAMSON, JEANA LADELLE BRANSON
9041 W. HWY 199
SPRINGTOWN, TX  76082

WILLIAMSON, JEANA LADELLE BRANSON
9041 W. HWY 199
SPRINGTOWN, TX  76082

WILSON, DAVID
1585 CR 2482
MINEOLA, TX  75773

WILSON, JOHN WAYNE
903 RIDGE ROAD
GUION, AR  72540

Debtor: ENERGY FUTURE HOLDINGS CORP., et al    NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL    Page 48 of 49

Case #:  14-10979 (CSS)

Notices mailed by:  April 30, 2021

WILSON, KEVIN J
51 OXOBOXO CROSSROAD
OAKDALE, CT  06370

WILSON, PATRICIA KAY
1224 STONELAKE DRIVE
CLEBURNE, TX  76033-6559

WINCHESTER, ROBERT S
26256 WONDERLY RD
RAINIER, OR  97048

WOODS, CURTIS J.
1306 HANSBERRY DRIVE
ALLEN, TX  75002

WRIGHT, BEAUFORD J
160 PLUM ST
RUSK, TX  75785

WRIGHT, DANIEL C
1365 COMBING RD
SEAGOVILLE, TX  75159

YANEZ, JESUS M
13925 CR 184
ALVIN, TX  77511

YARGER, CLINT DEE
3463 RUIDOSA TRAIL
FORT WORTH, TX  76116

YORK, AUSTYN
3377 WEST STATE HIGHWAY 294
ELKHART, TX  75801

YORK, DANIEL
3377 WEST STATE HIGHWAY 294
ELKHART, TX  75801

YORK, LAUREN
3377 WEST STATE HIGHWAY 294
ELKHART, TX  75801

YORK, WYATT
3377 WEST STATE HIGHWAY 294
ELKHART, TX  75801

YOUNG, CAMERON T.
2686 COUNTY ROAD 3504
SULPHUR SPGS, TX  75482-6191

YOUNG, EMALYN H
2686 COUNTY ROAD 3504
SULPHUR SPGS, TX  75482-6191

YOUNG, PORSCHIA AIKINS
1306 W 5TH
MOUNT PLEASANT, TX  75455

YOUNG, STEVEN E
2541 W LANE AVE
PHOENIX, AZ  85051

YOUNG, TROY L.
2686 COUNTY ROAD 3504
SULPHUR SPGS, TX  75482-6191

YU, CHEN-TZU
6 HEMLOCK RD
LIVINGSTON, NJ  07039

ZATARGA, LEO W
48-27 LITTLE NECK PKWY
LITTLE NECK, NY  11362

ZELUFF, ROBERT VICTOR
86002 MARTIN LN
YUKEE, FL  32097

ZIMMER, JEFFREY J.
1019 BEN DR.
BURLESON, TX  76028


Total Parties: 867

**EXHIBIT G**

Notices mailed by: April 30, 2021

BRAYTON PURCELL, LLP
222 RUSH LANDING ROAD
NOVATO, CA 94948-6169

COOPER HART LEGGIERO & WHITEHEAD
(FORMERLY THE DAVID LAW FIRM)
2202 TIMBERLOCH PLACE, SUITE 200
THE WOODLANDS, TX 77380

DAVID C. THOMPSON, P.C.
ATTN: DAVID C. THOMPSON, ATTORNEY AT
LAW
321 KITTSON AVENUE
GRAND FORKS, ND 58201

EDWARD O. MOODY, P.A.
801 WEST 4TH STREET
LITTLE ROCK, AR 72201

FOSTER & SEAR, LLP
ATTN: BESSIE L. ADAMS
817 GREENVIEW DR.
GRAND PRAIRIE, TX 75050

GOLDENBERG HELLER ANTOGNOLI ROWLAND
2227 SOUTH STATE ROUTE 157, P.O. BOX 959
EDWARDSVILLE, IL 62025

GORI JULIAN & ASSOCIATES, PC
156 NORTH MAIN STREET
EDWARDSVILLE, IL 62025

HISSEY KIENTZ, LLP
ATTN: MICHAEL HISSEY
9442 CAPITAL OF TEXAS HWY, N., SUITE 400
AUSTIN, TX 78759

HOTZE RUNKLE, PLLC
ATTN: RYAN C. RUNKLE
1101 S. CAPITAL OF TEXAS HWY, SUITE C100
WEST LAKE, TX 78746

KAZAN MCCLAIN SATTERLEY GREENWOOD
JACK LONDON MARKET
55 HARRISON STREET, STE 400
OAKLAND, CA 94607-3858

KELLEY & FERRARO, LLP
ATTN: CONSTANTINE VENIZELOS
950 MAIN AVE STE 1300
CLEVELAND, OH 44113-7210

KOONZ MCKENNEY JOHNSON DEPAOLIS
10300 EATON PLACE, SUITE 200
FAIRFAX, VA 22030

LANDRY & SWARR LLC
1010 COMMON ST, STE 2050
NEW ORLEANS, LA 70112

LAW OFFICE OF G. PATTERSON KEAHEY PC
ONE INDEPENDENCE PLAZA, SUITE 612
BIRMINGHAM, AL 35209

LAW OFFICES OF MICHAEL R. BILBREY PC
8724 PIN OAK ROAD
EDWARDSVILLE, IL 62025

LAW OFFICES OF PETER G. ANGELOS P.C.
100 N. CHARLES ST., 22ND FLR.
BALTIMORE, MD 21201

LEVY KONIGSBERG LLP
800 THIRD AVENUE, FLOOR 11
NEW YORK, NY 10022

MADEKSHO LAW FIRM, PLLC
5225 KATY FREEWAY, SUITE 500
HOUSTON, TX 77007

**Notices mailed by:  April 30, 2021**

MOSS & COX
ATTN: JOE D. MOSS
518 N. MAIN STREET
BONHAM, TX  75418

MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MT PLEASANT, SC  29464

NEMEROFF LAW FIRM
12720 HILLCREST RD STE 700
DALLAS, TX  75230-2044

O'SHEA & REYES, LLC
ATTN: MARY AINSWORTH, P.R.
5599 SOUTH UNIVERSITY DRIVE, SUITE 202
DAVIE, FL  33328

PAUL REICH & MYERS, P.C.
1608 WALNUT STREET, SUITE 500
PHILADELPHIA, PA  19103

RAMEY & SCHWALLER, LLP
5020 MONTROSE BLVD.
SUITE 800
HOUSTON, TX  77006

RICHARD A. DODD, L.C.
312 S. HOUSTON AVE.
CAMERON, TX  76520

RUNKLE LAW
ATTN: RYAN C. RUNKLE
1001 S. CAPITAL OF TEXAS HWY, SUITE M200
WEST LAKE, TX  78746

SHRADER & ASSOCIATES LLP
ATTN: ALLYSON M. ROMANI
22 A GINGER CREEK PARKWAY
GLEN CARBON, IL  62034

SIMMONS HANLY CONROY
ONE COURT STREET
ALTON, IL  62002

SVAMBERA LAW FIRM, PLLC
8441 GULF FREEWAY, SUITE 330
HOUSTON, TX  77017

TERRELL HOGAN
233 EAST BAY STREET, 8TH FLOOR
JACKSONVILLE, FL  32202

THE FERRARO LAW FIRM
ATTN: ANELY HERNANDEZ, ESQ.
600 BRICKELL AVE, STE 3800
MIAMI, FL  33131

THE LANIER LAW FIRM, BANKRUPTCY DEPT
ATTN: CHRISTOPHER PHIPPS
6810 FM 1960 WEST
HOUSTON, TX  77069

THORNTON LAW FIRM LLP
100 SUMMER ST, 30TH FLOOR
BOSTON, MA  02110

WALLACE GRAHAM, PA
525 N MAIN ST
SALISBURY, NC  28144

WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY  10003

WILENTZ GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ  07095

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  April 30, 2021**

Total Parties: 36

**EXHIBIT H**

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 2

BAR(23) MAIL ID *** 000194861741 ***



LAW OFFICES OF PETER G. ANGELOS P.C.
100 N. CHARLES ST., 22ND FLR.
BALTIMORE, MD  21201

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ABBOTT, DAVID L | 20246 | UNDETERMINED* | EXHIBIT A |
| 2 | ABBOTT, DENNIS M | 20247 | UNDETERMINED* | EXHIBIT A |
| 3 | ABBOTT, JEFFERY S, PR OF THE | 18271 | UNDETERMINED* | EXHIBIT A |
| 4 | ABBOTT, JOHN | 20248 | UNDETERMINED* | EXHIBIT A |
| 5 | ABEL, LYNN M, PR OF THE | 18843 | UNDETERMINED* | EXHIBIT A |
| 6 | ABRAHAM, EDWARD, JR | 20888 | UNDETERMINED* | EXHIBIT A |
| 7 | ABRECHT, GERALD | 20889 | UNDETERMINED* | EXHIBIT A |
| 8 | ACORS, LAVINIA L, PR OF THE | 18276 | UNDETERMINED* | EXHIBIT A |
| 9 | ADAMS, CYNTHIA JEAN, PR OF THE | 18281 | UNDETERMINED* | EXHIBIT A |
| 10 | ADAMS, FREDDIE, JR | 20249 | UNDETERMINED* | EXHIBIT A |
| 11 | ADAMS, JOSEPH W | 20250 | UNDETERMINED* | EXHIBIT A |
| 12 | ADAMS, RONALD D | 20251 | UNDETERMINED* | EXHIBIT A |
| 13 | ADAMS, VERNON G | 20252 | UNDETERMINED* | EXHIBIT A |
| 14 | ADKINS, EDWARD H, PR OF THE | 18284 | UNDETERMINED* | EXHIBIT A |
| 15 | ADKINS, PATRICIA ANN, PR OF THE | 18283 | UNDETERMINED* | EXHIBIT A |
| 16 | ADKINS, WAYNE L | 14120 | UNDETERMINED* | EXHIBIT A |
| 17 | ADKINSON, MARGARET, PR OF THE | 18285 | UNDETERMINED* | EXHIBIT A |
| 18 | ADKINSON, SHIRLEY D, PR OF THE | 18286 | UNDETERMINED* | EXHIBIT A |
| 19 | AHERNE, CAROLYN | 20890 | UNDETERMINED* | EXHIBIT A |
| 20 | AKEHURST, ELLEN | 20253 | UNDETERMINED* | EXHIBIT A |
| 21 | AKEHURST, JAMES, JR, PR OF THE | 18288 | UNDETERMINED* | EXHIBIT A |
| 22 | AKEHURST, WALTER L | 20254 | UNDETERMINED* | EXHIBIT A |
| 23 | ALBANESE, MICHAEL J, PR OF THE | 18275 | UNDETERMINED* | EXHIBIT A |
| 24 | ALBERT, CHARLES W, JR | 20255 | UNDETERMINED* | EXHIBIT A |
| 25 | ALBERT, RICHARD A | 20256 | UNDETERMINED* | EXHIBIT A |
| 26 | ALBI, RON J, PR OF THE | 18289 | UNDETERMINED* | EXHIBIT A |
| 27 | ALBRECHT, CHRISTOPHER | 20257 | UNDETERMINED* | EXHIBIT A |
| 28 | ALBRECHT, HELEN R, PR OF THE | 20200 | UNDETERMINED* | EXHIBIT A |
| 29 | ALFORD, WENDELL J | 20258 | UNDETERMINED* | EXHIBIT A |
| 30 | ALIMO, ANTHONY | 20259 | UNDETERMINED* | EXHIBIT A |
| 31 | ALIMO, JOHN J | 20260 | UNDETERMINED* | EXHIBIT A |
| 32 | ALIMO, VINCENT | 20261 | UNDETERMINED* | EXHIBIT A |
| 33 | ALIMO, VINCENT H, PR OF THE | 18292 | UNDETERMINED* | EXHIBIT A |
| 34 | ALLEN, MARGARET, PR OF THE | 18298 | UNDETERMINED* | EXHIBIT A |
| 35 | ALLEN, RUTH, PR OF THE | 18294 | UNDETERMINED* | EXHIBIT A |
| 36 | ALLESE, LEONARD J, SR | 20262 | UNDETERMINED* | EXHIBIT A |
| 37 | ALLGEIER, ROCHELLE E, PR OF THE | 19949 | UNDETERMINED* | EXHIBIT A |

| 38 | ALMANY, ZANE A | 20263 | UNDETERMINED* | EXHIBIT A |
|----|----------------|-------|---------------|-----------|
| 39 | ALSTON, MAURICE | 20264 | UNDETERMINED* | EXHIBIT A |
| 40 | ALT, PAULINE F, PR OF THE | 18299 | UNDETERMINED* | EXHIBIT A |
| 41 | ALT, WILLIAM H, SR | 20265 | UNDETERMINED* | EXHIBIT A |
| 42 | ALTEVOGT, GEORGE E, PR OF THE | 18300 | UNDETERMINED* | EXHIBIT A |
| 43 | ALTMEYER, THOMAS J | 20266 | UNDETERMINED* | EXHIBIT A |
| 44 | ALVAREZ, GLORIA T | 20267 | UNDETERMINED* | EXHIBIT A |
| 45 | ALVAREZ, MANUEL E, JR | 20269 | UNDETERMINED* | EXHIBIT A |
| 46 | ALVAREZ, MANUEL R | 20268 | UNDETERMINED* | EXHIBIT A |
| 47 | AMES, ANGELA | 20270 | UNDETERMINED* | EXHIBIT A |
| 48 | AMEY, HERBERT E, JR | 20271 | UNDETERMINED* | EXHIBIT A |
| 49 | AMON, JOSEPH | 20272 | UNDETERMINED* | EXHIBIT A |
| 50 | ANDERSON, CHARLES B | 20275 | UNDETERMINED* | EXHIBIT A |
| 51 | ANDERSON, CHARLES C | 20274 | UNDETERMINED* | EXHIBIT A |
| 52 | ANDERSON, CHARLES T | 20273 | UNDETERMINED* | EXHIBIT A |
| 53 | ANDERSON, DAVID M, SR | 20229 | UNDETERMINED* | EXHIBIT A |
| 54 | ANDERSON, EUGENE | 20230 | UNDETERMINED* | EXHIBIT A |
| 55 | ANDERSON, GEORGE, JR | 20231 | UNDETERMINED* | EXHIBIT A |
| 56 | ANDERSON, HELEN A, PR OF THE | 19567 | UNDETERMINED* | EXHIBIT A |
| 57 | ANDERSON, JAMES E | 20232 | UNDETERMINED* | EXHIBIT A |
| 58 | ANDERSON, JAMES L, PR OF THE | 18304 | UNDETERMINED* | EXHIBIT A |
| 59 | ANDERSON, MELVIN, PR OF THE | 18302 | UNDETERMINED* | EXHIBIT A |
| 60 | ANDERSON, NONLY D | 20233 | UNDETERMINED* | EXHIBIT A |
| 61 | ANDERSON, REGINALD | 20234 | UNDETERMINED* | EXHIBIT A |
| 62 | ANDERSON, WILFORD | 20235 | UNDETERMINED* | EXHIBIT A |
| 63 | ANDOLEO, ROSLYN A | 20236 | UNDETERMINED* | EXHIBIT A |
| 64 | ANDREWLESKI, ANTHONY | 20237 | UNDETERMINED* | EXHIBIT A |
| 65 | ANDREWS, LEONARD | 20891 | UNDETERMINED* | EXHIBIT A |
| 66 | ANDREWS, WARREN | 20238 | UNDETERMINED* | EXHIBIT A |
| 67 | ANDRYSIAK, TIMOTHY, SR | 20239 | UNDETERMINED* | EXHIBIT A |
| 68 | ANGEL, EARL H | 20240 | UNDETERMINED* | EXHIBIT A |
| 69 | ANGELILLI, DONNA D, PR OF THE | 18725 | UNDETERMINED* | EXHIBIT A |
| 70 | ANKENBRAND, HOWARD | 20241 | UNDETERMINED* | EXHIBIT A |
| 71 | ANTALFFY, ILONA R | 20242 | UNDETERMINED* | EXHIBIT A |
| 72 | ANTHONY, BARBARA C, PR OF THE | 19890 | UNDETERMINED* | EXHIBIT A |
| 73 | ANTHONY, BRUCE D | 20243 | UNDETERMINED* | EXHIBIT A |
| 74 | ANTHONY-EHLERS, SHARON, PR OF THE | 18306 | UNDETERMINED* | EXHIBIT A |
| 75 | ANTHONY-EHLERS, SHARON, PR OF THE | 18307 | UNDETERMINED* | EXHIBIT A |
| 76 | ANTONELLI, JOSEPH B, PR OF THE | 18309 | UNDETERMINED* | EXHIBIT A |
| 77 | ANTONIO, WILLIAM | 20244 | UNDETERMINED* | EXHIBIT A |
| 78 | ANZICK, LETITIA, PR OF THE | 20054 | UNDETERMINED* | EXHIBIT A |
| 79 | ARCORACI, DEAN, PR OF THE | 18311 | UNDETERMINED* | EXHIBIT A |
| 80 | ARMES, BILLY | 20245 | UNDETERMINED* | EXHIBIT A |
| 81 | ARMIGER, JAMES F, JR | 20276 | UNDETERMINED* | EXHIBIT A |
| 82 | ARMSTRONG, CAROL L | 20892 | UNDETERMINED* | EXHIBIT A |
| 83 | ARMSTRONG, CHARLES K | 20893 | UNDETERMINED* | EXHIBIT A |
| 84 | ARMSTRONG, TERI L | 14119 | UNDETERMINED* | EXHIBIT A |

| 85 | ARNOLD, EDWARD C, SR | 20277 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 86 | ARNOLD, JUDITH, PR OF THE | 18314 | UNDETERMINED* | EXHIBIT A |
| 87 | ARNOLD, RAYMOND | 20278 | UNDETERMINED* | EXHIBIT A |
| 88 | ARNOLD, ROBERT P | 20279 | UNDETERMINED* | EXHIBIT A |
| 89 | ARNOLD, SHIRLEY A, PR OF THE | 19928 | UNDETERMINED* | EXHIBIT A |
| 90 | ARNOLD, TIMOTHY F, PR OF THE | 18312 | UNDETERMINED* | EXHIBIT A |
| 91 | ARNOLD, TIMOTHY, PR OF THE | 18313 | UNDETERMINED* | EXHIBIT A |
| 92 | ARP, MAX R | 20280 | UNDETERMINED* | EXHIBIT A |
| 93 | ARRINGTON, ANN | 20281 | UNDETERMINED* | EXHIBIT A |
| 94 | ARRINGTON, HERBERT B | 20282 | UNDETERMINED* | EXHIBIT A |
| 95 | ARRISON, LINDA, PR OF THE | 18317 | UNDETERMINED* | EXHIBIT A |
| 96 | ASENSIO, CHARLES B | 20283 | UNDETERMINED* | EXHIBIT A |
| 97 | ASH, CURTIS L | 20284 | UNDETERMINED* | EXHIBIT A |
| 98 | ASH, EDWARD L, JR | 20285 | UNDETERMINED* | EXHIBIT A |
| 99 | ASH, SHIRLEY D, PR OF THE | 18319 | UNDETERMINED* | EXHIBIT A |
| 100 | ASHBURN, FLOYD T | 20286 | UNDETERMINED* | EXHIBIT A |
| 101 | ASHBURN, FLOYD T, PR OF THE | 19015 | UNDETERMINED* | EXHIBIT A |
| 102 | ASHFORD HAMILTON, MARY L | 20287 | UNDETERMINED* | EXHIBIT A |
| 103 | ASHLEY, JOYCE, PR OF THE | 19976 | UNDETERMINED* | EXHIBIT A |
| 104 | ASHLEY, ROBERT L | 20288 | UNDETERMINED* | EXHIBIT A |
| 105 | ASHLEY-SHAFFER, DOROTHY M, PR OF THE | 18320 | UNDETERMINED* | EXHIBIT A |
| 106 | ASHWELL, RUSSELL L, PR OF THE | 18321 | UNDETERMINED* | EXHIBIT A |
| 107 | ASTROTH, KATHLEEN M, PR OF THE | 19150 | UNDETERMINED* | EXHIBIT A |
| 108 | ATKINS, ROBERT J | 20289 | UNDETERMINED* | EXHIBIT A |
| 109 | ATKINSON, HOLMES | 20290 | UNDETERMINED* | EXHIBIT A |
| 110 | ATKINSON, RONNIE | 20291 | UNDETERMINED* | EXHIBIT A |
| 111 | ATTICK, DONNA L, PR OF THE | 19439 | UNDETERMINED* | EXHIBIT A |
| 112 | AUFFARTH, LOUISE | 20894 | UNDETERMINED* | EXHIBIT A |
| 113 | AUGUSTYNIAK, STANLEY T, JR | 20292 | UNDETERMINED* | EXHIBIT A |
| 114 | AUSTIN, CATHERINE H, PR OF THE | 18323 | UNDETERMINED* | EXHIBIT A |
| 115 | AUVIL, THOMAS J, SR | 20293 | UNDETERMINED* | EXHIBIT A |
| 116 | AVENT, TAWANA D | 20294 | UNDETERMINED* | EXHIBIT A |
| 117 | AVERY, CHARLES M, PR OF THE | 18325 | UNDETERMINED* | EXHIBIT A |
| 118 | AYBAR, ARTHUR R, PR OF THE | 19568 | UNDETERMINED* | EXHIBIT A |
| 119 | AYERS, TONY L | 20295 | UNDETERMINED* | EXHIBIT A |
| 120 | BACASTOW, RICHARD | 20296 | UNDETERMINED* | EXHIBIT A |
| 121 | BADOLATO, JANET P, PR OF THE | 18327 | UNDETERMINED* | EXHIBIT A |
| 122 | BAER, CARL F | 20297 | UNDETERMINED* | EXHIBIT A |
| 123 | BAHNER, JOHN C, JR | 20298 | UNDETERMINED* | EXHIBIT A |
| 124 | BAILER, ALBERT | 20895 | UNDETERMINED* | EXHIBIT A |
| 125 | BAILEY, FLOSSIE, PR OF THE | 18332 | UNDETERMINED* | EXHIBIT A |
| 126 | BAILEY, IRENE S, PR OF THE | 18329 | UNDETERMINED* | EXHIBIT A |
| 127 | BAILEY, JERRY M. | 31444 | UNDETERMINED* | EXHIBIT A |
| 128 | BAILEY, JESSE A | 20299 | UNDETERMINED* | EXHIBIT A |
| 129 | BAILEY, JOSEPH | 20896 | UNDETERMINED* | EXHIBIT A |
| 130 | BAILEY, MARGUERITE C, PR OF THE | 18330 | UNDETERMINED* | EXHIBIT A |
| 131 | BAILEY, PATRICIA A, PR OF THE | 18331 | UNDETERMINED* | EXHIBIT A |

| 132 | BAILEY, WILLIAM R | 20300 | UNDETERMINED* | EXHIBIT A |
|-----|------------------|-------|---------------|-----------|
| 133 | BAILOR, GEORGE E | 20301 | UNDETERMINED* | EXHIBIT A |
| 134 | BAIR, HELEN, FOR THE | 18333 | UNDETERMINED* | EXHIBIT A |
| 135 | BAIR, MICHAEL | 20302 | UNDETERMINED* | EXHIBIT A |
| 136 | BAIR, MICHAEL H, PR OF THE | 18334 | UNDETERMINED* | EXHIBIT A |
| 137 | BAIR, MICHAEL H, PR OF THE | 18335 | UNDETERMINED* | EXHIBIT A |
| 138 | BAIR, RONALD G, SR | 20303 | UNDETERMINED* | EXHIBIT A |
| 139 | BAIR, STANTON W, SR | 20897 | UNDETERMINED* | EXHIBIT A |
| 140 | BAIR, WARREN B | 20304 | UNDETERMINED* | EXHIBIT A |
| 141 | BAKER, ANDREW T | 20305 | UNDETERMINED* | EXHIBIT A |
| 142 | BAKER, CHRISTOPHER L | 20306 | UNDETERMINED* | EXHIBIT A |
| 143 | BAKER, ELEANOR | 20898 | UNDETERMINED* | EXHIBIT A |
| 144 | BAKER, FREDDIE M, SR | 20307 | UNDETERMINED* | EXHIBIT A |
| 145 | BAKER, GINA M | 20308 | UNDETERMINED* | EXHIBIT A |
| 146 | BAKER, HUBERT | 20309 | UNDETERMINED* | EXHIBIT A |
| 147 | BAKER, JAMES | 20310 | UNDETERMINED* | EXHIBIT A |
| 148 | BALDWIN, JOSEPH T | 20311 | UNDETERMINED* | EXHIBIT A |
| 149 | BALINSKY, EDWARD C , JR, PR OF THE | 18337 | UNDETERMINED* | EXHIBIT A |
| 150 | BALKO, JAMES, PR OF THE | 18338 | UNDETERMINED* | EXHIBIT A |
| 151 | BALL, JAMES E | 20312 | UNDETERMINED* | EXHIBIT A |
| 152 | BALL, STUART A | 20313 | UNDETERMINED* | EXHIBIT A |
| 153 | BALLARD, BARBARA L, PR OF THE | 18341 | UNDETERMINED* | EXHIBIT A |
| 154 | BALLARD, SARAH | 20899 | UNDETERMINED* | EXHIBIT A |
| 155 | BALLIET, HAROLD S, PR OF THE | 18342 | UNDETERMINED* | EXHIBIT A |
| 156 | BALMER, WALTER W | 20314 | UNDETERMINED* | EXHIBIT A |
| 157 | BANAHAN, MICHAEL | 20900 | UNDETERMINED* | EXHIBIT A |
| 158 | BANDELL, LOUIS, JR | 20315 | UNDETERMINED* | EXHIBIT A |
| 159 | BANDZI, SIMON, JR | 20316 | UNDETERMINED* | EXHIBIT A |
| 160 | BANIK, IRENE | 20317 | UNDETERMINED* | EXHIBIT A |
| 161 | BARBELY, JAMES C | 20318 | UNDETERMINED* | EXHIBIT A |
| 162 | BARBER, LOUIS | 20319 | UNDETERMINED* | EXHIBIT A |
| 163 | BARBOUR, WAYNE | 20901 | UNDETERMINED* | EXHIBIT A |
| 164 | BARCLAY, LINDA, PR OF THE | 18316 | UNDETERMINED* | EXHIBIT A |
| 165 | BARKER, ELIZABETH A, PR OF THE | 18343 | UNDETERMINED* | EXHIBIT A |
| 166 | BARNA, ROBERT | 14118 | UNDETERMINED* | EXHIBIT A |
| 167 | BARNES, MARILYN V | 20320 | UNDETERMINED* | EXHIBIT A |
| 168 | BARNES, MARYETTA | 20321 | UNDETERMINED* | EXHIBIT A |
| 169 | BARNETT, AILEA CHARITA, PR OF THE | 18345 | UNDETERMINED* | EXHIBIT A |
| 170 | BARNETT, KEVIN H | 14117 | UNDETERMINED* | EXHIBIT A |
| 171 | BARNETT, PHILIP B | 20322 | UNDETERMINED* | EXHIBIT A |
| 172 | BARONE, EDITH B | 20323 | UNDETERMINED* | EXHIBIT A |
| 173 | BARRACK, FREDERICK | 20324 | UNDETERMINED* | EXHIBIT A |
| 174 | BARRETT, RAYMOND, PR OF THE | 18348 | UNDETERMINED* | EXHIBIT A |
| 175 | BARRON, JEAN S | 20325 | UNDETERMINED* | EXHIBIT A |
| 176 | BARRY, KITTY C, PR OF THE | 18350 | UNDETERMINED* | EXHIBIT A |
| 177 | BARSY, ROBERT E, SR | 20326 | UNDETERMINED* | EXHIBIT A |
| 178 | BARTCH, JANET, PR OF THE | 18352 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 179 | BARTEE, ROBERT | 20327 | UNDETERMINED* | EXHIBIT A |
| 180 | BARTMAN, RALPH, JR | 20328 | UNDETERMINED* | EXHIBIT A |
| 181 | BARTON, LUCINDE ANN, PR OF THE | 18355 | UNDETERMINED* | EXHIBIT A |
| 182 | BARTON, WILLIAM | 20902 | UNDETERMINED* | EXHIBIT A |
| 183 | BASTFIELD, MARSHA, PR OF THE | 18356 | UNDETERMINED* | EXHIBIT A |
| 184 | BATES, FLORENCE, FOR THE | 18357 | UNDETERMINED* | EXHIBIT A |
| 185 | BATES, GEORGE P, PR OF THE | 18458 | UNDETERMINED* | EXHIBIT A |
| 186 | BATTAGLIA, VINCENT | 20329 | UNDETERMINED* | EXHIBIT A |
| 187 | BATTS, ALICE J | 20330 | UNDETERMINED* | EXHIBIT A |
| 188 | BATTS, JOAN A, PR OF THE | 18358 | UNDETERMINED* | EXHIBIT A |
| 189 | BATYKEFER, GARY L | 20331 | UNDETERMINED* | EXHIBIT A |
| 190 | BAUER, KIMBERLY E, PR OF THE | 18690 | UNDETERMINED* | EXHIBIT A |
| 191 | BAUGHMAN, GLENN R | 20332 | UNDETERMINED* | EXHIBIT A |
| 192 | BAUGHMAN, WILLIAM | 20903 | UNDETERMINED* | EXHIBIT A |
| 193 | BAUGUESS, RAYMOND | 20333 | UNDETERMINED* | EXHIBIT A |
| 194 | BAUM, WAYNE E | 20334 | UNDETERMINED* | EXHIBIT A |
| 195 | BAUMANN, MICHAEL C, PR OF THE | 19550 | UNDETERMINED* | EXHIBIT A |
| 196 | BAWROSKI, THOMAS G | 20335 | UNDETERMINED* | EXHIBIT A |
| 197 | BAXLEY, MILTON, JR, PR OF THE | 18359 | UNDETERMINED* | EXHIBIT A |
| 198 | BAYES, JANE L, PR OF THE | 18632 | UNDETERMINED* | EXHIBIT A |
| 199 | BAYES, JANE L, PR OF THE | 18634 | UNDETERMINED* | EXHIBIT A |
| 200 | BAYLE, EDITH I | 20336 | UNDETERMINED* | EXHIBIT A |
| 201 | BAYLE, RICHARD P | 20337 | UNDETERMINED* | EXHIBIT A |
| 202 | BAYLOR, LINWOOD | 20338 | UNDETERMINED* | EXHIBIT A |
| 203 | BAYNE, LINDA M, PR OF THE | 19501 | UNDETERMINED* | EXHIBIT A |
| 204 | BAZZELL, FEATO | 20339 | UNDETERMINED* | EXHIBIT A |
| 205 | BEACH, KATHRYN M, PR OF THE | 19165 | UNDETERMINED* | EXHIBIT A |
| 206 | BEALE, AVA D | 20340 | UNDETERMINED* | EXHIBIT A |
| 207 | BEALEFELD, FREDERICK H | 14116 | UNDETERMINED* | EXHIBIT A |
| 208 | BEALEFELD, JANIS LEE, PR OF THE | 18360 | UNDETERMINED* | EXHIBIT A |
| 209 | BEALL, JAMES | 20904 | UNDETERMINED* | EXHIBIT A |
| 210 | BEALMEAR, MARY JOANN, PR OF THE | 18442 | UNDETERMINED* | EXHIBIT A |
| 211 | BEAN, JOHN S | 20341 | UNDETERMINED* | EXHIBIT A |
| 212 | BEARD, JACOB W | 20342 | UNDETERMINED* | EXHIBIT A |
| 213 | BEARD, WILLIAM S, PR OF THE | 19248 | UNDETERMINED* | EXHIBIT A |
| 214 | BEARMAN, ALBERT J, SR | 20343 | UNDETERMINED* | EXHIBIT A |
| 215 | BEAZLEY, FRANCES T, PR OF THE | 18362 | UNDETERMINED* | EXHIBIT A |
| 216 | BECHTEL, ALMA M, PR OF THE | 18365 | UNDETERMINED* | EXHIBIT A |
| 217 | BECHTEL, MARY L, PR OF THE | 18364 | UNDETERMINED* | EXHIBIT A |
| 218 | BECHTEL, NORMAN E | 20905 | UNDETERMINED* | EXHIBIT A |
| 219 | BECHTEL, NORMAN, FOR THE | 19569 | UNDETERMINED* | EXHIBIT A |
| 220 | BECK, GEORGE R | 20344 | UNDETERMINED* | EXHIBIT A |
| 221 | BECK, LEROY M, SR | 20345 | UNDETERMINED* | EXHIBIT A |
| 222 | BECK, PATRICIA M, PR OF THE | 18367 | UNDETERMINED* | EXHIBIT A |
| 223 | BECKER, DONALD J | 20346 | UNDETERMINED* | EXHIBIT A |
| 224 | BECKER, HENRY | 20347 | UNDETERMINED* | EXHIBIT A |
| 225 | BECKER, MILLICENT P | 20348 | UNDETERMINED* | EXHIBIT A |

| 226 | BECKER, MILLICENT P, PR OF THE | 18369 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 227 | BECKER, PATRICIA S | 20349 | UNDETERMINED* | EXHIBIT A |
| 228 | BECKMAN, CONNIE LOU, PR OF THE | 18370 | UNDETERMINED* | EXHIBIT A |
| 229 | BECKNER, DAWN D, PR OF THE | 18371 | UNDETERMINED* | EXHIBIT A |
| 230 | BEDICS, JOSEPH | 20350 | UNDETERMINED* | EXHIBIT A |
| 231 | BEDNAR, BEATRICE, PR OF THE | 18372 | UNDETERMINED* | EXHIBIT A |
| 232 | BEDNAR, IRENE P | 20906 | UNDETERMINED* | EXHIBIT A |
| 233 | BEERS, DAWSON H | 20351 | UNDETERMINED* | EXHIBIT A |
| 234 | BEIER, THOMAS | 20352 | UNDETERMINED* | EXHIBIT A |
| 235 | BELAN, JOHN G | 20353 | UNDETERMINED* | EXHIBIT A |
| 236 | BELCH, JOAN A, PR OF THE | 18805 | UNDETERMINED* | EXHIBIT A |
| 237 | BELFORD, WILLIAM C | 20354 | UNDETERMINED* | EXHIBIT A |
| 238 | BELL, ARTHUR E | 20355 | UNDETERMINED* | EXHIBIT A |
| 239 | BELL, CALVIN L | 20356 | UNDETERMINED* | EXHIBIT A |
| 240 | BELL, HARRY A | 20357 | UNDETERMINED* | EXHIBIT A |
| 241 | BELLAMY, LUKE | 20358 | UNDETERMINED* | EXHIBIT A |
| 242 | BELLAMY, ROBERT W, JR | 20359 | UNDETERMINED* | EXHIBIT A |
| 243 | BELLETTI, STEVEN, PR OF THE | 18376 | UNDETERMINED* | EXHIBIT A |
| 244 | BELLISTRI, DONNA, PR OF THE | 19430 | UNDETERMINED* | EXHIBIT A |
| 245 | BENDA, DEBORAH A, PR OF THE | 19112 | UNDETERMINED* | EXHIBIT A |
| 246 | BENDAS, DOROTHY, FOR THE | 18377 | UNDETERMINED* | EXHIBIT A |
| 247 | BENDER, DAVID | 20360 | UNDETERMINED* | EXHIBIT A |
| 248 | BENDER, DELORES D, PR OF THE | 20223 | UNDETERMINED* | EXHIBIT A |
| 249 | BENNETT, ALLEN A | 20361 | UNDETERMINED* | EXHIBIT A |
| 250 | BENNETT, DALE B WEBSTER, PR OF THE | 20102 | UNDETERMINED* | EXHIBIT A |
| 251 | BENNETT, EDNA | 20907 | UNDETERMINED* | EXHIBIT A |
| 252 | BENNETT, JESSE J, JR | 20362 | UNDETERMINED* | EXHIBIT A |
| 253 | BENNETT, JOHN F | 20363 | UNDETERMINED* | EXHIBIT A |
| 254 | BENNETT, JUANITA L, PR OF THE | 20050 | UNDETERMINED* | EXHIBIT A |
| 255 | BENNETT, REGINA A, PR OF THE | 19147 | UNDETERMINED* | EXHIBIT A |
| 256 | BENNETT, RENE G | 20364 | UNDETERMINED* | EXHIBIT A |
| 257 | BENNETT, RODGER A | 20365 | UNDETERMINED* | EXHIBIT A |
| 258 | BENNETT, RONA, PR OF THE | 18385 | UNDETERMINED* | EXHIBIT A |
| 259 | BERGER, JOSEPH R | 20908 | UNDETERMINED* | EXHIBIT A |
| 260 | BERGER, THOMAS E, SR | 20366 | UNDETERMINED* | EXHIBIT A |
| 261 | BERGER, WALLACE | 20367 | UNDETERMINED* | EXHIBIT A |
| 262 | BERISH, ROSEMARY, PR OF THE | 18508 | UNDETERMINED* | EXHIBIT A |
| 263 | BERLINE, PATRICIA V, PR OF THE | 19120 | UNDETERMINED* | EXHIBIT A |
| 264 | BERNSTEIN, KAREN F, PR OF THE | 18723 | UNDETERMINED* | EXHIBIT A |
| 265 | BERNSTEIN, MELVIN S, PR OF THE | 18903 | UNDETERMINED* | EXHIBIT A |
| 266 | BERRY, CHERYL | 20909 | UNDETERMINED* | EXHIBIT A |
| 267 | BERTEL, ELIZABETH R | 20368 | UNDETERMINED* | EXHIBIT A |
| 268 | BERTRAND, BERTHA, PR OF THE | 19088 | UNDETERMINED* | EXHIBIT A |
| 269 | BESCHE, DEBORAH K, PR OF THE | 20045 | UNDETERMINED* | EXHIBIT A |
| 270 | BEST, HOMIE P, PR OF THE | 18390 | UNDETERMINED* | EXHIBIT A |
| 271 | BETHEA, MICHAEL | 20910 | UNDETERMINED* | EXHIBIT A |
| 272 | BETHKE, PETER A | 20369 | UNDETERMINED* | EXHIBIT A |

| 273 | BIBLE, BYREL D, JR | 20370 | UNDETERMINED* | EXHIBIT A |
| 274 | BIBLE, JERRY C | 20371 | UNDETERMINED* | EXHIBIT A |
| 275 | BIDDLE, SCOTT K | 14115 | UNDETERMINED* | EXHIBIT A |
| 276 | BIDINGER, BARBARA A | 20911 | UNDETERMINED* | EXHIBIT A |
| 277 | BIEDRZYCKI, DEBORAH A | 20372 | UNDETERMINED* | EXHIBIT A |
| 278 | BIEDRZYCKI, THADDEUS | 20373 | UNDETERMINED* | EXHIBIT A |
| 279 | BIGLEN, THERESA A, PR OF THE | 19419 | UNDETERMINED* | EXHIBIT A |
| 280 | BIGLEY, FLOYD H | 20374 | UNDETERMINED* | EXHIBIT A |
| 281 | BIGLEY, FLOYD H , JR, PR OF THE | 18393 | UNDETERMINED* | EXHIBIT A |
| 282 | BILGER, DENNIS R | 20375 | UNDETERMINED* | EXHIBIT A |
| 283 | BILLING, JACQUELINE L, PR OF THE | 20097 | UNDETERMINED* | EXHIBIT A |
| 284 | BILLINGSLEA, JAMES P | 20376 | UNDETERMINED* | EXHIBIT A |
| 285 | BILLINGSLEY, HARRY | 20377 | UNDETERMINED* | EXHIBIT A |
| 286 | BILLOT, PEDRO G | 20378 | UNDETERMINED* | EXHIBIT A |
| 287 | BIONDO, SALVADOR F, PR OF THE | 18396 | UNDETERMINED* | EXHIBIT A |
| 288 | BIRI, MARK A | 20379 | UNDETERMINED* | EXHIBIT A |
| 289 | BISHOP-KAUFMAN, AUDREY J, PR OF THE | 18397 | UNDETERMINED* | EXHIBIT A |
| 290 | BISIGNANI, BERNADINE | 14114 | UNDETERMINED* | EXHIBIT A |
| 291 | BISIGNANI, BERNADINE, PR OF THE | 18399 | UNDETERMINED* | EXHIBIT A |
| 292 | BITTLE, MARY E, PR OF THE | 18400 | UNDETERMINED* | EXHIBIT A |
| 293 | BITZER, CAROL L | 20380 | UNDETERMINED* | EXHIBIT A |
| 294 | BIXLER, BLAINE S | 20381 | UNDETERMINED* | EXHIBIT A |
| 295 | BIXLER, MICHAEL B | 20382 | UNDETERMINED* | EXHIBIT A |
| 296 | BLACK, DONALD L | 20383 | UNDETERMINED* | EXHIBIT A |
| 297 | BLACKBURN, BRUCE E, PR OF THE | 19333 | UNDETERMINED* | EXHIBIT A |
| 298 | BLACKBURN, DENNIS S | 20384 | UNDETERMINED* | EXHIBIT A |
| 299 | BLACKHURST, LINDA J, PR OF THE | 18684 | UNDETERMINED* | EXHIBIT A |
| 300 | BLACKWELL, ALICE C | 20385 | UNDETERMINED* | EXHIBIT A |
| 301 | BLACKWELL, GWENDOLYN | 20912 | UNDETERMINED* | EXHIBIT A |
| 302 | BLACKWELL, OSTELL, JR | 20386 | UNDETERMINED* | EXHIBIT A |
| 303 | BLACKWELL, ROXIE R | 20387 | UNDETERMINED* | EXHIBIT A |
| 304 | BLALOCK, DANIEL L, JR | 20388 | UNDETERMINED* | EXHIBIT A |
| 305 | BLANK, ROBERT C | 20389 | UNDETERMINED* | EXHIBIT A |
| 306 | BLAUCIAK, JOHN J, SR | 20390 | UNDETERMINED* | EXHIBIT A |
| 307 | BLEVINS, WILLIAM T, SR | 20391 | UNDETERMINED* | EXHIBIT A |
| 308 | BLICKENSTAFF, LINDA R | 20913 | UNDETERMINED* | EXHIBIT A |
| 309 | BLIZZARD, DENNIS | 20392 | UNDETERMINED* | EXHIBIT A |
| 310 | BLOCKSTON, JAMES, JR | 20393 | UNDETERMINED* | EXHIBIT A |
| 311 | BLOMQUIST, VALERIE F | 20394 | UNDETERMINED* | EXHIBIT A |
| 312 | BLUBAUGH, NORMAN L | 20914 | UNDETERMINED* | EXHIBIT A |
| 313 | BLUM, WILLIAM | 14113 | UNDETERMINED* | EXHIBIT A |
| 314 | BOAN, MARIE F, PR OF THE | 18404 | UNDETERMINED* | EXHIBIT A |
| 315 | BOARMAN, RALPH A, SR | 20395 | UNDETERMINED* | EXHIBIT A |
| 316 | BOBLITS, DONNA M, PR OF THE | 20141 | UNDETERMINED* | EXHIBIT A |
| 317 | BOCHESE, VINCENT P, SR | 20396 | UNDETERMINED* | EXHIBIT A |
| 318 | BOCHNOWICZ, JOHN | 20397 | UNDETERMINED* | EXHIBIT A |
| 319 | BODDICE, AGNES | 20915 | UNDETERMINED* | EXHIBIT A |

| 320 | BODDICE, AGNES E, PR OF THE | 18405 | UNDETERMINED* | EXHIBIT A |
| 321 | BODDICE, DIANE, PR OF THE | 18877 | UNDETERMINED* | EXHIBIT A |
| 322 | BODEN, CARMELLA T, PR OF THE | 18351 | UNDETERMINED* | EXHIBIT A |
| 323 | BODNAR, CHARLES B | 20398 | UNDETERMINED* | EXHIBIT A |
| 324 | BODNARENKO, MARY, PR OF THE | 18406 | UNDETERMINED* | EXHIBIT A |
| 325 | BOEHM, RICHARD | 20916 | UNDETERMINED* | EXHIBIT A |
| 326 | BOER, ANTHONY, PR OF THE | 18408 | UNDETERMINED* | EXHIBIT A |
| 327 | BOESL, JOHN A, JR | 20399 | UNDETERMINED* | EXHIBIT A |
| 328 | BOGGS, DOROTHY J, PR OF THE | 18409 | UNDETERMINED* | EXHIBIT A |
| 329 | BOGGS, WALLAS B | 20400 | UNDETERMINED* | EXHIBIT A |
| 330 | BOGUE, BARBARA ANN, PR OF THE | 18410 | UNDETERMINED* | EXHIBIT A |
| 331 | BOLANDER, WAYNE | 20401 | UNDETERMINED* | EXHIBIT A |
| 332 | BOLANDER, WILLIAM H, PR OF THE | 18411 | UNDETERMINED* | EXHIBIT A |
| 333 | BOLCAR, JOSEPH M | 20402 | UNDETERMINED* | EXHIBIT A |
| 334 | BOLIGITZ, STEPHEN M | 20403 | UNDETERMINED* | EXHIBIT A |
| 335 | BOLIN, RALPH, SR | 20917 | UNDETERMINED* | EXHIBIT A |
| 336 | BOLLIN, HAROLD | 20404 | UNDETERMINED* | EXHIBIT A |
| 337 | BOLLINGER, GEORGIA ANN, PR OF THE | 18413 | UNDETERMINED* | EXHIBIT A |
| 338 | BOLLINGER, GLENDA E, PR OF THE | 18412 | UNDETERMINED* | EXHIBIT A |
| 339 | BOLLINGER, PAUL E | 20405 | UNDETERMINED* | EXHIBIT A |
| 340 | BOLTON, LOIS M, PR OF THE | 18414 | UNDETERMINED* | EXHIBIT A |
| 341 | BOLYARD, MICHAEL J, PR OF THE | 18415 | UNDETERMINED* | EXHIBIT A |
| 342 | BON, PATRICIA, PR OF THE | 18417 | UNDETERMINED* | EXHIBIT A |
| 343 | BONA, REGINA, PR OF THE | 18418 | UNDETERMINED* | EXHIBIT A |
| 344 | BONADIO, NICHOLAS C, PR OF THE | 18419 | UNDETERMINED* | EXHIBIT A |
| 345 | BONADIO, VINCENT J, JR | 20406 | UNDETERMINED* | EXHIBIT A |
| 346 | BONE, KENNETH R | 20407 | UNDETERMINED* | EXHIBIT A |
| 347 | BONKOWSKI, SHIRLEY L, PR OF THE | 18420 | UNDETERMINED* | EXHIBIT A |
| 348 | BONNER, MEARLE C, PR OF THE | 18421 | UNDETERMINED* | EXHIBIT A |
| 349 | BONNER, PATRICK | 20408 | UNDETERMINED* | EXHIBIT A |
| 350 | BOOKER, ANJANETTE, PR OF THE | 18704 | UNDETERMINED* | EXHIBIT A |
| 351 | BOOKER, AUDREY S | 20409 | UNDETERMINED* | EXHIBIT A |
| 352 | BOOKER, ELEASE | 20410 | UNDETERMINED* | EXHIBIT A |
| 353 | BOOKER, GARNET C, PR OF THE | 18422 | UNDETERMINED* | EXHIBIT A |
| 354 | BOOKER, KIMBERLY L, PR OF THE | 19231 | UNDETERMINED* | EXHIBIT A |
| 355 | BOONE, DANIEL W | 20411 | UNDETERMINED* | EXHIBIT A |
| 356 | BOONE, GENEVA, PR OF THE | 18423 | UNDETERMINED* | EXHIBIT A |
| 357 | BOORE, LLOYD Z | 20412 | UNDETERMINED* | EXHIBIT A |
| 358 | BOOSE, RALPH R | 20413 | UNDETERMINED* | EXHIBIT A |
| 359 | BORDENSKI, ROBERT, SR | 20414 | UNDETERMINED* | EXHIBIT A |
| 360 | BORKMAN, ROBERT K | 20415 | UNDETERMINED* | EXHIBIT A |
| 361 | BORKOWICZ, LAWRENCE W, PR OF THE | 18424 | UNDETERMINED* | EXHIBIT A |
| 362 | BOROWICK, JOSEPH | 20416 | UNDETERMINED* | EXHIBIT A |
| 363 | BORUM, WILLIAM J | 20417 | UNDETERMINED* | EXHIBIT A |
| 364 | BOSSE, EMMA V | 20418 | UNDETERMINED* | EXHIBIT A |
| 365 | BOSSE, JOHN J | 20419 | UNDETERMINED* | EXHIBIT A |
| 366 | BOSTIC, JAMES, PR OF THE | 18426 | UNDETERMINED* | EXHIBIT A |

| 367 | BOSTIC, JAMES, PR OF THE | 18427 | UNDETERMINED* | EXHIBIT A |
| 368 | BOSTON, CORINE H | 20420 | UNDETERMINED* | EXHIBIT A |
| 369 | BOTTO, JOSEPH A, III | 20421 | UNDETERMINED* | EXHIBIT A |
| 370 | BOUFFARD, KAREN E, PR OF THE | 18559 | UNDETERMINED* | EXHIBIT A |
| 371 | BOUFFARD, KAREN, PR OF THE | 18558 | UNDETERMINED* | EXHIBIT A |
| 372 | BOULDEN, LEAH, PR OF THE | 20190 | UNDETERMINED* | EXHIBIT A |
| 373 | BOUNDS, ROLAND R, PR OF THE | 19915 | UNDETERMINED* | EXHIBIT A |
| 374 | BOURNIAS, LAMBRINI, PR OF THE | 18429 | UNDETERMINED* | EXHIBIT A |
| 375 | BOVE, JOHN R, II | 20422 | UNDETERMINED* | EXHIBIT A |
| 376 | BOWEN, MICHAEL J | 20423 | UNDETERMINED* | EXHIBIT A |
| 377 | BOWERS, HARRY | 20918 | UNDETERMINED* | EXHIBIT A |
| 378 | BOWERS, HARRY, JR | 20424 | UNDETERMINED* | EXHIBIT A |
| 379 | BOWERS, MARK, PR OF THE | 18431 | UNDETERMINED* | EXHIBIT A |
| 380 | BOWLIN, NORMAN W | 20425 | UNDETERMINED* | EXHIBIT A |
| 381 | BOWLING, KARMEL, PR OF THE | 18432 | UNDETERMINED* | EXHIBIT A |
| 382 | BOWMAN, JEANETTE | 14112 | UNDETERMINED* | EXHIBIT A |
| 383 | BOWMAN, JEANETTE, PR OF THE | 18433 | UNDETERMINED* | EXHIBIT A |
| 384 | BOYCE-RISAVY, CYNTHIA, PR OF THE | 18434 | UNDETERMINED* | EXHIBIT A |
| 385 | BOYD, DAVID | 20426 | UNDETERMINED* | EXHIBIT A |
| 386 | BOYD, DELORES A | 20919 | UNDETERMINED* | EXHIBIT A |
| 387 | BOYD, JEANNETTE M, PR OF THE | 18896 | UNDETERMINED* | EXHIBIT A |
| 388 | BOYD, SANDRA, PR OF THE | 20177 | UNDETERMINED* | EXHIBIT A |
| 389 | BOYER, RUFUS J | 20427 | UNDETERMINED* | EXHIBIT A |
| 390 | BOYLE, THOMAS | 20920 | UNDETERMINED* | EXHIBIT A |
| 391 | BOZMAN, CAROLYN A, PR OF THE | 19369 | UNDETERMINED* | EXHIBIT A |
| 392 | BRACKEN, JOSEPH, PR OF THE | 18438 | UNDETERMINED* | EXHIBIT A |
| 393 | BRADFORD, BARBARA A, PR OF THE | 19348 | UNDETERMINED* | EXHIBIT A |
| 394 | BRADLEY, DOROTHY L, PR OF THE | 18293 | UNDETERMINED* | EXHIBIT A |
| 395 | BRADLEY, FRANK A | 14111 | UNDETERMINED* | EXHIBIT A |
| 396 | BRADLEY, GARY | 20428 | UNDETERMINED* | EXHIBIT A |
| 397 | BRADLEY, STEPHEN B, PR OF THE | 18440 | UNDETERMINED* | EXHIBIT A |
| 398 | BRAGER, MILDRED A, PR OF THE | 18441 | UNDETERMINED* | EXHIBIT A |
| 399 | BRAGG, THOMAS M | 20429 | UNDETERMINED* | EXHIBIT A |
| 400 | BRANCH, LAURA M, PR OF THE | 18443 | UNDETERMINED* | EXHIBIT A |
| 401 | BRANDON, GOLDIE, JR | 20430 | UNDETERMINED* | EXHIBIT A |
| 402 | BRANFORD, ERNESTINE D | 20431 | UNDETERMINED* | EXHIBIT A |
| 403 | BRANHAM, MACIE E, PR OF THE | 18445 | UNDETERMINED* | EXHIBIT A |
| 404 | BRANNAN, EARLYNN, PR OF THE | 18945 | UNDETERMINED* | EXHIBIT A |
| 405 | BRANNAN, LINDA AHLAS, PR OF THE | 18287 | UNDETERMINED* | EXHIBIT A |
| 406 | BRANUM, HOWARD | 20432 | UNDETERMINED* | EXHIBIT A |
| 407 | BRASHEARS, VIRGINIA L | 20433 | UNDETERMINED* | EXHIBIT A |
| 408 | BRAUN, GUNTER I, JR, PR OF THE | 18449 | UNDETERMINED* | EXHIBIT A |
| 409 | BRAVERMAN, MARK | 20434 | UNDETERMINED* | EXHIBIT A |
| 410 | BREEDEN, MARY C, PR OF THE | 18451 | UNDETERMINED* | EXHIBIT A |
| 411 | BREEDLOVE, JUAN D, SR | 20922 | UNDETERMINED* | EXHIBIT A |
| 412 | BREEDLOVE, JUAN, JR | 20921 | UNDETERMINED* | EXHIBIT A |
| 413 | BREITENBACH, GLEN R, PR OF THE | 18453 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 414 | BRENDEL, FRED, PR OF THE | 18454 | UNDETERMINED* | EXHIBIT A |
| 415 | BRESSI, ANTHONY F , JR, PR OF THE | 18455 | UNDETERMINED* | EXHIBIT A |
| 416 | BRESSI, JOSEPHINE, PR OF THE | 18456 | UNDETERMINED* | EXHIBIT A |
| 417 | BREWER, DANIEL C, PR OF THE | 18457 | UNDETERMINED* | EXHIBIT A |
| 418 | BREWER, JAMES F | 20435 | UNDETERMINED* | EXHIBIT A |
| 419 | BREWSTER, PAULINE E | 20436 | UNDETERMINED* | EXHIBIT A |
| 420 | BRIDGES, CHRISTEL HICKMAN, PR OF THE | 19555 | UNDETERMINED* | EXHIBIT A |
| 421 | BRIDGES, DONNA L, PR OF THE | 18459 | UNDETERMINED* | EXHIBIT A |
| 422 | BRIDGES, LLOYD R | 20923 | UNDETERMINED* | EXHIBIT A |
| 423 | BRIGANDI, JOSEPH C | 20437 | UNDETERMINED* | EXHIBIT A |
| 424 | BRIGANI, GERALDINE G, PR OF THE | 18831 | UNDETERMINED* | EXHIBIT A |
| 425 | BRIGGS, BERNARD | 20924 | UNDETERMINED* | EXHIBIT A |
| 426 | BRILEY, MAXINE P, PR OF THE | 18460 | UNDETERMINED* | EXHIBIT A |
| 427 | BRINDOCK, THOMAS | 20438 | UNDETERMINED* | EXHIBIT A |
| 428 | BRITT, CLAUDE A | 20439 | UNDETERMINED* | EXHIBIT A |
| 429 | BRITTINGHAM, ESTHER M, PR OF THE | 18462 | UNDETERMINED* | EXHIBIT A |
| 430 | BRITTINGHAM, ROBERT | 20440 | UNDETERMINED* | EXHIBIT A |
| 431 | BRITVCH, BRENDA J, PR OF THE | 18596 | UNDETERMINED* | EXHIBIT A |
| 432 | BROADWATER, JOHN I | 20441 | UNDETERMINED* | EXHIBIT A |
| 433 | BROCIOUS, DOROTHY J, PR OF THE | 18463 | UNDETERMINED* | EXHIBIT A |
| 434 | BROCK, WALTER W | 20442 | UNDETERMINED* | EXHIBIT A |
| 435 | BROGDEN, ROBERT D | 20443 | UNDETERMINED* | EXHIBIT A |
| 436 | BROGLIE, DONALD F, PR OF THE | 18465 | UNDETERMINED* | EXHIBIT A |
| 437 | BROKUS, MARGARET E, PR OF THE | 19916 | UNDETERMINED* | EXHIBIT A |
| 438 | BROOKES, VERONICA H, PR OF THE | 18466 | UNDETERMINED* | EXHIBIT A |
| 439 | BROOKS, CALVIN, JR | 20444 | UNDETERMINED* | EXHIBIT A |
| 440 | BROOKS, CLIFFORD L, PR OF THE | 18468 | UNDETERMINED* | EXHIBIT A |
| 441 | BROOKS, MICHAEL G | 20445 | UNDETERMINED* | EXHIBIT A |
| 442 | BROOKS, ROBERTA J | 20925 | UNDETERMINED* | EXHIBIT A |
| 443 | BROOKS-PERRY, NORMA, PR OF THE | 19459 | UNDETERMINED* | EXHIBIT A |
| 444 | BROWN, ARVEL, SR | 20446 | UNDETERMINED* | EXHIBIT A |
| 445 | BROWN, CHARLES J, SR | 20447 | UNDETERMINED* | EXHIBIT A |
| 446 | BROWN, ERNEST L | 20448 | UNDETERMINED* | EXHIBIT A |
| 447 | BROWN, EULA M, PR OF THE | 18471 | UNDETERMINED* | EXHIBIT A |
| 448 | BROWN, FAYE E | 20449 | UNDETERMINED* | EXHIBIT A |
| 449 | BROWN, FRANK T, SR | 20450 | UNDETERMINED* | EXHIBIT A |
| 450 | BROWN, GERALD | 20451 | UNDETERMINED* | EXHIBIT A |
| 451 | BROWN, GLORIA, PR OF THE | 18473 | UNDETERMINED* | EXHIBIT A |
| 452 | BROWN, JAMES A | 20452 | UNDETERMINED* | EXHIBIT A |
| 453 | BROWN, JOE-ANN, PR OF THE | 18295 | UNDETERMINED* | EXHIBIT A |
| 454 | BROWN, JOHN | 20453 | UNDETERMINED* | EXHIBIT A |
| 455 | BROWN, JOHN | 20926 | UNDETERMINED* | EXHIBIT A |
| 456 | BROWN, JOYCE G | 20454 | UNDETERMINED* | EXHIBIT A |
| 457 | BROWN, LAURENIA R | 20455 | UNDETERMINED* | EXHIBIT A |
| 458 | BROWN, LENORA, FOR THE | 18474 | UNDETERMINED* | EXHIBIT A |
| 459 | BROWN, MARY A, PR OF THE | 18472 | UNDETERMINED* | EXHIBIT A |
| 460 | BROWN, MICHAEL B | 20456 | UNDETERMINED* | EXHIBIT A |

| 461 | BROWN, PATRICIA L | 20457 | UNDETERMINED* | EXHIBIT A |
| 462 | BROWN, PHILLIP D | 20458 | UNDETERMINED* | EXHIBIT A |
| 463 | BROWN, RAYMOND G | 20459 | UNDETERMINED* | EXHIBIT A |
| 464 | BROWN, ROBERT L | 20460 | UNDETERMINED* | EXHIBIT A |
| 465 | BROWN, ROY D , JR, PR OF THE | 18476 | UNDETERMINED* | EXHIBIT A |
| 466 | BROWN, TRAVUE T | 20461 | UNDETERMINED* | EXHIBIT A |
| 467 | BROWN, UNA, PR OF THE | 18475 | UNDETERMINED* | EXHIBIT A |
| 468 | BROWN, WILLIAM | 20462 | UNDETERMINED* | EXHIBIT A |
| 469 | BROYLES, DANIEL K | 14109 | UNDETERMINED* | EXHIBIT A |
| 470 | BROYLES, STEVEN K | 14108 | UNDETERMINED* | EXHIBIT A |
| 471 | BRUCH, STERLING | 20463 | UNDETERMINED* | EXHIBIT A |
| 472 | BRUECK, ARLETTA, PR OF THE | 20001 | UNDETERMINED* | EXHIBIT A |
| 473 | BRUGGEMAN, MICHAEL, PR OF THE | 18477 | UNDETERMINED* | EXHIBIT A |
| 474 | BRUNNER, HARRY R | 20464 | UNDETERMINED* | EXHIBIT A |
| 475 | BRUNO, JOSEPH R | 20465 | UNDETERMINED* | EXHIBIT A |
| 476 | BRUSH, TONI D, PR OF THE | 18479 | UNDETERMINED* | EXHIBIT A |
| 477 | BRUTON, PHYLLIS | 20466 | UNDETERMINED* | EXHIBIT A |
| 478 | BRYANT, SAMUEL E, JR | 20467 | UNDETERMINED* | EXHIBIT A |
| 479 | BRYANT, WILLIAM F, JR | 20468 | UNDETERMINED* | EXHIBIT A |
| 480 | BUCK, ERVIN M | 20469 | UNDETERMINED* | EXHIBIT A |
| 481 | BUCKHEIT, WILLIAM W | 20470 | UNDETERMINED* | EXHIBIT A |
| 482 | BUCKLEY, TONYA L, PR OF THE | 19540 | UNDETERMINED* | EXHIBIT A |
| 483 | BUCKVITZ, DOUGLAS W | 20471 | UNDETERMINED* | EXHIBIT A |
| 484 | BUCY, NONA R, PR OF THE | 18481 | UNDETERMINED* | EXHIBIT A |
| 485 | BUDDENBOHN, SUSAN, PR OF THE | 18407 | UNDETERMINED* | EXHIBIT A |
| 486 | BUETTNER, JOHN C | 20472 | UNDETERMINED* | EXHIBIT A |
| 487 | BUJANOWSKI, MICHAEL | 14107 | UNDETERMINED* | EXHIBIT A |
| 488 | BUJANOWSKI, MICHAEL JOHN | 31437 | UNDETERMINED* | EXHIBIT A |
| 489 | BULL, MILLICENT, PR OF THE | 18483 | UNDETERMINED* | EXHIBIT A |
| 490 | BULL, ROBERT L | 14106 | UNDETERMINED* | EXHIBIT A |
| 491 | BULLIE, MARY | 20927 | UNDETERMINED* | EXHIBIT A |
| 492 | BULLOCK, ANGELA, PR OF THE | 18484 | UNDETERMINED* | EXHIBIT A |
| 493 | BUNCH, DRUSCILLA, PR OF THE | 19945 | UNDETERMINED* | EXHIBIT A |
| 494 | BUNJON, FRANK | 20473 | UNDETERMINED* | EXHIBIT A |
| 495 | BURDA, DORIS | 20474 | UNDETERMINED* | EXHIBIT A |
| 496 | BURDA, DORIS M, PR OF THE | 18485 | UNDETERMINED* | EXHIBIT A |
| 497 | BURGAN, GARY P, PR OF THE | 18486 | UNDETERMINED* | EXHIBIT A |
| 498 | BURGER, LEWIS | 14105 | UNDETERMINED* | EXHIBIT A |
| 499 | BURGER, RICHARD D, PR OF THE | 18487 | UNDETERMINED* | EXHIBIT A |
| 500 | BURGER, RICHARD D, PR OF THE | 18488 | UNDETERMINED* | EXHIBIT A |
| 501 | BURGER, RONALD | 20475 | UNDETERMINED* | EXHIBIT A |
| 502 | BURGESS, ANDREW L | 20928 | UNDETERMINED* | EXHIBIT A |
| 503 | BURGESS, TRISHIA, FOR THE | 18489 | UNDETERMINED* | EXHIBIT A |
| 504 | BURKART, STEPHANIE, PR OF THE | 18679 | UNDETERMINED* | EXHIBIT A |
| 505 | BURKE, SHARYN A, PR OF THE | 18948 | UNDETERMINED* | EXHIBIT A |
| 506 | BURKER, ROLAND | 14104 | UNDETERMINED* | EXHIBIT A |
| 507 | BURKETT, ROOSEVELT | 20476 | UNDETERMINED* | EXHIBIT A |

470001

| | | | | |
|---|---|---|---|---|
| 508 | BURKMAN, DAVID V, PR OF THE | 18353 | UNDETERMINED* | EXHIBIT A |
| 509 | BURLEY, CHRISTOPHER, PR OF THE | 20101 | UNDETERMINED* | EXHIBIT A |
| 510 | BURLEY, GRANT, JR | 20929 | UNDETERMINED* | EXHIBIT A |
| 511 | BURNER, ROBERT L, PR OF THE | 18491 | UNDETERMINED* | EXHIBIT A |
| 512 | BURNETT, ROBERT | 20930 | UNDETERMINED* | EXHIBIT A |
| 513 | BURNETTE, CHARLOTTE | 20477 | UNDETERMINED* | EXHIBIT A |
| 514 | BURNETTE, LACY E | 20478 | UNDETERMINED* | EXHIBIT A |
| 515 | BURNETTE, RICHARD E | 20479 | UNDETERMINED* | EXHIBIT A |
| 516 | BURNS, CLAUDE | 20480 | UNDETERMINED* | EXHIBIT A |
| 517 | BURNS, DONALD L | 20481 | UNDETERMINED* | EXHIBIT A |
| 518 | BURNS, LESLIE | 20482 | UNDETERMINED* | EXHIBIT A |
| 519 | BURRELL, ARNETT | 20483 | UNDETERMINED* | EXHIBIT A |
| 520 | BURRELL, RUSSELL W | 20484 | UNDETERMINED* | EXHIBIT A |
| 521 | BURRIER, CATHERINE L, PR OF THE | 18492 | UNDETERMINED* | EXHIBIT A |
| 522 | BURROUGHS, GARNER H, SR | 20485 | UNDETERMINED* | EXHIBIT A |
| 523 | BURTON, CARL B | 20486 | UNDETERMINED* | EXHIBIT A |
| 524 | BURTON, MARK, PR OF THE | 18493 | UNDETERMINED* | EXHIBIT A |
| 525 | BUSCHMEIER, JAMES E | 20487 | UNDETERMINED* | EXHIBIT A |
| 526 | BUSH, ESTHER ELIZABETH, PR OF THE | 19543 | UNDETERMINED* | EXHIBIT A |
| 527 | BUSH, MARY R, PR OF THE | 18494 | UNDETERMINED* | EXHIBIT A |
| 528 | BUSHAW, PATRICIA A, PR OF THE | 18495 | UNDETERMINED* | EXHIBIT A |
| 529 | BUSKIRK, ROBERT J | 20488 | UNDETERMINED* | EXHIBIT A |
| 530 | BUSKY, MICHAEL J | 20489 | UNDETERMINED* | EXHIBIT A |
| 531 | BUTCHER, RICHARD K, PR OF THE | 18496 | UNDETERMINED* | EXHIBIT A |
| 532 | BUTLER, ANNETTE S | 20931 | UNDETERMINED* | EXHIBIT A |
| 533 | BUTLER, ARTHUR T, III | 20490 | UNDETERMINED* | EXHIBIT A |
| 534 | BUTLER, BARBARA, PR OF THE | 18382 | UNDETERMINED* | EXHIBIT A |
| 535 | BUTLER, CHRISTINE | 20491 | UNDETERMINED* | EXHIBIT A |
| 536 | BUTLER, JOHN W | 20492 | UNDETERMINED* | EXHIBIT A |
| 537 | BUTLER, ROBERT M | 20493 | UNDETERMINED* | EXHIBIT A |
| 538 | BUTLER, VIVIAN, PR OF THE | 18497 | UNDETERMINED* | EXHIBIT A |
| 539 | BUTRYN, FRED V, JR | 20494 | UNDETERMINED* | EXHIBIT A |
| 540 | BUTTS, MARIE B, PR OF THE | 18498 | UNDETERMINED* | EXHIBIT A |
| 541 | BUTTS, SHEILA, PR OF THE | 19066 | UNDETERMINED* | EXHIBIT A |
| 542 | BUZBY, DOLORES, PR OF THE | 18500 | UNDETERMINED* | EXHIBIT A |
| 543 | BUZBY, MARY A, PR OF THE | 18499 | UNDETERMINED* | EXHIBIT A |
| 544 | BYME, JAMES H, PR OF THE | 18502 | UNDETERMINED* | EXHIBIT A |
| 545 | BYRD, MARY J, PR OF THE | 18652 | UNDETERMINED* | EXHIBIT A |
| 546 | BYRD, SARA, FOR THE | 18501 | UNDETERMINED* | EXHIBIT A |
| 547 | BYRNE, THOMAS | 20932 | UNDETERMINED* | EXHIBIT A |
| 548 | CAIN, DAWN M, PR OF THE | 18505 | UNDETERMINED* | EXHIBIT A |
| 549 | CAIN, DENNIS R, PR OF THE | 18504 | UNDETERMINED* | EXHIBIT A |
| 550 | CAIN, RICHARD J, PR OF THE | 18503 | UNDETERMINED* | EXHIBIT A |
| 551 | CAIN, RICHARD J, PR OF THE | 18506 | UNDETERMINED* | EXHIBIT A |
| 552 | CALDWELL, BILLY R | 20495 | UNDETERMINED* | EXHIBIT A |
| 553 | CALDWELL, IVA N | 20933 | UNDETERMINED* | EXHIBIT A |
| 554 | CALDWELL, RHUDEAN, PR OF THE | 18928 | UNDETERMINED* | EXHIBIT A |

| 555 | CALDWELL, VERNIE M | 20496 | UNDETERMINED* | EXHIBIT A |
|-----|--------------------|-------|---------------|-----------|
| 556 | CALDWELL, WILLIAM, JR | 20497 | UNDETERMINED* | EXHIBIT A |
| 557 | CALI, CANDACE M, PR OF THE | 19174 | UNDETERMINED* | EXHIBIT A |
| 558 | CALVERT, ANDREW | 20934 | UNDETERMINED* | EXHIBIT A |
| 559 | CAMERON, PATRICIA A, PR OF THE | 19994 | UNDETERMINED* | EXHIBIT A |
| 560 | CAMPBELL, GREGORY W | 20498 | UNDETERMINED* | EXHIBIT A |
| 561 | CAMPBELL, JEFFREY LEE | 20499 | UNDETERMINED* | EXHIBIT A |
| 562 | CANNELLA, SANTINO | 20500 | UNDETERMINED* | EXHIBIT A |
| 563 | CANNON, GORDON, PR OF THE | 19942 | UNDETERMINED* | EXHIBIT A |
| 564 | CANNON, ROBERT | 20501 | UNDETERMINED* | EXHIBIT A |
| 565 | CANNON, WAYNE JOSEPH, PR OF THE | 19570 | UNDETERMINED* | EXHIBIT A |
| 566 | CANTER, EDWARD F | 20502 | UNDETERMINED* | EXHIBIT A |
| 567 | CANTERBURY, JAMES D | 20935 | UNDETERMINED* | EXHIBIT A |
| 568 | CANTRELL, JERRY | 20503 | UNDETERMINED* | EXHIBIT A |
| 569 | CANTY PERRY, MARY R | 20505 | UNDETERMINED* | EXHIBIT A |
| 570 | CANTY, ROBERT J | 20504 | UNDETERMINED* | EXHIBIT A |
| 571 | CAPEL, CONSTANCE O, PR OF THE | 19420 | UNDETERMINED* | EXHIBIT A |
| 572 | CAPERNA, MARIO A | 20506 | UNDETERMINED* | EXHIBIT A |
| 573 | CAPUANO, ANTHONY | 20507 | UNDETERMINED* | EXHIBIT A |
| 574 | CARAFFA, MICHELLE N, PR OF THE | 19571 | UNDETERMINED* | EXHIBIT A |
| 575 | CARAVELLO, THOMAS, SR | 20936 | UNDETERMINED* | EXHIBIT A |
| 576 | CARDWELL, VERNON E | 20508 | UNDETERMINED* | EXHIBIT A |
| 577 | CARE, HERMAN T | 20509 | UNDETERMINED* | EXHIBIT A |
| 578 | CAREY, JAMES E | 14103 | UNDETERMINED* | EXHIBIT A |
| 579 | CARGILE, JAMES L | 20510 | UNDETERMINED* | EXHIBIT A |
| 580 | CARLTON, CARDOZO P | 20511 | UNDETERMINED* | EXHIBIT A |
| 581 | CARLTON, ERNEST, JR | 20512 | UNDETERMINED* | EXHIBIT A |
| 582 | CAROLUS, LARRY B | 14102 | UNDETERMINED* | EXHIBIT A |
| 583 | CAROLUS, LEONA Q, PR OF THE | 18510 | UNDETERMINED* | EXHIBIT A |
| 584 | CARPENTER, RICHARD S | 20937 | UNDETERMINED* | EXHIBIT A |
| 585 | CARPENTER, THELMA C | 20513 | UNDETERMINED* | EXHIBIT A |
| 586 | CARPER, JAMES F, JR | 20938 | UNDETERMINED* | EXHIBIT A |
| 587 | CARPER, JOSEPH R | 20514 | UNDETERMINED* | EXHIBIT A |
| 588 | CARR, LISA L, PR OF THE | 18513 | UNDETERMINED* | EXHIBIT A |
| 589 | CARR, VARNETTE D, PR OF THE | 19505 | UNDETERMINED* | EXHIBIT A |
| 590 | CARRAGHAN, ROBERTA M | 20515 | UNDETERMINED* | EXHIBIT A |
| 591 | CARROL, BRUCE E, PR OF THE | 18516 | UNDETERMINED* | EXHIBIT A |
| 592 | CARROL, MILLER, PR OF THE | 18515 | UNDETERMINED* | EXHIBIT A |
| 593 | CARROLL, ANTHONY J, SR | 20516 | UNDETERMINED* | EXHIBIT A |
| 594 | CARROLL, CHARLES | 20517 | UNDETERMINED* | EXHIBIT A |
| 595 | CARROLL, GEORGANNA, PR OF THE | 18773 | UNDETERMINED* | EXHIBIT A |
| 596 | CARROLL, JUNE A, PR OF THE | 18514 | UNDETERMINED* | EXHIBIT A |
| 597 | CARTER, JOSEPH W | 20518 | UNDETERMINED* | EXHIBIT A |
| 598 | CARTER, RICHARD K | 20519 | UNDETERMINED* | EXHIBIT A |
| 599 | CARTER, RICKEY D | 20939 | UNDETERMINED* | EXHIBIT A |
| 600 | CARTWRIGHT, CORRINA, PR OF THE | 20150 | UNDETERMINED* | EXHIBIT A |
| 601 | CARTWRIGHT, TINA M, PR OF THE | 18518 | UNDETERMINED* | EXHIBIT A |

| 602 | CARUSO, JOSEPH S | 20520 | UNDETERMINED* | EXHIBIT A |
| 603 | CARVER, CARL N, PR OF THE | 18464 | UNDETERMINED* | EXHIBIT A |
| 604 | CARVER, SHIRLEY B | 20940 | UNDETERMINED* | EXHIBIT A |
| 605 | CASEY, JUANITA | 20521 | UNDETERMINED* | EXHIBIT A |
| 606 | CASEY, SUSANNAH, PR OF THE | 19272 | UNDETERMINED* | EXHIBIT A |
| 607 | CASH, ROBERT H | 20522 | UNDETERMINED* | EXHIBIT A |
| 608 | CASHEN, THOMAS J, JR | 20523 | UNDETERMINED* | EXHIBIT A |
| 609 | CASSAT, PATRICIA, PR OF THE | 18277 | UNDETERMINED* | EXHIBIT A |
| 610 | CASSEDAY, JAMES | 20524 | UNDETERMINED* | EXHIBIT A |
| 611 | CASSELL, NANCY C, PR OF THE | 19912 | UNDETERMINED* | EXHIBIT A |
| 612 | CASTAGNERA, DANIELLE, PR OF THE | 18812 | UNDETERMINED* | EXHIBIT A |
| 613 | CASTO, CARL V | 20941 | UNDETERMINED* | EXHIBIT A |
| 614 | CASWELL, CRAIG V | 20525 | UNDETERMINED* | EXHIBIT A |
| 615 | CATHCART, JAMES W | 20526 | UNDETERMINED* | EXHIBIT A |
| 616 | CATON, JOSEPH | 20527 | UNDETERMINED* | EXHIBIT A |
| 617 | CATTERTON, DENNIS M, PR OF THE | 18520 | UNDETERMINED* | EXHIBIT A |
| 618 | CAVEY, JOSEPH C, PR OF THE | 18522 | UNDETERMINED* | EXHIBIT A |
| 619 | CAWLEY, MARY E, PR OF THE | 19572 | UNDETERMINED* | EXHIBIT A |
| 620 | CELMER, RICHARD N , SR, PR OF THE | 18526 | UNDETERMINED* | EXHIBIT A |
| 621 | CERNAK, LOUIS J | 20942 | UNDETERMINED* | EXHIBIT A |
| 622 | CHAILLOU, MELVIN | 20528 | UNDETERMINED* | EXHIBIT A |
| 623 | CHAMBERLAIN, LEWIS | 20943 | UNDETERMINED* | EXHIBIT A |
| 624 | CHAMBERS, CAROLYN, PR OF THE | 18528 | UNDETERMINED* | EXHIBIT A |
| 625 | CHAMBERS, PAUL | 20529 | UNDETERMINED* | EXHIBIT A |
| 626 | CHAMBERS, REGINALD, JR | 20530 | UNDETERMINED* | EXHIBIT A |
| 627 | CHANCE, WILLIAM | 14101 | UNDETERMINED* | EXHIBIT A |
| 628 | CHANCE, WILLIAM E , JR, PR OF THE | 18529 | UNDETERMINED* | EXHIBIT A |
| 629 | CHANDER, THERESA A, PR OF THE | 18531 | UNDETERMINED* | EXHIBIT A |
| 630 | CHANDLER, HARRIET A, PR OF THE | 18530 | UNDETERMINED* | EXHIBIT A |
| 631 | CHANDLER, ROBERT H, JR | 20531 | UNDETERMINED* | EXHIBIT A |
| 632 | CHANEY, JESSE L, PR OF THE | 18532 | UNDETERMINED* | EXHIBIT A |
| 633 | CHAPMAN, PAUL J. | 14138 | UNDETERMINED* | EXHIBIT A |
| 634 | CHAPMAN, SHARON L. | 14139 | UNDETERMINED* | EXHIBIT A |
| 635 | CHAPMAN, TANYA R, PR OF THE | 18533 | UNDETERMINED* | EXHIBIT A |
| 636 | CHARLES, GERALDINE, PR OF THE | 18384 | UNDETERMINED* | EXHIBIT A |
| 637 | CHAVIS, ERNEST | 20532 | UNDETERMINED* | EXHIBIT A |
| 638 | CHEATHAM, LORENTHA S | 20533 | UNDETERMINED* | EXHIBIT A |
| 639 | CHEATHAM, PAUL | 20944 | UNDETERMINED* | EXHIBIT A |
| 640 | CHENAULT, MARION R | 20534 | UNDETERMINED* | EXHIBIT A |
| 641 | CHENOWETH, CARLTON D | 20535 | UNDETERMINED* | EXHIBIT A |
| 642 | CHESNEY, FRANK | 20536 | UNDETERMINED* | EXHIBIT A |
| 643 | CHESNUTT, ROBERT H | 20537 | UNDETERMINED* | EXHIBIT A |
| 644 | CHESTER, RUTH DESHONG, PR OF THE | 18534 | UNDETERMINED* | EXHIBIT A |
| 645 | CHESTNUT, KATRINA | 20945 | UNDETERMINED* | EXHIBIT A |
| 646 | CHESTNUT, MOSES | 20538 | UNDETERMINED* | EXHIBIT A |
| 647 | CHEW, LEE W, SR | 20539 | UNDETERMINED* | EXHIBIT A |
| 648 | CHICK, MICHAEL D, JR | 20540 | UNDETERMINED* | EXHIBIT A |

| 649 | CHILCOAT, JEAN H, PR OF THE | 18536 | UNDETERMINED* | EXHIBIT A |
|-----|------------------------------|-------|---------------|-----------|
| 650 | CHILCOTE, JEAN B | 20541 | UNDETERMINED* | EXHIBIT A |
| 651 | CHILDRESS, WAYNE R | 20542 | UNDETERMINED* | EXHIBIT A |
| 652 | CHILDS, ALBERT E, JR | 20543 | UNDETERMINED* | EXHIBIT A |
| 653 | CHMIELEWSKI, EDWARD | 20544 | UNDETERMINED* | EXHIBIT A |
| 654 | CHOINSKI, MISCHELLE LYNE, PR OF THE | 18538 | UNDETERMINED* | EXHIBIT A |
| 655 | CHRISAKIS, THEODORE | 14140 | UNDETERMINED* | EXHIBIT A |
| 656 | CHRISAKIS, THOMAS | 20545 | UNDETERMINED* | EXHIBIT A |
| 657 | CHRISOPOULOS, MARIA, PR OF THE | 20225 | UNDETERMINED* | EXHIBIT A |
| 658 | CHRISOPOULOS, PANAYOTIS S | 20546 | UNDETERMINED* | EXHIBIT A |
| 659 | CHRIST, ROBERT W | 20547 | UNDETERMINED* | EXHIBIT A |
| 660 | CHRISTIAN, ANTOINETTE, PR OF THE | 18326 | UNDETERMINED* | EXHIBIT A |
| 661 | CHRISTIAN, ELBERT C, JR | 20548 | UNDETERMINED* | EXHIBIT A |
| 662 | CHRISTMAN, DANIEL S | 20549 | UNDETERMINED* | EXHIBIT A |
| 663 | CHRISTMAN, SCOTT B | 20550 | UNDETERMINED* | EXHIBIT A |
| 664 | CHRISTNER, LLOYD E, JR | 20551 | UNDETERMINED* | EXHIBIT A |
| 665 | CHRISTOPHER, ALICE V | 20552 | UNDETERMINED* | EXHIBIT A |
| 666 | CHRISTY, CARMEN, PR OF THE | 18539 | UNDETERMINED* | EXHIBIT A |
| 667 | CHURCH, CHARLES | 20553 | UNDETERMINED* | EXHIBIT A |
| 668 | CHURCH, VERONICA L, PR OF THE | 19219 | UNDETERMINED* | EXHIBIT A |
| 669 | CIARPELLA, JOHN F, PR OF THE | 18541 | UNDETERMINED* | EXHIBIT A |
| 670 | CIEZKOWSKI, BARBARA | 20946 | UNDETERMINED* | EXHIBIT A |
| 671 | CIEZKOWSKI, HENRY J | 20554 | UNDETERMINED* | EXHIBIT A |
| 672 | CITRO, LINDA J, PR OF THE | 18765 | UNDETERMINED* | EXHIBIT A |
| 673 | CLAMPITT, MICHAEL R, PR OF THE | 19193 | UNDETERMINED* | EXHIBIT A |
| 674 | CLARK, ANNIE M | 20555 | UNDETERMINED* | EXHIBIT A |
| 675 | CLARK, CURTIS J | 20556 | UNDETERMINED* | EXHIBIT A |
| 676 | CLARK, DONALD | 20947 | UNDETERMINED* | EXHIBIT A |
| 677 | CLARK, HAYWOOD L | 20557 | UNDETERMINED* | EXHIBIT A |
| 678 | CLARK, JAMES J. | 14141 | UNDETERMINED* | EXHIBIT A |
| 679 | CLARK, MARGARET M | 20558 | UNDETERMINED* | EXHIBIT A |
| 680 | CLARK, ROBERT H, JR | 20559 | UNDETERMINED* | EXHIBIT A |
| 681 | CLARK, RON R, PR OF THE | 18545 | UNDETERMINED* | EXHIBIT A |
| 682 | CLARK, SHERIAN DARLENE, PR OF THE | 19361 | UNDETERMINED* | EXHIBIT A |
| 683 | CLARK, THOMAS L, JR | 20560 | UNDETERMINED* | EXHIBIT A |
| 684 | CLARK, WAYNE M, PR OF THE | 18543 | UNDETERMINED* | EXHIBIT A |
| 685 | CLAVEY, NORMA V, PR OF THE | 18546 | UNDETERMINED* | EXHIBIT A |
| 686 | CLAYTON, DAWN G, PR OF THE | 20036 | UNDETERMINED* | EXHIBIT A |
| 687 | CLAYTON, WILLIE M, PR OF THE | 18547 | UNDETERMINED* | EXHIBIT A |
| 688 | CLEMENTI, JAMES N DI, PR OF THE | 18646 | UNDETERMINED* | EXHIBIT A |
| 689 | CLEVENGER, MARTHA E, PR OF THE | 18694 | UNDETERMINED* | EXHIBIT A |
| 690 | CLEWELL, JAMES A | 20561 | UNDETERMINED* | EXHIBIT A |
| 691 | CLIFFORD, RICHARD H, PR OF THE | 18548 | UNDETERMINED* | EXHIBIT A |
| 692 | CLIFTON, JOSEPH | 20562 | UNDETERMINED* | EXHIBIT A |
| 693 | CLINE, GARY | 20948 | UNDETERMINED* | EXHIBIT A |
| 694 | CLINEDINST, ALLEN B, III | 20563 | UNDETERMINED* | EXHIBIT A |
| 695 | CLINES, LISA, PR OF THE | 19511 | UNDETERMINED* | EXHIBIT A |

| 696 | COATES, BARBARA JEAN, PR OF THE | 18551 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 697 | COCCAGNA, ALPHONSUS G | 20564 | UNDETERMINED* | EXHIBIT A |
| 698 | COCHRAN, CONSTANCE J | 20565 | UNDETERMINED* | EXHIBIT A |
| 699 | COCHRAN, CONSTANCE JEANETTE, PR OF THE | 18552 | UNDETERMINED* | EXHIBIT A |
| 700 | COCHRAN, DEBRA E, PR OF THE | 19368 | UNDETERMINED* | EXHIBIT A |
| 701 | COCKRELL, DAISY M | 20566 | UNDETERMINED* | EXHIBIT A |
| 702 | COCKRELL, MAGRUDER, PR OF THE | 18297 | UNDETERMINED* | EXHIBIT A |
| 703 | COFFMAN, BERNARD E | 20567 | UNDETERMINED* | EXHIBIT A |
| 704 | COFIELD, IDA | 20949 | UNDETERMINED* | EXHIBIT A |
| 705 | COGGIANO, GRACE T | 20568 | UNDETERMINED* | EXHIBIT A |
| 706 | COHEN, MARY E | 20569 | UNDETERMINED* | EXHIBIT A |
| 707 | COHEN, STUART Z, PR OF THE | 18349 | UNDETERMINED* | EXHIBIT A |
| 708 | COLE, ANNASTASIA F, PR OF THE | 18756 | UNDETERMINED* | EXHIBIT A |
| 709 | COLE, NANCY J, FOR THE | 18553 | UNDETERMINED* | EXHIBIT A |
| 710 | COLE, NORMAN F | 20570 | UNDETERMINED* | EXHIBIT A |
| 711 | COLEMAN, JOHN | 20950 | UNDETERMINED* | EXHIBIT A |
| 712 | COLEMAN, OLIVER K. | 14142 | UNDETERMINED* | EXHIBIT A |
| 713 | COLES, WAETINA A | 20571 | UNDETERMINED* | EXHIBIT A |
| 714 | COLLACCHI, BARBARA | 20572 | UNDETERMINED* | EXHIBIT A |
| 715 | COLLIER, JAMES M | 20573 | UNDETERMINED* | EXHIBIT A |
| 716 | COLLIER, LILLIAN F | 20574 | UNDETERMINED* | EXHIBIT A |
| 717 | COLLINS, ANNETTE | 20576 | UNDETERMINED* | EXHIBIT A |
| 718 | COLLINS, ANNIE L, PR OF THE | 18626 | UNDETERMINED* | EXHIBIT A |
| 719 | COLLINS, ARNOLD A | 20575 | UNDETERMINED* | EXHIBIT A |
| 720 | COLLINS, JAMES W, JR | 20577 | UNDETERMINED* | EXHIBIT A |
| 721 | COLLINS, SHELDON E | 20578 | UNDETERMINED* | EXHIBIT A |
| 722 | COLLINS, WILLIAM A. | 14143 | UNDETERMINED* | EXHIBIT A |
| 723 | COLLISON, KAREN, PR OF THE | 18801 | UNDETERMINED* | EXHIBIT A |
| 724 | COLON, RICHARD J | 20579 | UNDETERMINED* | EXHIBIT A |
| 725 | COLSTON, CLAUDE | 20951 | UNDETERMINED* | EXHIBIT A |
| 726 | COLSTON, EUGENE | 20952 | UNDETERMINED* | EXHIBIT A |
| 727 | COMEGYS, CHARLES A | 20953 | UNDETERMINED* | EXHIBIT A |
| 728 | COMMARERI, JOYCE I, PR OF THE | 18557 | UNDETERMINED* | EXHIBIT A |
| 729 | COMMODARI, ANTHONY | 20580 | UNDETERMINED* | EXHIBIT A |
| 730 | COMPOFELICE, SUSAN C, PR OF THE | 18560 | UNDETERMINED* | EXHIBIT A |
| 731 | COMPTON, VICTORIA, PR OF THE | 19381 | UNDETERMINED* | EXHIBIT A |
| 732 | COMPTON-LITTLE, EILEEN ESTHER, PR OF THE | 18561 | UNDETERMINED* | EXHIBIT A |
| 733 | CONJAR, NICHOLAS J, JR | 20581 | UNDETERMINED* | EXHIBIT A |
| 734 | CONKLIN, BRUCE D | 20582 | UNDETERMINED* | EXHIBIT A |
| 735 | CONNELLY, JAMES J. | 14144 | UNDETERMINED* | EXHIBIT A |
| 736 | CONNELLY, MICHAEL J, PR OF THE | 18563 | UNDETERMINED* | EXHIBIT A |
| 737 | CONNERS, HARLEY G, PR OF THE | 18827 | UNDETERMINED* | EXHIBIT A |
| 738 | CONNOLLY, SYLVIA M, PR OF THE | 18566 | UNDETERMINED* | EXHIBIT A |
| 739 | CONNOR, GERALD C | 20583 | UNDETERMINED* | EXHIBIT A |
| 740 | CONNOR, MANDIE, PR OF THE | 18567 | UNDETERMINED* | EXHIBIT A |
| 741 | CONNORS, MANDELLA, PR OF THE | 18786 | UNDETERMINED* | EXHIBIT A |
| 742 | CONRAD, DONALD G, PR OF THE | 18568 | UNDETERMINED* | EXHIBIT A |

| 743 | CONWAY, FRANCIS B | 20584 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 744 | COOK, CURTIS M | 20585 | UNDETERMINED* | EXHIBIT A |
| 745 | COOKERLY, FRANK M. | 14145 | UNDETERMINED* | EXHIBIT A |
| 746 | COOLEY, DEBRA | 20954 | UNDETERMINED* | EXHIBIT A |
| 747 | COOLEY, SAMUEL L | 20586 | UNDETERMINED* | EXHIBIT A |
| 748 | COOLING, LARRY W | 20587 | UNDETERMINED* | EXHIBIT A |
| 749 | COONTS, BETTY J, PR OF THE | 19370 | UNDETERMINED* | EXHIBIT A |
| 750 | COOPER, LEONARD N | 20588 | UNDETERMINED* | EXHIBIT A |
| 751 | COOPER, RAYMOND | 20589 | UNDETERMINED* | EXHIBIT A |
| 752 | COPPLE, CAROL LEE, PR OF THE | 18573 | UNDETERMINED* | EXHIBIT A |
| 753 | CORBITT, PAULINE, PR OF THE | 18574 | UNDETERMINED* | EXHIBIT A |
| 754 | CORNBLATT, SYLVAN | 20955 | UNDETERMINED* | EXHIBIT A |
| 755 | CORNELIUS, VALERIE J, PR OF THE | 18575 | UNDETERMINED* | EXHIBIT A |
| 756 | CORNISH, HERMAN A | 20590 | UNDETERMINED* | EXHIBIT A |
| 757 | CORRELL, JAMES | 20591 | UNDETERMINED* | EXHIBIT A |
| 758 | COSNER, GARY L | 20592 | UNDETERMINED* | EXHIBIT A |
| 759 | COSSENTINO, WILLIAM C , JR, PR OF THE | 18577 | UNDETERMINED* | EXHIBIT A |
| 760 | COSTA, FRANK J, JR | 20593 | UNDETERMINED* | EXHIBIT A |
| 761 | COSTELLO, DONNA M, PR OF THE | 18403 | UNDETERMINED* | EXHIBIT A |
| 762 | COSTELLO, JOHN J | 20594 | UNDETERMINED* | EXHIBIT A |
| 763 | COSTER, BRYAN | 20595 | UNDETERMINED* | EXHIBIT A |
| 764 | COSTER, BRYAN STEPHEN, PR OF THE | 18578 | UNDETERMINED* | EXHIBIT A |
| 765 | COTTE, JACQUELINE, PR OF THE | 19017 | UNDETERMINED* | EXHIBIT A |
| 766 | COTTO, MICHAEL A | 20596 | UNDETERMINED* | EXHIBIT A |
| 767 | COTTON, JOSEPH | 20597 | UNDETERMINED* | EXHIBIT A |
| 768 | COUGHLIN, EVELYN P, PR OF THE | 18579 | UNDETERMINED* | EXHIBIT A |
| 769 | COUGHLIN, WILLIAM M, JR | 20598 | UNDETERMINED* | EXHIBIT A |
| 770 | COUNCIL, HILDA M | 20599 | UNDETERMINED* | EXHIBIT A |
| 771 | COUNTISS, WILLIAM E | 20600 | UNDETERMINED* | EXHIBIT A |
| 772 | COURSEN, LEWIS E | 20601 | UNDETERMINED* | EXHIBIT A |
| 773 | COURTNEY, WANDA J, FOR THE | 20174 | UNDETERMINED* | EXHIBIT A |
| 774 | COUSINS, MARY A, PR OF THE | 19544 | UNDETERMINED* | EXHIBIT A |
| 775 | COUSINS, VINCENT | 20602 | UNDETERMINED* | EXHIBIT A |
| 776 | COVER, ROBERT | 20603 | UNDETERMINED* | EXHIBIT A |
| 777 | COVEY, WILLIAM L , JR, PR OF THE | 18580 | UNDETERMINED* | EXHIBIT A |
| 778 | COWAN, CLARENCE M, JR | 20604 | UNDETERMINED* | EXHIBIT A |
| 779 | COWMAN, BARBARA A | 20605 | UNDETERMINED* | EXHIBIT A |
| 780 | COX, DANNY C | 20606 | UNDETERMINED* | EXHIBIT A |
| 781 | COX, MARILYNN D, PR OF THE | 18581 | UNDETERMINED* | EXHIBIT A |
| 782 | COX, RANDY P, PR OF THE | 18583 | UNDETERMINED* | EXHIBIT A |
| 783 | COX, SHERRY, FOR THE | 18582 | UNDETERMINED* | EXHIBIT A |
| 784 | COXE, NELSON L | 20607 | UNDETERMINED* | EXHIBIT A |
| 785 | COYNE, MARY C, PR OF THE | 18585 | UNDETERMINED* | EXHIBIT A |
| 786 | CRAFT, ALLEN W | 20608 | UNDETERMINED* | EXHIBIT A |
| 787 | CRAFTON, DORIS, PR OF THE | 18273 | UNDETERMINED* | EXHIBIT A |
| 788 | CRAIG, SHIRLEY B, PR OF THE | 18586 | UNDETERMINED* | EXHIBIT A |
| 789 | CRAIGHEAD, ALONA FAY, PR OF THE | 18587 | UNDETERMINED* | EXHIBIT A |

| 790 | CRAIGHEAD, ROY H | 20956 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 791 | CRAMER, MELISSA, PR OF THE | 19064 | UNDETERMINED* | EXHIBIT A |
| 792 | CRANDALL, CHARLES | 20609 | UNDETERMINED* | EXHIBIT A |
| 793 | CRANK, CARRIE | 20610 | UNDETERMINED* | EXHIBIT A |
| 794 | CRAWFORD, GEORGE, PR OF THE | 18588 | UNDETERMINED* | EXHIBIT A |
| 795 | CRAWFORD, JAMES A | 20611 | UNDETERMINED* | EXHIBIT A |
| 796 | CRAWFORD, MAGGIE L | 20612 | UNDETERMINED* | EXHIBIT A |
| 797 | CRAWFORD, MAURICE S, PR OF THE | 18589 | UNDETERMINED* | EXHIBIT A |
| 798 | CREAMER, FRANCIS | 20957 | UNDETERMINED* | EXHIBIT A |
| 799 | CRESTA, CARMINE A, JR | 20613 | UNDETERMINED* | EXHIBIT A |
| 800 | CRITCHFIELD, JEFFREY B | 20614 | UNDETERMINED* | EXHIBIT A |
| 801 | CRIZER, SUSAN ELLEN, PR OF THE | 20088 | UNDETERMINED* | EXHIBIT A |
| 802 | CROCETTI, HOWARD G | 20615 | UNDETERMINED* | EXHIBIT A |
| 803 | CROCKETT, WILLIAM, PR OF THE | 18591 | UNDETERMINED* | EXHIBIT A |
| 804 | CRONAN, JOE H | 20616 | UNDETERMINED* | EXHIBIT A |
| 805 | CRONE, ROSALYN, PR OF THE | 18593 | UNDETERMINED* | EXHIBIT A |
| 806 | CROSBY, KIM, PR OF THE | 19608 | UNDETERMINED* | EXHIBIT A |
| 807 | CROSS, ETHELENE, PR OF THE | 20071 | UNDETERMINED* | EXHIBIT A |
| 808 | CROUCH, TIMOTHY L | 20617 | UNDETERMINED* | EXHIBIT A |
| 809 | CROUSE, KATHLEEN B, PR OF THE | 18594 | UNDETERMINED* | EXHIBIT A |
| 810 | CROVO, HOWARD C | 20618 | UNDETERMINED* | EXHIBIT A |
| 811 | CROWDER, EURYDICE | 20958 | UNDETERMINED* | EXHIBIT A |
| 812 | CROWELL, JOSEPH | 20959 | UNDETERMINED* | EXHIBIT A |
| 813 | CRUE, GRACE C, PR OF THE | 18597 | UNDETERMINED* | EXHIBIT A |
| 814 | CRUMP, ALBERT, SR | 20619 | UNDETERMINED* | EXHIBIT A |
| 815 | CRUMPLER, ALBERT B | 20960 | UNDETERMINED* | EXHIBIT A |
| 816 | CRUSE, SHONDETTE D, PR OF THE | 18598 | UNDETERMINED* | EXHIBIT A |
| 817 | CUDDY, GEORGE S | 20620 | UNDETERMINED* | EXHIBIT A |
| 818 | CUFFLEY, ELSIE, PR OF THE | 18599 | UNDETERMINED* | EXHIBIT A |
| 819 | CUGLE, HORACE, III | 20621 | UNDETERMINED* | EXHIBIT A |
| 820 | CULLEN, JOHN L | 20622 | UNDETERMINED* | EXHIBIT A |
| 821 | CULLISON, DONALD L, PR OF THE | 18600 | UNDETERMINED* | EXHIBIT A |
| 822 | CULP, GERMAINE | 20623 | UNDETERMINED* | EXHIBIT A |
| 823 | CULTON, JOYCE | 20961 | UNDETERMINED* | EXHIBIT A |
| 824 | CUMMINS, DAVID T, III | 20962 | UNDETERMINED* | EXHIBIT A |
| 825 | CUMMINS, DEBORAH L, PR OF THE | 18601 | UNDETERMINED* | EXHIBIT A |
| 826 | CUNNINGHAM, DONALD LEON, PR OF THE | 18602 | UNDETERMINED* | EXHIBIT A |
| 827 | CUNNINGHAM, ROBERT | 20624 | UNDETERMINED* | EXHIBIT A |
| 828 | CUNNINGHAM, ROBERT C, PR OF THE | 18603 | UNDETERMINED* | EXHIBIT A |
| 829 | CUNNINGHAM, THOMAS E | 20625 | UNDETERMINED* | EXHIBIT A |
| 830 | CUPP, WANDA S, FOR THE | 18604 | UNDETERMINED* | EXHIBIT A |
| 831 | CURRY, EDNA, PR OF THE | 18605 | UNDETERMINED* | EXHIBIT A |
| 832 | CUSTIS, EDWARD C, JR | 20626 | UNDETERMINED* | EXHIBIT A |
| 833 | CUTHBERTSON, JANIE A, PR OF THE | 18606 | UNDETERMINED* | EXHIBIT A |
| 834 | CUTLER, DOLORES, PR OF THE | 18607 | UNDETERMINED* | EXHIBIT A |
| 835 | CUTRIGHT, ALAN | 20963 | UNDETERMINED* | EXHIBIT A |
| 836 | CUTTER, BESSIE, PR OF THE | 18608 | UNDETERMINED* | EXHIBIT A |

| 837 | CYPRESS, ZANES E, JR | 20627 | UNDETERMINED* | EXHIBIT A |
| 838 | DAFFIN, HOWARD H , III, PR OF THE | 18609 | UNDETERMINED* | EXHIBIT A |
| 839 | DAFIN, JOHN, JR | 20628 | UNDETERMINED* | EXHIBIT A |
| 840 | DAGENHART, WILLIAM E | 20629 | UNDETERMINED* | EXHIBIT A |
| 841 | DAILEY, THOMAS R | 20630 | UNDETERMINED* | EXHIBIT A |
| 842 | DALEY, MICHAEL P, PR OF THE | 18610 | UNDETERMINED* | EXHIBIT A |
| 843 | DALEY, MICHAEL P, PR OF THE | 18611 | UNDETERMINED* | EXHIBIT A |
| 844 | DALRYMPLE, JAMES CULLEN, JR, PR OF THE | 20181 | UNDETERMINED* | EXHIBIT A |
| 845 | DAMATO, BARBARA, FOR THE | 18612 | UNDETERMINED* | EXHIBIT A |
| 846 | DANCY, MILDRED P, PR OF THE | 18614 | UNDETERMINED* | EXHIBIT A |
| 847 | DANDO, RONALD | 20631 | UNDETERMINED* | EXHIBIT A |
| 848 | DANDRIDGE, WALLACE T | 20964 | UNDETERMINED* | EXHIBIT A |
| 849 | DANFORTH, DEBORAH L, PR OF THE | 19234 | UNDETERMINED* | EXHIBIT A |
| 850 | DANIEL, CARL H | 20632 | UNDETERMINED* | EXHIBIT A |
| 851 | DANIEL, CAROLYN, PR OF THE | 18615 | UNDETERMINED* | EXHIBIT A |
| 852 | DANIEL-BESER, SHIRLEE E, PR OF THE | 18989 | UNDETERMINED* | EXHIBIT A |
| 853 | DANIELS, KENNETH, SR | 20633 | UNDETERMINED* | EXHIBIT A |
| 854 | DANIELS, NELSON T | 20634 | UNDETERMINED* | EXHIBIT A |
| 855 | DANIKER, GEORGE VAN, PR OF THE | 20153 | UNDETERMINED* | EXHIBIT A |
| 856 | DANNA, PETER | 20635 | UNDETERMINED* | EXHIBIT A |
| 857 | DARDEN, JOHNNY L, PR OF THE | 18618 | UNDETERMINED* | EXHIBIT A |
| 858 | DARE, JOSEPH G. | 14146 | UNDETERMINED* | EXHIBIT A |
| 859 | DARNELL, FRED E | 20666 | UNDETERMINED* | EXHIBIT A |
| 860 | DASHTIZADEH, MOHAMED R | 20667 | UNDETERMINED* | EXHIBIT A |
| 861 | DAUBERT, CAROL T, PR OF THE | 20092 | UNDETERMINED* | EXHIBIT A |
| 862 | DAUKSHA, MAE, PR OF THE | 18619 | UNDETERMINED* | EXHIBIT A |
| 863 | DAVENPORT, CHARLES E | 20668 | UNDETERMINED* | EXHIBIT A |
| 864 | DAVID, GEORGETTE P, PR OF THE | 19458 | UNDETERMINED* | EXHIBIT A |
| 865 | DAVIDSON, DAWN, PR OF THE | 20013 | UNDETERMINED* | EXHIBIT A |
| 866 | DAVIES, MELISSA J, PR OF THE | 19275 | UNDETERMINED* | EXHIBIT A |
| 867 | DAVIS, ALBERT | 20669 | UNDETERMINED* | EXHIBIT A |
| 868 | DAVIS, ALBERTINE G | 20670 | UNDETERMINED* | EXHIBIT A |
| 869 | DAVIS, BRENDA, PR OF THE | 19386 | UNDETERMINED* | EXHIBIT A |
| 870 | DAVIS, CLEVELAND J | 20671 | UNDETERMINED* | EXHIBIT A |
| 871 | DAVIS, DAWN M, PR OF THE | 19638 | UNDETERMINED* | EXHIBIT A |
| 872 | DAVIS, DONNA, PR OF THE | 19206 | UNDETERMINED* | EXHIBIT A |
| 873 | DAVIS, ELIZABETH T, PR OF THE | 18622 | UNDETERMINED* | EXHIBIT A |
| 874 | DAVIS, ELMER E | 20672 | UNDETERMINED* | EXHIBIT A |
| 875 | DAVIS, ETTA J, PR OF THE | 18625 | UNDETERMINED* | EXHIBIT A |
| 876 | DAVIS, GERALD FOSTER, PR OF THE | 18620 | UNDETERMINED* | EXHIBIT A |
| 877 | DAVIS, LINDA A, PR OF THE | 18623 | UNDETERMINED* | EXHIBIT A |
| 878 | DAVIS, MARIE F | 20965 | UNDETERMINED* | EXHIBIT A |
| 879 | DAVIS, MARY F, FOR THE | 18621 | UNDETERMINED* | EXHIBIT A |
| 880 | DAVIS, MICHAEL J | 20966 | UNDETERMINED* | EXHIBIT A |
| 881 | DAVIS, NORMA J, PR OF THE | 18461 | UNDETERMINED* | EXHIBIT A |
| 882 | DAVIS, PATRICIA M, PR OF THE | 18624 | UNDETERMINED* | EXHIBIT A |
| 883 | DAVIS, RAYMOND A. | 14147 | UNDETERMINED* | EXHIBIT A |

| 884 | DAVIS, THOMAS M, SR | 20673 | UNDETERMINED* | EXHIBIT A |
| 885 | DAVIS, WALTER, JR | 20674 | UNDETERMINED* | EXHIBIT A |
| 886 | DAVIS, WILLIAM S | 20675 | UNDETERMINED* | EXHIBIT A |
| 887 | DAWSON, TERRI | 20967 | UNDETERMINED* | EXHIBIT A |
| 888 | DAY, CURLEY E | 20676 | UNDETERMINED* | EXHIBIT A |
| 889 | DAY, LEWIS A | 20968 | UNDETERMINED* | EXHIBIT A |
| 890 | DAYHOFF, PAULA J, PR OF THE | 18880 | UNDETERMINED* | EXHIBIT A |
| 891 | DAYHOFF, PAULA, PR OF THE | 19170 | UNDETERMINED* | EXHIBIT A |
| 892 | DEAN, KATHERINE F, PR OF THE | 19393 | UNDETERMINED* | EXHIBIT A |
| 893 | DEAN, NORMAN JR, PR OF THE | 18628 | UNDETERMINED* | EXHIBIT A |
| 894 | DEAN, NORMAN L , JR, PR OF THE | 18629 | UNDETERMINED* | EXHIBIT A |
| 895 | DEANE, CORA J, PR OF THE | 18630 | UNDETERMINED* | EXHIBIT A |
| 896 | DEANER, WILLIAM W | 20677 | UNDETERMINED* | EXHIBIT A |
| 897 | DEARDORFF, THOMAS E, PR OF THE | 18631 | UNDETERMINED* | EXHIBIT A |
| 898 | DEBORD, BOOKER C, JR | 20678 | UNDETERMINED* | EXHIBIT A |
| 899 | DEBORD, JOHN M | 20679 | UNDETERMINED* | EXHIBIT A |
| 900 | DECATUR, CHARLOTTE, PR OF THE | 18635 | UNDETERMINED* | EXHIBIT A |
| 901 | DECKER, JOHN R | 20680 | UNDETERMINED* | EXHIBIT A |
| 902 | DECKER, NANCY E, PR OF THE | 18636 | UNDETERMINED* | EXHIBIT A |
| 903 | DECKMAN, MICHAEL L | 20681 | UNDETERMINED* | EXHIBIT A |
| 904 | DEEM, RICHARD L | 20682 | UNDETERMINED* | EXHIBIT A |
| 905 | DEHNE, JOHN R, JR | 20683 | UNDETERMINED* | EXHIBIT A |
| 906 | DEHNE, RONALD C | 20684 | UNDETERMINED* | EXHIBIT A |
| 907 | DEIMLER, HERMAN L. | 14148 | UNDETERMINED* | EXHIBIT A |
| 908 | DEIMLER, SAUNDRA | 14149 | UNDETERMINED* | EXHIBIT A |
| 909 | DEJULIUS, JOSEPH | 20685 | UNDETERMINED* | EXHIBIT A |
| 910 | DEKNATEL, LORI ANN, PR OF THE | 18381 | UNDETERMINED* | EXHIBIT A |
| 911 | DELGROSSO, JOHN A | 20686 | UNDETERMINED* | EXHIBIT A |
| 912 | DELKER, JOSEPH F | 20687 | UNDETERMINED* | EXHIBIT A |
| 913 | DELOATCH, WALTER, PR OF THE | 18637 | UNDETERMINED* | EXHIBIT A |
| 914 | DELORIERS, GEORGE T, PR OF THE | 18638 | UNDETERMINED* | EXHIBIT A |
| 915 | DELORSO, DENNIS | 14150 | UNDETERMINED* | EXHIBIT A |
| 916 | DELORY, JOSEPH | 20688 | UNDETERMINED* | EXHIBIT A |
| 917 | DEMCZAK, MARGARET L, PR OF THE | 18509 | UNDETERMINED* | EXHIBIT A |
| 918 | DEMORY, LEE R | 20689 | UNDETERMINED* | EXHIBIT A |
| 919 | DENICOLIS, ANTHONY | 20690 | UNDETERMINED* | EXHIBIT A |
| 920 | DENNIS, JAMES R | 20691 | UNDETERMINED* | EXHIBIT A |
| 921 | DENNIS, RICHARD B | 20692 | UNDETERMINED* | EXHIBIT A |
| 922 | DENVER, LANNY | 20693 | UNDETERMINED* | EXHIBIT A |
| 923 | DEPUTY, PATRICIA, PR OF THE | 18639 | UNDETERMINED* | EXHIBIT A |
| 924 | DERBY, CLARENCE D | 20694 | UNDETERMINED* | EXHIBIT A |
| 925 | DERMATIS, MINAS E | 14151 | UNDETERMINED* | EXHIBIT A |
| 926 | DESANTIS, ENZO | 20695 | UNDETERMINED* | EXHIBIT A |
| 927 | DESANTO, MARY LOU, PR OF THE | 19027 | UNDETERMINED* | EXHIBIT A |
| 928 | DESAULNIERS, JANIS L, PR OF THE | 19964 | UNDETERMINED* | EXHIBIT A |
| 929 | DESHONG, ROBERT, PR OF THE | 18640 | UNDETERMINED* | EXHIBIT A |
| 930 | DEVAUGHN, JOHN K, PR OF THE | 18641 | UNDETERMINED* | EXHIBIT A |

| | | | |
|---|---|---|---|
| 931 | DEVAUGHN, JOHN K, PR OF THE | 18642 | UNDETERMINED* | EXHIBIT A |
| 932 | DEVENNY, ETHEL M, PR OF THE | 18643 | UNDETERMINED* | EXHIBIT A |
| 933 | DEWALT, JOHN L | 20636 | UNDETERMINED* | EXHIBIT A |
| 934 | DIAMOND, GARY K | 20637 | UNDETERMINED* | EXHIBIT A |
| 935 | DIAZ, HECTOR L | 20638 | UNDETERMINED* | EXHIBIT A |
| 936 | DIBASTIANI, SCOTT A, PR OF THE | 18647 | UNDETERMINED* | EXHIBIT A |
| 937 | DIBLASIO, RAYMOND D | 20639 | UNDETERMINED* | EXHIBIT A |
| 938 | DICHIARA, JOHN N | 20640 | UNDETERMINED* | EXHIBIT A |
| 939 | DICKERSON, MARK W, PR OF THE | 18648 | UNDETERMINED* | EXHIBIT A |
| 940 | DIEHL, DORIS E, PR OF THE | 18651 | UNDETERMINED* | EXHIBIT A |
| 941 | DIEHL, GEORGE | 20641 | UNDETERMINED* | EXHIBIT A |
| 942 | DIEM, GERARD W | 14152 | UNDETERMINED* | EXHIBIT A |
| 943 | DIETER, HARRY A, PR OF THE | 18653 | UNDETERMINED* | EXHIBIT A |
| 944 | DIFRANCESCA, GIUSEPPE | 20642 | UNDETERMINED* | EXHIBIT A |
| 945 | DILLON, PETER | 20643 | UNDETERMINED* | EXHIBIT A |
| 946 | DILLSWORTH, CONSTANCE, PR OF THE | 18656 | UNDETERMINED* | EXHIBIT A |
| 947 | DIMICK, ROBERT G, SR | 20644 | UNDETERMINED* | EXHIBIT A |
| 948 | DIMLER, JOHN F , JR, PR OF THE | 18657 | UNDETERMINED* | EXHIBIT A |
| 949 | DINATALE, LEROY F | 20645 | UNDETERMINED* | EXHIBIT A |
| 950 | DINEHART, PALMERA M, PR OF THE | 18658 | UNDETERMINED* | EXHIBIT A |
| 951 | DIPALMA, GENE T, PR OF THE | 18659 | UNDETERMINED* | EXHIBIT A |
| 952 | DIPIETRO, ALFONZO | 14153 | UNDETERMINED* | EXHIBIT A |
| 953 | DISTEFANO, CHARLES | 20646 | UNDETERMINED* | EXHIBIT A |
| 954 | DITTMAR, MELVIN E | 20647 | UNDETERMINED* | EXHIBIT A |
| 955 | DIXON, AUDREY, PR OF THE | 19016 | UNDETERMINED* | EXHIBIT A |
| 956 | DIXON, GUENITH | 20648 | UNDETERMINED* | EXHIBIT A |
| 957 | DIXON, JOHN HARVEY | 20649 | UNDETERMINED* | EXHIBIT A |
| 958 | DOAK, HOWARD, JR | 20650 | UNDETERMINED* | EXHIBIT A |
| 959 | DOAN, D MICHAEL | 14154 | UNDETERMINED* | EXHIBIT A |
| 960 | DOBBINS, CHARLES | 20969 | UNDETERMINED* | EXHIBIT A |
| 961 | DODDS, KATHERINE, PR OF THE | 18444 | UNDETERMINED* | EXHIBIT A |
| 962 | DODGE, GARY A | 20651 | UNDETERMINED* | EXHIBIT A |
| 963 | DODSON, GORDON J | 20652 | UNDETERMINED* | EXHIBIT A |
| 964 | DODSON, KENNETH V, PR OF THE | 18661 | UNDETERMINED* | EXHIBIT A |
| 965 | DODSON, STEVEN E | 20653 | UNDETERMINED* | EXHIBIT A |
| 966 | DOHLER, BRENDA P, PR OF THE | 18663 | UNDETERMINED* | EXHIBIT A |
| 967 | DOLCH, JUNE, PR OF THE | 18386 | UNDETERMINED* | EXHIBIT A |
| 968 | DOLLY, BORDEN W | 20654 | UNDETERMINED* | EXHIBIT A |
| 969 | DOMINIAK, NORMA MAE, PR OF THE | 18664 | UNDETERMINED* | EXHIBIT A |
| 970 | DONA, OTTAWA ANNE, PR OF THE | 19882 | UNDETERMINED* | EXHIBIT A |
| 971 | DONAHUE, KIMBERLY K, PR OF THE | 19573 | UNDETERMINED* | EXHIBIT A |
| 972 | DONAHUE, LOUIS A | 20970 | UNDETERMINED* | EXHIBIT A |
| 973 | DONEY, CATHERINE, PR OF THE | 18665 | UNDETERMINED* | EXHIBIT A |
| 974 | DONEY, ROBERT J | 14155 | UNDETERMINED* | EXHIBIT A |
| 975 | DONOVAN, JOHN G | 20655 | UNDETERMINED* | EXHIBIT A |
| 976 | DOONAN, EDWARD F | 20656 | UNDETERMINED* | EXHIBIT A |
| 977 | DORRILL, WILLIAM H , JR, PR OF THE | 18667 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 978 | DORSEY, ANTHONY W | 20657 | UNDETERMINED* | EXHIBIT A |
| 979 | DORSEY, GEORGE A , III, PR OF THE | 18668 | UNDETERMINED* | EXHIBIT A |
| 980 | DORSEY, NORMAN | 20658 | UNDETERMINED* | EXHIBIT A |
| 981 | DOSSETT, CHARLES R | 20659 | UNDETERMINED* | EXHIBIT A |
| 982 | DOUGHERTY, JOSEPH C, PR OF THE | 18670 | UNDETERMINED* | EXHIBIT A |
| 983 | DOUGLAS, PHILLIP, III, PR OF THE | 18671 | UNDETERMINED* | EXHIBIT A |
| 984 | DOVE, RONALD E | 20660 | UNDETERMINED* | EXHIBIT A |
| 985 | DOWDY, MARIE L | 20661 | UNDETERMINED* | EXHIBIT A |
| 986 | DOWDY, MARIE L, PR OF THE | 18673 | UNDETERMINED* | EXHIBIT A |
| 987 | DOWNERY, FREDERICK | 14156 | UNDETERMINED* | EXHIBIT A |
| 988 | DOWNEY, JUNE A, PR OF THE | 18675 | UNDETERMINED* | EXHIBIT A |
| 989 | DOWNEY, ROBERT T | 20662 | UNDETERMINED* | EXHIBIT A |
| 990 | DOWNEY, ROBERT T, PR OF THE | 18674 | UNDETERMINED* | EXHIBIT A |
| 991 | DOWNS, JAMES W | 20663 | UNDETERMINED* | EXHIBIT A |
| 992 | DRAPER, VINCENT C | 20664 | UNDETERMINED* | EXHIBIT A |
| 993 | DRAYTON, JAMES | 20971 | UNDETERMINED* | EXHIBIT A |
| 994 | DREYFUS, SCOTT, PR OF THE | 19574 | UNDETERMINED* | EXHIBIT A |
| 995 | DRINNON, LESTER D, JR | 20665 | UNDETERMINED* | EXHIBIT A |
| 996 | DRISCOLL, CHARLES R | 20696 | UNDETERMINED* | EXHIBIT A |
| 997 | DRISCOLL, SHIRLEY | 20697 | UNDETERMINED* | EXHIBIT A |
| 998 | DRISGILL, RONALD L, PR OF THE | 18676 | UNDETERMINED* | EXHIBIT A |
| 999 | DROPPLEMAN, PATRICIA F, PR OF THE | 18318 | UNDETERMINED* | EXHIBIT A |
| 1000 | DRUDING, DIANNE | 20972 | UNDETERMINED* | EXHIBIT A |
| 1001 | DRUIETT, JOHN R, PR OF THE | 18677 | UNDETERMINED* | EXHIBIT A |
| 1002 | DRUST, STANLEY | 20698 | UNDETERMINED* | EXHIBIT A |
| 1003 | DRYKERMAN, RIKKI, ESQ, PR OF THE | 19255 | UNDETERMINED* | EXHIBIT A |
| 1004 | DRYKERMAN, RIKKI, PR OF THE | 19407 | UNDETERMINED* | EXHIBIT A |
| 1005 | DUDA, BETTE A, PR OF THE | 20128 | UNDETERMINED* | EXHIBIT A |
| 1006 | DUDA, MIKE | 14157 | UNDETERMINED* | EXHIBIT A |
| 1007 | DUDLEY, RALPH E | 14158 | UNDETERMINED* | EXHIBIT A |
| 1008 | DUFF, MARGARET, PR OF THE | 18680 | UNDETERMINED* | EXHIBIT A |
| 1009 | DUFFY, MICHAEL E | 20699 | UNDETERMINED* | EXHIBIT A |
| 1010 | DUFFY, PATRICIA, PR OF THE | 18681 | UNDETERMINED* | EXHIBIT A |
| 1011 | DUGGAN, PATRICIA, PR OF THE | 18682 | UNDETERMINED* | EXHIBIT A |
| 1012 | DUGGER, TOMMY A | 20700 | UNDETERMINED* | EXHIBIT A |
| 1013 | DULSKY, RICHARD B, JR | 20973 | UNDETERMINED* | EXHIBIT A |
| 1014 | DUMAIS, JAMES A, PR OF THE | 19862 | UNDETERMINED* | EXHIBIT A |
| 1015 | DUNAJA, LEONARD G , JR, PR OF THE | 18683 | UNDETERMINED* | EXHIBIT A |
| 1016 | DUNCAN, KENNETH E | 14159 | UNDETERMINED* | EXHIBIT A |
| 1017 | DUNCAN, KENNETH E | 14160 | UNDETERMINED* | EXHIBIT A |
| 1018 | DUNCAN, LOWELL | 20701 | UNDETERMINED* | EXHIBIT A |
| 1019 | DUNCAN, OWEN E | 20702 | UNDETERMINED* | EXHIBIT A |
| 1020 | DUNCAN, ROBERT | 20703 | UNDETERMINED* | EXHIBIT A |
| 1021 | DUNKLE, JENNIFER LEE, PR OF THE | 19962 | UNDETERMINED* | EXHIBIT A |
| 1022 | DUNN, RICHARD B, PR OF THE | 18685 | UNDETERMINED* | EXHIBIT A |
| 1023 | DUNN, ROBERT R | 20704 | UNDETERMINED* | EXHIBIT A |
| 1024 | DUNNOCK, BETTY J | 20705 | UNDETERMINED* | EXHIBIT A |

470001

| | | | | |
|---|---|---|---|---|
| 1025 | DUNNOCK, JOHN H | 20706 | UNDETERMINED* | EXHIBIT A |
| 1026 | DUNTON, HOWARD W | 20707 | UNDETERMINED* | EXHIBIT A |
| 1027 | DURAND, JOHN A | 20708 | UNDETERMINED* | EXHIBIT A |
| 1028 | DUREN, WILLIAM | 20709 | UNDETERMINED* | EXHIBIT A |
| 1029 | DURHAM, CARL E , JR, PR OF THE | 18687 | UNDETERMINED* | EXHIBIT A |
| 1030 | DUSHEL, FRANCES E | 20710 | UNDETERMINED* | EXHIBIT A |
| 1031 | DUTTON, HENRY J, SR | 20711 | UNDETERMINED* | EXHIBIT A |
| 1032 | DWIGGINS, WILLIAM R | 20712 | UNDETERMINED* | EXHIBIT A |
| 1033 | DWYER, PHILIP C | 20713 | UNDETERMINED* | EXHIBIT A |
| 1034 | DYE, WILBERT | 20714 | UNDETERMINED* | EXHIBIT A |
| 1035 | DYOTT, ALLEN | 20715 | UNDETERMINED* | EXHIBIT A |
| 1036 | EAKLE, CHRISTOPHER D, PR OF THE | 18688 | UNDETERMINED* | EXHIBIT A |
| 1037 | EARHART, JOHN | 20716 | UNDETERMINED* | EXHIBIT A |
| 1038 | EARP, THOMAS E, SR | 20717 | UNDETERMINED* | EXHIBIT A |
| 1039 | EASTMAN, RUSSEL | 20718 | UNDETERMINED* | EXHIBIT A |
| 1040 | EASTWOOD, WILLIE J | 20719 | UNDETERMINED* | EXHIBIT A |
| 1041 | EATON, ANDRE | 14765 | UNDETERMINED* | EXHIBIT A |
| 1042 | EATON, ANDRE V. | 14183 | UNDETERMINED* | EXHIBIT A |
| 1043 | EBEN, TERRY D. | 14182 | UNDETERMINED* | EXHIBIT A |
| 1044 | EBERHARDT, JOE H | 20720 | UNDETERMINED* | EXHIBIT A |
| 1045 | EBERSOLE, NANCY L, PR OF THE | 18838 | UNDETERMINED* | EXHIBIT A |
| 1046 | EBERT, WILLIAM D | 20721 | UNDETERMINED* | EXHIBIT A |
| 1047 | EBERWEIN, RUSSELL E, JR | 20722 | UNDETERMINED* | EXHIBIT A |
| 1048 | ECKHART, ELSIE | 20723 | UNDETERMINED* | EXHIBIT A |
| 1049 | ECKHART, ELSIE L, PR OF THE | 18691 | UNDETERMINED* | EXHIBIT A |
| 1050 | ECKHART, LAMONT | 20724 | UNDETERMINED* | EXHIBIT A |
| 1051 | ECKHART, LOUIS W | 20725 | UNDETERMINED* | EXHIBIT A |
| 1052 | ECKLEY, GARY D | 20726 | UNDETERMINED* | EXHIBIT A |
| 1053 | ECKSTEIN, MARK H | 20727 | UNDETERMINED* | EXHIBIT A |
| 1054 | EDER, RICHARD W, PR OF THE | 18692 | UNDETERMINED* | EXHIBIT A |
| 1055 | EDGE, WILLIAM | 20728 | UNDETERMINED* | EXHIBIT A |
| 1056 | EDMISTON, CHRISTINA, PR OF THE | 18344 | UNDETERMINED* | EXHIBIT A |
| 1057 | EDMISTON, CHRISTINA, PR OF THE | 18346 | UNDETERMINED* | EXHIBIT A |
| 1058 | EDMOND, LANDO | 20729 | UNDETERMINED* | EXHIBIT A |
| 1059 | EDMONDS, ESTEE | 20730 | UNDETERMINED* | EXHIBIT A |
| 1060 | EDWARDS, CURTIS, PR OF THE | 20170 | UNDETERMINED* | EXHIBIT A |
| 1061 | EDWARDS, EMORY | 20974 | UNDETERMINED* | EXHIBIT A |
| 1062 | EDWARDS, HERSHAL | 14181 | UNDETERMINED* | EXHIBIT A |
| 1063 | EDWARDS, HERSHEL | 31442 | UNDETERMINED* | EXHIBIT A |
| 1064 | EDWARDS, JACK, JR | 20731 | UNDETERMINED* | EXHIBIT A |
| 1065 | EDWARDS, JACQUELINE M, PR OF THE | 18695 | UNDETERMINED* | EXHIBIT A |
| 1066 | EDWARDS, JO ANN, PR OF THE | 18554 | UNDETERMINED* | EXHIBIT A |
| 1067 | EDWARDS, LARRY R | 20975 | UNDETERMINED* | EXHIBIT A |
| 1068 | EDWARDS, MATTHEW FORD, PR OF THE | 18693 | UNDETERMINED* | EXHIBIT A |
| 1069 | EDWARDS, RAMON L | 20732 | UNDETERMINED* | EXHIBIT A |
| 1070 | EFF, SHARON G, PR OF THE | 19020 | UNDETERMINED* | EXHIBIT A |
| 1071 | EGAN, MARTIN J | 20733 | UNDETERMINED* | EXHIBIT A |

470001

| 1072 | EGGE, THOMAS C, PR OF THE | 18696 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 1073 | EHATT, CHERYL, PR OF THE | 19091 | UNDETERMINED* | EXHIBIT A |
| 1074 | EHRHART, CHARLES W | 20976 | UNDETERMINED* | EXHIBIT A |
| 1075 | EICHELBERGER, KAREN M, PR OF THE | 18324 | UNDETERMINED* | EXHIBIT A |
| 1076 | EICHNER, MATHEW | 20734 | UNDETERMINED* | EXHIBIT A |
| 1077 | EIKENBERG, JEFFREY D | 20977 | UNDETERMINED* | EXHIBIT A |
| 1078 | EISEMANN, CAROLYN M | 20735 | UNDETERMINED* | EXHIBIT A |
| 1079 | EISENHARDT, JOHN F, PR OF THE | 18446 | UNDETERMINED* | EXHIBIT A |
| 1080 | EISENHART, LEE A | 20736 | UNDETERMINED* | EXHIBIT A |
| 1081 | EISENZOPF, PATRICIA ANN, PR OF THE | 18698 | UNDETERMINED* | EXHIBIT A |
| 1082 | EITNER, MANFRED E | 20978 | UNDETERMINED* | EXHIBIT A |
| 1083 | ELBON, DIANE, PR OF THE | 18550 | UNDETERMINED* | EXHIBIT A |
| 1084 | ELGIN, RICHARD R | 20737 | UNDETERMINED* | EXHIBIT A |
| 1085 | ELIAS, HARRIETT LEE, PR OF THE | 18699 | UNDETERMINED* | EXHIBIT A |
| 1086 | ELLENBURG, LORRAINE, PR OF THE | 20009 | UNDETERMINED* | EXHIBIT A |
| 1087 | ELLIOTT, ARTHUR E | 20738 | UNDETERMINED* | EXHIBIT A |
| 1088 | ELLIOTT, KENNETH L | 20979 | UNDETERMINED* | EXHIBIT A |
| 1089 | ELLIS, DERRELL L | 20739 | UNDETERMINED* | EXHIBIT A |
| 1090 | ELLIS, JOYCE L, PR OF THE | 19259 | UNDETERMINED* | EXHIBIT A |
| 1091 | ELLIS, SAM | 20740 | UNDETERMINED* | EXHIBIT A |
| 1092 | ELROD, JERRY R | 20741 | UNDETERMINED* | EXHIBIT A |
| 1093 | ELTON, CHARLES | 20742 | UNDETERMINED* | EXHIBIT A |
| 1094 | EMGE, JOSEPH | 20743 | UNDETERMINED* | EXHIBIT A |
| 1095 | ENCK, ROBERT E | 20744 | UNDETERMINED* | EXHIBIT A |
| 1096 | ENDE, JOSEPH H | 20745 | UNDETERMINED* | EXHIBIT A |
| 1097 | ENDLEY, VIRGINIA W | 20746 | UNDETERMINED* | EXHIBIT A |
| 1098 | ENDLEY, VIRGINIA W, PR OF THE | 18700 | UNDETERMINED* | EXHIBIT A |
| 1099 | ENGLISH, JOHN S | 20747 | UNDETERMINED* | EXHIBIT A |
| 1100 | ENKO, ALFRED R | 20748 | UNDETERMINED* | EXHIBIT A |
| 1101 | ENNIS, HARVEY | 20749 | UNDETERMINED* | EXHIBIT A |
| 1102 | EPPS, ROENA, PR OF THE | 18703 | UNDETERMINED* | EXHIBIT A |
| 1103 | ERDMAN, EDWARD L | 20750 | UNDETERMINED* | EXHIBIT A |
| 1104 | ERVIN, TIMM E | 20751 | UNDETERMINED* | EXHIBIT A |
| 1105 | ESTATE OF AMY BOLYARD | 14005 | UNDETERMINED* | EXHIBIT A |
| 1106 | ESTATE OF ANTHONY PREISSLER | 14027 | UNDETERMINED* | EXHIBIT A |
| 1107 | ESTATE OF BENJAMIN J. CHESTER | 14011 | UNDETERMINED* | EXHIBIT A |
| 1108 | ESTATE OF BERNARD F. BROOKS | 14007 | UNDETERMINED* | EXHIBIT A |
| 1109 | ESTATE OF BERNARD R. EBBERTS | 14019 | UNDETERMINED* | EXHIBIT A |
| 1110 | ESTATE OF CAROLYN M. DEVAUGHN | 14016 | UNDETERMINED* | EXHIBIT A |
| 1111 | ESTATE OF CHARLES DUNLOW | 14018 | UNDETERMINED* | EXHIBIT A |
| 1112 | ESTATE OF CHARLES F. COXON | 14013 | UNDETERMINED* | EXHIBIT A |
| 1113 | ESTATE OF CHARLES SCHREINER | 14030 | UNDETERMINED* | EXHIBIT A |
| 1114 | ESTATE OF CHARLES WATERS | 14034 | UNDETERMINED* | EXHIBIT A |
| 1115 | ESTATE OF CHRISTINE LOWE | 14025 | UNDETERMINED* | EXHIBIT A |
| 1116 | ESTATE OF DEAN BURNETTE | 14008 | UNDETERMINED* | EXHIBIT A |
| 1117 | ESTATE OF DENNIS DESHONG | 14015 | UNDETERMINED* | EXHIBIT A |
| 1118 | ESTATE OF DOLORES C. COOPER | 14012 | UNDETERMINED* | EXHIBIT A |

| 1119 | ESTATE OF DONALD C. HENRY | 14022 | UNDETERMINED* | EXHIBIT A |
|------|---------------------------|-------|---------------|-----------|
| 1120 | ESTATE OF DONZIE BAILEY | 14001 | UNDETERMINED* | EXHIBIT A |
| 1121 | ESTATE OF EDWARD O. CULLISON | 14014 | UNDETERMINED* | EXHIBIT A |
| 1122 | ESTATE OF FRANCIS J. BEES | 14002 | UNDETERMINED* | EXHIBIT A |
| 1123 | ESTATE OF FRANK GASIOROWSKI | 14020 | UNDETERMINED* | EXHIBIT A |
| 1124 | ESTATE OF FRED STONER | 14031 | UNDETERMINED* | EXHIBIT A |
| 1125 | ESTATE OF JOAN E. SCHNEEMAN | 14029 | UNDETERMINED* | EXHIBIT A |
| 1126 | ESTATE OF JOHN A. BUSHELL | 14009 | UNDETERMINED* | EXHIBIT A |
| 1127 | ESTATE OF JOHN J TAYLOR | 14033 | UNDETERMINED* | EXHIBIT A |
| 1128 | ESTATE OF LESLIE J ZANE | 14035 | UNDETERMINED* | EXHIBIT A |
| 1129 | ESTATE OF MARY C. BIDEN | 14004 | UNDETERMINED* | EXHIBIT A |
| 1130 | ESTATE OF MICHAEL J. KELS | 14023 | UNDETERMINED* | EXHIBIT A |
| 1131 | ESTATE OF MICHAEL LOHRMANN | 14024 | UNDETERMINED* | EXHIBIT A |
| 1132 | ESTATE OF OTIS L. BRITT | 14006 | UNDETERMINED* | EXHIBIT A |
| 1133 | ESTATE OF ROBERT F. CAIN | 14010 | UNDETERMINED* | EXHIBIT A |
| 1134 | ESTATE OF ROBERT J. POLLOCK | 14026 | UNDETERMINED* | EXHIBIT A |
| 1135 | ESTATE OF STANLEY SCHMANSKY | 14028 | UNDETERMINED* | EXHIBIT A |
| 1136 | ESTATE OF TALBERT SWIFT | 14032 | UNDETERMINED* | EXHIBIT A |
| 1137 | ESTATE OF WILLIAM BRIGHT | 14110 | UNDETERMINED* | EXHIBIT A |
| 1138 | ESTATE OF WILLIAM E. BEYER | 14003 | UNDETERMINED* | EXHIBIT A |
| 1139 | ESTATE OF WILLIAM HAMBRUCH | 14021 | UNDETERMINED* | EXHIBIT A |
| 1140 | ESTATE OF WILLIAM T. DRUMMOND | 14017 | UNDETERMINED* | EXHIBIT A |
| 1141 | ESTEP, KEVIN A, SR | 20752 | UNDETERMINED* | EXHIBIT A |
| 1142 | EULER, ARLENE B, PR OF THE | 18512 | UNDETERMINED* | EXHIBIT A |
| 1143 | EVANS, ANN T | 20753 | UNDETERMINED* | EXHIBIT A |
| 1144 | EVANS, ANN T, PR OF THE | 18706 | UNDETERMINED* | EXHIBIT A |
| 1145 | EVANS, BARBARA, PR OF THE | 19135 | UNDETERMINED* | EXHIBIT A |
| 1146 | EVANS, CARLETTA L, PR OF THE | 19554 | UNDETERMINED* | EXHIBIT A |
| 1147 | EVANS, CLAUDE | 20754 | UNDETERMINED* | EXHIBIT A |
| 1148 | EVANS, DALE A, PR OF THE | 18739 | UNDETERMINED* | EXHIBIT A |
| 1149 | EVANS, DEBRA, PR OF THE | 18710 | UNDETERMINED* | EXHIBIT A |
| 1150 | EVANS, DEBRA, PR OF THE | 18711 | UNDETERMINED* | EXHIBIT A |
| 1151 | EVANS, DWELLA A, PR OF THE | 18707 | UNDETERMINED* | EXHIBIT A |
| 1152 | EVANS, EMIL F | 20755 | UNDETERMINED* | EXHIBIT A |
| 1153 | EVANS, GREGORY | 14180 | UNDETERMINED* | EXHIBIT A |
| 1154 | EVANS, GREGORY | 31438 | UNDETERMINED* | EXHIBIT A |
| 1155 | EVANS, HENRY M | 20756 | UNDETERMINED* | EXHIBIT A |
| 1156 | EVANS, MARC D, PR OF THE | 18708 | UNDETERMINED* | EXHIBIT A |
| 1157 | EVANS, MELVIN H, JR | 20757 | UNDETERMINED* | EXHIBIT A |
| 1158 | EVANS, RALEIGH, PR OF THE | 18712 | UNDETERMINED* | EXHIBIT A |
| 1159 | EVASKIS, CHRISTOPHER J, PR OF THE | 18713 | UNDETERMINED* | EXHIBIT A |
| 1160 | EVERETT, DOYLE | 20758 | UNDETERMINED* | EXHIBIT A |
| 1161 | EVERETT, TYREE J | 20759 | UNDETERMINED* | EXHIBIT A |
| 1162 | EWELL, MARK H | 20760 | UNDETERMINED* | EXHIBIT A |
| 1163 | EWING, JOHN D | 20761 | UNDETERMINED* | EXHIBIT A |
| 1164 | EY, CHERYL L, PR OF THE | 18714 | UNDETERMINED* | EXHIBIT A |
| 1165 | EYLER, RONALD E | 20762 | UNDETERMINED* | EXHIBIT A |

| 1166 | EYSTER, LOY, PR OF THE | 18715 | UNDETERMINED* | EXHIBIT A |
|------|------------------------|-------|---------------|-----------|
| 1167 | FABRE, CONSTANCE | 20763 | UNDETERMINED* | EXHIBIT A |
| 1168 | FABULA, SYLVESTER | 20764 | UNDETERMINED* | EXHIBIT A |
| 1169 | FAGAN, ROBERT | 20765 | UNDETERMINED* | EXHIBIT A |
| 1170 | FAHNESTOCK, WILLIAM R | 20766 | UNDETERMINED* | EXHIBIT A |
| 1171 | FAILLONE, JOSEPH | 20767 | UNDETERMINED* | EXHIBIT A |
| 1172 | FALBO, SANTO A | 20768 | UNDETERMINED* | EXHIBIT A |
| 1173 | FALES, WALTER J , JR, PR OF THE | 18716 | UNDETERMINED* | EXHIBIT A |
| 1174 | FALES, WALTER J , JR, PR OF THE | 18778 | UNDETERMINED* | EXHIBIT A |
| 1175 | FALK, EDWIN | 20769 | UNDETERMINED* | EXHIBIT A |
| 1176 | FANDL, MARK H | 20770 | UNDETERMINED* | EXHIBIT A |
| 1177 | FARAONE, KAREN LEE, PR OF THE | 18779 | UNDETERMINED* | EXHIBIT A |
| 1178 | FARINETTI, CHARLES J, JR | 20771 | UNDETERMINED* | EXHIBIT A |
| 1179 | FARINETTI, FRANK J | 20772 | UNDETERMINED* | EXHIBIT A |
| 1180 | FARINETTI, LAWRENCE E | 20773 | UNDETERMINED* | EXHIBIT A |
| 1181 | FARRELL, MICHAEL T | 20774 | UNDETERMINED* | EXHIBIT A |
| 1182 | FARROW, ELIZABETH M, PR OF THE | 18780 | UNDETERMINED* | EXHIBIT A |
| 1183 | FARVER, JAMES L, PR OF THE | 18781 | UNDETERMINED* | EXHIBIT A |
| 1184 | FAULCONER, SONYA L, PR OF THE | 18783 | UNDETERMINED* | EXHIBIT A |
| 1185 | FAULKNER, MYRA V, PR OF THE | 18784 | UNDETERMINED* | EXHIBIT A |
| 1186 | FEAGLEY, RONALD, PR OF THE | 18787 | UNDETERMINED* | EXHIBIT A |
| 1187 | FEATHER, KLARA, PR OF THE | 18788 | UNDETERMINED* | EXHIBIT A |
| 1188 | FEDI, BERNARD C | 20775 | UNDETERMINED* | EXHIBIT A |
| 1189 | FEENEY, EVANA, PR OF THE | 18789 | UNDETERMINED* | EXHIBIT A |
| 1190 | FEENEY, THOMAS M | 20776 | UNDETERMINED* | EXHIBIT A |
| 1191 | FEGELY, MARELLEN H, PR OF THE | 18790 | UNDETERMINED* | EXHIBIT A |
| 1192 | FEGELY, MARELLEN H, PR OF THE | 18791 | UNDETERMINED* | EXHIBIT A |
| 1193 | FEHLE, JOAN, PR OF THE | 18792 | UNDETERMINED* | EXHIBIT A |
| 1194 | FEIST, MICHAEL | 20980 | UNDETERMINED* | EXHIBIT A |
| 1195 | FELDER, EUNICE, FOR THE | 18793 | UNDETERMINED* | EXHIBIT A |
| 1196 | FENOFF, CRAIG W | 20777 | UNDETERMINED* | EXHIBIT A |
| 1197 | FENWICK, BARBARA ANN, PR OF THE | 18649 | UNDETERMINED* | EXHIBIT A |
| 1198 | FERGUSON, BARNEY L | 20778 | UNDETERMINED* | EXHIBIT A |
| 1199 | FERGUSON, REGINA | 20779 | UNDETERMINED* | EXHIBIT A |
| 1200 | FERNANDEZ, BLAS | 20780 | UNDETERMINED* | EXHIBIT A |
| 1201 | FERRETTI, ALEXANDER D | 20781 | UNDETERMINED* | EXHIBIT A |
| 1202 | FERRON, JOHN B, JR | 20782 | UNDETERMINED* | EXHIBIT A |
| 1203 | FERTAL, DENNIS G | 20783 | UNDETERMINED* | EXHIBIT A |
| 1204 | FEUDALE, JOSEPH, JR | 20981 | UNDETERMINED* | EXHIBIT A |
| 1205 | FICKE, CHARLES C , JR, PR OF THE | 18796 | UNDETERMINED* | EXHIBIT A |
| 1206 | FIDDESOP, DENISE A, PR OF THE | 18717 | UNDETERMINED* | EXHIBIT A |
| 1207 | FIELDS, MARY R, PR OF THE | 18718 | UNDETERMINED* | EXHIBIT A |
| 1208 | FIKE, GERALD L | 20784 | UNDETERMINED* | EXHIBIT A |
| 1209 | FINCH, DANIEL K | 20982 | UNDETERMINED* | EXHIBIT A |
| 1210 | FINCK, STEVEN, PR OF THE | 18719 | UNDETERMINED* | EXHIBIT A |
| 1211 | FINEAGAN, CARROLL J | 20785 | UNDETERMINED* | EXHIBIT A |
| 1212 | FIORENZA, VICTOR, III, PR OF THE | 18721 | UNDETERMINED* | EXHIBIT A |

| 1213 | FIQUE, ROBERT | 14179 | UNDETERMINED* | EXHIBIT A |
| 1214 | FISCHER, GLENN STEVEN, PR OF THE | 18722 | UNDETERMINED* | EXHIBIT A |
| 1215 | FISCHER, JOSEPH E, SR | 20786 | UNDETERMINED* | EXHIBIT A |
| 1216 | FISCHL, RUDOLPH | 20787 | UNDETERMINED* | EXHIBIT A |
| 1217 | FISH, BENJAMIN W. | 14178 | UNDETERMINED* | EXHIBIT A |
| 1218 | FISH, DAVEY G | 20788 | UNDETERMINED* | EXHIBIT A |
| 1219 | FISHEL, ALFRED H | 20789 | UNDETERMINED* | EXHIBIT A |
| 1220 | FISHER, JOHN V, PR OF THE | 18726 | UNDETERMINED* | EXHIBIT A |
| 1221 | FISHER, LINDA K, PR OF THE | 18724 | UNDETERMINED* | EXHIBIT A |
| 1222 | FISHPAW, LEE, PR OF THE | 18727 | UNDETERMINED* | EXHIBIT A |
| 1223 | FITCH, CHRISTOPHER M, PR OF THE | 18729 | UNDETERMINED* | EXHIBIT A |
| 1224 | FITCH, LINGARD | 20983 | UNDETERMINED* | EXHIBIT A |
| 1225 | FITCH, RONALD | 20790 | UNDETERMINED* | EXHIBIT A |
| 1226 | FITZGERALD, MALORY | 20791 | UNDETERMINED* | EXHIBIT A |
| 1227 | FITZGERALD, ROBERT A, PR OF THE | 18730 | UNDETERMINED* | EXHIBIT A |
| 1228 | FITZHUGH, JOSEPH T | 20792 | UNDETERMINED* | EXHIBIT A |
| 1229 | FITZPATRICK, KELLY, PR OF THE | 18731 | UNDETERMINED* | EXHIBIT A |
| 1230 | FITZPATRICK, MARY A, PR OF THE | 20041 | UNDETERMINED* | EXHIBIT A |
| 1231 | FLACK, MARY, PR OF THE | 18732 | UNDETERMINED* | EXHIBIT A |
| 1232 | FLAMISH, JOSEPH | 20793 | UNDETERMINED* | EXHIBIT A |
| 1233 | FLANAGAN, GEORGE, JR | 20794 | UNDETERMINED* | EXHIBIT A |
| 1234 | FLANARY, LARRY E | 20795 | UNDETERMINED* | EXHIBIT A |
| 1235 | FLEEGAL, MARGARET, PR OF THE | 18735 | UNDETERMINED* | EXHIBIT A |
| 1236 | FLEISCHMANN, MARY ANN | 20796 | UNDETERMINED* | EXHIBIT A |
| 1237 | FLEISCHMANN, NICHOLAS | 20797 | UNDETERMINED* | EXHIBIT A |
| 1238 | FLEISHMAN, JANET, PR OF THE | 18736 | UNDETERMINED* | EXHIBIT A |
| 1239 | FLEMING, SANDRA M, PR OF THE | 18540 | UNDETERMINED* | EXHIBIT A |
| 1240 | FLEMING, WALTER E | 20798 | UNDETERMINED* | EXHIBIT A |
| 1241 | FLETCHER, NORMAN N, JR | 20799 | UNDETERMINED* | EXHIBIT A |
| 1242 | FLETCHER, WARREN D | 20800 | UNDETERMINED* | EXHIBIT A |
| 1243 | FLORA, NORMAN | 20801 | UNDETERMINED* | EXHIBIT A |
| 1244 | FLORENTINE, DIANA M | 20802 | UNDETERMINED* | EXHIBIT A |
| 1245 | FLORIAN, KATHLEEN, PR OF THE | 19506 | UNDETERMINED* | EXHIBIT A |
| 1246 | FLOYD, KENNETH R. | 14177 | UNDETERMINED* | EXHIBIT A |
| 1247 | FLOYD, RONALD D | 20803 | UNDETERMINED* | EXHIBIT A |
| 1248 | FLUCK, RAYMOND A | 20804 | UNDETERMINED* | EXHIBIT A |
| 1249 | FLYNN, MARVIN J, JR | 20805 | UNDETERMINED* | EXHIBIT A |
| 1250 | FOLCARELLI, JOHN | 20806 | UNDETERMINED* | EXHIBIT A |
| 1251 | FOLEY, EDWARD | 20807 | UNDETERMINED* | EXHIBIT A |
| 1252 | FOLKMANN, HENRY L | 20808 | UNDETERMINED* | EXHIBIT A |
| 1253 | FOLKS, WILLIAM, JR | 20809 | UNDETERMINED* | EXHIBIT A |
| 1254 | FOOS, JOHN G , SR, PR OF THE | 18328 | UNDETERMINED* | EXHIBIT A |
| 1255 | FORBES, ROSCOE W | 20810 | UNDETERMINED* | EXHIBIT A |
| 1256 | FORD, ELVIS A, PR OF THE | 18742 | UNDETERMINED* | EXHIBIT A |
| 1257 | FORD, GREGORY A. | 14176 | UNDETERMINED* | EXHIBIT A |
| 1258 | FORD, SARA E, PR OF THE | 18741 | UNDETERMINED* | EXHIBIT A |
| 1259 | FORDYCE, DONALD G | 20811 | UNDETERMINED* | EXHIBIT A |

| 1260 | FOREMAN, GENEVA, PR OF THE | 18754 | UNDETERMINED* | EXHIBIT A |
| 1261 | FORMAN, ROBERT | 20812 | UNDETERMINED* | EXHIBIT A |
| 1262 | FORNEY, HARRY B, PR OF THE | 18753 | UNDETERMINED* | EXHIBIT A |
| 1263 | FORREST, JOSEPH E, JR | 20813 | UNDETERMINED* | EXHIBIT A |
| 1264 | FORSYTHE, JOSEPH H, JR | 20814 | UNDETERMINED* | EXHIBIT A |
| 1265 | FORT, DOUGLAS | 20815 | UNDETERMINED* | EXHIBIT A |
| 1266 | FORT, DOUGLAS ERIC, PR OF THE | 18752 | UNDETERMINED* | EXHIBIT A |
| 1267 | FORT, L. GERALDINE | 20816 | UNDETERMINED* | EXHIBIT A |
| 1268 | FOSTER, FLOYD | 20817 | UNDETERMINED* | EXHIBIT A |
| 1269 | FOSTER, JOHN B | 20984 | UNDETERMINED* | EXHIBIT A |
| 1270 | FOSTER, MILDRED, PR OF THE | 18748 | UNDETERMINED* | EXHIBIT A |
| 1271 | FOSTER, THOMAS B, III, PR OF THE | 18746 | UNDETERMINED* | EXHIBIT A |
| 1272 | FOSTER, WILLIAM, FOR THE | 18747 | UNDETERMINED* | EXHIBIT A |
| 1273 | FOUNTAIN, LINDA CAROL, PR OF THE | 18389 | UNDETERMINED* | EXHIBIT A |
| 1274 | FOX, DANIEL, PR OF THE | 18744 | UNDETERMINED* | EXHIBIT A |
| 1275 | FOX, KIMBERLY, PR OF THE | 19187 | UNDETERMINED* | EXHIBIT A |
| 1276 | FOX, WILLIAM R, SR | 20818 | UNDETERMINED* | EXHIBIT A |
| 1277 | FOY, CAROLYN | 20985 | UNDETERMINED* | EXHIBIT A |
| 1278 | FOY, JUNE, PR OF THE | 19211 | UNDETERMINED* | EXHIBIT A |
| 1279 | FRANCE, LAWRENCE B , III, PR OF THE | 18762 | UNDETERMINED* | EXHIBIT A |
| 1280 | FRANCE, LINDA K, PR OF THE | 18761 | UNDETERMINED* | EXHIBIT A |
| 1281 | FRANCESE, FRANK | 20819 | UNDETERMINED* | EXHIBIT A |
| 1282 | FRANCESE, FRANK, PR OF THE | 18760 | UNDETERMINED* | EXHIBIT A |
| 1283 | FRANCIS, CAROL L, PR OF THE | 18811 | UNDETERMINED* | EXHIBIT A |
| 1284 | FRANCIS, MARGARET L, FOR THE | 18759 | UNDETERMINED* | EXHIBIT A |
| 1285 | FRANCK, SHARON M, PR OF THE | 18758 | UNDETERMINED* | EXHIBIT A |
| 1286 | FRANCO, SUE CAROL, PR OF THE | 18757 | UNDETERMINED* | EXHIBIT A |
| 1287 | FRANCZKOWSKI, JAMES B | 20820 | UNDETERMINED* | EXHIBIT A |
| 1288 | FRANKLIN, EDWARD J, PR OF THE | 18430 | UNDETERMINED* | EXHIBIT A |
| 1289 | FRANKLIN, MAXINE | 20821 | UNDETERMINED* | EXHIBIT A |
| 1290 | FRANKS, DIANE, PR OF THE | 19296 | UNDETERMINED* | EXHIBIT A |
| 1291 | FRANKS, DIANE, PR OF THE | 19299 | UNDETERMINED* | EXHIBIT A |
| 1292 | FRANKS, JERRY WADE, JR, PR OF THE | 19594 | UNDETERMINED* | EXHIBIT A |
| 1293 | FRANZ, STANLEY L | 20822 | UNDETERMINED* | EXHIBIT A |
| 1294 | FRANZ, WILLIAM J, PR OF THE | 18766 | UNDETERMINED* | EXHIBIT A |
| 1295 | FRANZ, WILLIAM J. | 14175 | UNDETERMINED* | EXHIBIT A |
| 1296 | FRAZIER, CHANETA B | 20823 | UNDETERMINED* | EXHIBIT A |
| 1297 | FRAZIER, EDWIGA | 20824 | UNDETERMINED* | EXHIBIT A |
| 1298 | FRAZIER, MARY A | 20986 | UNDETERMINED* | EXHIBIT A |
| 1299 | FREBURGER, LEROY A | 20825 | UNDETERMINED* | EXHIBIT A |
| 1300 | FREDERICK, MARYLIN, PR OF THE | 18767 | UNDETERMINED* | EXHIBIT A |
| 1301 | FREED, CECILIA, PR OF THE | 19441 | UNDETERMINED* | EXHIBIT A |
| 1302 | FREEMAN, HENRY C | 20826 | UNDETERMINED* | EXHIBIT A |
| 1303 | FREEMAN, JOHNNIE | 20827 | UNDETERMINED* | EXHIBIT A |
| 1304 | FREEMAN, PAULINE PERKINS, PR OF THE | 18768 | UNDETERMINED* | EXHIBIT A |
| 1305 | FRENCH, EUGENE R | 20828 | UNDETERMINED* | EXHIBIT A |
| 1306 | FRENCH-EVANS, DAWN M, PR OF THE | 19208 | UNDETERMINED* | EXHIBIT A |

| 1307 | FREY, CAROLYN E. | 14174 | UNDETERMINED* | EXHIBIT A |
| 1308 | FREY, DAVID F , JR, PR OF THE | 18769 | UNDETERMINED* | EXHIBIT A |
| 1309 | FREY, KENNETH J. | 14173 | UNDETERMINED* | EXHIBIT A |
| 1310 | FRIEDMAN, LOUIS F, PR OF THE | 19422 | UNDETERMINED* | EXHIBIT A |
| 1311 | FRIEND-WILLIAMS, SHERYL, PR OF THE | 18450 | UNDETERMINED* | EXHIBIT A |
| 1312 | FRIIA, WILLIAM F | 20987 | UNDETERMINED* | EXHIBIT A |
| 1313 | FRISK, LEWIS E , JR, PR OF THE | 18770 | UNDETERMINED* | EXHIBIT A |
| 1314 | FRITSCH, SHIRLEY A, PR OF THE | 18771 | UNDETERMINED* | EXHIBIT A |
| 1315 | FRITZINGER, ANNA M, FOR THE | 18772 | UNDETERMINED* | EXHIBIT A |
| 1316 | FRITZINGER, MARVIN E, JR | 20829 | UNDETERMINED* | EXHIBIT A |
| 1317 | FROCK, ROBERT C | 20830 | UNDETERMINED* | EXHIBIT A |
| 1318 | FRONTAIN, KENNETH S, PR OF THE | 18774 | UNDETERMINED* | EXHIBIT A |
| 1319 | FRUSH, THERESA L, PR OF THE | 18776 | UNDETERMINED* | EXHIBIT A |
| 1320 | FRYE, RUSSELL M, JR | 20831 | UNDETERMINED* | EXHIBIT A |
| 1321 | FUCHS, DONALD E, PR OF THE | 18777 | UNDETERMINED* | EXHIBIT A |
| 1322 | FUENTES, NATIVIDAD | 20832 | UNDETERMINED* | EXHIBIT A |
| 1323 | FULCHER, JOHN C | 20833 | UNDETERMINED* | EXHIBIT A |
| 1324 | FULLER, HUBERT, JR | 20834 | UNDETERMINED* | EXHIBIT A |
| 1325 | FULLER, JIMMIE D, PR OF THE | 18654 | UNDETERMINED* | EXHIBIT A |
| 1326 | FULLER, LYNN | 20835 | UNDETERMINED* | EXHIBIT A |
| 1327 | FULLER, THOMAS W, PR OF THE | 18797 | UNDETERMINED* | EXHIBIT A |
| 1328 | FULTON, PRESTON | 20988 | UNDETERMINED* | EXHIBIT A |
| 1329 | FULTZ, DENNIS J | 20836 | UNDETERMINED* | EXHIBIT A |
| 1330 | FURST, MICHELLE, PR OF THE | 18946 | UNDETERMINED* | EXHIBIT A |
| 1331 | FUSCSICK, GEORGE G, PR OF THE | 18669 | UNDETERMINED* | EXHIBIT A |
| 1332 | FYFFE, PATRICIA, PR OF THE | 19240 | UNDETERMINED* | EXHIBIT A |
| 1333 | GABLE, JOSEPH J | 20837 | UNDETERMINED* | EXHIBIT A |
| 1334 | GABLE, ROSE, PR OF THE | 18798 | UNDETERMINED* | EXHIBIT A |
| 1335 | GAITHER, CALVIN C, JR | 20838 | UNDETERMINED* | EXHIBIT A |
| 1336 | GAITHER, JOSEPH I | 20839 | UNDETERMINED* | EXHIBIT A |
| 1337 | GALE, ROBERT L | 20840 | UNDETERMINED* | EXHIBIT A |
| 1338 | GALLAGHER, CHARLES J | 20841 | UNDETERMINED* | EXHIBIT A |
| 1339 | GALLAGHER, THOMAS J | 20842 | UNDETERMINED* | EXHIBIT A |
| 1340 | GAMBER, ESTHER S, PR OF THE | 18802 | UNDETERMINED* | EXHIBIT A |
| 1341 | GANNON, ROBERT, PR OF THE | 19577 | UNDETERMINED* | EXHIBIT A |
| 1342 | GANNON, SHIRLEY A, PR OF THE | 18803 | UNDETERMINED* | EXHIBIT A |
| 1343 | GARCI, SHAWN L, PR OF THE | 18804 | UNDETERMINED* | EXHIBIT A |
| 1344 | GARCIA, GEORGE R | 20843 | UNDETERMINED* | EXHIBIT A |
| 1345 | GARDNER, DONNA | 20989 | UNDETERMINED* | EXHIBIT A |
| 1346 | GARDNER, ROLAND | 20844 | UNDETERMINED* | EXHIBIT A |
| 1347 | GARMAN, ALLEN, SR | 20845 | UNDETERMINED* | EXHIBIT A |
| 1348 | GARNETT, BROADDUS L | 20846 | UNDETERMINED* | EXHIBIT A |
| 1349 | GARST, JOHN, JR | 20847 | UNDETERMINED* | EXHIBIT A |
| 1350 | GARST, WAYNE | 20848 | UNDETERMINED* | EXHIBIT A |
| 1351 | GARTSIDE, JAMES S, PR OF THE | 18807 | UNDETERMINED* | EXHIBIT A |
| 1352 | GARY, DOROTHY C, PR OF THE | 18808 | UNDETERMINED* | EXHIBIT A |
| 1353 | GARY, JEANETTE | 20849 | UNDETERMINED* | EXHIBIT A |

| 1354 | GASKINS, THOMAS R. | 14172 | UNDETERMINED* | EXHIBIT A |
|------|----|-------|------|------|
| 1355 | GASS, EDWARD D | 20850 | UNDETERMINED* | EXHIBIT A |
| 1356 | GASSAWAY, DIANE R, PR OF THE | 18564 | UNDETERMINED* | EXHIBIT A |
| 1357 | GAST, PAMELA M, PR OF THE | 19053 | UNDETERMINED* | EXHIBIT A |
| 1358 | GATHRIGHT, LISA M, PR OF THE | 18940 | UNDETERMINED* | EXHIBIT A |
| 1359 | GAUDINO, FRANCES, PR OF THE | 18810 | UNDETERMINED* | EXHIBIT A |
| 1360 | GAWLICK, DAVID M | 20851 | UNDETERMINED* | EXHIBIT A |
| 1361 | GAYDOSH, JOHN J | 20852 | UNDETERMINED* | EXHIBIT A |
| 1362 | GECI, ELIZABETH, PR OF THE | 19328 | UNDETERMINED* | EXHIBIT A |
| 1363 | GEGOREK, ANITA M | 20853 | UNDETERMINED* | EXHIBIT A |
| 1364 | GEHRIS, TODD C, PR OF THE | 18813 | UNDETERMINED* | EXHIBIT A |
| 1365 | GEIMAN, MYRA, PR OF THE | 18814 | UNDETERMINED* | EXHIBIT A |
| 1366 | GEISLER, KURT H | 20854 | UNDETERMINED* | EXHIBIT A |
| 1367 | GEISLER, LUTHER P. | 14171 | UNDETERMINED* | EXHIBIT A |
| 1368 | GEITZ, STEPHEN P | 20855 | UNDETERMINED* | EXHIBIT A |
| 1369 | GELHAUS, FREDERICK L, SR | 20856 | UNDETERMINED* | EXHIBIT A |
| 1370 | GELUMBAUSKAS, MARIA ELENA, PR OF THE | 18815 | UNDETERMINED* | EXHIBIT A |
| 1371 | GELVAR, BURTON R | 20857 | UNDETERMINED* | EXHIBIT A |
| 1372 | GEMUNDER, REBECCA P, PR OF THE | 19442 | UNDETERMINED* | EXHIBIT A |
| 1373 | GENTRY, DAVID | 20858 | UNDETERMINED* | EXHIBIT A |
| 1374 | GENTRY, KIM EUGENE, PR OF THE | 19323 | UNDETERMINED* | EXHIBIT A |
| 1375 | GEORGE, BARBARA A, FOR THE | 18816 | UNDETERMINED* | EXHIBIT A |
| 1376 | GEORGE, BRUCE A | 20859 | UNDETERMINED* | EXHIBIT A |
| 1377 | GEORGE, CHARLES F | 20860 | UNDETERMINED* | EXHIBIT A |
| 1378 | GEORGE, HARRIS J, PR OF THE | 19440 | UNDETERMINED* | EXHIBIT A |
| 1379 | GEORGE, JOHN R | 20861 | UNDETERMINED* | EXHIBIT A |
| 1380 | GEORGE, RONALD W | 20862 | UNDETERMINED* | EXHIBIT A |
| 1381 | GEORGE, VALERIE, PR OF THE | 18929 | UNDETERMINED* | EXHIBIT A |
| 1382 | GEORGE, VALERIE, PR OF THE | 18931 | UNDETERMINED* | EXHIBIT A |
| 1383 | GEORGE, WEBSTER T | 20863 | UNDETERMINED* | EXHIBIT A |
| 1384 | GEOSITS, DOROTHY M, PR OF THE | 18817 | UNDETERMINED* | EXHIBIT A |
| 1385 | GEPPERT, MARY ANNE, PR OF THE | 18846 | UNDETERMINED* | EXHIBIT A |
| 1386 | GEPPI, PAUL J | 20864 | UNDETERMINED* | EXHIBIT A |
| 1387 | GERARD, SHIRLEY L, PR OF THE | 18800 | UNDETERMINED* | EXHIBIT A |
| 1388 | GERENCSER, LAWRENCE P | 20865 | UNDETERMINED* | EXHIBIT A |
| 1389 | GERGELY, MARY C, PR OF THE | 18819 | UNDETERMINED* | EXHIBIT A |
| 1390 | GERMAN, BARBARA J, FOR THE | 18821 | UNDETERMINED* | EXHIBIT A |
| 1391 | GERMAN, CHARLES G, SR | 20866 | UNDETERMINED* | EXHIBIT A |
| 1392 | GERMAN, THOMAS A, PR OF THE | 18822 | UNDETERMINED* | EXHIBIT A |
| 1393 | GERSTENBERG, HARRY C, JR | 20867 | UNDETERMINED* | EXHIBIT A |
| 1394 | GETZ, PAUL E | 20868 | UNDETERMINED* | EXHIBIT A |
| 1395 | GHEEN, JOSEPH W | 20869 | UNDETERMINED* | EXHIBIT A |
| 1396 | GIAKOUMAKIS, KONSTANTINOS | 20990 | UNDETERMINED* | EXHIBIT A |
| 1397 | GIARDINA, DONNA, PR OF THE | 18824 | UNDETERMINED* | EXHIBIT A |
| 1398 | GIARDINA, DONNA, PR OF THE | 18825 | UNDETERMINED* | EXHIBIT A |
| 1399 | GIARDINA, VINCENT | 20870 | UNDETERMINED* | EXHIBIT A |
| 1400 | GIBSON, DANNY R | 20871 | UNDETERMINED* | EXHIBIT A |

| 1401 | GIBSON, PATRICIA A, PR OF THE | 18826 | UNDETERMINED* | EXHIBIT A |
|------|------|------|------|------|
| 1402 | GIBSON, PAULA A | 20872 | UNDETERMINED* | EXHIBIT A |
| 1403 | GIELNER, PATRICIA, PR OF THE | 19984 | UNDETERMINED* | EXHIBIT A |
| 1404 | GIER, EDWIN | 20873 | UNDETERMINED* | EXHIBIT A |
| 1405 | GIFFIN, WALLACE J | 20874 | UNDETERMINED* | EXHIBIT A |
| 1406 | GILES, DESIREE K, PR OF THE | 19262 | UNDETERMINED* | EXHIBIT A |
| 1407 | GILLIAM, BRENDA, PR OF THE | 18470 | UNDETERMINED* | EXHIBIT A |
| 1408 | GILLIAM, EARL A, SR | 20875 | UNDETERMINED* | EXHIBIT A |
| 1409 | GILLIAM, VIVIAN T | 20876 | UNDETERMINED* | EXHIBIT A |
| 1410 | GILLIAN, KAYE R, PR OF THE | 19558 | UNDETERMINED* | EXHIBIT A |
| 1411 | GILMER, CHARLES | 20877 | UNDETERMINED* | EXHIBIT A |
| 1412 | GILMER, CHARLES E , SR, PR OF THE | 18830 | UNDETERMINED* | EXHIBIT A |
| 1413 | GILMORE, JOHNNY L | 20878 | UNDETERMINED* | EXHIBIT A |
| 1414 | GINGLES, DONNETTA C, PR OF THE | 19591 | UNDETERMINED* | EXHIBIT A |
| 1415 | GINN, BONITA L | 20991 | UNDETERMINED* | EXHIBIT A |
| 1416 | GIOVANNI, MICHAEL | 20879 | UNDETERMINED* | EXHIBIT A |
| 1417 | GIPPRICH, STEPHEN J. | 14170 | UNDETERMINED* | EXHIBIT A |
| 1418 | GIZINSKI, EDWARD | 20880 | UNDETERMINED* | EXHIBIT A |
| 1419 | GLADDEN, BRENDA J | 20881 | UNDETERMINED* | EXHIBIT A |
| 1420 | GLASS, EUGENE | 20882 | UNDETERMINED* | EXHIBIT A |
| 1421 | GLASS, JANET ELAINE, PR OF THE | 18428 | UNDETERMINED* | EXHIBIT A |
| 1422 | GLASS, MILDRED M, PR OF THE | 18832 | UNDETERMINED* | EXHIBIT A |
| 1423 | GLAZER, JEROME | 20883 | UNDETERMINED* | EXHIBIT A |
| 1424 | GLEASON, ANN, PR OF THE | 18833 | UNDETERMINED* | EXHIBIT A |
| 1425 | GLENN, THOMAS R | 20884 | UNDETERMINED* | EXHIBIT A |
| 1426 | GLENSKY, FREDERICK | 20885 | UNDETERMINED* | EXHIBIT A |
| 1427 | GLENSKY, ROBERT | 14169 | UNDETERMINED* | EXHIBIT A |
| 1428 | GLICK, RON | 20992 | UNDETERMINED* | EXHIBIT A |
| 1429 | GLOCK, JOHN W , SR, PR OF THE | 18834 | UNDETERMINED* | EXHIBIT A |
| 1430 | GLOCK, JOHN W, SR | 20886 | UNDETERMINED* | EXHIBIT A |
| 1431 | GLOWACKI, JOHN M, PR OF THE | 18835 | UNDETERMINED* | EXHIBIT A |
| 1432 | GLUCK, DOUGLAS K, PR OF THE | 18836 | UNDETERMINED* | EXHIBIT A |
| 1433 | GODBOLD, JOHN L | 20887 | UNDETERMINED* | EXHIBIT A |
| 1434 | GODFREY, JAMES A | 19646 | UNDETERMINED* | EXHIBIT A |
| 1435 | GODISKA, FLORENCE I, PR OF THE | 18837 | UNDETERMINED* | EXHIBIT A |
| 1436 | GODWIN, BYRON S, PR OF THE | 18839 | UNDETERMINED* | EXHIBIT A |
| 1437 | GODWIN, MARIE ANN, PR OF THE | 18840 | UNDETERMINED* | EXHIBIT A |
| 1438 | GODWIN, MELANY J, PR OF THE | 19154 | UNDETERMINED* | EXHIBIT A |
| 1439 | GOELLER, BRENDA L, PR OF THE | 18447 | UNDETERMINED* | EXHIBIT A |
| 1440 | GOGOLLA, RUDOLPH E | 19647 | UNDETERMINED* | EXHIBIT A |
| 1441 | GOLASZEWSKI, MARK | 19648 | UNDETERMINED* | EXHIBIT A |
| 1442 | GOLDBERG, MICHAEL J | 19649 | UNDETERMINED* | EXHIBIT A |
| 1443 | GOLDEN, CAROL, PR OF THE | 18841 | UNDETERMINED* | EXHIBIT A |
| 1444 | GOLDING, PRESTON C | 19650 | UNDETERMINED* | EXHIBIT A |
| 1445 | GOLLERY, SUSAN, PR OF THE | 19479 | UNDETERMINED* | EXHIBIT A |
| 1446 | GOLLIE, WAYNE G | 20993 | UNDETERMINED* | EXHIBIT A |
| 1447 | GOLUMBEK, PETER M, PR OF THE | 18842 | UNDETERMINED* | EXHIBIT A |

| 1448 | GOMBERT, RODNEY | 19651 | UNDETERMINED* | EXHIBIT A |
| 1449 | GONCE, NICHOLA C, PR OF THE | 18686 | UNDETERMINED* | EXHIBIT A |
| 1450 | GOOCH, CAROL, PR OF THE | 19276 | UNDETERMINED* | EXHIBIT A |
| 1451 | GOODACRE, DARLENE | 20994 | UNDETERMINED* | EXHIBIT A |
| 1452 | GOODMAN, ADRIAN, PR OF THE | 19127 | UNDETERMINED* | EXHIBIT A |
| 1453 | GOODMAN, LARRY | 19652 | UNDETERMINED* | EXHIBIT A |
| 1454 | GOODMAN, LARRY L | 19653 | UNDETERMINED* | EXHIBIT A |
| 1455 | GOODMAN, PHYLLIS | 19654 | UNDETERMINED* | EXHIBIT A |
| 1456 | GOODMAN, TANYA ANNE, PR OF THE | 19907 | UNDETERMINED* | EXHIBIT A |
| 1457 | GOODMAN, WALLACE N | 20995 | UNDETERMINED* | EXHIBIT A |
| 1458 | GOODRUM, CHARLES | 21056 | UNDETERMINED* | EXHIBIT A |
| 1459 | GOODSELL, ROBERT A | 19655 | UNDETERMINED* | EXHIBIT A |
| 1460 | GOODSON, GERARD C | 19656 | UNDETERMINED* | EXHIBIT A |
| 1461 | GORDON, GUY R, PR OF THE | 18844 | UNDETERMINED* | EXHIBIT A |
| 1462 | GORE, E KATHLEEN, PR OF THE | 19575 | UNDETERMINED* | EXHIBIT A |
| 1463 | GORETSKI, HELEN M, PR OF THE | 18845 | UNDETERMINED* | EXHIBIT A |
| 1464 | GORSUCH, ROBERT L | 19657 | UNDETERMINED* | EXHIBIT A |
| 1465 | GOSE, DOUGLAS L | 19658 | UNDETERMINED* | EXHIBIT A |
| 1466 | GOTSCHALL, JOHN | 21057 | UNDETERMINED* | EXHIBIT A |
| 1467 | GOTTLEIB, BEVERLY A, PR OF THE | 19947 | UNDETERMINED* | EXHIBIT A |
| 1468 | GOUGE, WILLIAM H | 19659 | UNDETERMINED* | EXHIBIT A |
| 1469 | GRABOWSKI, JOHN J | 19660 | UNDETERMINED* | EXHIBIT A |
| 1470 | GRADY, JEFFREY T | 19661 | UNDETERMINED* | EXHIBIT A |
| 1471 | GRAHAM, DURWARD B , III, PR OF THE | 18849 | UNDETERMINED* | EXHIBIT A |
| 1472 | GRAHAM, EILEEN, PR OF THE | 18907 | UNDETERMINED* | EXHIBIT A |
| 1473 | GRAHAM, EILEEN, PR OF THE | 18908 | UNDETERMINED* | EXHIBIT A |
| 1474 | GRAHAM, MAURICE K, JR | 19662 | UNDETERMINED* | EXHIBIT A |
| 1475 | GRAHAM, PATRICIA A. | 14168 | UNDETERMINED* | EXHIBIT A |
| 1476 | GRAMS, JOHN E | 19663 | UNDETERMINED* | EXHIBIT A |
| 1477 | GRANESE, EMILY JO, PR OF THE | 18851 | UNDETERMINED* | EXHIBIT A |
| 1478 | GRANGER, TERRENCE | 19664 | UNDETERMINED* | EXHIBIT A |
| 1479 | GRATTAN, JAMES R | 19665 | UNDETERMINED* | EXHIBIT A |
| 1480 | GRAVES, CHARLES L | 19666 | UNDETERMINED* | EXHIBIT A |
| 1481 | GRAVES, FRANCES A, PR OF THE | 19077 | UNDETERMINED* | EXHIBIT A |
| 1482 | GRAVES, KELLY W | 19667 | UNDETERMINED* | EXHIBIT A |
| 1483 | GRAY, CATHERINE L, PR OF THE | 18853 | UNDETERMINED* | EXHIBIT A |
| 1484 | GRAY, CHARLES | 21058 | UNDETERMINED* | EXHIBIT A |
| 1485 | GRAY, HOLLY, PR OF THE | 18854 | UNDETERMINED* | EXHIBIT A |
| 1486 | GRAY, WILLIAM | 19668 | UNDETERMINED* | EXHIBIT A |
| 1487 | GRAYBEAL, JACK M | 19669 | UNDETERMINED* | EXHIBIT A |
| 1488 | GREAVER, JOSEPH | 21059 | UNDETERMINED* | EXHIBIT A |
| 1489 | GREEAR, ROGER K | 19670 | UNDETERMINED* | EXHIBIT A |
| 1490 | GREELEY, CHRISTIAN | 21060 | UNDETERMINED* | EXHIBIT A |
| 1491 | GREEN, BRYAN, PR OF THE | 18855 | UNDETERMINED* | EXHIBIT A |
| 1492 | GREEN, CHARLES A | 19671 | UNDETERMINED* | EXHIBIT A |
| 1493 | GREEN, CRYSTAL | 19672 | UNDETERMINED* | EXHIBIT A |
| 1494 | GREEN, DAVID L, SR | 19673 | UNDETERMINED* | EXHIBIT A |

| 1495 | GREEN, THOMAS E. | 14167 | UNDETERMINED* | EXHIBIT A |
|------|------------------|-------|---------------|-----------|
| 1496 | GREENBERG, MARY GLORIA, FOR THE | 18856 | UNDETERMINED* | EXHIBIT A |
| 1497 | GREENE, CLINTON | 19674 | UNDETERMINED* | EXHIBIT A |
| 1498 | GREENE, RANDY, PR OF THE | 18592 | UNDETERMINED* | EXHIBIT A |
| 1499 | GREENE, SHIRLEY A, PR OF THE | 18857 | UNDETERMINED* | EXHIBIT A |
| 1500 | GREENSTREET, JOHN W, JR | 19675 | UNDETERMINED* | EXHIBIT A |
| 1501 | GREENWOOD, ELEANOR FAYE, PR OF THE | 18863 | UNDETERMINED* | EXHIBIT A |
| 1502 | GREER, NANCY, PR OF THE | 18865 | UNDETERMINED* | EXHIBIT A |
| 1503 | GREER, RALPH E, SR | 19676 | UNDETERMINED* | EXHIBIT A |
| 1504 | GREGORY, RONALD A | 19677 | UNDETERMINED* | EXHIBIT A |
| 1505 | GRELLI, DOMINIC J | 21061 | UNDETERMINED* | EXHIBIT A |
| 1506 | GRESDO, RITA M | 21062 | UNDETERMINED* | EXHIBIT A |
| 1507 | GRIFFIN, DOROTHY C, PR OF THE | 18869 | UNDETERMINED* | EXHIBIT A |
| 1508 | GRIFFIN, FRANCES G | 19678 | UNDETERMINED* | EXHIBIT A |
| 1509 | GRIFFIN, MAURICE B | 19679 | UNDETERMINED* | EXHIBIT A |
| 1510 | GRIFFITH, BRIAN E, PR OF THE | 18870 | UNDETERMINED* | EXHIBIT A |
| 1511 | GRIFFITH, DONALD C | 21063 | UNDETERMINED* | EXHIBIT A |
| 1512 | GRIFFITH, JOAN P, PR OF THE | 18874 | UNDETERMINED* | EXHIBIT A |
| 1513 | GRIFFITH, ROBERT L, PR OF THE | 18872 | UNDETERMINED* | EXHIBIT A |
| 1514 | GRIFFITH, ROBIN F , SR, PR OF THE | 18871 | UNDETERMINED* | EXHIBIT A |
| 1515 | GRIFFITH, ROBIN F , SR, PR OF THE | 18873 | UNDETERMINED* | EXHIBIT A |
| 1516 | GRIFFITH, RONNIE T, SR | 21064 | UNDETERMINED* | EXHIBIT A |
| 1517 | GRIM, ROBERT W | 19680 | UNDETERMINED* | EXHIBIT A |
| 1518 | GRIMES, EDGAR M | 19681 | UNDETERMINED* | EXHIBIT A |
| 1519 | GRIMES, MARTHA | 21065 | UNDETERMINED* | EXHIBIT A |
| 1520 | GRIMES, SHEILA, PR OF THE | 20227 | UNDETERMINED* | EXHIBIT A |
| 1521 | GRIMES, VIRGINIA G | 21066 | UNDETERMINED* | EXHIBIT A |
| 1522 | GRIMES, VIRGINIA G, PR OF THE | 19590 | UNDETERMINED* | EXHIBIT A |
| 1523 | GRISSOM, PATRICIA, FOR THE | 18875 | UNDETERMINED* | EXHIBIT A |
| 1524 | GRIZZELL, DALE A | 19682 | UNDETERMINED* | EXHIBIT A |
| 1525 | GROFT, JOSEPH A | 21067 | UNDETERMINED* | EXHIBIT A |
| 1526 | GROSE, MARGARET, PR OF THE | 19347 | UNDETERMINED* | EXHIBIT A |
| 1527 | GROSS, CHARLES T | 19683 | UNDETERMINED* | EXHIBIT A |
| 1528 | GROSS, LUCILLE | 19684 | UNDETERMINED* | EXHIBIT A |
| 1529 | GROSS, NANCY, PR OF THE | 20136 | UNDETERMINED* | EXHIBIT A |
| 1530 | GROTH, WINFRED A, SR | 19685 | UNDETERMINED* | EXHIBIT A |
| 1531 | GROVE, DUANE A, PR OF THE | 19576 | UNDETERMINED* | EXHIBIT A |
| 1532 | GROVE, KATHLEEN | 21068 | UNDETERMINED* | EXHIBIT A |
| 1533 | GRUBBS, DONNA JEAN, PR OF THE | 18879 | UNDETERMINED* | EXHIBIT A |
| 1534 | GRUBER, MICHAEL L | 19686 | UNDETERMINED* | EXHIBIT A |
| 1535 | GRUPP, BRIAN A, PR OF THE | 18881 | UNDETERMINED* | EXHIBIT A |
| 1536 | GUE, THOMAS E | 19687 | UNDETERMINED* | EXHIBIT A |
| 1537 | GUERIERI, BRIAN, PR OF THE | 18882 | UNDETERMINED* | EXHIBIT A |
| 1538 | GUERIERI, SHARON-ANN, PR OF THE | 18883 | UNDETERMINED* | EXHIBIT A |
| 1539 | GUEST, BETTY | 21069 | UNDETERMINED* | EXHIBIT A |
| 1540 | GUGLIUZZA, GERMAINE C, PR OF THE | 18885 | UNDETERMINED* | EXHIBIT A |
| 1541 | GUIRE, SONDRA, PR OF THE | 20095 | UNDETERMINED* | EXHIBIT A |

| 1542 | GUNDERSON, ALICE ANN, PR OF THE | 18886 | UNDETERMINED* | EXHIBIT A |
| 1543 | GUNTER, BILLY R | 19688 | UNDETERMINED* | EXHIBIT A |
| 1544 | GUNTER, SARAH | 19689 | UNDETERMINED* | EXHIBIT A |
| 1545 | GURTLER, EDWARD, PR OF THE | 18887 | UNDETERMINED* | EXHIBIT A |
| 1546 | GUYTON, EMMETT, PR OF THE | 18889 | UNDETERMINED* | EXHIBIT A |
| 1547 | GWIN, THOMAS N , JR, PR OF THE | 18890 | UNDETERMINED* | EXHIBIT A |
| 1548 | GWINN, ROGER D | 19690 | UNDETERMINED* | EXHIBIT A |
| 1549 | HAAS, BARRY D | 19691 | UNDETERMINED* | EXHIBIT A |
| 1550 | HAAS, MARY E, PR OF THE | 18891 | UNDETERMINED* | EXHIBIT A |
| 1551 | HABICHT, OSCAR E | 19692 | UNDETERMINED* | EXHIBIT A |
| 1552 | HACKMAN, ROBERT E | 19693 | UNDETERMINED* | EXHIBIT A |
| 1553 | HAFFNER, LORI A, PR OF THE | 18892 | UNDETERMINED* | EXHIBIT A |
| 1554 | HAGAN, WAYNE W | 19694 | UNDETERMINED* | EXHIBIT A |
| 1555 | HAGANS, JONATHAN | 19695 | UNDETERMINED* | EXHIBIT A |
| 1556 | HAHN, RORY | 19696 | UNDETERMINED* | EXHIBIT A |
| 1557 | HAHN, THELMA | 19697 | UNDETERMINED* | EXHIBIT A |
| 1558 | HAINES, GERALD J | 21070 | UNDETERMINED* | EXHIBIT A |
| 1559 | HAIRE, LEON | 21071 | UNDETERMINED* | EXHIBIT A |
| 1560 | HAKE, CHARLOTTE M, FOR THE | 18893 | UNDETERMINED* | EXHIBIT A |
| 1561 | HAKE, JEAN, PR OF THE | 19997 | UNDETERMINED* | EXHIBIT A |
| 1562 | HALE, ROBERT C, SR | 19698 | UNDETERMINED* | EXHIBIT A |
| 1563 | HALE, TOMMY K | 19699 | UNDETERMINED* | EXHIBIT A |
| 1564 | HALEY, KAREN M | 19700 | UNDETERMINED* | EXHIBIT A |
| 1565 | HALL, DENNIS S, PR OF THE | 18895 | UNDETERMINED* | EXHIBIT A |
| 1566 | HALL, DONALD E, SR | 19701 | UNDETERMINED* | EXHIBIT A |
| 1567 | HALL, DONALD, SR | 19702 | UNDETERMINED* | EXHIBIT A |
| 1568 | HALL, DONNA D, PR OF THE | 18666 | UNDETERMINED* | EXHIBIT A |
| 1569 | HALL, DOUGLAS R | 19703 | UNDETERMINED* | EXHIBIT A |
| 1570 | HALL, GUY | 19704 | UNDETERMINED* | EXHIBIT A |
| 1571 | HALL, LORRAINE V | 19705 | UNDETERMINED* | EXHIBIT A |
| 1572 | HALL, MARGUERITE, PR OF THE | 18898 | UNDETERMINED* | EXHIBIT A |
| 1573 | HALL, MARJORIE R, PR OF THE | 18899 | UNDETERMINED* | EXHIBIT A |
| 1574 | HALL, MICHAEL | 19706 | UNDETERMINED* | EXHIBIT A |
| 1575 | HALL, RONALD W | 19707 | UNDETERMINED* | EXHIBIT A |
| 1576 | HALL, RONALD, SR | 19708 | UNDETERMINED* | EXHIBIT A |
| 1577 | HALL, THOMAS H, SR | 19709 | UNDETERMINED* | EXHIBIT A |
| 1578 | HALLOWELL, DENNIS W | 19710 | UNDETERMINED* | EXHIBIT A |
| 1579 | HALSELL, BEVERLY J, PR OF THE | 18569 | UNDETERMINED* | EXHIBIT A |
| 1580 | HAMBLETON, JAMES | 19711 | UNDETERMINED* | EXHIBIT A |
| 1581 | HAMEL, CHARLES C, III | 19712 | UNDETERMINED* | EXHIBIT A |
| 1582 | HAMILTON, EARL K, PR OF THE | 18900 | UNDETERMINED* | EXHIBIT A |
| 1583 | HAMILTON, JAMES | 19713 | UNDETERMINED* | EXHIBIT A |
| 1584 | HAMILTON, LARRY | 19714 | UNDETERMINED* | EXHIBIT A |
| 1585 | HAMILTON, LEROY A | 21072 | UNDETERMINED* | EXHIBIT A |
| 1586 | HAMILTON, LINDA R, PR OF THE | 18901 | UNDETERMINED* | EXHIBIT A |
| 1587 | HAMM, DELMER | 21073 | UNDETERMINED* | EXHIBIT A |
| 1588 | HAMMERBACKER, JULIA A, PR OF THE | 18902 | UNDETERMINED* | EXHIBIT A |

| 1589 | HAMMON, RANDY P | 19715 | UNDETERMINED* | EXHIBIT A |
|------|-----------------|-------|---------------|-----------|
| 1590 | HAMMOND, LOUIS E | 19716 | UNDETERMINED* | EXHIBIT A |
| 1591 | HAMMOND, MAX | 19717 | UNDETERMINED* | EXHIBIT A |
| 1592 | HAMMOND, TERRY L | 19718 | UNDETERMINED* | EXHIBIT A |
| 1593 | HAMSHEY, JOHN F | 19719 | UNDETERMINED* | EXHIBIT A |
| 1594 | HANAFIN, NORLEEN | 19720 | UNDETERMINED* | EXHIBIT A |
| 1595 | HANAWALT, RAY G | 21074 | UNDETERMINED* | EXHIBIT A |
| 1596 | HANCOCK, JAMES L | 19721 | UNDETERMINED* | EXHIBIT A |
| 1597 | HANCOCK, JUSTINE M, PR OF THE | 18535 | UNDETERMINED* | EXHIBIT A |
| 1598 | HANDEL, BEVERLY, PR OF THE | 18904 | UNDETERMINED* | EXHIBIT A |
| 1599 | HANDLEY, STACIE C, PR OF THE | 19176 | UNDETERMINED* | EXHIBIT A |
| 1600 | HANESCHLAGER, FRANCIS C, PR OF THE | 18906 | UNDETERMINED* | EXHIBIT A |
| 1601 | HANESCHLAGER, GERARD F | 19722 | UNDETERMINED* | EXHIBIT A |
| 1602 | HANESCHLAGER, JAMES F, PR OF THE | 18905 | UNDETERMINED* | EXHIBIT A |
| 1603 | HANEY, GERALDINE W | 19723 | UNDETERMINED* | EXHIBIT A |
| 1604 | HANLEY, T BRUCE, PR OF THE | 19063 | UNDETERMINED* | EXHIBIT A |
| 1605 | HANNON, MARDELLA M, PR OF THE | 18909 | UNDETERMINED* | EXHIBIT A |
| 1606 | HANSEN-FOLEY, NANCY ANNE, PR OF THE | 18738 | UNDETERMINED* | EXHIBIT A |
| 1607 | HANSON, MICHAEL | 14166 | UNDETERMINED* | EXHIBIT A |
| 1608 | HANZL, JOSEPH J | 19724 | UNDETERMINED* | EXHIBIT A |
| 1609 | HARAHUS, MICHAEL | 19725 | UNDETERMINED* | EXHIBIT A |
| 1610 | HARCLERODE, JUDITH L, PR OF THE | 18926 | UNDETERMINED* | EXHIBIT A |
| 1611 | HARDEN, I LOUISE, PR OF THE | 18910 | UNDETERMINED* | EXHIBIT A |
| 1612 | HARDENBERG, JAMES J, PR OF THE | 18911 | UNDETERMINED* | EXHIBIT A |
| 1613 | HARDIN, BILLY R | 19726 | UNDETERMINED* | EXHIBIT A |
| 1614 | HARDING, TERRY L | 19727 | UNDETERMINED* | EXHIBIT A |
| 1615 | HARDISON, RUSSELL | 21075 | UNDETERMINED* | EXHIBIT A |
| 1616 | HARDY, RUTHANN K, PR OF THE | 19312 | UNDETERMINED* | EXHIBIT A |
| 1617 | HARGRAVE, GREGORY L | 19728 | UNDETERMINED* | EXHIBIT A |
| 1618 | HARGROVE, MELVIN | 21076 | UNDETERMINED* | EXHIBIT A |
| 1619 | HARMAN, HOPE V, PR OF THE | 18912 | UNDETERMINED* | EXHIBIT A |
| 1620 | HARMON, CHERYL, PR OF THE | 18914 | UNDETERMINED* | EXHIBIT A |
| 1621 | HARMON, GLEN D, PR OF THE | 18913 | UNDETERMINED* | EXHIBIT A |
| 1622 | HARMON, GLEN D, PR OF THE | 18916 | UNDETERMINED* | EXHIBIT A |
| 1623 | HARMON, HILDA E, PR OF THE | 18917 | UNDETERMINED* | EXHIBIT A |
| 1624 | HARPER, DENISE MICHELLE, PR OF THE | 19110 | UNDETERMINED* | EXHIBIT A |
| 1625 | HARPER, PAUL | 19729 | UNDETERMINED* | EXHIBIT A |
| 1626 | HARRELL, GEORGETTA E | 19730 | UNDETERMINED* | EXHIBIT A |
| 1627 | HARRIGAN, SHARON E, PR OF THE | 18918 | UNDETERMINED* | EXHIBIT A |
| 1628 | HARRIS, ARTHUR L, SR | 19731 | UNDETERMINED* | EXHIBIT A |
| 1629 | HARRIS, BARBARA | 19732 | UNDETERMINED* | EXHIBIT A |
| 1630 | HARRIS, CHARLES | 19733 | UNDETERMINED* | EXHIBIT A |
| 1631 | HARRIS, DAVID A, SR | 19734 | UNDETERMINED* | EXHIBIT A |
| 1632 | HARRIS, EDWARD L | 19735 | UNDETERMINED* | EXHIBIT A |
| 1633 | HARRIS, GLADYS V | 19736 | UNDETERMINED* | EXHIBIT A |
| 1634 | HARRIS, HELEN J, PR OF THE | 18920 | UNDETERMINED* | EXHIBIT A |
| 1635 | HARRIS, HERBERT R, II | 19737 | UNDETERMINED* | EXHIBIT A |

470001

| | | | | |
|---|---|---|---|---|
| 1636 | HARRIS, JEROME, SR | 19738 | UNDETERMINED* | EXHIBIT A |
| 1637 | HARRIS, JOANN J | 19739 | UNDETERMINED* | EXHIBIT A |
| 1638 | HARRIS, JOSEPH | 21077 | UNDETERMINED* | EXHIBIT A |
| 1639 | HARRIS, LEONARD O, JR | 19740 | UNDETERMINED* | EXHIBIT A |
| 1640 | HARRIS, LLOYD A | 19741 | UNDETERMINED* | EXHIBIT A |
| 1641 | HARRIS, MILBURN J | 19742 | UNDETERMINED* | EXHIBIT A |
| 1642 | HARRIS, MILTON L | 19743 | UNDETERMINED* | EXHIBIT A |
| 1643 | HARRIS, THOMAS W, PR OF THE | 18919 | UNDETERMINED* | EXHIBIT A |
| 1644 | HARRIS, WAYNE | 19744 | UNDETERMINED* | EXHIBIT A |
| 1645 | HARRIS, WILLIAM D | 14165 | UNDETERMINED* | EXHIBIT A |
| 1646 | HARRIS, WILLIAM D | 21079 | UNDETERMINED* | EXHIBIT A |
| 1647 | HARRIS, WILLIAM J, JR | 21078 | UNDETERMINED* | EXHIBIT A |
| 1648 | HARRISON, ARNOLD | 19745 | UNDETERMINED* | EXHIBIT A |
| 1649 | HARRISON, JOHN H, PR OF THE | 18923 | UNDETERMINED* | EXHIBIT A |
| 1650 | HARRISON, NANCY J | 19746 | UNDETERMINED* | EXHIBIT A |
| 1651 | HARRISON, PATRICIA, PR OF THE | 18922 | UNDETERMINED* | EXHIBIT A |
| 1652 | HART, LYNN M, PR OF THE | 19152 | UNDETERMINED* | EXHIBIT A |
| 1653 | HART, RICHARD THOMAS, PR OF THE | 18925 | UNDETERMINED* | EXHIBIT A |
| 1654 | HARTENSTINE, WILLIAM C | 19747 | UNDETERMINED* | EXHIBIT A |
| 1655 | HARTHOUSEN, GARY A, SR | 19748 | UNDETERMINED* | EXHIBIT A |
| 1656 | HARTIG, EVELYN V | 19749 | UNDETERMINED* | EXHIBIT A |
| 1657 | HARTIG, GEORGE H | 19750 | UNDETERMINED* | EXHIBIT A |
| 1658 | HARTING, DAWN M, PR OF THE | 19953 | UNDETERMINED* | EXHIBIT A |
| 1659 | HARTLAUB, MARY ANN N, PR OF THE | 18927 | UNDETERMINED* | EXHIBIT A |
| 1660 | HARTMAN, DARLENE V, PR OF THE | 18828 | UNDETERMINED* | EXHIBIT A |
| 1661 | HARTMAN, JAMES T, PR OF THE | 18373 | UNDETERMINED* | EXHIBIT A |
| 1662 | HARTMAN, KENNETH | 19751 | UNDETERMINED* | EXHIBIT A |
| 1663 | HARVEY, CHARLES L, JR | 19752 | UNDETERMINED* | EXHIBIT A |
| 1664 | HARVEY, GEORGE E, PR OF THE | 18932 | UNDETERMINED* | EXHIBIT A |
| 1665 | HARVEY, IRVIN K | 19753 | UNDETERMINED* | EXHIBIT A |
| 1666 | HASENECZ, DANIEL J | 19754 | UNDETERMINED* | EXHIBIT A |
| 1667 | HASENECZ, JAMES P | 19755 | UNDETERMINED* | EXHIBIT A |
| 1668 | HASH, DONALD C, PR OF THE | 18933 | UNDETERMINED* | EXHIBIT A |
| 1669 | HASKETT, TANYA S, PR OF THE | 19096 | UNDETERMINED* | EXHIBIT A |
| 1670 | HASTINGS, DEBORAH J, PR OF THE | 18935 | UNDETERMINED* | EXHIBIT A |
| 1671 | HASTINGS, LAWRENCE | 19756 | UNDETERMINED* | EXHIBIT A |
| 1672 | HATCHER, ANTHONY V, PR OF THE | 18936 | UNDETERMINED* | EXHIBIT A |
| 1673 | HATCHERSON, MELISSA, PR OF THE | 19264 | UNDETERMINED* | EXHIBIT A |
| 1674 | HATFIELD, ANNA M, PR OF THE | 18937 | UNDETERMINED* | EXHIBIT A |
| 1675 | HATMAKER, PAUL A | 19757 | UNDETERMINED* | EXHIBIT A |
| 1676 | HAUPT, DONALD W, SR | 19758 | UNDETERMINED* | EXHIBIT A |
| 1677 | HAUTE, ELIZABETH VAN, PR OF THE | 20154 | UNDETERMINED* | EXHIBIT A |
| 1678 | HAWK, RONALD J | 19759 | UNDETERMINED* | EXHIBIT A |
| 1679 | HAWKINS, BEVERLY, PR OF THE | 18939 | UNDETERMINED* | EXHIBIT A |
| 1680 | HAWKINS, DEBORAH A, PR OF THE | 18339 | UNDETERMINED* | EXHIBIT A |
| 1681 | HAWKINS, DONALD K | 14164 | UNDETERMINED* | EXHIBIT A |
| 1682 | HAWKINS, DONALD K | 19760 | UNDETERMINED* | EXHIBIT A |

470001

| 1683 | HAWKINS, EZZARD D | 21080 | UNDETERMINED* | EXHIBIT A |
|------|-------------------|-------|---------------|-----------|
| 1684 | HAWKINS, YOLANDA | 19761 | UNDETERMINED* | EXHIBIT A |
| 1685 | HAWSE, MARY L, PR OF THE | 18941 | UNDETERMINED* | EXHIBIT A |
| 1686 | HAY, DONALD R | 14163 | UNDETERMINED* | EXHIBIT A |
| 1687 | HAYES, EDWIN J, SR | 19762 | UNDETERMINED* | EXHIBIT A |
| 1688 | HAYMAN, FRANK | 19763 | UNDETERMINED* | EXHIBIT A |
| 1689 | HEAGY, RAYMOND | 19764 | UNDETERMINED* | EXHIBIT A |
| 1690 | HEALY, DORIS A, PR OF THE | 18944 | UNDETERMINED* | EXHIBIT A |
| 1691 | HEATHER M. BROADWATER, FIRST UNITED B&T | 18785 | UNDETERMINED* | EXHIBIT A |
| 1692 | HEATON, WILLIAM F | 19765 | UNDETERMINED* | EXHIBIT A |
| 1693 | HEBRON, LEON | 21081 | UNDETERMINED* | EXHIBIT A |
| 1694 | HECK, HELEN, PR OF THE | 19615 | UNDETERMINED* | EXHIBIT A |
| 1695 | HECKEL, HAZEL, PR OF THE | 18549 | UNDETERMINED* | EXHIBIT A |
| 1696 | HEDRICK, DALLAS A | 21082 | UNDETERMINED* | EXHIBIT A |
| 1697 | HEDRICK, LAMAR | 19766 | UNDETERMINED* | EXHIBIT A |
| 1698 | HEFFELFINGER, ROBERT B | 19767 | UNDETERMINED* | EXHIBIT A |
| 1699 | HEFFNER, PAUL L | 19768 | UNDETERMINED* | EXHIBIT A |
| 1700 | HEIL, JESSICA, PR OF THE | 18947 | UNDETERMINED* | EXHIBIT A |
| 1701 | HEIMBACH, MARGARET A, PR OF THE | 18949 | UNDETERMINED* | EXHIBIT A |
| 1702 | HEINTZELMAN, FRANKLIN A, JR | 19769 | UNDETERMINED* | EXHIBIT A |
| 1703 | HEISE, GERALDINE F, PR OF THE | 18279 | UNDETERMINED* | EXHIBIT A |
| 1704 | HEISLER, JOSEPH F | 14162 | UNDETERMINED* | EXHIBIT A |
| 1705 | HELLMUTH, STEPHEN J, JR | 19770 | UNDETERMINED* | EXHIBIT A |
| 1706 | HELMER, THERESA M | 19771 | UNDETERMINED* | EXHIBIT A |
| 1707 | HELMS, GARY, PR OF THE | 18951 | UNDETERMINED* | EXHIBIT A |
| 1708 | HELMS, WILLIS, PR OF THE | 19481 | UNDETERMINED* | EXHIBIT A |
| 1709 | HELTON, ROBERT E, SR | 19772 | UNDETERMINED* | EXHIBIT A |
| 1710 | HEMLING, ROLAND M | 19773 | UNDETERMINED* | EXHIBIT A |
| 1711 | HENDERSON, DIANA V, PR OF THE | 19971 | UNDETERMINED* | EXHIBIT A |
| 1712 | HENDERSON, GWENDOLYN, PR OF THE | 18782 | UNDETERMINED* | EXHIBIT A |
| 1713 | HENDRICK, SALLIE V | 19774 | UNDETERMINED* | EXHIBIT A |
| 1714 | HENDRICKS, GAIL, PR OF THE | 18952 | UNDETERMINED* | EXHIBIT A |
| 1715 | HENN, FRANCES, PR OF THE | 18953 | UNDETERMINED* | EXHIBIT A |
| 1716 | HENNINGER, WAYNE, PR OF THE | 20151 | UNDETERMINED* | EXHIBIT A |
| 1717 | HENNINGER, WAYNE, PR OF THE | 20152 | UNDETERMINED* | EXHIBIT A |
| 1718 | HENNINGSEN, KURT | 21083 | UNDETERMINED* | EXHIBIT A |
| 1719 | HENRY, DORIS C, PR OF THE | 18954 | UNDETERMINED* | EXHIBIT A |
| 1720 | HENRY, GRAHAM B, JR | 19775 | UNDETERMINED* | EXHIBIT A |
| 1721 | HENRY, LEROY | 19776 | UNDETERMINED* | EXHIBIT A |
| 1722 | HENRY, RONALD E, PR OF THE | 18955 | UNDETERMINED* | EXHIBIT A |
| 1723 | HENRY, WILLIAM L | 19777 | UNDETERMINED* | EXHIBIT A |
| 1724 | HENSEN, ANNA A | 19778 | UNDETERMINED* | EXHIBIT A |
| 1725 | HENSHAW, E THOMAS, PR OF THE | 18956 | UNDETERMINED* | EXHIBIT A |
| 1726 | HENSLEY, EDGAR D | 19779 | UNDETERMINED* | EXHIBIT A |
| 1727 | HENSON, JUDY I, PR OF THE | 18958 | UNDETERMINED* | EXHIBIT A |
| 1728 | HENSON, KEITH, PR OF THE | 18957 | UNDETERMINED* | EXHIBIT A |
| 1729 | HENSON, MILDRED E, PR OF THE | 18959 | UNDETERMINED* | EXHIBIT A |

| 1730 | HENSON, PAULINE | 19780 | UNDETERMINED* | EXHIBIT A |
| 1731 | HEPDING, MARK, PR OF THE | 18960 | UNDETERMINED* | EXHIBIT A |
| 1732 | HERGENHAHN, FRANCES E, PR OF THE | 18961 | UNDETERMINED* | EXHIBIT A |
| 1733 | HERMAN, RENA A, PR OF THE | 18962 | UNDETERMINED* | EXHIBIT A |
| 1734 | HERNANDEZ, NORA C, PR OF THE | 18866 | UNDETERMINED* | EXHIBIT A |
| 1735 | HERON, PAULINE | 19781 | UNDETERMINED* | EXHIBIT A |
| 1736 | HERON, PAULINE, PR OF THE | 18963 | UNDETERMINED* | EXHIBIT A |
| 1737 | HERTZFELT, GLORIA, FOR THE | 18964 | UNDETERMINED* | EXHIBIT A |
| 1738 | HERTZLER, JEFFREY | 19782 | UNDETERMINED* | EXHIBIT A |
| 1739 | HERTZLER, SHIRLEY, PR OF THE | 18966 | UNDETERMINED* | EXHIBIT A |
| 1740 | HERTZLER, TERRY L | 19783 | UNDETERMINED* | EXHIBIT A |
| 1741 | HERTZLER, TERRY L, PR OF THE | 18965 | UNDETERMINED* | EXHIBIT A |
| 1742 | HESSLER, ANTHONY W | 21084 | UNDETERMINED* | EXHIBIT A |
| 1743 | HESSLER, GARRY | 21085 | UNDETERMINED* | EXHIBIT A |
| 1744 | HESSLER, JAMES M, SR | 19784 | UNDETERMINED* | EXHIBIT A |
| 1745 | HETRICK, ANNA L, PR OF THE | 18968 | UNDETERMINED* | EXHIBIT A |
| 1746 | HETRICK, PEGGY ANN, PR OF THE | 18967 | UNDETERMINED* | EXHIBIT A |
| 1747 | HICKS, ANNE E, PR OF THE | 18969 | UNDETERMINED* | EXHIBIT A |
| 1748 | HICKS, ERNEST RAY, PR OF THE | 18970 | UNDETERMINED* | EXHIBIT A |
| 1749 | HICKS, RANDY G | 21086 | UNDETERMINED* | EXHIBIT A |
| 1750 | HIDALGO, PAMELA, PR OF THE | 19578 | UNDETERMINED* | EXHIBIT A |
| 1751 | HIETT, DANIEL E | 19785 | UNDETERMINED* | EXHIBIT A |
| 1752 | HILBERT, KENNETH J | 19786 | UNDETERMINED* | EXHIBIT A |
| 1753 | HILDEBRAND, EARL, PR OF THE | 18971 | UNDETERMINED* | EXHIBIT A |
| 1754 | HILDITCH, LYNN, PR OF THE | 18633 | UNDETERMINED* | EXHIBIT A |
| 1755 | HILL, BARBARA J, PR OF THE | 18972 | UNDETERMINED* | EXHIBIT A |
| 1756 | HILL, DONALD | 19787 | UNDETERMINED* | EXHIBIT A |
| 1757 | HILL, GAIL | 19788 | UNDETERMINED* | EXHIBIT A |
| 1758 | HILL, JEAN | 19789 | UNDETERMINED* | EXHIBIT A |
| 1759 | HILL, STEPHEN H | 19790 | UNDETERMINED* | EXHIBIT A |
| 1760 | HILTE, LAWRENCE A, SR | 19791 | UNDETERMINED* | EXHIBIT A |
| 1761 | HILTON, PAMELA S | 21087 | UNDETERMINED* | EXHIBIT A |
| 1762 | HILTZ, THOMAS | 21088 | UNDETERMINED* | EXHIBIT A |
| 1763 | HINES, LARRY | 19792 | UNDETERMINED* | EXHIBIT A |
| 1764 | HINES, LARRY D, PR OF THE | 18974 | UNDETERMINED* | EXHIBIT A |
| 1765 | HINKE, MARIE A, PR OF THE | 18975 | UNDETERMINED* | EXHIBIT A |
| 1766 | HINTON, LARRY | 19793 | UNDETERMINED* | EXHIBIT A |
| 1767 | HITCHCOCK, COLEMAN | 19794 | UNDETERMINED* | EXHIBIT A |
| 1768 | HOBBS, LEIGH ANN, PR OF THE | 18992 | UNDETERMINED* | EXHIBIT A |
| 1769 | HOCK, JOAN K | 19795 | UNDETERMINED* | EXHIBIT A |
| 1770 | HOEFFLER, JUDY A, PR OF THE | 18976 | UNDETERMINED* | EXHIBIT A |
| 1771 | HOEFLER, BRUCE W, PR OF THE | 18977 | UNDETERMINED* | EXHIBIT A |
| 1772 | HOFFERT, PATRICIA M, PR OF THE | 18978 | UNDETERMINED* | EXHIBIT A |
| 1773 | HOFFMAN, BONNIE LEE, PR OF THE | 19917 | UNDETERMINED* | EXHIBIT A |
| 1774 | HOFFMAN, JOAN N, PR OF THE | 19192 | UNDETERMINED* | EXHIBIT A |
| 1775 | HOFFMAN, L J, PR OF THE | 18983 | UNDETERMINED* | EXHIBIT A |
| 1776 | HOFFMAN, RUTH, PR OF THE | 18982 | UNDETERMINED* | EXHIBIT A |

| 1777 | HOFFMANN, DORIS A | 21089 | UNDETERMINED* | EXHIBIT A |
|------|------|------|------|------|
| 1778 | HOFMEISTER, MARY P, PR OF THE | 18644 | UNDETERMINED* | EXHIBIT A |
| 1779 | HOGAN, JOSEPH, PR OF THE | 18984 | UNDETERMINED* | EXHIBIT A |
| 1780 | HOGAN, LARRY D | 19796 | UNDETERMINED* | EXHIBIT A |
| 1781 | HOGAN, MICHAEL J | 19797 | UNDETERMINED* | EXHIBIT A |
| 1782 | HOHREIN, FRANK W | 19798 | UNDETERMINED* | EXHIBIT A |
| 1783 | HOLBROOK, BONNIE A, PR OF THE | 18985 | UNDETERMINED* | EXHIBIT A |
| 1784 | HOLCOMB, MICHAEL L, PR OF THE | 18986 | UNDETERMINED* | EXHIBIT A |
| 1785 | HOLDER, DESMOND | 19799 | UNDETERMINED* | EXHIBIT A |
| 1786 | HOLLAND, ELLEN, PR OF THE | 19080 | UNDETERMINED* | EXHIBIT A |
| 1787 | HOLLAND, GOLDA J | 19800 | UNDETERMINED* | EXHIBIT A |
| 1788 | HOLLAND, THOMAS L | 21090 | UNDETERMINED* | EXHIBIT A |
| 1789 | HOLLAND, WESLEY | 19801 | UNDETERMINED* | EXHIBIT A |
| 1790 | HOLLAR, JOSEPH E | 14161 | UNDETERMINED* | EXHIBIT A |
| 1791 | HOLLER, BARBARA A | 19802 | UNDETERMINED* | EXHIBIT A |
| 1792 | HOLLEY, ROBERT E , III, PR OF THE | 18987 | UNDETERMINED* | EXHIBIT A |
| 1793 | HOLLEY, RONALD B | 19803 | UNDETERMINED* | EXHIBIT A |
| 1794 | HOLLIS, LINELL | 21091 | UNDETERMINED* | EXHIBIT A |
| 1795 | HOLMES, FRED J | 19804 | UNDETERMINED* | EXHIBIT A |
| 1796 | HOLMES, HAROLD W | 19805 | UNDETERMINED* | EXHIBIT A |
| 1797 | HOLMES, WILLIAM L | 21092 | UNDETERMINED* | EXHIBIT A |
| 1798 | HOLT, JOHN | 19806 | UNDETERMINED* | EXHIBIT A |
| 1799 | HOLT, MAE | 19807 | UNDETERMINED* | EXHIBIT A |
| 1800 | HOLTER, DORIS A, PR OF THE | 18988 | UNDETERMINED* | EXHIBIT A |
| 1801 | HOLTMAN, RONALD B | 19808 | UNDETERMINED* | EXHIBIT A |
| 1802 | HOLTZHAFER, KENNETH | 19809 | UNDETERMINED* | EXHIBIT A |
| 1803 | HOLZEM, JAMES C | 19810 | UNDETERMINED* | EXHIBIT A |
| 1804 | HOOK, BROCK, PR OF THE | 18990 | UNDETERMINED* | EXHIBIT A |
| 1805 | HOOKER, PATRICIA, PR OF THE | 18991 | UNDETERMINED* | EXHIBIT A |
| 1806 | HOOPER, MICHELLE S, PR OF THE | 18467 | UNDETERMINED* | EXHIBIT A |
| 1807 | HOOVER, RICHARD G | 19811 | UNDETERMINED* | EXHIBIT A |
| 1808 | HOPKINS, DONNA M, PR OF THE | 20198 | UNDETERMINED* | EXHIBIT A |
| 1809 | HOPKINS, RICHARD | 19812 | UNDETERMINED* | EXHIBIT A |
| 1810 | HOPSON, ROY | 19813 | UNDETERMINED* | EXHIBIT A |
| 1811 | HORAK, ALICE, PR OF THE | 18556 | UNDETERMINED* | EXHIBIT A |
| 1812 | HORAN, JOSEPH | 19814 | UNDETERMINED* | EXHIBIT A |
| 1813 | HORAN, VINCENT, PR OF THE | 18994 | UNDETERMINED* | EXHIBIT A |
| 1814 | HORHOE, CHARLES R | 19815 | UNDETERMINED* | EXHIBIT A |
| 1815 | HORN, JOHN H | 19816 | UNDETERMINED* | EXHIBIT A |
| 1816 | HORN, THOMAS H, PR OF THE | 18995 | UNDETERMINED* | EXHIBIT A |
| 1817 | HORNE, BEULAH R | 19817 | UNDETERMINED* | EXHIBIT A |
| 1818 | HORNE, CLAUDE | 14200 | UNDETERMINED* | EXHIBIT A |
| 1819 | HORNE, JAMES W , SR, PR OF THE | 19579 | UNDETERMINED* | EXHIBIT A |
| 1820 | HORNE, MARY L, PR OF THE | 18996 | UNDETERMINED* | EXHIBIT A |
| 1821 | HORNER, JAMES W, SR | 19818 | UNDETERMINED* | EXHIBIT A |
| 1822 | HORNER, LOUISE L, PR OF THE | 18997 | UNDETERMINED* | EXHIBIT A |
| 1823 | HOROS, ALEX R, JR | 19819 | UNDETERMINED* | EXHIBIT A |

470001

| 1824 | HORRIGAN, MICHAEL PATRICK, PR OF THE | 18998 | UNDETERMINED* | EXHIBIT A |
|------|--------------------------------------|-------|---------------|-----------|
| 1825 | HORSEY, NORMAN L | 19820 | UNDETERMINED* | EXHIBIT A |
| 1826 | HORST, JUDITH A | 19821 | UNDETERMINED* | EXHIBIT A |
| 1827 | HOTT, HOMER, FOR THE | 18999 | UNDETERMINED* | EXHIBIT A |
| 1828 | HOUCHENS, DOROTHY, PR OF THE | 19580 | UNDETERMINED* | EXHIBIT A |
| 1829 | HOUSE, DEWITT | 19822 | UNDETERMINED* | EXHIBIT A |
| 1830 | HOUSE, LORRAINE, PR OF THE | 19000 | UNDETERMINED* | EXHIBIT A |
| 1831 | HOUSER, LARRY | 19823 | UNDETERMINED* | EXHIBIT A |
| 1832 | HOWARD, BUNIE R | 19824 | UNDETERMINED* | EXHIBIT A |
| 1833 | HOWARD, EDWARD G | 19825 | UNDETERMINED* | EXHIBIT A |
| 1834 | HOWARD, JAMES D, JR | 19826 | UNDETERMINED* | EXHIBIT A |
| 1835 | HOWARD, JOHN D | 19827 | UNDETERMINED* | EXHIBIT A |
| 1836 | HOWARD, JOHN E | 19828 | UNDETERMINED* | EXHIBIT A |
| 1837 | HOWARD, MICHAEL D | 19829 | UNDETERMINED* | EXHIBIT A |
| 1838 | HOWARD, RAYMOND J | 19830 | UNDETERMINED* | EXHIBIT A |
| 1839 | HOWARD, RAYMOND, PR OF THE | 19001 | UNDETERMINED* | EXHIBIT A |
| 1840 | HOWARD, WILLIAM L | 19831 | UNDETERMINED* | EXHIBIT A |
| 1841 | HOWELL, JOHN J, SR | 19832 | UNDETERMINED* | EXHIBIT A |
| 1842 | HOWELL, SEAN R, PR OF THE | 19003 | UNDETERMINED* | EXHIBIT A |
| 1843 | HOWELL, THELMA, PR OF THE | 19004 | UNDETERMINED* | EXHIBIT A |
| 1844 | HRUZ, CHARLES C, SR | 19833 | UNDETERMINED* | EXHIBIT A |
| 1845 | HRYB, DOROTHY L, PR OF THE | 19007 | UNDETERMINED* | EXHIBIT A |
| 1846 | HUBBARD, DONALD S. | 14199 | UNDETERMINED* | EXHIBIT A |
| 1847 | HUBER, DOROTHY A | 21093 | UNDETERMINED* | EXHIBIT A |
| 1848 | HUBER, KENNETH R, PR OF THE | 19008 | UNDETERMINED* | EXHIBIT A |
| 1849 | HUBER, PHILIP E, PR OF THE | 19181 | UNDETERMINED* | EXHIBIT A |
| 1850 | HUDSON, KATHLEEN L, PR OF THE | 19009 | UNDETERMINED* | EXHIBIT A |
| 1851 | HUDSON, WAYNE N, PR OF THE | 19011 | UNDETERMINED* | EXHIBIT A |
| 1852 | HUEY, CALVIN W | 19834 | UNDETERMINED* | EXHIBIT A |
| 1853 | HUGGINS, HARRIET M, PR OF THE | 20184 | UNDETERMINED* | EXHIBIT A |
| 1854 | HUGHES, JOSEPH W | 19835 | UNDETERMINED* | EXHIBIT A |
| 1855 | HUGHES, TIMOTHY | 21094 | UNDETERMINED* | EXHIBIT A |
| 1856 | HUGHES, WILLIAM E | 19836 | UNDETERMINED* | EXHIBIT A |
| 1857 | HUGHES, WILMA A, PR OF THE | 19014 | UNDETERMINED* | EXHIBIT A |
| 1858 | HULL, RICHARD E | 19837 | UNDETERMINED* | EXHIBIT A |
| 1859 | HULL, SHEILA T | 21095 | UNDETERMINED* | EXHIBIT A |
| 1860 | HUMBLES, A LOUISE | 19838 | UNDETERMINED* | EXHIBIT A |
| 1861 | HUNSICKER, CARL F | 19839 | UNDETERMINED* | EXHIBIT A |
| 1862 | HUNT, LEWIS A | 19840 | UNDETERMINED* | EXHIBIT A |
| 1863 | HUNT, MARY E | 19841 | UNDETERMINED* | EXHIBIT A |
| 1864 | HUNTEMANN, DEBORAH, PR OF THE | 19528 | UNDETERMINED* | EXHIBIT A |
| 1865 | HURD, ELMER L, JR | 19842 | UNDETERMINED* | EXHIBIT A |
| 1866 | HURT, JAMES H | 19843 | UNDETERMINED* | EXHIBIT A |
| 1867 | HUTCHESON, MARY L | 21096 | UNDETERMINED* | EXHIBIT A |
| 1868 | HUTCHISON, JAMES D | 19844 | UNDETERMINED* | EXHIBIT A |
| 1869 | HUTH, JOHN, JR | 19845 | UNDETERMINED* | EXHIBIT A |
| 1870 | HUTT, JULIE A, PR OF THE | 20165 | UNDETERMINED* | EXHIBIT A |

470001

| 1871 | HUX, GARLAND, SR | 19846 | UNDETERMINED* | EXHIBIT A |
|------|------------------|-------|---------------|-----------|
| 1872 | HYDE, ELAINE F, PR OF THE | 18749 | UNDETERMINED* | EXHIBIT A |
| 1873 | HYDE, GEORGE M | 19847 | UNDETERMINED* | EXHIBIT A |
| 1874 | IACOVONE, WILLIAM | 19848 | UNDETERMINED* | EXHIBIT A |
| 1875 | ICHNOSKI, VANESSA L, PR OF THE | 19901 | UNDETERMINED* | EXHIBIT A |
| 1876 | ICHOLS, LYNN M N, PR OF THE | 19202 | UNDETERMINED* | EXHIBIT A |
| 1877 | INGE, LESLIE J, SR | 19849 | UNDETERMINED* | EXHIBIT A |
| 1878 | INGOGLIA, BART A | 19850 | UNDETERMINED* | EXHIBIT A |
| 1879 | INKMAN, IVAN B | 19851 | UNDETERMINED* | EXHIBIT A |
| 1880 | IRVINE, DAVID H | 19852 | UNDETERMINED* | EXHIBIT A |
| 1881 | ISABELL, RALPH | 19853 | UNDETERMINED* | EXHIBIT A |
| 1882 | ISSA, SADER A | 19854 | UNDETERMINED* | EXHIBIT A |
| 1883 | ISSA, WATFAH W | 19855 | UNDETERMINED* | EXHIBIT A |
| 1884 | ITCHELL, BERNICE L M, PR OF THE | 19079 | UNDETERMINED* | EXHIBIT A |
| 1885 | IVICIC, MATTHEW D | 19856 | UNDETERMINED* | EXHIBIT A |
| 1886 | IVINS, MARY THECLA, PR OF THE | 20160 | UNDETERMINED* | EXHIBIT A |
| 1887 | IVKOVICH, MICHAEL | 19857 | UNDETERMINED* | EXHIBIT A |
| 1888 | JACKSON, ARNOLD, SR | 21097 | UNDETERMINED* | EXHIBIT A |
| 1889 | JACKSON, BARBARA L | 19859 | UNDETERMINED* | EXHIBIT A |
| 1890 | JACKSON, BARBARA, FOR THE | 19024 | UNDETERMINED* | EXHIBIT A |
| 1891 | JACKSON, CARRIE, PR OF THE | 19025 | UNDETERMINED* | EXHIBIT A |
| 1892 | JACKSON, JACKIE A | 21098 | UNDETERMINED* | EXHIBIT A |
| 1893 | JACKSON, JAMES, PR OF THE | 19019 | UNDETERMINED* | EXHIBIT A |
| 1894 | JACKSON, MICHAEL B | 19858 | UNDETERMINED* | EXHIBIT A |
| 1895 | JACKSON, PHILIP, PR OF THE | 19022 | UNDETERMINED* | EXHIBIT A |
| 1896 | JACKSON, RENNETTA M, PR OF THE | 19021 | UNDETERMINED* | EXHIBIT A |
| 1897 | JACKSON, ROBERT L. | 14198 | UNDETERMINED* | EXHIBIT A |
| 1898 | JACKSON, RONNIE | 21099 | UNDETERMINED* | EXHIBIT A |
| 1899 | JACKSON, WILLIAM | 21237 | UNDETERMINED* | EXHIBIT A |
| 1900 | JACOB, TIMOTHY | 21238 | UNDETERMINED* | EXHIBIT A |
| 1901 | JACOBS, EDWINA E | 21239 | UNDETERMINED* | EXHIBIT A |
| 1902 | JACOBS, HOWARD J | 21240 | UNDETERMINED* | EXHIBIT A |
| 1903 | JACOBS, KIM L | 21241 | UNDETERMINED* | EXHIBIT A |
| 1904 | JACOBS, TIMOTHY | 21242 | UNDETERMINED* | EXHIBIT A |
| 1905 | JACOBSON, VIRGINIA L, PR OF THE | 19026 | UNDETERMINED* | EXHIBIT A |
| 1906 | JAMES, DENISE M, PR OF THE | 19365 | UNDETERMINED* | EXHIBIT A |
| 1907 | JAMES, LESLIE S | 21243 | UNDETERMINED* | EXHIBIT A |
| 1908 | JAMES, MARY, PR OF THE | 19031 | UNDETERMINED* | EXHIBIT A |
| 1909 | JANCEWSKI, HENRY | 21244 | UNDETERMINED* | EXHIBIT A |
| 1910 | JANES, DAVID | 14197 | UNDETERMINED* | EXHIBIT A |
| 1911 | JANGALI, MICHAEL | 21100 | UNDETERMINED* | EXHIBIT A |
| 1912 | JANTZ, MARY E, PR OF THE | 18378 | UNDETERMINED* | EXHIBIT A |
| 1913 | JARNAGIN, KENNETH | 21245 | UNDETERMINED* | EXHIBIT A |
| 1914 | JARRAH, RIAD | 21246 | UNDETERMINED* | EXHIBIT A |
| 1915 | JARRARD, JAMES H, SR | 21247 | UNDETERMINED* | EXHIBIT A |
| 1916 | JARRETT, DALE | 21248 | UNDETERMINED* | EXHIBIT A |
| 1917 | JARRETT, EARL K | 21336 | UNDETERMINED* | EXHIBIT A |

| 1918 | JAYE, MARGARET A, PR OF THE | 19029 | UNDETERMINED* | EXHIBIT A |
|------|------|------|------|------|
| 1919 | JEFFERSON, LEROY | 21101 | UNDETERMINED* | EXHIBIT A |
| 1920 | JEFFERSON, WILLIAM D | 21337 | UNDETERMINED* | EXHIBIT A |
| 1921 | JEFFERY, STANLEY A | 21102 | UNDETERMINED* | EXHIBIT A |
| 1922 | JEFFREYS, MARY LOU, PR OF THE | 18915 | UNDETERMINED* | EXHIBIT A |
| 1923 | JEFFRIES, ETHELIA | 21103 | UNDETERMINED* | EXHIBIT A |
| 1924 | JEFFRIES, JULITA S, PR OF THE | 19030 | UNDETERMINED* | EXHIBIT A |
| 1925 | JENKINS, CATHERINE | 21338 | UNDETERMINED* | EXHIBIT A |
| 1926 | JENKINS, CHRISTINE, PR OF THE | 19035 | UNDETERMINED* | EXHIBIT A |
| 1927 | JENKINS, COIT | 21339 | UNDETERMINED* | EXHIBIT A |
| 1928 | JENKINS, KENNETH M | 21340 | UNDETERMINED* | EXHIBIT A |
| 1929 | JENKINS, MILDRED, PR OF THE | 19033 | UNDETERMINED* | EXHIBIT A |
| 1930 | JENKINS, RICHARD L | 21341 | UNDETERMINED* | EXHIBIT A |
| 1931 | JENKINS, RODNEY W, PR OF THE | 19032 | UNDETERMINED* | EXHIBIT A |
| 1932 | JENKINS, WILLIAM A. | 14196 | UNDETERMINED* | EXHIBIT A |
| 1933 | JENNINGS, JULIA S, PR OF THE | 20015 | UNDETERMINED* | EXHIBIT A |
| 1934 | JENNINGS, NGUYEN L, PR OF THE | 19036 | UNDETERMINED* | EXHIBIT A |
| 1935 | JENSEN, GLENN ALLEN, PR OF THE | 19037 | UNDETERMINED* | EXHIBIT A |
| 1936 | JOHANSEN, GEORGE F , JR, PR OF THE | 19039 | UNDETERMINED* | EXHIBIT A |
| 1937 | JOHN, CHARLES R , PR OF THE | 19040 | UNDETERMINED* | EXHIBIT A |
| 1938 | JOHN, DONALD L | 21342 | UNDETERMINED* | EXHIBIT A |
| 1939 | JOHN, WALTER C | 21343 | UNDETERMINED* | EXHIBIT A |
| 1940 | JOHNS, JEFFREY O, PR OF THE | 19041 | UNDETERMINED* | EXHIBIT A |
| 1941 | JOHNS, MAXINE K | 21344 | UNDETERMINED* | EXHIBIT A |
| 1942 | JOHNSON, ALBERT G | 21345 | UNDETERMINED* | EXHIBIT A |
| 1943 | JOHNSON, BARBARA L, PR OF THE | 19954 | UNDETERMINED* | EXHIBIT A |
| 1944 | JOHNSON, BILLIE E, PR OF THE | 19051 | UNDETERMINED* | EXHIBIT A |
| 1945 | JOHNSON, BILLIE E. | 14195 | UNDETERMINED* | EXHIBIT A |
| 1946 | JOHNSON, BRENDA | 21104 | UNDETERMINED* | EXHIBIT A |
| 1947 | JOHNSON, CHARLES W | 21346 | UNDETERMINED* | EXHIBIT A |
| 1948 | JOHNSON, DANIEL, PR OF THE | 19923 | UNDETERMINED* | EXHIBIT A |
| 1949 | JOHNSON, DIANE, PR OF THE | 18678 | UNDETERMINED* | EXHIBIT A |
| 1950 | JOHNSON, ETHEL R, FOR THE | 19049 | UNDETERMINED* | EXHIBIT A |
| 1951 | JOHNSON, FLORENCE E | 21347 | UNDETERMINED* | EXHIBIT A |
| 1952 | JOHNSON, HUMPHREY B, SR | 21348 | UNDETERMINED* | EXHIBIT A |
| 1953 | JOHNSON, JAMES | 21105 | UNDETERMINED* | EXHIBIT A |
| 1954 | JOHNSON, JERRY H | 21236 | UNDETERMINED* | EXHIBIT A |
| 1955 | JOHNSON, JERRY L | 22300 | UNDETERMINED* | EXHIBIT A |
| 1956 | JOHNSON, JERRY L | 22301 | UNDETERMINED* | EXHIBIT A |
| 1957 | JOHNSON, JESSE L | 21322 | UNDETERMINED* | EXHIBIT A |
| 1958 | JOHNSON, KENNETH E | 21323 | UNDETERMINED* | EXHIBIT A |
| 1959 | JOHNSON, MARK A. | 14194 | UNDETERMINED* | EXHIBIT A |
| 1960 | JOHNSON, MARY JO, PR OF THE | 19226 | UNDETERMINED* | EXHIBIT A |
| 1961 | JOHNSON, MOZELLE E | 21106 | UNDETERMINED* | EXHIBIT A |
| 1962 | JOHNSON, NANCY D | 21324 | UNDETERMINED* | EXHIBIT A |
| 1963 | JOHNSON, NORRIS, PR OF THE | 19339 | UNDETERMINED* | EXHIBIT A |
| 1964 | JOHNSON, OLLIE | 21325 | UNDETERMINED* | EXHIBIT A |

| 1965 | JOHNSON, RAPHAEL H, SR | 21326 | UNDETERMINED* | EXHIBIT A |
| 1966 | JOHNSON, RAYMOND, PR OF THE | 19043 | UNDETERMINED* | EXHIBIT A |
| 1967 | JOHNSON, ROBERT W | 21327 | UNDETERMINED* | EXHIBIT A |
| 1968 | JOHNSON, SHARON, PR OF THE | 19046 | UNDETERMINED* | EXHIBIT A |
| 1969 | JOHNSON, SHIRLEY A | 21328 | UNDETERMINED* | EXHIBIT A |
| 1970 | JOHNSON, TAMARA, PR OF THE | 19047 | UNDETERMINED* | EXHIBIT A |
| 1971 | JOHNSON-BEARD, REBEKAH, PR OF THE | 19050 | UNDETERMINED* | EXHIBIT A |
| 1972 | JOHNSTON, DONNIE L | 21329 | UNDETERMINED* | EXHIBIT A |
| 1973 | JOHNSTON, MICHAEL D, PR OF THE | 19228 | UNDETERMINED* | EXHIBIT A |
| 1974 | JONES, BETTY J | 21330 | UNDETERMINED* | EXHIBIT A |
| 1975 | JONES, CORINE | 21107 | UNDETERMINED* | EXHIBIT A |
| 1976 | JONES, DAVID A | 21108 | UNDETERMINED* | EXHIBIT A |
| 1977 | JONES, DEBORAH ANN, PR OF THE | 19418 | UNDETERMINED* | EXHIBIT A |
| 1978 | JONES, DEBRA A, PR OF THE | 20193 | UNDETERMINED* | EXHIBIT A |
| 1979 | JONES, DOROTHY | 21331 | UNDETERMINED* | EXHIBIT A |
| 1980 | JONES, DOUGLAS R, PR OF THE | 19341 | UNDETERMINED* | EXHIBIT A |
| 1981 | JONES, GEORGE W | 21332 | UNDETERMINED* | EXHIBIT A |
| 1982 | JONES, GRETA, PR OF THE | 19235 | UNDETERMINED* | EXHIBIT A |
| 1983 | JONES, HUGH A | 21333 | UNDETERMINED* | EXHIBIT A |
| 1984 | JONES, INA P, PR OF THE | 18507 | UNDETERMINED* | EXHIBIT A |
| 1985 | JONES, JAMES C, JR | 21334 | UNDETERMINED* | EXHIBIT A |
| 1986 | JONES, JOAN LEE, PR OF THE | 19232 | UNDETERMINED* | EXHIBIT A |
| 1987 | JONES, JOAN S | 21335 | UNDETERMINED* | EXHIBIT A |
| 1988 | JONES, JOANNA C, PR OF THE | 19233 | UNDETERMINED* | EXHIBIT A |
| 1989 | JONES, JOHN D | 21249 | UNDETERMINED* | EXHIBIT A |
| 1990 | JONES, LARRE M | 21250 | UNDETERMINED* | EXHIBIT A |
| 1991 | JONES, LAWRENCE | 21251 | UNDETERMINED* | EXHIBIT A |
| 1992 | JONES, LILLIAN J, PR OF THE | 19230 | UNDETERMINED* | EXHIBIT A |
| 1993 | JONES, LILLIE F, PR OF THE | 18737 | UNDETERMINED* | EXHIBIT A |
| 1994 | JONES, LOUIS G | 21252 | UNDETERMINED* | EXHIBIT A |
| 1995 | JONES, MARGARET L | 21253 | UNDETERMINED* | EXHIBIT A |
| 1996 | JONES, MARY A | 21254 | UNDETERMINED* | EXHIBIT A |
| 1997 | JONES, ODELL, JR | 21255 | UNDETERMINED* | EXHIBIT A |
| 1998 | JONES, ROBERT B | 21256 | UNDETERMINED* | EXHIBIT A |
| 1999 | JONES, ROBERT E | 21257 | UNDETERMINED* | EXHIBIT A |
| 2000 | JONES, RONALD K | 21258 | UNDETERMINED* | EXHIBIT A |
| 2001 | JONES, SARAH B, PR OF THE | 19229 | UNDETERMINED* | EXHIBIT A |
| 2002 | JONES, STANLEY D | 21259 | UNDETERMINED* | EXHIBIT A |
| 2003 | JONES, TAMMY LYNN, PR OF THE | 19237 | UNDETERMINED* | EXHIBIT A |
| 2004 | JONES, VERNON H | 21260 | UNDETERMINED* | EXHIBIT A |
| 2005 | JONES, WAYNE M | 21261 | UNDETERMINED* | EXHIBIT A |
| 2006 | JORDAN, LOUIS C | 21262 | UNDETERMINED* | EXHIBIT A |
| 2007 | JOWANOWITCH, JOHN S, SR | 21263 | UNDETERMINED* | EXHIBIT A |
| 2008 | JOY, JOYCE L, PR OF THE | 18980 | UNDETERMINED* | EXHIBIT A |
| 2009 | JOYNER, EVELYN | 21264 | UNDETERMINED* | EXHIBIT A |
| 2010 | JOYNER, JOSEPH P | 21265 | UNDETERMINED* | EXHIBIT A |
| 2011 | JOYNES, GEORGE E | 21266 | UNDETERMINED* | EXHIBIT A |

| 2012 | JUDD, BENJAMIN C | 21267 | UNDETERMINED* | EXHIBIT A |
|------|------|------|------|------|
| 2013 | JURS, GEORGE J | 21268 | UNDETERMINED* | EXHIBIT A |
| 2014 | JUSTICE, HARTLEY | 21109 | UNDETERMINED* | EXHIBIT A |
| 2015 | KABERNAGEL, ROSEMARY V, PR OF THE | 19239 | UNDETERMINED* | EXHIBIT A |
| 2016 | KACHER, KAREN WALSH, PR OF THE | 19607 | UNDETERMINED* | EXHIBIT A |
| 2017 | KAHLER, JAMES | 21269 | UNDETERMINED* | EXHIBIT A |
| 2018 | KALANDRAS, DINO J | 21110 | UNDETERMINED* | EXHIBIT A |
| 2019 | KALE, THOMAS L | 21270 | UNDETERMINED* | EXHIBIT A |
| 2020 | KALKBRENNER, KEVIN C | 21271 | UNDETERMINED* | EXHIBIT A |
| 2021 | KAMMER, FRANKLYN, SR | 21272 | UNDETERMINED* | EXHIBIT A |
| 2022 | KANE, DENNIS M, PR OF THE | 19242 | UNDETERMINED* | EXHIBIT A |
| 2023 | KANE, EDWARD J | 21273 | UNDETERMINED* | EXHIBIT A |
| 2024 | KANE, JUDY E, PR OF THE | 20051 | UNDETERMINED* | EXHIBIT A |
| 2025 | KANE, SHAUN, PR OF THE | 19243 | UNDETERMINED* | EXHIBIT A |
| 2026 | KANE, THOMAS W | 21274 | UNDETERMINED* | EXHIBIT A |
| 2027 | KANIECKI, EUGENE J | 21111 | UNDETERMINED* | EXHIBIT A |
| 2028 | KANNLER, GLORIA, PR OF THE | 19213 | UNDETERMINED* | EXHIBIT A |
| 2029 | KAPPLER, MARTIN | 14193 | UNDETERMINED* | EXHIBIT A |
| 2030 | KARANIKOLIS, NIKOLAOS | 21275 | UNDETERMINED* | EXHIBIT A |
| 2031 | KARELLAS, GEORGE | 21276 | UNDETERMINED* | EXHIBIT A |
| 2032 | KARKO, LOUIS F, PR OF THE | 19244 | UNDETERMINED* | EXHIBIT A |
| 2033 | KARKO, LOUIS F, PR OF THE | 19245 | UNDETERMINED* | EXHIBIT A |
| 2034 | KARLE, THOMAS F , JR, PR OF THE | 19246 | UNDETERMINED* | EXHIBIT A |
| 2035 | KARNS, JOYCE J, PR OF THE | 18689 | UNDETERMINED* | EXHIBIT A |
| 2036 | KASKEL, BARBARA J | 21277 | UNDETERMINED* | EXHIBIT A |
| 2037 | KASKEL, LAWRENCE E | 21278 | UNDETERMINED* | EXHIBIT A |
| 2038 | KASTINA, RONALD W, PR OF THE | 19247 | UNDETERMINED* | EXHIBIT A |
| 2039 | KATCHMAR, STEPHEN C | 21112 | UNDETERMINED* | EXHIBIT A |
| 2040 | KAUSCH, DONALD | 21279 | UNDETERMINED* | EXHIBIT A |
| 2041 | KAVANAUGH, MARY M, PR OF THE | 19249 | UNDETERMINED* | EXHIBIT A |
| 2042 | KAVANAUGH, RICHARD | 21113 | UNDETERMINED* | EXHIBIT A |
| 2043 | KEARNEY, JO-ANN M, PR OF THE | 19453 | UNDETERMINED* | EXHIBIT A |
| 2044 | KEDZIERSKI, BARBARA, PR OF THE | 19250 | UNDETERMINED* | EXHIBIT A |
| 2045 | KEEN, HARRY, JR | 21114 | UNDETERMINED* | EXHIBIT A |
| 2046 | KEENE, ROGER | 14192 | UNDETERMINED* | EXHIBIT A |
| 2047 | KEENER, LINDA, PR OF THE | 19251 | UNDETERMINED* | EXHIBIT A |
| 2048 | KEHR, BETTY J, PR OF THE | 19252 | UNDETERMINED* | EXHIBIT A |
| 2049 | KEHS, GARY, PR OF THE | 19253 | UNDETERMINED* | EXHIBIT A |
| 2050 | KEISER, JEFFREY L | 21280 | UNDETERMINED* | EXHIBIT A |
| 2051 | KEISER, PATRICIA C, PR OF THE | 19256 | UNDETERMINED* | EXHIBIT A |
| 2052 | KEISER, RALPH C, JR | 21281 | UNDETERMINED* | EXHIBIT A |
| 2053 | KEISER, TERRY L, PR OF THE | 19098 | UNDETERMINED* | EXHIBIT A |
| 2054 | KEISTER, HARVEY | 21282 | UNDETERMINED* | EXHIBIT A |
| 2055 | KEITH, MARGARET L, PR OF THE | 18524 | UNDETERMINED* | EXHIBIT A |
| 2056 | KELBAUGH, ANNETTE L, PR OF THE | 18511 | UNDETERMINED* | EXHIBIT A |
| 2057 | KELLER, FRANK R, PR OF THE | 19258 | UNDETERMINED* | EXHIBIT A |
| 2058 | KELLER, JAMES E, JR | 21283 | UNDETERMINED* | EXHIBIT A |

| 2059 | KELLER, JOHN B, JR | 21284 | UNDETERMINED* | EXHIBIT A |
| 2060 | KELLER, STEVEN M | 21349 | UNDETERMINED* | EXHIBIT A |
| 2061 | KELLER, STEVEN M, PR OF THE | 19257 | UNDETERMINED* | EXHIBIT A |
| 2062 | KELLER, WILLIAM | 21115 | UNDETERMINED* | EXHIBIT A |
| 2063 | KELLEY, CHRISTINE L, PR OF THE | 18340 | UNDETERMINED* | EXHIBIT A |
| 2064 | KELLEY, PATRICK M, PR OF THE | 19260 | UNDETERMINED* | EXHIBIT A |
| 2065 | KELLEY, SUSAN, PR OF THE | 20159 | UNDETERMINED* | EXHIBIT A |
| 2066 | KELLY, CAROL | 14191 | UNDETERMINED* | EXHIBIT A |
| 2067 | KELLY, CAROL | 31439 | UNDETERMINED* | EXHIBIT A |
| 2068 | KELLY, CHARLES J | 21350 | UNDETERMINED* | EXHIBIT A |
| 2069 | KELLY, DORSEY | 20996 | UNDETERMINED* | EXHIBIT A |
| 2070 | KELLY, JOHN | 20997 | UNDETERMINED* | EXHIBIT A |
| 2071 | KELLY, NELSON | 21351 | UNDETERMINED* | EXHIBIT A |
| 2072 | KELLY, RAYMOND R | 20998 | UNDETERMINED* | EXHIBIT A |
| 2073 | KELLY, ROGER F | 21352 | UNDETERMINED* | EXHIBIT A |
| 2074 | KELLY, RONALD | 21353 | UNDETERMINED* | EXHIBIT A |
| 2075 | KELLY-SHERMAN, SANDRA I, PR OF THE | 18448 | UNDETERMINED* | EXHIBIT A |
| 2076 | KEMP, DEBORAH A, PR OF THE | 18392 | UNDETERMINED* | EXHIBIT A |
| 2077 | KEMP, DONALD E, SR | 21354 | UNDETERMINED* | EXHIBIT A |
| 2078 | KEMP, MICHAEL | 21355 | UNDETERMINED* | EXHIBIT A |
| 2079 | KEMPER, LOIS, FOR THE | 19263 | UNDETERMINED* | EXHIBIT A |
| 2080 | KENDALL, BRUCE M | 20999 | UNDETERMINED* | EXHIBIT A |
| 2081 | KENNEDY, JUSTIN EDWARD, PR OF THE | 19626 | UNDETERMINED* | EXHIBIT A |
| 2082 | KENNEDY, MARIE, PR OF THE | 18555 | UNDETERMINED* | EXHIBIT A |
| 2083 | KENNY, NORMAN L, II, PR OF THE | 19267 | UNDETERMINED* | EXHIBIT A |
| 2084 | KERCSMAR, LARRY | 21476 | UNDETERMINED* | EXHIBIT A |
| 2085 | KERN, JAMES, JR, PR OF THE | 19269 | UNDETERMINED* | EXHIBIT A |
| 2086 | KERNER, JOHN E. | 14190 | UNDETERMINED* | EXHIBIT A |
| 2087 | KERNER, ROBERT L. | 14189 | UNDETERMINED* | EXHIBIT A |
| 2088 | KERNER, ROBERT, SR | 21356 | UNDETERMINED* | EXHIBIT A |
| 2089 | KERNS, KERRY | 21357 | UNDETERMINED* | EXHIBIT A |
| 2090 | KESSLER, GLORIA C | 21000 | UNDETERMINED* | EXHIBIT A |
| 2091 | KESTERSON, KENNETH K | 21358 | UNDETERMINED* | EXHIBIT A |
| 2092 | KETCHUM, ROBERT M | 21359 | UNDETERMINED* | EXHIBIT A |
| 2093 | KETZEL, RUTH W, PR OF THE | 19271 | UNDETERMINED* | EXHIBIT A |
| 2094 | KEYS, GEORGE A | 21360 | UNDETERMINED* | EXHIBIT A |
| 2095 | KIDD, CATHERINE, PR OF THE | 19273 | UNDETERMINED* | EXHIBIT A |
| 2096 | KIDD, GARLAND R. | 14188 | UNDETERMINED* | EXHIBIT A |
| 2097 | KIFER, DENISE D, PR OF THE | 18764 | UNDETERMINED* | EXHIBIT A |
| 2098 | KILLMON, CHARLES E | 21361 | UNDETERMINED* | EXHIBIT A |
| 2099 | KINCAID, JOANN, PR OF THE | 19277 | UNDETERMINED* | EXHIBIT A |
| 2100 | KINDER, SHELBY G, SR | 21362 | UNDETERMINED* | EXHIBIT A |
| 2101 | KINDLE, BEVERLY, PR OF THE | 19581 | UNDETERMINED* | EXHIBIT A |
| 2102 | KING, DENNIS W | 21363 | UNDETERMINED* | EXHIBIT A |
| 2103 | KING, GIBBONS A, JR | 21364 | UNDETERMINED* | EXHIBIT A |
| 2104 | KING, JAMES P | 21365 | UNDETERMINED* | EXHIBIT A |
| 2105 | KING, JOE L | 21366 | UNDETERMINED* | EXHIBIT A |

| 2106 | KING, JOHN J , IV, PR OF THE | 19278 | UNDETERMINED* | EXHIBIT A |
| 2107 | KING, MILLICENT F, FOR THE | 19280 | UNDETERMINED* | EXHIBIT A |
| 2108 | KING, RONALD F | 21367 | UNDETERMINED* | EXHIBIT A |
| 2109 | KING, STEVEN D | 21368 | UNDETERMINED* | EXHIBIT A |
| 2110 | KING, WILFRED O | 21369 | UNDETERMINED* | EXHIBIT A |
| 2111 | KINGERY, MELISSA A, PR OF THE | 18655 | UNDETERMINED* | EXHIBIT A |
| 2112 | KINLING, ELEANOR, PR OF THE | 19281 | UNDETERMINED* | EXHIBIT A |
| 2113 | KINNARD, SALLIE A, PR OF THE | 19282 | UNDETERMINED* | EXHIBIT A |
| 2114 | KINNIARD, JAMES R. | 14187 | UNDETERMINED* | EXHIBIT A |
| 2115 | KINNIARD, JOHN | 21370 | UNDETERMINED* | EXHIBIT A |
| 2116 | KIPP, TAMMY D | 21371 | UNDETERMINED* | EXHIBIT A |
| 2117 | KIRBY, BENJAMIN D | 21372 | UNDETERMINED* | EXHIBIT A |
| 2118 | KIRBY, BRIAN S, PR OF THE | 19283 | UNDETERMINED* | EXHIBIT A |
| 2119 | KIRKSEY, FREDERICK S | 21373 | UNDETERMINED* | EXHIBIT A |
| 2120 | KISAMORE, LESTER | 21374 | UNDETERMINED* | EXHIBIT A |
| 2121 | KISH, JOSEPH S, JR | 21001 | UNDETERMINED* | EXHIBIT A |
| 2122 | KITTS, ELBERT | 21375 | UNDETERMINED* | EXHIBIT A |
| 2123 | KLAUNBERG, JOHN R, PR OF THE | 19286 | UNDETERMINED* | EXHIBIT A |
| 2124 | KLAUSMEYER, MARY M, PR OF THE | 18379 | UNDETERMINED* | EXHIBIT A |
| 2125 | KLEIN, JOSEPH W | 21002 | UNDETERMINED* | EXHIBIT A |
| 2126 | KLEINSMITH, CHARLES E | 21376 | UNDETERMINED* | EXHIBIT A |
| 2127 | KLIMM, ANN M, PR OF THE | 19270 | UNDETERMINED* | EXHIBIT A |
| 2128 | KLIMOVITZ, LARION W, PR OF THE | 19290 | UNDETERMINED* | EXHIBIT A |
| 2129 | KLIMPER, ROSALIE A, PR OF THE | 19291 | UNDETERMINED* | EXHIBIT A |
| 2130 | KLINE, EDWARD | 21377 | UNDETERMINED* | EXHIBIT A |
| 2131 | KLINE, JOHN L, SR | 21378 | UNDETERMINED* | EXHIBIT A |
| 2132 | KLINE, KAY K, PR OF THE | 19292 | UNDETERMINED* | EXHIBIT A |
| 2133 | KLINE, MARY | 21379 | UNDETERMINED* | EXHIBIT A |
| 2134 | KLING, FRANK, JR | 21380 | UNDETERMINED* | EXHIBIT A |
| 2135 | KLOCH, JOHN F, JR | 21381 | UNDETERMINED* | EXHIBIT A |
| 2136 | KLOIBER, GRACE M, FOR THE | 19294 | UNDETERMINED* | EXHIBIT A |
| 2137 | KLOTZ, KARL | 21382 | UNDETERMINED* | EXHIBIT A |
| 2138 | KLUKA, LEONARD | 21383 | UNDETERMINED* | EXHIBIT A |
| 2139 | KNAPP, JOHN L, SR | 21003 | UNDETERMINED* | EXHIBIT A |
| 2140 | KNAUER, PHILIP R, PR OF THE | 19295 | UNDETERMINED* | EXHIBIT A |
| 2141 | KNECHT, BETTY, PR OF THE | 19624 | UNDETERMINED* | EXHIBIT A |
| 2142 | KNIBBS, ROBERT C, SR | 21384 | UNDETERMINED* | EXHIBIT A |
| 2143 | KNIBBS, TERRY | 21385 | UNDETERMINED* | EXHIBIT A |
| 2144 | KNIESS, GARY E | 21386 | UNDETERMINED* | EXHIBIT A |
| 2145 | KNIGHT, ELEANOR, PR OF THE | 19310 | UNDETERMINED* | EXHIBIT A |
| 2146 | KNIGHT, FRANCIS | 14184 | UNDETERMINED* | EXHIBIT A |
| 2147 | KNIGHT, JOHN, PR OF THE | 19300 | UNDETERMINED* | EXHIBIT A |
| 2148 | KNIGHT, LARRY L | 21387 | UNDETERMINED* | EXHIBIT A |
| 2149 | KNIGHT, LINDA, PR OF THE | 19297 | UNDETERMINED* | EXHIBIT A |
| 2150 | KNIGHTON, BERNARD Z | 21388 | UNDETERMINED* | EXHIBIT A |
| 2151 | KNIGHTS, ALMA L, PR OF THE | 19298 | UNDETERMINED* | EXHIBIT A |
| 2152 | KNOCH, DENNIS D, PR OF THE | 19301 | UNDETERMINED* | EXHIBIT A |

| 2153 | KNODE, ROBERT F | 21389 | UNDETERMINED* | EXHIBIT A |
| 2154 | KNOEDLER, LOUIS H | 21390 | UNDETERMINED* | EXHIBIT A |
| 2155 | KNOKEY, WILLIAM J, JR | 21391 | UNDETERMINED* | EXHIBIT A |
| 2156 | KNOTTS, CARL | 21392 | UNDETERMINED* | EXHIBIT A |
| 2157 | KNOTTS, DALE J | 21393 | UNDETERMINED* | EXHIBIT A |
| 2158 | KNOUFF, GILBERT L | 21394 | UNDETERMINED* | EXHIBIT A |
| 2159 | KNOUFF, HELEN A | 21395 | UNDETERMINED* | EXHIBIT A |
| 2160 | KNOUFF, RICKY L. | 14186 | UNDETERMINED* | EXHIBIT A |
| 2161 | KNOWLES, CALUA, PR OF THE | 19302 | UNDETERMINED* | EXHIBIT A |
| 2162 | KNOWLES, DONALD | 21396 | UNDETERMINED* | EXHIBIT A |
| 2163 | KNOX, DIANE, PR OF THE | 19002 | UNDETERMINED* | EXHIBIT A |
| 2164 | KNOX, VENUS, PR OF THE | 19303 | UNDETERMINED* | EXHIBIT A |
| 2165 | KOCH, THOMAS | 21397 | UNDETERMINED* | EXHIBIT A |
| 2166 | KOEHLER, THOMAS L | 21398 | UNDETERMINED* | EXHIBIT A |
| 2167 | KOEHLER, THOMAS L | 21399 | UNDETERMINED* | EXHIBIT A |
| 2168 | KOEPPER, KATHERINE A, PR OF THE | 19305 | UNDETERMINED* | EXHIBIT A |
| 2169 | KOHLER, RICHARD J | 21004 | UNDETERMINED* | EXHIBIT A |
| 2170 | KOKER, KENNETH R. | 14185 | UNDETERMINED* | EXHIBIT A |
| 2171 | KOKOSINSKI, ALICE, PR OF THE | 19583 | UNDETERMINED* | EXHIBIT A |
| 2172 | KOLAR, NICHOLAS | 21400 | UNDETERMINED* | EXHIBIT A |
| 2173 | KOLISH, FRANK W | 21401 | UNDETERMINED* | EXHIBIT A |
| 2174 | KOLLER, JOSEPH R, PR OF THE | 19306 | UNDETERMINED* | EXHIBIT A |
| 2175 | KOLMAN, LINDA L, PR OF THE | 19307 | UNDETERMINED* | EXHIBIT A |
| 2176 | KOONS, BOBBY L | 21402 | UNDETERMINED* | EXHIBIT A |
| 2177 | KORCUBA, PRISCILLA, PR OF THE | 19308 | UNDETERMINED* | EXHIBIT A |
| 2178 | KOS, STANLEY | 21005 | UNDETERMINED* | EXHIBIT A |
| 2179 | KOSINSKI, THOMAS J, SR | 21403 | UNDETERMINED* | EXHIBIT A |
| 2180 | KOSMACZEWSKI, BENJAMIN, JR | 21404 | UNDETERMINED* | EXHIBIT A |
| 2181 | KOTZ, GLENN | 21405 | UNDETERMINED* | EXHIBIT A |
| 2182 | KOVAC, JOHN M, PR OF THE | 19309 | UNDETERMINED* | EXHIBIT A |
| 2183 | KOVALESKI, MARCILLE | 14100 | UNDETERMINED* | EXHIBIT A |
| 2184 | KOVALESKI, PHILIP R | 21406 | UNDETERMINED* | EXHIBIT A |
| 2185 | KOVASH, JOSEPH A | 21407 | UNDETERMINED* | EXHIBIT A |
| 2186 | KOVASH, JOSEPH A | 21408 | UNDETERMINED* | EXHIBIT A |
| 2187 | KOVIOS, STEVE | 21409 | UNDETERMINED* | EXHIBIT A |
| 2188 | KOZENSKI, MARY L, PR OF THE | 19311 | UNDETERMINED* | EXHIBIT A |
| 2189 | KRAEUTER, FREDERICK D | 14099 | UNDETERMINED* | EXHIBIT A |
| 2190 | KRAFT, DEBORAH L | 21410 | UNDETERMINED* | EXHIBIT A |
| 2191 | KRAFT, EDWARD | 14098 | UNDETERMINED* | EXHIBIT A |
| 2192 | KRAFT, EDWARD W, SR | 21411 | UNDETERMINED* | EXHIBIT A |
| 2193 | KRAFT, JOAN | 14096 | UNDETERMINED* | EXHIBIT A |
| 2194 | KRAFT, RICHARD W | 14097 | UNDETERMINED* | EXHIBIT A |
| 2195 | KRAJCZAR, RANDALL | 21412 | UNDETERMINED* | EXHIBIT A |
| 2196 | KRATOVIL, JAMES G, JR | 21006 | UNDETERMINED* | EXHIBIT A |
| 2197 | KRATSCH, EARL R, PR OF THE | 19979 | UNDETERMINED* | EXHIBIT A |
| 2198 | KRAUS, CLARENCE E | 21413 | UNDETERMINED* | EXHIBIT A |
| 2199 | KRIEGER, BENJAMIN F | 21414 | UNDETERMINED* | EXHIBIT A |

| | | | |
|---|---|---|---|
| 2200 | KRIZMENCIC, MAEDA E, PR OF THE | 19038 | UNDETERMINED* | EXHIBIT A |
| 2201 | KROBATH, MARK A | 21415 | UNDETERMINED* | EXHIBIT A |
| 2202 | KRONAWETTER, THOMAS G | 21007 | UNDETERMINED* | EXHIBIT A |
| 2203 | KROSS, PAUL J | 21416 | UNDETERMINED* | EXHIBIT A |
| 2204 | KROUPA, DAVID A | 21417 | UNDETERMINED* | EXHIBIT A |
| 2205 | KRUEGER, CARL E | 21418 | UNDETERMINED* | EXHIBIT A |
| 2206 | KRUMENACKER, EUGENE | 21419 | UNDETERMINED* | EXHIBIT A |
| 2207 | KRUPPENBACH, DEAN M, PR OF THE | 19313 | UNDETERMINED* | EXHIBIT A |
| 2208 | KRYGLIK, PAUL, PR OF THE | 19314 | UNDETERMINED* | EXHIBIT A |
| 2209 | KRZYZANIAK, MICHAEL, PR OF THE | 19315 | UNDETERMINED* | EXHIBIT A |
| 2210 | KUCHERA, KENNETH | 21008 | UNDETERMINED* | EXHIBIT A |
| 2211 | KUCHLI, NEAL E | 21009 | UNDETERMINED* | EXHIBIT A |
| 2212 | KUCINSKI, JOSEPH M, PR OF THE | 19316 | UNDETERMINED* | EXHIBIT A |
| 2213 | KUHN, GEORGE T | 21010 | UNDETERMINED* | EXHIBIT A |
| 2214 | KUHN, JOSEPH A, JR | 21420 | UNDETERMINED* | EXHIBIT A |
| 2215 | KUKODA, RICHARD J | 21421 | UNDETERMINED* | EXHIBIT A |
| 2216 | KUNKLE, BILLIE JEAN, PR OF THE | 19318 | UNDETERMINED* | EXHIBIT A |
| 2217 | KUNSMAN, CHARLES R | 21422 | UNDETERMINED* | EXHIBIT A |
| 2218 | KUNSMAN, DORIS | 21423 | UNDETERMINED* | EXHIBIT A |
| 2219 | KUNSMAN, DORIS A, PR OF THE | 19319 | UNDETERMINED* | EXHIBIT A |
| 2220 | KUNSMAN, GREGORY J, PR OF THE | 18930 | UNDETERMINED* | EXHIBIT A |
| 2221 | KUNTZ, RAY A | 21424 | UNDETERMINED* | EXHIBIT A |
| 2222 | KUNZELMAN, LOUIS | 21011 | UNDETERMINED* | EXHIBIT A |
| 2223 | KUSTERER, JANET L, PR OF THE | 19870 | UNDETERMINED* | EXHIBIT A |
| 2224 | KWIATKOWSKI, ANNE M | 21425 | UNDETERMINED* | EXHIBIT A |
| 2225 | LABARRE, LORING | 14093 | UNDETERMINED* | EXHIBIT A |
| 2226 | LABOARD, RICHARD G | 21426 | UNDETERMINED* | EXHIBIT A |
| 2227 | LACY, SAMANTHA, PR OF THE | 18878 | UNDETERMINED* | EXHIBIT A |
| 2228 | LADANYI, EVA I, PR OF THE | 19320 | UNDETERMINED* | EXHIBIT A |
| 2229 | LAGES, CHARLES | 21427 | UNDETERMINED* | EXHIBIT A |
| 2230 | LAGNA, RICHARD J | 21428 | UNDETERMINED* | EXHIBIT A |
| 2231 | LAGZDINS, EDGAR | 21429 | UNDETERMINED* | EXHIBIT A |
| 2232 | LAHOCKI, THOMAS L | 21012 | UNDETERMINED* | EXHIBIT A |
| 2233 | LAMAR, ALAN R | 21430 | UNDETERMINED* | EXHIBIT A |
| 2234 | LAMAR, ALAN R, PR OF THE | 19321 | UNDETERMINED* | EXHIBIT A |
| 2235 | LAMBERT, CATHERINE M, PR OF THE | 19322 | UNDETERMINED* | EXHIBIT A |
| 2236 | LAMBERT, DARRELL | 21431 | UNDETERMINED* | EXHIBIT A |
| 2237 | LAMBERT, MELVIN R, JR | 21432 | UNDETERMINED* | EXHIBIT A |
| 2238 | LAMON, DAVID | 14094 | UNDETERMINED* | EXHIBIT A |
| 2239 | LAMPLE, CHRISTINA, PR OF THE | 20212 | UNDETERMINED* | EXHIBIT A |
| 2240 | LANCASTER, JAY C | 21433 | UNDETERMINED* | EXHIBIT A |
| 2241 | LANCASTER, JAY C, JR | 21013 | UNDETERMINED* | EXHIBIT A |
| 2242 | LANCASTER, SHARON R | 21434 | UNDETERMINED* | EXHIBIT A |
| 2243 | LANDIS, WESLEY A | 21435 | UNDETERMINED* | EXHIBIT A |
| 2244 | LANDIS, WESLEY A | 21436 | UNDETERMINED* | EXHIBIT A |
| 2245 | LANDON, JOSEPH A | 21437 | UNDETERMINED* | EXHIBIT A |
| 2246 | LANDON, SHIRLEY A, PR OF THE | 19337 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2247 | LANDRY, DAVID W, PR OF THE | 19324 | UNDETERMINED* | EXHIBIT A |
| 2248 | LANE, EARL J, SR | 21438 | UNDETERMINED* | EXHIBIT A |
| 2249 | LANE, JEANETTE P, PR OF THE | 19325 | UNDETERMINED* | EXHIBIT A |
| 2250 | LANE, ROBERT R | 21439 | UNDETERMINED* | EXHIBIT A |
| 2251 | LANG, MARY J, PR OF THE | 19327 | UNDETERMINED* | EXHIBIT A |
| 2252 | LANHAM, DAVID C | 21440 | UNDETERMINED* | EXHIBIT A |
| 2253 | LANHAM, DAVID C, PR OF THE | 19329 | UNDETERMINED* | EXHIBIT A |
| 2254 | LANIER, ARVIN O, JR | 21441 | UNDETERMINED* | EXHIBIT A |
| 2255 | LANOCHA, STANLEY S | 21442 | UNDETERMINED* | EXHIBIT A |
| 2256 | LANZOTTI, RAYMOND | 21443 | UNDETERMINED* | EXHIBIT A |
| 2257 | LAPINSKI, KIMBERLY ANN, PR OF THE | 19330 | UNDETERMINED* | EXHIBIT A |
| 2258 | LAPP, FRANKLIN J | 21444 | UNDETERMINED* | EXHIBIT A |
| 2259 | LARGENT, JOHNNY L | 21445 | UNDETERMINED* | EXHIBIT A |
| 2260 | LARGENT, JOHNNY L | 21446 | UNDETERMINED* | EXHIBIT A |
| 2261 | LARKIN, SELMA M, PR OF THE | 18852 | UNDETERMINED* | EXHIBIT A |
| 2262 | LARKINS, TERRANCE L | 21447 | UNDETERMINED* | EXHIBIT A |
| 2263 | LASHLEY, ANDREW | 21448 | UNDETERMINED* | EXHIBIT A |
| 2264 | LASSETH, MARY A, PR OF THE | 18387 | UNDETERMINED* | EXHIBIT A |
| 2265 | LASTER, CHARLES B | 21449 | UNDETERMINED* | EXHIBIT A |
| 2266 | LATTANZIA, JAMES H | 21450 | UNDETERMINED* | EXHIBIT A |
| 2267 | LATTEA, GERTRUDE L, PR OF THE | 19332 | UNDETERMINED* | EXHIBIT A |
| 2268 | LAUBACH, LEE T | 21451 | UNDETERMINED* | EXHIBIT A |
| 2269 | LAUDER, SAMUEL B | 14095 | UNDETERMINED* | EXHIBIT A |
| 2270 | LAUDER, SAMUEL B., SR. | 31441 | UNDETERMINED* | EXHIBIT A |
| 2271 | LAUGHTER, JAMES L | 21452 | UNDETERMINED* | EXHIBIT A |
| 2272 | LAURENCO, JUDITH A | 21014 | UNDETERMINED* | EXHIBIT A |
| 2273 | LAW, SHARON LEE MASTERS, PR OF THE | 19067 | UNDETERMINED* | EXHIBIT A |
| 2274 | LAWRENCE, EARLEEN P, PR OF THE | 18938 | UNDETERMINED* | EXHIBIT A |
| 2275 | LAWRENCE, ELMO, JR | 21453 | UNDETERMINED* | EXHIBIT A |
| 2276 | LAWRENCE, ELMO, JR | 21454 | UNDETERMINED* | EXHIBIT A |
| 2277 | LAWRENCE, KAY A, PR OF THE | 19627 | UNDETERMINED* | EXHIBIT A |
| 2278 | LAWRENCE, SHERRY ANN, PR OF THE | 19334 | UNDETERMINED* | EXHIBIT A |
| 2279 | LAWSON, BILLY JAMES | 21455 | UNDETERMINED* | EXHIBIT A |
| 2280 | LAWSON, CARLOS E | 21456 | UNDETERMINED* | EXHIBIT A |
| 2281 | LAWSON, JOSEPH A | 21457 | UNDETERMINED* | EXHIBIT A |
| 2282 | LAWSON, WILLIAM | 21015 | UNDETERMINED* | EXHIBIT A |
| 2283 | LAZARSKI, BETTY JANE, FOR THE | 19335 | UNDETERMINED* | EXHIBIT A |
| 2284 | LAZOR, PEGGY | 21458 | UNDETERMINED* | EXHIBIT A |
| 2285 | LAZOR, PEGGY | 21459 | UNDETERMINED* | EXHIBIT A |
| 2286 | LAZOR, PEGGY | 21460 | UNDETERMINED* | EXHIBIT A |
| 2287 | LEAKE, REESE | 21461 | UNDETERMINED* | EXHIBIT A |
| 2288 | LEAP, PATRICK | 14092 | UNDETERMINED* | EXHIBIT A |
| 2289 | LEBO, MYRON L, PR OF THE | 18519 | UNDETERMINED* | EXHIBIT A |
| 2290 | LECATES, JO ANN, PR OF THE | 18876 | UNDETERMINED* | EXHIBIT A |
| 2291 | LEDEBOHM, LEANDER H | 21462 | UNDETERMINED* | EXHIBIT A |
| 2292 | LEDFORD, JOHN, PR OF THE | 19338 | UNDETERMINED* | EXHIBIT A |
| 2293 | LEDOUX, SHARON, PR OF THE | 19536 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2294 | LEE, JAMES E | 21016 | UNDETERMINED* | EXHIBIT A |
| 2295 | LEE, JOANNE | 21463 | UNDETERMINED* | EXHIBIT A |
| 2296 | LEE, ROBERT E | 21464 | UNDETERMINED* | EXHIBIT A |
| 2297 | LEE, VERNON F | 21017 | UNDETERMINED* | EXHIBIT A |
| 2298 | LEGG, ELAINE R, PR OF THE | 19340 | UNDETERMINED* | EXHIBIT A |
| 2299 | LEHMAN, ROSE A, PR OF THE | 18894 | UNDETERMINED* | EXHIBIT A |
| 2300 | LEHMANN, CHESTER R | 21465 | UNDETERMINED* | EXHIBIT A |
| 2301 | LEHMANN, CHESTER R | 21466 | UNDETERMINED* | EXHIBIT A |
| 2302 | LEISHEAR, CAROL E, PR OF THE | 19342 | UNDETERMINED* | EXHIBIT A |
| 2303 | LEMKELDE, MARY, PR OF THE | 19345 | UNDETERMINED* | EXHIBIT A |
| 2304 | LEMLEY, GLORIA J, PR OF THE | 19148 | UNDETERMINED* | EXHIBIT A |
| 2305 | LEMMON, MARIE A, PR OF THE | 18979 | UNDETERMINED* | EXHIBIT A |
| 2306 | LEMMON, MARIE A, PR OF THE | 18981 | UNDETERMINED* | EXHIBIT A |
| 2307 | LEMMON, ZARONI K, PR OF THE | 19346 | UNDETERMINED* | EXHIBIT A |
| 2308 | LEMONAKIS, STEVEN W | 21467 | UNDETERMINED* | EXHIBIT A |
| 2309 | LENGLE, GEORGE J | 21018 | UNDETERMINED* | EXHIBIT A |
| 2310 | LEO, PATTI L DI, PR OF THE | 19873 | UNDETERMINED* | EXHIBIT A |
| 2311 | LEONARD, DOTTIE W, PR OF THE | 19584 | UNDETERMINED* | EXHIBIT A |
| 2312 | LESKEY, MARY JEANETTE, PR OF THE | 18402 | UNDETERMINED* | EXHIBIT A |
| 2313 | LETKE, JOHN L | 14091 | UNDETERMINED* | EXHIBIT A |
| 2314 | LETKE, WILLIAM | 21468 | UNDETERMINED* | EXHIBIT A |
| 2315 | LETT, MYRTLE, PR OF THE | 19131 | UNDETERMINED* | EXHIBIT A |
| 2316 | LETTOW, CHARLOTTE E, PR OF THE | 19349 | UNDETERMINED* | EXHIBIT A |
| 2317 | LEVRONE, SHERRON O | 21469 | UNDETERMINED* | EXHIBIT A |
| 2318 | LEVRONEY, ERNEST L, JR | 21470 | UNDETERMINED* | EXHIBIT A |
| 2319 | LEWIS, BRYANT | 21471 | UNDETERMINED* | EXHIBIT A |
| 2320 | LEWIS, CARROLL D | 21472 | UNDETERMINED* | EXHIBIT A |
| 2321 | LEWIS, DORIS M, PR OF THE | 19353 | UNDETERMINED* | EXHIBIT A |
| 2322 | LEWIS, HAROLD | 21019 | UNDETERMINED* | EXHIBIT A |
| 2323 | LEWIS, HAROLD C, PR OF THE | 19352 | UNDETERMINED* | EXHIBIT A |
| 2324 | LEWIS, HARTMAN G | 21473 | UNDETERMINED* | EXHIBIT A |
| 2325 | LEWIS, JANICE M | 21474 | UNDETERMINED* | EXHIBIT A |
| 2326 | LEWIS, LADONNA A, PR OF THE | 18521 | UNDETERMINED* | EXHIBIT A |
| 2327 | LEWIS, MARGOT M | 21475 | UNDETERMINED* | EXHIBIT A |
| 2328 | LEWIS, MARSHA S, PR OF THE | 19350 | UNDETERMINED* | EXHIBIT A |
| 2329 | LEWIS, MICHAEL | 21477 | UNDETERMINED* | EXHIBIT A |
| 2330 | LEWIS, RUSSELL R | 21478 | UNDETERMINED* | EXHIBIT A |
| 2331 | LEWIS, WILLIAM E | 21479 | UNDETERMINED* | EXHIBIT A |
| 2332 | LIADAKIS, ELEFTERIOS G | 21480 | UNDETERMINED* | EXHIBIT A |
| 2333 | LIBERTO, JANET L, PR OF THE | 19557 | UNDETERMINED* | EXHIBIT A |
| 2334 | LICHAROWICZ, HELEN, PR OF THE | 18291 | UNDETERMINED* | EXHIBIT A |
| 2335 | LICHTENBERG, DONNA M, PR OF THE | 19355 | UNDETERMINED* | EXHIBIT A |
| 2336 | LICHTENWALD, JANICE D, PR OF THE | 18584 | UNDETERMINED* | EXHIBIT A |
| 2337 | LIDDIC, DORIS A | 21481 | UNDETERMINED* | EXHIBIT A |
| 2338 | LIEK, GERALD E | 21482 | UNDETERMINED* | EXHIBIT A |
| 2339 | LIGHTFOOT, FRANCIS M | 21483 | UNDETERMINED* | EXHIBIT A |
| 2340 | LIGHTING, JOSEPH D | 21484 | UNDETERMINED* | EXHIBIT A |

| 2341 | LIGHTNER, PATRICIA A, PR OF THE | 19520 | UNDETERMINED* | EXHIBIT A |
| 2342 | LIMMER, MIRIAM R, PR OF THE | 19356 | UNDETERMINED* | EXHIBIT A |
| 2343 | LINS, THOMAS I | 21485 | UNDETERMINED* | EXHIBIT A |
| 2344 | LINS, THOMAS I | 21486 | UNDETERMINED* | EXHIBIT A |
| 2345 | LINZEY, JOAN M, PR OF THE | 19358 | UNDETERMINED* | EXHIBIT A |
| 2346 | LIPICS, WILLIAM J | 21487 | UNDETERMINED* | EXHIBIT A |
| 2347 | LIPIRA, JOSEPH C | 21488 | UNDETERMINED* | EXHIBIT A |
| 2348 | LIPPY, EDLINDA L, PR OF THE | 19560 | UNDETERMINED* | EXHIBIT A |
| 2349 | LIPSCOMB, CAROLE A, PR OF THE | 19360 | UNDETERMINED* | EXHIBIT A |
| 2350 | LIST, WALTER E, JR | 21489 | UNDETERMINED* | EXHIBIT A |
| 2351 | LISTMAN, CHARLES | 21490 | UNDETERMINED* | EXHIBIT A |
| 2352 | LITTLE, HARRISON, JR | 21020 | UNDETERMINED* | EXHIBIT A |
| 2353 | LITTLE, MICHAEL L , SR, PR OF THE | 19362 | UNDETERMINED* | EXHIBIT A |
| 2354 | LITTLE, ROBERT L | 21491 | UNDETERMINED* | EXHIBIT A |
| 2355 | LITTLE, THOMAS C, ESQUIRE, PR OF THE | 18305 | UNDETERMINED* | EXHIBIT A |
| 2356 | LITTLE, WILLIAM A | 21492 | UNDETERMINED* | EXHIBIT A |
| 2357 | LITZ, BETTY J, PR OF THE | 19363 | UNDETERMINED* | EXHIBIT A |
| 2358 | LIVELY, WELLS W , JR, PR OF THE | 19364 | UNDETERMINED* | EXHIBIT A |
| 2359 | LIVELY, WILFRED | 21493 | UNDETERMINED* | EXHIBIT A |
| 2360 | LLOYD, CHARLES | 21494 | UNDETERMINED* | EXHIBIT A |
| 2361 | LOANE, JAMES R , III, PR OF THE | 19367 | UNDETERMINED* | EXHIBIT A |
| 2362 | LOAR, CAROLYN, PR OF THE | 19531 | UNDETERMINED* | EXHIBIT A |
| 2363 | LOCHARY, DONALD | 21495 | UNDETERMINED* | EXHIBIT A |
| 2364 | LOCKETT, COURTNEY R, PR OF THE | 19371 | UNDETERMINED* | EXHIBIT A |
| 2365 | LOCKLEAR, DEBORAH, PR OF THE | 19013 | UNDETERMINED* | EXHIBIT A |
| 2366 | LOCKLEAR, DELTON R | 21496 | UNDETERMINED* | EXHIBIT A |
| 2367 | LOCKLEAR, ELREE, JR | 21497 | UNDETERMINED* | EXHIBIT A |
| 2368 | LOCKLEAR, JAMES E | 14090 | UNDETERMINED* | EXHIBIT A |
| 2369 | LOCKLEAR, JAMES E | 21498 | UNDETERMINED* | EXHIBIT A |
| 2370 | LOCKLEAR, JUNIOR L | 21499 | UNDETERMINED* | EXHIBIT A |
| 2371 | LOCKLEAR, LARRY J, PR OF THE | 18942 | UNDETERMINED* | EXHIBIT A |
| 2372 | LOCKWICH, FRANCES S, PR OF THE | 19373 | UNDETERMINED* | EXHIBIT A |
| 2373 | LOCKWOOD, ANDREW C, JR | 21021 | UNDETERMINED* | EXHIBIT A |
| 2374 | LOECHNER, MARGARET D, PR OF THE | 18544 | UNDETERMINED* | EXHIBIT A |
| 2375 | LOGAN, JOHN E | 21500 | UNDETERMINED* | EXHIBIT A |
| 2376 | LOGAN, PAULA | 21022 | UNDETERMINED* | EXHIBIT A |
| 2377 | LOGUE, RICHARD V, PR OF THE | 19375 | UNDETERMINED* | EXHIBIT A |
| 2378 | LOGWOOD, ELIZABETH J, PR OF THE | 19376 | UNDETERMINED* | EXHIBIT A |
| 2379 | LOKER, MARY G, PR OF THE | 19973 | UNDETERMINED* | EXHIBIT A |
| 2380 | LOMAX, JOHN W | 21501 | UNDETERMINED* | EXHIBIT A |
| 2381 | LOMBARDO, PHILLIP P, PR OF THE | 19377 | UNDETERMINED* | EXHIBIT A |
| 2382 | LONG, ANGELA RHEA, PR OF THE | 18848 | UNDETERMINED* | EXHIBIT A |
| 2383 | LONG, ANGELA RHEA, PR OF THE | 18850 | UNDETERMINED* | EXHIBIT A |
| 2384 | LONG, CHARLOTTE M, PR OF THE | 19344 | UNDETERMINED* | EXHIBIT A |
| 2385 | LONG, EDGAR | 21502 | UNDETERMINED* | EXHIBIT A |
| 2386 | LONG, HELEN, FOR THE | 19380 | UNDETERMINED* | EXHIBIT A |
| 2387 | LONG, JAMES J | 21503 | UNDETERMINED* | EXHIBIT A |

| | | | |
|---|---|---|---|
| 2388 | LONG, JOAN P | 21023 | UNDETERMINED* | EXHIBIT A |
| 2389 | LONG, JOSEPH E , JR, PR OF THE | 19379 | UNDETERMINED* | EXHIBIT A |
| 2390 | LONG, ROGER L | 21504 | UNDETERMINED* | EXHIBIT A |
| 2391 | LONG, SARAH L, PR OF THE | 19378 | UNDETERMINED* | EXHIBIT A |
| 2392 | LONGENBACH, FRANKLIN C | 21505 | UNDETERMINED* | EXHIBIT A |
| 2393 | LONGMIRE, CHARLES T | 21506 | UNDETERMINED* | EXHIBIT A |
| 2394 | LONGO, DOROTHY, PR OF THE | 19207 | UNDETERMINED* | EXHIBIT A |
| 2395 | LOOKABILL, GEORGE | 21507 | UNDETERMINED* | EXHIBIT A |
| 2396 | LOOMIS, BONNIE L, PR OF THE | 19957 | UNDETERMINED* | EXHIBIT A |
| 2397 | LOPEZ, CARL J | 21508 | UNDETERMINED* | EXHIBIT A |
| 2398 | LORBER, BESSIE, PR OF THE | 19374 | UNDETERMINED* | EXHIBIT A |
| 2399 | LOUDEN, PHILIP | 21024 | UNDETERMINED* | EXHIBIT A |
| 2400 | LOUKAS, BEVERLY | 21509 | UNDETERMINED* | EXHIBIT A |
| 2401 | LOVE, SADIE, PR OF THE | 19382 | UNDETERMINED* | EXHIBIT A |
| 2402 | LOVE, SHELDON | 21510 | UNDETERMINED* | EXHIBIT A |
| 2403 | LOVELACE, JOHN C | 21511 | UNDETERMINED* | EXHIBIT A |
| 2404 | LOVELACE, JOHN C | 21512 | UNDETERMINED* | EXHIBIT A |
| 2405 | LOVELL, LAVERNE, FOR THE | 19383 | UNDETERMINED* | EXHIBIT A |
| 2406 | LOWE, CARMEN B, PR OF THE | 19387 | UNDETERMINED* | EXHIBIT A |
| 2407 | LOWE, GLENN E | 21513 | UNDETERMINED* | EXHIBIT A |
| 2408 | LOWE, JUANITA B, PR OF THE | 19385 | UNDETERMINED* | EXHIBIT A |
| 2409 | LOWE, MARION, PR OF THE | 19384 | UNDETERMINED* | EXHIBIT A |
| 2410 | LOWE, STEPHEN F | 21514 | UNDETERMINED* | EXHIBIT A |
| 2411 | LOWERY, DAVID | 21515 | UNDETERMINED* | EXHIBIT A |
| 2412 | LOWERY, JOHN R, SR | 21516 | UNDETERMINED* | EXHIBIT A |
| 2413 | LOWERY, WILLIAM C | 21517 | UNDETERMINED* | EXHIBIT A |
| 2414 | LOWMAN, DONALD D | 14089 | UNDETERMINED* | EXHIBIT A |
| 2415 | LOWMAN, DONALD M | 14088 | UNDETERMINED* | EXHIBIT A |
| 2416 | LOWMAN, EDGAR T | 21518 | UNDETERMINED* | EXHIBIT A |
| 2417 | LOY, J D | 21519 | UNDETERMINED* | EXHIBIT A |
| 2418 | LOZOSKIE, DANA M, PR OF THE | 19388 | UNDETERMINED* | EXHIBIT A |
| 2419 | LUCAS, ERNEST, JR | 21520 | UNDETERMINED* | EXHIBIT A |
| 2420 | LUCAS, LINDA | 21025 | UNDETERMINED* | EXHIBIT A |
| 2421 | LUCAS, MARCUS J, PR OF THE | 19586 | UNDETERMINED* | EXHIBIT A |
| 2422 | LUCIANI, MARIA, PR OF THE | 19389 | UNDETERMINED* | EXHIBIT A |
| 2423 | LUERS, GEORGE H | 21521 | UNDETERMINED* | EXHIBIT A |
| 2424 | LUKAS, EDWARD, JR, PR OF THE | 19390 | UNDETERMINED* | EXHIBIT A |
| 2425 | LUNDGREN, LARRY, JR | 19026 | UNDETERMINED* | EXHIBIT A |
| 2426 | LUNDQUIST, RONALD | 21522 | UNDETERMINED* | EXHIBIT A |
| 2427 | LUNDY, BOBBY V | 21523 | UNDETERMINED* | EXHIBIT A |
| 2428 | LUNQUEST, JAMES A, PR OF THE | 19391 | UNDETERMINED* | EXHIBIT A |
| 2429 | LUNTER, GLORIA L, PR OF THE | 19392 | UNDETERMINED* | EXHIBIT A |
| 2430 | LUPCHO, PAUL J | 21524 | UNDETERMINED* | EXHIBIT A |
| 2431 | LUPO, KAREN, PR OF THE | 18697 | UNDETERMINED* | EXHIBIT A |
| 2432 | LURZ, CHARLES A | 21525 | UNDETERMINED* | EXHIBIT A |
| 2433 | LUTZ, ALBERTA, PR OF THE | 19394 | UNDETERMINED* | EXHIBIT A |
| 2434 | LUTZ, EDWARD E, JR | 21526 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2435 | LUTZ, EDWARD E, JR | 21527 | UNDETERMINED* | EXHIBIT A |
| 2436 | LUTZ, GLORIA | 14087 | UNDETERMINED* | EXHIBIT A |
| 2437 | LYELL, CATHERINE | 21528 | UNDETERMINED* | EXHIBIT A |
| 2438 | LYLES, MARSHA L, PR OF THE | 20155 | UNDETERMINED* | EXHIBIT A |
| 2439 | LYMAN, MARK B, PR OF THE | 19395 | UNDETERMINED* | EXHIBIT A |
| 2440 | LYMAN, WAYNE M | 14086 | UNDETERMINED* | EXHIBIT A |
| 2441 | LYNCH, CHARLES W, JR | 21529 | UNDETERMINED* | EXHIBIT A |
| 2442 | LYNCH, ELIZABETH E, PR OF THE | 19396 | UNDETERMINED* | EXHIBIT A |
| 2443 | LYNCH, GEORGE W, JR | 21530 | UNDETERMINED* | EXHIBIT A |
| 2444 | LYNCH, JAMES B | 21531 | UNDETERMINED* | EXHIBIT A |
| 2445 | LYNCH, JAMES C | 14085 | UNDETERMINED* | EXHIBIT A |
| 2446 | LYNCH, THOMAS S | 21532 | UNDETERMINED* | EXHIBIT A |
| 2447 | LYONS, JENNIFER, PR OF THE | 19397 | UNDETERMINED* | EXHIBIT A |
| 2448 | MABE, ALFRED L | 21027 | UNDETERMINED* | EXHIBIT A |
| 2449 | MACE, BETSY, PR OF THE | 19398 | UNDETERMINED* | EXHIBIT A |
| 2450 | MACE, DEBORAH S, PR OF THE | 18743 | UNDETERMINED* | EXHIBIT A |
| 2451 | MACHLINSKI, DOROTHY | 21028 | UNDETERMINED* | EXHIBIT A |
| 2452 | MACKENZIE, NANETTE M, PR OF THE | 19399 | UNDETERMINED* | EXHIBIT A |
| 2453 | MACLELLAN, LAURA A, PR OF THE | 20171 | UNDETERMINED* | EXHIBIT A |
| 2454 | MADDOX, DANIEL | 21029 | UNDETERMINED* | EXHIBIT A |
| 2455 | MADERA, HENRY P , III, PR OF THE | 19400 | UNDETERMINED* | EXHIBIT A |
| 2456 | MAEBY, MARJORIE A | 21533 | UNDETERMINED* | EXHIBIT A |
| 2457 | MAEHRER, GEORGE W , III, PR OF THE | 19401 | UNDETERMINED* | EXHIBIT A |
| 2458 | MAGALIS, REBEKAH, PR OF THE | 19403 | UNDETERMINED* | EXHIBIT A |
| 2459 | MAGLIA, BONNIE W, PR OF THE | 20205 | UNDETERMINED* | EXHIBIT A |
| 2460 | MAGWOOD, MARSHALL | 21534 | UNDETERMINED* | EXHIBIT A |
| 2461 | MAHALETZ, ADAM B | 21535 | UNDETERMINED* | EXHIBIT A |
| 2462 | MAHAN, CHARLES E, JR | 21536 | UNDETERMINED* | EXHIBIT A |
| 2463 | MAHAN, CHARLES E, JR | 21537 | UNDETERMINED* | EXHIBIT A |
| 2464 | MAHONEY, JEROME | 21538 | UNDETERMINED* | EXHIBIT A |
| 2465 | MAI, WILLIAM J | 21539 | UNDETERMINED* | EXHIBIT A |
| 2466 | MAJOR, PHYLLIS, PR OF THE | 19404 | UNDETERMINED* | EXHIBIT A |
| 2467 | MAJORS, ELAYNE E, PR OF THE | 19405 | UNDETERMINED* | EXHIBIT A |
| 2468 | MAKAR, ANDREW W | 21540 | UNDETERMINED* | EXHIBIT A |
| 2469 | MAKAR, ANDREW W | 21541 | UNDETERMINED* | EXHIBIT A |
| 2470 | MAKOVSKY, ALFRED B , JR, PR OF THE | 19406 | UNDETERMINED* | EXHIBIT A |
| 2471 | MAKRIS, VALERIE L, PR OF THE | 18576 | UNDETERMINED* | EXHIBIT A |
| 2472 | MALAT, ANTHONY J | 21542 | UNDETERMINED* | EXHIBIT A |
| 2473 | MALICOAT, HIRAM | 21543 | UNDETERMINED* | EXHIBIT A |
| 2474 | MALINOWSKI, ANTHONY | 21544 | UNDETERMINED* | EXHIBIT A |
| 2475 | MALLOY, RICHARD | 21030 | UNDETERMINED* | EXHIBIT A |
| 2476 | MALONE, CHARLAS G | 21545 | UNDETERMINED* | EXHIBIT A |
| 2477 | MANCHA, HARRY L | 21546 | UNDETERMINED* | EXHIBIT A |
| 2478 | MANDLEY, JOHN W | 21547 | UNDETERMINED* | EXHIBIT A |
| 2479 | MANGUM, RUBYE M | 21548 | UNDETERMINED* | EXHIBIT A |
| 2480 | MANLEY, MADELINE | 21549 | UNDETERMINED* | EXHIBIT A |
| 2481 | MANNING, RENO S, PR OF THE | 19411 | UNDETERMINED* | EXHIBIT A |

| 2482 | MANNONE, FRANK | 21550 | UNDETERMINED* | EXHIBIT A |
|------|----------------|-------|---------------|-----------|
| 2483 | MANNONE, FRANK C | 14084 | UNDETERMINED* | EXHIBIT A |
| 2484 | MANOLOVICH, PATRICIA W, PR OF THE | 19412 | UNDETERMINED* | EXHIBIT A |
| 2485 | MANSBERGER, ROBERT J | 21551 | UNDETERMINED* | EXHIBIT A |
| 2486 | MANSON, MARTHA E, PR OF THE | 19413 | UNDETERMINED* | EXHIBIT A |
| 2487 | MANTZ, ANNA M, PR OF THE | 19414 | UNDETERMINED* | EXHIBIT A |
| 2488 | MANTZ, ROBERT E | 21552 | UNDETERMINED* | EXHIBIT A |
| 2489 | MANUEL, PAULA M, PR OF THE | 20172 | UNDETERMINED* | EXHIBIT A |
| 2490 | MANULI, GIUSEPPI | 21553 | UNDETERMINED* | EXHIBIT A |
| 2491 | MARABLE, DONSA A | 21031 | UNDETERMINED* | EXHIBIT A |
| 2492 | MARANGOS, FILIPOS | 14083 | UNDETERMINED* | EXHIBIT A |
| 2493 | MARCELLINO, PHILLIP | 21554 | UNDETERMINED* | EXHIBIT A |
| 2494 | MARCHETTI, CLEMENT, PR OF THE | 19417 | UNDETERMINED* | EXHIBIT A |
| 2495 | MARCHETTI, MARY, PR OF THE | 19416 | UNDETERMINED* | EXHIBIT A |
| 2496 | MARINE, KIMBERLY, PR OF THE | 18490 | UNDETERMINED* | EXHIBIT A |
| 2497 | MARINELLI, MAXIE J, JR | 21032 | UNDETERMINED* | EXHIBIT A |
| 2498 | MARKHAM, JOHN L | 21555 | UNDETERMINED* | EXHIBIT A |
| 2499 | MAROUSEK, HILDA C, PR OF THE | 19052 | UNDETERMINED* | EXHIBIT A |
| 2500 | MARRERO, ERNESTO J | 21556 | UNDETERMINED* | EXHIBIT A |
| 2501 | MARRERO, ERNESTO J | 21557 | UNDETERMINED* | EXHIBIT A |
| 2502 | MARRERO, ERNESTO J | 21558 | UNDETERMINED* | EXHIBIT A |
| 2503 | MARSEGLIA, BARRY | 21033 | UNDETERMINED* | EXHIBIT A |
| 2504 | MARSH, LINDA C | 21559 | UNDETERMINED* | EXHIBIT A |
| 2505 | MARSH, LINDA C, PR OF THE | 19054 | UNDETERMINED* | EXHIBIT A |
| 2506 | MARSHALL, BETTY, PR OF THE | 19056 | UNDETERMINED* | EXHIBIT A |
| 2507 | MARSHALL, BRENDA R | 21560 | UNDETERMINED* | EXHIBIT A |
| 2508 | MARSHALL, JEANNE, FOR THE | 19055 | UNDETERMINED* | EXHIBIT A |
| 2509 | MARSHALL, KATRALAMECHIA D, PR OF THE | 19058 | UNDETERMINED* | EXHIBIT A |
| 2510 | MARSHALL, LORETTA C, PR OF THE | 19526 | UNDETERMINED* | EXHIBIT A |
| 2511 | MARSHALL, WAYNE J, PR OF THE | 18799 | UNDETERMINED* | EXHIBIT A |
| 2512 | MARSIGLIA, EUGENE | 14082 | UNDETERMINED* | EXHIBIT A |
| 2513 | MARSTELLER, BILL, PR OF THE | 19059 | UNDETERMINED* | EXHIBIT A |
| 2514 | MARTIN, DAVID S, PR OF THE | 20114 | UNDETERMINED* | EXHIBIT A |
| 2515 | MARTIN, DOROTHY L, PR OF THE | 19060 | UNDETERMINED* | EXHIBIT A |
| 2516 | MARTIN, EDITH, PR OF THE | 19061 | UNDETERMINED* | EXHIBIT A |
| 2517 | MARTIN, HAROLD | 21561 | UNDETERMINED* | EXHIBIT A |
| 2518 | MARTIN, JAMES E | 21034 | UNDETERMINED* | EXHIBIT A |
| 2519 | MARTIN, MARIE, PR OF THE | 19062 | UNDETERMINED* | EXHIBIT A |
| 2520 | MARTIN, SAMMY N | 21562 | UNDETERMINED* | EXHIBIT A |
| 2521 | MARTIN, STEVEN J | 21563 | UNDETERMINED* | EXHIBIT A |
| 2522 | MARTIN-SNYDER, JOANNE E, PR OF THE | 20042 | UNDETERMINED* | EXHIBIT A |
| 2523 | MASON, BARBARA, PR OF THE | 18303 | UNDETERMINED* | EXHIBIT A |
| 2524 | MASON, BERNARD M | 21564 | UNDETERMINED* | EXHIBIT A |
| 2525 | MASON, GINGER L, PR OF THE | 19925 | UNDETERMINED* | EXHIBIT A |
| 2526 | MASON, KATHERINE, PR OF THE | 19065 | UNDETERMINED* | EXHIBIT A |
| 2527 | MASON, PAULINE | 21565 | UNDETERMINED* | EXHIBIT A |
| 2528 | MASON, WILBERT L | 21566 | UNDETERMINED* | EXHIBIT A |

| 2529 | MASSENGILL, NOAH V | 21567 | UNDETERMINED* | EXHIBIT A |
|------|-------------------|-------|---------------|-----------|
| 2530 | MASSIE, WILLIAM S, JR | 21568 | UNDETERMINED* | EXHIBIT A |
| 2531 | MASTERS, THELMA M | 21035 | UNDETERMINED* | EXHIBIT A |
| 2532 | MATCZUK, EDWARD J, PR OF THE | 19068 | UNDETERMINED* | EXHIBIT A |
| 2533 | MATESEVAC, ROBERT P | 21569 | UNDETERMINED* | EXHIBIT A |
| 2534 | MATHENY, PAUL M, PR OF THE | 19048 | UNDETERMINED* | EXHIBIT A |
| 2535 | MATHEWS, KATHLEEN R, PR OF THE | 18527 | UNDETERMINED* | EXHIBIT A |
| 2536 | MATOS, JORGE | 21036 | UNDETERMINED* | EXHIBIT A |
| 2537 | MATTHAI, EDWIN H | 21570 | UNDETERMINED* | EXHIBIT A |
| 2538 | MATTHEWS, RODNEY | 21571 | UNDETERMINED* | EXHIBIT A |
| 2539 | MATTHEWS, WILLIAM D | 21572 | UNDETERMINED* | EXHIBIT A |
| 2540 | MATTINGLY, DENISE M, PR OF THE | 19600 | UNDETERMINED* | EXHIBIT A |
| 2541 | MATUKAITIS, ROBERT, PR OF THE | 19070 | UNDETERMINED* | EXHIBIT A |
| 2542 | MATUSKY, LOIS A, PR OF THE | 19071 | UNDETERMINED* | EXHIBIT A |
| 2543 | MAURO, REGINA, PR OF THE | 19072 | UNDETERMINED* | EXHIBIT A |
| 2544 | MAY, CARL O | 21573 | UNDETERMINED* | EXHIBIT A |
| 2545 | MAY, JOSEPH, PR OF THE | 19074 | UNDETERMINED* | EXHIBIT A |
| 2546 | MAY, LINDA, PR OF THE | 19587 | UNDETERMINED* | EXHIBIT A |
| 2547 | MAY, STERLYN D | 21574 | UNDETERMINED* | EXHIBIT A |
| 2548 | MAYES, JAMES M, SR | 21575 | UNDETERMINED* | EXHIBIT A |
| 2549 | MAYESKI, GLENNA R, PR OF THE | 18290 | UNDETERMINED* | EXHIBIT A |
| 2550 | MAYNOR, MINNIE, PR OF THE | 19075 | UNDETERMINED* | EXHIBIT A |
| 2551 | MAYO, HAROLD J | 21576 | UNDETERMINED* | EXHIBIT A |
| 2552 | MAYO, TOMSINE G, PR OF THE | 19493 | UNDETERMINED* | EXHIBIT A |
| 2553 | MAYS, BONITA A, PR OF THE | 19331 | UNDETERMINED* | EXHIBIT A |
| 2554 | MAYS, YVONNE M, FOR THE | 19108 | UNDETERMINED* | EXHIBIT A |
| 2555 | MAZMANIAN, CYNTHIA A, PR OF THE | 20191 | UNDETERMINED* | EXHIBIT A |
| 2556 | MAZURKIEWICZ, FRANK W | 21577 | UNDETERMINED* | EXHIBIT A |
| 2557 | MAZZA, RUSSELL J | 21037 | UNDETERMINED* | EXHIBIT A |
| 2558 | MCALLISTER, CLARETHA, PR OF THE | 19106 | UNDETERMINED* | EXHIBIT A |
| 2559 | MCALLISTER, KELLEY | 21578 | UNDETERMINED* | EXHIBIT A |
| 2560 | MCANDREW, JAMES M | 21579 | UNDETERMINED* | EXHIBIT A |
| 2561 | MCATEE, PERRY A | 14081 | UNDETERMINED* | EXHIBIT A |
| 2562 | MCBRIDE BEY, JOHN W | 21581 | UNDETERMINED* | EXHIBIT A |
| 2563 | MCBRIDE, JOHN O | 14080 | UNDETERMINED* | EXHIBIT A |
| 2564 | MCBRIDE, ROBERT M | 21580 | UNDETERMINED* | EXHIBIT A |
| 2565 | MCCABE, GERALDINE R | 21038 | UNDETERMINED* | EXHIBIT A |
| 2566 | MCCALL, DEBORAH, PR OF THE | 19107 | UNDETERMINED* | EXHIBIT A |
| 2567 | MCCALL, MARIE, FOR THE | 19109 | UNDETERMINED* | EXHIBIT A |
| 2568 | MCCANN, DENNIS M | 21582 | UNDETERMINED* | EXHIBIT A |
| 2569 | MCCANN, HELEN L, PR OF THE | 19111 | UNDETERMINED* | EXHIBIT A |
| 2570 | MCCANN, MICHAEL A | 21039 | UNDETERMINED* | EXHIBIT A |
| 2571 | MCCARDELL, GEORGE | 21583 | UNDETERMINED* | EXHIBIT A |
| 2572 | MCCARTER, RALPH | 14047 | UNDETERMINED* | EXHIBIT A |
| 2573 | MCCARTY, BERNARD L , JR, PR OF THE | 19113 | UNDETERMINED* | EXHIBIT A |
| 2574 | MCCAULEY, ABRAHAM | 21584 | UNDETERMINED* | EXHIBIT A |
| 2575 | MCCLUNG, JAMES V | 21040 | UNDETERMINED* | EXHIBIT A |

| 2576 | MCCONNELL, REGINA E, PR OF THE | 19114 | UNDETERMINED* | EXHIBIT A |
|------|-------------------------------|-------|---------------|-----------|
| 2577 | MCCORKLE, CAROLYN, PR OF THE | 19115 | UNDETERMINED* | EXHIBIT A |
| 2578 | MCCOY, DONALD, PR OF THE | 19118 | UNDETERMINED* | EXHIBIT A |
| 2579 | MCCOY, GLENN M | 21585 | UNDETERMINED* | EXHIBIT A |
| 2580 | MCCOY, ROBERT | 21586 | UNDETERMINED* | EXHIBIT A |
| 2581 | MCCRIMMON, GREGORY T, PR OF THE | 19119 | UNDETERMINED* | EXHIBIT A |
| 2582 | MCCRORY, PHYLLIS B, PR OF THE | 18394 | UNDETERMINED* | EXHIBIT A |
| 2583 | MCCRORY, PHYLLIS B, PR OF THE | 18395 | UNDETERMINED* | EXHIBIT A |
| 2584 | MCCULLERS, DOROTHEA T | 21587 | UNDETERMINED* | EXHIBIT A |
| 2585 | MCCULLOH, CHARLES L | 21041 | UNDETERMINED* | EXHIBIT A |
| 2586 | MCCULLOH, RICHARD N, JR | 21588 | UNDETERMINED* | EXHIBIT A |
| 2587 | MCCULLOH, RICHARD N, JR | 21589 | UNDETERMINED* | EXHIBIT A |
| 2588 | MCCULLOH, RICHARD N, JR | 21590 | UNDETERMINED* | EXHIBIT A |
| 2589 | MCCULLOH, RICHARD N, JR | 21591 | UNDETERMINED* | EXHIBIT A |
| 2590 | MCCURDY, T WRAY, PR OF THE | 19893 | UNDETERMINED* | EXHIBIT A |
| 2591 | MCDANIEL, JAMES D, PR OF THE | 18823 | UNDETERMINED* | EXHIBIT A |
| 2592 | MCDEVITT, ANTOINETTE, PR OF THE | 19958 | UNDETERMINED* | EXHIBIT A |
| 2593 | MCDEVITT, DEANNA, PR OF THE | 19122 | UNDETERMINED* | EXHIBIT A |
| 2594 | MCDONALD, MICHAEL | 21042 | UNDETERMINED* | EXHIBIT A |
| 2595 | MCDONALD, ROBERT S | 21592 | UNDETERMINED* | EXHIBIT A |
| 2596 | MCDONOUGH, RICHARD F, SR | 21593 | UNDETERMINED* | EXHIBIT A |
| 2597 | MCDOWELL, BRENDA, FOR THE | 19588 | UNDETERMINED* | EXHIBIT A |
| 2598 | MCFADDEN, FRANK J | 21594 | UNDETERMINED* | EXHIBIT A |
| 2599 | MCFADDEN, MICHAEL, PR OF THE | 19123 | UNDETERMINED* | EXHIBIT A |
| 2600 | MCGAHA, GARY L | 21595 | UNDETERMINED* | EXHIBIT A |
| 2601 | MCGAINEY, JOHN J, JR | 21656 | UNDETERMINED* | EXHIBIT A |
| 2602 | MCGEE, DONALD S | 21657 | UNDETERMINED* | EXHIBIT A |
| 2603 | MCGINNIS, MARGARET, PR OF THE | 19124 | UNDETERMINED* | EXHIBIT A |
| 2604 | MCGOWAN, CLYDE B | 21658 | UNDETERMINED* | EXHIBIT A |
| 2605 | MCGOWAN, JEAN, PR OF THE | 19125 | UNDETERMINED* | EXHIBIT A |
| 2606 | MCGRAINER, WILLIAM F | 21659 | UNDETERMINED* | EXHIBIT A |
| 2607 | MCGREGOR, GEORGE R | 21660 | UNDETERMINED* | EXHIBIT A |
| 2608 | MCGUIGAN, WILLIAM G | 21661 | UNDETERMINED* | EXHIBIT A |
| 2609 | MCGUIRE, WILLIAM | 21662 | UNDETERMINED* | EXHIBIT A |
| 2610 | MCINTOSH, STEVE A | 21663 | UNDETERMINED* | EXHIBIT A |
| 2611 | MCINTYRE, CLYDE A | 14046 | UNDETERMINED* | EXHIBIT A |
| 2612 | MCKELDIN, ROBERT J | 14045 | UNDETERMINED* | EXHIBIT A |
| 2613 | MCKENZIE, DOLORES L | 21043 | UNDETERMINED* | EXHIBIT A |
| 2614 | MCKNIGHT, JOHN D | 21044 | UNDETERMINED* | EXHIBIT A |
| 2615 | MCKOY, LOTTIE, PR OF THE | 19128 | UNDETERMINED* | EXHIBIT A |
| 2616 | MCKRUSH, EDWIN J | 21664 | UNDETERMINED* | EXHIBIT A |
| 2617 | MCLAIN, RAYMOND D | 21665 | UNDETERMINED* | EXHIBIT A |
| 2618 | MCLAREN, LONNIE | 21666 | UNDETERMINED* | EXHIBIT A |
| 2619 | MCLAUGHLIN, BARBARA, PR OF THE | 19130 | UNDETERMINED* | EXHIBIT A |
| 2620 | MCLAUGHLIN, CLAUDETTE A, PR OF THE | 19129 | UNDETERMINED* | EXHIBIT A |
| 2621 | MCLEAN, SARA WILLUMSEN, PR OF THE | 19611 | UNDETERMINED* | EXHIBIT A |
| 2622 | MCLENDON, JAMES L, SR | 21667 | UNDETERMINED* | EXHIBIT A |

470001

| | | | | |
|---|---|---|---|---|
| 2623 | MCLYMAN, GERALD N | 21045 | UNDETERMINED* | EXHIBIT A |
| 2624 | MCMAHON, DIANE J | 21668 | UNDETERMINED* | EXHIBIT A |
| 2625 | MCMANUS, PAUL J | 14044 | UNDETERMINED* | EXHIBIT A |
| 2626 | MCMONEGAL, OLIVE D, PR OF THE | 19133 | UNDETERMINED* | EXHIBIT A |
| 2627 | MCMULLEN, JAMES T | 14043 | UNDETERMINED* | EXHIBIT A |
| 2628 | MCMULLEN, PAM, PR OF THE | 19622 | UNDETERMINED* | EXHIBIT A |
| 2629 | MCMULLEN, PATRICK | 21046 | UNDETERMINED* | EXHIBIT A |
| 2630 | MCMULLEN, THOMAS B | 21669 | UNDETERMINED* | EXHIBIT A |
| 2631 | MCNAIR, OLLIE | 21670 | UNDETERMINED* | EXHIBIT A |
| 2632 | MCNAMARA, ROBERT E, PR OF THE | 19134 | UNDETERMINED* | EXHIBIT A |
| 2633 | MCNEECE, JOHN | 21047 | UNDETERMINED* | EXHIBIT A |
| 2634 | MCNEIL, BARBARA, PR OF THE | 19160 | UNDETERMINED* | EXHIBIT A |
| 2635 | MCNEILL, HARMON | 21671 | UNDETERMINED* | EXHIBIT A |
| 2636 | MCNEMAR, PATRICIA L, PR OF THE | 19136 | UNDETERMINED* | EXHIBIT A |
| 2637 | MCNEW, HENRY H | 21672 | UNDETERMINED* | EXHIBIT A |
| 2638 | MCNICHOLAS, ALBERTA E | 21673 | UNDETERMINED* | EXHIBIT A |
| 2639 | MCNICHOLAS, JAMES P, SR | 21674 | UNDETERMINED* | EXHIBIT A |
| 2640 | MCQUEEN, JOHN W | 21675 | UNDETERMINED* | EXHIBIT A |
| 2641 | MCVICKER, ESTHER R | 21676 | UNDETERMINED* | EXHIBIT A |
| 2642 | MEAGHER, BETTY J, PR OF THE | 19138 | UNDETERMINED* | EXHIBIT A |
| 2643 | MEARES, KIMBAL L, PR OF THE | 19139 | UNDETERMINED* | EXHIBIT A |
| 2644 | MECKLEY, KAREN S | 21677 | UNDETERMINED* | EXHIBIT A |
| 2645 | MEDERNACH, JOSEPH | 21678 | UNDETERMINED* | EXHIBIT A |
| 2646 | MEDWID, ANDREW, PR OF THE | 19452 | UNDETERMINED* | EXHIBIT A |
| 2647 | MEEKINS, LAWRENCE J | 21679 | UNDETERMINED* | EXHIBIT A |
| 2648 | MEEKS, RICHARD | 21680 | UNDETERMINED* | EXHIBIT A |
| 2649 | MEGEE, DANIEL | 21048 | UNDETERMINED* | EXHIBIT A |
| 2650 | MEINECKE, ERLE, PR OF THE | 20033 | UNDETERMINED* | EXHIBIT A |
| 2651 | MEISENHALDER, CLIFFORD R | 21681 | UNDETERMINED* | EXHIBIT A |
| 2652 | MELCHER, ALMA L, PR OF THE | 19589 | UNDETERMINED* | EXHIBIT A |
| 2653 | MELLENDICK, DIANE M | 21682 | UNDETERMINED* | EXHIBIT A |
| 2654 | MELLETT, MARK S | 14079 | UNDETERMINED* | EXHIBIT A |
| 2655 | MELTON, MARY P, PR OF THE | 19141 | UNDETERMINED* | EXHIBIT A |
| 2656 | MELVIN, NORMA L, PR OF THE | 19142 | UNDETERMINED* | EXHIBIT A |
| 2657 | MELZER, RICHARD, PR OF THE | 19143 | UNDETERMINED* | EXHIBIT A |
| 2658 | MENEGUS, RICHARD J | 21683 | UNDETERMINED* | EXHIBIT A |
| 2659 | MERCER, EDWARD | 21049 | UNDETERMINED* | EXHIBIT A |
| 2660 | MERCER, THERESA E SMITH, PR OF THE | 19144 | UNDETERMINED* | EXHIBIT A |
| 2661 | MEREDITH, GLENN | 21684 | UNDETERMINED* | EXHIBIT A |
| 2662 | MEREDITH, HUGH F | 21685 | UNDETERMINED* | EXHIBIT A |
| 2663 | MERRITT, KAREN, PR OF THE | 19145 | UNDETERMINED* | EXHIBIT A |
| 2664 | MERRITT, SAM | 21686 | UNDETERMINED* | EXHIBIT A |
| 2665 | MESSINA, CHARLOTTE J SIGLER, PR OF THE | 19975 | UNDETERMINED* | EXHIBIT A |
| 2666 | MESSINGER, ETHEL, PR OF THE | 19146 | UNDETERMINED* | EXHIBIT A |
| 2667 | MESSORIS, JOHN, JR | 21687 | UNDETERMINED* | EXHIBIT A |
| 2668 | METALLO, LAWRENCE N | 21050 | UNDETERMINED* | EXHIBIT A |
| 2669 | METALLO, MICHAEL | 21688 | UNDETERMINED* | EXHIBIT A |

| 2670 | METALLO, NICHOLAS | 21689 | UNDETERMINED* | EXHIBIT A |
|------|-------------------|-------|---------------|-----------|
| 2671 | METTEE, JOYCE J, PR OF THE | 19905 | UNDETERMINED* | EXHIBIT A |
| 2672 | METZ, ROBERT W, SR | 21690 | UNDETERMINED* | EXHIBIT A |
| 2673 | METZGER, STEVEN J, PR OF THE | 19149 | UNDETERMINED* | EXHIBIT A |
| 2674 | MEYER, JOYCE S, PR OF THE | 19151 | UNDETERMINED* | EXHIBIT A |
| 2675 | MEYERS, CHERYL L, PR OF THE | 18565 | UNDETERMINED* | EXHIBIT A |
| 2676 | MEYERS, EDWARD L | 21691 | UNDETERMINED* | EXHIBIT A |
| 2677 | MEYERS, MARK, PR OF THE | 19116 | UNDETERMINED* | EXHIBIT A |
| 2678 | MICKENS, SAMUEL I , JR, PR OF THE | 19155 | UNDETERMINED* | EXHIBIT A |
| 2679 | MIDASH, JOSEPH | 21692 | UNDETERMINED* | EXHIBIT A |
| 2680 | MIDDLEBROOKS, KIMBERLY A | 21051 | UNDETERMINED* | EXHIBIT A |
| 2681 | MIDDLEDITCH, WANDA R, PR OF THE | 20192 | UNDETERMINED* | EXHIBIT A |
| 2682 | MIDDLETON, PAMELLA | 21052 | UNDETERMINED* | EXHIBIT A |
| 2683 | MIDWIG-TRACEY, KAREN A, PR OF THE | 18278 | UNDETERMINED* | EXHIBIT A |
| 2684 | MIKULSKI-COOK, MILDRED CAROLE, PR OF THE | 18570 | UNDETERMINED* | EXHIBIT A |
| 2685 | MILANDO, VINCENT M | 21053 | UNDETERMINED* | EXHIBIT A |
| 2686 | MILBOURNE, KEVIN | 21693 | UNDETERMINED* | EXHIBIT A |
| 2687 | MILLER, BASS | 21694 | UNDETERMINED* | EXHIBIT A |
| 2688 | MILLER, DEBORAH | 21695 | UNDETERMINED* | EXHIBIT A |
| 2689 | MILLER, DONALD | 21696 | UNDETERMINED* | EXHIBIT A |
| 2690 | MILLER, DONNA J, PR OF THE | 19164 | UNDETERMINED* | EXHIBIT A |
| 2691 | MILLER, ELSIE M, PR OF THE | 19158 | UNDETERMINED* | EXHIBIT A |
| 2692 | MILLER, GEORGIA C, PR OF THE | 20147 | UNDETERMINED* | EXHIBIT A |
| 2693 | MILLER, GRACE | 21697 | UNDETERMINED* | EXHIBIT A |
| 2694 | MILLER, HARRY A, JR | 21698 | UNDETERMINED* | EXHIBIT A |
| 2695 | MILLER, HENRY L, PR OF THE | 19162 | UNDETERMINED* | EXHIBIT A |
| 2696 | MILLER, JAMES W | 21699 | UNDETERMINED* | EXHIBIT A |
| 2697 | MILLER, JOSEPH LEE | 21700 | UNDETERMINED* | EXHIBIT A |
| 2698 | MILLER, KIMBERLY A, PR OF THE | 18728 | UNDETERMINED* | EXHIBIT A |
| 2699 | MILLER, LAWRENCE | 14078 | UNDETERMINED* | EXHIBIT A |
| 2700 | MILLER, LISA A, PR OF THE | 18310 | UNDETERMINED* | EXHIBIT A |
| 2701 | MILLER, MARY, PR OF THE | 19006 | UNDETERMINED* | EXHIBIT A |
| 2702 | MILLER, MELVIN | 21701 | UNDETERMINED* | EXHIBIT A |
| 2703 | MILLER, ORVILLE | 21702 | UNDETERMINED* | EXHIBIT A |
| 2704 | MILLER, ROBERT FREDERICK, PR OF THE | 19157 | UNDETERMINED* | EXHIBIT A |
| 2705 | MILLER, SHARON M, PR OF THE | 19163 | UNDETERMINED* | EXHIBIT A |
| 2706 | MILLER, SHARON, PR OF THE | 19161 | UNDETERMINED* | EXHIBIT A |
| 2707 | MILLER, THOMAS | 21703 | UNDETERMINED* | EXHIBIT A |
| 2708 | MILLER, THOMAS J | 21704 | UNDETERMINED* | EXHIBIT A |
| 2709 | MILLER, VERNON | 21705 | UNDETERMINED* | EXHIBIT A |
| 2710 | MILLER, WILLIAM E | 21706 | UNDETERMINED* | EXHIBIT A |
| 2711 | MILLS, CHARLES W, III | 21707 | UNDETERMINED* | EXHIBIT A |
| 2712 | MILLS, DIANE L, PR OF THE | 18720 | UNDETERMINED* | EXHIBIT A |
| 2713 | MILLS, DOROTHY | 21054 | UNDETERMINED* | EXHIBIT A |
| 2714 | MILLS, ERNEST M, JR | 21708 | UNDETERMINED* | EXHIBIT A |
| 2715 | MILLS, JULIA F | 21709 | UNDETERMINED* | EXHIBIT A |
| 2716 | MILLS, MARLYN | 21055 | UNDETERMINED* | EXHIBIT A |

| 2717 | MILLS, ROBERT D | 21710 | UNDETERMINED* | EXHIBIT A |
| 2718 | MINARIK, JERRY A | 21711 | UNDETERMINED* | EXHIBIT A |
| 2719 | MINAS, JOHN | 21712 | UNDETERMINED* | EXHIBIT A |
| 2720 | MINERD, JUNE, PR OF THE | 19076 | UNDETERMINED* | EXHIBIT A |
| 2721 | MINERICK, SANDRA E, PR OF THE | 19415 | UNDETERMINED* | EXHIBIT A |
| 2722 | MINOR, FRANCIS C | 21713 | UNDETERMINED* | EXHIBIT A |
| 2723 | MINTON, MARY M | 21714 | UNDETERMINED* | EXHIBIT A |
| 2724 | MIRABILE, JACOB D | 21116 | UNDETERMINED* | EXHIBIT A |
| 2725 | MIRABILE, NANCY, PR OF THE | 19366 | UNDETERMINED* | EXHIBIT A |
| 2726 | MISKELLY, JOHN | 21117 | UNDETERMINED* | EXHIBIT A |
| 2727 | MISSOURI, CHARLES H | 21715 | UNDETERMINED* | EXHIBIT A |
| 2728 | MITCHELL, JOHN W | 21596 | UNDETERMINED* | EXHIBIT A |
| 2729 | MITCHELL, RICHARD L, PR OF THE | 19078 | UNDETERMINED* | EXHIBIT A |
| 2730 | MITCHELL, ROBERT | 14077 | UNDETERMINED* | EXHIBIT A |
| 2731 | MITCHELL, ROBERT S | 21597 | UNDETERMINED* | EXHIBIT A |
| 2732 | MITCHELL, ROGER | 21598 | UNDETERMINED* | EXHIBIT A |
| 2733 | MITSOS, FRANK J | 21599 | UNDETERMINED* | EXHIBIT A |
| 2734 | MOATS, GLEN O | 21118 | UNDETERMINED* | EXHIBIT A |
| 2735 | MOCK, SYLVIA J, PR OF THE | 19082 | UNDETERMINED* | EXHIBIT A |
| 2736 | MODLIN, BESSIE L | 21600 | UNDETERMINED* | EXHIBIT A |
| 2737 | MOHR, CORINNE L, PR OF THE | 19083 | UNDETERMINED* | EXHIBIT A |
| 2738 | MOLDER, STEVEN B, PR OF THE | 19961 | UNDETERMINED* | EXHIBIT A |
| 2739 | MOLICK, WILLIAM | 21601 | UNDETERMINED* | EXHIBIT A |
| 2740 | MOLIDOR, JASON C, PR OF THE | 18301 | UNDETERMINED* | EXHIBIT A |
| 2741 | MOLITORISZ, RICHARD T | 21602 | UNDETERMINED* | EXHIBIT A |
| 2742 | MOLZ, JOSEPH L, PR OF THE | 18820 | UNDETERMINED* | EXHIBIT A |
| 2743 | MONDOK, WILLIAM J | 21603 | UNDETERMINED* | EXHIBIT A |
| 2744 | MONETTE, LORRAINE, PR OF THE | 19084 | UNDETERMINED* | EXHIBIT A |
| 2745 | MONETTE, LORRAINE, PR OF THE | 19085 | UNDETERMINED* | EXHIBIT A |
| 2746 | MONGIOVI, JOHN, PR OF THE | 18388 | UNDETERMINED* | EXHIBIT A |
| 2747 | MONROE, RUTH E, PR OF THE | 19086 | UNDETERMINED* | EXHIBIT A |
| 2748 | MONTAGUE, CLIFTON O | 21604 | UNDETERMINED* | EXHIBIT A |
| 2749 | MONTGOMERY, LINDA, PR OF THE | 19159 | UNDETERMINED* | EXHIBIT A |
| 2750 | MONTGOMERY, STEPHEN M | 21120 | UNDETERMINED* | EXHIBIT A |
| 2751 | MONTGOMERY, STEPHEN, SR | 21119 | UNDETERMINED* | EXHIBIT A |
| 2752 | MOODY, NATHAN D | 21605 | UNDETERMINED* | EXHIBIT A |
| 2753 | MOODY, RICHARD | 21606 | UNDETERMINED* | EXHIBIT A |
| 2754 | MOODY, WILLIAM E, JR | 21607 | UNDETERMINED* | EXHIBIT A |
| 2755 | MOON, DWAYNE | 21121 | UNDETERMINED* | EXHIBIT A |
| 2756 | MOON, ROBERT E, JR | 21608 | UNDETERMINED* | EXHIBIT A |
| 2757 | MOONEY, BETTY J, PR OF THE | 19090 | UNDETERMINED* | EXHIBIT A |
| 2758 | MOONEY, EDWARD F, SR | 21609 | UNDETERMINED* | EXHIBIT A |
| 2759 | MOONEY, HERMAN | 21122 | UNDETERMINED* | EXHIBIT A |
| 2760 | MOONEY, PETER | 21610 | UNDETERMINED* | EXHIBIT A |
| 2761 | MOORE, BOB S | 14076 | UNDETERMINED* | EXHIBIT A |
| 2762 | MOORE, JUDITH T, PR OF THE | 20075 | UNDETERMINED* | EXHIBIT A |
| 2763 | MOORE, LESLIE E, PR OF THE | 18733 | UNDETERMINED* | EXHIBIT A |

| 2764 | MOORE, MICHELLE L, PR OF THE | 19510 | UNDETERMINED* | EXHIBIT A |
|------|------------------------------|-------|---------------|-----------|
| 2765 | MOORE, QUENTIN C, JR | 21611 | UNDETERMINED* | EXHIBIT A |
| 2766 | MOORE, ROGER J | 21612 | UNDETERMINED* | EXHIBIT A |
| 2767 | MOORE, SHARON ROSE M | 21613 | UNDETERMINED* | EXHIBIT A |
| 2768 | MOORE, SHEILA | 21614 | UNDETERMINED* | EXHIBIT A |
| 2769 | MOORE, TORAN, PR OF THE | 19092 | UNDETERMINED* | EXHIBIT A |
| 2770 | MOOSE, STANLEY C | 21615 | UNDETERMINED* | EXHIBIT A |
| 2771 | MOOSEGIAN, WILLIAM J | 21616 | UNDETERMINED* | EXHIBIT A |
| 2772 | MORAN, CHRISTOPHER | 21617 | UNDETERMINED* | EXHIBIT A |
| 2773 | MORAN, DOLORES, PR OF THE | 19093 | UNDETERMINED* | EXHIBIT A |
| 2774 | MORAN, PATRICIA R, PR OF THE | 19094 | UNDETERMINED* | EXHIBIT A |
| 2775 | MORAWSKI, KATHLEEN B, PR OF THE | 19343 | UNDETERMINED* | EXHIBIT A |
| 2776 | MORELOCK, LARRY D | 21618 | UNDETERMINED* | EXHIBIT A |
| 2777 | MORGA, ROBERT | 21619 | UNDETERMINED* | EXHIBIT A |
| 2778 | MORGAN, DARRYL C | 21123 | UNDETERMINED* | EXHIBIT A |
| 2779 | MORGAN, GLORIA, PR OF THE | 19095 | UNDETERMINED* | EXHIBIT A |
| 2780 | MORGAN, JOHN | 21124 | UNDETERMINED* | EXHIBIT A |
| 2781 | MORGAN, JOHN L | 21620 | UNDETERMINED* | EXHIBIT A |
| 2782 | MORGERETH, EDWARD W, SR | 21621 | UNDETERMINED* | EXHIBIT A |
| 2783 | MORI, ALFRED F | 21622 | UNDETERMINED* | EXHIBIT A |
| 2784 | MORNINGSTAR, CLARENCE J | 21125 | UNDETERMINED* | EXHIBIT A |
| 2785 | MORRELLO, DOROTHY L, PR OF THE | 19097 | UNDETERMINED* | EXHIBIT A |
| 2786 | MORRIS, CATHERINE D | 21126 | UNDETERMINED* | EXHIBIT A |
| 2787 | MORRIS, CHARLES N, PR OF THE | 19018 | UNDETERMINED* | EXHIBIT A |
| 2788 | MORRIS, MICHAEL J | 21623 | UNDETERMINED* | EXHIBIT A |
| 2789 | MORRIS, WAYNE | 21624 | UNDETERMINED* | EXHIBIT A |
| 2790 | MORRIS, WAYNE L , SR, PR OF THE | 19099 | UNDETERMINED* | EXHIBIT A |
| 2791 | MORRIS, WILLIAM K, PR OF THE | 20020 | UNDETERMINED* | EXHIBIT A |
| 2792 | MORRISON, DAVID C | 21625 | UNDETERMINED* | EXHIBIT A |
| 2793 | MORRISON, HENRY J | 21626 | UNDETERMINED* | EXHIBIT A |
| 2794 | MORRISON, JAMES H , JR, PR OF THE | 19101 | UNDETERMINED* | EXHIBIT A |
| 2795 | MORRISON, JAMES, PR OF THE | 19100 | UNDETERMINED* | EXHIBIT A |
| 2796 | MORRISON, MILTON H | 21627 | UNDETERMINED* | EXHIBIT A |
| 2797 | MORROW, JAMES V, PR OF THE | 19504 | UNDETERMINED* | EXHIBIT A |
| 2798 | MORROW, JAMES, PR OF THE | 19502 | UNDETERMINED* | EXHIBIT A |
| 2799 | MORSBERGER, CAROLE, PR OF THE | 19103 | UNDETERMINED* | EXHIBIT A |
| 2800 | MORTON, ROBERT K, PR OF THE | 19104 | UNDETERMINED* | EXHIBIT A |
| 2801 | MOSCARIELLO, ANTHONY E | 21628 | UNDETERMINED* | EXHIBIT A |
| 2802 | MOSCATI, EDWARD R | 21629 | UNDETERMINED* | EXHIBIT A |
| 2803 | MOSLEY, MARY F, PR OF THE | 19105 | UNDETERMINED* | EXHIBIT A |
| 2804 | MOSS, DEBRA, PR OF THE | 18517 | UNDETERMINED* | EXHIBIT A |
| 2805 | MOSS, KIMBERLY, PR OF THE | 19289 | UNDETERMINED* | EXHIBIT A |
| 2806 | MOUAT, ROBERT B , III, PR OF THE | 19166 | UNDETERMINED* | EXHIBIT A |
| 2807 | MOUDRY, NANCY, PR OF THE | 20034 | UNDETERMINED* | EXHIBIT A |
| 2808 | MOUERY, FREDERICK F , JR, PR OF THE | 19167 | UNDETERMINED* | EXHIBIT A |
| 2809 | MOULTRIE, CORNELIUS T | 21630 | UNDETERMINED* | EXHIBIT A |
| 2810 | MOWELL, CHARLOTTE, FOR THE | 19168 | UNDETERMINED* | EXHIBIT A |

| 2811 | MOWERY, ANNA R, FOR THE | 19169 | UNDETERMINED* | EXHIBIT A |
|------|-------------------------|-------|---------------|-----------|
| 2812 | MOX, JANET D | 21631 | UNDETERMINED* | EXHIBIT A |
| 2813 | MOXEY, JOSEPH J | 21632 | UNDETERMINED* | EXHIBIT A |
| 2814 | MOXLEY, DEBORA KAY, PR OF THE | 19171 | UNDETERMINED* | EXHIBIT A |
| 2815 | MOXLEY, THOMAS T , JR, PR OF THE | 20070 | UNDETERMINED* | EXHIBIT A |
| 2816 | MOYD, ALTON | 21633 | UNDETERMINED* | EXHIBIT A |
| 2817 | MOYER, CARL | 21634 | UNDETERMINED* | EXHIBIT A |
| 2818 | MOYER, PATRICK, JR, PR OF THE | 19172 | UNDETERMINED* | EXHIBIT A |
| 2819 | MOYLAN, MARTIN I | 21635 | UNDETERMINED* | EXHIBIT A |
| 2820 | MOYLAN, MARTIN I, PR OF THE | 18425 | UNDETERMINED* | EXHIBIT A |
| 2821 | MROWKA, CATHERINE M | 21636 | UNDETERMINED* | EXHIBIT A |
| 2822 | MROZEK, CLARA, PR OF THE | 19175 | UNDETERMINED* | EXHIBIT A |
| 2823 | MUDGETT, JAMES R | 21637 | UNDETERMINED* | EXHIBIT A |
| 2824 | MUDGETT, JAMES R | 21638 | UNDETERMINED* | EXHIBIT A |
| 2825 | MUELLER, BRYAN J, PR OF THE | 19177 | UNDETERMINED* | EXHIBIT A |
| 2826 | MULHOLLAND, JAMES F | 21639 | UNDETERMINED* | EXHIBIT A |
| 2827 | MULLADY, PATRICK L | 21640 | UNDETERMINED* | EXHIBIT A |
| 2828 | MULLAHEY, MICHAEL W | 14075 | UNDETERMINED* | EXHIBIT A |
| 2829 | MULLAHEY, MICHAEL W , SR, PR OF THE | 19178 | UNDETERMINED* | EXHIBIT A |
| 2830 | MULLAUER, CHARLES R, PR OF THE | 19179 | UNDETERMINED* | EXHIBIT A |
| 2831 | MULLEN, JOHN M | 14074 | UNDETERMINED* | EXHIBIT A |
| 2832 | MULLEN, LONNIE G, PR OF THE | 19180 | UNDETERMINED* | EXHIBIT A |
| 2833 | MULLENAX, VIRGIL H | 14073 | UNDETERMINED* | EXHIBIT A |
| 2834 | MULLER, JOHN R, JR | 21641 | UNDETERMINED* | EXHIBIT A |
| 2835 | MULLER, NOEL T, PR OF THE | 19457 | UNDETERMINED* | EXHIBIT A |
| 2836 | MULLIN, GEORGE W | 21642 | UNDETERMINED* | EXHIBIT A |
| 2837 | MULLINS, DONALD | 21127 | UNDETERMINED* | EXHIBIT A |
| 2838 | MULLINS, JOAN, PR OF THE | 19182 | UNDETERMINED* | EXHIBIT A |
| 2839 | MULLINS, ROBERT G | 21643 | UNDETERMINED* | EXHIBIT A |
| 2840 | MULLINS, RONDLE L | 21128 | UNDETERMINED* | EXHIBIT A |
| 2841 | MUNDY, CATHERINE J, PR OF THE | 19183 | UNDETERMINED* | EXHIBIT A |
| 2842 | MUNDY, DORIS V, PR OF THE | 19184 | UNDETERMINED* | EXHIBIT A |
| 2843 | MUNNELLY, JOHN EDWARD, PR OF THE | 19185 | UNDETERMINED* | EXHIBIT A |
| 2844 | MUNSKI, ERVIN L | 21644 | UNDETERMINED* | EXHIBIT A |
| 2845 | MURANKO, ALICE R | 21129 | UNDETERMINED* | EXHIBIT A |
| 2846 | MURPHY, BETTY J, PR OF THE | 19186 | UNDETERMINED* | EXHIBIT A |
| 2847 | MURPHY, BRENDA L, PR OF THE | 19582 | UNDETERMINED* | EXHIBIT A |
| 2848 | MURPHY, DEBORA, PR OF THE | 18374 | UNDETERMINED* | EXHIBIT A |
| 2849 | MURPHY, ELEANOR M | 21645 | UNDETERMINED* | EXHIBIT A |
| 2850 | MURPHY, JAMES R | 21130 | UNDETERMINED* | EXHIBIT A |
| 2851 | MURPHY, PATRICK | 21646 | UNDETERMINED* | EXHIBIT A |
| 2852 | MURRAY, JAMES I | 21647 | UNDETERMINED* | EXHIBIT A |
| 2853 | MURRAY, TIMOTHY | 21131 | UNDETERMINED* | EXHIBIT A |
| 2854 | MURRAY, WAYNE L | 21648 | UNDETERMINED* | EXHIBIT A |
| 2855 | MUSICK, VIOLA M, PR OF THE | 19188 | UNDETERMINED* | EXHIBIT A |
| 2856 | MUZIK, JAMES F | 21649 | UNDETERMINED* | EXHIBIT A |
| 2857 | MYARIS, IOANNIS S | 21650 | UNDETERMINED* | EXHIBIT A |

| 2858 | MYERS, CARL T | 21132 | UNDETERMINED* | EXHIBIT A |
|------|---------------|-------|---------------|-----------|
| 2859 | MYERS, CHRISTINA M | 21651 | UNDETERMINED* | EXHIBIT A |
| 2860 | MYERS, CLARENCE J, PR OF THE | 19191 | UNDETERMINED* | EXHIBIT A |
| 2861 | MYERS, DENNIS F | 21652 | UNDETERMINED* | EXHIBIT A |
| 2862 | MYERS, GERALD | 21653 | UNDETERMINED* | EXHIBIT A |
| 2863 | MYERS, HATTIE | 21654 | UNDETERMINED* | EXHIBIT A |
| 2864 | MYERS, HOWARD J, JR | 21655 | UNDETERMINED* | EXHIBIT A |
| 2865 | MYERS, MELVIN C, JR | 21716 | UNDETERMINED* | EXHIBIT A |
| 2866 | MYERS, ROBERT D, JR | 21718 | UNDETERMINED* | EXHIBIT A |
| 2867 | MYERS, ROBERT H | 21717 | UNDETERMINED* | EXHIBIT A |
| 2868 | MYERS, VIOLA, PR OF THE | 19189 | UNDETERMINED* | EXHIBIT A |
| 2869 | NADOLNY, NANCY L | 21133 | UNDETERMINED* | EXHIBIT A |
| 2870 | NADOLNY, STEVE J | 21719 | UNDETERMINED* | EXHIBIT A |
| 2871 | NAGLE, JAMES | 21720 | UNDETERMINED* | EXHIBIT A |
| 2872 | NAGY, SANDRA, PR OF THE | 19194 | UNDETERMINED* | EXHIBIT A |
| 2873 | NANSTEEL, TERRY L | 21721 | UNDETERMINED* | EXHIBIT A |
| 2874 | NARIVANCHIK, CATRINA, PR OF THE | 18322 | UNDETERMINED* | EXHIBIT A |
| 2875 | NASH, ARTHUR P | 14072 | UNDETERMINED* | EXHIBIT A |
| 2876 | NASH, ROBERT S | 21722 | UNDETERMINED* | EXHIBIT A |
| 2877 | NASH, ROY J | 21723 | UNDETERMINED* | EXHIBIT A |
| 2878 | NATZKE, DORIS, PR OF THE | 19196 | UNDETERMINED* | EXHIBIT A |
| 2879 | NAUSBAUM, THOMAS L | 21724 | UNDETERMINED* | EXHIBIT A |
| 2880 | NAYLOR, JOHN P | 21725 | UNDETERMINED* | EXHIBIT A |
| 2881 | NAYLOR, RICHARD C | 21726 | UNDETERMINED* | EXHIBIT A |
| 2882 | NEAL, GARY W | 21134 | UNDETERMINED* | EXHIBIT A |
| 2883 | NEAL, KENNETH R | 21727 | UNDETERMINED* | EXHIBIT A |
| 2884 | NEBLETT, TERRY N, PR OF THE | 19197 | UNDETERMINED* | EXHIBIT A |
| 2885 | NEELD, WILLIAM J, III | 21728 | UNDETERMINED* | EXHIBIT A |
| 2886 | NEFF, FRANCIS H | 21729 | UNDETERMINED* | EXHIBIT A |
| 2887 | NEIDERT, JAMES G | 21730 | UNDETERMINED* | EXHIBIT A |
| 2888 | NEIGHOFF, JOSEPH | 21731 | UNDETERMINED* | EXHIBIT A |
| 2889 | NEIPERT, PHILIP F | 21732 | UNDETERMINED* | EXHIBIT A |
| 2890 | NELSON, FRANCIS | 21135 | UNDETERMINED* | EXHIBIT A |
| 2891 | NELSON, JAMES A | 21733 | UNDETERMINED* | EXHIBIT A |
| 2892 | NELSON, KEITH D | 21136 | UNDETERMINED* | EXHIBIT A |
| 2893 | NELSON, SHARON, PR OF THE | 19198 | UNDETERMINED* | EXHIBIT A |
| 2894 | NELSON-SINGLETON, FLORRIET, PR OF THE | 19985 | UNDETERMINED* | EXHIBIT A |
| 2895 | NEMETZ, JOHN | 21734 | UNDETERMINED* | EXHIBIT A |
| 2896 | NETTLES, COLUMBUS | 21735 | UNDETERMINED* | EXHIBIT A |
| 2897 | NETTLES, COLUMBUS, SR, PR OF THE | 19199 | UNDETERMINED* | EXHIBIT A |
| 2898 | NEUBERGER, THOMAS J, PR OF THE | 19287 | UNDETERMINED* | EXHIBIT A |
| 2899 | NEUIN, SAMUEL J | 21736 | UNDETERMINED* | EXHIBIT A |
| 2900 | NEULAND, FLORENCE Y, PR OF THE | 19200 | UNDETERMINED* | EXHIBIT A |
| 2901 | NEVITT, LAWRENCE L | 21737 | UNDETERMINED* | EXHIBIT A |
| 2902 | NEWBERRY, WILLIAM H | 21738 | UNDETERMINED* | EXHIBIT A |
| 2903 | NEWCOMB, JAMES L | 21739 | UNDETERMINED* | EXHIBIT A |
| 2904 | NEWHARD, ADAM F | 21740 | UNDETERMINED* | EXHIBIT A |

| 2905 | NEWMAN, JERRY D | 21741 | UNDETERMINED* | EXHIBIT A |
| 2906 | NEWSOME, JUDY, PR OF THE | 18416 | UNDETERMINED* | EXHIBIT A |
| 2907 | NEWSOME, RICHARD | 21742 | UNDETERMINED* | EXHIBIT A |
| 2908 | NICELY, STEVEN | 21743 | UNDETERMINED* | EXHIBIT A |
| 2909 | NICHOLS, FRANCINIA | 21137 | UNDETERMINED* | EXHIBIT A |
| 2910 | NICHOLS, JOSEPH F | 21744 | UNDETERMINED* | EXHIBIT A |
| 2911 | NICHOLS, JOSEPH F, PR OF THE | 19613 | UNDETERMINED* | EXHIBIT A |
| 2912 | NICHOLS, JOSEPH F, PR OF THE | 19614 | UNDETERMINED* | EXHIBIT A |
| 2913 | NICHOLSON, CHARLOTTE, PR OF THE | 19203 | UNDETERMINED* | EXHIBIT A |
| 2914 | NICKENS, BEAULAH | 14071 | UNDETERMINED* | EXHIBIT A |
| 2915 | NICKENS, BEULAH M, PR OF THE | 19205 | UNDETERMINED* | EXHIBIT A |
| 2916 | NITSCH, JAMES F | 21138 | UNDETERMINED* | EXHIBIT A |
| 2917 | NITSCH, SUSAN F, PR OF THE | 19209 | UNDETERMINED* | EXHIBIT A |
| 2918 | NIXDORF, ARLENE, PR OF THE | 19210 | UNDETERMINED* | EXHIBIT A |
| 2919 | NIXON, EUGENE, PR OF THE | 19212 | UNDETERMINED* | EXHIBIT A |
| 2920 | NOBLE, SADIE | 21745 | UNDETERMINED* | EXHIBIT A |
| 2921 | NOEL, LEON R | 21746 | UNDETERMINED* | EXHIBIT A |
| 2922 | NOEL, SANDRA L, PR OF THE | 19102 | UNDETERMINED* | EXHIBIT A |
| 2923 | NOLAN, HARRY | 21747 | UNDETERMINED* | EXHIBIT A |
| 2924 | NOLAN, PATRICK S | 21748 | UNDETERMINED* | EXHIBIT A |
| 2925 | NOLAND, JIMMY R | 21749 | UNDETERMINED* | EXHIBIT A |
| 2926 | NOONAN, EDWARD G | 21139 | UNDETERMINED* | EXHIBIT A |
| 2927 | NOONE, JOHN S | 21750 | UNDETERMINED* | EXHIBIT A |
| 2928 | NORDAI, WILLIAM, PR OF THE | 19214 | UNDETERMINED* | EXHIBIT A |
| 2929 | NORDIN, DANIEL P, PR OF THE | 19215 | UNDETERMINED* | EXHIBIT A |
| 2930 | NORGRIFF, HERMAN B | 14070 | UNDETERMINED* | EXHIBIT A |
| 2931 | NORRIS, CHARLES E | 21140 | UNDETERMINED* | EXHIBIT A |
| 2932 | NORRIS, JEANETTE V, PR OF THE | 20210 | UNDETERMINED* | EXHIBIT A |
| 2933 | NORRIS, VALERIE | 21751 | UNDETERMINED* | EXHIBIT A |
| 2934 | NORTON, BARBARA | 21752 | UNDETERMINED* | EXHIBIT A |
| 2935 | NORVELL, AGNES W, PR OF THE | 19216 | UNDETERMINED* | EXHIBIT A |
| 2936 | NORWOOD, BENJAMIN | 21141 | UNDETERMINED* | EXHIBIT A |
| 2937 | NOTHSTEIN, JERRY M | 21753 | UNDETERMINED* | EXHIBIT A |
| 2938 | NOVAK, DANIEL J, PR OF THE | 20149 | UNDETERMINED* | EXHIBIT A |
| 2939 | NUCE, DOROTHY | 21754 | UNDETERMINED* | EXHIBIT A |
| 2940 | NULL, STEVEN H | 21755 | UNDETERMINED* | EXHIBIT A |
| 2941 | NUSINOV, JEFFREY E, ESQ, PR OF THE | 18645 | UNDETERMINED* | EXHIBIT A |
| 2942 | OAKES, THEODORE P | 21756 | UNDETERMINED* | EXHIBIT A |
| 2943 | OAKLEY, RITA | 21142 | UNDETERMINED* | EXHIBIT A |
| 2944 | OCHS, CHARLES P | 21757 | UNDETERMINED* | EXHIBIT A |
| 2945 | O'CONNOR, LAWRENCE J, JR | 21758 | UNDETERMINED* | EXHIBIT A |
| 2946 | ODENHEIMER, ROBERT E, SR | 21759 | UNDETERMINED* | EXHIBIT A |
| 2947 | O'DONNELL, THOMAS, PR OF THE | 19218 | UNDETERMINED* | EXHIBIT A |
| 2948 | OERTEL, HENRY JOHN | 21760 | UNDETERMINED* | EXHIBIT A |
| 2949 | OGLE, GEORGE W, PR OF THE | 19220 | UNDETERMINED* | EXHIBIT A |
| 2950 | OHLE, VICTORIA E, PR OF THE | 19221 | UNDETERMINED* | EXHIBIT A |
| 2951 | OLDEWURTLE, DORIS N, PR OF THE | 19284 | UNDETERMINED* | EXHIBIT A |

| 2952 | OLDHAM, EVA M | 21143 | UNDETERMINED* | EXHIBIT A |
|------|----------------|-------|---------------|-----------|
| 2953 | OLIPHANT, DAVID P, PR OF THE | 19222 | UNDETERMINED* | EXHIBIT A |
| 2954 | OLIVER, DONNA L, PR OF THE | 20138 | UNDETERMINED* | EXHIBIT A |
| 2955 | OLIVER, MARY | 21761 | UNDETERMINED* | EXHIBIT A |
| 2956 | OLSH, HELEN, PR OF THE | 19223 | UNDETERMINED* | EXHIBIT A |
| 2957 | O'NEILL, ROBERT | 21762 | UNDETERMINED* | EXHIBIT A |
| 2958 | O'NEILL, ROSA | 21763 | UNDETERMINED* | EXHIBIT A |
| 2959 | ONLEY, DAVID J | 21764 | UNDETERMINED* | EXHIBIT A |
| 2960 | OPHER, VERNIE, PR OF THE | 19117 | UNDETERMINED* | EXHIBIT A |
| 2961 | ORDUNA, CASSANDRA R | 21765 | UNDETERMINED* | EXHIBIT A |
| 2962 | O'REILLY, DERMOT | 21766 | UNDETERMINED* | EXHIBIT A |
| 2963 | OREM, DANIEL W , III, PR OF THE | 19224 | UNDETERMINED* | EXHIBIT A |
| 2964 | ORFIELD, JAMES P | 21767 | UNDETERMINED* | EXHIBIT A |
| 2965 | ORSE, JEAN, PR OF THE | 19225 | UNDETERMINED* | EXHIBIT A |
| 2966 | ORTIZ, JULIO J | 21768 | UNDETERMINED* | EXHIBIT A |
| 2967 | ORTWEIN, RAYMOND J | 21769 | UNDETERMINED* | EXHIBIT A |
| 2968 | OSTENDORF, JOSEPH A, SR | 21770 | UNDETERMINED* | EXHIBIT A |
| 2969 | OSWALD, HENRY | 21771 | UNDETERMINED* | EXHIBIT A |
| 2970 | OSWALD, PAM E, PR OF THE | 19421 | UNDETERMINED* | EXHIBIT A |
| 2971 | OTTEY, FRANCIS P | 21144 | UNDETERMINED* | EXHIBIT A |
| 2972 | OTTO, LARRY H | 21772 | UNDETERMINED* | EXHIBIT A |
| 2973 | OTTO, PATRICIA A | 21773 | UNDETERMINED* | EXHIBIT A |
| 2974 | OUTLAW, HENRY E, JR | 21774 | UNDETERMINED* | EXHIBIT A |
| 2975 | OUTMAN, TOMMIE | 21775 | UNDETERMINED* | EXHIBIT A |
| 2976 | OWENS, ANNA T | 21776 | UNDETERMINED* | EXHIBIT A |
| 2977 | OWENS, ARTHUR | 21777 | UNDETERMINED* | EXHIBIT A |
| 2978 | OWENS, CHARLES L | 21145 | UNDETERMINED* | EXHIBIT A |
| 2979 | OWENS, CHARLOTTE H, PR OF THE | 19423 | UNDETERMINED* | EXHIBIT A |
| 2980 | OWENS, CRAIG, PR OF THE | 19424 | UNDETERMINED* | EXHIBIT A |
| 2981 | OWENS, RENE, PR OF THE | 19023 | UNDETERMINED* | EXHIBIT A |
| 2982 | OWENS, RONALD L | 21146 | UNDETERMINED* | EXHIBIT A |
| 2983 | OXENDINE, DENISE, PR OF THE | 20146 | UNDETERMINED* | EXHIBIT A |
| 2984 | PABST, MICHELE L, PR OF THE | 18572 | UNDETERMINED* | EXHIBIT A |
| 2985 | PACK, JUNE, PR OF THE | 19425 | UNDETERMINED* | EXHIBIT A |
| 2986 | PACKER, JAMES L | 21778 | UNDETERMINED* | EXHIBIT A |
| 2987 | PADGETT, SAMUEL C | 21779 | UNDETERMINED* | EXHIBIT A |
| 2988 | PADNUK, ANDREW S, PR OF THE | 19426 | UNDETERMINED* | EXHIBIT A |
| 2989 | PADNUK, ANDREW S, PR OF THE | 19427 | UNDETERMINED* | EXHIBIT A |
| 2990 | PAETOW, MARGARET E, PR OF THE | 19429 | UNDETERMINED* | EXHIBIT A |
| 2991 | PAETOW-SAMAN, SANDRA, PR OF THE | 19428 | UNDETERMINED* | EXHIBIT A |
| 2992 | PAINTER, ELEANOR J, PR OF THE | 19431 | UNDETERMINED* | EXHIBIT A |
| 2993 | PAINTER, MELISSA, FOR THE | 19432 | UNDETERMINED* | EXHIBIT A |
| 2994 | PAKULSKI, DONALD | 21780 | UNDETERMINED* | EXHIBIT A |
| 2995 | PALMER, FRANK | 21781 | UNDETERMINED* | EXHIBIT A |
| 2996 | PALMER, HELEN R, PR OF THE | 19435 | UNDETERMINED* | EXHIBIT A |
| 2997 | PALMER, RUTH A | 21782 | UNDETERMINED* | EXHIBIT A |
| 2998 | PALOCHONSKI, BRENT S, PR OF THE | 19436 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2999 | PANAGEOTOU, DESPINA | 21783 | UNDETERMINED* | EXHIBIT A |
| 3000 | PANGLE, DALLAS L | 21784 | UNDETERMINED* | EXHIBIT A |
| 3001 | PANNELL, ARBERDELLA, PR OF THE | 19437 | UNDETERMINED* | EXHIBIT A |
| 3002 | PANZER, FREDERICK F | 21785 | UNDETERMINED* | EXHIBIT A |
| 3003 | PAPADAKIS, CONSTANTINE | 21786 | UNDETERMINED* | EXHIBIT A |
| 3004 | PAPAY, DENISE, FOR THE | 19438 | UNDETERMINED* | EXHIBIT A |
| 3005 | PAPAY, DENISE, PR OF THE | 19261 | UNDETERMINED* | EXHIBIT A |
| 3006 | PAPPAS, NICHOLAS J | 21147 | UNDETERMINED* | EXHIBIT A |
| 3007 | PARISIAN, KIMBERLY, PR OF THE | 18435 | UNDETERMINED* | EXHIBIT A |
| 3008 | PARKER, FRANK, JR | 21787 | UNDETERMINED* | EXHIBIT A |
| 3009 | PARKER, LINDA LEE, PR OF THE | 20148 | UNDETERMINED* | EXHIBIT A |
| 3010 | PARKER, MARGARET, PR OF THE | 19443 | UNDETERMINED* | EXHIBIT A |
| 3011 | PARKER, PAMELA D, PR OF THE | 19444 | UNDETERMINED* | EXHIBIT A |
| 3012 | PARKER, PAMELA DENISE, PR OF THE | 19445 | UNDETERMINED* | EXHIBIT A |
| 3013 | PARKER, ROLAND T | 21148 | UNDETERMINED* | EXHIBIT A |
| 3014 | PARKER, WALBERT, JR | 21149 | UNDETERMINED* | EXHIBIT A |
| 3015 | PARKER, WALBERT, PR OF THE | 19592 | UNDETERMINED* | EXHIBIT A |
| 3016 | PARSONS, CARL D | 21788 | UNDETERMINED* | EXHIBIT A |
| 3017 | PARSONS, FRANKLIN L | 21789 | UNDETERMINED* | EXHIBIT A |
| 3018 | PARSONS, TERESA T, PR OF THE | 19446 | UNDETERMINED* | EXHIBIT A |
| 3019 | PASCHALL, PAMELA J | 14069 | UNDETERMINED* | EXHIBIT A |
| 3020 | PASKO, RICHARD | 21150 | UNDETERMINED* | EXHIBIT A |
| 3021 | PATCHES, LADD A | 21790 | UNDETERMINED* | EXHIBIT A |
| 3022 | PATILLO, DEBBIE Y, PR OF THE | 19408 | UNDETERMINED* | EXHIBIT A |
| 3023 | PATT, THERESA A, FOR THE | 19447 | UNDETERMINED* | EXHIBIT A |
| 3024 | PATTERSON, BRENDA J, PR OF THE | 19449 | UNDETERMINED* | EXHIBIT A |
| 3025 | PATTERSON, LUTHER C | 21791 | UNDETERMINED* | EXHIBIT A |
| 3026 | PATTERSON, RAYMOND JAMES, PR OF THE | 19448 | UNDETERMINED* | EXHIBIT A |
| 3027 | PATTERSON, RUTH L | 21794 | UNDETERMINED* | EXHIBIT A |
| 3028 | PATTERSON, SUSAN M, PR OF THE | 19190 | UNDETERMINED* | EXHIBIT A |
| 3029 | PATTI, JOHN | 21792 | UNDETERMINED* | EXHIBIT A |
| 3030 | PAUL, HOWARD F | 21793 | UNDETERMINED* | EXHIBIT A |
| 3031 | PAUL, MARLENE, PR OF THE | 19450 | UNDETERMINED* | EXHIBIT A |
| 3032 | PAVLO, SHERRI L, PR OF THE | 19317 | UNDETERMINED* | EXHIBIT A |
| 3033 | PAWELCZYK, DIANE L, PR OF THE | 19593 | UNDETERMINED* | EXHIBIT A |
| 3034 | PAYNE, JAMES A | 18858 | UNDETERMINED* | EXHIBIT A |
| 3035 | PAYNE, PRISCILLA, PR OF THE | 19451 | UNDETERMINED* | EXHIBIT A |
| 3036 | PEAKE, DANIEL J | 18859 | UNDETERMINED* | EXHIBIT A |
| 3037 | PEARSON, LLOYD M, SR | 18860 | UNDETERMINED* | EXHIBIT A |
| 3038 | PEDDICORD, CHARLES N | 14068 | UNDETERMINED* | EXHIBIT A |
| 3039 | PEDERSEN, MARK H | 18861 | UNDETERMINED* | EXHIBIT A |
| 3040 | PEDRICK, CHARLES L | 21151 | UNDETERMINED* | EXHIBIT A |
| 3041 | PEDRICK, DEBORAH A, PR OF THE | 19455 | UNDETERMINED* | EXHIBIT A |
| 3042 | PEDRICK, DEBRA | 21152 | UNDETERMINED* | EXHIBIT A |
| 3043 | PEEL, ROBERT | 14067 | UNDETERMINED* | EXHIBIT A |
| 3044 | PEGUES, GERALDINE, PR OF THE | 18280 | UNDETERMINED* | EXHIBIT A |
| 3045 | PELL, MICHAEL E | 18862 | UNDETERMINED* | EXHIBIT A |

| 3046 | PENDERGAST, CHARLES | 21153 | UNDETERMINED* | EXHIBIT A |
| 3047 | PENN, IDA, PR OF THE | 19456 | UNDETERMINED* | EXHIBIT A |
| 3048 | PENTA, JOHN M, SR | 21795 | UNDETERMINED* | EXHIBIT A |
| 3049 | PERDUE, BETTY G | 21796 | UNDETERMINED* | EXHIBIT A |
| 3050 | PERINOTTI, JOSEPH, JR | 21797 | UNDETERMINED* | EXHIBIT A |
| 3051 | PERRY, GARY W | 21798 | UNDETERMINED* | EXHIBIT A |
| 3052 | PERSEGHIN, DAVID L, PR OF THE | 19461 | UNDETERMINED* | EXHIBIT A |
| 3053 | PERSEGHIN, DAVID L, SR | 21799 | UNDETERMINED* | EXHIBIT A |
| 3054 | PERSEGHIN, ELEANOR L, PR OF THE | 19460 | UNDETERMINED* | EXHIBIT A |
| 3055 | PESARESI, RENO J | 21800 | UNDETERMINED* | EXHIBIT A |
| 3056 | PETERS, DOLORES, PR OF THE | 19463 | UNDETERMINED* | EXHIBIT A |
| 3057 | PETERS, HAROLD | 21801 | UNDETERMINED* | EXHIBIT A |
| 3058 | PETERS, MARGARET L, PR OF THE | 19462 | UNDETERMINED* | EXHIBIT A |
| 3059 | PETERS, NANNETTE, PR OF THE | 20125 | UNDETERMINED* | EXHIBIT A |
| 3060 | PETERS, THOMAS F | 21802 | UNDETERMINED* | EXHIBIT A |
| 3061 | PETERSON, WILLIAM F | 21803 | UNDETERMINED* | EXHIBIT A |
| 3062 | PETRONIERO, VINCENT JOHN, PR OF THE | 19464 | UNDETERMINED* | EXHIBIT A |
| 3063 | PETTIE, FRANK J | 21804 | UNDETERMINED* | EXHIBIT A |
| 3064 | PETTY, WILLIE | 21805 | UNDETERMINED* | EXHIBIT A |
| 3065 | PFAFF, BETTY L, PR OF THE | 19467 | UNDETERMINED* | EXHIBIT A |
| 3066 | PFAFF, CAROL L, PR OF THE | 19466 | UNDETERMINED* | EXHIBIT A |
| 3067 | PFEIFFER, CYNTHIA ANN, PR OF THE | 19204 | UNDETERMINED* | EXHIBIT A |
| 3068 | PHELPS, KARL V, SR | 21806 | UNDETERMINED* | EXHIBIT A |
| 3069 | PHELPS, RACHEL M | 21807 | UNDETERMINED* | EXHIBIT A |
| 3070 | PHELPS, STANLEY W , JR, PR OF THE | 19468 | UNDETERMINED* | EXHIBIT A |
| 3071 | PHELPS, THOMAS | 21808 | UNDETERMINED* | EXHIBIT A |
| 3072 | PHILIP, DOUGLASS P J, PR OF THE | 19469 | UNDETERMINED* | EXHIBIT A |
| 3073 | PHILLIPS, ANN, PR OF THE | 19471 | UNDETERMINED* | EXHIBIT A |
| 3074 | PHILLIPS, RICHARD D | 14066 | UNDETERMINED* | EXHIBIT A |
| 3075 | PIATT, ROBERT A | 21809 | UNDETERMINED* | EXHIBIT A |
| 3076 | PICCIONE, ROBERT A | 21810 | UNDETERMINED* | EXHIBIT A |
| 3077 | PICCIOTTO, FRANK, JR | 21811 | UNDETERMINED* | EXHIBIT A |
| 3078 | PICCIOTTO, JOHN A, PR OF THE | 19473 | UNDETERMINED* | EXHIBIT A |
| 3079 | PICKERING, PATRICIA, PR OF THE | 19474 | UNDETERMINED* | EXHIBIT A |
| 3080 | PICKETT, PAULETTE J | 21812 | UNDETERMINED* | EXHIBIT A |
| 3081 | PIERCE, ANGELA D | 21813 | UNDETERMINED* | EXHIBIT A |
| 3082 | PIERCE, JAMES | 21814 | UNDETERMINED* | EXHIBIT A |
| 3083 | PIERCE, LIZA BELEN, PR OF THE | 18375 | UNDETERMINED* | EXHIBIT A |
| 3084 | PIERCY, JOSEPH M, SR | 21815 | UNDETERMINED* | EXHIBIT A |
| 3085 | PILKERTON, FRANCES S | 21816 | UNDETERMINED* | EXHIBIT A |
| 3086 | PINDELL, WILLIAM H , JR, PR OF THE | 19475 | UNDETERMINED* | EXHIBIT A |
| 3087 | PINDER-SYKES, CYNTHIA, PR OF THE | 20032 | UNDETERMINED* | EXHIBIT A |
| 3088 | PINES, THOMAS R | 21817 | UNDETERMINED* | EXHIBIT A |
| 3089 | PINKNEY REDFEARN, JENNIFER | 21818 | UNDETERMINED* | EXHIBIT A |
| 3090 | PIPES, HAROLD L | 21819 | UNDETERMINED* | EXHIBIT A |
| 3091 | PITMAN, MILDRED E, PR OF THE | 19476 | UNDETERMINED* | EXHIBIT A |
| 3092 | PITMAN, MILDRED E, PR OF THE | 19477 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3093 | PITTINGER, GERALDINE, PR OF THE | 19478 | UNDETERMINED* | EXHIBIT A |
| 3094 | PITTMAN, WANDA, PR OF THE | 19480 | UNDETERMINED* | EXHIBIT A |
| 3095 | PIZZA, THOMAS D, SR | 21820 | UNDETERMINED* | EXHIBIT A |
| 3096 | PIZZILLO, PAM D, PR OF THE | 20096 | UNDETERMINED* | EXHIBIT A |
| 3097 | POIST, CAROLE A, PR OF THE | 19482 | UNDETERMINED* | EXHIBIT A |
| 3098 | POIST, MAGGIE A, PR OF THE | 19483 | UNDETERMINED* | EXHIBIT A |
| 3099 | POIST, WILLIAM R | 21821 | UNDETERMINED* | EXHIBIT A |
| 3100 | POLCAK, LEON E | 21822 | UNDETERMINED* | EXHIBIT A |
| 3101 | POLISKIEWICZ, FRANCES, FOR THE | 19484 | UNDETERMINED* | EXHIBIT A |
| 3102 | POLKOWSKI, JOHN A | 21823 | UNDETERMINED* | EXHIBIT A |
| 3103 | POLLARD, EVERETT D | 14065 | UNDETERMINED* | EXHIBIT A |
| 3104 | POLYNIAK, VALERIE, PR OF THE | 19433 | UNDETERMINED* | EXHIBIT A |
| 3105 | POLYNIAK, VALERIE, PR OF THE | 19434 | UNDETERMINED* | EXHIBIT A |
| 3106 | POOLE, CARA M, PR OF THE | 19485 | UNDETERMINED* | EXHIBIT A |
| 3107 | POORE, NANCY LYNN, PR OF THE | 19486 | UNDETERMINED* | EXHIBIT A |
| 3108 | POPA, LEONARD, PR OF THE | 19487 | UNDETERMINED* | EXHIBIT A |
| 3109 | POPE, NATHANIEL | 21824 | UNDETERMINED* | EXHIBIT A |
| 3110 | POPP, MICHELE REICHERT, PR OF THE | 19533 | UNDETERMINED* | EXHIBIT A |
| 3111 | POPSON, JOSEPH, JR, PR OF THE | 19488 | UNDETERMINED* | EXHIBIT A |
| 3112 | PORE, DOMINIC LE, PR OF THE | 19336 | UNDETERMINED* | EXHIBIT A |
| 3113 | PORTER, LILY W, PR OF THE | 19491 | UNDETERMINED* | EXHIBIT A |
| 3114 | PORTER, RAYMOND N | 21825 | UNDETERMINED* | EXHIBIT A |
| 3115 | PORTER, TIMOTHY S, PR OF THE | 19489 | UNDETERMINED* | EXHIBIT A |
| 3116 | PORTER, VALENCIA HERNANDEZ, PR OF THE | 19490 | UNDETERMINED* | EXHIBIT A |
| 3117 | PORTER, WILLIAM L , JR, PR OF THE | 19492 | UNDETERMINED* | EXHIBIT A |
| 3118 | POSTON, BOBBY | 21154 | UNDETERMINED* | EXHIBIT A |
| 3119 | POTEE, RAYMOND W, PR OF THE | 19494 | UNDETERMINED* | EXHIBIT A |
| 3120 | POTTER, JEAN K, PR OF THE | 18469 | UNDETERMINED* | EXHIBIT A |
| 3121 | POTTS, RAYMOND E, PR OF THE | 19495 | UNDETERMINED* | EXHIBIT A |
| 3122 | POWELL, AQUILA C, PR OF THE | 19497 | UNDETERMINED* | EXHIBIT A |
| 3123 | POWELL, CATHY CRISTINE, PR OF THE | 19496 | UNDETERMINED* | EXHIBIT A |
| 3124 | POWELL, CEPHUS A | 21826 | UNDETERMINED* | EXHIBIT A |
| 3125 | POWELL, FLEDIA L, PR OF THE | 19860 | UNDETERMINED* | EXHIBIT A |
| 3126 | POWELL, JOSEPHINE F | 21827 | UNDETERMINED* | EXHIBIT A |
| 3127 | POWELL, NATHANIEL | 21828 | UNDETERMINED* | EXHIBIT A |
| 3128 | POWELL, THELMA M, PR OF THE | 19498 | UNDETERMINED* | EXHIBIT A |
| 3129 | POWER, EDWIN C | 21829 | UNDETERMINED* | EXHIBIT A |
| 3130 | POWERS, GASTON E | 21830 | UNDETERMINED* | EXHIBIT A |
| 3131 | POWERS, MAX N | 21831 | UNDETERMINED* | EXHIBIT A |
| 3132 | POWERS, PATRICK E , JR, PR OF THE | 19499 | UNDETERMINED* | EXHIBIT A |
| 3133 | PRATER, RONNIE | 21832 | UNDETERMINED* | EXHIBIT A |
| 3134 | PRATT, DINELL | 21833 | UNDETERMINED* | EXHIBIT A |
| 3135 | PRESTBURY, ERIK B | 21834 | UNDETERMINED* | EXHIBIT A |
| 3136 | PRESTIANNI, GARY P, PR OF THE | 19500 | UNDETERMINED* | EXHIBIT A |
| 3137 | PRICE, CHARLEEN, PR OF THE | 19892 | UNDETERMINED* | EXHIBIT A |
| 3138 | PRICE, ELMER C, JR | 21835 | UNDETERMINED* | EXHIBIT A |
| 3139 | PRICE, MILTON C , JR, PR OF THE | 19519 | UNDETERMINED* | EXHIBIT A |

| 3140 | PRICE, OTIS | 21896 | UNDETERMINED* | EXHIBIT A |
|------|-----------|-------|---------------|-----------|
| 3141 | PRICE, RODNEY S | 14064 | UNDETERMINED* | EXHIBIT A |
| 3142 | PRICE, SHARON R, PR OF THE | 19869 | UNDETERMINED* | EXHIBIT A |
| 3143 | PRICE, WILLIAM H, PR OF THE | 19503 | UNDETERMINED* | EXHIBIT A |
| 3144 | PRIDGEN, LEROY | 21836 | UNDETERMINED* | EXHIBIT A |
| 3145 | PRIDGEN, WENDY E | 21837 | UNDETERMINED* | EXHIBIT A |
| 3146 | PRINCE, RANDALL W | 21838 | UNDETERMINED* | EXHIBIT A |
| 3147 | PRINCE, RAYMOND, PR OF THE | 19595 | UNDETERMINED* | EXHIBIT A |
| 3148 | PROBST, CHARLES R, JR | 21839 | UNDETERMINED* | EXHIBIT A |
| 3149 | PROCTOR, ANTHONY | 21840 | UNDETERMINED* | EXHIBIT A |
| 3150 | PROFFITT, LARRY | 21841 | UNDETERMINED* | EXHIBIT A |
| 3151 | PRSTAC, ELINORA M | 21842 | UNDETERMINED* | EXHIBIT A |
| 3152 | PRUSS, JAMES T, SR | 21843 | UNDETERMINED* | EXHIBIT A |
| 3153 | PRYOR, BRENDA W | 21155 | UNDETERMINED* | EXHIBIT A |
| 3154 | PUGH, FOREST W | 21844 | UNDETERMINED* | EXHIBIT A |
| 3155 | PUGH, HOWARD F | 21845 | UNDETERMINED* | EXHIBIT A |
| 3156 | PUGH, KENNETH L | 21846 | UNDETERMINED* | EXHIBIT A |
| 3157 | PULASKI, ANTHONY | 21847 | UNDETERMINED* | EXHIBIT A |
| 3158 | PULLEY, GORDON A | 21848 | UNDETERMINED* | EXHIBIT A |
| 3159 | PULS, ROSE ANNE, PR OF THE | 18347 | UNDETERMINED* | EXHIBIT A |
| 3160 | PUMPHREY, ESTELLA M, PR OF THE | 19509 | UNDETERMINED* | EXHIBIT A |
| 3161 | PUMPHREY, GRAHAM, JR | 21849 | UNDETERMINED* | EXHIBIT A |
| 3162 | PUMPHREY, RITA G | 21850 | UNDETERMINED* | EXHIBIT A |
| 3163 | PUMPHREY, RITA G, PR OF THE | 19507 | UNDETERMINED* | EXHIBIT A |
| 3164 | PUMPHREY, SANDRA, PR OF THE | 19508 | UNDETERMINED* | EXHIBIT A |
| 3165 | PUMPHREY, VERNON K | 14063 | UNDETERMINED* | EXHIBIT A |
| 3166 | PURDY, DEANNA L | 21851 | UNDETERMINED* | EXHIBIT A |
| 3167 | PURDY, WILLIAM A, SR | 21852 | UNDETERMINED* | EXHIBIT A |
| 3168 | PURVIS, GEORGE H | 21156 | UNDETERMINED* | EXHIBIT A |
| 3169 | PUSEY, WILLIAM S, PR OF THE | 18740 | UNDETERMINED* | EXHIBIT A |
| 3170 | QUARLES, ANTONIO F | 21157 | UNDETERMINED* | EXHIBIT A |
| 3171 | QUEEN, VIGINIA, PR OF THE | 19512 | UNDETERMINED* | EXHIBIT A |
| 3172 | QUEENER, SAMUEL E | 21853 | UNDETERMINED* | EXHIBIT A |
| 3173 | QUINN, REGINA M, PR OF THE | 19513 | UNDETERMINED* | EXHIBIT A |
| 3174 | RAAB, GRETCHEN, PR OF THE | 19514 | UNDETERMINED* | EXHIBIT A |
| 3175 | RADER, SCOTT K | 21854 | UNDETERMINED* | EXHIBIT A |
| 3176 | RADTKE, ALBERT R | 21855 | UNDETERMINED* | EXHIBIT A |
| 3177 | RAGAN, JOSEPH E | 21856 | UNDETERMINED* | EXHIBIT A |
| 3178 | RAHE, CARL L | 21857 | UNDETERMINED* | EXHIBIT A |
| 3179 | RAINEY, KENNETH W | 21158 | UNDETERMINED* | EXHIBIT A |
| 3180 | RAINS, LEE R | 21858 | UNDETERMINED* | EXHIBIT A |
| 3181 | RAMOS, ADALBERTO | 21859 | UNDETERMINED* | EXHIBIT A |
| 3182 | RAMOS, MARIE S, PR OF THE | 19515 | UNDETERMINED* | EXHIBIT A |
| 3183 | RANDLE, CHARLES ANTHONY, PR OF THE | 19516 | UNDETERMINED* | EXHIBIT A |
| 3184 | RANDLE, KAREN A, PR OF THE | 19517 | UNDETERMINED* | EXHIBIT A |
| 3185 | RANDOLPH, MARY, PR OF THE | 20197 | UNDETERMINED* | EXHIBIT A |
| 3186 | RANKIN, CRAIG A, PR OF THE | 19153 | UNDETERMINED* | EXHIBIT A |

| 3187 | RANOCCHIA, ANTHONY | 21860 | UNDETERMINED* | EXHIBIT A |
| 3188 | RAO, JANET, PR OF THE | 18354 | UNDETERMINED* | EXHIBIT A |
| 3189 | RAPPOLD, SANDY A | 21861 | UNDETERMINED* | EXHIBIT A |
| 3190 | RAPPOLD, WILLIAM | 21159 | UNDETERMINED* | EXHIBIT A |
| 3191 | RASHEED, HASSAN, PR OF THE | 20011 | UNDETERMINED* | EXHIBIT A |
| 3192 | RASINSKI, LAURIE, PR OF THE | 19195 | UNDETERMINED* | EXHIBIT A |
| 3193 | RASPA, PATRICIA A, PR OF THE | 19968 | UNDETERMINED* | EXHIBIT A |
| 3194 | RAUB, ANDERSON C | 21862 | UNDETERMINED* | EXHIBIT A |
| 3195 | RAVENSCROFT, PHILLIS GERARD, PR OF THE | 18818 | UNDETERMINED* | EXHIBIT A |
| 3196 | RAWLINGS, APRIL L, PR OF THE | 19326 | UNDETERMINED* | EXHIBIT A |
| 3197 | RAWLINGS, GERALD A | 21160 | UNDETERMINED* | EXHIBIT A |
| 3198 | RAWLINGS, JAMES W | 21863 | UNDETERMINED* | EXHIBIT A |
| 3199 | RAY, CHRISTINE, PR OF THE | 19644 | UNDETERMINED* | EXHIBIT A |
| 3200 | RAY, DEBORAH E, PR OF THE | 19518 | UNDETERMINED* | EXHIBIT A |
| 3201 | RAYMOND, VINCENT C | 21864 | UNDETERMINED* | EXHIBIT A |
| 3202 | RAYNER, HELEN J, PR OF THE | 19087 | UNDETERMINED* | EXHIBIT A |
| 3203 | REAVIS, JACK E | 21865 | UNDETERMINED* | EXHIBIT A |
| 3204 | REAVIS, MATTIE | 21866 | UNDETERMINED* | EXHIBIT A |
| 3205 | REBECHI, JOSEPH | 21867 | UNDETERMINED* | EXHIBIT A |
| 3206 | REBEIRO, PATTI JO, PR OF THE | 19522 | UNDETERMINED* | EXHIBIT A |
| 3207 | REBUCK, MARGARET, PR OF THE | 19523 | UNDETERMINED* | EXHIBIT A |
| 3208 | RECKARD, CHARLES F | 21868 | UNDETERMINED* | EXHIBIT A |
| 3209 | REDDINGTON, DEBORAH L, PR OF THE | 19012 | UNDETERMINED* | EXHIBIT A |
| 3210 | REDEMANN, PATRICIA M | 21161 | UNDETERMINED* | EXHIBIT A |
| 3211 | REDFEARN, JOSEPH F | 21869 | UNDETERMINED* | EXHIBIT A |
| 3212 | REDINGER, WAYNE L | 21870 | UNDETERMINED* | EXHIBIT A |
| 3213 | REDLINE, WILMER P, JR | 21871 | UNDETERMINED* | EXHIBIT A |
| 3214 | REED, JANICE H, PR OF THE | 18296 | UNDETERMINED* | EXHIBIT A |
| 3215 | REED, JOHN J | 21872 | UNDETERMINED* | EXHIBIT A |
| 3216 | REED, LARRY | 21873 | UNDETERMINED* | EXHIBIT A |
| 3217 | REED, LARRY, PR OF THE | 19527 | UNDETERMINED* | EXHIBIT A |
| 3218 | REED, SCOTT G | 21874 | UNDETERMINED* | EXHIBIT A |
| 3219 | REED, SCOTT G, PR OF THE | 19525 | UNDETERMINED* | EXHIBIT A |
| 3220 | REEDY, VIRGIL E | 21162 | UNDETERMINED* | EXHIBIT A |
| 3221 | REESE, KIMBERLY A, PR OF THE | 19354 | UNDETERMINED* | EXHIBIT A |
| 3222 | REGA, RONALD P | 21875 | UNDETERMINED* | EXHIBIT A |
| 3223 | REHBEIN, MILTON A , III, PR OF THE | 19529 | UNDETERMINED* | EXHIBIT A |
| 3224 | REHRER, STEPHEN F, PR OF THE | 19532 | UNDETERMINED* | EXHIBIT A |
| 3225 | REHRIG, CLIFFORD G | 21876 | UNDETERMINED* | EXHIBIT A |
| 3226 | REICHERT, DANIEL E | 14062 | UNDETERMINED* | EXHIBIT A |
| 3227 | REID, IAN M, PR OF THE | 19535 | UNDETERMINED* | EXHIBIT A |
| 3228 | REIGER, BARBARA A, PR OF THE | 19537 | UNDETERMINED* | EXHIBIT A |
| 3229 | REILLY, TERESA E, PR OF THE | 18436 | UNDETERMINED* | EXHIBIT A |
| 3230 | REIMSCHUSSEL, RICHARD | 14061 | UNDETERMINED* | EXHIBIT A |
| 3231 | REINERT, ROLLAND | 21877 | UNDETERMINED* | EXHIBIT A |
| 3232 | REINHART, JOAN M, PR OF THE | 19538 | UNDETERMINED* | EXHIBIT A |
| 3233 | REINIK, HILDA S, PR OF THE | 19539 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3234 | REISS, RAY M, JR | 21878 | UNDETERMINED* | EXHIBIT A |
| 3235 | REMALEY, DURRELL | 21879 | UNDETERMINED* | EXHIBIT A |
| 3236 | REMENTER, MADELINE F, PR OF THE | 18751 | UNDETERMINED* | EXHIBIT A |
| 3237 | RENAY, CAROLYN, FOR THE | 18705 | UNDETERMINED* | EXHIBIT A |
| 3238 | REPKORWICH, DEBORAH, PR OF THE | 19541 | UNDETERMINED* | EXHIBIT A |
| 3239 | RESH, JOANNE, FOR THE | 19542 | UNDETERMINED* | EXHIBIT A |
| 3240 | REVELLE, EMORY | 21880 | UNDETERMINED* | EXHIBIT A |
| 3241 | REXROTH, KEN | 21881 | UNDETERMINED* | EXHIBIT A |
| 3242 | REYNOLDS, FELIX | 21882 | UNDETERMINED* | EXHIBIT A |
| 3243 | REYNOLDS, KAREN R, PR OF THE | 19864 | UNDETERMINED* | EXHIBIT A |
| 3244 | REYNOLDS, ROBERT | 21883 | UNDETERMINED* | EXHIBIT A |
| 3245 | REYNOLDS, RUTH M | 21884 | UNDETERMINED* | EXHIBIT A |
| 3246 | REYNOLDS, TERRY L | 14060 | UNDETERMINED* | EXHIBIT A |
| 3247 | RHEN, SUNDINA, PR OF THE | 19545 | UNDETERMINED* | EXHIBIT A |
| 3248 | RHINE, CHARLOTTE A, PR OF THE | 19546 | UNDETERMINED* | EXHIBIT A |
| 3249 | RHODES, BARRY A | 21885 | UNDETERMINED* | EXHIBIT A |
| 3250 | RHODES, CAROLYN, PR OF THE | 19549 | UNDETERMINED* | EXHIBIT A |
| 3251 | RHODES, CHARLES | 21163 | UNDETERMINED* | EXHIBIT A |
| 3252 | RHODES, DON L | 21886 | UNDETERMINED* | EXHIBIT A |
| 3253 | RHODES, NANCY L, PR OF THE | 19547 | UNDETERMINED* | EXHIBIT A |
| 3254 | RHODES, PATRICIA, PR OF THE | 19548 | UNDETERMINED* | EXHIBIT A |
| 3255 | RHODES, STEPHEN | 21164 | UNDETERMINED* | EXHIBIT A |
| 3256 | RICCO, FRANK | 14059 | UNDETERMINED* | EXHIBIT A |
| 3257 | RICE, ARTHUR L | 21887 | UNDETERMINED* | EXHIBIT A |
| 3258 | RICE, CLEOPHUS | 21888 | UNDETERMINED* | EXHIBIT A |
| 3259 | RICE, WILLIAM | 21889 | UNDETERMINED* | EXHIBIT A |
| 3260 | RICHARDSON, KURT | 21165 | UNDETERMINED* | EXHIBIT A |
| 3261 | RICHARDSON, OTIS | 21166 | UNDETERMINED* | EXHIBIT A |
| 3262 | RICHMOND, FRANCIS J | 21890 | UNDETERMINED* | EXHIBIT A |
| 3263 | RICHMOND, THOMAS J | 21891 | UNDETERMINED* | EXHIBIT A |
| 3264 | RICHTER, CHARLES G | 14058 | UNDETERMINED* | EXHIBIT A |
| 3265 | RICHTER, CHARLES, JR | 21892 | UNDETERMINED* | EXHIBIT A |
| 3266 | RIDDLE, MARK ALAN, PR OF THE | 19552 | UNDETERMINED* | EXHIBIT A |
| 3267 | RIDDLEBERGER-PATRAS, DIANNE, PR OF THE | 19553 | UNDETERMINED* | EXHIBIT A |
| 3268 | RIDER, BEVERLY A, PR OF THE | 19137 | UNDETERMINED* | EXHIBIT A |
| 3269 | RIDOLFI, LOUIS | 21893 | UNDETERMINED* | EXHIBIT A |
| 3270 | RIDOLFI, MICHAEL E | 21894 | UNDETERMINED* | EXHIBIT A |
| 3271 | RIECKE, ARTHUR, III | 21895 | UNDETERMINED* | EXHIBIT A |
| 3272 | RIEDY, MICHAEL | 21897 | UNDETERMINED* | EXHIBIT A |
| 3273 | RIGGIO, ERNEST A | 21898 | UNDETERMINED* | EXHIBIT A |
| 3274 | RIGGIO, FRANK, JR, PR OF THE | 19556 | UNDETERMINED* | EXHIBIT A |
| 3275 | RILEY, MICHAEL P | 21899 | UNDETERMINED* | EXHIBIT A |
| 3276 | RINALDI, JANET | 21167 | UNDETERMINED* | EXHIBIT A |
| 3277 | RINGLER, DIANA L, PR OF THE | 18383 | UNDETERMINED* | EXHIBIT A |
| 3278 | RIPPETOE, MARY ELLEN, PR OF THE | 19559 | UNDETERMINED* | EXHIBIT A |
| 3279 | RITES, CHARLES J | 21900 | UNDETERMINED* | EXHIBIT A |
| 3280 | RITTER, BETTY, PR OF THE | 19561 | UNDETERMINED* | EXHIBIT A |

| 3281 | RITTER, DALE T | 21901 | UNDETERMINED* | EXHIBIT A |
| 3282 | RITTER, FRANCES R, PR OF THE | 19562 | UNDETERMINED* | EXHIBIT A |
| 3283 | RITTER, SHARON ANN, PR OF THE | 19992 | UNDETERMINED* | EXHIBIT A |
| 3284 | RITZMAN, THOMAS, PR OF THE | 19563 | UNDETERMINED* | EXHIBIT A |
| 3285 | RIVERA, JEANNE, PR OF THE | 19005 | UNDETERMINED* | EXHIBIT A |
| 3286 | RIX, RICHARD A | 21902 | UNDETERMINED* | EXHIBIT A |
| 3287 | RIZZI, NICHOLAS A | 21903 | UNDETERMINED* | EXHIBIT A |
| 3288 | ROACH, MARY E, PR OF THE | 20215 | UNDETERMINED* | EXHIBIT A |
| 3289 | ROBBINS, BARRY E | 21904 | UNDETERMINED* | EXHIBIT A |
| 3290 | ROBBINS, BILLY J | 21905 | UNDETERMINED* | EXHIBIT A |
| 3291 | ROBBINS, PAMELA M, PR OF THE | 19564 | UNDETERMINED* | EXHIBIT A |
| 3292 | ROBERT LIDSTON, ESQUIRE, PR OF THE | 19927 | UNDETERMINED* | EXHIBIT A |
| 3293 | ROBERTS, CHARLES A | 21906 | UNDETERMINED* | EXHIBIT A |
| 3294 | ROBERTS, JAMES M | 21907 | UNDETERMINED* | EXHIBIT A |
| 3295 | ROBERTS, ROSA L | 21168 | UNDETERMINED* | EXHIBIT A |
| 3296 | ROBICHAUD, JULIE, PR OF THE | 19565 | UNDETERMINED* | EXHIBIT A |
| 3297 | ROBINETTE, ROBERT R | 21908 | UNDETERMINED* | EXHIBIT A |
| 3298 | ROBINSON, BARBARA, PR OF THE | 19861 | UNDETERMINED* | EXHIBIT A |
| 3299 | ROBINSON, CHARLES M, PR OF THE | 19034 | UNDETERMINED* | EXHIBIT A |
| 3300 | ROBINSON, CLIFFORD | 21169 | UNDETERMINED* | EXHIBIT A |
| 3301 | ROBINSON, CONNIE, PR OF THE | 19236 | UNDETERMINED* | EXHIBIT A |
| 3302 | ROBINSON, DEWEY L | 21909 | UNDETERMINED* | EXHIBIT A |
| 3303 | ROBINSON, DONALD H | 21910 | UNDETERMINED* | EXHIBIT A |
| 3304 | ROBINSON, DOROTHY M, PR OF THE | 19566 | UNDETERMINED* | EXHIBIT A |
| 3305 | ROBINSON, ROBIN J, PR OF THE | 19980 | UNDETERMINED* | EXHIBIT A |
| 3306 | ROBINSON, RUSS, III, PR OF THE | 19402 | UNDETERMINED* | EXHIBIT A |
| 3307 | ROBINSON, SHAWN T, PR OF THE | 19863 | UNDETERMINED* | EXHIBIT A |
| 3308 | ROCK, LINDA L MONTAIGNE, PR OF THE | 18868 | UNDETERMINED* | EXHIBIT A |
| 3309 | ROCK, LINDA LEE MONTAIGNE, PR OF THE | 18867 | UNDETERMINED* | EXHIBIT A |
| 3310 | ROCKAFELLOW, ROY | 21911 | UNDETERMINED* | EXHIBIT A |
| 3311 | RODBOURN, SUSAN M, PR OF THE | 19372 | UNDETERMINED* | EXHIBIT A |
| 3312 | RODEY, LEROY J, SR | 21912 | UNDETERMINED* | EXHIBIT A |
| 3313 | RODRIGUEZ, JUAN M | 21913 | UNDETERMINED* | EXHIBIT A |
| 3314 | RODRIGUEZ, RAFAEL | 21914 | UNDETERMINED* | EXHIBIT A |
| 3315 | RODRIGUEZ, TEOFILO | 21915 | UNDETERMINED* | EXHIBIT A |
| 3316 | ROEBER, LORRAINE L | 21916 | UNDETERMINED* | EXHIBIT A |
| 3317 | ROGERS, DOROTHEA, PR OF THE | 19596 | UNDETERMINED* | EXHIBIT A |
| 3318 | ROGERS, EVA E | 21917 | UNDETERMINED* | EXHIBIT A |
| 3319 | ROGERS, LYMAN C | 21170 | UNDETERMINED* | EXHIBIT A |
| 3320 | ROGERS, ROBERT | 21918 | UNDETERMINED* | EXHIBIT A |
| 3321 | ROKSIEWICZ, RICHARD T | 21919 | UNDETERMINED* | EXHIBIT A |
| 3322 | ROLES, NATHAN, SR | 21920 | UNDETERMINED* | EXHIBIT A |
| 3323 | ROLLINS, FELICIA E | 21921 | UNDETERMINED* | EXHIBIT A |
| 3324 | ROLLISON, CAROL ANN, PR OF THE | 19865 | UNDETERMINED* | EXHIBIT A |
| 3325 | ROLOFF, GENEVIEVE A, PR OF THE | 19866 | UNDETERMINED* | EXHIBIT A |
| 3326 | ROMANISKO, CHARLES T | 21922 | UNDETERMINED* | EXHIBIT A |
| 3327 | ROMANISKO, DAVID G | 21923 | UNDETERMINED* | EXHIBIT A |

| | | | |
|---|---|---|---|
| 3328 | ROMEO, FRANK | 21171 | UNDETERMINED* | EXHIBIT A |
| 3329 | ROMITI, MARGENE, PR OF THE | 18537 | UNDETERMINED* | EXHIBIT A |
| 3330 | ROMM, JOHN J, PR OF THE | 19279 | UNDETERMINED* | EXHIBIT A |
| 3331 | ROROS, GEORGIOS | 21172 | UNDETERMINED* | EXHIBIT A |
| 3332 | ROSE, BEVERLEY A, PR OF THE | 19867 | UNDETERMINED* | EXHIBIT A |
| 3333 | ROSE, FRANK, JR | 21924 | UNDETERMINED* | EXHIBIT A |
| 3334 | ROSE, WILLIE D, SR | 21173 | UNDETERMINED* | EXHIBIT A |
| 3335 | ROSENBERGER, LOUIS A | 21174 | UNDETERMINED* | EXHIBIT A |
| 3336 | ROSS, ALLEN D | 21175 | UNDETERMINED* | EXHIBIT A |
| 3337 | ROSS, ANN ROBIN, PR OF THE | 19521 | UNDETERMINED* | EXHIBIT A |
| 3338 | ROSS, MARK S, PR OF THE | 19868 | UNDETERMINED* | EXHIBIT A |
| 3339 | ROSS, ROY | 21925 | UNDETERMINED* | EXHIBIT A |
| 3340 | ROSS, WILLIAM L | 21926 | UNDETERMINED* | EXHIBIT A |
| 3341 | ROSSMARK, DOROTHY | 21927 | UNDETERMINED* | EXHIBIT A |
| 3342 | ROTH, CHARLES | 21928 | UNDETERMINED* | EXHIBIT A |
| 3343 | ROTHENHAUSLER, LYNN M, PR OF THE | 19871 | UNDETERMINED* | EXHIBIT A |
| 3344 | ROTHERMEL, LELAND E , JR, PR OF THE | 19872 | UNDETERMINED* | EXHIBIT A |
| 3345 | ROUSE, JACK | 21929 | UNDETERMINED* | EXHIBIT A |
| 3346 | ROUSH, ANNA FAE, PR OF THE | 19876 | UNDETERMINED* | EXHIBIT A |
| 3347 | ROUSH, GLENN, PR OF THE | 19874 | UNDETERMINED* | EXHIBIT A |
| 3348 | ROUSH, PAULINE, FOR THE | 19875 | UNDETERMINED* | EXHIBIT A |
| 3349 | ROWLETT, DEBORAH A, PR OF THE | 19126 | UNDETERMINED* | EXHIBIT A |
| 3350 | ROWLETT, MELVIN K, SR | 21930 | UNDETERMINED* | EXHIBIT A |
| 3351 | RUBINO, MARY C, PR OF THE | 18950 | UNDETERMINED* | EXHIBIT A |
| 3352 | RUBY, JOHN C , III, PR OF THE | 19877 | UNDETERMINED* | EXHIBIT A |
| 3353 | RUBY, MARY, PR OF THE | 19173 | UNDETERMINED* | EXHIBIT A |
| 3354 | RUDAKEWIZ, JAMES M, PR OF THE | 19878 | UNDETERMINED* | EXHIBIT A |
| 3355 | RUDDLESDEN, JOAN A, PR OF THE | 19879 | UNDETERMINED* | EXHIBIT A |
| 3356 | RUDIK, DOROTHY F, PR OF THE | 19140 | UNDETERMINED* | EXHIBIT A |
| 3357 | RUDY, VANCE D | 21931 | UNDETERMINED* | EXHIBIT A |
| 3358 | RUFFNER, HELEN, PR OF THE | 19880 | UNDETERMINED* | EXHIBIT A |
| 3359 | RUNGE, KATHY G, PR OF THE | 18361 | UNDETERMINED* | EXHIBIT A |
| 3360 | RUNYON, GLADYS, PR OF THE | 19881 | UNDETERMINED* | EXHIBIT A |
| 3361 | RUSH, LINDA M | 21176 | UNDETERMINED* | EXHIBIT A |
| 3362 | RUSH, RONALD, SR | 21932 | UNDETERMINED* | EXHIBIT A |
| 3363 | RUSSELL, BETTY J, PR OF THE | 19883 | UNDETERMINED* | EXHIBIT A |
| 3364 | RUSSELL, CLAYTON V, JR | 21933 | UNDETERMINED* | EXHIBIT A |
| 3365 | RUSSELL, ERNEST, JR | 21934 | UNDETERMINED* | EXHIBIT A |
| 3366 | RUSSO, ANTHONY F | 21177 | UNDETERMINED* | EXHIBIT A |
| 3367 | RUTH, RICHARD R, SR | 21935 | UNDETERMINED* | EXHIBIT A |
| 3368 | RUTH, SANDRA, PR OF THE | 19884 | UNDETERMINED* | EXHIBIT A |
| 3369 | RUTHERFORD, WILLARD | 21936 | UNDETERMINED* | EXHIBIT A |
| 3370 | RYAN, FREDERICK | 21178 | UNDETERMINED* | EXHIBIT A |
| 3371 | RYAN, KATHLEEN E, PR OF THE | 19227 | UNDETERMINED* | EXHIBIT A |
| 3372 | RYAN, MICHAEL E, PR OF THE | 19886 | UNDETERMINED* | EXHIBIT A |
| 3373 | RYER, MARY JANE, PR OF THE | 19069 | UNDETERMINED* | EXHIBIT A |
| 3374 | SADLER, ALLEN R, SR | 21937 | UNDETERMINED* | EXHIBIT A |

| 3375 | SALBECK, JOHN KENNETH, JR, PR OF THE | 19887 | UNDETERMINED* | EXHIBIT A |
|------|--------------------------------------|-------|---------------|-----------|
| 3376 | SALVATORE, GARY M, PR OF THE | 19888 | UNDETERMINED* | EXHIBIT A |
| 3377 | SALVATORE, LILLIAN M, PR OF THE | 19217 | UNDETERMINED* | EXHIBIT A |
| 3378 | SALVETTI, PAUL M, PR OF THE | 19889 | UNDETERMINED* | EXHIBIT A |
| 3379 | SALYERS, MAXINE | 21938 | UNDETERMINED* | EXHIBIT A |
| 3380 | SAMUEL, BRYANT P | 21939 | UNDETERMINED* | EXHIBIT A |
| 3381 | SANBOEUF, LAURENCE A | 21940 | UNDETERMINED* | EXHIBIT A |
| 3382 | SANDERS, CLIFFORD | 21941 | UNDETERMINED* | EXHIBIT A |
| 3383 | SANDERS, HENRY L, PR OF THE | 19891 | UNDETERMINED* | EXHIBIT A |
| 3384 | SANDERS, JACK L, JR | 21179 | UNDETERMINED* | EXHIBIT A |
| 3385 | SANDERS, WILLIAM L | 21942 | UNDETERMINED* | EXHIBIT A |
| 3386 | SANTANA, RENE | 21943 | UNDETERMINED* | EXHIBIT A |
| 3387 | SANTARELLI, JAMES, PR OF THE | 19894 | UNDETERMINED* | EXHIBIT A |
| 3388 | SANTORA, FRANK M | 21944 | UNDETERMINED* | EXHIBIT A |
| 3389 | SAPP, DEANNA, PR OF THE | 19895 | UNDETERMINED* | EXHIBIT A |
| 3390 | SAPP, ROGER G | 21945 | UNDETERMINED* | EXHIBIT A |
| 3391 | SAPP, STACEY, PR OF THE | 19357 | UNDETERMINED* | EXHIBIT A |
| 3392 | SAPPE, WILLIAM T | 21946 | UNDETERMINED* | EXHIBIT A |
| 3393 | SAPPINGTON, RONALD J, PR OF THE | 19896 | UNDETERMINED* | EXHIBIT A |
| 3394 | SARGENT, EVELYN L | 21947 | UNDETERMINED* | EXHIBIT A |
| 3395 | SARGENT, EVELYN, PR OF THE | 19897 | UNDETERMINED* | EXHIBIT A |
| 3396 | SASS, STEVEN MARK, PR OF THE | 19597 | UNDETERMINED* | EXHIBIT A |
| 3397 | SATTERFIELD, HAROLD E | 21948 | UNDETERMINED* | EXHIBIT A |
| 3398 | SAUDER, JOSEPH P | 21949 | UNDETERMINED* | EXHIBIT A |
| 3399 | SAUER, DIANE L, PR OF THE | 19898 | UNDETERMINED* | EXHIBIT A |
| 3400 | SAUNDERS, DAVID T | 21950 | UNDETERMINED* | EXHIBIT A |
| 3401 | SAUNDERS, LORRAINE, PR OF THE | 19351 | UNDETERMINED* | EXHIBIT A |
| 3402 | SAUNDERS, WILLIE, SR | 21951 | UNDETERMINED* | EXHIBIT A |
| 3403 | SAUNDERSON, PATRICIA, PR OF THE | 20213 | UNDETERMINED* | EXHIBIT A |
| 3404 | SAVCHUK, REGINA M, PR OF THE | 19899 | UNDETERMINED* | EXHIBIT A |
| 3405 | SAVOY, JAMES K, JR | 21180 | UNDETERMINED* | EXHIBIT A |
| 3406 | SAWYER, JOHN T | 21181 | UNDETERMINED* | EXHIBIT A |
| 3407 | SAYLER, DEBORAH L, PR OF THE | 18616 | UNDETERMINED* | EXHIBIT A |
| 3408 | SCAFFIDI, GIOVANNA G | 21952 | UNDETERMINED* | EXHIBIT A |
| 3409 | SCANLON, JOSEPH E, PR OF THE | 19900 | UNDETERMINED* | EXHIBIT A |
| 3410 | SCARBOROUGH, JAMES A | 21953 | UNDETERMINED* | EXHIBIT A |
| 3411 | SCARBROUGH, VIRGINIA | 21954 | UNDETERMINED* | EXHIBIT A |
| 3412 | SCARPO, WILLIAM E | 14057 | UNDETERMINED* | EXHIBIT A |
| 3413 | SCELSI, MARY ROSE | 21955 | UNDETERMINED* | EXHIBIT A |
| 3414 | SCHAEFER, BETTY J, PR OF THE | 19902 | UNDETERMINED* | EXHIBIT A |
| 3415 | SCHAFFER, DANIEL H | 21956 | UNDETERMINED* | EXHIBIT A |
| 3416 | SCHAFFER, EARL S | 21957 | UNDETERMINED* | EXHIBIT A |
| 3417 | SCHANKEN, WILLIAM | 21958 | UNDETERMINED* | EXHIBIT A |
| 3418 | SCHAPER, ELIZABETH A | 21182 | UNDETERMINED* | EXHIBIT A |
| 3419 | SCHAVITTIC, ALFONSE R | 21959 | UNDETERMINED* | EXHIBIT A |
| 3420 | SCHEEL, JAMES V , SR, PR OF THE | 19906 | UNDETERMINED* | EXHIBIT A |
| 3421 | SCHEEL, JAMES V, JR | 21960 | UNDETERMINED* | EXHIBIT A |

| 3422 | SCHEERER, DEBORAH DENISE, PR OF THE | 20161 | UNDETERMINED* | EXHIBIT A |
|------|-------------------------------------|-------|---------------|-----------|
| 3423 | SCHELLER, WAYNE H | 21961 | UNDETERMINED* | EXHIBIT A |
| 3424 | SCHEMINANT, HARRY | 21962 | UNDETERMINED* | EXHIBIT A |
| 3425 | SCHEMINANT, WILSON E, JR | 21963 | UNDETERMINED* | EXHIBIT A |
| 3426 | SCHERER, ARTHUR | 21964 | UNDETERMINED* | EXHIBIT A |
| 3427 | SCHERTLE, DIANA, PR OF THE | 19908 | UNDETERMINED* | EXHIBIT A |
| 3428 | SCHEUERMAN, JAMES T, JR | 21183 | UNDETERMINED* | EXHIBIT A |
| 3429 | SCHICATANO, VERONICA, PR OF THE | 19909 | UNDETERMINED* | EXHIBIT A |
| 3430 | SCHIELDS, WADE E, PR OF THE | 19910 | UNDETERMINED* | EXHIBIT A |
| 3431 | SCHINDLER, THOMAS E | 21965 | UNDETERMINED* | EXHIBIT A |
| 3432 | SCHIRMER, GRACE K | 21184 | UNDETERMINED* | EXHIBIT A |
| 3433 | SCHLEGEL, GERALD W, PR OF THE | 19911 | UNDETERMINED* | EXHIBIT A |
| 3434 | SCHLICHT, OTTO P | 21966 | UNDETERMINED* | EXHIBIT A |
| 3435 | SCHMIDT, BERNARD A | 21185 | UNDETERMINED* | EXHIBIT A |
| 3436 | SCHMIDT, EDWARD L | 21967 | UNDETERMINED* | EXHIBIT A |
| 3437 | SCHMIDT, JEROME | 21968 | UNDETERMINED* | EXHIBIT A |
| 3438 | SCHMIDT, MADONNA M | 21969 | UNDETERMINED* | EXHIBIT A |
| 3439 | SCHMIDT, MADONNA MAE, PR OF THE | 19913 | UNDETERMINED* | EXHIBIT A |
| 3440 | SCHMIDT, SHEILA, PR OF THE | 18934 | UNDETERMINED* | EXHIBIT A |
| 3441 | SCHNEEMAN, WILLIAM K | 21970 | UNDETERMINED* | EXHIBIT A |
| 3442 | SCHNEIDER, DEBRA L, PR OF THE | 18672 | UNDETERMINED* | EXHIBIT A |
| 3443 | SCHNEIDER, HOWARD M, JR | 21971 | UNDETERMINED* | EXHIBIT A |
| 3444 | SCHNEIDER, JOHN J | 21972 | UNDETERMINED* | EXHIBIT A |
| 3445 | SCHNITKER, RICHARD, PR OF THE | 19918 | UNDETERMINED* | EXHIBIT A |
| 3446 | SCHOEBERLEIN, CALVIN H | 21973 | UNDETERMINED* | EXHIBIT A |
| 3447 | SCHOENBERGER, PEGGY E | 21974 | UNDETERMINED* | EXHIBIT A |
| 3448 | SCHOENBERGER, PEGGY, PR OF THE | 19919 | UNDETERMINED* | EXHIBIT A |
| 3449 | SCHOENNAGEL, EDWARD C | 21975 | UNDETERMINED* | EXHIBIT A |
| 3450 | SCHOFER, DAVID W | 21976 | UNDETERMINED* | EXHIBIT A |
| 3451 | SCHOPPERT, DAVID B | 22008 | UNDETERMINED* | EXHIBIT A |
| 3452 | SCHOPPERT, RITA G, PR OF THE | 19920 | UNDETERMINED* | EXHIBIT A |
| 3453 | SCHRADER, JUDITH | 21186 | UNDETERMINED* | EXHIBIT A |
| 3454 | SCHRAMEK, DONNA, PR OF THE | 21921 | UNDETERMINED* | EXHIBIT A |
| 3455 | SCHRAMM, LINDA | 21187 | UNDETERMINED* | EXHIBIT A |
| 3456 | SCHRAUDNER, MARY R | 22009 | UNDETERMINED* | EXHIBIT A |
| 3457 | SCHREIBER, JOHN E | 22010 | UNDETERMINED* | EXHIBIT A |
| 3458 | SCHREINER, RONDA M, PR OF THE | 19922 | UNDETERMINED* | EXHIBIT A |
| 3459 | SCHRIVER, HARRY G | 22011 | UNDETERMINED* | EXHIBIT A |
| 3460 | SCHROETER, CARL A | 22012 | UNDETERMINED* | EXHIBIT A |
| 3461 | SCHULTZ, ELIZABETH INGOLD, PR OF THE | 19924 | UNDETERMINED* | EXHIBIT A |
| 3462 | SCHULTZ, GEORGE, SR | 22013 | UNDETERMINED* | EXHIBIT A |
| 3463 | SCHULTZ, LINDA H | 22014 | UNDETERMINED* | EXHIBIT A |
| 3464 | SCHULTZ, ROBERT L | 21188 | UNDETERMINED* | EXHIBIT A |
| 3465 | SCHULZ, HARRY W, JR | 22015 | UNDETERMINED* | EXHIBIT A |
| 3466 | SCHUNCKE, MYRNA J | 22106 | UNDETERMINED* | EXHIBIT A |
| 3467 | SCHUTZ, SHARON A, PR OF THE | 18398 | UNDETERMINED* | EXHIBIT A |
| 3468 | SCHWANEBECK, EUGENE J | 22107 | UNDETERMINED* | EXHIBIT A |

| 3469 | SCHWARTZ, BETTY J | 21189 | UNDETERMINED* | EXHIBIT A |
| 3470 | SCHWARTZ, JOYCE R, PR OF THE | 19926 | UNDETERMINED* | EXHIBIT A |
| 3471 | SCHWARTZ, WILLIAM S | 22108 | UNDETERMINED* | EXHIBIT A |
| 3472 | SCHWARZKOPF, PATRICIA ANN, PR OF THE | 18542 | UNDETERMINED* | EXHIBIT A |
| 3473 | SCHWEIGER, MARGARET DORIS, PR OF THE | 19929 | UNDETERMINED* | EXHIBIT A |
| 3474 | SCHWEIGER, SYLVESTER J , JR, PR OF THE | 19930 | UNDETERMINED* | EXHIBIT A |
| 3475 | SCHWEITZER, JOHN, PR OF THE | 19932 | UNDETERMINED* | EXHIBIT A |
| 3476 | SCHWEITZER, MARY, PR OF THE | 19931 | UNDETERMINED* | EXHIBIT A |
| 3477 | SCIABARRASI, JOSEPH, PR OF THE | 19933 | UNDETERMINED* | EXHIBIT A |
| 3478 | SCIABARRASI, JOSEPH, PR OF THE | 19934 | UNDETERMINED* | EXHIBIT A |
| 3479 | SCOGGINS, RUSSELL S | 22109 | UNDETERMINED* | EXHIBIT A |
| 3480 | SCOTT, CLIFTON | 21190 | UNDETERMINED* | EXHIBIT A |
| 3481 | SCOTT, ELEANOR, PR OF THE | 19359 | UNDETERMINED* | EXHIBIT A |
| 3482 | SCOTT, GLENN T | 22110 | UNDETERMINED* | EXHIBIT A |
| 3483 | SCOTT, JOHN A | 21191 | UNDETERMINED* | EXHIBIT A |
| 3484 | SCOTT, JOHN, JR | 22111 | UNDETERMINED* | EXHIBIT A |
| 3485 | SCOTT, MARGARET | 22112 | UNDETERMINED* | EXHIBIT A |
| 3486 | SCOTT, MYRTLE | 22113 | UNDETERMINED* | EXHIBIT A |
| 3487 | SCOTT, ROBERT H | 14056 | UNDETERMINED* | EXHIBIT A |
| 3488 | SCOTT, ROBERT L | 14055 | UNDETERMINED* | EXHIBIT A |
| 3489 | SCOTT, SHARON ANN, PR OF THE | 18763 | UNDETERMINED* | EXHIBIT A |
| 3490 | SCOTT, SHEILA | 22114 | UNDETERMINED* | EXHIBIT A |
| 3491 | SCOTT, THERON, SR | 22115 | UNDETERMINED* | EXHIBIT A |
| 3492 | SCRANI, DAVID T, PR OF THE | 19914 | UNDETERMINED* | EXHIBIT A |
| 3493 | SCRIBA, ALMA C, PR OF THE | 19936 | UNDETERMINED* | EXHIBIT A |
| 3494 | SCRIBA, LEROY W, PR OF THE | 19937 | UNDETERMINED* | EXHIBIT A |
| 3495 | SCRIBA, ROBERT, SR | 22116 | UNDETERMINED* | EXHIBIT A |
| 3496 | SCRUGGS, MERLE, PR OF THE | 19938 | UNDETERMINED* | EXHIBIT A |
| 3497 | SEABORG, JANET, PR OF THE | 19454 | UNDETERMINED* | EXHIBIT A |
| 3498 | SEBES, ALBERT E, PR OF THE | 19940 | UNDETERMINED* | EXHIBIT A |
| 3499 | SEDLOCK, DONNAMAE, PR OF THE | 19941 | UNDETERMINED* | EXHIBIT A |
| 3500 | SEEBERGER, JOHN M, PR OF THE | 18829 | UNDETERMINED* | EXHIBIT A |
| 3501 | SEIBLES, ULYSSES | 21192 | UNDETERMINED* | EXHIBIT A |
| 3502 | SEIG, WILLIAM S | 22117 | UNDETERMINED* | EXHIBIT A |
| 3503 | SEITZ, CAROLYN RUTH, PR OF THE | 19943 | UNDETERMINED* | EXHIBIT A |
| 3504 | SEIWELL, JAMES W | 21193 | UNDETERMINED* | EXHIBIT A |
| 3505 | SELDOMRIDGE, JACK D | 22118 | UNDETERMINED* | EXHIBIT A |
| 3506 | SELL, CARL | 22119 | UNDETERMINED* | EXHIBIT A |
| 3507 | SELLERS, CLEVELAND | 22120 | UNDETERMINED* | EXHIBIT A |
| 3508 | SELLERS, JACKIE, PR OF THE | 19944 | UNDETERMINED* | EXHIBIT A |
| 3509 | SELLERS, JAMES W, JR | 22121 | UNDETERMINED* | EXHIBIT A |
| 3510 | SELLERS, JAY L | 22122 | UNDETERMINED* | EXHIBIT A |
| 3511 | SELLERS, TERRY H | 14054 | UNDETERMINED* | EXHIBIT A |
| 3512 | SELLERS, TROY, PR OF THE | 19946 | UNDETERMINED* | EXHIBIT A |
| 3513 | SEMMEL, THERESA, PR OF THE | 20046 | UNDETERMINED* | EXHIBIT A |
| 3514 | SENDELBACH, JAMES B, PR OF THE | 18363 | UNDETERMINED* | EXHIBIT A |
| 3515 | SENTINELLA, ALBERT M JR, PR OF THE | 19948 | UNDETERMINED* | EXHIBIT A |

470001

| 3516 | SEUBERT, ROBERT D | 22123 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 3517 | SEVERSON, ROBERT | 22124 | UNDETERMINED* | EXHIBIT A |
| 3518 | SEWARD, ROBERT F | 22125 | UNDETERMINED* | EXHIBIT A |
| 3519 | SEWELL, GLENN | 14053 | UNDETERMINED* | EXHIBIT A |
| 3520 | SEYBOLD, MARY ELEANOR, PR OF THE | 18366 | UNDETERMINED* | EXHIBIT A |
| 3521 | SEYMORE, ROBERT B, PR OF THE | 19950 | UNDETERMINED* | EXHIBIT A |
| 3522 | SEYMORE, ROBERT B, SR | 22126 | UNDETERMINED* | EXHIBIT A |
| 3523 | SHABAZZ, KENNETH | 22127 | UNDETERMINED* | EXHIBIT A |
| 3524 | SHAFER, THOMAS E | 22128 | UNDETERMINED* | EXHIBIT A |
| 3525 | SHAFFER, RALPH | 22129 | UNDETERMINED* | EXHIBIT A |
| 3526 | SHAFFER, ROBERT S | 22130 | UNDETERMINED* | EXHIBIT A |
| 3527 | SHAFFER, VIRGINIA L, PR OF THE | 19952 | UNDETERMINED* | EXHIBIT A |
| 3528 | SHAFFER-DEVILBISS, SYLVIA, PR OF THE | 19951 | UNDETERMINED* | EXHIBIT A |
| 3529 | SHALLOW, KATHLEEN L, PR OF THE | 18478 | UNDETERMINED* | EXHIBIT A |
| 3530 | SHANAHAN, JOHN T | 21194 | UNDETERMINED* | EXHIBIT A |
| 3531 | SHANKS, WAYNE DOUGLAS, PR OF THE | 19955 | UNDETERMINED* | EXHIBIT A |
| 3532 | SHARP, RONALD L | 22131 | UNDETERMINED* | EXHIBIT A |
| 3533 | SHARPS, FRANCIS | 22132 | UNDETERMINED* | EXHIBIT A |
| 3534 | SHAW, JOHN E | 21195 | UNDETERMINED* | EXHIBIT A |
| 3535 | SHAW, WILLIAM H, PR OF THE | 19956 | UNDETERMINED* | EXHIBIT A |
| 3536 | SHEA, ELIZABETH J | 22133 | UNDETERMINED* | EXHIBIT A |
| 3537 | SHEARER, FRANKLIN | 22134 | UNDETERMINED* | EXHIBIT A |
| 3538 | SHEETS, THOMAS | 22135 | UNDETERMINED* | EXHIBIT A |
| 3539 | SHEFFER, ELIZABETH, PR OF THE | 19410 | UNDETERMINED* | EXHIBIT A |
| 3540 | SHELLENBERGER, EUGENE R | 21196 | UNDETERMINED* | EXHIBIT A |
| 3541 | SHELTON, JOHN W | 22076 | UNDETERMINED* | EXHIBIT A |
| 3542 | SHELTON, VICTOR | 22077 | UNDETERMINED* | EXHIBIT A |
| 3543 | SHELTON, WILLIAM C | 22078 | UNDETERMINED* | EXHIBIT A |
| 3544 | SHELTON, WILLIAM C, PR OF THE | 19959 | UNDETERMINED* | EXHIBIT A |
| 3545 | SHELTON, WILLIAM C, PR OF THE | 19960 | UNDETERMINED* | EXHIBIT A |
| 3546 | SHEPARD, CHRISTOPHER LEE, PR OF THE | 19963 | UNDETERMINED* | EXHIBIT A |
| 3547 | SHEPARD, KENNETH E | 22079 | UNDETERMINED* | EXHIBIT A |
| 3548 | SHEPPARD, HOWARD E | 22080 | UNDETERMINED* | EXHIBIT A |
| 3549 | SHEPPARD, JERRY M | 21197 | UNDETERMINED* | EXHIBIT A |
| 3550 | SHEPPARD, RICHARD L | 14052 | UNDETERMINED* | EXHIBIT A |
| 3551 | SHERDEN, VERNON L | 21198 | UNDETERMINED* | EXHIBIT A |
| 3552 | SHIFFLETT, ANTHONY | 21199 | UNDETERMINED* | EXHIBIT A |
| 3553 | SHIFFLETT, EVELYN M | 21200 | UNDETERMINED* | EXHIBIT A |
| 3554 | SHIFFLETT, SUSAN A, PR OF THE | 19598 | UNDETERMINED* | EXHIBIT A |
| 3555 | SHIFLETT, JAMES C, SR | 22082 | UNDETERMINED* | EXHIBIT A |
| 3556 | SHIFLETT, JAMES M | 22081 | UNDETERMINED* | EXHIBIT A |
| 3557 | SHIMKO, DONNA L | 22083 | UNDETERMINED* | EXHIBIT A |
| 3558 | SHINHOLT, LEO, PR OF THE | 19266 | UNDETERMINED* | EXHIBIT A |
| 3559 | SHINSKY, JOHN | 22084 | UNDETERMINED* | EXHIBIT A |
| 3560 | SHIPLEY, CARL | 22085 | UNDETERMINED* | EXHIBIT A |
| 3561 | SHIPLEY, MARGARET A, PR OF THE | 18864 | UNDETERMINED* | EXHIBIT A |
| 3562 | SHIPLEY, NELSON | 22086 | UNDETERMINED* | EXHIBIT A |

| 3563 | SHIPLEY, VERA | 22087 | UNDETERMINED* | EXHIBIT A |
| 3564 | SHIVES, ANNA B, PR OF THE | 19966 | UNDETERMINED* | EXHIBIT A |
| 3565 | SHOENFELT, AMY, PR OF THE | 19640 | UNDETERMINED* | EXHIBIT A |
| 3566 | SHOFRAN, RONALD D | 22088 | UNDETERMINED* | EXHIBIT A |
| 3567 | SHOOK, SHARON, PR OF THE | 19967 | UNDETERMINED* | EXHIBIT A |
| 3568 | SHORT, RUBY, PR OF THE | 20220 | UNDETERMINED* | EXHIBIT A |
| 3569 | SHORTER, WARNER G | 22089 | UNDETERMINED* | EXHIBIT A |
| 3570 | SHOUP, WILLIAM | 22090 | UNDETERMINED* | EXHIBIT A |
| 3571 | SHRADER, RUBY F | 21201 | UNDETERMINED* | EXHIBIT A |
| 3572 | SHRIVER, RICHARD E | 22091 | UNDETERMINED* | EXHIBIT A |
| 3573 | SHUKER, BERYL L, PR OF THE | 19969 | UNDETERMINED* | EXHIBIT A |
| 3574 | SHULL, WILLIAM | 21202 | UNDETERMINED* | EXHIBIT A |
| 3575 | SHUMATE, LILLIAN, FOR THE | 19970 | UNDETERMINED* | EXHIBIT A |
| 3576 | SHUPE, MELVIN, JR, PR OF THE | 19599 | UNDETERMINED* | EXHIBIT A |
| 3577 | SIDES, ROBERT | 14051 | UNDETERMINED* | EXHIBIT A |
| 3578 | SIEBENHAAR, JANICE L, PR OF THE | 18562 | UNDETERMINED* | EXHIBIT A |
| 3579 | SIEGMUND, JOHN W | 22092 | UNDETERMINED* | EXHIBIT A |
| 3580 | SIEMASKO, MICHAEL, PR OF THE | 19972 | UNDETERMINED* | EXHIBIT A |
| 3581 | SIERADZKI, STANLEY J , JR, PR OF THE | 19974 | UNDETERMINED* | EXHIBIT A |
| 3582 | SILSBEE, ANNA, PR OF THE | 19977 | UNDETERMINED* | EXHIBIT A |
| 3583 | SILVER, WAYNE H, PR OF THE | 19978 | UNDETERMINED* | EXHIBIT A |
| 3584 | SILVERMAN, STEVEN D, PR OF THE | 19534 | UNDETERMINED* | EXHIBIT A |
| 3585 | SIMANCEK, STEVEN P | 22093 | UNDETERMINED* | EXHIBIT A |
| 3586 | SIMERING, DALE | 21203 | UNDETERMINED* | EXHIBIT A |
| 3587 | SIMMONS, GARY L, PR OF THE | 19470 | UNDETERMINED* | EXHIBIT A |
| 3588 | SIMMONS, LOUIS D | 22094 | UNDETERMINED* | EXHIBIT A |
| 3589 | SIMMONS, MELVIN J | 22095 | UNDETERMINED* | EXHIBIT A |
| 3590 | SIMMONS, PATRICIA A, PR OF THE | 18590 | UNDETERMINED* | EXHIBIT A |
| 3591 | SIMMONS, WILLIAM E | 22096 | UNDETERMINED* | EXHIBIT A |
| 3592 | SIMMS, CHARLES E | 22097 | UNDETERMINED* | EXHIBIT A |
| 3593 | SIMMS, CRAIG M | 22098 | UNDETERMINED* | EXHIBIT A |
| 3594 | SIMMS, MILDRED A, PR OF THE | 19238 | UNDETERMINED* | EXHIBIT A |
| 3595 | SIMOCK, CAROLINE G, PR OF THE | 18709 | UNDETERMINED* | EXHIBIT A |
| 3596 | SIMONETTA, FRANCIS, PR OF THE | 19981 | UNDETERMINED* | EXHIBIT A |
| 3597 | SIMONETTI, RAYMOND JOSEPH, JR, PR OF THE | 19982 | UNDETERMINED* | EXHIBIT A |
| 3598 | SIMONS, CLINTON | 22099 | UNDETERMINED* | EXHIBIT A |
| 3599 | SIMPSON, CHARLES | 22100 | UNDETERMINED* | EXHIBIT A |
| 3600 | SIMPSON, PATRICK F | 22101 | UNDETERMINED* | EXHIBIT A |
| 3601 | SIMPSON, ROBERT | 22102 | UNDETERMINED* | EXHIBIT A |
| 3602 | SIMS, JAMIL BURRELL J | 22103 | UNDETERMINED* | EXHIBIT A |
| 3603 | SIMS, JOSEPH L | 22104 | UNDETERMINED* | EXHIBIT A |
| 3604 | SINGER, MARVIN I, PR OF THE | 18380 | UNDETERMINED* | EXHIBIT A |
| 3605 | SIPES, GERALDINE THERESA, PR OF THE | 18282 | UNDETERMINED* | EXHIBIT A |
| 3606 | SIPES, WILSON S | 14050 | UNDETERMINED* | EXHIBIT A |
| 3607 | SISLER, NORMA ANN, PR OF THE | 18391 | UNDETERMINED* | EXHIBIT A |
| 3608 | SISSON, RAY L, JR | 22105 | UNDETERMINED* | EXHIBIT A |
| 3609 | SIVERS, WILLIAM | 22016 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3610 | SIVIERO, MIKE A, PR OF THE | 19986 | UNDETERMINED* | EXHIBIT A |
| 3611 | SIZEMORE, GARY W | 22017 | UNDETERMINED* | EXHIBIT A |
| 3612 | SKAGGS, JERRY W | 22018 | UNDETERMINED* | EXHIBIT A |
| 3613 | SKAGGS, THOMAS, JR, PR OF THE | 19987 | UNDETERMINED* | EXHIBIT A |
| 3614 | SKIDMORE, EDWARD E | 22019 | UNDETERMINED* | EXHIBIT A |
| 3615 | SKROVANEK, JOSEPH E | 22020 | UNDETERMINED* | EXHIBIT A |
| 3616 | SLADE, THOMAS, PR OF THE | 19988 | UNDETERMINED* | EXHIBIT A |
| 3617 | SLATER, WILLIAM, PR OF THE | 19989 | UNDETERMINED* | EXHIBIT A |
| 3618 | SLATTERY, LAWRENCE | 22021 | UNDETERMINED* | EXHIBIT A |
| 3619 | SLATTERY, LOIS M, PR OF THE | 19990 | UNDETERMINED* | EXHIBIT A |
| 3620 | SLAYSMAN, DORIS | 22022 | UNDETERMINED* | EXHIBIT A |
| 3621 | SLEMBECKER, GEORGE | 22023 | UNDETERMINED* | EXHIBIT A |
| 3622 | SLIMMER, BARBARA J, PR OF THE | 19991 | UNDETERMINED* | EXHIBIT A |
| 3623 | SLOAD, WARREN, SR | 22024 | UNDETERMINED* | EXHIBIT A |
| 3624 | SLOAN, MARY, FOR THE | 20228 | UNDETERMINED* | EXHIBIT A |
| 3625 | SMELGUS, ANTHONY A, JR | 22025 | UNDETERMINED* | EXHIBIT A |
| 3626 | SMILARDO, CARMEN | 22026 | UNDETERMINED* | EXHIBIT A |
| 3627 | SMITH, ABBY J | 21204 | UNDETERMINED* | EXHIBIT A |
| 3628 | SMITH, ALEXANDER | 22027 | UNDETERMINED* | EXHIBIT A |
| 3629 | SMITH, BERTHA C, PR OF THE | 20004 | UNDETERMINED* | EXHIBIT A |
| 3630 | SMITH, CARLA M | 22028 | UNDETERMINED* | EXHIBIT A |
| 3631 | SMITH, CHARLES D | 22029 | UNDETERMINED* | EXHIBIT A |
| 3632 | SMITH, DONALD | 22030 | UNDETERMINED* | EXHIBIT A |
| 3633 | SMITH, DOROTHY M, PR OF THE | 19999 | UNDETERMINED* | EXHIBIT A |
| 3634 | SMITH, EVELYN | 22031 | UNDETERMINED* | EXHIBIT A |
| 3635 | SMITH, FRIEDA G, PR OF THE | 18702 | UNDETERMINED* | EXHIBIT A |
| 3636 | SMITH, GARY A, PR OF THE | 19993 | UNDETERMINED* | EXHIBIT A |
| 3637 | SMITH, GEDDIE A, FOR THE | 20005 | UNDETERMINED* | EXHIBIT A |
| 3638 | SMITH, GERALD, JR | 22032 | UNDETERMINED* | EXHIBIT A |
| 3639 | SMITH, HARRY | 21205 | UNDETERMINED* | EXHIBIT A |
| 3640 | SMITH, HILDA M, PR OF THE | 19996 | UNDETERMINED* | EXHIBIT A |
| 3641 | SMITH, JAMES E | 22033 | UNDETERMINED* | EXHIBIT A |
| 3642 | SMITH, JOAN | 21977 | UNDETERMINED* | EXHIBIT A |
| 3643 | SMITH, JOSEPH N | 21978 | UNDETERMINED* | EXHIBIT A |
| 3644 | SMITH, KATHLEEN, PR OF THE | 20002 | UNDETERMINED* | EXHIBIT A |
| 3645 | SMITH, KATHY, PR OF THE | 19998 | UNDETERMINED* | EXHIBIT A |
| 3646 | SMITH, KEITH BRIAN, SR, PR OF THE | 20039 | UNDETERMINED* | EXHIBIT A |
| 3647 | SMITH, LARRY W | 21206 | UNDETERMINED* | EXHIBIT A |
| 3648 | SMITH, LAWRENCE R, PR OF THE | 19465 | UNDETERMINED* | EXHIBIT A |
| 3649 | SMITH, LIONEL D | 21979 | UNDETERMINED* | EXHIBIT A |
| 3650 | SMITH, LUCILLE L, PR OF THE | 20038 | UNDETERMINED* | EXHIBIT A |
| 3651 | SMITH, MARY D, PR OF THE | 19995 | UNDETERMINED* | EXHIBIT A |
| 3652 | SMITH, MARY ELLEN, FOR THE | 20037 | UNDETERMINED* | EXHIBIT A |
| 3653 | SMITH, NANCY, PR OF THE | 20000 | UNDETERMINED* | EXHIBIT A |
| 3654 | SMITH, PAUL J | 21980 | UNDETERMINED* | EXHIBIT A |
| 3655 | SMITH, PAUL W | 21981 | UNDETERMINED* | EXHIBIT A |
| 3656 | SMITH, RAYMOND T | 21982 | UNDETERMINED* | EXHIBIT A |

| 3657 | SMITH, REXFORD, JR | 21983 | UNDETERMINED* | EXHIBIT A |
| 3658 | SMITH, RICHARD A | 21984 | UNDETERMINED* | EXHIBIT A |
| 3659 | SMITH, ROBERT | 21207 | UNDETERMINED* | EXHIBIT A |
| 3660 | SMITH, ROGER D, PR OF THE | 18595 | UNDETERMINED* | EXHIBIT A |
| 3661 | SMITH, SAMUEL N | 21985 | UNDETERMINED* | EXHIBIT A |
| 3662 | SMITH, SUSAN L, PR OF THE | 20003 | UNDETERMINED* | EXHIBIT A |
| 3663 | SMITH, TERRIE, PR OF THE | 19904 | UNDETERMINED* | EXHIBIT A |
| 3664 | SMITH, TINA MARIE L, PR OF THE | 18308 | UNDETERMINED* | EXHIBIT A |
| 3665 | SMITH, WILLIAM | 21208 | UNDETERMINED* | EXHIBIT A |
| 3666 | SMITH, WILLIAM E | 21209 | UNDETERMINED* | EXHIBIT A |
| 3667 | SMITH, WILLIE M, PR OF THE | 19045 | UNDETERMINED* | EXHIBIT A |
| 3668 | SMITHERS, PAUL L | 21986 | UNDETERMINED* | EXHIBIT A |
| 3669 | SMOUSE, SHIRLEY | 21210 | UNDETERMINED* | EXHIBIT A |
| 3670 | SMYTHE, RAYMOND C, JR | 21987 | UNDETERMINED* | EXHIBIT A |
| 3671 | SNAPP, LAURA ELAINE, PR OF THE | 19935 | UNDETERMINED* | EXHIBIT A |
| 3672 | SNIDEMILLER, KAREN, PR OF THE | 18452 | UNDETERMINED* | EXHIBIT A |
| 3673 | SNOW, DONALD E | 21988 | UNDETERMINED* | EXHIBIT A |
| 3674 | SNOWBERGER, BETTY | 21989 | UNDETERMINED* | EXHIBIT A |
| 3675 | SNYDER, DEBORAH, PR OF THE | 20139 | UNDETERMINED* | EXHIBIT A |
| 3676 | SNYDER, DENZIL | 21211 | UNDETERMINED* | EXHIBIT A |
| 3677 | SNYDER, FREDERICK A | 21212 | UNDETERMINED* | EXHIBIT A |
| 3678 | SNYDER, GARY E | 21990 | UNDETERMINED* | EXHIBIT A |
| 3679 | SNYDER, GORDON H, JR | 21991 | UNDETERMINED* | EXHIBIT A |
| 3680 | SNYDER, MARLENE | 21992 | UNDETERMINED* | EXHIBIT A |
| 3681 | SNYDER, MARLENE A, PR OF THE | 20044 | UNDETERMINED* | EXHIBIT A |
| 3682 | SNYDER, ROBERTA, PR OF THE | 20043 | UNDETERMINED* | EXHIBIT A |
| 3683 | SNYDER, ROSEMARY, PR OF THE | 20135 | UNDETERMINED* | EXHIBIT A |
| 3684 | SNYDER, SARAH K | 21993 | UNDETERMINED* | EXHIBIT A |
| 3685 | SOMMERS, ROSEMARY F, PR OF THE | 20047 | UNDETERMINED* | EXHIBIT A |
| 3686 | SONN, EDWARD J, JR | 21213 | UNDETERMINED* | EXHIBIT A |
| 3687 | SOOS, MICHAEL R | 21994 | UNDETERMINED* | EXHIBIT A |
| 3688 | SORRELL, REUEL T | 21995 | UNDETERMINED* | EXHIBIT A |
| 3689 | SOS, DONALD | 21996 | UNDETERMINED* | EXHIBIT A |
| 3690 | SOUDERS, JOHN E | 21997 | UNDETERMINED* | EXHIBIT A |
| 3691 | SOUDERS, MARIA | 21998 | UNDETERMINED* | EXHIBIT A |
| 3692 | SOUTHERLAND, DAVID L, JR | 21999 | UNDETERMINED* | EXHIBIT A |
| 3693 | SOUTHERLAND, NANCY P, PR OF THE | 20049 | UNDETERMINED* | EXHIBIT A |
| 3694 | SPANGLER, GENE L | 22000 | UNDETERMINED* | EXHIBIT A |
| 3695 | SPANN, MARK D | 22001 | UNDETERMINED* | EXHIBIT A |
| 3696 | SPARR, JOHN R | 22002 | UNDETERMINED* | EXHIBIT A |
| 3697 | SPEIGHT, PETRINA, PR OF THE | 20031 | UNDETERMINED* | EXHIBIT A |
| 3698 | SPENARD, ELIZABETH L, PR OF THE | 19409 | UNDETERMINED* | EXHIBIT A |
| 3699 | SPENCE, MONTRELL, PR OF THE | 19057 | UNDETERMINED* | EXHIBIT A |
| 3700 | SPENCER, JANICE C, PR OF THE | 18272 | UNDETERMINED* | EXHIBIT A |
| 3701 | SPESSATO, LAWRENCE W, SR | 22003 | UNDETERMINED* | EXHIBIT A |
| 3702 | SPICER, JACK L, JR, PR OF THE | 20052 | UNDETERMINED* | EXHIBIT A |
| 3703 | SPICER, LAURA M | 22004 | UNDETERMINED* | EXHIBIT A |

| 3704 | SPIEGEL, JOAN E, PR OF THE | 20053 | UNDETERMINED* | EXHIBIT A |
| 3705 | SPIESE, GEORGE C, JR | 22005 | UNDETERMINED* | EXHIBIT A |
| 3706 | SPIRKO, NANCY L, PR OF THE | 19042 | UNDETERMINED* | EXHIBIT A |
| 3707 | SPIVEY, SCOTT | 22006 | UNDETERMINED* | EXHIBIT A |
| 3708 | SPIVEY-IRELAND, COLLEEN, PR OF THE | 18794 | UNDETERMINED* | EXHIBIT A |
| 3709 | SPRIGGS, OLIVER J | 22007 | UNDETERMINED* | EXHIBIT A |
| 3710 | SPRING, ELIZABETH L, PR OF THE | 20055 | UNDETERMINED* | EXHIBIT A |
| 3711 | SPRINGER, NANCY R, PR OF THE | 20056 | UNDETERMINED* | EXHIBIT A |
| 3712 | SPURRIER, GRANT B | 14049 | UNDETERMINED* | EXHIBIT A |
| 3713 | SROKA, CONSTANCE, PR OF THE | 20057 | UNDETERMINED* | EXHIBIT A |
| 3714 | STACHAROWSKI, NORMAN | 22034 | UNDETERMINED* | EXHIBIT A |
| 3715 | STACHOROWSKI, MICHAEL J | 22035 | UNDETERMINED* | EXHIBIT A |
| 3716 | STACK, JACKLYN RAE SOLIDA, PR OF THE | 20058 | UNDETERMINED* | EXHIBIT A |
| 3717 | STACY, SELDON | 22036 | UNDETERMINED* | EXHIBIT A |
| 3718 | STAEHLE, PATRICIA A, PR OF THE | 20059 | UNDETERMINED* | EXHIBIT A |
| 3719 | STAHL, LEOMA C, PR OF THE | 20060 | UNDETERMINED* | EXHIBIT A |
| 3720 | STALEY, ARLENE P, PR OF THE | 20061 | UNDETERMINED* | EXHIBIT A |
| 3721 | STALEY, WILLIAM | 22037 | UNDETERMINED* | EXHIBIT A |
| 3722 | STALGAITIS, SANDRA J, PR OF THE | 20063 | UNDETERMINED* | EXHIBIT A |
| 3723 | STAMATELOS, PATRICIA | 14048 | UNDETERMINED* | EXHIBIT A |
| 3724 | STAMBAUGH, MORRELL L | 22038 | UNDETERMINED* | EXHIBIT A |
| 3725 | STAMM, CHARLES W | 22039 | UNDETERMINED* | EXHIBIT A |
| 3726 | STAMM, PATRICIA L | 22040 | UNDETERMINED* | EXHIBIT A |
| 3727 | STANKIEWICZ, PETER | 22042 | UNDETERMINED* | EXHIBIT A |
| 3728 | STANKIWICZ, MELBA J | 22041 | UNDETERMINED* | EXHIBIT A |
| 3729 | STANLEY, FELECIA L, PR OF THE | 18973 | UNDETERMINED* | EXHIBIT A |
| 3730 | STAPLETON, VINCENT | 21214 | UNDETERMINED* | EXHIBIT A |
| 3731 | STARNOWSKY, JERRY | 22043 | UNDETERMINED* | EXHIBIT A |
| 3732 | STARON, MARY J | 22044 | UNDETERMINED* | EXHIBIT A |
| 3733 | STARR, ROBERT E , JR, PR OF THE | 20064 | UNDETERMINED* | EXHIBIT A |
| 3734 | STASCH, RICHARD W, JR | 22045 | UNDETERMINED* | EXHIBIT A |
| 3735 | STASS, COLLEEN ELIZABETH, PR OF THE | 18884 | UNDETERMINED* | EXHIBIT A |
| 3736 | STAUFFER, PATRICIA, PR OF THE | 18795 | UNDETERMINED* | EXHIBIT A |
| 3737 | STEDTLER, THOMAS | 22046 | UNDETERMINED* | EXHIBIT A |
| 3738 | STEELMAN, BARBARA J | 22047 | UNDETERMINED* | EXHIBIT A |
| 3739 | STEELMAN, WANDA SUE, FOR THE | 20065 | UNDETERMINED* | EXHIBIT A |
| 3740 | STEFFE, BRUCE, SR | 22048 | UNDETERMINED* | EXHIBIT A |
| 3741 | STEIN, DANIEL L, PR OF THE | 20007 | UNDETERMINED* | EXHIBIT A |
| 3742 | STEIN, HARRIETTE, PR OF THE | 20006 | UNDETERMINED* | EXHIBIT A |
| 3743 | STEINHAUER, CHARLES, JR, PR OF THE | 20008 | UNDETERMINED* | EXHIBIT A |
| 3744 | STELLAR, RITA G, PR OF THE | 19903 | UNDETERMINED* | EXHIBIT A |
| 3745 | STEM, WALTER | 21215 | UNDETERMINED* | EXHIBIT A |
| 3746 | STENGER, DEBORAH M, PR OF THE | 19304 | UNDETERMINED* | EXHIBIT A |
| 3747 | STEPHENS, ONEIDA S, PR OF THE | 19132 | UNDETERMINED* | EXHIBIT A |
| 3748 | STEPTOE, GARY | 22049 | UNDETERMINED* | EXHIBIT A |
| 3749 | STERLING, JOANNE, PR OF THE | 18437 | UNDETERMINED* | EXHIBIT A |
| 3750 | STERLING, MELISSA J, PR OF THE | 20082 | UNDETERMINED* | EXHIBIT A |

| 3751 | STERLING, RUSSELL | 22050 | UNDETERMINED* | EXHIBIT A |
| 3752 | STERN, GEORGE E, JR | 22051 | UNDETERMINED* | EXHIBIT A |
| 3753 | STERN, TERRY ANN, PR OF THE | 20076 | UNDETERMINED* | EXHIBIT A |
| 3754 | STERNER, RICHARD G | 22052 | UNDETERMINED* | EXHIBIT A |
| 3755 | STERNER, STEPHEN | 22053 | UNDETERMINED* | EXHIBIT A |
| 3756 | STEVENS, KRAIG M, PR OF THE | 20010 | UNDETERMINED* | EXHIBIT A |
| 3757 | STEVENS, MICHAEL P | 22054 | UNDETERMINED* | EXHIBIT A |
| 3758 | STEVENSON, ROLAND | 21216 | UNDETERMINED* | EXHIBIT A |
| 3759 | STEWART, HOWARD A, SR | 21217 | UNDETERMINED* | EXHIBIT A |
| 3760 | STICKELL, IRVIN D, JR | 22055 | UNDETERMINED* | EXHIBIT A |
| 3761 | STILLING, EDWARD | 22056 | UNDETERMINED* | EXHIBIT A |
| 3762 | STINCHCOMB, DANIEL E, SR | 22057 | UNDETERMINED* | EXHIBIT A |
| 3763 | STINE, JACK | 22058 | UNDETERMINED* | EXHIBIT A |
| 3764 | STINNETT, LEO R, JR | 22059 | UNDETERMINED* | EXHIBIT A |
| 3765 | STINNETTE, ROBERT C | 22060 | UNDETERMINED* | EXHIBIT A |
| 3766 | STINSON, LAURA I, PR OF THE | 20012 | UNDETERMINED* | EXHIBIT A |
| 3767 | STOCKSLAGER, THELMA J, PR OF THE | 20062 | UNDETERMINED* | EXHIBIT A |
| 3768 | STOECKER, CLIFFORD L | 22061 | UNDETERMINED* | EXHIBIT A |
| 3769 | STOKES, SAMUEL L, JR | 22062 | UNDETERMINED* | EXHIBIT A |
| 3770 | STOLARICK, SHARON, FOR THE | 20016 | UNDETERMINED* | EXHIBIT A |
| 3771 | STOLTE-HINES, DAWNITA MARIA, PR OF THE | 20017 | UNDETERMINED* | EXHIBIT A |
| 3772 | STOLTZFUS, MELVIN A | 21218 | UNDETERMINED* | EXHIBIT A |
| 3773 | STONE, ANDREW C, ESQ, PR OF THE | 18806 | UNDETERMINED* | EXHIBIT A |
| 3774 | STONE, DANIEL E | 22063 | UNDETERMINED* | EXHIBIT A |
| 3775 | STONE, JOANN A, PR OF THE | 20018 | UNDETERMINED* | EXHIBIT A |
| 3776 | STONER, RICHARD L , JR, PR OF THE | 20019 | UNDETERMINED* | EXHIBIT A |
| 3777 | STORM, SHIRLEY M | 14042 | UNDETERMINED* | EXHIBIT A |
| 3778 | STOUT, WILLIAM ROBERT, PR OF THE | 20021 | UNDETERMINED* | EXHIBIT A |
| 3779 | STOVER, TIMOTHY A | 22065 | UNDETERMINED* | EXHIBIT A |
| 3780 | STRAIT, CHARLES K | 22064 | UNDETERMINED* | EXHIBIT A |
| 3781 | STRATEMEYER, WILLIAM I | 22066 | UNDETERMINED* | EXHIBIT A |
| 3782 | STRAWSBURG, MILDRED E | 22067 | UNDETERMINED* | EXHIBIT A |
| 3783 | STRAY, THERESA M, FOR THE | 19601 | UNDETERMINED* | EXHIBIT A |
| 3784 | STREANO, E SUSAN, PR OF THE | 20022 | UNDETERMINED* | EXHIBIT A |
| 3785 | STREETT, CHARLES, JR | 22068 | UNDETERMINED* | EXHIBIT A |
| 3786 | STRELECKI, THOMAS M | 22069 | UNDETERMINED* | EXHIBIT A |
| 3787 | STREMPEK, RICHARD J | 22070 | UNDETERMINED* | EXHIBIT A |
| 3788 | STRIDER, GEORGE | 21219 | UNDETERMINED* | EXHIBIT A |
| 3789 | STRINE, WILLIAM H, JR | 22071 | UNDETERMINED* | EXHIBIT A |
| 3790 | STRITTMATTER, LORETTA H, PR OF THE | 20023 | UNDETERMINED* | EXHIBIT A |
| 3791 | STROHL, ROBERT A, SR | 22072 | UNDETERMINED* | EXHIBIT A |
| 3792 | STROUMBIS, NIKOLAOS A | 14041 | UNDETERMINED* | EXHIBIT A |
| 3793 | STROUSE, JAMES C, PH D, PR OF THE | 18888 | UNDETERMINED* | EXHIBIT A |
| 3794 | STRUCKO, JOHN P, FOR THE | 19602 | UNDETERMINED* | EXHIBIT A |
| 3795 | STUBLER, DAWN L, PR OF THE | 18943 | UNDETERMINED* | EXHIBIT A |
| 3796 | STUCKEY, KENNETH D | 21220 | UNDETERMINED* | EXHIBIT A |
| 3797 | STUCKLEY, LAMONT E | 22073 | UNDETERMINED* | EXHIBIT A |

| 3798 | STUMBROSKI, THEODORE, JR | 22074 | UNDETERMINED* | EXHIBIT A |
| 3799 | STUMP, DWIGHT D | 22075 | UNDETERMINED* | EXHIBIT A |
| 3800 | STUMPFEL, ALBERT M | 22136 | UNDETERMINED* | EXHIBIT A |
| 3801 | STUPI, GREG | 21221 | UNDETERMINED* | EXHIBIT A |
| 3802 | STURGEON, WALTER A, PR OF THE | 20025 | UNDETERMINED* | EXHIBIT A |
| 3803 | SUBOCK, ALYNE L | 22137 | UNDETERMINED* | EXHIBIT A |
| 3804 | SUBOCK, ALYNE L, PR OF THE | 20026 | UNDETERMINED* | EXHIBIT A |
| 3805 | SUECK, ROSALIE J, PR OF THE | 20027 | UNDETERMINED* | EXHIBIT A |
| 3806 | SULLIVAN, ROBERT T, SR | 22138 | UNDETERMINED* | EXHIBIT A |
| 3807 | SUMTER, THOMAS A | 22139 | UNDETERMINED* | EXHIBIT A |
| 3808 | SURESCH, DORIS N, PR OF THE | 20028 | UNDETERMINED* | EXHIBIT A |
| 3809 | SUTPHIN, WILLIAM E | 22140 | UNDETERMINED* | EXHIBIT A |
| 3810 | SUTTON, JAMES A | 22141 | UNDETERMINED* | EXHIBIT A |
| 3811 | SVOBODA, MILDRED F | 22142 | UNDETERMINED* | EXHIBIT A |
| 3812 | SVOBODA, MILDRED F, PR OF THE | 20029 | UNDETERMINED* | EXHIBIT A |
| 3813 | SWARTZ, PATRICIA C | 22143 | UNDETERMINED* | EXHIBIT A |
| 3814 | SWARTZ, ROBYN | 22144 | UNDETERMINED* | EXHIBIT A |
| 3815 | SWEIGERT, FRED R | 22145 | UNDETERMINED* | EXHIBIT A |
| 3816 | SYDNOR, JOAN S, PR OF THE | 20030 | UNDETERMINED* | EXHIBIT A |
| 3817 | SZCZEPANSKI, RICHARD A | 22146 | UNDETERMINED* | EXHIBIT A |
| 3818 | SZELIGA, LOUIS H | 22147 | UNDETERMINED* | EXHIBIT A |
| 3819 | SZPATURA, LILLIAN T, PR OF THE | 20035 | UNDETERMINED* | EXHIBIT A |
| 3820 | SZULBORSKI, BRUCE C | 22148 | UNDETERMINED* | EXHIBIT A |
| 3821 | TABRON, MARY, FOR THE | 20072 | UNDETERMINED* | EXHIBIT A |
| 3822 | TABRON, RICHARD | 22149 | UNDETERMINED* | EXHIBIT A |
| 3823 | TAFFETANI, LOUIS | 14040 | UNDETERMINED* | EXHIBIT A |
| 3824 | TAKACS, EUGENE J | 22150 | UNDETERMINED* | EXHIBIT A |
| 3825 | TAKOVICH, RONALD L | 22151 | UNDETERMINED* | EXHIBIT A |
| 3826 | TALLEY, ERVIN JACKSON, PR OF THE | 20189 | UNDETERMINED* | EXHIBIT A |
| 3827 | TANNEY, ANN, FOR THE | 20073 | UNDETERMINED* | EXHIBIT A |
| 3828 | TARBURTON, ALBERT, PR OF THE | 20074 | UNDETERMINED* | EXHIBIT A |
| 3829 | TARWATER, MARTIN C | 22152 | UNDETERMINED* | EXHIBIT A |
| 3830 | TATE, DONNA L, PR OF THE | 18745 | UNDETERMINED* | EXHIBIT A |
| 3831 | TATE, ROBERT | 22153 | UNDETERMINED* | EXHIBIT A |
| 3832 | TAYLOR, BRENARD J | 14039 | UNDETERMINED* | EXHIBIT A |
| 3833 | TAYLOR, CLYDE L | 22154 | UNDETERMINED* | EXHIBIT A |
| 3834 | TAYLOR, DOUGLAS | 22155 | UNDETERMINED* | EXHIBIT A |
| 3835 | TAYLOR, GLENN C | 14038 | UNDETERMINED* | EXHIBIT A |
| 3836 | TAYLOR, GLENN CHARLES, SR. | 31440 | UNDETERMINED* | EXHIBIT A |
| 3837 | TAYLOR, JOHN G | 22156 | UNDETERMINED* | EXHIBIT A |
| 3838 | TAYLOR, KAREN S, PR OF THE | 18921 | UNDETERMINED* | EXHIBIT A |
| 3839 | TAYLOR, MORTIMER E | 22157 | UNDETERMINED* | EXHIBIT A |
| 3840 | TAYLOR, ROSELINE B | 22158 | UNDETERMINED* | EXHIBIT A |
| 3841 | TAYLOR, WILLIAM L | 22159 | UNDETERMINED* | EXHIBIT A |
| 3842 | TAYLOR, WILLIAM S | 22160 | UNDETERMINED* | EXHIBIT A |
| 3843 | TEACH, NORMAN W | 22161 | UNDETERMINED* | EXHIBIT A |
| 3844 | TEETS, CARL J | 21222 | UNDETERMINED* | EXHIBIT A |

| 3845 | TEMPLETON, ELIZABETH C, PR OF THE | 18482 | UNDETERMINED* | EXHIBIT A |
|------|-----------------------------------|-------|---------------|-----------|
| 3846 | TERRANT, TERRI E, PR OF THE | 19604 | UNDETERMINED* | EXHIBIT A |
| 3847 | TERRY, EVA, PR OF THE | 20077 | UNDETERMINED* | EXHIBIT A |
| 3848 | TERRY, FREIDA, PR OF THE | 20079 | UNDETERMINED* | EXHIBIT A |
| 3849 | TERRY, PAUL E , JR, PR OF THE | 20078 | UNDETERMINED* | EXHIBIT A |
| 3850 | TERRY, RODNEY J | 21223 | UNDETERMINED* | EXHIBIT A |
| 3851 | TERZIGNI, ANNA S | 14037 | UNDETERMINED* | EXHIBIT A |
| 3852 | TERZIGNI, FRANK C | 22162 | UNDETERMINED* | EXHIBIT A |
| 3853 | THACKER, CHARLES | 22163 | UNDETERMINED* | EXHIBIT A |
| 3854 | THANOS, NIKOLAOS | 21224 | UNDETERMINED* | EXHIBIT A |
| 3855 | THOMAS, ANNE L | 22164 | UNDETERMINED* | EXHIBIT A |
| 3856 | THOMAS, ANTHONY H | 22165 | UNDETERMINED* | EXHIBIT A |
| 3857 | THOMAS, BRUCE | 22166 | UNDETERMINED* | EXHIBIT A |
| 3858 | THOMAS, CORINNE | 21225 | UNDETERMINED* | EXHIBIT A |
| 3859 | THOMAS, DAVID P | 22167 | UNDETERMINED* | EXHIBIT A |
| 3860 | THOMAS, DONALD E | 22168 | UNDETERMINED* | EXHIBIT A |
| 3861 | THOMAS, DWIGHT, SR | 21226 | UNDETERMINED* | EXHIBIT A |
| 3862 | THOMAS, EVELYN | 21227 | UNDETERMINED* | EXHIBIT A |
| 3863 | THOMAS, JAMES A | 22170 | UNDETERMINED* | EXHIBIT A |
| 3864 | THOMAS, JAMES M | 22169 | UNDETERMINED* | EXHIBIT A |
| 3865 | THOMAS, JOHN C | 21228 | UNDETERMINED* | EXHIBIT A |
| 3866 | THOMAS, JUNE E | 22171 | UNDETERMINED* | EXHIBIT A |
| 3867 | THOMAS, KAREN L | 22172 | UNDETERMINED* | EXHIBIT A |
| 3868 | THOMAS, KAREN, PR OF THE | 19605 | UNDETERMINED* | EXHIBIT A |
| 3869 | THOMAS, KARMAL L, PR OF THE | 20081 | UNDETERMINED* | EXHIBIT A |
| 3870 | THOMAS, KIMBERLY, PR OF THE | 20024 | UNDETERMINED* | EXHIBIT A |
| 3871 | THOMAS, RAPHAEL | 22174 | UNDETERMINED* | EXHIBIT A |
| 3872 | THOMAS, ROBERT L | 22173 | UNDETERMINED* | EXHIBIT A |
| 3873 | THOMAS, THURON W | 22175 | UNDETERMINED* | EXHIBIT A |
| 3874 | THOMAS, VELVA V, PR OF THE | 18627 | UNDETERMINED* | EXHIBIT A |
| 3875 | THOMAS-JONES, GENEVIA, PR OF THE | 20080 | UNDETERMINED* | EXHIBIT A |
| 3876 | THOMPSON, BRAD, PR OF THE | 18650 | UNDETERMINED* | EXHIBIT A |
| 3877 | THOMPSON, EVALYN PATRICIA, PR OF THE | 19606 | UNDETERMINED* | EXHIBIT A |
| 3878 | THOMPSON, HENRY J | 21229 | UNDETERMINED* | EXHIBIT A |
| 3879 | THOMPSON, JAMES W | 22176 | UNDETERMINED* | EXHIBIT A |
| 3880 | THOMPSON, JANET, PR OF THE | 20084 | UNDETERMINED* | EXHIBIT A |
| 3881 | THOMPSON, SHEILA A, PR OF THE | 18439 | UNDETERMINED* | EXHIBIT A |
| 3882 | THORNTON, CHARLES | 22177 | UNDETERMINED* | EXHIBIT A |
| 3883 | THORNTON, GARY | 14036 | UNDETERMINED* | EXHIBIT A |
| 3884 | THORPE, RHONDA L, PR OF THE | 20085 | UNDETERMINED* | EXHIBIT A |
| 3885 | THRAPPAS, JOHN NICHOLAS, PR OF THE | 20086 | UNDETERMINED* | EXHIBIT A |
| 3886 | TILGHMAN, ANTHONY | 21230 | UNDETERMINED* | EXHIBIT A |
| 3887 | TILLERY, LISA, PR OF THE | 19524 | UNDETERMINED* | EXHIBIT A |
| 3888 | TILLERY, PATRICIA C, PR OF THE | 20087 | UNDETERMINED* | EXHIBIT A |
| 3889 | TILLEY, JOSEPH R | 21231 | UNDETERMINED* | EXHIBIT A |
| 3890 | TIMMONS, SHERRY A, PR OF THE | 19028 | UNDETERMINED* | EXHIBIT A |
| 3891 | TIMMS, PAUL W | 22178 | UNDETERMINED* | EXHIBIT A |

| 3892 | TIMMS, THOMAS F | 22179 | UNDETERMINED* | EXHIBIT A |
|------|-----------------|-------|---------------|-----------|
| 3893 | TIPTON, DORIS, PR OF THE | 19121 | UNDETERMINED* | EXHIBIT A |
| 3894 | TIPTON, DOYLE | 22180 | UNDETERMINED* | EXHIBIT A |
| 3895 | TIPTON, FLORENDA, PR OF THE | 20089 | UNDETERMINED* | EXHIBIT A |
| 3896 | TIRABASSI, JOHN, PR OF THE | 20090 | UNDETERMINED* | EXHIBIT A |
| 3897 | TOCKASH, THERESA H, PR OF THE | 20091 | UNDETERMINED* | EXHIBIT A |
| 3898 | TOMICK, STANLEY J | 22181 | UNDETERMINED* | EXHIBIT A |
| 3899 | TOMLIN, ROBERT L | 22182 | UNDETERMINED* | EXHIBIT A |
| 3900 | TONGUE, STANLEY E, SR | 22183 | UNDETERMINED* | EXHIBIT A |
| 3901 | TOPA, CAROL A, PR OF THE | 20093 | UNDETERMINED* | EXHIBIT A |
| 3902 | TORRENCE, DENNIS | 22184 | UNDETERMINED* | EXHIBIT A |
| 3903 | TOSADORI, GARY S, PR OF THE | 20094 | UNDETERMINED* | EXHIBIT A |
| 3904 | TOUNTASAKIS, ANGELA, PR OF THE | 20066 | UNDETERMINED* | EXHIBIT A |
| 3905 | TOWERS, HARRY L, PR OF THE | 20067 | UNDETERMINED* | EXHIBIT A |
| 3906 | TOWERS, HARRY L, PR OF THE | 20068 | UNDETERMINED* | EXHIBIT A |
| 3907 | TOWNSEND, HELEN L, PR OF THE | 20069 | UNDETERMINED* | EXHIBIT A |
| 3908 | TOWNSEND, LEONARD D | 22185 | UNDETERMINED* | EXHIBIT A |
| 3909 | TRACEY, EDWARD P | 22186 | UNDETERMINED* | EXHIBIT A |
| 3910 | TRAKAS, KUNG HEE, PR OF THE | 20129 | UNDETERMINED* | EXHIBIT A |
| 3911 | TRAVIS, LAWRENCE | 22187 | UNDETERMINED* | EXHIBIT A |
| 3912 | TRAVIS, LAWRENCE, JR | 21232 | UNDETERMINED* | EXHIBIT A |
| 3913 | TRAYNHAM, CHARLIE | 21233 | UNDETERMINED* | EXHIBIT A |
| 3914 | TREICHLER, MICHAEL E, PR OF THE | 20130 | UNDETERMINED* | EXHIBIT A |
| 3915 | TRELLA, THOMAS J | 22188 | UNDETERMINED* | EXHIBIT A |
| 3916 | TREPANIER, MARTHA L, PR OF THE | 20132 | UNDETERMINED* | EXHIBIT A |
| 3917 | TREUTLE, LESSIE K, PR OF THE | 20133 | UNDETERMINED* | EXHIBIT A |
| 3918 | TRIEBL, PATRICIA, PR OF THE | 20134 | UNDETERMINED* | EXHIBIT A |
| 3919 | TRIGGER, CORNELIUS M | 22189 | UNDETERMINED* | EXHIBIT A |
| 3920 | TRIMBLE, DIANE L, PR OF THE | 18660 | UNDETERMINED* | EXHIBIT A |
| 3921 | TRIMBLE, THOMAS E | 22190 | UNDETERMINED* | EXHIBIT A |
| 3922 | TRIONFO, DALE, PR OF THE | 18662 | UNDETERMINED* | EXHIBIT A |
| 3923 | TRIVETT, DARRELL L | 22191 | UNDETERMINED* | EXHIBIT A |
| 3924 | TROLIAN, PATRICIA L, PR OF THE | 19044 | UNDETERMINED* | EXHIBIT A |
| 3925 | TROTT, ELIZABETH M, PR OF THE | 20137 | UNDETERMINED* | EXHIBIT A |
| 3926 | TROTTA, GABRIEL P | 22192 | UNDETERMINED* | EXHIBIT A |
| 3927 | TROXELL, RICHARD W | 22193 | UNDETERMINED* | EXHIBIT A |
| 3928 | TRUCKENMILLER, MARGARET | 22194 | UNDETERMINED* | EXHIBIT A |
| 3929 | TRUIETT, MELVIN, SR | 22195 | UNDETERMINED* | EXHIBIT A |
| 3930 | TRULOCK, EDWARD JAMES, PR OF THE | 19603 | UNDETERMINED* | EXHIBIT A |
| 3931 | TSHAMBA, KALEB | 22196 | UNDETERMINED* | EXHIBIT A |
| 3932 | TSUE, SANDRA | 21234 | UNDETERMINED* | EXHIBIT A |
| 3933 | TUCK, FLORENCE A | 22197 | UNDETERMINED* | EXHIBIT A |
| 3934 | TUCKER, KAREN M | 22198 | UNDETERMINED* | EXHIBIT A |
| 3935 | TUCKER, LORETTA, FOR THE | 20140 | UNDETERMINED* | EXHIBIT A |
| 3936 | TUCKER, MELVIN J | 22199 | UNDETERMINED* | EXHIBIT A |
| 3937 | TULL, CALVIN M | 22200 | UNDETERMINED* | EXHIBIT A |
| 3938 | TUMINELLO, JUDITH V, PR OF THE | 20142 | UNDETERMINED* | EXHIBIT A |

| | | | |
|---|---|---|---|
| 3939 | TUMINELLO, JUDITH V. | 14137 | UNDETERMINED* | EXHIBIT A |
| 3940 | TUMIRELLO, JUDITH V. | 31443 | UNDETERMINED* | EXHIBIT A |
| 3941 | TURC, THERESA CONSTANCE, PR OF THE | 20143 | UNDETERMINED* | EXHIBIT A |
| 3942 | TUREK, JAMES J. | 14136 | UNDETERMINED* | EXHIBIT A |
| 3943 | TURNER, ARTHUR G | 22201 | UNDETERMINED* | EXHIBIT A |
| 3944 | TURNER, BETTY A | 22202 | UNDETERMINED* | EXHIBIT A |
| 3945 | TURNER, KYLE A | 22203 | UNDETERMINED* | EXHIBIT A |
| 3946 | TURNER, SAM M | 22204 | UNDETERMINED* | EXHIBIT A |
| 3947 | TURNER-CAPALDI, JEANNETTE, PR OF THE | 20144 | UNDETERMINED* | EXHIBIT A |
| 3948 | TURNEY, FRANKLIN, JR | 22205 | UNDETERMINED* | EXHIBIT A |
| 3949 | TWEEDALE, DAVID | 21235 | UNDETERMINED* | EXHIBIT A |
| 3950 | TWINE, JAMES | 22206 | UNDETERMINED* | EXHIBIT A |
| 3951 | TYLER, BOB J | 22207 | UNDETERMINED* | EXHIBIT A |
| 3952 | TYNDALL, ROBERT G | 22208 | UNDETERMINED* | EXHIBIT A |
| 3953 | TYRIE, SHARON L, PR OF THE | 18701 | UNDETERMINED* | EXHIBIT A |
| 3954 | TYSON, DOROTHY L, FOR THE | 20145 | UNDETERMINED* | EXHIBIT A |
| 3955 | UNANGST, MARCIA | 22209 | UNDETERMINED* | EXHIBIT A |
| 3956 | UPTON, ELMER | 22210 | UNDETERMINED* | EXHIBIT A |
| 3957 | URBAN, EDWARD A | 22211 | UNDETERMINED* | EXHIBIT A |
| 3958 | URBAN, NANCY A, PR OF THE | 19634 | UNDETERMINED* | EXHIBIT A |
| 3959 | URPS, JOSEPH | 14135 | UNDETERMINED* | EXHIBIT A |
| 3960 | UTTENREITHER, KAREN, PR OF THE | 19274 | UNDETERMINED* | EXHIBIT A |
| 3961 | VACCARO, CHRISTOPHER M. | 14134 | UNDETERMINED* | EXHIBIT A |
| 3962 | VAETH, JOHN J | 22212 | UNDETERMINED* | EXHIBIT A |
| 3963 | VALENTINE, COURTNEY | 21285 | UNDETERMINED* | EXHIBIT A |
| 3964 | VALENTINE, DONALD J | 21286 | UNDETERMINED* | EXHIBIT A |
| 3965 | VALOTTA, VERNA, PR OF THE | 19530 | UNDETERMINED* | EXHIBIT A |
| 3966 | VAN HORN, LESTER L | 22213 | UNDETERMINED* | EXHIBIT A |
| 3967 | VANBUSKIRK, ROBERT L | 22214 | UNDETERMINED* | EXHIBIT A |
| 3968 | VANCE, RALPH | 22215 | UNDETERMINED* | EXHIBIT A |
| 3969 | VANDEVER, GLENDA D | 22216 | UNDETERMINED* | EXHIBIT A |
| 3970 | VANLEEUWEN, ROSE ANNE, PR OF THE | 18993 | UNDETERMINED* | EXHIBIT A |
| 3971 | VANSHURA, DONALD J. | 14133 | UNDETERMINED* | EXHIBIT A |
| 3972 | VARELLA, MARIA, PR OF THE | 20156 | UNDETERMINED* | EXHIBIT A |
| 3973 | VARNER, TAMMY | 22217 | UNDETERMINED* | EXHIBIT A |
| 3974 | VASILAKIS, WILLIAM CHARLES, PR OF THE | 20157 | UNDETERMINED* | EXHIBIT A |
| 3975 | VAUGHN, BRENDA L, PR OF THE | 19293 | UNDETERMINED* | EXHIBIT A |
| 3976 | VAVRA-ALCOSER, MARY F, PR OF THE | 20158 | UNDETERMINED* | EXHIBIT A |
| 3977 | VAZQUEZ, JOSE A, SR | 22218 | UNDETERMINED* | EXHIBIT A |
| 3978 | VEALE, MATTIE | 22219 | UNDETERMINED* | EXHIBIT A |
| 3979 | VENESEVICH, MICHAEL S | 21287 | UNDETERMINED* | EXHIBIT A |
| 3980 | VERMILLION, ARTHUR | 22220 | UNDETERMINED* | EXHIBIT A |
| 3981 | VETTEL, WILLIAM | 21288 | UNDETERMINED* | EXHIBIT A |
| 3982 | VIENNNEAU, GARVICE R, SR | 21289 | UNDETERMINED* | EXHIBIT A |
| 3983 | VINCK, LARRY E | 22221 | UNDETERMINED* | EXHIBIT A |
| 3984 | VINCK, LARRY EDWARD, PR OF THE | 20162 | UNDETERMINED* | EXHIBIT A |
| 3985 | VINCK, LARRY EDWARD, PR OF THE | 20163 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3986 | VITEK, RICHARD A, PR OF THE | 20164 | UNDETERMINED* | EXHIBIT A |
| 3987 | VIZZINI, JOHN | 22222 | UNDETERMINED* | EXHIBIT A |
| 3988 | VOCKROTH, EDWIN W | 22223 | UNDETERMINED* | EXHIBIT A |
| 3989 | VOELKER, BERNARD | 14132 | UNDETERMINED* | EXHIBIT A |
| 3990 | VOGT, AMBROSE J , JR, PR OF THE | 20166 | UNDETERMINED* | EXHIBIT A |
| 3991 | VOGT, DIANNE T, PR OF THE | 20048 | UNDETERMINED* | EXHIBIT A |
| 3992 | VOGTMAN, DOUGLAS KEITH, PR OF THE | 19288 | UNDETERMINED* | EXHIBIT A |
| 3993 | VOIT, DIANE D, PR OF THE | 18613 | UNDETERMINED* | EXHIBIT A |
| 3994 | VOLTA, ARMAND J , JR, PR OF THE | 18315 | UNDETERMINED* | EXHIBIT A |
| 3995 | VOLTA, ARMAND J , JR, PR OF THE | 18525 | UNDETERMINED* | EXHIBIT A |
| 3996 | VON RESTORFF, DONALD | 21290 | UNDETERMINED* | EXHIBIT A |
| 3997 | VON RESTORFF, JANICE F | 21291 | UNDETERMINED* | EXHIBIT A |
| 3998 | VOUGHT, AUDREY, PR OF THE | 20168 | UNDETERMINED* | EXHIBIT A |
| 3999 | VOURDUBAKIS, THERESA, PR OF THE | 20167 | UNDETERMINED* | EXHIBIT A |
| 4000 | VOYTKO, FORREST C | 22224 | UNDETERMINED* | EXHIBIT A |
| 4001 | VRABLIC, THOMAS | 22225 | UNDETERMINED* | EXHIBIT A |
| 4002 | WACHTER, ANDREW J | 22226 | UNDETERMINED* | EXHIBIT A |
| 4003 | WADE, JOHN P, JR | 22227 | UNDETERMINED* | EXHIBIT A |
| 4004 | WAGNER, CRAIG G | 22228 | UNDETERMINED* | EXHIBIT A |
| 4005 | WAGNER, MICHAEL E, PR OF THE | 20169 | UNDETERMINED* | EXHIBIT A |
| 4006 | WAGNER, SUZANNE E, PR OF THE | 20040 | UNDETERMINED* | EXHIBIT A |
| 4007 | WALCZAK, JAMES B | 22229 | UNDETERMINED* | EXHIBIT A |
| 4008 | WALDMANN, PATRICIA A | 22230 | UNDETERMINED* | EXHIBIT A |
| 4009 | WALEGA, JOHN L, SR | 22231 | UNDETERMINED* | EXHIBIT A |
| 4010 | WALKER, HAROLD G | 22232 | UNDETERMINED* | EXHIBIT A |
| 4011 | WALLACE, CLIFTON O | 22233 | UNDETERMINED* | EXHIBIT A |
| 4012 | WALLACE, DOUGLAS W | 22234 | UNDETERMINED* | EXHIBIT A |
| 4013 | WALLACE, FRANK D | 22235 | UNDETERMINED* | EXHIBIT A |
| 4014 | WALLACE, REGINA M, PR OF THE | 20173 | UNDETERMINED* | EXHIBIT A |
| 4015 | WALLACE, WILLIAM L, SR | 22236 | UNDETERMINED* | EXHIBIT A |
| 4016 | WALTER, RONALD J | 21292 | UNDETERMINED* | EXHIBIT A |
| 4017 | WALTERS, G SUE | 22237 | UNDETERMINED* | EXHIBIT A |
| 4018 | WALTERS, GLORIA S, FOR THE | 20175 | UNDETERMINED* | EXHIBIT A |
| 4019 | WALTERS, KENDELL L, PR OF THE | 19156 | UNDETERMINED* | EXHIBIT A |
| 4020 | WALTON, HOMER | 21293 | UNDETERMINED* | EXHIBIT A |
| 4021 | WANTZ, ROBERT | 22238 | UNDETERMINED* | EXHIBIT A |
| 4022 | WARD, DAVID I | 21294 | UNDETERMINED* | EXHIBIT A |
| 4023 | WARD, DEBORAH J | 22239 | UNDETERMINED* | EXHIBIT A |
| 4024 | WARD, PRISCILLA, PR OF THE | 20176 | UNDETERMINED* | EXHIBIT A |
| 4025 | WAREHIME, ROBERT L | 22240 | UNDETERMINED* | EXHIBIT A |
| 4026 | WARNICK, VERNON W | 22241 | UNDETERMINED* | EXHIBIT A |
| 4027 | WARREN, JAMES E | 22242 | UNDETERMINED* | EXHIBIT A |
| 4028 | WARREN, LAURA, PR OF THE | 20178 | UNDETERMINED* | EXHIBIT A |
| 4029 | WASHBOURNE, MAUDE R, FOR THE | 20179 | UNDETERMINED* | EXHIBIT A |
| 4030 | WASHINGTON, CLAYTON | 14131 | UNDETERMINED* | EXHIBIT A |
| 4031 | WASHINGTON, LILLIE M | 14130 | UNDETERMINED* | EXHIBIT A |
| 4032 | WASHINGTON, ROBERT D | 22243 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 4033 | WASMUS, NANCY A, PR OF THE | 20083 | UNDETERMINED* | EXHIBIT A |
| 4034 | WATERS, DOLORES M, PR OF THE | 20180 | UNDETERMINED* | EXHIBIT A |
| 4035 | WATERS, JAMES A | 14129 | UNDETERMINED* | EXHIBIT A |
| 4036 | WATERS, MALCAR, JR | 22244 | UNDETERMINED* | EXHIBIT A |
| 4037 | WATKINS, JAMES E | 22245 | UNDETERMINED* | EXHIBIT A |
| 4038 | WATKINS, TIMOTHY B | 21295 | UNDETERMINED* | EXHIBIT A |
| 4039 | WATSON, GERALDINE | 22246 | UNDETERMINED* | EXHIBIT A |
| 4040 | WATSON, LAWRENCE E | 22247 | UNDETERMINED* | EXHIBIT A |
| 4041 | WATSON, ROBERT P | 22248 | UNDETERMINED* | EXHIBIT A |
| 4042 | WATT, ALEXANDER M, JR | 21296 | UNDETERMINED* | EXHIBIT A |
| 4043 | WATT, LAURETTA, PR OF THE | 20182 | UNDETERMINED* | EXHIBIT A |
| 4044 | WATTS, JAMES L , JR, PR OF THE | 20183 | UNDETERMINED* | EXHIBIT A |
| 4045 | WATTS, RODNEY | 22249 | UNDETERMINED* | EXHIBIT A |
| 4046 | WEAVER, EDWINA | 21297 | UNDETERMINED* | EXHIBIT A |
| 4047 | WEAVER, JOSEPH | 22250 | UNDETERMINED* | EXHIBIT A |
| 4048 | WEAVER, LARRY | 22251 | UNDETERMINED* | EXHIBIT A |
| 4049 | WEAVER, LEROY | 22252 | UNDETERMINED* | EXHIBIT A |
| 4050 | WEAVER, MARGARET E, PR OF THE | 20098 | UNDETERMINED* | EXHIBIT A |
| 4051 | WEAVER, OLLICE, SR | 22253 | UNDETERMINED* | EXHIBIT A |
| 4052 | WEAVER, WESLEY O, PR OF THE | 20099 | UNDETERMINED* | EXHIBIT A |
| 4053 | WEBB, BARBARA | 22254 | UNDETERMINED* | EXHIBIT A |
| 4054 | WEBB, JEAN R, PR OF THE | 20100 | UNDETERMINED* | EXHIBIT A |
| 4055 | WEBER, ELMER | 22255 | UNDETERMINED* | EXHIBIT A |
| 4056 | WEBER, RONALD E, SR | 22316 | UNDETERMINED* | EXHIBIT A |
| 4057 | WEBER, WILLIAM J, SR | 22317 | UNDETERMINED* | EXHIBIT A |
| 4058 | WEBSTER, GRAHAM C | 22318 | UNDETERMINED* | EXHIBIT A |
| 4059 | WEEKS, SHARON C, PR OF THE | 19965 | UNDETERMINED* | EXHIBIT A |
| 4060 | WEEMS, CHARLES, III | 21298 | UNDETERMINED* | EXHIBIT A |
| 4061 | WEEMS, DOROTHY | 21299 | UNDETERMINED* | EXHIBIT A |
| 4062 | WEGLEIN, DAWN M, PR OF THE | 18734 | UNDETERMINED* | EXHIBIT A |
| 4063 | WEIBEL, DEBRA J, PR OF THE | 19254 | UNDETERMINED* | EXHIBIT A |
| 4064 | WEIDENHAMMER, CHARLES H, JR | 22319 | UNDETERMINED* | EXHIBIT A |
| 4065 | WEIERBACH, HOWARD I | 22320 | UNDETERMINED* | EXHIBIT A |
| 4066 | WEILAND, JOHN P, PR OF THE | 20103 | UNDETERMINED* | EXHIBIT A |
| 4067 | WEILAND, WILLIAM | 22321 | UNDETERMINED* | EXHIBIT A |
| 4068 | WEISBAUM, HAROLD R, ESQ, PR OF THE | 18617 | UNDETERMINED* | EXHIBIT A |
| 4069 | WEISBERG, DENNIS C, PR OF THE | 19983 | UNDETERMINED* | EXHIBIT A |
| 4070 | WEISENMILLER, JOAN | 22322 | UNDETERMINED* | EXHIBIT A |
| 4071 | WEISS, GEORGE E | 21300 | UNDETERMINED* | EXHIBIT A |
| 4072 | WEISS, PAUL H | 22323 | UNDETERMINED* | EXHIBIT A |
| 4073 | WEITZEL, CHARLES E | 22324 | UNDETERMINED* | EXHIBIT A |
| 4074 | WEITZEL, LOUISE C | 22325 | UNDETERMINED* | EXHIBIT A |
| 4075 | WELLS, ALEXIS, PR OF THE | 20104 | UNDETERMINED* | EXHIBIT A |
| 4076 | WELLS, CLIFTON | 22326 | UNDETERMINED* | EXHIBIT A |
| 4077 | WELLS, JOHN R | 22327 | UNDETERMINED* | EXHIBIT A |
| 4078 | WELLS, MARGARET A, PR OF THE | 19551 | UNDETERMINED* | EXHIBIT A |
| 4079 | WELSCH, THOMAS A | 22328 | UNDETERMINED* | EXHIBIT A |

| 4080 | WELSH, DESSIE E, PR OF THE | 20105 | UNDETERMINED* | EXHIBIT A |
|------|---------------------------|-------|---------------|-----------|
| 4081 | WELSH, RICHARD W | 22329 | UNDETERMINED* | EXHIBIT A |
| 4082 | WELSH, ROBERT W, JR | 22330 | UNDETERMINED* | EXHIBIT A |
| 4083 | WENDEROTH, OSMUND P , JR, PR OF THE | 20106 | UNDETERMINED* | EXHIBIT A |
| 4084 | WENHAM, BRIAN, PR OF THE | 20131 | UNDETERMINED* | EXHIBIT A |
| 4085 | WENTZELL, JUDI A | 22331 | UNDETERMINED* | EXHIBIT A |
| 4086 | WERKHEISER, GLENN | 22332 | UNDETERMINED* | EXHIBIT A |
| 4087 | WERKING, EDWARD J, PR OF THE | 20107 | UNDETERMINED* | EXHIBIT A |
| 4088 | WERNER, JANET KAY, PR OF THE | 20108 | UNDETERMINED* | EXHIBIT A |
| 4089 | WEST, PATRICIA, PR OF THE | 19010 | UNDETERMINED* | EXHIBIT A |
| 4090 | WEST, WESLEY J | 22333 | UNDETERMINED* | EXHIBIT A |
| 4091 | WESTFALL, GLENN E | 22334 | UNDETERMINED* | EXHIBIT A |
| 4092 | WETZEL, MARY ELLEN, PR OF THE | 20109 | UNDETERMINED* | EXHIBIT A |
| 4093 | WHARTON, PAUL R , JR, PR OF THE | 20110 | UNDETERMINED* | EXHIBIT A |
| 4094 | WHATMAN, LAWRENCE E | 22335 | UNDETERMINED* | EXHIBIT A |
| 4095 | WHEATLEY, BRUCE D | 22336 | UNDETERMINED* | EXHIBIT A |
| 4096 | WHEELER, SHIRLEY A, PR OF THE | 20111 | UNDETERMINED* | EXHIBIT A |
| 4097 | WHETSTONE, VOURA A, FOR THE | 20112 | UNDETERMINED* | EXHIBIT A |
| 4098 | WHIPPO, ROXAN, PR OF THE | 20113 | UNDETERMINED* | EXHIBIT A |
| 4099 | WHISONANT, GARFIELD | 22337 | UNDETERMINED* | EXHIBIT A |
| 4100 | WHITAKER, BERNARD | 22338 | UNDETERMINED* | EXHIBIT A |
| 4101 | WHITE, CHARLES N, III | 22339 | UNDETERMINED* | EXHIBIT A |
| 4102 | WHITE, GEORGE | 21301 | UNDETERMINED* | EXHIBIT A |
| 4103 | WHITE, JOSEPH M | 22340 | UNDETERMINED* | EXHIBIT A |
| 4104 | WHITE, MAJOR | 21302 | UNDETERMINED* | EXHIBIT A |
| 4105 | WHITE, RUSSELL H, JR | 22341 | UNDETERMINED* | EXHIBIT A |
| 4106 | WHITE, WAYNE A | 14128 | UNDETERMINED* | EXHIBIT A |
| 4107 | WHITEHEAD, SAMUEL T | 22342 | UNDETERMINED* | EXHIBIT A |
| 4108 | WHITELY, LLOYD D | 21303 | UNDETERMINED* | EXHIBIT A |
| 4109 | WHITFIELD, SHIRLEY M, PR OF THE | 20115 | UNDETERMINED* | EXHIBIT A |
| 4110 | WHITLEY, HARRY G | 22343 | UNDETERMINED* | EXHIBIT A |
| 4111 | WHITT, MICHAEL L, PR OF THE | 20116 | UNDETERMINED* | EXHIBIT A |
| 4112 | WIDENER, DONNA L | 22344 | UNDETERMINED* | EXHIBIT A |
| 4113 | WIEBKING, RUSSELL A | 22345 | UNDETERMINED* | EXHIBIT A |
| 4114 | WIECZOREK, FRANK | 21304 | UNDETERMINED* | EXHIBIT A |
| 4115 | WIEGAND, CHARLES | 21305 | UNDETERMINED* | EXHIBIT A |
| 4116 | WIERZBICKI, PATRICIA, PR OF THE | 19472 | UNDETERMINED* | EXHIBIT A |
| 4117 | WIGGINS, GLENWOOD | 22346 | UNDETERMINED* | EXHIBIT A |
| 4118 | WIKE, JOAN, PR OF THE | 18401 | UNDETERMINED* | EXHIBIT A |
| 4119 | WILCOX, MARIE C, PR OF THE | 20117 | UNDETERMINED* | EXHIBIT A |
| 4120 | WILCOXEN, RHONDA L, PR OF THE | 20118 | UNDETERMINED* | EXHIBIT A |
| 4121 | WILD, GLORIA B | 22347 | UNDETERMINED* | EXHIBIT A |
| 4122 | WILDER, BOBBY | 22348 | UNDETERMINED* | EXHIBIT A |
| 4123 | WILDER, ELAINE P, PR OF THE | 20119 | UNDETERMINED* | EXHIBIT A |
| 4124 | WILDER, ROY E | 22349 | UNDETERMINED* | EXHIBIT A |
| 4125 | WILDGEN, PATRICIA, PR OF THE | 20120 | UNDETERMINED* | EXHIBIT A |
| 4126 | WILFER, JOHN V | 22350 | UNDETERMINED* | EXHIBIT A |

| 4127 | WILHELM, CHARLES | 21306 | UNDETERMINED* | EXHIBIT A |
| 4128 | WILHOIT, VICKIE DYE, PR OF THE | 19885 | UNDETERMINED* | EXHIBIT A |
| 4129 | WILKINS, FRANCES A | 14127 | UNDETERMINED* | EXHIBIT A |
| 4130 | WILKINS, JOHN E, III | 22351 | UNDETERMINED* | EXHIBIT A |
| 4131 | WILKINS, ROBERT ALLAN, PR OF THE | 20121 | UNDETERMINED* | EXHIBIT A |
| 4132 | WILKINSON, PATRICIA J, PR OF THE | 20122 | UNDETERMINED* | EXHIBIT A |
| 4133 | WILL, DENNIS G | 22352 | UNDETERMINED* | EXHIBIT A |
| 4134 | WILLIAMMEE, ROBERT S, JR | 22353 | UNDETERMINED* | EXHIBIT A |
| 4135 | WILLIAMS, ANDREW R | 22354 | UNDETERMINED* | EXHIBIT A |
| 4136 | WILLIAMS, BARRY | 21307 | UNDETERMINED* | EXHIBIT A |
| 4137 | WILLIAMS, CALVIN | 22355 | UNDETERMINED* | EXHIBIT A |
| 4138 | WILLIAMS, DANIEL A, PR OF THE | 20126 | UNDETERMINED* | EXHIBIT A |
| 4139 | WILLIAMS, ELMER C | 22356 | UNDETERMINED* | EXHIBIT A |
| 4140 | WILLIAMS, ESTHER, PR OF THE | 20186 | UNDETERMINED* | EXHIBIT A |
| 4141 | WILLIAMS, JAMES | 21308 | UNDETERMINED* | EXHIBIT A |
| 4142 | WILLIAMS, JOYCE, PR OF THE | 20185 | UNDETERMINED* | EXHIBIT A |
| 4143 | WILLIAMS, LOUIS S | 22357 | UNDETERMINED* | EXHIBIT A |
| 4144 | WILLIAMS, MARGARET ANN, PR OF THE | 20124 | UNDETERMINED* | EXHIBIT A |
| 4145 | WILLIAMS, MARGARET K, PR OF THE | 18750 | UNDETERMINED* | EXHIBIT A |
| 4146 | WILLIAMS, MARGIE, PR OF THE | 20123 | UNDETERMINED* | EXHIBIT A |
| 4147 | WILLIAMS, MARTHA, PR OF THE | 20127 | UNDETERMINED* | EXHIBIT A |
| 4148 | WILLIAMS, MARY M, PR OF THE | 19089 | UNDETERMINED* | EXHIBIT A |
| 4149 | WILLIAMS, MICHAEL L | 22358 | UNDETERMINED* | EXHIBIT A |
| 4150 | WILLIAMS, PAUL D | 21309 | UNDETERMINED* | EXHIBIT A |
| 4151 | WILLIAMS, PHYLLIS, PR OF THE | 19609 | UNDETERMINED* | EXHIBIT A |
| 4152 | WILLIAMS, ROBERT C, SR | 22359 | UNDETERMINED* | EXHIBIT A |
| 4153 | WILLIAMS, ROBERT L | 14126 | UNDETERMINED* | EXHIBIT A |
| 4154 | WILLIAMS, ROSEMARY E | 22360 | UNDETERMINED* | EXHIBIT A |
| 4155 | WILLIAMS, ROWLAND LEE, PR OF THE | 20187 | UNDETERMINED* | EXHIBIT A |
| 4156 | WILLIAMS, SUSIE B, PR OF THE | 20188 | UNDETERMINED* | EXHIBIT A |
| 4157 | WILLIAMS, THOMAS H | 22361 | UNDETERMINED* | EXHIBIT A |
| 4158 | WILLIAMSON, ROGER | 22362 | UNDETERMINED* | EXHIBIT A |
| 4159 | WILLINGHAM, TAMARAH, PR OF THE | 19610 | UNDETERMINED* | EXHIBIT A |
| 4160 | WILLIS, KIYANA T, PR OF THE | 19585 | UNDETERMINED* | EXHIBIT A |
| 4161 | WILLOUGHBY, THEODORE C, JR | 21310 | UNDETERMINED* | EXHIBIT A |
| 4162 | WILMOT, ROXANN, PR OF THE | 18368 | UNDETERMINED* | EXHIBIT A |
| 4163 | WILSBACH, JACOB J | 21311 | UNDETERMINED* | EXHIBIT A |
| 4164 | WILSON, ANNA S | 22363 | UNDETERMINED* | EXHIBIT A |
| 4165 | WILSON, ANNA S, PR OF THE | 20195 | UNDETERMINED* | EXHIBIT A |
| 4166 | WILSON, ANNE M, FOR THE | 20196 | UNDETERMINED* | EXHIBIT A |
| 4167 | WILSON, CARL T | 22364 | UNDETERMINED* | EXHIBIT A |
| 4168 | WILSON, ELBERT | 22365 | UNDETERMINED* | EXHIBIT A |
| 4169 | WILSON, JACK N, SR | 22366 | UNDETERMINED* | EXHIBIT A |
| 4170 | WILSON, JANET, PR OF THE | 20194 | UNDETERMINED* | EXHIBIT A |
| 4171 | WILSON, LEVERN | 22367 | UNDETERMINED* | EXHIBIT A |
| 4172 | WILSON, LUCILLE, PR OF THE | 20221 | UNDETERMINED* | EXHIBIT A |
| 4173 | WILSON, PATRICIA A, FOR THE | 19612 | UNDETERMINED* | EXHIBIT A |

| 4174 | WILSON, WILLIAM | 22368 | UNDETERMINED* | EXHIBIT A |
| 4175 | WIMER, JOHN D, PR OF THE | 19285 | UNDETERMINED* | EXHIBIT A |
| 4176 | WIMMER, HELEN R, PR OF THE | 20199 | UNDETERMINED* | EXHIBIT A |
| 4177 | WIMPLING, VERA R, PR OF THE | 20201 | UNDETERMINED* | EXHIBIT A |
| 4178 | WINDER, IRENE B, PR OF THE | 20202 | UNDETERMINED* | EXHIBIT A |
| 4179 | WINDSOR, ELBERT L | 22369 | UNDETERMINED* | EXHIBIT A |
| 4180 | WINEBRENNER, SHARON | 21312 | UNDETERMINED* | EXHIBIT A |
| 4181 | WINKLER, CARL E, PR OF THE | 20203 | UNDETERMINED* | EXHIBIT A |
| 4182 | WINKLER, JOYCE A | 21313 | UNDETERMINED* | EXHIBIT A |
| 4183 | WINSTEAD, JOHN H | 22370 | UNDETERMINED* | EXHIBIT A |
| 4184 | WINTERSTEIN, ELAINE, PR OF THE | 20204 | UNDETERMINED* | EXHIBIT A |
| 4185 | WIRTZ, MARY P, PR OF THE | 20206 | UNDETERMINED* | EXHIBIT A |
| 4186 | WISE, PATRICIA, PR OF THE | 19939 | UNDETERMINED* | EXHIBIT A |
| 4187 | WISHOP, LARRY | 22371 | UNDETERMINED* | EXHIBIT A |
| 4188 | WISSEL, ALBERT C , JR, PR OF THE | 20207 | UNDETERMINED* | EXHIBIT A |
| 4189 | WITENBARGER, HOWELL K | 22372 | UNDETERMINED* | EXHIBIT A |
| 4190 | WITTMAN, PAUL J , JR, PR OF THE | 20208 | UNDETERMINED* | EXHIBIT A |
| 4191 | WOFFORD, HAROLD T | 22373 | UNDETERMINED* | EXHIBIT A |
| 4192 | WOIZESKO, GARY, PR OF THE | 19636 | UNDETERMINED* | EXHIBIT A |
| 4193 | WOJCIECHOWSKI, LEO | 22374 | UNDETERMINED* | EXHIBIT A |
| 4194 | WOLF, ARTHUR F, III | 22375 | UNDETERMINED* | EXHIBIT A |
| 4195 | WOLF, MARY A, PR OF THE | 19637 | UNDETERMINED* | EXHIBIT A |
| 4196 | WOLF, MAURICE M | 21314 | UNDETERMINED* | EXHIBIT A |
| 4197 | WOLF, RALPH D | 22256 | UNDETERMINED* | EXHIBIT A |
| 4198 | WOLF, SUSAN J, PR OF THE | 19241 | UNDETERMINED* | EXHIBIT A |
| 4199 | WOLFE, CARTER A | 22257 | UNDETERMINED* | EXHIBIT A |
| 4200 | WOLFE, GARY D, PR OF THE | 19641 | UNDETERMINED* | EXHIBIT A |
| 4201 | WOLFE, HERBERT C, JR | 22258 | UNDETERMINED* | EXHIBIT A |
| 4202 | WOLFE, PAULA L, PR OF THE | 19639 | UNDETERMINED* | EXHIBIT A |
| 4203 | WOLFE, ROGER | 14125 | UNDETERMINED* | EXHIBIT A |
| 4204 | WOLFF, EDWARD W | 14124 | UNDETERMINED* | EXHIBIT A |
| 4205 | WOLFORD, RAYMOND C | 22259 | UNDETERMINED* | EXHIBIT A |
| 4206 | WOLINSKI, JOSEPH S | 22260 | UNDETERMINED* | EXHIBIT A |
| 4207 | WOLINSKI, PETER F, JR | 22261 | UNDETERMINED* | EXHIBIT A |
| 4208 | WOLINSKI, STANLEY E, PR OF THE | 19642 | UNDETERMINED* | EXHIBIT A |
| 4209 | WOLPERT, FRANCES, FOR THE | 19643 | UNDETERMINED* | EXHIBIT A |
| 4210 | WOMACK, WALTER L | 21315 | UNDETERMINED* | EXHIBIT A |
| 4211 | WOMACK, WELDON, PR OF THE | 19645 | UNDETERMINED* | EXHIBIT A |
| 4212 | WOOD, ALICE E, PR OF THE | 19265 | UNDETERMINED* | EXHIBIT A |
| 4213 | WOOD, JOYCE | 21316 | UNDETERMINED* | EXHIBIT A |
| 4214 | WOOD, RICHARD C | 22262 | UNDETERMINED* | EXHIBIT A |
| 4215 | WOODALL, JOSEPH | 22263 | UNDETERMINED* | EXHIBIT A |
| 4216 | WOODRUFF, KATHRYN, PR OF THE | 19081 | UNDETERMINED* | EXHIBIT A |
| 4217 | WOODS, BENJAMIN H | 22264 | UNDETERMINED* | EXHIBIT A |
| 4218 | WOODS, DELORIS, PR OF THE | 20211 | UNDETERMINED* | EXHIBIT A |
| 4219 | WOOLFORD, MAY ROSE, PR OF THE | 20214 | UNDETERMINED* | EXHIBIT A |
| 4220 | WOOMER, CAROL L, PR OF THE | 20216 | UNDETERMINED* | EXHIBIT A |

| | | | |
|---|---|---|---|
| 4221 | WOOTEN, DOROTHY M, PR OF THE | 20217 | UNDETERMINED* | EXHIBIT A |
| 4222 | WOOTEN, JAMES A | 22265 | UNDETERMINED* | EXHIBIT A |
| 4223 | WOOTEN, WATSON O, JR | 22266 | UNDETERMINED* | EXHIBIT A |
| 4224 | WORKMAN, CHARLENE, PR OF THE | 19268 | UNDETERMINED* | EXHIBIT A |
| 4225 | WORRELL, WANDA RAE, PR OF THE | 20218 | UNDETERMINED* | EXHIBIT A |
| 4226 | WOTRING, ROBERT L | 21317 | UNDETERMINED* | EXHIBIT A |
| 4227 | WOZNIAK, PATRICIA C, PR OF THE | 20219 | UNDETERMINED* | EXHIBIT A |
| 4228 | WRAY, GARLAND | 22267 | UNDETERMINED* | EXHIBIT A |
| 4229 | WREN, TYRONE | 22268 | UNDETERMINED* | EXHIBIT A |
| 4230 | WRIGHT, ALLEN E | 22269 | UNDETERMINED* | EXHIBIT A |
| 4231 | WRIGHT, JANETTE | 22270 | UNDETERMINED* | EXHIBIT A |
| 4232 | WRIGHT, JIMMIE L | 22271 | UNDETERMINED* | EXHIBIT A |
| 4233 | WRIGHT, JOSEPH T | 22272 | UNDETERMINED* | EXHIBIT A |
| 4234 | WRIGHT, ROBERT C, SR | 21318 | UNDETERMINED* | EXHIBIT A |
| 4235 | WRIGHT, RONALD L | 22273 | UNDETERMINED* | EXHIBIT A |
| 4236 | WRIGHT, SHIRLEY, PR OF THE | 19201 | UNDETERMINED* | EXHIBIT A |
| 4237 | WRIGHTSON, ARLENE, PR OF THE | 18847 | UNDETERMINED* | EXHIBIT A |
| 4238 | WUNDERER, SUSAN P, PR OF THE | 18897 | UNDETERMINED* | EXHIBIT A |
| 4239 | WURSTER, WILLIAM A, JR | 22274 | UNDETERMINED* | EXHIBIT A |
| 4240 | WYATT, AUDRIA, PR OF THE | 20224 | UNDETERMINED* | EXHIBIT A |
| 4241 | WYATT, NANCY, PR OF THE | 20222 | UNDETERMINED* | EXHIBIT A |
| 4242 | XENOS, ANGELINE, PR OF THE | 20226 | UNDETERMINED* | EXHIBIT A |
| 4243 | YAQUIANT, FRANK D | 21319 | UNDETERMINED* | EXHIBIT A |
| 4244 | YATES, GARY C | 22275 | UNDETERMINED* | EXHIBIT A |
| 4245 | YATES, JOSEPH F | 22276 | UNDETERMINED* | EXHIBIT A |
| 4246 | YELTON, LARRY DOUGLAS, PR OF THE | 20209 | UNDETERMINED* | EXHIBIT A |
| 4247 | YERBY, FERLEY A | 22277 | UNDETERMINED* | EXHIBIT A |
| 4248 | YINGLING, BRIAN D, PR OF THE | 19616 | UNDETERMINED* | EXHIBIT A |
| 4249 | YOCUM, JULIA, PR OF THE | 20014 | UNDETERMINED* | EXHIBIT A |
| 4250 | YODER, GEORGE L, PR OF THE | 19618 | UNDETERMINED* | EXHIBIT A |
| 4251 | YODER, PATTY K, PR OF THE | 19617 | UNDETERMINED* | EXHIBIT A |
| 4252 | YODER, RONALD, PR OF THE | 18755 | UNDETERMINED* | EXHIBIT A |
| 4253 | YORK, DEBORAH L, PR OF THE | 18924 | UNDETERMINED* | EXHIBIT A |
| 4254 | YOUNG, ALMA M, FOR THE | 19619 | UNDETERMINED* | EXHIBIT A |
| 4255 | YOUNG, CHRISTINE P, PR OF THE | 18809 | UNDETERMINED* | EXHIBIT A |
| 4256 | YOUNG, DAVID | 21320 | UNDETERMINED* | EXHIBIT A |
| 4257 | YOUNG, DAWN M | 22278 | UNDETERMINED* | EXHIBIT A |
| 4258 | YOUNG, DINAH L, PR OF THE | 19620 | UNDETERMINED* | EXHIBIT A |
| 4259 | YOUNG, ELLIOTT H | 22279 | UNDETERMINED* | EXHIBIT A |
| 4260 | YOUNG, LINDA K RILEY, PR OF THE | 18336 | UNDETERMINED* | EXHIBIT A |
| 4261 | YOUNG, RAYMOND S | 22280 | UNDETERMINED* | EXHIBIT A |
| 4262 | YOUNG, SAMUEL L | 14123 | UNDETERMINED* | EXHIBIT A |
| 4263 | YOUNGBAR, MILDRED J CEFALONI, PR OF THE | 18523 | UNDETERMINED* | EXHIBIT A |
| 4264 | YOUNT, BRIAN D, SR | 21321 | UNDETERMINED* | EXHIBIT A |
| 4265 | YOURIK, DAVID, PR OF THE | 19621 | UNDETERMINED* | EXHIBIT A |
| 4266 | ZAMBO, ALEXANDER F, JR | 22281 | UNDETERMINED* | EXHIBIT A |
| 4267 | ZANTI, DENNIS J | 22282 | UNDETERMINED* | EXHIBIT A |

| 4268 | ZAPF, EDWARD L | 22283 | UNDETERMINED* | EXHIBIT A |
|------|---------------|-------|---------------|-----------|
| 4269 | ZARRO-WILT, MARGARET, PR OF THE | 19623 | UNDETERMINED* | EXHIBIT A |
| 4270 | ZDON, JOHN | 22284 | UNDETERMINED* | EXHIBIT A |
| 4271 | ZDON, MICHAEL, JR | 22285 | UNDETERMINED* | EXHIBIT A |
| 4272 | ZEIDERS, HERMAN E | 22286 | UNDETERMINED* | EXHIBIT A |
| 4273 | ZEIGMAN, ELSIE JANE, PR OF THE | 19625 | UNDETERMINED* | EXHIBIT A |
| 4274 | ZEILER, STEPHEN V | 22287 | UNDETERMINED* | EXHIBIT A |
| 4275 | ZELENKA, WILLIAM H | 14122 | UNDETERMINED* | EXHIBIT A |
| 4276 | ZELLNER, CHARLES E, JR | 22288 | UNDETERMINED* | EXHIBIT A |
| 4277 | ZETTLE, TERRY, PR OF THE | 19628 | UNDETERMINED* | EXHIBIT A |
| 4278 | ZIEGLER, PHILIP G | 22289 | UNDETERMINED* | EXHIBIT A |
| 4279 | ZIEGLER, RICHARD A | 22290 | UNDETERMINED* | EXHIBIT A |
| 4280 | ZIETHEN, CAROLYN F, PR OF THE | 19629 | UNDETERMINED* | EXHIBIT A |
| 4281 | ZILKA, PATRICIA A, PR OF THE | 18274 | UNDETERMINED* | EXHIBIT A |
| 4282 | ZIMMER, BEVERLY L, PR OF THE | 18571 | UNDETERMINED* | EXHIBIT A |
| 4283 | ZIMMERMAN, FRANK | 22291 | UNDETERMINED* | EXHIBIT A |
| 4284 | ZIMMERMAN, JOHN H, SR | 22292 | UNDETERMINED* | EXHIBIT A |
| 4285 | ZIMMERMAN, LESTER | 22293 | UNDETERMINED* | EXHIBIT A |
| 4286 | ZIMPOULIAS, JOHN, PR OF THE | 19073 | UNDETERMINED* | EXHIBIT A |
| 4287 | ZINKHAN, MARION L | 22294 | UNDETERMINED* | EXHIBIT A |
| 4288 | ZINKHAN, MARION, PR OF THE | 19630 | UNDETERMINED* | EXHIBIT A |
| 4289 | ZINSER, ELIZABETH ROSE, PR OF THE | 19632 | UNDETERMINED* | EXHIBIT A |
| 4290 | ZINSER, JOSEPH P, PR OF THE | 18480 | UNDETERMINED* | EXHIBIT A |
| 4291 | ZINSER, PAUL J | 14121 | UNDETERMINED* | EXHIBIT A |
| 4292 | ZINSER, PAUL J , JR, PR OF THE | 19631 | UNDETERMINED* | EXHIBIT A |
| 4293 | ZINSER, PAUL J, JR | 14246 | UNDETERMINED* | EXHIBIT A |
| 4294 | ZIOLKOWSKI, MILFORD J | 22295 | UNDETERMINED* | EXHIBIT A |
| 4295 | ZITTLE, PAUL J | 22296 | UNDETERMINED* | EXHIBIT A |
| 4296 | ZMARZLEY, VICTOR M, PR OF THE | 19633 | UNDETERMINED* | EXHIBIT A |
| 4297 | ZOGRAFOS, THEOLOGOS | 22297 | UNDETERMINED* | EXHIBIT A |
| 4298 | ZOPPO, MARGARET, PR OF THE | 19635 | UNDETERMINED* | EXHIBIT A |
| 4299 | ZORN, JOSEPH | 22298 | UNDETERMINED* | EXHIBIT A |
| 4300 | ZUBALIK, JOHN, III | 22299 | UNDETERMINED* | EXHIBIT A |
| 4301 | ZUCKERBERG, JOSHUA E, PR OF THE | 18775 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470001

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 3

BAR(23) MAIL ID *** 000194861742 ***



LAW OFFICES OF MICHAEL R. BILBREY PC
8724 PIN OAK ROAD
EDWARDSVILLE, IL  62025

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    steven.serajeddini@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | BELT, REBECCA, INDVIDUALLY AND AS | 13053 | $50,000.00* | EXHIBIT A |
| 2 | BULLINGTON, KATHY, INDVIDUALLY AND AS | 13054 | $50,000.00* | EXHIBIT A |
| 3 | CONKWRIGHT, ANGEL, INDVIDUALLY AND AS | 13055 | $50,000.00* | EXHIBIT A |
| 4 | DAVILA, JASON, INDIVIDUALLY AND AS | 13056 | $50,000.00* | EXHIBIT A |
| 5 | DIXON, MARTHA, INDIVIDUALLY AND AS | 13057 | $50,000.00* | EXHIBIT A |
| 6 | HEINE, STEPHEN | 13058 | $50,000.00* | EXHIBIT A |
| 7 | HERRING, KENNETH | 13059 | $50,000.00* | EXHIBIT A |
| 8 | HERRING, KENNETH, INDIVIDUALLY AND AS | 13060 | $50,000.00* | EXHIBIT A |
| 9 | HERRING, KENNETH, INDIVIDUALLY AND AS | 13061 | $50,000.00* | EXHIBIT A |
| 10 | HOFFMAN, CHARLES, INDIVIDUALLY AND AS | 13062 | $50,000.00* | EXHIBIT A |
| 11 | ISOLINE, ALICE, INDIVIDUALLY AND AS | 13063 | $50,000.00* | EXHIBIT A |
| 12 | JOHNSON, JOSEPH, INDIVIDUALLY AND AS | 13064 | $50,000.00* | EXHIBIT A |
| 13 | LOGEL, BETTYE, INDIVIDUALLY AND AS | 13065 | $50,000.00* | EXHIBIT A |
| 14 | NOBLE, AUDREY, INDIVIDUALLY AND AS | 13052 | $50,000.00* | EXHIBIT A |
| 15 | NULL, ROBERT, JR., INDIVIDUALLY AND AS | 13066 | $50,000.00* | EXHIBIT A |
| 16 | SHEPPARD, MARGIE, INDIVIDUALLY AND AS | 13069 | $50,000.00* | EXHIBIT A |
| 17 | SIZEMORE, LINDA, INDIVIDUALLY AND AS | 13071 | $50,000.00* | EXHIBIT A |
| 18 | SUTTLES, BOYD, INDIVIDUALLY AND AS | 13067 | $50,000.00* | EXHIBIT A |
| 19 | TURNBOW, MARY ANN, INDIVIDUALLY AND AS | 13068 | $50,000.00* | EXHIBIT A |
| 20 | WILLIAMS, ROBERT EARL, INDIVIDUALLY & AS | 13070 | $50,000.00* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470002

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 4

BAR(23) MAIL ID *** 000194861743 ***



BRAYTON PURCELL, LLP
222 RUSH LANDING ROAD
NOVATO, CA  94948-6169

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
steven.serajeddini@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ALEXANDER, JAMES WILLIAM | 15350 | UNDETERMINED* | EXHIBIT A |
| 2 | ANDERS, JACK ERNEST (DECEASED) | 15380 | UNDETERMINED* | EXHIBIT A |
| 3 | ARCHIBEQUE, ILSE | 36728 | UNDETERMINED* | EXHIBIT A |
| 4 | ARCHIBEQUE, ILSE | 36967 | UNDETERMINED* | EXHIBIT A |
| 5 | ARCHIBEQUE, TOMMY F. | 15254 | UNDETERMINED* | EXHIBIT A |
| 6 | BAKER, LOIS ELAINE (DECEASED) | 15293 | UNDETERMINED* | EXHIBIT A |
| 7 | BAKER, RAYMOND WALTER, JR. (DECEASED) | 15283 | UNDETERMINED* | EXHIBIT A |
| 8 | BELCASTRO, BARBRA | 36729 | UNDETERMINED* | EXHIBIT A |
| 9 | BELCASTRO, BARBRA | 36968 | UNDETERMINED* | EXHIBIT A |
| 10 | BELCASTRO, CARL ANTHONY | 15295 | UNDETERMINED* | EXHIBIT A |
| 11 | BELDING, MICHAEL MCBRIDE | 15364 | UNDETERMINED* | EXHIBIT A |
| 12 | BELL, MICHAEL W. | 15273 | UNDETERMINED* | EXHIBIT A |
| 13 | BERGMAN, WILLIAM EARL | 15378 | UNDETERMINED* | EXHIBIT A |
| 14 | BETTIS, ARTHUR L. | 15261 | UNDETERMINED* | EXHIBIT A |
| 15 | BISCEGLIA, MICHAEL J. | 15255 | UNDETERMINED* | EXHIBIT A |
| 16 | BLOK, ADRIAAN JOHAN, JR. (DECEASED) | 15325 | UNDETERMINED* | EXHIBIT A |
| 17 | BONHAM, EDWARD JAMES (DECEASED) | 15393 | UNDETERMINED* | EXHIBIT A |
| 18 | BORGES, RICHARD J. (DECEASED) | 15371 | UNDETERMINED* | EXHIBIT A |
| 19 | BOYKIN, JOE F. | 15416 | UNDETERMINED* | EXHIBIT A |
| 20 | BRADSHAW, JEFFREY DAVID | 15300 | UNDETERMINED* | EXHIBIT A |
| 21 | BREDA, MICHAEL EUGENE | 15341 | UNDETERMINED* | EXHIBIT A |
| 22 | BROWN, DOUGLAS RAY | 15381 | UNDETERMINED* | EXHIBIT A |
| 23 | BROWN, SHARON | 36723 | UNDETERMINED* | EXHIBIT A |
| 24 | BROWN, SHARON | 36969 | UNDETERMINED* | EXHIBIT A |
| 25 | BRUNELLI, LOUIS SAMUEL | 15442 | UNDETERMINED* | EXHIBIT A |
| 26 | BRUNELLI, MARY-ANN | 36707 | UNDETERMINED* | EXHIBIT A |
| 27 | BRUNELLI, MARY-ANN | 36970 | UNDETERMINED* | EXHIBIT A |
| 28 | BURCH, ORA EVERETT | 15415 | UNDETERMINED* | EXHIBIT A |
| 29 | BURDETTE, PAUL LESLIE, JR. | 15345 | UNDETERMINED* | EXHIBIT A |
| 30 | BURKE, PATRICK WILLIAM | 15306 | UNDETERMINED* | EXHIBIT A |
| 31 | BURNETT, JACK V. (DECEASED) | 15322 | UNDETERMINED* | EXHIBIT A |
| 32 | BURNETT, MARCUS V., SR. | 15433 | UNDETERMINED* | EXHIBIT A |
| 33 | BURROUGHS, WILBER STANLEY (DECEASED) | 15411 | UNDETERMINED* | EXHIBIT A |
| 34 | CANTLEY, ROBERT ALISTAIR | 15274 | UNDETERMINED* | EXHIBIT A |
| 35 | CANTRELL, RONALD JAMES | 15264 | UNDETERMINED* | EXHIBIT A |
| 36 | CARGLE, JAMES LARRY | 15435 | UNDETERMINED* | EXHIBIT A |
| 37 | CASTAGNA, LOUIS MILO (DECEASED) | 15434 | UNDETERMINED* | EXHIBIT A |

470003

| 38 | CASTAGNA, NANCY | 36710 | UNDETERMINED* | EXHIBIT A |
| 39 | CASTAGNA, NANCY | 36971 | UNDETERMINED* | EXHIBIT A |
| 40 | CECCACCI, LORRI | 36709 | UNDETERMINED* | EXHIBIT A |
| 41 | CECCACCI, LORRI | 36972 | UNDETERMINED* | EXHIBIT A |
| 42 | CECCACCI, MICHAEL GARY | 15346 | UNDETERMINED* | EXHIBIT A |
| 43 | CHAMPION, JACQUELYN | 36706 | UNDETERMINED* | EXHIBIT A |
| 44 | CHAMPION, JACQUELYN | 36973 | UNDETERMINED* | EXHIBIT A |
| 45 | CHAMPION, PAUL W. | 15436 | UNDETERMINED* | EXHIBIT A |
| 46 | CHAPMAN, RONALD A. | 15379 | UNDETERMINED* | EXHIBIT A |
| 47 | CHAPMAN, THEA | 36726 | UNDETERMINED* | EXHIBIT A |
| 48 | CHAPMAN, THEA | 36974 | UNDETERMINED* | EXHIBIT A |
| 49 | CHURCH, LARRY L. | 15397 | UNDETERMINED* | EXHIBIT A |
| 50 | COLBY, MELVYN J. | 15292 | UNDETERMINED* | EXHIBIT A |
| 51 | COLLIER, KARL WAYNE (DECEASED) | 15249 | UNDETERMINED* | EXHIBIT A |
| 52 | COLLVINS, JAMES H., JR. | 15365 | UNDETERMINED* | EXHIBIT A |
| 53 | CONNOLLY, DARRELL | 31717 | UNDETERMINED* | EXHIBIT A |
| 54 | CORREIA, DOLORES N. (DECEASED) | 15348 | UNDETERMINED* | EXHIBIT A |
| 55 | CORREIA, MANUEL (DECEASED) | 15377 | UNDETERMINED* | EXHIBIT A |
| 56 | COX, CARL J. | 15285 | UNDETERMINED* | EXHIBIT A |
| 57 | COX, CAROL | 36708 | UNDETERMINED* | EXHIBIT A |
| 58 | COX, CAROL | 36975 | UNDETERMINED* | EXHIBIT A |
| 59 | COYLE, JANET | 36727 | UNDETERMINED* | EXHIBIT A |
| 60 | COYLE, JANET | 36976 | UNDETERMINED* | EXHIBIT A |
| 61 | COYLE, RICHARD LEONARD (DECEASED) | 15432 | UNDETERMINED* | EXHIBIT A |
| 62 | CRAGHEAD, DEAN STERLING (DECEASED) | 15353 | UNDETERMINED* | EXHIBIT A |
| 63 | CRULL, ROBERT E. | 15296 | UNDETERMINED* | EXHIBIT A |
| 64 | CURRAN, BARBARA | 36696 | UNDETERMINED* | EXHIBIT A |
| 65 | CURRAN, BARBARA | 36977 | UNDETERMINED* | EXHIBIT A |
| 66 | CURRAN, RICHARD WILLIAM (DECEASED) | 15354 | UNDETERMINED* | EXHIBIT A |
| 67 | DANIELS, DAVID ARNOLD | 15324 | UNDETERMINED* | EXHIBIT A |
| 68 | DAUPHINEE, CLAYTON J., JR. (DECEASED) | 15329 | UNDETERMINED* | EXHIBIT A |
| 69 | DAUZENROTH, GEORGE DAVID (DECEASED) | 15414 | UNDETERMINED* | EXHIBIT A |
| 70 | DAVIS, FRANK EARL, JR. | 15431 | UNDETERMINED* | EXHIBIT A |
| 71 | DAVIS, GILBERT D. (DECEASED) | 15290 | UNDETERMINED* | EXHIBIT A |
| 72 | DAVIS, KAREN | 36694 | UNDETERMINED* | EXHIBIT A |
| 73 | DAVIS, KAREN | 36978 | UNDETERMINED* | EXHIBIT A |
| 74 | DECILLO, MICHAEL JOHN | 15367 | UNDETERMINED* | EXHIBIT A |
| 75 | DELASHMUTT, JAMES DOUGLAS (DECEASED) | 15422 | UNDETERMINED* | EXHIBIT A |
| 76 | DENNIS, JOANNE | 36695 | UNDETERMINED* | EXHIBIT A |
| 77 | DENNIS, JOANNE | 36979 | UNDETERMINED* | EXHIBIT A |
| 78 | DENNIS, WILLIAM RUSSELL (DECEASED) | 15267 | UNDETERMINED* | EXHIBIT A |
| 79 | DIXSON, KENNETH EDWARD | 15266 | UNDETERMINED* | EXHIBIT A |
| 80 | DIXSON, LINDA | 36693 | UNDETERMINED* | EXHIBIT A |
| 81 | DIXSON, LINDA | 36980 | UNDETERMINED* | EXHIBIT A |
| 82 | DORRIS, BARBARA (DECEASED) | 15427 | UNDETERMINED* | EXHIBIT A |
| 83 | DORRIS, JAMES DEREL | 15389 | UNDETERMINED* | EXHIBIT A |
| 84 | DRAGER, WAYNE C. | 15441 | UNDETERMINED* | EXHIBIT A |

470003

| 85 | DRAHA, HENRYKA | 36725 | UNDETERMINED* | EXHIBIT A |
| 86 | DRAHA, HENRYKA | 36981 | UNDETERMINED* | EXHIBIT A |
| 87 | DRAHA, VRATISLAV | 15418 | UNDETERMINED* | EXHIBIT A |
| 88 | DURHAM, JACK L. (DECEASED) | 15362 | UNDETERMINED* | EXHIBIT A |
| 89 | ELLIS, JAMES H. JR. | 15408 | UNDETERMINED* | EXHIBIT A |
| 90 | ENGSTROM, MARILYN | 36724 | UNDETERMINED* | EXHIBIT A |
| 91 | ENGSTROM, MARILYN | 37092 | UNDETERMINED* | EXHIBIT A |
| 92 | ENGSTROM, THOMAS JAY | 15277 | UNDETERMINED* | EXHIBIT A |
| 93 | ENTRIKEN, DENNIS D. | 15251 | UNDETERMINED* | EXHIBIT A |
| 94 | EVANS, JERRY DUANE, SR. (DECEASED) | 15374 | UNDETERMINED* | EXHIBIT A |
| 95 | FOLEY, RONALD (DECEASED) | 15401 | UNDETERMINED* | EXHIBIT A |
| 96 | FONKEN, ROGER W. | 15319 | UNDETERMINED* | EXHIBIT A |
| 97 | FOTI, FERENE M. | 15375 | UNDETERMINED* | EXHIBIT A |
| 98 | FREITAS, LOUIS R. | 15256 | UNDETERMINED* | EXHIBIT A |
| 99 | GARRITANO, ROBERT A. | 15276 | UNDETERMINED* | EXHIBIT A |
| 100 | GASNER, LEO HENRY | 15450 | UNDETERMINED* | EXHIBIT A |
| 101 | GASNER, LINDA | 36697 | UNDETERMINED* | EXHIBIT A |
| 102 | GASNER, LINDA | 37091 | UNDETERMINED* | EXHIBIT A |
| 103 | GEORGE, BETTI | 36705 | UNDETERMINED* | EXHIBIT A |
| 104 | GEORGE, BETTI | 37090 | UNDETERMINED* | EXHIBIT A |
| 105 | GEORGE, CARL SHELBY | 15445 | UNDETERMINED* | EXHIBIT A |
| 106 | GOETTSCH, JAMES M. (DECEASED) | 15316 | UNDETERMINED* | EXHIBIT A |
| 107 | GOLDEN, VANCE | 15382 | UNDETERMINED* | EXHIBIT A |
| 108 | GONZALES, KATHY | 36704 | UNDETERMINED* | EXHIBIT A |
| 109 | GONZALES, KATHY | 37089 | UNDETERMINED* | EXHIBIT A |
| 110 | GONZALES, PATRICK C. | 15426 | UNDETERMINED* | EXHIBIT A |
| 111 | GREEN, RICHARD LANE | 15361 | UNDETERMINED* | EXHIBIT A |
| 112 | GROOMBRIDGE, LESLIE B. | 15321 | UNDETERMINED* | EXHIBIT A |
| 113 | GUZMAN, GARY L. | 15257 | UNDETERMINED* | EXHIBIT A |
| 114 | GUZMAN, MARGARITA | 36686 | UNDETERMINED* | EXHIBIT A |
| 115 | GUZMAN, MARGARITA | 37088 | UNDETERMINED* | EXHIBIT A |
| 116 | GUZMAN, RUDOLPH ARTURA, II | 15269 | UNDETERMINED* | EXHIBIT A |
| 117 | HALL, LOUIS NEBANK | 15271 | UNDETERMINED* | EXHIBIT A |
| 118 | HALL, VIRGINIA | 36688 | UNDETERMINED* | EXHIBIT A |
| 119 | HALL, VIRGINIA | 37087 | UNDETERMINED* | EXHIBIT A |
| 120 | HARBISON, KENNETH LEE | 15429 | UNDETERMINED* | EXHIBIT A |
| 121 | HARKIN, JAMES | 15334 | UNDETERMINED* | EXHIBIT A |
| 122 | HARRIS, DANNY R., SR. | 15369 | UNDETERMINED* | EXHIBIT A |
| 123 | HARRIS, MARY | 36731 | UNDETERMINED* | EXHIBIT A |
| 124 | HARRIS, MARY | 37086 | UNDETERMINED* | EXHIBIT A |
| 125 | HARTMANN, LEON, JR. | 15355 | UNDETERMINED* | EXHIBIT A |
| 126 | HAYES, DEBBIE | 36730 | UNDETERMINED* | EXHIBIT A |
| 127 | HAYES, DEBBIE | 37085 | UNDETERMINED* | EXHIBIT A |
| 128 | HAYES, GERALD L. | 15258 | UNDETERMINED* | EXHIBIT A |
| 129 | HECKET, HARRY HENRY (DECEASED) | 15268 | UNDETERMINED* | EXHIBIT A |
| 130 | HENDERSON, HOWARD LEWIS (DECEASED) | 15366 | UNDETERMINED* | EXHIBIT A |
| 131 | HENLEY, CARMEN | 36720 | UNDETERMINED* | EXHIBIT A |

| 132 | HENLEY, CARMEN | 37084 | UNDETERMINED* | EXHIBIT A |
| 133 | HENLEY, DAVID L. (DECEASED) | 15328 | UNDETERMINED* | EXHIBIT A |
| 134 | HENSLEY, DANNY BRUCE | 15453 | UNDETERMINED* | EXHIBIT A |
| 135 | HINTON, LYNN (DECEASED) | 15250 | UNDETERMINED* | EXHIBIT A |
| 136 | HUDSON, CARL NEWTON (DECEASED) | 15388 | UNDETERMINED* | EXHIBIT A |
| 137 | HUFF, THOMAS JERRY | 15440 | UNDETERMINED* | EXHIBIT A |
| 138 | HUGHES, SHARON | 36721 | UNDETERMINED* | EXHIBIT A |
| 139 | HUGHES, SHARON | 37083 | UNDETERMINED* | EXHIBIT A |
| 140 | HUGHES, SHARON LEE | 15373 | UNDETERMINED* | EXHIBIT A |
| 141 | INCHAUSPE, GREGORY (DECEASED) | 15405 | UNDETERMINED* | EXHIBIT A |
| 142 | IVANOFF, GEORGE STEVEN | 15400 | UNDETERMINED* | EXHIBIT A |
| 143 | IZATT, BRUCE B. | 15352 | UNDETERMINED* | EXHIBIT A |
| 144 | JARRATT, DOUGLAS MITCHELL | 15253 | UNDETERMINED* | EXHIBIT A |
| 145 | JEANS, CHARLES RANDALL, SR. (DECEASED) | 15395 | UNDETERMINED* | EXHIBIT A |
| 146 | JENN, DONALD J. | 15340 | UNDETERMINED* | EXHIBIT A |
| 147 | KALE, DONNA | 36722 | UNDETERMINED* | EXHIBIT A |
| 148 | KALE, DONNA | 37082 | UNDETERMINED* | EXHIBIT A |
| 149 | KALE, ULRICH L. (DECEASED) | 15368 | UNDETERMINED* | EXHIBIT A |
| 150 | KEARNEY, ALLENE | 36692 | UNDETERMINED* | EXHIBIT A |
| 151 | KEARNEY, ALLENE | 37081 | UNDETERMINED* | EXHIBIT A |
| 152 | KEARNEY, JAMES PATRICK (DECEASED) | 15438 | UNDETERMINED* | EXHIBIT A |
| 153 | KEARNEY, PAUL A. | 15444 | UNDETERMINED* | EXHIBIT A |
| 154 | KELL, MICHAEL ANDREW | 15282 | UNDETERMINED* | EXHIBIT A |
| 155 | KIDDER, DONNELL | 15344 | UNDETERMINED* | EXHIBIT A |
| 156 | KIRBY, DOROTHY | 36689 | UNDETERMINED* | EXHIBIT A |
| 157 | KIRBY, DOROTHY | 37080 | UNDETERMINED* | EXHIBIT A |
| 158 | KIRBY, HAROLD LEE (DECEASED) | 15308 | UNDETERMINED* | EXHIBIT A |
| 159 | KLOSTER, KENNETH M. | 15357 | UNDETERMINED* | EXHIBIT A |
| 160 | KNIPPERS, CHARLES DOUGLAS (DECEASED) | 15320 | UNDETERMINED* | EXHIBIT A |
| 161 | KUKLINSKI, CAROLYN | 36627 | UNDETERMINED* | EXHIBIT A |
| 162 | KUKLINSKI, CAROLYN | 36687 | UNDETERMINED* | EXHIBIT A |
| 163 | KUKLINSKI, CAROLYN | 36702 | UNDETERMINED* | EXHIBIT A |
| 164 | KUKLINSKI, CAROLYN | 37079 | UNDETERMINED* | EXHIBIT A |
| 165 | KUKLINSKI, JOHN VICTOR | 15305 | UNDETERMINED* | EXHIBIT A |
| 166 | LAFEVER, DANNY | 15413 | UNDETERMINED* | EXHIBIT A |
| 167 | LEBLANC, BETSY | 36637 | UNDETERMINED* | EXHIBIT A |
| 168 | LEBLANC, BETSY | 36703 | UNDETERMINED* | EXHIBIT A |
| 169 | LEBLANC, BETSY | 37078 | UNDETERMINED* | EXHIBIT A |
| 170 | LEBLANC, DONALD P. | 15304 | UNDETERMINED* | EXHIBIT A |
| 171 | LEE, RODNEY WALLACE (DECEASED) | 15349 | UNDETERMINED* | EXHIBIT A |
| 172 | LEE, SANDRA | 36628 | UNDETERMINED* | EXHIBIT A |
| 173 | LEE, SANDRA | 36700 | UNDETERMINED* | EXHIBIT A |
| 174 | LEE, SANDRA | 37077 | UNDETERMINED* | EXHIBIT A |
| 175 | LEWIS, ELAINE | 36626 | UNDETERMINED* | EXHIBIT A |
| 176 | LEWIS, ELAINE | 36701 | UNDETERMINED* | EXHIBIT A |
| 177 | LEWIS, ELAINE | 37019 | UNDETERMINED* | EXHIBIT A |
| 178 | LEWIS, LORIN FRANKLIN, JR. (DECEASED) | 15407 | UNDETERMINED* | EXHIBIT A |

470003

| 179 | LONDENE, MARVIN | 15448 | UNDETERMINED* | EXHIBIT A |
|-----|-----------------|-------|---------------|-----------|
| 180 | LOPEZ, ANTHONY JOSEPH | 15398 | UNDETERMINED* | EXHIBIT A |
| 181 | LOVETT, CONNIE FAYE (DECEASED) | 15452 | UNDETERMINED* | EXHIBIT A |
| 182 | LOVETT, ROBERT | 36699 | UNDETERMINED* | EXHIBIT A |
| 183 | LOVETT, ROBERT | 36717 | UNDETERMINED* | EXHIBIT A |
| 184 | LOVETT, ROBERT | 37020 | UNDETERMINED* | EXHIBIT A |
| 185 | LOWRY, ROBERT L. | 15396 | UNDETERMINED* | EXHIBIT A |
| 186 | MALEK, LUIS ENRIQUE | 15363 | UNDETERMINED* | EXHIBIT A |
| 187 | MANWILL, DARLENE | 36698 | UNDETERMINED* | EXHIBIT A |
| 188 | MANWILL, DARLENE | 36716 | UNDETERMINED* | EXHIBIT A |
| 189 | MANWILL, DARLENE | 37021 | UNDETERMINED* | EXHIBIT A |
| 190 | MANWILL, MONTE REX | 15351 | UNDETERMINED* | EXHIBIT A |
| 191 | MARAS, VLADO | 15339 | UNDETERMINED* | EXHIBIT A |
| 192 | MARSHALL, ARLENE | 36690 | UNDETERMINED* | EXHIBIT A |
| 193 | MARSHALL, ARLENE | 36713 | UNDETERMINED* | EXHIBIT A |
| 194 | MARSHALL, ARLENE | 37022 | UNDETERMINED* | EXHIBIT A |
| 195 | MARSHALL, DARLD H. | 15391 | UNDETERMINED* | EXHIBIT A |
| 196 | MARTIN, BETTY | 36691 | UNDETERMINED* | EXHIBIT A |
| 197 | MARTIN, BETTY | 36712 | UNDETERMINED* | EXHIBIT A |
| 198 | MARTIN, BETTY | 37023 | UNDETERMINED* | EXHIBIT A |
| 199 | MARTIN, WALTER J., JR. (DECEASED) | 15386 | UNDETERMINED* | EXHIBIT A |
| 200 | MARTINEZ, RICHARD DEAN (DECEASED) | 15437 | UNDETERMINED* | EXHIBIT A |
| 201 | MCCLURE, JOHN C. (DECEASED) | 15425 | UNDETERMINED* | EXHIBIT A |
| 202 | MCCLURE, SHIRLEY A. (DECEASED) | 15403 | UNDETERMINED* | EXHIBIT A |
| 203 | MCCUE, MARGARET | 36711 | UNDETERMINED* | EXHIBIT A |
| 204 | MCCUE, MARGARET | 37024 | UNDETERMINED* | EXHIBIT A |
| 205 | MCCUE, STANLEY MAX (DECEASED) | 15439 | UNDETERMINED* | EXHIBIT A |
| 206 | MCHENRY, CHARLIE, JR. (DECEASED) | 15288 | UNDETERMINED* | EXHIBIT A |
| 207 | MCLANE, WILLIAM BARNES (DECEASED) | 15294 | UNDETERMINED* | EXHIBIT A |
| 208 | MERRIMAN, JACK L. | 15259 | UNDETERMINED* | EXHIBIT A |
| 209 | MERRIMAN, LESLIE | 36638 | UNDETERMINED* | EXHIBIT A |
| 210 | MERRIMAN, LESLIE | 37025 | UNDETERMINED* | EXHIBIT A |
| 211 | MICHALSKI, EDWARD A. | 15331 | UNDETERMINED* | EXHIBIT A |
| 212 | MILLER, ALBERT R. (DECEASED) | 15330 | UNDETERMINED* | EXHIBIT A |
| 213 | MOTYLEWSKI, LES E. | 15420 | UNDETERMINED* | EXHIBIT A |
| 214 | NEIMEYER, VICKIE | 36629 | UNDETERMINED* | EXHIBIT A |
| 215 | NEIMEYER, VICKIE | 37026 | UNDETERMINED* | EXHIBIT A |
| 216 | NELSON, DONALD CHRIS | 15343 | UNDETERMINED* | EXHIBIT A |
| 217 | NELSON, JAMES STANLEY | 15301 | UNDETERMINED* | EXHIBIT A |
| 218 | NEWBORN, FLOYD | 15358 | UNDETERMINED* | EXHIBIT A |
| 219 | NEWMAN, ROBERT A. | 15347 | UNDETERMINED* | EXHIBIT A |
| 220 | NICODEMUS, JIMMIE D. | 15447 | UNDETERMINED* | EXHIBIT A |
| 221 | NIEMEYER, CRAIG A. | 15417 | UNDETERMINED* | EXHIBIT A |
| 222 | NORRIS, KENNETH WALTER (DECEASED) | 15410 | UNDETERMINED* | EXHIBIT A |
| 223 | NORRIS, RONN | 15281 | UNDETERMINED* | EXHIBIT A |
| 224 | OSGOOD, PAUL (DECEASED) | 15376 | UNDETERMINED* | EXHIBIT A |
| 225 | OWENS, RONALD LEE (DECEASED) | 15449 | UNDETERMINED* | EXHIBIT A |

| 226 | PACHECO, ORACIO P. (DECEASED) | 15303 | UNDETERMINED* | EXHIBIT A |
|-----|-------------------------------|-------|---------------|-----------|
| 227 | PARKER, JOHN THOMAS | 15280 | UNDETERMINED* | EXHIBIT A |
| 228 | PEDERSON, ALLEN J. | 15312 | UNDETERMINED* | EXHIBIT A |
| 229 | PEDERSON, DANNETTE | 36640 | UNDETERMINED* | EXHIBIT A |
| 230 | PEDERSON, DANNETTE | 37027 | UNDETERMINED* | EXHIBIT A |
| 231 | PETERSON, STEVEN L. | 15298 | UNDETERMINED* | EXHIBIT A |
| 232 | PHILLIPS, RICHARD | 15454 | UNDETERMINED* | EXHIBIT A |
| 233 | PIKE, AUBREY M. | 15338 | UNDETERMINED* | EXHIBIT A |
| 234 | PIKE, SHARON | 36639 | UNDETERMINED* | EXHIBIT A |
| 235 | PIKE, SHARON | 37028 | UNDETERMINED* | EXHIBIT A |
| 236 | POLK, JAMES K. (DECEASED) | 15332 | UNDETERMINED* | EXHIBIT A |
| 237 | POST, NATHAN VICTOR (DECEASED) | 15384 | UNDETERMINED* | EXHIBIT A |
| 238 | POTTER, RAYMOND C. | 15390 | UNDETERMINED* | EXHIBIT A |
| 239 | PRICE, CLINTON E. (DECEASED) | 15404 | UNDETERMINED* | EXHIBIT A |
| 240 | PULIS, LYNETTE JOANNE (DECEASED) | 15342 | UNDETERMINED* | EXHIBIT A |
| 241 | PYLE, DAVID G. | 15260 | UNDETERMINED* | EXHIBIT A |
| 242 | PYLE, LILIANE | 36631 | UNDETERMINED* | EXHIBIT A |
| 243 | PYLE, LILIANE | 37029 | UNDETERMINED* | EXHIBIT A |
| 244 | RAFFERTY, LAWRENCE EDWARD (DECEASED) | 15387 | UNDETERMINED* | EXHIBIT A |
| 245 | RAFFERTY, SHIRLEY | 36632 | UNDETERMINED* | EXHIBIT A |
| 246 | RAFFERTY, SHIRLEY | 37030 | UNDETERMINED* | EXHIBIT A |
| 247 | RAMSEY, CARL O. | 15318 | UNDETERMINED* | EXHIBIT A |
| 248 | RANSDELL, CARL ARTHUR (DECEASED) | 15272 | UNDETERMINED* | EXHIBIT A |
| 249 | RANSDELL, MERLENE | 36630 | UNDETERMINED* | EXHIBIT A |
| 250 | RANSDELL, MERLENE | 37031 | UNDETERMINED* | EXHIBIT A |
| 251 | RATHBUN, TIMOTHY D. (DECEASED) | 15412 | UNDETERMINED* | EXHIBIT A |
| 252 | REID, JOHN WILLARD (DECEASED) | 15394 | UNDETERMINED* | EXHIBIT A |
| 253 | RICHARDSON, ORMAN L. (DECEASED) | 15265 | UNDETERMINED* | EXHIBIT A |
| 254 | ROANHORSE, HERMAN | 15337 | UNDETERMINED* | EXHIBIT A |
| 255 | ROANHORSE, SHARON | 36715 | UNDETERMINED* | EXHIBIT A |
| 256 | ROANHORSE, SHARON | 37032 | UNDETERMINED* | EXHIBIT A |
| 257 | ROBERTSON, DORIS | 36714 | UNDETERMINED* | EXHIBIT A |
| 258 | ROBERTSON, DORIS | 37033 | UNDETERMINED* | EXHIBIT A |
| 259 | ROBERTSON, LARRY AUBREY (DECEASED) | 15443 | UNDETERMINED* | EXHIBIT A |
| 260 | ROBLES, ARTURO M., SR. (DECEASED) | 15323 | UNDETERMINED* | EXHIBIT A |
| 261 | ROBLES, DELFINA | 36635 | UNDETERMINED* | EXHIBIT A |
| 262 | ROBLES, DELFINA | 37034 | UNDETERMINED* | EXHIBIT A |
| 263 | ROGERS, HAROLD JAMES (DECEASED) | 15287 | UNDETERMINED* | EXHIBIT A |
| 264 | SAAVEDRA, ANTHONY JOSE | 15336 | UNDETERMINED* | EXHIBIT A |
| 265 | SABOL, MICHAEL BERNARD, JR. | 15424 | UNDETERMINED* | EXHIBIT A |
| 266 | SAMMER, LEROY MARTIN (DECEASED) | 15284 | UNDETERMINED* | EXHIBIT A |
| 267 | SAMMER, MARTHA | 36633 | UNDETERMINED* | EXHIBIT A |
| 268 | SAMMER, MARTHA | 37035 | UNDETERMINED* | EXHIBIT A |
| 269 | SARVER, CHARLES W., III | 15409 | UNDETERMINED* | EXHIBIT A |
| 270 | SCARBOROUGH, STANLEY (DECEASED) | 15248 | UNDETERMINED* | EXHIBIT A |
| 271 | SCHNEIDER, FELIX ROBERT, JR. (DECEASED) | 15263 | UNDETERMINED* | EXHIBIT A |
| 272 | SCHNURBUSCH, ROBERT HARRY, SR (DECEASED) | 15286 | UNDETERMINED* | EXHIBIT A |

| 273 | SCHULLERY, LEONARD J. (DECEASED) | 15385 | UNDETERMINED* | EXHIBIT A |
| 274 | SHELDON, ROGER B. (DECEASED) | 15326 | UNDETERMINED* | EXHIBIT A |
| 275 | SIMPSON, CAROLINE | 36636 | UNDETERMINED* | EXHIBIT A |
| 276 | SIMPSON, CAROLINE | 37036 | UNDETERMINED* | EXHIBIT A |
| 277 | SIMPSON, EDGAR THOMAS (DECEASED) | 15302 | UNDETERMINED* | EXHIBIT A |
| 278 | SMITH, JUDITH A. | 15262 | UNDETERMINED* | EXHIBIT A |
| 279 | SMITH, WILSON LAMONT | 15451 | UNDETERMINED* | EXHIBIT A |
| 280 | SNOW, TYRONE | 15335 | UNDETERMINED* | EXHIBIT A |
| 281 | SPIERING, CLARE D. (DECEASED) | 15309 | UNDETERMINED* | EXHIBIT A |
| 282 | STARNES, HERMAN GERALD (DECEASED) | 15299 | UNDETERMINED* | EXHIBIT A |
| 283 | STEWART, CRAIG L. | 15359 | UNDETERMINED* | EXHIBIT A |
| 284 | STONE, DEREK J. (DECEASED) | 15370 | UNDETERMINED* | EXHIBIT A |
| 285 | SUTTON, DENNIS LEA (DECEASED) | 15275 | UNDETERMINED* | EXHIBIT A |
| 286 | SWARTZ, FRANCES | 36634 | UNDETERMINED* | EXHIBIT A |
| 287 | SWARTZ, FRANCES | 37037 | UNDETERMINED* | EXHIBIT A |
| 288 | SWARTZ, GLEN KEITH | 15419 | UNDETERMINED* | EXHIBIT A |
| 289 | SYLVIA, EDWARD F. | 15446 | UNDETERMINED* | EXHIBIT A |
| 290 | SYLVIA, JANET | 36776 | UNDETERMINED* | EXHIBIT A |
| 291 | SYLVIA, JANET | 37038 | UNDETERMINED* | EXHIBIT A |
| 292 | TALBERT, MARY | 36775 | UNDETERMINED* | EXHIBIT A |
| 293 | TALBERT, MARY | 37039 | UNDETERMINED* | EXHIBIT A |
| 294 | TALBERT, WALTER EMERSON (DECEASED) | 15310 | UNDETERMINED* | EXHIBIT A |
| 295 | TALBOT, LYLE L. | 15423 | UNDETERMINED* | EXHIBIT A |
| 296 | TEEPLES, GARTH A. (DECEASED) | 15315 | UNDETERMINED* | EXHIBIT A |
| 297 | TEEPLES, JUANITA | 36773 | UNDETERMINED* | EXHIBIT A |
| 298 | TEEPLES, JUANITA | 37040 | UNDETERMINED* | EXHIBIT A |
| 299 | TESSENEER, MICHAEL DAVID, SR. (DECEASED) | 15311 | UNDETERMINED* | EXHIBIT A |
| 300 | TINER, GLEN MARION | 15279 | UNDETERMINED* | EXHIBIT A |
| 301 | TREADWAY, CHARLES THOMAS, SR. (DECEASED) | 15402 | UNDETERMINED* | EXHIBIT A |
| 302 | TREOPAN, NICOLAE (DECEASED) | 15297 | UNDETERMINED* | EXHIBIT A |
| 303 | TURLEY, CAROLE | 36774 | UNDETERMINED* | EXHIBIT A |
| 304 | TURLEY, CAROLE | 37041 | UNDETERMINED* | EXHIBIT A |
| 305 | TURLEY, DARRELL WADE | 15313 | UNDETERMINED* | EXHIBIT A |
| 306 | TURLEY, JERRY R. | 15289 | UNDETERMINED* | EXHIBIT A |
| 307 | TURLEY, WARREN AUSTIN | 15278 | UNDETERMINED* | EXHIBIT A |
| 308 | VETSCH, DEETTE | 36771 | UNDETERMINED* | EXHIBIT A |
| 309 | VETSCH, DEETTE | 37042 | UNDETERMINED* | EXHIBIT A |
| 310 | VETSCH, JOHN ANDREW | 15421 | UNDETERMINED* | EXHIBIT A |
| 311 | VIA, DONNIE E. | 15360 | UNDETERMINED* | EXHIBIT A |
| 312 | VIA, MARLA | 36772 | UNDETERMINED* | EXHIBIT A |
| 313 | VIA, MARLA | 37043 | UNDETERMINED* | EXHIBIT A |
| 314 | WALSH, JEFFREY FRANCIS, JR. (DECEASED) | 15383 | UNDETERMINED* | EXHIBIT A |
| 315 | WARNER, RALPH ALLEN (DECEASED) | 15314 | UNDETERMINED* | EXHIBIT A |
| 316 | WATKINS, ROBERT M. | 15270 | UNDETERMINED* | EXHIBIT A |
| 317 | WATSON, ADDIS F. | 15392 | UNDETERMINED* | EXHIBIT A |
| 318 | WATSON, THOMAS LEE | 15327 | UNDETERMINED* | EXHIBIT A |
| 319 | WELCH, LLOYD R. | 15252 | UNDETERMINED* | EXHIBIT A |

| 320 | WESTBROOK, MARLENE | 36779 | UNDETERMINED* | EXHIBIT A |
| 321 | WESTBROOK, MARLENE | 37044 | UNDETERMINED* | EXHIBIT A |
| 322 | WESTBROOK, PAUL HOSMER (DECEASED) | 15428 | UNDETERMINED* | EXHIBIT A |
| 323 | WEYBURN, JOHN WALTER | 15372 | UNDETERMINED* | EXHIBIT A |
| 324 | WEYBURN, LINDA | 36778 | UNDETERMINED* | EXHIBIT A |
| 325 | WEYBURN, LINDA | 37045 | UNDETERMINED* | EXHIBIT A |
| 326 | WHALEN, ROBERT JOSEPH (DECEASED) | 15333 | UNDETERMINED* | EXHIBIT A |
| 327 | WILDONER, ROBERT CARLAND | 15356 | UNDETERMINED* | EXHIBIT A |
| 328 | WILSON, DANIEL EVERETT, SR. (DECEASED) | 15291 | UNDETERMINED* | EXHIBIT A |
| 329 | WINDHAM, STEPHEN MARK | 15430 | UNDETERMINED* | EXHIBIT A |
| 330 | WINTER, GEORGE CHARLES, JR. (DECEASED) | 15399 | UNDETERMINED* | EXHIBIT A |
| 331 | WRIGHT, SHARON GAIL | 15406 | UNDETERMINED* | EXHIBIT A |
| 332 | WYRICK, BILLY R. | 15307 | UNDETERMINED* | EXHIBIT A |
| 333 | WYRICK, JOAN | 36777 | UNDETERMINED* | EXHIBIT A |
| 334 | WYRICK, JOAN | 37076 | UNDETERMINED* | EXHIBIT A |
| 335 | YOULDEN, JOHN H. | 15317 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.



**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 5

BAR(23) MAIL ID *** 000194861744 ***



COOPER HART LEGGIERO & WHITEHEAD
(FORMERLY THE DAVID LAW FIRM)
2202 TIMBERLOCH PLACE, SUITE 200
THE WOODLANDS, TX  77380

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

Group ID: 4; 470004

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | AYERS, JOANN H. DECEASED | 32365 | UNDETERMINED* | EXHIBIT A |
| 2 | BAHR, JENNIE DECEASED | 32412 | UNDETERMINED* | EXHIBIT A |
| 3 | BANERJEE, DEEPAK DECEASED | 32391 | UNDETERMINED* | EXHIBIT A |
| 4 | BARNEY, IVAN M. | 32406 | UNDETERMINED* | EXHIBIT A |
| 5 | BERO, DAVID G. | 32368 | UNDETERMINED* | EXHIBIT A |
| 6 | BEST, ERNEST H. DECEASED | 32371 | UNDETERMINED* | EXHIBIT A |
| 7 | BICKWERMERT, JOSEPH E. | 32409 | UNDETERMINED* | EXHIBIT A |
| 8 | BIGGS, DAVID O. | 32392 | UNDETERMINED* | EXHIBIT A |
| 9 | BOWEN, TOMMIE E. DECEASED | 32370 | UNDETERMINED* | EXHIBIT A |
| 10 | BRAUN, REINHOLD HERBERT DECEASED | 32350 | UNDETERMINED* | EXHIBIT A |
| 11 | BRINK, RICHARD L. DECEASED | 32449 | UNDETERMINED* | EXHIBIT A |
| 12 | CALHOUN, CYRUS C. DECEASED | 32369 | UNDETERMINED* | EXHIBIT A |
| 13 | CAMPBELL, BRENDA K. DECEASED | 32441 | UNDETERMINED* | EXHIBIT A |
| 14 | CANFIELD, WILLIAM DAVID | 32426 | UNDETERMINED* | EXHIBIT A |
| 15 | CAPPS, CAROLYN S. DECEASED | 32367 | UNDETERMINED* | EXHIBIT A |
| 16 | CARD, DIANNE E. DECEASED | 32397 | UNDETERMINED* | EXHIBIT A |
| 17 | CARTER, WILLIE L. | 32408 | UNDETERMINED* | EXHIBIT A |
| 18 | CASTILLO, CECILIA DECEASED | 32448 | UNDETERMINED* | EXHIBIT A |
| 19 | CHAMPAGNE, JAREL J. DECEASED | 32393 | UNDETERMINED* | EXHIBIT A |
| 20 | CIANFLONE, JOSEPH A. DECEASED | 32353 | UNDETERMINED* | EXHIBIT A |
| 21 | CLARK, FAYE E. | 32383 | UNDETERMINED* | EXHIBIT A |
| 22 | CODY, JAMES E. DECEASED | 32382 | UNDETERMINED* | EXHIBIT A |
| 23 | COLLEY, REBECCA S. | 32416 | UNDETERMINED* | EXHIBIT A |
| 24 | COX, MICHELLE R. DECEASED | 32398 | UNDETERMINED* | EXHIBIT A |
| 25 | CREGHAN, ISABELL A. DECEASED | 32442 | UNDETERMINED* | EXHIBIT A |
| 26 | CZEPOWSKI, RAYMOND S. | 32361 | UNDETERMINED* | EXHIBIT A |
| 27 | DAHL, DARRELL G. DECEASED | 32381 | UNDETERMINED* | EXHIBIT A |
| 28 | DANIELS, MORRIS R. | 32344 | UNDETERMINED* | EXHIBIT A |
| 29 | DANIELS, MORRIS R. | 32415 | UNDETERMINED* | EXHIBIT A |
| 30 | EARVOLINO, LOUIS P. | 32380 | UNDETERMINED* | EXHIBIT A |
| 31 | ELLIS, ROGER S. DECEASED | 32390 | UNDETERMINED* | EXHIBIT A |
| 32 | EXLINE, JIMMY L. | 32379 | UNDETERMINED* | EXHIBIT A |
| 33 | FEAZELL, PAUL J. DECEASED | 32378 | UNDETERMINED* | EXHIBIT A |
| 34 | FLEMING, JOAN SYVONNE DECEASED | 32354 | UNDETERMINED* | EXHIBIT A |
| 35 | FLEMING, THOMAS H. DECEASED | 32389 | UNDETERMINED* | EXHIBIT A |
| 36 | FOLSOM, DANIEL H. DECEASED | 32366 | UNDETERMINED* | EXHIBIT A |
| 37 | FRANKLIN, MONTY J. DECEASED | 32439 | UNDETERMINED* | EXHIBIT A |

| 38 | FREEMAN, ROBERT F. | 32377 | UNDETERMINED* | EXHIBIT A |
|----|----|----|----|----|
| 39 | GATTIS, RONALD E. | 32431 | UNDETERMINED* | EXHIBIT A |
| 40 | GREGORY, JANET B. DECEASED | 32388 | UNDETERMINED* | EXHIBIT A |
| 41 | HALLBERG, ARTHUR | 32414 | UNDETERMINED* | EXHIBIT A |
| 42 | HARRINGTON, RALEIGH | 32376 | UNDETERMINED* | EXHIBIT A |
| 43 | HARVEY, DENNIS W. DECEASED | 32349 | UNDETERMINED* | EXHIBIT A |
| 44 | HATCH, JOHN C. DECEASED | 32440 | UNDETERMINED* | EXHIBIT A |
| 45 | HEYCOCK, PHILIP W. DECEASED | 32387 | UNDETERMINED* | EXHIBIT A |
| 46 | HILL, ROBERT S. DECEASED | 32346 | UNDETERMINED* | EXHIBIT A |
| 47 | HOLDER, HAROLD TAYLOR DECEASED | 32362 | UNDETERMINED* | EXHIBIT A |
| 48 | HUGUET, RONALD J. DECEASED | 32386 | UNDETERMINED* | EXHIBIT A |
| 49 | INNERARITY, BOYCE EMILE | 32345 | UNDETERMINED* | EXHIBIT A |
| 50 | ITZEN, CHARLES L. DECEASED | 32363 | UNDETERMINED* | EXHIBIT A |
| 51 | JONES, CYNTHIA W. DECEASED | 32385 | UNDETERMINED* | EXHIBIT A |
| 52 | KELLY, LINDA K. DECEASED | 32384 | UNDETERMINED* | EXHIBIT A |
| 53 | KNIGHT, DAMON R. DECEASED | 32438 | UNDETERMINED* | EXHIBIT A |
| 54 | KOSCIUK, CLAUDETTE M. | 32417 | UNDETERMINED* | EXHIBIT A |
| 55 | KOTTER, KARL K. DECEASED | 32360 | UNDETERMINED* | EXHIBIT A |
| 56 | LONG, ROBERT F. DECEASED | 32437 | UNDETERMINED* | EXHIBIT A |
| 57 | LORIMOR, THERON | 32423 | UNDETERMINED* | EXHIBIT A |
| 58 | MALLICK, THEODORE R. | 32428 | UNDETERMINED* | EXHIBIT A |
| 59 | MARTINEZ, LEONARD A. | 32422 | UNDETERMINED* | EXHIBIT A |
| 60 | MAULT, TIMOTHY A. DECEASED | 32435 | UNDETERMINED* | EXHIBIT A |
| 61 | MCCLAIN, TERRY D. | 32418 | UNDETERMINED* | EXHIBIT A |
| 62 | MCCORMICK, LOWELL R. DECEASED | 32364 | UNDETERMINED* | EXHIBIT A |
| 63 | MCMILLAN, GLYNN WAYMON DECEASED | 32447 | UNDETERMINED* | EXHIBIT A |
| 64 | MESSER, EDWARD E. | 32436 | UNDETERMINED* | EXHIBIT A |
| 65 | MOON, BERTHA S. DECEASED | 32411 | UNDETERMINED* | EXHIBIT A |
| 66 | MORRELL, TOMMIE M. DECEASED | 32434 | UNDETERMINED* | EXHIBIT A |
| 67 | MORRISON, JAMES J. | 32419 | UNDETERMINED* | EXHIBIT A |
| 68 | NUNN, JAMES H. DECEASED | 32396 | UNDETERMINED* | EXHIBIT A |
| 69 | PETERS, JAMES H. DECEASED | 32358 | UNDETERMINED* | EXHIBIT A |
| 70 | PETERSON, CHARLES E. DECEASED | 32375 | UNDETERMINED* | EXHIBIT A |
| 71 | PIERATT, CHARLES T. | 32430 | UNDETERMINED* | EXHIBIT A |
| 72 | PIERCE, LORANE | 32420 | UNDETERMINED* | EXHIBIT A |
| 73 | PITTS, JOHN A. DECEASED | 32433 | UNDETERMINED* | EXHIBIT A |
| 74 | PLOUFF, GLORIA M. | 32421 | UNDETERMINED* | EXHIBIT A |
| 75 | PORTER, WESLEY L. DECEASED | 32359 | UNDETERMINED* | EXHIBIT A |
| 76 | PULLIN, ALLEN L. | 32425 | UNDETERMINED* | EXHIBIT A |
| 77 | QUICK, LEO C. | 32405 | UNDETERMINED* | EXHIBIT A |
| 78 | RABOVSKY, VALENT | 32347 | UNDETERMINED* | EXHIBIT A |
| 79 | RANKIN, JOHN RONALD DECEASED | 32355 | UNDETERMINED* | EXHIBIT A |
| 80 | REMMICK, RONALD LLOYD DECEASED | 32399 | UNDETERMINED* | EXHIBIT A |
| 81 | RILEY, JAMES H. DECEASED | 32348 | UNDETERMINED* | EXHIBIT A |
| 82 | RINDINI, DIANE M. DECEASED | 32446 | UNDETERMINED* | EXHIBIT A |
| 83 | ROSENBERGER, GORDON C. DECEASED | 32374 | UNDETERMINED* | EXHIBIT A |
| 84 | SCHILLER, JENNIFER COMAS DECEASED | 32400 | UNDETERMINED* | EXHIBIT A |

470004

| 85 | SCHLATER, TULLIUS MARCUS DECEASED | 32401 | UNDETERMINED* | EXHIBIT A |
| 86 | SCHOENECKER, EDMUND J. DECEASED | 32402 | UNDETERMINED* | EXHIBIT A |
| 87 | SHAW, ROBERT R. DECEASED | 32445 | UNDETERMINED* | EXHIBIT A |
| 88 | SHRADER, BOBBY G. DECEASED | 32403 | UNDETERMINED* | EXHIBIT A |
| 89 | SIEROCINSKI, ALFRED J. | 32373 | UNDETERMINED* | EXHIBIT A |
| 90 | SLANINA, GEORGE LOUIS | 32410 | UNDETERMINED* | EXHIBIT A |
| 91 | SLATER, DORA M. | 32427 | UNDETERMINED* | EXHIBIT A |
| 92 | SLODY, ROY DECEASED | 32395 | UNDETERMINED* | EXHIBIT A |
| 93 | SMITH, BARRY GORDON DECEASED | 32351 | UNDETERMINED* | EXHIBIT A |
| 94 | SMITH, DOUGLAS R. | 32424 | UNDETERMINED* | EXHIBIT A |
| 95 | STINSON, ROGER D. DECEASED | 32444 | UNDETERMINED* | EXHIBIT A |
| 96 | STONE, HOWARD W. DECEASED | 32432 | UNDETERMINED* | EXHIBIT A |
| 97 | STORY, KENNETH E. DECEASED | 32352 | UNDETERMINED* | EXHIBIT A |
| 98 | TALL, DONALD ERIC DECEASED | 32404 | UNDETERMINED* | EXHIBIT A |
| 99 | VIERGUTZ, ROBERT JAMES DECEASED | 32356 | UNDETERMINED* | EXHIBIT A |
| 100 | VOUGHT, TERRY L. DECEASED | 32450 | UNDETERMINED* | EXHIBIT A |
| 101 | WALKER, BRUCE S. | 32372 | UNDETERMINED* | EXHIBIT A |
| 102 | WARNER, BRUCE R. DECEASED | 32407 | UNDETERMINED* | EXHIBIT A |
| 103 | WEBB, FRED LEE DECEASED | 32357 | UNDETERMINED* | EXHIBIT A |
| 104 | WENDROCK, FRANK DECEASED | 32443 | UNDETERMINED* | EXHIBIT A |
| 105 | WERNER, HOWARD J. | 32429 | UNDETERMINED* | EXHIBIT A |
| 106 | WERNET, JAMES STANLEY DECEASED | 32394 | UNDETERMINED* | EXHIBIT A |
| 107 | WILSON, DIANNA L. | 32413 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470004



**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 6

BAR(23) MAIL ID *** 000194861745 ***



RICHARD A. DODD, L.C.
312 S. HOUSTON AVE.
CAMERON, TX  76520

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|--------------|-----------|--------------|---------|
| 1 | ALFORD, BERNICE | 14625 | $50,000.00 | EXHIBIT A |
| 2 | ALFORD, THOMAS | 14626 | $50,000.00 | EXHIBIT A |
| 3 | BULLARD, JOHN | 14624 | $50,000.00 | EXHIBIT A |
| 4 | BURNETT, CAREL | 14623 | $50,000.00 | EXHIBIT A |
| 5 | BURROUGH, FRANK | 14622 | $50,000.00 | EXHIBIT A |
| 6 | CAFFEY, LADELLA | 14620 | $50,000.00 | EXHIBIT A |
| 7 | CAFFEY, LESTER | 14621 | $50,000.00 | EXHIBIT A |
| 8 | CARDWELL, LYNGLE | 14619 | $50,000.00 | EXHIBIT A |
| 9 | DUNLAP, CYRAL | 16578 | $350,000.00 | EXHIBIT A |
| 10 | DYER, WILBURN | 14618 | $50,000.00 | EXHIBIT A |
| 11 | ELLARD, DOUGLAS | 14617 | $50,000.00 | EXHIBIT A |
| 12 | FAUST, JOANN | 14616 | $50,000.00 | EXHIBIT A |
| 13 | FAUST, RONNIE | 14615 | $50,000.00 | EXHIBIT A |
| 14 | FOSTER, JAMES | 14614 | $50,000.00 | EXHIBIT A |
| 15 | GREEN, RAYMOND | 14613 | $50,000.00 | EXHIBIT A |
| 16 | GREENSAGE, DORIS | 14612 | $50,000.00 | EXHIBIT A |
| 17 | GROSSMAN, RUDY | 14611 | $50,000.00 | EXHIBIT A |
| 18 | HALL, JERRY | 14610 | $150,000.00 | EXHIBIT A |
| 19 | HARBOUR, FREDERICK | 14609 | $350,000.00 | EXHIBIT A |
| 20 | HARGROVE, BARBARA | 14608 | $50,000.00 | EXHIBIT A |
| 21 | HEINE, DONNY | 14607 | $50,000.00 | EXHIBIT A |
| 22 | ISAAC, SAMUEL | 14606 | $150,000.00 | EXHIBIT A |
| 23 | KEVIL, GENE | 14605 | $150,000.00 | EXHIBIT A |
| 24 | KING, NATHAN | 14604 | $350,000.00 | EXHIBIT A |
| 25 | KUBIAK, FRANK | 14603 | $150,000.00 | EXHIBIT A |
| 26 | KUBIAK, MARIE | 14602 | $50,000.00 | EXHIBIT A |
| 27 | LEMON, RALPH | 14601 | $350,000.00 | EXHIBIT A |
| 28 | MCDOWELL, ALEX | 14600 | $50,000.00 | EXHIBIT A |
| 29 | MEINARDUS, RONNY | 14599 | $50,000.00 | EXHIBIT A |
| 30 | MIKULEC, MARY LEE | 14598 | $150,000.00 | EXHIBIT A |
| 31 | MOORE, WILLIAM | 14597 | $50,000.00 | EXHIBIT A |
| 32 | MOSELEY, JOHN | 14596 | $50,000.00 | EXHIBIT A |
| 33 | MOSES, RANDY | 14595 | $50,000.00 | EXHIBIT A |
| 34 | RICHARDS, RUFUS | 14594 | $50,000.00 | EXHIBIT A |
| 35 | ROSS, SAMUEL | 14593 | $50,000.00 | EXHIBIT A |
| 36 | RUBIO, JUAN | 14592 | $150,000.00 | EXHIBIT A |
| 37 | SACHSE, DANIEL | 31732 | $700,000.00 | EXHIBIT A |

470005

| 38 | SANDERS, LEROY | 14591 | $50,000.00 | EXHIBIT A |
| 39 | SCHRAMM, FRANKLIN | 14590 | $50,000.00 | EXHIBIT A |
| 40 | SIMMONS, MICHAEL | 14589 | $350,000.00 | EXHIBIT A |
| 41 | SKINNER, CECIL | 14588 | $350,000.00 | EXHIBIT A |
| 42 | SPELLS, AARON | 14587 | $50,000.00 | EXHIBIT A |
| 43 | STEWART, TERRY | 7898 | $50,000.00 | EXHIBIT A |
| 44 | STEWART, TERRY | 14586 | $50,000.00 | EXHIBIT A |
| 45 | TURNER, HAROLD | 16577 | $50,000.00 | EXHIBIT A |
| 46 | VOYLES, FINIS | 14585 | $50,000.00 | EXHIBIT A |
| 47 | VOYLES, MARY | 14584 | $50,000.00 | EXHIBIT A |
| 48 | WOELFEL, LOUIS | 14583 | $50,000.00 | EXHIBIT A |
| 49 | YOUNT, YVONNE | 14582 | $350,000.00 | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470005

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 7

BAR(23) MAIL ID *** 000194861746 ***



THE FERRARO LAW FIRM
ATTN: ANELY HERNANDEZ, ESQ.
600 BRICKELL AVE, STE 3800
MIAMI, FL  33131

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

Group ID: 6; 470006

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:   April 30, 2021

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:            collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com
                       steven.serajeddini@kirkland.com
                       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ABBIATE, EUGENE | 22556 | $1,000,000.00* | EXHIBIT A |
| 2 | ABBOTT, CHARLES | 22558 | $1,000,000.00* | EXHIBIT A |
| 3 | ABBOTT, EARL | 22557 | $1,000,000.00* | EXHIBIT A |
| 4 | ABEND, MARVIN | 22616 | $1,000,000.00* | EXHIBIT A |
| 5 | ABRAHAM, EVERETT | 22617 | $1,000,000.00* | EXHIBIT A |
| 6 | ABSTON, ROBERT | 22618 | $1,000,000.00* | EXHIBIT A |
| 7 | ACKERMAN, GARY | 22619 | $1,000,000.00* | EXHIBIT A |
| 8 | ACKERMAN, WILLIAM | 22620 | $1,000,000.00* | EXHIBIT A |
| 9 | ACKERMANN, JOHN | 22622 | $1,000,000.00* | EXHIBIT A |
| 10 | ACKERMANN, MARK | 22623 | $1,000,000.00* | EXHIBIT A |
| 11 | ACKERMANN, ROBERT | 22621 | $1,000,000.00* | EXHIBIT A |
| 12 | ACOSTA, RICHARD | 22624 | $1,000,000.00* | EXHIBIT A |
| 13 | ADAMS, GRANT | 22627 | $1,000,000.00* | EXHIBIT A |
| 14 | ADAMS, JACK | 22633 | $1,000,000.00* | EXHIBIT A |
| 15 | ADAMS, JAMES | 22626 | $1,000,000.00* | EXHIBIT A |
| 16 | ADAMS, JAMES | 22630 | $1,000,000.00* | EXHIBIT A |
| 17 | ADAMS, JAMES | 22634 | $1,000,000.00* | EXHIBIT A |
| 18 | ADAMS, JOHN | 22632 | $1,000,000.00* | EXHIBIT A |
| 19 | ADAMS, LEE | 22631 | $1,000,000.00* | EXHIBIT A |
| 20 | ADAMS, STANLEY | 22625 | $1,000,000.00* | EXHIBIT A |
| 21 | ADAMS, VERNON | 22629 | $1,000,000.00* | EXHIBIT A |
| 22 | ADAMS, WALTER | 22628 | $1,000,000.00* | EXHIBIT A |
| 23 | ADDISON, JAMES | 22635 | $1,000,000.00* | EXHIBIT A |
| 24 | ADELFANG, HANS | 22636 | $1,000,000.00* | EXHIBIT A |
| 25 | ADELMANN, WALTER | 22637 | $1,000,000.00* | EXHIBIT A |
| 26 | ADKINS, PAUL | 22638 | $1,000,000.00* | EXHIBIT A |
| 27 | AGUIAR, MESSIAS | 22639 | $1,000,000.00* | EXHIBIT A |
| 28 | AHAM, PETER | 22640 | $1,000,000.00* | EXHIBIT A |
| 29 | AHAM, THOMAS | 22641 | $1,000,000.00* | EXHIBIT A |
| 30 | AHEARN, ROBERT | 22642 | $1,000,000.00* | EXHIBIT A |
| 31 | AHERN, RICHARD | 22644 | $1,000,000.00* | EXHIBIT A |
| 32 | AHERN, THOMAS | 22643 | $1,000,000.00* | EXHIBIT A |
| 33 | AHLES, VERNON | 22645 | $1,000,000.00* | EXHIBIT A |
| 34 | AISENBREY, NORMAN | 22646 | $1,000,000.00* | EXHIBIT A |
| 35 | AITKEN, HERVEY | 22647 | $1,000,000.00* | EXHIBIT A |
| 36 | AKERS, AVERY | 22648 | $1,000,000.00* | EXHIBIT A |
| 37 | AKESSON, ROBERT | 22649 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 38 | ALBAN, LOUIS | 22650 | $1,000,000.00* | EXHIBIT A |
| 39 | ALBANESE, ANTHONY | 22651 | $1,000,000.00* | EXHIBIT A |
| 40 | ALBANESE, PAUL | 22652 | $1,000,000.00* | EXHIBIT A |
| 41 | ALBEE, LESTER | 22653 | $1,000,000.00* | EXHIBIT A |
| 42 | ALBERICO, JOHN | 22654 | $1,000,000.00* | EXHIBIT A |
| 43 | ALBERT, DELMONT | 22656 | $1,000,000.00* | EXHIBIT A |
| 44 | ALBERT, JAMES | 22655 | $1,000,000.00* | EXHIBIT A |
| 45 | ALBERTINI, ALFRED | 22657 | $1,000,000.00* | EXHIBIT A |
| 46 | ALBRECHT, FERDINAND | 22658 | $1,000,000.00* | EXHIBIT A |
| 47 | ALDERTON, JOHN | 22659 | $1,000,000.00* | EXHIBIT A |
| 48 | ALDRED, JOHN | 22660 | $1,000,000.00* | EXHIBIT A |
| 49 | ALECKNA, CONRAD | 22661 | $1,000,000.00* | EXHIBIT A |
| 50 | ALESSIO, FRANK | 22662 | $1,000,000.00* | EXHIBIT A |
| 51 | ALEXANDER, ANTHONY | 22664 | $1,000,000.00* | EXHIBIT A |
| 52 | ALEXANDER, CLEOPHUS | 22669 | $1,000,000.00* | EXHIBIT A |
| 53 | ALEXANDER, DANIEL | 22663 | $1,000,000.00* | EXHIBIT A |
| 54 | ALEXANDER, HILMER | 22667 | $1,000,000.00* | EXHIBIT A |
| 55 | ALEXANDER, JAMES | 22670 | $1,000,000.00* | EXHIBIT A |
| 56 | ALEXANDER, JOHN | 22665 | $1,000,000.00* | EXHIBIT A |
| 57 | ALEXANDER, KEITH | 22668 | $1,000,000.00* | EXHIBIT A |
| 58 | ALEXANDER, SAMMIE | 22666 | $1,000,000.00* | EXHIBIT A |
| 59 | ALEXANDROVICH, ANDREW | 22671 | $1,000,000.00* | EXHIBIT A |
| 60 | ALFORD, PRENTISS | 22672 | $1,000,000.00* | EXHIBIT A |
| 61 | ALLAN, PAUL | 22673 | $1,000,000.00* | EXHIBIT A |
| 62 | ALLEN, CHARLES | 22677 | $1,000,000.00* | EXHIBIT A |
| 63 | ALLEN, GAYLORD | 22684 | $1,000,000.00* | EXHIBIT A |
| 64 | ALLEN, GLENN | 22679 | $1,000,000.00* | EXHIBIT A |
| 65 | ALLEN, JOHN | 22675 | $1,000,000.00* | EXHIBIT A |
| 66 | ALLEN, JOHN | 22678 | $1,000,000.00* | EXHIBIT A |
| 67 | ALLEN, LARRY | 22676 | $1,000,000.00* | EXHIBIT A |
| 68 | ALLEN, PHILLIP | 22683 | $1,000,000.00* | EXHIBIT A |
| 69 | ALLEN, RAYMOND | 22674 | $1,000,000.00* | EXHIBIT A |
| 70 | ALLEN, RICHARD | 22682 | $1,000,000.00* | EXHIBIT A |
| 71 | ALLEN, ROGER | 22681 | $1,000,000.00* | EXHIBIT A |
| 72 | ALLEN, WILLIAM | 22680 | $1,000,000.00* | EXHIBIT A |
| 73 | ALLENSWORTH, DAVID | 22685 | $1,000,000.00* | EXHIBIT A |
| 74 | ALLEY, HAROLD | 22687 | $1,000,000.00* | EXHIBIT A |
| 75 | ALLEY, NORMAN | 22686 | $1,000,000.00* | EXHIBIT A |
| 76 | ALLISON, JAMES | 22688 | $1,000,000.00* | EXHIBIT A |
| 77 | ALLISON, JAMES | 22689 | $1,000,000.00* | EXHIBIT A |
| 78 | ALLMAN, EVERETT | 22690 | $1,000,000.00* | EXHIBIT A |
| 79 | ALLYN, DOUGLAS | 22691 | $1,000,000.00* | EXHIBIT A |
| 80 | ALMEIDA, ALFRED | 22692 | $1,000,000.00* | EXHIBIT A |
| 81 | ALMSTEAD, RAYMOND | 22693 | $1,000,000.00* | EXHIBIT A |
| 82 | ALPINO, VINCENT | 22694 | $1,000,000.00* | EXHIBIT A |
| 83 | ALSHON, JOSEPH | 22695 | $1,000,000.00* | EXHIBIT A |
| 84 | ALSTON, GORDON | 22696 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 85 | ALTOBELLO, HAROLD | 22697 | $1,000,000.00* | EXHIBIT A |
| 86 | ALVERSON, JOHN | 22698 | $1,000,000.00* | EXHIBIT A |
| 87 | ALVES, JOSEPH | 22699 | $1,000,000.00* | EXHIBIT A |
| 88 | ALVINO, SAM | 22700 | $1,000,000.00* | EXHIBIT A |
| 89 | AMARAL, GILBERT | 22701 | $1,000,000.00* | EXHIBIT A |
| 90 | AMBLER, WAYNE | 22702 | $1,000,000.00* | EXHIBIT A |
| 91 | AMERO, STEPHEN | 22795 | $1,000,000.00* | EXHIBIT A |
| 92 | AMES, HAROLD | 22738 | $1,000,000.00* | EXHIBIT A |
| 93 | AMES, HAZEN | 22737 | $1,000,000.00* | EXHIBIT A |
| 94 | AMIRO, WILLIAM | 22739 | $1,000,000.00* | EXHIBIT A |
| 95 | AMOS, CALVIN | 22740 | $1,000,000.00* | EXHIBIT A |
| 96 | AMUNDSON, HENRY | 22741 | $1,000,000.00* | EXHIBIT A |
| 97 | ANDERSEN, DONALD | 22742 | $1,000,000.00* | EXHIBIT A |
| 98 | ANDERSON, ALDEN | 22745 | $1,000,000.00* | EXHIBIT A |
| 99 | ANDERSON, ARTHUR | 22744 | $1,000,000.00* | EXHIBIT A |
| 100 | ANDERSON, BURTON | 22748 | $1,000,000.00* | EXHIBIT A |
| 101 | ANDERSON, CHARLES | 22750 | $1,000,000.00* | EXHIBIT A |
| 102 | ANDERSON, CLIFFORD | 22762 | $1,000,000.00* | EXHIBIT A |
| 103 | ANDERSON, DANNY | 22746 | $1,000,000.00* | EXHIBIT A |
| 104 | ANDERSON, DAVID | 22761 | $1,000,000.00* | EXHIBIT A |
| 105 | ANDERSON, FLOYD | 22752 | $1,000,000.00* | EXHIBIT A |
| 106 | ANDERSON, GLEN | 22756 | $1,000,000.00* | EXHIBIT A |
| 107 | ANDERSON, JAMES | 22749 | $1,000,000.00* | EXHIBIT A |
| 108 | ANDERSON, JAMES | 22760 | $1,000,000.00* | EXHIBIT A |
| 109 | ANDERSON, JOHN | 22747 | $1,000,000.00* | EXHIBIT A |
| 110 | ANDERSON, KENNETH | 22755 | $1,000,000.00* | EXHIBIT A |
| 111 | ANDERSON, LARRY | 22754 | $1,000,000.00* | EXHIBIT A |
| 112 | ANDERSON, LAWAYNE | 22759 | $1,000,000.00* | EXHIBIT A |
| 113 | ANDERSON, LLOYD | 22757 | $1,000,000.00* | EXHIBIT A |
| 114 | ANDERSON, PAUL | 22743 | $1,000,000.00* | EXHIBIT A |
| 115 | ANDERSON, ROBERT | 22753 | $1,000,000.00* | EXHIBIT A |
| 116 | ANDERSON, THOMAS | 22758 | $1,000,000.00* | EXHIBIT A |
| 117 | ANDERSON, WILLIS | 22751 | $1,000,000.00* | EXHIBIT A |
| 118 | ANDES, ANTHONY | 22763 | $1,000,000.00* | EXHIBIT A |
| 119 | ANDRE, MANUEL | 22764 | $1,000,000.00* | EXHIBIT A |
| 120 | ANDREOLI, ERNEST | 22765 | $1,000,000.00* | EXHIBIT A |
| 121 | ANDREWS, CLARK | 22770 | $1,000,000.00* | EXHIBIT A |
| 122 | ANDREWS, GEORGE | 22766 | $1,000,000.00* | EXHIBIT A |
| 123 | ANDREWS, NEWMAN | 22769 | $1,000,000.00* | EXHIBIT A |
| 124 | ANDREWS, ROBERT | 22767 | $1,000,000.00* | EXHIBIT A |
| 125 | ANDREWS, TRUMAN | 22768 | $1,000,000.00* | EXHIBIT A |
| 126 | ANGEL, JACK | 22703 | $1,000,000.00* | EXHIBIT A |
| 127 | ANGEL, PAUL | 22771 | $1,000,000.00* | EXHIBIT A |
| 128 | ANGELETTI, ANTHONY | 22704 | $1,000,000.00* | EXHIBIT A |
| 129 | ANGELLO, PHILLIP | 22705 | $1,000,000.00* | EXHIBIT A |
| 130 | ANGOTTI, ITALO | 22706 | $1,000,000.00* | EXHIBIT A |
| 131 | ANGYALFY, ARTHUR | 22707 | $1,000,000.00* | EXHIBIT A |

| 132 | ANIEL, FRED | 22708 | $1,000,000.00* | EXHIBIT A |
|-----|------------|-------|----------------|-----------|
| 133 | ANIELLO, LOUIS | 22709 | $1,000,000.00* | EXHIBIT A |
| 134 | ANKENBRAND, JOSEPH | 22710 | $1,000,000.00* | EXHIBIT A |
| 135 | ANKERS, THOMAS | 22711 | $1,000,000.00* | EXHIBIT A |
| 136 | ANKLEY, ROGER | 22712 | $1,000,000.00* | EXHIBIT A |
| 137 | ANSCHUETZ, RICHARD | 22713 | $1,000,000.00* | EXHIBIT A |
| 138 | ANTHON, ANTHONY | 22714 | $1,000,000.00* | EXHIBIT A |
| 139 | ANTHONY, JULIUS | 22715 | $1,000,000.00* | EXHIBIT A |
| 140 | ANTOLIK, RICHARD | 22716 | $1,000,000.00* | EXHIBIT A |
| 141 | ANTONOGLOU, THEODORE | 22717 | $1,000,000.00* | EXHIBIT A |
| 142 | APES, MICHAEL | 22718 | $1,000,000.00* | EXHIBIT A |
| 143 | APPERWHITE, WILLIAM | 22719 | $1,000,000.00* | EXHIBIT A |
| 144 | APPLETON, RALPH | 22720 | $1,000,000.00* | EXHIBIT A |
| 145 | APPLIN, MARVIN | 22721 | $1,000,000.00* | EXHIBIT A |
| 146 | AQUINO, MICHAEL | 22722 | $1,000,000.00* | EXHIBIT A |
| 147 | ARAMBASICH, JOHN | 22724 | $1,000,000.00* | EXHIBIT A |
| 148 | ARAMBASICH, MICHAEL | 22723 | $1,000,000.00* | EXHIBIT A |
| 149 | ARCE, RADAMES | 22725 | $1,000,000.00* | EXHIBIT A |
| 150 | ARCEMENT, NORMAN | 22726 | $1,000,000.00* | EXHIBIT A |
| 151 | ARCHER, DALE | 22727 | $1,000,000.00* | EXHIBIT A |
| 152 | ARCHIPRETE, RONALD | 22728 | $1,000,000.00* | EXHIBIT A |
| 153 | ARD, THOMAS | 22729 | $1,000,000.00* | EXHIBIT A |
| 154 | ARDIRE, ROBERT | 22730 | $1,000,000.00* | EXHIBIT A |
| 155 | ARENDELL, WALTER | 22731 | $1,000,000.00* | EXHIBIT A |
| 156 | ARENDT, GEORGE | 22732 | $1,000,000.00* | EXHIBIT A |
| 157 | ARITZ, DOMINICK | 22733 | $1,000,000.00* | EXHIBIT A |
| 158 | ARMIGER, JOHN | 22734 | $1,000,000.00* | EXHIBIT A |
| 159 | ARMISTEAD, RICHARD | 22735 | $1,000,000.00* | EXHIBIT A |
| 160 | ARMSTRONG, GEORGE | 22916 | $1,000,000.00* | EXHIBIT A |
| 161 | ARMSTRONG, ROBERT | 22772 | $1,000,000.00* | EXHIBIT A |
| 162 | ARMSTRONG, THOMAS | 22773 | $1,000,000.00* | EXHIBIT A |
| 163 | ARNOLD, JOSEPH | 22775 | $1,000,000.00* | EXHIBIT A |
| 164 | ARNOLD, ORA | 22774 | $1,000,000.00* | EXHIBIT A |
| 165 | ARNOLD, SAMUEL | 22776 | $1,000,000.00* | EXHIBIT A |
| 166 | ARPEN, EARL | 22777 | $1,000,000.00* | EXHIBIT A |
| 167 | ARROWOOD, DEKE | 22779 | $1,000,000.00* | EXHIBIT A |
| 168 | ARROWOOD, FLOYD | 22778 | $1,000,000.00* | EXHIBIT A |
| 169 | ARROYO, PABLO | 22780 | $1,000,000.00* | EXHIBIT A |
| 170 | ARRUDA, ARTHUR | 22781 | $1,000,000.00* | EXHIBIT A |
| 171 | ARSENAULT, DENIS | 22782 | $1,000,000.00* | EXHIBIT A |
| 172 | ARTEMIK, NICHOLIS | 22783 | $1,000,000.00* | EXHIBIT A |
| 173 | ARTHUR, CHARLES | 22784 | $1,000,000.00* | EXHIBIT A |
| 174 | ARTHUR, GEORGE | 22785 | $1,000,000.00* | EXHIBIT A |
| 175 | ARTIGIANI, ROBERT | 22786 | $1,000,000.00* | EXHIBIT A |
| 176 | ARUNDEL, SEYMOUR | 22788 | $1,000,000.00* | EXHIBIT A |
| 177 | ARUNDEL, THOMAS | 22787 | $1,000,000.00* | EXHIBIT A |
| 178 | ARVAY, ROBERT | 22789 | $1,000,000.00* | EXHIBIT A |

| 179 | ASHCRAFT, CHARLES | 22790 | $1,000,000.00* | EXHIBIT A |
|---|---|---|---|---|
| 180 | ASHENDEN, JOSEPH | 22791 | $1,000,000.00* | EXHIBIT A |
| 181 | ASHLEY, WENDELL | 22792 | $1,000,000.00* | EXHIBIT A |
| 182 | ASKEW, WILLIE | 22793 | $1,000,000.00* | EXHIBIT A |
| 183 | ASPLAND, ROY | 22794 | $1,000,000.00* | EXHIBIT A |
| 184 | ASPLUND, EDWARD | 22797 | $1,000,000.00* | EXHIBIT A |
| 185 | ASPLUND, GERALD | 22796 | $1,000,000.00* | EXHIBIT A |
| 186 | ATHERTON, JOHN | 22798 | $1,000,000.00* | EXHIBIT A |
| 187 | ATKINS, WALTER | 22799 | $1,000,000.00* | EXHIBIT A |
| 188 | ATTERBERRY, KENNETH | 22800 | $1,000,000.00* | EXHIBIT A |
| 189 | ATWOOD, JOSEPH | 22801 | $1,000,000.00* | EXHIBIT A |
| 190 | AUDET, RAYMOND | 22802 | $1,000,000.00* | EXHIBIT A |
| 191 | AUGUSTINE, JOSEPH | 22803 | $1,000,000.00* | EXHIBIT A |
| 192 | AULD, BILLY | 22804 | $1,000,000.00* | EXHIBIT A |
| 193 | AURELIA, OLIVER | 22805 | $1,000,000.00* | EXHIBIT A |
| 194 | AURIGEMMA, VICTOR ANDREW | 22806 | $1,000,000.00* | EXHIBIT A |
| 195 | AUSTIN, WILLIAM | 22807 | $1,000,000.00* | EXHIBIT A |
| 196 | AUTREY, COY | 22808 | $1,000,000.00* | EXHIBIT A |
| 197 | AVERILL, RONALD | 22809 | $1,000,000.00* | EXHIBIT A |
| 198 | AVILES, JOHN | 22810 | $1,000,000.00* | EXHIBIT A |
| 199 | AVITABILE, STEPHEN | 22811 | $1,000,000.00* | EXHIBIT A |
| 200 | AYER, RAYMOND | 22813 | $1,000,000.00* | EXHIBIT A |
| 201 | AYER, VERNON | 22812 | $1,000,000.00* | EXHIBIT A |
| 202 | AYERS, DANIEL | 22814 | $1,000,000.00* | EXHIBIT A |
| 203 | AZZINARO, ANGELO | 22815 | $1,000,000.00* | EXHIBIT A |
| 204 | AZZONE, MICHAEL | 22816 | $1,000,000.00* | EXHIBIT A |
| 205 | BABBINI, QUINTON | 22817 | $1,000,000.00* | EXHIBIT A |
| 206 | BACCARI, DOMINIC | 22818 | $1,000,000.00* | EXHIBIT A |
| 207 | BACHMEIER, ELTON | 22819 | $1,000,000.00* | EXHIBIT A |
| 208 | BACKMAN, ROBERT | 22820 | $1,000,000.00* | EXHIBIT A |
| 209 | BACON, GLEN | 22821 | $1,000,000.00* | EXHIBIT A |
| 210 | BADER, FRANKLIN | 22822 | $1,000,000.00* | EXHIBIT A |
| 211 | BAEZ, MANUEL | 22823 | $1,000,000.00* | EXHIBIT A |
| 212 | BAGGETT, JAMES | 22826 | $1,000,000.00* | EXHIBIT A |
| 213 | BAGGETT, RAY (DECEASED) | 22824 | $1,000,000.00* | EXHIBIT A |
| 214 | BAGGETT, SIDNEY | 22825 | $1,000,000.00* | EXHIBIT A |
| 215 | BAGWELL, MANCEL | 22827 | $1,000,000.00* | EXHIBIT A |
| 216 | BAHLMANN, WILLIAM | 22828 | $1,000,000.00* | EXHIBIT A |
| 217 | BAIL, RICHARD | 22829 | $1,000,000.00* | EXHIBIT A |
| 218 | BAILEY, ALBERT | 22838 | $1,000,000.00* | EXHIBIT A |
| 219 | BAILEY, ALBERT | 22839 | $1,000,000.00* | EXHIBIT A |
| 220 | BAILEY, ARLEN | 22842 | $1,000,000.00* | EXHIBIT A |
| 221 | BAILEY, CHARLES | 22841 | $1,000,000.00* | EXHIBIT A |
| 222 | BAILEY, DANIEL | 22843 | $1,000,000.00* | EXHIBIT A |
| 223 | BAILEY, FRED | 22834 | $1,000,000.00* | EXHIBIT A |
| 224 | BAILEY, GAINES | 22831 | $1,000,000.00* | EXHIBIT A |
| 225 | BAILEY, GEORGE | 22830 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 226 | BAILEY, HOWARD | 22833 | $1,000,000.00* | EXHIBIT A |
| 227 | BAILEY, JAMES | 22832 | $1,000,000.00* | EXHIBIT A |
| 228 | BAILEY, LEE | 22835 | $1,000,000.00* | EXHIBIT A |
| 229 | BAILEY, NORMAN | 22837 | $1,000,000.00* | EXHIBIT A |
| 230 | BAILEY, REID | 22840 | $1,000,000.00* | EXHIBIT A |
| 231 | BAILEY, ROBERT | 22836 | $1,000,000.00* | EXHIBIT A |
| 232 | BAILLIE, THOMSON | 22844 | $1,000,000.00* | EXHIBIT A |
| 233 | BAIR, CHARLES | 22845 | $1,000,000.00* | EXHIBIT A |
| 234 | BAKER, ARTHUR | 22849 | $1,000,000.00* | EXHIBIT A |
| 235 | BAKER, GEORGE | 22850 | $1,000,000.00* | EXHIBIT A |
| 236 | BAKER, JACK | 22846 | $1,000,000.00* | EXHIBIT A |
| 237 | BAKER, RONALD | 22848 | $1,000,000.00* | EXHIBIT A |
| 238 | BAKER, WILLIAM | 22847 | $1,000,000.00* | EXHIBIT A |
| 239 | BALASKI, JOSEPH | 22851 | $1,000,000.00* | EXHIBIT A |
| 240 | BALDERAS, FELIX | 22852 | $1,000,000.00* | EXHIBIT A |
| 241 | BALDWIN, BROOKS | 22854 | $1,000,000.00* | EXHIBIT A |
| 242 | BALDWIN, DONALD | 22853 | $1,000,000.00* | EXHIBIT A |
| 243 | BALES, GEORGE | 22855 | $1,000,000.00* | EXHIBIT A |
| 244 | BALKUS, KENNETH | 22856 | $1,000,000.00* | EXHIBIT A |
| 245 | BALL, BLAINE | 22859 | $1,000,000.00* | EXHIBIT A |
| 246 | BALL, JOHN | 22857 | $1,000,000.00* | EXHIBIT A |
| 247 | BALL, MARION | 22860 | $1,000,000.00* | EXHIBIT A |
| 248 | BALL, ORIN | 22858 | $1,000,000.00* | EXHIBIT A |
| 249 | BALLANTINE, MERLE | 22861 | $1,000,000.00* | EXHIBIT A |
| 250 | BALLANTINI, RONALD ROY | 22862 | $1,000,000.00* | EXHIBIT A |
| 251 | BALLARD, J. | 22864 | $1,000,000.00* | EXHIBIT A |
| 252 | BALLARD, JAMES | 22866 | $1,000,000.00* | EXHIBIT A |
| 253 | BALLARD, PAUL | 22865 | $1,000,000.00* | EXHIBIT A |
| 254 | BALLARD, RICHARD | 22863 | $1,000,000.00* | EXHIBIT A |
| 255 | BALOGH, JOHN | 22867 | $1,000,000.00* | EXHIBIT A |
| 256 | BAMBERG, CHARLES | 22868 | $1,000,000.00* | EXHIBIT A |
| 257 | BAMFORD, ARNOLD | 22869 | $1,000,000.00* | EXHIBIT A |
| 258 | BANACH, FRANK | 22870 | $1,000,000.00* | EXHIBIT A |
| 259 | BAND, MYER | 22871 | $1,000,000.00* | EXHIBIT A |
| 260 | BANDMAN, ARTHUR | 22872 | $1,000,000.00* | EXHIBIT A |
| 261 | BANNON, DONALD | 22873 | $1,000,000.00* | EXHIBIT A |
| 262 | BANTEL, WILLIAM | 22874 | $1,000,000.00* | EXHIBIT A |
| 263 | BANTI, ROMOLO | 22875 | $1,000,000.00* | EXHIBIT A |
| 264 | BAPTISTE, ROBERT | 22564 | $1,000,000.00* | EXHIBIT A |
| 265 | BARAGONA, DOMINIC | 22565 | $1,000,000.00* | EXHIBIT A |
| 266 | BARANEK, FRANK | 22566 | $1,000,000.00* | EXHIBIT A |
| 267 | BARBA, JAMES | 22567 | $1,000,000.00* | EXHIBIT A |
| 268 | BARBARITA, JOSEPH | 22568 | $1,000,000.00* | EXHIBIT A |
| 269 | BARBATELLI, GARY | 22569 | $1,000,000.00* | EXHIBIT A |
| 270 | BARBER, DONALD | 22570 | $1,000,000.00* | EXHIBIT A |
| 271 | BARBER, WILLIAM | 22571 | $1,000,000.00* | EXHIBIT A |
| 272 | BARBER, WILLIAM | 22572 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 273 | BARBI, ARTHUR | 22573 | $1,000,000.00* | EXHIBIT A |
| 274 | BARBIC, LAWRENCE | 22574 | $1,000,000.00* | EXHIBIT A |
| 275 | BARBUSH, DOMINIC | 22575 | $1,000,000.00* | EXHIBIT A |
| 276 | BARCHLETT, RALPH | 22576 | $1,000,000.00* | EXHIBIT A |
| 277 | BARCLAY, DANIEL | 22577 | $1,000,000.00* | EXHIBIT A |
| 278 | BARESE, SALVATORE | 22578 | $1,000,000.00* | EXHIBIT A |
| 279 | BARFOOT, CHAUNCEY | 22579 | $1,000,000.00* | EXHIBIT A |
| 280 | BARGER, DAVID | 22580 | $1,000,000.00* | EXHIBIT A |
| 281 | BARKEE, JAMES | 22581 | $1,000,000.00* | EXHIBIT A |
| 282 | BARKER, JAMES | 22582 | $1,000,000.00* | EXHIBIT A |
| 283 | BARKLE, ROGERS JOHN | 22583 | $1,000,000.00* | EXHIBIT A |
| 284 | BARLAR, PERRY | 22584 | $1,000,000.00* | EXHIBIT A |
| 285 | BARNES, DAVID | 22586 | $1,000,000.00* | EXHIBIT A |
| 286 | BARNES, HUBERT | 22585 | $1,000,000.00* | EXHIBIT A |
| 287 | BARNES, ROBERT | 22587 | $1,000,000.00* | EXHIBIT A |
| 288 | BARNES, ROBERT | 22588 | $1,000,000.00* | EXHIBIT A |
| 289 | BARNETT, PATRICK | 22590 | $1,000,000.00* | EXHIBIT A |
| 290 | BARNETT, THOMAS | 22589 | $1,000,000.00* | EXHIBIT A |
| 291 | BARNETT, VERNON | 22591 | $1,000,000.00* | EXHIBIT A |
| 292 | BARON, KENNETH | 22593 | $1,000,000.00* | EXHIBIT A |
| 293 | BARON, OSCAR | 22592 | $1,000,000.00* | EXHIBIT A |
| 294 | BARONE, ANTHONY | 22594 | $1,000,000.00* | EXHIBIT A |
| 295 | BARONIE, FRANK | 22595 | $1,000,000.00* | EXHIBIT A |
| 296 | BAROWSKI, EDWARD | 22596 | $1,000,000.00* | EXHIBIT A |
| 297 | BARR, RUSSELL | 22597 | $1,000,000.00* | EXHIBIT A |
| 298 | BARRENTINE, LECIL | 22598 | $1,000,000.00* | EXHIBIT A |
| 299 | BARRETT, CARL | 22601 | $1,000,000.00* | EXHIBIT A |
| 300 | BARRETT, CLAUDE | 22599 | $1,000,000.00* | EXHIBIT A |
| 301 | BARRETT, JOHN | 22600 | $1,000,000.00* | EXHIBIT A |
| 302 | BARRINGER, CLIFFORD | 22602 | $1,000,000.00* | EXHIBIT A |
| 303 | BARRON, GEOFFERY | 22604 | $1,000,000.00* | EXHIBIT A |
| 304 | BARRON, LEO | 22603 | $1,000,000.00* | EXHIBIT A |
| 305 | BARRON, WILLIAM | 22605 | $1,000,000.00* | EXHIBIT A |
| 306 | BARROW, PAUL | 22606 | $1,000,000.00* | EXHIBIT A |
| 307 | BARRY, HERBERT | 22608 | $1,000,000.00* | EXHIBIT A |
| 308 | BARRY, MELVIN | 22607 | $1,000,000.00* | EXHIBIT A |
| 309 | BARRY, RICHARD | 22609 | $1,000,000.00* | EXHIBIT A |
| 310 | BARSH, MARION | 22610 | $1,000,000.00* | EXHIBIT A |
| 311 | BARTELL, KENNETH | 22611 | $1,000,000.00* | EXHIBIT A |
| 312 | BARTLETT, FRED | 22612 | $1,000,000.00* | EXHIBIT A |
| 313 | BARTON, LLOYD | 22614 | $1,000,000.00* | EXHIBIT A |
| 314 | BARTON, THOMAS | 22613 | $1,000,000.00* | EXHIBIT A |
| 315 | BARWICK, LEWIS | 22615 | $1,000,000.00* | EXHIBIT A |
| 316 | BARWICK, MARY | 22498 | $1,000,000.00* | EXHIBIT A |
| 317 | BARWICK, WILLIAM | 22499 | $1,000,000.00* | EXHIBIT A |
| 318 | BARZAR, SAMUEL | 22500 | $1,000,000.00* | EXHIBIT A |
| 319 | BASALDUA, PHILLIP | 22501 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 320 | BASDEN, DANIEL | 22502 | $1,000,000.00* | EXHIBIT A |
| 321 | BASFORD, NATHAN | 22503 | $1,000,000.00* | EXHIBIT A |
| 322 | BASS, JAMES | 22504 | $1,000,000.00* | EXHIBIT A |
| 323 | BASS, JAMES | 22505 | $1,000,000.00* | EXHIBIT A |
| 324 | BASSELL, BENJAMIN | 22506 | $1,000,000.00* | EXHIBIT A |
| 325 | BASSELL, ROBERT | 22507 | $1,000,000.00* | EXHIBIT A |
| 326 | BATES, CHARLES | 22508 | $1,000,000.00* | EXHIBIT A |
| 327 | BATES, DONALD LEE | 22511 | $1,000,000.00* | EXHIBIT A |
| 328 | BATES, EARL | 22513 | $1,000,000.00* | EXHIBIT A |
| 329 | BATES, FRANCIS | 22510 | $1,000,000.00* | EXHIBIT A |
| 330 | BATES, JAMES | 22512 | $1,000,000.00* | EXHIBIT A |
| 331 | BATES, KENNETH | 22509 | $1,000,000.00* | EXHIBIT A |
| 332 | BATKE, RICHARD | 22515 | $1,000,000.00* | EXHIBIT A |
| 333 | BATKE, ROBERT | 22514 | $1,000,000.00* | EXHIBIT A |
| 334 | BATTAGLIA, ANTHONY | 22517 | $1,000,000.00* | EXHIBIT A |
| 335 | BATTAGLIA, JACK | 22516 | $1,000,000.00* | EXHIBIT A |
| 336 | BATTLE, JAMES | 22518 | $1,000,000.00* | EXHIBIT A |
| 337 | BATTS, DONNIE | 22519 | $1,000,000.00* | EXHIBIT A |
| 338 | BAUER, BERTRAM | 22522 | $1,000,000.00* | EXHIBIT A |
| 339 | BAUER, GEORGE | 22524 | $1,000,000.00* | EXHIBIT A |
| 340 | BAUER, HAROLD | 22525 | $1,000,000.00* | EXHIBIT A |
| 341 | BAUER, ORVILLE | 22520 | $1,000,000.00* | EXHIBIT A |
| 342 | BAUER, PAUL | 22523 | $1,000,000.00* | EXHIBIT A |
| 343 | BAUER, WILLIAM | 22521 | $1,000,000.00* | EXHIBIT A |
| 344 | BAUGHER, DANNY | 22526 | $1,000,000.00* | EXHIBIT A |
| 345 | BAUGHER, SANDRA | 22527 | $1,000,000.00* | EXHIBIT A |
| 346 | BAUMAN, FRANK | 22528 | $1,000,000.00* | EXHIBIT A |
| 347 | BAUMER, ARTHUR | 22529 | $1,000,000.00* | EXHIBIT A |
| 348 | BAUS, NORBERT | 22530 | $1,000,000.00* | EXHIBIT A |
| 349 | BAUTISTA, BILLY | 22531 | $1,000,000.00* | EXHIBIT A |
| 350 | BAXTER, CHARLES | 22532 | $1,000,000.00* | EXHIBIT A |
| 351 | BAXTER, STEVEN | 22533 | $1,000,000.00* | EXHIBIT A |
| 352 | BAYER, MARTIN | 22534 | $1,000,000.00* | EXHIBIT A |
| 353 | BAYHI, ANDRE | 22535 | $1,000,000.00* | EXHIBIT A |
| 354 | BAYLESS, HARRY | 22536 | $1,000,000.00* | EXHIBIT A |
| 355 | BEAL, CLARENCE | 22537 | $1,000,000.00* | EXHIBIT A |
| 356 | BEALE, ELBERT | 22538 | $1,000,000.00* | EXHIBIT A |
| 357 | BEAM, ADAM | 22539 | $1,000,000.00* | EXHIBIT A |
| 358 | BEAN, MICHAEL | 22541 | $1,000,000.00* | EXHIBIT A |
| 359 | BEAN, WALTER | 22540 | $1,000,000.00* | EXHIBIT A |
| 360 | BEAN, WILLIAM | 22542 | $1,000,000.00* | EXHIBIT A |
| 361 | BEARD, HUEY | 22544 | $1,000,000.00* | EXHIBIT A |
| 362 | BEARD, LEE | 22545 | $1,000,000.00* | EXHIBIT A |
| 363 | BEARD, RAYMOND | 22543 | $1,000,000.00* | EXHIBIT A |
| 364 | BEARDEN, JESSE | 22546 | $1,000,000.00* | EXHIBIT A |
| 365 | BEAUCHENE, THOMAS | 22547 | $1,000,000.00* | EXHIBIT A |
| 366 | BEAUDOIN, ROGER | 22548 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 367 | BEAUDOIN, WALTER | 22549 | $1,000,000.00* | EXHIBIT A |
| 368 | BEAULIEU, DONALD | 22551 | $1,000,000.00* | EXHIBIT A |
| 369 | BEAULIEU, HENRI | 22550 | $1,000,000.00* | EXHIBIT A |
| 370 | BEAUSOLEIL, ROLAND | 22552 | $1,000,000.00* | EXHIBIT A |
| 371 | BEAUVAIS, BARRY | 22553 | $1,000,000.00* | EXHIBIT A |
| 372 | BEAVER, BRYAN | 22554 | $1,000,000.00* | EXHIBIT A |
| 373 | BEAVIS, WILLIAM | 22555 | $1,000,000.00* | EXHIBIT A |
| 374 | BEBOUT, HERBERT | 22559 | $1,000,000.00* | EXHIBIT A |
| 375 | BECK, HERMAN | 22562 | $1,000,000.00* | EXHIBIT A |
| 376 | BECK, ROBERT | 22560 | $1,000,000.00* | EXHIBIT A |
| 377 | BECK, WALTER | 22561 | $1,000,000.00* | EXHIBIT A |
| 378 | BECKER, CALVIN | 22436 | $1,000,000.00* | EXHIBIT A |
| 379 | BECKER, JOHN | 22563 | $1,000,000.00* | EXHIBIT A |
| 380 | BEDARD, PAUL | 22437 | $1,000,000.00* | EXHIBIT A |
| 381 | BEELEY, FREDERICK | 22438 | $1,000,000.00* | EXHIBIT A |
| 382 | BEERS, RICHARD | 22439 | $1,000,000.00* | EXHIBIT A |
| 383 | BEESLEY, THOMAS | 22440 | $1,000,000.00* | EXHIBIT A |
| 384 | BEHAR, ISADORE | 22441 | $1,000,000.00* | EXHIBIT A |
| 385 | BEHM, DANIEL | 22442 | $1,000,000.00* | EXHIBIT A |
| 386 | BEHRENS, GEORGE FRANK | 22443 | $1,000,000.00* | EXHIBIT A |
| 387 | BEHRENS, RALPH | 22444 | $1,000,000.00* | EXHIBIT A |
| 388 | BEILKE, ROGER | 22445 | $1,000,000.00* | EXHIBIT A |
| 389 | BEISSEL, EDWARD | 22446 | $1,000,000.00* | EXHIBIT A |
| 390 | BELANGER, MAURICE | 22447 | $1,000,000.00* | EXHIBIT A |
| 391 | BELCHER, BRICE | 22448 | $1,000,000.00* | EXHIBIT A |
| 392 | BELDEN, RICHARD | 22449 | $1,000,000.00* | EXHIBIT A |
| 393 | BELFIELD, JAMES | 22450 | $1,000,000.00* | EXHIBIT A |
| 394 | BELKO, JOSEPH | 22451 | $1,000,000.00* | EXHIBIT A |
| 395 | BELL, DONALD | 22456 | $1,000,000.00* | EXHIBIT A |
| 396 | BELL, GEORGE | 22453 | $1,000,000.00* | EXHIBIT A |
| 397 | BELL, HOWARD | 22452 | $1,000,000.00* | EXHIBIT A |
| 398 | BELL, JACK | 22454 | $1,000,000.00* | EXHIBIT A |
| 399 | BELL, RICHARD | 22455 | $1,000,000.00* | EXHIBIT A |
| 400 | BELLELO, CARL | 22457 | $1,000,000.00* | EXHIBIT A |
| 401 | BELLINI, DANIEL | 22458 | $1,000,000.00* | EXHIBIT A |
| 402 | BELLINO, ANTHONY | 22459 | $1,000,000.00* | EXHIBIT A |
| 403 | BELLOFATTO, FRANK | 22460 | $1,000,000.00* | EXHIBIT A |
| 404 | BELUSH, JOHN | 22461 | $1,000,000.00* | EXHIBIT A |
| 405 | BEMBENEK, CLIFFORD | 22462 | $1,000,000.00* | EXHIBIT A |
| 406 | BEMIS, DAVID | 22464 | $1,000,000.00* | EXHIBIT A |
| 407 | BEMIS, FRED | 22463 | $1,000,000.00* | EXHIBIT A |
| 408 | BENDEL, DANIEL | 22465 | $1,000,000.00* | EXHIBIT A |
| 409 | BENDER, HAROLD | 22466 | $1,000,000.00* | EXHIBIT A |
| 410 | BENENATE, JOSEPH | 22467 | $1,000,000.00* | EXHIBIT A |
| 411 | BENJAMIN, CLEOPHUS | 22469 | $1,000,000.00* | EXHIBIT A |
| 412 | BENJAMIN, LAWRENCE | 22468 | $1,000,000.00* | EXHIBIT A |
| 413 | BENKE, THOMAS | 22470 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 414 | BENNETT, CALVIN | 22475 | $1,000,000.00* | EXHIBIT A |
| 415 | BENNETT, EDWARD | 22474 | $1,000,000.00* | EXHIBIT A |
| 416 | BENNETT, JOHN | 22472 | $1,000,000.00* | EXHIBIT A |
| 417 | BENNETT, JOHN | 22473 | $1,000,000.00* | EXHIBIT A |
| 418 | BENNETT, RICHARD | 22471 | $1,000,000.00* | EXHIBIT A |
| 419 | BENNETTS, GERALD | 22476 | $1,000,000.00* | EXHIBIT A |
| 420 | BENNICK, JAMES | 22477 | $1,000,000.00* | EXHIBIT A |
| 421 | BENNISON, JOHN | 22478 | $1,000,000.00* | EXHIBIT A |
| 422 | BENOIT, ROLAND | 22479 | $1,000,000.00* | EXHIBIT A |
| 423 | BENSON, DENNIS | 22481 | $1,000,000.00* | EXHIBIT A |
| 424 | BENSON, KENNETH | 22480 | $1,000,000.00* | EXHIBIT A |
| 425 | BENT, ROBERT | 22482 | $1,000,000.00* | EXHIBIT A |
| 426 | BENTLEY, CLARENCE | 22484 | $1,000,000.00* | EXHIBIT A |
| 427 | BENTLEY, LEONARD | 22485 | $1,000,000.00* | EXHIBIT A |
| 428 | BENTLEY, RALPH | 22483 | $1,000,000.00* | EXHIBIT A |
| 429 | BENTON, JAMES | 22486 | $1,000,000.00* | EXHIBIT A |
| 430 | BENWAY, THOMAS | 22487 | $1,000,000.00* | EXHIBIT A |
| 431 | BERCAW, WILLIAM | 22488 | $1,000,000.00* | EXHIBIT A |
| 432 | BERDEAUX, WOODROW | 22489 | $1,000,000.00* | EXHIBIT A |
| 433 | BEREI, EDWARD | 22490 | $1,000,000.00* | EXHIBIT A |
| 434 | BERGER, STEPHEN | 22491 | $1,000,000.00* | EXHIBIT A |
| 435 | BERGERON, AUGUSTIN | 22492 | $1,000,000.00* | EXHIBIT A |
| 436 | BERGERON, DAVID | 22493 | $1,000,000.00* | EXHIBIT A |
| 437 | BERGERON, FRANCIS | 22495 | $1,000,000.00* | EXHIBIT A |
| 438 | BERGERON, PIERRE | 22494 | $1,000,000.00* | EXHIBIT A |
| 439 | BERGERS, JON | 22407 | $1,000,000.00* | EXHIBIT A |
| 440 | BERGIN, JOHN | 22408 | $1,000,000.00* | EXHIBIT A |
| 441 | BERGMAN, PAUL | 22409 | $1,000,000.00* | EXHIBIT A |
| 442 | BERGWIN, DAVID | 22410 | $1,000,000.00* | EXHIBIT A |
| 443 | BERLEY, BILLY | 22411 | $1,000,000.00* | EXHIBIT A |
| 444 | BERLEY, DONALD | 22413 | $1,000,000.00* | EXHIBIT A |
| 445 | BERLEY, JAMES | 22412 | $1,000,000.00* | EXHIBIT A |
| 446 | BERNARD, PAUL | 22414 | $1,000,000.00* | EXHIBIT A |
| 447 | BERNARD, VERNON | 22415 | $1,000,000.00* | EXHIBIT A |
| 448 | BERNARDO, ALFREDO | 22416 | $1,000,000.00* | EXHIBIT A |
| 449 | BERNAZANI, GEORGE | 22417 | $1,000,000.00* | EXHIBIT A |
| 450 | BERNDT, JOHN | 22418 | $1,000,000.00* | EXHIBIT A |
| 451 | BERNHARDT, LOUIS | 22419 | $1,000,000.00* | EXHIBIT A |
| 452 | BERNIER, WALTER | 22420 | $1,000,000.00* | EXHIBIT A |
| 453 | BERRIOS, RUBEN | 22421 | $1,000,000.00* | EXHIBIT A |
| 454 | BERRY, BUFFORD | 22424 | $1,000,000.00* | EXHIBIT A |
| 455 | BERRY, GEORGE | 22425 | $1,000,000.00* | EXHIBIT A |
| 456 | BERRY, LLOYD | 22426 | $1,000,000.00* | EXHIBIT A |
| 457 | BERRY, MICHAEL | 22427 | $1,000,000.00* | EXHIBIT A |
| 458 | BERRY, ROBERT | 22422 | $1,000,000.00* | EXHIBIT A |
| 459 | BERRY, STERLING | 22423 | $1,000,000.00* | EXHIBIT A |
| 460 | BERSANO, MICHAEL | 22428 | $1,000,000.00* | EXHIBIT A |

| 461 | BERTAGNOLI, EDWARD | 22429 | $1,000,000.00* | EXHIBIT A |
| 462 | BERTHIAUME, ROBERT | 22430 | $1,000,000.00* | EXHIBIT A |
| 463 | BERTI, JOSEPH | 22431 | $1,000,000.00* | EXHIBIT A |
| 464 | BERTINO, JOSEPH | 22432 | $1,000,000.00* | EXHIBIT A |
| 465 | BERTONI, JOHN | 22433 | $1,000,000.00* | EXHIBIT A |
| 466 | BESHARIAN, HARRY | 22434 | $1,000,000.00* | EXHIBIT A |
| 467 | BESS, WILLIE | 22435 | $1,000,000.00* | EXHIBIT A |
| 468 | BESSEL, JERROLD | 22736 | $1,000,000.00* | EXHIBIT A |
| 469 | BESSENT, JERRY | 22379 | $1,000,000.00* | EXHIBIT A |
| 470 | BEST, CHARLES | 22380 | $1,000,000.00* | EXHIBIT A |
| 471 | BETHUNE, KENNETH | 22381 | $1,000,000.00* | EXHIBIT A |
| 472 | BETSKER, LUTHER | 22382 | $1,000,000.00* | EXHIBIT A |
| 473 | BEVERLY, JAMES | 22384 | $1,000,000.00* | EXHIBIT A |
| 474 | BEVERLY, JEARLD | 22383 | $1,000,000.00* | EXHIBIT A |
| 475 | BEVIS, WILLIAM | 22385 | $1,000,000.00* | EXHIBIT A |
| 476 | BIAGIOLI, FRANK | 22386 | $1,000,000.00* | EXHIBIT A |
| 477 | BIALE, JOHN | 22387 | $1,000,000.00* | EXHIBIT A |
| 478 | BIALE, RICHARD | 22388 | $1,000,000.00* | EXHIBIT A |
| 479 | BIANCHERIA, ANTEO | 22389 | $1,000,000.00* | EXHIBIT A |
| 480 | BIASETTI, VICTOR | 22390 | $1,000,000.00* | EXHIBIT A |
| 481 | BICHARD, RICHARD | 22391 | $1,000,000.00* | EXHIBIT A |
| 482 | BICKFORD, GEORGE | 22394 | $1,000,000.00* | EXHIBIT A |
| 483 | BICKFORD, PAUL | 22392 | $1,000,000.00* | EXHIBIT A |
| 484 | BICKFORD, ROBERT | 22393 | $1,000,000.00* | EXHIBIT A |
| 485 | BICKNELL, JAMES | 22395 | $1,000,000.00* | EXHIBIT A |
| 486 | BIEDERER, ROLAND | 22396 | $1,000,000.00* | EXHIBIT A |
| 487 | BIEGEL, THOMAS | 22397 | $1,000,000.00* | EXHIBIT A |
| 488 | BIGHAM, KENNETH | 22398 | $1,000,000.00* | EXHIBIT A |
| 489 | BIKE, JOHN | 22399 | $1,000,000.00* | EXHIBIT A |
| 490 | BILLINGS, BILLY | 22400 | $1,000,000.00* | EXHIBIT A |
| 491 | BILODEAU, RENE | 22401 | $1,000,000.00* | EXHIBIT A |
| 492 | BILSKI, DANIEL | 22402 | $1,000,000.00* | EXHIBIT A |
| 493 | BIMA, BARNEY | 22403 | $1,000,000.00* | EXHIBIT A |
| 494 | BINION, EDWARD | 22404 | $1,000,000.00* | EXHIBIT A |
| 495 | BINKLEY, DONALD | 22405 | $1,000,000.00* | EXHIBIT A |
| 496 | BINNS, EDWARD | 22406 | $1,000,000.00* | EXHIBIT A |
| 497 | BIOLETTI, EZIO | 22376 | $1,000,000.00* | EXHIBIT A |
| 498 | BIRD, EUGENE | 22303 | $1,000,000.00* | EXHIBIT A |
| 499 | BIRD, VIRGIL | 22302 | $1,000,000.00* | EXHIBIT A |
| 500 | BIRKHOLZ, DAVID | 22304 | $1,000,000.00* | EXHIBIT A |
| 501 | BIRNBAUM, FREDERICK | 22305 | $1,000,000.00* | EXHIBIT A |
| 502 | BISCEGLIE, FRANK | 22306 | $1,000,000.00* | EXHIBIT A |
| 503 | BISCHAK, FRANK | 22307 | $1,000,000.00* | EXHIBIT A |
| 504 | BISHOP, CARL | 22312 | $1,000,000.00* | EXHIBIT A |
| 505 | BISHOP, DAVID | 22310 | $1,000,000.00* | EXHIBIT A |
| 506 | BISHOP, JOHN | 22308 | $1,000,000.00* | EXHIBIT A |
| 507 | BISHOP, ROBERT | 22311 | $1,000,000.00* | EXHIBIT A |

470006

| 508 | BISHOP, WILLIAM | 22309 | $1,000,000.00* | EXHIBIT A |
| 509 | BISTODEAU, DARRELL | 22313 | $1,000,000.00* | EXHIBIT A |
| 510 | BITTERMAN, MICHAEL | 22314 | $1,000,000.00* | EXHIBIT A |
| 511 | BITTERS, RALPH | 22315 | $1,000,000.00* | EXHIBIT A |
| 512 | BITTORIE, FRANCIS | 22496 | $1,000,000.00* | EXHIBIT A |
| 513 | BIXBY, WARREN | 22497 | $1,000,000.00* | EXHIBIT A |
| 514 | BJERKE, DONALD | 22377 | $1,000,000.00* | EXHIBIT A |
| 515 | BLACK, JOHN | 22977 | $1,000,000.00* | EXHIBIT A |
| 516 | BLACK, PAUL | 22976 | $1,000,000.00* | EXHIBIT A |
| 517 | BLACK, WILLIAM | 22378 | $1,000,000.00* | EXHIBIT A |
| 518 | BLACKBURN, JOHN | 22978 | $1,000,000.00* | EXHIBIT A |
| 519 | BLACKMER, ROBERT | 22979 | $1,000,000.00* | EXHIBIT A |
| 520 | BLACKMON, EDWARD | 22980 | $1,000,000.00* | EXHIBIT A |
| 521 | BLACKMUN, GENE | 22981 | $1,000,000.00* | EXHIBIT A |
| 522 | BLACKWELL, NORMAN | 22982 | $1,000,000.00* | EXHIBIT A |
| 523 | BLAIR, ADRIEN | 22984 | $1,000,000.00* | EXHIBIT A |
| 524 | BLAIR, ELMER | 22986 | $1,000,000.00* | EXHIBIT A |
| 525 | BLAIR, PETE | 22985 | $1,000,000.00* | EXHIBIT A |
| 526 | BLAIR, VICTOR | 22983 | $1,000,000.00* | EXHIBIT A |
| 527 | BLAKEMORE, CHARLES | 22987 | $1,000,000.00* | EXHIBIT A |
| 528 | BLAKENEY, RANDOLPH | 22988 | $1,000,000.00* | EXHIBIT A |
| 529 | BLANCHARD, RICHARD | 22989 | $1,000,000.00* | EXHIBIT A |
| 530 | BLANCHETTE, RONALD | 22990 | $1,000,000.00* | EXHIBIT A |
| 531 | BLANCO, ARISTEO | 22991 | $1,000,000.00* | EXHIBIT A |
| 532 | BLAND, EDWIN BRENT | 22994 | $1,000,000.00* | EXHIBIT A |
| 533 | BLAND, JAMES | 22995 | $1,000,000.00* | EXHIBIT A |
| 534 | BLAND, OSCAR | 22992 | $1,000,000.00* | EXHIBIT A |
| 535 | BLAND, TEDDY | 22993 | $1,000,000.00* | EXHIBIT A |
| 536 | BLANEY, JOHN | 22996 | $1,000,000.00* | EXHIBIT A |
| 537 | BLANEY, ROBERT | 22997 | $1,000,000.00* | EXHIBIT A |
| 538 | BLANTON, ZOYA | 22998 | $1,000,000.00* | EXHIBIT A |
| 539 | BLASKIEWICZ, MAX | 22999 | $1,000,000.00* | EXHIBIT A |
| 540 | BLAUM, JOSEPH | 23000 | $1,000,000.00* | EXHIBIT A |
| 541 | BLAZEKOVICH, RONALD | 23001 | $1,000,000.00* | EXHIBIT A |
| 542 | BLEDSOE, JULIUS | 23003 | $1,000,000.00* | EXHIBIT A |
| 543 | BLEDSOE, LLOYD CARSON | 23002 | $1,000,000.00* | EXHIBIT A |
| 544 | BLEVINS, AUSTIN | 23004 | $1,000,000.00* | EXHIBIT A |
| 545 | BLIER, EDMUND | 23005 | $1,000,000.00* | EXHIBIT A |
| 546 | BLIESE, DALE | 23006 | $1,000,000.00* | EXHIBIT A |
| 547 | BLIEVERNICHT, RICHARD | 23007 | $1,000,000.00* | EXHIBIT A |
| 548 | BLINCOE, FELIX | 23008 | $1,000,000.00* | EXHIBIT A |
| 549 | BLOCKER, WALTER | 23009 | $1,000,000.00* | EXHIBIT A |
| 550 | BLOMQUIST, JOHN | 23010 | $1,000,000.00* | EXHIBIT A |
| 551 | BLONDEAUX, RAYMOND | 23011 | $1,000,000.00* | EXHIBIT A |
| 552 | BLOXHAM, JAY | 23012 | $1,000,000.00* | EXHIBIT A |
| 553 | BLOXOM, MAX | 23013 | $1,000,000.00* | EXHIBIT A |
| 554 | BLUE, CATHRYNE | 23014 | $1,000,000.00* | EXHIBIT A |

| 555 | BLUE, HARRY | 23015 | $1,000,000.00* | EXHIBIT A |
| 556 | BLY, JAMES | 23016 | $1,000,000.00* | EXHIBIT A |
| 557 | BOBBITT, CLYDE | 23017 | $1,000,000.00* | EXHIBIT A |
| 558 | BOBECK, CARL | 23018 | $1,000,000.00* | EXHIBIT A |
| 559 | BOCK, DANIEL | 23019 | $1,000,000.00* | EXHIBIT A |
| 560 | BODIE, EUTAW | 23020 | $1,000,000.00* | EXHIBIT A |
| 561 | BODMAN, DOUGLAS | 23021 | $1,000,000.00* | EXHIBIT A |
| 562 | BOGNI, FRANK | 23022 | $1,000,000.00* | EXHIBIT A |
| 563 | BOGUSKO, ALOYSIUS | 23023 | $1,000,000.00* | EXHIBIT A |
| 564 | BOHAN, EDWARD | 23024 | $1,000,000.00* | EXHIBIT A |
| 565 | BOHANNON, FLOYD | 23025 | $1,000,000.00* | EXHIBIT A |
| 566 | BOHANNON, MARVIN | 23026 | $1,000,000.00* | EXHIBIT A |
| 567 | BOHN, ORSON | 23027 | $1,000,000.00* | EXHIBIT A |
| 568 | BOHRER, WILLIAM | 23028 | $1,000,000.00* | EXHIBIT A |
| 569 | BOISVERT, RICHARD | 23029 | $1,000,000.00* | EXHIBIT A |
| 570 | BOLDEN, SAMUEL | 23030 | $1,000,000.00* | EXHIBIT A |
| 571 | BOLEN, DONALD | 23031 | $1,000,000.00* | EXHIBIT A |
| 572 | BOLEN, J. | 23032 | $1,000,000.00* | EXHIBIT A |
| 573 | BOLES, JAMES | 23033 | $1,000,000.00* | EXHIBIT A |
| 574 | BOLEWARE, JAMES | 23034 | $1,000,000.00* | EXHIBIT A |
| 575 | BOLIN, WENDELL | 23035 | $1,000,000.00* | EXHIBIT A |
| 576 | BOLLMAN, JOHN | 23156 | $1,000,000.00* | EXHIBIT A |
| 577 | BOLSTER, ALLAN | 23096 | $1,000,000.00* | EXHIBIT A |
| 578 | BOLSTER, PATRICK | 23097 | $1,000,000.00* | EXHIBIT A |
| 579 | BOLTE, RONALD | 23098 | $1,000,000.00* | EXHIBIT A |
| 580 | BOLTON, BOBBY | 23038 | $1,000,000.00* | EXHIBIT A |
| 581 | BOLTON, DONALD | 23037 | $1,000,000.00* | EXHIBIT A |
| 582 | BOLTON, THOMAS | 23036 | $1,000,000.00* | EXHIBIT A |
| 583 | BOLTON, ULYSS (DECEASED) | 23039 | $1,000,000.00* | EXHIBIT A |
| 584 | BON DURANT, CHARLES | 23040 | $1,000,000.00* | EXHIBIT A |
| 585 | BOND, JOHN | 23041 | $1,000,000.00* | EXHIBIT A |
| 586 | BONDS, FLOYD | 23137 | $1,000,000.00* | EXHIBIT A |
| 587 | BONDS, JAMES | 23042 | $1,000,000.00* | EXHIBIT A |
| 588 | BONE, JAMES | 23139 | $1,000,000.00* | EXHIBIT A |
| 589 | BONE, RICHARD | 23138 | $1,000,000.00* | EXHIBIT A |
| 590 | BONILLA, THOMAS | 23140 | $1,000,000.00* | EXHIBIT A |
| 591 | BONILLAS, DANIEL | 23141 | $1,000,000.00* | EXHIBIT A |
| 592 | BONIN, ROLAND | 23142 | $1,000,000.00* | EXHIBIT A |
| 593 | BONNELL, ALAN | 23143 | $1,000,000.00* | EXHIBIT A |
| 594 | BONNER, HERMANN | 23144 | $1,000,000.00* | EXHIBIT A |
| 595 | BOOTH, GEORGE | 23145 | $1,000,000.00* | EXHIBIT A |
| 596 | BOOTH, JOHN | 23146 | $1,000,000.00* | EXHIBIT A |
| 597 | BOQUIST, DALE | 23147 | $1,000,000.00* | EXHIBIT A |
| 598 | BORBOA, FRED | 23148 | $1,000,000.00* | EXHIBIT A |
| 599 | BORDEN, FLOYD | 23150 | $1,000,000.00* | EXHIBIT A |
| 600 | BORDEN, JOSEPH | 23149 | $1,000,000.00* | EXHIBIT A |
| 601 | BORDENELLI, TONY | 23151 | $1,000,000.00* | EXHIBIT A |

| 602 | BORDENKIRCHER, LOUIE | 23152 | $1,000,000.00* | EXHIBIT A |
| 603 | BORDERS, RONALD | 23153 | $1,000,000.00* | EXHIBIT A |
| 604 | BORDONARO, JOSEPH | 23154 | $1,000,000.00* | EXHIBIT A |
| 605 | BORGATTI, VINCENT | 23155 | $1,000,000.00* | EXHIBIT A |
| 606 | BORGRA, ROBERT | 23127 | $1,000,000.00* | EXHIBIT A |
| 607 | BORKOWSKI, THOMAS | 23128 | $1,000,000.00* | EXHIBIT A |
| 608 | BORNEMANN, RICHARD | 23129 | $1,000,000.00* | EXHIBIT A |
| 609 | BORNSTEIN, JAMES | 23130 | $1,000,000.00* | EXHIBIT A |
| 610 | BOROFSKY, WILLIAM | 23131 | $1,000,000.00* | EXHIBIT A |
| 611 | BORRACCINO, MICHAEL | 23132 | $1,000,000.00* | EXHIBIT A |
| 612 | BORTLIK, JOTHAM | 23133 | $1,000,000.00* | EXHIBIT A |
| 613 | BORTOLOZZO, ALBERT | 23134 | $1,000,000.00* | EXHIBIT A |
| 614 | BOSCHKE, KENNETH | 23135 | $1,000,000.00* | EXHIBIT A |
| 615 | BOSLEY, KENNETH | 23136 | $1,000,000.00* | EXHIBIT A |
| 616 | BOSMAN, KENNETH | 23106 | $1,000,000.00* | EXHIBIT A |
| 617 | BOSNICH, MITCHELL | 23107 | $1,000,000.00* | EXHIBIT A |
| 618 | BOSSERMAN, FREDRICH | 23108 | $1,000,000.00* | EXHIBIT A |
| 619 | BOSSONE, ANTHONY | 23109 | $1,000,000.00* | EXHIBIT A |
| 620 | BOSTEELS, LEON | 23110 | $1,000,000.00* | EXHIBIT A |
| 621 | BOSTON, DONALD | 23111 | $1,000,000.00* | EXHIBIT A |
| 622 | BOSTWICK, HARRY | 23112 | $1,000,000.00* | EXHIBIT A |
| 623 | BOSWELL, DEAN LOUIS | 23113 | $1,000,000.00* | EXHIBIT A |
| 624 | BOSWELL, RUFUS | 23114 | $1,000,000.00* | EXHIBIT A |
| 625 | BOTELHO, ARTHUR | 23115 | $1,000,000.00* | EXHIBIT A |
| 626 | BOTTARY, JOSEPH | 23116 | $1,000,000.00* | EXHIBIT A |
| 627 | BOUCHARD, ARTHUR | 23118 | $1,000,000.00* | EXHIBIT A |
| 628 | BOUCHARD, BLAINE | 23117 | $1,000,000.00* | EXHIBIT A |
| 629 | BOUCHARD, JOSEPH | 23120 | $1,000,000.00* | EXHIBIT A |
| 630 | BOUCHARD, LEO | 23119 | $1,000,000.00* | EXHIBIT A |
| 631 | BOUCHE, LAURENCE | 23121 | $1,000,000.00* | EXHIBIT A |
| 632 | BOUCHER, FRANCIS | 23123 | $1,000,000.00* | EXHIBIT A |
| 633 | BOUCHER, JOSEPH | 23122 | $1,000,000.00* | EXHIBIT A |
| 634 | BOUDREAU, JOHN | 23124 | $1,000,000.00* | EXHIBIT A |
| 635 | BOUKNIGHT, CROMER | 23125 | $1,000,000.00* | EXHIBIT A |
| 636 | BOURRET, NORMAND | 23099 | $1,000,000.00* | EXHIBIT A |
| 637 | BOUSQUET, ROBERT | 23100 | $1,000,000.00* | EXHIBIT A |
| 638 | BOUTIN, ROBERT | 23101 | $1,000,000.00* | EXHIBIT A |
| 639 | BOWEN, JAMES | 23104 | $1,000,000.00* | EXHIBIT A |
| 640 | BOWEN, JOHN | 23103 | $1,000,000.00* | EXHIBIT A |
| 641 | BOWEN, MILTON | 23102 | $1,000,000.00* | EXHIBIT A |
| 642 | BOWEN, MORGAN | 23043 | $1,000,000.00* | EXHIBIT A |
| 643 | BOWEN, WILLARD | 23105 | $1,000,000.00* | EXHIBIT A |
| 644 | BOWERS, KURTIS | 23044 | $1,000,000.00* | EXHIBIT A |
| 645 | BOWMAN, ROBERT | 23045 | $1,000,000.00* | EXHIBIT A |
| 646 | BOX, JOE (DECEASED) | 23046 | $1,000,000.00* | EXHIBIT A |
| 647 | BOYD, BENJAMIN | 23049 | $1,000,000.00* | EXHIBIT A |
| 648 | BOYD, BILLY | 23047 | $1,000,000.00* | EXHIBIT A |

| 649 | BOYD, CORNELIUS | 23048 | $1,000,000.00* | EXHIBIT A |
| 650 | BOYER, JACK | 23050 | $1,000,000.00* | EXHIBIT A |
| 651 | BOYKIN, HERBERT | 23051 | $1,000,000.00* | EXHIBIT A |
| 652 | BOYKIN, WILLIAM | 23052 | $1,000,000.00* | EXHIBIT A |
| 653 | BOYLE, JAMES | 23053 | $1,000,000.00* | EXHIBIT A |
| 654 | BOYLES, HANCEL | 23054 | $1,000,000.00* | EXHIBIT A |
| 655 | BOYUM, DOUGLAS | 23055 | $1,000,000.00* | EXHIBIT A |
| 656 | BOZARD, BILLY | 23056 | $1,000,000.00* | EXHIBIT A |
| 657 | BOZARTH, STEVEN | 23057 | $1,000,000.00* | EXHIBIT A |
| 658 | BOZEMAN, DAVID | 23058 | $1,000,000.00* | EXHIBIT A |
| 659 | BOZZUFFI, RINALDO | 23059 | $1,000,000.00* | EXHIBIT A |
| 660 | BRABHAM, WILLIAM HENRY | 23060 | $1,000,000.00* | EXHIBIT A |
| 661 | BRACKEN, JOHN | 23061 | $1,000,000.00* | EXHIBIT A |
| 662 | BRADFORD, DONALD | 23064 | $1,000,000.00* | EXHIBIT A |
| 663 | BRADFORD, EVERETT | 23063 | $1,000,000.00* | EXHIBIT A |
| 664 | BRADFORD, GALEN | 23065 | $1,000,000.00* | EXHIBIT A |
| 665 | BRADFORD, HARVEY | 23062 | $1,000,000.00* | EXHIBIT A |
| 666 | BRADISH, FRANCIS | 23066 | $1,000,000.00* | EXHIBIT A |
| 667 | BRADLEY, JACK | 23068 | $1,000,000.00* | EXHIBIT A |
| 668 | BRADLEY, JAMES | 23070 | $1,000,000.00* | EXHIBIT A |
| 669 | BRADLEY, JERRY | 23067 | $1,000,000.00* | EXHIBIT A |
| 670 | BRADLEY, JOHN | 23069 | $1,000,000.00* | EXHIBIT A |
| 671 | BRADWAY, CHARLES | 23071 | $1,000,000.00* | EXHIBIT A |
| 672 | BRADY, PATRICK | 23072 | $1,000,000.00* | EXHIBIT A |
| 673 | BRADY, THOMAS | 23073 | $1,000,000.00* | EXHIBIT A |
| 674 | BRAGG, JOHN | 23074 | $1,000,000.00* | EXHIBIT A |
| 675 | BRANCATO, SAM | 23075 | $1,000,000.00* | EXHIBIT A |
| 676 | BRANCH, SAMUEL | 23076 | $1,000,000.00* | EXHIBIT A |
| 677 | BRANCH, THEODORE | 23077 | $1,000,000.00* | EXHIBIT A |
| 678 | BRAND, JOSEPH | 23078 | $1,000,000.00* | EXHIBIT A |
| 679 | BRANDNER, JAMES | 23079 | $1,000,000.00* | EXHIBIT A |
| 680 | BRANDON, JAMES | 23080 | $1,000,000.00* | EXHIBIT A |
| 681 | BRANDSMA, WARREN | 23081 | $1,000,000.00* | EXHIBIT A |
| 682 | BRANDT, DONALD | 23082 | $1,000,000.00* | EXHIBIT A |
| 683 | BRANESKY, GEORGE | 23083 | $1,000,000.00* | EXHIBIT A |
| 684 | BRANHAM, BILLY | 23084 | $1,000,000.00* | EXHIBIT A |
| 685 | BRANNAN, JAMES | 23085 | $1,000,000.00* | EXHIBIT A |
| 686 | BRANNON, CHARLES | 23086 | $1,000,000.00* | EXHIBIT A |
| 687 | BRANSON, ROBERT | 23087 | $1,000,000.00* | EXHIBIT A |
| 688 | BRANZ, EUGENE | 23088 | $1,000,000.00* | EXHIBIT A |
| 689 | BRASELL, BILL | 23089 | $1,000,000.00* | EXHIBIT A |
| 690 | BRAUDRICK, FRANK (DECEASED) | 23091 | $1,000,000.00* | EXHIBIT A |
| 691 | BRAUN, RAYMOND | 23090 | $1,000,000.00* | EXHIBIT A |
| 692 | BRAVER, WILLIAM | 23092 | $1,000,000.00* | EXHIBIT A |
| 693 | BRDLIK, JOSEPH JEROME | 23093 | $1,000,000.00* | EXHIBIT A |
| 694 | BREAZZEAL, JIMMIE | 23094 | $1,000,000.00* | EXHIBIT A |
| 695 | BREEN, JAMES | 23095 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 696 | BREEN, JOHN | 23157 | $1,000,000.00* | EXHIBIT A |
| 697 | BREIDINGER, CLAUDE | 23158 | $1,000,000.00* | EXHIBIT A |
| 698 | BREITUNG, KENNETH | 23159 | $1,000,000.00* | EXHIBIT A |
| 699 | BREMMER, JOHN | 23160 | $1,000,000.00* | EXHIBIT A |
| 700 | BRENNAN, JOHN | 23161 | $1,000,000.00* | EXHIBIT A |
| 701 | BRESLIN, WALTER | 23162 | $1,000,000.00* | EXHIBIT A |
| 702 | BRESNAHAN, WILLIAM | 23163 | $1,000,000.00* | EXHIBIT A |
| 703 | BRESSAN, AMERICO | 23164 | $1,000,000.00* | EXHIBIT A |
| 704 | BRETHAUER, CLARENCE | 23165 | $1,000,000.00* | EXHIBIT A |
| 705 | BREWER, BILLY | 23168 | $1,000,000.00* | EXHIBIT A |
| 706 | BREWER, BOBBY | 23167 | $1,000,000.00* | EXHIBIT A |
| 707 | BREWER, ONEAL | 23169 | $1,000,000.00* | EXHIBIT A |
| 708 | BREWER, WALTER | 23166 | $1,000,000.00* | EXHIBIT A |
| 709 | BREWSTER, ALBERT | 23170 | $1,000,000.00* | EXHIBIT A |
| 710 | BREY, KELLY | 23171 | $1,000,000.00* | EXHIBIT A |
| 711 | BREZNEY, GEORGE | 23172 | $1,000,000.00* | EXHIBIT A |
| 712 | BRICKLE, CARL | 23173 | $1,000,000.00* | EXHIBIT A |
| 713 | BRIDGE, FRANCIS | 23174 | $1,000,000.00* | EXHIBIT A |
| 714 | BRIDGES, WINFORD | 23175 | $1,000,000.00* | EXHIBIT A |
| 715 | BRIDGEWATER, WAYNE | 23176 | $1,000,000.00* | EXHIBIT A |
| 716 | BRIGGS, HENRY | 23177 | $1,000,000.00* | EXHIBIT A |
| 717 | BRIGHT, HOWARD | 23178 | $1,000,000.00* | EXHIBIT A |
| 718 | BRIGHTHAUPT, DANIEL | 23179 | $1,000,000.00* | EXHIBIT A |
| 719 | BRILLA, DENNIS | 23180 | $1,000,000.00* | EXHIBIT A |
| 720 | BRISTOL, ALAN | 23181 | $1,000,000.00* | EXHIBIT A |
| 721 | BRITTAIN, KENNETH | 23182 | $1,000,000.00* | EXHIBIT A |
| 722 | BRITTEN, ROGER | 23183 | $1,000,000.00* | EXHIBIT A |
| 723 | BRITTINGHAM, GEORGE | 23184 | $1,000,000.00* | EXHIBIT A |
| 724 | BROADHEAD, O. | 23185 | $1,000,000.00* | EXHIBIT A |
| 725 | BROCHU, ADRIEN | 23187 | $1,000,000.00* | EXHIBIT A |
| 726 | BROCHU, LAURENT | 23186 | $1,000,000.00* | EXHIBIT A |
| 727 | BROCK, CHARLES | 23188 | $1,000,000.00* | EXHIBIT A |
| 728 | BRODERICK, ALLAN | 23190 | $1,000,000.00* | EXHIBIT A |
| 729 | BRODERICK, PATRICK | 23189 | $1,000,000.00* | EXHIBIT A |
| 730 | BROGAN, JAMES | 23192 | $1,000,000.00* | EXHIBIT A |
| 731 | BROGAN, RAYMOND | 23191 | $1,000,000.00* | EXHIBIT A |
| 732 | BROGDON, JULIUS | 23193 | $1,000,000.00* | EXHIBIT A |
| 733 | BROKER, RONALD | 23194 | $1,000,000.00* | EXHIBIT A |
| 734 | BROMBERG, FRANCIS | 23195 | $1,000,000.00* | EXHIBIT A |
| 735 | BRONNER, FRANK | 23196 | $1,000,000.00* | EXHIBIT A |
| 736 | BROOKER, EARLON | 23197 | $1,000,000.00* | EXHIBIT A |
| 737 | BROOKMAN, WILLIAM | 23198 | $1,000,000.00* | EXHIBIT A |
| 738 | BROOKS, CARMEL | 23202 | $1,000,000.00* | EXHIBIT A |
| 739 | BROOKS, DONALD | 23199 | $1,000,000.00* | EXHIBIT A |
| 740 | BROOKS, FRANKLIN | 23200 | $1,000,000.00* | EXHIBIT A |
| 741 | BROOKS, GERALD | 23206 | $1,000,000.00* | EXHIBIT A |
| 742 | BROOKS, JERROLD | 23203 | $1,000,000.00* | EXHIBIT A |

| 743 | BROOKS, JOHN | 23205 | $1,000,000.00* | EXHIBIT A |
|-----|--------------|-------|----------------|-----------|
| 744 | BROOKS, LARRY | 23201 | $1,000,000.00* | EXHIBIT A |
| 745 | BROOKS, ROY | 23204 | $1,000,000.00* | EXHIBIT A |
| 746 | BROOKS, THOMAS | 23207 | $1,000,000.00* | EXHIBIT A |
| 747 | BROSCIUS, WILLIAM | 23208 | $1,000,000.00* | EXHIBIT A |
| 748 | BROSCO, WILLIAM | 23209 | $1,000,000.00* | EXHIBIT A |
| 749 | BROSNIHAN, GEORGE | 23210 | $1,000,000.00* | EXHIBIT A |
| 750 | BROTHERS, NORMAN | 23211 | $1,000,000.00* | EXHIBIT A |
| 751 | BROUGHTON, DONALD | 23212 | $1,000,000.00* | EXHIBIT A |
| 752 | BROUILLARD, RONALD | 23213 | $1,000,000.00* | EXHIBIT A |
| 753 | BROUILLETTE, PHILLIP | 23214 | $1,000,000.00* | EXHIBIT A |
| 754 | BROUSSARD, ALBERT | 23215 | $1,000,000.00* | EXHIBIT A |
| 755 | BROUSSEAU, JOSEPH | 23216 | $1,000,000.00* | EXHIBIT A |
| 756 | BROWN, ARTHUR | 23218 | $1,000,000.00* | EXHIBIT A |
| 757 | BROWN, DAVID | 23220 | $1,000,000.00* | EXHIBIT A |
| 758 | BROWN, DELLMAN | 23239 | $1,000,000.00* | EXHIBIT A |
| 759 | BROWN, DENNIS | 23236 | $1,000,000.00* | EXHIBIT A |
| 760 | BROWN, DENNIS | 23238 | $1,000,000.00* | EXHIBIT A |
| 761 | BROWN, ETSEL | 23219 | $1,000,000.00* | EXHIBIT A |
| 762 | BROWN, GARY | 23242 | $1,000,000.00* | EXHIBIT A |
| 763 | BROWN, HAROLD | 23244 | $1,000,000.00* | EXHIBIT A |
| 764 | BROWN, JAMES | 23221 | $1,000,000.00* | EXHIBIT A |
| 765 | BROWN, JAMES | 23230 | $1,000,000.00* | EXHIBIT A |
| 766 | BROWN, JAMES | 23237 | $1,000,000.00* | EXHIBIT A |
| 767 | BROWN, JAMES | 23243 | $1,000,000.00* | EXHIBIT A |
| 768 | BROWN, JOSEPH | 23233 | $1,000,000.00* | EXHIBIT A |
| 769 | BROWN, KENNETH | 23235 | $1,000,000.00* | EXHIBIT A |
| 770 | BROWN, LARRY | 23226 | $1,000,000.00* | EXHIBIT A |
| 771 | BROWN, OTIS | 23227 | $1,000,000.00* | EXHIBIT A |
| 772 | BROWN, PEARIS | 23229 | $1,000,000.00* | EXHIBIT A |
| 773 | BROWN, ROBERT | 23231 | $1,000,000.00* | EXHIBIT A |
| 774 | BROWN, ROBERT | 23232 | $1,000,000.00* | EXHIBIT A |
| 775 | BROWN, RUBIN | 23241 | $1,000,000.00* | EXHIBIT A |
| 776 | BROWN, WALTER | 23217 | $1,000,000.00* | EXHIBIT A |
| 777 | BROWN, WALTER | 23223 | $1,000,000.00* | EXHIBIT A |
| 778 | BROWN, WALTER | 23225 | $1,000,000.00* | EXHIBIT A |
| 779 | BROWN, WILLIAM | 23222 | $1,000,000.00* | EXHIBIT A |
| 780 | BROWN, WILLIAM | 23224 | $1,000,000.00* | EXHIBIT A |
| 781 | BROWN, WILLIAM | 23234 | $1,000,000.00* | EXHIBIT A |
| 782 | BROWN, WILLIAM | 23240 | $1,000,000.00* | EXHIBIT A |
| 783 | BROWN, WILLIE | 23228 | $1,000,000.00* | EXHIBIT A |
| 784 | BROWNING, FRANCIS | 23245 | $1,000,000.00* | EXHIBIT A |
| 785 | BROWNING, RONALD | 23246 | $1,000,000.00* | EXHIBIT A |
| 786 | BROXSON, JAMES | 23247 | $1,000,000.00* | EXHIBIT A |
| 787 | BROYLES, ROBERT | 23248 | $1,000,000.00* | EXHIBIT A |
| 788 | BRUCE, ROBERT | 23249 | $1,000,000.00* | EXHIBIT A |
| 789 | BRUCKS, CHARLES | 23250 | $1,000,000.00* | EXHIBIT A |

| 790 | BRUGNARA, LEO | 23251 | $1,000,000.00* | EXHIBIT A |
|-----|----------------|-------|----------------|-----------|
| 791 | BRUMBAUGH, BARRY | 23252 | $1,000,000.00* | EXHIBIT A |
| 792 | BRUMBELOW, CHARLES | 23253 | $1,000,000.00* | EXHIBIT A |
| 793 | BRUMFIELD, TRULY | 23254 | $1,000,000.00* | EXHIBIT A |
| 794 | BRUNDA, ANDREW | 23255 | $1,000,000.00* | EXHIBIT A |
| 795 | BRUNELLE, RONALD | 23256 | $1,000,000.00* | EXHIBIT A |
| 796 | BRUNHOEBER, STEWART | 23257 | $1,000,000.00* | EXHIBIT A |
| 797 | BRUNO, JOHN | 23258 | $1,000,000.00* | EXHIBIT A |
| 798 | BRUSDA, PATRICK | 23259 | $1,000,000.00* | EXHIBIT A |
| 799 | BRYAN, BYRON | 23261 | $1,000,000.00* | EXHIBIT A |
| 800 | BRYAN, WILLIAM | 23260 | $1,000,000.00* | EXHIBIT A |
| 801 | BRYANT, PRESTON | 23262 | $1,000,000.00* | EXHIBIT A |
| 802 | BRYANT, SAMUEL | 23263 | $1,000,000.00* | EXHIBIT A |
| 803 | BRYER, KENNETH | 23264 | $1,000,000.00* | EXHIBIT A |
| 804 | BRYSON, KENNETH | 23265 | $1,000,000.00* | EXHIBIT A |
| 805 | BRZOSKA, SIGMUND | 23266 | $1,000,000.00* | EXHIBIT A |
| 806 | BUBELLO, RICHARD | 23267 | $1,000,000.00* | EXHIBIT A |
| 807 | BUCALA, SR., GEORGE | 23268 | $1,000,000.00* | EXHIBIT A |
| 808 | BUCHER, JOHN | 23269 | $1,000,000.00* | EXHIBIT A |
| 809 | BUCIUNI, GIUSEPPE | 23270 | $1,000,000.00* | EXHIBIT A |
| 810 | BUCK, SCOTT | 23271 | $1,000,000.00* | EXHIBIT A |
| 811 | BUCKELS, WALTER | 23272 | $1,000,000.00* | EXHIBIT A |
| 812 | BUCKLAND, ROBERT | 23273 | $1,000,000.00* | EXHIBIT A |
| 813 | BUDREWICZ, MICHAEL | 23274 | $1,000,000.00* | EXHIBIT A |
| 814 | BUELL, GREGORY | 23275 | $1,000,000.00* | EXHIBIT A |
| 815 | BUENO, ARTHUR | 23276 | $1,000,000.00* | EXHIBIT A |
| 816 | BUFANO, MANFRED | 23277 | $1,000,000.00* | EXHIBIT A |
| 817 | BUFFINGTON, RICHARD | 23278 | $1,000,000.00* | EXHIBIT A |
| 818 | BUICE, ALFRED | 23279 | $1,000,000.00* | EXHIBIT A |
| 819 | BUKOVAC, DAVID | 23280 | $1,000,000.00* | EXHIBIT A |
| 820 | BUKOWSKI, JOHN | 23282 | $1,000,000.00* | EXHIBIT A |
| 821 | BUKOWSKI, THOMAS | 23281 | $1,000,000.00* | EXHIBIT A |
| 822 | BULER, GEORGE | 23283 | $1,000,000.00* | EXHIBIT A |
| 823 | BULLARD, KENNETH | 23284 | $1,000,000.00* | EXHIBIT A |
| 824 | BULLION, VIRGIL | 23285 | $1,000,000.00* | EXHIBIT A |
| 825 | BULLOCK, PAUL | 23286 | $1,000,000.00* | EXHIBIT A |
| 826 | BUMGARNER, CAROLL | 23288 | $1,000,000.00* | EXHIBIT A |
| 827 | BUMGARNER, JERRY | 23287 | $1,000,000.00* | EXHIBIT A |
| 828 | BUNDICK, ORIE | 23289 | $1,000,000.00* | EXHIBIT A |
| 829 | BURAK, PETER | 23290 | $1,000,000.00* | EXHIBIT A |
| 830 | BURCH, JR., WILLIAM | 23292 | $1,000,000.00* | EXHIBIT A |
| 831 | BURCH, LYNWOOD | 23291 | $1,000,000.00* | EXHIBIT A |
| 832 | BURDICK, LEE | 23293 | $1,000,000.00* | EXHIBIT A |
| 833 | BURGESON, E. DOUGLAS | 23294 | $1,000,000.00* | EXHIBIT A |
| 834 | BURGESS, JAMES | 23296 | $1,000,000.00* | EXHIBIT A |
| 835 | BURGESS, LESTER | 23295 | $1,000,000.00* | EXHIBIT A |
| 836 | BURGNER, JAMES | 23297 | $1,000,000.00* | EXHIBIT A |

| 837 | BURINSKAS, JOHN | 23298 | $1,000,000.00* | EXHIBIT A |
|-----|-----------------|-------|----------------|-----------|
| 838 | BURKART, THOMAS | 23299 | $1,000,000.00* | EXHIBIT A |
| 839 | BURKE, JAMES | 23301 | $1,000,000.00* | EXHIBIT A |
| 840 | BURKE, PATRICK | 23303 | $1,000,000.00* | EXHIBIT A |
| 841 | BURKE, PAUL | 23300 | $1,000,000.00* | EXHIBIT A |
| 842 | BURKE, PHILLIP | 22953 | $1,000,000.00* | EXHIBIT A |
| 843 | BURKE, RICHARD | 23302 | $1,000,000.00* | EXHIBIT A |
| 844 | BURKE, THOMAS | 22952 | $1,000,000.00* | EXHIBIT A |
| 845 | BURKE, WILLIAM | 23304 | $1,000,000.00* | EXHIBIT A |
| 846 | BURKETT, JAMES | 22954 | $1,000,000.00* | EXHIBIT A |
| 847 | BURKETT, KENNY | 22956 | $1,000,000.00* | EXHIBIT A |
| 848 | BURKETT, PATRICIA | 22955 | $1,000,000.00* | EXHIBIT A |
| 849 | BURKHARDT, LAWRENCE | 22957 | $1,000,000.00* | EXHIBIT A |
| 850 | BURKHART, CLYDE | 22958 | $1,000,000.00* | EXHIBIT A |
| 851 | BURKHART, EDWARD | 22959 | $1,000,000.00* | EXHIBIT A |
| 852 | BURKHOLDER, PAUL | 22960 | $1,000,000.00* | EXHIBIT A |
| 853 | BURNET, DAVID | 22961 | $1,000,000.00* | EXHIBIT A |
| 854 | BURNETT, GLENN | 22962 | $1,000,000.00* | EXHIBIT A |
| 855 | BURNETTE, WILLIE | 22963 | $1,000,000.00* | EXHIBIT A |
| 856 | BURNHAM, HOWARD | 22964 | $1,000,000.00* | EXHIBIT A |
| 857 | BURNS, CHARLES | 22965 | $1,000,000.00* | EXHIBIT A |
| 858 | BUROS, ROBERT EUGENE | 22966 | $1,000,000.00* | EXHIBIT A |
| 859 | BURRELL, HERMAN | 22967 | $1,000,000.00* | EXHIBIT A |
| 860 | BURRILL, LEONARD | 22968 | $1,000,000.00* | EXHIBIT A |
| 861 | BURROWS, RONALD | 22969 | $1,000,000.00* | EXHIBIT A |
| 862 | BURT, BURDETTE | 22970 | $1,000,000.00* | EXHIBIT A |
| 863 | BURTON, JOHN | 22972 | $1,000,000.00* | EXHIBIT A |
| 864 | BURTON, WILLIAM | 22971 | $1,000,000.00* | EXHIBIT A |
| 865 | BURZLOFF, JULIUS | 22973 | $1,000,000.00* | EXHIBIT A |
| 866 | BUSER, ROY | 22974 | $1,000,000.00* | EXHIBIT A |
| 867 | BUSH, ALFRED | 23491 | $1,000,000.00* | EXHIBIT A |
| 868 | BUSH, MENO JOHN | 22975 | $1,000,000.00* | EXHIBIT A |
| 869 | BUSHIKA, THOMAS | 23492 | $1,000,000.00* | EXHIBIT A |
| 870 | BUSHMAN, ALLAN | 23305 | $1,000,000.00* | EXHIBIT A |
| 871 | BUTLER, ALVIN | 23306 | $1,000,000.00* | EXHIBIT A |
| 872 | BUTLER, BILLY | 23311 | $1,000,000.00* | EXHIBIT A |
| 873 | BUTLER, BYRON | 23312 | $1,000,000.00* | EXHIBIT A |
| 874 | BUTLER, EDWARD | 23308 | $1,000,000.00* | EXHIBIT A |
| 875 | BUTLER, JACK | 23309 | $1,000,000.00* | EXHIBIT A |
| 876 | BUTLER, ROBERT | 23307 | $1,000,000.00* | EXHIBIT A |
| 877 | BUTLER, WILLIAM | 23310 | $1,000,000.00* | EXHIBIT A |
| 878 | BUTTERFIELD, ROBERT | 23313 | $1,000,000.00* | EXHIBIT A |
| 879 | BUTTON, LYMAN | 23314 | $1,000,000.00* | EXHIBIT A |
| 880 | BUTZER, CHARLES | 23315 | $1,000,000.00* | EXHIBIT A |
| 881 | BUTZLAFF, ROBERT | 23316 | $1,000,000.00* | EXHIBIT A |
| 882 | BUXTON, CHARLES | 23317 | $1,000,000.00* | EXHIBIT A |
| 883 | BYRD, JAMES | 23321 | $1,000,000.00* | EXHIBIT A |

470006

| 884 | BYRD, JOHN | 23322 | $1,000,000.00* | EXHIBIT A |
| 885 | BYRD, JOHNNY | 23320 | $1,000,000.00* | EXHIBIT A |
| 886 | BYRD, RICHARD | 23319 | $1,000,000.00* | EXHIBIT A |
| 887 | BYRD, THOMAS | 23318 | $1,000,000.00* | EXHIBIT A |
| 888 | BYRNE, DENNIS EUGENE | 23323 | $1,000,000.00* | EXHIBIT A |
| 889 | BYRNES, WILLIAM | 23571 | $1,000,000.00* | EXHIBIT A |
| 890 | CABERNOCH, WILLIAM | 23570 | $1,000,000.00* | EXHIBIT A |
| 891 | CAFARELLI, PATRICK | 23569 | $1,000,000.00* | EXHIBIT A |
| 892 | CAIN, ALBERT | 23567 | $1,000,000.00* | EXHIBIT A |
| 893 | CAIN, JOSEPH | 23568 | $1,000,000.00* | EXHIBIT A |
| 894 | CALABRESE, CHARLES | 23566 | $1,000,000.00* | EXHIBIT A |
| 895 | CALDERON, PEDRO | 23573 | $1,000,000.00* | EXHIBIT A |
| 896 | CALDWELL, ALLEN | 23575 | $1,000,000.00* | EXHIBIT A |
| 897 | CALDWELL, DANIEL | 23572 | $1,000,000.00* | EXHIBIT A |
| 898 | CALDWELL, THARREL | 23845 | $1,000,000.00* | EXHIBIT A |
| 899 | CALISTRO, RALPH | 23574 | $1,000,000.00* | EXHIBIT A |
| 900 | CALL, THOMAS | 23515 | $1,000,000.00* | EXHIBIT A |
| 901 | CALLAHAN, JOHN | 23513 | $1,000,000.00* | EXHIBIT A |
| 902 | CALLAHAN, REGINALD | 23514 | $1,000,000.00* | EXHIBIT A |
| 903 | CALLANAN, WILLIAM | 23512 | $1,000,000.00* | EXHIBIT A |
| 904 | CALLARI, JOSEPH | 23511 | $1,000,000.00* | EXHIBIT A |
| 905 | CALLEN, RICHARD | 23510 | $1,000,000.00* | EXHIBIT A |
| 906 | CALLENDER, KNOLLY | 23509 | $1,000,000.00* | EXHIBIT A |
| 907 | CALLOWAY, EUGENE | 23508 | $1,000,000.00* | EXHIBIT A |
| 908 | CALVACCA, IGNAZIO | 23507 | $1,000,000.00* | EXHIBIT A |
| 909 | CALVERT, THOMAS (DECEASED) | 23506 | $1,000,000.00* | EXHIBIT A |
| 910 | CAMERON, JUANITA | 23504 | $1,000,000.00* | EXHIBIT A |
| 911 | CAMERON, ROBERT | 23505 | $1,000,000.00* | EXHIBIT A |
| 912 | CAMERON, TOMMY | 23503 | $1,000,000.00* | EXHIBIT A |
| 913 | CAMILLUCCI, ALBERT | 23502 | $1,000,000.00* | EXHIBIT A |
| 914 | CAMILLUCCI, STEPHEN | 23501 | $1,000,000.00* | EXHIBIT A |
| 915 | CAMMARATA, SALVATORE | 23500 | $1,000,000.00* | EXHIBIT A |
| 916 | CAMP, WAYNE | 23499 | $1,000,000.00* | EXHIBIT A |
| 917 | CAMPBELL, HARRY | 23495 | $1,000,000.00* | EXHIBIT A |
| 918 | CAMPBELL, JAMES | 23497 | $1,000,000.00* | EXHIBIT A |
| 919 | CAMPBELL, JOHN | 23496 | $1,000,000.00* | EXHIBIT A |
| 920 | CAMPBELL, ROBERT | 23498 | $1,000,000.00* | EXHIBIT A |
| 921 | CAMPONO, ROBERT | 23494 | $1,000,000.00* | EXHIBIT A |
| 922 | CAMPUTARO, VINCENT | 23493 | $1,000,000.00* | EXHIBIT A |
| 923 | CANAVAN, ROBERT | 23490 | $1,000,000.00* | EXHIBIT A |
| 924 | CANCILLA, FRED | 23489 | $1,000,000.00* | EXHIBIT A |
| 925 | CANDELA, WILLIAM | 23488 | $1,000,000.00* | EXHIBIT A |
| 926 | CANDUCCI, FREDERICK | 23487 | $1,000,000.00* | EXHIBIT A |
| 927 | CANE, WILLIAM | 23486 | $1,000,000.00* | EXHIBIT A |
| 928 | CANESSA, C. ROBERT | 23485 | $1,000,000.00* | EXHIBIT A |
| 929 | CANNING, EDWARD | 23484 | $1,000,000.00* | EXHIBIT A |
| 930 | CANNON, RAYMOND | 23483 | $1,000,000.00* | EXHIBIT A |

| 931 | CANOY, LEIGHTON | 23482 | $1,000,000.00* | EXHIBIT A |
| 932 | CANTAFIO, ANTHONY | 23481 | $1,000,000.00* | EXHIBIT A |
| 933 | CANTAFIO, LOUIS | 23480 | $1,000,000.00* | EXHIBIT A |
| 934 | CANTONE, FRANK | 23478 | $1,000,000.00* | EXHIBIT A |
| 935 | CANTONE, JOSEPH | 23479 | $1,000,000.00* | EXHIBIT A |
| 936 | CAOUETTE, JULES | 23477 | $1,000,000.00* | EXHIBIT A |
| 937 | CAPACHIETTI, RALPH | 23476 | $1,000,000.00* | EXHIBIT A |
| 938 | CAPEN, ROBERT | 23475 | $1,000,000.00* | EXHIBIT A |
| 939 | CAPONE, RICHARD | 23474 | $1,000,000.00* | EXHIBIT A |
| 940 | CAPPS, CHARLES | 23473 | $1,000,000.00* | EXHIBIT A |
| 941 | CAPRIO, ROBERT | 23472 | $1,000,000.00* | EXHIBIT A |
| 942 | CAPRONI, JOSEPH | 23471 | $1,000,000.00* | EXHIBIT A |
| 943 | CARATZOLA, VINCENT | 23470 | $1,000,000.00* | EXHIBIT A |
| 944 | CARD, JOHN | 23469 | $1,000,000.00* | EXHIBIT A |
| 945 | CARDIELLO, FRANK | 23468 | $1,000,000.00* | EXHIBIT A |
| 946 | CARDONI, EUGENE | 23467 | $1,000,000.00* | EXHIBIT A |
| 947 | CARDOSO, JOSE | 23465 | $1,000,000.00* | EXHIBIT A |
| 948 | CARDOSO, MIKE | 23466 | $1,000,000.00* | EXHIBIT A |
| 949 | CARDWELL, LONNIE | 23464 | $1,000,000.00* | EXHIBIT A |
| 950 | CAREY, CHARLES | 23463 | $1,000,000.00* | EXHIBIT A |
| 951 | CARGLE, KENNETH | 23462 | $1,000,000.00* | EXHIBIT A |
| 952 | CARIGNAN, HENRY | 23461 | $1,000,000.00* | EXHIBIT A |
| 953 | CARKIN, WILLIAM | 23460 | $1,000,000.00* | EXHIBIT A |
| 954 | CARLETON, HAROLD | 23459 | $1,000,000.00* | EXHIBIT A |
| 955 | CARLOW, WILLIAM | 23458 | $1,000,000.00* | EXHIBIT A |
| 956 | CARLSON, CARL (DECEASED) | 24242 | $1,000,000.00* | EXHIBIT A |
| 957 | CARLSON, JOHN | 23456 | $1,000,000.00* | EXHIBIT A |
| 958 | CARLSON, RICHARD | 24244 | $1,000,000.00* | EXHIBIT A |
| 959 | CARLSON, SHELDON | 23457 | $1,000,000.00* | EXHIBIT A |
| 960 | CARLSON, STEVEN | 24243 | $1,000,000.00* | EXHIBIT A |
| 961 | CARLTON, CHESTER | 24241 | $1,000,000.00* | EXHIBIT A |
| 962 | CARMICHAEL, RANDY | 24239 | $1,000,000.00* | EXHIBIT A |
| 963 | CARMICHAEL, WILLIAM | 24240 | $1,000,000.00* | EXHIBIT A |
| 964 | CARMODY, JOHN | 24238 | $1,000,000.00* | EXHIBIT A |
| 965 | CARNAROLI, JOHN | 24237 | $1,000,000.00* | EXHIBIT A |
| 966 | CARNEY, JOHN | 24235 | $1,000,000.00* | EXHIBIT A |
| 967 | CARNEY, WILLIAM | 24236 | $1,000,000.00* | EXHIBIT A |
| 968 | CAROLA, NICHOLAS | 24234 | $1,000,000.00* | EXHIBIT A |
| 969 | CARON, ALCIDE | 24233 | $1,000,000.00* | EXHIBIT A |
| 970 | CARPENTER, MAURICE | 24230 | $1,000,000.00* | EXHIBIT A |
| 971 | CARPENTER, PINAR | 24232 | $1,000,000.00* | EXHIBIT A |
| 972 | CARPENTER, RALPH | 24231 | $1,000,000.00* | EXHIBIT A |
| 973 | CARR, GROVER (DECEASED) | 24226 | $1,000,000.00* | EXHIBIT A |
| 974 | CARR, JAMES | 24229 | $1,000,000.00* | EXHIBIT A |
| 975 | CARR, LARRY | 24228 | $1,000,000.00* | EXHIBIT A |
| 976 | CARR, WILLIAM | 24227 | $1,000,000.00* | EXHIBIT A |
| 977 | CARRANO, JAMES | 24225 | $1,000,000.00* | EXHIBIT A |

| 978 | CARRICO, GEORGE | 24224 | $1,000,000.00* | EXHIBIT A |
| 979 | CARRIER, DELBERT LEE | 24223 | $1,000,000.00* | EXHIBIT A |
| 980 | CARRIER, RODERICK | 24222 | $1,000,000.00* | EXHIBIT A |
| 981 | CARROLL, PATRICK | 24218 | $1,000,000.00* | EXHIBIT A |
| 982 | CARROLL, ROBERT | 24221 | $1,000,000.00* | EXHIBIT A |
| 983 | CARROLL, THOMAS | 24220 | $1,000,000.00* | EXHIBIT A |
| 984 | CARROLL, WILBER | 24219 | $1,000,000.00* | EXHIBIT A |
| 985 | CARSON, DENNIS | 24215 | $1,000,000.00* | EXHIBIT A |
| 986 | CARSON, DONALD | 24217 | $1,000,000.00* | EXHIBIT A |
| 987 | CARSON, RUSSEL | 24216 | $1,000,000.00* | EXHIBIT A |
| 988 | CARSTEN, BERT | 24213 | $1,000,000.00* | EXHIBIT A |
| 989 | CARSTEN, RICHARD | 24214 | $1,000,000.00* | EXHIBIT A |
| 990 | CARSTO, ROBERT | 24212 | $1,000,000.00* | EXHIBIT A |
| 991 | CARTER, COLLIN | 24211 | $1,000,000.00* | EXHIBIT A |
| 992 | CARTER, JOE | 24207 | $1,000,000.00* | EXHIBIT A |
| 993 | CARTER, LOUIS | 24206 | $1,000,000.00* | EXHIBIT A |
| 994 | CARTER, NATTIE | 24208 | $1,000,000.00* | EXHIBIT A |
| 995 | CARTER, ROBERT | 24210 | $1,000,000.00* | EXHIBIT A |
| 996 | CARTER, WILLIAM | 24209 | $1,000,000.00* | EXHIBIT A |
| 997 | CARTER, WYLIE | 24205 | $1,000,000.00* | EXHIBIT A |
| 998 | CARTWRIGHT, ROY | 24204 | $1,000,000.00* | EXHIBIT A |
| 999 | CARTY, LARRY | 24203 | $1,000,000.00* | EXHIBIT A |
| 1000 | CARUSONE, JOSEPH | 24202 | $1,000,000.00* | EXHIBIT A |
| 1001 | CARVER, EMERY | 24200 | $1,000,000.00* | EXHIBIT A |
| 1002 | CARVER, JACKIE | 24201 | $1,000,000.00* | EXHIBIT A |
| 1003 | CASABONA, LOUIS | 24199 | $1,000,000.00* | EXHIBIT A |
| 1004 | CASASANTA, VINCENT | 24198 | $1,000,000.00* | EXHIBIT A |
| 1005 | CASEBIER, NED | 24197 | $1,000,000.00* | EXHIBIT A |
| 1006 | CASEY, DENIS | 24194 | $1,000,000.00* | EXHIBIT A |
| 1007 | CASEY, FRANK | 24195 | $1,000,000.00* | EXHIBIT A |
| 1008 | CASEY, WILLIAM | 24193 | $1,000,000.00* | EXHIBIT A |
| 1009 | CASEY, WILLIAM | 24196 | $1,000,000.00* | EXHIBIT A |
| 1010 | CASHER, MICHAEL | 24192 | $1,000,000.00* | EXHIBIT A |
| 1011 | CASHIN, JAMES | 24191 | $1,000,000.00* | EXHIBIT A |
| 1012 | CASS, FRANCIS | 24190 | $1,000,000.00* | EXHIBIT A |
| 1013 | CASSANI, EUGENE | 24189 | $1,000,000.00* | EXHIBIT A |
| 1014 | CASSAR, HARRY | 24188 | $1,000,000.00* | EXHIBIT A |
| 1015 | CASSATA, PHILLIP | 24187 | $1,000,000.00* | EXHIBIT A |
| 1016 | CASSELBERRY, MICHAEL | 24186 | $1,000,000.00* | EXHIBIT A |
| 1017 | CASSENS, ARNOLD | 24185 | $1,000,000.00* | EXHIBIT A |
| 1018 | CASSISTA, RICHARD | 24184 | $1,000,000.00* | EXHIBIT A |
| 1019 | CASTALDO, JERRY | 24182 | $1,000,000.00* | EXHIBIT A |
| 1020 | CASTALDO, LOUIS | 24183 | $1,000,000.00* | EXHIBIT A |
| 1021 | CASTELLANO, STEVEN | 24181 | $1,000,000.00* | EXHIBIT A |
| 1022 | CASTELLON, VINCENT | 24180 | $1,000,000.00* | EXHIBIT A |
| 1023 | CASTER, ROY | 24179 | $1,000,000.00* | EXHIBIT A |
| 1024 | CASTIGLIONE, JOSEPH | 24178 | $1,000,000.00* | EXHIBIT A |

| 1025 | CASTILLOUX, LOUIS | 24177 | $1,000,000.00* | EXHIBIT A |
| 1026 | CASTLE, WALTER | 24176 | $1,000,000.00* | EXHIBIT A |
| 1027 | CASTONGUAY, NORMAND | 24175 | $1,000,000.00* | EXHIBIT A |
| 1028 | CASTONGUAY, ROGER | 24296 | $1,000,000.00* | EXHIBIT A |
| 1029 | CASWELL, GARDNER | 24174 | $1,000,000.00* | EXHIBIT A |
| 1030 | CASWELL, RUSSELL | 24173 | $1,000,000.00* | EXHIBIT A |
| 1031 | CATALDO, GEORGE | 24171 | $1,000,000.00* | EXHIBIT A |
| 1032 | CATE, JERRY | 24172 | $1,000,000.00* | EXHIBIT A |
| 1033 | CATENA, VINCENT | 24170 | $1,000,000.00* | EXHIBIT A |
| 1034 | CATES, GAYLON | 24169 | $1,000,000.00* | EXHIBIT A |
| 1035 | CATUZZI, WILLIAM | 24168 | $1,000,000.00* | EXHIBIT A |
| 1036 | CAULFIELD, THOMAS | 24167 | $1,000,000.00* | EXHIBIT A |
| 1037 | CAULK, CHARLES | 24166 | $1,000,000.00* | EXHIBIT A |
| 1038 | CAVADEAS, GEORGE | 24165 | $1,000,000.00* | EXHIBIT A |
| 1039 | CAVALLARO, ANTHONY | 24164 | $1,000,000.00* | EXHIBIT A |
| 1040 | CAVALLO, DENNIS | 24161 | $1,000,000.00* | EXHIBIT A |
| 1041 | CAVALLO, NICHOLAS | 24162 | $1,000,000.00* | EXHIBIT A |
| 1042 | CAVALLO, ROBERT | 24163 | $1,000,000.00* | EXHIBIT A |
| 1043 | CAVANAGH, JOSEPH | 24160 | $1,000,000.00* | EXHIBIT A |
| 1044 | CAVANAUGH, JAMES | 24159 | $1,000,000.00* | EXHIBIT A |
| 1045 | CAVE, ROBERT | 24158 | $1,000,000.00* | EXHIBIT A |
| 1046 | CAVELL, EUGENE | 24157 | $1,000,000.00* | EXHIBIT A |
| 1047 | CAVELL, GEORGE | 24156 | $1,000,000.00* | EXHIBIT A |
| 1048 | CAVELLIER, JOHN | 24155 | $1,000,000.00* | EXHIBIT A |
| 1049 | CAVENDER, RICHARD | 24154 | $1,000,000.00* | EXHIBIT A |
| 1050 | CAYTON, EDWARD | 24153 | $1,000,000.00* | EXHIBIT A |
| 1051 | CEBULLA, HAROLD | 24152 | $1,000,000.00* | EXHIBIT A |
| 1052 | CEBULSKI, JOSEPH | 24151 | $1,000,000.00* | EXHIBIT A |
| 1053 | CECCI, NORMAN | 24150 | $1,000,000.00* | EXHIBIT A |
| 1054 | CELLA, VINCENT | 24149 | $1,000,000.00* | EXHIBIT A |
| 1055 | CELLUCCI, JOSEPH | 24148 | $1,000,000.00* | EXHIBIT A |
| 1056 | CHAFFEE, NELSON | 24147 | $1,000,000.00* | EXHIBIT A |
| 1057 | CHAFFIN, TERRY | 24146 | $1,000,000.00* | EXHIBIT A |
| 1058 | CHAMBERS, BERNIE | 24145 | $1,000,000.00* | EXHIBIT A |
| 1059 | CHAMBERS, HERMAN | 24144 | $1,000,000.00* | EXHIBIT A |
| 1060 | CHAMBERS, LARRY | 24142 | $1,000,000.00* | EXHIBIT A |
| 1061 | CHAMBERS, TOMMY | 24143 | $1,000,000.00* | EXHIBIT A |
| 1062 | CHAMPAGNE, ANDREW | 24141 | $1,000,000.00* | EXHIBIT A |
| 1063 | CHAMPION, BOYD | 24140 | $1,000,000.00* | EXHIBIT A |
| 1064 | CHAMPLIN, CALEB | 24139 | $1,000,000.00* | EXHIBIT A |
| 1065 | CHAMPLIN, CAMERON | 24138 | $1,000,000.00* | EXHIBIT A |
| 1066 | CHAMPY, CHARLES | 24137 | $1,000,000.00* | EXHIBIT A |
| 1067 | CHANDLER, CHARLES | 24134 | $1,000,000.00* | EXHIBIT A |
| 1068 | CHANDLER, GEORGE | 24136 | $1,000,000.00* | EXHIBIT A |
| 1069 | CHANDLER, KENNETH | 24135 | $1,000,000.00* | EXHIBIT A |
| 1070 | CHANEY, CECIL | 24133 | $1,000,000.00* | EXHIBIT A |
| 1071 | CHANNELL, RICHARD | 24131 | $1,000,000.00* | EXHIBIT A |

470006

| 1072 | CHANNELL, ROY | 24132 | $1,000,000.00* | EXHIBIT A |
| 1073 | CHAPMAN, MALCOLM | 24130 | $1,000,000.00* | EXHIBIT A |
| 1074 | CHAPMAN, WALTER | 24129 | $1,000,000.00* | EXHIBIT A |
| 1075 | CHAPMAN, WILLIAM | 24128 | $1,000,000.00* | EXHIBIT A |
| 1076 | CHAPPELL, WALTER | 24127 | $1,000,000.00* | EXHIBIT A |
| 1077 | CHARBONNEAU, NORMAN | 24125 | $1,000,000.00* | EXHIBIT A |
| 1078 | CHARBONNEAU, PAUL | 24126 | $1,000,000.00* | EXHIBIT A |
| 1079 | CHARLSON, RONALD | 24124 | $1,000,000.00* | EXHIBIT A |
| 1080 | CHARNESKI, BERNARD | 24123 | $1,000,000.00* | EXHIBIT A |
| 1081 | CHASE, EDGAR | 24122 | $1,000,000.00* | EXHIBIT A |
| 1082 | CHASE, WAYNE | 24120 | $1,000,000.00* | EXHIBIT A |
| 1083 | CHASE, WILLIAM | 24121 | $1,000,000.00* | EXHIBIT A |
| 1084 | CHAVES, ANTONIO | 24119 | $1,000,000.00* | EXHIBIT A |
| 1085 | CHAVEZ, JOHN | 24118 | $1,000,000.00* | EXHIBIT A |
| 1086 | CHELLINO, DOMINICK | 24117 | $1,000,000.00* | EXHIBIT A |
| 1087 | CHENIER, HAROLD | 24116 | $1,000,000.00* | EXHIBIT A |
| 1088 | CHERRICK, MICHAEL | 24115 | $1,000,000.00* | EXHIBIT A |
| 1089 | CHESTNUT, CHARLES | 24114 | $1,000,000.00* | EXHIBIT A |
| 1090 | CHIADO, THOMAS | 24113 | $1,000,000.00* | EXHIBIT A |
| 1091 | CHIANESE, PASQUALE | 24112 | $1,000,000.00* | EXHIBIT A |
| 1092 | CHIARALUCE, JAMES | 24111 | $1,000,000.00* | EXHIBIT A |
| 1093 | CHILELLI, ALBERT | 24110 | $1,000,000.00* | EXHIBIT A |
| 1094 | CHINIEWICZ, ANTHONY | 24109 | $1,000,000.00* | EXHIBIT A |
| 1095 | CHIODO, ANTHONY | 24358 | $1,000,000.00* | EXHIBIT A |
| 1096 | CHISHOLM, WILLIAM | 24357 | $1,000,000.00* | EXHIBIT A |
| 1097 | CHIUSANO, ANTHONY | 24356 | $1,000,000.00* | EXHIBIT A |
| 1098 | CHMIELEWSKI, TED | 24355 | $1,000,000.00* | EXHIBIT A |
| 1099 | CHOATE, HARRY | 24354 | $1,000,000.00* | EXHIBIT A |
| 1100 | CHONKO, GLENN | 24353 | $1,000,000.00* | EXHIBIT A |
| 1101 | CHORMANN, ROBERT | 24352 | $1,000,000.00* | EXHIBIT A |
| 1102 | CHRISTENSEN, EDWARD | 24351 | $1,000,000.00* | EXHIBIT A |
| 1103 | CHRISTIAN, CHARLES | 24350 | $1,000,000.00* | EXHIBIT A |
| 1104 | CHRISTISON, JAMES | 24349 | $1,000,000.00* | EXHIBIT A |
| 1105 | CHRISTMAS, TROYE | 24348 | $1,000,000.00* | EXHIBIT A |
| 1106 | CHRISTO, CHRISTIE | 24347 | $1,000,000.00* | EXHIBIT A |
| 1107 | CHURCH, JAMES | 24346 | $1,000,000.00* | EXHIBIT A |
| 1108 | CHURCH, JERRY | 24345 | $1,000,000.00* | EXHIBIT A |
| 1109 | CHURCHILL, EDWIN | 24344 | $1,000,000.00* | EXHIBIT A |
| 1110 | CIAFFONE, JOSEPH | 24343 | $1,000,000.00* | EXHIBIT A |
| 1111 | CIARLEGLIO, LUIGI | 24342 | $1,000,000.00* | EXHIBIT A |
| 1112 | CIAVOLA, GEORGE | 24341 | $1,000,000.00* | EXHIBIT A |
| 1113 | CICCARELLI, JAMES | 24340 | $1,000,000.00* | EXHIBIT A |
| 1114 | CIEPIELOWSKI, EDWARD | 24339 | $1,000,000.00* | EXHIBIT A |
| 1115 | CIESLA, JOHN | 24338 | $1,000,000.00* | EXHIBIT A |
| 1116 | CINNAMON, JOHN | 24337 | $1,000,000.00* | EXHIBIT A |
| 1117 | CIPRIANO, LEONARD | 24336 | $1,000,000.00* | EXHIBIT A |
| 1118 | CISLO, ANDREW | 24335 | $1,000,000.00* | EXHIBIT A |

470006

| 1119 | CIZON, HENRY | 24334 | $1,000,000.00* | EXHIBIT A |
| 1120 | CLAIRMONT, JOHN | 24333 | $1,000,000.00* | EXHIBIT A |
| 1121 | CLANCY, DENNIS | 24331 | $1,000,000.00* | EXHIBIT A |
| 1122 | CLANCY, PAUL | 24332 | $1,000,000.00* | EXHIBIT A |
| 1123 | CLARISSE, THOMAS | 24330 | $1,000,000.00* | EXHIBIT A |
| 1124 | CLARK, CARL | 24318 | $1,000,000.00* | EXHIBIT A |
| 1125 | CLARK, CLIFFORD | 24325 | $1,000,000.00* | EXHIBIT A |
| 1126 | CLARK, CLYDE | 24317 | $1,000,000.00* | EXHIBIT A |
| 1127 | CLARK, FRANK | 24320 | $1,000,000.00* | EXHIBIT A |
| 1128 | CLARK, GEORGE | 24324 | $1,000,000.00* | EXHIBIT A |
| 1129 | CLARK, HOWARD | 24328 | $1,000,000.00* | EXHIBIT A |
| 1130 | CLARK, JAMES | 24316 | $1,000,000.00* | EXHIBIT A |
| 1131 | CLARK, JAMES | 24323 | $1,000,000.00* | EXHIBIT A |
| 1132 | CLARK, JOE | 24315 | $1,000,000.00* | EXHIBIT A |
| 1133 | CLARK, LEON | 24319 | $1,000,000.00* | EXHIBIT A |
| 1134 | CLARK, LOUIE | 24326 | $1,000,000.00* | EXHIBIT A |
| 1135 | CLARK, MARION | 24321 | $1,000,000.00* | EXHIBIT A |
| 1136 | CLARK, ROBERT | 24327 | $1,000,000.00* | EXHIBIT A |
| 1137 | CLARK, THOMAS | 24329 | $1,000,000.00* | EXHIBIT A |
| 1138 | CLARK, WALTER | 24322 | $1,000,000.00* | EXHIBIT A |
| 1139 | CLARK, WILLIAM | 24314 | $1,000,000.00* | EXHIBIT A |
| 1140 | CLARKE, RICHARD | 24313 | $1,000,000.00* | EXHIBIT A |
| 1141 | CLARKSON, HAROLD | 24312 | $1,000,000.00* | EXHIBIT A |
| 1142 | CLASBY, FRANCIS | 24311 | $1,000,000.00* | EXHIBIT A |
| 1143 | CLAUDIN, ARTHUR | 24310 | $1,000,000.00* | EXHIBIT A |
| 1144 | CLAUDY, JAMES | 24309 | $1,000,000.00* | EXHIBIT A |
| 1145 | CLAUSON, RALPH | 24308 | $1,000,000.00* | EXHIBIT A |
| 1146 | CLAY, WILLIAM | 24307 | $1,000,000.00* | EXHIBIT A |
| 1147 | CLEARY, JOHN | 24306 | $1,000,000.00* | EXHIBIT A |
| 1148 | CLEMANS, WILBERT | 24305 | $1,000,000.00* | EXHIBIT A |
| 1149 | CLEMENS, SHERMAN | 24304 | $1,000,000.00* | EXHIBIT A |
| 1150 | CLEMENT, RUSSELL | 24303 | $1,000,000.00* | EXHIBIT A |
| 1151 | CLEMENTE, NICHOLAS | 24302 | $1,000,000.00* | EXHIBIT A |
| 1152 | CLENDENNY, LEROY | 24301 | $1,000,000.00* | EXHIBIT A |
| 1153 | CLEPPE, PHILLIP | 24300 | $1,000,000.00* | EXHIBIT A |
| 1154 | CLERMONT, ROBERT | 24299 | $1,000,000.00* | EXHIBIT A |
| 1155 | CLETO, ANDREW | 24298 | $1,000,000.00* | EXHIBIT A |
| 1156 | CLEVELAND, ALBERT | 24297 | $1,000,000.00* | EXHIBIT A |
| 1157 | CLEVELAND, GERALD | 24360 | $1,000,000.00* | EXHIBIT A |
| 1158 | CLEVELAND, ROOSEVELT | 24359 | $1,000,000.00* | EXHIBIT A |
| 1159 | CLIFFORD, JAMES | 24361 | $1,000,000.00* | EXHIBIT A |
| 1160 | CLIFTON, RICHARD | 24362 | $1,000,000.00* | EXHIBIT A |
| 1161 | CLIFTON, WHITMAN | 24363 | $1,000,000.00* | EXHIBIT A |
| 1162 | CLINK, WILLIAM | 24364 | $1,000,000.00* | EXHIBIT A |
| 1163 | CLINKSCALES, LAWRENCE | 24365 | $1,000,000.00* | EXHIBIT A |
| 1164 | CLONTZ, CHARLES | 24366 | $1,000,000.00* | EXHIBIT A |
| 1165 | CLONTZ, ENLO | 24367 | $1,000,000.00* | EXHIBIT A |

| 1166 | CLOONAN, EDWARD | 24368 | $1,000,000.00* | EXHIBIT A |
|------|-----------------|-------|----------------|-----------|
| 1167 | CLOUD, COY | 24369 | $1,000,000.00* | EXHIBIT A |
| 1168 | CLOUNCH, CECIL | 24370 | $1,000,000.00* | EXHIBIT A |
| 1169 | CLOUSE, THOMAS | 24371 | $1,000,000.00* | EXHIBIT A |
| 1170 | CLOUTIER, JAMES | 24374 | $1,000,000.00* | EXHIBIT A |
| 1171 | CLOUTIER, LEON | 24372 | $1,000,000.00* | EXHIBIT A |
| 1172 | CLOUTIER, MICHAEL | 24373 | $1,000,000.00* | EXHIBIT A |
| 1173 | COBLE, JAMES | 24375 | $1,000,000.00* | EXHIBIT A |
| 1174 | CODY, MERVIN | 24377 | $1,000,000.00* | EXHIBIT A |
| 1175 | CODY, THOMAS | 24376 | $1,000,000.00* | EXHIBIT A |
| 1176 | COFER, TONY | 24378 | $1,000,000.00* | EXHIBIT A |
| 1177 | COFFEE, JOHN | 24379 | $1,000,000.00* | EXHIBIT A |
| 1178 | COFFEY, STEPHEN | 24380 | $1,000,000.00* | EXHIBIT A |
| 1179 | COFFEY, THOMAS | 24381 | $1,000,000.00* | EXHIBIT A |
| 1180 | COFFIN, STANLEY | 24382 | $1,000,000.00* | EXHIBIT A |
| 1181 | COFFMAN, RICHARD | 24383 | $1,000,000.00* | EXHIBIT A |
| 1182 | COGDILL, DUANE | 24384 | $1,000,000.00* | EXHIBIT A |
| 1183 | COGGINS, GERARD | 24385 | $1,000,000.00* | EXHIBIT A |
| 1184 | COGNETTI, ANTHONY | 24386 | $1,000,000.00* | EXHIBIT A |
| 1185 | COHEN, LOUIS | 24387 | $1,000,000.00* | EXHIBIT A |
| 1186 | COHRON, WILLIAM | 24388 | $1,000,000.00* | EXHIBIT A |
| 1187 | COHRS, WALTER | 24389 | $1,000,000.00* | EXHIBIT A |
| 1188 | COKER, WILLIAM | 24390 | $1,000,000.00* | EXHIBIT A |
| 1189 | COLAO, MANUEL | 24391 | $1,000,000.00* | EXHIBIT A |
| 1190 | COLAPELLE, MARIO | 24392 | $1,000,000.00* | EXHIBIT A |
| 1191 | COLBETH, JR. , GLEASON | 24393 | $1,000,000.00* | EXHIBIT A |
| 1192 | COLE, GEORGE | 24395 | $1,000,000.00* | EXHIBIT A |
| 1193 | COLE, JAMES | 24394 | $1,000,000.00* | EXHIBIT A |
| 1194 | COLE, JAMES | 24396 | $1,000,000.00* | EXHIBIT A |
| 1195 | COLEMAN, CHARLES | 24397 | $1,000,000.00* | EXHIBIT A |
| 1196 | COLEMAN, JERRY | 24399 | $1,000,000.00* | EXHIBIT A |
| 1197 | COLEMAN, RONNIE | 24398 | $1,000,000.00* | EXHIBIT A |
| 1198 | COLETTA, WILLIAM | 24400 | $1,000,000.00* | EXHIBIT A |
| 1199 | COLFER, WILLIAM (DECEASED) | 24401 | $1,000,000.00* | EXHIBIT A |
| 1200 | COLLETTI, THOMAS | 24402 | $1,000,000.00* | EXHIBIT A |
| 1201 | COLLIE, HUGH | 24403 | $1,000,000.00* | EXHIBIT A |
| 1202 | COLLIER, JOHN | 24405 | $1,000,000.00* | EXHIBIT A |
| 1203 | COLLIER, THOMAS | 24404 | $1,000,000.00* | EXHIBIT A |
| 1204 | COLLINS, BASIL | 24407 | $1,000,000.00* | EXHIBIT A |
| 1205 | COLLINS, GENE | 24406 | $1,000,000.00* | EXHIBIT A |
| 1206 | COLLINS, RANSFORD | 24408 | $1,000,000.00* | EXHIBIT A |
| 1207 | COLMANE, ROBERT | 24409 | $1,000,000.00* | EXHIBIT A |
| 1208 | COLON, LOUIS | 24410 | $1,000,000.00* | EXHIBIT A |
| 1209 | COLOPY, GERMANOUS | 24411 | $1,000,000.00* | EXHIBIT A |
| 1210 | COLQUHOUN, EDWIN | 24412 | $1,000,000.00* | EXHIBIT A |
| 1211 | COLTON, MAURICE | 24413 | $1,000,000.00* | EXHIBIT A |
| 1212 | COMANS, CLANCY | 24414 | $1,000,000.00* | EXHIBIT A |

| 1213 | COMEAU, NORMAN | 24415 | $1,000,000.00* | EXHIBIT A |
|------|----------------|-------|----------------|-----------|
| 1214 | COMER, DONALD RAY | 24476 | $1,000,000.00* | EXHIBIT A |
| 1215 | COMOLETTI, THOMAS | 24477 | $1,000,000.00* | EXHIBIT A |
| 1216 | COMPERCHIO, HENRY | 24478 | $1,000,000.00* | EXHIBIT A |
| 1217 | COMPTON, HARMON | 24481 | $1,000,000.00* | EXHIBIT A |
| 1218 | COMPTON, MERAL | 24480 | $1,000,000.00* | EXHIBIT A |
| 1219 | COMPTON, ROBERT | 24479 | $1,000,000.00* | EXHIBIT A |
| 1220 | COMSTOCK, MARTIN | 24482 | $1,000,000.00* | EXHIBIT A |
| 1221 | CONANT, MICHAEL | 24483 | $1,000,000.00* | EXHIBIT A |
| 1222 | CONDERINO, ANSELMO | 24484 | $1,000,000.00* | EXHIBIT A |
| 1223 | CONE, GARVIS | 24485 | $1,000,000.00* | EXHIBIT A |
| 1224 | CONGROVE, JOHN | 24486 | $1,000,000.00* | EXHIBIT A |
| 1225 | CONKLIN, DAVE | 24487 | $1,000,000.00* | EXHIBIT A |
| 1226 | CONLEY, CHARLES | 24489 | $1,000,000.00* | EXHIBIT A |
| 1227 | CONLEY, WENDELL | 24488 | $1,000,000.00* | EXHIBIT A |
| 1228 | CONLON, JOHN | 24490 | $1,000,000.00* | EXHIBIT A |
| 1229 | CONNAUGHTON, JAMES | 24491 | $1,000,000.00* | EXHIBIT A |
| 1230 | CONNELL, JOSEPH | 24493 | $1,000,000.00* | EXHIBIT A |
| 1231 | CONNELL, ROBERT | 24492 | $1,000,000.00* | EXHIBIT A |
| 1232 | CONNELLEY, WALTER | 24494 | $1,000,000.00* | EXHIBIT A |
| 1233 | CONNELLY, JAMES | 24495 | $1,000,000.00* | EXHIBIT A |
| 1234 | CONNER, JAMES | 24496 | $1,000,000.00* | EXHIBIT A |
| 1235 | CONNER, MATHEW | 24497 | $1,000,000.00* | EXHIBIT A |
| 1236 | CONNER, WALTER | 24498 | $1,000,000.00* | EXHIBIT A |
| 1237 | CONNOLLY, PATRICK | 24499 | $1,000,000.00* | EXHIBIT A |
| 1238 | CONNOLLY, WILLIAM | 24500 | $1,000,000.00* | EXHIBIT A |
| 1239 | CONNOR, THOMAS | 24501 | $1,000,000.00* | EXHIBIT A |
| 1240 | CONRAD, CHARLES | 24502 | $1,000,000.00* | EXHIBIT A |
| 1241 | CONROY, DONALD | 24503 | $1,000,000.00* | EXHIBIT A |
| 1242 | CONROY, WILLIAM | 24504 | $1,000,000.00* | EXHIBIT A |
| 1243 | CONSTANTINE, LOUIS | 24505 | $1,000,000.00* | EXHIBIT A |
| 1244 | CONTI, FRANCIS | 24506 | $1,000,000.00* | EXHIBIT A |
| 1245 | CONTRERAS, SAMUEL | 24507 | $1,000,000.00* | EXHIBIT A |
| 1246 | CONVERSE, HOLLIS | 24508 | $1,000,000.00* | EXHIBIT A |
| 1247 | CONVERTITO, ALEXANDER | 24509 | $1,000,000.00* | EXHIBIT A |
| 1248 | CONWAY, WILLIAM | 24510 | $1,000,000.00* | EXHIBIT A |
| 1249 | COOK, BOBBY | 24514 | $1,000,000.00* | EXHIBIT A |
| 1250 | COOK, CHARLES | 24519 | $1,000,000.00* | EXHIBIT A |
| 1251 | COOK, CLINT (DECEASED) | 24522 | $1,000,000.00* | EXHIBIT A |
| 1252 | COOK, FRANK | 24520 | $1,000,000.00* | EXHIBIT A |
| 1253 | COOK, GORDON | 24518 | $1,000,000.00* | EXHIBIT A |
| 1254 | COOK, HERSCHEL | 24511 | $1,000,000.00* | EXHIBIT A |
| 1255 | COOK, JOHN | 24517 | $1,000,000.00* | EXHIBIT A |
| 1256 | COOK, JOSEPH | 24512 | $1,000,000.00* | EXHIBIT A |
| 1257 | COOK, LARRY | 24513 | $1,000,000.00* | EXHIBIT A |
| 1258 | COOK, SAM | 24516 | $1,000,000.00* | EXHIBIT A |
| 1259 | COOK, STEPHEN | 24521 | $1,000,000.00* | EXHIBIT A |

| 1260 | COOK, THOMAS | 24515 | $1,000,000.00* | EXHIBIT A |
|------|--------------|-------|----------------|-----------|
| 1261 | COOL, JOSEPH | 24523 | $1,000,000.00* | EXHIBIT A |
| 1262 | COOLEY, WILLIE | 24524 | $1,000,000.00* | EXHIBIT A |
| 1263 | COOPER, CHARLES | 24526 | $1,000,000.00* | EXHIBIT A |
| 1264 | COOPER, JAMES | 24532 | $1,000,000.00* | EXHIBIT A |
| 1265 | COOPER, JOHN | 24525 | $1,000,000.00* | EXHIBIT A |
| 1266 | COOPER, JOHN | 24528 | $1,000,000.00* | EXHIBIT A |
| 1267 | COOPER, ROBERT | 24527 | $1,000,000.00* | EXHIBIT A |
| 1268 | COOPER, ROBERT | 24530 | $1,000,000.00* | EXHIBIT A |
| 1269 | COOPER, WALTER | 24531 | $1,000,000.00* | EXHIBIT A |
| 1270 | COOPER, WELBURN | 24529 | $1,000,000.00* | EXHIBIT A |
| 1271 | COPELAND, JIMMY | 24533 | $1,000,000.00* | EXHIBIT A |
| 1272 | COPELAND, RICHARD | 24534 | $1,000,000.00* | EXHIBIT A |
| 1273 | COPENHAVER, JAMES | 24535 | $1,000,000.00* | EXHIBIT A |
| 1274 | COPITHORNE, ROBERT | 24536 | $1,000,000.00* | EXHIBIT A |
| 1275 | COPLEY, JOHN ROY | 24537 | $1,000,000.00* | EXHIBIT A |
| 1276 | CORBEIL, GERARD | 24538 | $1,000,000.00* | EXHIBIT A |
| 1277 | CORBETT, PATRICK | 24539 | $1,000,000.00* | EXHIBIT A |
| 1278 | CORBIN, ALBERT | 24541 | $1,000,000.00* | EXHIBIT A |
| 1279 | CORBIN, HENRY | 24540 | $1,000,000.00* | EXHIBIT A |
| 1280 | CORBITT, ROBERT | 24542 | $1,000,000.00* | EXHIBIT A |
| 1281 | CORCORAN, JOHN | 24543 | $1,000,000.00* | EXHIBIT A |
| 1282 | CORDELL, DARYL | 24544 | $1,000,000.00* | EXHIBIT A |
| 1283 | CORDINGLEY, RICHARD | 24545 | $1,000,000.00* | EXHIBIT A |
| 1284 | CORDS, ALVIN | 24546 | $1,000,000.00* | EXHIBIT A |
| 1285 | CORLETT, HAROLD | 24547 | $1,000,000.00* | EXHIBIT A |
| 1286 | CORMAY, THEODORE | 24549 | $1,000,000.00* | EXHIBIT A |
| 1287 | CORMAY, WILLIAM | 24548 | $1,000,000.00* | EXHIBIT A |
| 1288 | CORMIER, JOSEPH | 24550 | $1,000,000.00* | EXHIBIT A |
| 1289 | CORMIER, WILLIAM | 24551 | $1,000,000.00* | EXHIBIT A |
| 1290 | CORNEGLIO, GARY | 24552 | $1,000,000.00* | EXHIBIT A |
| 1291 | CORNELIUS, LARRY | 24553 | $1,000,000.00* | EXHIBIT A |
| 1292 | CORNETT, HILRIE | 24554 | $1,000,000.00* | EXHIBIT A |
| 1293 | CORRADO, CHARLES | 24555 | $1,000,000.00* | EXHIBIT A |
| 1294 | CORRAL, ROBERT | 24556 | $1,000,000.00* | EXHIBIT A |
| 1295 | CORREIA, JOHN | 24557 | $1,000,000.00* | EXHIBIT A |
| 1296 | CORRIGAN, FRANCIS | 24558 | $1,000,000.00* | EXHIBIT A |
| 1297 | CORSO, FRANK | 24559 | $1,000,000.00* | EXHIBIT A |
| 1298 | CORSO, FRANK | 24560 | $1,000,000.00* | EXHIBIT A |
| 1299 | COSENTINO, ANTHONY | 24561 | $1,000,000.00* | EXHIBIT A |
| 1300 | COSS, RONALD | 24562 | $1,000,000.00* | EXHIBIT A |
| 1301 | COSTA, JOSE | 24563 | $1,000,000.00* | EXHIBIT A |
| 1302 | COSTA, MICHAEL | 24564 | $1,000,000.00* | EXHIBIT A |
| 1303 | COSTANTINI, OCTAVIO | 24565 | $1,000,000.00* | EXHIBIT A |
| 1304 | COSTELLO, ROBERT | 24567 | $1,000,000.00* | EXHIBIT A |
| 1305 | COSTELLO, WILLIAM | 24566 | $1,000,000.00* | EXHIBIT A |
| 1306 | COTE, DENIS | 22923 | $1,000,000.00* | EXHIBIT A |

| 1307 | COTE, IRVING | 22924 | $1,000,000.00* | EXHIBIT A |
|------|--------------|-------|----------------|-----------|
| 1308 | COTHRON, FRANK | 22925 | $1,000,000.00* | EXHIBIT A |
| 1309 | COTIGNOLA, ANTHONY | 22926 | $1,000,000.00* | EXHIBIT A |
| 1310 | COTTEN, JOHN | 22927 | $1,000,000.00* | EXHIBIT A |
| 1311 | COTTLE, RICHARD | 22928 | $1,000,000.00* | EXHIBIT A |
| 1312 | COTTON, RICHARD | 22929 | $1,000,000.00* | EXHIBIT A |
| 1313 | COUGHLIN, JAMES | 22930 | $1,000,000.00* | EXHIBIT A |
| 1314 | COUILLARD, LAWRENCE | 22931 | $1,000,000.00* | EXHIBIT A |
| 1315 | COULOMBE, DENIS | 22932 | $1,000,000.00* | EXHIBIT A |
| 1316 | COUNARD, JAMES | 22933 | $1,000,000.00* | EXHIBIT A |
| 1317 | COURTEMANCHE, GORDON | 22934 | $1,000,000.00* | EXHIBIT A |
| 1318 | COURTNEY, WALTER | 22935 | $1,000,000.00* | EXHIBIT A |
| 1319 | COUTO, EUSEBIO | 22936 | $1,000,000.00* | EXHIBIT A |
| 1320 | COUTU, GERARD | 22937 | $1,000,000.00* | EXHIBIT A |
| 1321 | COVELLO, ALBERT | 22938 | $1,000,000.00* | EXHIBIT A |
| 1322 | COWAN, JOHN | 22939 | $1,000,000.00* | EXHIBIT A |
| 1323 | COWART, EDDIE | 22940 | $1,000,000.00* | EXHIBIT A |
| 1324 | COWART, EUGENE | 22941 | $1,000,000.00* | EXHIBIT A |
| 1325 | COWELL, DENNIS | 22942 | $1,000,000.00* | EXHIBIT A |
| 1326 | COWETTE, THOMAS | 22943 | $1,000,000.00* | EXHIBIT A |
| 1327 | COWGILL, DONALD | 22944 | $1,000,000.00* | EXHIBIT A |
| 1328 | COWICK, HAZE | 22945 | $1,000,000.00* | EXHIBIT A |
| 1329 | COX, EUGENE | 22946 | $1,000,000.00* | EXHIBIT A |
| 1330 | COX, FRANKLIN | 22947 | $1,000,000.00* | EXHIBIT A |
| 1331 | COX, JOHN | 22950 | $1,000,000.00* | EXHIBIT A |
| 1332 | COX, MALCOLM | 22948 | $1,000,000.00* | EXHIBIT A |
| 1333 | COX, MILTON | 22949 | $1,000,000.00* | EXHIBIT A |
| 1334 | COX, THOMAS | 22951 | $1,000,000.00* | EXHIBIT A |
| 1335 | COYLE, EDWARD | 22921 | $1,000,000.00* | EXHIBIT A |
| 1336 | COYLE, JAMES | 22922 | $1,000,000.00* | EXHIBIT A |
| 1337 | COYNE, JOHN | 22920 | $1,000,000.00* | EXHIBIT A |
| 1338 | COYNE, MICHAEL | 22919 | $1,000,000.00* | EXHIBIT A |
| 1339 | CRAIG, JAMES | 22917 | $1,000,000.00* | EXHIBIT A |
| 1340 | CRAIG, JAMES | 23126 | $1,000,000.00* | EXHIBIT A |
| 1341 | CRAIG, ROBERT | 22918 | $1,000,000.00* | EXHIBIT A |
| 1342 | CRANDALL, ALAN | 22914 | $1,000,000.00* | EXHIBIT A |
| 1343 | CRANDALL, DEAN | 22915 | $1,000,000.00* | EXHIBIT A |
| 1344 | CRANE, ROBERT | 22913 | $1,000,000.00* | EXHIBIT A |
| 1345 | CRANK, SIDNEY | 22912 | $1,000,000.00* | EXHIBIT A |
| 1346 | CRAPSE, CHARLES | 22911 | $1,000,000.00* | EXHIBIT A |
| 1347 | CRAVEN, GEORGE | 22910 | $1,000,000.00* | EXHIBIT A |
| 1348 | CRAVER, JAMES | 22909 | $1,000,000.00* | EXHIBIT A |
| 1349 | CRAWFORD, ALBERT | 22908 | $1,000,000.00* | EXHIBIT A |
| 1350 | CRAWFORD, MICHAEL | 22907 | $1,000,000.00* | EXHIBIT A |
| 1351 | CRAWFORTH, EVAN | 22906 | $1,000,000.00* | EXHIBIT A |
| 1352 | CREASON, DARWIN | 22905 | $1,000,000.00* | EXHIBIT A |
| 1353 | CREEKPAUM, CHARLES | 22904 | $1,000,000.00* | EXHIBIT A |

| 1354 | CREEL, BILLIE | 22903 | $1,000,000.00* | EXHIBIT A |
|------|---------------|-------|----------------|-----------|
| 1355 | CREEL, HAROLD | 22902 | $1,000,000.00* | EXHIBIT A |
| 1356 | CREEL, ROSCOE | 22901 | $1,000,000.00* | EXHIBIT A |
| 1357 | CREMER, HENRY | 22900 | $1,000,000.00* | EXHIBIT A |
| 1358 | CRENSHAW, RICKY | 22899 | $1,000,000.00* | EXHIBIT A |
| 1359 | CRESCENZO, ANTHONY | 22898 | $1,000,000.00* | EXHIBIT A |
| 1360 | CRESPOLINI, ALEXANDER | 22897 | $1,000,000.00* | EXHIBIT A |
| 1361 | CRESSMAN, GEORGE | 22896 | $1,000,000.00* | EXHIBIT A |
| 1362 | CRETA, ERNEST | 22895 | $1,000,000.00* | EXHIBIT A |
| 1363 | CRETELLA, JOSEPH | 22894 | $1,000,000.00* | EXHIBIT A |
| 1364 | CRETELLA, VICTOR | 22893 | $1,000,000.00* | EXHIBIT A |
| 1365 | CREWS, KENNETH | 22892 | $1,000,000.00* | EXHIBIT A |
| 1366 | CRIDER, JOE | 22891 | $1,000,000.00* | EXHIBIT A |
| 1367 | CRIPE, LIONEL | 22890 | $1,000,000.00* | EXHIBIT A |
| 1368 | CRISCO, ORVILLE | 22889 | $1,000,000.00* | EXHIBIT A |
| 1369 | CRISP, JAMES | 22888 | $1,000,000.00* | EXHIBIT A |
| 1370 | CRISSON, COPELAND | 22887 | $1,000,000.00* | EXHIBIT A |
| 1371 | CROCE, FRANK | 22886 | $1,000,000.00* | EXHIBIT A |
| 1372 | CROCKETT, ARTHUR | 22885 | $1,000,000.00* | EXHIBIT A |
| 1373 | CRONAUER, ROBERT | 22884 | $1,000,000.00* | EXHIBIT A |
| 1374 | CRONIN, FRANCIS | 22883 | $1,000,000.00* | EXHIBIT A |
| 1375 | CRONIN, THOMAS | 22882 | $1,000,000.00* | EXHIBIT A |
| 1376 | CRONISTER, GERALD | 22881 | $1,000,000.00* | EXHIBIT A |
| 1377 | CROOKS, GEORGE | 22880 | $1,000,000.00* | EXHIBIT A |
| 1378 | CROSBY, FRANKLIN | 22878 | $1,000,000.00* | EXHIBIT A |
| 1379 | CROSBY, WILLIAM | 22879 | $1,000,000.00* | EXHIBIT A |
| 1380 | CROSS, BERNARD | 22877 | $1,000,000.00* | EXHIBIT A |
| 1381 | CROSS, GEORGE | 24108 | $1,000,000.00* | EXHIBIT A |
| 1382 | CROSS, IRVING | 22876 | $1,000,000.00* | EXHIBIT A |
| 1383 | CROSS, LESTER | 24107 | $1,000,000.00* | EXHIBIT A |
| 1384 | CROSSIN, JOHN | 24106 | $1,000,000.00* | EXHIBIT A |
| 1385 | CROSSLEY, WILLIAM | 24105 | $1,000,000.00* | EXHIBIT A |
| 1386 | CROSSON, CLARENCE | 24104 | $1,000,000.00* | EXHIBIT A |
| 1387 | CROTEAU, DANIEL | 24103 | $1,000,000.00* | EXHIBIT A |
| 1388 | CROUCH, GENE | 24101 | $1,000,000.00* | EXHIBIT A |
| 1389 | CROUCH, RICHARD | 24102 | $1,000,000.00* | EXHIBIT A |
| 1390 | CROWE, BILLY | 24099 | $1,000,000.00* | EXHIBIT A |
| 1391 | CROWE, JAMES | 24100 | $1,000,000.00* | EXHIBIT A |
| 1392 | CROWE, JESSE | 24098 | $1,000,000.00* | EXHIBIT A |
| 1393 | CROWELL, ROBERT | 24097 | $1,000,000.00* | EXHIBIT A |
| 1394 | CROWLEY, EDWARD | 24096 | $1,000,000.00* | EXHIBIT A |
| 1395 | CROWLEY, JAMES | 24095 | $1,000,000.00* | EXHIBIT A |
| 1396 | CROWNOVER, HOMER | 24094 | $1,000,000.00* | EXHIBIT A |
| 1397 | CRUM, RAY | 24093 | $1,000,000.00* | EXHIBIT A |
| 1398 | CRUMP, JOSEPH | 24092 | $1,000,000.00* | EXHIBIT A |
| 1399 | CRUTCHFIELD, GEORGE | 24091 | $1,000,000.00* | EXHIBIT A |
| 1400 | CRUZ, DENNIS | 24090 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 1401 | CUCCHIARA, PAUL | 24089 | $1,000,000.00* | EXHIBIT A |
| 1402 | CUFFE, THOMAS | 24088 | $1,000,000.00* | EXHIBIT A |
| 1403 | CUGGINO, ANTHONY | 24087 | $1,000,000.00* | EXHIBIT A |
| 1404 | CULBERSON, VERNON | 24086 | $1,000,000.00* | EXHIBIT A |
| 1405 | CULBERTSON, CHARLES | 24085 | $1,000,000.00* | EXHIBIT A |
| 1406 | CULLEN, JAMES | 24084 | $1,000,000.00* | EXHIBIT A |
| 1407 | CULLINS, CHARLES | 24083 | $1,000,000.00* | EXHIBIT A |
| 1408 | CULP, RUDY | 24082 | $1,000,000.00* | EXHIBIT A |
| 1409 | CUMMINGS, ALFRED | 24076 | $1,000,000.00* | EXHIBIT A |
| 1410 | CUMMINGS, HERBERT | 24080 | $1,000,000.00* | EXHIBIT A |
| 1411 | CUMMINGS, JAMES | 24079 | $1,000,000.00* | EXHIBIT A |
| 1412 | CUMMINGS, MICHAEL | 24078 | $1,000,000.00* | EXHIBIT A |
| 1413 | CUMMINGS, PAUL | 24077 | $1,000,000.00* | EXHIBIT A |
| 1414 | CUMMINGS, ROBERT | 24081 | $1,000,000.00* | EXHIBIT A |
| 1415 | CUNNIFF, JOHN | 24075 | $1,000,000.00* | EXHIBIT A |
| 1416 | CUNNINGHAM, JOHN | 24072 | $1,000,000.00* | EXHIBIT A |
| 1417 | CUNNINGHAM, MARTIN | 24073 | $1,000,000.00* | EXHIBIT A |
| 1418 | CUNNINGHAM, ROBERT | 24071 | $1,000,000.00* | EXHIBIT A |
| 1419 | CUNNINGHAM, THOMAS | 24074 | $1,000,000.00* | EXHIBIT A |
| 1420 | CURLEY, NORMAN | 24070 | $1,000,000.00* | EXHIBIT A |
| 1421 | CURRAN, EDWARD | 24068 | $1,000,000.00* | EXHIBIT A |
| 1422 | CURRAN, JOSEPH | 24069 | $1,000,000.00* | EXHIBIT A |
| 1423 | CURRIER, THOMAS | 24067 | $1,000,000.00* | EXHIBIT A |
| 1424 | CURRY, STEVEN | 24066 | $1,000,000.00* | EXHIBIT A |
| 1425 | CUTHRELL, BARNEY | 24065 | $1,000,000.00* | EXHIBIT A |
| 1426 | CUTRIGHT, WOODROW | 24064 | $1,000,000.00* | EXHIBIT A |
| 1427 | CUTTER, ROY | 24063 | $1,000,000.00* | EXHIBIT A |
| 1428 | CWIK, JOSEPH | 24062 | $1,000,000.00* | EXHIBIT A |
| 1429 | CYPHER, GLENN | 24061 | $1,000,000.00* | EXHIBIT A |
| 1430 | CYR, JOHN | 24060 | $1,000,000.00* | EXHIBIT A |
| 1431 | CZAPLA, EDWARD | 24059 | $1,000,000.00* | EXHIBIT A |
| 1432 | CZARKOWSKI, RICHARD | 24058 | $1,000,000.00* | EXHIBIT A |
| 1433 | CZEPIEL, JOSEPH | 24057 | $1,000,000.00* | EXHIBIT A |
| 1434 | DA SILVA, JOSE | 24054 | $1,000,000.00* | EXHIBIT A |
| 1435 | DA SILVA, JOSE | 24055 | $1,000,000.00* | EXHIBIT A |
| 1436 | DA SILVA, VASCO | 24056 | $1,000,000.00* | EXHIBIT A |
| 1437 | DABRIEO, EDWARD | 24053 | $1,000,000.00* | EXHIBIT A |
| 1438 | DACASTELLO, DAN | 24052 | $1,000,000.00* | EXHIBIT A |
| 1439 | DAFFER, JR., JAMES | 24051 | $1,000,000.00* | EXHIBIT A |
| 1440 | DAGLIO, RICHARD | 24050 | $1,000,000.00* | EXHIBIT A |
| 1441 | D'AGUI, RONALD | 24049 | $1,000,000.00* | EXHIBIT A |
| 1442 | DAHL, LEN | 24048 | $1,000,000.00* | EXHIBIT A |
| 1443 | DAHLY, DONOVAN | 24047 | $1,000,000.00* | EXHIBIT A |
| 1444 | DAIGLE, DENNIS | 24046 | $1,000,000.00* | EXHIBIT A |
| 1445 | DAILEY, CHARLES | 24045 | $1,000,000.00* | EXHIBIT A |
| 1446 | DALE, JAMES | 24044 | $1,000,000.00* | EXHIBIT A |
| 1447 | DALEY, GEORGE | 24041 | $1,000,000.00* | EXHIBIT A |

| 1448 | DALEY, JAMES | 24042 | $1,000,000.00* | EXHIBIT A |
| 1449 | DALEY, MELVIN | 24040 | $1,000,000.00* | EXHIBIT A |
| 1450 | DALEY, ROBERT | 24043 | $1,000,000.00* | EXHIBIT A |
| 1451 | DALEY, RUSSELL | 24039 | $1,000,000.00* | EXHIBIT A |
| 1452 | DALLAIRE, ROBERT | 24038 | $1,000,000.00* | EXHIBIT A |
| 1453 | DALSKY, PHILLIP | 24037 | $1,000,000.00* | EXHIBIT A |
| 1454 | DALTON, LYLE | 24036 | $1,000,000.00* | EXHIBIT A |
| 1455 | D'AMBROSIO, ALFONSE | 24035 | $1,000,000.00* | EXHIBIT A |
| 1456 | DAMEWOOD, FRANK | 24034 | $1,000,000.00* | EXHIBIT A |
| 1457 | D'AMICO, ROCCO | 24033 | $1,000,000.00* | EXHIBIT A |
| 1458 | DAMIS, DONALD | 24032 | $1,000,000.00* | EXHIBIT A |
| 1459 | DAMRON, JEROME | 24031 | $1,000,000.00* | EXHIBIT A |
| 1460 | DAMSKE, RALPH | 24030 | $1,000,000.00* | EXHIBIT A |
| 1461 | DANCIL, ALFONSO | 24028 | $1,000,000.00* | EXHIBIT A |
| 1462 | DANCIL, FRANK | 24029 | $1,000,000.00* | EXHIBIT A |
| 1463 | D'ANDREA, ANDREW | 24027 | $1,000,000.00* | EXHIBIT A |
| 1464 | D'ANDREA, GERALD | 24026 | $1,000,000.00* | EXHIBIT A |
| 1465 | DANGERFIELD, JESSE | 24025 | $1,000,000.00* | EXHIBIT A |
| 1466 | DANIEL, IVORY | 24024 | $1,000,000.00* | EXHIBIT A |
| 1467 | DANIELS, EDWARD | 24022 | $1,000,000.00* | EXHIBIT A |
| 1468 | DANIELS, EDWARD | 24023 | $1,000,000.00* | EXHIBIT A |
| 1469 | DANIELS, LEROY | 24021 | $1,000,000.00* | EXHIBIT A |
| 1470 | DANIELSON, DARWIN | 24019 | $1,000,000.00* | EXHIBIT A |
| 1471 | DANIELSON, GARY | 24020 | $1,000,000.00* | EXHIBIT A |
| 1472 | DANISI, NICHOLAS | 24018 | $1,000,000.00* | EXHIBIT A |
| 1473 | DANKO, MICHAEL | 24017 | $1,000,000.00* | EXHIBIT A |
| 1474 | DANZIS, DANIEL | 24016 | $1,000,000.00* | EXHIBIT A |
| 1475 | DARBY, LAWRENCE | 24015 | $1,000,000.00* | EXHIBIT A |
| 1476 | DARKINS, VICTOR | 24014 | $1,000,000.00* | EXHIBIT A |
| 1477 | DARR, CHARLES | 24013 | $1,000,000.00* | EXHIBIT A |
| 1478 | DARRAH, HAROLD | 24012 | $1,000,000.00* | EXHIBIT A |
| 1479 | D'ASTICE, DOMINIC | 24011 | $1,000,000.00* | EXHIBIT A |
| 1480 | DAUGHERTY, CHARLES | 24010 | $1,000,000.00* | EXHIBIT A |
| 1481 | DAUGHTRY, FRED | 24009 | $1,000,000.00* | EXHIBIT A |
| 1482 | DAULTON, JOE | 24008 | $1,000,000.00* | EXHIBIT A |
| 1483 | D'AURIA, ALPHONSE | 24007 | $1,000,000.00* | EXHIBIT A |
| 1484 | DAVEY, FRANCIS | 24006 | $1,000,000.00* | EXHIBIT A |
| 1485 | DAVID, DAVID | 24005 | $1,000,000.00* | EXHIBIT A |
| 1486 | DAVIES, ROBERT | 24004 | $1,000,000.00* | EXHIBIT A |
| 1487 | DAVIS, ARVAL | 23933 | $1,000,000.00* | EXHIBIT A |
| 1488 | DAVIS, DAVID | 24001 | $1,000,000.00* | EXHIBIT A |
| 1489 | DAVIS, DONALD | 23925 | $1,000,000.00* | EXHIBIT A |
| 1490 | DAVIS, EDSEL | 23922 | $1,000,000.00* | EXHIBIT A |
| 1491 | DAVIS, FLOYD | 23916 | $1,000,000.00* | EXHIBIT A |
| 1492 | DAVIS, HAROLD | 23918 | $1,000,000.00* | EXHIBIT A |
| 1493 | DAVIS, HAROLD | 23932 | $1,000,000.00* | EXHIBIT A |
| 1494 | DAVIS, JACK | 23929 | $1,000,000.00* | EXHIBIT A |

| 1495 | DAVIS, JAMES | 23920 | $1,000,000.00* | EXHIBIT A |
|------|--------------|-------|----------------|-----------|
| 1496 | DAVIS, JEFF | 23917 | $1,000,000.00* | EXHIBIT A |
| 1497 | DAVIS, JOE | 23913 | $1,000,000.00* | EXHIBIT A |
| 1498 | DAVIS, JONATHAN | 23926 | $1,000,000.00* | EXHIBIT A |
| 1499 | DAVIS, JOSEPH | 23930 | $1,000,000.00* | EXHIBIT A |
| 1500 | DAVIS, KARIA | 23923 | $1,000,000.00* | EXHIBIT A |
| 1501 | DAVIS, KENNETH | 23912 | $1,000,000.00* | EXHIBIT A |
| 1502 | DAVIS, LARRY | 23908 | $1,000,000.00* | EXHIBIT A |
| 1503 | DAVIS, LESTER | 23919 | $1,000,000.00* | EXHIBIT A |
| 1504 | DAVIS, MARVIN | 23909 | $1,000,000.00* | EXHIBIT A |
| 1505 | DAVIS, MELVIN | 23915 | $1,000,000.00* | EXHIBIT A |
| 1506 | DAVIS, OTTIE | 23910 | $1,000,000.00* | EXHIBIT A |
| 1507 | DAVIS, PHILIP | 24003 | $1,000,000.00* | EXHIBIT A |
| 1508 | DAVIS, RAY | 23914 | $1,000,000.00* | EXHIBIT A |
| 1509 | DAVIS, ROBERT | 23924 | $1,000,000.00* | EXHIBIT A |
| 1510 | DAVIS, RONALD | 24002 | $1,000,000.00* | EXHIBIT A |
| 1511 | DAVIS, STEPHEN | 23921 | $1,000,000.00* | EXHIBIT A |
| 1512 | DAVIS, TULON | 23931 | $1,000,000.00* | EXHIBIT A |
| 1513 | DAVIS, WALTER | 23928 | $1,000,000.00* | EXHIBIT A |
| 1514 | DAVIS, WAYMON | 23911 | $1,000,000.00* | EXHIBIT A |
| 1515 | DAVIS, WILLIAM | 23927 | $1,000,000.00* | EXHIBIT A |
| 1516 | DAVISSON, DELMER | 23907 | $1,000,000.00* | EXHIBIT A |
| 1517 | DAW, THOMAS | 23906 | $1,000,000.00* | EXHIBIT A |
| 1518 | DAWE, ROBERT | 23905 | $1,000,000.00* | EXHIBIT A |
| 1519 | DAWSON, ROBERT | 23904 | $1,000,000.00* | EXHIBIT A |
| 1520 | DAY, DONALD | 23903 | $1,000,000.00* | EXHIBIT A |
| 1521 | DAY, HERMAN | 23902 | $1,000,000.00* | EXHIBIT A |
| 1522 | DAY, MARTIN | 23901 | $1,000,000.00* | EXHIBIT A |
| 1523 | DAZZO, ANTHONY | 23900 | $1,000,000.00* | EXHIBIT A |
| 1524 | DE STEFANO, ANDREW | 23899 | $1,000,000.00* | EXHIBIT A |
| 1525 | DEAL, JAMES | 23898 | $1,000,000.00* | EXHIBIT A |
| 1526 | DEAN, RALPH | 23896 | $1,000,000.00* | EXHIBIT A |
| 1527 | DEAN, ROBERT | 23897 | $1,000,000.00* | EXHIBIT A |
| 1528 | DEAN, VAUGHN | 23895 | $1,000,000.00* | EXHIBIT A |
| 1529 | DEANE, PAUL | 23894 | $1,000,000.00* | EXHIBIT A |
| 1530 | DEAREN, JOE | 23893 | $1,000,000.00* | EXHIBIT A |
| 1531 | DEBARBA, ALBERT | 23892 | $1,000,000.00* | EXHIBIT A |
| 1532 | DEBARBERA, ANGELO | 23891 | $1,000,000.00* | EXHIBIT A |
| 1533 | DEBARROS, LAWRENCE | 23890 | $1,000,000.00* | EXHIBIT A |
| 1534 | DEBISH, JACK | 23889 | $1,000,000.00* | EXHIBIT A |
| 1535 | DEBONIS, GUIDO | 23888 | $1,000,000.00* | EXHIBIT A |
| 1536 | DECAMBRA, JOHN | 23887 | $1,000,000.00* | EXHIBIT A |
| 1537 | DECKER, RICHARD | 23886 | $1,000,000.00* | EXHIBIT A |
| 1538 | DEDMON, JIMMY | 23851 | $1,000,000.00* | EXHIBIT A |
| 1539 | DEEGAN, JOSEPH | 23850 | $1,000,000.00* | EXHIBIT A |
| 1540 | DEFALCO, ANTHONY | 23849 | $1,000,000.00* | EXHIBIT A |
| 1541 | DEFEO, JOHN | 23847 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 1542 | DEFEO, ROBERT | 23848 | $1,000,000.00* | EXHIBIT A |
| 1543 | DEFLORIAN, EDWARD | 23846 | $1,000,000.00* | EXHIBIT A |
| 1544 | DEGAZIO, JAMES | 23875 | $1,000,000.00* | EXHIBIT A |
| 1545 | DEGENHARDT, KARL | 23874 | $1,000,000.00* | EXHIBIT A |
| 1546 | DEGNAN, JOHN | 23872 | $1,000,000.00* | EXHIBIT A |
| 1547 | DEGNAN, LAWRENCE | 23873 | $1,000,000.00* | EXHIBIT A |
| 1548 | DEGNAN, WILLIAM | 23871 | $1,000,000.00* | EXHIBIT A |
| 1549 | DEGREEN, GARY | 23870 | $1,000,000.00* | EXHIBIT A |
| 1550 | DEHAVEN, LARRY | 23869 | $1,000,000.00* | EXHIBIT A |
| 1551 | DEHETRE, PAUL | 23868 | $1,000,000.00* | EXHIBIT A |
| 1552 | DEHMEL, LEE | 23867 | $1,000,000.00* | EXHIBIT A |
| 1553 | DELANEY, JAMES | 23866 | $1,000,000.00* | EXHIBIT A |
| 1554 | DELANEY, RICHARD | 23865 | $1,000,000.00* | EXHIBIT A |
| 1555 | DELANEY, THOMAS | 23864 | $1,000,000.00* | EXHIBIT A |
| 1556 | DELAURA, CARL | 23863 | $1,000,000.00* | EXHIBIT A |
| 1557 | DELGAIZO, WILLIAM | 23862 | $1,000,000.00* | EXHIBIT A |
| 1558 | DELIA, JOSEPH | 23861 | $1,000,000.00* | EXHIBIT A |
| 1559 | DELLA CAMERA, JOSEPH | 23860 | $1,000,000.00* | EXHIBIT A |
| 1560 | DELLARIPA, LOUIS | 23859 | $1,000,000.00* | EXHIBIT A |
| 1561 | DELMASTRO, THOMAS | 23858 | $1,000,000.00* | EXHIBIT A |
| 1562 | DELOUISE, JERRY | 23857 | $1,000,000.00* | EXHIBIT A |
| 1563 | DELSIGNORE, RINALDO | 23856 | $1,000,000.00* | EXHIBIT A |
| 1564 | DELUCA, SPERRY | 23855 | $1,000,000.00* | EXHIBIT A |
| 1565 | DELYANI, JAMES | 23854 | $1,000,000.00* | EXHIBIT A |
| 1566 | DEMARIA, CARL | 23853 | $1,000,000.00* | EXHIBIT A |
| 1567 | DEMBOWSKI, MICHAEL | 23852 | $1,000,000.00* | EXHIBIT A |
| 1568 | DEMERS, CARL | 23877 | $1,000,000.00* | EXHIBIT A |
| 1569 | DEMERS, ELEANOR | 23885 | $1,000,000.00* | EXHIBIT A |
| 1570 | DEMERS, KENNETH | 23876 | $1,000,000.00* | EXHIBIT A |
| 1571 | DEMPSEY, JOHN | 23884 | $1,000,000.00* | EXHIBIT A |
| 1572 | DENAULT, JOSEPH | 23883 | $1,000,000.00* | EXHIBIT A |
| 1573 | DENIS, WILLIAM | 23882 | $1,000,000.00* | EXHIBIT A |
| 1574 | DENMARK, JAMES | 23881 | $1,000,000.00* | EXHIBIT A |
| 1575 | DENNING, DONALD | 23880 | $1,000,000.00* | EXHIBIT A |
| 1576 | DENNIS, DONALD | 23878 | $1,000,000.00* | EXHIBIT A |
| 1577 | DENNIS, MATTHEW | 23879 | $1,000,000.00* | EXHIBIT A |
| 1578 | DEPIES, RONALD | 23844 | $1,000,000.00* | EXHIBIT A |
| 1579 | DERBIDGE, SPENCER | 23843 | $1,000,000.00* | EXHIBIT A |
| 1580 | DERENFIELD, REINHOLD | 23842 | $1,000,000.00* | EXHIBIT A |
| 1581 | DEROO, DONALD | 23841 | $1,000,000.00* | EXHIBIT A |
| 1582 | DEROSIER, EUGENE | 23840 | $1,000,000.00* | EXHIBIT A |
| 1583 | DERRIG, JR., JOHN | 23838 | $1,000,000.00* | EXHIBIT A |
| 1584 | DERRIG, THOMAS | 23839 | $1,000,000.00* | EXHIBIT A |
| 1585 | DERWIN, JOHN | 23837 | $1,000,000.00* | EXHIBIT A |
| 1586 | DESALVO, WILLIAM | 23836 | $1,000,000.00* | EXHIBIT A |
| 1587 | DESANTO, LOUIS | 23835 | $1,000,000.00* | EXHIBIT A |
| 1588 | DESCHAMPS, OMER | 23834 | $1,000,000.00* | EXHIBIT A |

| 1589 | DESESA, PETER | 23833 | $1,000,000.00* | EXHIBIT A |
| 1590 | DESIMONE, ARTHUR | 23831 | $1,000,000.00* | EXHIBIT A |
| 1591 | DESIMONE, MICHAEL | 23832 | $1,000,000.00* | EXHIBIT A |
| 1592 | DESKA, GEORGE | 23830 | $1,000,000.00* | EXHIBIT A |
| 1593 | DESMARAIS, ROBERT | 23829 | $1,000,000.00* | EXHIBIT A |
| 1594 | DESMOND, ROBERT | 23828 | $1,000,000.00* | EXHIBIT A |
| 1595 | DESROSIERS, ARTHUR | 23827 | $1,000,000.00* | EXHIBIT A |
| 1596 | DEUTER, FREDERICK | 23826 | $1,000,000.00* | EXHIBIT A |
| 1597 | DEVEAU, CHARLES | 23825 | $1,000,000.00* | EXHIBIT A |
| 1598 | DEVEER, GERALD | 23824 | $1,000,000.00* | EXHIBIT A |
| 1599 | DEVER, CHARLES | 23823 | $1,000,000.00* | EXHIBIT A |
| 1600 | DEVEREAUX, HERMAN | 23822 | $1,000,000.00* | EXHIBIT A |
| 1601 | DEVINCENTIS, BERTRAM | 23821 | $1,000,000.00* | EXHIBIT A |
| 1602 | DEVINE, DAVID | 23820 | $1,000,000.00* | EXHIBIT A |
| 1603 | DEVITT, EUGENE | 23819 | $1,000,000.00* | EXHIBIT A |
| 1604 | DEVLIN, AMBROSE | 23817 | $1,000,000.00* | EXHIBIT A |
| 1605 | DEVLIN, JAMES | 23818 | $1,000,000.00* | EXHIBIT A |
| 1606 | DEVORE, EDWIN | 23816 | $1,000,000.00* | EXHIBIT A |
| 1607 | DEYOUNG, EDWARD | 23755 | $1,000,000.00* | EXHIBIT A |
| 1608 | DI PIERO, ANTHONY | 23754 | $1,000,000.00* | EXHIBIT A |
| 1609 | DIAMOND, WILLIAM | 23753 | $1,000,000.00* | EXHIBIT A |
| 1610 | DIAZ, SAVINO | 23752 | $1,000,000.00* | EXHIBIT A |
| 1611 | DICE, WILLIAM | 23751 | $1,000,000.00* | EXHIBIT A |
| 1612 | DICESARE, ROBERT | 23750 | $1,000,000.00* | EXHIBIT A |
| 1613 | DICICCO, KENNETH | 23749 | $1,000,000.00* | EXHIBIT A |
| 1614 | DICKERSON, BILLY | 23670 | $1,000,000.00* | EXHIBIT A |
| 1615 | DICKERSON, DAVID | 23748 | $1,000,000.00* | EXHIBIT A |
| 1616 | DICKERT, LEE | 23669 | $1,000,000.00* | EXHIBIT A |
| 1617 | DICKEY, FRANCIEL | 23668 | $1,000,000.00* | EXHIBIT A |
| 1618 | DICKMAN, CLARENCE | 23667 | $1,000,000.00* | EXHIBIT A |
| 1619 | DICKSON, FRANCIS | 23665 | $1,000,000.00* | EXHIBIT A |
| 1620 | DICKSON, TERRY | 23666 | $1,000,000.00* | EXHIBIT A |
| 1621 | DICOCCO, MICHAEL | 23664 | $1,000,000.00* | EXHIBIT A |
| 1622 | DIDOMENIC, GERALD | 23663 | $1,000,000.00* | EXHIBIT A |
| 1623 | DIETRICH, JAMES | 23662 | $1,000,000.00* | EXHIBIT A |
| 1624 | DIETSCH, JOHN | 23661 | $1,000,000.00* | EXHIBIT A |
| 1625 | DIETZ, CASIMIR | 23660 | $1,000,000.00* | EXHIBIT A |
| 1626 | DIETZ, FREDERICK W. | 23659 | $1,000,000.00* | EXHIBIT A |
| 1627 | DIFFENDERFER, RICHARD | 23658 | $1,000,000.00* | EXHIBIT A |
| 1628 | DIGAUDIO, ANTHONY | 23657 | $1,000,000.00* | EXHIBIT A |
| 1629 | DIGIUSTO, FELIX | 23656 | $1,000,000.00* | EXHIBIT A |
| 1630 | DIGNOTI, SANTO | 23655 | $1,000,000.00* | EXHIBIT A |
| 1631 | DILLON, DON | 23652 | $1,000,000.00* | EXHIBIT A |
| 1632 | DILLON, JOSEPH | 23653 | $1,000,000.00* | EXHIBIT A |
| 1633 | DILLON, ROBERT | 23654 | $1,000,000.00* | EXHIBIT A |
| 1634 | DIMASI, JOSEPH | 23651 | $1,000,000.00* | EXHIBIT A |
| 1635 | DIMATTIA, JOHN | 23650 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 1636 | DIMIELE, ROSARIO | 23649 | $1,000,000.00* | EXHIBIT A |
| 1637 | DIMOND, DENNIS | 23648 | $1,000,000.00* | EXHIBIT A |
| 1638 | DINELLO, ALEC | 23647 | $1,000,000.00* | EXHIBIT A |
| 1639 | DINOCENZA, MICHAEL | 23646 | $1,000,000.00* | EXHIBIT A |
| 1640 | DINUNNO, JOSEPH | 23645 | $1,000,000.00* | EXHIBIT A |
| 1641 | DION, RICHARD | 23644 | $1,000,000.00* | EXHIBIT A |
| 1642 | DIONNE, ARTHUR | 23643 | $1,000,000.00* | EXHIBIT A |
| 1643 | DISABELLA, PETER | 23642 | $1,000,000.00* | EXHIBIT A |
| 1644 | DISABELLA, ROBERT | 23641 | $1,000,000.00* | EXHIBIT A |
| 1645 | DITEWIG, FREDERICK | 23640 | $1,000,000.00* | EXHIBIT A |
| 1646 | DITURO, JOSEPH | 23639 | $1,000,000.00* | EXHIBIT A |
| 1647 | DIXON, MICHAEL | 23638 | $1,000,000.00* | EXHIBIT A |
| 1648 | DIXON, ROYCE | 23637 | $1,000,000.00* | EXHIBIT A |
| 1649 | DOBOSZ, PAUL | 23635 | $1,000,000.00* | EXHIBIT A |
| 1650 | DOBOSZ, STEVE | 23636 | $1,000,000.00* | EXHIBIT A |
| 1651 | DOBRINDT, HOWARD | 23634 | $1,000,000.00* | EXHIBIT A |
| 1652 | DOBSON, ROBERT | 23633 | $1,000,000.00* | EXHIBIT A |
| 1653 | DOCKHAM, ROSCOE | 23632 | $1,000,000.00* | EXHIBIT A |
| 1654 | DOCKTER, DARRELL | 23631 | $1,000,000.00* | EXHIBIT A |
| 1655 | DODD, ERNIE | 23630 | $1,000,000.00* | EXHIBIT A |
| 1656 | DODD, GEORGE | 23629 | $1,000,000.00* | EXHIBIT A |
| 1657 | DODD, WILLIAM | 23628 | $1,000,000.00* | EXHIBIT A |
| 1658 | DOERING, WAYNE | 23627 | $1,000,000.00* | EXHIBIT A |
| 1659 | DOHERTY, GARRETT | 23625 | $1,000,000.00* | EXHIBIT A |
| 1660 | DOHERTY, JOHN | 23624 | $1,000,000.00* | EXHIBIT A |
| 1661 | DOHERTY, MICHAEL | 23626 | $1,000,000.00* | EXHIBIT A |
| 1662 | DOLAN, DONALD | 23623 | $1,000,000.00* | EXHIBIT A |
| 1663 | DOLAN, VINCENT | 23622 | $1,000,000.00* | EXHIBIT A |
| 1664 | DOLBER, RICHARD | 23621 | $1,000,000.00* | EXHIBIT A |
| 1665 | DOLIN, GERALD | 23620 | $1,000,000.00* | EXHIBIT A |
| 1666 | DOLYAK, RAYMOND | 23619 | $1,000,000.00* | EXHIBIT A |
| 1667 | DOMBECK, DANIEL | 23618 | $1,000,000.00* | EXHIBIT A |
| 1668 | DOMBKOWSKI, ANTHONY | 23616 | $1,000,000.00* | EXHIBIT A |
| 1669 | DOMBKOWSKI, WILLIAM | 23617 | $1,000,000.00* | EXHIBIT A |
| 1670 | DOMBROWSKI, JOSEPH | 23615 | $1,000,000.00* | EXHIBIT A |
| 1671 | DOMENICI, FRANCIS | 23614 | $1,000,000.00* | EXHIBIT A |
| 1672 | DOMER, IVAN | 23613 | $1,000,000.00* | EXHIBIT A |
| 1673 | DOMINGUE, JEAN | 23612 | $1,000,000.00* | EXHIBIT A |
| 1674 | DOMRES, THOMAS | 23611 | $1,000,000.00* | EXHIBIT A |
| 1675 | DONA, WILLIAM | 23610 | $1,000,000.00* | EXHIBIT A |
| 1676 | DONAGHY, THOMAS | 23609 | $1,000,000.00* | EXHIBIT A |
| 1677 | DONAHUE, JOHN | 23607 | $1,000,000.00* | EXHIBIT A |
| 1678 | DONAHUE, KEITH | 23606 | $1,000,000.00* | EXHIBIT A |
| 1679 | DONAHUE, LEO | 23608 | $1,000,000.00* | EXHIBIT A |
| 1680 | DONEGAN, THOMAS | 23605 | $1,000,000.00* | EXHIBIT A |
| 1681 | DONITHAN, JAMES | 23604 | $1,000,000.00* | EXHIBIT A |
| 1682 | DONNAN, JOSEPH | 23603 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 1683 | DONNELLY, BRIAN | 23602 | $1,000,000.00* | EXHIBIT A |
| 1684 | DONNELLY, PAUL | 23601 | $1,000,000.00* | EXHIBIT A |
| 1685 | DONOHO, JOE | 23600 | $1,000,000.00* | EXHIBIT A |
| 1686 | DONOHOE, RONALD | 23599 | $1,000,000.00* | EXHIBIT A |
| 1687 | DONOHUE, ROBERT | 23598 | $1,000,000.00* | EXHIBIT A |
| 1688 | DONOVAN, BARRY | 23593 | $1,000,000.00* | EXHIBIT A |
| 1689 | DONOVAN, DANIEL | 23597 | $1,000,000.00* | EXHIBIT A |
| 1690 | DONOVAN, EDWARD | 23594 | $1,000,000.00* | EXHIBIT A |
| 1691 | DONOVAN, EUGENE | 23596 | $1,000,000.00* | EXHIBIT A |
| 1692 | DONOVAN, JAMES | 23589 | $1,000,000.00* | EXHIBIT A |
| 1693 | DONOVAN, RAYMOND | 23595 | $1,000,000.00* | EXHIBIT A |
| 1694 | DONOVAN, RONALD | 23591 | $1,000,000.00* | EXHIBIT A |
| 1695 | DONOVAN, TIMOTHY | 23590 | $1,000,000.00* | EXHIBIT A |
| 1696 | DONOVAN, WILLIAM | 23592 | $1,000,000.00* | EXHIBIT A |
| 1697 | DOOGAN, MELVIN | 23588 | $1,000,000.00* | EXHIBIT A |
| 1698 | DOOLEY, RALPH | 23587 | $1,000,000.00* | EXHIBIT A |
| 1699 | DOOLITTLE, MARLAND | 23586 | $1,000,000.00* | EXHIBIT A |
| 1700 | DORAN, ROBERT | 23584 | $1,000,000.00* | EXHIBIT A |
| 1701 | DORAN, WALLACE | 23585 | $1,000,000.00* | EXHIBIT A |
| 1702 | DORAN, WILLIAM | 23583 | $1,000,000.00* | EXHIBIT A |
| 1703 | DOREY, DENNIS | 23582 | $1,000,000.00* | EXHIBIT A |
| 1704 | DORMAN, GENE | 23581 | $1,000,000.00* | EXHIBIT A |
| 1705 | DORSEY, DAVID | 23580 | $1,000,000.00* | EXHIBIT A |
| 1706 | DOSSANTOS, MANUEL | 23579 | $1,000,000.00* | EXHIBIT A |
| 1707 | DOSSEY, LAWRENCE | 23578 | $1,000,000.00* | EXHIBIT A |
| 1708 | DOUCETTE, JAMES | 23577 | $1,000,000.00* | EXHIBIT A |
| 1709 | DOUCETTE, ROLAND | 23576 | $1,000,000.00* | EXHIBIT A |
| 1710 | DOUGHERTY, ARTHUR | 23516 | $1,000,000.00* | EXHIBIT A |
| 1711 | DOUGHERTY, JAMES | 23543 | $1,000,000.00* | EXHIBIT A |
| 1712 | DOUGHERTY, JOHN | 23517 | $1,000,000.00* | EXHIBIT A |
| 1713 | DOUGHERTY, MICHAEL | 23544 | $1,000,000.00* | EXHIBIT A |
| 1714 | DOUGHERTY, THOMAS | 23545 | $1,000,000.00* | EXHIBIT A |
| 1715 | DOUGLAS, CHARLES | 23542 | $1,000,000.00* | EXHIBIT A |
| 1716 | DOUGLAS, JOHN | 23541 | $1,000,000.00* | EXHIBIT A |
| 1717 | DOUGLASS, HAL | 23540 | $1,000,000.00* | EXHIBIT A |
| 1718 | DOUYLLIEZ, RONNIE | 23539 | $1,000,000.00* | EXHIBIT A |
| 1719 | DOVRIL, LUCIUS | 23538 | $1,000,000.00* | EXHIBIT A |
| 1720 | DOWD, JAMES | 23536 | $1,000,000.00* | EXHIBIT A |
| 1721 | DOWD, THOMAS | 23537 | $1,000,000.00* | EXHIBIT A |
| 1722 | DOWLING, HARRY | 23535 | $1,000,000.00* | EXHIBIT A |
| 1723 | DOWNEY, MILAS | 23534 | $1,000,000.00* | EXHIBIT A |
| 1724 | DOWNING, JOSEPH | 23531 | $1,000,000.00* | EXHIBIT A |
| 1725 | DOWNING, RICHARD | 23533 | $1,000,000.00* | EXHIBIT A |
| 1726 | DOWNING, WILLIAM | 23532 | $1,000,000.00* | EXHIBIT A |
| 1727 | DOWNS, BURDETTE | 23529 | $1,000,000.00* | EXHIBIT A |
| 1728 | DOWNS, DONALD | 23530 | $1,000,000.00* | EXHIBIT A |
| 1729 | DOWNS, EARLE | 23527 | $1,000,000.00* | EXHIBIT A |

470006

| 1730 | DOWNS, JOHN | 23528 | $1,000,000.00* | EXHIBIT A |
|------|-------------|-------|----------------|-----------|
| 1731 | DOYLE, WILLIAM | 23526 | $1,000,000.00* | EXHIBIT A |
| 1732 | DOZIER, EVERETT | 23525 | $1,000,000.00* | EXHIBIT A |
| 1733 | DRAPEAU, MAURICE | 23524 | $1,000,000.00* | EXHIBIT A |
| 1734 | DRAPER, GEORGE | 23523 | $1,000,000.00* | EXHIBIT A |
| 1735 | DRAUS, JACOB | 23522 | $1,000,000.00* | EXHIBIT A |
| 1736 | DRAWDY, NORMAN (DECEASED) | 23521 | $1,000,000.00* | EXHIBIT A |
| 1737 | DRESEN, CLARENCE | 23520 | $1,000,000.00* | EXHIBIT A |
| 1738 | DREW, MARLEE | 23518 | $1,000,000.00* | EXHIBIT A |
| 1739 | DREW, RAY | 23519 | $1,000,000.00* | EXHIBIT A |
| 1740 | DRIES, JOHN | 23548 | $1,000,000.00* | EXHIBIT A |
| 1741 | DRISCOLL, JEROME | 23547 | $1,000,000.00* | EXHIBIT A |
| 1742 | DRISCOLL, JOHN | 23546 | $1,000,000.00* | EXHIBIT A |
| 1743 | DRUCKER, DONALD | 23565 | $1,000,000.00* | EXHIBIT A |
| 1744 | DRURY, JAMES | 23564 | $1,000,000.00* | EXHIBIT A |
| 1745 | DRUST, JOHN | 23563 | $1,000,000.00* | EXHIBIT A |
| 1746 | DUBE, FREDERIC | 23561 | $1,000,000.00* | EXHIBIT A |
| 1747 | DUBE, LEO | 23560 | $1,000,000.00* | EXHIBIT A |
| 1748 | DUBE, NORMAN | 23562 | $1,000,000.00* | EXHIBIT A |
| 1749 | DUBEAU, ALBERT | 23559 | $1,000,000.00* | EXHIBIT A |
| 1750 | DUBUC, LIONEL | 23558 | $1,000,000.00* | EXHIBIT A |
| 1751 | DUBY, RALPH | 23557 | $1,000,000.00* | EXHIBIT A |
| 1752 | DUDECK, GERALD | 23556 | $1,000,000.00* | EXHIBIT A |
| 1753 | DUDLEY, DAVID | 23555 | $1,000,000.00* | EXHIBIT A |
| 1754 | DUFFUS, TIMOL | 23554 | $1,000,000.00* | EXHIBIT A |
| 1755 | DUFFY, PAUL | 23553 | $1,000,000.00* | EXHIBIT A |
| 1756 | DUFFY, ROBERT | 23552 | $1,000,000.00* | EXHIBIT A |
| 1757 | DUFRESNE, JOHN | 23551 | $1,000,000.00* | EXHIBIT A |
| 1758 | DUFRESNE, RICHARD | 23550 | $1,000,000.00* | EXHIBIT A |
| 1759 | DUGAS, WARREN | 23549 | $1,000,000.00* | EXHIBIT A |
| 1760 | DUGGER, CLARENCE | 24568 | $1,000,000.00* | EXHIBIT A |
| 1761 | DUKE, JOHN | 24571 | $1,000,000.00* | EXHIBIT A |
| 1762 | DUKE, MICHAEL | 24570 | $1,000,000.00* | EXHIBIT A |
| 1763 | DUKE, WALTER | 24569 | $1,000,000.00* | EXHIBIT A |
| 1764 | DUKES, FRED | 24572 | $1,000,000.00* | EXHIBIT A |
| 1765 | DUMAS, ARTHUR | 24574 | $1,000,000.00* | EXHIBIT A |
| 1766 | DUMAS, HENRY | 24573 | $1,000,000.00* | EXHIBIT A |
| 1767 | DUMAS, PELLUM | 24575 | $1,000,000.00* | EXHIBIT A |
| 1768 | DUMONT, REGINALD | 24576 | $1,000,000.00* | EXHIBIT A |
| 1769 | DUNAWAY, LEO | 24577 | $1,000,000.00* | EXHIBIT A |
| 1770 | DUNBAR, NORMAN | 24578 | $1,000,000.00* | EXHIBIT A |
| 1771 | DUNCAN, HORACE | 24581 | $1,000,000.00* | EXHIBIT A |
| 1772 | DUNCAN, MELVIN | 24579 | $1,000,000.00* | EXHIBIT A |
| 1773 | DUNCAN, ROY | 24580 | $1,000,000.00* | EXHIBIT A |
| 1774 | DUNKLIN, CHARLES | 24582 | $1,000,000.00* | EXHIBIT A |
| 1775 | DUNLAP, JAMES | 24583 | $1,000,000.00* | EXHIBIT A |
| 1776 | DUNLOP, CHESTER | 24584 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 1777 | DUNN, DONALD | 24585 | $1,000,000.00* | EXHIBIT A |
| 1778 | DUNN, JOHN | 24588 | $1,000,000.00* | EXHIBIT A |
| 1779 | DUNN, JOSEPH | 24586 | $1,000,000.00* | EXHIBIT A |
| 1780 | DUNN, WILLIAM | 24587 | $1,000,000.00* | EXHIBIT A |
| 1781 | DUNNE, JOHN | 24650 | $1,000,000.00* | EXHIBIT A |
| 1782 | DUPERRE, JOSEPH | 24649 | $1,000,000.00* | EXHIBIT A |
| 1783 | DUPONT, MARC | 24648 | $1,000,000.00* | EXHIBIT A |
| 1784 | DUPRE, GLENN | 24646 | $1,000,000.00* | EXHIBIT A |
| 1785 | DUPRE, PAUL | 24647 | $1,000,000.00* | EXHIBIT A |
| 1786 | DUPREY, RICHARD | 24645 | $1,000,000.00* | EXHIBIT A |
| 1787 | DURAND, SCOTT | 24644 | $1,000,000.00* | EXHIBIT A |
| 1788 | DURBIN, ROBERT | 24643 | $1,000,000.00* | EXHIBIT A |
| 1789 | DURDEN, WILLARD | 24642 | $1,000,000.00* | EXHIBIT A |
| 1790 | DURGA, FRANCIS | 24641 | $1,000,000.00* | EXHIBIT A |
| 1791 | DURHAM, CARL | 24639 | $1,000,000.00* | EXHIBIT A |
| 1792 | DURHAM, CHARLES | 24640 | $1,000,000.00* | EXHIBIT A |
| 1793 | DURKIN, WILLIAM | 24638 | $1,000,000.00* | EXHIBIT A |
| 1794 | DURNING, RALPH | 24637 | $1,000,000.00* | EXHIBIT A |
| 1795 | DURR, JAMES | 24636 | $1,000,000.00* | EXHIBIT A |
| 1796 | DURRANT, ARTHUR | 24635 | $1,000,000.00* | EXHIBIT A |
| 1797 | DUSANEK, JOSEPH | 24634 | $1,000,000.00* | EXHIBIT A |
| 1798 | DUSHEK, DONALD | 24633 | $1,000,000.00* | EXHIBIT A |
| 1799 | DUSSEAULT, ERNEST | 24632 | $1,000,000.00* | EXHIBIT A |
| 1800 | DUSTO, ARTHUR | 24631 | $1,000,000.00* | EXHIBIT A |
| 1801 | DUTY, ROBERT | 24630 | $1,000,000.00* | EXHIBIT A |
| 1802 | DUVALL, DAVID | 24629 | $1,000,000.00* | EXHIBIT A |
| 1803 | DUZICH, ANGELO | 24628 | $1,000,000.00* | EXHIBIT A |
| 1804 | DVORAK, FRANK | 24627 | $1,000,000.00* | EXHIBIT A |
| 1805 | DWYER, WILLIAM | 24626 | $1,000,000.00* | EXHIBIT A |
| 1806 | DYAL, LLOYD | 24625 | $1,000,000.00* | EXHIBIT A |
| 1807 | DYER, ALFRED | 24623 | $1,000,000.00* | EXHIBIT A |
| 1808 | DYER, DAVID | 24620 | $1,000,000.00* | EXHIBIT A |
| 1809 | DYER, OGLE | 24622 | $1,000,000.00* | EXHIBIT A |
| 1810 | DYER, RICHARD | 24624 | $1,000,000.00* | EXHIBIT A |
| 1811 | DYER, ROBERT | 24621 | $1,000,000.00* | EXHIBIT A |
| 1812 | DYJAK, ROBERT | 24619 | $1,000,000.00* | EXHIBIT A |
| 1813 | DYKES, TOMMY | 24618 | $1,000,000.00* | EXHIBIT A |
| 1814 | DYKES, WILLIE | 24617 | $1,000,000.00* | EXHIBIT A |
| 1815 | EADDY, HAROLD | 24616 | $1,000,000.00* | EXHIBIT A |
| 1816 | EADY, GEORGE | 24615 | $1,000,000.00* | EXHIBIT A |
| 1817 | EASON, CHARLES | 24614 | $1,000,000.00* | EXHIBIT A |
| 1818 | EASTERLIN, MICHAEL | 24613 | $1,000,000.00* | EXHIBIT A |
| 1819 | EASTON, RONALD | 24612 | $1,000,000.00* | EXHIBIT A |
| 1820 | EASTVOLD, MAX | 24611 | $1,000,000.00* | EXHIBIT A |
| 1821 | EASTWOOD, CHARLES | 24609 | $1,000,000.00* | EXHIBIT A |
| 1822 | EASTWOOD, LOUIE | 24610 | $1,000,000.00* | EXHIBIT A |
| 1823 | EATON, JAMES | 24608 | $1,000,000.00* | EXHIBIT A |

| 1824 | EAVES, ALLAN | 24607 | $1,000,000.00* | EXHIBIT A |
| 1825 | EBERT, ALFRED | 24606 | $1,000,000.00* | EXHIBIT A |
| 1826 | ECKER, LAWRENCE | 24605 | $1,000,000.00* | EXHIBIT A |
| 1827 | ECKHARDT, WILLARD | 24604 | $1,000,000.00* | EXHIBIT A |
| 1828 | ECKLUND, EDWARD | 24602 | $1,000,000.00* | EXHIBIT A |
| 1829 | ECKLUND, ERNEST | 24603 | $1,000,000.00* | EXHIBIT A |
| 1830 | EDGERLY, CLEMENT | 24601 | $1,000,000.00* | EXHIBIT A |
| 1831 | EDWARDS, CHARLIE | 24592 | $1,000,000.00* | EXHIBIT A |
| 1832 | EDWARDS, EDWARD | 24598 | $1,000,000.00* | EXHIBIT A |
| 1833 | EDWARDS, GWEN | 24597 | $1,000,000.00* | EXHIBIT A |
| 1834 | EDWARDS, JACK (DECEASED) | 24593 | $1,000,000.00* | EXHIBIT A |
| 1835 | EDWARDS, JOHN | 24596 | $1,000,000.00* | EXHIBIT A |
| 1836 | EDWARDS, LAVELLE | 24600 | $1,000,000.00* | EXHIBIT A |
| 1837 | EDWARDS, LEWIS | 24591 | $1,000,000.00* | EXHIBIT A |
| 1838 | EDWARDS, RUBEN | 24599 | $1,000,000.00* | EXHIBIT A |
| 1839 | EGING, CARL | 24594 | $1,000,000.00* | EXHIBIT A |
| 1840 | EHLERS, GLENN | 24595 | $1,000,000.00* | EXHIBIT A |
| 1841 | EHLERT, DEAN | 24656 | $1,000,000.00* | EXHIBIT A |
| 1842 | EHRLER, WILLIAM | 24657 | $1,000,000.00* | EXHIBIT A |
| 1843 | EILAND, DAVID | 24658 | $1,000,000.00* | EXHIBIT A |
| 1844 | EISENHAUER, WILLIAM | 24659 | $1,000,000.00* | EXHIBIT A |
| 1845 | EKDAHL, RAYMOND | 24660 | $1,000,000.00* | EXHIBIT A |
| 1846 | ELDERS, ROBERT | 24661 | $1,000,000.00* | EXHIBIT A |
| 1847 | ELDREDGE, JOHN | 24662 | $1,000,000.00* | EXHIBIT A |
| 1848 | ELDRIDGE, WILLIAM | 24663 | $1,000,000.00* | EXHIBIT A |
| 1849 | ELECK, DONALD | 24664 | $1,000,000.00* | EXHIBIT A |
| 1850 | ELIOPOULOS, PERICLES | 24665 | $1,000,000.00* | EXHIBIT A |
| 1851 | ELLER, LARRY | 24666 | $1,000,000.00* | EXHIBIT A |
| 1852 | ELLERY, DONALD | 24667 | $1,000,000.00* | EXHIBIT A |
| 1853 | ELLIOTT, DONALD | 24671 | $1,000,000.00* | EXHIBIT A |
| 1854 | ELLIOTT, GEORGE | 24672 | $1,000,000.00* | EXHIBIT A |
| 1855 | ELLIOTT, HERBERT | 24673 | $1,000,000.00* | EXHIBIT A |
| 1856 | ELLIOTT, JAMES | 24670 | $1,000,000.00* | EXHIBIT A |
| 1857 | ELLIOTT, NORMAN | 24668 | $1,000,000.00* | EXHIBIT A |
| 1858 | ELLIOTT, NORMAN | 24669 | $1,000,000.00* | EXHIBIT A |
| 1859 | ELLIOTT, RONALD | 24674 | $1,000,000.00* | EXHIBIT A |
| 1860 | ELLIS, JAMES | 24675 | $1,000,000.00* | EXHIBIT A |
| 1861 | ELLIS, MERL | 24676 | $1,000,000.00* | EXHIBIT A |
| 1862 | ELLIS, RUSSELL | 24677 | $1,000,000.00* | EXHIBIT A |
| 1863 | ELLISON, CHARLES | 24678 | $1,000,000.00* | EXHIBIT A |
| 1864 | ELMORE, TROY | 24679 | $1,000,000.00* | EXHIBIT A |
| 1865 | ELONIS, SAMUEL | 24680 | $1,000,000.00* | EXHIBIT A |
| 1866 | ELROD, CHARLES | 24681 | $1,000,000.00* | EXHIBIT A |
| 1867 | ELWOOD, PAUL | 24682 | $1,000,000.00* | EXHIBIT A |
| 1868 | ELY, JAMES | 24684 | $1,000,000.00* | EXHIBIT A |
| 1869 | ELY, S. | 24683 | $1,000,000.00* | EXHIBIT A |
| 1870 | EMANUELLI, CHARLES | 24685 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 1871 | EMBRY, WALTER | 24686 | $1,000,000.00* | EXHIBIT A |
| 1872 | EMEREL, HERMAN | 24687 | $1,000,000.00* | EXHIBIT A |
| 1873 | EMERSON, WALTER | 24688 | $1,000,000.00* | EXHIBIT A |
| 1874 | EMMONS, WILLIAM | 24689 | $1,000,000.00* | EXHIBIT A |
| 1875 | ENDSLEY, MICKEY | 24690 | $1,000,000.00* | EXHIBIT A |
| 1876 | ENEA, ROCCO | 24691 | $1,000,000.00* | EXHIBIT A |
| 1877 | ENFINGER, WILLIAM | 24692 | $1,000,000.00* | EXHIBIT A |
| 1878 | ENFINGER, WILLIAM | 24693 | $1,000,000.00* | EXHIBIT A |
| 1879 | ENGELMAN, FREDRICK | 24694 | $1,000,000.00* | EXHIBIT A |
| 1880 | ENGELMAN, RICK | 24695 | $1,000,000.00* | EXHIBIT A |
| 1881 | ENGLAND, WILLIAM | 24696 | $1,000,000.00* | EXHIBIT A |
| 1882 | ENGLISH, EDGAR | 24698 | $1,000,000.00* | EXHIBIT A |
| 1883 | ENGLISH, NICHOLAS | 24697 | $1,000,000.00* | EXHIBIT A |
| 1884 | ENGSTROM, LAWRENCE | 24699 | $1,000,000.00* | EXHIBIT A |
| 1885 | ENSLEY, TOMMY | 24700 | $1,000,000.00* | EXHIBIT A |
| 1886 | ENSTROM, JOHN | 24701 | $1,000,000.00* | EXHIBIT A |
| 1887 | EPLEY, LARRY | 24702 | $1,000,000.00* | EXHIBIT A |
| 1888 | ERCOLANI, JOSEPH | 24703 | $1,000,000.00* | EXHIBIT A |
| 1889 | ERDMAN, IRA | 24704 | $1,000,000.00* | EXHIBIT A |
| 1890 | ERDMANN, EILT | 24705 | $1,000,000.00* | EXHIBIT A |
| 1891 | ESPERSEN, CHARLES | 24706 | $1,000,000.00* | EXHIBIT A |
| 1892 | ESPOSITO, ANDREW | 24707 | $1,000,000.00* | EXHIBIT A |
| 1893 | ESTES, SHELTON | 24708 | $1,000,000.00* | EXHIBIT A |
| 1894 | ETHERIDGE, ROY | 24709 | $1,000,000.00* | EXHIBIT A |
| 1895 | EUBANK, EDWIN | 24710 | $1,000,000.00* | EXHIBIT A |
| 1896 | EUNGARD, DONALD | 24711 | $1,000,000.00* | EXHIBIT A |
| 1897 | EUSTICE, DONALD | 24712 | $1,000,000.00* | EXHIBIT A |
| 1898 | EVANS, ARTHUR | 24718 | $1,000,000.00* | EXHIBIT A |
| 1899 | EVANS, BILLY | 24714 | $1,000,000.00* | EXHIBIT A |
| 1900 | EVANS, JAMES | 24713 | $1,000,000.00* | EXHIBIT A |
| 1901 | EVANS, JAMES | 24717 | $1,000,000.00* | EXHIBIT A |
| 1902 | EVANS, WILLIAM | 24715 | $1,000,000.00* | EXHIBIT A |
| 1903 | EVANS, WILLIAM | 24716 | $1,000,000.00* | EXHIBIT A |
| 1904 | EVARTS, ELLSWORTH | 24719 | $1,000,000.00* | EXHIBIT A |
| 1905 | EVERMAN, CARL | 24720 | $1,000,000.00* | EXHIBIT A |
| 1906 | FABRIZIO, HENRY | 24721 | $1,000,000.00* | EXHIBIT A |
| 1907 | FACENDA, DENNIS | 24722 | $1,000,000.00* | EXHIBIT A |
| 1908 | FACHKO, FRANCIS | 24723 | $1,000,000.00* | EXHIBIT A |
| 1909 | FAHEY, GEORGE | 25555 | $1,000,000.00* | EXHIBIT A |
| 1910 | FAHEY, JAMES | 25702 | $1,000,000.00* | EXHIBIT A |
| 1911 | FAHEY, ROBERT | 25701 | $1,000,000.00* | EXHIBIT A |
| 1912 | FAHEY, WILLIAM | 25703 | $1,000,000.00* | EXHIBIT A |
| 1913 | FAINER, JOHN | 25704 | $1,000,000.00* | EXHIBIT A |
| 1914 | FAIRHURST, LEONA | 25705 | $1,000,000.00* | EXHIBIT A |
| 1915 | FAIRLESS, DENNIS | 25554 | $1,000,000.00* | EXHIBIT A |
| 1916 | FAKE, WILBUR | 25553 | $1,000,000.00* | EXHIBIT A |
| 1917 | FALANGA, JOSEPH | 25552 | $1,000,000.00* | EXHIBIT A |

| 1918 | FALDUTO, JOSEPH | 25551 | $1,000,000.00* | EXHIBIT A |
| 1919 | FALES, JAMES | 25550 | $1,000,000.00* | EXHIBIT A |
| 1920 | FALLIN, BUSTER | 25549 | $1,000,000.00* | EXHIBIT A |
| 1921 | FALTZ, MARVIN | 25548 | $1,000,000.00* | EXHIBIT A |
| 1922 | FARETTA, RICHARD | 25547 | $1,000,000.00* | EXHIBIT A |
| 1923 | FARINA, JOHN | 25546 | $1,000,000.00* | EXHIBIT A |
| 1924 | FARMER, HAIRMAN | 25545 | $1,000,000.00* | EXHIBIT A |
| 1925 | FARNON, WILLIAM | 25544 | $1,000,000.00* | EXHIBIT A |
| 1926 | FARNSWORTH, ARTHUR | 25543 | $1,000,000.00* | EXHIBIT A |
| 1927 | FARONE, JOHN | 25542 | $1,000,000.00* | EXHIBIT A |
| 1928 | FARONE, THOMAS | 25541 | $1,000,000.00* | EXHIBIT A |
| 1929 | FARRAR, ROBERT | 25540 | $1,000,000.00* | EXHIBIT A |
| 1930 | FARRELL, JOHN | 25538 | $1,000,000.00* | EXHIBIT A |
| 1931 | FARRELL, JOHN | 25539 | $1,000,000.00* | EXHIBIT A |
| 1932 | FARRIS, JOE | 24724 | $1,000,000.00* | EXHIBIT A |
| 1933 | FASANO, JAMES | 24725 | $1,000,000.00* | EXHIBIT A |
| 1934 | FASOLO, RONALD | 24726 | $1,000,000.00* | EXHIBIT A |
| 1935 | FAUCHER, MARCEL | 24727 | $1,000,000.00* | EXHIBIT A |
| 1936 | FAULK, PAUL | 24728 | $1,000,000.00* | EXHIBIT A |
| 1937 | FAULKNER, EMERY | 24729 | $1,000,000.00* | EXHIBIT A |
| 1938 | FAULTERSACK, DAVID | 24731 | $1,000,000.00* | EXHIBIT A |
| 1939 | FAULTERSACK, DAVID | 24732 | $1,000,000.00* | EXHIBIT A |
| 1940 | FAULTERSACK, JAMES | 24730 | $1,000,000.00* | EXHIBIT A |
| 1941 | FAUNCE, ROBERT | 24734 | $1,000,000.00* | EXHIBIT A |
| 1942 | FAUNCE, VIRGIL | 24733 | $1,000,000.00* | EXHIBIT A |
| 1943 | FAUSPHOUL, JOSEPH | 24735 | $1,000,000.00* | EXHIBIT A |
| 1944 | FAZI, VALENTINO | 24736 | $1,000,000.00* | EXHIBIT A |
| 1945 | FAZZINA, ANTHONY | 24737 | $1,000,000.00* | EXHIBIT A |
| 1946 | FECTEAU, ALBERT | 24738 | $1,000,000.00* | EXHIBIT A |
| 1947 | FEE, JOHN | 24739 | $1,000,000.00* | EXHIBIT A |
| 1948 | FEENEY, PAUL | 24740 | $1,000,000.00* | EXHIBIT A |
| 1949 | FEHRENBACH, LOUIS | 24741 | $1,000,000.00* | EXHIBIT A |
| 1950 | FELLOWS, MICHAEL | 24742 | $1,000,000.00* | EXHIBIT A |
| 1951 | FENN, DONALD | 24743 | $1,000,000.00* | EXHIBIT A |
| 1952 | FENUCCIO, JOHN | 24745 | $1,000,000.00* | EXHIBIT A |
| 1953 | FENUCCIO, JOSEPH | 24744 | $1,000,000.00* | EXHIBIT A |
| 1954 | FEOLE, WILLIAM | 24746 | $1,000,000.00* | EXHIBIT A |
| 1955 | FERENCIK, BERNARD | 24747 | $1,000,000.00* | EXHIBIT A |
| 1956 | FERENCIK, RAYMOND | 24748 | $1,000,000.00* | EXHIBIT A |
| 1957 | FERGUSON, JOHN | 24751 | $1,000,000.00* | EXHIBIT A |
| 1958 | FERGUSON, RALPH | 24749 | $1,000,000.00* | EXHIBIT A |
| 1959 | FERGUSON, RICHARD | 24750 | $1,000,000.00* | EXHIBIT A |
| 1960 | FERGUSON, RICHARD | 24752 | $1,000,000.00* | EXHIBIT A |
| 1961 | FERKO, EDWARD | 24753 | $1,000,000.00* | EXHIBIT A |
| 1962 | FERNANDEZ, ALFREDO | 24754 | $1,000,000.00* | EXHIBIT A |
| 1963 | FERNHABER, RALPH | 24755 | $1,000,000.00* | EXHIBIT A |
| 1964 | FERRAIOLO, JACK | 24756 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 1965 | FERRANTELLI, GILDO | 24757 | $1,000,000.00* | EXHIBIT A |
| 1966 | FERRARA, PATRICK | 24758 | $1,000,000.00* | EXHIBIT A |
| 1967 | FERRARO, THOMAS | 24759 | $1,000,000.00* | EXHIBIT A |
| 1968 | FERRELL, RALPH | 24760 | $1,000,000.00* | EXHIBIT A |
| 1969 | FERRERI, SALVADOR | 24761 | $1,000,000.00* | EXHIBIT A |
| 1970 | FERRIGNO, ANGELO | 24762 | $1,000,000.00* | EXHIBIT A |
| 1971 | FERRIGNO, ANTHONY | 24763 | $1,000,000.00* | EXHIBIT A |
| 1972 | FERRUCCI, LUCIANO | 24764 | $1,000,000.00* | EXHIBIT A |
| 1973 | FERZOCO, ANTHONY | 24765 | $1,000,000.00* | EXHIBIT A |
| 1974 | FERZOCO, EDWARD | 24766 | $1,000,000.00* | EXHIBIT A |
| 1975 | FEUCHT, AUGUST | 24767 | $1,000,000.00* | EXHIBIT A |
| 1976 | FEULING, ROBERT | 24768 | $1,000,000.00* | EXHIBIT A |
| 1977 | FIASCONARO, THOMAS | 24769 | $1,000,000.00* | EXHIBIT A |
| 1978 | FICKAS, JOE | 24770 | $1,000,000.00* | EXHIBIT A |
| 1979 | FICKLING, TALMADGE | 24771 | $1,000,000.00* | EXHIBIT A |
| 1980 | FICO, PASQUALE | 24772 | $1,000,000.00* | EXHIBIT A |
| 1981 | FIDRYCH, EDWARD | 24773 | $1,000,000.00* | EXHIBIT A |
| 1982 | FIELDS, ROMIE | 24774 | $1,000,000.00* | EXHIBIT A |
| 1983 | FIELDS, WINFRED | 24775 | $1,000,000.00* | EXHIBIT A |
| 1984 | FIERRO, BRUNO | 24776 | $1,000,000.00* | EXHIBIT A |
| 1985 | FIGG, ROBERT | 24777 | $1,000,000.00* | EXHIBIT A |
| 1986 | FILAKOVSKY, WILLIAM | 24778 | $1,000,000.00* | EXHIBIT A |
| 1987 | FILARDI, ARTHUR | 24780 | $1,000,000.00* | EXHIBIT A |
| 1988 | FILARDI, VINCENT | 24779 | $1,000,000.00* | EXHIBIT A |
| 1989 | FILE, RUSSELL | 24781 | $1,000,000.00* | EXHIBIT A |
| 1990 | FILIPPONE, HENRY | 24782 | $1,000,000.00* | EXHIBIT A |
| 1991 | FIMPLE, JAMES | 24783 | $1,000,000.00* | EXHIBIT A |
| 1992 | FINCH, WILLIE | 24784 | $1,000,000.00* | EXHIBIT A |
| 1993 | FINK, ROY | 24785 | $1,000,000.00* | EXHIBIT A |
| 1994 | FINN, PAUL | 24787 | $1,000,000.00* | EXHIBIT A |
| 1995 | FINN, ROBERT | 24786 | $1,000,000.00* | EXHIBIT A |
| 1996 | FINNEGAN, GARRY | 24788 | $1,000,000.00* | EXHIBIT A |
| 1997 | FINNEGAN, THOMAS | 24789 | $1,000,000.00* | EXHIBIT A |
| 1998 | FINNESSEY, SAMUEL | 24790 | $1,000,000.00* | EXHIBIT A |
| 1999 | FIORICA, THOMAS | 24791 | $1,000,000.00* | EXHIBIT A |
| 2000 | FISCHER, PAUL | 24792 | $1,000,000.00* | EXHIBIT A |
| 2001 | FISCHER, WALTER | 24793 | $1,000,000.00* | EXHIBIT A |
| 2002 | FISH, JAMES | 24794 | $1,000,000.00* | EXHIBIT A |
| 2003 | FISHER, DANIEL | 24797 | $1,000,000.00* | EXHIBIT A |
| 2004 | FISHER, DONALD | 24799 | $1,000,000.00* | EXHIBIT A |
| 2005 | FISHER, EMERY | 24798 | $1,000,000.00* | EXHIBIT A |
| 2006 | FISHER, KENNETH | 24795 | $1,000,000.00* | EXHIBIT A |
| 2007 | FISHER, KENNETH | 24800 | $1,000,000.00* | EXHIBIT A |
| 2008 | FISHER, ROBERT | 24796 | $1,000,000.00* | EXHIBIT A |
| 2009 | FISK, CALVIN | 24801 | $1,000,000.00* | EXHIBIT A |
| 2010 | FITCH, RAYMOND | 24802 | $1,000,000.00* | EXHIBIT A |
| 2011 | FITZGERALD, DONALD | 24803 | $1,000,000.00* | EXHIBIT A |

| 2012 | FITZGERALD, WILLIAM | 24804 | $1,000,000.00* | EXHIBIT A |
| 2013 | FITZGIBBON, GERALD | 24805 | $1,000,000.00* | EXHIBIT A |
| 2014 | FITZPATRICK, JOSEPH | 24806 | $1,000,000.00* | EXHIBIT A |
| 2015 | FITZPATRICK, LARRY | 24807 | $1,000,000.00* | EXHIBIT A |
| 2016 | FITZSIMONDS, BRIAN | 24808 | $1,000,000.00* | EXHIBIT A |
| 2017 | FLANAGAN, JOSEPH | 24809 | $1,000,000.00* | EXHIBIT A |
| 2018 | FLATER, RAYMOND | 24810 | $1,000,000.00* | EXHIBIT A |
| 2019 | FLEET, PHILLIP | 24811 | $1,000,000.00* | EXHIBIT A |
| 2020 | FLEMING, HORACE | 24814 | $1,000,000.00* | EXHIBIT A |
| 2021 | FLEMING, JOHN | 24812 | $1,000,000.00* | EXHIBIT A |
| 2022 | FLEMING, JOHN | 24813 | $1,000,000.00* | EXHIBIT A |
| 2023 | FLESBERG, WENDELL | 24830 | $1,000,000.00* | EXHIBIT A |
| 2024 | FLETCHER, ARMER | 24833 | $1,000,000.00* | EXHIBIT A |
| 2025 | FLETCHER, HOMER | 24831 | $1,000,000.00* | EXHIBIT A |
| 2026 | FLETCHER, TERRY | 24832 | $1,000,000.00* | EXHIBIT A |
| 2027 | FLOOD, JACK | 24834 | $1,000,000.00* | EXHIBIT A |
| 2028 | FLORA, EUGENE | 24835 | $1,000,000.00* | EXHIBIT A |
| 2029 | FLORENCE, EARL | 24898 | $1,000,000.00* | EXHIBIT A |
| 2030 | FLORENCE, LESLIE | 24896 | $1,000,000.00* | EXHIBIT A |
| 2031 | FLORENCE, RAYMOND | 24897 | $1,000,000.00* | EXHIBIT A |
| 2032 | FLORENCE, RICHARD (DECEASED) | 24899 | $1,000,000.00* | EXHIBIT A |
| 2033 | FLORIN, ROLF | 24900 | $1,000,000.00* | EXHIBIT A |
| 2034 | FLOWER, GEORGE | 24901 | $1,000,000.00* | EXHIBIT A |
| 2035 | FLOYD, HAYWARD | 24902 | $1,000,000.00* | EXHIBIT A |
| 2036 | FLYNN, WILLIAM | 24903 | $1,000,000.00* | EXHIBIT A |
| 2037 | FOLEY, EDWARD | 24905 | $1,000,000.00* | EXHIBIT A |
| 2038 | FOLEY, ROBERT | 24904 | $1,000,000.00* | EXHIBIT A |
| 2039 | FOLKER, STANLEY | 24906 | $1,000,000.00* | EXHIBIT A |
| 2040 | FOLLETT, WILLIAM | 24907 | $1,000,000.00* | EXHIBIT A |
| 2041 | FOLTZ, IVAN | 24908 | $1,000,000.00* | EXHIBIT A |
| 2042 | FOMAN, CECIL | 24909 | $1,000,000.00* | EXHIBIT A |
| 2043 | FONSECA, JOSE | 24910 | $1,000,000.00* | EXHIBIT A |
| 2044 | FORAN, RICHARD | 24911 | $1,000,000.00* | EXHIBIT A |
| 2045 | FORBES, FRANK | 24912 | $1,000,000.00* | EXHIBIT A |
| 2046 | FORD, JAMES | 24915 | $1,000,000.00* | EXHIBIT A |
| 2047 | FORD, KENNETH | 24914 | $1,000,000.00* | EXHIBIT A |
| 2048 | FORD, MICHAEL | 24913 | $1,000,000.00* | EXHIBIT A |
| 2049 | FOREST, EDWARD | 24916 | $1,000,000.00* | EXHIBIT A |
| 2050 | FORGEY, RICHARD | 24917 | $1,000,000.00* | EXHIBIT A |
| 2051 | FORMANSKI, HENRY | 24918 | $1,000,000.00* | EXHIBIT A |
| 2052 | FORMICA, MAURIZIO | 24919 | $1,000,000.00* | EXHIBIT A |
| 2053 | FORSHEY, DONALD | 24920 | $1,000,000.00* | EXHIBIT A |
| 2054 | FORSTER, EDWARD | 24921 | $1,000,000.00* | EXHIBIT A |
| 2055 | FORTENBERRY, ROBERT | 24922 | $1,000,000.00* | EXHIBIT A |
| 2056 | FORTIN, LEON | 24923 | $1,000,000.00* | EXHIBIT A |
| 2057 | FOSCHI, ALFRED | 24924 | $1,000,000.00* | EXHIBIT A |
| 2058 | FOSSETT, CLIFFORD | 24925 | $1,000,000.00* | EXHIBIT A |

| 2059 | FOSSITT, HAROLD | 24926 | $1,000,000.00* | EXHIBIT A |
| 2060 | FOSTER, BOBBY | 24932 | $1,000,000.00* | EXHIBIT A |
| 2061 | FOSTER, CHARLES | 24930 | $1,000,000.00* | EXHIBIT A |
| 2062 | FOSTER, DOUGLAS | 24928 | $1,000,000.00* | EXHIBIT A |
| 2063 | FOSTER, JOEL | 24929 | $1,000,000.00* | EXHIBIT A |
| 2064 | FOSTER, SYLVESTER | 24931 | $1,000,000.00* | EXHIBIT A |
| 2065 | FOSTER, WALTER | 24927 | $1,000,000.00* | EXHIBIT A |
| 2066 | FOUCHER, LIONEL | 24933 | $1,000,000.00* | EXHIBIT A |
| 2067 | FOURNIER, THOMAS | 24934 | $1,000,000.00* | EXHIBIT A |
| 2068 | FOWLER, DAVID | 24940 | $1,000,000.00* | EXHIBIT A |
| 2069 | FOWLER, DONALD | 24937 | $1,000,000.00* | EXHIBIT A |
| 2070 | FOWLER, EUGENE | 24935 | $1,000,000.00* | EXHIBIT A |
| 2071 | FOWLER, JAMES | 24936 | $1,000,000.00* | EXHIBIT A |
| 2072 | FOWLER, JAMES | 24938 | $1,000,000.00* | EXHIBIT A |
| 2073 | FOWLER, RALPH | 24941 | $1,000,000.00* | EXHIBIT A |
| 2074 | FOWLER, RAYMOND | 24939 | $1,000,000.00* | EXHIBIT A |
| 2075 | FOX, CHARLIE | 24944 | $1,000,000.00* | EXHIBIT A |
| 2076 | FOX, JOHN | 24943 | $1,000,000.00* | EXHIBIT A |
| 2077 | FOX, KEITH | 24946 | $1,000,000.00* | EXHIBIT A |
| 2078 | FOX, MARTIN | 24945 | $1,000,000.00* | EXHIBIT A |
| 2079 | FOX, RUSSELL | 24947 | $1,000,000.00* | EXHIBIT A |
| 2080 | FOX, WALTER | 24942 | $1,000,000.00* | EXHIBIT A |
| 2081 | FOY, CHARLES | 24948 | $1,000,000.00* | EXHIBIT A |
| 2082 | FOYTACK, RONALD (DECEASED) | 24949 | $1,000,000.00* | EXHIBIT A |
| 2083 | FOYTIK, FRANK | 24950 | $1,000,000.00* | EXHIBIT A |
| 2084 | FOYTIK, LEE | 24951 | $1,000,000.00* | EXHIBIT A |
| 2085 | FRACZEK, KIRK | 24952 | $1,000,000.00* | EXHIBIT A |
| 2086 | FRAGOSE, JOSEPH | 24953 | $1,000,000.00* | EXHIBIT A |
| 2087 | FRAILEY, VERNIE | 24954 | $1,000,000.00* | EXHIBIT A |
| 2088 | FRAISER, MURVIN | 24955 | $1,000,000.00* | EXHIBIT A |
| 2089 | FRAISER, MURVIN (DECEASED) | 24829 | $1,000,000.00* | EXHIBIT A |
| 2090 | FRALEY, GLEN | 25537 | $1,000,000.00* | EXHIBIT A |
| 2091 | FRANCIS, CHARLES | 25534 | $1,000,000.00* | EXHIBIT A |
| 2092 | FRANCIS, EDWARD | 25535 | $1,000,000.00* | EXHIBIT A |
| 2093 | FRANCIS, JESS | 25536 | $1,000,000.00* | EXHIBIT A |
| 2094 | FRANCKIEWICZ, GEORGE | 25533 | $1,000,000.00* | EXHIBIT A |
| 2095 | FRANCKIEWICZ, JOSEPH | 25532 | $1,000,000.00* | EXHIBIT A |
| 2096 | FRANCO, MANUEL | 25531 | $1,000,000.00* | EXHIBIT A |
| 2097 | FRANGELLA, ANTHONY | 25530 | $1,000,000.00* | EXHIBIT A |
| 2098 | FRANKLIN, FLOYD | 25529 | $1,000,000.00* | EXHIBIT A |
| 2099 | FRANKLIN, J.D. | 25528 | $1,000,000.00* | EXHIBIT A |
| 2100 | FRANKLIN, RICHARD | 25527 | $1,000,000.00* | EXHIBIT A |
| 2101 | FRANO, ANTHONY | 25526 | $1,000,000.00* | EXHIBIT A |
| 2102 | FRANTINI, CHARLES | 25524 | $1,000,000.00* | EXHIBIT A |
| 2103 | FRANTINI, CHARLES | 25525 | $1,000,000.00* | EXHIBIT A |
| 2104 | FRANZ, WILLIAM | 25523 | $1,000,000.00* | EXHIBIT A |
| 2105 | FRANZINO, ANTHONY | 25522 | $1,000,000.00* | EXHIBIT A |

| 2106 | FRASER, CHARLES | 25521 | $1,000,000.00* | EXHIBIT A |
| 2107 | FRASURE, TERRY | 25520 | $1,000,000.00* | EXHIBIT A |
| 2108 | FRAZER, HUGH | 25519 | $1,000,000.00* | EXHIBIT A |
| 2109 | FRAZIER, EDWIN | 25518 | $1,000,000.00* | EXHIBIT A |
| 2110 | FRAZIER, JOHN | 25517 | $1,000,000.00* | EXHIBIT A |
| 2111 | FRAZIER, KENNETH | 25515 | $1,000,000.00* | EXHIBIT A |
| 2112 | FRAZIER, ROBERT | 25516 | $1,000,000.00* | EXHIBIT A |
| 2113 | FREDERICKS, RONALD | 25514 | $1,000,000.00* | EXHIBIT A |
| 2114 | FREEMAN, FAYETTE | 25513 | $1,000,000.00* | EXHIBIT A |
| 2115 | FREEMAN, GRADY | 25511 | $1,000,000.00* | EXHIBIT A |
| 2116 | FREEMAN, NEWTON | 24815 | $1,000,000.00* | EXHIBIT A |
| 2117 | FREEMAN, RAYMOND | 25510 | $1,000,000.00* | EXHIBIT A |
| 2118 | FREEMAN, RONALD | 25512 | $1,000,000.00* | EXHIBIT A |
| 2119 | FRENCH, CHARLES | 24816 | $1,000,000.00* | EXHIBIT A |
| 2120 | FRENCH, JOHN | 24817 | $1,000,000.00* | EXHIBIT A |
| 2121 | FRENDT, DENNIS | 24818 | $1,000,000.00* | EXHIBIT A |
| 2122 | FRIED, JAMES | 24819 | $1,000,000.00* | EXHIBIT A |
| 2123 | FRIES, ALBERT | 24820 | $1,000,000.00* | EXHIBIT A |
| 2124 | FRIESEMA, GARRY | 24821 | $1,000,000.00* | EXHIBIT A |
| 2125 | FRIEZE, JOSEPH | 24822 | $1,000,000.00* | EXHIBIT A |
| 2126 | FRISINO, JOSEPH | 24823 | $1,000,000.00* | EXHIBIT A |
| 2127 | FRITCH, JOHN | 24824 | $1,000,000.00* | EXHIBIT A |
| 2128 | FRITSCH, CHARLES | 24825 | $1,000,000.00* | EXHIBIT A |
| 2129 | FRITZ, BARRY | 24826 | $1,000,000.00* | EXHIBIT A |
| 2130 | FRITZ, JAMES | 24827 | $1,000,000.00* | EXHIBIT A |
| 2131 | FROGAMENI, JOSEPH | 24828 | $1,000,000.00* | EXHIBIT A |
| 2132 | FROMDAHL, RICHARD | 25509 | $1,000,000.00* | EXHIBIT A |
| 2133 | FROMM, GEORGE | 25508 | $1,000,000.00* | EXHIBIT A |
| 2134 | FROSETH, GERALD | 25507 | $1,000,000.00* | EXHIBIT A |
| 2135 | FROSTAD, EDWARD | 25506 | $1,000,000.00* | EXHIBIT A |
| 2136 | FRY, JAMES | 25505 | $1,000,000.00* | EXHIBIT A |
| 2137 | FRYE, DAVID | 25504 | $1,000,000.00* | EXHIBIT A |
| 2138 | FUCCI, RICHARD | 25503 | $1,000,000.00* | EXHIBIT A |
| 2139 | FUCCI, ROBERT | 25502 | $1,000,000.00* | EXHIBIT A |
| 2140 | FUCCI, RUSSELL | 25501 | $1,000,000.00* | EXHIBIT A |
| 2141 | FULFORD, ROBERT | 25500 | $1,000,000.00* | EXHIBIT A |
| 2142 | FULLER, JAMES | 25434 | $1,000,000.00* | EXHIBIT A |
| 2143 | FULLER, JAMES | 25497 | $1,000,000.00* | EXHIBIT A |
| 2144 | FULLER, LEO | 25435 | $1,000,000.00* | EXHIBIT A |
| 2145 | FULLER, PETER | 25420 | $1,000,000.00* | EXHIBIT A |
| 2146 | FULLER, RICHARD | 25498 | $1,000,000.00* | EXHIBIT A |
| 2147 | FULLER, ROBERT | 25419 | $1,000,000.00* | EXHIBIT A |
| 2148 | FULLER, TED | 25499 | $1,000,000.00* | EXHIBIT A |
| 2149 | FULLER, THOMAS | 25496 | $1,000,000.00* | EXHIBIT A |
| 2150 | FULLERTON, CARL | 25417 | $1,000,000.00* | EXHIBIT A |
| 2151 | FULLERTON, WILLIAM | 25418 | $1,000,000.00* | EXHIBIT A |
| 2152 | FUOCO, RAYMOND | 25416 | $1,000,000.00* | EXHIBIT A |

| 2153 | GADOMSKI, JOHN | 25415 | $1,000,000.00* | EXHIBIT A |
| 2154 | GADSDEN, LEON | 25433 | $1,000,000.00* | EXHIBIT A |
| 2155 | GAETANO, MICHAEL | 25432 | $1,000,000.00* | EXHIBIT A |
| 2156 | GAGLIARDI, ANTHONY | 25431 | $1,000,000.00* | EXHIBIT A |
| 2157 | GAGNON, FERNAND | 24958 | $1,000,000.00* | EXHIBIT A |
| 2158 | GAGNON, ROBERT | 24957 | $1,000,000.00* | EXHIBIT A |
| 2159 | GAGNON, ROGER | 24956 | $1,000,000.00* | EXHIBIT A |
| 2160 | GAGNON, RONALD | 24959 | $1,000,000.00* | EXHIBIT A |
| 2161 | GAILEY, JAMES | 24960 | $1,000,000.00* | EXHIBIT A |
| 2162 | GAINER, GANSON | 24961 | $1,000,000.00* | EXHIBIT A |
| 2163 | GAINEY, MAX | 24962 | $1,000,000.00* | EXHIBIT A |
| 2164 | GALANT, EDWARD | 24963 | $1,000,000.00* | EXHIBIT A |
| 2165 | GALBREATH, CECIL | 24964 | $1,000,000.00* | EXHIBIT A |
| 2166 | GALGAY, JAMES | 24965 | $1,000,000.00* | EXHIBIT A |
| 2167 | GALIMI, VINCENT | 24966 | $1,000,000.00* | EXHIBIT A |
| 2168 | GALIPEAU, ROLAND | 24967 | $1,000,000.00* | EXHIBIT A |
| 2169 | GALLAGER, ROBERT | 24968 | $1,000,000.00* | EXHIBIT A |
| 2170 | GALLAGHER, GARRY | 24969 | $1,000,000.00* | EXHIBIT A |
| 2171 | GALLAGHER, JAMES | 24970 | $1,000,000.00* | EXHIBIT A |
| 2172 | GALLANT, RAYMOND | 24971 | $1,000,000.00* | EXHIBIT A |
| 2173 | GALLI, JAY | 24972 | $1,000,000.00* | EXHIBIT A |
| 2174 | GALLO, JOSEPH | 24973 | $1,000,000.00* | EXHIBIT A |
| 2175 | GAMBLE, WILLIE (DECEASED) | 24974 | $1,000,000.00* | EXHIBIT A |
| 2176 | GAMSKY, JOHN | 24975 | $1,000,000.00* | EXHIBIT A |
| 2177 | GANNON, EDWARD | 24976 | $1,000,000.00* | EXHIBIT A |
| 2178 | GANNUCCI, PETER | 24977 | $1,000,000.00* | EXHIBIT A |
| 2179 | GANTZ, WILLIAM | 24978 | $1,000,000.00* | EXHIBIT A |
| 2180 | GARCEAU, MICHAEL | 24979 | $1,000,000.00* | EXHIBIT A |
| 2181 | GARCIA, JOSEPH | 24980 | $1,000,000.00* | EXHIBIT A |
| 2182 | GARD, ROBERT | 24981 | $1,000,000.00* | EXHIBIT A |
| 2183 | GARDNER, CLYDE | 24982 | $1,000,000.00* | EXHIBIT A |
| 2184 | GARDNER, DONALD | 24985 | $1,000,000.00* | EXHIBIT A |
| 2185 | GARDNER, EDDIE | 24984 | $1,000,000.00* | EXHIBIT A |
| 2186 | GARDNER, ROBERT | 24983 | $1,000,000.00* | EXHIBIT A |
| 2187 | GARFIELD, JAMES | 24986 | $1,000,000.00* | EXHIBIT A |
| 2188 | GARGANO, ANTHONY | 24987 | $1,000,000.00* | EXHIBIT A |
| 2189 | GARGIS, WILLIAM | 24988 | $1,000,000.00* | EXHIBIT A |
| 2190 | GARLAND, ROBERT | 24989 | $1,000,000.00* | EXHIBIT A |
| 2191 | GARNEAU, GERARD | 24990 | $1,000,000.00* | EXHIBIT A |
| 2192 | GARNER, JIMMY | 24992 | $1,000,000.00* | EXHIBIT A |
| 2193 | GARNER, ROBERT | 24991 | $1,000,000.00* | EXHIBIT A |
| 2194 | GAROFANO, PHILLIP | 24993 | $1,000,000.00* | EXHIBIT A |
| 2195 | GARRETT, JARRETT | 24994 | $1,000,000.00* | EXHIBIT A |
| 2196 | GARRETT, RALPH | 24995 | $1,000,000.00* | EXHIBIT A |
| 2197 | GARRIGAN, PAUL | 24996 | $1,000,000.00* | EXHIBIT A |
| 2198 | GARRIGUES, RONALD | 24997 | $1,000,000.00* | EXHIBIT A |
| 2199 | GARRIPOLI, ZACHARY | 24998 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2200 | GARRISON, HERBERT | 24999 | $1,000,000.00* | EXHIBIT A |
| 2201 | GARRISON, PERRY | 25000 | $1,000,000.00* | EXHIBIT A |
| 2202 | GARRITY, LARRY | 25001 | $1,000,000.00* | EXHIBIT A |
| 2203 | GARRITY, PATRICK | 25002 | $1,000,000.00* | EXHIBIT A |
| 2204 | GARVIN, SAMUEL | 25003 | $1,000,000.00* | EXHIBIT A |
| 2205 | GARY, DON | 25004 | $1,000,000.00* | EXHIBIT A |
| 2206 | GASKINS, JERRY | 25005 | $1,000,000.00* | EXHIBIT A |
| 2207 | GASPARINI, RICHARD | 25006 | $1,000,000.00* | EXHIBIT A |
| 2208 | GASTON, JESSIE | 25007 | $1,000,000.00* | EXHIBIT A |
| 2209 | GATCHELL, DONALD | 25008 | $1,000,000.00* | EXHIBIT A |
| 2210 | GATELY, PAUL | 25196 | $1,000,000.00* | EXHIBIT A |
| 2211 | GATOS, JIMMY | 25197 | $1,000,000.00* | EXHIBIT A |
| 2212 | GATRELL, ROBERT | 25198 | $1,000,000.00* | EXHIBIT A |
| 2213 | GATTO, FRANCIS | 25199 | $1,000,000.00* | EXHIBIT A |
| 2214 | GATTURNA, DAVID | 25200 | $1,000,000.00* | EXHIBIT A |
| 2215 | GAUDETTE, ROBERT | 25201 | $1,000,000.00* | EXHIBIT A |
| 2216 | GAUSDITIS, JOSEPH | 25202 | $1,000,000.00* | EXHIBIT A |
| 2217 | GAUTHIER, REGINALD | 25203 | $1,000,000.00* | EXHIBIT A |
| 2218 | GAVICA, JOE | 25204 | $1,000,000.00* | EXHIBIT A |
| 2219 | GAVIN, JOSEPH | 25206 | $1,000,000.00* | EXHIBIT A |
| 2220 | GAVIN, PATRICK | 25205 | $1,000,000.00* | EXHIBIT A |
| 2221 | GAY, FLOYD | 25211 | $1,000,000.00* | EXHIBIT A |
| 2222 | GAY, JAMES | 25208 | $1,000,000.00* | EXHIBIT A |
| 2223 | GAY, JAMES | 25210 | $1,000,000.00* | EXHIBIT A |
| 2224 | GAY, RANDY | 25207 | $1,000,000.00* | EXHIBIT A |
| 2225 | GAY, STEPHEN | 25209 | $1,000,000.00* | EXHIBIT A |
| 2226 | GAYTON, JOSEPH | 25212 | $1,000,000.00* | EXHIBIT A |
| 2227 | GEARHART, LEROY | 25213 | $1,000,000.00* | EXHIBIT A |
| 2228 | GEIGER, GENE | 25214 | $1,000,000.00* | EXHIBIT A |
| 2229 | GEISLER, WILLIAM | 25215 | $1,000,000.00* | EXHIBIT A |
| 2230 | GEIST, WILLIAM | 25216 | $1,000,000.00* | EXHIBIT A |
| 2231 | GEITZ, RUSSELL | 25217 | $1,000,000.00* | EXHIBIT A |
| 2232 | GELMINI, WILLIAM | 25218 | $1,000,000.00* | EXHIBIT A |
| 2233 | GEMSKI, FREDERICK | 25219 | $1,000,000.00* | EXHIBIT A |
| 2234 | GENDREAU, ROBERT | 25220 | $1,000,000.00* | EXHIBIT A |
| 2235 | GENTHNER, ROBERT | 25221 | $1,000,000.00* | EXHIBIT A |
| 2236 | GENTLE, HARRY | 25222 | $1,000,000.00* | EXHIBIT A |
| 2237 | GENTRY, RUSSELL | 25223 | $1,000,000.00* | EXHIBIT A |
| 2238 | GENZ, EARL | 25224 | $1,000,000.00* | EXHIBIT A |
| 2239 | GEORGE, DOUGLAS | 25227 | $1,000,000.00* | EXHIBIT A |
| 2240 | GEORGE, EDWIN | 25225 | $1,000,000.00* | EXHIBIT A |
| 2241 | GEORGE, FRANCIS | 25226 | $1,000,000.00* | EXHIBIT A |
| 2242 | GERAGHTY, JAMES | 25228 | $1,000,000.00* | EXHIBIT A |
| 2243 | GERBER, ELTON | 25229 | $1,000,000.00* | EXHIBIT A |
| 2244 | GERGELY, JOHN | 25230 | $1,000,000.00* | EXHIBIT A |
| 2245 | GERHARDT, THOMAS | 25231 | $1,000,000.00* | EXHIBIT A |
| 2246 | GERMERSHAUSEN, RAYMOND | 25232 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2247 | GERRIER, THOMAS | 25233 | $1,000,000.00* | EXHIBIT A |
| 2248 | GERRITY, JOSEPH | 25234 | $1,000,000.00* | EXHIBIT A |
| 2249 | GESSWIN, DONALD | 25235 | $1,000,000.00* | EXHIBIT A |
| 2250 | GESUALDO, RICHARD | 25236 | $1,000,000.00* | EXHIBIT A |
| 2251 | GETCHELL, WALTER | 25237 | $1,000,000.00* | EXHIBIT A |
| 2252 | GETZ, RAYMOND | 25238 | $1,000,000.00* | EXHIBIT A |
| 2253 | GIALLORETO, DENNIS | 25239 | $1,000,000.00* | EXHIBIT A |
| 2254 | GIANGRANDE, RALPH | 25240 | $1,000,000.00* | EXHIBIT A |
| 2255 | GIARLA, MICHAEL | 25241 | $1,000,000.00* | EXHIBIT A |
| 2256 | GIBBONS, CHARLES | 25242 | $1,000,000.00* | EXHIBIT A |
| 2257 | GIBLIN, ROBERT | 25243 | $1,000,000.00* | EXHIBIT A |
| 2258 | GIBSON, CLYDE | 25247 | $1,000,000.00* | EXHIBIT A |
| 2259 | GIBSON, DENNIS | 25249 | $1,000,000.00* | EXHIBIT A |
| 2260 | GIBSON, DONALD | 25245 | $1,000,000.00* | EXHIBIT A |
| 2261 | GIBSON, JESSIE | 25251 | $1,000,000.00* | EXHIBIT A |
| 2262 | GIBSON, LEE | 25248 | $1,000,000.00* | EXHIBIT A |
| 2263 | GIBSON, NEWMAN | 25244 | $1,000,000.00* | EXHIBIT A |
| 2264 | GIBSON, ROY | 25246 | $1,000,000.00* | EXHIBIT A |
| 2265 | GIBSON, THOMAS | 25250 | $1,000,000.00* | EXHIBIT A |
| 2266 | GIDEONS, EDWIN | 25252 | $1,000,000.00* | EXHIBIT A |
| 2267 | GIERICH, PATRICK | 25253 | $1,000,000.00* | EXHIBIT A |
| 2268 | GIEZEY, EDWARD | 25254 | $1,000,000.00* | EXHIBIT A |
| 2269 | GIGSTEAD, RICHARD | 25255 | $1,000,000.00* | EXHIBIT A |
| 2270 | GILBERT, LENNIS | 25318 | $1,000,000.00* | EXHIBIT A |
| 2271 | GILBERT, RICHARD | 25430 | $1,000,000.00* | EXHIBIT A |
| 2272 | GILBRIDE, HARVEY | 25429 | $1,000,000.00* | EXHIBIT A |
| 2273 | GILFILLAN, FREDERICK | 25428 | $1,000,000.00* | EXHIBIT A |
| 2274 | GILL, EDWARD | 25427 | $1,000,000.00* | EXHIBIT A |
| 2275 | GILL, OMER | 25426 | $1,000,000.00* | EXHIBIT A |
| 2276 | GILL, ROBERT EUGENE | 25425 | $1,000,000.00* | EXHIBIT A |
| 2277 | GILLEM, TERRY | 25009 | $1,000,000.00* | EXHIBIT A |
| 2278 | GILLEY, DALICE | 25011 | $1,000,000.00* | EXHIBIT A |
| 2279 | GILLEY, LENA | 25010 | $1,000,000.00* | EXHIBIT A |
| 2280 | GILLIAM, DELMAINE | 25013 | $1,000,000.00* | EXHIBIT A |
| 2281 | GILLIAM, DELMAR | 25014 | $1,000,000.00* | EXHIBIT A |
| 2282 | GILLIAM, WILLIAM | 25012 | $1,000,000.00* | EXHIBIT A |
| 2283 | GILLIS, JOHN | 25424 | $1,000,000.00* | EXHIBIT A |
| 2284 | GILLIS, JOSEPH | 25015 | $1,000,000.00* | EXHIBIT A |
| 2285 | GILMAN, ROBERT | 25422 | $1,000,000.00* | EXHIBIT A |
| 2286 | GILMAN, ROBERT | 25423 | $1,000,000.00* | EXHIBIT A |
| 2287 | GILMORE, RICHARD | 25413 | $1,000,000.00* | EXHIBIT A |
| 2288 | GILMORE, ROBERT | 25414 | $1,000,000.00* | EXHIBIT A |
| 2289 | GILMORE, SAMUEL | 25421 | $1,000,000.00* | EXHIBIT A |
| 2290 | GINGRAS, ROBERT | 25412 | $1,000,000.00* | EXHIBIT A |
| 2291 | GIOIA, VINCENT | 25411 | $1,000,000.00* | EXHIBIT A |
| 2292 | GIONET, THOMAS | 25410 | $1,000,000.00* | EXHIBIT A |
| 2293 | GIONFRIDDO, LYS | 25409 | $1,000,000.00* | EXHIBIT A |

| 2294 | GIORDANO, ANTHONY | 25408 | $1,000,000.00* | EXHIBIT A |
| 2295 | GIPSON, BILLY | 25406 | $1,000,000.00* | EXHIBIT A |
| 2296 | GIPSON, WILSON | 25407 | $1,000,000.00* | EXHIBIT A |
| 2297 | GIROUX, RUSSELL | 25405 | $1,000,000.00* | EXHIBIT A |
| 2298 | GITCHEL, LEO DALE | 25404 | $1,000,000.00* | EXHIBIT A |
| 2299 | GITTENS, DENNIS | 25403 | $1,000,000.00* | EXHIBIT A |
| 2300 | GIULIANO, LOUIS | 25402 | $1,000,000.00* | EXHIBIT A |
| 2301 | GIVENS, RODGER | 25401 | $1,000,000.00* | EXHIBIT A |
| 2302 | GIVLER, GERALD | 25400 | $1,000,000.00* | EXHIBIT A |
| 2303 | GLADUE, THEODORE | 25399 | $1,000,000.00* | EXHIBIT A |
| 2304 | GLANCEY, LLOYD | 25398 | $1,000,000.00* | EXHIBIT A |
| 2305 | GLASCO, WILLIAM | 25397 | $1,000,000.00* | EXHIBIT A |
| 2306 | GLASS, W. | 25396 | $1,000,000.00* | EXHIBIT A |
| 2307 | GLEASON, RUSSELL | 25256 | $1,000,000.00* | EXHIBIT A |
| 2308 | GLEATON, BENNY | 25257 | $1,000,000.00* | EXHIBIT A |
| 2309 | GLENNON, JAMES DAVID | 25258 | $1,000,000.00* | EXHIBIT A |
| 2310 | GLICK, NORMAN | 25259 | $1,000,000.00* | EXHIBIT A |
| 2311 | GLIDDEN, ARLO | 25260 | $1,000,000.00* | EXHIBIT A |
| 2312 | GLINES, ARNOLD | 25261 | $1,000,000.00* | EXHIBIT A |
| 2313 | GLOSSICK, RICHARD | 25262 | $1,000,000.00* | EXHIBIT A |
| 2314 | GLOVER, STEVEN | 25263 | $1,000,000.00* | EXHIBIT A |
| 2315 | GLUCK, WILLIAM | 25264 | $1,000,000.00* | EXHIBIT A |
| 2316 | GNECH, CAESAR | 25265 | $1,000,000.00* | EXHIBIT A |
| 2317 | GODFREY, CLAUDE | 25266 | $1,000,000.00* | EXHIBIT A |
| 2318 | GODREAU, ROGER | 25267 | $1,000,000.00* | EXHIBIT A |
| 2319 | GOERINGER, KRAYTON | 25268 | $1,000,000.00* | EXHIBIT A |
| 2320 | GOERSHEL, PAUL | 25269 | $1,000,000.00* | EXHIBIT A |
| 2321 | GOESTENKORS, JOHN | 25270 | $1,000,000.00* | EXHIBIT A |
| 2322 | GOFF, ERNEST | 25271 | $1,000,000.00* | EXHIBIT A |
| 2323 | GOGGIA, EDWIN | 25272 | $1,000,000.00* | EXHIBIT A |
| 2324 | GOINS, GARFIELD | 25273 | $1,000,000.00* | EXHIBIT A |
| 2325 | GOLABIEWSKI, JOHN | 25274 | $1,000,000.00* | EXHIBIT A |
| 2326 | GOLDBERG, FREDERICK | 25275 | $1,000,000.00* | EXHIBIT A |
| 2327 | GOLDBERG, HERBERT | 25276 | $1,000,000.00* | EXHIBIT A |
| 2328 | GOLDEN, WILLIE | 25277 | $1,000,000.00* | EXHIBIT A |
| 2329 | GOLDSTEIN, IRVING | 25278 | $1,000,000.00* | EXHIBIT A |
| 2330 | GOLEMBESKI, FRANCIS | 25279 | $1,000,000.00* | EXHIBIT A |
| 2331 | GOLLADAY, ROBERT | 25280 | $1,000,000.00* | EXHIBIT A |
| 2332 | GOLLY, RONALD | 25281 | $1,000,000.00* | EXHIBIT A |
| 2333 | GOMES, JOHN | 25282 | $1,000,000.00* | EXHIBIT A |
| 2334 | GONDEK, DONALD | 25283 | $1,000,000.00* | EXHIBIT A |
| 2335 | GONSALVES, PETER | 25284 | $1,000,000.00* | EXHIBIT A |
| 2336 | GONZALES, BILL | 25286 | $1,000,000.00* | EXHIBIT A |
| 2337 | GONZALES, NIEBEZ | 25285 | $1,000,000.00* | EXHIBIT A |
| 2338 | GONZALEZ, ANDRES | 25288 | $1,000,000.00* | EXHIBIT A |
| 2339 | GONZALEZ, EMILIO | 25287 | $1,000,000.00* | EXHIBIT A |
| 2340 | GOOD, CLIFTON | 25289 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2341 | GOODALE, RONALD | 25290 | $1,000,000.00* | EXHIBIT A |
| 2342 | GOODE, RONALD | 25291 | $1,000,000.00* | EXHIBIT A |
| 2343 | GOODRICH, DONALD | 25292 | $1,000,000.00* | EXHIBIT A |
| 2344 | GOODRICH, KENNETH | 25293 | $1,000,000.00* | EXHIBIT A |
| 2345 | GOODRIDGE, KENNETH | 25294 | $1,000,000.00* | EXHIBIT A |
| 2346 | GOODSON, FONZIE | 25295 | $1,000,000.00* | EXHIBIT A |
| 2347 | GOODWIN, WILLIAM | 25296 | $1,000,000.00* | EXHIBIT A |
| 2348 | GOODWINE, ROY | 25297 | $1,000,000.00* | EXHIBIT A |
| 2349 | GORDILLO, FELIX | 25298 | $1,000,000.00* | EXHIBIT A |
| 2350 | GORDIUS, DAVID | 25299 | $1,000,000.00* | EXHIBIT A |
| 2351 | GORDON, JOHN | 25301 | $1,000,000.00* | EXHIBIT A |
| 2352 | GORDON, LOUIS | 25302 | $1,000,000.00* | EXHIBIT A |
| 2353 | GORDON, STANLEY | 25303 | $1,000,000.00* | EXHIBIT A |
| 2354 | GORDON, TROY | 25300 | $1,000,000.00* | EXHIBIT A |
| 2355 | GORMAN, HARRY | 25304 | $1,000,000.00* | EXHIBIT A |
| 2356 | GORNEAU, WALTER | 25305 | $1,000,000.00* | EXHIBIT A |
| 2357 | GOSS, ELLIS | 25306 | $1,000,000.00* | EXHIBIT A |
| 2358 | GOTT , GEORGE, | 25307 | $1,000,000.00* | EXHIBIT A |
| 2359 | GOULD, KENNETH | 25308 | $1,000,000.00* | EXHIBIT A |
| 2360 | GOULET, DANIEL | 25310 | $1,000,000.00* | EXHIBIT A |
| 2361 | GOULET, DONALD | 25309 | $1,000,000.00* | EXHIBIT A |
| 2362 | GOWEN, KENNETH | 25311 | $1,000,000.00* | EXHIBIT A |
| 2363 | GOWIN, ERNEST | 25312 | $1,000,000.00* | EXHIBIT A |
| 2364 | GOWING, WARD | 25313 | $1,000,000.00* | EXHIBIT A |
| 2365 | GOYETTE, DANIEL | 25314 | $1,000,000.00* | EXHIBIT A |
| 2366 | GRABINSKI, RICHARD | 25315 | $1,000,000.00* | EXHIBIT A |
| 2367 | GRABUSKY, JOSEPH | 26355 | $1,000,000.00* | EXHIBIT A |
| 2368 | GRACE, CICERO | 26357 | $1,000,000.00* | EXHIBIT A |
| 2369 | GRACE, JOHN | 26356 | $1,000,000.00* | EXHIBIT A |
| 2370 | GRACHAN, DENNIS | 26358 | $1,000,000.00* | EXHIBIT A |
| 2371 | GRADY, ROBERT | 26359 | $1,000,000.00* | EXHIBIT A |
| 2372 | GRAHAM, ELWOOD | 26360 | $1,000,000.00* | EXHIBIT A |
| 2373 | GRAHAM, JOHN | 26363 | $1,000,000.00* | EXHIBIT A |
| 2374 | GRAHAM, JOHNNY | 26361 | $1,000,000.00* | EXHIBIT A |
| 2375 | GRAHAM, RICHARD | 26362 | $1,000,000.00* | EXHIBIT A |
| 2376 | GRAMAZIO, DONALD | 26364 | $1,000,000.00* | EXHIBIT A |
| 2377 | GRAMAZIO, RALPH | 26365 | $1,000,000.00* | EXHIBIT A |
| 2378 | GRAMLICH, FERDINAND | 26366 | $1,000,000.00* | EXHIBIT A |
| 2379 | GRANLUND, WALTER | 26367 | $1,000,000.00* | EXHIBIT A |
| 2380 | GRANT, GARY | 26372 | $1,000,000.00* | EXHIBIT A |
| 2381 | GRANT, GERALD | 26368 | $1,000,000.00* | EXHIBIT A |
| 2382 | GRANT, JOHN | 26371 | $1,000,000.00* | EXHIBIT A |
| 2383 | GRANT, LEROY | 26370 | $1,000,000.00* | EXHIBIT A |
| 2384 | GRANT, ROBERT | 26369 | $1,000,000.00* | EXHIBIT A |
| 2385 | GRANTHAM, HERMAN | 26373 | $1,000,000.00* | EXHIBIT A |
| 2386 | GRASSESCHI, MICHAEL | 26374 | $1,000,000.00* | EXHIBIT A |
| 2387 | GRASSO, GENE | 26375 | $1,000,000.00* | EXHIBIT A |

| 2388 | GRAVELLE, JOSEPH | 26376 | $1,000,000.00* | EXHIBIT A |
| 2389 | GRAVES, EDWIN | 26378 | $1,000,000.00* | EXHIBIT A |
| 2390 | GRAVES, JOSEPH | 26379 | $1,000,000.00* | EXHIBIT A |
| 2391 | GRAVES, ROBERT | 26377 | $1,000,000.00* | EXHIBIT A |
| 2392 | GRAVIETT, BERTHEL | 26380 | $1,000,000.00* | EXHIBIT A |
| 2393 | GRAY, GERALD | 25321 | $1,000,000.00* | EXHIBIT A |
| 2394 | GRAY, JOHN | 25320 | $1,000,000.00* | EXHIBIT A |
| 2395 | GRAY, RICHARD | 25319 | $1,000,000.00* | EXHIBIT A |
| 2396 | GRAYSON, MURLIN | 25322 | $1,000,000.00* | EXHIBIT A |
| 2397 | GRAZESKI, RONALD | 25323 | $1,000,000.00* | EXHIBIT A |
| 2398 | GREANEY, RICHARD | 25324 | $1,000,000.00* | EXHIBIT A |
| 2399 | GREEN, DENNIS | 25327 | $1,000,000.00* | EXHIBIT A |
| 2400 | GREEN, JIM | 25328 | $1,000,000.00* | EXHIBIT A |
| 2401 | GREEN, JOHN | 25326 | $1,000,000.00* | EXHIBIT A |
| 2402 | GREEN, LARRY | 25329 | $1,000,000.00* | EXHIBIT A |
| 2403 | GREEN, THOMAS | 25325 | $1,000,000.00* | EXHIBIT A |
| 2404 | GREENBERG, AARON | 25330 | $1,000,000.00* | EXHIBIT A |
| 2405 | GREENE, EARL | 25333 | $1,000,000.00* | EXHIBIT A |
| 2406 | GREENE, EDWARD | 25332 | $1,000,000.00* | EXHIBIT A |
| 2407 | GREENE, HERBERT | 25334 | $1,000,000.00* | EXHIBIT A |
| 2408 | GREENE, WILLIAM | 25331 | $1,000,000.00* | EXHIBIT A |
| 2409 | GREENER, CARL | 25335 | $1,000,000.00* | EXHIBIT A |
| 2410 | GREENIER, WILLIAM | 25336 | $1,000,000.00* | EXHIBIT A |
| 2411 | GREENLEAF, TIMOTHY | 25337 | $1,000,000.00* | EXHIBIT A |
| 2412 | GREENWOOD, JOHN | 25338 | $1,000,000.00* | EXHIBIT A |
| 2413 | GREENWOOD, ROBERT | 25339 | $1,000,000.00* | EXHIBIT A |
| 2414 | GREGORY, ARCHIE | 25341 | $1,000,000.00* | EXHIBIT A |
| 2415 | GREGORY, BRUCE | 25340 | $1,000,000.00* | EXHIBIT A |
| 2416 | GREGORY, CAREY | 25343 | $1,000,000.00* | EXHIBIT A |
| 2417 | GREGORY, JACEL | 25342 | $1,000,000.00* | EXHIBIT A |
| 2418 | GREGURICH, LADDIE | 25344 | $1,000,000.00* | EXHIBIT A |
| 2419 | GREIERT, EDWARD | 25345 | $1,000,000.00* | EXHIBIT A |
| 2420 | GREIFF, ROBERT | 25346 | $1,000,000.00* | EXHIBIT A |
| 2421 | GRELLE, MILTON | 25347 | $1,000,000.00* | EXHIBIT A |
| 2422 | GREMORE, JOHN | 25348 | $1,000,000.00* | EXHIBIT A |
| 2423 | GRENON, ROGER | 25349 | $1,000,000.00* | EXHIBIT A |
| 2424 | GRIEGO, ORLANDO | 25350 | $1,000,000.00* | EXHIBIT A |
| 2425 | GRIER, ALEXANDER | 25351 | $1,000,000.00* | EXHIBIT A |
| 2426 | GRIFFIN, JOHN | 25352 | $1,000,000.00* | EXHIBIT A |
| 2427 | GRIFFIN, MICHAEL | 25356 | $1,000,000.00* | EXHIBIT A |
| 2428 | GRIFFIN, WALTER | 25355 | $1,000,000.00* | EXHIBIT A |
| 2429 | GRIFFIN, WARREN | 25354 | $1,000,000.00* | EXHIBIT A |
| 2430 | GRIFFIN, WILLIAM | 25353 | $1,000,000.00* | EXHIBIT A |
| 2431 | GRIFFITH, BOB WAYNE | 25357 | $1,000,000.00* | EXHIBIT A |
| 2432 | GRIGGS, HENRY | 25358 | $1,000,000.00* | EXHIBIT A |
| 2433 | GRIGLAK, JAMES | 25359 | $1,000,000.00* | EXHIBIT A |
| 2434 | GRIM, STANLEY | 25360 | $1,000,000.00* | EXHIBIT A |

470006

| 2435 | GRIMES, EURIS | 25361 | $1,000,000.00* | EXHIBIT A |
|------|---------------|-------|----------------|-----------|
| 2436 | GRINCAVITCH, JOHN | 25362 | $1,000,000.00* | EXHIBIT A |
| 2437 | GRINER, JENERAL | 25363 | $1,000,000.00* | EXHIBIT A |
| 2438 | GRISE, RONALD | 25364 | $1,000,000.00* | EXHIBIT A |
| 2439 | GROMKO, RAYMOND | 25365 | $1,000,000.00* | EXHIBIT A |
| 2440 | GROOMS, LORAN | 25366 | $1,000,000.00* | EXHIBIT A |
| 2441 | GROPP, BILLY | 25367 | $1,000,000.00* | EXHIBIT A |
| 2442 | GROSSMAN, GARY | 25368 | $1,000,000.00* | EXHIBIT A |
| 2443 | GRUBISICH, DUSAN | 25369 | $1,000,000.00* | EXHIBIT A |
| 2444 | GRUEN, ALFRED | 25370 | $1,000,000.00* | EXHIBIT A |
| 2445 | GRUESNER, ROBERT | 25371 | $1,000,000.00* | EXHIBIT A |
| 2446 | GRUNSTEAD, DELBERT | 25372 | $1,000,000.00* | EXHIBIT A |
| 2447 | GRYMKOWSKI, JOHN | 25373 | $1,000,000.00* | EXHIBIT A |
| 2448 | GRYPARIS, STANLEY | 25374 | $1,000,000.00* | EXHIBIT A |
| 2449 | GSCHWIND, THEODORE | 25375 | $1,000,000.00* | EXHIBIT A |
| 2450 | GUADAGNO, ROBERT | 25436 | $1,000,000.00* | EXHIBIT A |
| 2451 | GUADARRAMA, JOHN | 25437 | $1,000,000.00* | EXHIBIT A |
| 2452 | GUDEHUS, KENNETH | 25438 | $1,000,000.00* | EXHIBIT A |
| 2453 | GUERARD, OMER | 25439 | $1,000,000.00* | EXHIBIT A |
| 2454 | GUERRIERO, ROCCO | 25440 | $1,000,000.00* | EXHIBIT A |
| 2455 | GUERTIN, ROBERT | 25441 | $1,000,000.00* | EXHIBIT A |
| 2456 | GUILIANO, JOSEPH | 25442 | $1,000,000.00* | EXHIBIT A |
| 2457 | GUILLORY, PAUL | 25443 | $1,000,000.00* | EXHIBIT A |
| 2458 | GUIMARES, JOSEPH | 25444 | $1,000,000.00* | EXHIBIT A |
| 2459 | GUINN, HENRY | 25445 | $1,000,000.00* | EXHIBIT A |
| 2460 | GUMBLE, THOMAS | 25446 | $1,000,000.00* | EXHIBIT A |
| 2461 | GUNDERSON, VINCENT | 25447 | $1,000,000.00* | EXHIBIT A |
| 2462 | GUNN, JESSE | 25448 | $1,000,000.00* | EXHIBIT A |
| 2463 | GUNN, WILLIAM | 25449 | $1,000,000.00* | EXHIBIT A |
| 2464 | GURKA, GERALD | 25450 | $1,000,000.00* | EXHIBIT A |
| 2465 | GURLEY, JAMES | 25451 | $1,000,000.00* | EXHIBIT A |
| 2466 | GUSTAVSON, ARTHUR | 25452 | $1,000,000.00* | EXHIBIT A |
| 2467 | GUTCHES, MICHAEL | 25453 | $1,000,000.00* | EXHIBIT A |
| 2468 | GUTHRIE, CARL | 25454 | $1,000,000.00* | EXHIBIT A |
| 2469 | GUY, L. | 25455 | $1,000,000.00* | EXHIBIT A |
| 2470 | GUYNN, HAROLD | 25456 | $1,000,000.00* | EXHIBIT A |
| 2471 | GUYTON, LORENZO | 25457 | $1,000,000.00* | EXHIBIT A |
| 2472 | GUZMAN, LUIS | 25458 | $1,000,000.00* | EXHIBIT A |
| 2473 | HAAVISTO, EUGENE | 25459 | $1,000,000.00* | EXHIBIT A |
| 2474 | HABERKORN, JOHN | 25460 | $1,000,000.00* | EXHIBIT A |
| 2475 | HABERLE, JOHN | 25461 | $1,000,000.00* | EXHIBIT A |
| 2476 | HACKEL, JOSEPH | 25462 | $1,000,000.00* | EXHIBIT A |
| 2477 | HACKENBERG, DALE | 25463 | $1,000,000.00* | EXHIBIT A |
| 2478 | HACKETT, ARTHUR | 25464 | $1,000,000.00* | EXHIBIT A |
| 2479 | HACKETT, THOMAS | 25465 | $1,000,000.00* | EXHIBIT A |
| 2480 | HADLEY, JOHNNY | 25467 | $1,000,000.00* | EXHIBIT A |
| 2481 | HADLEY, RAYMOND | 25466 | $1,000,000.00* | EXHIBIT A |

| 2482 | HAEUSSNER, EDWARD | 25468 | $1,000,000.00* | EXHIBIT A |
| 2483 | HAFFEY, BERNARD | 25469 | $1,000,000.00* | EXHIBIT A |
| 2484 | HAGAN, JAMES | 25471 | $1,000,000.00* | EXHIBIT A |
| 2485 | HAGAN, JOHN | 25472 | $1,000,000.00* | EXHIBIT A |
| 2486 | HAGAN, WILLIAM | 25470 | $1,000,000.00* | EXHIBIT A |
| 2487 | HAGEMAN, HERMAN | 25473 | $1,000,000.00* | EXHIBIT A |
| 2488 | HAGEN, RICHARD | 25474 | $1,000,000.00* | EXHIBIT A |
| 2489 | HAGGARD, DANIEL | 25475 | $1,000,000.00* | EXHIBIT A |
| 2490 | HAGGERTY, JAMES | 25477 | $1,000,000.00* | EXHIBIT A |
| 2491 | HAGGERTY, OWEN | 25476 | $1,000,000.00* | EXHIBIT A |
| 2492 | HAGSTROM, GOTTHARD | 25478 | $1,000,000.00* | EXHIBIT A |
| 2493 | HAHN, STEVEN | 25479 | $1,000,000.00* | EXHIBIT A |
| 2494 | HAINES, CHARLES | 25480 | $1,000,000.00* | EXHIBIT A |
| 2495 | HAKE, ALAN | 25481 | $1,000,000.00* | EXHIBIT A |
| 2496 | HAKEY, JOHN | 25482 | $1,000,000.00* | EXHIBIT A |
| 2497 | HAKIAN, CEDRIC | 25483 | $1,000,000.00* | EXHIBIT A |
| 2498 | HALE, CHESTER | 26381 | $1,000,000.00* | EXHIBIT A |
| 2499 | HALE, FRANK | 26382 | $1,000,000.00* | EXHIBIT A |
| 2500 | HALE, JERRY | 25484 | $1,000,000.00* | EXHIBIT A |
| 2501 | HALEY, CHARLES | 26384 | $1,000,000.00* | EXHIBIT A |
| 2502 | HALEY, RICHARD | 26383 | $1,000,000.00* | EXHIBIT A |
| 2503 | HALKO, JOHN | 26385 | $1,000,000.00* | EXHIBIT A |
| 2504 | HALL, EARL | 26386 | $1,000,000.00* | EXHIBIT A |
| 2505 | HALL, JOHN | 26388 | $1,000,000.00* | EXHIBIT A |
| 2506 | HALL, JOHN | 26392 | $1,000,000.00* | EXHIBIT A |
| 2507 | HALL, QUEEN | 26390 | $1,000,000.00* | EXHIBIT A |
| 2508 | HALL, ROBERT | 26391 | $1,000,000.00* | EXHIBIT A |
| 2509 | HALL, RONALD | 26389 | $1,000,000.00* | EXHIBIT A |
| 2510 | HALL, ULYSSES | 26387 | $1,000,000.00* | EXHIBIT A |
| 2511 | HALLE, ROLAND | 26393 | $1,000,000.00* | EXHIBIT A |
| 2512 | HALLER, HAROLD | 26394 | $1,000,000.00* | EXHIBIT A |
| 2513 | HALLETT, GARY | 26395 | $1,000,000.00* | EXHIBIT A |
| 2514 | HALLISEY, EDWARD | 26516 | $1,000,000.00* | EXHIBIT A |
| 2515 | HALLMARK, ERSAL | 26517 | $1,000,000.00* | EXHIBIT A |
| 2516 | HALLUM, JOEWAYNE | 26518 | $1,000,000.00* | EXHIBIT A |
| 2517 | HALSTEAD, DAVID | 26519 | $1,000,000.00* | EXHIBIT A |
| 2518 | HAM, JAMES | 26520 | $1,000,000.00* | EXHIBIT A |
| 2519 | HAMBURG, ROBERT | 26521 | $1,000,000.00* | EXHIBIT A |
| 2520 | HAMEL, ARMAND | 26522 | $1,000,000.00* | EXHIBIT A |
| 2521 | HAMES, JAMES | 26523 | $1,000,000.00* | EXHIBIT A |
| 2522 | HAMILTON, BOBBY | 26524 | $1,000,000.00* | EXHIBIT A |
| 2523 | HAMILTON, GILBERT | 26527 | $1,000,000.00* | EXHIBIT A |
| 2524 | HAMILTON, IRA | 26525 | $1,000,000.00* | EXHIBIT A |
| 2525 | HAMILTON, JAMES | 26526 | $1,000,000.00* | EXHIBIT A |
| 2526 | HAMILTON, SAM | 26528 | $1,000,000.00* | EXHIBIT A |
| 2527 | HAMMAC, HUBERT | 26529 | $1,000,000.00* | EXHIBIT A |
| 2528 | HAMMAN, ODIS | 26530 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2529 | HAMMEN, JAMES | 26531 | $1,000,000.00* | EXHIBIT A |
| 2530 | HAMMOCK, EDWARD | 26533 | $1,000,000.00* | EXHIBIT A |
| 2531 | HAMMOCK, JAMES | 26532 | $1,000,000.00* | EXHIBIT A |
| 2532 | HAMPSTON, PETER | 26534 | $1,000,000.00* | EXHIBIT A |
| 2533 | HANCOCK, CLYDE | 26537 | $1,000,000.00* | EXHIBIT A |
| 2534 | HANCOCK, JOHN | 26535 | $1,000,000.00* | EXHIBIT A |
| 2535 | HANCOCK, RICHARD | 26536 | $1,000,000.00* | EXHIBIT A |
| 2536 | HANDELAND, MARTIN | 26538 | $1,000,000.00* | EXHIBIT A |
| 2537 | HANDLEY, DONALD | 26541 | $1,000,000.00* | EXHIBIT A |
| 2538 | HANDLEY, EDWARD | 26539 | $1,000,000.00* | EXHIBIT A |
| 2539 | HANDLEY, SAMUEL | 26540 | $1,000,000.00* | EXHIBIT A |
| 2540 | HANEY, AMOS | 26542 | $1,000,000.00* | EXHIBIT A |
| 2541 | HANKINS, CARL | 26543 | $1,000,000.00* | EXHIBIT A |
| 2542 | HANLEY, RAYMOND | 26545 | $1,000,000.00* | EXHIBIT A |
| 2543 | HANLEY, WILLIAM | 26544 | $1,000,000.00* | EXHIBIT A |
| 2544 | HANNAHS, JOHN | 26546 | $1,000,000.00* | EXHIBIT A |
| 2545 | HANNIS, THOMAS | 26547 | $1,000,000.00* | EXHIBIT A |
| 2546 | HANNON, RICHARD | 26548 | $1,000,000.00* | EXHIBIT A |
| 2547 | HANSEN, DANIEL | 26550 | $1,000,000.00* | EXHIBIT A |
| 2548 | HANSEN, DAVID | 26551 | $1,000,000.00* | EXHIBIT A |
| 2549 | HANSEN, VERNON | 26549 | $1,000,000.00* | EXHIBIT A |
| 2550 | HANSON, GAYLORD | 26554 | $1,000,000.00* | EXHIBIT A |
| 2551 | HANSON, JAMES | 26552 | $1,000,000.00* | EXHIBIT A |
| 2552 | HANSON, JAMES | 26553 | $1,000,000.00* | EXHIBIT A |
| 2553 | HANTSON, DONALD | 26555 | $1,000,000.00* | EXHIBIT A |
| 2554 | HAPNER, KENNETH | 26556 | $1,000,000.00* | EXHIBIT A |
| 2555 | HARAN, KEVIN | 26557 | $1,000,000.00* | EXHIBIT A |
| 2556 | HARANDA, ROBERT | 26558 | $1,000,000.00* | EXHIBIT A |
| 2557 | HARBAUER, JOSEPH | 26559 | $1,000,000.00* | EXHIBIT A |
| 2558 | HARDEN, QUINCY | 26560 | $1,000,000.00* | EXHIBIT A |
| 2559 | HARDING, HAROLD | 26561 | $1,000,000.00* | EXHIBIT A |
| 2560 | HARDING, PAUL | 26562 | $1,000,000.00* | EXHIBIT A |
| 2561 | HARGETT, HAROLD | 26563 | $1,000,000.00* | EXHIBIT A |
| 2562 | HARMON, DOUGLAS | 26564 | $1,000,000.00* | EXHIBIT A |
| 2563 | HARMON, RICHARD | 25659 | $1,000,000.00* | EXHIBIT A |
| 2564 | HARMONY, GARY | 25660 | $1,000,000.00* | EXHIBIT A |
| 2565 | HARNEY, PETER | 25661 | $1,000,000.00* | EXHIBIT A |
| 2566 | HARNEY, RALPH | 25662 | $1,000,000.00* | EXHIBIT A |
| 2567 | HARPER, ALVIN | 25664 | $1,000,000.00* | EXHIBIT A |
| 2568 | HARPER, RONALD | 25663 | $1,000,000.00* | EXHIBIT A |
| 2569 | HARPER, WILLIAM | 25665 | $1,000,000.00* | EXHIBIT A |
| 2570 | HARRELL, ZADE | 25666 | $1,000,000.00* | EXHIBIT A |
| 2571 | HARRELSON, MARSHALL | 25667 | $1,000,000.00* | EXHIBIT A |
| 2572 | HARRIMAN JR., RICHARD | 25668 | $1,000,000.00* | EXHIBIT A |
| 2573 | HARRINGTON, ARTHUR | 25669 | $1,000,000.00* | EXHIBIT A |
| 2574 | HARRINGTON, CURTIS | 25672 | $1,000,000.00* | EXHIBIT A |
| 2575 | HARRINGTON, DANIEL | 25670 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2576 | HARRINGTON, ROBERT | 25671 | $1,000,000.00* | EXHIBIT A |
| 2577 | HARRIS, EARL | 23402 | $1,000,000.00* | EXHIBIT A |
| 2578 | HARRIS, HARLEY | 23403 | $1,000,000.00* | EXHIBIT A |
| 2579 | HARRIS, IRVING | 23399 | $1,000,000.00* | EXHIBIT A |
| 2580 | HARRIS, JAMES | 23747 | $1,000,000.00* | EXHIBIT A |
| 2581 | HARRIS, JOHN | 25674 | $1,000,000.00* | EXHIBIT A |
| 2582 | HARRIS, LITHONIA | 23401 | $1,000,000.00* | EXHIBIT A |
| 2583 | HARRIS, PETER | 23745 | $1,000,000.00* | EXHIBIT A |
| 2584 | HARRIS, PHILLIP | 23746 | $1,000,000.00* | EXHIBIT A |
| 2585 | HARRIS, RAYMOND | 23404 | $1,000,000.00* | EXHIBIT A |
| 2586 | HARRIS, RONALD | 23400 | $1,000,000.00* | EXHIBIT A |
| 2587 | HARRIS, WILLIAM | 23405 | $1,000,000.00* | EXHIBIT A |
| 2588 | HARRIS, WILLIE | 25673 | $1,000,000.00* | EXHIBIT A |
| 2589 | HARRISON, PHILIP | 23744 | $1,000,000.00* | EXHIBIT A |
| 2590 | HARROP, KENNETH | 23743 | $1,000,000.00* | EXHIBIT A |
| 2591 | HART, EDWARD | 23742 | $1,000,000.00* | EXHIBIT A |
| 2592 | HART, WILLIAM | 23741 | $1,000,000.00* | EXHIBIT A |
| 2593 | HARTBARGER, JAMES | 23740 | $1,000,000.00* | EXHIBIT A |
| 2594 | HARTFORD, CHARLES | 23738 | $1,000,000.00* | EXHIBIT A |
| 2595 | HARTFORD, NORMAN | 23739 | $1,000,000.00* | EXHIBIT A |
| 2596 | HARTING, MATTHAIS | 23737 | $1,000,000.00* | EXHIBIT A |
| 2597 | HARTLEY, ROBERT | 23735 | $1,000,000.00* | EXHIBIT A |
| 2598 | HARTLEY, WILLIAM | 23736 | $1,000,000.00* | EXHIBIT A |
| 2599 | HARVEY, CHARLES, | 23732 | $1,000,000.00* | EXHIBIT A |
| 2600 | HARVEY, DOUGLAS | 23729 | $1,000,000.00* | EXHIBIT A |
| 2601 | HARVEY, GABRIEL | 23730 | $1,000,000.00* | EXHIBIT A |
| 2602 | HARVEY, REDGER | 23733 | $1,000,000.00* | EXHIBIT A |
| 2603 | HARVEY, RICHARD | 23734 | $1,000,000.00* | EXHIBIT A |
| 2604 | HARVEY, WALTER | 23731 | $1,000,000.00* | EXHIBIT A |
| 2605 | HARWOOD, LARRY | 23728 | $1,000,000.00* | EXHIBIT A |
| 2606 | HASCUP, KENNETH | 23727 | $1,000,000.00* | EXHIBIT A |
| 2607 | HASKELL, JAMES | 23726 | $1,000,000.00* | EXHIBIT A |
| 2608 | HASKETT, BLAINE | 23720 | $1,000,000.00* | EXHIBIT A |
| 2609 | HASLAM, DANIEL | 23721 | $1,000,000.00* | EXHIBIT A |
| 2610 | HASSA, HENRY | 23722 | $1,000,000.00* | EXHIBIT A |
| 2611 | HASSON, WILLIAM | 23723 | $1,000,000.00* | EXHIBIT A |
| 2612 | HAUGAN, ARTHUR | 23724 | $1,000,000.00* | EXHIBIT A |
| 2613 | HAVELL, LORNE | 23725 | $1,000,000.00* | EXHIBIT A |
| 2614 | HAWKINS, HERMAN | 23719 | $1,000,000.00* | EXHIBIT A |
| 2615 | HAWKINS, WALTER | 23718 | $1,000,000.00* | EXHIBIT A |
| 2616 | HAWRAN, FRED | 23717 | $1,000,000.00* | EXHIBIT A |
| 2617 | HAYDEN, CHARLES | 23715 | $1,000,000.00* | EXHIBIT A |
| 2618 | HAYDEN, CHESTER | 23716 | $1,000,000.00* | EXHIBIT A |
| 2619 | HAYES, JOSEPH | 23714 | $1,000,000.00* | EXHIBIT A |
| 2620 | HAYES, RICHARD | 23713 | $1,000,000.00* | EXHIBIT A |
| 2621 | HAYS, HAROLD | 23712 | $1,000,000.00* | EXHIBIT A |
| 2622 | HAYWARD, WILLIAM | 23711 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2623 | HAZELLIEF, JAMES | 23710 | $1,000,000.00* | EXHIBIT A |
| 2624 | HAZELWOOD, BILLY | 23709 | $1,000,000.00* | EXHIBIT A |
| 2625 | HAZEN, HENRY | 23708 | $1,000,000.00* | EXHIBIT A |
| 2626 | HEALY, CHARLES | 23707 | $1,000,000.00* | EXHIBIT A |
| 2627 | HEBERER, DONALD | 23706 | $1,000,000.00* | EXHIBIT A |
| 2628 | HEBRANK, HUBERT | 23705 | $1,000,000.00* | EXHIBIT A |
| 2629 | HECK, RONALD | 23704 | $1,000,000.00* | EXHIBIT A |
| 2630 | HECKELBECK, HAROLD | 23703 | $1,000,000.00* | EXHIBIT A |
| 2631 | HEDRICH, ROBERT | 23702 | $1,000,000.00* | EXHIBIT A |
| 2632 | HEEMSBERGEN, JACK | 23701 | $1,000,000.00* | EXHIBIT A |
| 2633 | HEFFERNAN, ROBERT | 23700 | $1,000,000.00* | EXHIBIT A |
| 2634 | HEIFETZ, SHELDON | 23699 | $1,000,000.00* | EXHIBIT A |
| 2635 | HEIKKINEN, BERNARD | 23698 | $1,000,000.00* | EXHIBIT A |
| 2636 | HEIM, RON | 23697 | $1,000,000.00* | EXHIBIT A |
| 2637 | HEIMANN, RICHARD | 23696 | $1,000,000.00* | EXHIBIT A |
| 2638 | HEIN, WALTER | 23695 | $1,000,000.00* | EXHIBIT A |
| 2639 | HEINE, JAMES | 23694 | $1,000,000.00* | EXHIBIT A |
| 2640 | HEINS, WILLIAM | 23693 | $1,000,000.00* | EXHIBIT A |
| 2641 | HEIST, ROBERT | 23692 | $1,000,000.00* | EXHIBIT A |
| 2642 | HEITZKEY, ROMUALD | 23691 | $1,000,000.00* | EXHIBIT A |
| 2643 | HEITZMAN, CHARLES | 23690 | $1,000,000.00* | EXHIBIT A |
| 2644 | HELFENBEIN, VICTOR | 23689 | $1,000,000.00* | EXHIBIT A |
| 2645 | HELLAND, HAROLD | 23688 | $1,000,000.00* | EXHIBIT A |
| 2646 | HELLER, DONALD | 23686 | $1,000,000.00* | EXHIBIT A |
| 2647 | HELLER, EUGENE | 23687 | $1,000,000.00* | EXHIBIT A |
| 2648 | HELLER, WILSON | 23398 | $1,000,000.00* | EXHIBIT A |
| 2649 | HELMS, ROBERT | 23397 | $1,000,000.00* | EXHIBIT A |
| 2650 | HEMBREE, CLYDE | 23396 | $1,000,000.00* | EXHIBIT A |
| 2651 | HEMINGWAY, EARL | 23395 | $1,000,000.00* | EXHIBIT A |
| 2652 | HENDERSON, BUFORD | 23392 | $1,000,000.00* | EXHIBIT A |
| 2653 | HENDERSON, HAROLD | 23394 | $1,000,000.00* | EXHIBIT A |
| 2654 | HENDERSON, MINNIE | 23393 | $1,000,000.00* | EXHIBIT A |
| 2655 | HENDLEY, WILBUR | 23391 | $1,000,000.00* | EXHIBIT A |
| 2656 | HENDRA, ARTHUR | 23390 | $1,000,000.00* | EXHIBIT A |
| 2657 | HENDRICK, ROBERT | 23389 | $1,000,000.00* | EXHIBIT A |
| 2658 | HENDRICKSON, NORMAN | 23388 | $1,000,000.00* | EXHIBIT A |
| 2659 | HENDRY, ARVIN | 23387 | $1,000,000.00* | EXHIBIT A |
| 2660 | HENLEY, BARNELL | 23386 | $1,000,000.00* | EXHIBIT A |
| 2661 | HENNEBERRY, RICHARD | 23385 | $1,000,000.00* | EXHIBIT A |
| 2662 | HENNIS, JAMES | 23384 | $1,000,000.00* | EXHIBIT A |
| 2663 | HENRY, HAROLD | 23381 | $1,000,000.00* | EXHIBIT A |
| 2664 | HENRY, HOWARD | 23380 | $1,000,000.00* | EXHIBIT A |
| 2665 | HENRY, JAMES | 23382 | $1,000,000.00* | EXHIBIT A |
| 2666 | HENRY, JOHN | 23383 | $1,000,000.00* | EXHIBIT A |
| 2667 | HENSLEY, JERRY | 23379 | $1,000,000.00* | EXHIBIT A |
| 2668 | HEPT, EDWARD | 23378 | $1,000,000.00* | EXHIBIT A |
| 2669 | HEPT, GEORGE | 23376 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2670 | HEPT, JAMES | 23377 | $1,000,000.00* | EXHIBIT A |
| 2671 | HERBERT, EUGENE | 23375 | $1,000,000.00* | EXHIBIT A |
| 2672 | HERBERT, TIMOTHY | 23374 | $1,000,000.00* | EXHIBIT A |
| 2673 | HERBON, RICHARD | 23373 | $1,000,000.00* | EXHIBIT A |
| 2674 | HERCREG, ALEX | 23372 | $1,000,000.00* | EXHIBIT A |
| 2675 | HERDEN, EARL | 23371 | $1,000,000.00* | EXHIBIT A |
| 2676 | HERLIHY, RICHARD | 23370 | $1,000,000.00* | EXHIBIT A |
| 2677 | HERMANS, ALAN | 23369 | $1,000,000.00* | EXHIBIT A |
| 2678 | HERNANDEZ, JOHN | 23368 | $1,000,000.00* | EXHIBIT A |
| 2679 | HERNANDEZ, MANUEL | 23367 | $1,000,000.00* | EXHIBIT A |
| 2680 | HERON, ALAN | 23366 | $1,000,000.00* | EXHIBIT A |
| 2681 | HERRERA, FRANK | 23365 | $1,000,000.00* | EXHIBIT A |
| 2682 | HERRMANN, CHARLES | 23364 | $1,000,000.00* | EXHIBIT A |
| 2683 | HERRON, LEON | 23363 | $1,000,000.00* | EXHIBIT A |
| 2684 | HESS, FRANK (DECEASED) | 23683 | $1,000,000.00* | EXHIBIT A |
| 2685 | HESS, JAMES | 23685 | $1,000,000.00* | EXHIBIT A |
| 2686 | HESS, RONALD | 23684 | $1,000,000.00* | EXHIBIT A |
| 2687 | HESSENBERGER, JAMES | 23682 | $1,000,000.00* | EXHIBIT A |
| 2688 | HESTER, JAMES | 23681 | $1,000,000.00* | EXHIBIT A |
| 2689 | HESTER, KENNETH | 23680 | $1,000,000.00* | EXHIBIT A |
| 2690 | HETU, WILLIAM | 23679 | $1,000,000.00* | EXHIBIT A |
| 2691 | HEWITT, BYRON | 23678 | $1,000,000.00* | EXHIBIT A |
| 2692 | HEWITT, GEORGE | 23676 | $1,000,000.00* | EXHIBIT A |
| 2693 | HEWITT, WILBUR | 23677 | $1,000,000.00* | EXHIBIT A |
| 2694 | HEYBURN, IVAN | 23675 | $1,000,000.00* | EXHIBIT A |
| 2695 | HEYWORTH, THOMAS | 23674 | $1,000,000.00* | EXHIBIT A |
| 2696 | HIBBERD, DALE | 23673 | $1,000,000.00* | EXHIBIT A |
| 2697 | HIBLER, HAROLD | 23672 | $1,000,000.00* | EXHIBIT A |
| 2698 | HICKEN, THOMAS | 23671 | $1,000,000.00* | EXHIBIT A |
| 2699 | HICKEY, JOHN | 23455 | $1,000,000.00* | EXHIBIT A |
| 2700 | HICKEY, WAYNE | 23454 | $1,000,000.00* | EXHIBIT A |
| 2701 | HICKOX, LEO | 23453 | $1,000,000.00* | EXHIBIT A |
| 2702 | HICKS, EDDIE | 23449 | $1,000,000.00* | EXHIBIT A |
| 2703 | HICKS, JOHN | 23451 | $1,000,000.00* | EXHIBIT A |
| 2704 | HICKS, RODERICK | 23452 | $1,000,000.00* | EXHIBIT A |
| 2705 | HICKS, ROGER | 23450 | $1,000,000.00* | EXHIBIT A |
| 2706 | HIDLE, DAVID | 23448 | $1,000,000.00* | EXHIBIT A |
| 2707 | HIGGINS, GERALD | 23442 | $1,000,000.00* | EXHIBIT A |
| 2708 | HIGGINS, JAMES | 23444 | $1,000,000.00* | EXHIBIT A |
| 2709 | HIGGINS, JOE | 23445 | $1,000,000.00* | EXHIBIT A |
| 2710 | HIGGINS, JOSEPH | 23446 | $1,000,000.00* | EXHIBIT A |
| 2711 | HIGGINS, RAYMOND | 23447 | $1,000,000.00* | EXHIBIT A |
| 2712 | HIGGINS, THOMAS | 23443 | $1,000,000.00* | EXHIBIT A |
| 2713 | HIGHTOWER, ROBERT | 23440 | $1,000,000.00* | EXHIBIT A |
| 2714 | HIGHTOWER, ROY | 23441 | $1,000,000.00* | EXHIBIT A |
| 2715 | HILARIO, ARTHUR | 23439 | $1,000,000.00* | EXHIBIT A |
| 2716 | HILDEBRAND, ROBERT | 23438 | $1,000,000.00* | EXHIBIT A |

| 2717 | HILDRETH, HENRY | 23437 | $1,000,000.00* | EXHIBIT A |
| 2718 | HILL, ANTHONY | 23435 | $1,000,000.00* | EXHIBIT A |
| 2719 | HILL, CLINTON | 23434 | $1,000,000.00* | EXHIBIT A |
| 2720 | HILL, JOHN | 23429 | $1,000,000.00* | EXHIBIT A |
| 2721 | HILL, PALMER | 23430 | $1,000,000.00* | EXHIBIT A |
| 2722 | HILL, ROLAND | 23431 | $1,000,000.00* | EXHIBIT A |
| 2723 | HILL, WENDELL | 23436 | $1,000,000.00* | EXHIBIT A |
| 2724 | HILL, WILLIAM | 23432 | $1,000,000.00* | EXHIBIT A |
| 2725 | HILL, WILLIAM | 23433 | $1,000,000.00* | EXHIBIT A |
| 2726 | HILLBERG, HERBERT | 23428 | $1,000,000.00* | EXHIBIT A |
| 2727 | HILLE, JOHN | 23427 | $1,000,000.00* | EXHIBIT A |
| 2728 | HILLIKER, ARTHUR | 23426 | $1,000,000.00* | EXHIBIT A |
| 2729 | HILSON, GORMAN | 23425 | $1,000,000.00* | EXHIBIT A |
| 2730 | HINCHCLIFFE, WILLIAM | 23424 | $1,000,000.00* | EXHIBIT A |
| 2731 | HINES, ALBERT | 23423 | $1,000,000.00* | EXHIBIT A |
| 2732 | HINES, ROBERT | 23421 | $1,000,000.00* | EXHIBIT A |
| 2733 | HINES, SAMUEL | 23422 | $1,000,000.00* | EXHIBIT A |
| 2734 | HINKLE, JAMES | 23420 | $1,000,000.00* | EXHIBIT A |
| 2735 | HISAW, IRA | 23419 | $1,000,000.00* | EXHIBIT A |
| 2736 | HITT, WILLIAM | 23418 | $1,000,000.00* | EXHIBIT A |
| 2737 | HOAG, KENNETH | 23417 | $1,000,000.00* | EXHIBIT A |
| 2738 | HOBBS, FREDRICK | 23416 | $1,000,000.00* | EXHIBIT A |
| 2739 | HODGE, DONALD | 23415 | $1,000,000.00* | EXHIBIT A |
| 2740 | HODGE, EVERETT | 23414 | $1,000,000.00* | EXHIBIT A |
| 2741 | HODGE, JAMES | 23413 | $1,000,000.00* | EXHIBIT A |
| 2742 | HODGINS, HAROLD | 23412 | $1,000,000.00* | EXHIBIT A |
| 2743 | HOFER, ROBERT | 23411 | $1,000,000.00* | EXHIBIT A |
| 2744 | HOFF, DONAVON | 23410 | $1,000,000.00* | EXHIBIT A |
| 2745 | HOFF, RONALD | 23409 | $1,000,000.00* | EXHIBIT A |
| 2746 | HOFFART, RAYMOND | 23408 | $1,000,000.00* | EXHIBIT A |
| 2747 | HOFFIE, KENNETH | 23407 | $1,000,000.00* | EXHIBIT A |
| 2748 | HOFFMAN, CARL | 23360 | $1,000,000.00* | EXHIBIT A |
| 2749 | HOFFMAN, GEORGE | 23362 | $1,000,000.00* | EXHIBIT A |
| 2750 | HOFFMAN, VINCENT | 23406 | $1,000,000.00* | EXHIBIT A |
| 2751 | HOFFMAN, WILTON | 23361 | $1,000,000.00* | EXHIBIT A |
| 2752 | HOFFROGGE, ROBERT | 23359 | $1,000,000.00* | EXHIBIT A |
| 2753 | HOFMAN, JOHN | 23358 | $1,000,000.00* | EXHIBIT A |
| 2754 | HOFSTETTER, RICHARD | 23357 | $1,000,000.00* | EXHIBIT A |
| 2755 | HOGAN, DONALD (DECEASED) | 23355 | $1,000,000.00* | EXHIBIT A |
| 2756 | HOGAN, W. | 23356 | $1,000,000.00* | EXHIBIT A |
| 2757 | HOGG, JAMES | 23354 | $1,000,000.00* | EXHIBIT A |
| 2758 | HOGUE, JOHN | 23353 | $1,000,000.00* | EXHIBIT A |
| 2759 | HOHIMER, DARRELL | 23352 | $1,000,000.00* | EXHIBIT A |
| 2760 | HOIDA, JACOB | 23351 | $1,000,000.00* | EXHIBIT A |
| 2761 | HOLCK, WARREN | 23350 | $1,000,000.00* | EXHIBIT A |
| 2762 | HOLCOMB, MILES | 23349 | $1,000,000.00* | EXHIBIT A |
| 2763 | HOLDEN, FRANK | 23348 | $1,000,000.00* | EXHIBIT A |

470006

| 2764 | HOLDEN, FRED | 23347 | $1,000,000.00* | EXHIBIT A |
| 2765 | HOLDERBAUM, GERALD | 23346 | $1,000,000.00* | EXHIBIT A |
| 2766 | HOLDERBAUM, WILBUR | 23345 | $1,000,000.00* | EXHIBIT A |
| 2767 | HOLDREN, LAWRENCE | 23344 | $1,000,000.00* | EXHIBIT A |
| 2768 | HOLEN, GARY | 23343 | $1,000,000.00* | EXHIBIT A |
| 2769 | HOLLAND, DAVID | 23342 | $1,000,000.00* | EXHIBIT A |
| 2770 | HOLLAND, MICKEY | 23341 | $1,000,000.00* | EXHIBIT A |
| 2771 | HOLLAWAY, WILLIAM | 23340 | $1,000,000.00* | EXHIBIT A |
| 2772 | HOLLEY, KENNETH | 23338 | $1,000,000.00* | EXHIBIT A |
| 2773 | HOLLEY, LINCOLN | 23339 | $1,000,000.00* | EXHIBIT A |
| 2774 | HOLLIDAY, EDDIE | 23337 | $1,000,000.00* | EXHIBIT A |
| 2775 | HOLLOMAN, MARION | 23336 | $1,000,000.00* | EXHIBIT A |
| 2776 | HOLLOWAY, CHARLES | 23335 | $1,000,000.00* | EXHIBIT A |
| 2777 | HOLLOWAY, WILLIAM | 23334 | $1,000,000.00* | EXHIBIT A |
| 2778 | HOLLOWELL, WADE | 23333 | $1,000,000.00* | EXHIBIT A |
| 2779 | HOLMES, DONALD | 23331 | $1,000,000.00* | EXHIBIT A |
| 2780 | HOLMES, GEORGE | 23332 | $1,000,000.00* | EXHIBIT A |
| 2781 | HOLMES, RICHARD | 23330 | $1,000,000.00* | EXHIBIT A |
| 2782 | HOLT, REUBEN | 23329 | $1,000,000.00* | EXHIBIT A |
| 2783 | HOLTHAUS, FREDERICK | 23328 | $1,000,000.00* | EXHIBIT A |
| 2784 | HOMAN, FORREST | 23327 | $1,000,000.00* | EXHIBIT A |
| 2785 | HOMCY, SIMON | 23326 | $1,000,000.00* | EXHIBIT A |
| 2786 | HONEYCUTT, CHARLES | 23324 | $1,000,000.00* | EXHIBIT A |
| 2787 | HONEYCUTT, RAYMOND | 23325 | $1,000,000.00* | EXHIBIT A |
| 2788 | HOOKER, WILLIAM | 24000 | $1,000,000.00* | EXHIBIT A |
| 2789 | HOOKS, JOE | 23999 | $1,000,000.00* | EXHIBIT A |
| 2790 | HOOPS, ROBERT | 23998 | $1,000,000.00* | EXHIBIT A |
| 2791 | HOPE, FORREST | 23997 | $1,000,000.00* | EXHIBIT A |
| 2792 | HOPKINS, BRUCE | 23996 | $1,000,000.00* | EXHIBIT A |
| 2793 | HOPKINS, ROBERT | 23995 | $1,000,000.00* | EXHIBIT A |
| 2794 | HOPPER, SIDNEY | 23994 | $1,000,000.00* | EXHIBIT A |
| 2795 | HORAN, EDWARD | 23992 | $1,000,000.00* | EXHIBIT A |
| 2796 | HORAN, MICHAEL | 23993 | $1,000,000.00* | EXHIBIT A |
| 2797 | HORDYK, JOSEPH | 23991 | $1,000,000.00* | EXHIBIT A |
| 2798 | HORGAN, ROBERT | 23990 | $1,000,000.00* | EXHIBIT A |
| 2799 | HORNER, GEORGE | 23989 | $1,000,000.00* | EXHIBIT A |
| 2800 | HORNER, RAYMOND | 23988 | $1,000,000.00* | EXHIBIT A |
| 2801 | HORNEY, JOHNNIE | 23987 | $1,000,000.00* | EXHIBIT A |
| 2802 | HORSTMANN, HENRY | 23986 | $1,000,000.00* | EXHIBIT A |
| 2803 | HORTEN, BRENT | 23985 | $1,000,000.00* | EXHIBIT A |
| 2804 | HORTMAN, DANNY | 23984 | $1,000,000.00* | EXHIBIT A |
| 2805 | HORTON, ARTHUR | 23983 | $1,000,000.00* | EXHIBIT A |
| 2806 | HORTON, JOHN | 23981 | $1,000,000.00* | EXHIBIT A |
| 2807 | HORTON, JOHN | 23982 | $1,000,000.00* | EXHIBIT A |
| 2808 | HORVAT, DAVID | 23980 | $1,000,000.00* | EXHIBIT A |
| 2809 | HORVATH, JOHN | 23979 | $1,000,000.00* | EXHIBIT A |
| 2810 | HOSS, WILLIAM | 23978 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 2811 | HOSSELKUS, ALLEN | 23977 | $1,000,000.00* | EXHIBIT A |
| 2812 | HOUDE, PAUL | 23976 | $1,000,000.00* | EXHIBIT A |
| 2813 | HOUGH, JAMES | 23975 | $1,000,000.00* | EXHIBIT A |
| 2814 | HOUGLAND, GEORGE | 23974 | $1,000,000.00* | EXHIBIT A |
| 2815 | HOUSE, MARSHALL | 23972 | $1,000,000.00* | EXHIBIT A |
| 2816 | HOUSE, MICKEY | 23973 | $1,000,000.00* | EXHIBIT A |
| 2817 | HOUT, JOHN | 23971 | $1,000,000.00* | EXHIBIT A |
| 2818 | HOWARD, CLAUDE | 23961 | $1,000,000.00* | EXHIBIT A |
| 2819 | HOWARD, GEORGE | 23962 | $1,000,000.00* | EXHIBIT A |
| 2820 | HOWARD, GILBERT | 23969 | $1,000,000.00* | EXHIBIT A |
| 2821 | HOWARD, JEANNE | 23968 | $1,000,000.00* | EXHIBIT A |
| 2822 | HOWARD, JOHNNY | 23970 | $1,000,000.00* | EXHIBIT A |
| 2823 | HOWARD, JR, WILLIAM | 23960 | $1,000,000.00* | EXHIBIT A |
| 2824 | HOWARD, KEVIN | 23963 | $1,000,000.00* | EXHIBIT A |
| 2825 | HOWARD, L. CHARLES | 23964 | $1,000,000.00* | EXHIBIT A |
| 2826 | HOWARD, MAX | 23967 | $1,000,000.00* | EXHIBIT A |
| 2827 | HOWARD, MORRIS | 23966 | $1,000,000.00* | EXHIBIT A |
| 2828 | HOWARD, WAYNE | 23965 | $1,000,000.00* | EXHIBIT A |
| 2829 | HOWE, ARTHUR | 23956 | $1,000,000.00* | EXHIBIT A |
| 2830 | HOWE, DONALD | 23957 | $1,000,000.00* | EXHIBIT A |
| 2831 | HOWE, HAROLD | 23955 | $1,000,000.00* | EXHIBIT A |
| 2832 | HOWE, OTIS | 23959 | $1,000,000.00* | EXHIBIT A |
| 2833 | HOWE, PAUL | 23958 | $1,000,000.00* | EXHIBIT A |
| 2834 | HOWELL, CHARLES | 23953 | $1,000,000.00* | EXHIBIT A |
| 2835 | HOWELL, GEORGE | 23954 | $1,000,000.00* | EXHIBIT A |
| 2836 | HOWERTON, CHARLES | 23952 | $1,000,000.00* | EXHIBIT A |
| 2837 | HOY, EDWARD | 23951 | $1,000,000.00* | EXHIBIT A |
| 2838 | HOYLE, THOMAS | 23950 | $1,000,000.00* | EXHIBIT A |
| 2839 | HOYSOCK, MICHAEL | 23949 | $1,000,000.00* | EXHIBIT A |
| 2840 | HOYT, FREDERICK | 23948 | $1,000,000.00* | EXHIBIT A |
| 2841 | HRAY, DENNIS | 23947 | $1,000,000.00* | EXHIBIT A |
| 2842 | HREHA, RONALD | 23946 | $1,000,000.00* | EXHIBIT A |
| 2843 | HRINKO, METRO | 23945 | $1,000,000.00* | EXHIBIT A |
| 2844 | HRTICA, MICHAEL | 23944 | $1,000,000.00* | EXHIBIT A |
| 2845 | HUBBARD, GORDON | 23942 | $1,000,000.00* | EXHIBIT A |
| 2846 | HUBBARD, MILES | 23943 | $1,000,000.00* | EXHIBIT A |
| 2847 | HUBER, HENRY | 23941 | $1,000,000.00* | EXHIBIT A |
| 2848 | HUBER, PETER HALL | 23939 | $1,000,000.00* | EXHIBIT A |
| 2849 | HUBER, TERY | 23940 | $1,000,000.00* | EXHIBIT A |
| 2850 | HUDSON, JAMES | 23935 | $1,000,000.00* | EXHIBIT A |
| 2851 | HUDSON, JAMES | 23937 | $1,000,000.00* | EXHIBIT A |
| 2852 | HUDSON, ROBERT | 23936 | $1,000,000.00* | EXHIBIT A |
| 2853 | HUDSON, ROLAND | 23934 | $1,000,000.00* | EXHIBIT A |
| 2854 | HUDSON, SANFORD | 23938 | $1,000,000.00* | EXHIBIT A |
| 2855 | HUELSBERG, LOUIS | 23815 | $1,000,000.00* | EXHIBIT A |
| 2856 | HUFF, MARVIN | 23814 | $1,000,000.00* | EXHIBIT A |
| 2857 | HUGHES, BOBBY | 23810 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2858 | HUGHES, DANIEL | 23809 | $1,000,000.00* | EXHIBIT A |
| 2859 | HUGHES, EDWARD | 23807 | $1,000,000.00* | EXHIBIT A |
| 2860 | HUGHES, JOHN | 23813 | $1,000,000.00* | EXHIBIT A |
| 2861 | HUGHES, RAY | 23811 | $1,000,000.00* | EXHIBIT A |
| 2862 | HUGHES, ROBERT | 23812 | $1,000,000.00* | EXHIBIT A |
| 2863 | HUGHES, VINCENT | 23808 | $1,000,000.00* | EXHIBIT A |
| 2864 | HUGO, HAROLD | 23806 | $1,000,000.00* | EXHIBIT A |
| 2865 | HUGYA, CHARLES | 23805 | $1,000,000.00* | EXHIBIT A |
| 2866 | HULBACK, ROBERT | 23804 | $1,000,000.00* | EXHIBIT A |
| 2867 | HULSEY, RUSSELL | 23803 | $1,000,000.00* | EXHIBIT A |
| 2868 | HUMBRACHT, ROBERT | 23802 | $1,000,000.00* | EXHIBIT A |
| 2869 | HUME, BRIAN | 23800 | $1,000,000.00* | EXHIBIT A |
| 2870 | HUME, LESLIE | 23801 | $1,000,000.00* | EXHIBIT A |
| 2871 | HUMEL, ROBERT | 23799 | $1,000,000.00* | EXHIBIT A |
| 2872 | HUMMEL, BERNARD | 23798 | $1,000,000.00* | EXHIBIT A |
| 2873 | HUMPHREY, LEANDER | 23797 | $1,000,000.00* | EXHIBIT A |
| 2874 | HUNKINS, TIMOTHY | 23796 | $1,000,000.00* | EXHIBIT A |
| 2875 | HUNT, JAMES | 23793 | $1,000,000.00* | EXHIBIT A |
| 2876 | HUNT, PATRICK | 23795 | $1,000,000.00* | EXHIBIT A |
| 2877 | HUNT, WILLIAM | 23794 | $1,000,000.00* | EXHIBIT A |
| 2878 | HUNTER, DAVID | 23791 | $1,000,000.00* | EXHIBIT A |
| 2879 | HUNTER, JOHN | 23789 | $1,000,000.00* | EXHIBIT A |
| 2880 | HUNTER, JOHN | 23790 | $1,000,000.00* | EXHIBIT A |
| 2881 | HUNTER, LEO | 23788 | $1,000,000.00* | EXHIBIT A |
| 2882 | HUNTER, WILLIAM (DECEASED) | 23792 | $1,000,000.00* | EXHIBIT A |
| 2883 | HUNTINGTON, WALTER | 23787 | $1,000,000.00* | EXHIBIT A |
| 2884 | HUPE, FRANK | 23786 | $1,000,000.00* | EXHIBIT A |
| 2885 | HURLEY, JAMES | 23785 | $1,000,000.00* | EXHIBIT A |
| 2886 | HURST, DONALD | 23783 | $1,000,000.00* | EXHIBIT A |
| 2887 | HURST, GEORGE | 23782 | $1,000,000.00* | EXHIBIT A |
| 2888 | HURST, OTTO | 23784 | $1,000,000.00* | EXHIBIT A |
| 2889 | HUSKEY, JAMES | 23781 | $1,000,000.00* | EXHIBIT A |
| 2890 | HUSS, RICHARD | 23780 | $1,000,000.00* | EXHIBIT A |
| 2891 | HUSTED, GENE | 23779 | $1,000,000.00* | EXHIBIT A |
| 2892 | HUTCHCRAFT, JIMMIE | 23778 | $1,000,000.00* | EXHIBIT A |
| 2893 | HUTCHERSON, DENNIS | 23777 | $1,000,000.00* | EXHIBIT A |
| 2894 | HUTCHINSON, LESTER | 23776 | $1,000,000.00* | EXHIBIT A |
| 2895 | HUTTON, EDWARD | 23775 | $1,000,000.00* | EXHIBIT A |
| 2896 | HYATT, MARVIN | 23774 | $1,000,000.00* | EXHIBIT A |
| 2897 | HYDE, WILLIAM | 23773 | $1,000,000.00* | EXHIBIT A |
| 2898 | HYNES, ROBERT | 23772 | $1,000,000.00* | EXHIBIT A |
| 2899 | HYNICK, FRANK | 23771 | $1,000,000.00* | EXHIBIT A |
| 2900 | HYSLOP, THOMAS | 23770 | $1,000,000.00* | EXHIBIT A |
| 2901 | IANNONI, FRANCIS | 23769 | $1,000,000.00* | EXHIBIT A |
| 2902 | IGO, BOB (DECEASED) | 23768 | $1,000,000.00* | EXHIBIT A |
| 2903 | ILLIG, ROBERT | 23767 | $1,000,000.00* | EXHIBIT A |
| 2904 | IMBORDINO, ALBERT | 23766 | $1,000,000.00* | EXHIBIT A |

| 2905 | IMONDI, ERNEST | 23765 | $1,000,000.00* | EXHIBIT A |
| 2906 | INGRAM, JAMES | 23764 | $1,000,000.00* | EXHIBIT A |
| 2907 | INGRAM, LACY | 23762 | $1,000,000.00* | EXHIBIT A |
| 2908 | INGRAM, WILLIAM | 23763 | $1,000,000.00* | EXHIBIT A |
| 2909 | INGUAGGIATO, JOSEPH | 23761 | $1,000,000.00* | EXHIBIT A |
| 2910 | INKS, ELMER | 24468 | $1,000,000.00* | EXHIBIT A |
| 2911 | INZER, CLARENCE | 24467 | $1,000,000.00* | EXHIBIT A |
| 2912 | IOVINO, LOUIS | 24466 | $1,000,000.00* | EXHIBIT A |
| 2913 | IRACE, RICHARD | 24465 | $1,000,000.00* | EXHIBIT A |
| 2914 | IRWIN, GORDON | 24462 | $1,000,000.00* | EXHIBIT A |
| 2915 | IRWIN, ROBERT | 24464 | $1,000,000.00* | EXHIBIT A |
| 2916 | IRWIN, WALTER | 24463 | $1,000,000.00* | EXHIBIT A |
| 2917 | ISAIS, JOSE | 24461 | $1,000,000.00* | EXHIBIT A |
| 2918 | IVES, THEODORE | 24460 | $1,000,000.00* | EXHIBIT A |
| 2919 | IVEY, WILLIAM | 24459 | $1,000,000.00* | EXHIBIT A |
| 2920 | JACKSON, BENJAMIN | 24458 | $1,000,000.00* | EXHIBIT A |
| 2921 | JACKSON, CHARLES | 24456 | $1,000,000.00* | EXHIBIT A |
| 2922 | JACKSON, JAMES | 24454 | $1,000,000.00* | EXHIBIT A |
| 2923 | JACKSON, JOHNNY | 24457 | $1,000,000.00* | EXHIBIT A |
| 2924 | JACKSON, RONALD | 24451 | $1,000,000.00* | EXHIBIT A |
| 2925 | JACKSON, SPENCER | 24452 | $1,000,000.00* | EXHIBIT A |
| 2926 | JACKSON, THEODORE | 24455 | $1,000,000.00* | EXHIBIT A |
| 2927 | JACKSON, WILLIE | 24453 | $1,000,000.00* | EXHIBIT A |
| 2928 | JACOBS, DOUGLAS | 24292 | $1,000,000.00* | EXHIBIT A |
| 2929 | JACOBS, NORMAN | 24450 | $1,000,000.00* | EXHIBIT A |
| 2930 | JACOBS, PAUL | 24294 | $1,000,000.00* | EXHIBIT A |
| 2931 | JACOBS, RONALD | 24293 | $1,000,000.00* | EXHIBIT A |
| 2932 | JACOBS, RONALD | 24295 | $1,000,000.00* | EXHIBIT A |
| 2933 | JACOBSON, KENNETH | 24289 | $1,000,000.00* | EXHIBIT A |
| 2934 | JACOBSON, LEE | 24291 | $1,000,000.00* | EXHIBIT A |
| 2935 | JACOBSON, ROGER | 24290 | $1,000,000.00* | EXHIBIT A |
| 2936 | JAGARS, WALTER | 24288 | $1,000,000.00* | EXHIBIT A |
| 2937 | JAHN, RICKEY | 24287 | $1,000,000.00* | EXHIBIT A |
| 2938 | JAHNIG, MARVIN | 24286 | $1,000,000.00* | EXHIBIT A |
| 2939 | JAKAN, DENNIS | 24285 | $1,000,000.00* | EXHIBIT A |
| 2940 | JAKOBOSKI, ROBERT | 24284 | $1,000,000.00* | EXHIBIT A |
| 2941 | JAKOVICH, RAYMOND | 24283 | $1,000,000.00* | EXHIBIT A |
| 2942 | JAMBOR, MICHAEL | 24282 | $1,000,000.00* | EXHIBIT A |
| 2943 | JAMERSON, ERNEST | 24281 | $1,000,000.00* | EXHIBIT A |
| 2944 | JAMES, ERNEST | 24277 | $1,000,000.00* | EXHIBIT A |
| 2945 | JAMES, JAMES | 24278 | $1,000,000.00* | EXHIBIT A |
| 2946 | JAMES, WALTER | 24280 | $1,000,000.00* | EXHIBIT A |
| 2947 | JAMES, WILLIAM | 24279 | $1,000,000.00* | EXHIBIT A |
| 2948 | JAMIESON, JOHN | 24276 | $1,000,000.00* | EXHIBIT A |
| 2949 | JANIS, DAVID | 24275 | $1,000,000.00* | EXHIBIT A |
| 2950 | JANOSKA, PHILLIP | 24274 | $1,000,000.00* | EXHIBIT A |
| 2951 | JANOVSKY, HOWARD | 24273 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 2952 | JANSEN, DAVID JOHN | 24272 | $1,000,000.00* | EXHIBIT A |
| 2953 | JANSEN, GERALD | 24271 | $1,000,000.00* | EXHIBIT A |
| 2954 | JANSSENS, JOSEPH | 24270 | $1,000,000.00* | EXHIBIT A |
| 2955 | JAPPE, LEONARD | 24269 | $1,000,000.00* | EXHIBIT A |
| 2956 | JARMON, ARCHIE | 24268 | $1,000,000.00* | EXHIBIT A |
| 2957 | JARVIS, BLAKE | 24267 | $1,000,000.00* | EXHIBIT A |
| 2958 | JASON, ELWOOD | 24266 | $1,000,000.00* | EXHIBIT A |
| 2959 | JASPERSON, HAROLD | 24265 | $1,000,000.00* | EXHIBIT A |
| 2960 | JASPERSON, JASPER | 24264 | $1,000,000.00* | EXHIBIT A |
| 2961 | JAURIGUI, ERNEST | 24263 | $1,000,000.00* | EXHIBIT A |
| 2962 | JEAN, ALBERT | 24261 | $1,000,000.00* | EXHIBIT A |
| 2963 | JEAN, JOSEPH | 24262 | $1,000,000.00* | EXHIBIT A |
| 2964 | JEANQUART, CLARENCE | 24260 | $1,000,000.00* | EXHIBIT A |
| 2965 | JEANSONNE, WINTIS | 24259 | $1,000,000.00* | EXHIBIT A |
| 2966 | JEDLINSKY, ERNEST | 24258 | $1,000,000.00* | EXHIBIT A |
| 2967 | JEFFERS, BENNIE | 24257 | $1,000,000.00* | EXHIBIT A |
| 2968 | JEFFERSON, DAVID | 24256 | $1,000,000.00* | EXHIBIT A |
| 2969 | JEFFERSON, HERBERT | 24255 | $1,000,000.00* | EXHIBIT A |
| 2970 | JEFFREY, ROBERT | 24254 | $1,000,000.00* | EXHIBIT A |
| 2971 | JENEROU, MICHAEL | 24253 | $1,000,000.00* | EXHIBIT A |
| 2972 | JENICH, GEORGE | 24252 | $1,000,000.00* | EXHIBIT A |
| 2973 | JENKINS, DARRELL | 24251 | $1,000,000.00* | EXHIBIT A |
| 2974 | JENKINS, HUBERT | 24249 | $1,000,000.00* | EXHIBIT A |
| 2975 | JENKINS, WOODROW | 24250 | $1,000,000.00* | EXHIBIT A |
| 2976 | JENNINGS, CHARLES | 24246 | $1,000,000.00* | EXHIBIT A |
| 2977 | JENNINGS, HARRY | 24247 | $1,000,000.00* | EXHIBIT A |
| 2978 | JENNINGS, HENRY | 24248 | $1,000,000.00* | EXHIBIT A |
| 2979 | JENNINGS, REGINALD | 24245 | $1,000,000.00* | EXHIBIT A |
| 2980 | JENRETTE, HOWARD | 23760 | $1,000,000.00* | EXHIBIT A |
| 2981 | JENSON, EILERT | 23759 | $1,000,000.00* | EXHIBIT A |
| 2982 | JENTILE, AUGUSTINE | 23758 | $1,000,000.00* | EXHIBIT A |
| 2983 | JERNIGAN, AUBREY | 23756 | $1,000,000.00* | EXHIBIT A |
| 2984 | JETTER, HENRY | 23757 | $1,000,000.00* | EXHIBIT A |
| 2985 | JILES, CLAYTON | 24590 | $1,000,000.00* | EXHIBIT A |
| 2986 | JIMENEZ, RICARDO | 24589 | $1,000,000.00* | EXHIBIT A |
| 2987 | JIRKOVSKY, RICHARD | 24444 | $1,000,000.00* | EXHIBIT A |
| 2988 | JISKO, LEONARD | 24445 | $1,000,000.00* | EXHIBIT A |
| 2989 | JOBE, VERNON | 24443 | $1,000,000.00* | EXHIBIT A |
| 2990 | JOCHIMS, NEAL | 24442 | $1,000,000.00* | EXHIBIT A |
| 2991 | JOE, GILBERT | 24441 | $1,000,000.00* | EXHIBIT A |
| 2992 | JOHN, RODNEY | 24440 | $1,000,000.00* | EXHIBIT A |
| 2993 | JOHNSON, A. | 24428 | $1,000,000.00* | EXHIBIT A |
| 2994 | JOHNSON, AARON | 25390 | $1,000,000.00* | EXHIBIT A |
| 2995 | JOHNSON, ALLEN | 24471 | $1,000,000.00* | EXHIBIT A |
| 2996 | JOHNSON, ALMA (DECEASED) | 25380 | $1,000,000.00* | EXHIBIT A |
| 2997 | JOHNSON, ARTHUR | 25384 | $1,000,000.00* | EXHIBIT A |
| 2998 | JOHNSON, AUBREY | 24420 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 2999 | JOHNSON, AUBREY | 25393 | $1,000,000.00* | EXHIBIT A |
| 3000 | JOHNSON, BOBBY | 24416 | $1,000,000.00* | EXHIBIT A |
| 3001 | JOHNSON, BOYD | 25386 | $1,000,000.00* | EXHIBIT A |
| 3002 | JOHNSON, BRUCE | 24474 | $1,000,000.00* | EXHIBIT A |
| 3003 | JOHNSON, DANIEL | 24449 | $1,000,000.00* | EXHIBIT A |
| 3004 | JOHNSON, DONALD | 25395 | $1,000,000.00* | EXHIBIT A |
| 3005 | JOHNSON, EDWARD | 24439 | $1,000,000.00* | EXHIBIT A |
| 3006 | JOHNSON, EDWARD | 25383 | $1,000,000.00* | EXHIBIT A |
| 3007 | JOHNSON, ERIC | 24418 | $1,000,000.00* | EXHIBIT A |
| 3008 | JOHNSON, EVELYN | 24419 | $1,000,000.00* | EXHIBIT A |
| 3009 | JOHNSON, FRANK | 25392 | $1,000,000.00* | EXHIBIT A |
| 3010 | JOHNSON, GARY | 25387 | $1,000,000.00* | EXHIBIT A |
| 3011 | JOHNSON, GEORGE | 24431 | $1,000,000.00* | EXHIBIT A |
| 3012 | JOHNSON, HAROLD | 24435 | $1,000,000.00* | EXHIBIT A |
| 3013 | JOHNSON, HAROLD | 24448 | $1,000,000.00* | EXHIBIT A |
| 3014 | JOHNSON, JERALD | 24430 | $1,000,000.00* | EXHIBIT A |
| 3015 | JOHNSON, JOHN | 24424 | $1,000,000.00* | EXHIBIT A |
| 3016 | JOHNSON, KENNETH | 24423 | $1,000,000.00* | EXHIBIT A |
| 3017 | JOHNSON, KENNETH | 25394 | $1,000,000.00* | EXHIBIT A |
| 3018 | JOHNSON, LARRY | 25382 | $1,000,000.00* | EXHIBIT A |
| 3019 | JOHNSON, LARRY | 25389 | $1,000,000.00* | EXHIBIT A |
| 3020 | JOHNSON, LEO | 24429 | $1,000,000.00* | EXHIBIT A |
| 3021 | JOHNSON, LESTER | 24422 | $1,000,000.00* | EXHIBIT A |
| 3022 | JOHNSON, MARVIN | 24426 | $1,000,000.00* | EXHIBIT A |
| 3023 | JOHNSON, PAUL | 25391 | $1,000,000.00* | EXHIBIT A |
| 3024 | JOHNSON, PHILIP | 24469 | $1,000,000.00* | EXHIBIT A |
| 3025 | JOHNSON, RICHARD | 24427 | $1,000,000.00* | EXHIBIT A |
| 3026 | JOHNSON, RICHARD | 24472 | $1,000,000.00* | EXHIBIT A |
| 3027 | JOHNSON, RICHARD | 25381 | $1,000,000.00* | EXHIBIT A |
| 3028 | JOHNSON, ROBERT | 24434 | $1,000,000.00* | EXHIBIT A |
| 3029 | JOHNSON, ROBERT | 24447 | $1,000,000.00* | EXHIBIT A |
| 3030 | JOHNSON, ROLAND | 25388 | $1,000,000.00* | EXHIBIT A |
| 3031 | JOHNSON, RONALD | 25385 | $1,000,000.00* | EXHIBIT A |
| 3032 | JOHNSON, ROOSEVELT | 24417 | $1,000,000.00* | EXHIBIT A |
| 3033 | JOHNSON, ROY | 24470 | $1,000,000.00* | EXHIBIT A |
| 3034 | JOHNSON, SWAN | 24437 | $1,000,000.00* | EXHIBIT A |
| 3035 | JOHNSON, THOMAS | 24425 | $1,000,000.00* | EXHIBIT A |
| 3036 | JOHNSON, THOMAS | 24436 | $1,000,000.00* | EXHIBIT A |
| 3037 | JOHNSON, THOMAS | 24473 | $1,000,000.00* | EXHIBIT A |
| 3038 | JOHNSON, TOM | 24446 | $1,000,000.00* | EXHIBIT A |
| 3039 | JOHNSON, WADE | 24438 | $1,000,000.00* | EXHIBIT A |
| 3040 | JOHNSON, WALTER | 24433 | $1,000,000.00* | EXHIBIT A |
| 3041 | JOHNSON, WILLIAM | 24421 | $1,000,000.00* | EXHIBIT A |
| 3042 | JOHNSON, WILLIAM | 24432 | $1,000,000.00* | EXHIBIT A |
| 3043 | JOHNSON, WILLIAM | 24475 | $1,000,000.00* | EXHIBIT A |
| 3044 | JOHNSTON, CARL | 25195 | $1,000,000.00* | EXHIBIT A |
| 3045 | JOHNSTON, FRANK | 25376 | $1,000,000.00* | EXHIBIT A |

| 3046 | JOHNSTON, JOSEPH | 25377 | $1,000,000.00* | EXHIBIT A |
| 3047 | JOHNSTON, RALPH | 25378 | $1,000,000.00* | EXHIBIT A |
| 3048 | JOHNSTON, WILLIAM | 25379 | $1,000,000.00* | EXHIBIT A |
| 3049 | JOLGREN, KENNETH | 25194 | $1,000,000.00* | EXHIBIT A |
| 3050 | JOLLS, LESTER | 25193 | $1,000,000.00* | EXHIBIT A |
| 3051 | JOLLY, HOUSTON | 25192 | $1,000,000.00* | EXHIBIT A |
| 3052 | JONCAS, ROBERT | 25190 | $1,000,000.00* | EXHIBIT A |
| 3053 | JONES, ALVIS | 25178 | $1,000,000.00* | EXHIBIT A |
| 3054 | JONES, BIENVILLE | 25180 | $1,000,000.00* | EXHIBIT A |
| 3055 | JONES, CHARLES | 25173 | $1,000,000.00* | EXHIBIT A |
| 3056 | JONES, CLAUDE | 25191 | $1,000,000.00* | EXHIBIT A |
| 3057 | JONES, CLINTON | 25182 | $1,000,000.00* | EXHIBIT A |
| 3058 | JONES, CONNIE | 25167 | $1,000,000.00* | EXHIBIT A |
| 3059 | JONES, DAVID | 25188 | $1,000,000.00* | EXHIBIT A |
| 3060 | JONES, DONALD | 25184 | $1,000,000.00* | EXHIBIT A |
| 3061 | JONES, GENE | 25169 | $1,000,000.00* | EXHIBIT A |
| 3062 | JONES, GEORGE | 25179 | $1,000,000.00* | EXHIBIT A |
| 3063 | JONES, GRANT | 25181 | $1,000,000.00* | EXHIBIT A |
| 3064 | JONES, HARRY | 25164 | $1,000,000.00* | EXHIBIT A |
| 3065 | JONES, JAMES | 25170 | $1,000,000.00* | EXHIBIT A |
| 3066 | JONES, JAMES | 25175 | $1,000,000.00* | EXHIBIT A |
| 3067 | JONES, JAMES | 25185 | $1,000,000.00* | EXHIBIT A |
| 3068 | JONES, JERRY | 25172 | $1,000,000.00* | EXHIBIT A |
| 3069 | JONES, JOHN | 25176 | $1,000,000.00* | EXHIBIT A |
| 3070 | JONES, JOSEPH | 25160 | $1,000,000.00* | EXHIBIT A |
| 3071 | JONES, KENNETH | 25161 | $1,000,000.00* | EXHIBIT A |
| 3072 | JONES, MCARTHUR | 25168 | $1,000,000.00* | EXHIBIT A |
| 3073 | JONES, NEIL | 25183 | $1,000,000.00* | EXHIBIT A |
| 3074 | JONES, RAYMOND | 25166 | $1,000,000.00* | EXHIBIT A |
| 3075 | JONES, RICHARD | 25163 | $1,000,000.00* | EXHIBIT A |
| 3076 | JONES, RICHARD | 25171 | $1,000,000.00* | EXHIBIT A |
| 3077 | JONES, ROBERT | 25162 | $1,000,000.00* | EXHIBIT A |
| 3078 | JONES, ROBERT | 25165 | $1,000,000.00* | EXHIBIT A |
| 3079 | JONES, ROBERT | 25174 | $1,000,000.00* | EXHIBIT A |
| 3080 | JONES, ROBERT | 25177 | $1,000,000.00* | EXHIBIT A |
| 3081 | JONES, ROBERT | 25186 | $1,000,000.00* | EXHIBIT A |
| 3082 | JONES, ROY | 25159 | $1,000,000.00* | EXHIBIT A |
| 3083 | JONES, WILLIAM | 25187 | $1,000,000.00* | EXHIBIT A |
| 3084 | JONES, WILLIAM | 25189 | $1,000,000.00* | EXHIBIT A |
| 3085 | JOOST, LEROY | 25158 | $1,000,000.00* | EXHIBIT A |
| 3086 | JORGENSON, JOHN | 25157 | $1,000,000.00* | EXHIBIT A |
| 3087 | JORISSEN, WILLIAM | 25156 | $1,000,000.00* | EXHIBIT A |
| 3088 | JOSEPH, MARK | 25155 | $1,000,000.00* | EXHIBIT A |
| 3089 | JOYCE, MARTIN | 25153 | $1,000,000.00* | EXHIBIT A |
| 3090 | JOYCE, WILLIAM | 25154 | $1,000,000.00* | EXHIBIT A |
| 3091 | JOYNER, HERBERT | 25152 | $1,000,000.00* | EXHIBIT A |
| 3092 | JUDD, DONALD | 25151 | $1,000,000.00* | EXHIBIT A |

| 3093 | JUDGE, NORMAN | 25150 | $1,000,000.00* | EXHIBIT A |
| 3094 | JUMPER, DUANE | 25149 | $1,000,000.00* | EXHIBIT A |
| 3095 | JUNIUS, DONALD | 25148 | $1,000,000.00* | EXHIBIT A |
| 3096 | JUNOKAS, JOEL | 25147 | $1,000,000.00* | EXHIBIT A |
| 3097 | JURKAS, JAMES | 25146 | $1,000,000.00* | EXHIBIT A |
| 3098 | JUSTIN, OWEN | 25145 | $1,000,000.00* | EXHIBIT A |
| 3099 | KABADIAN, GEORGE | 25144 | $1,000,000.00* | EXHIBIT A |
| 3100 | KACZMARCZYK, WALTER | 25143 | $1,000,000.00* | EXHIBIT A |
| 3101 | KAFER, JAMES | 25141 | $1,000,000.00* | EXHIBIT A |
| 3102 | KAFER, LEE | 25142 | $1,000,000.00* | EXHIBIT A |
| 3103 | KAFER, PAUL | 25140 | $1,000,000.00* | EXHIBIT A |
| 3104 | KAFKA, ARDEN | 25139 | $1,000,000.00* | EXHIBIT A |
| 3105 | KAHLE, BRUCE | 25138 | $1,000,000.00* | EXHIBIT A |
| 3106 | KALAFARSKI, MICHAEL | 25137 | $1,000,000.00* | EXHIBIT A |
| 3107 | KALOGERA, ANTHONY | 25136 | $1,000,000.00* | EXHIBIT A |
| 3108 | KAMARATA, GEORGE | 25135 | $1,000,000.00* | EXHIBIT A |
| 3109 | KAMENS, JOHN | 25134 | $1,000,000.00* | EXHIBIT A |
| 3110 | KAMMER, ROBERT | 25133 | $1,000,000.00* | EXHIBIT A |
| 3111 | KAMMES, HAROLD | 25132 | $1,000,000.00* | EXHIBIT A |
| 3112 | KAMNETZ, RICK | 25131 | $1,000,000.00* | EXHIBIT A |
| 3113 | KANDZERSKI, HENRY | 25130 | $1,000,000.00* | EXHIBIT A |
| 3114 | KANE, BERNARD | 25129 | $1,000,000.00* | EXHIBIT A |
| 3115 | KANE, GEORGE | 25128 | $1,000,000.00* | EXHIBIT A |
| 3116 | KANERVA, GERALD | 25127 | $1,000,000.00* | EXHIBIT A |
| 3117 | KANGAS, DONALD | 25126 | $1,000,000.00* | EXHIBIT A |
| 3118 | KANTER, MERLEN | 25125 | $1,000,000.00* | EXHIBIT A |
| 3119 | KAPPLER, PAUL | 25124 | $1,000,000.00* | EXHIBIT A |
| 3120 | KARANICAS, CHRIS | 25123 | $1,000,000.00* | EXHIBIT A |
| 3121 | KARAYANIS, GEORGE | 25122 | $1,000,000.00* | EXHIBIT A |
| 3122 | KARCHER, DAVID | 25121 | $1,000,000.00* | EXHIBIT A |
| 3123 | KARPOWICH, JOSEPH | 25120 | $1,000,000.00* | EXHIBIT A |
| 3124 | KARREN, LAVERE | 25119 | $1,000,000.00* | EXHIBIT A |
| 3125 | KARWOWSKI, PAUL | 25118 | $1,000,000.00* | EXHIBIT A |
| 3126 | KASABULA, JOSEPH | 25117 | $1,000,000.00* | EXHIBIT A |
| 3127 | KASKESKI, RICHARD | 25116 | $1,000,000.00* | EXHIBIT A |
| 3128 | KASPERSKI, LEONARD | 25115 | $1,000,000.00* | EXHIBIT A |
| 3129 | KASZA, STEVEN | 25114 | $1,000,000.00* | EXHIBIT A |
| 3130 | KAUFMAN, RICHARD | 25113 | $1,000,000.00* | EXHIBIT A |
| 3131 | KAVANAUGH, HARVEY | 25112 | $1,000,000.00* | EXHIBIT A |
| 3132 | KEANE, THOMAS | 25111 | $1,000,000.00* | EXHIBIT A |
| 3133 | KEARNEY, MICHAEL | 24854 | $1,000,000.00* | EXHIBIT A |
| 3134 | KEARNEY, PETER | 24855 | $1,000,000.00* | EXHIBIT A |
| 3135 | KEARNEY, WALTER | 24856 | $1,000,000.00* | EXHIBIT A |
| 3136 | KEATING, NEIL | 24853 | $1,000,000.00* | EXHIBIT A |
| 3137 | KEEGAN, ROBERT | 24851 | $1,000,000.00* | EXHIBIT A |
| 3138 | KEEGAN, WILLIAM | 24852 | $1,000,000.00* | EXHIBIT A |
| 3139 | KEELE, HAROLD | 24850 | $1,000,000.00* | EXHIBIT A |

470006

| 3140 | KEELEY, THOMAS | 24849 | $1,000,000.00* | EXHIBIT A |
| 3141 | KEENAN, DAVID | 24847 | $1,000,000.00* | EXHIBIT A |
| 3142 | KEENAN, PETER | 24848 | $1,000,000.00* | EXHIBIT A |
| 3143 | KEENE, GLADYS | 24845 | $1,000,000.00* | EXHIBIT A |
| 3144 | KEENE, RICHARD | 24846 | $1,000,000.00* | EXHIBIT A |
| 3145 | KEENER, PAUL | 24844 | $1,000,000.00* | EXHIBIT A |
| 3146 | KEENEY, NEIL | 24843 | $1,000,000.00* | EXHIBIT A |
| 3147 | KEFFELER, DUANE | 24842 | $1,000,000.00* | EXHIBIT A |
| 3148 | KEHR, GEORGE | 24841 | $1,000,000.00* | EXHIBIT A |
| 3149 | KEIFFER, RICHARD | 24840 | $1,000,000.00* | EXHIBIT A |
| 3150 | KEIL, DON | 24839 | $1,000,000.00* | EXHIBIT A |
| 3151 | KEINER, RONALD | 24838 | $1,000,000.00* | EXHIBIT A |
| 3152 | KELLEHER, GEORGE | 24837 | $1,000,000.00* | EXHIBIT A |
| 3153 | KELLEHER, II, JOHN | 24655 | $1,000,000.00* | EXHIBIT A |
| 3154 | KELLEHER, JOHN | 24836 | $1,000,000.00* | EXHIBIT A |
| 3155 | KELLER, GEORGE | 24654 | $1,000,000.00* | EXHIBIT A |
| 3156 | KELLER, JACK | 24653 | $1,000,000.00* | EXHIBIT A |
| 3157 | KELLEY, JAMES | 25071 | $1,000,000.00* | EXHIBIT A |
| 3158 | KELLEY, JOHN | 24651 | $1,000,000.00* | EXHIBIT A |
| 3159 | KELLEY, JR, HUBERT | 25070 | $1,000,000.00* | EXHIBIT A |
| 3160 | KELLEY, NORMAN | 24652 | $1,000,000.00* | EXHIBIT A |
| 3161 | KELLY, ARTHUR | 25058 | $1,000,000.00* | EXHIBIT A |
| 3162 | KELLY, ARTHUR | 25068 | $1,000,000.00* | EXHIBIT A |
| 3163 | KELLY, AZOR | 25062 | $1,000,000.00* | EXHIBIT A |
| 3164 | KELLY, CHARLES | 25069 | $1,000,000.00* | EXHIBIT A |
| 3165 | KELLY, DANA | 25064 | $1,000,000.00* | EXHIBIT A |
| 3166 | KELLY, EDWARD | 25067 | $1,000,000.00* | EXHIBIT A |
| 3167 | KELLY, JOHN | 25055 | $1,000,000.00* | EXHIBIT A |
| 3168 | KELLY, JOHN | 25056 | $1,000,000.00* | EXHIBIT A |
| 3169 | KELLY, JOHN | 25057 | $1,000,000.00* | EXHIBIT A |
| 3170 | KELLY, JOSEPH | 25060 | $1,000,000.00* | EXHIBIT A |
| 3171 | KELLY, JOSEPH | 25066 | $1,000,000.00* | EXHIBIT A |
| 3172 | KELLY, LINDA | 25059 | $1,000,000.00* | EXHIBIT A |
| 3173 | KELLY, PAUL | 25061 | $1,000,000.00* | EXHIBIT A |
| 3174 | KELLY, PHARIS | 25317 | $1,000,000.00* | EXHIBIT A |
| 3175 | KELLY, RICHARD | 25065 | $1,000,000.00* | EXHIBIT A |
| 3176 | KELLY, ROBERT | 25063 | $1,000,000.00* | EXHIBIT A |
| 3177 | KELOW, THOMAS | 25054 | $1,000,000.00* | EXHIBIT A |
| 3178 | KELTER, MARK | 25053 | $1,000,000.00* | EXHIBIT A |
| 3179 | KELVINGTON, ROBERT | 25052 | $1,000,000.00* | EXHIBIT A |
| 3180 | KEMP, MERRILL | 25051 | $1,000,000.00* | EXHIBIT A |
| 3181 | KENDALL, BRUCE | 25050 | $1,000,000.00* | EXHIBIT A |
| 3182 | KENDALL, WILLIAM | 25049 | $1,000,000.00* | EXHIBIT A |
| 3183 | KENDHAMMER, SYLVESTER | 25048 | $1,000,000.00* | EXHIBIT A |
| 3184 | KENDRICK, HENRY | 25047 | $1,000,000.00* | EXHIBIT A |
| 3185 | KENDRICK, WILLIAM | 25046 | $1,000,000.00* | EXHIBIT A |
| 3186 | KENNEALLY, BRYAN | 25045 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3187 | KENNEDY, ALEX | 25041 | $1,000,000.00* | EXHIBIT A |
| 3188 | KENNEDY, DANNY | 25038 | $1,000,000.00* | EXHIBIT A |
| 3189 | KENNEDY, GEORGE | 25044 | $1,000,000.00* | EXHIBIT A |
| 3190 | KENNEDY, JAMES | 25043 | $1,000,000.00* | EXHIBIT A |
| 3191 | KENNEDY, JOHN | 25039 | $1,000,000.00* | EXHIBIT A |
| 3192 | KENNEDY, RICHARD | 25037 | $1,000,000.00* | EXHIBIT A |
| 3193 | KENNEDY, ROY | 25040 | $1,000,000.00* | EXHIBIT A |
| 3194 | KENNEDY, WILLIAM | 25042 | $1,000,000.00* | EXHIBIT A |
| 3195 | KENNEL, ALBERT | 25036 | $1,000,000.00* | EXHIBIT A |
| 3196 | KENNELLY, JOHN | 25035 | $1,000,000.00* | EXHIBIT A |
| 3197 | KENNEY, GEORGE | 25034 | $1,000,000.00* | EXHIBIT A |
| 3198 | KENNEY, JOHN | 25033 | $1,000,000.00* | EXHIBIT A |
| 3199 | KENNEY, JOHN (DECEASED) | 25031 | $1,000,000.00* | EXHIBIT A |
| 3200 | KENNEY, ROBERT | 25032 | $1,000,000.00* | EXHIBIT A |
| 3201 | KENNY, WILLIAM | 25030 | $1,000,000.00* | EXHIBIT A |
| 3202 | KENT, WESLEY | 25029 | $1,000,000.00* | EXHIBIT A |
| 3203 | KERCHECK, RONALD | 25028 | $1,000,000.00* | EXHIBIT A |
| 3204 | KERN, OLEN | 25027 | $1,000,000.00* | EXHIBIT A |
| 3205 | KERNEY, THOMAS | 25026 | $1,000,000.00* | EXHIBIT A |
| 3206 | KERSCHION, RICHARD | 25025 | $1,000,000.00* | EXHIBIT A |
| 3207 | KERSEY, EARL | 25024 | $1,000,000.00* | EXHIBIT A |
| 3208 | KERSHAW, FRED | 25023 | $1,000,000.00* | EXHIBIT A |
| 3209 | KERWIN, DANIEL | 25022 | $1,000,000.00* | EXHIBIT A |
| 3210 | KESSLER, DARRELL | 25021 | $1,000,000.00* | EXHIBIT A |
| 3211 | KESSLER, LARRY | 25020 | $1,000,000.00* | EXHIBIT A |
| 3212 | KESTER, WALTER | 25019 | $1,000,000.00* | EXHIBIT A |
| 3213 | KETCHUM, ROLAND | 25018 | $1,000,000.00* | EXHIBIT A |
| 3214 | KETTNER, KENNETH | 25017 | $1,000,000.00* | EXHIBIT A |
| 3215 | KEYES, ROBERT | 25016 | $1,000,000.00* | EXHIBIT A |
| 3216 | KEYS, GEORGE | 24895 | $1,000,000.00* | EXHIBIT A |
| 3217 | KIDD, CORTRO | 24894 | $1,000,000.00* | EXHIBIT A |
| 3218 | KIEFFER, CHRISTOPHER | 24893 | $1,000,000.00* | EXHIBIT A |
| 3219 | KIEKHAFER, BETTY | 24891 | $1,000,000.00* | EXHIBIT A |
| 3220 | KIEKHAFER, VERNON | 24892 | $1,000,000.00* | EXHIBIT A |
| 3221 | KIELY, FRANCIS | 24890 | $1,000,000.00* | EXHIBIT A |
| 3222 | KIGGANS, GEORGE | 24889 | $1,000,000.00* | EXHIBIT A |
| 3223 | KIJEK, JACK | 24888 | $1,000,000.00* | EXHIBIT A |
| 3224 | KILEY, WILLIAM | 24887 | $1,000,000.00* | EXHIBIT A |
| 3225 | KILGORE, SHELLI | 24886 | $1,000,000.00* | EXHIBIT A |
| 3226 | KILIUS, RICHARD | 24885 | $1,000,000.00* | EXHIBIT A |
| 3227 | KILLEBREW, HOWARD | 24884 | $1,000,000.00* | EXHIBIT A |
| 3228 | KILLIAN, ROBERT | 24883 | $1,000,000.00* | EXHIBIT A |
| 3229 | KILPATRICK, CLARENCE | 24881 | $1,000,000.00* | EXHIBIT A |
| 3230 | KILPATRICK, PHILIP | 24882 | $1,000,000.00* | EXHIBIT A |
| 3231 | KIMBALL, WILLIAM | 24880 | $1,000,000.00* | EXHIBIT A |
| 3232 | KIMBLE, WARREN | 24879 | $1,000,000.00* | EXHIBIT A |
| 3233 | KINCAID, BYRON | 24878 | $1,000,000.00* | EXHIBIT A |

| 3234 | KING, EDMUND | 24876 | $1,000,000.00* | EXHIBIT A |
| 3235 | KING, EDWARD | 24870 | $1,000,000.00* | EXHIBIT A |
| 3236 | KING, HERSCHEL | 24872 | $1,000,000.00* | EXHIBIT A |
| 3237 | KING, HUBERT | 24867 | $1,000,000.00* | EXHIBIT A |
| 3238 | KING, JAMES | 24868 | $1,000,000.00* | EXHIBIT A |
| 3239 | KING, JAMES | 24869 | $1,000,000.00* | EXHIBIT A |
| 3240 | KING, JERROLD | 24875 | $1,000,000.00* | EXHIBIT A |
| 3241 | KING, JOHN | 24877 | $1,000,000.00* | EXHIBIT A |
| 3242 | KING, RICHARD | 24874 | $1,000,000.00* | EXHIBIT A |
| 3243 | KING, RONALD | 24871 | $1,000,000.00* | EXHIBIT A |
| 3244 | KING, THOMAS | 24866 | $1,000,000.00* | EXHIBIT A |
| 3245 | KING, THOMAS | 24873 | $1,000,000.00* | EXHIBIT A |
| 3246 | KINMAN, GLENN | 24865 | $1,000,000.00* | EXHIBIT A |
| 3247 | KINNER, ROBERT | 24864 | $1,000,000.00* | EXHIBIT A |
| 3248 | KINSMAN, FORREST | 24863 | $1,000,000.00* | EXHIBIT A |
| 3249 | KIPPENBERGER, JOHN | 24862 | $1,000,000.00* | EXHIBIT A |
| 3250 | KIPPLE, MICHAEL | 24861 | $1,000,000.00* | EXHIBIT A |
| 3251 | KIRBY, PHILIP | 24860 | $1,000,000.00* | EXHIBIT A |
| 3252 | KIRCHSTEIN, CARL | 24859 | $1,000,000.00* | EXHIBIT A |
| 3253 | KIRK, BRUCE | 24857 | $1,000,000.00* | EXHIBIT A |
| 3254 | KIRK, MARVIN | 24858 | $1,000,000.00* | EXHIBIT A |
| 3255 | KIRKLAND, GEORGE | 25110 | $1,000,000.00* | EXHIBIT A |
| 3256 | KIRLEY, MORGAN | 25109 | $1,000,000.00* | EXHIBIT A |
| 3257 | KISCHKUM, MICHAEL | 25108 | $1,000,000.00* | EXHIBIT A |
| 3258 | KISIOLEK, EUGENE | 25107 | $1,000,000.00* | EXHIBIT A |
| 3259 | KISLUK, JOHN | 25106 | $1,000,000.00* | EXHIBIT A |
| 3260 | KITCHENS, JACK | 25105 | $1,000,000.00* | EXHIBIT A |
| 3261 | KITCHENS, JIMMY | 25104 | $1,000,000.00* | EXHIBIT A |
| 3262 | KITTRELL, WALTER | 25103 | $1,000,000.00* | EXHIBIT A |
| 3263 | KJELLESVIK, WILLIAM | 25102 | $1,000,000.00* | EXHIBIT A |
| 3264 | KLAPAT, FRANK | 25101 | $1,000,000.00* | EXHIBIT A |
| 3265 | KLASS, JOSEPH | 25100 | $1,000,000.00* | EXHIBIT A |
| 3266 | KLAUSEN, JOHN | 25099 | $1,000,000.00* | EXHIBIT A |
| 3267 | KLEE, HAROLD | 25098 | $1,000,000.00* | EXHIBIT A |
| 3268 | KLEEMAN, ARTHUR | 25097 | $1,000,000.00* | EXHIBIT A |
| 3269 | KLEIN, FREDERICK | 25096 | $1,000,000.00* | EXHIBIT A |
| 3270 | KLEIN, WILLIAM | 25095 | $1,000,000.00* | EXHIBIT A |
| 3271 | KLEMME, CHARLES | 25094 | $1,000,000.00* | EXHIBIT A |
| 3272 | KLINE, WILLIAM | 25093 | $1,000,000.00* | EXHIBIT A |
| 3273 | KLINKERS, LARRY | 25092 | $1,000,000.00* | EXHIBIT A |
| 3274 | KLIX, HERMAN | 25091 | $1,000,000.00* | EXHIBIT A |
| 3275 | KLOMFAS, ROBERT | 25090 | $1,000,000.00* | EXHIBIT A |
| 3276 | KLOSOWSKI, GREGORY | 25089 | $1,000,000.00* | EXHIBIT A |
| 3277 | KLUG, EUGENE | 25088 | $1,000,000.00* | EXHIBIT A |
| 3278 | KLUKEWICH, VICTOR | 25087 | $1,000,000.00* | EXHIBIT A |
| 3279 | KLUTH, WAYLAND | 25086 | $1,000,000.00* | EXHIBIT A |
| 3280 | KMIETEK, ALEXANDER | 25085 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3281 | KNABB, DAVID | 25084 | $1,000,000.00* | EXHIBIT A |
| 3282 | KNAI, MAYNARD | 25083 | $1,000,000.00* | EXHIBIT A |
| 3283 | KNAPP, JAMES | 25082 | $1,000,000.00* | EXHIBIT A |
| 3284 | KNAPP, RICHARD | 25081 | $1,000,000.00* | EXHIBIT A |
| 3285 | KNAPPER, SOLOMAN | 25080 | $1,000,000.00* | EXHIBIT A |
| 3286 | KNIGHT, EMMITT | 25078 | $1,000,000.00* | EXHIBIT A |
| 3287 | KNIGHT, MATHEL | 25077 | $1,000,000.00* | EXHIBIT A |
| 3288 | KNIGHT, THOMAS | 25079 | $1,000,000.00* | EXHIBIT A |
| 3289 | KNIPRATH, MARY | 25076 | $1,000,000.00* | EXHIBIT A |
| 3290 | KNIPRATH, ROBERT | 25075 | $1,000,000.00* | EXHIBIT A |
| 3291 | KNISLEY, LELAND | 25074 | $1,000,000.00* | EXHIBIT A |
| 3292 | KNOLL, WAYLAND | 25073 | $1,000,000.00* | EXHIBIT A |
| 3293 | KNOROWSKI, JOHN | 25072 | $1,000,000.00* | EXHIBIT A |
| 3294 | KNOWLES, HERBERT | 25675 | $1,000,000.00* | EXHIBIT A |
| 3295 | KNOWLTON, KENNETH | 25796 | $1,000,000.00* | EXHIBIT A |
| 3296 | KNOX, CRESTON | 25797 | $1,000,000.00* | EXHIBIT A |
| 3297 | KOBART, GEORGE | 25798 | $1,000,000.00* | EXHIBIT A |
| 3298 | KOCIUBA, JOSEPH | 25799 | $1,000,000.00* | EXHIBIT A |
| 3299 | KOEBEL, ALAN | 25800 | $1,000,000.00* | EXHIBIT A |
| 3300 | KOEHLER, JOSE | 25801 | $1,000,000.00* | EXHIBIT A |
| 3301 | KOELLER, ARTHUR | 25802 | $1,000,000.00* | EXHIBIT A |
| 3302 | KOEPPEN, JOHN | 25803 | $1,000,000.00* | EXHIBIT A |
| 3303 | KOERNER, LAWRENCE | 25804 | $1,000,000.00* | EXHIBIT A |
| 3304 | KOFOED, ROBERT | 25805 | $1,000,000.00* | EXHIBIT A |
| 3305 | KOHL, GEORGE | 25806 | $1,000,000.00* | EXHIBIT A |
| 3306 | KOLANO, EDWARD J | 25807 | $1,000,000.00* | EXHIBIT A |
| 3307 | KOLBICKA, ALBERT | 25808 | $1,000,000.00* | EXHIBIT A |
| 3308 | KOLDEN, KENT | 25809 | $1,000,000.00* | EXHIBIT A |
| 3309 | KOLLAR, JAMES | 25810 | $1,000,000.00* | EXHIBIT A |
| 3310 | KOLOSKY, RICHARD | 25811 | $1,000,000.00* | EXHIBIT A |
| 3311 | KOLSKY, STEPHEN | 25812 | $1,000,000.00* | EXHIBIT A |
| 3312 | KONOPCZYK, JOSEPH | 25813 | $1,000,000.00* | EXHIBIT A |
| 3313 | KOOMPIN, CHRISTOPHER | 25814 | $1,000,000.00* | EXHIBIT A |
| 3314 | KOONS, ROBERT | 25815 | $1,000,000.00* | EXHIBIT A |
| 3315 | KOPCZICK, JAMES | 25816 | $1,000,000.00* | EXHIBIT A |
| 3316 | KORENKIEWICZ, ALEX | 25818 | $1,000,000.00* | EXHIBIT A |
| 3317 | KORENKIEWICZ, BRUCE | 25817 | $1,000,000.00* | EXHIBIT A |
| 3318 | KORMAN, CHARLES | 25819 | $1,000,000.00* | EXHIBIT A |
| 3319 | KORNHAUS, JOHN | 25820 | $1,000,000.00* | EXHIBIT A |
| 3320 | KORTE, EDGILE | 25821 | $1,000,000.00* | EXHIBIT A |
| 3321 | KORUS, RICHARD | 25822 | $1,000,000.00* | EXHIBIT A |
| 3322 | KOSECK, EDWARD | 25823 | $1,000,000.00* | EXHIBIT A |
| 3323 | KOSMECKI, ROBERT | 25824 | $1,000,000.00* | EXHIBIT A |
| 3324 | KOSS, RUSSELL | 25825 | $1,000,000.00* | EXHIBIT A |
| 3325 | KOTAK, ANDREW | 25826 | $1,000,000.00* | EXHIBIT A |
| 3326 | KOURTZ, JOHN | 25827 | $1,000,000.00* | EXHIBIT A |
| 3327 | KOUTSKY, JOHN | 25828 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3328 | KOVACS, JOHN | 25829 | $1,000,000.00* | EXHIBIT A |
| 3329 | KOVZEL, STEPHEN | 25830 | $1,000,000.00* | EXHIBIT A |
| 3330 | KOWAK, STEPHEN | 25831 | $1,000,000.00* | EXHIBIT A |
| 3331 | KRABY, PAUL | 25832 | $1,000,000.00* | EXHIBIT A |
| 3332 | KRAFT, JAMES | 25833 | $1,000,000.00* | EXHIBIT A |
| 3333 | KRALL, WILLIAM | 25834 | $1,000,000.00* | EXHIBIT A |
| 3334 | KRAMER, STANLEY | 25835 | $1,000,000.00* | EXHIBIT A |
| 3335 | KRAMER, WILLIAM | 25836 | $1,000,000.00* | EXHIBIT A |
| 3336 | KRAMPETER, KEN | 25837 | $1,000,000.00* | EXHIBIT A |
| 3337 | KRAPF, GEORGE | 25838 | $1,000,000.00* | EXHIBIT A |
| 3338 | KRASOWSKI, ANTHONY | 25839 | $1,000,000.00* | EXHIBIT A |
| 3339 | KRAUS, RALPH | 25840 | $1,000,000.00* | EXHIBIT A |
| 3340 | KRAUSE, RICHARD | 25841 | $1,000,000.00* | EXHIBIT A |
| 3341 | KRAWSHUK, JOHN | 25842 | $1,000,000.00* | EXHIBIT A |
| 3342 | KREIDLER, ROBERT | 25843 | $1,000,000.00* | EXHIBIT A |
| 3343 | KRELWITZ, DAVID | 25844 | $1,000,000.00* | EXHIBIT A |
| 3344 | KREMNITZER, RUDOLPH | 25845 | $1,000,000.00* | EXHIBIT A |
| 3345 | KRENZ, GERHARD | 25846 | $1,000,000.00* | EXHIBIT A |
| 3346 | KRESS, JAMES | 25847 | $1,000,000.00* | EXHIBIT A |
| 3347 | KREUZER, AUGUST | 25849 | $1,000,000.00* | EXHIBIT A |
| 3348 | KREUZER, GEORGE | 25848 | $1,000,000.00* | EXHIBIT A |
| 3349 | KRIX, BRUNO | 25850 | $1,000,000.00* | EXHIBIT A |
| 3350 | KRIZANAC, MICHAEL | 25851 | $1,000,000.00* | EXHIBIT A |
| 3351 | KRIZEK, RONALD | 25852 | $1,000,000.00* | EXHIBIT A |
| 3352 | KROCHTA, MICHAEL | 25853 | $1,000,000.00* | EXHIBIT A |
| 3353 | KRUG, FREDERICK | 25854 | $1,000,000.00* | EXHIBIT A |
| 3354 | KRUTIAK, DAVID | 25855 | $1,000,000.00* | EXHIBIT A |
| 3355 | KRZMARZICK, VERNON | 25976 | $1,000,000.00* | EXHIBIT A |
| 3356 | KUBICHEK, LOUIS | 25977 | $1,000,000.00* | EXHIBIT A |
| 3357 | KUBINSKI, EDWARD | 25978 | $1,000,000.00* | EXHIBIT A |
| 3358 | KUCER, JOHN | 25979 | $1,000,000.00* | EXHIBIT A |
| 3359 | KUCERA, RONALD | 25980 | $1,000,000.00* | EXHIBIT A |
| 3360 | KUCHAK, GEORGE | 25981 | $1,000,000.00* | EXHIBIT A |
| 3361 | KUCHKA, JR., HARRY | 25982 | $1,000,000.00* | EXHIBIT A |
| 3362 | KUEBLER, JAMES | 25983 | $1,000,000.00* | EXHIBIT A |
| 3363 | KUHN, DENNIS | 25984 | $1,000,000.00* | EXHIBIT A |
| 3364 | KUKLINSKI, STANLEY | 25985 | $1,000,000.00* | EXHIBIT A |
| 3365 | KULLEN, C. PETER | 25986 | $1,000,000.00* | EXHIBIT A |
| 3366 | KUNZ, RONALD | 25987 | $1,000,000.00* | EXHIBIT A |
| 3367 | KUPFERSCHMIDT, FRANK | 25988 | $1,000,000.00* | EXHIBIT A |
| 3368 | KUPIEC, STEPHEN | 25989 | $1,000,000.00* | EXHIBIT A |
| 3369 | KURKER, EDWARD | 25990 | $1,000,000.00* | EXHIBIT A |
| 3370 | KURLAND, KENNETH | 25991 | $1,000,000.00* | EXHIBIT A |
| 3371 | KURR, EDWARD | 25992 | $1,000,000.00* | EXHIBIT A |
| 3372 | KURTTI, DAVID | 25993 | $1,000,000.00* | EXHIBIT A |
| 3373 | KUTA, STANLEY | 25994 | $1,000,000.00* | EXHIBIT A |
| 3374 | KUTIL, RAYMOND | 25995 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3375 | KYES, THOMAS | 25996 | $1,000,000.00* | EXHIBIT A |
| 3376 | KZENOVITZ, JOHN | 25997 | $1,000,000.00* | EXHIBIT A |
| 3377 | LA MANNA, PETER | 25998 | $1,000,000.00* | EXHIBIT A |
| 3378 | LABARGE, EDWARD | 25999 | $1,000,000.00* | EXHIBIT A |
| 3379 | LABINE, LEROY | 26000 | $1,000,000.00* | EXHIBIT A |
| 3380 | LABONNE, DANIEL | 26001 | $1,000,000.00* | EXHIBIT A |
| 3381 | LABUS, HARVEY | 26002 | $1,000,000.00* | EXHIBIT A |
| 3382 | LACEY, DAVID | 26003 | $1,000,000.00* | EXHIBIT A |
| 3383 | LACEY, GRAHAM | 26004 | $1,000,000.00* | EXHIBIT A |
| 3384 | LACHANCE, ALPH | 26006 | $1,000,000.00* | EXHIBIT A |
| 3385 | LACHANCE, ROBERT | 26005 | $1,000,000.00* | EXHIBIT A |
| 3386 | LACKAJS, ALBERT | 26007 | $1,000,000.00* | EXHIBIT A |
| 3387 | LACOUNT, RICHARD | 26008 | $1,000,000.00* | EXHIBIT A |
| 3388 | LACY, RICHARD | 26009 | $1,000,000.00* | EXHIBIT A |
| 3389 | LAFFEY, JEFFRY | 26010 | $1,000,000.00* | EXHIBIT A |
| 3390 | LAGA, THOMAS | 26011 | $1,000,000.00* | EXHIBIT A |
| 3391 | LAGRIMINI, LAWRENCE | 26012 | $1,000,000.00* | EXHIBIT A |
| 3392 | LAHTINEN, KENNETH | 26013 | $1,000,000.00* | EXHIBIT A |
| 3393 | LAINEY, JOHN | 26014 | $1,000,000.00* | EXHIBIT A |
| 3394 | LAJOIE, DONALD | 26015 | $1,000,000.00* | EXHIBIT A |
| 3395 | LAJOIE, GERARD | 26018 | $1,000,000.00* | EXHIBIT A |
| 3396 | LAJOIE, PAUL | 26017 | $1,000,000.00* | EXHIBIT A |
| 3397 | LAJOIE, RONALD | 26016 | $1,000,000.00* | EXHIBIT A |
| 3398 | LAKE, PATRICK | 26019 | $1,000,000.00* | EXHIBIT A |
| 3399 | LAKOS, JEROME | 26020 | $1,000,000.00* | EXHIBIT A |
| 3400 | LAMANNA, JOHN | 26021 | $1,000,000.00* | EXHIBIT A |
| 3401 | LAMARCHE, ROBERT | 26022 | $1,000,000.00* | EXHIBIT A |
| 3402 | LAMB, DELTON | 26024 | $1,000,000.00* | EXHIBIT A |
| 3403 | LAMB, ELTON | 26023 | $1,000,000.00* | EXHIBIT A |
| 3404 | LAMBERT, IRVIN | 26026 | $1,000,000.00* | EXHIBIT A |
| 3405 | LAMBERT, OLIVER | 26027 | $1,000,000.00* | EXHIBIT A |
| 3406 | LAMBERT, RONALD | 26025 | $1,000,000.00* | EXHIBIT A |
| 3407 | LAMBUSTA, ANTHONY | 26028 | $1,000,000.00* | EXHIBIT A |
| 3408 | LAMEIRAO, ANTONIO | 26029 | $1,000,000.00* | EXHIBIT A |
| 3409 | LAMKEN, ROBERT | 26030 | $1,000,000.00* | EXHIBIT A |
| 3410 | LAMONICA, ALBERT | 26031 | $1,000,000.00* | EXHIBIT A |
| 3411 | LAMONTE, DENNIS | 26032 | $1,000,000.00* | EXHIBIT A |
| 3412 | LAMOTHE, MARK | 26033 | $1,000,000.00* | EXHIBIT A |
| 3413 | LAMOTTE, WILLIAM J. | 26034 | $1,000,000.00* | EXHIBIT A |
| 3414 | LAMOURT, HARRY | 26035 | $1,000,000.00* | EXHIBIT A |
| 3415 | LANCASTER, MORRIS | 26096 | $1,000,000.00* | EXHIBIT A |
| 3416 | LANDERS, DANIEL | 26098 | $1,000,000.00* | EXHIBIT A |
| 3417 | LANDERS, LARRY | 26097 | $1,000,000.00* | EXHIBIT A |
| 3418 | LANDGREBE, FREDERICK | 26099 | $1,000,000.00* | EXHIBIT A |
| 3419 | LANDIS, DOUGLAS | 26100 | $1,000,000.00* | EXHIBIT A |
| 3420 | LANDRIAN, JOSE | 26101 | $1,000,000.00* | EXHIBIT A |
| 3421 | LANDRUM, ELLIS | 26102 | $1,000,000.00* | EXHIBIT A |

470006

| 3422 | LANDRY, ERNEST | 26104 | $1,000,000.00* | EXHIBIT A |
| 3423 | LANDRY, JAMES | 26105 | $1,000,000.00* | EXHIBIT A |
| 3424 | LANDRY, MAURICE | 26103 | $1,000,000.00* | EXHIBIT A |
| 3425 | LANDVATTER, DALE | 26106 | $1,000,000.00* | EXHIBIT A |
| 3426 | LANE, GORDON | 26107 | $1,000,000.00* | EXHIBIT A |
| 3427 | LANE, LAWRENCE | 26108 | $1,000,000.00* | EXHIBIT A |
| 3428 | LANG, CHARLES | 26109 | $1,000,000.00* | EXHIBIT A |
| 3429 | LANGE, PAUL | 26110 | $1,000,000.00* | EXHIBIT A |
| 3430 | LANGEN, ALTON | 26111 | $1,000,000.00* | EXHIBIT A |
| 3431 | LANGFORD, CLIFFORD | 26112 | $1,000,000.00* | EXHIBIT A |
| 3432 | LANGSTON, BILLY | 26113 | $1,000,000.00* | EXHIBIT A |
| 3433 | LANGTON, JOHN | 26114 | $1,000,000.00* | EXHIBIT A |
| 3434 | LANHAM, RAYMOND | 26115 | $1,000,000.00* | EXHIBIT A |
| 3435 | LANOIE, LUCIEN | 26116 | $1,000,000.00* | EXHIBIT A |
| 3436 | LANPHER, WENDELL | 26117 | $1,000,000.00* | EXHIBIT A |
| 3437 | LANSFORD, BILLY | 26118 | $1,000,000.00* | EXHIBIT A |
| 3438 | LANSING, DONALD | 26119 | $1,000,000.00* | EXHIBIT A |
| 3439 | LANTZ, EDWARD | 26120 | $1,000,000.00* | EXHIBIT A |
| 3440 | LANTZ, MAYNARD J | 26121 | $1,000,000.00* | EXHIBIT A |
| 3441 | LANZI, ENRICO | 26122 | $1,000,000.00* | EXHIBIT A |
| 3442 | LAPERLE, DONALD | 26123 | $1,000,000.00* | EXHIBIT A |
| 3443 | LAPIERRE, DONALD | 26124 | $1,000,000.00* | EXHIBIT A |
| 3444 | LAPLANTE, ROGER | 26125 | $1,000,000.00* | EXHIBIT A |
| 3445 | LAPLANTE, RONALD | 26126 | $1,000,000.00* | EXHIBIT A |
| 3446 | LAPOINTE, LEO | 26127 | $1,000,000.00* | EXHIBIT A |
| 3447 | LAPORTE, DAVID | 26128 | $1,000,000.00* | EXHIBIT A |
| 3448 | LARDI, GENE | 26129 | $1,000,000.00* | EXHIBIT A |
| 3449 | LARDI, HOWARD | 26130 | $1,000,000.00* | EXHIBIT A |
| 3450 | LARGE, HOMER | 26131 | $1,000,000.00* | EXHIBIT A |
| 3451 | LARINI, NEAL | 26132 | $1,000,000.00* | EXHIBIT A |
| 3452 | LARKIN, RICHARD | 26133 | $1,000,000.00* | EXHIBIT A |
| 3453 | LAROCHE, PAUL | 26134 | $1,000,000.00* | EXHIBIT A |
| 3454 | LAROCQUE, GEORGE | 26135 | $1,000,000.00* | EXHIBIT A |
| 3455 | LAROSA, NICHOLAS | 26136 | $1,000,000.00* | EXHIBIT A |
| 3456 | LARRABEE, FRANKLIN | 26137 | $1,000,000.00* | EXHIBIT A |
| 3457 | LARSEN, LEON HENRY | 26138 | $1,000,000.00* | EXHIBIT A |
| 3458 | LARSEN, WALDEMAR | 26139 | $1,000,000.00* | EXHIBIT A |
| 3459 | LARSON, BETHEL | 26142 | $1,000,000.00* | EXHIBIT A |
| 3460 | LARSON, ERWIN | 26140 | $1,000,000.00* | EXHIBIT A |
| 3461 | LARSON, GERALD | 26144 | $1,000,000.00* | EXHIBIT A |
| 3462 | LARSON, HOWARD | 26143 | $1,000,000.00* | EXHIBIT A |
| 3463 | LARSON, LENNART | 26141 | $1,000,000.00* | EXHIBIT A |
| 3464 | LASAR, ROGER | 26145 | $1,000,000.00* | EXHIBIT A |
| 3465 | LASHBROOK, FLOYD | 26146 | $1,000,000.00* | EXHIBIT A |
| 3466 | LASHLEY, RONALD | 26147 | $1,000,000.00* | EXHIBIT A |
| 3467 | LASHUA, BURTON | 26148 | $1,000,000.00* | EXHIBIT A |
| 3468 | LASSITER, JAMES | 26149 | $1,000,000.00* | EXHIBIT A |

470006

| 3469 | LASTINGER, M | 26150 | $1,000,000.00* | EXHIBIT A |
| 3470 | LASTINGER, WOODROW | 26151 | $1,000,000.00* | EXHIBIT A |
| 3471 | LATAWIEC, ROBERT | 26152 | $1,000,000.00* | EXHIBIT A |
| 3472 | LATIMER, FELIX | 26153 | $1,000,000.00* | EXHIBIT A |
| 3473 | LAUF, WILLIAM | 26154 | $1,000,000.00* | EXHIBIT A |
| 3474 | LAURENDEAU, GERARD | 26155 | $1,000,000.00* | EXHIBIT A |
| 3475 | LAUSIER, RICHARD | 26336 | $1,000,000.00* | EXHIBIT A |
| 3476 | LAVALLEE, RICHARD | 26337 | $1,000,000.00* | EXHIBIT A |
| 3477 | LAVAZZA, GEORGE | 26338 | $1,000,000.00* | EXHIBIT A |
| 3478 | LAVEZZOLI, FRANK | 26339 | $1,000,000.00* | EXHIBIT A |
| 3479 | LAVOIE, LOUIS | 26340 | $1,000,000.00* | EXHIBIT A |
| 3480 | LAW, HAROLD | 26341 | $1,000,000.00* | EXHIBIT A |
| 3481 | LAWLER, DAVID | 26342 | $1,000,000.00* | EXHIBIT A |
| 3482 | LAWRENCE, BEAMON | 26344 | $1,000,000.00* | EXHIBIT A |
| 3483 | LAWRENCE, DAVID | 26343 | $1,000,000.00* | EXHIBIT A |
| 3484 | LAWRENS, WILLIAM | 26345 | $1,000,000.00* | EXHIBIT A |
| 3485 | LAYCOCK, LARRY | 26346 | $1,000,000.00* | EXHIBIT A |
| 3486 | LAYTON, CHARLES | 26347 | $1,000,000.00* | EXHIBIT A |
| 3487 | LAZOK, JULIUS | 26348 | $1,000,000.00* | EXHIBIT A |
| 3488 | LEAB, JACKIE | 26349 | $1,000,000.00* | EXHIBIT A |
| 3489 | LEAB, KENNETH | 26350 | $1,000,000.00* | EXHIBIT A |
| 3490 | LEACH, WAYNE | 26352 | $1,000,000.00* | EXHIBIT A |
| 3491 | LEACH, WILLIAM | 26351 | $1,000,000.00* | EXHIBIT A |
| 3492 | LEAHY, ROBERT | 26353 | $1,000,000.00* | EXHIBIT A |
| 3493 | LEANDER, RONALD | 26354 | $1,000,000.00* | EXHIBIT A |
| 3494 | LEARY, DAVID | 25778 | $1,000,000.00* | EXHIBIT A |
| 3495 | LEARY, EDWARD | 25775 | $1,000,000.00* | EXHIBIT A |
| 3496 | LEARY, TIMOTHY | 25777 | $1,000,000.00* | EXHIBIT A |
| 3497 | LEASE, ROGER | 25776 | $1,000,000.00* | EXHIBIT A |
| 3498 | LEATHAM, ZANE (DECEASED) | 25779 | $1,000,000.00* | EXHIBIT A |
| 3499 | LEATHERWOOD, CHARLES WAYNE | 25780 | $1,000,000.00* | EXHIBIT A |
| 3500 | LEBARRE, EDWARD | 25781 | $1,000,000.00* | EXHIBIT A |
| 3501 | LEBET, ROBERT | 25782 | $1,000,000.00* | EXHIBIT A |
| 3502 | LEBLANC, ALBERT | 25783 | $1,000,000.00* | EXHIBIT A |
| 3503 | LEBLANC, CAMILLE | 25784 | $1,000,000.00* | EXHIBIT A |
| 3504 | LEBLANC, DENNIS | 25785 | $1,000,000.00* | EXHIBIT A |
| 3505 | LECONCHE, CHARLES | 25786 | $1,000,000.00* | EXHIBIT A |
| 3506 | LEDBETTER, CHARLES | 25787 | $1,000,000.00* | EXHIBIT A |
| 3507 | LEDUC, GEORGE | 25789 | $1,000,000.00* | EXHIBIT A |
| 3508 | LEDUC, TOM EDWARD | 25788 | $1,000,000.00* | EXHIBIT A |
| 3509 | LEE, JACK | 25793 | $1,000,000.00* | EXHIBIT A |
| 3510 | LEE, OLLIE | 25791 | $1,000,000.00* | EXHIBIT A |
| 3511 | LEE, ROBERT | 25794 | $1,000,000.00* | EXHIBIT A |
| 3512 | LEE, ROGER | 25792 | $1,000,000.00* | EXHIBIT A |
| 3513 | LEE, WILLIAM | 25790 | $1,000,000.00* | EXHIBIT A |
| 3514 | LEE, WILLIAM | 25795 | $1,000,000.00* | EXHIBIT A |
| 3515 | LEFCHAK, DANIEL | 25746 | $1,000,000.00* | EXHIBIT A |

| 3516 | LEFFLER, ELLIS | 25747 | $1,000,000.00* | EXHIBIT A |
| 3517 | LEGER, KENNETH | 25748 | $1,000,000.00* | EXHIBIT A |
| 3518 | LEGRAND, GREGORY | 25749 | $1,000,000.00* | EXHIBIT A |
| 3519 | LEHMAN, GARY | 25752 | $1,000,000.00* | EXHIBIT A |
| 3520 | LEHMAN, HOWARD | 25750 | $1,000,000.00* | EXHIBIT A |
| 3521 | LEHMAN, WILLIAM | 25751 | $1,000,000.00* | EXHIBIT A |
| 3522 | LEHNIG, ROBERT | 25753 | $1,000,000.00* | EXHIBIT A |
| 3523 | LEHR, HOWARD | 25754 | $1,000,000.00* | EXHIBIT A |
| 3524 | LEIDECKER, BILLY | 25755 | $1,000,000.00* | EXHIBIT A |
| 3525 | LEININGER, ROBERT | 25756 | $1,000,000.00* | EXHIBIT A |
| 3526 | LEITNER, ROBERT | 25757 | $1,000,000.00* | EXHIBIT A |
| 3527 | LEMANACH, JOHN | 25758 | $1,000,000.00* | EXHIBIT A |
| 3528 | LEMIEUX, ALFRED | 25760 | $1,000,000.00* | EXHIBIT A |
| 3529 | LEMIEUX, ROBERT | 25759 | $1,000,000.00* | EXHIBIT A |
| 3530 | LEMLER, MICHAEL | 25761 | $1,000,000.00* | EXHIBIT A |
| 3531 | LEMOINE, GERALD | 25762 | $1,000,000.00* | EXHIBIT A |
| 3532 | LEMONS, ARNO | 25763 | $1,000,000.00* | EXHIBIT A |
| 3533 | LENAS, STANLEY | 25764 | $1,000,000.00* | EXHIBIT A |
| 3534 | LENNON, JAMES | 25765 | $1,000,000.00* | EXHIBIT A |
| 3535 | LEONARD, JAMES | 25766 | $1,000,000.00* | EXHIBIT A |
| 3536 | LEONARD, RONALD | 25767 | $1,000,000.00* | EXHIBIT A |
| 3537 | LEONE, ALFRED | 25768 | $1,000,000.00* | EXHIBIT A |
| 3538 | LEPORE, AMERICO | 25769 | $1,000,000.00* | EXHIBIT A |
| 3539 | LEPOWSKY, CHARLES | 25770 | $1,000,000.00* | EXHIBIT A |
| 3540 | LEROY, MICHAEL | 25771 | $1,000,000.00* | EXHIBIT A |
| 3541 | LEROY, RAYMOND | 25772 | $1,000,000.00* | EXHIBIT A |
| 3542 | LESCH, ROBERT | 25773 | $1,000,000.00* | EXHIBIT A |
| 3543 | LESHO, LAWRENCE | 25774 | $1,000,000.00* | EXHIBIT A |
| 3544 | LESKO, ALBERT | 25557 | $1,000,000.00* | EXHIBIT A |
| 3545 | LESKO, JOHN | 25556 | $1,000,000.00* | EXHIBIT A |
| 3546 | LESLIE, GEORGE | 25558 | $1,000,000.00* | EXHIBIT A |
| 3547 | LESSER, JOHN | 25559 | $1,000,000.00* | EXHIBIT A |
| 3548 | LESTER, DAVID | 25560 | $1,000,000.00* | EXHIBIT A |
| 3549 | LEVESQUE, ETHAN | 25562 | $1,000,000.00* | EXHIBIT A |
| 3550 | LEVESQUE, LOUIS | 25561 | $1,000,000.00* | EXHIBIT A |
| 3551 | LEVESQUE, MICHAEL | 25563 | $1,000,000.00* | EXHIBIT A |
| 3552 | LEVIEGE, SAMUEL | 25564 | $1,000,000.00* | EXHIBIT A |
| 3553 | LEVINE, DENNIS | 25566 | $1,000,000.00* | EXHIBIT A |
| 3554 | LEVINE, MELVIN | 25565 | $1,000,000.00* | EXHIBIT A |
| 3555 | LEWANDOWSKI, PAUL | 25567 | $1,000,000.00* | EXHIBIT A |
| 3556 | LEWELLEN, JAMES | 25568 | $1,000,000.00* | EXHIBIT A |
| 3557 | LEWIN, WALTER | 25569 | $1,000,000.00* | EXHIBIT A |
| 3558 | LEWIS, CLARENCE | 25570 | $1,000,000.00* | EXHIBIT A |
| 3559 | LEWIS, CLYDE | 25573 | $1,000,000.00* | EXHIBIT A |
| 3560 | LEWIS, DANIEL | 25578 | $1,000,000.00* | EXHIBIT A |
| 3561 | LEWIS, LONNIE | 25576 | $1,000,000.00* | EXHIBIT A |
| 3562 | LEWIS, MARSHALL | 25571 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3563 | LEWIS, RICHARD | 25575 | $1,000,000.00* | EXHIBIT A |
| 3564 | LEWIS, ROBERT | 25574 | $1,000,000.00* | EXHIBIT A |
| 3565 | LEWIS, WALTER | 25572 | $1,000,000.00* | EXHIBIT A |
| 3566 | LEWIS, WILLIAM | 25577 | $1,000,000.00* | EXHIBIT A |
| 3567 | LEWITZKE, GREGORY | 25579 | $1,000,000.00* | EXHIBIT A |
| 3568 | LEWKOWICZ, STANLEY | 25580 | $1,000,000.00* | EXHIBIT A |
| 3569 | LEZON, JOSEPH | 25581 | $1,000,000.00* | EXHIBIT A |
| 3570 | LIBBY, ALBERT | 25582 | $1,000,000.00* | EXHIBIT A |
| 3571 | LIBURDI, FILIPPO | 25583 | $1,000,000.00* | EXHIBIT A |
| 3572 | LICCIARDI, TIMOTHY | 25584 | $1,000,000.00* | EXHIBIT A |
| 3573 | LIEBEL, JOSEPH | 25585 | $1,000,000.00* | EXHIBIT A |
| 3574 | LIEN, CHARLES | 25586 | $1,000,000.00* | EXHIBIT A |
| 3575 | LIEVI, PETER | 25587 | $1,000,000.00* | EXHIBIT A |
| 3576 | LIGHT, RUSSELL | 25588 | $1,000,000.00* | EXHIBIT A |
| 3577 | LIGHTFOOT, CLARENCE | 25589 | $1,000,000.00* | EXHIBIT A |
| 3578 | LIGNAR, JOHN | 25590 | $1,000,000.00* | EXHIBIT A |
| 3579 | LIMARDO, SAUL | 25591 | $1,000,000.00* | EXHIBIT A |
| 3580 | LIND, PETER | 25592 | $1,000,000.00* | EXHIBIT A |
| 3581 | LINDE, FRANK | 25593 | $1,000,000.00* | EXHIBIT A |
| 3582 | LINDHOLM, LENSE | 25594 | $1,000,000.00* | EXHIBIT A |
| 3583 | LINDSAY, JAMES | 25597 | $1,000,000.00* | EXHIBIT A |
| 3584 | LINDSAY, RICHARD | 25595 | $1,000,000.00* | EXHIBIT A |
| 3585 | LINDSAY, RICHARD | 25596 | $1,000,000.00* | EXHIBIT A |
| 3586 | LINDSEY, BENJAMIN | 25598 | $1,000,000.00* | EXHIBIT A |
| 3587 | LINDSEY, TERRY | 25599 | $1,000,000.00* | EXHIBIT A |
| 3588 | LINGO, JOHN | 25600 | $1,000,000.00* | EXHIBIT A |
| 3589 | LINK, JOSEPH | 25601 | $1,000,000.00* | EXHIBIT A |
| 3590 | LINKER, DONALD | 25602 | $1,000,000.00* | EXHIBIT A |
| 3591 | LIONE, PAUL | 25603 | $1,000,000.00* | EXHIBIT A |
| 3592 | LIPINSKI, DANIEL | 25604 | $1,000,000.00* | EXHIBIT A |
| 3593 | LIPKA, ANTHONY | 25605 | $1,000,000.00* | EXHIBIT A |
| 3594 | LIPORACE, ALFRED | 25606 | $1,000,000.00* | EXHIBIT A |
| 3595 | LIPTAK, ANDREW | 25607 | $1,000,000.00* | EXHIBIT A |
| 3596 | LISOWSKI, JOHN | 25608 | $1,000,000.00* | EXHIBIT A |
| 3597 | LITIERE, VICTOR | 25609 | $1,000,000.00* | EXHIBIT A |
| 3598 | LITTLE, JAMES | 25610 | $1,000,000.00* | EXHIBIT A |
| 3599 | LITTLEFIELD, JERRY | 25612 | $1,000,000.00* | EXHIBIT A |
| 3600 | LITTLEFIELD, JOHN | 25611 | $1,000,000.00* | EXHIBIT A |
| 3601 | LITTLEFIELD, RAYMOND | 25613 | $1,000,000.00* | EXHIBIT A |
| 3602 | LITTLETON, ROBERT | 25614 | $1,000,000.00* | EXHIBIT A |
| 3603 | LIVERY, JOHN | 25615 | $1,000,000.00* | EXHIBIT A |
| 3604 | LIVIDOTI, JOHN | 25736 | $1,000,000.00* | EXHIBIT A |
| 3605 | LIVIERI, HENRY | 25737 | $1,000,000.00* | EXHIBIT A |
| 3606 | LIVIERI, RICHARD | 25738 | $1,000,000.00* | EXHIBIT A |
| 3607 | LIVINGSTON, RANDY | 25739 | $1,000,000.00* | EXHIBIT A |
| 3608 | LJONGQUIST, HALVARD | 25740 | $1,000,000.00* | EXHIBIT A |
| 3609 | LLANES, MIGUEL | 25741 | $1,000,000.00* | EXHIBIT A |

| 3610 | LLOYD, EDDIE | 25743 | $1,000,000.00* | EXHIBIT A |
|------|--------------|-------|----------------|-----------|
| 3611 | LLOYD, ROBERT | 25742 | $1,000,000.00* | EXHIBIT A |
| 3612 | LOCHENOUR, BERNARD | 25744 | $1,000,000.00* | EXHIBIT A |
| 3613 | LOCKARD, TOMMY | 25745 | $1,000,000.00* | EXHIBIT A |
| 3614 | LOCKENVITZ, HARRY | 25716 | $1,000,000.00* | EXHIBIT A |
| 3615 | LOCKRIDGE, WILLIAM | 25717 | $1,000,000.00* | EXHIBIT A |
| 3616 | LOEPP, JACK | 25718 | $1,000,000.00* | EXHIBIT A |
| 3617 | LOFLEY, JOSEPH | 25719 | $1,000,000.00* | EXHIBIT A |
| 3618 | LOGAN, ITHAMAR | 25720 | $1,000,000.00* | EXHIBIT A |
| 3619 | LOGGINS, GEORGE | 25721 | $1,000,000.00* | EXHIBIT A |
| 3620 | LOGGINS, JERRY | 25722 | $1,000,000.00* | EXHIBIT A |
| 3621 | LOGUE, RUDOLPH | 25723 | $1,000,000.00* | EXHIBIT A |
| 3622 | LOGUIDICE, THOMAS | 25724 | $1,000,000.00* | EXHIBIT A |
| 3623 | LOHR, HAROLD | 25725 | $1,000,000.00* | EXHIBIT A |
| 3624 | LOMBARDI, CHRISTOPHER | 25726 | $1,000,000.00* | EXHIBIT A |
| 3625 | LOMBARDO, LEO | 25727 | $1,000,000.00* | EXHIBIT A |
| 3626 | LOMUPO, DAVID | 25728 | $1,000,000.00* | EXHIBIT A |
| 3627 | LONARDO, MICHAEL | 25729 | $1,000,000.00* | EXHIBIT A |
| 3628 | LONARDO, MICHAEL | 25730 | $1,000,000.00* | EXHIBIT A |
| 3629 | LONDON, RICHARD | 25731 | $1,000,000.00* | EXHIBIT A |
| 3630 | LONG, JOSEPH | 25733 | $1,000,000.00* | EXHIBIT A |
| 3631 | LONG, WARREN | 25734 | $1,000,000.00* | EXHIBIT A |
| 3632 | LONG, WESLEY | 25732 | $1,000,000.00* | EXHIBIT A |
| 3633 | LONGHI, LAWRENCE | 25735 | $1,000,000.00* | EXHIBIT A |
| 3634 | LONGLEY, GEORGE | 25896 | $1,000,000.00* | EXHIBIT A |
| 3635 | LONGONI, JOHN | 25897 | $1,000,000.00* | EXHIBIT A |
| 3636 | LONKOSKI, JAMES | 25898 | $1,000,000.00* | EXHIBIT A |
| 3637 | LOOMIS, JOSEPH | 25856 | $1,000,000.00* | EXHIBIT A |
| 3638 | LOPATKA, RICHARD | 25857 | $1,000,000.00* | EXHIBIT A |
| 3639 | LOPEZ, GEORGE | 25858 | $1,000,000.00* | EXHIBIT A |
| 3640 | LOPEZ, JUAN | 25859 | $1,000,000.00* | EXHIBIT A |
| 3641 | LOPRIORE, PETER | 25860 | $1,000,000.00* | EXHIBIT A |
| 3642 | LORBACH, STEPHEN | 25861 | $1,000,000.00* | EXHIBIT A |
| 3643 | LORD, KEITH | 25864 | $1,000,000.00* | EXHIBIT A |
| 3644 | LORD, RICHARD | 25862 | $1,000,000.00* | EXHIBIT A |
| 3645 | LORD, RICHARD | 25863 | $1,000,000.00* | EXHIBIT A |
| 3646 | LORE, HOWARD | 25865 | $1,000,000.00* | EXHIBIT A |
| 3647 | LORENZ, MARK | 25866 | $1,000,000.00* | EXHIBIT A |
| 3648 | LORENZ, RUDOLPH | 25867 | $1,000,000.00* | EXHIBIT A |
| 3649 | LORINO, GERALD JOHN | 25868 | $1,000,000.00* | EXHIBIT A |
| 3650 | LORKIEWICZ, FRANK | 25869 | $1,000,000.00* | EXHIBIT A |
| 3651 | LOTT, JOHN | 25870 | $1,000,000.00* | EXHIBIT A |
| 3652 | LOVE, DONALD | 25871 | $1,000,000.00* | EXHIBIT A |
| 3653 | LOVE, ROBERT | 25872 | $1,000,000.00* | EXHIBIT A |
| 3654 | LOVELACE, CHAD | 25874 | $1,000,000.00* | EXHIBIT A |
| 3655 | LOVELACE, HERBERT | 25875 | $1,000,000.00* | EXHIBIT A |
| 3656 | LOVELACE, JAMES | 25873 | $1,000,000.00* | EXHIBIT A |

| 3657 | LOVELESS, WILLIAM | 25876 | $1,000,000.00* | EXHIBIT A |
| 3658 | LOVELLO, LEONARD | 25877 | $1,000,000.00* | EXHIBIT A |
| 3659 | LOVELY, PAUL | 25878 | $1,000,000.00* | EXHIBIT A |
| 3660 | LOVETT, CLYDE | 25879 | $1,000,000.00* | EXHIBIT A |
| 3661 | LOW, ROY | 25316 | $1,000,000.00* | EXHIBIT A |
| 3662 | LOWE, CLAYTON (DECEASED) | 25676 | $1,000,000.00* | EXHIBIT A |
| 3663 | LOWE, KENNETH | 25880 | $1,000,000.00* | EXHIBIT A |
| 3664 | LOWE, LAWRENCE | 25881 | $1,000,000.00* | EXHIBIT A |
| 3665 | LOWERS, CLAYTON | 25677 | $1,000,000.00* | EXHIBIT A |
| 3666 | LOWERY, JIMMY | 25678 | $1,000,000.00* | EXHIBIT A |
| 3667 | LOWMAN, CHARLES | 25679 | $1,000,000.00* | EXHIBIT A |
| 3668 | LOWNDES, BRIAN | 25680 | $1,000,000.00* | EXHIBIT A |
| 3669 | LUCAS, JACK ALLISON | 25681 | $1,000,000.00* | EXHIBIT A |
| 3670 | LUCAS, MURL | 25682 | $1,000,000.00* | EXHIBIT A |
| 3671 | LUCENTE, ANTHONY | 25683 | $1,000,000.00* | EXHIBIT A |
| 3672 | LUCHTENBURG, JACOB | 25684 | $1,000,000.00* | EXHIBIT A |
| 3673 | LUDICK, GEORGE | 25685 | $1,000,000.00* | EXHIBIT A |
| 3674 | LUDIN, RICHARD | 25686 | $1,000,000.00* | EXHIBIT A |
| 3675 | LUGO, PEDRO | 25687 | $1,000,000.00* | EXHIBIT A |
| 3676 | LUISA, DOMINIC | 25688 | $1,000,000.00* | EXHIBIT A |
| 3677 | LUIZZI, FRANK | 25689 | $1,000,000.00* | EXHIBIT A |
| 3678 | LUKANC, FRED | 25691 | $1,000,000.00* | EXHIBIT A |
| 3679 | LUKANC, RAYMOND | 25690 | $1,000,000.00* | EXHIBIT A |
| 3680 | LUKASIK, RICHARD | 25692 | $1,000,000.00* | EXHIBIT A |
| 3681 | LUKASZEWICZ, JOHN | 25693 | $1,000,000.00* | EXHIBIT A |
| 3682 | LUMPKIN, CLOYCE | 25694 | $1,000,000.00* | EXHIBIT A |
| 3683 | LUNCSFORD, WALTER | 25695 | $1,000,000.00* | EXHIBIT A |
| 3684 | LUND, CONRAD | 25696 | $1,000,000.00* | EXHIBIT A |
| 3685 | LUNDBERG, JON | 25697 | $1,000,000.00* | EXHIBIT A |
| 3686 | LUNN, GREGG | 25698 | $1,000,000.00* | EXHIBIT A |
| 3687 | LUOMA, MARVIN | 25699 | $1,000,000.00* | EXHIBIT A |
| 3688 | LUONGO, LAWRENCE | 25700 | $1,000,000.00* | EXHIBIT A |
| 3689 | LUPARELL, VINCENT | 25706 | $1,000,000.00* | EXHIBIT A |
| 3690 | LUPINACCI, GEORGE | 25707 | $1,000,000.00* | EXHIBIT A |
| 3691 | LUPRIORE, LEONARD | 25708 | $1,000,000.00* | EXHIBIT A |
| 3692 | LUSIETTO, JAMES | 25709 | $1,000,000.00* | EXHIBIT A |
| 3693 | LUSK, TERRENCE | 25710 | $1,000,000.00* | EXHIBIT A |
| 3694 | LUTGENS, DAVID | 25711 | $1,000,000.00* | EXHIBIT A |
| 3695 | LUTHER, HAROLD | 25712 | $1,000,000.00* | EXHIBIT A |
| 3696 | LUZIETTI, RUDOLPH | 25713 | $1,000,000.00* | EXHIBIT A |
| 3697 | LYDECKER, EDWARD | 25714 | $1,000,000.00* | EXHIBIT A |
| 3698 | LYDEN, STEPHEN | 25715 | $1,000,000.00* | EXHIBIT A |
| 3699 | LYDON, JAMES | 25883 | $1,000,000.00* | EXHIBIT A |
| 3700 | LYDON, THOMAS | 25884 | $1,000,000.00* | EXHIBIT A |
| 3701 | LYDON, WILLIAM | 25882 | $1,000,000.00* | EXHIBIT A |
| 3702 | LYKINS, DAVID | 25885 | $1,000,000.00* | EXHIBIT A |
| 3703 | LYLES, BRUCE | 25886 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 3704 | LYMAN, GILBERT | 25887 | $1,000,000.00* | EXHIBIT A |
| 3705 | LYNCH, JAMES | 25892 | $1,000,000.00* | EXHIBIT A |
| 3706 | LYNCH, PAUL | 25890 | $1,000,000.00* | EXHIBIT A |
| 3707 | LYNCH, RALPH | 25891 | $1,000,000.00* | EXHIBIT A |
| 3708 | LYNCH, SAMUEL | 25889 | $1,000,000.00* | EXHIBIT A |
| 3709 | LYNCH, THOMAS | 25888 | $1,000,000.00* | EXHIBIT A |
| 3710 | LYNCH, THOMAS | 25893 | $1,000,000.00* | EXHIBIT A |
| 3711 | LYNN, HORTRIDGE | 25894 | $1,000,000.00* | EXHIBIT A |
| 3712 | LYON, DAWSON | 25895 | $1,000,000.00* | EXHIBIT A |
| 3713 | MAAS, GILBERT | 25899 | $1,000,000.00* | EXHIBIT A |
| 3714 | MACARTHUR, ALBERT | 25900 | $1,000,000.00* | EXHIBIT A |
| 3715 | MACAULAY, RUSSELL | 25901 | $1,000,000.00* | EXHIBIT A |
| 3716 | MACDONALD, BRUCE | 25903 | $1,000,000.00* | EXHIBIT A |
| 3717 | MACDONALD, DANIEL | 25907 | $1,000,000.00* | EXHIBIT A |
| 3718 | MACDONALD, JOHN | 25902 | $1,000,000.00* | EXHIBIT A |
| 3719 | MACDONALD, JOHN | 25904 | $1,000,000.00* | EXHIBIT A |
| 3720 | MACDONALD, JOHN | 25906 | $1,000,000.00* | EXHIBIT A |
| 3721 | MACDONALD, RODNEY | 25905 | $1,000,000.00* | EXHIBIT A |
| 3722 | MACEIKO, FRANK | 25908 | $1,000,000.00* | EXHIBIT A |
| 3723 | MACEYUNAS, JAMES | 25909 | $1,000,000.00* | EXHIBIT A |
| 3724 | MACFARLANE, ALEX | 25910 | $1,000,000.00* | EXHIBIT A |
| 3725 | MACHAK, GREGORY | 25911 | $1,000,000.00* | EXHIBIT A |
| 3726 | MACHNIK, JOSEPH | 25912 | $1,000,000.00* | EXHIBIT A |
| 3727 | MACHOL, DONALD | 25913 | $1,000,000.00* | EXHIBIT A |
| 3728 | MACIVER, BURTON (DECEASED) | 25914 | $1,000,000.00* | EXHIBIT A |
| 3729 | MACK, JAMES | 25915 | $1,000,000.00* | EXHIBIT A |
| 3730 | MACKAY, ALLAN | 26036 | $1,000,000.00* | EXHIBIT A |
| 3731 | MACKAY, CHESTER | 26037 | $1,000,000.00* | EXHIBIT A |
| 3732 | MACKENZIE, DONALD | 26038 | $1,000,000.00* | EXHIBIT A |
| 3733 | MACLEAY, ROBERT | 26039 | $1,000,000.00* | EXHIBIT A |
| 3734 | MACUSTY, PAUL | 26040 | $1,000,000.00* | EXHIBIT A |
| 3735 | MADDALENI, JOHN | 26041 | $1,000,000.00* | EXHIBIT A |
| 3736 | MADDEN, LARRY | 26042 | $1,000,000.00* | EXHIBIT A |
| 3737 | MADDEN, MARVIN | 26043 | $1,000,000.00* | EXHIBIT A |
| 3738 | MADDON, VINCENT | 26044 | $1,000,000.00* | EXHIBIT A |
| 3739 | MADDOX, IRA | 26045 | $1,000,000.00* | EXHIBIT A |
| 3740 | MADER, LLOYD | 26046 | $1,000,000.00* | EXHIBIT A |
| 3741 | MADIGAN, THOMAS | 26047 | $1,000,000.00* | EXHIBIT A |
| 3742 | MADONIS, ANGELO | 26048 | $1,000,000.00* | EXHIBIT A |
| 3743 | MADORE, LUCIEN | 26049 | $1,000,000.00* | EXHIBIT A |
| 3744 | MADORSKY, MARK | 26050 | $1,000,000.00* | EXHIBIT A |
| 3745 | MADUSKUIE, THOMAS | 26051 | $1,000,000.00* | EXHIBIT A |
| 3746 | MAGARIAN, HIGHE | 26052 | $1,000,000.00* | EXHIBIT A |
| 3747 | MAGER, RICHARD | 26053 | $1,000,000.00* | EXHIBIT A |
| 3748 | MAGUIRE, HENRY | 26055 | $1,000,000.00* | EXHIBIT A |
| 3749 | MAGUIRE, JOSEPH | 26054 | $1,000,000.00* | EXHIBIT A |
| 3750 | MAGUIRE, JOSEPH | 26056 | $1,000,000.00* | EXHIBIT A |

| 3751 | MAGUIRE, JOSEPH | 26057 | $1,000,000.00* | EXHIBIT A |
| 3752 | MAHAN, JAMES | 26058 | $1,000,000.00* | EXHIBIT A |
| 3753 | MAHAN, JOHN | 26059 | $1,000,000.00* | EXHIBIT A |
| 3754 | MAHEUX, RICHARD | 26060 | $1,000,000.00* | EXHIBIT A |
| 3755 | MAHON, VINCENT | 26061 | $1,000,000.00* | EXHIBIT A |
| 3756 | MAHR, STEPHEN | 26062 | $1,000,000.00* | EXHIBIT A |
| 3757 | MAIDA, RAYMOND | 26063 | $1,000,000.00* | EXHIBIT A |
| 3758 | MAILLOUX, OSCAR | 26064 | $1,000,000.00* | EXHIBIT A |
| 3759 | MAKI, RUDOLPH | 26065 | $1,000,000.00* | EXHIBIT A |
| 3760 | MALAGRIFA, ALBERT | 26066 | $1,000,000.00* | EXHIBIT A |
| 3761 | MALANGONE, GUISEPPE | 26067 | $1,000,000.00* | EXHIBIT A |
| 3762 | MALANOWSKI, LEON | 26068 | $1,000,000.00* | EXHIBIT A |
| 3763 | MALBON, GEORGE | 26069 | $1,000,000.00* | EXHIBIT A |
| 3764 | MALEK, ADAM | 26070 | $1,000,000.00* | EXHIBIT A |
| 3765 | MALEY, PHIL | 26071 | $1,000,000.00* | EXHIBIT A |
| 3766 | MALIA, GEORGE | 26072 | $1,000,000.00* | EXHIBIT A |
| 3767 | MALINCHAK, THEODORE | 26073 | $1,000,000.00* | EXHIBIT A |
| 3768 | MALLARD, JAMES | 26074 | $1,000,000.00* | EXHIBIT A |
| 3769 | MALLETT, FRANCIS | 26075 | $1,000,000.00* | EXHIBIT A |
| 3770 | MALLETTE, CORNELIUS | 26076 | $1,000,000.00* | EXHIBIT A |
| 3771 | MALLOY, JOHN | 26077 | $1,000,000.00* | EXHIBIT A |
| 3772 | MALON, JOSEPH | 26078 | $1,000,000.00* | EXHIBIT A |
| 3773 | MALONE, ARTHUR | 26081 | $1,000,000.00* | EXHIBIT A |
| 3774 | MALONE, CLYDE | 26083 | $1,000,000.00* | EXHIBIT A |
| 3775 | MALONE, GARY MILTON | 26082 | $1,000,000.00* | EXHIBIT A |
| 3776 | MALONE, THOMAS | 26080 | $1,000,000.00* | EXHIBIT A |
| 3777 | MALONE, WILLIAM | 26079 | $1,000,000.00* | EXHIBIT A |
| 3778 | MALOY, JAMES | 26084 | $1,000,000.00* | EXHIBIT A |
| 3779 | MALPHRUS, RUDOLPH | 26085 | $1,000,000.00* | EXHIBIT A |
| 3780 | MANCUSO, PAUL | 26086 | $1,000,000.00* | EXHIBIT A |
| 3781 | MANDARO, JOHN | 26087 | $1,000,000.00* | EXHIBIT A |
| 3782 | MANDERANO, JOHN | 26088 | $1,000,000.00* | EXHIBIT A |
| 3783 | MANDILE, SALVATORE | 26089 | $1,000,000.00* | EXHIBIT A |
| 3784 | MANGEL, RALPH | 26090 | $1,000,000.00* | EXHIBIT A |
| 3785 | MANGIAFICO, RONALD | 26091 | $1,000,000.00* | EXHIBIT A |
| 3786 | MANGOLD, WILLIAM | 26092 | $1,000,000.00* | EXHIBIT A |
| 3787 | MANKE, GERALD | 26093 | $1,000,000.00* | EXHIBIT A |
| 3788 | MANLY, JON | 26094 | $1,000,000.00* | EXHIBIT A |
| 3789 | MANN, HORACE | 26216 | $1,000,000.00* | EXHIBIT A |
| 3790 | MANN, ROY | 26095 | $1,000,000.00* | EXHIBIT A |
| 3791 | MANNING, DONALD | 26219 | $1,000,000.00* | EXHIBIT A |
| 3792 | MANNING, ROBERT | 26217 | $1,000,000.00* | EXHIBIT A |
| 3793 | MANNING, THOMAS | 26218 | $1,000,000.00* | EXHIBIT A |
| 3794 | MANOOGIAN, ARCHIE | 26220 | $1,000,000.00* | EXHIBIT A |
| 3795 | MANOOGIAN, HAIG | 26221 | $1,000,000.00* | EXHIBIT A |
| 3796 | MANSON , DONALD | 26222 | $1,000,000.00* | EXHIBIT A |
| 3797 | MANTIA, FRANK | 26223 | $1,000,000.00* | EXHIBIT A |

| 3798 | MANTOVANI, EUGENE | 26224 | $1,000,000.00* | EXHIBIT A |
| 3799 | MANUZZI, VITO | 26225 | $1,000,000.00* | EXHIBIT A |
| 3800 | MANZO, RICHARD | 26226 | $1,000,000.00* | EXHIBIT A |
| 3801 | MAPES, GEORGE | 26227 | $1,000,000.00* | EXHIBIT A |
| 3802 | MAPES, THOMAS | 26228 | $1,000,000.00* | EXHIBIT A |
| 3803 | MARANDOLA, KENNETH | 26229 | $1,000,000.00* | EXHIBIT A |
| 3804 | MARANTO, LAWRENCE | 26230 | $1,000,000.00* | EXHIBIT A |
| 3805 | MARCH, OTTO | 26231 | $1,000,000.00* | EXHIBIT A |
| 3806 | MARCHESE, JOSEPH | 26232 | $1,000,000.00* | EXHIBIT A |
| 3807 | MARCONI, FRANK | 26233 | $1,000,000.00* | EXHIBIT A |
| 3808 | MARCOULIER, ROLAND | 26234 | $1,000,000.00* | EXHIBIT A |
| 3809 | MARD, GREGORY | 26235 | $1,000,000.00* | EXHIBIT A |
| 3810 | MARENBURG, LEONARD | 26236 | $1,000,000.00* | EXHIBIT A |
| 3811 | MARGERELLI, ANTHONY | 26237 | $1,000,000.00* | EXHIBIT A |
| 3812 | MARHAK, MARTIN | 26238 | $1,000,000.00* | EXHIBIT A |
| 3813 | MARIAGE, JACK | 26239 | $1,000,000.00* | EXHIBIT A |
| 3814 | MARIANI, CHARLES | 26240 | $1,000,000.00* | EXHIBIT A |
| 3815 | MARIN, ARMANDO | 26241 | $1,000,000.00* | EXHIBIT A |
| 3816 | MARINILLI, ETTORE | 26242 | $1,000,000.00* | EXHIBIT A |
| 3817 | MARINO, JOSEPH | 26244 | $1,000,000.00* | EXHIBIT A |
| 3818 | MARINO, PHILIP | 26243 | $1,000,000.00* | EXHIBIT A |
| 3819 | MARINUZZI, JOHN | 26245 | $1,000,000.00* | EXHIBIT A |
| 3820 | MARK, JOHN | 26246 | $1,000,000.00* | EXHIBIT A |
| 3821 | MARKHAM, ALLEN | 26248 | $1,000,000.00* | EXHIBIT A |
| 3822 | MARKHAM, CHARLES | 26247 | $1,000,000.00* | EXHIBIT A |
| 3823 | MARKS, JAMES | 26250 | $1,000,000.00* | EXHIBIT A |
| 3824 | MARKS, WALTER | 26249 | $1,000,000.00* | EXHIBIT A |
| 3825 | MARMAI, MARIO | 26251 | $1,000,000.00* | EXHIBIT A |
| 3826 | MARQUETTE, LARRY | 26252 | $1,000,000.00* | EXHIBIT A |
| 3827 | MARQUIS, ROBERT | 26253 | $1,000,000.00* | EXHIBIT A |
| 3828 | MARR, JOHN | 26254 | $1,000,000.00* | EXHIBIT A |
| 3829 | MARRUJO, REJINO | 26255 | $1,000,000.00* | EXHIBIT A |
| 3830 | MARSHALL, CALVIN | 26258 | $1,000,000.00* | EXHIBIT A |
| 3831 | MARSHALL, DONALD | 26259 | $1,000,000.00* | EXHIBIT A |
| 3832 | MARSHALL, DONALD | 26260 | $1,000,000.00* | EXHIBIT A |
| 3833 | MARSHALL, EDWARD | 26257 | $1,000,000.00* | EXHIBIT A |
| 3834 | MARSHALL, EDWARD | 26261 | $1,000,000.00* | EXHIBIT A |
| 3835 | MARSHALL, GEORGE | 26256 | $1,000,000.00* | EXHIBIT A |
| 3836 | MARSHALL, JOHN | 26262 | $1,000,000.00* | EXHIBIT A |
| 3837 | MARTEL, GERARD | 26265 | $1,000,000.00* | EXHIBIT A |
| 3838 | MARTEL, LOUIS | 26263 | $1,000,000.00* | EXHIBIT A |
| 3839 | MARTEL, VICTOR | 26264 | $1,000,000.00* | EXHIBIT A |
| 3840 | MARTIN, ARTHUR | 26268 | $1,000,000.00* | EXHIBIT A |
| 3841 | MARTIN, EDWARD | 26267 | $1,000,000.00* | EXHIBIT A |
| 3842 | MARTIN, GARY | 26401 | $1,000,000.00* | EXHIBIT A |
| 3843 | MARTIN, GERALD | 26266 | $1,000,000.00* | EXHIBIT A |
| 3844 | MARTIN, GLENN | 26402 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 3845 | MARTIN, J. | 26404 | $1,000,000.00* | EXHIBIT A |
| 3846 | MARTIN, JAMES | 26273 | $1,000,000.00* | EXHIBIT A |
| 3847 | MARTIN, JOSEPH | 26398 | $1,000,000.00* | EXHIBIT A |
| 3848 | MARTIN, JOSEPH | 26403 | $1,000,000.00* | EXHIBIT A |
| 3849 | MARTIN, LEE | 26269 | $1,000,000.00* | EXHIBIT A |
| 3850 | MARTIN, LESTER | 26274 | $1,000,000.00* | EXHIBIT A |
| 3851 | MARTIN, OTIS | 26400 | $1,000,000.00* | EXHIBIT A |
| 3852 | MARTIN, RICHARD | 26397 | $1,000,000.00* | EXHIBIT A |
| 3853 | MARTIN, ROBERT | 26399 | $1,000,000.00* | EXHIBIT A |
| 3854 | MARTIN, SAMUEL | 26271 | $1,000,000.00* | EXHIBIT A |
| 3855 | MARTIN, VERNON | 26396 | $1,000,000.00* | EXHIBIT A |
| 3856 | MARTIN, WILLIAM | 26270 | $1,000,000.00* | EXHIBIT A |
| 3857 | MARTIN, WILLIAM | 26272 | $1,000,000.00* | EXHIBIT A |
| 3858 | MARTIN, WILLIAM | 26275 | $1,000,000.00* | EXHIBIT A |
| 3859 | MARTINE, DENNIS | 26405 | $1,000,000.00* | EXHIBIT A |
| 3860 | MARTINEAU, LEON | 26406 | $1,000,000.00* | EXHIBIT A |
| 3861 | MARTINELLI, CHARLES | 26407 | $1,000,000.00* | EXHIBIT A |
| 3862 | MARTINEZ, BILL | 26409 | $1,000,000.00* | EXHIBIT A |
| 3863 | MARTINEZ, FRANCIS | 26408 | $1,000,000.00* | EXHIBIT A |
| 3864 | MARTINEZ, PRUDENCIO | 26410 | $1,000,000.00* | EXHIBIT A |
| 3865 | MARTINEZ, RAYMOND | 26411 | $1,000,000.00* | EXHIBIT A |
| 3866 | MARTINO, LEWIS | 26412 | $1,000,000.00* | EXHIBIT A |
| 3867 | MARTYN, ROBERT | 26413 | $1,000,000.00* | EXHIBIT A |
| 3868 | MARTZ, RICHARD | 26414 | $1,000,000.00* | EXHIBIT A |
| 3869 | MASCOLA, GEORGE | 26415 | $1,000,000.00* | EXHIBIT A |
| 3870 | MASEK, PAUL | 26416 | $1,000,000.00* | EXHIBIT A |
| 3871 | MASHBURN, HENRY | 26417 | $1,000,000.00* | EXHIBIT A |
| 3872 | MASKELL, HOWARD | 26418 | $1,000,000.00* | EXHIBIT A |
| 3873 | MASON, DONALD | 26420 | $1,000,000.00* | EXHIBIT A |
| 3874 | MASON, HAROLD | 26419 | $1,000,000.00* | EXHIBIT A |
| 3875 | MASON, LARRY | 26421 | $1,000,000.00* | EXHIBIT A |
| 3876 | MASON, WAYLAND | 26422 | $1,000,000.00* | EXHIBIT A |
| 3877 | MASSEY, CHESTER | 26423 | $1,000,000.00* | EXHIBIT A |
| 3878 | MASTERS, WILLIAM | 26424 | $1,000,000.00* | EXHIBIT A |
| 3879 | MASTROGIOVANNI, PETER | 26425 | $1,000,000.00* | EXHIBIT A |
| 3880 | MASTROPASQUA, FRANK | 26426 | $1,000,000.00* | EXHIBIT A |
| 3881 | MASTRUSERIO, CHARLES | 26427 | $1,000,000.00* | EXHIBIT A |
| 3882 | MASTRUSERIO, MICHAEL | 26428 | $1,000,000.00* | EXHIBIT A |
| 3883 | MASUCCI, JOSEPH | 26429 | $1,000,000.00* | EXHIBIT A |
| 3884 | MATARELLI, SILVIO | 26430 | $1,000,000.00* | EXHIBIT A |
| 3885 | MATCHETT, WILLIAM | 26431 | $1,000,000.00* | EXHIBIT A |
| 3886 | MATERIA, STEPHEN | 26432 | $1,000,000.00* | EXHIBIT A |
| 3887 | MATHERS, BRONSON | 26433 | $1,000,000.00* | EXHIBIT A |
| 3888 | MATHERS, CHARLES | 26434 | $1,000,000.00* | EXHIBIT A |
| 3889 | MATHES, KENNETH | 26435 | $1,000,000.00* | EXHIBIT A |
| 3890 | MATHEWS, RICHARD | 26436 | $1,000,000.00* | EXHIBIT A |
| 3891 | MATHEWS, RIDDLEY | 26438 | $1,000,000.00* | EXHIBIT A |

| 3892 | MATHEWS, RONNIE | 26439 | $1,000,000.00* | EXHIBIT A |
|------|-----------------|-------|----------------|-----------|
| 3893 | MATHEWS, ROY | 26437 | $1,000,000.00* | EXHIBIT A |
| 3894 | MATHIEU, DAVID | 26440 | $1,000,000.00* | EXHIBIT A |
| 3895 | MATHIS, ANDREW | 26442 | $1,000,000.00* | EXHIBIT A |
| 3896 | MATHIS, JULIUS | 26441 | $1,000,000.00* | EXHIBIT A |
| 3897 | MATOUSEK, ELMER | 26443 | $1,000,000.00* | EXHIBIT A |
| 3898 | MATTHEWS, JAMES | 26445 | $1,000,000.00* | EXHIBIT A |
| 3899 | MATTHEWS, LOUIE | 26446 | $1,000,000.00* | EXHIBIT A |
| 3900 | MATTHEWS, RAEWYNN | 26447 | $1,000,000.00* | EXHIBIT A |
| 3901 | MATTHEWS, RALPH | 26444 | $1,000,000.00* | EXHIBIT A |
| 3902 | MATTONE, JOHN | 26448 | $1,000,000.00* | EXHIBIT A |
| 3903 | MATURO, RONALD | 26449 | $1,000,000.00* | EXHIBIT A |
| 3904 | MAUK, CHARLES | 26450 | $1,000,000.00* | EXHIBIT A |
| 3905 | MAURER, BARRY | 26452 | $1,000,000.00* | EXHIBIT A |
| 3906 | MAURER, WILLIAM | 26451 | $1,000,000.00* | EXHIBIT A |
| 3907 | MAURITSON, LIONEL | 26453 | $1,000,000.00* | EXHIBIT A |
| 3908 | MAURITZ, RICHARD | 26454 | $1,000,000.00* | EXHIBIT A |
| 3909 | MAXWELL, MAGGIE | 26455 | $1,000,000.00* | EXHIBIT A |
| 3910 | MAY, FORREST | 26637 | $1,000,000.00* | EXHIBIT A |
| 3911 | MAY, GORDON | 26638 | $1,000,000.00* | EXHIBIT A |
| 3912 | MAY, RUSSELL | 26636 | $1,000,000.00* | EXHIBIT A |
| 3913 | MAYES, MICHAEL | 26639 | $1,000,000.00* | EXHIBIT A |
| 3914 | MAYNARD, ALEX | 26642 | $1,000,000.00* | EXHIBIT A |
| 3915 | MAYNARD, DALLAS | 26641 | $1,000,000.00* | EXHIBIT A |
| 3916 | MAYNARD, JAMES | 26643 | $1,000,000.00* | EXHIBIT A |
| 3917 | MAYNARD, OSCAR | 26640 | $1,000,000.00* | EXHIBIT A |
| 3918 | MAYNARD, SAM | 26644 | $1,000,000.00* | EXHIBIT A |
| 3919 | MAZAK, STEVE | 26645 | $1,000,000.00* | EXHIBIT A |
| 3920 | MAZLACK, SAMUEL | 26646 | $1,000,000.00* | EXHIBIT A |
| 3921 | MAZZA, DANIEL | 26647 | $1,000,000.00* | EXHIBIT A |
| 3922 | MAZZARELLA, JOSEPH | 26648 | $1,000,000.00* | EXHIBIT A |
| 3923 | MAZZINI, JOSEPH | 26649 | $1,000,000.00* | EXHIBIT A |
| 3924 | MAZZO, JOSEPH | 26650 | $1,000,000.00* | EXHIBIT A |
| 3925 | MCAFEE, JAY | 26652 | $1,000,000.00* | EXHIBIT A |
| 3926 | MCAFEE, ROBERT | 26651 | $1,000,000.00* | EXHIBIT A |
| 3927 | MCALISTER, ROGER | 26653 | $1,000,000.00* | EXHIBIT A |
| 3928 | MCANDREWS, RICHARD | 26654 | $1,000,000.00* | EXHIBIT A |
| 3929 | MCATEER, JOHN | 26655 | $1,000,000.00* | EXHIBIT A |
| 3930 | MCAULEY, EDWARD | 26656 | $1,000,000.00* | EXHIBIT A |
| 3931 | MCBREARTY, JOHN | 26657 | $1,000,000.00* | EXHIBIT A |
| 3932 | MCBRIDE, FRANCIS | 26658 | $1,000,000.00* | EXHIBIT A |
| 3933 | MCBRIDE, FRANK | 26659 | $1,000,000.00* | EXHIBIT A |
| 3934 | MCBRIDE, VERNON | 26660 | $1,000,000.00* | EXHIBIT A |
| 3935 | MCBROOM, C. WILLIAM | 26661 | $1,000,000.00* | EXHIBIT A |
| 3936 | MCBYRNE, JOSEPH | 26662 | $1,000,000.00* | EXHIBIT A |
| 3937 | MCCABE, STEPHEN | 26663 | $1,000,000.00* | EXHIBIT A |
| 3938 | MCCAFFREY, ALLEN | 26664 | $1,000,000.00* | EXHIBIT A |

| 3939 | MCCAIG, JAMES | 26665 | $1,000,000.00* | EXHIBIT A |
| 3940 | MCCALL, JAMES | 26666 | $1,000,000.00* | EXHIBIT A |
| 3941 | MCCANN, ROBERT | 26924 | $1,000,000.00* | EXHIBIT A |
| 3942 | MCCANN, WALTER | 26925 | $1,000,000.00* | EXHIBIT A |
| 3943 | MCCARLEY, JERRY | 26926 | $1,000,000.00* | EXHIBIT A |
| 3944 | MCCARTHY, GEORGE | 26927 | $1,000,000.00* | EXHIBIT A |
| 3945 | MCCARTHY, GERALD | 26930 | $1,000,000.00* | EXHIBIT A |
| 3946 | MCCARTHY, GERALD | 26933 | $1,000,000.00* | EXHIBIT A |
| 3947 | MCCARTHY, JOHN | 26929 | $1,000,000.00* | EXHIBIT A |
| 3948 | MCCARTHY, MICHAEL | 26932 | $1,000,000.00* | EXHIBIT A |
| 3949 | MCCARTHY, PATRICK | 26928 | $1,000,000.00* | EXHIBIT A |
| 3950 | MCCARTHY, WILLIAM | 26931 | $1,000,000.00* | EXHIBIT A |
| 3951 | MCCAULEY, JAMES | 26934 | $1,000,000.00* | EXHIBIT A |
| 3952 | MCCLAIN, JOHN | 26935 | $1,000,000.00* | EXHIBIT A |
| 3953 | MCCLENDON, CHARLES | 27026 | $1,000,000.00* | EXHIBIT A |
| 3954 | MCCLINTOCK, HAYDEN | 27027 | $1,000,000.00* | EXHIBIT A |
| 3955 | MCCLOSKEY, ERNEST | 27028 | $1,000,000.00* | EXHIBIT A |
| 3956 | MCCLURE, ARTHUR | 27029 | $1,000,000.00* | EXHIBIT A |
| 3957 | MCCLURE, HUGH | 27030 | $1,000,000.00* | EXHIBIT A |
| 3958 | MCCOLGAN, CHARLES | 27031 | $1,000,000.00* | EXHIBIT A |
| 3959 | MCCOMBS, ISAAC | 27032 | $1,000,000.00* | EXHIBIT A |
| 3960 | MCCONACHIE, RODNEY GEORGE | 27033 | $1,000,000.00* | EXHIBIT A |
| 3961 | MCCONNELL, CHRISTOPHER | 27035 | $1,000,000.00* | EXHIBIT A |
| 3962 | MCCONNELL, FRANCIS | 27034 | $1,000,000.00* | EXHIBIT A |
| 3963 | MCCONNELL, GERALD | 27038 | $1,000,000.00* | EXHIBIT A |
| 3964 | MCCONNELL, SAMUEL | 27036 | $1,000,000.00* | EXHIBIT A |
| 3965 | MCCONNELL, WILLIAM | 27037 | $1,000,000.00* | EXHIBIT A |
| 3966 | MCCORMACK, WILLIAM | 27039 | $1,000,000.00* | EXHIBIT A |
| 3967 | MCCORMICK, JOHN | 27041 | $1,000,000.00* | EXHIBIT A |
| 3968 | MCCORMICK, WILLIAM | 27040 | $1,000,000.00* | EXHIBIT A |
| 3969 | MCCOTTER, DOUGLAS | 27042 | $1,000,000.00* | EXHIBIT A |
| 3970 | MCCOY, FORREST | 27044 | $1,000,000.00* | EXHIBIT A |
| 3971 | MCCOY, JOHN | 27043 | $1,000,000.00* | EXHIBIT A |
| 3972 | MCCOY, LEO | 27045 | $1,000,000.00* | EXHIBIT A |
| 3973 | MCCULLOUGH, DONALD | 27046 | $1,000,000.00* | EXHIBIT A |
| 3974 | MCCULLOUGH, WESLEY | 27047 | $1,000,000.00* | EXHIBIT A |
| 3975 | MCCULLOUGH, WOODROW | 27048 | $1,000,000.00* | EXHIBIT A |
| 3976 | MCCURDY, CLYDE | 27049 | $1,000,000.00* | EXHIBIT A |
| 3977 | MCCURRY, DOUGLAS | 27051 | $1,000,000.00* | EXHIBIT A |
| 3978 | MCCURRY, JOSEPH | 27050 | $1,000,000.00* | EXHIBIT A |
| 3979 | MCCUTCHEON, ROBERT | 27052 | $1,000,000.00* | EXHIBIT A |
| 3980 | MCDANIEL, COLVIN | 27054 | $1,000,000.00* | EXHIBIT A |
| 3981 | MCDANIEL, JOHNNIE | 27053 | $1,000,000.00* | EXHIBIT A |
| 3982 | MCDONALD, GAROLD | 27055 | $1,000,000.00* | EXHIBIT A |
| 3983 | MCDONALD, GENE | 27306 | $1,000,000.00* | EXHIBIT A |
| 3984 | MCDONALD, JAMES | 27308 | $1,000,000.00* | EXHIBIT A |
| 3985 | MCDONALD, PAUL | 27310 | $1,000,000.00* | EXHIBIT A |

| 3986 | MCDONALD, ROBERT | 27307 | $1,000,000.00* | EXHIBIT A |
| 3987 | MCDONALD, WILLIAM | 27309 | $1,000,000.00* | EXHIBIT A |
| 3988 | MCDONNELL, BERNARD | 27311 | $1,000,000.00* | EXHIBIT A |
| 3989 | MCDONNELL, JOSEPH | 27312 | $1,000,000.00* | EXHIBIT A |
| 3990 | MCDUFFIE, LOUIE | 27313 | $1,000,000.00* | EXHIBIT A |
| 3991 | MCEACHERN, JAMES | 27314 | $1,000,000.00* | EXHIBIT A |
| 3992 | MCELMURRAY, ARTHUR | 27315 | $1,000,000.00* | EXHIBIT A |
| 3993 | MCENTIRE, CARROLL | 27316 | $1,000,000.00* | EXHIBIT A |
| 3994 | MCFADIN, JAMES | 27317 | $1,000,000.00* | EXHIBIT A |
| 3995 | MCFATE, ELDON | 27319 | $1,000,000.00* | EXHIBIT A |
| 3996 | MCFATE, HOWARD JOHN | 27318 | $1,000,000.00* | EXHIBIT A |
| 3997 | MCGAFFIGAN, BERNARD | 27320 | $1,000,000.00* | EXHIBIT A |
| 3998 | MCGANN, ROBERT | 27321 | $1,000,000.00* | EXHIBIT A |
| 3999 | MCGARVEY, MICHAEL | 27322 | $1,000,000.00* | EXHIBIT A |
| 4000 | MCGEE, BUD | 27325 | $1,000,000.00* | EXHIBIT A |
| 4001 | MCGEE, JERRY | 27324 | $1,000,000.00* | EXHIBIT A |
| 4002 | MCGEE, JOHN | 27326 | $1,000,000.00* | EXHIBIT A |
| 4003 | MCGEE, MACK | 27323 | $1,000,000.00* | EXHIBIT A |
| 4004 | MCGEEHAN, JAMES | 27327 | $1,000,000.00* | EXHIBIT A |
| 4005 | MCGHEE, RAY | 27328 | $1,000,000.00* | EXHIBIT A |
| 4006 | MCGILLICUDDY, EDWARD | 27330 | $1,000,000.00* | EXHIBIT A |
| 4007 | MCGILLICUDDY, GERALD | 27329 | $1,000,000.00* | EXHIBIT A |
| 4008 | MCGINNESS, JOHN | 27331 | $1,000,000.00* | EXHIBIT A |
| 4009 | MCGINNIS, THOMAS | 27332 | $1,000,000.00* | EXHIBIT A |
| 4010 | MCGINNIS, THOMAS | 27333 | $1,000,000.00* | EXHIBIT A |
| 4011 | MCGINTY, JACK | 27335 | $1,000,000.00* | EXHIBIT A |
| 4012 | MCGINTY, PATRICK | 27334 | $1,000,000.00* | EXHIBIT A |
| 4013 | MCGLAME, JOHN | 27337 | $1,000,000.00* | EXHIBIT A |
| 4014 | MCGLAME, ROBERT | 27336 | $1,000,000.00* | EXHIBIT A |
| 4015 | MCGONNELL, JOHN | 27338 | $1,000,000.00* | EXHIBIT A |
| 4016 | MCGOWAN, DANIEL | 27339 | $1,000,000.00* | EXHIBIT A |
| 4017 | MCGRATH, EDWARD | 27468 | $1,000,000.00* | EXHIBIT A |
| 4018 | MCGRATH, WILLIAM | 27469 | $1,000,000.00* | EXHIBIT A |
| 4019 | MCGRAW, BUFORD | 27471 | $1,000,000.00* | EXHIBIT A |
| 4020 | MCGRAW, PAUL | 27470 | $1,000,000.00* | EXHIBIT A |
| 4021 | MCGUINNESS, JOHN | 27472 | $1,000,000.00* | EXHIBIT A |
| 4022 | MCGUIRE, DAVID | 27476 | $1,000,000.00* | EXHIBIT A |
| 4023 | MCGUIRE, EDWARD | 27473 | $1,000,000.00* | EXHIBIT A |
| 4024 | MCGUIRE, HUGH | 27475 | $1,000,000.00* | EXHIBIT A |
| 4025 | MCGUIRE, J. | 27477 | $1,000,000.00* | EXHIBIT A |
| 4026 | MCGUIRE, JOHN | 27474 | $1,000,000.00* | EXHIBIT A |
| 4027 | MCGUIRK, ALBERT | 27478 | $1,000,000.00* | EXHIBIT A |
| 4028 | MCHALE, JAMES | 27479 | $1,000,000.00* | EXHIBIT A |
| 4029 | MCHUGH, JOHN | 27480 | $1,000,000.00* | EXHIBIT A |
| 4030 | MCINERNEY, JAMES | 27481 | $1,000,000.00* | EXHIBIT A |
| 4031 | MCINTOSH, RICHARD | 27482 | $1,000,000.00* | EXHIBIT A |
| 4032 | MCINTYRE, DANIEL | 27483 | $1,000,000.00* | EXHIBIT A |

| 4033 | MCINTYRE, DONALD | 27484 | $1,000,000.00* | EXHIBIT A |
|------|------------------|-------|----------------|-----------|
| 4034 | MCKAY, JOHN | 27485 | $1,000,000.00* | EXHIBIT A |
| 4035 | MCKENNA, FARRELL | 27486 | $1,000,000.00* | EXHIBIT A |
| 4036 | MCKENNA, JAMES | 27488 | $1,000,000.00* | EXHIBIT A |
| 4037 | MCKENNA, JOHN | 27487 | $1,000,000.00* | EXHIBIT A |
| 4038 | MCKENNEY, GEORGE | 27489 | $1,000,000.00* | EXHIBIT A |
| 4039 | MCKENNEY, RICHARD | 27490 | $1,000,000.00* | EXHIBIT A |
| 4040 | MCKENZIE, JAMES | 27491 | $1,000,000.00* | EXHIBIT A |
| 4041 | MCKIBBEN, ERALD | 27492 | $1,000,000.00* | EXHIBIT A |
| 4042 | MCKILLICAN, BYRON | 27493 | $1,000,000.00* | EXHIBIT A |
| 4043 | MCKINLEY, OBEDIAH | 27494 | $1,000,000.00* | EXHIBIT A |
| 4044 | MCKINNEY, WILBURN | 27495 | $1,000,000.00* | EXHIBIT A |
| 4045 | MCKINNON, GEORGE | 27496 | $1,000,000.00* | EXHIBIT A |
| 4046 | MCKINNON, JOHN | 27497 | $1,000,000.00* | EXHIBIT A |
| 4047 | MCKNIGHT, THOMAS | 27498 | $1,000,000.00* | EXHIBIT A |
| 4048 | MCLANE, DANIEL (DECEASED) | 27499 | $1,000,000.00* | EXHIBIT A |
| 4049 | MCLAUCHLIN, DON | 27606 | $1,000,000.00* | EXHIBIT A |
| 4050 | MCLAUGHLIN, DAVID | 27607 | $1,000,000.00* | EXHIBIT A |
| 4051 | MCLEAN, JAMES | 27608 | $1,000,000.00* | EXHIBIT A |
| 4052 | MCLEAN, RALPH | 27609 | $1,000,000.00* | EXHIBIT A |
| 4053 | MCLEOD, MALCOLM | 27610 | $1,000,000.00* | EXHIBIT A |
| 4054 | MCLOUD, RUSSEL | 27611 | $1,000,000.00* | EXHIBIT A |
| 4055 | MCMAHON, ALLAN | 27613 | $1,000,000.00* | EXHIBIT A |
| 4056 | MCMAHON, FRANCIS | 27615 | $1,000,000.00* | EXHIBIT A |
| 4057 | MCMAHON, KENNETH | 27612 | $1,000,000.00* | EXHIBIT A |
| 4058 | MCMAHON, ROY | 27614 | $1,000,000.00* | EXHIBIT A |
| 4059 | MCMANUS, EDWARD | 27616 | $1,000,000.00* | EXHIBIT A |
| 4060 | MCMONIGAL, GEORGE | 27617 | $1,000,000.00* | EXHIBIT A |
| 4061 | MCMORROW, JAMES | 27618 | $1,000,000.00* | EXHIBIT A |
| 4062 | MCMULLEN, LEE | 27620 | $1,000,000.00* | EXHIBIT A |
| 4063 | MCMULLEN, RAYMOND | 27619 | $1,000,000.00* | EXHIBIT A |
| 4064 | MCNEES, HOMER | 27621 | $1,000,000.00* | EXHIBIT A |
| 4065 | MCNEIL, ROBERT | 27622 | $1,000,000.00* | EXHIBIT A |
| 4066 | MCNEILL, KENNETH | 27623 | $1,000,000.00* | EXHIBIT A |
| 4067 | MCNIEL, CHARLIE | 27624 | $1,000,000.00* | EXHIBIT A |
| 4068 | MCNULTY, PATRICK | 27625 | $1,000,000.00* | EXHIBIT A |
| 4069 | MCPARTLAN, JAMES | 27626 | $1,000,000.00* | EXHIBIT A |
| 4070 | MCPECK, GEORGE | 27627 | $1,000,000.00* | EXHIBIT A |
| 4071 | MCPHAIL, CHARLES | 27628 | $1,000,000.00* | EXHIBIT A |
| 4072 | MCPHAIL, JOHN | 27629 | $1,000,000.00* | EXHIBIT A |
| 4073 | MCQUILLAN, ROBERT | 27630 | $1,000,000.00* | EXHIBIT A |
| 4074 | MCQUOID, SAMUEL | 27631 | $1,000,000.00* | EXHIBIT A |
| 4075 | MCSHEA, FRANCIS | 27632 | $1,000,000.00* | EXHIBIT A |
| 4076 | MCTAGUE, JOHN | 27633 | $1,000,000.00* | EXHIBIT A |
| 4077 | MCVEY, JOHN | 27634 | $1,000,000.00* | EXHIBIT A |
| 4078 | MCVEY, LARRY | 27635 | $1,000,000.00* | EXHIBIT A |
| 4079 | MCWILLIAMS, JOHN | 27636 | $1,000,000.00* | EXHIBIT A |

| 4080 | MEADE, JAMES | 27637 | $1,000,000.00* | EXHIBIT A |
| 4081 | MEADE, WILLIAM | 27638 | $1,000,000.00* | EXHIBIT A |
| 4082 | MEADO, JESS | 27639 | $1,000,000.00* | EXHIBIT A |
| 4083 | MEARDY, WILLIAM | 27640 | $1,000,000.00* | EXHIBIT A |
| 4084 | MEDEIROS, RICHARD | 27641 | $1,000,000.00* | EXHIBIT A |
| 4085 | MEEKS, BILLY | 27642 | $1,000,000.00* | EXHIBIT A |
| 4086 | MEESE, TED (DECEASED) | 27643 | $1,000,000.00* | EXHIBIT A |
| 4087 | MEHLE, OWEN | 27644 | $1,000,000.00* | EXHIBIT A |
| 4088 | MEHLTRETTER, ROBERT | 27645 | $1,000,000.00* | EXHIBIT A |
| 4089 | MEHREN, PETER | 27646 | $1,000,000.00* | EXHIBIT A |
| 4090 | MEINTANIS, DEMETRIOS | 27647 | $1,000,000.00* | EXHIBIT A |
| 4091 | MEISSNER, ARTHUR | 27648 | $1,000,000.00* | EXHIBIT A |
| 4092 | MELANDER, FRED | 27649 | $1,000,000.00* | EXHIBIT A |
| 4093 | MELCHERT, DWAYNE | 27650 | $1,000,000.00* | EXHIBIT A |
| 4094 | MELDOFF, MIKE | 27651 | $1,000,000.00* | EXHIBIT A |
| 4095 | MELE, FRANCIS | 27653 | $1,000,000.00* | EXHIBIT A |
| 4096 | MELE, V. WILLIAM | 27652 | $1,000,000.00* | EXHIBIT A |
| 4097 | MELESKY, CLIFFORD | 27654 | $1,000,000.00* | EXHIBIT A |
| 4098 | MELFI, LOUIS | 27745 | $1,000,000.00* | EXHIBIT A |
| 4099 | MELL, LEROY | 27655 | $1,000,000.00* | EXHIBIT A |
| 4100 | MELLEN, VERNON | 27656 | $1,000,000.00* | EXHIBIT A |
| 4101 | MELLO, ANTONE | 27657 | $1,000,000.00* | EXHIBIT A |
| 4102 | MELTON, JOSEPH | 27658 | $1,000,000.00* | EXHIBIT A |
| 4103 | MELVIN, JOSEPH | 27659 | $1,000,000.00* | EXHIBIT A |
| 4104 | MENCHION, ALEX | 27660 | $1,000,000.00* | EXHIBIT A |
| 4105 | MENCK, MAURICE | 28029 | $1,000,000.00* | EXHIBIT A |
| 4106 | MENDEL, ROBERT | 28030 | $1,000,000.00* | EXHIBIT A |
| 4107 | MENDOZA, JAMES | 28031 | $1,000,000.00* | EXHIBIT A |
| 4108 | MENGHE, LOUIS | 28032 | $1,000,000.00* | EXHIBIT A |
| 4109 | MENNELLA, ANTONIO | 28033 | $1,000,000.00* | EXHIBIT A |
| 4110 | MERATH, MILTON | 28034 | $1,000,000.00* | EXHIBIT A |
| 4111 | MERCADO, BONIFACE | 28035 | $1,000,000.00* | EXHIBIT A |
| 4112 | MERCER, DENNIS | 28037 | $1,000,000.00* | EXHIBIT A |
| 4113 | MERCER, RONALD | 28036 | $1,000,000.00* | EXHIBIT A |
| 4114 | MERCIER, GERARD | 28038 | $1,000,000.00* | EXHIBIT A |
| 4115 | MEREDITH, RAY | 28039 | $1,000,000.00* | EXHIBIT A |
| 4116 | MEREDITH, WILLIAM | 28040 | $1,000,000.00* | EXHIBIT A |
| 4117 | MERRIMAN, DONALD | 28041 | $1,000,000.00* | EXHIBIT A |
| 4118 | MERRITT, CLARENCE | 28043 | $1,000,000.00* | EXHIBIT A |
| 4119 | MERRITT, JIMMIE | 28044 | $1,000,000.00* | EXHIBIT A |
| 4120 | MERRITT, JOHN | 28042 | $1,000,000.00* | EXHIBIT A |
| 4121 | MERZ, WILLIAM | 28045 | $1,000,000.00* | EXHIBIT A |
| 4122 | MESALE, JOSEPH | 28046 | $1,000,000.00* | EXHIBIT A |
| 4123 | MESSER, WALLACE | 28047 | $1,000,000.00* | EXHIBIT A |
| 4124 | METCALF, GRADY | 28048 | $1,000,000.00* | EXHIBIT A |
| 4125 | METZLER, ROLLIN | 28049 | $1,000,000.00* | EXHIBIT A |
| 4126 | MEUNIER, ROGER | 28050 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 4127 | MEURER, DONALD | 28051 | $1,000,000.00* | EXHIBIT A |
| 4128 | MEYER, HOWARD | 28052 | $1,000,000.00* | EXHIBIT A |
| 4129 | MEYER, RONALD | 28053 | $1,000,000.00* | EXHIBIT A |
| 4130 | MEYERS, ERIC | 28054 | $1,000,000.00* | EXHIBIT A |
| 4131 | MICCOLY, ROBERT | 28055 | $1,000,000.00* | EXHIBIT A |
| 4132 | MICHAEL, JOHN | 28056 | $1,000,000.00* | EXHIBIT A |
| 4133 | MICHAEL, ROY | 28057 | $1,000,000.00* | EXHIBIT A |
| 4134 | MICHALSKI, JOHN | 28058 | $1,000,000.00* | EXHIBIT A |
| 4135 | MICHAUD, JAMES | 28059 | $1,000,000.00* | EXHIBIT A |
| 4136 | MICHEL, MICHAEL | 28060 | $1,000,000.00* | EXHIBIT A |
| 4137 | MICKEY, JOSEPH | 28061 | $1,000,000.00* | EXHIBIT A |
| 4138 | MICKLE, MICHAEL | 28062 | $1,000,000.00* | EXHIBIT A |
| 4139 | MIDGETT, ROBERT | 28063 | $1,000,000.00* | EXHIBIT A |
| 4140 | MIELE, RAYMOND | 28064 | $1,000,000.00* | EXHIBIT A |
| 4141 | MIHLBAUER, ALBERT | 28065 | $1,000,000.00* | EXHIBIT A |
| 4142 | MIKOLAJEK, WILLIAM | 28066 | $1,000,000.00* | EXHIBIT A |
| 4143 | MILANAIK, JOSEPH | 28067 | $1,000,000.00* | EXHIBIT A |
| 4144 | MILANO, CLEO | 28068 | $1,000,000.00* | EXHIBIT A |
| 4145 | MILARDO, CARMELO | 28069 | $1,000,000.00* | EXHIBIT A |
| 4146 | MILENDER, JOHN | 28070 | $1,000,000.00* | EXHIBIT A |
| 4147 | MILES, FRANK | 28072 | $1,000,000.00* | EXHIBIT A |
| 4148 | MILES, RANDAL | 28071 | $1,000,000.00* | EXHIBIT A |
| 4149 | MILEY, GORDON | 28073 | $1,000,000.00* | EXHIBIT A |
| 4150 | MILLER, ALAN | 28332 | $1,000,000.00* | EXHIBIT A |
| 4151 | MILLER, ALFRED | 28342 | $1,000,000.00* | EXHIBIT A |
| 4152 | MILLER, BRYCE | 28346 | $1,000,000.00* | EXHIBIT A |
| 4153 | MILLER, CYRUS | 28348 | $1,000,000.00* | EXHIBIT A |
| 4154 | MILLER, DAVID | 28325 | $1,000,000.00* | EXHIBIT A |
| 4155 | MILLER, DAVID | 28333 | $1,000,000.00* | EXHIBIT A |
| 4156 | MILLER, DELOR | 28336 | $1,000,000.00* | EXHIBIT A |
| 4157 | MILLER, DENNIS | 28074 | $1,000,000.00* | EXHIBIT A |
| 4158 | MILLER, DONALD | 28330 | $1,000,000.00* | EXHIBIT A |
| 4159 | MILLER, DONALD | 28349 | $1,000,000.00* | EXHIBIT A |
| 4160 | MILLER, EDDIE | 28322 | $1,000,000.00* | EXHIBIT A |
| 4161 | MILLER, GEORGE | 28344 | $1,000,000.00* | EXHIBIT A |
| 4162 | MILLER, GERALD | 28329 | $1,000,000.00* | EXHIBIT A |
| 4163 | MILLER, HARMON | 28338 | $1,000,000.00* | EXHIBIT A |
| 4164 | MILLER, HUGH | 28324 | $1,000,000.00* | EXHIBIT A |
| 4165 | MILLER, HUGH | 28331 | $1,000,000.00* | EXHIBIT A |
| 4166 | MILLER, JAMES | 28334 | $1,000,000.00* | EXHIBIT A |
| 4167 | MILLER, JAMES | 28345 | $1,000,000.00* | EXHIBIT A |
| 4168 | MILLER, JEWELL | 28337 | $1,000,000.00* | EXHIBIT A |
| 4169 | MILLER, JOHN | 28328 | $1,000,000.00* | EXHIBIT A |
| 4170 | MILLER, JOSEPH | 28335 | $1,000,000.00* | EXHIBIT A |
| 4171 | MILLER, MICHAEL | 28327 | $1,000,000.00* | EXHIBIT A |
| 4172 | MILLER, PAUL | 28340 | $1,000,000.00* | EXHIBIT A |
| 4173 | MILLER, RICHARD | 28339 | $1,000,000.00* | EXHIBIT A |

| 4174 | MILLER, RONALD | 28341 | $1,000,000.00* | EXHIBIT A |
| 4175 | MILLER, ROY | 28347 | $1,000,000.00* | EXHIBIT A |
| 4176 | MILLER, RUDOLPH | 28326 | $1,000,000.00* | EXHIBIT A |
| 4177 | MILLER, SHERMAN | 28075 | $1,000,000.00* | EXHIBIT A |
| 4178 | MILLER, STEVEN | 28343 | $1,000,000.00* | EXHIBIT A |
| 4179 | MILLER, WILLIE | 28323 | $1,000,000.00* | EXHIBIT A |
| 4180 | MILLEY, JAMES | 28350 | $1,000,000.00* | EXHIBIT A |
| 4181 | MILLIGAN, JOHNNIE | 28351 | $1,000,000.00* | EXHIBIT A |
| 4182 | MILLS, JAMES | 28352 | $1,000,000.00* | EXHIBIT A |
| 4183 | MILLSTEIN, HARRY | 28353 | $1,000,000.00* | EXHIBIT A |
| 4184 | MILTON, FREDERICK | 28354 | $1,000,000.00* | EXHIBIT A |
| 4185 | MILUS, KENNETH | 28355 | $1,000,000.00* | EXHIBIT A |
| 4186 | MIMBS, HERDRON | 28356 | $1,000,000.00* | EXHIBIT A |
| 4187 | MINOTTI, ALDO | 28357 | $1,000,000.00* | EXHIBIT A |
| 4188 | MINTON, ROY | 28358 | $1,000,000.00* | EXHIBIT A |
| 4189 | MIOZZI, RAMON | 28359 | $1,000,000.00* | EXHIBIT A |
| 4190 | MIRTO, ALBERT | 28360 | $1,000,000.00* | EXHIBIT A |
| 4191 | MISILO, THADDEUS | 28361 | $1,000,000.00* | EXHIBIT A |
| 4192 | MISKOWIEC, PAUL | 28362 | $1,000,000.00* | EXHIBIT A |
| 4193 | MISTILIEN, MILLER | 28363 | $1,000,000.00* | EXHIBIT A |
| 4194 | MITCHELL, DAN | 25916 | $1,000,000.00* | EXHIBIT A |
| 4195 | MITCHELL, EDWARD | 28367 | $1,000,000.00* | EXHIBIT A |
| 4196 | MITCHELL, JERRY | 28368 | $1,000,000.00* | EXHIBIT A |
| 4197 | MITCHELL, JOSEPH | 28364 | $1,000,000.00* | EXHIBIT A |
| 4198 | MITCHELL, LEON | 28365 | $1,000,000.00* | EXHIBIT A |
| 4199 | MITCHELL, LLOYD | 28370 | $1,000,000.00* | EXHIBIT A |
| 4200 | MITCHELL, RAYMOND | 28366 | $1,000,000.00* | EXHIBIT A |
| 4201 | MITCHELL, WILEY | 28369 | $1,000,000.00* | EXHIBIT A |
| 4202 | MITCHELTREE, GARTH | 25917 | $1,000,000.00* | EXHIBIT A |
| 4203 | MITROOK, RICHARD | 25918 | $1,000,000.00* | EXHIBIT A |
| 4204 | MITSAKOS, WILLIAM | 25919 | $1,000,000.00* | EXHIBIT A |
| 4205 | MIXON, BROWARD | 25922 | $1,000,000.00* | EXHIBIT A |
| 4206 | MIXON, JAMES | 25921 | $1,000,000.00* | EXHIBIT A |
| 4207 | MIXON, MARVIN | 25920 | $1,000,000.00* | EXHIBIT A |
| 4208 | MIXSON, JAMES | 25923 | $1,000,000.00* | EXHIBIT A |
| 4209 | MIZE, FRANK | 25924 | $1,000,000.00* | EXHIBIT A |
| 4210 | MLADEK, RAYMOND | 25925 | $1,000,000.00* | EXHIBIT A |
| 4211 | MOATS, WILLIE | 25926 | $1,000,000.00* | EXHIBIT A |
| 4212 | MOBERG, CLIFTON | 25927 | $1,000,000.00* | EXHIBIT A |
| 4213 | MOBERLY, WALDO | 25928 | $1,000,000.00* | EXHIBIT A |
| 4214 | MOCCALDI, LOUIS | 25929 | $1,000,000.00* | EXHIBIT A |
| 4215 | MOE, LELAND | 25930 | $1,000,000.00* | EXHIBIT A |
| 4216 | MOELLER, KENNETH | 25931 | $1,000,000.00* | EXHIBIT A |
| 4217 | MOERSCH, FRANK | 25932 | $1,000,000.00* | EXHIBIT A |
| 4218 | MOHL, EWALD | 25933 | $1,000,000.00* | EXHIBIT A |
| 4219 | MOHR, HAROLD | 25934 | $1,000,000.00* | EXHIBIT A |
| 4220 | MOLESKE, PETER | 25935 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 4221 | MOLINA, WAYNE | 25936 | $1,000,000.00* | EXHIBIT A |
| 4222 | MOLINARI, ANTHONY | 25938 | $1,000,000.00* | EXHIBIT A |
| 4223 | MOLINARI, DONATO | 25937 | $1,000,000.00* | EXHIBIT A |
| 4224 | MOLINO, JAMES | 25939 | $1,000,000.00* | EXHIBIT A |
| 4225 | MOLL, ARMOND | 25940 | $1,000,000.00* | EXHIBIT A |
| 4226 | MOLLIVER, JERRY | 25941 | $1,000,000.00* | EXHIBIT A |
| 4227 | MOLLOY, MICHAEL | 25942 | $1,000,000.00* | EXHIBIT A |
| 4228 | MOLNAR, EUGENE | 25943 | $1,000,000.00* | EXHIBIT A |
| 4229 | MOLT, LOWELL | 25944 | $1,000,000.00* | EXHIBIT A |
| 4230 | MONAGHAN, FRANK | 25945 | $1,000,000.00* | EXHIBIT A |
| 4231 | MONAHAN, CHARLES | 25946 | $1,000,000.00* | EXHIBIT A |
| 4232 | MONAHAN, PHILIP | 25947 | $1,000,000.00* | EXHIBIT A |
| 4233 | MONEY, JAMES | 25948 | $1,000,000.00* | EXHIBIT A |
| 4234 | MONEYHUN, CHAMP | 25949 | $1,000,000.00* | EXHIBIT A |
| 4235 | MONIZ, JOSEPH | 25950 | $1,000,000.00* | EXHIBIT A |
| 4236 | MONIZ, RONALD | 25951 | $1,000,000.00* | EXHIBIT A |
| 4237 | MONSHINE, LEONARD | 25952 | $1,000,000.00* | EXHIBIT A |
| 4238 | MONTAGINO, ANTHONY | 25953 | $1,000,000.00* | EXHIBIT A |
| 4239 | MONTEIRO, ALFRED | 25954 | $1,000,000.00* | EXHIBIT A |
| 4240 | MONTGOMERY, MARVIN | 25955 | $1,000,000.00* | EXHIBIT A |
| 4241 | MONTMINY, PAUL | 25956 | $1,000,000.00* | EXHIBIT A |
| 4242 | MOODY, IRA | 25957 | $1,000,000.00* | EXHIBIT A |
| 4243 | MOODY, ROBERT | 25958 | $1,000,000.00* | EXHIBIT A |
| 4244 | MOOLICK, MICHAEL | 25959 | $1,000,000.00* | EXHIBIT A |
| 4245 | MOON, THOMAS | 25960 | $1,000,000.00* | EXHIBIT A |
| 4246 | MOONEY, ALBERT | 25961 | $1,000,000.00* | EXHIBIT A |
| 4247 | MOONEY, COURTNEY | 25963 | $1,000,000.00* | EXHIBIT A |
| 4248 | MOONEY, JOHN | 25964 | $1,000,000.00* | EXHIBIT A |
| 4249 | MOONEY, WILLIAM | 25962 | $1,000,000.00* | EXHIBIT A |
| 4250 | MOORE, ALFRED | 25968 | $1,000,000.00* | EXHIBIT A |
| 4251 | MOORE, FRED | 25973 | $1,000,000.00* | EXHIBIT A |
| 4252 | MOORE, GERALD | 25972 | $1,000,000.00* | EXHIBIT A |
| 4253 | MOORE, HARRY | 25974 | $1,000,000.00* | EXHIBIT A |
| 4254 | MOORE, HOSEA | 25971 | $1,000,000.00* | EXHIBIT A |
| 4255 | MOORE, JACK | 25970 | $1,000,000.00* | EXHIBIT A |
| 4256 | MOORE, JAMES | 26159 | $1,000,000.00* | EXHIBIT A |
| 4257 | MOORE, JAMES | 26160 | $1,000,000.00* | EXHIBIT A |
| 4258 | MOORE, KENNETH | 25965 | $1,000,000.00* | EXHIBIT A |
| 4259 | MOORE, LAUREN | 25967 | $1,000,000.00* | EXHIBIT A |
| 4260 | MOORE, LEBARRON | 26158 | $1,000,000.00* | EXHIBIT A |
| 4261 | MOORE, RALPH | 26156 | $1,000,000.00* | EXHIBIT A |
| 4262 | MOORE, REX | 26161 | $1,000,000.00* | EXHIBIT A |
| 4263 | MOORE, THOMAS | 25966 | $1,000,000.00* | EXHIBIT A |
| 4264 | MOORE, WILLIAM | 25969 | $1,000,000.00* | EXHIBIT A |
| 4265 | MOORE, WILLIAM | 25975 | $1,000,000.00* | EXHIBIT A |
| 4266 | MOORE, WILLIAM | 26157 | $1,000,000.00* | EXHIBIT A |
| 4267 | MOORHEAD, GEORGE | 26162 | $1,000,000.00* | EXHIBIT A |

| 4268 | MOORMAN, JAMES | 26163 | $1,000,000.00* | EXHIBIT A |
|------|----------------|-------|----------------|-----------|
| 4269 | MORAN, PAUL | 26164 | $1,000,000.00* | EXHIBIT A |
| 4270 | MORANG, CLARENCE | 26166 | $1,000,000.00* | EXHIBIT A |
| 4271 | MORANG, LLOYD | 26165 | $1,000,000.00* | EXHIBIT A |
| 4272 | MORANO, FRANCIS | 26167 | $1,000,000.00* | EXHIBIT A |
| 4273 | MOREAU, JOHN | 26168 | $1,000,000.00* | EXHIBIT A |
| 4274 | MORERA, RICHARD | 26169 | $1,000,000.00* | EXHIBIT A |
| 4275 | MORGAN, ALFRED | 26174 | $1,000,000.00* | EXHIBIT A |
| 4276 | MORGAN, ARLO | 26177 | $1,000,000.00* | EXHIBIT A |
| 4277 | MORGAN, JACKIE | 26176 | $1,000,000.00* | EXHIBIT A |
| 4278 | MORGAN, JOHN | 26171 | $1,000,000.00* | EXHIBIT A |
| 4279 | MORGAN, JOHN | 26173 | $1,000,000.00* | EXHIBIT A |
| 4280 | MORGAN, LESTER | 26175 | $1,000,000.00* | EXHIBIT A |
| 4281 | MORGAN, ROBERT | 26172 | $1,000,000.00* | EXHIBIT A |
| 4282 | MORGAN, THOMAS | 26170 | $1,000,000.00* | EXHIBIT A |
| 4283 | MORHARDT, DICK | 26178 | $1,000,000.00* | EXHIBIT A |
| 4284 | MORIN, JEAN-PAUL | 26182 | $1,000,000.00* | EXHIBIT A |
| 4285 | MORIN, PIERRE | 26180 | $1,000,000.00* | EXHIBIT A |
| 4286 | MORIN, RAYMOND | 26179 | $1,000,000.00* | EXHIBIT A |
| 4287 | MORIN, RONALD | 26181 | $1,000,000.00* | EXHIBIT A |
| 4288 | MORRIS, EDWARD | 26183 | $1,000,000.00* | EXHIBIT A |
| 4289 | MORRIS, JAMES | 26187 | $1,000,000.00* | EXHIBIT A |
| 4290 | MORRIS, JERRY | 26185 | $1,000,000.00* | EXHIBIT A |
| 4291 | MORRIS, PHILLIP | 26186 | $1,000,000.00* | EXHIBIT A |
| 4292 | MORRIS, THOMAS | 26184 | $1,000,000.00* | EXHIBIT A |
| 4293 | MORRISON, BLYTHE | 26190 | $1,000,000.00* | EXHIBIT A |
| 4294 | MORRISON, LARRY | 26188 | $1,000,000.00* | EXHIBIT A |
| 4295 | MORRISON, LUTHER | 26189 | $1,000,000.00* | EXHIBIT A |
| 4296 | MORRISSETTE, DONALD | 26191 | $1,000,000.00* | EXHIBIT A |
| 4297 | MOSES, ANDREW | 26192 | $1,000,000.00* | EXHIBIT A |
| 4298 | MOSS, FREDRICK | 26194 | $1,000,000.00* | EXHIBIT A |
| 4299 | MOSS, GEORGE | 26193 | $1,000,000.00* | EXHIBIT A |
| 4300 | MOSTELLER, DONALD | 26195 | $1,000,000.00* | EXHIBIT A |
| 4301 | MOTLEY, WADE | 26196 | $1,000,000.00* | EXHIBIT A |
| 4302 | MOTT, DALE | 26197 | $1,000,000.00* | EXHIBIT A |
| 4303 | MOULIS, EDWARD | 26198 | $1,000,000.00* | EXHIBIT A |
| 4304 | MOWER, ALLEN | 26199 | $1,000,000.00* | EXHIBIT A |
| 4305 | MOWERY, MICHAEL | 26200 | $1,000,000.00* | EXHIBIT A |
| 4306 | MROZOWSKI, JOSEPH | 26201 | $1,000,000.00* | EXHIBIT A |
| 4307 | MULDOWNEY, MARTIN | 26202 | $1,000,000.00* | EXHIBIT A |
| 4308 | MULHOLLAND, EDWARD | 26203 | $1,000,000.00* | EXHIBIT A |
| 4309 | MULKEY, WESLEY | 26204 | $1,000,000.00* | EXHIBIT A |
| 4310 | MULKEY, WILLIAM | 26205 | $1,000,000.00* | EXHIBIT A |
| 4311 | MULLEN, MICKEY | 26207 | $1,000,000.00* | EXHIBIT A |
| 4312 | MULLEN, WILLIAM | 26206 | $1,000,000.00* | EXHIBIT A |
| 4313 | MULLER, ROBERT | 26208 | $1,000,000.00* | EXHIBIT A |
| 4314 | MULLET, JACOB (DECEASED) | 26209 | $1,000,000.00* | EXHIBIT A |

| 4315 | MULLIGAN, JAMES | 26211 | $1,000,000.00* | EXHIBIT A |
| 4316 | MULLIGAN, JOSEPH | 26210 | $1,000,000.00* | EXHIBIT A |
| 4317 | MULLIGAN, MICHAEL | 26212 | $1,000,000.00* | EXHIBIT A |
| 4318 | MULVEY, WILLIAM | 26213 | $1,000,000.00* | EXHIBIT A |
| 4319 | MUNCH, MARSHALL | 26214 | $1,000,000.00* | EXHIBIT A |
| 4320 | MUNGER, JAMES | 26276 | $1,000,000.00* | EXHIBIT A |
| 4321 | MUNGER, WILLIAM | 26215 | $1,000,000.00* | EXHIBIT A |
| 4322 | MUNLEY, JAMES | 26277 | $1,000,000.00* | EXHIBIT A |
| 4323 | MUNSELL, TRAVIS | 26278 | $1,000,000.00* | EXHIBIT A |
| 4324 | MUNSON, WILBUR | 26279 | $1,000,000.00* | EXHIBIT A |
| 4325 | MURACA, ANTHONY | 26280 | $1,000,000.00* | EXHIBIT A |
| 4326 | MURAWSKI, JOSEPH | 26281 | $1,000,000.00* | EXHIBIT A |
| 4327 | MURCH, WILLIAM | 26282 | $1,000,000.00* | EXHIBIT A |
| 4328 | MURCH, WILLIAM | 26283 | $1,000,000.00* | EXHIBIT A |
| 4329 | MURDOCH, JACK | 26284 | $1,000,000.00* | EXHIBIT A |
| 4330 | MURDOCK, ALBERT | 26287 | $1,000,000.00* | EXHIBIT A |
| 4331 | MURDOCK, DON | 26286 | $1,000,000.00* | EXHIBIT A |
| 4332 | MURDOCK, JOHN | 26285 | $1,000,000.00* | EXHIBIT A |
| 4333 | MURPHY, GARA | 26609 | $1,000,000.00* | EXHIBIT A |
| 4334 | MURPHY, JAMES | 26291 | $1,000,000.00* | EXHIBIT A |
| 4335 | MURPHY, JAMES | 26612 | $1,000,000.00* | EXHIBIT A |
| 4336 | MURPHY, JERRY | 26610 | $1,000,000.00* | EXHIBIT A |
| 4337 | MURPHY, JOHN | 26288 | $1,000,000.00* | EXHIBIT A |
| 4338 | MURPHY, JOSEPH | 26607 | $1,000,000.00* | EXHIBIT A |
| 4339 | MURPHY, NELSON | 26604 | $1,000,000.00* | EXHIBIT A |
| 4340 | MURPHY, PATRICK | 26611 | $1,000,000.00* | EXHIBIT A |
| 4341 | MURPHY, RICHARD | 26290 | $1,000,000.00* | EXHIBIT A |
| 4342 | MURPHY, RUSSELL | 26289 | $1,000,000.00* | EXHIBIT A |
| 4343 | MURPHY, THOMAS | 26605 | $1,000,000.00* | EXHIBIT A |
| 4344 | MURPHY, THOMAS | 26606 | $1,000,000.00* | EXHIBIT A |
| 4345 | MURPHY, THOMAS | 26608 | $1,000,000.00* | EXHIBIT A |
| 4346 | MURRAY, CHARLES | 26614 | $1,000,000.00* | EXHIBIT A |
| 4347 | MURRAY, JAMES | 26615 | $1,000,000.00* | EXHIBIT A |
| 4348 | MURRAY, JOHN | 26616 | $1,000,000.00* | EXHIBIT A |
| 4349 | MURRAY, RICHARD | 26613 | $1,000,000.00* | EXHIBIT A |
| 4350 | MURTHA, RICHARD | 26617 | $1,000,000.00* | EXHIBIT A |
| 4351 | MUSALO, RAYMOND | 26618 | $1,000,000.00* | EXHIBIT A |
| 4352 | MUSCARELLA, NICHOLAS | 26619 | $1,000,000.00* | EXHIBIT A |
| 4353 | MUSICK, JOHN | 26620 | $1,000,000.00* | EXHIBIT A |
| 4354 | MUSIL, WALLACE | 26621 | $1,000,000.00* | EXHIBIT A |
| 4355 | MUTTER, WILLIAM | 26622 | $1,000,000.00* | EXHIBIT A |
| 4356 | MYERS, BARNEY | 26625 | $1,000,000.00* | EXHIBIT A |
| 4357 | MYERS, CLARENCE | 26626 | $1,000,000.00* | EXHIBIT A |
| 4358 | MYERS, JAMES AVERY | 26624 | $1,000,000.00* | EXHIBIT A |
| 4359 | MYERS, JOHN | 26627 | $1,000,000.00* | EXHIBIT A |
| 4360 | MYERS, JOHN | 26629 | $1,000,000.00* | EXHIBIT A |
| 4361 | MYERS, LEO | 26623 | $1,000,000.00* | EXHIBIT A |

| 4362 | MYERS, OSCAR | 26628 | $1,000,000.00* | EXHIBIT A |
| 4363 | MYKYTIUK, PAUL | 26630 | $1,000,000.00* | EXHIBIT A |
| 4364 | MYKYTIUK, SR., PAUL | 26631 | $1,000,000.00* | EXHIBIT A |
| 4365 | MYRTER, GERALD | 26632 | $1,000,000.00* | EXHIBIT A |
| 4366 | NAGEL, FREDERICK | 26633 | $1,000,000.00* | EXHIBIT A |
| 4367 | NAGELMEYER, EDWARD | 26634 | $1,000,000.00* | EXHIBIT A |
| 4368 | NAGY, FRANK | 26756 | $1,000,000.00* | EXHIBIT A |
| 4369 | NAIMO, BENEDICT | 26757 | $1,000,000.00* | EXHIBIT A |
| 4370 | NAJARIAN, SARKIS | 26758 | $1,000,000.00* | EXHIBIT A |
| 4371 | NANCE, GARY | 26759 | $1,000,000.00* | EXHIBIT A |
| 4372 | NASH, HERBERT | 26760 | $1,000,000.00* | EXHIBIT A |
| 4373 | NASWORTHY, JESSIE | 26761 | $1,000,000.00* | EXHIBIT A |
| 4374 | NAVOLA, CHARLES | 26762 | $1,000,000.00* | EXHIBIT A |
| 4375 | NAY, DEMONT | 26763 | $1,000,000.00* | EXHIBIT A |
| 4376 | NAYLOR, WILLIAM | 26764 | $1,000,000.00* | EXHIBIT A |
| 4377 | NEAL, ARNOLD | 26765 | $1,000,000.00* | EXHIBIT A |
| 4378 | NEARY, JAMES | 26766 | $1,000,000.00* | EXHIBIT A |
| 4379 | NEARY, RAYMOND | 26767 | $1,000,000.00* | EXHIBIT A |
| 4380 | NEAT, RUDOLPH | 26768 | $1,000,000.00* | EXHIBIT A |
| 4381 | NEFF, CLARENCE | 26769 | $1,000,000.00* | EXHIBIT A |
| 4382 | NEFF, WENDELL | 26770 | $1,000,000.00* | EXHIBIT A |
| 4383 | NEIDLINGER, WILLIAM | 26771 | $1,000,000.00* | EXHIBIT A |
| 4384 | NEIGHBORS, JAMES | 26772 | $1,000,000.00* | EXHIBIT A |
| 4385 | NEILD, ALLAN | 26773 | $1,000,000.00* | EXHIBIT A |
| 4386 | NELL, WILLIAM | 26774 | $1,000,000.00* | EXHIBIT A |
| 4387 | NELSEN, HENRY | 26775 | $1,000,000.00* | EXHIBIT A |
| 4388 | NELSON, ALBERT | 26784 | $1,000,000.00* | EXHIBIT A |
| 4389 | NELSON, CHARLES | 26779 | $1,000,000.00* | EXHIBIT A |
| 4390 | NELSON, CHARLES | 26781 | $1,000,000.00* | EXHIBIT A |
| 4391 | NELSON, CHARLES | 26786 | $1,000,000.00* | EXHIBIT A |
| 4392 | NELSON, CHESTER | 26783 | $1,000,000.00* | EXHIBIT A |
| 4393 | NELSON, CLIFFORD | 26778 | $1,000,000.00* | EXHIBIT A |
| 4394 | NELSON, GARY LEROY | 26777 | $1,000,000.00* | EXHIBIT A |
| 4395 | NELSON, HUBERT | 26782 | $1,000,000.00* | EXHIBIT A |
| 4396 | NELSON, JACK | 26785 | $1,000,000.00* | EXHIBIT A |
| 4397 | NELSON, JERRY | 26776 | $1,000,000.00* | EXHIBIT A |
| 4398 | NELSON, RONALD | 26780 | $1,000,000.00* | EXHIBIT A |
| 4399 | NEMETH, DONALD | 26787 | $1,000,000.00* | EXHIBIT A |
| 4400 | NENOS, EVANGELOS | 26788 | $1,000,000.00* | EXHIBIT A |
| 4401 | NESBIT, PHILLIP | 26789 | $1,000,000.00* | EXHIBIT A |
| 4402 | NESE, PAUL | 26790 | $1,000,000.00* | EXHIBIT A |
| 4403 | NETO, ELEANOR | 26792 | $1,000,000.00* | EXHIBIT A |
| 4404 | NETO, REGINALD | 26791 | $1,000,000.00* | EXHIBIT A |
| 4405 | NETTLE, JOHN | 26793 | $1,000,000.00* | EXHIBIT A |
| 4406 | NETTLES, FRANK | 26795 | $1,000,000.00* | EXHIBIT A |
| 4407 | NETTLES, JOHNNIE | 26794 | $1,000,000.00* | EXHIBIT A |
| 4408 | NEUMUTH, JOHN | 26796 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 4409 | NEVILLE, HUBERT | 26797 | $1,000,000.00* | EXHIBIT A |
| 4410 | NEWBY, RUSSELL | 26798 | $1,000,000.00* | EXHIBIT A |
| 4411 | NEWCOMB, DONALD PATRICK | 26955 | $1,000,000.00* | EXHIBIT A |
| 4412 | NEWELL, KIRK | 26956 | $1,000,000.00* | EXHIBIT A |
| 4413 | NEWMAN, OVEDA | 26959 | $1,000,000.00* | EXHIBIT A |
| 4414 | NEWMAN, PAUL | 26957 | $1,000,000.00* | EXHIBIT A |
| 4415 | NEWMAN, VICTOR | 26958 | $1,000,000.00* | EXHIBIT A |
| 4416 | NEWMAN, WILLIAM | 26960 | $1,000,000.00* | EXHIBIT A |
| 4417 | NEWSOM, ANDREW | 26961 | $1,000,000.00* | EXHIBIT A |
| 4418 | NEWSOME, DAVID | 26962 | $1,000,000.00* | EXHIBIT A |
| 4419 | NEWTON, EDWARD | 26963 | $1,000,000.00* | EXHIBIT A |
| 4420 | NEWTON, GERALD | 26965 | $1,000,000.00* | EXHIBIT A |
| 4421 | NEWTON, RICHARD | 26964 | $1,000,000.00* | EXHIBIT A |
| 4422 | NIBLETT, MILTON | 26966 | $1,000,000.00* | EXHIBIT A |
| 4423 | NICHOLS, GORDON | 26968 | $1,000,000.00* | EXHIBIT A |
| 4424 | NICHOLS, SAMUEL | 26967 | $1,000,000.00* | EXHIBIT A |
| 4425 | NICHOLSON, THOMAS | 26969 | $1,000,000.00* | EXHIBIT A |
| 4426 | NICKERSON, RONALD | 26970 | $1,000,000.00* | EXHIBIT A |
| 4427 | NICKOLAS, JIMMY | 26971 | $1,000,000.00* | EXHIBIT A |
| 4428 | NICOLARD, PETER | 26972 | $1,000,000.00* | EXHIBIT A |
| 4429 | NICOLELLA, ANTHONY | 26973 | $1,000,000.00* | EXHIBIT A |
| 4430 | NIELSEN, GLADE | 26974 | $1,000,000.00* | EXHIBIT A |
| 4431 | NIEMENSKI, ALEX | 26975 | $1,000,000.00* | EXHIBIT A |
| 4432 | NIEMEYER, ROBERT THOMAS | 27182 | $1,000,000.00* | EXHIBIT A |
| 4433 | NIEMI, ALFRED | 27184 | $1,000,000.00* | EXHIBIT A |
| 4434 | NIEMI, TOIVO | 27183 | $1,000,000.00* | EXHIBIT A |
| 4435 | NIEWINSKI, JOHN | 27185 | $1,000,000.00* | EXHIBIT A |
| 4436 | NIGH, VAN | 27186 | $1,000,000.00* | EXHIBIT A |
| 4437 | NIGHSWONGER, ALBERT | 27187 | $1,000,000.00* | EXHIBIT A |
| 4438 | NIGRO, FRANCIS | 27188 | $1,000,000.00* | EXHIBIT A |
| 4439 | NIX, HOWARD | 27189 | $1,000,000.00* | EXHIBIT A |
| 4440 | NIXON, PAUL (DECEASED) | 27191 | $1,000,000.00* | EXHIBIT A |
| 4441 | NIXON, RICHARD | 27190 | $1,000,000.00* | EXHIBIT A |
| 4442 | NOBLE, MACK | 27192 | $1,000,000.00* | EXHIBIT A |
| 4443 | NOBLES, CLARENCE | 27193 | $1,000,000.00* | EXHIBIT A |
| 4444 | NOBLES, WILEY | 26565 | $1,000,000.00* | EXHIBIT A |
| 4445 | NOBREGA, FRANK | 26566 | $1,000,000.00* | EXHIBIT A |
| 4446 | NOCIASTA, FRANK | 26567 | $1,000,000.00* | EXHIBIT A |
| 4447 | NOE, LAWRENCE | 26568 | $1,000,000.00* | EXHIBIT A |
| 4448 | NOEL, JAMES | 26569 | $1,000,000.00* | EXHIBIT A |
| 4449 | NOGAN, ROBERT | 26292 | $1,000,000.00* | EXHIBIT A |
| 4450 | NOLAND, WALTER | 26293 | $1,000,000.00* | EXHIBIT A |
| 4451 | NOLEN, RICHARD | 26294 | $1,000,000.00* | EXHIBIT A |
| 4452 | NOONAN, CLARENCE | 26295 | $1,000,000.00* | EXHIBIT A |
| 4453 | NORRIS, A. | 26298 | $1,000,000.00* | EXHIBIT A |
| 4454 | NORRIS, JACK | 26296 | $1,000,000.00* | EXHIBIT A |
| 4455 | NORRIS, SOLOMON | 26297 | $1,000,000.00* | EXHIBIT A |

| 4456 | NORTHINGTON, JOSEPH | 26299 | $1,000,000.00* | EXHIBIT A |
| 4457 | NORTON, JAMES | 26300 | $1,000,000.00* | EXHIBIT A |
| 4458 | NORTON, WEBB (DECEASED) | 26301 | $1,000,000.00* | EXHIBIT A |
| 4459 | NOVAK, EDWARD | 26302 | $1,000,000.00* | EXHIBIT A |
| 4460 | NOVAK, FRANCIS | 26304 | $1,000,000.00* | EXHIBIT A |
| 4461 | NOVAK, JOHN | 26303 | $1,000,000.00* | EXHIBIT A |
| 4462 | NOVICK, ROBERT | 26305 | $1,000,000.00* | EXHIBIT A |
| 4463 | NOVICK, WILLIAM | 25485 | $1,000,000.00* | EXHIBIT A |
| 4464 | NUCCINI, ANTHONY | 25486 | $1,000,000.00* | EXHIBIT A |
| 4465 | NUCCIO, LOUIS | 25487 | $1,000,000.00* | EXHIBIT A |
| 4466 | NUGENT, JIMMY | 25488 | $1,000,000.00* | EXHIBIT A |
| 4467 | NUNN, JAMES | 25489 | $1,000,000.00* | EXHIBIT A |
| 4468 | NUNNINK, HILARY | 25490 | $1,000,000.00* | EXHIBIT A |
| 4469 | NURCZYK, WILLIAM | 25491 | $1,000,000.00* | EXHIBIT A |
| 4470 | NUTT, MELVIN | 25492 | $1,000,000.00* | EXHIBIT A |
| 4471 | OAKES, GAITHER | 25493 | $1,000,000.00* | EXHIBIT A |
| 4472 | OAKES, JOHN | 25494 | $1,000,000.00* | EXHIBIT A |
| 4473 | OBER, JOSEPH | 25495 | $1,000,000.00* | EXHIBIT A |
| 4474 | OBERDING, SEBASTIAN | 25616 | $1,000,000.00* | EXHIBIT A |
| 4475 | O'BOYLE, JAMES | 25617 | $1,000,000.00* | EXHIBIT A |
| 4476 | O'BOYLE, JOSEPH | 25618 | $1,000,000.00* | EXHIBIT A |
| 4477 | O'BRIEN, GEORGE | 25621 | $1,000,000.00* | EXHIBIT A |
| 4478 | O'BRIEN, GEORGE | 25625 | $1,000,000.00* | EXHIBIT A |
| 4479 | O'BRIEN, JOHN | 25619 | $1,000,000.00* | EXHIBIT A |
| 4480 | O'BRIEN, JOHN | 25623 | $1,000,000.00* | EXHIBIT A |
| 4481 | O'BRIEN, JOSEPH | 25624 | $1,000,000.00* | EXHIBIT A |
| 4482 | O'BRIEN, VERNON | 25620 | $1,000,000.00* | EXHIBIT A |
| 4483 | O'BRIEN, WILLIAM | 25622 | $1,000,000.00* | EXHIBIT A |
| 4484 | OCHWAT, JOHN | 25626 | $1,000,000.00* | EXHIBIT A |
| 4485 | O'CONNELL, CHARLES | 25629 | $1,000,000.00* | EXHIBIT A |
| 4486 | O'CONNELL, CLIFFORD | 25628 | $1,000,000.00* | EXHIBIT A |
| 4487 | O'CONNELL, EDWARD | 25632 | $1,000,000.00* | EXHIBIT A |
| 4488 | O'CONNELL, JOHN | 25627 | $1,000,000.00* | EXHIBIT A |
| 4489 | O'CONNELL, ROBERT | 25631 | $1,000,000.00* | EXHIBIT A |
| 4490 | O'CONNELL, THOMAS | 25630 | $1,000,000.00* | EXHIBIT A |
| 4491 | O'CONNOR, DANIEL | 25633 | $1,000,000.00* | EXHIBIT A |
| 4492 | O'CONNOR, THOMAS | 25634 | $1,000,000.00* | EXHIBIT A |
| 4493 | ODEKIRK, HEBER | 25635 | $1,000,000.00* | EXHIBIT A |
| 4494 | O'DELL, JAMES | 25636 | $1,000,000.00* | EXHIBIT A |
| 4495 | ODEN, OTIS | 25637 | $1,000,000.00* | EXHIBIT A |
| 4496 | ODOM, ALVIE | 25641 | $1,000,000.00* | EXHIBIT A |
| 4497 | ODOM, JACK | 25640 | $1,000,000.00* | EXHIBIT A |
| 4498 | ODOM, LAWRENCE | 25639 | $1,000,000.00* | EXHIBIT A |
| 4499 | ODOM, THOMAS | 25638 | $1,000,000.00* | EXHIBIT A |
| 4500 | ODOM, WILLIAM | 25642 | $1,000,000.00* | EXHIBIT A |
| 4501 | O'DONNELL, FRANCIS | 25643 | $1,000,000.00* | EXHIBIT A |
| 4502 | O'DONOVAN, FREDERICK | 25644 | $1,000,000.00* | EXHIBIT A |

| 4503 | OFFERMAN, THOMAS | 25645 | $1,000,000.00* | EXHIBIT A |
| 4504 | OGLE, ROBERT | 25646 | $1,000,000.00* | EXHIBIT A |
| 4505 | OGLETREE, CLEVE | 25648 | $1,000,000.00* | EXHIBIT A |
| 4506 | OGLETREE, RUBEN | 25647 | $1,000,000.00* | EXHIBIT A |
| 4507 | O'HAIR, ROGER | 25649 | $1,000,000.00* | EXHIBIT A |
| 4508 | O'HARA, WAYNE | 25650 | $1,000,000.00* | EXHIBIT A |
| 4509 | O'HAVER, ZYNESS | 25651 | $1,000,000.00* | EXHIBIT A |
| 4510 | O'KANE, WALTER | 25652 | $1,000,000.00* | EXHIBIT A |
| 4511 | O'LEARY, JOHN | 25653 | $1,000,000.00* | EXHIBIT A |
| 4512 | O'LEARY, LAWRENCE | 25654 | $1,000,000.00* | EXHIBIT A |
| 4513 | OLIVE, SAMUEL | 25655 | $1,000,000.00* | EXHIBIT A |
| 4514 | OLIVER, JAMES | 25657 | $1,000,000.00* | EXHIBIT A |
| 4515 | OLIVER, LAMAR | 25656 | $1,000,000.00* | EXHIBIT A |
| 4516 | OLSEN, FRANK | 26307 | $1,000,000.00* | EXHIBIT A |
| 4517 | OLSEN, NORMAN | 25658 | $1,000,000.00* | EXHIBIT A |
| 4518 | OLSEN, PHILLIP | 26306 | $1,000,000.00* | EXHIBIT A |
| 4519 | OLSHEFSKI, CARL | 26308 | $1,000,000.00* | EXHIBIT A |
| 4520 | OLSON, CHARLES | 26309 | $1,000,000.00* | EXHIBIT A |
| 4521 | OLSON, DENNIS | 26317 | $1,000,000.00* | EXHIBIT A |
| 4522 | OLSON, DWIGHT | 26314 | $1,000,000.00* | EXHIBIT A |
| 4523 | OLSON, FRANKLIN | 26316 | $1,000,000.00* | EXHIBIT A |
| 4524 | OLSON, GEORGE | 26312 | $1,000,000.00* | EXHIBIT A |
| 4525 | OLSON, MILES | 26311 | $1,000,000.00* | EXHIBIT A |
| 4526 | OLSON, ROBERT | 26313 | $1,000,000.00* | EXHIBIT A |
| 4527 | OLSON, RONALD | 26315 | $1,000,000.00* | EXHIBIT A |
| 4528 | OLSON, WILLIAM | 26310 | $1,000,000.00* | EXHIBIT A |
| 4529 | O'MALLEY, FRANK | 26318 | $1,000,000.00* | EXHIBIT A |
| 4530 | O'MALLEY, JOHN | 26319 | $1,000,000.00* | EXHIBIT A |
| 4531 | O'MARA, JOHN | 26320 | $1,000,000.00* | EXHIBIT A |
| 4532 | O'NEIL, FRANCIS | 26322 | $1,000,000.00* | EXHIBIT A |
| 4533 | O'NEIL, JOHN | 26321 | $1,000,000.00* | EXHIBIT A |
| 4534 | O'NEIL, THOMAS | 26323 | $1,000,000.00* | EXHIBIT A |
| 4535 | O'NEILL, JOHN | 26326 | $1,000,000.00* | EXHIBIT A |
| 4536 | O'NEILL, JOHN | 26329 | $1,000,000.00* | EXHIBIT A |
| 4537 | O'NEILL, JOHN | 26330 | $1,000,000.00* | EXHIBIT A |
| 4538 | O'NEILL, MICHAEL | 26325 | $1,000,000.00* | EXHIBIT A |
| 4539 | O'NEILL, OWEN EUGENE | 26324 | $1,000,000.00* | EXHIBIT A |
| 4540 | O'NEILL, PHILIP | 26328 | $1,000,000.00* | EXHIBIT A |
| 4541 | O'NEILL, THOMAS | 26327 | $1,000,000.00* | EXHIBIT A |
| 4542 | ONOFRIO, JOHN | 26331 | $1,000,000.00* | EXHIBIT A |
| 4543 | OPPERMANN, HENRY | 26332 | $1,000,000.00* | EXHIBIT A |
| 4544 | ORCIANI, JOSEPH | 26333 | $1,000,000.00* | EXHIBIT A |
| 4545 | ORCUTT, WILLIAM | 26334 | $1,000,000.00* | EXHIBIT A |
| 4546 | ORENDORFF, JAMES | 26335 | $1,000,000.00* | EXHIBIT A |
| 4547 | ORHAM, ROBERT | 26456 | $1,000,000.00* | EXHIBIT A |
| 4548 | ORMSTON, EDWARD | 26457 | $1,000,000.00* | EXHIBIT A |
| 4549 | ORNDOFF, JAMES | 26458 | $1,000,000.00* | EXHIBIT A |

| 4550 | O'ROURKE, WILLIAM | 26459 | $1,000,000.00* | EXHIBIT A |
|------|-------------------|-------|----------------|-----------|
| 4551 | ORSINI, FRED | 26460 | $1,000,000.00* | EXHIBIT A |
| 4552 | ORSINI, THOMAS | 26461 | $1,000,000.00* | EXHIBIT A |
| 4553 | ORTEGA, MARIANO | 26462 | $1,000,000.00* | EXHIBIT A |
| 4554 | ORTIZ, ANTHONY | 26463 | $1,000,000.00* | EXHIBIT A |
| 4555 | OSBORNE, ARTHUR | 26467 | $1,000,000.00* | EXHIBIT A |
| 4556 | OSBORNE, ERNEST | 26465 | $1,000,000.00* | EXHIBIT A |
| 4557 | OSBORNE, JOHN | 26466 | $1,000,000.00* | EXHIBIT A |
| 4558 | OSBORNE, ROBERT | 26464 | $1,000,000.00* | EXHIBIT A |
| 4559 | O'SHEA, MICHAEL | 26468 | $1,000,000.00* | EXHIBIT A |
| 4560 | OSHKESHEQUOAM, ROBERT | 26469 | $1,000,000.00* | EXHIBIT A |
| 4561 | OSKO, GILBERT | 26470 | $1,000,000.00* | EXHIBIT A |
| 4562 | O'STEEN, CAGLE | 26471 | $1,000,000.00* | EXHIBIT A |
| 4563 | O'STEEN, LARRY | 26472 | $1,000,000.00* | EXHIBIT A |
| 4564 | OSTIGNY, EDWARD | 26473 | $1,000,000.00* | EXHIBIT A |
| 4565 | OSTROSKY, FRANK | 26474 | $1,000,000.00* | EXHIBIT A |
| 4566 | OUELLETTE, GEORGE | 26475 | $1,000,000.00* | EXHIBIT A |
| 4567 | OULTON, ROBERT | 26477 | $1,000,000.00* | EXHIBIT A |
| 4568 | OUTLAW, BILLY | 26476 | $1,000,000.00* | EXHIBIT A |
| 4569 | OVERBY, BENJAMIN | 26478 | $1,000,000.00* | EXHIBIT A |
| 4570 | OVERMEYER, FRANCIS | 26479 | $1,000,000.00* | EXHIBIT A |
| 4571 | OWEN, DONALD | 26480 | $1,000,000.00* | EXHIBIT A |
| 4572 | OWENBY, BILL | 26481 | $1,000,000.00* | EXHIBIT A |
| 4573 | OWENS, WALTER | 26482 | $1,000,000.00* | EXHIBIT A |
| 4574 | OWENS, WILLIE | 26483 | $1,000,000.00* | EXHIBIT A |
| 4575 | PACE, CARL | 26484 | $1,000,000.00* | EXHIBIT A |
| 4576 | PACENTA, JOSEPH | 26485 | $1,000,000.00* | EXHIBIT A |
| 4577 | PACHECO, ROBERT | 26486 | $1,000,000.00* | EXHIBIT A |
| 4578 | PACIFICO, MAURO | 26487 | $1,000,000.00* | EXHIBIT A |
| 4579 | PADGETT, HENRY | 26488 | $1,000,000.00* | EXHIBIT A |
| 4580 | PADOT, MAURICE | 26489 | $1,000,000.00* | EXHIBIT A |
| 4581 | PAGAN, MORRIS | 26490 | $1,000,000.00* | EXHIBIT A |
| 4582 | PAGE, NORMAND | 26492 | $1,000,000.00* | EXHIBIT A |
| 4583 | PAGE, PAUL | 26491 | $1,000,000.00* | EXHIBIT A |
| 4584 | PAGE, RICHARD | 26493 | $1,000,000.00* | EXHIBIT A |
| 4585 | PAGLIARO, JAMES | 26494 | $1,000,000.00* | EXHIBIT A |
| 4586 | PAJANEN, JOHN | 26495 | $1,000,000.00* | EXHIBIT A |
| 4587 | PALADINO, SALVATORE | 26496 | $1,000,000.00* | EXHIBIT A |
| 4588 | PALANGE, ALPHONSE | 26497 | $1,000,000.00* | EXHIBIT A |
| 4589 | PALEN, HAROLD | 26498 | $1,000,000.00* | EXHIBIT A |
| 4590 | PALL, EDWARD | 26500 | $1,000,000.00* | EXHIBIT A |
| 4591 | PALL, JOSEPH | 26499 | $1,000,000.00* | EXHIBIT A |
| 4592 | PALMATEER, MICHAEL | 26501 | $1,000,000.00* | EXHIBIT A |
| 4593 | PALMER, MICHAEL | 26502 | $1,000,000.00* | EXHIBIT A |
| 4594 | PALMIERI, ANTHONY | 26503 | $1,000,000.00* | EXHIBIT A |
| 4595 | PALMIERI, ANTHONY | 26504 | $1,000,000.00* | EXHIBIT A |
| 4596 | PALMUCCI, HENRY | 26505 | $1,000,000.00* | EXHIBIT A |

| 4597 | PALUMBO, JACK | 26506 | $1,000,000.00* | EXHIBIT A |
|------|---------------|-------|----------------|-----------|
| 4598 | PALUSO, JOSEPH | 26507 | $1,000,000.00* | EXHIBIT A |
| 4599 | PANAGACOS, STEPHEN | 26508 | $1,000,000.00* | EXHIBIT A |
| 4600 | PANDT, FRANK | 26509 | $1,000,000.00* | EXHIBIT A |
| 4601 | PANEBIANCO, THOMAS | 26510 | $1,000,000.00* | EXHIBIT A |
| 4602 | PANGBURN, GARY | 26511 | $1,000,000.00* | EXHIBIT A |
| 4603 | PANUS, MICHAEL | 26512 | $1,000,000.00* | EXHIBIT A |
| 4604 | PANZERO, CARMEN | 26513 | $1,000,000.00* | EXHIBIT A |
| 4605 | PAPA, ANTHONY | 26515 | $1,000,000.00* | EXHIBIT A |
| 4606 | PAPA, MICHAEL | 26576 | $1,000,000.00* | EXHIBIT A |
| 4607 | PAPA, NICHOLAS | 26514 | $1,000,000.00* | EXHIBIT A |
| 4608 | PAPAGNO, RAYMOND | 26577 | $1,000,000.00* | EXHIBIT A |
| 4609 | PAPALE, CHARLES | 26578 | $1,000,000.00* | EXHIBIT A |
| 4610 | PAPCIAK, PAUL | 26579 | $1,000,000.00* | EXHIBIT A |
| 4611 | PAPESH, DAVID | 26580 | $1,000,000.00* | EXHIBIT A |
| 4612 | PAPROCKI, MICHAEL | 26581 | $1,000,000.00* | EXHIBIT A |
| 4613 | PARADISE, WARNER | 26582 | $1,000,000.00* | EXHIBIT A |
| 4614 | PARADISO, DENNIS | 26583 | $1,000,000.00* | EXHIBIT A |
| 4615 | PARENT, DONALD | 26585 | $1,000,000.00* | EXHIBIT A |
| 4616 | PARENT, ROMEO | 26584 | $1,000,000.00* | EXHIBIT A |
| 4617 | PARENTEAU, WALTER | 26586 | $1,000,000.00* | EXHIBIT A |
| 4618 | PARHAM, CHARLES | 26587 | $1,000,000.00* | EXHIBIT A |
| 4619 | PARINS, DALE | 26588 | $1,000,000.00* | EXHIBIT A |
| 4620 | PARIS, ANTHONY | 26589 | $1,000,000.00* | EXHIBIT A |
| 4621 | PARK, ROBERT | 26590 | $1,000,000.00* | EXHIBIT A |
| 4622 | PARKER, CHARLES | 26594 | $1,000,000.00* | EXHIBIT A |
| 4623 | PARKER, DON | 26601 | $1,000,000.00* | EXHIBIT A |
| 4624 | PARKER, FRED | 26599 | $1,000,000.00* | EXHIBIT A |
| 4625 | PARKER, GLENN | 26595 | $1,000,000.00* | EXHIBIT A |
| 4626 | PARKER, HARRY | 26592 | $1,000,000.00* | EXHIBIT A |
| 4627 | PARKER, HARRY | 26597 | $1,000,000.00* | EXHIBIT A |
| 4628 | PARKER, JAMES | 26598 | $1,000,000.00* | EXHIBIT A |
| 4629 | PARKER, JOHN | 26596 | $1,000,000.00* | EXHIBIT A |
| 4630 | PARKER, JOSEPH (DECEASED) | 26603 | $1,000,000.00* | EXHIBIT A |
| 4631 | PARKER, OLIVER | 26591 | $1,000,000.00* | EXHIBIT A |
| 4632 | PARKER, RAYMOND | 26593 | $1,000,000.00* | EXHIBIT A |
| 4633 | PARKER, ROBERT | 26602 | $1,000,000.00* | EXHIBIT A |
| 4634 | PARKER, SIDNEY | 26600 | $1,000,000.00* | EXHIBIT A |
| 4635 | PARKS, WILLIAM | 26570 | $1,000,000.00* | EXHIBIT A |
| 4636 | PARLIER, GARLAND | 26571 | $1,000,000.00* | EXHIBIT A |
| 4637 | PARNELL, J. T. | 26572 | $1,000,000.00* | EXHIBIT A |
| 4638 | PARRA, ERNESTO | 26573 | $1,000,000.00* | EXHIBIT A |
| 4639 | PARRAMORE, MARCUS | 26574 | $1,000,000.00* | EXHIBIT A |
| 4640 | PARRI, BRUCE | 26575 | $1,000,000.00* | EXHIBIT A |
| 4641 | PARRINO, SALVATORE | 26696 | $1,000,000.00* | EXHIBIT A |
| 4642 | PARRIS, ALEXANDER | 26697 | $1,000,000.00* | EXHIBIT A |
| 4643 | PARRISH, GLENN | 26698 | $1,000,000.00* | EXHIBIT A |

470006

| 4644 | PARRISH, KENNETH | 26700 | $1,000,000.00* | EXHIBIT A |
| 4645 | PARRISH, MELVIN | 26699 | $1,000,000.00* | EXHIBIT A |
| 4646 | PARRY, JOHN | 26701 | $1,000,000.00* | EXHIBIT A |
| 4647 | PARTHIE, CARL | 26702 | $1,000,000.00* | EXHIBIT A |
| 4648 | PARTHIE, KENNETH | 26703 | $1,000,000.00* | EXHIBIT A |
| 4649 | PASCALE, LOUIS | 26704 | $1,000,000.00* | EXHIBIT A |
| 4650 | PASCARELLI, ORAZIO | 26705 | $1,000,000.00* | EXHIBIT A |
| 4651 | PASCUCCI, JOSEPH | 26706 | $1,000,000.00* | EXHIBIT A |
| 4652 | PASCUCCI, JOSEPH | 26707 | $1,000,000.00* | EXHIBIT A |
| 4653 | PASQUALE, DAVID | 26708 | $1,000,000.00* | EXHIBIT A |
| 4654 | PASQUALE, VINCENT | 26709 | $1,000,000.00* | EXHIBIT A |
| 4655 | PASSARO, BART | 26711 | $1,000,000.00* | EXHIBIT A |
| 4656 | PASSARO, JOSEPH | 26710 | $1,000,000.00* | EXHIBIT A |
| 4657 | PATCH, ROBERT | 26712 | $1,000,000.00* | EXHIBIT A |
| 4658 | PATE, BILLY | 26713 | $1,000,000.00* | EXHIBIT A |
| 4659 | PATERICK, GERALD | 26714 | $1,000,000.00* | EXHIBIT A |
| 4660 | PATRIARCA, GEORGE | 26715 | $1,000,000.00* | EXHIBIT A |
| 4661 | PATRICK, BIRCH (DECEASED) | 26723 | $1,000,000.00* | EXHIBIT A |
| 4662 | PATRICK, BROOKS | 26716 | $1,000,000.00* | EXHIBIT A |
| 4663 | PATRICK, BUELL | 26719 | $1,000,000.00* | EXHIBIT A |
| 4664 | PATRICK, DANNY | 26721 | $1,000,000.00* | EXHIBIT A |
| 4665 | PATRICK, JIMMY | 26722 | $1,000,000.00* | EXHIBIT A |
| 4666 | PATRICK, LEON | 26717 | $1,000,000.00* | EXHIBIT A |
| 4667 | PATRICK, TANYA | 26720 | $1,000,000.00* | EXHIBIT A |
| 4668 | PATRICK, TYRONE | 26718 | $1,000,000.00* | EXHIBIT A |
| 4669 | PATTERSON, HUBERT | 26728 | $1,000,000.00* | EXHIBIT A |
| 4670 | PATTERSON, HUESTON CALVIN | 26726 | $1,000,000.00* | EXHIBIT A |
| 4671 | PATTERSON, JOHN | 26724 | $1,000,000.00* | EXHIBIT A |
| 4672 | PATTERSON, JOHNNIE | 26727 | $1,000,000.00* | EXHIBIT A |
| 4673 | PATTERSON, WILLIAM | 26725 | $1,000,000.00* | EXHIBIT A |
| 4674 | PATTON, JIM | 26729 | $1,000,000.00* | EXHIBIT A |
| 4675 | PATZ, GERALD | 26730 | $1,000,000.00* | EXHIBIT A |
| 4676 | PAUKSTAT, ERNEST | 26731 | $1,000,000.00* | EXHIBIT A |
| 4677 | PAUL, JIMMY | 26733 | $1,000,000.00* | EXHIBIT A |
| 4678 | PAUL, JOHANN | 26732 | $1,000,000.00* | EXHIBIT A |
| 4679 | PAULETICH, JOE | 26734 | $1,000,000.00* | EXHIBIT A |
| 4680 | PAULEY, CLESTON | 26735 | $1,000,000.00* | EXHIBIT A |
| 4681 | PAULK, IRA | 26736 | $1,000,000.00* | EXHIBIT A |
| 4682 | PAULSON, DONALD | 26737 | $1,000,000.00* | EXHIBIT A |
| 4683 | PAULSON, FRANK | 26738 | $1,000,000.00* | EXHIBIT A |
| 4684 | PAUPORE, WESTLEY | 26739 | $1,000,000.00* | EXHIBIT A |
| 4685 | PAWELA, FRANK | 26740 | $1,000,000.00* | EXHIBIT A |
| 4686 | PAWLENDZIO, JOHN | 26741 | $1,000,000.00* | EXHIBIT A |
| 4687 | PAWLOSKI, JOHN | 26742 | $1,000,000.00* | EXHIBIT A |
| 4688 | PAWLYK, NICHOLAS | 26743 | $1,000,000.00* | EXHIBIT A |
| 4689 | PAYDEN, JAMES | 26744 | $1,000,000.00* | EXHIBIT A |
| 4690 | PAYNE, ARNOLD | 26746 | $1,000,000.00* | EXHIBIT A |

| 4691 | PAYNE, LYNN | 26745 | $1,000,000.00* | EXHIBIT A |
|------|------------|-------|----------------|-----------|
| 4692 | PAYNE, MARVIN | 26749 | $1,000,000.00* | EXHIBIT A |
| 4693 | PAYNE, MICHAEL | 26748 | $1,000,000.00* | EXHIBIT A |
| 4694 | PAYNE, ROGER | 26747 | $1,000,000.00* | EXHIBIT A |
| 4695 | PAYTON, ROBERT | 26750 | $1,000,000.00* | EXHIBIT A |
| 4696 | PEACHEY, RONALD (DECEASED) | 26667 | $1,000,000.00* | EXHIBIT A |
| 4697 | PEACOCK, JAMES | 26668 | $1,000,000.00* | EXHIBIT A |
| 4698 | PEARAGE, GEORGE | 26669 | $1,000,000.00* | EXHIBIT A |
| 4699 | PEARSON, GEORGE | 26671 | $1,000,000.00* | EXHIBIT A |
| 4700 | PEARSON, JAMES | 26670 | $1,000,000.00* | EXHIBIT A |
| 4701 | PEARSON, JOHN | 26672 | $1,000,000.00* | EXHIBIT A |
| 4702 | PEARSON, ROBERT | 26674 | $1,000,000.00* | EXHIBIT A |
| 4703 | PEARSON, ROWLAND | 26673 | $1,000,000.00* | EXHIBIT A |
| 4704 | PECHACEK, RAYMOND | 26675 | $1,000,000.00* | EXHIBIT A |
| 4705 | PECHMANN, LOUIS | 26676 | $1,000,000.00* | EXHIBIT A |
| 4706 | PECK, EDWARD | 26678 | $1,000,000.00* | EXHIBIT A |
| 4707 | PECK, LEONARD | 26677 | $1,000,000.00* | EXHIBIT A |
| 4708 | PEDERSEN, ROBERT | 26679 | $1,000,000.00* | EXHIBIT A |
| 4709 | PEELE, COY | 26680 | $1,000,000.00* | EXHIBIT A |
| 4710 | PEEPLES, STANLEY | 26681 | $1,000,000.00* | EXHIBIT A |
| 4711 | PEGULA, MICHAEL | 26682 | $1,000,000.00* | EXHIBIT A |
| 4712 | PELCHAT, RICHARD | 26683 | $1,000,000.00* | EXHIBIT A |
| 4713 | PELICAN, DANIEL | 26684 | $1,000,000.00* | EXHIBIT A |
| 4714 | PELLEGRINI, DONALD | 26685 | $1,000,000.00* | EXHIBIT A |
| 4715 | PELLETIER, ALFRED | 26686 | $1,000,000.00* | EXHIBIT A |
| 4716 | PELLETIER, RICHARD | 26687 | $1,000,000.00* | EXHIBIT A |
| 4717 | PELLICER, NICHOLAS | 26688 | $1,000,000.00* | EXHIBIT A |
| 4718 | PELLIEN, CHARLES | 26689 | $1,000,000.00* | EXHIBIT A |
| 4719 | PELOQUIN, RAYMOND | 26690 | $1,000,000.00* | EXHIBIT A |
| 4720 | PELTIER, ROBERT JOSEPH | 26691 | $1,000,000.00* | EXHIBIT A |
| 4721 | PELTO, KENNETH | 26692 | $1,000,000.00* | EXHIBIT A |
| 4722 | PEMBERTON, THOMAS | 26693 | $1,000,000.00* | EXHIBIT A |
| 4723 | PENCE, PAUL | 26694 | $1,000,000.00* | EXHIBIT A |
| 4724 | PENDERGRAST, WILLIAM | 26695 | $1,000,000.00* | EXHIBIT A |
| 4725 | PENDOLPHIA, RICHARD | 26876 | $1,000,000.00* | EXHIBIT A |
| 4726 | PENKALSKI, ROBERT | 26877 | $1,000,000.00* | EXHIBIT A |
| 4727 | PENN, ALBERT | 26878 | $1,000,000.00* | EXHIBIT A |
| 4728 | PENN, WILLIAM | 26879 | $1,000,000.00* | EXHIBIT A |
| 4729 | PENNELL, WILLIAM | 26880 | $1,000,000.00* | EXHIBIT A |
| 4730 | PENNEY, CARL | 26881 | $1,000,000.00* | EXHIBIT A |
| 4731 | PENNEY, GERARD | 26882 | $1,000,000.00* | EXHIBIT A |
| 4732 | PENNIMAN, RAYMOND | 26883 | $1,000,000.00* | EXHIBIT A |
| 4733 | PENNINGTON, DON | 26885 | $1,000,000.00* | EXHIBIT A |
| 4734 | PENNINGTON, LAFIE | 26886 | $1,000,000.00* | EXHIBIT A |
| 4735 | PENNINGTON, WALTER | 26884 | $1,000,000.00* | EXHIBIT A |
| 4736 | PENOYER, NORMAN HAROLD | 26887 | $1,000,000.00* | EXHIBIT A |
| 4737 | PEREIRA, AQUELINO | 26888 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 4738 | PEREIRA, THOMAS | 26889 | $1,000,000.00* | EXHIBIT A |
| 4739 | PEREZ, HUMBERTO | 26891 | $1,000,000.00* | EXHIBIT A |
| 4740 | PEREZ, MANUEL | 26890 | $1,000,000.00* | EXHIBIT A |
| 4741 | PERIN, ERMINIO | 26892 | $1,000,000.00* | EXHIBIT A |
| 4742 | PERKINS, JARREL | 26893 | $1,000,000.00* | EXHIBIT A |
| 4743 | PERKINS, JO | 26894 | $1,000,000.00* | EXHIBIT A |
| 4744 | PERKINS, PETER | 26895 | $1,000,000.00* | EXHIBIT A |
| 4745 | PEROUTKA, JAMES | 26896 | $1,000,000.00* | EXHIBIT A |
| 4746 | PERRICELLI, NICHOLAS | 26897 | $1,000,000.00* | EXHIBIT A |
| 4747 | PERRY, ARTHUR | 26898 | $1,000,000.00* | EXHIBIT A |
| 4748 | PERRY, ARTHUR | 26899 | $1,000,000.00* | EXHIBIT A |
| 4749 | PERRY, CARROLL | 26901 | $1,000,000.00* | EXHIBIT A |
| 4750 | PERRY, DAVID | 26902 | $1,000,000.00* | EXHIBIT A |
| 4751 | PERRY, EDMUND | 26903 | $1,000,000.00* | EXHIBIT A |
| 4752 | PERRY, FLOYD | 26904 | $1,000,000.00* | EXHIBIT A |
| 4753 | PERRY, MICHAEL | 26900 | $1,000,000.00* | EXHIBIT A |
| 4754 | PERRYMAN, JERRY | 26905 | $1,000,000.00* | EXHIBIT A |
| 4755 | PERSCHY, LOUIS | 26906 | $1,000,000.00* | EXHIBIT A |
| 4756 | PERSICO, SAM | 26907 | $1,000,000.00* | EXHIBIT A |
| 4757 | PERYEA, STEPHEN | 26908 | $1,000,000.00* | EXHIBIT A |
| 4758 | PERZAN, HENRY | 26909 | $1,000,000.00* | EXHIBIT A |
| 4759 | PETERMANN, MILTON | 26910 | $1,000,000.00* | EXHIBIT A |
| 4760 | PETERS, KENNETH | 26912 | $1,000,000.00* | EXHIBIT A |
| 4761 | PETERS, THOMAS | 26911 | $1,000,000.00* | EXHIBIT A |
| 4762 | PETERSEN, JOHN | 26913 | $1,000,000.00* | EXHIBIT A |
| 4763 | PETERSEN, RONALD | 26914 | $1,000,000.00* | EXHIBIT A |
| 4764 | PETERSON, HARRY | 26917 | $1,000,000.00* | EXHIBIT A |
| 4765 | PETERSON, LAWRENCE | 26915 | $1,000,000.00* | EXHIBIT A |
| 4766 | PETERSON, ROBERT | 26916 | $1,000,000.00* | EXHIBIT A |
| 4767 | PETERSON, ROBERT | 26918 | $1,000,000.00* | EXHIBIT A |
| 4768 | PETITT, JAMES | 26919 | $1,000,000.00* | EXHIBIT A |
| 4769 | PETREY, ROBERT | 26920 | $1,000,000.00* | EXHIBIT A |
| 4770 | PETRICIG, BRUNO | 26921 | $1,000,000.00* | EXHIBIT A |
| 4771 | PETRILLO, NICHOLAS | 26922 | $1,000,000.00* | EXHIBIT A |
| 4772 | PETRINI, JAMES | 26923 | $1,000,000.00* | EXHIBIT A |
| 4773 | PETROLLE, ANGELO | 27218 | $1,000,000.00* | EXHIBIT A |
| 4774 | PETROLLE, FRANK | 27219 | $1,000,000.00* | EXHIBIT A |
| 4775 | PETRONE, DAVID | 27220 | $1,000,000.00* | EXHIBIT A |
| 4776 | PETROSKY, STANLEY | 27221 | $1,000,000.00* | EXHIBIT A |
| 4777 | PETROWITSCH, RUDOLF | 27222 | $1,000,000.00* | EXHIBIT A |
| 4778 | PETTERSEN, PETER | 27223 | $1,000,000.00* | EXHIBIT A |
| 4779 | PETTY, HOBART | 27225 | $1,000,000.00* | EXHIBIT A |
| 4780 | PETTY, HUBERT | 27224 | $1,000,000.00* | EXHIBIT A |
| 4781 | PEVERLEY, RONALD | 27226 | $1,000,000.00* | EXHIBIT A |
| 4782 | PEZZI, ALFRED | 27227 | $1,000,000.00* | EXHIBIT A |
| 4783 | PFALZ, JOSEF | 27228 | $1,000,000.00* | EXHIBIT A |
| 4784 | PFEIFER, GERALD | 27229 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 4785 | PFEIFFER, CHARLES | 27230 | $1,000,000.00* | EXHIBIT A |
| 4786 | PHANEUF, KENNETH | 27231 | $1,000,000.00* | EXHIBIT A |
| 4787 | PHIESTER, CHARLES | 27232 | $1,000,000.00* | EXHIBIT A |
| 4788 | PHILAN, JONATHAN | 27233 | $1,000,000.00* | EXHIBIT A |
| 4789 | PHILBIN, EUGENE | 27234 | $1,000,000.00* | EXHIBIT A |
| 4790 | PHILBRICK, KENNETH | 27235 | $1,000,000.00* | EXHIBIT A |
| 4791 | PHILIPP, ANTON | 27296 | $1,000,000.00* | EXHIBIT A |
| 4792 | PHILLIPS, RICHARD | 27297 | $1,000,000.00* | EXHIBIT A |
| 4793 | PHILLIPS, WERNER | 27298 | $1,000,000.00* | EXHIBIT A |
| 4794 | PHILLIS, ALVIN | 27299 | $1,000,000.00* | EXHIBIT A |
| 4795 | PHILPOT, JULE | 27300 | $1,000,000.00* | EXHIBIT A |
| 4796 | PIANO, FRANCIS | 27301 | $1,000,000.00* | EXHIBIT A |
| 4797 | PICARD, LIONEL | 27302 | $1,000,000.00* | EXHIBIT A |
| 4798 | PICARD, RENE | 27303 | $1,000,000.00* | EXHIBIT A |
| 4799 | PICCOLO, FRANK | 27304 | $1,000,000.00* | EXHIBIT A |
| 4800 | PICKERING, CHARLES | 27305 | $1,000,000.00* | EXHIBIT A |
| 4801 | PICKFORD, WILLIAM | 27423 | $1,000,000.00* | EXHIBIT A |
| 4802 | PICKRELL, ROSCOE | 27424 | $1,000,000.00* | EXHIBIT A |
| 4803 | PICKRELL, WILLIAM | 27425 | $1,000,000.00* | EXHIBIT A |
| 4804 | PIERCE, DAVID | 27427 | $1,000,000.00* | EXHIBIT A |
| 4805 | PIERCE, FRITZ | 27428 | $1,000,000.00* | EXHIBIT A |
| 4806 | PIERCE, GRANT | 27426 | $1,000,000.00* | EXHIBIT A |
| 4807 | PIERSANTI, SANTO | 27429 | $1,000,000.00* | EXHIBIT A |
| 4808 | PIESKO, NOEL | 27430 | $1,000,000.00* | EXHIBIT A |
| 4809 | PIETRINI, ANTHONY | 27431 | $1,000,000.00* | EXHIBIT A |
| 4810 | PIGEON, NORMAN | 27432 | $1,000,000.00* | EXHIBIT A |
| 4811 | PIKE, JAMES | 27433 | $1,000,000.00* | EXHIBIT A |
| 4812 | PILCHER, GARY | 27434 | $1,000,000.00* | EXHIBIT A |
| 4813 | PILLOW, WILLIAM | 27435 | $1,000,000.00* | EXHIBIT A |
| 4814 | PILON, LEON | 27436 | $1,000,000.00* | EXHIBIT A |
| 4815 | PINEAULT, NORMAND | 27437 | $1,000,000.00* | EXHIBIT A |
| 4816 | PINER, EDWARD | 27438 | $1,000,000.00* | EXHIBIT A |
| 4817 | PINKMAN, PAUL | 27439 | $1,000,000.00* | EXHIBIT A |
| 4818 | PINTAVALLE, JOSEPH | 27440 | $1,000,000.00* | EXHIBIT A |
| 4819 | PIPER, ROBERT | 27441 | $1,000,000.00* | EXHIBIT A |
| 4820 | PIPPIN, DANNIE | 27442 | $1,000,000.00* | EXHIBIT A |
| 4821 | PIQUETTE, DENNIS | 27443 | $1,000,000.00* | EXHIBIT A |
| 4822 | PIQUETTE, RAYMOND | 27444 | $1,000,000.00* | EXHIBIT A |
| 4823 | PIRLOT, RAYMOND | 27445 | $1,000,000.00* | EXHIBIT A |
| 4824 | PISANI, DANIEL | 27446 | $1,000,000.00* | EXHIBIT A |
| 4825 | PISCITELLO, FRANK | 27447 | $1,000,000.00* | EXHIBIT A |
| 4826 | PISSOTT, EDWARD | 27448 | $1,000,000.00* | EXHIBIT A |
| 4827 | PITAK, WILLIAM | 27449 | $1,000,000.00* | EXHIBIT A |
| 4828 | PITTMAN, CHARLIE | 27452 | $1,000,000.00* | EXHIBIT A |
| 4829 | PITTMAN, JOSEPH | 27451 | $1,000,000.00* | EXHIBIT A |
| 4830 | PITTMAN, LARRY | 27450 | $1,000,000.00* | EXHIBIT A |
| 4831 | PITTMAN, ROGER | 27453 | $1,000,000.00* | EXHIBIT A |

470006

| 4832 | PITTS, ALBERT | 27454 | $1,000,000.00* | EXHIBIT A |
| 4833 | PITTS, HAROLD | 27456 | $1,000,000.00* | EXHIBIT A |
| 4834 | PITTS, LOUIS | 27455 | $1,000,000.00* | EXHIBIT A |
| 4835 | PIUS, EDWARD | 27457 | $1,000,000.00* | EXHIBIT A |
| 4836 | PLANO, LOUIS | 27458 | $1,000,000.00* | EXHIBIT A |
| 4837 | PLANO, VINCENT | 27459 | $1,000,000.00* | EXHIBIT A |
| 4838 | PLANTE, RONALD | 27460 | $1,000,000.00* | EXHIBIT A |
| 4839 | PLASSON, WALTER | 27461 | $1,000,000.00* | EXHIBIT A |
| 4840 | PLEDGER, EDWARD | 27462 | $1,000,000.00* | EXHIBIT A |
| 4841 | PLESE, LUCAS | 27463 | $1,000,000.00* | EXHIBIT A |
| 4842 | PLISCOTT, FRED | 27464 | $1,000,000.00* | EXHIBIT A |
| 4843 | PLOESSL, DELANO | 27465 | $1,000,000.00* | EXHIBIT A |
| 4844 | PLOESSL, JAMES | 27466 | $1,000,000.00* | EXHIBIT A |
| 4845 | PLOURDE, ALBERT | 27467 | $1,000,000.00* | EXHIBIT A |
| 4846 | PLOURDE, KENNETH | 27147 | $1,000,000.00* | EXHIBIT A |
| 4847 | PLOURDE, LEO | 27148 | $1,000,000.00* | EXHIBIT A |
| 4848 | PLUSH, GLENN (DECEASED) | 27149 | $1,000,000.00* | EXHIBIT A |
| 4849 | PODANY, GARY | 27150 | $1,000,000.00* | EXHIBIT A |
| 4850 | PODHOLA, DELBERT | 27151 | $1,000,000.00* | EXHIBIT A |
| 4851 | PODOLAK, DONALD | 27152 | $1,000,000.00* | EXHIBIT A |
| 4852 | PODOLSKE, LEO | 27153 | $1,000,000.00* | EXHIBIT A |
| 4853 | POE, CARL | 27154 | $1,000,000.00* | EXHIBIT A |
| 4854 | POGGIO, ALDO GEORGE | 27155 | $1,000,000.00* | EXHIBIT A |
| 4855 | POGMORE, GEORGE | 27156 | $1,000,000.00* | EXHIBIT A |
| 4856 | POGUE, BILLY | 27157 | $1,000,000.00* | EXHIBIT A |
| 4857 | POHL, CHARLES | 27158 | $1,000,000.00* | EXHIBIT A |
| 4858 | POISSON, JOSEPH | 27159 | $1,000,000.00* | EXHIBIT A |
| 4859 | POITRAS, ROGER | 27160 | $1,000,000.00* | EXHIBIT A |
| 4860 | POLAND, JOHN | 27161 | $1,000,000.00* | EXHIBIT A |
| 4861 | POLASEK, EMERY | 27162 | $1,000,000.00* | EXHIBIT A |
| 4862 | POLASHENSKI, WILLIAM | 27163 | $1,000,000.00* | EXHIBIT A |
| 4863 | POLK, WILLIAM | 27164 | $1,000,000.00* | EXHIBIT A |
| 4864 | POLLASTRONE, RALPH | 27165 | $1,000,000.00* | EXHIBIT A |
| 4865 | POLLETTA, JOSEPH | 27166 | $1,000,000.00* | EXHIBIT A |
| 4866 | POLVERINI, HENRY | 27167 | $1,000,000.00* | EXHIBIT A |
| 4867 | POMEROY, CHESTER | 27169 | $1,000,000.00* | EXHIBIT A |
| 4868 | POMEROY, PAUL | 27168 | $1,000,000.00* | EXHIBIT A |
| 4869 | POND, CHRISTOPHER | 27170 | $1,000,000.00* | EXHIBIT A |
| 4870 | PONT, THOMAS | 27171 | $1,000,000.00* | EXHIBIT A |
| 4871 | PONTIER, WARREN | 27172 | $1,000,000.00* | EXHIBIT A |
| 4872 | PONTZIUS, FORREST | 27173 | $1,000,000.00* | EXHIBIT A |
| 4873 | POOL, ANDREW | 27174 | $1,000,000.00* | EXHIBIT A |
| 4874 | POOLE III, ROBERT | 27178 | $1,000,000.00* | EXHIBIT A |
| 4875 | POOLE, DAVID | 27177 | $1,000,000.00* | EXHIBIT A |
| 4876 | POOLE, JOSEPH | 27175 | $1,000,000.00* | EXHIBIT A |
| 4877 | POOLE, RICHARD | 27176 | $1,000,000.00* | EXHIBIT A |
| 4878 | POOVEY, YATES | 27179 | $1,000,000.00* | EXHIBIT A |

470006

| 4879 | POPKOWSKI, MITCHELL | 27180 | $1,000,000.00* | EXHIBIT A |
|------|---------------------|-------|----------------|-----------|
| 4880 | POPP, DENNIS | 27972 | $1,000,000.00* | EXHIBIT A |
| 4881 | POPP, ROBERT | 27973 | $1,000,000.00* | EXHIBIT A |
| 4882 | POPP, STEPHEN | 27181 | $1,000,000.00* | EXHIBIT A |
| 4883 | PORAZZO, ANTHONY | 27974 | $1,000,000.00* | EXHIBIT A |
| 4884 | PORCARO, ANTHONY | 27975 | $1,000,000.00* | EXHIBIT A |
| 4885 | PORTER, EBEN | 27979 | $1,000,000.00* | EXHIBIT A |
| 4886 | PORTER, JAMES | 27978 | $1,000,000.00* | EXHIBIT A |
| 4887 | PORTER, JOHN | 27980 | $1,000,000.00* | EXHIBIT A |
| 4888 | PORTER, LAWRENCE | 27976 | $1,000,000.00* | EXHIBIT A |
| 4889 | PORTER, PRESTON | 27981 | $1,000,000.00* | EXHIBIT A |
| 4890 | PORTER, RAYMOND | 27977 | $1,000,000.00* | EXHIBIT A |
| 4891 | PORTREY, JAMES | 27982 | $1,000,000.00* | EXHIBIT A |
| 4892 | POSE, EMANUEL | 27983 | $1,000,000.00* | EXHIBIT A |
| 4893 | POSTEL, NEIL | 27984 | $1,000,000.00* | EXHIBIT A |
| 4894 | POSTL, GEORGE | 27985 | $1,000,000.00* | EXHIBIT A |
| 4895 | POSTON, JOHN | 27986 | $1,000,000.00* | EXHIBIT A |
| 4896 | POTANCE, LOUIS | 27987 | $1,000,000.00* | EXHIBIT A |
| 4897 | POTTER, KENWOOD | 27988 | $1,000,000.00* | EXHIBIT A |
| 4898 | POTTS, RAYMOND | 27989 | $1,000,000.00* | EXHIBIT A |
| 4899 | POTVIN, GUY | 27990 | $1,000,000.00* | EXHIBIT A |
| 4900 | POULIN, RENE | 27991 | $1,000,000.00* | EXHIBIT A |
| 4901 | POULIOT, HYACINTHE | 27992 | $1,000,000.00* | EXHIBIT A |
| 4902 | POWELL, CLIFFORD | 27994 | $1,000,000.00* | EXHIBIT A |
| 4903 | POWELL, HARRY | 27993 | $1,000,000.00* | EXHIBIT A |
| 4904 | POWELL, ROBERT | 27995 | $1,000,000.00* | EXHIBIT A |
| 4905 | POWERS, DONALD | 27997 | $1,000,000.00* | EXHIBIT A |
| 4906 | POWERS, KEVIN | 27996 | $1,000,000.00* | EXHIBIT A |
| 4907 | POWNALL, JOHN | 27998 | $1,000,000.00* | EXHIBIT A |
| 4908 | PRATER, GLENN | 27999 | $1,000,000.00* | EXHIBIT A |
| 4909 | PRATHER, EARL | 28000 | $1,000,000.00* | EXHIBIT A |
| 4910 | PRATO, PHILLIP | 28001 | $1,000,000.00* | EXHIBIT A |
| 4911 | PRATT, HOMER | 28002 | $1,000,000.00* | EXHIBIT A |
| 4912 | PREDELLA, RICHARD | 28003 | $1,000,000.00* | EXHIBIT A |
| 4913 | PRESTON, JERRY | 28005 | $1,000,000.00* | EXHIBIT A |
| 4914 | PRESTON, JOSEPH | 28004 | $1,000,000.00* | EXHIBIT A |
| 4915 | PRESTON, ROBERT | 28006 | $1,000,000.00* | EXHIBIT A |
| 4916 | PRESUTTI, FRANK | 28007 | $1,000,000.00* | EXHIBIT A |
| 4917 | PRESZ, BRONISLAW | 28008 | $1,000,000.00* | EXHIBIT A |
| 4918 | PREVITE, HENRY | 28009 | $1,000,000.00* | EXHIBIT A |
| 4919 | PRICE, ARLINGTON | 27770 | $1,000,000.00* | EXHIBIT A |
| 4920 | PRICE, MARVIN | 27767 | $1,000,000.00* | EXHIBIT A |
| 4921 | PRICE, MORRIS | 27772 | $1,000,000.00* | EXHIBIT A |
| 4922 | PRICE, MYLES | 27771 | $1,000,000.00* | EXHIBIT A |
| 4923 | PRICE, RANDALL | 27768 | $1,000,000.00* | EXHIBIT A |
| 4924 | PRICE, ROY | 27766 | $1,000,000.00* | EXHIBIT A |
| 4925 | PRICE, STANLEY | 27769 | $1,000,000.00* | EXHIBIT A |

| 4926 | PRICE, WILLIAM | 27765 | $1,000,000.00* | EXHIBIT A |
|------|----------------|-------|----------------|-----------|
| 4927 | PRIM, LOUIS (DECEASED) | 27773 | $1,000,000.00* | EXHIBIT A |
| 4928 | PRIMAVERA, JAMES | 27774 | $1,000,000.00* | EXHIBIT A |
| 4929 | PRINDLE, DANIEL | 27775 | $1,000,000.00* | EXHIBIT A |
| 4930 | PRISCO, JOHN | 27776 | $1,000,000.00* | EXHIBIT A |
| 4931 | PROKASKI, HENRY FRANCIS | 27777 | $1,000,000.00* | EXHIBIT A |
| 4932 | PROUDFOOT, CARL | 27778 | $1,000,000.00* | EXHIBIT A |
| 4933 | PROULX, PAUL | 27779 | $1,000,000.00* | EXHIBIT A |
| 4934 | PROVOST, GERARD | 27780 | $1,000,000.00* | EXHIBIT A |
| 4935 | PRUDENTE, SAM | 27781 | $1,000,000.00* | EXHIBIT A |
| 4936 | PRY, EUGENE | 27782 | $1,000,000.00* | EXHIBIT A |
| 4937 | PUCCI, DOMINICK | 27783 | $1,000,000.00* | EXHIBIT A |
| 4938 | PUCKHABER, LAURENCE | 27784 | $1,000,000.00* | EXHIBIT A |
| 4939 | PUFAHL, DELMAR | 27785 | $1,000,000.00* | EXHIBIT A |
| 4940 | PUGH, W. | 27786 | $1,000,000.00* | EXHIBIT A |
| 4941 | PULCINELLA, ROBERT | 27787 | $1,000,000.00* | EXHIBIT A |
| 4942 | PULIAFICO, ROSARIO | 27788 | $1,000,000.00* | EXHIBIT A |
| 4943 | PULKRABEK, JACK THOMAS | 27789 | $1,000,000.00* | EXHIBIT A |
| 4944 | PULLEN, JACK | 27790 | $1,000,000.00* | EXHIBIT A |
| 4945 | PULLMAN, JOHN | 27791 | $1,000,000.00* | EXHIBIT A |
| 4946 | PUMA, MICHAEL | 27792 | $1,000,000.00* | EXHIBIT A |
| 4947 | PUNCH, THOMAS | 27793 | $1,000,000.00* | EXHIBIT A |
| 4948 | PURCELL, MICHAEL | 27794 | $1,000,000.00* | EXHIBIT A |
| 4949 | PURDY, ARTHUR | 27796 | $1,000,000.00* | EXHIBIT A |
| 4950 | PURDY, DANIEL | 27795 | $1,000,000.00* | EXHIBIT A |
| 4951 | PURVIS, BRYAN | 27797 | $1,000,000.00* | EXHIBIT A |
| 4952 | PUTMAN, GORDON | 27798 | $1,000,000.00* | EXHIBIT A |
| 4953 | PUTZ, ANTHONY | 27799 | $1,000,000.00* | EXHIBIT A |
| 4954 | PUZZO, CONCETTO | 27800 | $1,000,000.00* | EXHIBIT A |
| 4955 | QUAKENBUSH, JOHN | 27801 | $1,000,000.00* | EXHIBIT A |
| 4956 | QUARANTO, MARIO | 27802 | $1,000,000.00* | EXHIBIT A |
| 4957 | QUARE, DAVID | 27803 | $1,000,000.00* | EXHIBIT A |
| 4958 | QUERCIAGROSS, DAVID | 27804 | $1,000,000.00* | EXHIBIT A |
| 4959 | QUICK, VERNE | 27805 | $1,000,000.00* | EXHIBIT A |
| 4960 | QUILICI, JOSEPH | 27806 | $1,000,000.00* | EXHIBIT A |
| 4961 | QUINLAN, RICHARD | 27807 | $1,000,000.00* | EXHIBIT A |
| 4962 | QUINNIE, WALTER | 27808 | $1,000,000.00* | EXHIBIT A |
| 4963 | QUINTANA, RUDY | 27809 | $1,000,000.00* | EXHIBIT A |
| 4964 | RAAB, KENNETH | 27810 | $1,000,000.00* | EXHIBIT A |
| 4965 | RABION, BEN | 27752 | $1,000,000.00* | EXHIBIT A |
| 4966 | RABOINE, JOHN | 27753 | $1,000,000.00* | EXHIBIT A |
| 4967 | RACHFORD, THOMAS | 27754 | $1,000,000.00* | EXHIBIT A |
| 4968 | RADAKOVICH, MILAN | 27755 | $1,000,000.00* | EXHIBIT A |
| 4969 | RADCLIFF, BRITTON | 27756 | $1,000,000.00* | EXHIBIT A |
| 4970 | RADCLIFFE, EDWARD | 27757 | $1,000,000.00* | EXHIBIT A |
| 4971 | RADCLIFFE, HOWARD | 27758 | $1,000,000.00* | EXHIBIT A |
| 4972 | RADFORD, JOHN | 27759 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 4973 | RADOUSH, ROBERT | 27760 | $1,000,000.00* | EXHIBIT A |
| 4974 | RADOWIECKI, CASIMER | 27762 | $1,000,000.00* | EXHIBIT A |
| 4975 | RADOWIECKI, ROBERT | 27761 | $1,000,000.00* | EXHIBIT A |
| 4976 | RADUZINER, HARRY | 27763 | $1,000,000.00* | EXHIBIT A |
| 4977 | RAFFENETTI, RONALD | 27764 | $1,000,000.00* | EXHIBIT A |
| 4978 | RAFFIELD, VINCE | 27736 | $1,000,000.00* | EXHIBIT A |
| 4979 | RAFTER, JAMES | 27737 | $1,000,000.00* | EXHIBIT A |
| 4980 | RAGLAND, HENRY | 27738 | $1,000,000.00* | EXHIBIT A |
| 4981 | RAGOZZINO, RAYMOND | 27739 | $1,000,000.00* | EXHIBIT A |
| 4982 | RAINER, BOBBY | 27740 | $1,000,000.00* | EXHIBIT A |
| 4983 | RAINERI, DONALD | 27741 | $1,000,000.00* | EXHIBIT A |
| 4984 | RAISCH, WARREN | 27742 | $1,000,000.00* | EXHIBIT A |
| 4985 | RAISCH, WAYNNE | 27743 | $1,000,000.00* | EXHIBIT A |
| 4986 | RAKOWSKI, ROMAN | 27744 | $1,000,000.00* | EXHIBIT A |
| 4987 | RALSER, PETER | 27746 | $1,000,000.00* | EXHIBIT A |
| 4988 | RALSTON, OVID LEE | 27747 | $1,000,000.00* | EXHIBIT A |
| 4989 | RAMIREZ, ANGELO | 27748 | $1,000,000.00* | EXHIBIT A |
| 4990 | RAMSEY, MARTHA | 27750 | $1,000,000.00* | EXHIBIT A |
| 4991 | RAMSEY, WAYNE | 27749 | $1,000,000.00* | EXHIBIT A |
| 4992 | RANALLO, LOUIS | 27751 | $1,000,000.00* | EXHIBIT A |
| 4993 | RANCOURT, KENNETH | 27713 | $1,000,000.00* | EXHIBIT A |
| 4994 | RAND, ARTHUR | 27714 | $1,000,000.00* | EXHIBIT A |
| 4995 | RANEY, CLYDE | 27715 | $1,000,000.00* | EXHIBIT A |
| 4996 | RANKIN, CARL | 27718 | $1,000,000.00* | EXHIBIT A |
| 4997 | RANKIN, CHARLES | 27716 | $1,000,000.00* | EXHIBIT A |
| 4998 | RANKIN, KEITH | 27717 | $1,000,000.00* | EXHIBIT A |
| 4999 | RANNACHER, ROBERT | 27719 | $1,000,000.00* | EXHIBIT A |
| 5000 | RANTA, JOHN | 27720 | $1,000,000.00* | EXHIBIT A |
| 5001 | RANURO, JOSEPH | 27721 | $1,000,000.00* | EXHIBIT A |
| 5002 | RAPANT, JOSEPH | 27722 | $1,000,000.00* | EXHIBIT A |
| 5003 | RAPOSA, CHARLES | 27723 | $1,000,000.00* | EXHIBIT A |
| 5004 | RATELLE, GERALD | 27724 | $1,000,000.00* | EXHIBIT A |
| 5005 | RATHBUN, FRANK | 27725 | $1,000,000.00* | EXHIBIT A |
| 5006 | RATLIFF, JOHN | 27726 | $1,000,000.00* | EXHIBIT A |
| 5007 | RAULERSON, AMOS | 27727 | $1,000,000.00* | EXHIBIT A |
| 5008 | RAVER, ALFRED | 27728 | $1,000,000.00* | EXHIBIT A |
| 5009 | RAWLES, WALTER | 27729 | $1,000,000.00* | EXHIBIT A |
| 5010 | RAY, CLIFFORD | 27731 | $1,000,000.00* | EXHIBIT A |
| 5011 | RAY, HAROLD | 27730 | $1,000,000.00* | EXHIBIT A |
| 5012 | RAY, JIMMY | 27732 | $1,000,000.00* | EXHIBIT A |
| 5013 | RAYMOND, HUGH | 27733 | $1,000,000.00* | EXHIBIT A |
| 5014 | RAYNOR, ARLENE | 27734 | $1,000,000.00* | EXHIBIT A |
| 5015 | READ, CLIFFORD | 27735 | $1,000,000.00* | EXHIBIT A |
| 5016 | REAGAN, KENNETH | 27680 | $1,000,000.00* | EXHIBIT A |
| 5017 | REARDON, ROBERT | 27681 | $1,000,000.00* | EXHIBIT A |
| 5018 | REAVES, CLYDE | 27682 | $1,000,000.00* | EXHIBIT A |
| 5019 | RECTOR, KENNETH | 27683 | $1,000,000.00* | EXHIBIT A |

| 5020 | REDDING, FREDERICK | 27684 | $1,000,000.00* | EXHIBIT A |
| 5021 | REDDISH, GEORGE | 27685 | $1,000,000.00* | EXHIBIT A |
| 5022 | REDICAN, KENNETH | 27686 | $1,000,000.00* | EXHIBIT A |
| 5023 | REDMILL, EDWARD | 27687 | $1,000,000.00* | EXHIBIT A |
| 5024 | REDMOND, HAROLD | 27688 | $1,000,000.00* | EXHIBIT A |
| 5025 | REED, ALLISON | 27691 | $1,000,000.00* | EXHIBIT A |
| 5026 | REED, CLIFFORD | 27692 | $1,000,000.00* | EXHIBIT A |
| 5027 | REED, JOHN | 27689 | $1,000,000.00* | EXHIBIT A |
| 5028 | REED, KENNETH PAUL | 27693 | $1,000,000.00* | EXHIBIT A |
| 5029 | REED, WILLIAM | 27690 | $1,000,000.00* | EXHIBIT A |
| 5030 | REESE, CLAXTON | 27695 | $1,000,000.00* | EXHIBIT A |
| 5031 | REESE, ROBERT | 27694 | $1,000,000.00* | EXHIBIT A |
| 5032 | REEVES, JOHN | 27697 | $1,000,000.00* | EXHIBIT A |
| 5033 | REEVES, KEN | 27696 | $1,000,000.00* | EXHIBIT A |
| 5034 | REGAN, JOSEPH | 27698 | $1,000,000.00* | EXHIBIT A |
| 5035 | REGO, ANTONE | 27700 | $1,000,000.00* | EXHIBIT A |
| 5036 | REGO, GEORGE | 27699 | $1,000,000.00* | EXHIBIT A |
| 5037 | REGO, GREGORY | 27701 | $1,000,000.00* | EXHIBIT A |
| 5038 | REICH, LOUIS | 27702 | $1,000,000.00* | EXHIBIT A |
| 5039 | REICHARD, PARSON | 27703 | $1,000,000.00* | EXHIBIT A |
| 5040 | REICHLE, JOHN | 27704 | $1,000,000.00* | EXHIBIT A |
| 5041 | REID, ALFRED | 27705 | $1,000,000.00* | EXHIBIT A |
| 5042 | REILLY, BRIAN | 27707 | $1,000,000.00* | EXHIBIT A |
| 5043 | REILLY, WILLIAM | 27706 | $1,000,000.00* | EXHIBIT A |
| 5044 | REIMANN, THOMAS | 27708 | $1,000,000.00* | EXHIBIT A |
| 5045 | REINHARDT, DENNIS | 27709 | $1,000,000.00* | EXHIBIT A |
| 5046 | REIS, RAYMOND | 27710 | $1,000,000.00* | EXHIBIT A |
| 5047 | REMUCK, GORDON | 27711 | $1,000,000.00* | EXHIBIT A |
| 5048 | RENDLE, WILLIAM | 27712 | $1,000,000.00* | EXHIBIT A |
| 5049 | RENFREW, RICHARD | 27662 | $1,000,000.00* | EXHIBIT A |
| 5050 | RENFROW, WILLIAM | 27663 | $1,000,000.00* | EXHIBIT A |
| 5051 | RENIER, CLYDE | 27661 | $1,000,000.00* | EXHIBIT A |
| 5052 | RENO, WILLIAM | 27664 | $1,000,000.00* | EXHIBIT A |
| 5053 | REPAY, JOSEPH | 27665 | $1,000,000.00* | EXHIBIT A |
| 5054 | RESSER, RICHARD | 27666 | $1,000,000.00* | EXHIBIT A |
| 5055 | RESSLER, LENARD | 27667 | $1,000,000.00* | EXHIBIT A |
| 5056 | RETHERFORD, SAMUEL | 27668 | $1,000,000.00* | EXHIBIT A |
| 5057 | REUTER, DAVID | 27669 | $1,000,000.00* | EXHIBIT A |
| 5058 | REWIS, CLEVIE | 27671 | $1,000,000.00* | EXHIBIT A |
| 5059 | REWIS, KIBBIE | 27670 | $1,000,000.00* | EXHIBIT A |
| 5060 | REYNOLDS, BRUCE | 27672 | $1,000,000.00* | EXHIBIT A |
| 5061 | REYNOLDS, STEPHEN | 27673 | $1,000,000.00* | EXHIBIT A |
| 5062 | RHEAUME, ROBERT | 27674 | $1,000,000.00* | EXHIBIT A |
| 5063 | RHEUDE, ROBERT | 27675 | $1,000,000.00* | EXHIBIT A |
| 5064 | RHOADES, GEORGE | 27676 | $1,000,000.00* | EXHIBIT A |
| 5065 | RIBNICK, JOSEPH | 27677 | $1,000,000.00* | EXHIBIT A |
| 5066 | RICARD, FINLEY | 27678 | $1,000,000.00* | EXHIBIT A |

| 5067 | RICE, GILBERT | 27679 | $1,000,000.00* | EXHIBIT A |
| 5068 | RICE, JOHN | 27870 | $1,000,000.00* | EXHIBIT A |
| 5069 | RICE, LAWRENCE | 27871 | $1,000,000.00* | EXHIBIT A |
| 5070 | RICE, WAYNE | 27872 | $1,000,000.00* | EXHIBIT A |
| 5071 | RICHARD, ROBERT | 27873 | $1,000,000.00* | EXHIBIT A |
| 5072 | RICHARDS, ERNEST | 27876 | $1,000,000.00* | EXHIBIT A |
| 5073 | RICHARDS, LOUIE | 27875 | $1,000,000.00* | EXHIBIT A |
| 5074 | RICHARDS, MARK | 27874 | $1,000,000.00* | EXHIBIT A |
| 5075 | RICHARDS, ROBERT | 27877 | $1,000,000.00* | EXHIBIT A |
| 5076 | RICHARDSON, DONALD | 27879 | $1,000,000.00* | EXHIBIT A |
| 5077 | RICHARDSON, HARRY | 27880 | $1,000,000.00* | EXHIBIT A |
| 5078 | RICHARDSON, THOMAS | 27878 | $1,000,000.00* | EXHIBIT A |
| 5079 | RICHBURG, ROBERT | 27881 | $1,000,000.00* | EXHIBIT A |
| 5080 | RICHEY, JAMES | 27882 | $1,000,000.00* | EXHIBIT A |
| 5081 | RICHLEY, JACK | 27884 | $1,000,000.00* | EXHIBIT A |
| 5082 | RICHLEY, WILLIS | 27883 | $1,000,000.00* | EXHIBIT A |
| 5083 | RICHO, ELLIOTT | 27885 | $1,000,000.00* | EXHIBIT A |
| 5084 | RICHTER, GEORGE | 27886 | $1,000,000.00* | EXHIBIT A |
| 5085 | RICKER, CARROLL | 27887 | $1,000,000.00* | EXHIBIT A |
| 5086 | RICKS, JESSE | 27888 | $1,000,000.00* | EXHIBIT A |
| 5087 | RIDDLES, BURL (DECEASED) | 27889 | $1,000,000.00* | EXHIBIT A |
| 5088 | RIEMER, THOMAS | 27890 | $1,000,000.00* | EXHIBIT A |
| 5089 | RIFKIN, JACK | 27891 | $1,000,000.00* | EXHIBIT A |
| 5090 | RIGGS, RALPH | 27892 | $1,000,000.00* | EXHIBIT A |
| 5091 | RIGGS, RAY | 27893 | $1,000,000.00* | EXHIBIT A |
| 5092 | RIGHTNOWAR, PAUL | 27894 | $1,000,000.00* | EXHIBIT A |
| 5093 | RIKARD, MURRAY | 27895 | $1,000,000.00* | EXHIBIT A |
| 5094 | RILEY, JACK | 27958 | $1,000,000.00* | EXHIBIT A |
| 5095 | RILEY, JOHN | 27956 | $1,000,000.00* | EXHIBIT A |
| 5096 | RILEY, ROBERT | 27957 | $1,000,000.00* | EXHIBIT A |
| 5097 | RINE, ERNEST | 27959 | $1,000,000.00* | EXHIBIT A |
| 5098 | RING, DAVID | 27962 | $1,000,000.00* | EXHIBIT A |
| 5099 | RING, ROBERT | 27961 | $1,000,000.00* | EXHIBIT A |
| 5100 | RING, WILLIAM | 27960 | $1,000,000.00* | EXHIBIT A |
| 5101 | RINGEISEN, CARL | 27963 | $1,000,000.00* | EXHIBIT A |
| 5102 | RINKO, MICHAEL | 27964 | $1,000,000.00* | EXHIBIT A |
| 5103 | RISER, LYNN | 27965 | $1,000,000.00* | EXHIBIT A |
| 5104 | RISH, JOSEPH | 27966 | $1,000,000.00* | EXHIBIT A |
| 5105 | RISHER, TRAVICK | 27967 | $1,000,000.00* | EXHIBIT A |
| 5106 | RISTAINO, GARY | 27968 | $1,000,000.00* | EXHIBIT A |
| 5107 | RITCHIE, JOHNNY | 27969 | $1,000,000.00* | EXHIBIT A |
| 5108 | RITTENHOUSE, DONALD | 27970 | $1,000,000.00* | EXHIBIT A |
| 5109 | RITTER, JOSEPH | 27971 | $1,000,000.00* | EXHIBIT A |
| 5110 | RIVERO, JOSE | 27856 | $1,000,000.00* | EXHIBIT A |
| 5111 | RIVERS, ANTOINETTE | 27857 | $1,000,000.00* | EXHIBIT A |
| 5112 | RIVORD, RONALD | 27858 | $1,000,000.00* | EXHIBIT A |
| 5113 | ROACH, CLINTON | 27860 | $1,000,000.00* | EXHIBIT A |

| 5114 | ROACH, JAMES | 27859 | $1,000,000.00* | EXHIBIT A |
|------|--------------|-------|----------------|-----------|
| 5115 | ROARK, JESSE | 27861 | $1,000,000.00* | EXHIBIT A |
| 5116 | ROBB, WILLIAM | 27862 | $1,000,000.00* | EXHIBIT A |
| 5117 | ROBBINS, BERNARD | 27866 | $1,000,000.00* | EXHIBIT A |
| 5118 | ROBBINS, FERRELL | 27863 | $1,000,000.00* | EXHIBIT A |
| 5119 | ROBBINS, GILES | 27867 | $1,000,000.00* | EXHIBIT A |
| 5120 | ROBBINS, JAMES | 27865 | $1,000,000.00* | EXHIBIT A |
| 5121 | ROBBINS, PAUL | 27868 | $1,000,000.00* | EXHIBIT A |
| 5122 | ROBBINS, RUSSELL | 27864 | $1,000,000.00* | EXHIBIT A |
| 5123 | ROBBLEE, JAMES | 27869 | $1,000,000.00* | EXHIBIT A |
| 5124 | ROBECK, DAVID | 27827 | $1,000,000.00* | EXHIBIT A |
| 5125 | ROBERGE, STEVEN | 27828 | $1,000,000.00* | EXHIBIT A |
| 5126 | ROBERSON, CALVIN | 27829 | $1,000,000.00* | EXHIBIT A |
| 5127 | ROBERTS, BERTRAM | 27835 | $1,000,000.00* | EXHIBIT A |
| 5128 | ROBERTS, DALE | 27832 | $1,000,000.00* | EXHIBIT A |
| 5129 | ROBERTS, JEROME | 27833 | $1,000,000.00* | EXHIBIT A |
| 5130 | ROBERTS, JOHN | 27836 | $1,000,000.00* | EXHIBIT A |
| 5131 | ROBERTS, JOHNNIE | 27830 | $1,000,000.00* | EXHIBIT A |
| 5132 | ROBERTS, JOSEPH | 27831 | $1,000,000.00* | EXHIBIT A |
| 5133 | ROBERTS, KENNETH | 27834 | $1,000,000.00* | EXHIBIT A |
| 5134 | ROBERTSON, BERT | 27838 | $1,000,000.00* | EXHIBIT A |
| 5135 | ROBERTSON, DAVID | 27837 | $1,000,000.00* | EXHIBIT A |
| 5136 | ROBIE, GEORGE | 27839 | $1,000,000.00* | EXHIBIT A |
| 5137 | ROBINSON, DAVID | 27841 | $1,000,000.00* | EXHIBIT A |
| 5138 | ROBINSON, DAVID | 27846 | $1,000,000.00* | EXHIBIT A |
| 5139 | ROBINSON, GEORGE | 27842 | $1,000,000.00* | EXHIBIT A |
| 5140 | ROBINSON, GEORGE | 27847 | $1,000,000.00* | EXHIBIT A |
| 5141 | ROBINSON, PAUL | 27845 | $1,000,000.00* | EXHIBIT A |
| 5142 | ROBINSON, ROBERT | 27844 | $1,000,000.00* | EXHIBIT A |
| 5143 | ROBINSON, SANFORD | 27840 | $1,000,000.00* | EXHIBIT A |
| 5144 | ROBINSON, WILLIAM | 27843 | $1,000,000.00* | EXHIBIT A |
| 5145 | ROCHE, ALPHONSUS | 27848 | $1,000,000.00* | EXHIBIT A |
| 5146 | ROCKETT, FOYE | 27849 | $1,000,000.00* | EXHIBIT A |
| 5147 | RODARMEL, COY | 27850 | $1,000,000.00* | EXHIBIT A |
| 5148 | RODENBECK, HERBERT | 27851 | $1,000,000.00* | EXHIBIT A |
| 5149 | RODGERS, ROY | 27852 | $1,000,000.00* | EXHIBIT A |
| 5150 | RODRIGUES, ANTONE | 27853 | $1,000,000.00* | EXHIBIT A |
| 5151 | RODRIGUES, JOSEPH | 27854 | $1,000,000.00* | EXHIBIT A |
| 5152 | RODRIGUEZ, ESPIRIDION | 27855 | $1,000,000.00* | EXHIBIT A |
| 5153 | ROEHR, GARY MARVIN | 27811 | $1,000,000.00* | EXHIBIT A |
| 5154 | ROESLER, CARL | 27812 | $1,000,000.00* | EXHIBIT A |
| 5155 | ROGERS, DONALD | 27814 | $1,000,000.00* | EXHIBIT A |
| 5156 | ROGERS, JAMES | 27815 | $1,000,000.00* | EXHIBIT A |
| 5157 | ROGERS, JERRY | 27818 | $1,000,000.00* | EXHIBIT A |
| 5158 | ROGERS, JOHN | 27816 | $1,000,000.00* | EXHIBIT A |
| 5159 | ROGERS, MARTIN | 27813 | $1,000,000.00* | EXHIBIT A |
| 5160 | ROGERS, WAYNE | 27817 | $1,000,000.00* | EXHIBIT A |

470006

| 5161 | ROGOWSKI, CHESTER | 27819 | $1,000,000.00* | EXHIBIT A |
| 5162 | ROHRIG, DAVID | 27820 | $1,000,000.00* | EXHIBIT A |
| 5163 | ROLLER, IRA ROSS | 27821 | $1,000,000.00* | EXHIBIT A |
| 5164 | ROLLER, JOHN | 27822 | $1,000,000.00* | EXHIBIT A |
| 5165 | ROLLO, NICHOLAS | 27823 | $1,000,000.00* | EXHIBIT A |
| 5166 | ROLPH, DARWYN | 27824 | $1,000,000.00* | EXHIBIT A |
| 5167 | ROMANACCI, CLAUDIO | 27825 | $1,000,000.00* | EXHIBIT A |
| 5168 | ROMANO, CHARLES | 27826 | $1,000,000.00* | EXHIBIT A |
| 5169 | ROMANO, TED | 26751 | $1,000,000.00* | EXHIBIT A |
| 5170 | ROMBERG, ROBERT | 26752 | $1,000,000.00* | EXHIBIT A |
| 5171 | ROMENS, CARROLL | 26753 | $1,000,000.00* | EXHIBIT A |
| 5172 | ROMERO, PHILLIP | 26754 | $1,000,000.00* | EXHIBIT A |
| 5173 | ROMO, ANDREW | 26755 | $1,000,000.00* | EXHIBIT A |
| 5174 | RONALTER, JOSEPH | 26816 | $1,000,000.00* | EXHIBIT A |
| 5175 | ROOME, THOMAS | 26817 | $1,000,000.00* | EXHIBIT A |
| 5176 | ROONEY, JOHN | 26818 | $1,000,000.00* | EXHIBIT A |
| 5177 | ROOT, JAMES | 26819 | $1,000,000.00* | EXHIBIT A |
| 5178 | ROPER, LEVI | 26820 | $1,000,000.00* | EXHIBIT A |
| 5179 | ROSA, DIONISIO | 26822 | $1,000,000.00* | EXHIBIT A |
| 5180 | ROSA, SALVATORE | 26821 | $1,000,000.00* | EXHIBIT A |
| 5181 | ROSADINI, JOSEPH | 26823 | $1,000,000.00* | EXHIBIT A |
| 5182 | ROSATA, THOMAS | 26824 | $1,000,000.00* | EXHIBIT A |
| 5183 | ROSATI, PETER | 26825 | $1,000,000.00* | EXHIBIT A |
| 5184 | ROSE, GEORGE | 26831 | $1,000,000.00* | EXHIBIT A |
| 5185 | ROSE, HARRY | 26829 | $1,000,000.00* | EXHIBIT A |
| 5186 | ROSE, JOSEPH | 26828 | $1,000,000.00* | EXHIBIT A |
| 5187 | ROSE, SARAH | 26827 | $1,000,000.00* | EXHIBIT A |
| 5188 | ROSE, THOMAS | 26826 | $1,000,000.00* | EXHIBIT A |
| 5189 | ROSE, WILLIAM | 26830 | $1,000,000.00* | EXHIBIT A |
| 5190 | ROSENSON, NEIL | 26832 | $1,000,000.00* | EXHIBIT A |
| 5191 | ROSS, FRED | 26834 | $1,000,000.00* | EXHIBIT A |
| 5192 | ROSS, JOHN | 26833 | $1,000,000.00* | EXHIBIT A |
| 5193 | ROSS, RAYMOND | 26835 | $1,000,000.00* | EXHIBIT A |
| 5194 | ROSS, SYLVESTER | 26836 | $1,000,000.00* | EXHIBIT A |
| 5195 | ROSSI, FELIX | 26837 | $1,000,000.00* | EXHIBIT A |
| 5196 | ROSSI,, HARRY | 26838 | $1,000,000.00* | EXHIBIT A |
| 5197 | ROSSMAN, SOLOMAN | 26839 | $1,000,000.00* | EXHIBIT A |
| 5198 | ROTH, ARTHUR FRANK | 26841 | $1,000,000.00* | EXHIBIT A |
| 5199 | ROTH, CHARLES | 26842 | $1,000,000.00* | EXHIBIT A |
| 5200 | ROTH, LEON | 26840 | $1,000,000.00* | EXHIBIT A |
| 5201 | ROTHANS, DAVID | 26843 | $1,000,000.00* | EXHIBIT A |
| 5202 | ROTHE, RUDOLF | 26844 | $1,000,000.00* | EXHIBIT A |
| 5203 | ROTHFELDT, JAMES | 26845 | $1,000,000.00* | EXHIBIT A |
| 5204 | ROUGH, DAVID | 26846 | $1,000,000.00* | EXHIBIT A |
| 5205 | ROUILLARD, KENNETH | 26847 | $1,000,000.00* | EXHIBIT A |
| 5206 | ROULEAU, FREEMAN | 26848 | $1,000,000.00* | EXHIBIT A |
| 5207 | ROUSE, JOHN | 26849 | $1,000,000.00* | EXHIBIT A |

| 5208 | ROWBOTHAM, WALTER | 26850 | $1,000,000.00* | EXHIBIT A |
| 5209 | ROWE, RICHARD | 26811 | $1,000,000.00* | EXHIBIT A |
| 5210 | ROWLAND, WILLIAM | 26812 | $1,000,000.00* | EXHIBIT A |
| 5211 | ROWLANDS, KENNETH | 26813 | $1,000,000.00* | EXHIBIT A |
| 5212 | ROWLEY, MELVIN | 26814 | $1,000,000.00* | EXHIBIT A |
| 5213 | ROY, JOSEPH | 26936 | $1,000,000.00* | EXHIBIT A |
| 5214 | ROY, NORMAND | 26815 | $1,000,000.00* | EXHIBIT A |
| 5215 | ROYAL, BOBBY | 26937 | $1,000,000.00* | EXHIBIT A |
| 5216 | ROYSTON, JOHN | 26938 | $1,000,000.00* | EXHIBIT A |
| 5217 | ROZELLE, CHARLES | 26939 | $1,000,000.00* | EXHIBIT A |
| 5218 | RUBEL, BERNARD | 26940 | $1,000,000.00* | EXHIBIT A |
| 5219 | RUDD, JAMES | 26941 | $1,000,000.00* | EXHIBIT A |
| 5220 | RUFF, WILLIAM | 26942 | $1,000,000.00* | EXHIBIT A |
| 5221 | RUG, GERARD | 26943 | $1,000,000.00* | EXHIBIT A |
| 5222 | RUGAR, HENRY | 26944 | $1,000,000.00* | EXHIBIT A |
| 5223 | RUGGIERO, JOSEPH | 26976 | $1,000,000.00* | EXHIBIT A |
| 5224 | RUGGIERO, RICHARD | 26977 | $1,000,000.00* | EXHIBIT A |
| 5225 | RUMNEY, HARRY | 26978 | $1,000,000.00* | EXHIBIT A |
| 5226 | RUNGE, CARL | 26979 | $1,000,000.00* | EXHIBIT A |
| 5227 | RUNKLE, JACK | 26980 | $1,000,000.00* | EXHIBIT A |
| 5228 | RUNNERSTROM, WILLARD | 26981 | $1,000,000.00* | EXHIBIT A |
| 5229 | RUSH, JOE | 26982 | $1,000,000.00* | EXHIBIT A |
| 5230 | RUSH, JOE | 26983 | $1,000,000.00* | EXHIBIT A |
| 5231 | RUSH, MICHAEL | 26984 | $1,000,000.00* | EXHIBIT A |
| 5232 | RUSKA, WARREN | 26985 | $1,000,000.00* | EXHIBIT A |
| 5233 | RUSS, ADOLPH | 26986 | $1,000,000.00* | EXHIBIT A |
| 5234 | RUSSELL, DAN | 26995 | $1,000,000.00* | EXHIBIT A |
| 5235 | RUSSELL, DURWARD | 26993 | $1,000,000.00* | EXHIBIT A |
| 5236 | RUSSELL, EARL | 26987 | $1,000,000.00* | EXHIBIT A |
| 5237 | RUSSELL, FREDERICK | 26990 | $1,000,000.00* | EXHIBIT A |
| 5238 | RUSSELL, GORDON | 26992 | $1,000,000.00* | EXHIBIT A |
| 5239 | RUSSELL, LUTHER | 26988 | $1,000,000.00* | EXHIBIT A |
| 5240 | RUSSELL, RONALD | 26994 | $1,000,000.00* | EXHIBIT A |
| 5241 | RUSSELL, ROOSEVELT | 26991 | $1,000,000.00* | EXHIBIT A |
| 5242 | RUSSELL, WILLIAM | 26989 | $1,000,000.00* | EXHIBIT A |
| 5243 | RUSSO, JOHN | 27117 | $1,000,000.00* | EXHIBIT A |
| 5244 | RUSSO, JOSEPH | 27118 | $1,000,000.00* | EXHIBIT A |
| 5245 | RUSSO, THOMAS | 27116 | $1,000,000.00* | EXHIBIT A |
| 5246 | RUTLEDGE, CHARLES | 27119 | $1,000,000.00* | EXHIBIT A |
| 5247 | RYAN, ARTHUR | 27122 | $1,000,000.00* | EXHIBIT A |
| 5248 | RYAN, CHARLES | 27121 | $1,000,000.00* | EXHIBIT A |
| 5249 | RYAN, DANIEL | 27123 | $1,000,000.00* | EXHIBIT A |
| 5250 | RYAN, KENNETH | 27120 | $1,000,000.00* | EXHIBIT A |
| 5251 | RYAN, ROBERT | 27124 | $1,000,000.00* | EXHIBIT A |
| 5252 | RYAN, WILLIAM | 26635 | $1,000,000.00* | EXHIBIT A |
| 5253 | RYBSKI, WALTER | 27125 | $1,000,000.00* | EXHIBIT A |
| 5254 | RYDEN, WARREN | 27126 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 5255 | RYDZOWSKI, RAMON | 27127 | $1,000,000.00* | EXHIBIT A |
| 5256 | RYKOWSKI, EDWARD | 27128 | $1,000,000.00* | EXHIBIT A |
| 5257 | RYNDERS, LEONARD | 26799 | $1,000,000.00* | EXHIBIT A |
| 5258 | SAARNIO, HENRY | 26800 | $1,000,000.00* | EXHIBIT A |
| 5259 | SABATINO, EDWARD | 26801 | $1,000,000.00* | EXHIBIT A |
| 5260 | SACCOCCIO, JAMES | 26802 | $1,000,000.00* | EXHIBIT A |
| 5261 | SADLOWSKI, EUGENE | 26803 | $1,000,000.00* | EXHIBIT A |
| 5262 | SAGER, DAVID | 26804 | $1,000,000.00* | EXHIBIT A |
| 5263 | SALEMI, JOHN | 26805 | $1,000,000.00* | EXHIBIT A |
| 5264 | SALMON, CHARLES | 26806 | $1,000,000.00* | EXHIBIT A |
| 5265 | SALSBURY, GLEN | 26807 | $1,000,000.00* | EXHIBIT A |
| 5266 | SALTER, ARTHUR | 26808 | $1,000,000.00* | EXHIBIT A |
| 5267 | SALTZMAN, IRVING | 26809 | $1,000,000.00* | EXHIBIT A |
| 5268 | SALVATO, SAL | 26810 | $1,000,000.00* | EXHIBIT A |
| 5269 | SALVATORE, JOSEPH | 27129 | $1,000,000.00* | EXHIBIT A |
| 5270 | SAMMONS, OLIN RAY | 27130 | $1,000,000.00* | EXHIBIT A |
| 5271 | SAMS, MURRAY | 27131 | $1,000,000.00* | EXHIBIT A |
| 5272 | SAMSE, KARL | 27132 | $1,000,000.00* | EXHIBIT A |
| 5273 | SAMSON, RICHARD | 27133 | $1,000,000.00* | EXHIBIT A |
| 5274 | SAMUELS, RAY | 27134 | $1,000,000.00* | EXHIBIT A |
| 5275 | SANCHEZ, DONALD | 27135 | $1,000,000.00* | EXHIBIT A |
| 5276 | SANDERS, CARL | 27137 | $1,000,000.00* | EXHIBIT A |
| 5277 | SANDERS, CHARLES | 27136 | $1,000,000.00* | EXHIBIT A |
| 5278 | SANDERS, FRANK | 27138 | $1,000,000.00* | EXHIBIT A |
| 5279 | SANDERS, SR., PHILLIP | 27140 | $1,000,000.00* | EXHIBIT A |
| 5280 | SANDERS, WILLIAM | 27139 | $1,000,000.00* | EXHIBIT A |
| 5281 | SANDERSON, GEORGE | 27141 | $1,000,000.00* | EXHIBIT A |
| 5282 | SANDQUIST, ROBERT | 27142 | $1,000,000.00* | EXHIBIT A |
| 5283 | SANDS, RICHARD | 27143 | $1,000,000.00* | EXHIBIT A |
| 5284 | SANFORD, ASA | 27144 | $1,000,000.00* | EXHIBIT A |
| 5285 | SANFORD, CHARLES | 27145 | $1,000,000.00* | EXHIBIT A |
| 5286 | SANGER, WILBUR | 27146 | $1,000,000.00* | EXHIBIT A |
| 5287 | SAN-GIORGI, RICHARD | 26945 | $1,000,000.00* | EXHIBIT A |
| 5288 | SANSOM, FREDERICK | 26946 | $1,000,000.00* | EXHIBIT A |
| 5289 | SANSON, JAMES | 26947 | $1,000,000.00* | EXHIBIT A |
| 5290 | SANTE, STEVEN | 26948 | $1,000,000.00* | EXHIBIT A |
| 5291 | SANTOPOLO, LEONARD | 26949 | $1,000,000.00* | EXHIBIT A |
| 5292 | SAPIA, JOSEPH | 26950 | $1,000,000.00* | EXHIBIT A |
| 5293 | SAPOUCKEY, ALAN | 26951 | $1,000,000.00* | EXHIBIT A |
| 5294 | SAPP, GEORGE | 26952 | $1,000,000.00* | EXHIBIT A |
| 5295 | SAPPINGTON, MARR | 26953 | $1,000,000.00* | EXHIBIT A |
| 5296 | SARGENT, CHARLES | 26997 | $1,000,000.00* | EXHIBIT A |
| 5297 | SARGENT, ELLIS | 26954 | $1,000,000.00* | EXHIBIT A |
| 5298 | SARNER, RONALD | 26998 | $1,000,000.00* | EXHIBIT A |
| 5299 | SARRETT, BERNIE | 26996 | $1,000,000.00* | EXHIBIT A |
| 5300 | SASSO, JOSEPH | 26999 | $1,000,000.00* | EXHIBIT A |
| 5301 | SAULNIER, HENRY | 27000 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 5302 | SAUNDERS, LONNIE | 27001 | $1,000,000.00* | EXHIBIT A |
| 5303 | SAVAGE, EDWIN | 27002 | $1,000,000.00* | EXHIBIT A |
| 5304 | SAVARD, LOUIS | 27003 | $1,000,000.00* | EXHIBIT A |
| 5305 | SAVIANO, ARTHUR | 27004 | $1,000,000.00* | EXHIBIT A |
| 5306 | SAVIANO, MICHAEL | 27005 | $1,000,000.00* | EXHIBIT A |
| 5307 | SAWICKY, WILLIAM | 27006 | $1,000,000.00* | EXHIBIT A |
| 5308 | SAWYER, LEE | 27007 | $1,000,000.00* | EXHIBIT A |
| 5309 | SAXON, CHRIS | 27008 | $1,000,000.00* | EXHIBIT A |
| 5310 | SAYERS, PATRICK | 27009 | $1,000,000.00* | EXHIBIT A |
| 5311 | SCAFFIDI, ANTHONY | 27010 | $1,000,000.00* | EXHIBIT A |
| 5312 | SCALA, RONALD | 27011 | $1,000,000.00* | EXHIBIT A |
| 5313 | SCALAMONTI, ANDREW | 27012 | $1,000,000.00* | EXHIBIT A |
| 5314 | SCANLAN, THOMAS | 27013 | $1,000,000.00* | EXHIBIT A |
| 5315 | SCARLETT, PAUL | 27014 | $1,000,000.00* | EXHIBIT A |
| 5316 | SCAVONE, LEONARD | 27015 | $1,000,000.00* | EXHIBIT A |
| 5317 | SCAZAFAVE, JOSEPH | 27016 | $1,000,000.00* | EXHIBIT A |
| 5318 | SCHACHT, RICHARD | 27017 | $1,000,000.00* | EXHIBIT A |
| 5319 | SCHAD, ROBERT | 27019 | $1,000,000.00* | EXHIBIT A |
| 5320 | SCHAD, WALTER | 27018 | $1,000,000.00* | EXHIBIT A |
| 5321 | SCHAEFFER, OTTO | 27020 | $1,000,000.00* | EXHIBIT A |
| 5322 | SCHAFER, CARROLL | 27021 | $1,000,000.00* | EXHIBIT A |
| 5323 | SCHAFFER, ARTHUR | 27022 | $1,000,000.00* | EXHIBIT A |
| 5324 | SCHAPPERT, JOHN | 27023 | $1,000,000.00* | EXHIBIT A |
| 5325 | SCHATZ, RANDALL | 27024 | $1,000,000.00* | EXHIBIT A |
| 5326 | SCHEIDELER, FREDERICK | 27025 | $1,000,000.00* | EXHIBIT A |
| 5327 | SCHELZEL, CURTIS | 27194 | $1,000,000.00* | EXHIBIT A |
| 5328 | SCHENK, STEVEN | 27195 | $1,000,000.00* | EXHIBIT A |
| 5329 | SCHERREIKS, PETER | 27196 | $1,000,000.00* | EXHIBIT A |
| 5330 | SCHILDT, FREDERICK | 27197 | $1,000,000.00* | EXHIBIT A |
| 5331 | SCHIRCH, ARTHUR | 27198 | $1,000,000.00* | EXHIBIT A |
| 5332 | SCHLEIFER, JEROME | 27199 | $1,000,000.00* | EXHIBIT A |
| 5333 | SCHLEYHAHN, LARRY | 27200 | $1,000,000.00* | EXHIBIT A |
| 5334 | SCHLICK, GAYLORD | 27201 | $1,000,000.00* | EXHIBIT A |
| 5335 | SCHLINK, JAMES | 27202 | $1,000,000.00* | EXHIBIT A |
| 5336 | SCHLUNDT, ROBERT | 27203 | $1,000,000.00* | EXHIBIT A |
| 5337 | SCHMALZ, WILLIAM | 27204 | $1,000,000.00* | EXHIBIT A |
| 5338 | SCHMIDT, CARL | 27206 | $1,000,000.00* | EXHIBIT A |
| 5339 | SCHMIDT, GERHARD | 27205 | $1,000,000.00* | EXHIBIT A |
| 5340 | SCHMITT, GERALD | 27207 | $1,000,000.00* | EXHIBIT A |
| 5341 | SCHMITT, ROBERT | 27208 | $1,000,000.00* | EXHIBIT A |
| 5342 | SCHMULDT, ROBERT | 27209 | $1,000,000.00* | EXHIBIT A |
| 5343 | SCHNEIDER, LOUIS | 27210 | $1,000,000.00* | EXHIBIT A |
| 5344 | SCHNURBUSH, BERNARD | 27211 | $1,000,000.00* | EXHIBIT A |
| 5345 | SCHOEMANN, THOMAS | 27212 | $1,000,000.00* | EXHIBIT A |
| 5346 | SCHOETTELKOTTE, HARRY | 27213 | $1,000,000.00* | EXHIBIT A |
| 5347 | SCHOONOVER, BERNARD | 27214 | $1,000,000.00* | EXHIBIT A |
| 5348 | SCHRAEDER, MATTHEW | 27215 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 5349 | SCHREMMER, LAWRENCE | 27216 | $1,000,000.00* | EXHIBIT A |
| 5350 | SCHROEDER, DANIEL | 27291 | $1,000,000.00* | EXHIBIT A |
| 5351 | SCHROEDER, ROBERT | 27217 | $1,000,000.00* | EXHIBIT A |
| 5352 | SCHROTH, JAMES | 27292 | $1,000,000.00* | EXHIBIT A |
| 5353 | SCHUBERT, BURTON | 27293 | $1,000,000.00* | EXHIBIT A |
| 5354 | SCHUCK, DONALD | 27294 | $1,000,000.00* | EXHIBIT A |
| 5355 | SCHUH, REUBEN | 27295 | $1,000,000.00* | EXHIBIT A |
| 5356 | SCHUKO, ANTHONY | 27340 | $1,000,000.00* | EXHIBIT A |
| 5357 | SCHULTZ, ALLEN | 27347 | $1,000,000.00* | EXHIBIT A |
| 5358 | SCHULTZ, BERNARD | 27344 | $1,000,000.00* | EXHIBIT A |
| 5359 | SCHULTZ, CARL | 27345 | $1,000,000.00* | EXHIBIT A |
| 5360 | SCHULTZ, DONALD | 27341 | $1,000,000.00* | EXHIBIT A |
| 5361 | SCHULTZ, GERALD | 27346 | $1,000,000.00* | EXHIBIT A |
| 5362 | SCHULTZ, HOWARD | 27342 | $1,000,000.00* | EXHIBIT A |
| 5363 | SCHULTZ, PETER | 27343 | $1,000,000.00* | EXHIBIT A |
| 5364 | SCHUMAKER, CECIL | 27348 | $1,000,000.00* | EXHIBIT A |
| 5365 | SCHUSTER, DONALD | 27350 | $1,000,000.00* | EXHIBIT A |
| 5366 | SCHUSTER, RAYMOND JAMES | 27349 | $1,000,000.00* | EXHIBIT A |
| 5367 | SCHUTZ, GERARD | 27351 | $1,000,000.00* | EXHIBIT A |
| 5368 | SCHWALBACH, JOHN | 27352 | $1,000,000.00* | EXHIBIT A |
| 5369 | SCHWEIGER, PAUL | 27353 | $1,000,000.00* | EXHIBIT A |
| 5370 | SCIADINI, ALFRED | 27354 | $1,000,000.00* | EXHIBIT A |
| 5371 | SCLAFANI, MICHAEL | 27355 | $1,000,000.00* | EXHIBIT A |
| 5372 | SCOLA, STEPHEN | 27416 | $1,000,000.00* | EXHIBIT A |
| 5373 | SCOLES, DONALD | 27417 | $1,000,000.00* | EXHIBIT A |
| 5374 | SCOPINICH, WILLIAM | 27418 | $1,000,000.00* | EXHIBIT A |
| 5375 | SCOTT, CHARLES | 27421 | $1,000,000.00* | EXHIBIT A |
| 5376 | SCOTT, CHARLES | 27500 | $1,000,000.00* | EXHIBIT A |
| 5377 | SCOTT, GABRIEL | 27503 | $1,000,000.00* | EXHIBIT A |
| 5378 | SCOTT, HENRY | 27419 | $1,000,000.00* | EXHIBIT A |
| 5379 | SCOTT, HULIE | 27504 | $1,000,000.00* | EXHIBIT A |
| 5380 | SCOTT, JASPER | 27422 | $1,000,000.00* | EXHIBIT A |
| 5381 | SCOTT, JESSIE | 27501 | $1,000,000.00* | EXHIBIT A |
| 5382 | SCOTT, RICHARD | 27502 | $1,000,000.00* | EXHIBIT A |
| 5383 | SCOTT, WILLIAM | 27420 | $1,000,000.00* | EXHIBIT A |
| 5384 | SCOURTAS, FRANK | 27505 | $1,000,000.00* | EXHIBIT A |
| 5385 | SCULLY, WILLIAM | 27506 | $1,000,000.00* | EXHIBIT A |
| 5386 | SEABERG, ROBERT | 27507 | $1,000,000.00* | EXHIBIT A |
| 5387 | SEALE, ROBERT | 27508 | $1,000,000.00* | EXHIBIT A |
| 5388 | SEALS, VICTOR | 27509 | $1,000,000.00* | EXHIBIT A |
| 5389 | SEALY, ABNER | 27510 | $1,000,000.00* | EXHIBIT A |
| 5390 | SEARS, IRVIN | 27511 | $1,000,000.00* | EXHIBIT A |
| 5391 | SEARS, RAYMOND | 27512 | $1,000,000.00* | EXHIBIT A |
| 5392 | SEATON, CHARLES | 27513 | $1,000,000.00* | EXHIBIT A |
| 5393 | SEBAN, DONALD | 27514 | $1,000,000.00* | EXHIBIT A |
| 5394 | SEBREN, RONALD | 27515 | $1,000,000.00* | EXHIBIT A |
| 5395 | SECHREST, BOBBY | 27516 | $1,000,000.00* | EXHIBIT A |

| 5396 | SECOLA, ANTHONY | 27517 | $1,000,000.00* | EXHIBIT A |
| 5397 | SECOLA, GENE | 27518 | $1,000,000.00* | EXHIBIT A |
| 5398 | SEDIVY, THOMAS | 27519 | $1,000,000.00* | EXHIBIT A |
| 5399 | SEEBECKER, JOHN | 27520 | $1,000,000.00* | EXHIBIT A |
| 5400 | SEEFELD, DAROLD JAMES | 27521 | $1,000,000.00* | EXHIBIT A |
| 5401 | SEGARS, MICHAEL | 27522 | $1,000,000.00* | EXHIBIT A |
| 5402 | SEGRUE, WILLIAM | 27523 | $1,000,000.00* | EXHIBIT A |
| 5403 | SEIF, HOWARD | 27524 | $1,000,000.00* | EXHIBIT A |
| 5404 | SEIFERLING, HOWARD | 27525 | $1,000,000.00* | EXHIBIT A |
| 5405 | SEIFERT, ERWIN | 27527 | $1,000,000.00* | EXHIBIT A |
| 5406 | SEIFERT, ROBERT | 27526 | $1,000,000.00* | EXHIBIT A |
| 5407 | SEILER, BERNARD | 27528 | $1,000,000.00* | EXHIBIT A |
| 5408 | SEITZ, KENNETH | 27529 | $1,000,000.00* | EXHIBIT A |
| 5409 | SEMENTELLI, ROCCO | 27530 | $1,000,000.00* | EXHIBIT A |
| 5410 | SEPICH, PETER | 27531 | $1,000,000.00* | EXHIBIT A |
| 5411 | SERRA, DOMINIC | 27532 | $1,000,000.00* | EXHIBIT A |
| 5412 | SERRANO, ANTONIO | 27533 | $1,000,000.00* | EXHIBIT A |
| 5413 | SETKOSKI, RONALD | 27534 | $1,000,000.00* | EXHIBIT A |
| 5414 | SETTERLUND, WILLIAM | 27535 | $1,000,000.00* | EXHIBIT A |
| 5415 | SEVER, ANDREW | 27596 | $1,000,000.00* | EXHIBIT A |
| 5416 | SEVERANCE, JOHN | 27598 | $1,000,000.00* | EXHIBIT A |
| 5417 | SEVERANCE, LARRY | 27597 | $1,000,000.00* | EXHIBIT A |
| 5418 | SEWELL, GEORGE | 27599 | $1,000,000.00* | EXHIBIT A |
| 5419 | SEWING, FRANK | 27600 | $1,000,000.00* | EXHIBIT A |
| 5420 | SEXTON, HOBERT | 27601 | $1,000,000.00* | EXHIBIT A |
| 5421 | SEYMOUR, CHARLES | 27602 | $1,000,000.00* | EXHIBIT A |
| 5422 | SEYMOUR, FELTON | 27603 | $1,000,000.00* | EXHIBIT A |
| 5423 | SEYMOUR, MELVIN | 27604 | $1,000,000.00* | EXHIBIT A |
| 5424 | SHAFER, ERLDEAN | 27605 | $1,000,000.00* | EXHIBIT A |
| 5425 | SHAFER, LARRY | 26851 | $1,000,000.00* | EXHIBIT A |
| 5426 | SHAFFER, CARL | 26852 | $1,000,000.00* | EXHIBIT A |
| 5427 | SHAIA, GEORGE | 26853 | $1,000,000.00* | EXHIBIT A |
| 5428 | SHAKESPEARE, DAVID | 26854 | $1,000,000.00* | EXHIBIT A |
| 5429 | SHAMAS, ALBERT | 26855 | $1,000,000.00* | EXHIBIT A |
| 5430 | SHANE, HAROLD | 26856 | $1,000,000.00* | EXHIBIT A |
| 5431 | SHARKEY, IVON | 26857 | $1,000,000.00* | EXHIBIT A |
| 5432 | SHARP, ALBERT | 26860 | $1,000,000.00* | EXHIBIT A |
| 5433 | SHARP, FRANCIS | 26859 | $1,000,000.00* | EXHIBIT A |
| 5434 | SHARP, MARTHA | 26858 | $1,000,000.00* | EXHIBIT A |
| 5435 | SHARPE, BERT | 26861 | $1,000,000.00* | EXHIBIT A |
| 5436 | SHARRON, RAYMOND | 26862 | $1,000,000.00* | EXHIBIT A |
| 5437 | SHAW, GLEN | 26865 | $1,000,000.00* | EXHIBIT A |
| 5438 | SHAW, JOHN | 26864 | $1,000,000.00* | EXHIBIT A |
| 5439 | SHAW, THOMAS | 26863 | $1,000,000.00* | EXHIBIT A |
| 5440 | SHEA, MYLES | 26869 | $1,000,000.00* | EXHIBIT A |
| 5441 | SHEA, WILLIAM | 26866 | $1,000,000.00* | EXHIBIT A |
| 5442 | SHEA, WILLIAM | 26867 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 5443 | SHEA, WILLIAM | 26868 | $1,000,000.00* | EXHIBIT A |
| 5444 | SHEEDY, DANIEL | 26870 | $1,000,000.00* | EXHIBIT A |
| 5445 | SHEEHAN, DANIEL | 26872 | $1,000,000.00* | EXHIBIT A |
| 5446 | SHEEHAN, RUSSELL | 26871 | $1,000,000.00* | EXHIBIT A |
| 5447 | SHEEHAN, THOMAS | 26873 | $1,000,000.00* | EXHIBIT A |
| 5448 | SHEEHY, RICHARD | 26874 | $1,000,000.00* | EXHIBIT A |
| 5449 | SHEETS, AUDREY | 26875 | $1,000,000.00* | EXHIBIT A |
| 5450 | SHEFF, EARL | 27056 | $1,000,000.00* | EXHIBIT A |
| 5451 | SHEFFIELD, JAMES | 27057 | $1,000,000.00* | EXHIBIT A |
| 5452 | SHEFFIELD, LARRY | 27058 | $1,000,000.00* | EXHIBIT A |
| 5453 | SHEHORN, HOMER | 27059 | $1,000,000.00* | EXHIBIT A |
| 5454 | SHELBY, JOHN (DECEASED) | 27060 | $1,000,000.00* | EXHIBIT A |
| 5455 | SHELL, MAX | 27061 | $1,000,000.00* | EXHIBIT A |
| 5456 | SHEPARD, ROBERT | 27062 | $1,000,000.00* | EXHIBIT A |
| 5457 | SHEPPARD, JOSEPH | 27063 | $1,000,000.00* | EXHIBIT A |
| 5458 | SHERIDAN, LARRY | 27065 | $1,000,000.00* | EXHIBIT A |
| 5459 | SHERIDAN, THOMAS | 27064 | $1,000,000.00* | EXHIBIT A |
| 5460 | SHERMAN, HARRY | 27067 | $1,000,000.00* | EXHIBIT A |
| 5461 | SHERMAN, ROBERT | 27066 | $1,000,000.00* | EXHIBIT A |
| 5462 | SHIELDS, GARY | 27069 | $1,000,000.00* | EXHIBIT A |
| 5463 | SHIELDS, WILLIAM | 27068 | $1,000,000.00* | EXHIBIT A |
| 5464 | SHINER, LEO | 27070 | $1,000,000.00* | EXHIBIT A |
| 5465 | SHINGARY, MICHAEL | 27071 | $1,000,000.00* | EXHIBIT A |
| 5466 | SHIPES, LEWIS | 27072 | $1,000,000.00* | EXHIBIT A |
| 5467 | SHIPLEY, DON | 27073 | $1,000,000.00* | EXHIBIT A |
| 5468 | SHIPMAN, ROBERT | 27074 | $1,000,000.00* | EXHIBIT A |
| 5469 | SHIRAH, ALONZO | 27075 | $1,000,000.00* | EXHIBIT A |
| 5470 | SHIRLOCK, GEORGE | 27076 | $1,000,000.00* | EXHIBIT A |
| 5471 | SHISLER, ERNEST | 27077 | $1,000,000.00* | EXHIBIT A |
| 5472 | SHIVER, LUTHER | 27078 | $1,000,000.00* | EXHIBIT A |
| 5473 | SHODA, PAUL | 27079 | $1,000,000.00* | EXHIBIT A |
| 5474 | SHOEMAKE, CHARLES | 27080 | $1,000,000.00* | EXHIBIT A |
| 5475 | SHOEMAKER, JAMES | 27081 | $1,000,000.00* | EXHIBIT A |
| 5476 | SHONTI, MARIANO | 27082 | $1,000,000.00* | EXHIBIT A |
| 5477 | SHOOP, ROBERT | 27083 | $1,000,000.00* | EXHIBIT A |
| 5478 | SHORES, JOSIAH | 27084 | $1,000,000.00* | EXHIBIT A |
| 5479 | SHOWALTER, FLETCHER | 27085 | $1,000,000.00* | EXHIBIT A |
| 5480 | SHROTE, ROBERT | 27086 | $1,000,000.00* | EXHIBIT A |
| 5481 | SIBILIA, JOSEPH | 27087 | $1,000,000.00* | EXHIBIT A |
| 5482 | SIEGEL, PETER | 27088 | $1,000,000.00* | EXHIBIT A |
| 5483 | SIENA, RUSSELL | 27089 | $1,000,000.00* | EXHIBIT A |
| 5484 | SIENER, ALVIN | 27090 | $1,000,000.00* | EXHIBIT A |
| 5485 | SIGLOW, ROGER | 27091 | $1,000,000.00* | EXHIBIT A |
| 5486 | SIGMON, DALLAS H | 27092 | $1,000,000.00* | EXHIBIT A |
| 5487 | SIKORA, JOHN (DECEASED) | 27093 | $1,000,000.00* | EXHIBIT A |
| 5488 | SIKOROWICZ, ANDREW | 27094 | $1,000,000.00* | EXHIBIT A |
| 5489 | SILADI, FRANK | 27095 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 5490 | SILENGO, WILLIAM | 27096 | $1,000,000.00* | EXHIBIT A |
| 5491 | SILL, KENNETH | 27097 | $1,000,000.00* | EXHIBIT A |
| 5492 | SILLS, JERRY | 27098 | $1,000,000.00* | EXHIBIT A |
| 5493 | SILVA, GARY | 27099 | $1,000,000.00* | EXHIBIT A |
| 5494 | SILVAS, RICARDO | 27100 | $1,000,000.00* | EXHIBIT A |
| 5495 | SILVERSTONE, ERROL | 27101 | $1,000,000.00* | EXHIBIT A |
| 5496 | SILVERTHORN, ROBERT | 27102 | $1,000,000.00* | EXHIBIT A |
| 5497 | SILVIS, JOHN | 27103 | $1,000,000.00* | EXHIBIT A |
| 5498 | SIMMONS, CLYDE | 27105 | $1,000,000.00* | EXHIBIT A |
| 5499 | SIMMONS, EDWARD | 27108 | $1,000,000.00* | EXHIBIT A |
| 5500 | SIMMONS, GEORGE | 27104 | $1,000,000.00* | EXHIBIT A |
| 5501 | SIMMONS, JACK | 27109 | $1,000,000.00* | EXHIBIT A |
| 5502 | SIMMONS, JAMES | 27107 | $1,000,000.00* | EXHIBIT A |
| 5503 | SIMMONS, JAMES | 27110 | $1,000,000.00* | EXHIBIT A |
| 5504 | SIMMONS, LEROY | 27106 | $1,000,000.00* | EXHIBIT A |
| 5505 | SIMMS, EDWIN | 27111 | $1,000,000.00* | EXHIBIT A |
| 5506 | SIMMS, JAMES | 27112 | $1,000,000.00* | EXHIBIT A |
| 5507 | SIMONDS, HAROLD | 27113 | $1,000,000.00* | EXHIBIT A |
| 5508 | SIMONEAU, KENNETH | 27114 | $1,000,000.00* | EXHIBIT A |
| 5509 | SIMPSON, CHARLES | 27237 | $1,000,000.00* | EXHIBIT A |
| 5510 | SIMPSON, DAVID | 27236 | $1,000,000.00* | EXHIBIT A |
| 5511 | SIMPSON, ELDRIDGE | 27238 | $1,000,000.00* | EXHIBIT A |
| 5512 | SIMPSON, ROBERT | 27239 | $1,000,000.00* | EXHIBIT A |
| 5513 | SIMPSON, RONALD | 27240 | $1,000,000.00* | EXHIBIT A |
| 5514 | SIMPSON, RUFUS | 27115 | $1,000,000.00* | EXHIBIT A |
| 5515 | SIMS, GUY | 27241 | $1,000,000.00* | EXHIBIT A |
| 5516 | SIMS, JACKIE | 27243 | $1,000,000.00* | EXHIBIT A |
| 5517 | SIMS, JOHN | 27244 | $1,000,000.00* | EXHIBIT A |
| 5518 | SIMS, LUCIUS | 27242 | $1,000,000.00* | EXHIBIT A |
| 5519 | SINCHAK, JOSEPH | 27245 | $1,000,000.00* | EXHIBIT A |
| 5520 | SINCHAK, MICHAEL | 27246 | $1,000,000.00* | EXHIBIT A |
| 5521 | SINCHAK, RAYMOND | 27247 | $1,000,000.00* | EXHIBIT A |
| 5522 | SINCLAIR, DONALD | 27249 | $1,000,000.00* | EXHIBIT A |
| 5523 | SINCLAIR, NORMAN | 27248 | $1,000,000.00* | EXHIBIT A |
| 5524 | SINGER, ERNEST | 27251 | $1,000,000.00* | EXHIBIT A |
| 5525 | SINGER, EUGENE | 27250 | $1,000,000.00* | EXHIBIT A |
| 5526 | SINGLETARY, CHARLES | 27252 | $1,000,000.00* | EXHIBIT A |
| 5527 | SINGLETON, CHARLES | 27253 | $1,000,000.00* | EXHIBIT A |
| 5528 | SINGLETON, SAMMIE | 27254 | $1,000,000.00* | EXHIBIT A |
| 5529 | SINGREE, JIM | 27255 | $1,000,000.00* | EXHIBIT A |
| 5530 | SINIBALDI, GARY | 27256 | $1,000,000.00* | EXHIBIT A |
| 5531 | SISK, CLAIR | 27257 | $1,000,000.00* | EXHIBIT A |
| 5532 | SIVERLING, LLOYD | 27258 | $1,000,000.00* | EXHIBIT A |
| 5533 | SIZEMORE, PENDLETON | 27259 | $1,000,000.00* | EXHIBIT A |
| 5534 | SKAAR, DONALD | 27260 | $1,000,000.00* | EXHIBIT A |
| 5535 | SKALAK, LLOYD | 27261 | $1,000,000.00* | EXHIBIT A |
| 5536 | SKEEN, CLAUDE | 27262 | $1,000,000.00* | EXHIBIT A |

470006

| 5537 | SKEEN, THOMAS | 27263 | $1,000,000.00* | EXHIBIT A |
| 5538 | SKENE, WILLIAM | 27264 | $1,000,000.00* | EXHIBIT A |
| 5539 | SKERBETZ, FRANCIS | 27265 | $1,000,000.00* | EXHIBIT A |
| 5540 | SKIDMORE, WILLIAM | 27266 | $1,000,000.00* | EXHIBIT A |
| 5541 | SKILLINGS, PHILLIP | 27267 | $1,000,000.00* | EXHIBIT A |
| 5542 | SKINNER, BRUCE | 27269 | $1,000,000.00* | EXHIBIT A |
| 5543 | SKINNER, JOHN | 27268 | $1,000,000.00* | EXHIBIT A |
| 5544 | SKOGSTAD, JOHN | 27270 | $1,000,000.00* | EXHIBIT A |
| 5545 | SLADOWSKI, THADDEUS | 27271 | $1,000,000.00* | EXHIBIT A |
| 5546 | SLATER, GORDON | 27272 | $1,000,000.00* | EXHIBIT A |
| 5547 | SLATER, JOHN | 27273 | $1,000,000.00* | EXHIBIT A |
| 5548 | SLATTERY, CHARLES | 27276 | $1,000,000.00* | EXHIBIT A |
| 5549 | SLATTERY, GEORGE | 27275 | $1,000,000.00* | EXHIBIT A |
| 5550 | SLATTERY, WILLIAM | 27274 | $1,000,000.00* | EXHIBIT A |
| 5551 | SLAUZIS, JOHN | 27277 | $1,000,000.00* | EXHIBIT A |
| 5552 | SLAWSON, EDWIN | 27278 | $1,000,000.00* | EXHIBIT A |
| 5553 | SLIGER, JAMES | 27279 | $1,000,000.00* | EXHIBIT A |
| 5554 | SLIMAK, NICHOLAS | 27280 | $1,000,000.00* | EXHIBIT A |
| 5555 | SLIVA, STEPHEN | 27281 | $1,000,000.00* | EXHIBIT A |
| 5556 | SLOAN, HOWARD | 27282 | $1,000,000.00* | EXHIBIT A |
| 5557 | SLOAN, PAUL | 27283 | $1,000,000.00* | EXHIBIT A |
| 5558 | SLOAN, PAUL | 27284 | $1,000,000.00* | EXHIBIT A |
| 5559 | SLUBOWSKI, JOSEPH | 27285 | $1,000,000.00* | EXHIBIT A |
| 5560 | SMALL, DAVID | 27287 | $1,000,000.00* | EXHIBIT A |
| 5561 | SMALL, FREDERICK | 27286 | $1,000,000.00* | EXHIBIT A |
| 5562 | SMARGIASSI, ALFRED | 27289 | $1,000,000.00* | EXHIBIT A |
| 5563 | SMARGIASSI, ANGELO | 27288 | $1,000,000.00* | EXHIBIT A |
| 5564 | SMART, KERRY | 27290 | $1,000,000.00* | EXHIBIT A |
| 5565 | SMEETS, JACK | 27356 | $1,000,000.00* | EXHIBIT A |
| 5566 | SMIDT, HARRY | 27357 | $1,000,000.00* | EXHIBIT A |
| 5567 | SMILEY, JACK | 27358 | $1,000,000.00* | EXHIBIT A |
| 5568 | SMILLIE, RONALD | 27359 | $1,000,000.00* | EXHIBIT A |
| 5569 | SMITH, ALBERT | 27364 | $1,000,000.00* | EXHIBIT A |
| 5570 | SMITH, ALLAN | 27376 | $1,000,000.00* | EXHIBIT A |
| 5571 | SMITH, BERNARD | 27360 | $1,000,000.00* | EXHIBIT A |
| 5572 | SMITH, BILLY | 27395 | $1,000,000.00* | EXHIBIT A |
| 5573 | SMITH, CECIL | 27375 | $1,000,000.00* | EXHIBIT A |
| 5574 | SMITH, CHARLES | 27362 | $1,000,000.00* | EXHIBIT A |
| 5575 | SMITH, CLARENCE | 27387 | $1,000,000.00* | EXHIBIT A |
| 5576 | SMITH, CLIFFORD | 27371 | $1,000,000.00* | EXHIBIT A |
| 5577 | SMITH, DALE | 27394 | $1,000,000.00* | EXHIBIT A |
| 5578 | SMITH, DONALD | 27392 | $1,000,000.00* | EXHIBIT A |
| 5579 | SMITH, EDWARD | 27373 | $1,000,000.00* | EXHIBIT A |
| 5580 | SMITH, FRANCIS | 27385 | $1,000,000.00* | EXHIBIT A |
| 5581 | SMITH, GEORGE | 27382 | $1,000,000.00* | EXHIBIT A |
| 5582 | SMITH, HAROLD | 27399 | $1,000,000.00* | EXHIBIT A |
| 5583 | SMITH, HOWARD | 27379 | $1,000,000.00* | EXHIBIT A |

| 5584 | SMITH, JAMES | 27363 | $1,000,000.00* | EXHIBIT A |
|------|--------------|-------|----------------|-----------|
| 5585 | SMITH, JAMES | 27388 | $1,000,000.00* | EXHIBIT A |
| 5586 | SMITH, JERRY | 27370 | $1,000,000.00* | EXHIBIT A |
| 5587 | SMITH, JOE | 27372 | $1,000,000.00* | EXHIBIT A |
| 5588 | SMITH, JOHN | 27366 | $1,000,000.00* | EXHIBIT A |
| 5589 | SMITH, JOSEPH | 27374 | $1,000,000.00* | EXHIBIT A |
| 5590 | SMITH, KENNETH | 27369 | $1,000,000.00* | EXHIBIT A |
| 5591 | SMITH, KENNETH | 27378 | $1,000,000.00* | EXHIBIT A |
| 5592 | SMITH, LARRY | 27398 | $1,000,000.00* | EXHIBIT A |
| 5593 | SMITH, LEO | 27377 | $1,000,000.00* | EXHIBIT A |
| 5594 | SMITH, LEON | 27361 | $1,000,000.00* | EXHIBIT A |
| 5595 | SMITH, LEON | 27391 | $1,000,000.00* | EXHIBIT A |
| 5596 | SMITH, LESTER | 27381 | $1,000,000.00* | EXHIBIT A |
| 5597 | SMITH, LEWIS | 27390 | $1,000,000.00* | EXHIBIT A |
| 5598 | SMITH, OSCAR | 27380 | $1,000,000.00* | EXHIBIT A |
| 5599 | SMITH, ROBERT | 27367 | $1,000,000.00* | EXHIBIT A |
| 5600 | SMITH, RONALD | 27386 | $1,000,000.00* | EXHIBIT A |
| 5601 | SMITH, RONALD (DECEASED) | 27365 | $1,000,000.00* | EXHIBIT A |
| 5602 | SMITH, THEODORE | 27393 | $1,000,000.00* | EXHIBIT A |
| 5603 | SMITH, THOMAS | 27383 | $1,000,000.00* | EXHIBIT A |
| 5604 | SMITH, VAUGHN | 27400 | $1,000,000.00* | EXHIBIT A |
| 5605 | SMITH, VERNON | 27389 | $1,000,000.00* | EXHIBIT A |
| 5606 | SMITH, WAYNE | 27396 | $1,000,000.00* | EXHIBIT A |
| 5607 | SMITH, WAYNE | 27397 | $1,000,000.00* | EXHIBIT A |
| 5608 | SMITH, WILLIAM | 27368 | $1,000,000.00* | EXHIBIT A |
| 5609 | SMITH, WILLIAM | 27384 | $1,000,000.00* | EXHIBIT A |
| 5610 | SMITH-THOMANN, JUANITA | 27401 | $1,000,000.00* | EXHIBIT A |
| 5611 | SMYTHE, JAMES | 27402 | $1,000,000.00* | EXHIBIT A |
| 5612 | SNEDEGAR, EARL | 27403 | $1,000,000.00* | EXHIBIT A |
| 5613 | SNELLGROVE, LARRY | 27404 | $1,000,000.00* | EXHIBIT A |
| 5614 | SNIDER, CLYDE | 27405 | $1,000,000.00* | EXHIBIT A |
| 5615 | SNIDER, ROBERT (DECEASED) | 27406 | $1,000,000.00* | EXHIBIT A |
| 5616 | SNIEGOWSKI, EUGENE | 27407 | $1,000,000.00* | EXHIBIT A |
| 5617 | SNODERLY, FLOYD (DECEASED) | 27408 | $1,000,000.00* | EXHIBIT A |
| 5618 | SNOW, ROY | 27409 | $1,000,000.00* | EXHIBIT A |
| 5619 | SNOWDALE, DONALD | 27410 | $1,000,000.00* | EXHIBIT A |
| 5620 | SNOWWHITE, JOHN | 27411 | $1,000,000.00* | EXHIBIT A |
| 5621 | SNYDER, DONALD | 27414 | $1,000,000.00* | EXHIBIT A |
| 5622 | SNYDER, FRED | 27412 | $1,000,000.00* | EXHIBIT A |
| 5623 | SNYDER, MORRIS | 27413 | $1,000,000.00* | EXHIBIT A |
| 5624 | SOERENS, KENNETH | 27415 | $1,000,000.00* | EXHIBIT A |
| 5625 | SOFA, JOSEPH | 27536 | $1,000,000.00* | EXHIBIT A |
| 5626 | SOKOL, ALFRED | 27537 | $1,000,000.00* | EXHIBIT A |
| 5627 | SOKOL, THEODORE | 27538 | $1,000,000.00* | EXHIBIT A |
| 5628 | SOKOLOSKI, WALTER | 27539 | $1,000,000.00* | EXHIBIT A |
| 5629 | SOKOLOWSKI, RUDOLPH | 27540 | $1,000,000.00* | EXHIBIT A |
| 5630 | SOKOLOWSKI, WILLIAM | 27541 | $1,000,000.00* | EXHIBIT A |

| 5631 | SOLI, JOSEPH | 27542 | $1,000,000.00* | EXHIBIT A |
|------|--------------|-------|----------------|-----------|
| 5632 | SOLIANI, GEORGE | 27543 | $1,000,000.00* | EXHIBIT A |
| 5633 | SOLLARS, RICHARD | 27544 | $1,000,000.00* | EXHIBIT A |
| 5634 | SOLLEDER, DANIEL | 27545 | $1,000,000.00* | EXHIBIT A |
| 5635 | SOLLY, GERALD | 27546 | $1,000,000.00* | EXHIBIT A |
| 5636 | SOLOMON, PAUL | 27547 | $1,000,000.00* | EXHIBIT A |
| 5637 | SOLUSKY, JOSEPH | 27548 | $1,000,000.00* | EXHIBIT A |
| 5638 | SOMERS, RAYMOND | 27549 | $1,000,000.00* | EXHIBIT A |
| 5639 | SOMMA, ANTHONY | 27550 | $1,000,000.00* | EXHIBIT A |
| 5640 | SOMMERFELD, GAD | 27551 | $1,000,000.00* | EXHIBIT A |
| 5641 | SONGER, LOUIS | 27552 | $1,000,000.00* | EXHIBIT A |
| 5642 | SOOHOO, ARTHUR | 27553 | $1,000,000.00* | EXHIBIT A |
| 5643 | SORACIN, WILLIAM | 27554 | $1,000,000.00* | EXHIBIT A |
| 5644 | SORBER, SAMUEL | 27555 | $1,000,000.00* | EXHIBIT A |
| 5645 | SORENSEN, NYRON | 27556 | $1,000,000.00* | EXHIBIT A |
| 5646 | SORTON, EDWARD | 27557 | $1,000,000.00* | EXHIBIT A |
| 5647 | SOTELO, ANTHONY | 27558 | $1,000,000.00* | EXHIBIT A |
| 5648 | SOTER, MICHAEL | 27559 | $1,000,000.00* | EXHIBIT A |
| 5649 | SOTIR, DENNIS | 27560 | $1,000,000.00* | EXHIBIT A |
| 5650 | SOUDERS, WILBUR | 27561 | $1,000,000.00* | EXHIBIT A |
| 5651 | SOUTHARD, JOHN | 27562 | $1,000,000.00* | EXHIBIT A |
| 5652 | SOUTHERLAND, CLIFFORD | 27563 | $1,000,000.00* | EXHIBIT A |
| 5653 | SOUZA, FRANK | 27564 | $1,000,000.00* | EXHIBIT A |
| 5654 | SOUZA, ROGER | 27565 | $1,000,000.00* | EXHIBIT A |
| 5655 | SPALLONE, DANIEL | 27566 | $1,000,000.00* | EXHIBIT A |
| 5656 | SPANGLER, FLOYD | 27567 | $1,000,000.00* | EXHIBIT A |
| 5657 | SPANO, THOMAS | 27568 | $1,000,000.00* | EXHIBIT A |
| 5658 | SPARKS, CARL | 27569 | $1,000,000.00* | EXHIBIT A |
| 5659 | SPAZIANTE, ALBERT | 27570 | $1,000,000.00* | EXHIBIT A |
| 5660 | SPEAKE, JOHN | 27571 | $1,000,000.00* | EXHIBIT A |
| 5661 | SPEAR, LESLIE (DECEASED) | 27572 | $1,000,000.00* | EXHIBIT A |
| 5662 | SPEIGHT, GARY | 27573 | $1,000,000.00* | EXHIBIT A |
| 5663 | SPEIGHTS, DWIGHT | 27574 | $1,000,000.00* | EXHIBIT A |
| 5664 | SPENCE, ALFRED | 27575 | $1,000,000.00* | EXHIBIT A |
| 5665 | SPENCER, FRANCIS | 27576 | $1,000,000.00* | EXHIBIT A |
| 5666 | SPERBECK, JAMES | 27577 | $1,000,000.00* | EXHIBIT A |
| 5667 | SPEZIALE, ANTHONY | 27578 | $1,000,000.00* | EXHIBIT A |
| 5668 | SPINA, JOSEPH | 27579 | $1,000,000.00* | EXHIBIT A |
| 5669 | SPINDLER, DONALD | 27580 | $1,000,000.00* | EXHIBIT A |
| 5670 | SPINNEY, DOUGLAS | 27581 | $1,000,000.00* | EXHIBIT A |
| 5671 | SPINNEY, GEORGE | 27582 | $1,000,000.00* | EXHIBIT A |
| 5672 | SPIVEY, THOMAS | 27583 | $1,000,000.00* | EXHIBIT A |
| 5673 | SPODNIK, KENNETH | 27584 | $1,000,000.00* | EXHIBIT A |
| 5674 | SPORL III, MARK | 27585 | $1,000,000.00* | EXHIBIT A |
| 5675 | SPRADLEY, JAMES | 27586 | $1,000,000.00* | EXHIBIT A |
| 5676 | SPRAGUE, RICHARD | 27587 | $1,000,000.00* | EXHIBIT A |
| 5677 | SPRING, PHILIP | 27589 | $1,000,000.00* | EXHIBIT A |

| 5678 | SPRING, THOMAS | 27588 | $1,000,000.00* | EXHIBIT A |
| 5679 | SPURLOCK, ROBERT | 27590 | $1,000,000.00* | EXHIBIT A |
| 5680 | ST. AMOUR, ALBERT | 27591 | $1,000,000.00* | EXHIBIT A |
| 5681 | ST. CLAIR, PETER | 27592 | $1,000,000.00* | EXHIBIT A |
| 5682 | ST. GERMAIN, GEORGE | 27593 | $1,000,000.00* | EXHIBIT A |
| 5683 | ST. JOHN, ROBERT | 27594 | $1,000,000.00* | EXHIBIT A |
| 5684 | STACK, JAMES | 28412 | $1,000,000.00* | EXHIBIT A |
| 5685 | STACK, PHILIP | 28411 | $1,000,000.00* | EXHIBIT A |
| 5686 | STACK, RONALD | 27595 | $1,000,000.00* | EXHIBIT A |
| 5687 | STACY, JERRY | 28413 | $1,000,000.00* | EXHIBIT A |
| 5688 | STAFFORD, WARREN | 28415 | $1,000,000.00* | EXHIBIT A |
| 5689 | STAFFORD, WILLIAM | 28414 | $1,000,000.00* | EXHIBIT A |
| 5690 | STAGNER, EDGAR | 28419 | $1,000,000.00* | EXHIBIT A |
| 5691 | STAGNER, KENNETH | 28418 | $1,000,000.00* | EXHIBIT A |
| 5692 | STAGNER, RAY | 28417 | $1,000,000.00* | EXHIBIT A |
| 5693 | STAGNER, WILLIAM | 28416 | $1,000,000.00* | EXHIBIT A |
| 5694 | STAHLMANN, HANS | 28420 | $1,000,000.00* | EXHIBIT A |
| 5695 | STAIGERWALD, JOSEPH | 28421 | $1,000,000.00* | EXHIBIT A |
| 5696 | STALKER, ROBERT | 28422 | $1,000,000.00* | EXHIBIT A |
| 5697 | STAM, MYRON | 28423 | $1,000,000.00* | EXHIBIT A |
| 5698 | STAMM, CARL | 28424 | $1,000,000.00* | EXHIBIT A |
| 5699 | STAMPER, ALGIN | 28425 | $1,000,000.00* | EXHIBIT A |
| 5700 | STANDRIDGE, RICHARD | 28426 | $1,000,000.00* | EXHIBIT A |
| 5701 | STANGHELLINI, RICHARD | 28427 | $1,000,000.00* | EXHIBIT A |
| 5702 | STANIC, PETER | 28428 | $1,000,000.00* | EXHIBIT A |
| 5703 | STANLEY, CHARLES | 28430 | $1,000,000.00* | EXHIBIT A |
| 5704 | STANLEY, GARY | 28431 | $1,000,000.00* | EXHIBIT A |
| 5705 | STANLEY, JASPER | 28429 | $1,000,000.00* | EXHIBIT A |
| 5706 | STANSFIELD, GILBERT | 28432 | $1,000,000.00* | EXHIBIT A |
| 5707 | STANTON, ROBERT | 28433 | $1,000,000.00* | EXHIBIT A |
| 5708 | STAPLES, DON | 28434 | $1,000,000.00* | EXHIBIT A |
| 5709 | STAPLES, RALPH | 28435 | $1,000,000.00* | EXHIBIT A |
| 5710 | STARIHA, JOSEPH | 28496 | $1,000,000.00* | EXHIBIT A |
| 5711 | STARR, EARL | 28497 | $1,000,000.00* | EXHIBIT A |
| 5712 | STARTZ, WILLIAM | 28498 | $1,000,000.00* | EXHIBIT A |
| 5713 | STATEN, JR., JOHN | 28499 | $1,000,000.00* | EXHIBIT A |
| 5714 | STATES, FRANCIS | 28500 | $1,000,000.00* | EXHIBIT A |
| 5715 | STATEZNI, ARTHUR | 28501 | $1,000,000.00* | EXHIBIT A |
| 5716 | STAVANA, EMIL | 28502 | $1,000,000.00* | EXHIBIT A |
| 5717 | STEAD, ROBERT | 28503 | $1,000,000.00* | EXHIBIT A |
| 5718 | STEALEY, JOHN | 28504 | $1,000,000.00* | EXHIBIT A |
| 5719 | STEELE, DARREL | 28505 | $1,000,000.00* | EXHIBIT A |
| 5720 | STEERE, CLARK | 28506 | $1,000,000.00* | EXHIBIT A |
| 5721 | STEEVES, BORDEN | 28507 | $1,000,000.00* | EXHIBIT A |
| 5722 | STEFANI, WILLIAM | 28508 | $1,000,000.00* | EXHIBIT A |
| 5723 | STEGER, DAVID | 28509 | $1,000,000.00* | EXHIBIT A |
| 5724 | STEIN, KENNETH | 28510 | $1,000,000.00* | EXHIBIT A |

| 5725 | STEINBERG, CHARLES | 28511 | $1,000,000.00* | EXHIBIT A |
| 5726 | STEINHARDT, MANUEL | 28512 | $1,000,000.00* | EXHIBIT A |
| 5727 | STEINKE, HERMAN | 28513 | $1,000,000.00* | EXHIBIT A |
| 5728 | STEINKE, ROBERT | 28514 | $1,000,000.00* | EXHIBIT A |
| 5729 | STELTER, DONALD | 28515 | $1,000,000.00* | EXHIBIT A |
| 5730 | STELZER, GARY | 28387 | $1,000,000.00* | EXHIBIT A |
| 5731 | STEMM, DONALD | 28388 | $1,000,000.00* | EXHIBIT A |
| 5732 | STEPHENS, CALLIE | 28389 | $1,000,000.00* | EXHIBIT A |
| 5733 | STEPHENS, CLAUDE | 28390 | $1,000,000.00* | EXHIBIT A |
| 5734 | STEPHENS, EVERETT | 28392 | $1,000,000.00* | EXHIBIT A |
| 5735 | STEPHENS, JOE | 28393 | $1,000,000.00* | EXHIBIT A |
| 5736 | STEPHENS, MICHAEL | 28395 | $1,000,000.00* | EXHIBIT A |
| 5737 | STEPHENS, MITCHELL | 28394 | $1,000,000.00* | EXHIBIT A |
| 5738 | STEPHENS, VARSER | 28391 | $1,000,000.00* | EXHIBIT A |
| 5739 | STERLE, JAMES | 28396 | $1,000,000.00* | EXHIBIT A |
| 5740 | STERN, LEOPOLD | 28302 | $1,000,000.00* | EXHIBIT A |
| 5741 | STEVENS, DONALD | 28308 | $1,000,000.00* | EXHIBIT A |
| 5742 | STEVENS, EARLE | 28303 | $1,000,000.00* | EXHIBIT A |
| 5743 | STEVENS, LEE | 28304 | $1,000,000.00* | EXHIBIT A |
| 5744 | STEVENS, LEROY | 28306 | $1,000,000.00* | EXHIBIT A |
| 5745 | STEVENS, ROBERT | 28307 | $1,000,000.00* | EXHIBIT A |
| 5746 | STEVENS, ROGER | 28305 | $1,000,000.00* | EXHIBIT A |
| 5747 | STEVENSON, RICHARD | 28309 | $1,000,000.00* | EXHIBIT A |
| 5748 | STEWART, DANIEL | 28311 | $1,000,000.00* | EXHIBIT A |
| 5749 | STEWART, DONALD | 28310 | $1,000,000.00* | EXHIBIT A |
| 5750 | STEWART, DONALD | 28312 | $1,000,000.00* | EXHIBIT A |
| 5751 | STICKLE, JOHN | 28313 | $1,000,000.00* | EXHIBIT A |
| 5752 | STIFFLER, GERALD | 28314 | $1,000,000.00* | EXHIBIT A |
| 5753 | STILES, GILBERT | 28315 | $1,000,000.00* | EXHIBIT A |
| 5754 | STILES, THOMAS | 28376 | $1,000,000.00* | EXHIBIT A |
| 5755 | STILLWELL, ROBERT | 28377 | $1,000,000.00* | EXHIBIT A |
| 5756 | STILLWELL, WALLACE | 28378 | $1,000,000.00* | EXHIBIT A |
| 5757 | STIMPSON, RICHARD | 28379 | $1,000,000.00* | EXHIBIT A |
| 5758 | STIPANOVICH, RAY | 28380 | $1,000,000.00* | EXHIBIT A |
| 5759 | STIRRUP, BETTY | 28381 | $1,000,000.00* | EXHIBIT A |
| 5760 | STITELER, HARRY | 28382 | $1,000,000.00* | EXHIBIT A |
| 5761 | STOCKER, RICHARD | 28383 | $1,000,000.00* | EXHIBIT A |
| 5762 | STOFFELS, JOHN | 28384 | $1,000,000.00* | EXHIBIT A |
| 5763 | STOKES, HENRY | 28385 | $1,000,000.00* | EXHIBIT A |
| 5764 | STONE, GEORGE | 28386 | $1,000,000.00* | EXHIBIT A |
| 5765 | STONE, JOSEPH | 28010 | $1,000,000.00* | EXHIBIT A |
| 5766 | STOPPERICH, RONALD | 28011 | $1,000,000.00* | EXHIBIT A |
| 5767 | STORM, DONALD | 28012 | $1,000,000.00* | EXHIBIT A |
| 5768 | STORTI, RUDY | 28013 | $1,000,000.00* | EXHIBIT A |
| 5769 | STOTLER, FRANCIS | 28014 | $1,000,000.00* | EXHIBIT A |
| 5770 | STOTT, BILL | 28015 | $1,000,000.00* | EXHIBIT A |
| 5771 | STOUT, CLARENCE | 28076 | $1,000,000.00* | EXHIBIT A |

| 5772 | STOUT, DALE | 28077 | $1,000,000.00* | EXHIBIT A |
| 5773 | STOUT, SAMUEL | 28078 | $1,000,000.00* | EXHIBIT A |
| 5774 | STOVALL, GAYLON | 28079 | $1,000,000.00* | EXHIBIT A |
| 5775 | STOWE, JOHN | 28080 | $1,000,000.00* | EXHIBIT A |
| 5776 | STRANGE, HAROLD | 28081 | $1,000,000.00* | EXHIBIT A |
| 5777 | STRATTAN, LEONARD | 28082 | $1,000,000.00* | EXHIBIT A |
| 5778 | STRAZZULLO, JOSEPH | 28083 | $1,000,000.00* | EXHIBIT A |
| 5779 | STRENGER, JOE | 28084 | $1,000,000.00* | EXHIBIT A |
| 5780 | STRICKLAND, ASHLEY | 28088 | $1,000,000.00* | EXHIBIT A |
| 5781 | STRICKLAND, EDWARD | 28086 | $1,000,000.00* | EXHIBIT A |
| 5782 | STRICKLAND, JOE | 28085 | $1,000,000.00* | EXHIBIT A |
| 5783 | STRICKLAND, PAUL | 28087 | $1,000,000.00* | EXHIBIT A |
| 5784 | STRIEBE, EDWARD | 28089 | $1,000,000.00* | EXHIBIT A |
| 5785 | STRONG, FABIAN | 28090 | $1,000,000.00* | EXHIBIT A |
| 5786 | STROUTH, RALPH | 28092 | $1,000,000.00* | EXHIBIT A |
| 5787 | STROUTH, TERRY | 28091 | $1,000,000.00* | EXHIBIT A |
| 5788 | STROY, GRADY | 28093 | $1,000,000.00* | EXHIBIT A |
| 5789 | STRYCZYNSKI, WALTER | 28094 | $1,000,000.00* | EXHIBIT A |
| 5790 | STUBBS, DANIEL | 28095 | $1,000,000.00* | EXHIBIT A |
| 5791 | STUHR, GEORGE | 28096 | $1,000,000.00* | EXHIBIT A |
| 5792 | STUMP, DAVID | 28098 | $1,000,000.00* | EXHIBIT A |
| 5793 | STUMP, MARK | 28097 | $1,000,000.00* | EXHIBIT A |
| 5794 | STURGIS, FRANCIS | 28100 | $1,000,000.00* | EXHIBIT A |
| 5795 | STURGIS, IRA | 28099 | $1,000,000.00* | EXHIBIT A |
| 5796 | SUAZO, CHARLIE | 28101 | $1,000,000.00* | EXHIBIT A |
| 5797 | SUCHANICK, JOHN | 28102 | $1,000,000.00* | EXHIBIT A |
| 5798 | SUDOL, RAYMOND | 28104 | $1,000,000.00* | EXHIBIT A |
| 5799 | SUDOL, THEODORE | 28103 | $1,000,000.00* | EXHIBIT A |
| 5800 | SUFFREDINI, LOUIS | 28105 | $1,000,000.00* | EXHIBIT A |
| 5801 | SUGGS, DONALD | 28106 | $1,000,000.00* | EXHIBIT A |
| 5802 | SUHR, ROBERT | 28225 | $1,000,000.00* | EXHIBIT A |
| 5803 | SUKEFORTH, EUGENE | 28226 | $1,000,000.00* | EXHIBIT A |
| 5804 | SULGROVE, ROY | 28227 | $1,000,000.00* | EXHIBIT A |
| 5805 | SULLIVAN, DANIEL | 28232 | $1,000,000.00* | EXHIBIT A |
| 5806 | SULLIVAN, DONALD | 28245 | $1,000,000.00* | EXHIBIT A |
| 5807 | SULLIVAN, EDWARD | 28233 | $1,000,000.00* | EXHIBIT A |
| 5808 | SULLIVAN, EDWARD | 28241 | $1,000,000.00* | EXHIBIT A |
| 5809 | SULLIVAN, EUGENE | 28234 | $1,000,000.00* | EXHIBIT A |
| 5810 | SULLIVAN, GERARD | 28229 | $1,000,000.00* | EXHIBIT A |
| 5811 | SULLIVAN, GERARD | 28231 | $1,000,000.00* | EXHIBIT A |
| 5812 | SULLIVAN, HAROLD | 28236 | $1,000,000.00* | EXHIBIT A |
| 5813 | SULLIVAN, JOHN | 28238 | $1,000,000.00* | EXHIBIT A |
| 5814 | SULLIVAN, JOSEPH | 28235 | $1,000,000.00* | EXHIBIT A |
| 5815 | SULLIVAN, MARTIN | 28237 | $1,000,000.00* | EXHIBIT A |
| 5816 | SULLIVAN, NORMAN | 28244 | $1,000,000.00* | EXHIBIT A |
| 5817 | SULLIVAN, RAYMOND | 28240 | $1,000,000.00* | EXHIBIT A |
| 5818 | SULLIVAN, ROBERT | 28242 | $1,000,000.00* | EXHIBIT A |

| 5819 | SULLIVAN, ROBERT | 28243 | $1,000,000.00* | EXHIBIT A |
|------|------------------|-------|----------------|-----------|
| 5820 | SULLIVAN, STEPHEN | 28230 | $1,000,000.00* | EXHIBIT A |
| 5821 | SULLIVAN, THOMAS | 28228 | $1,000,000.00* | EXHIBIT A |
| 5822 | SULLIVAN, WILLIAM | 28239 | $1,000,000.00* | EXHIBIT A |
| 5823 | SUMMERLIN, JOHN | 28246 | $1,000,000.00* | EXHIBIT A |
| 5824 | SUMMERS, MARVIN | 28247 | $1,000,000.00* | EXHIBIT A |
| 5825 | SUMMEY, WALTER | 28248 | $1,000,000.00* | EXHIBIT A |
| 5826 | SUMNER, JETTIE | 28249 | $1,000,000.00* | EXHIBIT A |
| 5827 | SUMRALL, JOHN | 28250 | $1,000,000.00* | EXHIBIT A |
| 5828 | SUNDERHAUS, FRANCIS | 28251 | $1,000,000.00* | EXHIBIT A |
| 5829 | SUNDERLAND, RICHARD | 28107 | $1,000,000.00* | EXHIBIT A |
| 5830 | SURACE, JOHN | 28108 | $1,000,000.00* | EXHIBIT A |
| 5831 | SURGES, DONALD | 28109 | $1,000,000.00* | EXHIBIT A |
| 5832 | SURPRENANT, RAYMOND | 28110 | $1,000,000.00* | EXHIBIT A |
| 5833 | SURRENCY, CLYDE | 28111 | $1,000,000.00* | EXHIBIT A |
| 5834 | SUTOR, RONALD | 28112 | $1,000,000.00* | EXHIBIT A |
| 5835 | SUTPHIN, GEORGE | 28113 | $1,000,000.00* | EXHIBIT A |
| 5836 | SUTTON, ALLEN | 28114 | $1,000,000.00* | EXHIBIT A |
| 5837 | SVESTKA, RICHARD | 28115 | $1,000,000.00* | EXHIBIT A |
| 5838 | SWANCIGER, RALPH | 28116 | $1,000,000.00* | EXHIBIT A |
| 5839 | SWANNER, ORAM | 28117 | $1,000,000.00* | EXHIBIT A |
| 5840 | SWANSON, HERBERT | 28119 | $1,000,000.00* | EXHIBIT A |
| 5841 | SWANSON, KENNETH | 28120 | $1,000,000.00* | EXHIBIT A |
| 5842 | SWANSON, KENNETH | 28121 | $1,000,000.00* | EXHIBIT A |
| 5843 | SWANSON, WILLIAM | 28118 | $1,000,000.00* | EXHIBIT A |
| 5844 | SWARTZ, RAYMOND | 28122 | $1,000,000.00* | EXHIBIT A |
| 5845 | SWEARINGEN, DAVID | 28123 | $1,000,000.00* | EXHIBIT A |
| 5846 | SWEDBERG, ROBERT | 28124 | $1,000,000.00* | EXHIBIT A |
| 5847 | SWEENEY, MICHAEL | 28127 | $1,000,000.00* | EXHIBIT A |
| 5848 | SWEENEY, PAUL | 28125 | $1,000,000.00* | EXHIBIT A |
| 5849 | SWEENEY, THOMAS | 28126 | $1,000,000.00* | EXHIBIT A |
| 5850 | SWEETMAN, DONALD | 28128 | $1,000,000.00* | EXHIBIT A |
| 5851 | SWETT, NATHANIEL | 28129 | $1,000,000.00* | EXHIBIT A |
| 5852 | SWINGEL, RONALD | 28130 | $1,000,000.00* | EXHIBIT A |
| 5853 | SWINSON, JESSIE | 28131 | $1,000,000.00* | EXHIBIT A |
| 5854 | SWISTAK, JOHN | 28132 | $1,000,000.00* | EXHIBIT A |
| 5855 | SWITZER, HENRY | 28133 | $1,000,000.00* | EXHIBIT A |
| 5856 | SWOTCHAK, STEPHEN | 28134 | $1,000,000.00* | EXHIBIT A |
| 5857 | SYMMONDS, PHILIP | 28135 | $1,000,000.00* | EXHIBIT A |
| 5858 | SYMONDS, THEODORE | 28196 | $1,000,000.00* | EXHIBIT A |
| 5859 | SYPNIEWSKI, JOHN | 28197 | $1,000,000.00* | EXHIBIT A |
| 5860 | SYVERTSON, DALE | 28198 | $1,000,000.00* | EXHIBIT A |
| 5861 | SZMYD, EMIL | 28199 | $1,000,000.00* | EXHIBIT A |
| 5862 | TABELE, WILLIAM | 28200 | $1,000,000.00* | EXHIBIT A |
| 5863 | TABER, JOHN | 28201 | $1,000,000.00* | EXHIBIT A |
| 5864 | TACKETT, JOHN | 28202 | $1,000,000.00* | EXHIBIT A |
| 5865 | TAGG, ROBERT | 28203 | $1,000,000.00* | EXHIBIT A |

| 5866 | TAISTO, MELVIN JOHN | 28204 | $1,000,000.00* | EXHIBIT A |
| 5867 | TALBOOM, LAVERNE | 28205 | $1,000,000.00* | EXHIBIT A |
| 5868 | TALBOT, RAYMOND | 28206 | $1,000,000.00* | EXHIBIT A |
| 5869 | TALERICO, JAMES | 28207 | $1,000,000.00* | EXHIBIT A |
| 5870 | TALIENTO, ROBERT | 28208 | $1,000,000.00* | EXHIBIT A |
| 5871 | TALLENT, KENNETH | 28209 | $1,000,000.00* | EXHIBIT A |
| 5872 | TALLENT, ROBERT | 28210 | $1,000,000.00* | EXHIBIT A |
| 5873 | TALLEVAST, JOHN | 28211 | $1,000,000.00* | EXHIBIT A |
| 5874 | TALLON, ROBERT | 28212 | $1,000,000.00* | EXHIBIT A |
| 5875 | TAMMARO, RICHARD | 28213 | $1,000,000.00* | EXHIBIT A |
| 5876 | TANCREL, LAURIER | 28214 | $1,000,000.00* | EXHIBIT A |
| 5877 | TANNER, JAMES | 28216 | $1,000,000.00* | EXHIBIT A |
| 5878 | TANNER, ROBERT | 28215 | $1,000,000.00* | EXHIBIT A |
| 5879 | TAPEY, EVERETT | 28217 | $1,000,000.00* | EXHIBIT A |
| 5880 | TARDIFF, LEO | 28218 | $1,000,000.00* | EXHIBIT A |
| 5881 | TARDY, JAY | 28219 | $1,000,000.00* | EXHIBIT A |
| 5882 | TARITY, JOHN | 28220 | $1,000,000.00* | EXHIBIT A |
| 5883 | TATE, BENJAMIN | 28221 | $1,000,000.00* | EXHIBIT A |
| 5884 | TATRO, SR., GORDON | 28222 | $1,000,000.00* | EXHIBIT A |
| 5885 | TATUM, CHARLES | 28223 | $1,000,000.00* | EXHIBIT A |
| 5886 | TAVARES, ROBERT | 28224 | $1,000,000.00* | EXHIBIT A |
| 5887 | TAYLOR, ALPHAUS (DECEASED) | 28441 | $1,000,000.00* | EXHIBIT A |
| 5888 | TAYLOR, ELBERT | 28373 | $1,000,000.00* | EXHIBIT A |
| 5889 | TAYLOR, GEORGE | 28438 | $1,000,000.00* | EXHIBIT A |
| 5890 | TAYLOR, JAMES | 28371 | $1,000,000.00* | EXHIBIT A |
| 5891 | TAYLOR, JOHN | 28436 | $1,000,000.00* | EXHIBIT A |
| 5892 | TAYLOR, LOUIS | 28440 | $1,000,000.00* | EXHIBIT A |
| 5893 | TAYLOR, MORTON | 28375 | $1,000,000.00* | EXHIBIT A |
| 5894 | TAYLOR, ROBERT | 28374 | $1,000,000.00* | EXHIBIT A |
| 5895 | TAYLOR, ROBERT | 28437 | $1,000,000.00* | EXHIBIT A |
| 5896 | TAYLOR, ROBERT | 28439 | $1,000,000.00* | EXHIBIT A |
| 5897 | TAYLOR, WESLEY | 28372 | $1,000,000.00* | EXHIBIT A |
| 5898 | TEACHEY, MANFRED | 28442 | $1,000,000.00* | EXHIBIT A |
| 5899 | TEBBETTS, RICHARD | 28443 | $1,000,000.00* | EXHIBIT A |
| 5900 | TEBBS, JAMES | 28444 | $1,000,000.00* | EXHIBIT A |
| 5901 | TEDEI, JOSEPH | 28445 | $1,000,000.00* | EXHIBIT A |
| 5902 | TEDESCO, WILLIAM | 28446 | $1,000,000.00* | EXHIBIT A |
| 5903 | TELIPSKI, RONALD | 28447 | $1,000,000.00* | EXHIBIT A |
| 5904 | TEMPLETON, BILLY | 28448 | $1,000,000.00* | EXHIBIT A |
| 5905 | TEMPLETON, GORDON | 28587 | $1,000,000.00* | EXHIBIT A |
| 5906 | TENINTY, DOUGLAS | 28588 | $1,000,000.00* | EXHIBIT A |
| 5907 | TERLINGO, LOUIS | 28589 | $1,000,000.00* | EXHIBIT A |
| 5908 | TERPAK, ROBERT | 28590 | $1,000,000.00* | EXHIBIT A |
| 5909 | TERPENING, ALLEN | 28591 | $1,000,000.00* | EXHIBIT A |
| 5910 | TERRELL, FRANK | 28593 | $1,000,000.00* | EXHIBIT A |
| 5911 | TERRELL, MARVIN | 28592 | $1,000,000.00* | EXHIBIT A |
| 5912 | TERRICCIANO, RICHARD | 28594 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 5913 | TERRILL, MICHAEL | 28595 | $1,000,000.00* | EXHIBIT A |
| 5914 | TERRY, CHARLES | 28599 | $1,000,000.00* | EXHIBIT A |
| 5915 | TERRY, JESS | 28598 | $1,000,000.00* | EXHIBIT A |
| 5916 | TERRY, ROBERT | 28597 | $1,000,000.00* | EXHIBIT A |
| 5917 | TERRY, WILLIAM | 28596 | $1,000,000.00* | EXHIBIT A |
| 5918 | TERVORT, NED | 28600 | $1,000,000.00* | EXHIBIT A |
| 5919 | TESSITORE, ROBERT | 28601 | $1,000,000.00* | EXHIBIT A |
| 5920 | TESTERMAN, HERBERT | 28602 | $1,000,000.00* | EXHIBIT A |
| 5921 | TESZ, CASIMIR | 28603 | $1,000,000.00* | EXHIBIT A |
| 5922 | THAYER, DON | 28604 | $1,000,000.00* | EXHIBIT A |
| 5923 | THELEN, JOHN | 28605 | $1,000,000.00* | EXHIBIT A |
| 5924 | THEROUX, JOSEPH | 28606 | $1,000,000.00* | EXHIBIT A |
| 5925 | THIBAULT, HENRY | 28607 | $1,000,000.00* | EXHIBIT A |
| 5926 | THIBAULT, HENRY | 28608 | $1,000,000.00* | EXHIBIT A |
| 5927 | THIBODEAUX, CURTIS | 28609 | $1,000,000.00* | EXHIBIT A |
| 5928 | THIM, RICHARD | 28610 | $1,000,000.00* | EXHIBIT A |
| 5929 | THOMAS, BENJAMIN | 28738 | $1,000,000.00* | EXHIBIT A |
| 5930 | THOMAS, CHARLES | 28736 | $1,000,000.00* | EXHIBIT A |
| 5931 | THOMAS, DONALD | 28613 | $1,000,000.00* | EXHIBIT A |
| 5932 | THOMAS, DUTCH | 28615 | $1,000,000.00* | EXHIBIT A |
| 5933 | THOMAS, GAYLE | 28614 | $1,000,000.00* | EXHIBIT A |
| 5934 | THOMAS, JOHN | 28612 | $1,000,000.00* | EXHIBIT A |
| 5935 | THOMAS, JOSEPH | 28611 | $1,000,000.00* | EXHIBIT A |
| 5936 | THOMAS, PETER | 28737 | $1,000,000.00* | EXHIBIT A |
| 5937 | THOMLINSON, HENRY | 28739 | $1,000,000.00* | EXHIBIT A |
| 5938 | THOMPSON, ALLAN | 28745 | $1,000,000.00* | EXHIBIT A |
| 5939 | THOMPSON, BARRON | 28758 | $1,000,000.00* | EXHIBIT A |
| 5940 | THOMPSON, BERTRAND | 28752 | $1,000,000.00* | EXHIBIT A |
| 5941 | THOMPSON, CLAYTON | 28754 | $1,000,000.00* | EXHIBIT A |
| 5942 | THOMPSON, DARWIN | 28753 | $1,000,000.00* | EXHIBIT A |
| 5943 | THOMPSON, DONALD | 28741 | $1,000,000.00* | EXHIBIT A |
| 5944 | THOMPSON, EARL | 28748 | $1,000,000.00* | EXHIBIT A |
| 5945 | THOMPSON, EDGAR | 28740 | $1,000,000.00* | EXHIBIT A |
| 5946 | THOMPSON, FRANK | 28744 | $1,000,000.00* | EXHIBIT A |
| 5947 | THOMPSON, GRAFTON | 28755 | $1,000,000.00* | EXHIBIT A |
| 5948 | THOMPSON, HAROLD JAMES | 28750 | $1,000,000.00* | EXHIBIT A |
| 5949 | THOMPSON, LAWRENCE | 28743 | $1,000,000.00* | EXHIBIT A |
| 5950 | THOMPSON, LOUIS | 28751 | $1,000,000.00* | EXHIBIT A |
| 5951 | THOMPSON, MICHAEL | 28746 | $1,000,000.00* | EXHIBIT A |
| 5952 | THOMPSON, OMAR | 28757 | $1,000,000.00* | EXHIBIT A |
| 5953 | THOMPSON, PETER | 28742 | $1,000,000.00* | EXHIBIT A |
| 5954 | THOMPSON, ROBERT | 28749 | $1,000,000.00* | EXHIBIT A |
| 5955 | THOMPSON, THEODORE | 28756 | $1,000,000.00* | EXHIBIT A |
| 5956 | THOMPSON, VERNON | 28759 | $1,000,000.00* | EXHIBIT A |
| 5957 | THOMPSON, WILLIAM | 28747 | $1,000,000.00* | EXHIBIT A |
| 5958 | THOMSON, WILLIAM | 28760 | $1,000,000.00* | EXHIBIT A |
| 5959 | THORNBURG, RAYMOND | 28761 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 5960 | THORNER, MORRIS | 28762 | $1,000,000.00* | EXHIBIT A |
| 5961 | THORNTON, JAMES | 28763 | $1,000,000.00* | EXHIBIT A |
| 5962 | THORP, WILLIAM | 28764 | $1,000,000.00* | EXHIBIT A |
| 5963 | THORPE, JOHN | 28765 | $1,000,000.00* | EXHIBIT A |
| 5964 | THRASHER, HAROLD | 28766 | $1,000,000.00* | EXHIBIT A |
| 5965 | THREADGILL, JAMES | 28767 | $1,000,000.00* | EXHIBIT A |
| 5966 | THRIFT, RICHARD | 28768 | $1,000,000.00* | EXHIBIT A |
| 5967 | THUEMLING, EDWIN | 28769 | $1,000,000.00* | EXHIBIT A |
| 5968 | THURSTON, CLYDE | 28770 | $1,000,000.00* | EXHIBIT A |
| 5969 | THYGESEN, JACK | 28771 | $1,000,000.00* | EXHIBIT A |
| 5970 | TIBBETTS, CALVIN | 28772 | $1,000,000.00* | EXHIBIT A |
| 5971 | TIBERIO, RAYMOND | 28774 | $1,000,000.00* | EXHIBIT A |
| 5972 | TIBERIO, ROBERT | 28775 | $1,000,000.00* | EXHIBIT A |
| 5973 | TIBERIO, RUSSELL | 28773 | $1,000,000.00* | EXHIBIT A |
| 5974 | TIDGWELL, JOHN | 28776 | $1,000,000.00* | EXHIBIT A |
| 5975 | TIDLUND, EDWARD | 28777 | $1,000,000.00* | EXHIBIT A |
| 5976 | TIDWELL, HARVEY | 28778 | $1,000,000.00* | EXHIBIT A |
| 5977 | TIDWELL, WILLIAM | 28779 | $1,000,000.00* | EXHIBIT A |
| 5978 | TIEDEMANN, CARL | 28780 | $1,000,000.00* | EXHIBIT A |
| 5979 | TIERNEY, RONALD | 28782 | $1,000,000.00* | EXHIBIT A |
| 5980 | TIERNEY, THOMAS | 28781 | $1,000,000.00* | EXHIBIT A |
| 5981 | TILLMAN, BETTY | 28785 | $1,000,000.00* | EXHIBIT A |
| 5982 | TILLMAN, CHARLES | 28784 | $1,000,000.00* | EXHIBIT A |
| 5983 | TILLMAN, HARRY | 28786 | $1,000,000.00* | EXHIBIT A |
| 5984 | TILLMAN, KENNETH | 28783 | $1,000,000.00* | EXHIBIT A |
| 5985 | TILTON, ARTHUR | 28787 | $1,000,000.00* | EXHIBIT A |
| 5986 | TIMM, JACK | 28788 | $1,000,000.00* | EXHIBIT A |
| 5987 | TINKER, DAVID | 28789 | $1,000,000.00* | EXHIBIT A |
| 5988 | TINUCCI, EUGENE | 28790 | $1,000,000.00* | EXHIBIT A |
| 5989 | TIRCK, DAVID | 28791 | $1,000,000.00* | EXHIBIT A |
| 5990 | TIREY, TOMMY | 27896 | $1,000,000.00* | EXHIBIT A |
| 5991 | TIS, EUGENE | 27897 | $1,000,000.00* | EXHIBIT A |
| 5992 | TISCHLER, BRIAN | 27898 | $1,000,000.00* | EXHIBIT A |
| 5993 | TITUS, ALBERT | 27899 | $1,000,000.00* | EXHIBIT A |
| 5994 | TKACZYK, BOB | 27900 | $1,000,000.00* | EXHIBIT A |
| 5995 | TOBIN, JOHN | 27901 | $1,000,000.00* | EXHIBIT A |
| 5996 | TODD, ROZZIE | 27902 | $1,000,000.00* | EXHIBIT A |
| 5997 | TOIGO, JAMES | 27903 | $1,000,000.00* | EXHIBIT A |
| 5998 | TOMAC, NICHOLAS | 27904 | $1,000,000.00* | EXHIBIT A |
| 5999 | TOMEI, ANTHONY | 27905 | $1,000,000.00* | EXHIBIT A |
| 6000 | TOMKIEWICZ, FREDERICK | 27907 | $1,000,000.00* | EXHIBIT A |
| 6001 | TOMKIEWICZ, JOHN | 27906 | $1,000,000.00* | EXHIBIT A |
| 6002 | TOMLINSON, DENNIS | 27908 | $1,000,000.00* | EXHIBIT A |
| 6003 | TOMPKINS, RICHARD | 27909 | $1,000,000.00* | EXHIBIT A |
| 6004 | TOMZA, STANLEY | 27910 | $1,000,000.00* | EXHIBIT A |
| 6005 | TON, VACLAV | 27911 | $1,000,000.00* | EXHIBIT A |
| 6006 | TONIONI, ALLEN | 27912 | $1,000,000.00* | EXHIBIT A |

| 6007 | TONNESSEN, ALLAN | 27913 | $1,000,000.00* | EXHIBIT A |
| 6008 | TOOEY, JAMES | 27914 | $1,000,000.00* | EXHIBIT A |
| 6009 | TOOLE, JEFFREY | 27915 | $1,000,000.00* | EXHIBIT A |
| 6010 | TORLEY, ARTHUR | 27916 | $1,000,000.00* | EXHIBIT A |
| 6011 | TORNICELLI, VALENTINO | 27917 | $1,000,000.00* | EXHIBIT A |
| 6012 | TORRENS, MARION | 27918 | $1,000,000.00* | EXHIBIT A |
| 6013 | TOTH, ERNEST | 27919 | $1,000,000.00* | EXHIBIT A |
| 6014 | TOTH, JACK | 27920 | $1,000,000.00* | EXHIBIT A |
| 6015 | TOUSIGNANT, JOSEPH | 27921 | $1,000,000.00* | EXHIBIT A |
| 6016 | TOWER, DONALD | 27922 | $1,000,000.00* | EXHIBIT A |
| 6017 | TOWNER, ROBERT | 27923 | $1,000,000.00* | EXHIBIT A |
| 6018 | TOWNLEY, RAYMOND | 27924 | $1,000,000.00* | EXHIBIT A |
| 6019 | TOWNSEND, EDWARD | 27925 | $1,000,000.00* | EXHIBIT A |
| 6020 | TOWNSEND, STROTHER | 27927 | $1,000,000.00* | EXHIBIT A |
| 6021 | TOWNSEND, THOMAS | 27926 | $1,000,000.00* | EXHIBIT A |
| 6022 | TRACY, JAMES | 27928 | $1,000,000.00* | EXHIBIT A |
| 6023 | TRACY, JOSEPH | 27929 | $1,000,000.00* | EXHIBIT A |
| 6024 | TRAINA, JOE | 27930 | $1,000,000.00* | EXHIBIT A |
| 6025 | TRAINOR, WILLIAM | 27931 | $1,000,000.00* | EXHIBIT A |
| 6026 | TRAYLOR, MANLY | 27932 | $1,000,000.00* | EXHIBIT A |
| 6027 | TRAYNOR, FRANCIS | 27933 | $1,000,000.00* | EXHIBIT A |
| 6028 | TREADWELL, DONALD | 27934 | $1,000,000.00* | EXHIBIT A |
| 6029 | TREADWELL, PHILIP | 27935 | $1,000,000.00* | EXHIBIT A |
| 6030 | TREDE, WARREN | 27936 | $1,000,000.00* | EXHIBIT A |
| 6031 | TREGEMBO, ALBERT | 27937 | $1,000,000.00* | EXHIBIT A |
| 6032 | TRESALONI, DOMINIC | 27938 | $1,000,000.00* | EXHIBIT A |
| 6033 | TRESKE, DONALD | 27939 | $1,000,000.00* | EXHIBIT A |
| 6034 | TREVETHAN, BRUCE | 27941 | $1,000,000.00* | EXHIBIT A |
| 6035 | TREVETHAN, THOMAS | 27940 | $1,000,000.00* | EXHIBIT A |
| 6036 | TRIEBE, MIKE | 27942 | $1,000,000.00* | EXHIBIT A |
| 6037 | TRIPPE, WILLIAM | 27943 | $1,000,000.00* | EXHIBIT A |
| 6038 | TRISCIANI, JOHN | 27944 | $1,000,000.00* | EXHIBIT A |
| 6039 | TRITES, ROBERT | 27945 | $1,000,000.00* | EXHIBIT A |
| 6040 | TRITT, DAVID | 27946 | $1,000,000.00* | EXHIBIT A |
| 6041 | TROMBLY, FRANK | 27947 | $1,000,000.00* | EXHIBIT A |
| 6042 | TROXLER, GEORGE | 27948 | $1,000,000.00* | EXHIBIT A |
| 6043 | TRUEWORTHY, DANNY | 27949 | $1,000,000.00* | EXHIBIT A |
| 6044 | TRUJILLO, ROBERT | 27950 | $1,000,000.00* | EXHIBIT A |
| 6045 | TRUSCHKE, EDWARD | 27951 | $1,000,000.00* | EXHIBIT A |
| 6046 | TUCKER, GEORGE | 27952 | $1,000,000.00* | EXHIBIT A |
| 6047 | TUCKER, HAROLD | 27953 | $1,000,000.00* | EXHIBIT A |
| 6048 | TUCKER, HOWARD | 27954 | $1,000,000.00* | EXHIBIT A |
| 6049 | TULLI, BENJAMIN | 27955 | $1,000,000.00* | EXHIBIT A |
| 6050 | TULLI, ROBERT | 28016 | $1,000,000.00* | EXHIBIT A |
| 6051 | TULLY, JOHN | 28017 | $1,000,000.00* | EXHIBIT A |
| 6052 | TURANO, FRANK | 28018 | $1,000,000.00* | EXHIBIT A |
| 6053 | TURGEON, ALDEGE | 28020 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 6054 | TURGEON, GILBERT | 28019 | $1,000,000.00* | EXHIBIT A |
| 6055 | TURLEY, LARRY | 28021 | $1,000,000.00* | EXHIBIT A |
| 6056 | TURNER, GEORGE | 28024 | $1,000,000.00* | EXHIBIT A |
| 6057 | TURNER, JACK | 28027 | $1,000,000.00* | EXHIBIT A |
| 6058 | TURNER, KENNETH | 28022 | $1,000,000.00* | EXHIBIT A |
| 6059 | TURNER, LEONARD | 28023 | $1,000,000.00* | EXHIBIT A |
| 6060 | TURNER, WILLIAM | 28025 | $1,000,000.00* | EXHIBIT A |
| 6061 | TURNER, WILLIE | 28026 | $1,000,000.00* | EXHIBIT A |
| 6062 | TURNI, RICHARD | 28028 | $1,000,000.00* | EXHIBIT A |
| 6063 | TUTEN, THOMAS | 28136 | $1,000,000.00* | EXHIBIT A |
| 6064 | TUTTLE, JAMES | 28137 | $1,000,000.00* | EXHIBIT A |
| 6065 | TWORSKY, JOHN | 28138 | $1,000,000.00* | EXHIBIT A |
| 6066 | TYLER, WILLIAM | 28139 | $1,000,000.00* | EXHIBIT A |
| 6067 | TYRE, EMORY | 28141 | $1,000,000.00* | EXHIBIT A |
| 6068 | TYRE, LARRY | 28140 | $1,000,000.00* | EXHIBIT A |
| 6069 | TYROLT, MELVIN | 28142 | $1,000,000.00* | EXHIBIT A |
| 6070 | TYSON, GILBERT | 28143 | $1,000,000.00* | EXHIBIT A |
| 6071 | ULRICH, THOMAS | 28144 | $1,000,000.00* | EXHIBIT A |
| 6072 | UMANO, ROBERT | 28145 | $1,000,000.00* | EXHIBIT A |
| 6073 | UMBENHEN, WILLIAM | 28146 | $1,000,000.00* | EXHIBIT A |
| 6074 | UNRUH, ROLAND | 28148 | $1,000,000.00* | EXHIBIT A |
| 6075 | UNRUH, RUDY | 28147 | $1,000,000.00* | EXHIBIT A |
| 6076 | UNTIED, CHARLES | 28149 | $1,000,000.00* | EXHIBIT A |
| 6077 | URAVAGE, EDWARD | 28150 | $1,000,000.00* | EXHIBIT A |
| 6078 | URMAN, WILLIAM | 28151 | $1,000,000.00* | EXHIBIT A |
| 6079 | URQUHART, DONALD | 28152 | $1,000,000.00* | EXHIBIT A |
| 6080 | USLE, CIPRIANO | 28153 | $1,000,000.00* | EXHIBIT A |
| 6081 | USZYNSKI, JOHN | 28154 | $1,000,000.00* | EXHIBIT A |
| 6082 | UTLEY, ERNEST | 28155 | $1,000,000.00* | EXHIBIT A |
| 6083 | UTLEY, SYDNEY | 28156 | $1,000,000.00* | EXHIBIT A |
| 6084 | VACHON, JACQUES | 28157 | $1,000,000.00* | EXHIBIT A |
| 6085 | VADNAIS, DUANE | 28158 | $1,000,000.00* | EXHIBIT A |
| 6086 | VAIL, WILLIAM | 28159 | $1,000,000.00* | EXHIBIT A |
| 6087 | VAILLANCOURT, RICHARD | 28160 | $1,000,000.00* | EXHIBIT A |
| 6088 | VALANTE, ROBERT | 28161 | $1,000,000.00* | EXHIBIT A |
| 6089 | VALDES, GILBERT | 28162 | $1,000,000.00* | EXHIBIT A |
| 6090 | VALENTE, GIOVANNI | 28163 | $1,000,000.00* | EXHIBIT A |
| 6091 | VALENTI, CHARLES | 28164 | $1,000,000.00* | EXHIBIT A |
| 6092 | VALENTI, EDWARD | 28165 | $1,000,000.00* | EXHIBIT A |
| 6093 | VALENTI, VINCENT | 28166 | $1,000,000.00* | EXHIBIT A |
| 6094 | VALENTINE, RAYMOND | 28167 | $1,000,000.00* | EXHIBIT A |
| 6095 | VALENTINE, WILLIAM | 28168 | $1,000,000.00* | EXHIBIT A |
| 6096 | VALERI, ROBERT | 28169 | $1,000,000.00* | EXHIBIT A |
| 6097 | VALLEE, ALFRED | 28170 | $1,000,000.00* | EXHIBIT A |
| 6098 | VALLERA, ALBERT | 28171 | $1,000,000.00* | EXHIBIT A |
| 6099 | VALUKIS, JAMES | 28172 | $1,000,000.00* | EXHIBIT A |
| 6100 | VAN AUSDAL, RONALD | 28173 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 6101 | VAN DE VEN, SYLVESTER | 28174 | $1,000,000.00* | EXHIBIT A |
| 6102 | VAN DER GAAG, JOHN | 28175 | $1,000,000.00* | EXHIBIT A |
| 6103 | VAN DYK, AUGUST | 28176 | $1,000,000.00* | EXHIBIT A |
| 6104 | VAN DYKE, PAUL | 28177 | $1,000,000.00* | EXHIBIT A |
| 6105 | VAN HORN, ALFRED | 28178 | $1,000,000.00* | EXHIBIT A |
| 6106 | VAN LYSSEL, DANIEL | 28179 | $1,000,000.00* | EXHIBIT A |
| 6107 | VAN METER, DOLORES | 28180 | $1,000,000.00* | EXHIBIT A |
| 6108 | VAN OFLEN, THOMAS | 28181 | $1,000,000.00* | EXHIBIT A |
| 6109 | VAN WINKLE, GERALD | 28182 | $1,000,000.00* | EXHIBIT A |
| 6110 | VANCE, EDWARD | 28183 | $1,000,000.00* | EXHIBIT A |
| 6111 | VANCOUR, ARTHUR | 28184 | $1,000,000.00* | EXHIBIT A |
| 6112 | VANDERBILT, CHESTER | 28185 | $1,000,000.00* | EXHIBIT A |
| 6113 | VANDERBURG, WILLIAM | 28186 | $1,000,000.00* | EXHIBIT A |
| 6114 | VANDEUSEN, FRED | 28187 | $1,000,000.00* | EXHIBIT A |
| 6115 | VANMALDEGEN, WILLIAM | 28188 | $1,000,000.00* | EXHIBIT A |
| 6116 | VANNESS, LUKE | 28189 | $1,000,000.00* | EXHIBIT A |
| 6117 | VANTHORRE, ROBERT | 28190 | $1,000,000.00* | EXHIBIT A |
| 6118 | VARGO, THOMAS | 28191 | $1,000,000.00* | EXHIBIT A |
| 6119 | VARGOCKO, ANDREW | 28192 | $1,000,000.00* | EXHIBIT A |
| 6120 | VARNEY, JOSEPH | 28193 | $1,000,000.00* | EXHIBIT A |
| 6121 | VASCONCELLOS, CLETUS | 28194 | $1,000,000.00* | EXHIBIT A |
| 6122 | VASH, STEPHEN | 28195 | $1,000,000.00* | EXHIBIT A |
| 6123 | VASSALLO, JOSEPH | 28316 | $1,000,000.00* | EXHIBIT A |
| 6124 | VAUGHN, AMOS | 28318 | $1,000,000.00* | EXHIBIT A |
| 6125 | VAUGHN, FRANK | 28317 | $1,000,000.00* | EXHIBIT A |
| 6126 | VAUGHT, JACKIE | 28319 | $1,000,000.00* | EXHIBIT A |
| 6127 | VEAR, ROBERT | 28320 | $1,000,000.00* | EXHIBIT A |
| 6128 | VECCHIONE, JERRY | 28321 | $1,000,000.00* | EXHIBIT A |
| 6129 | VELASQUEZ, VERNON | 28397 | $1,000,000.00* | EXHIBIT A |
| 6130 | VENDUR, SULLIVAN | 28398 | $1,000,000.00* | EXHIBIT A |
| 6131 | VENERE, EMIL | 28399 | $1,000,000.00* | EXHIBIT A |
| 6132 | VENTRE, PATRICK | 28400 | $1,000,000.00* | EXHIBIT A |
| 6133 | VENTURA, ANTHONY | 28401 | $1,000,000.00* | EXHIBIT A |
| 6134 | VERAKAS, JOHN | 28402 | $1,000,000.00* | EXHIBIT A |
| 6135 | VERCILLO, RAYMOND | 28403 | $1,000,000.00* | EXHIBIT A |
| 6136 | VERRIER, EDWARD | 28404 | $1,000,000.00* | EXHIBIT A |
| 6137 | VERTZ, FLOYD | 28405 | $1,000,000.00* | EXHIBIT A |
| 6138 | VETRANO, JOHN | 28406 | $1,000,000.00* | EXHIBIT A |
| 6139 | VETSCH, KENNETH | 28407 | $1,000,000.00* | EXHIBIT A |
| 6140 | VEY, ROBERT | 28408 | $1,000,000.00* | EXHIBIT A |
| 6141 | VEZINA, LIONEL | 28409 | $1,000,000.00* | EXHIBIT A |
| 6142 | VIAL, PHILIP | 28410 | $1,000,000.00* | EXHIBIT A |
| 6143 | VICARS, ERNEST | 28620 | $1,000,000.00* | EXHIBIT A |
| 6144 | VICHOT, BERNARD | 28621 | $1,000,000.00* | EXHIBIT A |
| 6145 | VICK, CHARLES (DECEASED) | 28622 | $1,000,000.00* | EXHIBIT A |
| 6146 | VICKERS, JAMES | 28623 | $1,000,000.00* | EXHIBIT A |
| 6147 | VICKERY, CHARLES | 28624 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 6148 | VICKERY, EDWARD | 28625 | $1,000,000.00* | EXHIBIT A |
| 6149 | VICTOR, CHESTER | 28626 | $1,000,000.00* | EXHIBIT A |
| 6150 | VIENING, BRIAN | 28627 | $1,000,000.00* | EXHIBIT A |
| 6151 | VIENS, HENRY | 28628 | $1,000,000.00* | EXHIBIT A |
| 6152 | VIERDAY, ROY | 28629 | $1,000,000.00* | EXHIBIT A |
| 6153 | VIGNEAU, LOUIS | 28630 | $1,000,000.00* | EXHIBIT A |
| 6154 | VIK, ARTHUR | 28631 | $1,000,000.00* | EXHIBIT A |
| 6155 | VILT, RONALD | 28632 | $1,000,000.00* | EXHIBIT A |
| 6156 | VINCENT, WILLIAM | 28633 | $1,000,000.00* | EXHIBIT A |
| 6157 | VINER, ROBERT JOSEPH | 28634 | $1,000,000.00* | EXHIBIT A |
| 6158 | VIOLA, WILLIAM | 28635 | $1,000,000.00* | EXHIBIT A |
| 6159 | VIRNIG, JAMES | 28636 | $1,000,000.00* | EXHIBIT A |
| 6160 | VISCONTE, SALVATORE | 28637 | $1,000,000.00* | EXHIBIT A |
| 6161 | VISIONE, DOMINIC | 28638 | $1,000,000.00* | EXHIBIT A |
| 6162 | VITALE, JOHN | 28641 | $1,000,000.00* | EXHIBIT A |
| 6163 | VITALE, LEO | 28639 | $1,000,000.00* | EXHIBIT A |
| 6164 | VITALE, RALPH | 28640 | $1,000,000.00* | EXHIBIT A |
| 6165 | VITORINO, TOME | 28642 | $1,000,000.00* | EXHIBIT A |
| 6166 | VOGEL, ROBERT | 28664 | $1,000,000.00* | EXHIBIT A |
| 6167 | VOGEL, ROY | 28665 | $1,000,000.00* | EXHIBIT A |
| 6168 | VOHNOUTKA, ERNEST | 28666 | $1,000,000.00* | EXHIBIT A |
| 6169 | VOHNOUTKA, RICHARD | 28667 | $1,000,000.00* | EXHIBIT A |
| 6170 | VOJTEK, WILLIAM | 28668 | $1,000,000.00* | EXHIBIT A |
| 6171 | VOLKMANN, KENNETH | 28669 | $1,000,000.00* | EXHIBIT A |
| 6172 | VOLZ, FLOYD | 28670 | $1,000,000.00* | EXHIBIT A |
| 6173 | VOORMAN, WILLIAM | 28671 | $1,000,000.00* | EXHIBIT A |
| 6174 | VOUDREN, HERBERT | 28672 | $1,000,000.00* | EXHIBIT A |
| 6175 | VUKADINOVICH, WALTER | 28673 | $1,000,000.00* | EXHIBIT A |
| 6176 | WACKER, LEROY | 28674 | $1,000,000.00* | EXHIBIT A |
| 6177 | WADE, JOHN | 28675 | $1,000,000.00* | EXHIBIT A |
| 6178 | WADSWORTH, WILLIAM | 28676 | $1,000,000.00* | EXHIBIT A |
| 6179 | WAGNER, CHARLES | 28681 | $1,000,000.00* | EXHIBIT A |
| 6180 | WAGNER, JESSE | 28678 | $1,000,000.00* | EXHIBIT A |
| 6181 | WAGNER, JOSEPH | 28677 | $1,000,000.00* | EXHIBIT A |
| 6182 | WAGNER, RAYMOND | 28680 | $1,000,000.00* | EXHIBIT A |
| 6183 | WAGNER, ROY | 28679 | $1,000,000.00* | EXHIBIT A |
| 6184 | WAID, JERRY | 28682 | $1,000,000.00* | EXHIBIT A |
| 6185 | WAINWRIGHT, DAN | 28683 | $1,000,000.00* | EXHIBIT A |
| 6186 | WALDEN, THOMAS | 28684 | $1,000,000.00* | EXHIBIT A |
| 6187 | WALDER, JAMES | 28685 | $1,000,000.00* | EXHIBIT A |
| 6188 | WALDIE, WILLIAM | 28686 | $1,000,000.00* | EXHIBIT A |
| 6189 | WALDRON, CARL | 28688 | $1,000,000.00* | EXHIBIT A |
| 6190 | WALDRON, RICHARD | 28687 | $1,000,000.00* | EXHIBIT A |
| 6191 | WALDROP, DAVID | 28689 | $1,000,000.00* | EXHIBIT A |
| 6192 | WALES, DONALD | 28690 | $1,000,000.00* | EXHIBIT A |
| 6193 | WALKER, ALVANUS | 28696 | $1,000,000.00* | EXHIBIT A |
| 6194 | WALKER, ARNOLD | 28252 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 6195 | WALKER, CURTIS | 28254 | $1,000,000.00* | EXHIBIT A |
| 6196 | WALKER, DAVID | 28257 | $1,000,000.00* | EXHIBIT A |
| 6197 | WALKER, ELWOOD | 28253 | $1,000,000.00* | EXHIBIT A |
| 6198 | WALKER, GIFFORD | 28692 | $1,000,000.00* | EXHIBIT A |
| 6199 | WALKER, JAMES | 28691 | $1,000,000.00* | EXHIBIT A |
| 6200 | WALKER, JOHN | 28695 | $1,000,000.00* | EXHIBIT A |
| 6201 | WALKER, JOHN | 28698 | $1,000,000.00* | EXHIBIT A |
| 6202 | WALKER, LESTER | 28697 | $1,000,000.00* | EXHIBIT A |
| 6203 | WALKER, WALLACE | 28255 | $1,000,000.00* | EXHIBIT A |
| 6204 | WALKER, WALLACE | 28694 | $1,000,000.00* | EXHIBIT A |
| 6205 | WALKER, WILLIAM | 28693 | $1,000,000.00* | EXHIBIT A |
| 6206 | WALKER, WILLIE | 28256 | $1,000,000.00* | EXHIBIT A |
| 6207 | WALKOWIAK, JOSEPH | 28258 | $1,000,000.00* | EXHIBIT A |
| 6208 | WALL, BOB | 28260 | $1,000,000.00* | EXHIBIT A |
| 6209 | WALL, THOMAS | 28259 | $1,000,000.00* | EXHIBIT A |
| 6210 | WALLACE, EARL | 28262 | $1,000,000.00* | EXHIBIT A |
| 6211 | WALLACE, EDWARD | 28263 | $1,000,000.00* | EXHIBIT A |
| 6212 | WALLACE, ELTON | 28261 | $1,000,000.00* | EXHIBIT A |
| 6213 | WALLER, DARRELL | 28264 | $1,000,000.00* | EXHIBIT A |
| 6214 | WALLER, SAMMIE | 28265 | $1,000,000.00* | EXHIBIT A |
| 6215 | WALLNER, EDWARD | 28266 | $1,000,000.00* | EXHIBIT A |
| 6216 | WALLS, EDDIE | 28267 | $1,000,000.00* | EXHIBIT A |
| 6217 | WALSH, EDWARD | 28270 | $1,000,000.00* | EXHIBIT A |
| 6218 | WALSH, JAMES | 28268 | $1,000,000.00* | EXHIBIT A |
| 6219 | WALSH, JOHN | 28272 | $1,000,000.00* | EXHIBIT A |
| 6220 | WALSH, JOSEPH | 28274 | $1,000,000.00* | EXHIBIT A |
| 6221 | WALSH, LAWRENCE | 28273 | $1,000,000.00* | EXHIBIT A |
| 6222 | WALSH, ROBERT | 28271 | $1,000,000.00* | EXHIBIT A |
| 6223 | WALSH, THOMAS | 28269 | $1,000,000.00* | EXHIBIT A |
| 6224 | WALSKI, LOUIS | 28275 | $1,000,000.00* | EXHIBIT A |
| 6225 | WALTERS, ELMER | 28277 | $1,000,000.00* | EXHIBIT A |
| 6226 | WALTERS, JAMES | 28276 | $1,000,000.00* | EXHIBIT A |
| 6227 | WALTON, WILLIAM | 28278 | $1,000,000.00* | EXHIBIT A |
| 6228 | WARD, BURLIS | 28282 | $1,000,000.00* | EXHIBIT A |
| 6229 | WARD, CHESTER | 28281 | $1,000,000.00* | EXHIBIT A |
| 6230 | WARD, GEORGE | 28279 | $1,000,000.00* | EXHIBIT A |
| 6231 | WARD, GERALD | 28280 | $1,000,000.00* | EXHIBIT A |
| 6232 | WARD, PRICE | 28283 | $1,000,000.00* | EXHIBIT A |
| 6233 | WARE, CHARLES | 28284 | $1,000,000.00* | EXHIBIT A |
| 6234 | WARNER, ROBERT | 28285 | $1,000,000.00* | EXHIBIT A |
| 6235 | WARREN, JAMES | 28286 | $1,000,000.00* | EXHIBIT A |
| 6236 | WARREN, WILLIAM | 28287 | $1,000,000.00* | EXHIBIT A |
| 6237 | WASENDA, RAYMOND | 28288 | $1,000,000.00* | EXHIBIT A |
| 6238 | WASHBURN, GEORGE | 28289 | $1,000,000.00* | EXHIBIT A |
| 6239 | WASHINGTON, WILLIAM | 28290 | $1,000,000.00* | EXHIBIT A |
| 6240 | WASIAKOWSKI, BERNARD | 28291 | $1,000,000.00* | EXHIBIT A |
| 6241 | WASILEWSKI, MICHAEL | 28292 | $1,000,000.00* | EXHIBIT A |

| 6242 | WASSILI, WILLIAM | 28293 | $1,000,000.00* | EXHIBIT A |
| 6243 | WATERS, HARDWICK | 28294 | $1,000,000.00* | EXHIBIT A |
| 6244 | WATKINS, ALFRED | 28295 | $1,000,000.00* | EXHIBIT A |
| 6245 | WATKINS, JOHNNY | 28296 | $1,000,000.00* | EXHIBIT A |
| 6246 | WATKINS, KENNETH | 28297 | $1,000,000.00* | EXHIBIT A |
| 6247 | WATKINS, MARSHALL (DECEASED) | 28298 | $1,000,000.00* | EXHIBIT A |
| 6248 | WATSON, LOUIS | 28299 | $1,000,000.00* | EXHIBIT A |
| 6249 | WATTERS, KURT | 28300 | $1,000,000.00* | EXHIBIT A |
| 6250 | WATTS, BERNARD | 28517 | $1,000,000.00* | EXHIBIT A |
| 6251 | WATTS, JOSEPH | 28516 | $1,000,000.00* | EXHIBIT A |
| 6252 | WATTS, WESLEY | 28301 | $1,000,000.00* | EXHIBIT A |
| 6253 | WATTU, DAVID | 28518 | $1,000,000.00* | EXHIBIT A |
| 6254 | WAY, JAMES | 28519 | $1,000,000.00* | EXHIBIT A |
| 6255 | WEARIN, LARRY | 28520 | $1,000,000.00* | EXHIBIT A |
| 6256 | WEAVER, CROMWELL (DECEASED) | 28522 | $1,000,000.00* | EXHIBIT A |
| 6257 | WEAVER, JAMES | 28521 | $1,000,000.00* | EXHIBIT A |
| 6258 | WEBB, BLOIS | 28523 | $1,000,000.00* | EXHIBIT A |
| 6259 | WEBB, JOE | 28525 | $1,000,000.00* | EXHIBIT A |
| 6260 | WEBB, THOMAS | 28524 | $1,000,000.00* | EXHIBIT A |
| 6261 | WEBER, ERNEST | 28526 | $1,000,000.00* | EXHIBIT A |
| 6262 | WEBER, LEWIS | 28529 | $1,000,000.00* | EXHIBIT A |
| 6263 | WEBER, TERRY | 28528 | $1,000,000.00* | EXHIBIT A |
| 6264 | WEBER, THOMAS | 28527 | $1,000,000.00* | EXHIBIT A |
| 6265 | WECKWERTH, FLORIAN | 28530 | $1,000,000.00* | EXHIBIT A |
| 6266 | WEDDLE, FRED | 28531 | $1,000,000.00* | EXHIBIT A |
| 6267 | WEDGE, WILLIAM | 28532 | $1,000,000.00* | EXHIBIT A |
| 6268 | WEDGWOOD, WILLIAM | 28533 | $1,000,000.00* | EXHIBIT A |
| 6269 | WEDWICK, LUVERNE | 28534 | $1,000,000.00* | EXHIBIT A |
| 6270 | WEED, CHESTER | 28535 | $1,000,000.00* | EXHIBIT A |
| 6271 | WEEKS, ROBERT | 28536 | $1,000,000.00* | EXHIBIT A |
| 6272 | WEESIES, DAVID | 28537 | $1,000,000.00* | EXHIBIT A |
| 6273 | WEGNER, WALTER | 28538 | $1,000,000.00* | EXHIBIT A |
| 6274 | WEICHE, KENNETH | 28539 | $1,000,000.00* | EXHIBIT A |
| 6275 | WEIDEMANN, REUBEN | 28540 | $1,000,000.00* | EXHIBIT A |
| 6276 | WEIGEL, RICHARD JAMES | 28541 | $1,000,000.00* | EXHIBIT A |
| 6277 | WEIGLEIN, JACK | 28542 | $1,000,000.00* | EXHIBIT A |
| 6278 | WEIGUM, DONALD | 28543 | $1,000,000.00* | EXHIBIT A |
| 6279 | WEIK, MARVIN | 28544 | $1,000,000.00* | EXHIBIT A |
| 6280 | WEILAND, EUGENE | 28545 | $1,000,000.00* | EXHIBIT A |
| 6281 | WEINMAN, RONALD | 28546 | $1,000,000.00* | EXHIBIT A |
| 6282 | WEINSTEIN, CHARLES | 28547 | $1,000,000.00* | EXHIBIT A |
| 6283 | WEIR, FRANCIS | 28549 | $1,000,000.00* | EXHIBIT A |
| 6284 | WEIR, OTIS | 28548 | $1,000,000.00* | EXHIBIT A |
| 6285 | WEISHAAR, RANDY | 28550 | $1,000,000.00* | EXHIBIT A |
| 6286 | WEISS, FREDERICK | 28551 | $1,000,000.00* | EXHIBIT A |
| 6287 | WEISS, ROBERT | 28552 | $1,000,000.00* | EXHIBIT A |
| 6288 | WELAGE, FRANK | 28553 | $1,000,000.00* | EXHIBIT A |

| 6289 | WELCH, DONALD | 28616 | $1,000,000.00* | EXHIBIT A |
| 6290 | WELCH, FRANCIS | 28554 | $1,000,000.00* | EXHIBIT A |
| 6291 | WELCH, FRANCIS | 28618 | $1,000,000.00* | EXHIBIT A |
| 6292 | WELCH, LOUIS | 28617 | $1,000,000.00* | EXHIBIT A |
| 6293 | WELCH, RAYMOND | 28555 | $1,000,000.00* | EXHIBIT A |
| 6294 | WELCHMAN, RICHARD | 28619 | $1,000,000.00* | EXHIBIT A |
| 6295 | WELDA, SIDNEY | 28643 | $1,000,000.00* | EXHIBIT A |
| 6296 | WELDON, JIMMIE | 28644 | $1,000,000.00* | EXHIBIT A |
| 6297 | WELIKSON, LOUIS | 28645 | $1,000,000.00* | EXHIBIT A |
| 6298 | WELK, WALTER | 28646 | $1,000,000.00* | EXHIBIT A |
| 6299 | WELLINGTON, ELMER | 28647 | $1,000,000.00* | EXHIBIT A |
| 6300 | WELLS, ALBERT | 28651 | $1,000,000.00* | EXHIBIT A |
| 6301 | WELLS, AMOS | 28648 | $1,000,000.00* | EXHIBIT A |
| 6302 | WELLS, DEAN | 28649 | $1,000,000.00* | EXHIBIT A |
| 6303 | WELLS, JOSEPH | 28650 | $1,000,000.00* | EXHIBIT A |
| 6304 | WELNAK, PAUL | 28652 | $1,000,000.00* | EXHIBIT A |
| 6305 | WELSH, LELAND | 28654 | $1,000,000.00* | EXHIBIT A |
| 6306 | WELSH, ROBERT | 28653 | $1,000,000.00* | EXHIBIT A |
| 6307 | WELTY, MILES | 28655 | $1,000,000.00* | EXHIBIT A |
| 6308 | WENDEL, ROBERT | 28656 | $1,000,000.00* | EXHIBIT A |
| 6309 | WENNER, EDWARD | 28657 | $1,000,000.00* | EXHIBIT A |
| 6310 | WENTZELL, CLAYTON | 28658 | $1,000,000.00* | EXHIBIT A |
| 6311 | WERETKA, RICHARD | 28659 | $1,000,000.00* | EXHIBIT A |
| 6312 | WERKHEISER, KENNETH | 28660 | $1,000,000.00* | EXHIBIT A |
| 6313 | WERMANN, ALFRED | 28661 | $1,000,000.00* | EXHIBIT A |
| 6314 | WERTZBAUGHER, ORVILLE | 28662 | $1,000,000.00* | EXHIBIT A |
| 6315 | WEST, DWIGHT | 28663 | $1,000,000.00* | EXHIBIT A |
| 6316 | WEST, EVERETT | 28699 | $1,000,000.00* | EXHIBIT A |
| 6317 | WEST, FRANKLIN (DECEASED) | 28815 | $1,000,000.00* | EXHIBIT A |
| 6318 | WEST, GRADY | 28796 | $1,000,000.00* | EXHIBIT A |
| 6319 | WEST, VERNON | 28814 | $1,000,000.00* | EXHIBIT A |
| 6320 | WESTBERRY, COLAN | 28816 | $1,000,000.00* | EXHIBIT A |
| 6321 | WESTBROOK, ROBERT | 28817 | $1,000,000.00* | EXHIBIT A |
| 6322 | WESTCOTT, BRYAN | 28819 | $1,000,000.00* | EXHIBIT A |
| 6323 | WESTCOTT, RONALD | 28818 | $1,000,000.00* | EXHIBIT A |
| 6324 | WESTFALL, LARRY | 28820 | $1,000,000.00* | EXHIBIT A |
| 6325 | WESTGATE, WALTER | 28821 | $1,000,000.00* | EXHIBIT A |
| 6326 | WESTMAN, ORICK | 28700 | $1,000,000.00* | EXHIBIT A |
| 6327 | WESTON, DOUGLAS | 28701 | $1,000,000.00* | EXHIBIT A |
| 6328 | WESTPHAL, RICHARD | 28702 | $1,000,000.00* | EXHIBIT A |
| 6329 | WESTRICK, RICHARD | 28703 | $1,000,000.00* | EXHIBIT A |
| 6330 | WETZEL, DAVID | 28704 | $1,000,000.00* | EXHIBIT A |
| 6331 | WHEAT, EDWIN | 28705 | $1,000,000.00* | EXHIBIT A |
| 6332 | WHEELER, CYRUS | 28709 | $1,000,000.00* | EXHIBIT A |
| 6333 | WHEELER, DWIGHT | 28708 | $1,000,000.00* | EXHIBIT A |
| 6334 | WHEELER, GERALD | 28707 | $1,000,000.00* | EXHIBIT A |
| 6335 | WHEELER, KENNETH | 28710 | $1,000,000.00* | EXHIBIT A |

470006

| 6336 | WHEELER, ROBERT | 28706 | $1,000,000.00* | EXHIBIT A |
| 6337 | WHEELOCK, RUSSELL | 28711 | $1,000,000.00* | EXHIBIT A |
| 6338 | WHELPLEY, CHARLES | 28712 | $1,000,000.00* | EXHIBIT A |
| 6339 | WHERLEY, DALLAS | 28713 | $1,000,000.00* | EXHIBIT A |
| 6340 | WHIDDEN, ROY | 28714 | $1,000,000.00* | EXHIBIT A |
| 6341 | WHIPPEN, HAROLD | 28716 | $1,000,000.00* | EXHIBIT A |
| 6342 | WHIPPEN, JOHN | 28715 | $1,000,000.00* | EXHIBIT A |
| 6343 | WHITE, BILLY | 28725 | $1,000,000.00* | EXHIBIT A |
| 6344 | WHITE, BURYL | 28719 | $1,000,000.00* | EXHIBIT A |
| 6345 | WHITE, FRANCIS | 28732 | $1,000,000.00* | EXHIBIT A |
| 6346 | WHITE, IRVING | 28717 | $1,000,000.00* | EXHIBIT A |
| 6347 | WHITE, JACK | 28723 | $1,000,000.00* | EXHIBIT A |
| 6348 | WHITE, JAMES | 28721 | $1,000,000.00* | EXHIBIT A |
| 6349 | WHITE, JAMES | 28722 | $1,000,000.00* | EXHIBIT A |
| 6350 | WHITE, JIMMY | 28720 | $1,000,000.00* | EXHIBIT A |
| 6351 | WHITE, JOHN | 28724 | $1,000,000.00* | EXHIBIT A |
| 6352 | WHITE, MARION | 28728 | $1,000,000.00* | EXHIBIT A |
| 6353 | WHITE, MARYLAND | 28731 | $1,000,000.00* | EXHIBIT A |
| 6354 | WHITE, NORMAN | 28730 | $1,000,000.00* | EXHIBIT A |
| 6355 | WHITE, ROBERT | 28727 | $1,000,000.00* | EXHIBIT A |
| 6356 | WHITE, ROSBY | 28726 | $1,000,000.00* | EXHIBIT A |
| 6357 | WHITE, THOMAS | 28729 | $1,000,000.00* | EXHIBIT A |
| 6358 | WHITE, VERYLAND | 28718 | $1,000,000.00* | EXHIBIT A |
| 6359 | WHITECOTTON, WILLIAM | 28733 | $1,000,000.00* | EXHIBIT A |
| 6360 | WHITED, RONALD | 28734 | $1,000,000.00* | EXHIBIT A |
| 6361 | WHITEHEAD, WILLIAM | 28735 | $1,000,000.00* | EXHIBIT A |
| 6362 | WHITLEY, MELVIN | 28797 | $1,000,000.00* | EXHIBIT A |
| 6363 | WHITLOW, JAMES | 28798 | $1,000,000.00* | EXHIBIT A |
| 6364 | WHITNEY, DALE | 28799 | $1,000,000.00* | EXHIBIT A |
| 6365 | WHITTAKER, ARTHUR | 28800 | $1,000,000.00* | EXHIBIT A |
| 6366 | WICEVIC, LAWRENCE | 28801 | $1,000,000.00* | EXHIBIT A |
| 6367 | WICHMANN, ROBERT | 28802 | $1,000,000.00* | EXHIBIT A |
| 6368 | WICKER, HUGH | 28804 | $1,000,000.00* | EXHIBIT A |
| 6369 | WICKER, RALPH | 28803 | $1,000,000.00* | EXHIBIT A |
| 6370 | WICKETT, VAUGHN | 28805 | $1,000,000.00* | EXHIBIT A |
| 6371 | WICKSON, RONALD | 28806 | $1,000,000.00* | EXHIBIT A |
| 6372 | WIEDERHOLD, ALFRED | 28807 | $1,000,000.00* | EXHIBIT A |
| 6373 | WIERINGA, ROBERT | 28808 | $1,000,000.00* | EXHIBIT A |
| 6374 | WIERSEMA, ROBERT | 28809 | $1,000,000.00* | EXHIBIT A |
| 6375 | WIGHTMAN, GEORGE | 28810 | $1,000,000.00* | EXHIBIT A |
| 6376 | WILBER, TERRY | 28811 | $1,000,000.00* | EXHIBIT A |
| 6377 | WILBUR, GEORGE | 28812 | $1,000,000.00* | EXHIBIT A |
| 6378 | WILCHER, TED | 28813 | $1,000,000.00* | EXHIBIT A |
| 6379 | WILCOX, LEROY | 28449 | $1,000,000.00* | EXHIBIT A |
| 6380 | WILCOX, WENDELL | 28450 | $1,000,000.00* | EXHIBIT A |
| 6381 | WILDER, ELMER | 28451 | $1,000,000.00* | EXHIBIT A |
| 6382 | WILES, DEAN | 28452 | $1,000,000.00* | EXHIBIT A |

470006

| | | | | |
|---|---|---|---|---|
| 6383 | WILHOLT, KENNETH | 28453 | $1,000,000.00* | EXHIBIT A |
| 6384 | WILKINSON, DAVID | 28455 | $1,000,000.00* | EXHIBIT A |
| 6385 | WILKINSON, HOBERT | 28456 | $1,000,000.00* | EXHIBIT A |
| 6386 | WILKINSON, PAUL | 28454 | $1,000,000.00* | EXHIBIT A |
| 6387 | WILLARD, TERRY | 28457 | $1,000,000.00* | EXHIBIT A |
| 6388 | WILLETTE, PATRICK | 28458 | $1,000,000.00* | EXHIBIT A |
| 6389 | WILLIAMS, CARLOS | 28471 | $1,000,000.00* | EXHIBIT A |
| 6390 | WILLIAMS, CARRIE | 28477 | $1,000,000.00* | EXHIBIT A |
| 6391 | WILLIAMS, DAVID | 28481 | $1,000,000.00* | EXHIBIT A |
| 6392 | WILLIAMS, DUANE | 28462 | $1,000,000.00* | EXHIBIT A |
| 6393 | WILLIAMS, ELWOOD | 28468 | $1,000,000.00* | EXHIBIT A |
| 6394 | WILLIAMS, EUGENE | 28467 | $1,000,000.00* | EXHIBIT A |
| 6395 | WILLIAMS, FERNANDO | 28492 | $1,000,000.00* | EXHIBIT A |
| 6396 | WILLIAMS, FLOYD | 28479 | $1,000,000.00* | EXHIBIT A |
| 6397 | WILLIAMS, FRANK | 28482 | $1,000,000.00* | EXHIBIT A |
| 6398 | WILLIAMS, GEORGE | 28460 | $1,000,000.00* | EXHIBIT A |
| 6399 | WILLIAMS, GERALD | 28490 | $1,000,000.00* | EXHIBIT A |
| 6400 | WILLIAMS, GREENVILLE | 28488 | $1,000,000.00* | EXHIBIT A |
| 6401 | WILLIAMS, HAYNSWORTH | 28461 | $1,000,000.00* | EXHIBIT A |
| 6402 | WILLIAMS, JAMES | 28486 | $1,000,000.00* | EXHIBIT A |
| 6403 | WILLIAMS, JOHN | 28473 | $1,000,000.00* | EXHIBIT A |
| 6404 | WILLIAMS, JOHN | 28478 | $1,000,000.00* | EXHIBIT A |
| 6405 | WILLIAMS, JOHN | 28493 | $1,000,000.00* | EXHIBIT A |
| 6406 | WILLIAMS, KENNETH | 28466 | $1,000,000.00* | EXHIBIT A |
| 6407 | WILLIAMS, KENNETH | 28469 | $1,000,000.00* | EXHIBIT A |
| 6408 | WILLIAMS, KENNETH | 28475 | $1,000,000.00* | EXHIBIT A |
| 6409 | WILLIAMS, LARRY | 28485 | $1,000,000.00* | EXHIBIT A |
| 6410 | WILLIAMS, LAWRENCE | 28487 | $1,000,000.00* | EXHIBIT A |
| 6411 | WILLIAMS, LEROY | 28470 | $1,000,000.00* | EXHIBIT A |
| 6412 | WILLIAMS, LLOYD (DECEASED) | 28494 | $1,000,000.00* | EXHIBIT A |
| 6413 | WILLIAMS, MARTINUS | 28463 | $1,000,000.00* | EXHIBIT A |
| 6414 | WILLIAMS, NEWTON | 28474 | $1,000,000.00* | EXHIBIT A |
| 6415 | WILLIAMS, OSCAR | 28489 | $1,000,000.00* | EXHIBIT A |
| 6416 | WILLIAMS, PAUL | 28480 | $1,000,000.00* | EXHIBIT A |
| 6417 | WILLIAMS, PHELEMON | 28491 | $1,000,000.00* | EXHIBIT A |
| 6418 | WILLIAMS, RICHARD | 28476 | $1,000,000.00* | EXHIBIT A |
| 6419 | WILLIAMS, ROBERT | 28464 | $1,000,000.00* | EXHIBIT A |
| 6420 | WILLIAMS, ROBERT | 28483 | $1,000,000.00* | EXHIBIT A |
| 6421 | WILLIAMS, ROBERT | 28484 | $1,000,000.00* | EXHIBIT A |
| 6422 | WILLIAMS, WALTER | 28459 | $1,000,000.00* | EXHIBIT A |
| 6423 | WILLIAMS, WILLIAM | 28465 | $1,000,000.00* | EXHIBIT A |
| 6424 | WILLIAMS, WILLIAM | 28472 | $1,000,000.00* | EXHIBIT A |
| 6425 | WILLIAMSON, ELDON | 28556 | $1,000,000.00* | EXHIBIT A |
| 6426 | WILLIAMSON, JR., VERNON | 28558 | $1,000,000.00* | EXHIBIT A |
| 6427 | WILLIAMSON, STUART | 28557 | $1,000,000.00* | EXHIBIT A |
| 6428 | WILLIAMSON, WILLIAM | 28495 | $1,000,000.00* | EXHIBIT A |
| 6429 | WILLIE, RAYMOND | 28559 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 6430 | WILLIFORD, FRANK | 28561 | $1,000,000.00* | EXHIBIT A |
| 6431 | WILLIFORD, WALLACE | 28560 | $1,000,000.00* | EXHIBIT A |
| 6432 | WILLIS, EDWARD | 28562 | $1,000,000.00* | EXHIBIT A |
| 6433 | WILLOUGHBY, FREDERICK | 28563 | $1,000,000.00* | EXHIBIT A |
| 6434 | WILLOUGHBY, JAMES | 28564 | $1,000,000.00* | EXHIBIT A |
| 6435 | WILLOUGHBY, WILLARD | 28565 | $1,000,000.00* | EXHIBIT A |
| 6436 | WILLS, CHARLES | 28566 | $1,000,000.00* | EXHIBIT A |
| 6437 | WILLS, HOWARD | 28568 | $1,000,000.00* | EXHIBIT A |
| 6438 | WILLS, ROBERT | 28567 | $1,000,000.00* | EXHIBIT A |
| 6439 | WILLS, ROBERT | 28569 | $1,000,000.00* | EXHIBIT A |
| 6440 | WILMES, STANLEY | 28570 | $1,000,000.00* | EXHIBIT A |
| 6441 | WILSON, BARBARA | 28571 | $1,000,000.00* | EXHIBIT A |
| 6442 | WILSON, BUDDY | 28581 | $1,000,000.00* | EXHIBIT A |
| 6443 | WILSON, CHARLES | 28577 | $1,000,000.00* | EXHIBIT A |
| 6444 | WILSON, DONALD | 28586 | $1,000,000.00* | EXHIBIT A |
| 6445 | WILSON, FRANCES | 28575 | $1,000,000.00* | EXHIBIT A |
| 6446 | WILSON, GEORGE | 28576 | $1,000,000.00* | EXHIBIT A |
| 6447 | WILSON, GEORGE | 28823 | $1,000,000.00* | EXHIBIT A |
| 6448 | WILSON, HOWARD | 28583 | $1,000,000.00* | EXHIBIT A |
| 6449 | WILSON, HUTCH | 28582 | $1,000,000.00* | EXHIBIT A |
| 6450 | WILSON, JAMES | 28824 | $1,000,000.00* | EXHIBIT A |
| 6451 | WILSON, JOHN | 28578 | $1,000,000.00* | EXHIBIT A |
| 6452 | WILSON, KENNETH | 28585 | $1,000,000.00* | EXHIBIT A |
| 6453 | WILSON, LARRY | 28579 | $1,000,000.00* | EXHIBIT A |
| 6454 | WILSON, MARVIN | 28822 | $1,000,000.00* | EXHIBIT A |
| 6455 | WILSON, ROBERT | 28572 | $1,000,000.00* | EXHIBIT A |
| 6456 | WILSON, ROBERT | 28573 | $1,000,000.00* | EXHIBIT A |
| 6457 | WILSON, THOMAS | 28574 | $1,000,000.00* | EXHIBIT A |
| 6458 | WILSON, WAYNE | 28580 | $1,000,000.00* | EXHIBIT A |
| 6459 | WILSON, WILLIAM | 28584 | $1,000,000.00* | EXHIBIT A |
| 6460 | WILTON, ROBERT | 28825 | $1,000,000.00* | EXHIBIT A |
| 6461 | WINDHORST, DERWOOD | 28826 | $1,000,000.00* | EXHIBIT A |
| 6462 | WINEBRAKE, THEODORE | 28827 | $1,000,000.00* | EXHIBIT A |
| 6463 | WINER, JOSEPH | 28792 | $1,000,000.00* | EXHIBIT A |
| 6464 | WINES, JOHN | 28793 | $1,000,000.00* | EXHIBIT A |
| 6465 | WINGER, MIKE | 28794 | $1,000,000.00* | EXHIBIT A |
| 6466 | WINK, WILLIAM | 28795 | $1,000,000.00* | EXHIBIT A |
| 6467 | WINKLER, EGBERT | 28856 | $1,000,000.00* | EXHIBIT A |
| 6468 | WINKLER, MAX | 28857 | $1,000,000.00* | EXHIBIT A |
| 6469 | WINTER, ROBERT | 28858 | $1,000,000.00* | EXHIBIT A |
| 6470 | WIRTH, MARTIN | 28859 | $1,000,000.00* | EXHIBIT A |
| 6471 | WISE, CARL | 28861 | $1,000,000.00* | EXHIBIT A |
| 6472 | WISE, WILLIAM | 28860 | $1,000,000.00* | EXHIBIT A |
| 6473 | WISNER, ANTHONY | 28862 | $1,000,000.00* | EXHIBIT A |
| 6474 | WISNESKI, HENRY | 28863 | $1,000,000.00* | EXHIBIT A |
| 6475 | WITHERELL, ROBERT | 28864 | $1,000,000.00* | EXHIBIT A |
| 6476 | WITHROW, ROBERT | 28865 | $1,000,000.00* | EXHIBIT A |

| 6477 | WITINSKI, ANDREW | 28866 | $1,000,000.00* | EXHIBIT A |
|------|------------------|-------|----------------|-----------|
| 6478 | WITTER, RICHARD | 28867 | $1,000,000.00* | EXHIBIT A |
| 6479 | WITTING, WILLIAM | 28868 | $1,000,000.00* | EXHIBIT A |
| 6480 | WITTMERSHAUS, ROBERT | 28869 | $1,000,000.00* | EXHIBIT A |
| 6481 | WITTSTRUCK, DENNIS | 28870 | $1,000,000.00* | EXHIBIT A |
| 6482 | WIXOM, LAWRENCE | 28871 | $1,000,000.00* | EXHIBIT A |
| 6483 | WOJCIK, PHIL | 28872 | $1,000,000.00* | EXHIBIT A |
| 6484 | WOJCIK, THOMAS | 28873 | $1,000,000.00* | EXHIBIT A |
| 6485 | WOJNAR, EUGENE | 28874 | $1,000,000.00* | EXHIBIT A |
| 6486 | WOJTOWICZ, STANLEY | 28875 | $1,000,000.00* | EXHIBIT A |
| 6487 | WOLAK, GEORGE | 28876 | $1,000,000.00* | EXHIBIT A |
| 6488 | WOLANSKY, MYRON | 28877 | $1,000,000.00* | EXHIBIT A |
| 6489 | WOLCHESKI, JOHN | 28878 | $1,000,000.00* | EXHIBIT A |
| 6490 | WOLCOTT, DOUGLAS | 28879 | $1,000,000.00* | EXHIBIT A |
| 6491 | WOLD, GERALD | 28880 | $1,000,000.00* | EXHIBIT A |
| 6492 | WOLFE, KENNETH | 28881 | $1,000,000.00* | EXHIBIT A |
| 6493 | WOLFGANG, GERHARDT | 28882 | $1,000,000.00* | EXHIBIT A |
| 6494 | WOLLE, JOHN | 28883 | $1,000,000.00* | EXHIBIT A |
| 6495 | WOMACK, WILLIAM | 28884 | $1,000,000.00* | EXHIBIT A |
| 6496 | WOOD, CHARLES | 28885 | $1,000,000.00* | EXHIBIT A |
| 6497 | WOOD, CHARLES | 28887 | $1,000,000.00* | EXHIBIT A |
| 6498 | WOOD, HARRY (DECEASED) | 28891 | $1,000,000.00* | EXHIBIT A |
| 6499 | WOOD, JESSE | 28889 | $1,000,000.00* | EXHIBIT A |
| 6500 | WOOD, JOHN | 28890 | $1,000,000.00* | EXHIBIT A |
| 6501 | WOOD, MELVIN | 28886 | $1,000,000.00* | EXHIBIT A |
| 6502 | WOOD, RONALD | 28888 | $1,000,000.00* | EXHIBIT A |
| 6503 | WOOD, SR., LAWRENCE | 28892 | $1,000,000.00* | EXHIBIT A |
| 6504 | WOODARD, DONALD | 28893 | $1,000,000.00* | EXHIBIT A |
| 6505 | WOODARD, DOUGLAS | 28895 | $1,000,000.00* | EXHIBIT A |
| 6506 | WOODARD, ROY | 28894 | $1,000,000.00* | EXHIBIT A |
| 6507 | WOODBURN, LEO | 28896 | $1,000,000.00* | EXHIBIT A |
| 6508 | WOODDALL, WILLIAM | 28910 | $1,000,000.00* | EXHIBIT A |
| 6509 | WOODFAULK, FRANK | 28911 | $1,000,000.00* | EXHIBIT A |
| 6510 | WOODMANCY, CHARLES | 28912 | $1,000,000.00* | EXHIBIT A |
| 6511 | WOODS, CHARLES | 28913 | $1,000,000.00* | EXHIBIT A |
| 6512 | WOODS, LEON | 28914 | $1,000,000.00* | EXHIBIT A |
| 6513 | WOODWARD, DARRELL LEE | 28915 | $1,000,000.00* | EXHIBIT A |
| 6514 | WOOLEY, EARL | 28916 | $1,000,000.00* | EXHIBIT A |
| 6515 | WOOSLEY, LOUIS | 28917 | $1,000,000.00* | EXHIBIT A |
| 6516 | WOOTEN, JAMES | 28918 | $1,000,000.00* | EXHIBIT A |
| 6517 | WOOTEN, JAMES | 28919 | $1,000,000.00* | EXHIBIT A |
| 6518 | WORBINGTON, MARSHAL | 28920 | $1,000,000.00* | EXHIBIT A |
| 6519 | WORKMAN, GERALD | 28921 | $1,000,000.00* | EXHIBIT A |
| 6520 | WORMDAHL, DOUGLAS | 28922 | $1,000,000.00* | EXHIBIT A |
| 6521 | WORONKA, ANDREW | 28923 | $1,000,000.00* | EXHIBIT A |
| 6522 | WRIGHT, CHARLES | 28927 | $1,000,000.00* | EXHIBIT A |
| 6523 | WRIGHT, ROBERT | 28926 | $1,000,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 6524 | WRIGHT, ROBERT | 28928 | $1,000,000.00* | EXHIBIT A |
| 6525 | WRIGHT, STEPHEN | 28925 | $1,000,000.00* | EXHIBIT A |
| 6526 | WRIGHT, WILLIAM | 28924 | $1,000,000.00* | EXHIBIT A |
| 6527 | WROLSTAD, ORVILLE | 28929 | $1,000,000.00* | EXHIBIT A |
| 6528 | WRYE, LONNIE | 28930 | $1,000,000.00* | EXHIBIT A |
| 6529 | WULFF, LESLIE | 28931 | $1,000,000.00* | EXHIBIT A |
| 6530 | WYATT, JOE | 28932 | $1,000,000.00* | EXHIBIT A |
| 6531 | WYATT, NOAL | 28933 | $1,000,000.00* | EXHIBIT A |
| 6532 | WYDRA, PAUL | 28934 | $1,000,000.00* | EXHIBIT A |
| 6533 | WYNNE, DOUGLAS | 28935 | $1,000,000.00* | EXHIBIT A |
| 6534 | WYNNE, KENNETH | 28936 | $1,000,000.00* | EXHIBIT A |
| 6535 | WYPYCH, PAUL | 28937 | $1,000,000.00* | EXHIBIT A |
| 6536 | YAHN, JOHN | 28938 | $1,000,000.00* | EXHIBIT A |
| 6537 | YANCHICK, ANDREW | 28939 | $1,000,000.00* | EXHIBIT A |
| 6538 | YANNETTI, DANTE | 28940 | $1,000,000.00* | EXHIBIT A |
| 6539 | YEAGER, ERNEST | 28941 | $1,000,000.00* | EXHIBIT A |
| 6540 | YELK, CLARENCE | 28942 | $1,000,000.00* | EXHIBIT A |
| 6541 | YEO, LAWRENCE | 28943 | $1,000,000.00* | EXHIBIT A |
| 6542 | YESKE, ALFRED | 28944 | $1,000,000.00* | EXHIBIT A |
| 6543 | YOERGER, KENNETH | 28945 | $1,000,000.00* | EXHIBIT A |
| 6544 | YOLDA, FRANCIS | 28946 | $1,000,000.00* | EXHIBIT A |
| 6545 | YORK, BOBBY | 28947 | $1,000,000.00* | EXHIBIT A |
| 6546 | YORK, LOUIS | 28948 | $1,000,000.00* | EXHIBIT A |
| 6547 | YOST, ANTHONY | 28949 | $1,000,000.00* | EXHIBIT A |
| 6548 | YOUNG, CHARLES | 28833 | $1,000,000.00* | EXHIBIT A |
| 6549 | YOUNG, CLIMMIE | 28832 | $1,000,000.00* | EXHIBIT A |
| 6550 | YOUNG, GARY | 28835 | $1,000,000.00* | EXHIBIT A |
| 6551 | YOUNG, JOSEPH | 28950 | $1,000,000.00* | EXHIBIT A |
| 6552 | YOUNG, KENNETH | 28951 | $1,000,000.00* | EXHIBIT A |
| 6553 | YOUNG, LARRY | 28952 | $1,000,000.00* | EXHIBIT A |
| 6554 | YOUNG, MARION | 28830 | $1,000,000.00* | EXHIBIT A |
| 6555 | YOUNG, RODNEY | 28834 | $1,000,000.00* | EXHIBIT A |
| 6556 | YOUNG, RONALD | 28831 | $1,000,000.00* | EXHIBIT A |
| 6557 | YOUNG, RUSSELL | 28828 | $1,000,000.00* | EXHIBIT A |
| 6558 | YOUNG, THOMAS | 28829 | $1,000,000.00* | EXHIBIT A |
| 6559 | YOUNGBLOOD, MANUEL | 28836 | $1,000,000.00* | EXHIBIT A |
| 6560 | YOUNGBLOOD, WILLIE | 28837 | $1,000,000.00* | EXHIBIT A |
| 6561 | YOUNGCOURT, ALLAN | 28838 | $1,000,000.00* | EXHIBIT A |
| 6562 | ZABSKI, FRANK | 28839 | $1,000,000.00* | EXHIBIT A |
| 6563 | ZACARELLI, DERRY | 28840 | $1,000,000.00* | EXHIBIT A |
| 6564 | ZADORA, RICHARD | 28841 | $1,000,000.00* | EXHIBIT A |
| 6565 | ZAHARA, MARTIN | 28842 | $1,000,000.00* | EXHIBIT A |
| 6566 | ZALLENICK, JOHN | 28843 | $1,000,000.00* | EXHIBIT A |
| 6567 | ZALOGA, ANTHONY | 28844 | $1,000,000.00* | EXHIBIT A |
| 6568 | ZANDER, RANDE JACK | 28845 | $1,000,000.00* | EXHIBIT A |
| 6569 | ZARETZKE, ROBERT | 28846 | $1,000,000.00* | EXHIBIT A |
| 6570 | ZBORIL, WILLIAM | 28847 | $1,000,000.00* | EXHIBIT A |

| 6571 | ZEALY, CLARENCE | 28848 | $1,000,000.00* | EXHIBIT A |
| 6572 | ZEBELL, RICHARD | 28849 | $1,000,000.00* | EXHIBIT A |
| 6573 | ZEDALIS, GEORGE | 28850 | $1,000,000.00* | EXHIBIT A |
| 6574 | ZEDNICK, RICHARD | 28851 | $1,000,000.00* | EXHIBIT A |
| 6575 | ZEHELSKI, JAMES | 28852 | $1,000,000.00* | EXHIBIT A |
| 6576 | ZEINNER, JAMES | 28853 | $1,000,000.00* | EXHIBIT A |
| 6577 | ZELLER, JAMES | 28854 | $1,000,000.00* | EXHIBIT A |
| 6578 | ZEMA, JOHN | 28855 | $1,000,000.00* | EXHIBIT A |
| 6579 | ZENARO, LEONARD | 28897 | $1,000,000.00* | EXHIBIT A |
| 6580 | ZESSIN, BERNARD | 28898 | $1,000,000.00* | EXHIBIT A |
| 6581 | ZIELSKE, ARTHUR HENRY | 28899 | $1,000,000.00* | EXHIBIT A |
| 6582 | ZIMMERMAN, HARRY | 28901 | $1,000,000.00* | EXHIBIT A |
| 6583 | ZIMMERMAN, LOUIE | 28900 | $1,000,000.00* | EXHIBIT A |
| 6584 | ZIMMERMAN, MICHAEL | 28902 | $1,000,000.00* | EXHIBIT A |
| 6585 | ZIMNICKI, STANLEY | 28903 | $1,000,000.00* | EXHIBIT A |
| 6586 | ZIPFEL, ALPHONSE | 28904 | $1,000,000.00* | EXHIBIT A |
| 6587 | ZIRBES, ALBERT | 28905 | $1,000,000.00* | EXHIBIT A |
| 6588 | ZNOTIN, ALEXANDER | 28906 | $1,000,000.00* | EXHIBIT A |
| 6589 | ZOOK, MARLOW | 28907 | $1,000,000.00* | EXHIBIT A |
| 6590 | ZUCKSWORTH, WAYNE | 28908 | $1,000,000.00* | EXHIBIT A |
| 6591 | ZUELZKE, GORDON | 28909 | $1,000,000.00* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470006

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 8

BAR(23) MAIL ID *** 000194861747 ***



FOSTER & SEAR, LLP
ATTN: BESSIE L. ADAMS
817 GREENVIEW DR.
GRAND PRAIRIE, TX 75050

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ADAMS, KARIA (DECEASED) | 13581 | $80,000.00 | EXHIBIT A |
| 2 | ADKINSON, WILLIAM | 13656 | $10,000.00 | EXHIBIT A |
| 3 | ALBERTH, RUDY ALLEN | 15490 | $10,000.00 | EXHIBIT A |
| 4 | ALLEN, CHARLES (DECEASED) | 13655 | $80,000.00 | EXHIBIT A |
| 5 | ALLEN, JAMES CHARLIE (DECEASED) | 13654 | $10,000.00 | EXHIBIT A |
| 6 | ALLEN, LEE A. (DECEASED) | 13653 | $10,000.00 | EXHIBIT A |
| 7 | ANDERSON, HARRY CLAIR | 13627 | $10,000.00 | EXHIBIT A |
| 8 | ARRIOLA, ELZIE (DECEASED) | 13626 | $80,000.00 | EXHIBIT A |
| 9 | AVILA, SIMON | 13625 | $10,000.00 | EXHIBIT A |
| 10 | BABERS, WILLIAM CURTIS (DECEASED) | 13586 | $10,000.00 | EXHIBIT A |
| 11 | BAKER, SIDNEY | 13585 | $10,000.00 | EXHIBIT A |
| 12 | BANKS, ROBERT DEAN (DECEASED) | 15495 | $10,000.00 | EXHIBIT A |
| 13 | BARRON, CARL HARVEY | 13584 | $80,000.00 | EXHIBIT A |
| 14 | BELLAH, GUY MAXWELL, JR. | 13588 | $80,000.00 | EXHIBIT A |
| 15 | BERGMAN, WILLIAM BRYANT (DECEASED) | 13587 | $10,000.00 | EXHIBIT A |
| 16 | BETTS, WILLIE CLYDE | 13629 | $10,000.00 | EXHIBIT A |
| 17 | BILLINGS, BOBBY EUGENE, SR. | 13628 | $10,000.00 | EXHIBIT A |
| 18 | BOTKIN, DONALD HOWARD | 13606 | $10,000.00 | EXHIBIT A |
| 19 | BRISTER, ROBERT EARL, SR. | 13605 | $10,000.00 | EXHIBIT A |
| 20 | BROD, M.L., JR. | 13608 | $10,000.00 | EXHIBIT A |
| 21 | BROWN, EARNEST WHIT | 13607 | $10,000.00 | EXHIBIT A |
| 22 | BROWN, LLOYD DURAN (DECEASED) | 13630 | $10,000.00 | EXHIBIT A |
| 23 | BUTLER, EDDIE (DECEASED) | 13611 | $10,000.00 | EXHIBIT A |
| 24 | BYNUM, JIMMY LEROY | 13609 | $10,000.00 | EXHIBIT A |
| 25 | CALDWELL, FOSTER, SR. (DECEASED) | 13610 | $80,000.00 | EXHIBIT A |
| 26 | CAMPBELL, JOHNNIE LEE | 13632 | $10,000.00 | EXHIBIT A |
| 27 | CARR, LESTER EARNEST (DECEASED) | 13631 | $10,000.00 | EXHIBIT A |
| 28 | CASTILLO, JOSE SILVA (DECEASED) | 13633 | $10,000.00 | EXHIBIT A |
| 29 | CHAMPAGNE, PAUL (DECEASED) | 13634 | $10,000.00 | EXHIBIT A |
| 30 | CHANDLER, ATHER LOUIS | 13635 | $60,000.00 | EXHIBIT A |
| 31 | CHAPPUIS, EDWARD RICHARD, JR. | 13636 | $10,000.00 | EXHIBIT A |
| 32 | CLARK, RUSSELL A. | 37138 | $10,000.00 | EXHIBIT A |
| 33 | CLARK, SAMUEL RANDLE (DECEASED) | 13637 | $60,000.00 | EXHIBIT A |
| 34 | CLOUD, PERRY JAY (DECEASED) | 13638 | $10,000.00 | EXHIBIT A |
| 35 | COCKRELL, DAVID E. | 13639 | $10,000.00 | EXHIBIT A |
| 36 | COLLINS, DANNY GERALD | 13640 | $10,000.00 | EXHIBIT A |
| 37 | CONNORTY, JOHN CHARLES (DECEASED) | 13641 | $10,000.00 | EXHIBIT A |

| 38 | COOK, TROY D. | 13642 | $10,000.00 | EXHIBIT A |
| 39 | CRAWFORD, BILLIE BURKE | 13643 | $10,000.00 | EXHIBIT A |
| 40 | CUMBY, WILLIE C. | 13688 | $10,000.00 | EXHIBIT A |
| 41 | CURTIS, HENRY ELBERT | 13659 | $10,000.00 | EXHIBIT A |
| 42 | DAVENPORT, J.D. | 13708 | $10,000.00 | EXHIBIT A |
| 43 | DAVILA, MIGUEL S (DECEASED) | 13705 | $10,000.00 | EXHIBIT A |
| 44 | DODD, ALBERT A. (DECEASED) | 13619 | $10,000.00 | EXHIBIT A |
| 45 | DUNN, WILLIAM KENNETH | 13618 | $10,000.00 | EXHIBIT A |
| 46 | DURHAM, ALBERT PAUL (DECEASED) | 13617 | $10,000.00 | EXHIBIT A |
| 47 | ELLINGTON, GLENN | 13686 | $10,000.00 | EXHIBIT A |
| 48 | EMERSON, JOHN LOUIS (DECEASED) | 13687 | $80,000.00 | EXHIBIT A |
| 49 | FANN, CARL EDGAR | 13645 | $10,000.00 | EXHIBIT A |
| 50 | FENNELL, ERNEST EDWIN | 13644 | $10,000.00 | EXHIBIT A |
| 51 | FERGUSON, TOMMIE WAYNE (DECEASED) | 13685 | $10,000.00 | EXHIBIT A |
| 52 | FINLEY, KENNETH LEE | 13647 | $10,000.00 | EXHIBIT A |
| 53 | FISHER, DONALD G. | 13646 | $10,000.00 | EXHIBIT A |
| 54 | FLORA, HAROLD R. | 13649 | $10,000.00 | EXHIBIT A |
| 55 | FLORA, WADE ORVILLE | 13648 | $10,000.00 | EXHIBIT A |
| 56 | FRANKS, ARCHIE ASA | 13652 | $10,000.00 | EXHIBIT A |
| 57 | GADDIS, JOHN H. | 13651 | $10,000.00 | EXHIBIT A |
| 58 | GARDNER, JESSE WYLANE (DECEASED) | 13650 | $80,000.00 | EXHIBIT A |
| 59 | GARZA, JOHN G., JR. | 13620 | $10,000.00 | EXHIBIT A |
| 60 | GILES, BRUCE ROLAND (DECEASED) | 13624 | $10,000.00 | EXHIBIT A |
| 61 | GILLELAND, JOSEPH R. | 13623 | $10,000.00 | EXHIBIT A |
| 62 | GLASPIE, TERRY LEWIS (DECEASED) | 13622 | $10,000.00 | EXHIBIT A |
| 63 | GOODMAN, PAUL I. (DECEASED) | 13600 | $10,000.00 | EXHIBIT A |
| 64 | GOTCHER, DAVID RAY | 13599 | $10,000.00 | EXHIBIT A |
| 65 | GRIFFIN, BOBBY LYNN | 13598 | $10,000.00 | EXHIBIT A |
| 66 | GRIFFIS, JERRY MARVIN (DECEASED) | 15494 | $10,000.00 | EXHIBIT A |
| 67 | HATFIELD, JOE LAYBURN (DECEASED) | 13601 | $10,000.00 | EXHIBIT A |
| 68 | HAYS, BRUCE CARLTON (DECEASED) | 13602 | $10,000.00 | EXHIBIT A |
| 69 | HEMPSMYER, LARRY D. | 13604 | $10,000.00 | EXHIBIT A |
| 70 | HERNANDEZ, JESSE G. | 13603 | $10,000.00 | EXHIBIT A |
| 71 | HERRERA, RICHARD | 13657 | $10,000.00 | EXHIBIT A |
| 72 | HIMMEL, ROBERT T., JR. | 13658 | $80,000.00 | EXHIBIT A |
| 73 | HODGES, JOHN MARVIN | 13583 | $10,000.00 | EXHIBIT A |
| 74 | HOLLEMAN, KENNETH WAYNE | 13582 | $10,000.00 | EXHIBIT A |
| 75 | HUFFMAN, NEALY LEE (DECEASED) | 13710 | $10,000.00 | EXHIBIT A |
| 76 | HUMPHREY, HOLLAN RAY | 13709 | $10,000.00 | EXHIBIT A |
| 77 | HUNTER, GORDON MONROE | 13728 | $10,000.00 | EXHIBIT A |
| 78 | HUTTO, DEAN | 29027 | UNDETERMINED* | EXHIBIT A |
| 79 | IMMENHAUSER, HENRY CARL (DECEASED) | 13675 | $60,000.00 | EXHIBIT A |
| 80 | JACKSON, STANLEY WAYNE | 13674 | $10,000.00 | EXHIBIT A |
| 81 | JAMES, DAVID ROBERT | 13673 | $10,000.00 | EXHIBIT A |
| 82 | JOHNSON, HERBERT | 13672 | $10,000.00 | EXHIBIT A |
| 83 | JOHNSON, JIMMIE COY (DECEASED) | 13671 | $10,000.00 | EXHIBIT A |
| 84 | JONES, JAMES REAGAN (DECEASED) | 13612 | $10,000.00 | EXHIBIT A |

470007

| 85 | KAISER, GEORGE HENRY, JR. | 13613 | $10,000.00 | EXHIBIT A |
|-----|-----|-----|-----|-----|
| 86 | KENNEDY, RONNIE JOE (DECEASED) | 13614 | $60,000.00 | EXHIBIT A |
| 87 | KIDD, WALTER LEE (DECEASED) | 13615 | $10,000.00 | EXHIBIT A |
| 88 | KRATKY, BILLY RAY | 13616 | $10,000.00 | EXHIBIT A |
| 89 | LANDERS, OBEDIAH RAY | 13589 | $10,000.00 | EXHIBIT A |
| 90 | LETT, JOSEPH (DECEASED) | 13590 | $10,000.00 | EXHIBIT A |
| 91 | LLOYD, DEBORAH | 31094 | UNDETERMINED* | EXHIBIT A |
| 92 | LUM, GLEN DALE | 13591 | $10,000.00 | EXHIBIT A |
| 93 | MANSEL, JACKIE E. | 13592 | $10,000.00 | EXHIBIT A |
| 94 | MAXIE, WILLIAM D. | 13593 | $10,000.00 | EXHIBIT A |
| 95 | MAYFIELD, KENNETH DAVID (DECEASED) | 13594 | $10,000.00 | EXHIBIT A |
| 96 | MCCARDELL, CLARENCE, SR. | 13595 | $10,000.00 | EXHIBIT A |
| 97 | MCGEE, ROBERT LACY (DECEASED) | 13596 | $10,000.00 | EXHIBIT A |
| 98 | MCKELVY, FRANKLIN ARTHUR (DECEASED) | 13597 | $60,000.00 | EXHIBIT A |
| 99 | MCMULLEN, ALBERT J. | 13660 | $10,000.00 | EXHIBIT A |
| 100 | MCPEEK, JERRY THOMAS | 13661 | $10,000.00 | EXHIBIT A |
| 101 | MCRAY, CHARLES WILEY | 13662 | $10,000.00 | EXHIBIT A |
| 102 | MENDOZA, ERNEST | 13663 | $10,000.00 | EXHIBIT A |
| 103 | MERCHANT, BILLY C. | 13664 | $60,000.00 | EXHIBIT A |
| 104 | MIGLIACCIO, JANET | 11629 | UNDETERMINED* | EXHIBIT A |
| 105 | MILLER, MAURICE H. | 13665 | $10,000.00 | EXHIBIT A |
| 106 | MILLER, RAYMOND DENNY (DECEASED) | 13666 | $10,000.00 | EXHIBIT A |
| 107 | MODISETTE, CHARLES EDWARD | 13667 | $10,000.00 | EXHIBIT A |
| 108 | MOTT, HILLIARD D. (DECEASED) | 13668 | $80,000.00 | EXHIBIT A |
| 109 | MUEHR, LEO JOHN (DECEASED) | 13669 | $10,000.00 | EXHIBIT A |
| 110 | NELSON, DOUGLAS JAMES, SR. | 13670 | $10,000.00 | EXHIBIT A |
| 111 | NEWMAN, JOE E. (DECEASED) | 13681 | $10,000.00 | EXHIBIT A |
| 112 | NICOL, GEORGE S. | 13682 | $10,000.00 | EXHIBIT A |
| 113 | OWENS, J.C. (DECEASED) | 13683 | $60,000.00 | EXHIBIT A |
| 114 | PATSCHKE, RICHARD CHARLES (DECEASED) | 13684 | $10,000.00 | EXHIBIT A |
| 115 | PETERS, JOHN HENRY | 13680 | $10,000.00 | EXHIBIT A |
| 116 | POSTON, JESSE EUGENE (DECEASED) | 13679 | $80,000.00 | EXHIBIT A |
| 117 | REDDICK, CHARLIE HENRY | 13678 | $60,000.00 | EXHIBIT A |
| 118 | REGISTER, STEVE MICHAEL | 13677 | $10,000.00 | EXHIBIT A |
| 119 | RICE, JAMES W. | 13676 | $10,000.00 | EXHIBIT A |
| 120 | ROBERTS, BARRY EUGENE | 13715 | $10,000.00 | EXHIBIT A |
| 121 | ROBINSON, CHARLES JUNIOR | 13716 | $10,000.00 | EXHIBIT A |
| 122 | ROBINSON, JOHNNY LEWIS | 13717 | $10,000.00 | EXHIBIT A |
| 123 | ROBISON, ROY VINCENT | 13718 | $10,000.00 | EXHIBIT A |
| 124 | ROCKEY, ROBERT L | 13719 | $60,000.00 | EXHIBIT A |
| 125 | ROE, CHARLES RALPH (DECEASED) | 13720 | $10,000.00 | EXHIBIT A |
| 126 | ROGERS, DONALD | 15493 | $10,000.00 | EXHIBIT A |
| 127 | RUSSELL, JAMES RAY | 13721 | $10,000.00 | EXHIBIT A |
| 128 | RUTLAND, HAROLD DEAN | 13722 | $10,000.00 | EXHIBIT A |
| 129 | SANDIFER, JOSEPH O | 13723 | $10,000.00 | EXHIBIT A |
| 130 | SARRIA, YESID | 13724 | $10,000.00 | EXHIBIT A |
| 131 | SCOTT, ROBERT JAMES | 13725 | $10,000.00 | EXHIBIT A |

470007

| 132 | SECRIST, JAMES H | 13726 | $10,000.00 | EXHIBIT A |
| 133 | SELF, GARY LESLIE | 13727 | $60,000.00 | EXHIBIT A |
| 134 | SHADDIX, JOHN F | 13697 | $10,000.00 | EXHIBIT A |
| 135 | SHAW, DAVID THOMAS (DECEASED) | 13696 | $80,000.00 | EXHIBIT A |
| 136 | SHUTTLESWORTH, JOHN NORRIS | 13695 | $10,000.00 | EXHIBIT A |
| 137 | SITKA, WILLIAM J (DECEASED) | 13694 | $10,000.00 | EXHIBIT A |
| 138 | SMITH, CLIFTON L | 13693 | $10,000.00 | EXHIBIT A |
| 139 | SMITH, ROBERT HENRY (DECEASED) | 13692 | $80,000.00 | EXHIBIT A |
| 140 | SONNIER, MARTIN LINTON | 13691 | $10,000.00 | EXHIBIT A |
| 141 | STANBERY, BOBBY GENE | 13690 | $10,000.00 | EXHIBIT A |
| 142 | STEED, VERNON WILSON, JR. | 13689 | $10,000.00 | EXHIBIT A |
| 143 | STOVALL, NEALY FEARL, JR | 13732 | $10,000.00 | EXHIBIT A |
| 144 | STRONG, JIMMIE RUTH (DECEASED) | 13707 | $10,000.00 | EXHIBIT A |
| 145 | STUART, FREDERICK OWEN (DECEASED) | 13706 | $10,000.00 | EXHIBIT A |
| 146 | SUSTAITA, JOE | 13698 | $10,000.00 | EXHIBIT A |
| 147 | SYMMANK, JOHN DAVID | 13699 | $10,000.00 | EXHIBIT A |
| 148 | TERRY, WEBSTER (DECEASED) | 13700 | $10,000.00 | EXHIBIT A |
| 149 | THOMAS, LEO (DECEASED) | 13701 | $10,000.00 | EXHIBIT A |
| 150 | THORNLEY, GARY DEAN (DECEASED) | 13704 | $10,000.00 | EXHIBIT A |
| 151 | TINDALL, BILLY JOE | 13703 | $80,000.00 | EXHIBIT A |
| 152 | TRACY, CORNELIUS LOPEZ | 13702 | $10,000.00 | EXHIBIT A |
| 153 | TRAVIS, FLOYD (DECEASED) | 15492 | $80,000.00 | EXHIBIT A |
| 154 | TURNER, WALTER WILLIAM | 15491 | $10,000.00 | EXHIBIT A |
| 155 | WALTERS, FLOYD ELLIS | 13730 | $10,000.00 | EXHIBIT A |
| 156 | WARREN, PHILLIP MORRIS | 13731 | $10,000.00 | EXHIBIT A |
| 157 | WEIDIG, FRANKLIN DELANO | 13714 | $10,000.00 | EXHIBIT A |
| 158 | WHEELER, JOSEPH KERMIT, SR | 13711 | $10,000.00 | EXHIBIT A |
| 159 | WILLIAMS, ELSIE IRENE | 13712 | $10,000.00 | EXHIBIT A |
| 160 | WILLIAMS, ISAIAH, JR | 13713 | $60,000.00 | EXHIBIT A |
| 161 | WILLIAMS, TERESA | 29025 | UNDETERMINED* | EXHIBIT A |
| 162 | WOOD, MELVIN WAYNE | 13729 | $10,000.00 | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470007

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 9

BAR(23) MAIL ID *** 000194861748 ***



GOLDENBERG HELLER ANTOGNOLI ROWLAND
2227 SOUTH STATE ROUTE 157, P.O. BOX 959
EDWARDSVILLE, IL  62025

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|---|---|---|---|---|
| 1 | AUBUCHON, MELISSA | 37156 | $50,000.00* | EXHIBIT A |
| 2 | BASS, THEODORE | 37154 | $50,000.00* | EXHIBIT A |
| 3 | BEASLEY, BILLY | 37155 | $50,000.00* | EXHIBIT A |
| 4 | BRENNAN, CONNIE | 37159 | $50,000.00* | EXHIBIT A |
| 5 | BURDEN, HUBERT | 37157 | $50,000.00* | EXHIBIT A |
| 6 | BURLESON, NORMA | 37164 | $50,000.00* | EXHIBIT A |
| 7 | CAMPBELL, OLA MAE | 37165 | $50,000.00* | EXHIBIT A |
| 8 | CHURCHWELL, JAMES | 37158 | $50,000.00* | EXHIBIT A |
| 9 | CLARK, BECKY M. | 37200 | $50,000.00* | EXHIBIT A |
| 10 | COOK-DUNN, JOYCE | 37179 | $50,000.00* | EXHIBIT A |
| 11 | DAVIES, LOLLY | 37180 | $50,000.00* | EXHIBIT A |
| 12 | DECKARD, BERNICE | 37182 | $50,000.00* | EXHIBIT A |
| 13 | FERREE, NORMA JEAN | 37151 | $50,000.00* | EXHIBIT A |
| 14 | FERREE, NORMA JEAN | 37183 | $50,000.00* | EXHIBIT A |
| 15 | FROMM, RITA | 37178 | $50,000.00* | EXHIBIT A |
| 16 | GAROFOLO, FLOYD | 37586 | $50,000.00* | EXHIBIT A |
| 17 | GARRARD, PAUL N. | 37152 | $50,000.00* | EXHIBIT A |
| 18 | GIBBS, THEODORE, III | 37166 | $50,000.00* | EXHIBIT A |
| 19 | GIBBS, THEODORE, III | 37192 | $50,000.00* | EXHIBIT A |
| 20 | GOODMAN, JUDITH | 37167 | $50,000.00* | EXHIBIT A |
| 21 | GRAFTON, BARTHOLOMEW | 37168 | $50,000.00* | EXHIBIT A |
| 22 | HAMMEL, CHARLOTTE | 37191 | $50,000.00* | EXHIBIT A |
| 23 | HAYES, THOMAS | 37169 | $50,000.00* | EXHIBIT A |
| 24 | HORN, JACOB | 37160 | $50,000.00* | EXHIBIT A |
| 25 | HORTON, BILLY | 37161 | $50,000.00* | EXHIBIT A |
| 26 | KING, ROBERT L. | 37170 | $50,000.00* | EXHIBIT A |
| 27 | LINDSEY, BART | 37187 | $50,000.00* | EXHIBIT A |
| 28 | LINDSEY, BART | 37206 | $50,000.00* | EXHIBIT A |
| 29 | LINN, NOLAN | 37173 | $50,000.00* | EXHIBIT A |
| 30 | LOSS, FLOYD | 37199 | $50,000.00* | EXHIBIT A |
| 31 | MERRIMAN, FRANK | 37198 | $50,000.00* | EXHIBIT A |
| 32 | MIGHELL, PATRICIA | 37181 | $50,000.00* | EXHIBIT A |
| 33 | MOULTON, DELLA D. | 37174 | $50,000.00* | EXHIBIT A |
| 34 | MUNTON, PEGGY | 37194 | $50,000.00* | EXHIBIT A |
| 35 | MUNTON, ZELDEAN | 37175 | $50,000.00* | EXHIBIT A |
| 36 | OLIVER, ADRIAN | 37153 | $50,000.00* | EXHIBIT A |
| 37 | PICK, LORETTA | 37204 | $50,000.00* | EXHIBIT A |

| 38 | POLLEY, FRANCES | 37587 | $50,000.00* | EXHIBIT A |
| 39 | POLLY, FRANCES | 37176 | $50,000.00* | EXHIBIT A |
| 40 | POPELAR, LOUIS F. | 37190 | $50,000.00* | EXHIBIT A |
| 41 | PORTER, JANET | 37171 | $50,000.00* | EXHIBIT A |
| 42 | REGENHARDT, LINDA | 37201 | $50,000.00* | EXHIBIT A |
| 43 | RICE, LEOTA | 37162 | $50,000.00* | EXHIBIT A |
| 44 | RIX, DELORES | 37189 | $50,000.00* | EXHIBIT A |
| 45 | ROHWEDDER, HENRY | 37177 | $50,000.00* | EXHIBIT A |
| 46 | SACKETT, CHRISTINA | 37188 | $50,000.00* | EXHIBIT A |
| 47 | SANGER, DONALD J. | 37184 | $50,000.00* | EXHIBIT A |
| 48 | SLATTERY, VERA | 37163 | $50,000.00* | EXHIBIT A |
| 49 | SMITH, DORIS | 37185 | $50,000.00* | EXHIBIT A |
| 50 | SPARKS, JANET | 37186 | $50,000.00* | EXHIBIT A |
| 51 | SPRINKLE, HELEN | 37193 | $50,000.00* | EXHIBIT A |
| 52 | THOMPSON, JOHN | 37195 | $50,000.00* | EXHIBIT A |
| 53 | TROUT, GARY | 37203 | $50,000.00* | EXHIBIT A |
| 54 | TURNER, RUTH | 37197 | $50,000.00* | EXHIBIT A |
| 55 | WILLIAMS, RONALD | 37196 | $50,000.00* | EXHIBIT A |
| 56 | WILLIAMSON, MARCIA L. | 37202 | $50,000.00* | EXHIBIT A |
| 57 | WILSON, GLORIA | 37172 | $50,000.00* | EXHIBIT A |
| 58 | WOMACK, NAOMI | 37205 | $50,000.00* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470008

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 10

BAR(23) MAIL ID *** 000194861749 ***



GORI JULIAN & ASSOCIATES, PC
156 NORTH MAIN STREET
EDWARDSVILLE, IL  62025

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              steven.serajeddini@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|---|---|---|---|---|
| 1 | ARROYO, EDGARDO | 16636 | UNDETERMINED* | EXHIBIT A |
| 2 | ATTEBERRY, WILLIAM | 16628 | UNDETERMINED* | EXHIBIT A |
| 3 | BRYANT, DOYLE AND JOYCE | 16618 | UNDETERMINED* | EXHIBIT A |
| 4 | COCKROFT, AVNER B., JR. | 16643 | UNDETERMINED* | EXHIBIT A |
| 5 | DANNA, BARRY | 16617 | UNDETERMINED* | EXHIBIT A |
| 6 | DOUGLAS, GLADYS | 16639 | UNDETERMINED* | EXHIBIT A |
| 7 | DUNN, EMMETT L. | 16623 | UNDETERMINED* | EXHIBIT A |
| 8 | EUBANKS, BRUCE | 16647 | UNDETERMINED* | EXHIBIT A |
| 9 | GREENE, ROBERT | 16599 | UNDETERMINED* | EXHIBIT A |
| 10 | HAYS, JAMES L. AND CAROL | 16620 | UNDETERMINED* | EXHIBIT A |
| 11 | HAYWOOD, OLAND | 16629 | UNDETERMINED* | EXHIBIT A |
| 12 | HULL, JIMMIE | 16632 | UNDETERMINED* | EXHIBIT A |
| 13 | JAMES, QUINCY | 16645 | UNDETERMINED* | EXHIBIT A |
| 14 | JOHNSON, FRANK | 16642 | UNDETERMINED* | EXHIBIT A |
| 15 | JOHNSON, VELMA | 16630 | UNDETERMINED* | EXHIBIT A |
| 16 | LEVITT, DALE AND GLORIA | 16615 | UNDETERMINED* | EXHIBIT A |
| 17 | LIBERDA, AUGUST | 16622 | UNDETERMINED* | EXHIBIT A |
| 18 | LLANES, MIGUEL | 16631 | UNDETERMINED* | EXHIBIT A |
| 19 | LOCKE, BRANDON | 16640 | UNDETERMINED* | EXHIBIT A |
| 20 | MCCLENDON, JERRY | 16646 | UNDETERMINED* | EXHIBIT A |
| 21 | MCCLINTOCK, WILLIAM | 16635 | UNDETERMINED* | EXHIBIT A |
| 22 | MELROSE, JOSEPH | 16638 | UNDETERMINED* | EXHIBIT A |
| 23 | MYERS, NANCY E. AND KEITH R. | 16619 | UNDETERMINED* | EXHIBIT A |
| 24 | PHILLIPS, MARK | 16641 | UNDETERMINED* | EXHIBIT A |
| 25 | PRIDMORE, DAVID | 16544 | UNDETERMINED* | EXHIBIT A |
| 26 | RAPLEY, DAVID | 16644 | UNDETERMINED* | EXHIBIT A |
| 27 | REED, ORVAL | 16626 | UNDETERMINED* | EXHIBIT A |
| 28 | REED, TACY | 16633 | UNDETERMINED* | EXHIBIT A |
| 29 | REEVES, JOHN | 16637 | UNDETERMINED* | EXHIBIT A |
| 30 | RICE, MAYNARD | 16627 | UNDETERMINED* | EXHIBIT A |
| 31 | ROHLETTER, BOBBY J. AND MILLIE | 16616 | UNDETERMINED* | EXHIBIT A |
| 32 | SANDERS, GERALD | 16634 | UNDETERMINED* | EXHIBIT A |
| 33 | SIMPSON, WILLIAM | 16548 | UNDETERMINED* | EXHIBIT A |
| 34 | STAGER, DOUGLAS AND CHARLOTTE | 16625 | UNDETERMINED* | EXHIBIT A |
| 35 | STURM, HERMAN, JR. | 16624 | UNDETERMINED* | EXHIBIT A |
| 36 | WARDLE, NEIL AND KAREN | 16621 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470009

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 11

BAR(23) MAIL ID *** 000194861750 ***



HISSEY KIENTZ, LLP
ATTN: MICHAEL HISSEY
9442 CAPITAL OF TEXAS HWY, N., SUITE 400
AUSTIN, TX  78759

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

Group ID: 10; 470010

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | AGUILAR, FLORENCIO | 32114 | UNDETERMINED* | EXHIBIT A |
| 2 | ALISSON, JAMES | 32122 | UNDETERMINED* | EXHIBIT A |
| 3 | ALLEN, DON R. | 32115 | UNDETERMINED* | EXHIBIT A |
| 4 | ALLEN, MORRIS B. | 32116 | UNDETERMINED* | EXHIBIT A |
| 5 | ALLISON, ROBERT L. | 32121 | UNDETERMINED* | EXHIBIT A |
| 6 | ANDERSON, HAROLD D. | 32119 | UNDETERMINED* | EXHIBIT A |
| 7 | ANDERSON, JAMES P., SR. | 32120 | UNDETERMINED* | EXHIBIT A |
| 8 | ANGERSTEIN, STANLEY | 32117 | UNDETERMINED* | EXHIBIT A |
| 9 | ARMENDARIZ, ARTURO S. | 32118 | UNDETERMINED* | EXHIBIT A |
| 10 | BANNISTER, BILLY D. | 32125 | UNDETERMINED* | EXHIBIT A |
| 11 | BARNES, JOHNNIE | 32133 | UNDETERMINED* | EXHIBIT A |
| 12 | BARROW, CHARLES V. | 32123 | UNDETERMINED* | EXHIBIT A |
| 13 | BEAVER, GENE V. | 32124 | UNDETERMINED* | EXHIBIT A |
| 14 | BERTRAND, CHARLES | 32134 | UNDETERMINED* | EXHIBIT A |
| 15 | BERTRAND, NANCY | 32132 | UNDETERMINED* | EXHIBIT A |
| 16 | BIERSDORFER, MARVIN | 32131 | UNDETERMINED* | EXHIBIT A |
| 17 | BLACK, BERNIE R. | 32129 | UNDETERMINED* | EXHIBIT A |
| 18 | BLACKWELL, HAROLD B. | 32130 | UNDETERMINED* | EXHIBIT A |
| 19 | BLOHM, MARVIN H. | 32127 | UNDETERMINED* | EXHIBIT A |
| 20 | BOIKE, BERNARD, JR. | 32128 | UNDETERMINED* | EXHIBIT A |
| 21 | BRISCOE, BILLY E. | 32126 | UNDETERMINED* | EXHIBIT A |
| 22 | BROCK, WILLIAM C. | 32141 | UNDETERMINED* | EXHIBIT A |
| 23 | BROD, LEANDER A. | 32137 | UNDETERMINED* | EXHIBIT A |
| 24 | BROWN, CHARLES L. | 32138 | UNDETERMINED* | EXHIBIT A |
| 25 | BROWN, JOHNNIE | 32139 | UNDETERMINED* | EXHIBIT A |
| 26 | BROWN, NEIL | 32135 | UNDETERMINED* | EXHIBIT A |
| 27 | BRUMLEY, JESSE CYRUS | 32136 | UNDETERMINED* | EXHIBIT A |
| 28 | BRYANT, DAVE | 32148 | UNDETERMINED* | EXHIBIT A |
| 29 | BURGE, MILO | 32142 | UNDETERMINED* | EXHIBIT A |
| 30 | BURTON, DAVID L. | 32147 | UNDETERMINED* | EXHIBIT A |
| 31 | CAMPBELL, DONALD | 32146 | UNDETERMINED* | EXHIBIT A |
| 32 | CANTU, MATIAS | 32145 | UNDETERMINED* | EXHIBIT A |
| 33 | CASTILLO, DAVID, SR. | 32144 | UNDETERMINED* | EXHIBIT A |
| 34 | CHARLES, DAVID J. | 32143 | UNDETERMINED* | EXHIBIT A |
| 35 | CHESSON, JAMES F. | 32140 | UNDETERMINED* | EXHIBIT A |
| 36 | CHOATE, HOMER T. | 32153 | UNDETERMINED* | EXHIBIT A |
| 37 | CLUBB, JOHN H. | 32154 | UNDETERMINED* | EXHIBIT A |

| 38 | CONAWAY, TIMOTHY N. | 32151 | UNDETERMINED* | EXHIBIT A |
| 39 | COX, CHARLES | 32152 | UNDETERMINED* | EXHIBIT A |
| 40 | COX, MICHAEL D. | 32150 | UNDETERMINED* | EXHIBIT A |
| 41 | COX, NANCY | 32149 | UNDETERMINED* | EXHIBIT A |
| 42 | CRAVEY, CHARLES | 32163 | UNDETERMINED* | EXHIBIT A |
| 43 | CRYER, ELTON F. | 32164 | UNDETERMINED* | EXHIBIT A |
| 44 | CUELLAR, CIRO | 32162 | UNDETERMINED* | EXHIBIT A |
| 45 | DAVIS, CLARENCE E. | 32161 | UNDETERMINED* | EXHIBIT A |
| 46 | DAVIS, DARRYL | 32160 | UNDETERMINED* | EXHIBIT A |
| 47 | DAVIS, JEAN | 32159 | UNDETERMINED* | EXHIBIT A |
| 48 | DEMPSEY, DAVID R. | 32158 | UNDETERMINED* | EXHIBIT A |
| 49 | DENNIS, BILLY J. | 32157 | UNDETERMINED* | EXHIBIT A |
| 50 | DENNIS, WAYNE C. | 32167 | UNDETERMINED* | EXHIBIT A |
| 51 | DEVRIES, ANGELO B., SR. | 32155 | UNDETERMINED* | EXHIBIT A |
| 52 | DOMINY, JAMES B. | 32166 | UNDETERMINED* | EXHIBIT A |
| 53 | DOUGLAS, DONALD | 32165 | UNDETERMINED* | EXHIBIT A |
| 54 | DUDLEY, HENRY C., JR. | 32174 | UNDETERMINED* | EXHIBIT A |
| 55 | DUHON, RONALD G. | 32104 | UNDETERMINED* | EXHIBIT A |
| 56 | DUNBURG, WILLIAM H. | 32171 | UNDETERMINED* | EXHIBIT A |
| 57 | DUSAK, DAVID W. | 32172 | UNDETERMINED* | EXHIBIT A |
| 58 | ENRIQUEZ, DANIEL C. | 32173 | UNDETERMINED* | EXHIBIT A |
| 59 | ESTEP, THOMAS | 32170 | UNDETERMINED* | EXHIBIT A |
| 60 | EVANS, KENNETH C. | 32169 | UNDETERMINED* | EXHIBIT A |
| 61 | EWING, BILLY C. | 32168 | UNDETERMINED* | EXHIBIT A |
| 62 | FENTON, DENNIS A. | 32112 | UNDETERMINED* | EXHIBIT A |
| 63 | FERRI, BERNARD | 32111 | UNDETERMINED* | EXHIBIT A |
| 64 | FINCHER, KEVAN E. | 32107 | UNDETERMINED* | EXHIBIT A |
| 65 | FRANCIS, MORRIS | 32110 | UNDETERMINED* | EXHIBIT A |
| 66 | FREY, BERT L., SR. | 32108 | UNDETERMINED* | EXHIBIT A |
| 67 | GARCIA, BALDEMAR | 32109 | UNDETERMINED* | EXHIBIT A |
| 68 | GARCIA, VICTOR | 32105 | UNDETERMINED* | EXHIBIT A |
| 69 | GASNER, PETER C. | 32106 | UNDETERMINED* | EXHIBIT A |
| 70 | GASTON, RONALD | 32176 | UNDETERMINED* | EXHIBIT A |
| 71 | GEORGE, CLINTON AUBREY | 32175 | UNDETERMINED* | EXHIBIT A |
| 72 | GEORGE, LOU J. | 32113 | UNDETERMINED* | EXHIBIT A |
| 73 | GEORGE, RICHARD | 32178 | UNDETERMINED* | EXHIBIT A |
| 74 | GIBBS, RICHARD | 32184 | UNDETERMINED* | EXHIBIT A |
| 75 | GIBSON, RICKY F. | 32177 | UNDETERMINED* | EXHIBIT A |
| 76 | GORDON, DARYL | 32183 | UNDETERMINED* | EXHIBIT A |
| 77 | GREEN, TOMMY A. | 32182 | UNDETERMINED* | EXHIBIT A |
| 78 | GREGORY, DONALD | 32181 | UNDETERMINED* | EXHIBIT A |
| 79 | GRIFFITH, JERRY DON | 32180 | UNDETERMINED* | EXHIBIT A |
| 80 | GUIDRY, JAMES A. | 32179 | UNDETERMINED* | EXHIBIT A |
| 81 | HAITH, DARELL | 32188 | UNDETERMINED* | EXHIBIT A |
| 82 | HALE, JAMES | 32197 | UNDETERMINED* | EXHIBIT A |
| 83 | HAWKINS, ODIS | 32196 | UNDETERMINED* | EXHIBIT A |
| 84 | HEBERT, JAMES E. | 32194 | UNDETERMINED* | EXHIBIT A |

470010

| | | | | |
|---|---|---|---|---|
| 85 | HENEGAN, RONALD V. | 32193 | UNDETERMINED* | EXHIBIT A |
| 86 | HERLITZ, DON | 32186 | UNDETERMINED* | EXHIBIT A |
| 87 | HERNANDEZ, ESMERALDA G. | 32195 | UNDETERMINED* | EXHIBIT A |
| 88 | HERRING, JAMES, SR. | 32187 | UNDETERMINED* | EXHIBIT A |
| 89 | HICKEY, JAMES | 32192 | UNDETERMINED* | EXHIBIT A |
| 90 | HILL, CHARLES | 32185 | UNDETERMINED* | EXHIBIT A |
| 91 | HOCKLESS, PERRY, SR. | 32190 | UNDETERMINED* | EXHIBIT A |
| 92 | HUNN, LESTER B., III | 32189 | UNDETERMINED* | EXHIBIT A |
| 93 | HUNTER, MARK | 32191 | UNDETERMINED* | EXHIBIT A |
| 94 | JACKSON, JOHN LEE | 32200 | UNDETERMINED* | EXHIBIT A |
| 95 | JACKSON, ROBERT C., SR. | 32198 | UNDETERMINED* | EXHIBIT A |
| 96 | JARNAGIN, MELVIN | 32199 | UNDETERMINED* | EXHIBIT A |
| 97 | JAY, THOMAS L. | 32203 | UNDETERMINED* | EXHIBIT A |
| 98 | JOHNSON, ARTHUR | 32206 | UNDETERMINED* | EXHIBIT A |
| 99 | JOHNSON, DELMAS D. | 32205 | UNDETERMINED* | EXHIBIT A |
| 100 | JONES, CHARLES E. | 32204 | UNDETERMINED* | EXHIBIT A |
| 101 | JONES, ORRIN K. | 32201 | UNDETERMINED* | EXHIBIT A |
| 102 | JUAREZ, GEORGE | 32202 | UNDETERMINED* | EXHIBIT A |
| 103 | KALISZEWSKI, STANLEY E. | 32209 | UNDETERMINED* | EXHIBIT A |
| 104 | KELLY, BILLY G. | 32208 | UNDETERMINED* | EXHIBIT A |
| 105 | KITCHING, WOODIE H. | 32207 | UNDETERMINED* | EXHIBIT A |
| 106 | KLAUS, CALVIN, SR. | 32210 | UNDETERMINED* | EXHIBIT A |
| 107 | KLAUS, CHARLES | 32212 | UNDETERMINED* | EXHIBIT A |
| 108 | KLAUS, ROBERT R. | 32211 | UNDETERMINED* | EXHIBIT A |
| 109 | LAND, BILLY JACK | 32214 | UNDETERMINED* | EXHIBIT A |
| 110 | LAWSON, ELTON L. | 32213 | UNDETERMINED* | EXHIBIT A |
| 111 | LEE, WILLIE | 32220 | UNDETERMINED* | EXHIBIT A |
| 112 | LOVE, ELBERT | 32219 | UNDETERMINED* | EXHIBIT A |
| 113 | LOVELADY, WALTER | 32217 | UNDETERMINED* | EXHIBIT A |
| 114 | LOWRY, DONALD | 32218 | UNDETERMINED* | EXHIBIT A |
| 115 | LUNSFORD, RICHARD GUY | 32216 | UNDETERMINED* | EXHIBIT A |
| 116 | LYONS, THOMAS FRANCIS, JR. | 32215 | UNDETERMINED* | EXHIBIT A |
| 117 | MAGANA, MANUEL | 32221 | UNDETERMINED* | EXHIBIT A |
| 118 | MARTIN, RICHARD | 32222 | UNDETERMINED* | EXHIBIT A |
| 119 | MARTINEZ, HECTOR | 32230 | UNDETERMINED* | EXHIBIT A |
| 120 | MARTINEZ, ROBERT O. | 32229 | UNDETERMINED* | EXHIBIT A |
| 121 | MASSEY, BILLY | 32227 | UNDETERMINED* | EXHIBIT A |
| 122 | MCAFEE, RAY C. | 32228 | UNDETERMINED* | EXHIBIT A |
| 123 | MCCURRY, ROBERT | 32225 | UNDETERMINED* | EXHIBIT A |
| 124 | MCDONALD, RICHARD | 32226 | UNDETERMINED* | EXHIBIT A |
| 125 | MCINTYRE, ROBERT P. | 32224 | UNDETERMINED* | EXHIBIT A |
| 126 | MCLEOD, ROGER | 32223 | UNDETERMINED* | EXHIBIT A |
| 127 | MELENDEZ, SEVERIANO | 32234 | UNDETERMINED* | EXHIBIT A |
| 128 | MOFFETT, JAMES M. | 32232 | UNDETERMINED* | EXHIBIT A |
| 129 | MOORE, JESSE | 32235 | UNDETERMINED* | EXHIBIT A |
| 130 | MORREALE, JAKE J. | 32231 | UNDETERMINED* | EXHIBIT A |
| 131 | MORRIS, CLAUDE C., JR. | 32233 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 132 | MORRIS, ROBERT A. | 32236 | UNDETERMINED* | EXHIBIT A |
| 133 | NICHOLSON, THOMAS | 32245 | UNDETERMINED* | EXHIBIT A |
| 134 | NORRIS, JAMES L. | 32242 | UNDETERMINED* | EXHIBIT A |
| 135 | PADGETT, DONALD F. | 32243 | UNDETERMINED* | EXHIBIT A |
| 136 | PARKS, THOMAS L. | 32240 | UNDETERMINED* | EXHIBIT A |
| 137 | PARNELL, CHARLES J., SR. | 32241 | UNDETERMINED* | EXHIBIT A |
| 138 | PARNELL, WAYNE | 32239 | UNDETERMINED* | EXHIBIT A |
| 139 | PEDRAZA, HORACE | 32237 | UNDETERMINED* | EXHIBIT A |
| 140 | PHILLIPS, CLINT | 32238 | UNDETERMINED* | EXHIBIT A |
| 141 | PICKENS, LYNWOOD | 32244 | UNDETERMINED* | EXHIBIT A |
| 142 | PILESKI, ROBERT | 32256 | UNDETERMINED* | EXHIBIT A |
| 143 | PISCITELLA, RICHARD N. | 32255 | UNDETERMINED* | EXHIBIT A |
| 144 | PISKLAK, JAMES M. | 32254 | UNDETERMINED* | EXHIBIT A |
| 145 | PITRE, HAYWARD | 32253 | UNDETERMINED* | EXHIBIT A |
| 146 | PLAGENS, ADOLPH | 32252 | UNDETERMINED* | EXHIBIT A |
| 147 | PORTWOOD, HOWARD, SR. | 32251 | UNDETERMINED* | EXHIBIT A |
| 148 | PREWITT, CHARLES | 32250 | UNDETERMINED* | EXHIBIT A |
| 149 | REYNA-RUIZ, IGNACIO | 32249 | UNDETERMINED* | EXHIBIT A |
| 150 | RICHARDSON, ALFRED | 32248 | UNDETERMINED* | EXHIBIT A |
| 151 | RISNER, BILLY | 32247 | UNDETERMINED* | EXHIBIT A |
| 152 | RODGERS, JOHN W. | 32246 | UNDETERMINED* | EXHIBIT A |
| 153 | RODRIGUEZ, YSHMAEL | 32258 | UNDETERMINED* | EXHIBIT A |
| 154 | RUTHERFORD, CAROL | 32257 | UNDETERMINED* | EXHIBIT A |
| 155 | SALINAS, RICHARD R. | 32264 | UNDETERMINED* | EXHIBIT A |
| 156 | SANCHEZ, SALVADOR | 32263 | UNDETERMINED* | EXHIBIT A |
| 157 | SATCHELL, LLOYD | 32261 | UNDETERMINED* | EXHIBIT A |
| 158 | SETLIFF, ELLERY | 32259 | UNDETERMINED* | EXHIBIT A |
| 159 | SIMMONS, O.T. | 32260 | UNDETERMINED* | EXHIBIT A |
| 160 | SIMPSON, MITCHELL L. | 32272 | UNDETERMINED* | EXHIBIT A |
| 161 | SMITH, BILLY R., SR. | 32265 | UNDETERMINED* | EXHIBIT A |
| 162 | SMITH, DORSEY | 32271 | UNDETERMINED* | EXHIBIT A |
| 163 | SMITH, LARRY D. | 32270 | UNDETERMINED* | EXHIBIT A |
| 164 | SMITH, RODERICK M. | 32268 | UNDETERMINED* | EXHIBIT A |
| 165 | SMITH, WILLIAM | 32269 | UNDETERMINED* | EXHIBIT A |
| 166 | SOTO, FELIPE | 32267 | UNDETERMINED* | EXHIBIT A |
| 167 | SOUTHALL, IRVING E. | 32266 | UNDETERMINED* | EXHIBIT A |
| 168 | STEINS, BERNICE ROY | 32262 | UNDETERMINED* | EXHIBIT A |
| 169 | STOUT, GARY D. | 32284 | UNDETERMINED* | EXHIBIT A |
| 170 | SULLIVAN, EDWARD, JR. | 32279 | UNDETERMINED* | EXHIBIT A |
| 171 | SYLVESTER, WILLIAM J., SR. | 32281 | UNDETERMINED* | EXHIBIT A |
| 172 | TABOR, JOHN L. | 32280 | UNDETERMINED* | EXHIBIT A |
| 173 | TAYLOR, HERBERT U. | 32276 | UNDETERMINED* | EXHIBIT A |
| 174 | TAYLOR, ODEAN, JR. | 32275 | UNDETERMINED* | EXHIBIT A |
| 175 | TAYLOR, TIMOTHY W. | 32278 | UNDETERMINED* | EXHIBIT A |
| 176 | TEMPLET, DALE, SR. | 32277 | UNDETERMINED* | EXHIBIT A |
| 177 | THOMPSON, HERMAN R. | 32274 | UNDETERMINED* | EXHIBIT A |
| 178 | THORNTON, JOSEPH WESLIE | 32273 | UNDETERMINED* | EXHIBIT A |

| 179 | TRAHAN, BERNARD, JR. | 32283 | UNDETERMINED* | EXHIBIT A |
| 180 | TURLEY, JOHNNY | 32286 | UNDETERMINED* | EXHIBIT A |
| 181 | TURNER, JIMMY D. | 32285 | UNDETERMINED* | EXHIBIT A |
| 182 | UNDERWOOD, JOHN A. | 32282 | UNDETERMINED* | EXHIBIT A |
| 183 | VARGAS, ANSELMO | 32291 | UNDETERMINED* | EXHIBIT A |
| 184 | VEROT, CLIFTON A. | 32288 | UNDETERMINED* | EXHIBIT A |
| 185 | WALKER, BENJAMIN A., JR. | 32287 | UNDETERMINED* | EXHIBIT A |
| 186 | WEIN, CHARLIE EUGENE | 32103 | UNDETERMINED* | EXHIBIT A |
| 187 | WELFEL, FREDDIE | 32297 | UNDETERMINED* | EXHIBIT A |
| 188 | WETLESEN, STEVEN R. | 32294 | UNDETERMINED* | EXHIBIT A |
| 189 | WEYNAND, GLEN D. | 32293 | UNDETERMINED* | EXHIBIT A |
| 190 | WHITE, JOHN L. | 32296 | UNDETERMINED* | EXHIBIT A |
| 191 | WHITEHEAD, CHARLES M., JR. | 32295 | UNDETERMINED* | EXHIBIT A |
| 192 | WRIGHT, FRED | 32289 | UNDETERMINED* | EXHIBIT A |
| 193 | WRIGHT, LELDON | 32292 | UNDETERMINED* | EXHIBIT A |
| 194 | YOUNT, CLARENCE DAVID | 32290 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470010

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 12

BAR(23) MAIL ID *** 000194861751 ***



TERRELL HOGAN
233 EAST BAY STREET, 8TH FLOOR
JACKSONVILLE, FL  32202

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com
                    steven.serajeddini@kirkland.com
                    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ADAMS, GEORGE E | 61685 | UNDETERMINED* | EXHIBIT A |
| 2 | ADAMS, MILDRED S | 61686 | UNDETERMINED* | EXHIBIT A |
| 3 | ADAMS, SIDNEY C | 61601 | UNDETERMINED* | EXHIBIT A |
| 4 | ALESIANI, BARBARA | 61818 | UNDETERMINED* | EXHIBIT A |
| 5 | AYERS, RONALD BRUCE | 62583 | UNDETERMINED* | EXHIBIT A |
| 6 | AYRES, DIANE | 62585 | UNDETERMINED* | EXHIBIT A |
| 7 | BAKER, ARTHUR | 63134 | UNDETERMINED* | EXHIBIT A |
| 8 | BAKER, BARBARA | 63137 | UNDETERMINED* | EXHIBIT A |
| 9 | BARTON, CLIFTON | 63157 | UNDETERMINED* | EXHIBIT A |
| 10 | BARTON, JUNE | 63158 | UNDETERMINED* | EXHIBIT A |
| 11 | BASKIN, KELLY | 62260 | UNDETERMINED* | EXHIBIT A |
| 12 | BENNETT, JOHN L | 61688 | UNDETERMINED* | EXHIBIT A |
| 13 | BENNETT, VIRGINIA | 61690 | UNDETERMINED* | EXHIBIT A |
| 14 | BERRY, ROBERT A | 63175 | UNDETERMINED* | EXHIBIT A |
| 15 | BILLINGSLEY, ROBERT F | 62256 | UNDETERMINED* | EXHIBIT A |
| 16 | BISHOP, FREDDY M | 61683 | UNDETERMINED* | EXHIBIT A |
| 17 | BLACKWELL, THEADA | 63144 | UNDETERMINED* | EXHIBIT A |
| 18 | BOWLING, MAURICE G | 62277 | UNDETERMINED* | EXHIBIT A |
| 19 | BROGAN, GEORGE J. | 32298 | $50,000.00* | EXHIBIT A |
| 20 | BROTHERS, JAMES R | 62599 | UNDETERMINED* | EXHIBIT A |
| 21 | BROWN HOLSOMBACH, DAPHIN U | 61835 | UNDETERMINED* | EXHIBIT A |
| 22 | BURCH, SHELDON | 63092 | UNDETERMINED* | EXHIBIT A |
| 23 | BURKE, ASA M | 61681 | UNDETERMINED* | EXHIBIT A |
| 24 | BURNHAM, FRANK | 61441 | UNDETERMINED* | EXHIBIT A |
| 25 | BURNS, BILLY M | 61758 | UNDETERMINED* | EXHIBIT A |
| 26 | BURNS, JUANITA | 61766 | UNDETERMINED* | EXHIBIT A |
| 27 | BURNSED, ANNIE L | 61767 | UNDETERMINED* | EXHIBIT A |
| 28 | CAMPBELL, KENNETH W | 63109 | UNDETERMINED* | EXHIBIT A |
| 29 | CAMPBELL, REJEANNE | 63159 | UNDETERMINED* | EXHIBIT A |
| 30 | CARON, STUART | 61444 | UNDETERMINED* | EXHIBIT A |
| 31 | CARTER, ANDREW R | 61736 | UNDETERMINED* | EXHIBIT A |
| 32 | CARTER, SANDRA S | 61737 | UNDETERMINED* | EXHIBIT A |
| 33 | CHANDLER, CHRISTOPHER L | 61742 | UNDETERMINED* | EXHIBIT A |
| 34 | CONNELL, ARCHIE L | 61678 | UNDETERMINED* | EXHIBIT A |
| 35 | CONNELL, SHIRLEY D | 61679 | UNDETERMINED* | EXHIBIT A |
| 36 | CORBETT, LARRY K | 61442 | UNDETERMINED* | EXHIBIT A |
| 37 | CORBETT, SHERREL | 61443 | UNDETERMINED* | EXHIBIT A |

| 38 | CREWS JR, WILLIAM E | 62589 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 39 | CREWS, WILLIAM D | 61596 | UNDETERMINED* | EXHIBIT A |
| 40 | CURRY, BRENDA P | 63117 | UNDETERMINED* | EXHIBIT A |
| 41 | CURRY, PAUL D | 63116 | UNDETERMINED* | EXHIBIT A |
| 42 | DABNEY, JUANITA | 62268 | UNDETERMINED* | EXHIBIT A |
| 43 | DABNEY, RICHARD F | 62266 | UNDETERMINED* | EXHIBIT A |
| 44 | DAMON, EVA | 63110 | UNDETERMINED* | EXHIBIT A |
| 45 | DANLEY JR, JAMES A | 61613 | UNDETERMINED* | EXHIBIT A |
| 46 | DAVID, ALBERT W | 61831 | UNDETERMINED* | EXHIBIT A |
| 47 | DAVID, MARILYN | 61833 | UNDETERMINED* | EXHIBIT A |
| 48 | DAVIS, FLOYD M | 61842 | UNDETERMINED* | EXHIBIT A |
| 49 | DEMPSEY, EDWARD G | 62077 | UNDETERMINED* | EXHIBIT A |
| 50 | DENMARK, TOMMY S | 62594 | UNDETERMINED* | EXHIBIT A |
| 51 | DIAL, FRANCIS H | 61433 | UNDETERMINED* | EXHIBIT A |
| 52 | DICKEY, ANNETTE | 63150 | UNDETERMINED* | EXHIBIT A |
| 53 | DRURY, THEA | 63160 | UNDETERMINED* | EXHIBIT A |
| 54 | DUKES, LEONA | 62079 | UNDETERMINED* | EXHIBIT A |
| 55 | EARLEY, DAVID J | 61698 | UNDETERMINED* | EXHIBIT A |
| 56 | EDGE JR, JOHNY LEO | 61822 | UNDETERMINED* | EXHIBIT A |
| 57 | EDWARDS, CHERYL | 62241 | UNDETERMINED* | EXHIBIT A |
| 58 | EDWARDS, NORMAN C | 62159 | UNDETERMINED* | EXHIBIT A |
| 59 | EDWARDS, NORMAN C | 62240 | UNDETERMINED* | EXHIBIT A |
| 60 | ELLIS, FRED W | 61809 | UNDETERMINED* | EXHIBIT A |
| 61 | FARROW BUSH, JUDY | 61603 | UNDETERMINED* | EXHIBIT A |
| 62 | FLEMING, FREIDA M | 63152 | UNDETERMINED* | EXHIBIT A |
| 63 | FOWLER, GERALD V | 61820 | UNDETERMINED* | EXHIBIT A |
| 64 | FOWLER, PATRICIA J | 61821 | UNDETERMINED* | EXHIBIT A |
| 65 | GAINOUS, ALPHA P | 62581 | UNDETERMINED* | EXHIBIT A |
| 66 | GARMON, FRANK E | 61614 | UNDETERMINED* | EXHIBIT A |
| 67 | GENTRY, NORMAN D | 62602 | UNDETERMINED* | EXHIBIT A |
| 68 | GENTRY, SANDRA | 62605 | UNDETERMINED* | EXHIBIT A |
| 69 | GILL, JOHN M | 62295 | UNDETERMINED* | EXHIBIT A |
| 70 | GILL, ROSE R | 62078 | UNDETERMINED* | EXHIBIT A |
| 71 | GREEN, ROBERT L | 62570 | UNDETERMINED* | EXHIBIT A |
| 72 | GREENE, GERRY | 61694 | UNDETERMINED* | EXHIBIT A |
| 73 | GREGORY, JAMES W. | 32299 | $50,000.00* | EXHIBIT A |
| 74 | GRIFFIN, WILLIAM O | 61687 | UNDETERMINED* | EXHIBIT A |
| 75 | GRODNER, LEON | 62284 | UNDETERMINED* | EXHIBIT A |
| 76 | HAMILTON, JOAN | 63164 | UNDETERMINED* | EXHIBIT A |
| 77 | HARRIS, MARGARET | 63097 | UNDETERMINED* | EXHIBIT A |
| 78 | HARRIS, RODNEY | 63094 | UNDETERMINED* | EXHIBIT A |
| 79 | HARTLEY, FRANKIE M | 61829 | UNDETERMINED* | EXHIBIT A |
| 80 | HARTLEY, WILLIS LAMAR | 61827 | UNDETERMINED* | EXHIBIT A |
| 81 | HASLETT, GAIL | 63174 | UNDETERMINED* | EXHIBIT A |
| 82 | HASLETT, JOHN W | 63170 | UNDETERMINED* | EXHIBIT A |
| 83 | HAYES, DENSIL | 61740 | UNDETERMINED* | EXHIBIT A |
| 84 | HAYNES, JUDY ANN | 61741 | UNDETERMINED* | EXHIBIT A |

| 85 | HENDERSON JR, JOSEPH L | 61419 | UNDETERMINED* | EXHIBIT A |
| 86 | HENDERSON, J. RICHARD | 62572 | UNDETERMINED* | EXHIBIT A |
| 87 | HICKOX, JAMES C | 63112 | UNDETERMINED* | EXHIBIT A |
| 88 | HICKOX, SARI | 63114 | UNDETERMINED* | EXHIBIT A |
| 89 | HICKS, BETTY E | 62249 | UNDETERMINED* | EXHIBIT A |
| 90 | HICKS, HENRY C | 62248 | UNDETERMINED* | EXHIBIT A |
| 91 | HIGGINBOTHAM, CAROLYN | 63185 | UNDETERMINED* | EXHIBIT A |
| 92 | HIGGINBOTHAM, DOROTHY | 62156 | UNDETERMINED* | EXHIBIT A |
| 93 | HIGGINBOTHAM, MAURICE G | 62155 | UNDETERMINED* | EXHIBIT A |
| 94 | HILDEBRANDT, MARVIN J | 61769 | UNDETERMINED* | EXHIBIT A |
| 95 | HILDEBRANDT, VIRGINIA J | 61771 | UNDETERMINED* | EXHIBIT A |
| 96 | HILL, GLYNDA | 63102 | UNDETERMINED* | EXHIBIT A |
| 97 | HINES, RAYMOND E | 61670 | UNDETERMINED* | EXHIBIT A |
| 98 | HODGES, BETTY | 61735 | UNDETERMINED* | EXHIBIT A |
| 99 | HODGES, JACK C | 61733 | UNDETERMINED* | EXHIBIT A |
| 100 | HOLLAND, JOHN N | 32304 | $50,000.00* | EXHIBIT A |
| 101 | HOLLAND, MARLA | 61415 | UNDETERMINED* | EXHIBIT A |
| 102 | HOLTON, ERMA | 61773 | UNDETERMINED* | EXHIBIT A |
| 103 | HOLTON, JACK S | 61772 | UNDETERMINED* | EXHIBIT A |
| 104 | HUNTER, THERON C | 61846 | UNDETERMINED* | EXHIBIT A |
| 105 | HURST, JOHN D | 62582 | UNDETERMINED* | EXHIBIT A |
| 106 | JARVIS, RICHARD M | 62292 | UNDETERMINED* | EXHIBIT A |
| 107 | JOHNS, EARNEST W | 61672 | UNDETERMINED* | EXHIBIT A |
| 108 | JOHNS, OGARITA | 61674 | UNDETERMINED* | EXHIBIT A |
| 109 | JOHNS, WALTER J | 61673 | UNDETERMINED* | EXHIBIT A |
| 110 | JOHNSON, CARL E | 62251 | UNDETERMINED* | EXHIBIT A |
| 111 | JOHNSON, CAROL | 63167 | UNDETERMINED* | EXHIBIT A |
| 112 | JOHNSON, JACK M | 61691 | UNDETERMINED* | EXHIBIT A |
| 113 | JOHNSON, MELVIN | 62270 | UNDETERMINED* | EXHIBIT A |
| 114 | JOHNSON, SHIRLEY | 62252 | UNDETERMINED* | EXHIBIT A |
| 115 | JOHNSON, WILLIAM P. | 32300 | $50,000.00* | EXHIBIT A |
| 116 | JONES, GERALDINE | 61693 | UNDETERMINED* | EXHIBIT A |
| 117 | JONES, WILLIAM E | 61692 | UNDETERMINED* | EXHIBIT A |
| 118 | KATZ, FRANCES | 63178 | UNDETERMINED* | EXHIBIT A |
| 119 | KATZ, MARTIN | 63177 | UNDETERMINED* | EXHIBIT A |
| 120 | KELLY, BOBBY F | 61420 | UNDETERMINED* | EXHIBIT A |
| 121 | KELLY, MARGIE | 61418 | UNDETERMINED* | EXHIBIT A |
| 122 | KELLY, PHYLLIS F | 61421 | UNDETERMINED* | EXHIBIT A |
| 123 | KELLY, WILLIE | 61416 | UNDETERMINED* | EXHIBIT A |
| 124 | KERR, FRED H | 61447 | UNDETERMINED* | EXHIBIT A |
| 125 | KERR, JENNELLE H | 61448 | UNDETERMINED* | EXHIBIT A |
| 126 | KIGHT, DON | 61682 | UNDETERMINED* | EXHIBIT A |
| 127 | KIGHT, NANCY L | 61756 | UNDETERMINED* | EXHIBIT A |
| 128 | KILGORE, EDNA | 61701 | UNDETERMINED* | EXHIBIT A |
| 129 | KING, DARLENE | 61775 | UNDETERMINED* | EXHIBIT A |
| 130 | KING, ROBERT L | 61774 | UNDETERMINED* | EXHIBIT A |
| 131 | KNOST, JUDITH M | 63182 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 132 | LANDIS, EDITH | 61446 | UNDETERMINED* | EXHIBIT A |
| 133 | LANDIS, NEWMAN | 61445 | UNDETERMINED* | EXHIBIT A |
| 134 | LANIER, ADDISON CLYDE | 61823 | UNDETERMINED* | EXHIBIT A |
| 135 | LARSEN, LR | 62296 | UNDETERMINED* | EXHIBIT A |
| 136 | LARSEN, MAXINE | 62297 | UNDETERMINED* | EXHIBIT A |
| 137 | LAW, ROBERT D | 61675 | UNDETERMINED* | EXHIBIT A |
| 138 | LAWRENCE, LEVY | 63138 | UNDETERMINED* | EXHIBIT A |
| 139 | LEDDY III, FRANCIS | 61668 | UNDETERMINED* | EXHIBIT A |
| 140 | LEDDY, EVELYN | 61677 | UNDETERMINED* | EXHIBIT A |
| 141 | LEDDY, MARY GLADYS | 63154 | UNDETERMINED* | EXHIBIT A |
| 142 | LEDDY, ROBERT O | 61676 | UNDETERMINED* | EXHIBIT A |
| 143 | LEE, ANNETTE | 62601 | UNDETERMINED* | EXHIBIT A |
| 144 | LEE, JAMES D | 62600 | UNDETERMINED* | EXHIBIT A |
| 145 | LEVY, ROSE LEE | 63139 | UNDETERMINED* | EXHIBIT A |
| 146 | LINDSEY, MARY ANN | 61802 | UNDETERMINED* | EXHIBIT A |
| 147 | LINDSEY, WALLACE U | 61801 | UNDETERMINED* | EXHIBIT A |
| 148 | LORD, MICHAEL E | 62271 | UNDETERMINED* | EXHIBIT A |
| 149 | LORD, PATRICIA | 62273 | UNDETERMINED* | EXHIBIT A |
| 150 | LOSCO, CHARLES A | 61437 | UNDETERMINED* | EXHIBIT A |
| 151 | LOTT, LARRY | 61803 | UNDETERMINED* | EXHIBIT A |
| 152 | LOTT, REBECCA C | 61804 | UNDETERMINED* | EXHIBIT A |
| 153 | LUCAS, LAMAR C | 63101 | UNDETERMINED* | EXHIBIT A |
| 154 | LYONS JR, GEORGE A | 61627 | UNDETERMINED* | EXHIBIT A |
| 155 | LYONS, LORRAINE | 61629 | UNDETERMINED* | EXHIBIT A |
| 156 | MACK, ANDREW B | 62275 | UNDETERMINED* | EXHIBIT A |
| 157 | MALLARD, THOMAS E | 61630 | UNDETERMINED* | EXHIBIT A |
| 158 | MALLARD, WANDA A | 61631 | UNDETERMINED* | EXHIBIT A |
| 159 | MANN, DEBRA M | 62575 | UNDETERMINED* | EXHIBIT A |
| 160 | MAZZOLA, STEVEN | 61658 | UNDETERMINED* | EXHIBIT A |
| 161 | MCALLISTER, CECIL | 32301 | $50,000.00* | EXHIBIT A |
| 162 | MCLEAN, GILBERT V | 62590 | UNDETERMINED* | EXHIBIT A |
| 163 | MCLEAN, REBA | 62592 | UNDETERMINED* | EXHIBIT A |
| 164 | MCQUEEN, BETTY | 63125 | UNDETERMINED* | EXHIBIT A |
| 165 | MCQUEEN, ROBERT C | 63124 | UNDETERMINED* | EXHIBIT A |
| 166 | MIDYETTE JR, ARLAND L | 62082 | UNDETERMINED* | EXHIBIT A |
| 167 | MILLER, BROOKS T | 62293 | UNDETERMINED* | EXHIBIT A |
| 168 | MILLER, DONNA | 62294 | UNDETERMINED* | EXHIBIT A |
| 169 | MIMS, CAROL M | 63163 | UNDETERMINED* | EXHIBIT A |
| 170 | MIMS, MICHAEL L | 63162 | UNDETERMINED* | EXHIBIT A |
| 171 | MITCHELL, CHARLES F | 61813 | UNDETERMINED* | EXHIBIT A |
| 172 | MIXON SR, JOSEPH E | 62283 | UNDETERMINED* | EXHIBIT A |
| 173 | MIXON, SHIRLEY D | 62281 | UNDETERMINED* | EXHIBIT A |
| 174 | MOORE JR, JAMES D | 61847 | UNDETERMINED* | EXHIBIT A |
| 175 | MOORE, JOHN W | 61664 | UNDETERMINED* | EXHIBIT A |
| 176 | MOSLEY, EMMA | 61666 | UNDETERMINED* | EXHIBIT A |
| 177 | MOSLEY, JIMMIE L | 61665 | UNDETERMINED* | EXHIBIT A |
| 178 | MOYER, ELAINE E | 63188 | UNDETERMINED* | EXHIBIT A |

470011

| 179 | NORRIS, DOLORES | 63186 | UNDETERMINED* | EXHIBIT A |
|-----|----------------|-------|---------------|-----------|
| 180 | O'STEEN, RONNIE | 61738 | UNDETERMINED* | EXHIBIT A |
| 181 | PARISH, MARY C | 61610 | UNDETERMINED* | EXHIBIT A |
| 182 | PARKER, DOUGLAS W | 62254 | UNDETERMINED* | EXHIBIT A |
| 183 | PAUL JR, WESLEY W | 61838 | UNDETERMINED* | EXHIBIT A |
| 184 | PELFREY, ROBERT E | 62573 | UNDETERMINED* | EXHIBIT A |
| 185 | PEMBER, CHARLES A | 61810 | UNDETERMINED* | EXHIBIT A |
| 186 | PEMBER, DEBORAH J | 61811 | UNDETERMINED* | EXHIBIT A |
| 187 | PERRY, WALTER | 62263 | UNDETERMINED* | EXHIBIT A |
| 188 | PETERSON, WALTER W | 61434 | UNDETERMINED* | EXHIBIT A |
| 189 | PHILLIPS III, CUBA HARVEY | 62080 | UNDETERMINED* | EXHIBIT A |
| 190 | PHILLIPS, JAMES E | 61824 | UNDETERMINED* | EXHIBIT A |
| 191 | PHILLIPS, LOUISE E | 61825 | UNDETERMINED* | EXHIBIT A |
| 192 | PILLA III, BENEDICT | 63107 | UNDETERMINED* | EXHIBIT A |
| 193 | PRITCHETT, GARY E | 61749 | UNDETERMINED* | EXHIBIT A |
| 194 | PRITCHETT, SUSAN JO | 61754 | UNDETERMINED* | EXHIBIT A |
| 195 | PYE, MICHAEL | 63146 | UNDETERMINED* | EXHIBIT A |
| 196 | PYE, VICTORIA H | 63147 | UNDETERMINED* | EXHIBIT A |
| 197 | PYLES, ANDREW L | 62579 | UNDETERMINED* | EXHIBIT A |
| 198 | RAULERSON JR., FREDERICK | 61622 | UNDETERMINED* | EXHIBIT A |
| 199 | RAULERSON, BELINDA | 61624 | UNDETERMINED* | EXHIBIT A |
| 200 | RAWLES, CHARLES M | 61431 | UNDETERMINED* | EXHIBIT A |
| 201 | RAWLES, CHRISTINE M | 61432 | UNDETERMINED* | EXHIBIT A |
| 202 | REDDICK, BURNEY | 61593 | UNDETERMINED* | EXHIBIT A |
| 203 | REDDICK, MINERVA L | 61595 | UNDETERMINED* | EXHIBIT A |
| 204 | REEDER, JULIUS F | 61626 | UNDETERMINED* | EXHIBIT A |
| 205 | REYNOLDS, KENNETH L | 61696 | UNDETERMINED* | EXHIBIT A |
| 206 | REYNOLDS, VERNICA H | 61697 | UNDETERMINED* | EXHIBIT A |
| 207 | RICHARDS, DOROTHY J | 61430 | UNDETERMINED* | EXHIBIT A |
| 208 | RICHARDS, ROLAND B | 61429 | UNDETERMINED* | EXHIBIT A |
| 209 | RICHARDSON, LARRY W | 62577 | UNDETERMINED* | EXHIBIT A |
| 210 | ROBERTS, LOIS | 63190 | UNDETERMINED* | EXHIBIT A |
| 211 | ROSKOSH, RONALD P | 61604 | UNDETERMINED* | EXHIBIT A |
| 212 | ROYAL, LESLIE D | 61422 | UNDETERMINED* | EXHIBIT A |
| 213 | ROYAL, SUE ANN | 61423 | UNDETERMINED* | EXHIBIT A |
| 214 | RUSSELL, MARCY | 61732 | UNDETERMINED* | EXHIBIT A |
| 215 | SCHRADER, FRED V | 61708 | UNDETERMINED* | EXHIBIT A |
| 216 | SCOTT JR, JOHN W | 61702 | UNDETERMINED* | EXHIBIT A |
| 217 | SCOTT, ELMER H | 32302 | $50,000.00* | EXHIBIT A |
| 218 | SCOTT, HELEN M | 61703 | UNDETERMINED* | EXHIBIT A |
| 219 | SCOTT, LINDA F | 61617 | UNDETERMINED* | EXHIBIT A |
| 220 | SCOTT, MICHAEL L | 61616 | UNDETERMINED* | EXHIBIT A |
| 221 | SIMMONS, DOROTHY M | 61800 | UNDETERMINED* | EXHIBIT A |
| 222 | SLAY, DAVID H | 62242 | UNDETERMINED* | EXHIBIT A |
| 223 | SLAY, DEBORAH D | 62244 | UNDETERMINED* | EXHIBIT A |
| 224 | SLOAN, ROBERT N | 61816 | UNDETERMINED* | EXHIBIT A |
| 225 | SMITH JR, ARTHUR E | 61597 | UNDETERMINED* | EXHIBIT A |

| 226 | SMITH, BETTY | 61598 | UNDETERMINED* | EXHIBIT A |
| 227 | SMITH, CAROL LEE | 63129 | UNDETERMINED* | EXHIBIT A |
| 228 | SMITH, CHARLES L | 62278 | UNDETERMINED* | EXHIBIT A |
| 229 | SMITH, JIMMIE SUE | 62279 | UNDETERMINED* | EXHIBIT A |
| 230 | SMITH, ROGER F | 63127 | UNDETERMINED* | EXHIBIT A |
| 231 | STELMA, RICHARD P | 62587 | UNDETERMINED* | EXHIBIT A |
| 232 | STEPP SR, JAMES M | 61615 | UNDETERMINED* | EXHIBIT A |
| 233 | STRINGER, JAMES L | 61814 | UNDETERMINED* | EXHIBIT A |
| 234 | STRINGER, SHIRLEY M | 61815 | UNDETERMINED* | EXHIBIT A |
| 235 | SUTTON, SUZANNE | 63106 | UNDETERMINED* | EXHIBIT A |
| 236 | SWINNEY, BOBBY F | 61844 | UNDETERMINED* | EXHIBIT A |
| 237 | SWINNEY, MARY JO | 61845 | UNDETERMINED* | EXHIBIT A |
| 238 | TAYLOR, LEON | 63099 | UNDETERMINED* | EXHIBIT A |
| 239 | TAYLOR, TERESA | 61843 | UNDETERMINED* | EXHIBIT A |
| 240 | TESTON, ERNEST L | 62157 | UNDETERMINED* | EXHIBIT A |
| 241 | TESTON, LILLIAN | 62158 | UNDETERMINED* | EXHIBIT A |
| 242 | TONEY, CLAUDIA JEAN | 61609 | UNDETERMINED* | EXHIBIT A |
| 243 | TONEY, JOE J | 61608 | UNDETERMINED* | EXHIBIT A |
| 244 | TORRENT, MARY L | 63142 | UNDETERMINED* | EXHIBIT A |
| 245 | TYRE, STANLEY L | 61607 | UNDETERMINED* | EXHIBIT A |
| 246 | VINCENT, JACK R | 62598 | UNDETERMINED* | EXHIBIT A |
| 247 | WALDMAN, HOWARD G | 61709 | UNDETERMINED* | EXHIBIT A |
| 248 | WALDMAN, JANET | 61710 | UNDETERMINED* | EXHIBIT A |
| 249 | WARREN, JAMES L | 61659 | UNDETERMINED* | EXHIBIT A |
| 250 | WARREN, NANCY | 61660 | UNDETERMINED* | EXHIBIT A |
| 251 | WESTBERRY SERGENT, VERA S | 62298 | UNDETERMINED* | EXHIBIT A |
| 252 | WHIDDON, EVALENE F | 62154 | UNDETERMINED* | EXHIBIT A |
| 253 | WHIDDON, THOMAS | 62152 | UNDETERMINED* | EXHIBIT A |
| 254 | WHITE, ARDELIA | 62246 | UNDETERMINED* | EXHIBIT A |
| 255 | WHITE, DELMAS L | 63120 | UNDETERMINED* | EXHIBIT A |
| 256 | WHITE, ERCEL M | 63122 | UNDETERMINED* | EXHIBIT A |
| 257 | WHITE, VIRGIL L | 62245 | UNDETERMINED* | EXHIBIT A |
| 258 | WHITEHEAD, JAMES DOUGLAS | 62081 | UNDETERMINED* | EXHIBIT A |
| 259 | WICKER, CARMEN | 61606 | UNDETERMINED* | EXHIBIT A |
| 260 | WICKER, CARY A | 61605 | UNDETERMINED* | EXHIBIT A |
| 261 | WICKER, PHYLLIS A | 61837 | UNDETERMINED* | EXHIBIT A |
| 262 | WICKER, ROBERT D | 61836 | UNDETERMINED* | EXHIBIT A |
| 263 | WILDE, JOHN W | 61661 | UNDETERMINED* | EXHIBIT A |
| 264 | WILLIAMS, CHESTER A | 61807 | UNDETERMINED* | EXHIBIT A |
| 265 | WILLIAMS, JAMES EDWARD | 62280 | UNDETERMINED* | EXHIBIT A |
| 266 | WILLIAMS, JEWELL | 61808 | UNDETERMINED* | EXHIBIT A |
| 267 | WOODWARD JR, LAWRENCE A | 63130 | UNDETERMINED* | EXHIBIT A |
| 268 | WOODWARD, KATHERINE L | 63131 | UNDETERMINED* | EXHIBIT A |
| 269 | WRIGHT, ARCHIE L. | 32303 | $50,000.00* | EXHIBIT A |
| 270 | WRIGHT, GRADY H | 61805 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470011

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 13

BAR(23) MAIL ID *** 000194861752 ***



HOTZE RUNKLE, PLLC
ATTN: RYAN C. RUNKLE
1101 S. CAPITAL OF TEXAS HWY, SUITE C100
WEST LAKE, TX  78746

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ACHORD, THOMAS M | 35345 | $2,000.00 | EXHIBIT A |
| 2 | ADAMS, JESSIE L | 35349 | $408,000.00 | EXHIBIT A |
| 3 | AKIN, CLIFTON | 35350 | $408,000.00 | EXHIBIT A |
| 4 | ALEXANDER, ROBERT | 35360 | $108,000.00 | EXHIBIT A |
| 5 | ALEXANDER, WILBERN | 35357 | $360,000.00 | EXHIBIT A |
| 6 | ALFORD, AARON | 35365 | $180,500.00 | EXHIBIT A |
| 7 | ALLEN, ROBERT J | 35401 | $7,000.00 | EXHIBIT A |
| 8 | ANDERSON, NORMAN W | 35402 | $152,500.00 | EXHIBIT A |
| 9 | ANDERSON, WILLIAM P | 35403 | $432,000.00 | EXHIBIT A |
| 10 | ANZURES, JAVIER A | 35406 | $5,000.00 | EXHIBIT A |
| 11 | APPLEGATE, KENNITH | 35407 | $2,000.00 | EXHIBIT A |
| 12 | ARCHER, EDWARD R | 35408 | $60,000.00 | EXHIBIT A |
| 13 | ARCHER, EDWARD R | 35409 | $36,000.00 | EXHIBIT A |
| 14 | ARIE, FRANK B | 35310 | $10,000.00 | EXHIBIT A |
| 15 | ARMSTRONG, FREDDY | 35316 | $468,000.00 | EXHIBIT A |
| 16 | ARMSTRONG, FREDDY | 35317 | $36,000.00 | EXHIBIT A |
| 17 | ARMSTRONG, FREDDY | 35319 | $60,000.00 | EXHIBIT A |
| 18 | ATENCIO, PAUL | 35322 | $3,000.00 | EXHIBIT A |
| 19 | AUCOIN, GEORGE | 35323 | $72,000.00 | EXHIBIT A |
| 20 | AUCOIN, RUSSELL | 35324 | $8,000.00 | EXHIBIT A |
| 21 | AVERY, LENUS D | 35325 | $11,000.00 | EXHIBIT A |
| 22 | BACA, SERAPIO | 35326 | $34,000.00 | EXHIBIT A |
| 23 | BACA, SERAPIO | 35327 | $30,000.00 | EXHIBIT A |
| 24 | BAILEY, GARY L | 35329 | $1,000.00 | EXHIBIT A |
| 25 | BAILEY, RAYBURN I | 35330 | $3,500.00 | EXHIBIT A |
| 26 | BAKER, LARRY G | 35332 | $10,000.00 | EXHIBIT A |
| 27 | BARFOOT, HARLEY | 35333 | $5,000.00 | EXHIBIT A |
| 28 | BARTLETT, CLIFFORD | 35419 | $300,000.00 | EXHIBIT A |
| 29 | BARTLETT, LARRY W | 35410 | $264,000.00 | EXHIBIT A |
| 30 | BARTLETT, LARRY W | 35411 | $24,000.00 | EXHIBIT A |
| 31 | BATES, GRANVIL | 35334 | $8,000.00 | EXHIBIT A |
| 32 | BATTLES, LARRY W | 35583 | $227,000.00 | EXHIBIT A |
| 33 | BATTLES, LARRY W | 35590 | $2,000.00 | EXHIBIT A |
| 34 | BEARD, THOMAS R | 36168 | $360,000.00 | EXHIBIT A |
| 35 | BECK, JOEL | 35510 | $2,000.00 | EXHIBIT A |
| 36 | BECKMAN, GARY L | 36166 | $24,000.00 | EXHIBIT A |
| 37 | BECKMAN, GARY L | 36167 | $33,000.00 | EXHIBIT A |

470012

| 38 | BEERY, NIELS | 35577 | $51,500.00 | EXHIBIT A |
|----|--------------|-------|-----------|-----------|
| 39 | BELL, JAMES MICHAEL | 35570 | $6,000.00 | EXHIBIT A |
| 40 | BELLAH, KENNETH | 35543 | $60,000.00 | EXHIBIT A |
| 41 | BELLAH, KENNETH | 35544 | $24,000.00 | EXHIBIT A |
| 42 | BENNETT, DONALD | 35535 | $134,700.00 | EXHIBIT A |
| 43 | BENNETT, DONALD | 35536 | $500.00 | EXHIBIT A |
| 44 | BERG, LEON | 35522 | $1,000.00 | EXHIBIT A |
| 45 | BERRY, FLOYD W | 35537 | $408,000.00 | EXHIBIT A |
| 46 | BERUMEN, ANDREW, JR | 35521 | $12,000.00 | EXHIBIT A |
| 47 | BETZNER, BEN | 35520 | $3,000.00 | EXHIBIT A |
| 48 | BIAR, JERRY | 35529 | $132,000.00 | EXHIBIT A |
| 49 | BIEHLE, CARTER G | 35171 | $12,000.00 | EXHIBIT A |
| 50 | BLACK, HERMAN L | 35163 | $4,000.00 | EXHIBIT A |
| 51 | BOLLINGER, DON | 35165 | $72,000.00 | EXHIBIT A |
| 52 | BOLLINGER, DON | 35166 | $75,000.00 | EXHIBIT A |
| 53 | BOLTON, RAY | 35185 | $12,000.00 | EXHIBIT A |
| 54 | BOND, SIDNEY D | 35463 | $276,000.00 | EXHIBIT A |
| 55 | BOONE, RICHARD E | 35458 | $72,000.00 | EXHIBIT A |
| 56 | BORDELON, DANIEL R | 35248 | $3,000.00 | EXHIBIT A |
| 57 | BOSTON, MICHAEL R | 35390 | $48,000.00 | EXHIBIT A |
| 58 | BOSTON, MICHAEL R | 35391 | $48,000.00 | EXHIBIT A |
| 59 | BOTELLO, FRANK | 35224 | $4,000.00 | EXHIBIT A |
| 60 | BOWLINE, BILLY | 35226 | $24,000.00 | EXHIBIT A |
| 61 | BOYD, LARRY W | 35225 | $6,000.00 | EXHIBIT A |
| 62 | BRADLEY, JOEL G | 35470 | $500.00 | EXHIBIT A |
| 63 | BRADSHAW, RONNY | 35466 | $3,000.00 | EXHIBIT A |
| 64 | BRANTLEY, CLAUDE | 35388 | $36,000.00 | EXHIBIT A |
| 65 | BRASSFIELD, RONNIE | 35223 | $7,000.00 | EXHIBIT A |
| 66 | BRASWELL, GLENN M | 35476 | $42,000.00 | EXHIBIT A |
| 67 | BREWER, WOODROW (WILLIS) | 35484 | $408,000.00 | EXHIBIT A |
| 68 | BRIGGS, RONDAL ROY | 35503 | $372,000.00 | EXHIBIT A |
| 69 | BRITTAIN, KENNETH | 35508 | $108,000.00 | EXHIBIT A |
| 70 | BROOKS, FRANK | 35494 | $396,000.00 | EXHIBIT A |
| 71 | BROOKS, JEROLYN | 35489 | $4,000.00 | EXHIBIT A |
| 72 | BROWN, CHARLES W | 35222 | $5,000.00 | EXHIBIT A |
| 73 | BROWN, GLENDALE | 35295 | $48,000.00 | EXHIBIT A |
| 74 | BROWN, LAWRENCE S | 35221 | $18,000.00 | EXHIBIT A |
| 75 | BROWN, STEVEN | 35220 | $18,000.00 | EXHIBIT A |
| 76 | BROWNING, LINDSEY | 35487 | $156,000.00 | EXHIBIT A |
| 77 | BRUMFIELD, JIMMY | 35219 | $2,500.00 | EXHIBIT A |
| 78 | BRYAN, RONNIE | 35218 | $18,000.00 | EXHIBIT A |
| 79 | BUCHANAN, CHARLES W | 35517 | $312,000.00 | EXHIBIT A |
| 80 | BUCKNER, ELTON DON | 35426 | $1,000.00 | EXHIBIT A |
| 81 | BUDDE, ELAINE | 35217 | $42,000.00 | EXHIBIT A |
| 82 | BUDDE, ROBERT | 35216 | $12,000.00 | EXHIBIT A |
| 83 | BUNDAGE, KENIOL | 35547 | $456,000.00 | EXHIBIT A |
| 84 | BURESH, GARY VINCENT | 35552 | $12,000.00 | EXHIBIT A |

| 85 | BURESH, GARY VINCENT | 35554 | $138,000.00 | EXHIBIT A |
|---|---|---|---|---|
| 86 | BURKE, DONALD | 35252 | $6,000.00 | EXHIBIT A |
| 87 | BURNS, BENJAMIN | 35249 | $7,000.00 | EXHIBIT A |
| 88 | BURNS, RANDALL | 35250 | $72,000.00 | EXHIBIT A |
| 89 | BURROUGH, RONALD C | 35232 | $240,000.00 | EXHIBIT A |
| 90 | BURROW, KENNETH | 35240 | $54,000.00 | EXHIBIT A |
| 91 | BURTIS, MATHEW | 35293 | $1,000.00 | EXHIBIT A |
| 92 | BURTIS, MATHEW | 35294 | $1,000.00 | EXHIBIT A |
| 93 | BURTON, HAROLD | 35523 | $12,000.00 | EXHIBIT A |
| 94 | BURTON, HAROLD | 35524 | $12,000.00 | EXHIBIT A |
| 95 | BUTLER, JAMES C | 35519 | $16,000.00 | EXHIBIT A |
| 96 | BUTLER, JOSEPH L | 35526 | $12,000.00 | EXHIBIT A |
| 97 | BUUM, BRADLEY | 35527 | $90,000.00 | EXHIBIT A |
| 98 | BUUM, BRADLEY | 35528 | $57,000.00 | EXHIBIT A |
| 99 | BYRNES, DANIEL J | 35518 | $20,000.00 | EXHIBIT A |
| 100 | CAGLE, ROBERT A | 35603 | $9,000.00 | EXHIBIT A |
| 101 | CALDWELL, LELAND O | 36094 | $500.00 | EXHIBIT A |
| 102 | CALICUTT, ROBIN | 35604 | $6,000.00 | EXHIBIT A |
| 103 | CALVIN, WILLIE | 36086 | $360,000.00 | EXHIBIT A |
| 104 | CAMP, CARY | 36160 | $9,000.00 | EXHIBIT A |
| 105 | CAMPBELL, FRED WILLIAM | 35605 | $4,000.00 | EXHIBIT A |
| 106 | CANADY, CHESTER L | 36157 | $1,800,000.00 | EXHIBIT A |
| 107 | CARNLEY, JOHN E | 36151 | $12,000.00 | EXHIBIT A |
| 108 | CARROLL, JOHN R | 36146 | $18,000.00 | EXHIBIT A |
| 109 | CARTER, MICHAEL PATRICK | 35602 | $36,000.00 | EXHIBIT A |
| 110 | CASS, KYLE | 36149 | $516,000.00 | EXHIBIT A |
| 111 | CASSIDY, DENNIS | 35560 | $10,500.00 | EXHIBIT A |
| 112 | CASTALDI, VICTOR M | 35561 | $1,000.00 | EXHIBIT A |
| 113 | CASTANEDA, ALBERT F | 35562 | $24,500.00 | EXHIBIT A |
| 114 | CHALK, RICKIE L, SR | 35565 | $24,000.00 | EXHIBIT A |
| 115 | CHARLES, BOGGS D | 35292 | $26,000.00 | EXHIBIT A |
| 116 | CHAVEZ, LEONARD | 35569 | $1,200.00 | EXHIBIT A |
| 117 | CHAVEZ, ROBERT | 36268 | $11,000.00 | EXHIBIT A |
| 118 | CHAVEZ, ROBERT | 36269 | $15,000.00 | EXHIBIT A |
| 119 | CHILDRESS, WILLIAM | 36250 | $396,000.00 | EXHIBIT A |
| 120 | CHILDS, JAMES | 36245 | $36,000.00 | EXHIBIT A |
| 121 | CISNEROS, JOHNNY | 36246 | $11,000.00 | EXHIBIT A |
| 122 | CLARK, GARY P | 36232 | $168,000.00 | EXHIBIT A |
| 123 | CLARK, JAMES R | 36231 | $384,000.00 | EXHIBIT A |
| 124 | CLARY, PATRICK M | 36227 | $17,500.00 | EXHIBIT A |
| 125 | CLARY, PATRICK M | 36244 | $17,500.00 | EXHIBIT A |
| 126 | CLEMENT , ROBERT | 36228 | $4,000.00 | EXHIBIT A |
| 127 | CLINARD, LONNIE | 36242 | $6,000.00 | EXHIBIT A |
| 128 | CLOUATRE, CALVIN , SR | 36204 | $18,000.00 | EXHIBIT A |
| 129 | COKER, ROYCE , SR | 36203 | $2,500.00 | EXHIBIT A |
| 130 | COLLINS, GEORGE E., JR | 36200 | $17,200.00 | EXHIBIT A |
| 131 | COLLINS, JOHNNIE A | 36201 | $3,000.00 | EXHIBIT A |

| 132 | COLTRIN, JAMES R | 36197 | $1,000.00 | EXHIBIT A |
| 133 | CONDIT, GERALD L | 36199 | $3,000.00 | EXHIBIT A |
| 134 | CONN, LINDA | 36195 | $156,000.00 | EXHIBIT A |
| 135 | CONN, WESLEY | 36190 | $120,000.00 | EXHIBIT A |
| 136 | COOK , ROBERT L | 36143 | $2,000.00 | EXHIBIT A |
| 137 | COOK , ROBERT L | 36212 | $2,000.00 | EXHIBIT A |
| 138 | COOK, DANNY | 36144 | $372,000.00 | EXHIBIT A |
| 139 | COOK, DANNY | 36145 | $348,000.00 | EXHIBIT A |
| 140 | COOPER, DAVID H | 36136 | $2,100.00 | EXHIBIT A |
| 141 | COOPER, JOHN DOUGLAS | 36142 | $500.00 | EXHIBIT A |
| 142 | CORDOVA, BEN R | 36137 | $5,000.00 | EXHIBIT A |
| 143 | CORMIER, BRADLEY | 36134 | $28,000.00 | EXHIBIT A |
| 144 | CORMIER, BRADLEY | 36135 | $28,000.00 | EXHIBIT A |
| 145 | COVARRUBIAS, REYNALDO | 36133 | $108,300.00 | EXHIBIT A |
| 146 | CRAWFORD, KENNETH A | 36132 | $2,000.00 | EXHIBIT A |
| 147 | CRAWFORD, MICHAEL L | 36126 | $228,000.00 | EXHIBIT A |
| 148 | CRAWFORD, MICHAEL L | 36130 | $384,000.00 | EXHIBIT A |
| 149 | CRISLER, JOSEPH | 36260 | $500.00 | EXHIBIT A |
| 150 | CROOK, MICHAEL | 36116 | $12,000.00 | EXHIBIT A |
| 151 | CUNNINGHAM, ALLAN L | 36117 | $7,000.00 | EXHIBIT A |
| 152 | DANIELS, OAKLEY G, JR | 36118 | $3,500.00 | EXHIBIT A |
| 153 | DAUSE, WILLARD E | 36119 | $22,000.00 | EXHIBIT A |
| 154 | DAVIDSON, BARRY D | 36120 | $500.00 | EXHIBIT A |
| 155 | DAVIS, ANTHONY | 36121 | $30,000.00 | EXHIBIT A |
| 156 | DAVIS, CHARLES | 36259 | $5,000.00 | EXHIBIT A |
| 157 | DAVIS, CURTIS | 36258 | $6,000.00 | EXHIBIT A |
| 158 | DAY, MICHAEL | 36257 | $3,000.00 | EXHIBIT A |
| 159 | DECHIARA, TERRY | 36100 | $144,000.00 | EXHIBIT A |
| 160 | DEES, MICKEY | 36102 | $240,000.00 | EXHIBIT A |
| 161 | DEGNER, ALTON | 36108 | $156,000.00 | EXHIBIT A |
| 162 | DENHAM, ALLEN L | 36256 | $47,000.00 | EXHIBIT A |
| 163 | DENNEY, LEWIS | 36255 | $18,000.00 | EXHIBIT A |
| 164 | DEPPERSCHMIDT, LARRY | 36254 | $98,750.00 | EXHIBIT A |
| 165 | DEVER, DAVID K | 36109 | $12,000.00 | EXHIBIT A |
| 166 | DEVER, DAVID K | 36110 | $19,000.00 | EXHIBIT A |
| 167 | DEVINNY, ROBERT D | 36253 | $7,000.00 | EXHIBIT A |
| 168 | DICKSON, MICHAEL | 36176 | $180,000.00 | EXHIBIT A |
| 169 | DITTO, WALTER RAY | 36183 | $396,000.00 | EXHIBIT A |
| 170 | DIXON, BOYD LAWAYNE | 36056 | $9,000.00 | EXHIBIT A |
| 171 | DOBBS, DOUGLAS | 36063 | $13,000.00 | EXHIBIT A |
| 172 | DOHNALIK, EDWARD | 36069 | $300,000.00 | EXHIBIT A |
| 173 | DONATHAN, HORACE | 36071 | $12,000.00 | EXHIBIT A |
| 174 | DOWDY, MONTIE R | 36072 | $9,000.00 | EXHIBIT A |
| 175 | DOWDY, MONTIE R | 36073 | $112,000.00 | EXHIBIT A |
| 176 | DRAEGER, GARY L | 36252 | $1,000.00 | EXHIBIT A |
| 177 | DRY, GERALD F | 36075 | $31,000.00 | EXHIBIT A |
| 178 | DUMAS, ALLEN WAYNE | 36251 | $6,000.00 | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 179 | DUNAGAN, DANA | 36085 | $6,000.00 | EXHIBIT A |
| 180 | DUNCAN, TED | 36084 | $22,000.00 | EXHIBIT A |
| 181 | DUNN, CHESLEY EARL | 36077 | $52,500.00 | EXHIBIT A |
| 182 | DUNN, IDA L | 36079 | $15,000.00 | EXHIBIT A |
| 183 | DUNNAHOE, JAMES | 36083 | $87,000.00 | EXHIBIT A |
| 184 | DURAN, ENOS | 36082 | $18,000.00 | EXHIBIT A |
| 185 | DUTSCH, GEORGE | 36081 | $24,000.00 | EXHIBIT A |
| 186 | DYKES, JERRY WAYNE | 36080 | $4,000.00 | EXHIBIT A |
| 187 | EBNER, GLENROY | 34182 | $264,000.00 | EXHIBIT A |
| 188 | EGGLESTON, DARRELL J | 33908 | $3,500.00 | EXHIBIT A |
| 189 | ELAM, RICKEY L | 33701 | $42,000.00 | EXHIBIT A |
| 190 | ELAM, RICKEY L | 33702 | $18,000.00 | EXHIBIT A |
| 191 | ELKINS, ROBERT | 33703 | $12,000.00 | EXHIBIT A |
| 192 | ELKINS, ROBERT | 33704 | $12,000.00 | EXHIBIT A |
| 193 | ELLIS, JOE D | 33947 | $1,000.00 | EXHIBIT A |
| 194 | ELLISON, ELLIS M | 33946 | $24,000.00 | EXHIBIT A |
| 195 | ENGLAND, EDWARD L | 33705 | $1,000.00 | EXHIBIT A |
| 196 | ESCOBEDO, RAY | 11014 | UNDETERMINED* | EXHIBIT A |
| 197 | EUBANKS, JAMES O | 33788 | $36,000.00 | EXHIBIT A |
| 198 | EUBANKS, JAMES O | 33789 | $49,000.00 | EXHIBIT A |
| 199 | EVANS, DEBBRA | 33784 | $276,000.00 | EXHIBIT A |
| 200 | EVANS, WAYNE L | 33783 | $12,000.00 | EXHIBIT A |
| 201 | EWING, FRANK L | 33792 | $444,000.00 | EXHIBIT A |
| 202 | FARRELL, DUDLEY | 33776 | $408,000.00 | EXHIBIT A |
| 203 | FEDERER, CARL L | 33790 | $12,500.00 | EXHIBIT A |
| 204 | FEUCHT, STEPHEN P | 33791 | $6,000.00 | EXHIBIT A |
| 205 | FIMPLE, JAMES RAY, JR | 33786 | $6,000.00 | EXHIBIT A |
| 206 | FIMPLE, JAMES RAY, JR | 33787 | $6,000.00 | EXHIBIT A |
| 207 | FLEMING, DAMON | 33836 | $6,000.00 | EXHIBIT A |
| 208 | FLORES, FLORENCIO L | 33837 | $9,000.00 | EXHIBIT A |
| 209 | FLORES, FLORENCIO L | 33838 | $94,000.00 | EXHIBIT A |
| 210 | FLOYD, TY | 33801 | $2,000.00 | EXHIBIT A |
| 211 | FOERSTER, DENNIS | 33851 | $216,000.00 | EXHIBIT A |
| 212 | FOLEY, KENZIE D | 33848 | $4,000.00 | EXHIBIT A |
| 213 | FOLLIS, RONALD H | 33799 | $9,000.00 | EXHIBIT A |
| 214 | FORBUS, JIM T | 33840 | $396,000.00 | EXHIBIT A |
| 215 | FORD, JAMES BRAD | 33954 | $6,000.00 | EXHIBIT A |
| 216 | FOUNTAIN, RICHARD | 33865 | $396,000.00 | EXHIBIT A |
| 217 | FOWLKES, THOMAS G | 33858 | $18,000.00 | EXHIBIT A |
| 218 | FRANK, LARRY G | 33852 | $15,000.00 | EXHIBIT A |
| 219 | FRANK, LARRY G | 33853 | $15,000.00 | EXHIBIT A |
| 220 | FREY, JAKE L | 33854 | $10,000.00 | EXHIBIT A |
| 221 | FUQUA, ROBERT M | 33855 | $54,000.00 | EXHIBIT A |
| 222 | FUQUA, ROBERT M | 33856 | $42,000.00 | EXHIBIT A |
| 223 | GAGE, BARRY STEPHEN | 33990 | $198,000.00 | EXHIBIT A |
| 224 | GALLEGOS, ISAAC | 33940 | $1,500.00 | EXHIBIT A |
| 225 | GARCIA, ALEJANDRO | 33939 | $2,000.00 | EXHIBIT A |

| 226 | GARNER, CLIFFORD | 33743 | $360,000.00 | EXHIBIT A |
| 227 | GAROUTTE, ALLEN | 33938 | $156,000.00 | EXHIBIT A |
| 228 | GARRISON, JESS E | 33742 | $12,000.00 | EXHIBIT A |
| 229 | GARZA, CARLOS | 33740 | $336,000.00 | EXHIBIT A |
| 230 | GEE, RUFUS | 33733 | $6,000.00 | EXHIBIT A |
| 231 | GENTRY, JOHN E | 33948 | $360,000.00 | EXHIBIT A |
| 232 | GILLIAM, JEFF | 33967 | $372,000.00 | EXHIBIT A |
| 233 | GILMORE, GEORGE DEWEY, III | 33965 | $8,000.00 | EXHIBIT A |
| 234 | GISH, KEITH | 33966 | $63,000.00 | EXHIBIT A |
| 235 | GLOCKZEN, JOHN | 33895 | $168,000.00 | EXHIBIT A |
| 236 | GOAD, STEVE | 33894 | $7,000.00 | EXHIBIT A |
| 237 | GOMEZ, DAVID | 33818 | $228,000.00 | EXHIBIT A |
| 238 | GOODLOE, RUTHIE J | 33951 | $6,000.00 | EXHIBIT A |
| 239 | GORDON, MAC | 33964 | $4,000.00 | EXHIBIT A |
| 240 | GOVAN, DOWARD | 33973 | $360,000.00 | EXHIBIT A |
| 241 | GRAHAM, RALPH | 33962 | $24,000.00 | EXHIBIT A |
| 242 | GRAY, WAYMON H | 33952 | $48,000.00 | EXHIBIT A |
| 243 | GREEN, CHARLIE | 33956 | $396,000.00 | EXHIBIT A |
| 244 | GREEN, ELIAS | 33958 | $308,000.00 | EXHIBIT A |
| 245 | GREENLEAF, BRENDA | 33955 | $168,000.00 | EXHIBIT A |
| 246 | GREGORY, JERRY LEE | 33953 | $7,875.00 | EXHIBIT A |
| 247 | GREMILLION, RANDALL G | 33709 | $11,000.00 | EXHIBIT A |
| 248 | GRIFFIN, DANIEL W | 33710 | $27,000.00 | EXHIBIT A |
| 249 | HACKENBERG, RICK LEE | 33717 | $1,250.00 | EXHIBIT A |
| 250 | HACKENBERG, RICK LEE | 33718 | $25,550.00 | EXHIBIT A |
| 251 | HAIRSTON, JOHN W | 33985 | $303,000.00 | EXHIBIT A |
| 252 | HAIRSTON, JOHN W | 34016 | $36,000.00 | EXHIBIT A |
| 253 | HAIRSTON, JOHN W | 34017 | $36,000.00 | EXHIBIT A |
| 254 | HAIRSTON, JOHN W | 34023 | $36,000.00 | EXHIBIT A |
| 255 | HALE, TIMOTHY | 34431 | $120,000.00 | EXHIBIT A |
| 256 | HALL, JERRY | 33770 | $402,000.00 | EXHIBIT A |
| 257 | HALL, RONALD | 33907 | $1,000.00 | EXHIBIT A |
| 258 | HAMMOND, MICHAEL VERNON | 33906 | $6,000.00 | EXHIBIT A |
| 259 | HARDCASTLE, TERRY | 33768 | $21,000.00 | EXHIBIT A |
| 260 | HARKNESS, JACK E | 33767 | $2,000.00 | EXHIBIT A |
| 261 | HARKNESS, JACK E | 34024 | $22,000.00 | EXHIBIT A |
| 262 | HARPER, BOBBY JOE | 33765 | $6,000.00 | EXHIBIT A |
| 263 | HARPER, JERRY D | 33759 | $8,000.00 | EXHIBIT A |
| 264 | HARRIS, RICKY D | 33905 | $12,000.00 | EXHIBIT A |
| 265 | HATCHER, JAMES , SR | 33904 | $4,000.00 | EXHIBIT A |
| 266 | HATHORN, JAMES | 33751 | $34,000.00 | EXHIBIT A |
| 267 | HATHORN, JAMES | 33753 | $24,000.00 | EXHIBIT A |
| 268 | HEAPS, RONALD E | 33897 | $24,000.00 | EXHIBIT A |
| 269 | HEGGINS, MARTHA | 33811 | $144,000.00 | EXHIBIT A |
| 270 | HEJL, FRANKIE R | 33833 | $408,000.00 | EXHIBIT A |
| 271 | HENDERSON, STEVE | 33824 | $96,000.00 | EXHIBIT A |
| 272 | HENRY, IRA P | 33896 | $73,750.00 | EXHIBIT A |

470012

| | | | | |
|---|---|---|---|---|
| 273 | HENRY, RICK | 33823 | $144,000.00 | EXHIBIT A |
| 274 | HENSON, WESLEY | 33885 | $399,000.00 | EXHIBIT A |
| 275 | HERNANDEZ, JOHN T | 33909 | $1,000.00 | EXHIBIT A |
| 276 | HESTER, JEFFERSON | 33884 | $12,000.00 | EXHIBIT A |
| 277 | HIBBERT, JOHN WESLEY | 33910 | $18,000.00 | EXHIBIT A |
| 278 | HICKERSON, DENNIS | 33881 | $384,000.00 | EXHIBIT A |
| 279 | HICKERSON, DENNIS | 33882 | $1,536,000.00 | EXHIBIT A |
| 280 | HILL, WILLIAM | 34021 | $29,000.00 | EXHIBIT A |
| 281 | HILL, WILLIE | 33727 | $384,000.00 | EXHIBIT A |
| 282 | HINES, WELDON M | 33721 | $432,000.00 | EXHIBIT A |
| 283 | HINOJOS, ISMAEL | 33937 | $6,000.00 | EXHIBIT A |
| 284 | HIRT, JOHNNY | 34050 | $362,000.00 | EXHIBIT A |
| 285 | HOFFMAN, ROBERT F | 33936 | $32,100.00 | EXHIBIT A |
| 286 | HOLDER, SPARKY L | 33935 | $1,000.00 | EXHIBIT A |
| 287 | HOLSTED, RONALD V | 33934 | $3,000.00 | EXHIBIT A |
| 288 | HOLT, DREXEL M, III | 34052 | $24,000.00 | EXHIBIT A |
| 289 | HOOVER, WILLIAM A, JR | 33945 | $6,000.00 | EXHIBIT A |
| 290 | HORNER, DEWEY LEE | 34042 | $1,000.00 | EXHIBIT A |
| 291 | HOUSTON, DANNY R | 34069 | $12,000.00 | EXHIBIT A |
| 292 | HOUSTON, DANNY R | 34070 | $2,000.00 | EXHIBIT A |
| 293 | HOUSTON, DANNY R | 34072 | $5,000.00 | EXHIBIT A |
| 294 | HOUSTON, DANNY R | 34073 | $5,000.00 | EXHIBIT A |
| 295 | HOUSTON, DANNY R | 34074 | $9,000.00 | EXHIBIT A |
| 296 | HOUSTON, DANNY R | 34080 | $186,500.00 | EXHIBIT A |
| 297 | HOUSTON, GEORGE | 34010 | $372,000.00 | EXHIBIT A |
| 298 | HOWELL, LEONARD B | 34001 | $24,000.00 | EXHIBIT A |
| 299 | HOWELL, LEONARD B | 34002 | $24,000.00 | EXHIBIT A |
| 300 | HUDSON, PAUL | 33943 | $1,000.00 | EXHIBIT A |
| 301 | HUDSON, PAUL | 33944 | $36,500.00 | EXHIBIT A |
| 302 | HUFFMAN, ERMA L | 34003 | $30,000.00 | EXHIBIT A |
| 303 | HUHN, GEORGE | 33999 | $500.00 | EXHIBIT A |
| 304 | HUHN, GEORGE | 34000 | $500.00 | EXHIBIT A |
| 305 | HUNT, ROBERT | 34115 | $1,000.00 | EXHIBIT A |
| 306 | HUNT, TED | 33942 | $2,000.00 | EXHIBIT A |
| 307 | HUNTER, WILLIAM | 34116 | $2,000.00 | EXHIBIT A |
| 308 | HUNTER, WILLIAM | 34117 | $4,000.00 | EXHIBIT A |
| 309 | HURT, ERNEST | 34166 | $264,000.00 | EXHIBIT A |
| 310 | INGUAGIATO, PAUL | 33941 | $4,000.00 | EXHIBIT A |
| 311 | INMAN, RALPH | 34505 | UNDETERMINED* | EXHIBIT A |
| 312 | INMAN, RONNIE L | 34511 | $24,000.00 | EXHIBIT A |
| 313 | INMAN, RONNIE L | 34512 | $32,000.00 | EXHIBIT A |
| 314 | ISELT, GLENN E | 34138 | $2,040,000.00 | EXHIBIT A |
| 315 | JACKSON, JOE N | 33996 | $78,000.00 | EXHIBIT A |
| 316 | JACKSON, WILLIAM WADE | 33933 | $36,000.00 | EXHIBIT A |
| 317 | JAMES, STANLEY M | 33932 | $1,000.00 | EXHIBIT A |
| 318 | JANOW, KERRY | 33931 | $4,000.00 | EXHIBIT A |
| 319 | JANOW, SUSAN E | 33930 | $4,000.00 | EXHIBIT A |

| 320 | JEFFERS, MICHAEL R | 33929 | $108,250.00 | EXHIBIT A |
| 321 | JENNINGS, DOUG M | 33928 | $108,000.00 | EXHIBIT A |
| 322 | JOHANSON, BENNY RAY | 33927 | $3,000.00 | EXHIBIT A |
| 323 | JOHNSON, ALAN R | 33926 | $4,000.00 | EXHIBIT A |
| 324 | JOHNSON, AMIEL J, JR | 34091 | $96,000.00 | EXHIBIT A |
| 325 | JOHNSON, CRAIG L | 33925 | $24,000.00 | EXHIBIT A |
| 326 | JOHNSON, DARREN | 34144 | $108,000.00 | EXHIBIT A |
| 327 | JOHNSON, JAMES G | 34054 | $9,000.00 | EXHIBIT A |
| 328 | JOHNSON, PAUL R | 34083 | $1,920,000.00 | EXHIBIT A |
| 329 | JOHNSON, PAUL R | 34084 | $1,920,000.00 | EXHIBIT A |
| 330 | JOHNSTON, JOHN R | 34092 | $4,000.00 | EXHIBIT A |
| 331 | JONES, ANTHONY R | 33924 | $2,000.00 | EXHIBIT A |
| 332 | JONES, ARTIE LEE, JR | 34483 | $336,000.00 | EXHIBIT A |
| 333 | JONES, BOBBY | 34094 | $1,000.00 | EXHIBIT A |
| 334 | JONES, DANNY V | 34145 | $348,000.00 | EXHIBIT A |
| 335 | JONES, DELORIS | 34149 | $318,000.00 | EXHIBIT A |
| 336 | JONES, DELORIS | 34155 | $318,000.00 | EXHIBIT A |
| 337 | JONES, DELORIS | 34157 | $318,000.00 | EXHIBIT A |
| 338 | JONES, DELORIS | 34158 | $1,584,000.00 | EXHIBIT A |
| 339 | JONES, ELBERT D | 34494 | $408,000.00 | EXHIBIT A |
| 340 | JONES, GLEN | 33923 | $4,000.00 | EXHIBIT A |
| 341 | JONES, MAJOR , JR | 34026 | $24,000.00 | EXHIBIT A |
| 342 | JONES, ROBERT C | 33922 | $12,000.00 | EXHIBIT A |
| 343 | JORDAN, DERRELL L | 34028 | $21,000.00 | EXHIBIT A |
| 344 | JUNG, ERNEST IRVIN, JR | 33921 | $28,066.00 | EXHIBIT A |
| 345 | KASTLE, ROBERT | 33920 | $16,000.00 | EXHIBIT A |
| 346 | KEEFER, EDWARD | 33919 | $5,000.00 | EXHIBIT A |
| 347 | KEIL, EUGENE | 34030 | $192,000.00 | EXHIBIT A |
| 348 | KELLEY, ANTHONY | 34038 | $3,000.00 | EXHIBIT A |
| 349 | KELLEY, ANTHONY | 34040 | $21,000.00 | EXHIBIT A |
| 350 | KELLY, GENE E | 33918 | $91,000.00 | EXHIBIT A |
| 351 | KINDLE, BUDDY G | 33878 | $42,000.00 | EXHIBIT A |
| 352 | KINGERY, GORDON L | 33873 | $38,500.00 | EXHIBIT A |
| 353 | KINGERY, GORDON L | 33874 | $2,000.00 | EXHIBIT A |
| 354 | KLEINMAN, JOHN | 33871 | $19,000.00 | EXHIBIT A |
| 355 | KLEINMAN, JOHN | 33872 | $19,000.00 | EXHIBIT A |
| 356 | KNIGHT, PAUL | 33869 | $6,000.00 | EXHIBIT A |
| 357 | KORNEGAY, GARY L | 34504 | $180,000.00 | EXHIBIT A |
| 358 | KOTOFF, FRANK | 33917 | $1,000.00 | EXHIBIT A |
| 359 | KUMAR, JAMES | 33916 | $3,000.00 | EXHIBIT A |
| 360 | LACK, BOBBY | 34488 | $31,500.00 | EXHIBIT A |
| 361 | LACY, MANUEL D | 33915 | $84,000.00 | EXHIBIT A |
| 362 | LAFFERTY, STEPHEN DALE | 34165 | $84,000.00 | EXHIBIT A |
| 363 | LANGDON, WILLIAM M | 33914 | $46,000.00 | EXHIBIT A |
| 364 | LANKFORD, HAROLD | 34126 | $1,095,500.00 | EXHIBIT A |
| 365 | LANKFORD, HERMAN GERALD | 33913 | $36,000.00 | EXHIBIT A |
| 366 | LATKA, NEIL W | 33912 | $792,000.00 | EXHIBIT A |

| 367 | LEAVERTON, LEROY M | 33911 | $1,000.00 | EXHIBIT A |
|-----|--------------------|-------|-----------|-----------|
| 368 | LEE, DONALD E | 34132 | $132,000.00 | EXHIBIT A |
| 369 | LEHOTAY, EDWARD M | 33903 | $8,000.00 | EXHIBIT A |
| 370 | LEJEUNE, ERWIN | 34167 | $300,000.00 | EXHIBIT A |
| 371 | LEONARD, STEVEN M | 33902 | $6,000.00 | EXHIBIT A |
| 372 | LINGREN, RICHARD | 33901 | $10,000.00 | EXHIBIT A |
| 373 | LITTLE, MICHAEL W | 34171 | $1,302,000.00 | EXHIBIT A |
| 374 | LOCKE, MONTE | 34100 | $120,000.00 | EXHIBIT A |
| 375 | LOCKLIN, DAVID B | 33900 | $10,000.00 | EXHIBIT A |
| 376 | LOPEZ, ANTHONY | 33899 | $15,000.00 | EXHIBIT A |
| 377 | LOPEZ, ARMANDO | 34106 | $58,000.00 | EXHIBIT A |
| 378 | LOPEZ, ARMANDO | 34107 | $6,000.00 | EXHIBIT A |
| 379 | LOVE, LYNN H | 34108 | $171,000.00 | EXHIBIT A |
| 380 | LOVE, RICHARD M | 33898 | $2,000.00 | EXHIBIT A |
| 381 | LOWDER, JAMES | 34110 | $11,000.00 | EXHIBIT A |
| 382 | LUNA, VERNIE | 34112 | $24,000.00 | EXHIBIT A |
| 383 | MALONE, FLOYD E | 34544 | $480,000.00 | EXHIBIT A |
| 384 | MALONE, MICHAEL | 34547 | $420,000.00 | EXHIBIT A |
| 385 | MARCUS, BILLY J | 34548 | $8,000.00 | EXHIBIT A |
| 386 | MAREK, JOHN | 34549 | $138,000.00 | EXHIBIT A |
| 387 | MARRANZINO, THOMAS | 34550 | $2,000.00 | EXHIBIT A |
| 388 | MARTIN, LARRY D | 34551 | $4,200.00 | EXHIBIT A |
| 389 | MARTIN, WILEY J | 34554 | $402,000.00 | EXHIBIT A |
| 390 | MARTINEZ, GERALDINE | 34555 | $25,000.00 | EXHIBIT A |
| 391 | MARTINEZ, JIMMIE J | 34556 | $25,000.00 | EXHIBIT A |
| 392 | MASSENGALE, BENNY C | 34557 | $372,000.00 | EXHIBIT A |
| 393 | MATOUS, WENDELL | 34613 | $276,000.00 | EXHIBIT A |
| 394 | MATTEO, CARL A | 34641 | $8,000.00 | EXHIBIT A |
| 395 | MCCOY, HENRY | 34639 | $15,632.00 | EXHIBIT A |
| 396 | MCCOY, HENRY | 34640 | $2,250.00 | EXHIBIT A |
| 397 | MCCREARY, BILLY D | 34716 | $24,000.00 | EXHIBIT A |
| 398 | MCCURRY, DARWIN E | 34723 | $6,000.00 | EXHIBIT A |
| 399 | MCDONALD, PAUL D | 34724 | $1,000.00 | EXHIBIT A |
| 400 | MCDOWELL, JAMES R | 34725 | $96,000.00 | EXHIBIT A |
| 401 | MCFARLAND, CHARLIE ROSS, JR | 34726 | $9,000.00 | EXHIBIT A |
| 402 | MCGEE, WAYNE L | 34728 | $300.00 | EXHIBIT A |
| 403 | MCGINTY, THOMAS V | 34743 | $9,000.00 | EXHIBIT A |
| 404 | MCGINTY, THOMAS V | 34744 | $9,000.00 | EXHIBIT A |
| 405 | MCGUIRE, LARRY | 34745 | $1,000.00 | EXHIBIT A |
| 406 | MCKELLAR, COVERSON , JR | 34747 | $144,000.00 | EXHIBIT A |
| 407 | MCNAMARA, JOHN | 34748 | $11,500.00 | EXHIBIT A |
| 408 | MCNERNEY, TOM | 34749 | $2,000.00 | EXHIBIT A |
| 409 | MCOSKER, MARTIN | 34750 | $2,500.00 | EXHIBIT A |
| 410 | MEEKS, TRAVIS , JR | 34753 | $396,000.00 | EXHIBIT A |
| 411 | MENDEZ, WILLIAM | 34842 | $1,000.00 | EXHIBIT A |
| 412 | MENDEZ, WILLIAM | 34843 | $1,000.00 | EXHIBIT A |
| 413 | MERRYMAN, WILLIAM | 35241 | $206,500.00 | EXHIBIT A |

| 414 | MIKSCH, RONNY R | 35202 | $360,000.00 | EXHIBIT A |
| 415 | MILLER, HIALARD | 35198 | $33,500.00 | EXHIBIT A |
| 416 | MILLER, MICHAEL E | 35210 | $300,000.00 | EXHIBIT A |
| 417 | MILLER, ROYDEN | 35199 | $264,000.00 | EXHIBIT A |
| 418 | MIMS, QUENTIN | 34729 | $2,000.00 | EXHIBIT A |
| 419 | MITCHELL, ANTHONY | 34629 | $744,000.00 | EXHIBIT A |
| 420 | MITCHELL, CALVIN | 34647 | $132,000.00 | EXHIBIT A |
| 421 | MITCHELL, WILLIS C | 34650 | $420,000.00 | EXHIBIT A |
| 422 | MIXON, TIM D | 34631 | $6,000.00 | EXHIBIT A |
| 423 | MIXON, TIM D | 34632 | $6,000.00 | EXHIBIT A |
| 424 | MOCIO, JOHN | 34634 | $2,000.00 | EXHIBIT A |
| 425 | MOHAN, KEITH | 34513 | $8,000.00 | EXHIBIT A |
| 426 | MOHAN, KEITH | 34514 | $8,000.00 | EXHIBIT A |
| 427 | MONTELONGO, VICTOR G | 34515 | $384,000.00 | EXHIBIT A |
| 428 | MONTOYA, JOHN J | 34519 | $402,000.00 | EXHIBIT A |
| 429 | MOODY, LEE | 34527 | $264,000.00 | EXHIBIT A |
| 430 | MOORE, GARY W | 34863 | $408,000.00 | EXHIBIT A |
| 431 | MOORE, JOE E | 34865 | $4,000.00 | EXHIBIT A |
| 432 | MORPHEW, RONALD | 34870 | $87,500.00 | EXHIBIT A |
| 433 | MOSELEY, ROGER | 34816 | $6,000.00 | EXHIBIT A |
| 434 | MOSELEY, ROGER | 34818 | $3,000.00 | EXHIBIT A |
| 435 | MOSLEY, BILLY E | 34822 | $24,000.00 | EXHIBIT A |
| 436 | MOSS, ROY K | 34886 | $360,000.00 | EXHIBIT A |
| 437 | MOSS, TROY | 34888 | $21,000.00 | EXHIBIT A |
| 438 | MOSTYN, KENNETH , SR | 35370 | $408,000.00 | EXHIBIT A |
| 439 | MOSTYN, KENNETH A, JR | 34895 | $312,000.00 | EXHIBIT A |
| 440 | MUDD, JAMES L | 35425 | $12,000.00 | EXHIBIT A |
| 441 | MULLINS, JOE | 35455 | $500.00 | EXHIBIT A |
| 442 | MURPHY, MICHAEL PATRICK, II | 35446 | $10,000.00 | EXHIBIT A |
| 443 | MUSTACCHIO, PETER J | 35445 | $500.00 | EXHIBIT A |
| 444 | MYERS, MAX | 35454 | $7,000.00 | EXHIBIT A |
| 445 | NATION, JOHNNY A | 35444 | $48,000.00 | EXHIBIT A |
| 446 | NELSON, WILLIAM | 35443 | $5,000.00 | EXHIBIT A |
| 447 | NEWELL, MARVIN | 35395 | $4,000.00 | EXHIBIT A |
| 448 | NEWMAN, JAMES S | 35437 | $264,000.00 | EXHIBIT A |
| 449 | NEWMAN, WILLIE LEE | 35436 | $1,000.00 | EXHIBIT A |
| 450 | NEYLON, ANTHONY M | 35435 | $4,000.00 | EXHIBIT A |
| 451 | NIEMANN, GILBERT | 35481 | $61,000.00 | EXHIBIT A |
| 452 | NIEMTSCHK, RUSSELL | 35429 | $336,000.00 | EXHIBIT A |
| 453 | NOBLES, SAMUEL D | 35453 | $2,033.00 | EXHIBIT A |
| 454 | NOLLEN, ROBERT D | 35393 | $6,000.00 | EXHIBIT A |
| 455 | NUTTER, LEO | 35427 | $35,000.00 | EXHIBIT A |
| 456 | OCHOA, HECTOR J | 35392 | $55,000.00 | EXHIBIT A |
| 457 | ODOM, JOHN PATRICK | 35381 | $370,000.00 | EXHIBIT A |
| 458 | ODOM, KENNETH | 35379 | $10,500.00 | EXHIBIT A |
| 459 | ODOM, KENNETH | 35380 | $35,000.00 | EXHIBIT A |
| 460 | O'HARA, JOHN | 35377 | $2,000.00 | EXHIBIT A |

| 461 | O'ROURKE, DANIEL | 35376 | $13,300.00 | EXHIBIT A |
|-----|------------------|-------|-----------|-----------|
| 462 | OSBORN, MERRILL | 35375 | $5,250.00 | EXHIBIT A |
| 463 | OSBORNE, RICHARD | 35373 | $12,000.00 | EXHIBIT A |
| 464 | OTTINGER, BILLY D | 35305 | $717,000.00 | EXHIBIT A |
| 465 | OTTINGER, JIMMY | 34737 | $396,000.00 | EXHIBIT A |
| 466 | OVERHOLT, CHARLES | 35298 | $5,000.00 | EXHIBIT A |
| 467 | PACK, BILLY RAY, II | 34541 | $6,000.00 | EXHIBIT A |
| 468 | PADILLA, OLIVER G | 34540 | $107,250.00 | EXHIBIT A |
| 469 | PAGE, VERNON | 34539 | $500.00 | EXHIBIT A |
| 470 | PALMER, BENNY | 34538 | $1,000.00 | EXHIBIT A |
| 471 | PARKER, CHARLES | 34535 | $24,000.00 | EXHIBIT A |
| 472 | PARKER, JAMES R, SR | 34624 | $60,000.00 | EXHIBIT A |
| 473 | PARKER, JAMES R, SR | 34627 | $312,000.00 | EXHIBIT A |
| 474 | PARKER, ODELL L | 34534 | $30,000.00 | EXHIBIT A |
| 475 | PASSERO, RONALD J | 34532 | $25,000.00 | EXHIBIT A |
| 476 | PASSERO, RONALD J | 34533 | $7,000.00 | EXHIBIT A |
| 477 | PATTERSON, JOHNNY | 34616 | $3,000.00 | EXHIBIT A |
| 478 | PELZEL, ROBERT J | 34706 | $336,000.00 | EXHIBIT A |
| 479 | PENDERGRAFT, GEORGE | 34700 | $3,000.00 | EXHIBIT A |
| 480 | PEOPLES, TUXIE | 34699 | $11,000.00 | EXHIBIT A |
| 481 | PERDUE, GUY R | 34695 | $1,000.00 | EXHIBIT A |
| 482 | PERDUE, GUY R | 34697 | $1,000.00 | EXHIBIT A |
| 483 | PEREZ, JESSE | 34698 | $14,000.00 | EXHIBIT A |
| 484 | PERSON, WALTER J | 34688 | $360,000.00 | EXHIBIT A |
| 485 | PETERS, WILLIAM M | 34686 | $60,000.00 | EXHIBIT A |
| 486 | PETTY, KENNETH | 34680 | $348,000.00 | EXHIBIT A |
| 487 | PETTY, KENNETH | 34684 | $348,000.00 | EXHIBIT A |
| 488 | PHILLIPS, BOBBY E | 34678 | $7,000.00 | EXHIBIT A |
| 489 | PHILLIPS, WILLIE E | 34604 | $386,000.00 | EXHIBIT A |
| 490 | PHILLIPS, WILLIE E | 34605 | $360,000.00 | EXHIBIT A |
| 491 | PIERCE, RANDALL | 34602 | $348,000.00 | EXHIBIT A |
| 492 | POLITO, FRANK , JR | 34599 | $2,000.00 | EXHIBIT A |
| 493 | POLSON, RICHARD E | 34598 | $18,000.00 | EXHIBIT A |
| 494 | POOLE, DENNIS L | 34597 | $10,000.00 | EXHIBIT A |
| 495 | PORTER, BOBBY RAY | 34595 | $372,000.00 | EXHIBIT A |
| 496 | PRESTON, PATRICK | 34592 | $250.00 | EXHIBIT A |
| 497 | PRESTON, PATRICK | 34593 | $9,850.00 | EXHIBIT A |
| 498 | PRESTON, TOMMY LEE | 34588 | $36,000.00 | EXHIBIT A |
| 499 | PRICE, KENNETH | 34586 | $3,000.00 | EXHIBIT A |
| 500 | PRICE, KEVIN | 34584 | $1,000.00 | EXHIBIT A |
| 501 | PRICE, KEVIN | 34585 | $1,000.00 | EXHIBIT A |
| 502 | PRINCE, STEVEN L | 34582 | $9,000.00 | EXHIBIT A |
| 503 | PRINCE, STEVEN L | 34583 | $9,000.00 | EXHIBIT A |
| 504 | PUGH, JON W | 34575 | $384,000.00 | EXHIBIT A |
| 505 | PUGH, JON W | 34577 | $384,000.00 | EXHIBIT A |
| 506 | PYLE, TERRY L | 34572 | $33,000.00 | EXHIBIT A |
| 507 | PYLE, TERRY L | 34573 | $52,000.00 | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 508 | RALEY, HAROLD | 34570 | $24,000.00 | EXHIBIT A |
| 509 | RAMSEY, EDWIN A | 34564 | $396,000.00 | EXHIBIT A |
| 510 | RASO, LAWRENCE L | 34563 | $246,000.00 | EXHIBIT A |
| 511 | RAY, LONNIE | 34561 | $360,000.00 | EXHIBIT A |
| 512 | REAGAN, KELLY | 34447 | $156,000.00 | EXHIBIT A |
| 513 | REDDING, SAMUEL | 34781 | $10,500.00 | EXHIBIT A |
| 514 | REDIFER, HENRY L | 34655 | $2,000.00 | EXHIBIT A |
| 515 | REECE, ARLIE | 34656 | $500.00 | EXHIBIT A |
| 516 | REECE, ARLIE | 34657 | $500.00 | EXHIBIT A |
| 517 | REED, JERRIE W | 34658 | $204,000.00 | EXHIBIT A |
| 518 | RENEAU, ERNEST J | 34665 | $152,100.00 | EXHIBIT A |
| 519 | REYES, RUBEN V | 34669 | $12,000.00 | EXHIBIT A |
| 520 | RHOADES, EVERETT C | 34668 | $49,000.00 | EXHIBIT A |
| 521 | RINKLE, DONNIE | 34667 | $3,000.00 | EXHIBIT A |
| 522 | ROBBINS, EUGENE LEE | 34666 | $10,000.00 | EXHIBIT A |
| 523 | ROBERSON, THEMOTRIC E | 34670 | $12,000.00 | EXHIBIT A |
| 524 | ROCKFORD, GARY | 34826 | $2,000.00 | EXHIBIT A |
| 525 | RODGERS, BOBBY L | 34827 | $240,000.00 | EXHIBIT A |
| 526 | ROGERS, MARJORIE A | 35193 | $1,000,000.00 | EXHIBIT A |
| 527 | ROSSON, JOHN | 35192 | $2,000.00 | EXHIBIT A |
| 528 | RUBIO, PUOQUINTO | 35156 | $576,000.00 | EXHIBIT A |
| 529 | RUSSELL, GRADY H | 35194 | $420,000.00 | EXHIBIT A |
| 530 | SALAZAR, PATRICIO C | 34786 | $11,000.00 | EXHIBIT A |
| 531 | SALAZAR, RUDY P | 35197 | $4,000.00 | EXHIBIT A |
| 532 | SANDERS, GORDON | 34904 | $250.00 | EXHIBIT A |
| 533 | SCHAFT, RONALD | 35191 | $15,000.00 | EXHIBIT A |
| 534 | SCHAUB, KLAUS | 34884 | $4,000.00 | EXHIBIT A |
| 535 | SCHELL, MARCUS F | 34882 | $4,000.00 | EXHIBIT A |
| 536 | SCHERER, ROBERT L | 34883 | $18,000.00 | EXHIBIT A |
| 537 | SCHEXNAYDRE, MICHAEL | 34881 | $36,000.00 | EXHIBIT A |
| 538 | SCHIBLER, JAMES W | 34880 | $31,000.00 | EXHIBIT A |
| 539 | SCHOENER, JERRY | 34878 | $288,000.00 | EXHIBIT A |
| 540 | SCOTT, BOB L | 35268 | $2,000.00 | EXHIBIT A |
| 541 | SCRUGGS, BOBBY | 35176 | $388,000.00 | EXHIBIT A |
| 542 | SENA, TIMOTEO LEE | 35184 | $12,000.00 | EXHIBIT A |
| 543 | SERVANTEZ, CHARLES | 36218 | $468,000.00 | EXHIBIT A |
| 544 | SHEPPARD, DOUGLAS S | 35183 | $18,000.00 | EXHIBIT A |
| 545 | SHERRILL, RANDY | 34790 | $396,000.00 | EXHIBIT A |
| 546 | SHOCKEY, STEPHEN | 34871 | $372,000.00 | EXHIBIT A |
| 547 | SHOOK, DENNIS D | 34872 | $1,000.00 | EXHIBIT A |
| 548 | SHRUM, RICHARD M | 34873 | $31,000.00 | EXHIBIT A |
| 549 | SHUFFIELD, MILTON | 34765 | $102,000.00 | EXHIBIT A |
| 550 | SHUFFIELD, MILTON | 34766 | $102,000.00 | EXHIBIT A |
| 551 | SIMANK, BILLY ED | 35212 | $552,000.00 | EXHIBIT A |
| 552 | SIMMONS, DAVID D | 35253 | $7,000.00 | EXHIBIT A |
| 553 | SIMPSON, RONNIE JOE | 35190 | $15,000.00 | EXHIBIT A |
| 554 | SIPES, BARNEY O | 36213 | $228,000.00 | EXHIBIT A |

| 555 | SISNEROS, RODOLFO | 35189 | $3,000.00 | EXHIBIT A |
|---|---|---|---|---|
| 556 | SKELLY, JAMES R | 36226 | $408,000.00 | EXHIBIT A |
| 557 | SKINNER, JAMES A | 35188 | $50,000.00 | EXHIBIT A |
| 558 | SLAUGHTER, DALE | 36261 | $1,000.00 | EXHIBIT A |
| 559 | SLAUGHTER, DALE | 36262 | $1,000.00 | EXHIBIT A |
| 560 | SLAUGHTER, DALE | 36263 | $3,000.00 | EXHIBIT A |
| 561 | SLAUGHTER, DALE | 36265 | $3,000.00 | EXHIBIT A |
| 562 | SMITH, AUBREY EDWARD | 35260 | $30,000.00 | EXHIBIT A |
| 563 | SMITH, BONNIE | 34780 | $12,000.00 | EXHIBIT A |
| 564 | SMITH, CHARLES B | 34789 | $5,000.00 | EXHIBIT A |
| 565 | SMITH, FREDERICK A | 35256 | $24,500.00 | EXHIBIT A |
| 566 | SMITH, HAROLD | 34856 | $12,000.00 | EXHIBIT A |
| 567 | SMITH, JACKIE D | 34857 | $7,000.00 | EXHIBIT A |
| 568 | SMITH, JOHN W | 35258 | $12,000.00 | EXHIBIT A |
| 569 | SMITH, LARRY C | 35262 | $12,000.00 | EXHIBIT A |
| 570 | SMITH, LOUIS E | 35269 | $6,000.00 | EXHIBIT A |
| 571 | SMITH, PERCY | 34858 | $2,000.00 | EXHIBIT A |
| 572 | SMITH, ROBERT, JR | 34859 | $3,000.00 | EXHIBIT A |
| 573 | SMITH, ROGER | 34860 | $3,000.00 | EXHIBIT A |
| 574 | SNELSON, DONALD G | 34062 | $16,000.00 | EXHIBIT A |
| 575 | SORENSEN, RICHARD E | 34229 | $24,000.00 | EXHIBIT A |
| 576 | SORENSEN, RICHARD E | 34230 | $24,000.00 | EXHIBIT A |
| 577 | SPIVEY, JAMES A | 34057 | $250.00 | EXHIBIT A |
| 578 | STANFORD, KENNETH | 34204 | $312,000.00 | EXHIBIT A |
| 579 | STEELE, WAYNE THOMAS | 34063 | $2,000.00 | EXHIBIT A |
| 580 | STEELEY, RILEY C | 34177 | $7,000.00 | EXHIBIT A |
| 581 | STINSON, DAVID | 34247 | $2,000.00 | EXHIBIT A |
| 582 | STINSON, DAVID | 34248 | $2,000.00 | EXHIBIT A |
| 583 | STRAIN, PHILIP | 34061 | $18,000.00 | EXHIBIT A |
| 584 | STRINGER, LEONARD C | 34060 | $12,000.00 | EXHIBIT A |
| 585 | STRINGER, RUSS C | 34055 | $1,000.00 | EXHIBIT A |
| 586 | STRINGER, RUSS C | 34059 | $1,000.00 | EXHIBIT A |
| 587 | STUBBS, JOSEPH , JR | 34056 | $1,000.00 | EXHIBIT A |
| 588 | SULLIVAN, DAVE A | 34058 | $250.00 | EXHIBIT A |
| 589 | SWANN, GERALD | 34251 | $26,000.00 | EXHIBIT A |
| 590 | SWEENEY, JIMMY | 34468 | $126,000.00 | EXHIBIT A |
| 591 | TAFT, JIMMIE L | 34467 | $8,000.00 | EXHIBIT A |
| 592 | TARVER, DELMAN | 34245 | $420,000.00 | EXHIBIT A |
| 593 | TARVER, MARSHALL , JR | 34241 | $228,000.00 | EXHIBIT A |
| 594 | TAULLIE, JOSEPH | 34466 | $6,000.00 | EXHIBIT A |
| 595 | TAYLOR, MARK | 34228 | $204,000.00 | EXHIBIT A |
| 596 | TEBO, JD | 34464 | $20,000.00 | EXHIBIT A |
| 597 | TEIGEN, RAY C | 34465 | $60,000.00 | EXHIBIT A |
| 598 | TEINERT, ARNOLD | 34707 | $396,000.00 | EXHIBIT A |
| 599 | TEMUNOVIC, PETAR | 34463 | $1,000,000.00 | EXHIBIT A |
| 600 | THOMAS, CHARLES E | 34484 | $396,000.00 | EXHIBIT A |
| 601 | THOMAS, DWAIN | 34461 | $6,000.00 | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 602 | THOMAS, DWAIN | 34462 | $6,000.00 | EXHIBIT A |
| 603 | THOMAS, GEORGE E | 34476 | $12,000.00 | EXHIBIT A |
| 604 | THOMPSON, WILLIAM D | 34233 | $24,000.00 | EXHIBIT A |
| 605 | THORNTON, BILL O | 34489 | $21,875.00 | EXHIBIT A |
| 606 | THORNTON, CHARLES E | 34250 | $8,000.00 | EXHIBIT A |
| 607 | THORPE, DONNIE L | 34249 | $85,000.00 | EXHIBIT A |
| 608 | TIMBERLAKE, WALTER E | 34232 | $36,000.00 | EXHIBIT A |
| 609 | TOUSSAINT, DANIEL J | 34231 | $2,000.00 | EXHIBIT A |
| 610 | TOWNS, ROY R | 34218 | $408,000.00 | EXHIBIT A |
| 611 | TOWNSEND, ROBERT | 34217 | $6,000.00 | EXHIBIT A |
| 612 | TROXELL, TERRY | 34203 | $2,000.00 | EXHIBIT A |
| 613 | TRUJILLO, EVERETT A | 34211 | $2,000.00 | EXHIBIT A |
| 614 | TRUJILLO, RICARDO | 34210 | $12,000.00 | EXHIBIT A |
| 615 | TSO, GEORGE B | 34440 | $1,000.00 | EXHIBIT A |
| 616 | TSO, GEORGE B | 34441 | $79,000.00 | EXHIBIT A |
| 617 | TUCKER, STEVEN E | 34197 | $9,000.00 | EXHIBIT A |
| 618 | TUCKER, TIMOTHY | 34196 | $312,000.00 | EXHIBIT A |
| 619 | TURNER, CLEVELAND , JR | 34433 | $111,250.00 | EXHIBIT A |
| 620 | TURNER, EARL G | 34190 | $6,000.00 | EXHIBIT A |
| 621 | TURNER, EARL G | 34435 | $6,000.00 | EXHIBIT A |
| 622 | TURNER, GARRY B | 34450 | $348,000.00 | EXHIBIT A |
| 623 | TURNER, JAMES A | 34434 | $1,000.00 | EXHIBIT A |
| 624 | VANKIRK, MICHAEL L | 34432 | $1,000.00 | EXHIBIT A |
| 625 | VASQUEZ, ANDREW , JR | 34451 | $12,000.00 | EXHIBIT A |
| 626 | VASQUEZ, ANDREW , JR | 34452 | $96,000.00 | EXHIBIT A |
| 627 | VEAL, CLYDE | 34460 | $2,000.00 | EXHIBIT A |
| 628 | VEST, DARRELL W | 34453 | $3,000.00 | EXHIBIT A |
| 629 | WADHAMS, JOHN | 34189 | $1,000.00 | EXHIBIT A |
| 630 | WAGNER, JOHN J | 34188 | $6,000.00 | EXHIBIT A |
| 631 | WALDEN, TROY | 34429 | $18,000.00 | EXHIBIT A |
| 632 | WALDRUP, CURTIS | 34430 | $4,000.00 | EXHIBIT A |
| 633 | WALDRUP, RICHARD | 34902 | $16,000.00 | EXHIBIT A |
| 634 | WALKER, HERBERT | 34758 | $334,000.00 | EXHIBIT A |
| 635 | WALKER, RICHARD W | 34469 | $9,000.00 | EXHIBIT A |
| 636 | WALL, ERNEST KEITH | 34642 | $105,000.00 | EXHIBIT A |
| 637 | WALLACE, JOHNNY L | 34839 | $372,000.00 | EXHIBIT A |
| 638 | WALLACE, WALTER J, JR | 35342 | $3,000.00 | EXHIBIT A |
| 639 | WALLACE, WALTER J, JR | 35344 | $375,000.00 | EXHIBIT A |
| 640 | WALLER, WILLIAM | 34470 | $13,000.00 | EXHIBIT A |
| 641 | WARD, MELVIN L | 34471 | $8,000.00 | EXHIBIT A |
| 642 | WARREN, HERMAN | 34774 | $30,000.00 | EXHIBIT A |
| 643 | WATKINS, RICHARD | 35291 | $372,000.00 | EXHIBIT A |
| 644 | WEBB, ROBERT F | 35285 | $228,000.00 | EXHIBIT A |
| 645 | WELLS, ALVIN D, SR | 35282 | $1,008,000.00 | EXHIBIT A |
| 646 | WELLS, JERRY D | 35278 | $36,000.00 | EXHIBIT A |
| 647 | WELLS, JERRY D | 35279 | $36,000.00 | EXHIBIT A |
| 648 | WEST, DONALD D | 34472 | $12,000.00 | EXHIBIT A |

| 649 | WHEELIS, DAVID L | 34473 | $20,000.00 | EXHIBIT A |
| 650 | WHITE, BERTRAM | 35340 | $420,000.00 | EXHIBIT A |
| 651 | WHITE, CHARLES E | 35277 | $42,000.00 | EXHIBIT A |
| 652 | WHITE, LARRY D | 35154 | $432,000.00 | EXHIBIT A |
| 653 | WHITEMAN, NORMAN | 34474 | $3,000.00 | EXHIBIT A |
| 654 | WHITESELL, CHARLES | 35150 | $5,000.00 | EXHIBIT A |
| 655 | WICK, TIMOTHY | 34475 | $14,000.00 | EXHIBIT A |
| 656 | WIEDERHOLD, DWANE | 35149 | $372,000.00 | EXHIBIT A |
| 657 | WIEDERHOLD, MICHAEL | 35146 | $156,000.00 | EXHIBIT A |
| 658 | WILKENING, MIKE B | 35141 | $24,000.00 | EXHIBIT A |
| 659 | WILKENING, MIKE B | 35142 | $24,000.00 | EXHIBIT A |
| 660 | WILKERSON, JOHN L, JR | 34901 | $432,000.00 | EXHIBIT A |
| 661 | WILKINSON, JERRY D | 34722 | $13,000.00 | EXHIBIT A |
| 662 | WILLIAMS, JIMMIE DEE | 34906 | $845,000.00 | EXHIBIT A |
| 663 | WILLIAMS, JIMMIE L | 34834 | $1,000.00 | EXHIBIT A |
| 664 | WILLIAMS, JOE E | 34719 | $6,000.00 | EXHIBIT A |
| 665 | WILLIAMSON, BOBBY D | 35186 | $2,000.00 | EXHIBIT A |
| 666 | WILSON, CLYDE | 34909 | $420,000.00 | EXHIBIT A |
| 667 | WILSON, CLYDE | 34911 | $24,000.00 | EXHIBIT A |
| 668 | WILSON, DAVID WAYNE | 34730 | $18,000.00 | EXHIBIT A |
| 669 | WILSON, EULESS BARRY | 35138 | $9,000.00 | EXHIBIT A |
| 670 | WILSON, EULESS BARRY | 35139 | $15,000.00 | EXHIBIT A |
| 671 | WINDLE, ROBERT | 34720 | $6,000.00 | EXHIBIT A |
| 672 | WISE, MICHAEL J | 34855 | $1,000.00 | EXHIBIT A |
| 673 | WISE, MICHAEL J | 35125 | $9,250.00 | EXHIBIT A |
| 674 | WOOD, PAUL D | 35131 | $1,000.00 | EXHIBIT A |
| 675 | WOOD, PAUL D | 35133 | $1,000.00 | EXHIBIT A |
| 676 | WRIGHT, CAL R | 34854 | $38,000.00 | EXHIBIT A |
| 677 | YOUNG, DONALD WAYNE | 34848 | $3,500.00 | EXHIBIT A |
| 678 | YOUNG, DOUGLAS B | 34813 | $384,000.00 | EXHIBIT A |
| 679 | YOUNG, DOUGLAS B | 34814 | $384,000.00 | EXHIBIT A |
| 680 | YOUNGBLOOD, JEFFERSON N, JR | 34806 | $372,000.00 | EXHIBIT A |
| 681 | YOUNGER, NATHAN F | 34721 | $19,000.00 | EXHIBIT A |
| 682 | YURK, ROBERT | 34804 | $138,000.00 | EXHIBIT A |
| 683 | ZGABAY, SIDNEY | 34794 | $388,000.00 | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470012

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 14

BAR(23) MAIL ID *** 000194861753 ***



KAZAN MCCLAIN SATTERLEY GREENWOOD
JACK LONDON MARKET
55 HARRISON STREET, STE 400
OAKLAND, CA  94607-3858

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
steven.serajeddini@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re <u>ENERGY FUTURE HOLDINGS CORP., et al.</u>, Chapter 11 Case No. 14-10979</u>**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ALLEN, JAMES W. | 30869 | UNDETERMINED* | EXHIBIT A |
| 2 | ALLEN, KATHLEEN G. | 30868 | UNDETERMINED* | EXHIBIT A |
| 3 | ARCHULETA, MICHELLE | 30895 | UNDETERMINED* | EXHIBIT A |
| 4 | ARMBRUST, AMANDA | 30893 | UNDETERMINED* | EXHIBIT A |
| 5 | BAILEY, PHILLIP | 29110 | UNDETERMINED* | EXHIBIT A |
| 6 | BARRETT, ALLEYNE L. | 31879 | $1,000,000.00 | EXHIBIT A |
| 7 | BARRETT, ALLEYNE L. | 31880 | $1,000,000.00 | EXHIBIT A |
| 8 | BARRETT, ALLEYNE L. | 31881 | $1,000,000.00 | EXHIBIT A |
| 9 | BARRETT, ALLEYNE L. | 31882 | $1,000,000.00 | EXHIBIT A |
| 10 | BARRETT, ALLEYNE L. | 31883 | $1,000,000.00 | EXHIBIT A |
| 11 | BAUMANN, JODI | 30879 | UNDETERMINED* | EXHIBIT A |
| 12 | BAUMANN, MATTHEW | 30881 | UNDETERMINED* | EXHIBIT A |
| 13 | BEDNAREK, TAMARA | 30903 | UNDETERMINED* | EXHIBIT A |
| 14 | BERGSCHNEIDER, DENIS | 37845 | $1,000,000.00 | EXHIBIT A |
| 15 | BERGSCHNEIDER, DENIS | 37846 | $1,000,000.00 | EXHIBIT A |
| 16 | BERGSCHNEIDER, DENIS | 37847 | $1,000,000.00 | EXHIBIT A |
| 17 | BERGSCHNEIDER, DENIS | 37848 | $1,000,000.00 | EXHIBIT A |
| 18 | BOYD, DAVID M. | 30929 | UNDETERMINED* | EXHIBIT A |
| 19 | BRANIGER, GARLAND | 30941 | UNDETERMINED* | EXHIBIT A |
| 20 | BRELAND, BYRON D. | 37461 | UNDETERMINED* | EXHIBIT A |
| 21 | BRELAND, ETHEL J. | 37459 | UNDETERMINED* | EXHIBIT A |
| 22 | BRELAND, TANISHA C. | 37458 | UNDETERMINED* | EXHIBIT A |
| 23 | BRELAND, WILLIAM JR. | 37460 | UNDETERMINED* | EXHIBIT A |
| 24 | BRENNAN, LAWRENCE | 37453 | UNDETERMINED* | EXHIBIT A |
| 25 | CANDELARIA, ROBERTA | 30944 | UNDETERMINED* | EXHIBIT A |
| 26 | CHAVEZ, ADAM | 29112 | UNDETERMINED* | EXHIBIT A |
| 27 | CHAVEZ, BETTY | 29114 | UNDETERMINED* | EXHIBIT A |
| 28 | CHAVEZ, HENRY | 17037 | $1,000,000.00 | EXHIBIT A |
| 29 | CHAVEZ, HENRY | 17038 | $1,000,000.00 | EXHIBIT A |
| 30 | CHAVEZ, HENRY | 17039 | $1,000,000.00 | EXHIBIT A |
| 31 | CHAVEZ, HENRY | 17040 | $1,000,000.00 | EXHIBIT A |
| 32 | CHAVEZ, HENRY | 17041 | $1,000,000.00 | EXHIBIT A |
| 33 | CHAVEZ, HENRY LENNY | 29113 | UNDETERMINED* | EXHIBIT A |
| 34 | CHILES, CHANDA | 30896 | UNDETERMINED* | EXHIBIT A |
| 35 | CLAASSEN, LEROY | 15883 | UNDETERMINED* | EXHIBIT A |
| 36 | COBB, ROBIN | 17042 | $1,000,000.00 | EXHIBIT A |
| 37 | COBB, ROBIN | 17043 | $1,000,000.00 | EXHIBIT A |

| 38 | COBB, ROBIN | 17044 | $1,000,000.00 | EXHIBIT A |
|----|-------------|-------|---------------|-----------|
| 39 | COBB, ROBIN | 17045 | $1,000,000.00 | EXHIBIT A |
| 40 | COBB, ROBIN | 17046 | $1,000,000.00 | EXHIBIT A |
| 41 | COLLINS, MICHAEL S. | 30925 | UNDETERMINED* | EXHIBIT A |
| 42 | COSTLOW, JOSEPH | 30886 | UNDETERMINED* | EXHIBIT A |
| 43 | CRONIN, ROBERT SCOTT | 17143 | $1,000,000.00 | EXHIBIT A |
| 44 | CRONIN, ROBERT SCOTT | 17144 | $1,000,000.00 | EXHIBIT A |
| 45 | CRONIN, ROBERT SCOTT | 17145 | $1,000,000.00 | EXHIBIT A |
| 46 | CRONIN, ROBERT SCOTT | 17146 | $1,000,000.00 | EXHIBIT A |
| 47 | CRONIN, ROBERT SCOTT | 17147 | $1,000,000.00 | EXHIBIT A |
| 48 | CRUMP, CHARLES | 17242 | $1,000,000.00 | EXHIBIT A |
| 49 | CRUMP, CHARLES | 17243 | $1,000,000.00 | EXHIBIT A |
| 50 | CRUMP, CHARLES | 17244 | $1,000,000.00 | EXHIBIT A |
| 51 | CRUMP, CHARLES | 17245 | $1,000,000.00 | EXHIBIT A |
| 52 | CRUMP, CHARLES | 17278 | $1,000,000.00 | EXHIBIT A |
| 53 | CRUMP, KAREN | 30915 | UNDETERMINED* | EXHIBIT A |
| 54 | CURRELLEY, TIFFANY LEANNE | 30888 | UNDETERMINED* | EXHIBIT A |
| 55 | CYPHER, LINDA | 30880 | UNDETERMINED* | EXHIBIT A |
| 56 | CYPHER, WILLIAM S, SR | 30878 | UNDETERMINED* | EXHIBIT A |
| 57 | DAVENPORT, DAN | 17256 | $1,000,000.00 | EXHIBIT A |
| 58 | DAVENPORT, DAN | 17257 | $1,000,000.00 | EXHIBIT A |
| 59 | DAVENPORT, DAN | 17258 | $1,000,000.00 | EXHIBIT A |
| 60 | DAVENPORT, DAN | 17259 | $1,000,000.00 | EXHIBIT A |
| 61 | DAVENPORT, DAN | 17260 | $1,000,000.00 | EXHIBIT A |
| 62 | DAVENPORT, ROSEMARY | 17271 | $1,000,000.00 | EXHIBIT A |
| 63 | DAVENPORT, ROSEMARY | 17272 | $1,000,000.00 | EXHIBIT A |
| 64 | DAVENPORT, ROSEMARY | 17273 | $1,000,000.00 | EXHIBIT A |
| 65 | DAVENPORT, ROSEMARY | 17274 | $1,000,000.00 | EXHIBIT A |
| 66 | DAVENPORT, ROSEMARY | 17275 | $1,000,000.00 | EXHIBIT A |
| 67 | DICOMITIS, KRISTINE | 30892 | UNDETERMINED* | EXHIBIT A |
| 68 | DIGIACOMO, KIMBERLY | 17166 | $1,000,000.00 | EXHIBIT A |
| 69 | DIGIACOMO, KIMBERLY | 17167 | $1,000,000.00 | EXHIBIT A |
| 70 | DIGIACOMO, KIMBERLY | 17168 | $1,000,000.00 | EXHIBIT A |
| 71 | DIGIACOMO, KIMBERLY | 17169 | $1,000,000.00 | EXHIBIT A |
| 72 | DIGIACOMO, KIMBERLY | 17170 | $1,000,000.00 | EXHIBIT A |
| 73 | DIGIACOMO, RICHARD | 17176 | $1,000,000.00 | EXHIBIT A |
| 74 | DIGIACOMO, RICHARD | 17177 | $1,000,000.00 | EXHIBIT A |
| 75 | DIGIACOMO, RICHARD | 17178 | $1,000,000.00 | EXHIBIT A |
| 76 | DIGIACOMO, RICHARD | 17179 | $1,000,000.00 | EXHIBIT A |
| 77 | DIGIACOMO, RICHARD | 17180 | $1,000,000.00 | EXHIBIT A |
| 78 | DIXON, JOHN | 29115 | UNDETERMINED* | EXHIBIT A |
| 79 | DIXON, LINDA | 37525 | UNDETERMINED* | EXHIBIT A |
| 80 | DIXON, LINDA | 37532 | UNDETERMINED* | EXHIBIT A |
| 81 | DODSON, LYNN | 31888 | $1,000,000.00 | EXHIBIT A |
| 82 | DODSON, LYNN M. | 31884 | $1,000,000.00 | EXHIBIT A |
| 83 | DODSON, LYNN M. | 31885 | $1,000,000.00 | EXHIBIT A |
| 84 | DODSON, LYNN M. | 31886 | $1,000,000.00 | EXHIBIT A |

| 85 | DODSON, LYNN M. | 31887 | $1,000,000.00 | EXHIBIT A |
|---|---|---|---|---|
| 86 | DODSON, WILLIAM S. | 31858 | $1,000,000.00 | EXHIBIT A |
| 87 | DODSON, WILLIAM S. | 31859 | $1,000,000.00 | EXHIBIT A |
| 88 | DODSON, WILLIAM S. | 31860 | $1,000,000.00 | EXHIBIT A |
| 89 | DODSON, WILLIAM S. | 31861 | $1,000,000.00 | EXHIBIT A |
| 90 | DODSON, WILLIAM S. | 31862 | $1,000,000.00 | EXHIBIT A |
| 91 | DOWNER, ALAN R. | 37456 | UNDETERMINED* | EXHIBIT A |
| 92 | DRISCOLL, BILL | 17138 | $1,000,000.00 | EXHIBIT A |
| 93 | DRISCOLL, BILL | 17139 | $1,000,000.00 | EXHIBIT A |
| 94 | DRISCOLL, BILL | 17140 | $1,000,000.00 | EXHIBIT A |
| 95 | DRISCOLL, BILL | 17141 | $1,000,000.00 | EXHIBIT A |
| 96 | DRISCOLL, BILL | 17142 | $1,000,000.00 | EXHIBIT A |
| 97 | DUBOIS, KURTIS | 29100 | UNDETERMINED* | EXHIBIT A |
| 98 | DUNN, JOHN | 17012 | $1,000,000.00 | EXHIBIT A |
| 99 | DUNN, JOHN | 17013 | $1,000,000.00 | EXHIBIT A |
| 100 | DUNN, JOHN | 17014 | $1,000,000.00 | EXHIBIT A |
| 101 | DUNN, JOHN | 17015 | $1,000,000.00 | EXHIBIT A |
| 102 | DUNN, JOHN | 17016 | $1,000,000.00 | EXHIBIT A |
| 103 | EDRINGTON, PRESTON | 29124 | UNDETERMINED* | EXHIBIT A |
| 104 | ELLIS, ESTELLA | 30900 | UNDETERMINED* | EXHIBIT A |
| 105 | ELLIS, SAMUEL DAVID | 30901 | UNDETERMINED* | EXHIBIT A |
| 106 | ERIKSEN, CHRISTOPHER | 30852 | UNDETERMINED* | EXHIBIT A |
| 107 | ESTATE OF GEORGE FENICLE | 17201 | $1,000,000.00 | EXHIBIT A |
| 108 | ESTATE OF GEORGE FENICLE | 17202 | $1,000,000.00 | EXHIBIT A |
| 109 | ESTATE OF GEORGE FENICLE | 17203 | $1,000,000.00 | EXHIBIT A |
| 110 | ESTATE OF GEORGE FENICLE | 17204 | $1,000,000.00 | EXHIBIT A |
| 111 | ESTATE OF GEORGE FENICLE | 17205 | $1,000,000.00 | EXHIBIT A |
| 112 | FENICLE, MARK | 30874 | UNDETERMINED* | EXHIBIT A |
| 113 | FENICLE, SHIRLEY | 30875 | UNDETERMINED* | EXHIBIT A |
| 114 | FREEMAN, NICOLE | 30898 | UNDETERMINED* | EXHIBIT A |
| 115 | FRYE, CLAUDIA | 37463 | UNDETERMINED* | EXHIBIT A |
| 116 | FULTON, OLLIE | 17133 | $1,000,000.00 | EXHIBIT A |
| 117 | FULTON, OLLIE | 17134 | $1,000,000.00 | EXHIBIT A |
| 118 | FULTON, OLLIE | 17135 | $1,000,000.00 | EXHIBIT A |
| 119 | FULTON, OLLIE | 17136 | $1,000,000.00 | EXHIBIT A |
| 120 | FULTON, OLLIE | 17137 | $1,000,000.00 | EXHIBIT A |
| 121 | GABINELLI, JOSEPH, JR. | 30945 | UNDETERMINED* | EXHIBIT A |
| 122 | GABINELLI, SHIRLEY | 30889 | UNDETERMINED* | EXHIBIT A |
| 123 | GARNER, MADISON | 30859 | UNDETERMINED* | EXHIBIT A |
| 124 | GESSER, JAY | 37466 | UNDETERMINED* | EXHIBIT A |
| 125 | GIBBS, BILLIE | 15949 | UNDETERMINED* | EXHIBIT A |
| 126 | GIBBS, BOBBY | 17088 | $1,000,000.00 | EXHIBIT A |
| 127 | GIBBS, BOBBY | 17089 | $1,000,000.00 | EXHIBIT A |
| 128 | GIBBS, BOBBY | 17090 | $1,000,000.00 | EXHIBIT A |
| 129 | GIBBS, BOBBY | 17091 | $1,000,000.00 | EXHIBIT A |
| 130 | GIBBS, BOBBY | 17092 | $1,000,000.00 | EXHIBIT A |
| 131 | GORMAN, BEVERLY | 17246 | $1,000,000.00 | EXHIBIT A |

| 132 | GORMAN, BEVERLY | 17247 | $1,000,000.00 | EXHIBIT A |
| 133 | GORMAN, BEVERLY | 17248 | $1,000,000.00 | EXHIBIT A |
| 134 | GORMAN, BEVERLY | 17249 | $1,000,000.00 | EXHIBIT A |
| 135 | GORMAN, BEVERLY | 17250 | $1,000,000.00 | EXHIBIT A |
| 136 | GORMAN, MICHAEL | 17232 | $1,000,000.00 | EXHIBIT A |
| 137 | GORMAN, MICHAEL | 17233 | $1,000,000.00 | EXHIBIT A |
| 138 | GORMAN, MICHAEL | 17234 | $1,000,000.00 | EXHIBIT A |
| 139 | GORMAN, MICHAEL | 17235 | $1,000,000.00 | EXHIBIT A |
| 140 | GORMAN, MICHAEL | 17236 | $1,000,000.00 | EXHIBIT A |
| 141 | GRANHOLM, ALISSA | 30902 | UNDETERMINED* | EXHIBIT A |
| 142 | GRANHOLM, BRIAN | 30908 | UNDETERMINED* | EXHIBIT A |
| 143 | GRANHOLM, BRIAN, JR | 30904 | UNDETERMINED* | EXHIBIT A |
| 144 | GRANHOLM, PAULY | 30850 | UNDETERMINED* | EXHIBIT A |
| 145 | GREEN, JEFF | 30933 | UNDETERMINED* | EXHIBIT A |
| 146 | HAFLA, NICK | 30926 | UNDETERMINED* | EXHIBIT A |
| 147 | HALL, EDWIN A, JR | 17052 | $1,000,000.00 | EXHIBIT A |
| 148 | HALL, EDWIN A, JR | 17053 | $1,000,000.00 | EXHIBIT A |
| 149 | HALL, EDWIN A, JR | 17054 | $1,000,000.00 | EXHIBIT A |
| 150 | HALL, EDWIN A, JR | 17055 | $1,000,000.00 | EXHIBIT A |
| 151 | HALL, EDWIN A, JR | 17056 | $1,000,000.00 | EXHIBIT A |
| 152 | HALL, RUSSELL W | 17108 | $1,000,000.00 | EXHIBIT A |
| 153 | HALL, RUSSELL W | 17109 | $1,000,000.00 | EXHIBIT A |
| 154 | HALL, RUSSELL W | 17110 | $1,000,000.00 | EXHIBIT A |
| 155 | HALL, RUSSELL W | 17111 | $1,000,000.00 | EXHIBIT A |
| 156 | HALL, RUSSELL W | 17112 | $1,000,000.00 | EXHIBIT A |
| 157 | HARPER, JOHN W. III | 36732 | UNDETERMINED* | EXHIBIT A |
| 158 | HARPER, JOHN W. III | 36739 | UNDETERMINED* | EXHIBIT A |
| 159 | HARPER, JOHN W. III | 36765 | UNDETERMINED* | EXHIBIT A |
| 160 | HARTHAN, TIMOTHY J. | 29116 | UNDETERMINED* | EXHIBIT A |
| 161 | HARTLEY, DANIEL | 30890 | UNDETERMINED* | EXHIBIT A |
| 162 | HATHAWAY, COLE W. | 30861 | UNDETERMINED* | EXHIBIT A |
| 163 | HATHAWAY, LORI A | 30862 | UNDETERMINED* | EXHIBIT A |
| 164 | HATHAWAY, MACKENZIE, J. | 30864 | UNDETERMINED* | EXHIBIT A |
| 165 | HATHAWAY, NATHAN W. | 30863 | UNDETERMINED* | EXHIBIT A |
| 166 | HELTON, PAUL | 17032 | $1,000,000.00 | EXHIBIT A |
| 167 | HELTON, PAUL | 17033 | $1,000,000.00 | EXHIBIT A |
| 168 | HELTON, PAUL | 17034 | $1,000,000.00 | EXHIBIT A |
| 169 | HELTON, PAUL | 17035 | $1,000,000.00 | EXHIBIT A |
| 170 | HELTON, PAUL | 17036 | $1,000,000.00 | EXHIBIT A |
| 171 | HELTON, SUZANNE | 17153 | $1,000,000.00 | EXHIBIT A |
| 172 | HELTON, SUZANNE | 17154 | $1,000,000.00 | EXHIBIT A |
| 173 | HELTON, SUZANNE | 17155 | $1,000,000.00 | EXHIBIT A |
| 174 | HELTON, SUZANNE | 17276 | $1,000,000.00 | EXHIBIT A |
| 175 | HELTON, SUZANNE | 17277 | $1,000,000.00 | EXHIBIT A |
| 176 | HERMANNS, ARTHUR | 17027 | $1,000,000.00 | EXHIBIT A |
| 177 | HERMANNS, ARTHUR | 17028 | $1,000,000.00 | EXHIBIT A |
| 178 | HERMANNS, ARTHUR | 17029 | $1,000,000.00 | EXHIBIT A |

| 179 | HERMANNS, ARTHUR | 17030 | $1,000,000.00 | EXHIBIT A |
| 180 | HERMANNS, ARTHUR | 17031 | $1,000,000.00 | EXHIBIT A |
| 181 | HOAFAT, ROBERT G. | 29122 | UNDETERMINED* | EXHIBIT A |
| 182 | HOAFAT, TAMI J. | 29121 | UNDETERMINED* | EXHIBIT A |
| 183 | HOLMES, GLORIA | 36750 | UNDETERMINED* | EXHIBIT A |
| 184 | HOLMES, GLORIA | 36751 | UNDETERMINED* | EXHIBIT A |
| 185 | HOUSTON, SCOT P | 15882 | UNDETERMINED* | EXHIBIT A |
| 186 | JENNINGS, BRADEN | 29136 | UNDETERMINED* | EXHIBIT A |
| 187 | JENNINGS, BRADLEY | 29135 | UNDETERMINED* | EXHIBIT A |
| 188 | JENNINGS, JADEN | 29104 | UNDETERMINED* | EXHIBIT A |
| 189 | JENNINGS, JOHNNIE | 29103 | UNDETERMINED* | EXHIBIT A |
| 190 | JOHNSON, BARBARA | 30927 | UNDETERMINED* | EXHIBIT A |
| 191 | JOHNSON, KELLY LOWELL | 37454 | UNDETERMINED* | EXHIBIT A |
| 192 | JOHNSON, MAYBELLE | 35112 | $1,000,000.00 | EXHIBIT A |
| 193 | JOHNSON, MAYBELLE | 35113 | $1,000,000.00 | EXHIBIT A |
| 194 | JOHNSON, MAYBELLE | 35114 | $1,000,000.00 | EXHIBIT A |
| 195 | JOHNSON, MAYBELLE | 35115 | $1,000,000.00 | EXHIBIT A |
| 196 | JOHNSON, MAYBELLE | 35116 | $1,000,000.00 | EXHIBIT A |
| 197 | JOHNSON, MAYBELLE | 36746 | UNDETERMINED* | EXHIBIT A |
| 198 | JOHNSON, MAYBELLE | 36757 | UNDETERMINED* | EXHIBIT A |
| 199 | JOHNSON, MAYBELLE | 36758 | UNDETERMINED* | EXHIBIT A |
| 200 | JOHNSON, MAYBELLE | 36986 | $1,000,000.00 | EXHIBIT A |
| 201 | JOHNSON, MAYBELLE | 36990 | $1,000,000.00 | EXHIBIT A |
| 202 | JOHNSON, MAYBELLE | 36991 | $1,000,000.00 | EXHIBIT A |
| 203 | JOHNSON, MAYBELLE | 36992 | $1,000,000.00 | EXHIBIT A |
| 204 | JOHNSON, MAYBELLE | 36993 | $1,000,000.00 | EXHIBIT A |
| 205 | JOHNSON, MELVIN | 17211 | $1,000,000.00 | EXHIBIT A |
| 206 | JOHNSON, MELVIN | 17212 | $1,000,000.00 | EXHIBIT A |
| 207 | JOHNSON, MELVIN | 17213 | $1,000,000.00 | EXHIBIT A |
| 208 | JOHNSON, MELVIN | 17214 | $1,000,000.00 | EXHIBIT A |
| 209 | JOHNSON, MELVIN | 17215 | $1,000,000.00 | EXHIBIT A |
| 210 | JOHNSON, NADINE AUDREY | 36734 | UNDETERMINED* | EXHIBIT A |
| 211 | JOHNSON, NADINE AUDREY | 36743 | UNDETERMINED* | EXHIBIT A |
| 212 | JOHNSON, NADINE AUDREY | 36762 | UNDETERMINED* | EXHIBIT A |
| 213 | JOHNSON, ROGER DREW | 36735 | UNDETERMINED* | EXHIBIT A |
| 214 | JOHNSON, ROGER DREW | 36744 | UNDETERMINED* | EXHIBIT A |
| 215 | JOHNSON, ROGER DREW | 36763 | UNDETERMINED* | EXHIBIT A |
| 216 | JOHNSON, SARAH | 30860 | UNDETERMINED* | EXHIBIT A |
| 217 | JOHNSTON, MICHAEL | 30897 | UNDETERMINED* | EXHIBIT A |
| 218 | JOHNSTON, RITA | 17196 | $1,000,000.00 | EXHIBIT A |
| 219 | JOHNSTON, RITA | 17197 | $1,000,000.00 | EXHIBIT A |
| 220 | JOHNSTON, RITA | 17198 | $1,000,000.00 | EXHIBIT A |
| 221 | JOHNSTON, RITA | 17199 | $1,000,000.00 | EXHIBIT A |
| 222 | JOHNSTON, RITA | 17200 | $1,000,000.00 | EXHIBIT A |
| 223 | JONES, JON | 17073 | $1,000,000.00 | EXHIBIT A |
| 224 | JONES, JON | 17074 | $1,000,000.00 | EXHIBIT A |
| 225 | JONES, JON | 17075 | $1,000,000.00 | EXHIBIT A |

470013

| 226 | JONES, JON | 17076 | $1,000,000.00 | EXHIBIT A |
| 227 | JONES, JON | 17077 | $1,000,000.00 | EXHIBIT A |
| 228 | JONES, PAULETTE | 30899 | UNDETERMINED* | EXHIBIT A |
| 229 | JORDAN, LESTER | 17156 | $1,000,000.00 | EXHIBIT A |
| 230 | JORDAN, LESTER | 17157 | $1,000,000.00 | EXHIBIT A |
| 231 | JORDAN, LESTER | 17158 | $1,000,000.00 | EXHIBIT A |
| 232 | JORDAN, LESTER | 17159 | $1,000,000.00 | EXHIBIT A |
| 233 | JORDAN, LESTER | 17160 | $1,000,000.00 | EXHIBIT A |
| 234 | KABRIEL, DENNIS | 16987 | $1,000,000.00 | EXHIBIT A |
| 235 | KABRIEL, DENNIS | 16988 | $1,000,000.00 | EXHIBIT A |
| 236 | KABRIEL, DENNIS | 16989 | $1,000,000.00 | EXHIBIT A |
| 237 | KABRIEL, DENNIS | 16990 | $1,000,000.00 | EXHIBIT A |
| 238 | KABRIEL, DENNIS | 16991 | $1,000,000.00 | EXHIBIT A |
| 239 | KAZAN, JEREMY | 30931 | UNDETERMINED* | EXHIBIT A |
| 240 | KEHOE, JOHN | 17266 | $1,000,000.00 | EXHIBIT A |
| 241 | KEHOE, JOHN | 17267 | $1,000,000.00 | EXHIBIT A |
| 242 | KEHOE, JOHN | 17268 | $1,000,000.00 | EXHIBIT A |
| 243 | KEHOE, JOHN | 17269 | $1,000,000.00 | EXHIBIT A |
| 244 | KEHOE, JOHN | 17270 | $1,000,000.00 | EXHIBIT A |
| 245 | KELLER, JOSEPH | 30943 | UNDETERMINED* | EXHIBIT A |
| 246 | KENNEDY, BURNELL | 17206 | $1,000,000.00 | EXHIBIT A |
| 247 | KENNEDY, BURNELL | 17207 | $1,000,000.00 | EXHIBIT A |
| 248 | KENNEDY, BURNELL | 17208 | $1,000,000.00 | EXHIBIT A |
| 249 | KENNEDY, BURNELL | 17209 | $1,000,000.00 | EXHIBIT A |
| 250 | KENNEDY, BURNELL | 17210 | $1,000,000.00 | EXHIBIT A |
| 251 | KENNEDY, JAMES | 17113 | $1,000,000.00 | EXHIBIT A |
| 252 | KENNEDY, JAMES | 17114 | $1,000,000.00 | EXHIBIT A |
| 253 | KENNEDY, JAMES | 17115 | $1,000,000.00 | EXHIBIT A |
| 254 | KENNEDY, JAMES | 17116 | $1,000,000.00 | EXHIBIT A |
| 255 | KENNEDY, JAMES | 17117 | $1,000,000.00 | EXHIBIT A |
| 256 | KENNEDY, JEANINE | 30891 | UNDETERMINED* | EXHIBIT A |
| 257 | KERNS, ROGER | 17002 | $1,000,000.00 | EXHIBIT A |
| 258 | KERNS, ROGER | 17003 | $1,000,000.00 | EXHIBIT A |
| 259 | KERNS, ROGER | 17004 | $1,000,000.00 | EXHIBIT A |
| 260 | KERNS, ROGER | 17005 | $1,000,000.00 | EXHIBIT A |
| 261 | KERNS, ROGER | 17006 | $1,000,000.00 | EXHIBIT A |
| 262 | KIDDER, HUGH | 30876 | UNDETERMINED* | EXHIBIT A |
| 263 | KOERTH, DEAN | 30928 | UNDETERMINED* | EXHIBIT A |
| 264 | KOSHIOL, PAUL | 17221 | $1,000,000.00 | EXHIBIT A |
| 265 | KOSHIOL, PAUL | 17222 | $1,000,000.00 | EXHIBIT A |
| 266 | KOSHIOL, PAUL | 17223 | $1,000,000.00 | EXHIBIT A |
| 267 | KOSHIOL, PAUL | 17224 | $1,000,000.00 | EXHIBIT A |
| 268 | KOSHIOL, PAUL | 17225 | $1,000,000.00 | EXHIBIT A |
| 269 | KOSKINIEMI, JOHN EDWIN | 30865 | UNDETERMINED* | EXHIBIT A |
| 270 | KOSKOVICH, CLINT | 30940 | UNDETERMINED* | EXHIBIT A |
| 271 | KRISAK, GARY | 17191 | $1,000,000.00 | EXHIBIT A |
| 272 | KRISAK, GARY | 17192 | $1,000,000.00 | EXHIBIT A |

| 273 | KRISAK, GARY | 17193 | $1,000,000.00 | EXHIBIT A |
| 274 | KRISAK, GARY | 17194 | $1,000,000.00 | EXHIBIT A |
| 275 | KRISAK, GARY | 17195 | $1,000,000.00 | EXHIBIT A |
| 276 | KVIDERA, TOM | 30942 | UNDETERMINED* | EXHIBIT A |
| 277 | LAEDEKE, MICHELLE MAXWELL | 30912 | UNDETERMINED* | EXHIBIT A |
| 278 | LAEDEKE, TIM | 30911 | UNDETERMINED* | EXHIBIT A |
| 279 | LEWIS, JACK RANDALL | 29125 | UNDETERMINED* | EXHIBIT A |
| 280 | LOCKLEAR, BRUCE | 17007 | $1,000,000.00 | EXHIBIT A |
| 281 | LOCKLEAR, BRUCE | 17008 | $1,000,000.00 | EXHIBIT A |
| 282 | LOCKLEAR, BRUCE | 17009 | $1,000,000.00 | EXHIBIT A |
| 283 | LOCKLEAR, BRUCE | 17010 | $1,000,000.00 | EXHIBIT A |
| 284 | LOCKLEAR, BRUCE | 17011 | $1,000,000.00 | EXHIBIT A |
| 285 | LOCKLEAR, VERNON | 30851 | UNDETERMINED* | EXHIBIT A |
| 286 | LONG, KAREN | 17251 | $1,000,000.00 | EXHIBIT A |
| 287 | LONG, KAREN | 17252 | $1,000,000.00 | EXHIBIT A |
| 288 | LONG, KAREN | 17253 | $1,000,000.00 | EXHIBIT A |
| 289 | LONG, KAREN | 17254 | $1,000,000.00 | EXHIBIT A |
| 290 | LONG, KAREN | 17255 | $1,000,000.00 | EXHIBIT A |
| 291 | LOVELL, JOHN | 31863 | $1,000,000.00 | EXHIBIT A |
| 292 | LOVELL, JOHN | 31864 | $1,000,000.00 | EXHIBIT A |
| 293 | LOVELL, JOHN | 31865 | $1,000,000.00 | EXHIBIT A |
| 294 | LOVELL, JOHN | 31866 | $1,000,000.00 | EXHIBIT A |
| 295 | LOVELL, JOHN | 31867 | $1,000,000.00 | EXHIBIT A |
| 296 | LUKE, CHARLES | 17093 | $1,000,000.00 | EXHIBIT A |
| 297 | LUKE, CHARLES | 17094 | $1,000,000.00 | EXHIBIT A |
| 298 | LUKE, CHARLES | 17095 | $1,000,000.00 | EXHIBIT A |
| 299 | LUKE, CHARLES | 17096 | $1,000,000.00 | EXHIBIT A |
| 300 | LUKE, CHARLES | 17097 | $1,000,000.00 | EXHIBIT A |
| 301 | LYNN, DANIEL | 17181 | $1,000,000.00 | EXHIBIT A |
| 302 | LYNN, DANIEL | 17182 | $1,000,000.00 | EXHIBIT A |
| 303 | LYNN, DANIEL | 17183 | $1,000,000.00 | EXHIBIT A |
| 304 | LYNN, DANIEL | 17184 | $1,000,000.00 | EXHIBIT A |
| 305 | LYNN, DANIEL | 17185 | $1,000,000.00 | EXHIBIT A |
| 306 | MACCALLUM, SAMARA SMITH | 29107 | UNDETERMINED* | EXHIBIT A |
| 307 | MADARA, CARLA M. | 37468 | UNDETERMINED* | EXHIBIT A |
| 308 | MADARA, RANDY D. | 37467 | UNDETERMINED* | EXHIBIT A |
| 309 | MARCUM, LAWRENCE | 16982 | $1,000,000.00 | EXHIBIT A |
| 310 | MARCUM, LAWRENCE | 16983 | $1,000,000.00 | EXHIBIT A |
| 311 | MARCUM, LAWRENCE | 16984 | $1,000,000.00 | EXHIBIT A |
| 312 | MARCUM, LAWRENCE | 16985 | $1,000,000.00 | EXHIBIT A |
| 313 | MARCUM, LAWRENCE | 16986 | $1,000,000.00 | EXHIBIT A |
| 314 | MARIE, PAULINE | 30873 | UNDETERMINED* | EXHIBIT A |
| 315 | MASSICK, GEORGE | 37455 | UNDETERMINED* | EXHIBIT A |
| 316 | MCCARTER, SHIRLEY D. | 30937 | UNDETERMINED* | EXHIBIT A |
| 317 | MCCAULEY, BARBARA ANN | 30855 | UNDETERMINED* | EXHIBIT A |
| 318 | MCCAULEY, KARI ANN | 30871 | UNDETERMINED* | EXHIBIT A |
| 319 | MCCAULEY, MICHAEL EARL | 30854 | UNDETERMINED* | EXHIBIT A |

| 320 | MCCAULEY, TIM | 30885 | UNDETERMINED* | EXHIBIT A |
|-----|----------------|-------|---------------|-----------|
| 321 | MCMAHON, PAUL | 16992 | $1,000,000.00 | EXHIBIT A |
| 322 | MCMAHON, PAUL | 16993 | $1,000,000.00 | EXHIBIT A |
| 323 | MCMAHON, PAUL | 16994 | $1,000,000.00 | EXHIBIT A |
| 324 | MCMAHON, PAUL | 16995 | $1,000,000.00 | EXHIBIT A |
| 325 | MCMAHON, PAUL | 16996 | $1,000,000.00 | EXHIBIT A |
| 326 | MCMURDO, REGGIE | 17171 | $1,000,000.00 | EXHIBIT A |
| 327 | MCMURDO, REGGIE | 17172 | $1,000,000.00 | EXHIBIT A |
| 328 | MCMURDO, REGGIE | 17173 | $1,000,000.00 | EXHIBIT A |
| 329 | MCMURDO, REGGIE | 17174 | $1,000,000.00 | EXHIBIT A |
| 330 | MCMURDO, REGGIE | 17175 | $1,000,000.00 | EXHIBIT A |
| 331 | MONTGOMERY, LAURA | 30872 | UNDETERMINED* | EXHIBIT A |
| 332 | MORALES, RICHARD | 17261 | $1,000,000.00 | EXHIBIT A |
| 333 | MORALES, RICHARD | 17262 | $1,000,000.00 | EXHIBIT A |
| 334 | MORALES, RICHARD | 17263 | $1,000,000.00 | EXHIBIT A |
| 335 | MORALES, RICHARD | 17264 | $1,000,000.00 | EXHIBIT A |
| 336 | MORALES, RICHARD | 17265 | $1,000,000.00 | EXHIBIT A |
| 337 | MORGAN, OFELIA VILLENA | 29126 | UNDETERMINED* | EXHIBIT A |
| 338 | MORRISON, CAMERON | 17103 | $1,000,000.00 | EXHIBIT A |
| 339 | MORRISON, CAMERON | 17104 | $1,000,000.00 | EXHIBIT A |
| 340 | MORRISON, CAMERON | 17105 | $1,000,000.00 | EXHIBIT A |
| 341 | MORRISON, CAMERON | 17106 | $1,000,000.00 | EXHIBIT A |
| 342 | MORRISON, CAMERON | 17107 | $1,000,000.00 | EXHIBIT A |
| 343 | MOTES, JAMES, SR | 17057 | $1,000,000.00 | EXHIBIT A |
| 344 | MOTES, JAMES, SR | 17058 | $1,000,000.00 | EXHIBIT A |
| 345 | MOTES, JAMES, SR | 17059 | $1,000,000.00 | EXHIBIT A |
| 346 | MOTES, JAMES, SR | 17060 | $1,000,000.00 | EXHIBIT A |
| 347 | MOTES, JAMES, SR | 17061 | $1,000,000.00 | EXHIBIT A |
| 348 | MURRAIN, MASON | 30914 | UNDETERMINED* | EXHIBIT A |
| 349 | NALL, GARY | 37457 | UNDETERMINED* | EXHIBIT A |
| 350 | NEARY, RICK | 37452 | UNDETERMINED* | EXHIBIT A |
| 351 | NERI, RICHARD | 29111 | UNDETERMINED* | EXHIBIT A |
| 352 | NIELSEN, RALPH | 30921 | UNDETERMINED* | EXHIBIT A |
| 353 | NORGAARD, ADAM JEFFERY | 37526 | UNDETERMINED* | EXHIBIT A |
| 354 | NORGAARD, ADAM JEFFERY | 37533 | UNDETERMINED* | EXHIBIT A |
| 355 | NORGAARD, FORREST | 37508 | $1,000,000.00 | EXHIBIT A |
| 356 | NORGAARD, FORREST | 37509 | $1,000,000.00 | EXHIBIT A |
| 357 | NORGAARD, FORREST | 37510 | $1,000,000.00 | EXHIBIT A |
| 358 | NORGAARD, FORREST | 37511 | $1,000,000.00 | EXHIBIT A |
| 359 | NORGAARD, FORREST | 37512 | $1,000,000.00 | EXHIBIT A |
| 360 | NORGAARD, FORREST | 37513 | $1,000,000.00 | EXHIBIT A |
| 361 | NORGAARD, FORREST | 37514 | $1,000,000.00 | EXHIBIT A |
| 362 | NORGAARD, FORREST | 37515 | $1,000,000.00 | EXHIBIT A |
| 363 | NORGAARD, FORREST | 37516 | $1,000,000.00 | EXHIBIT A |
| 364 | NORGAARD, FORREST | 37517 | $1,000,000.00 | EXHIBIT A |
| 365 | NORGAARD, FORREST | 37518 | $1,000,000.00 | EXHIBIT A |
| 366 | NORGAARD, FORREST | 37519 | $1,000,000.00 | EXHIBIT A |

| 367 | NORGAARD, FORREST | 37520 | $1,000,000.00 | EXHIBIT A |
| 368 | NORGAARD, FORREST | 37521 | $1,000,000.00 | EXHIBIT A |
| 369 | NORGAARD, FORREST | 37522 | $1,000,000.00 | EXHIBIT A |
| 370 | NORRIS, MARIO | 16997 | $1,000,000.00 | EXHIBIT A |
| 371 | NORRIS, MARIO | 16998 | $1,000,000.00 | EXHIBIT A |
| 372 | NORRIS, MARIO | 16999 | $1,000,000.00 | EXHIBIT A |
| 373 | NORRIS, MARIO | 17000 | $1,000,000.00 | EXHIBIT A |
| 374 | NORRIS, MARIO | 17001 | $1,000,000.00 | EXHIBIT A |
| 375 | O'BRIEN, LEONARD | 17062 | $1,000,000.00 | EXHIBIT A |
| 376 | O'BRIEN, LEONARD | 17063 | $1,000,000.00 | EXHIBIT A |
| 377 | O'BRIEN, LEONARD | 17064 | $1,000,000.00 | EXHIBIT A |
| 378 | O'BRIEN, LEONARD | 17065 | $1,000,000.00 | EXHIBIT A |
| 379 | O'BRIEN, LEONARD | 17067 | $1,000,000.00 | EXHIBIT A |
| 380 | OBRIEN, MARY | 29102 | UNDETERMINED* | EXHIBIT A |
| 381 | O'CONNELL, DANIEL | 17047 | $1,000,000.00 | EXHIBIT A |
| 382 | O'CONNELL, DANIEL | 17048 | $1,000,000.00 | EXHIBIT A |
| 383 | O'CONNELL, DANIEL | 17049 | $1,000,000.00 | EXHIBIT A |
| 384 | O'CONNELL, DANIEL | 17050 | $1,000,000.00 | EXHIBIT A |
| 385 | O'CONNELL, DANIEL | 17051 | $1,000,000.00 | EXHIBIT A |
| 386 | ONE BEAR, ROBERT JAMES | 30932 | UNDETERMINED* | EXHIBIT A |
| 387 | PADGETT, KENNETH J. | 29127 | UNDETERMINED* | EXHIBIT A |
| 388 | PALMER, PAMELA S. | 30917 | UNDETERMINED* | EXHIBIT A |
| 389 | PALMER, RICHARD S. | 30909 | UNDETERMINED* | EXHIBIT A |
| 390 | PALMER, TIMOTHY | 30916 | UNDETERMINED* | EXHIBIT A |
| 391 | PEED, DAVID J. | 30856 | UNDETERMINED* | EXHIBIT A |
| 392 | PEED, LOIS E. | 30857 | UNDETERMINED* | EXHIBIT A |
| 393 | PETTIGREW, HOMER | 17161 | $1,000,000.00 | EXHIBIT A |
| 394 | PETTIGREW, HOMER | 17162 | $1,000,000.00 | EXHIBIT A |
| 395 | PETTIGREW, HOMER | 17163 | $1,000,000.00 | EXHIBIT A |
| 396 | PETTIGREW, HOMER | 17164 | $1,000,000.00 | EXHIBIT A |
| 397 | PETTIGREW, HOMER | 17165 | $1,000,000.00 | EXHIBIT A |
| 398 | PETTY, TRACY | 30918 | UNDETERMINED* | EXHIBIT A |
| 399 | PHILLIPS, ARTHUR | 37523 | UNDETERMINED* | EXHIBIT A |
| 400 | PHILLIPS, ARTHUR | 37530 | UNDETERMINED* | EXHIBIT A |
| 401 | PIEKARSKI, ERVIN | 30894 | UNDETERMINED* | EXHIBIT A |
| 402 | PIEKARSKI, JUSTIN | 17227 | $1,000,000.00 | EXHIBIT A |
| 403 | PIEKARSKI, JUSTIN | 17228 | $1,000,000.00 | EXHIBIT A |
| 404 | PIEKARSKI, JUSTIN | 17229 | $1,000,000.00 | EXHIBIT A |
| 405 | PIEKARSKI, JUSTIN | 17230 | $1,000,000.00 | EXHIBIT A |
| 406 | PIEKARSKI, JUSTIN | 17231 | $1,000,000.00 | EXHIBIT A |
| 407 | PITZ, CONRAD, SR. | 17148 | $1,000,000.00 | EXHIBIT A |
| 408 | PITZ, CONRAD, SR. | 17149 | $1,000,000.00 | EXHIBIT A |
| 409 | PITZ, CONRAD, SR. | 17150 | $1,000,000.00 | EXHIBIT A |
| 410 | PITZ, CONRAD, SR. | 17151 | $1,000,000.00 | EXHIBIT A |
| 411 | PITZ, CONRAD, SR. | 17152 | $1,000,000.00 | EXHIBIT A |
| 412 | PREBEG, MIKE | 29101 | UNDETERMINED* | EXHIBIT A |
| 413 | PREDKO, DONALD | 17068 | $1,000,000.00 | EXHIBIT A |

470013

| 414 | PREDKO, DONALD | 17069 | $1,000,000.00 | EXHIBIT A |
| 415 | PREDKO, DONALD | 17070 | $1,000,000.00 | EXHIBIT A |
| 416 | PREDKO, DONALD | 17071 | $1,000,000.00 | EXHIBIT A |
| 417 | PREDKO, DONALD | 17072 | $1,000,000.00 | EXHIBIT A |
| 418 | REED, HORACE, JR. | 29123 | UNDETERMINED* | EXHIBIT A |
| 419 | REIJO, JAMES | 30867 | UNDETERMINED* | EXHIBIT A |
| 420 | RHOW, JOSHUA | 30913 | UNDETERMINED* | EXHIBIT A |
| 421 | RHOW, JOSHUA P. | 30907 | UNDETERMINED* | EXHIBIT A |
| 422 | RHOW, PATRICIA | 30905 | UNDETERMINED* | EXHIBIT A |
| 423 | RHOW, SUMMER E. | 30906 | UNDETERMINED* | EXHIBIT A |
| 424 | RICHMAN, MURLEN, JR. | 30919 | UNDETERMINED* | EXHIBIT A |
| 425 | RICHMAN, VICKI | 30924 | UNDETERMINED* | EXHIBIT A |
| 426 | ROBERSON, CHARLES | 17128 | $1,000,000.00 | EXHIBIT A |
| 427 | ROBERSON, CHARLES | 17129 | $1,000,000.00 | EXHIBIT A |
| 428 | ROBERSON, CHARLES | 17130 | $1,000,000.00 | EXHIBIT A |
| 429 | ROBERSON, CHARLES | 17131 | $1,000,000.00 | EXHIBIT A |
| 430 | ROBERSON, CHARLES | 17132 | $1,000,000.00 | EXHIBIT A |
| 431 | ROBERSON, JOHN, JR | 17118 | $1,000,000.00 | EXHIBIT A |
| 432 | ROBERSON, JOHN, JR | 17119 | $1,000,000.00 | EXHIBIT A |
| 433 | ROBERSON, JOHN, JR | 17120 | $1,000,000.00 | EXHIBIT A |
| 434 | ROBERSON, JOHN, JR | 17121 | $1,000,000.00 | EXHIBIT A |
| 435 | ROBERSON, JOHN, JR | 17122 | $1,000,000.00 | EXHIBIT A |
| 436 | ROBERSON, MICHAEL JAMES | 17123 | $1,000,000.00 | EXHIBIT A |
| 437 | ROBERSON, MICHAEL JAMES | 17124 | $1,000,000.00 | EXHIBIT A |
| 438 | ROBERSON, MICHAEL JAMES | 17125 | $1,000,000.00 | EXHIBIT A |
| 439 | ROBERSON, MICHAEL JAMES | 17126 | $1,000,000.00 | EXHIBIT A |
| 440 | ROBERSON, MICHAEL JAMES | 17127 | $1,000,000.00 | EXHIBIT A |
| 441 | ROGERS, MICHELLE A. | 29109 | UNDETERMINED* | EXHIBIT A |
| 442 | ROGERS, RYAN S. | 29133 | UNDETERMINED* | EXHIBIT A |
| 443 | SANDTORF, DAVID | 31874 | $1,000,000.00 | EXHIBIT A |
| 444 | SANDTORF, DAVID | 31875 | $1,000,000.00 | EXHIBIT A |
| 445 | SANDTORF, DAVID | 31876 | $1,000,000.00 | EXHIBIT A |
| 446 | SANDTORF, DAVID | 31877 | $1,000,000.00 | EXHIBIT A |
| 447 | SANDTORF, DAVID | 31878 | $1,000,000.00 | EXHIBIT A |
| 448 | SASSAMAN, MARVIN | 17216 | $1,000,000.00 | EXHIBIT A |
| 449 | SASSAMAN, MARVIN | 17217 | $1,000,000.00 | EXHIBIT A |
| 450 | SASSAMAN, MARVIN | 17218 | $1,000,000.00 | EXHIBIT A |
| 451 | SASSAMAN, MARVIN | 17219 | $1,000,000.00 | EXHIBIT A |
| 452 | SASSAMAN, MARVIN | 17220 | $1,000,000.00 | EXHIBIT A |
| 453 | SAUCIER, MARCUS | 30920 | UNDETERMINED* | EXHIBIT A |
| 454 | SCHENANDOAH, GERALD | 17237 | $1,000,000.00 | EXHIBIT A |
| 455 | SCHENANDOAH, GERALD | 17238 | $1,000,000.00 | EXHIBIT A |
| 456 | SCHENANDOAH, GERALD | 17239 | $1,000,000.00 | EXHIBIT A |
| 457 | SCHENANDOAH, GERALD | 17240 | $1,000,000.00 | EXHIBIT A |
| 458 | SCHENANDOAH, GERALD | 17241 | $1,000,000.00 | EXHIBIT A |
| 459 | SCHMITT, GLORIA | 30938 | UNDETERMINED* | EXHIBIT A |
| 460 | SCHMITT, HARRY | 30936 | UNDETERMINED* | EXHIBIT A |

| 461 | SKINNER, LAWRENCE | 17078 | $1,000,000.00 | EXHIBIT A |
|-----|-------------------|-------|---------------|-----------|
| 462 | SKINNER, LAWRENCE | 17079 | $1,000,000.00 | EXHIBIT A |
| 463 | SKINNER, LAWRENCE | 17080 | $1,000,000.00 | EXHIBIT A |
| 464 | SKINNER, LAWRENCE | 17081 | $1,000,000.00 | EXHIBIT A |
| 465 | SKINNER, LAWRENCE | 17082 | $1,000,000.00 | EXHIBIT A |
| 466 | SKINNER, RICHARD D. | 15881 | UNDETERMINED* | EXHIBIT A |
| 467 | SKINNER, WILLIAM THOMAS | 31853 | $1,000,000.00 | EXHIBIT A |
| 468 | SKINNER, WILLIAM THOMAS | 31854 | $1,000,000.00 | EXHIBIT A |
| 469 | SKINNER, WILLIAM THOMAS | 31855 | $1,000,000.00 | EXHIBIT A |
| 470 | SKINNER, WILLIAM THOMAS | 31856 | $1,000,000.00 | EXHIBIT A |
| 471 | SKINNER, WILLIAM THOMAS | 31857 | $1,000,000.00 | EXHIBIT A |
| 472 | SLOJKOWSKI, CARL | 17098 | $1,000,000.00 | EXHIBIT A |
| 473 | SLOJKOWSKI, CARL | 17099 | $1,000,000.00 | EXHIBIT A |
| 474 | SLOJKOWSKI, CARL | 17100 | $1,000,000.00 | EXHIBIT A |
| 475 | SLOJKOWSKI, CARL | 17101 | $1,000,000.00 | EXHIBIT A |
| 476 | SLOJKOWSKI, CARL | 17102 | $1,000,000.00 | EXHIBIT A |
| 477 | SMELTZER, WARREN | 30930 | UNDETERMINED* | EXHIBIT A |
| 478 | SMITH, DANNY L. | 37464 | UNDETERMINED* | EXHIBIT A |
| 479 | SMITH, DEBORAH | 30910 | UNDETERMINED* | EXHIBIT A |
| 480 | SMITH, GUY | 29108 | UNDETERMINED* | EXHIBIT A |
| 481 | SMITH, LORI | 30922 | UNDETERMINED* | EXHIBIT A |
| 482 | SMITH, MURREL | 30877 | UNDETERMINED* | EXHIBIT A |
| 483 | SMITH, SARENA | 29106 | UNDETERMINED* | EXHIBIT A |
| 484 | SODERQUIST, GARY | 17022 | $1,000,000.00 | EXHIBIT A |
| 485 | SODERQUIST, GARY | 17023 | $1,000,000.00 | EXHIBIT A |
| 486 | SODERQUIST, GARY | 17024 | $1,000,000.00 | EXHIBIT A |
| 487 | SODERQUIST, GARY | 17025 | $1,000,000.00 | EXHIBIT A |
| 488 | SODERQUIST, GARY | 17026 | $1,000,000.00 | EXHIBIT A |
| 489 | STAHLSCHMIDT, DAVID | 30858 | UNDETERMINED* | EXHIBIT A |
| 490 | STANDFORD, NELSON | 37469 | UNDETERMINED* | EXHIBIT A |
| 491 | STARKE, JAMES A. | 37465 | UNDETERMINED* | EXHIBIT A |
| 492 | STEINER, DAVID | 30934 | UNDETERMINED* | EXHIBIT A |
| 493 | STEINER, DAVID | 30935 | UNDETERMINED* | EXHIBIT A |
| 494 | SUMNER, DAVID | 30870 | UNDETERMINED* | EXHIBIT A |
| 495 | TOBEL, LEE | 30882 | UNDETERMINED* | EXHIBIT A |
| 496 | TOBEL, SUSAN | 30883 | UNDETERMINED* | EXHIBIT A |
| 497 | VALENTI, ALFRED | 17083 | $1,000,000.00 | EXHIBIT A |
| 498 | VALENTI, ALFRED | 17084 | $1,000,000.00 | EXHIBIT A |
| 499 | VALENTI, ALFRED | 17085 | $1,000,000.00 | EXHIBIT A |
| 500 | VALENTI, ALFRED | 17086 | $1,000,000.00 | EXHIBIT A |
| 501 | VALENTI, ALFRED | 17087 | $1,000,000.00 | EXHIBIT A |
| 502 | VISONE, PAT | 37470 | UNDETERMINED* | EXHIBIT A |
| 503 | VOGEL, PATRICK | 30853 | UNDETERMINED* | EXHIBIT A |
| 504 | WATSON, CATRINA | 29118 | UNDETERMINED* | EXHIBIT A |
| 505 | WATSON, CHRISTA | 29117 | UNDETERMINED* | EXHIBIT A |
| 506 | WATSON, CORTNEY | 29119 | UNDETERMINED* | EXHIBIT A |
| 507 | WEISS, TAMMY | 30866 | UNDETERMINED* | EXHIBIT A |

| 508 | WELLS, MARK | 17186 | $1,000,000.00 | EXHIBIT A |
| 509 | WELLS, MARK | 17187 | $1,000,000.00 | EXHIBIT A |
| 510 | WELLS, MARK | 17188 | $1,000,000.00 | EXHIBIT A |
| 511 | WELLS, MARK | 17189 | $1,000,000.00 | EXHIBIT A |
| 512 | WELLS, MARK | 17190 | $1,000,000.00 | EXHIBIT A |
| 513 | WHARTON, STEVEN | 36737 | UNDETERMINED* | EXHIBIT A |
| 514 | WHARTON, STEVEN | 36742 | UNDETERMINED* | EXHIBIT A |
| 515 | WHARTON, STEVEN | 36760 | UNDETERMINED* | EXHIBIT A |
| 516 | WILKINS, DANIEL | 36738 | UNDETERMINED* | EXHIBIT A |
| 517 | WILKINS, DANIEL | 36741 | UNDETERMINED* | EXHIBIT A |
| 518 | WILKINS, DANIEL | 36759 | UNDETERMINED* | EXHIBIT A |
| 519 | WILLARD, KEN | 36736 | UNDETERMINED* | EXHIBIT A |
| 520 | WILLARD, KEN | 36745 | UNDETERMINED* | EXHIBIT A |
| 521 | WILLARD, KEN | 36761 | UNDETERMINED* | EXHIBIT A |
| 522 | WILLIS, SCOTT K. | 37462 | UNDETERMINED* | EXHIBIT A |
| 523 | WILSON, SHERMAN | 17017 | $1,000,000.00 | EXHIBIT A |
| 524 | WILSON, SHERMAN | 17018 | $1,000,000.00 | EXHIBIT A |
| 525 | WILSON, SHERMAN | 17019 | $1,000,000.00 | EXHIBIT A |
| 526 | WILSON, SHERMAN | 17020 | $1,000,000.00 | EXHIBIT A |
| 527 | WILSON, SHERMAN | 17021 | $1,000,000.00 | EXHIBIT A |
| 528 | WOOLBRIGHT, MICHAEL D. | 31869 | $1,000,000.00 | EXHIBIT A |
| 529 | WOOLBRIGHT, MICHAEL D. | 31870 | $1,000,000.00 | EXHIBIT A |
| 530 | WOOLBRIGHT, MICHAEL D. | 31871 | $1,000,000.00 | EXHIBIT A |
| 531 | WOOLBRIGHT, MICHAEL D. | 31872 | $1,000,000.00 | EXHIBIT A |
| 532 | WOOLBRIGHT, MICHAEL D. | 31873 | $1,000,000.00 | EXHIBIT A |
| 533 | YOUNG, CARRIE | 30884 | UNDETERMINED* | EXHIBIT A |
| 534 | ZAPP, JEFFREY | 30923 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470013

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 15

BAR(23) MAIL ID *** 000194861754 ***



LAW OFFICE OF G. PATTERSON KEAHEY PC
ONE INDEPENDENCE PLAZA, SUITE 612
BIRMINGHAM, AL  35209

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:   April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com
                     steven.serajeddini@kirkland.com
                     aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ADAMSON, JOHN H. | 32076 | UNDETERMINED* | EXHIBIT A |
| 2 | ANKNEY, DOUGLAS | 32075 | UNDETERMINED* | EXHIBIT A |
| 3 | ARMSTRONG, ARVID | 32074 | UNDETERMINED* | EXHIBIT A |
| 4 | BAKER, RUSSELL L. | 32073 | UNDETERMINED* | EXHIBIT A |
| 5 | BREED, DONALD SCOTT | 32078 | UNDETERMINED* | EXHIBIT A |
| 6 | CASEY, LARRY ALAN | 32079 | UNDETERMINED* | EXHIBIT A |
| 7 | CASTORENA, TED | 32080 | UNDETERMINED* | EXHIBIT A |
| 8 | COY, ERNEST | 32077 | UNDETERMINED* | EXHIBIT A |
| 9 | EASTTUM, VERLIE HUGHIE | 32082 | UNDETERMINED* | EXHIBIT A |
| 10 | EMPEY, WILLIAM ARTHUR | 32083 | UNDETERMINED* | EXHIBIT A |
| 11 | FROST, ROBERT | 32084 | UNDETERMINED* | EXHIBIT A |
| 12 | GILBERT, JOHNNY L. | 32085 | UNDETERMINED* | EXHIBIT A |
| 13 | GRUELL, KENNETH C. | 32081 | UNDETERMINED* | EXHIBIT A |
| 14 | HARGRAVES, GERALD A. | 32087 | UNDETERMINED* | EXHIBIT A |
| 15 | HAWKS, MICHAEL | 32088 | UNDETERMINED* | EXHIBIT A |
| 16 | HEATH, JAMES R. | 32089 | UNDETERMINED* | EXHIBIT A |
| 17 | HEITMANN, JAMES R. | 32090 | UNDETERMINED* | EXHIBIT A |
| 18 | JENKINS, JAY | 32091 | UNDETERMINED* | EXHIBIT A |
| 19 | JOHNSON, H. PAUL | 32086 | UNDETERMINED* | EXHIBIT A |
| 20 | KLEMM, HAROLD JERRY | 32093 | UNDETERMINED* | EXHIBIT A |
| 21 | LOTT, FRED NEWTON | 32094 | UNDETERMINED* | EXHIBIT A |
| 22 | MASSON, KAREN | 32095 | UNDETERMINED* | EXHIBIT A |
| 23 | MCCURDY, WILBERT | 32096 | UNDETERMINED* | EXHIBIT A |
| 24 | MILLER, MARY LEE | 32097 | UNDETERMINED* | EXHIBIT A |
| 25 | MOORE, JOHN W. 'BILL' | 32092 | UNDETERMINED* | EXHIBIT A |
| 26 | NORTON, WILLIS EUGENE, SR. | 32098 | UNDETERMINED* | EXHIBIT A |
| 27 | PUENTE, MARIA | 32099 | UNDETERMINED* | EXHIBIT A |
| 28 | STEIGERS, ROBERT FRANK, JR. | 32100 | UNDETERMINED* | EXHIBIT A |
| 29 | TURNER, CARL WILLIAM | 32101 | UNDETERMINED* | EXHIBIT A |
| 30 | WALTERS, STEVEN JAMES | 32102 | UNDETERMINED* | EXHIBIT A |
| 31 | WILLOUGHBY, KENNETH | 32072 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470014

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 16

BAR(23) MAIL ID *** 000194861755 ***



KELLEY & FERRARO, LLP
ATTN: CONSTANTINE VENIZELOS
950 MAIN AVE STE 1300
CLEVELAND, OH  44113-7210

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

 _/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|---|---|---|---|---|
| 1 | ABEL, LARRY R | 17631 | $100,000.00* | EXHIBIT A |
| 2 | ALEXANDER, DENNIS W | 17630 | $100,000.00* | EXHIBIT A |
| 3 | ALLEN, JON R | 17628 | $100,000.00* | EXHIBIT A |
| 4 | ALLEN, MICHAEL F | 17629 | $100,000.00* | EXHIBIT A |
| 5 | ANDERANIN, MICHAEL R | 17627 | $100,000.00* | EXHIBIT A |
| 6 | ANDERSEN, DENNIS C | 17625 | $100,000.00* | EXHIBIT A |
| 7 | ANDERSEN, GARY L | 17626 | $100,000.00* | EXHIBIT A |
| 8 | ANDERSON, DONALD L | 17623 | $100,000.00* | EXHIBIT A |
| 9 | ANDERSON, DOUG R | 17624 | $100,000.00* | EXHIBIT A |
| 10 | ANDRIACCHI, FRANK P | 17622 | $100,000.00* | EXHIBIT A |
| 11 | ANSELL, FRANCIS A | 17621 | $100,000.00* | EXHIBIT A |
| 12 | ANTALIK, ROBERT W | 17620 | $100,000.00* | EXHIBIT A |
| 13 | ANTOLIK, DENNIS G | 17619 | $100,000.00* | EXHIBIT A |
| 14 | ARCURIE, EUGENE F | 17618 | $100,000.00* | EXHIBIT A |
| 15 | ARROWOOD, JOHN W | 17617 | $100,000.00* | EXHIBIT A |
| 16 | ASLANIS, KONSTANTINOS N | 17616 | $100,000.00* | EXHIBIT A |
| 17 | BADE, JOHN L | 17615 | $100,000.00* | EXHIBIT A |
| 18 | BAILEY, JEROME B | 17614 | $100,000.00* | EXHIBIT A |
| 19 | BALL, RICHARD L | 17613 | $100,000.00* | EXHIBIT A |
| 20 | BALLARD, ZANNIE J | 17610 | $100,000.00* | EXHIBIT A |
| 21 | BALUTA, JOSEPH W | 17611 | $100,000.00* | EXHIBIT A |
| 22 | BANKES, JOHN F | 17612 | $100,000.00* | EXHIBIT A |
| 23 | BARIL, DONALD L | 17607 | $100,000.00* | EXHIBIT A |
| 24 | BARLOW, RUSSELL | 17606 | $100,000.00* | EXHIBIT A |
| 25 | BARNES, MAX D | 17608 | $100,000.00* | EXHIBIT A |
| 26 | BARNETT, DALE F | 17609 | $100,000.00* | EXHIBIT A |
| 27 | BARR, DONALD J | 17592 | $100,000.00* | EXHIBIT A |
| 28 | BARRE, THEODORE L | 17593 | $100,000.00* | EXHIBIT A |
| 29 | BARRETT, PAUL C | 17591 | $100,000.00* | EXHIBIT A |
| 30 | BARRY, NORMAN | 17590 | $100,000.00* | EXHIBIT A |
| 31 | BARTELL, KENNETH | 17706 | $100,000.00* | EXHIBIT A |
| 32 | BARTLE, BRUCE P | 17708 | $100,000.00* | EXHIBIT A |
| 33 | BAUGHMAN, MICHAEL L | 17707 | $100,000.00* | EXHIBIT A |
| 34 | BEAUCHAMP, THOMAS P | 17710 | $100,000.00* | EXHIBIT A |
| 35 | BEAUREGARD, RICH J | 17709 | $100,000.00* | EXHIBIT A |
| 36 | BEEBE, RAYMOND D | 17711 | $100,000.00* | EXHIBIT A |
| 37 | BELMORE, ROBERT A | 17712 | $100,000.00* | EXHIBIT A |

| 38 | BENSON, GEORGE E | 17713 | $100,000.00* | EXHIBIT A |
|----|------------------|-------|--------------|-----------|
| 39 | BERRETTA, RUDY J | 17714 | $100,000.00* | EXHIBIT A |
| 40 | BETTROSS, GERARD | 17717 | $100,000.00* | EXHIBIT A |
| 41 | BICK, JOE R | 17716 | $100,000.00* | EXHIBIT A |
| 42 | BIGGS, LARRY A | 17715 | $100,000.00* | EXHIBIT A |
| 43 | BIRCHMEIER, JAMES C | 17720 | $100,000.00* | EXHIBIT A |
| 44 | BISCHOFF, JOSHUA | 17719 | $100,000.00* | EXHIBIT A |
| 45 | BLACK, HAROLD D | 17718 | $100,000.00* | EXHIBIT A |
| 46 | BLAIN, ROY T | 17703 | $100,000.00* | EXHIBIT A |
| 47 | BLANK, JAMES W | 17704 | $100,000.00* | EXHIBIT A |
| 48 | BLOMQUIST, RAY A | 17705 | $100,000.00* | EXHIBIT A |
| 49 | BONN, KENNETH J | 17587 | $100,000.00* | EXHIBIT A |
| 50 | BOWDISH, JOHN L | 17588 | $100,000.00* | EXHIBIT A |
| 51 | BRADY, JOSEPH | 17589 | $100,000.00* | EXHIBIT A |
| 52 | BRASSARD, GEORGE K | 17585 | $100,000.00* | EXHIBIT A |
| 53 | BRAUGHT, GARY | 17586 | $100,000.00* | EXHIBIT A |
| 54 | BREST, DAVID L | 17584 | $100,000.00* | EXHIBIT A |
| 55 | BRIGGS, RICHARD A | 17581 | $100,000.00* | EXHIBIT A |
| 56 | BRKOPAC, MIKE | 17582 | $100,000.00* | EXHIBIT A |
| 57 | BROACH, JAMES E | 17583 | $100,000.00* | EXHIBIT A |
| 58 | BROGAN, MICHAEL L | 17578 | $100,000.00* | EXHIBIT A |
| 59 | BROWN, ROBERT C | 17579 | $100,000.00* | EXHIBIT A |
| 60 | BRZEZINSKI, JAMES L | 17580 | $100,000.00* | EXHIBIT A |
| 61 | BURCH, GEORGE E | 17576 | $100,000.00* | EXHIBIT A |
| 62 | BURNS, ALFRED J | 17577 | $100,000.00* | EXHIBIT A |
| 63 | BURNSIDE, DONALD W | 17640 | $100,000.00* | EXHIBIT A |
| 64 | BUSH, WILLIAM J | 17637 | $100,000.00* | EXHIBIT A |
| 65 | CAIN, PAUL | 17638 | $100,000.00* | EXHIBIT A |
| 66 | CALVEY, JAMES B | 17639 | $100,000.00* | EXHIBIT A |
| 67 | CANADAY, EUGENE D | 17604 | $100,000.00* | EXHIBIT A |
| 68 | CAPASSO, LOUIS A | 17605 | $100,000.00* | EXHIBIT A |
| 69 | CAREY, IRVIN J | 17636 | $100,000.00* | EXHIBIT A |
| 70 | CARGLE, KENNETH W | 17601 | $100,000.00* | EXHIBIT A |
| 71 | CARLSON, KENNETH M | 17602 | $100,000.00* | EXHIBIT A |
| 72 | CARMICHAEL, HAROLD D | 17603 | $100,000.00* | EXHIBIT A |
| 73 | CARNEY, DENNIS W | 17600 | $100,000.00* | EXHIBIT A |
| 74 | CASE, GORDEN | 17575 | $100,000.00* | EXHIBIT A |
| 75 | CASTNER, WESLEY D | 17574 | $100,000.00* | EXHIBIT A |
| 76 | CAUDULLO, ANTHONY S | 17573 | $100,000.00* | EXHIBIT A |
| 77 | CHAMBERS, TODDY M | 17570 | $100,000.00* | EXHIBIT A |
| 78 | CHRISTEN, ROBERT | 17571 | $100,000.00* | EXHIBIT A |
| 79 | CINGEL, JOSEPH R | 17572 | $100,000.00* | EXHIBIT A |
| 80 | CIRILLO, JOSEPH | 17568 | $100,000.00* | EXHIBIT A |
| 81 | CIUFO, GERALD | 17569 | $100,000.00* | EXHIBIT A |
| 82 | CLARK, THOMAS J | 17567 | $100,000.00* | EXHIBIT A |
| 83 | CLINARD, JERRY | 17566 | $100,000.00* | EXHIBIT A |
| 84 | CLINTON, ANSON B | 17565 | $100,000.00* | EXHIBIT A |

470015

| 85 | CLISCH, GERALD G | 17564 | $100,000.00* | EXHIBIT A |
|----|------------------|-------|--------------|-----------|
| 86 | COBB, SQUARE | 17563 | $100,000.00* | EXHIBIT A |
| 87 | COCKBURN, MICHAEL L | 17562 | $100,000.00* | EXHIBIT A |
| 88 | CODY, EDMUND C | 17561 | $100,000.00* | EXHIBIT A |
| 89 | COLLIER, FRED A | 17560 | $100,000.00* | EXHIBIT A |
| 90 | COMPTON, CHARLES E | 17559 | $100,000.00* | EXHIBIT A |
| 91 | CONDON, ROLAND | 17546 | $100,000.00* | EXHIBIT A |
| 92 | CONFORTO, ROSS J | 17547 | $100,000.00* | EXHIBIT A |
| 93 | COOK, HARRY A | 17548 | $100,000.00* | EXHIBIT A |
| 94 | COTE, DEAN R | 17550 | $100,000.00* | EXHIBIT A |
| 95 | COWELL, WILLIAM J | 17549 | $100,000.00* | EXHIBIT A |
| 96 | COYNE, JOHN M | 17465 | $100,000.00* | EXHIBIT A |
| 97 | CRAWFORD, WILLIAM J | 17464 | $100,000.00* | EXHIBIT A |
| 98 | CREWS, JAMES N | 17463 | $100,000.00* | EXHIBIT A |
| 99 | CURTIS, DAVID | 17462 | $100,000.00* | EXHIBIT A |
| 100 | CUTLER, CURTIS D | 17461 | $100,000.00* | EXHIBIT A |
| 101 | CZERNY, JAMES L | 17460 | $100,000.00* | EXHIBIT A |
| 102 | DACEY, ALFRED J | 17456 | $100,000.00* | EXHIBIT A |
| 103 | DALLABRIDA, JAMES A | 17458 | $100,000.00* | EXHIBIT A |
| 104 | D'AMICO, ROGER | 17457 | $100,000.00* | EXHIBIT A |
| 105 | D'ANGELO, LOUIS A | 17459 | $100,000.00* | EXHIBIT A |
| 106 | DANIELS, LARRY J | 17468 | $100,000.00* | EXHIBIT A |
| 107 | DAPPRICH, WILLIAM K | 17467 | $100,000.00* | EXHIBIT A |
| 108 | DAPRON, PAUL J | 17466 | $100,000.00* | EXHIBIT A |
| 109 | DAVIS, BERNARD E | 17473 | $100,000.00* | EXHIBIT A |
| 110 | DAVIS, DAVID A | 17319 | $100,000.00* | EXHIBIT A |
| 111 | DAVIS, FRANCIS J | 17470 | $100,000.00* | EXHIBIT A |
| 112 | DAVIS, JIMMIE L | 17471 | $100,000.00* | EXHIBIT A |
| 113 | DAVIS, JOHN | 17472 | $100,000.00* | EXHIBIT A |
| 114 | DAVIS, LEROY | 17474 | $100,000.00* | EXHIBIT A |
| 115 | DAVIS, MICHAEL A | 17469 | $100,000.00* | EXHIBIT A |
| 116 | DAVIS, TROY | 17475 | $100,000.00* | EXHIBIT A |
| 117 | DECKER, JAMES | 17489 | $100,000.00* | EXHIBIT A |
| 118 | DECKER, LESLIE R | 17488 | $100,000.00* | EXHIBIT A |
| 119 | DELUCCA, FRED J | 17487 | $100,000.00* | EXHIBIT A |
| 120 | DEMMON, ERNEST C | 17335 | $100,000.00* | EXHIBIT A |
| 121 | DENT, TERRY A | 17486 | $100,000.00* | EXHIBIT A |
| 122 | DETERS, JUSTIN | 17334 | $100,000.00* | EXHIBIT A |
| 123 | DICE, MICHAEL R | 17480 | $100,000.00* | EXHIBIT A |
| 124 | DIEFFENDERFER, RALPH E | 17479 | $100,000.00* | EXHIBIT A |
| 125 | DILLINGER, ROBERT A | 17477 | $100,000.00* | EXHIBIT A |
| 126 | DINGMAN, RODNEY | 17478 | $100,000.00* | EXHIBIT A |
| 127 | DOMBROSKI, KENNETH | 17363 | $100,000.00* | EXHIBIT A |
| 128 | DOMBROSKI, RAYMOND P | 17476 | $100,000.00* | EXHIBIT A |
| 129 | DONNELLY, MICHAEL J | 17364 | $100,000.00* | EXHIBIT A |
| 130 | DONOVAN, JOHN | 17365 | $100,000.00* | EXHIBIT A |
| 131 | DOORNHAAG, DANIEL D | 17306 | $100,000.00* | EXHIBIT A |

470015

| 132 | DOUCETTE, MILTON G | 17307 | $100,000.00* | EXHIBIT A |
|-----|--------------------|-------|--------------|-----------|
| 133 | DOVAS, MICHAEL K | 17308 | $100,000.00* | EXHIBIT A |
| 134 | DRAKE, JOSEPH | 17362 | $100,000.00* | EXHIBIT A |
| 135 | DUDA, MICHAEL D | 17361 | $100,000.00* | EXHIBIT A |
| 136 | DURKIN, JAMES A | 17360 | $100,000.00* | EXHIBIT A |
| 137 | DWYER, THOMAS P | 17289 | $100,000.00* | EXHIBIT A |
| 138 | DWYER, WILLIAM F | 17298 | $100,000.00* | EXHIBIT A |
| 139 | DYER, ELWOOD | 17320 | $100,000.00* | EXHIBIT A |
| 140 | EASTERDAY, GARY L | 17322 | $100,000.00* | EXHIBIT A |
| 141 | EASTON, ROBERT D | 17321 | $100,000.00* | EXHIBIT A |
| 142 | EDWARDS, DAVID B | 17323 | $100,000.00* | EXHIBIT A |
| 143 | EICHELBERGER, EUGENE | 17324 | $100,000.00* | EXHIBIT A |
| 144 | EMEOTT, RONALD K | 17325 | $100,000.00* | EXHIBIT A |
| 145 | ENDLER, PHILIP | 17326 | $100,000.00* | EXHIBIT A |
| 146 | ERDMAN, RONALD J | 17327 | $100,000.00* | EXHIBIT A |
| 147 | ERICKSON, RICHARD A | 17328 | $100,000.00* | EXHIBIT A |
| 148 | ERWIN, JOSEPH L | 17329 | $100,000.00* | EXHIBIT A |
| 149 | ESTATE OF ALBERT A DOBSON | 17536 | $100,000.00* | EXHIBIT A |
| 150 | ESTATE OF ALBERT J SAVOLA | 17819 | $100,000.00* | EXHIBIT A |
| 151 | ESTATE OF ALBERT L HAZELWOOD | 17916 | $100,000.00* | EXHIBIT A |
| 152 | ESTATE OF ALBERT LITTLE | 18038 | $100,000.00* | EXHIBIT A |
| 153 | ESTATE OF ALEX R CHOUNARD | 17886 | $100,000.00* | EXHIBIT A |
| 154 | ESTATE OF ALEXANDER J SKURSKY | 17697 | $100,000.00* | EXHIBIT A |
| 155 | ESTATE OF ANTHONY A TOURANGEAU | 17658 | $100,000.00* | EXHIBIT A |
| 156 | ESTATE OF ANTHONY K FAGAN | 17539 | $100,000.00* | EXHIBIT A |
| 157 | ESTATE OF ARCADE J GELINAS | 17731 | $100,000.00* | EXHIBIT A |
| 158 | ESTATE OF ARTHUR A WOOLLEN | 18060 | $100,000.00* | EXHIBIT A |
| 159 | ESTATE OF ARTHUR C MORRIS | 17799 | $100,000.00* | EXHIBIT A |
| 160 | ESTATE OF BERNARD D KUIPERS | 18011 | $100,000.00* | EXHIBIT A |
| 161 | ESTATE OF BERNARD J OKIN | 18027 | $100,000.00* | EXHIBIT A |
| 162 | ESTATE OF BERNARD J O'NEILL | 17945 | $100,000.00* | EXHIBIT A |
| 163 | ESTATE OF BERNARD J WASNIAK | 18077 | $100,000.00* | EXHIBIT A |
| 164 | ESTATE OF BERNIE C ADAMS | 18090 | $100,000.00* | EXHIBIT A |
| 165 | ESTATE OF BILLY H MUSICK | 17769 | $100,000.00* | EXHIBIT A |
| 166 | ESTATE OF BILLY L WHITE | 17989 | $100,000.00* | EXHIBIT A |
| 167 | ESTATE OF BILLY V RAY | 17802 | $100,000.00* | EXHIBIT A |
| 168 | ESTATE OF BRYAN W YOUNG | 18079 | $100,000.00* | EXHIBIT A |
| 169 | ESTATE OF BYRON WRIGHT | 17992 | $100,000.00* | EXHIBIT A |
| 170 | ESTATE OF CARL E CARLSON | 17922 | $100,000.00* | EXHIBIT A |
| 171 | ESTATE OF CARL G KANGAS | 18051 | $100,000.00* | EXHIBIT A |
| 172 | ESTATE OF CARL LARSEN | 18016 | $100,000.00* | EXHIBIT A |
| 173 | ESTATE OF CARLTON COUTCHIE | 17878 | $100,000.00* | EXHIBIT A |
| 174 | ESTATE OF CECIL L JOHNSON | 18018 | $100,000.00* | EXHIBIT A |
| 175 | ESTATE OF CHARLES B WALL | 17635 | $100,000.00* | EXHIBIT A |
| 176 | ESTATE OF CHARLES E NOWAKOWSKI | 18024 | $100,000.00* | EXHIBIT A |
| 177 | ESTATE OF CHARLES E WHITE | 18075 | $100,000.00* | EXHIBIT A |
| 178 | ESTATE OF CHARLES F ROOS | 18089 | $100,000.00* | EXHIBIT A |

470015

| 179 | ESTATE OF CHARLES F SCHORY | 17793 | $100,000.00* | EXHIBIT A |
|-----|----------------------------|-------|--------------|-----------|
| 180 | ESTATE OF CHARLES G SHERUPSKI | 17526 | $100,000.00* | EXHIBIT A |
| 181 | ESTATE OF CHARLES H SMITH | 17693 | $100,000.00* | EXHIBIT A |
| 182 | ESTATE OF CHARLES I BOUGHMAN | 17961 | $100,000.00* | EXHIBIT A |
| 183 | ESTATE OF CHARLES L HIRSCHFELD | 17905 | $100,000.00* | EXHIBIT A |
| 184 | ESTATE OF CHARLES L LUKE | 18048 | $100,000.00* | EXHIBIT A |
| 185 | ESTATE OF CHARLES W TACY | 17673 | $100,000.00* | EXHIBIT A |
| 186 | ESTATE OF CHESTER LAVOGUE | 18029 | $100,000.00* | EXHIBIT A |
| 187 | ESTATE OF CHESTER THUMM | 17663 | $100,000.00* | EXHIBIT A |
| 188 | ESTATE OF CLARENCE A PROVOST | 17813 | $100,000.00* | EXHIBIT A |
| 189 | ESTATE OF CLARENCE E SHERIFF | 17527 | $100,000.00* | EXHIBIT A |
| 190 | ESTATE OF CLARENCE F PERNASKI | 17935 | $100,000.00* | EXHIBIT A |
| 191 | ESTATE OF CLARENCE J YARD | 18057 | $100,000.00* | EXHIBIT A |
| 192 | ESTATE OF CLARENCE L FOSTER | 17745 | $100,000.00* | EXHIBIT A |
| 193 | ESTATE OF CLIFFORD H NETTLES | 17771 | $100,000.00* | EXHIBIT A |
| 194 | ESTATE OF CURTIS W JOINER | 18021 | $100,000.00* | EXHIBIT A |
| 195 | ESTATE OF DALE SCHNEIDER | 17784 | $100,000.00* | EXHIBIT A |
| 196 | ESTATE OF DANIEL JAMES BAKER | 18070 | $100,000.00* | EXHIBIT A |
| 197 | ESTATE OF DAVID E BAMFORD | 18066 | $100,000.00* | EXHIBIT A |
| 198 | ESTATE OF DAVID GAMMELL | 17734 | $100,000.00* | EXHIBIT A |
| 199 | ESTATE OF DAVID J RYAN | 18095 | $100,000.00* | EXHIBIT A |
| 200 | ESTATE OF DAVID J TAHTINEN | 17672 | $100,000.00* | EXHIBIT A |
| 201 | ESTATE OF DAVID R GOHSLER | 17756 | $100,000.00* | EXHIBIT A |
| 202 | ESTATE OF DAVID ROSS HUNT | 17909 | $100,000.00* | EXHIBIT A |
| 203 | ESTATE OF DAVID WILEY | 17990 | $100,000.00* | EXHIBIT A |
| 204 | ESTATE OF DELMER E SIMON | 17699 | $100,000.00* | EXHIBIT A |
| 205 | ESTATE OF DENNIS HOYT | 17911 | $100,000.00* | EXHIBIT A |
| 206 | ESTATE OF DENNIS M TOME | 17661 | $100,000.00* | EXHIBIT A |
| 207 | ESTATE OF DENNIS R ZANDER | 18082 | $100,000.00* | EXHIBIT A |
| 208 | ESTATE OF DENNIS W SCHMIEDING | 17818 | $100,000.00* | EXHIBIT A |
| 209 | ESTATE OF DEWELL BURCHETT | 17918 | $100,000.00* | EXHIBIT A |
| 210 | ESTATE OF DONAL R HAMRICK | 17903 | $100,000.00* | EXHIBIT A |
| 211 | ESTATE OF DONALD B SCHROYER | 17782 | $100,000.00* | EXHIBIT A |
| 212 | ESTATE OF DONALD C JOHNDROW | 18017 | $100,000.00* | EXHIBIT A |
| 213 | ESTATE OF DONALD E LEAKE | 18030 | $100,000.00* | EXHIBIT A |
| 214 | ESTATE OF DONALD F MCBRIDE | 17932 | $100,000.00* | EXHIBIT A |
| 215 | ESTATE OF DONALD J MELESKI | 17785 | $100,000.00* | EXHIBIT A |
| 216 | ESTATE OF DONALD L BAKER | 18069 | $100,000.00* | EXHIBIT A |
| 217 | ESTATE OF DONALD L BIGGS | 17965 | $100,000.00* | EXHIBIT A |
| 218 | ESTATE OF DONALD L DAWES | 17896 | $100,000.00* | EXHIBIT A |
| 219 | ESTATE OF DONALD M ANDERSON | 18062 | $100,000.00* | EXHIBIT A |
| 220 | ESTATE OF DONALD M SAURER | 17821 | $100,000.00* | EXHIBIT A |
| 221 | ESTATE OF DUANE C VEJVODA | 17644 | $100,000.00* | EXHIBIT A |
| 222 | ESTATE OF DUANE R SHOULTS | 17678 | $100,000.00* | EXHIBIT A |
| 223 | ESTATE OF DWAINE WASHBURN | 17986 | $100,000.00* | EXHIBIT A |
| 224 | ESTATE OF EARL CHILDERS | 17887 | $100,000.00* | EXHIBIT A |
| 225 | ESTATE OF EARL H HELMEY | 17915 | $100,000.00* | EXHIBIT A |

| 226 | ESTATE OF EDGAR L SPRADLEY | 17687 | $100,000.00* | EXHIBIT A |
|-----|---------------------------|-------|--------------|-----------|
| 227 | ESTATE OF EDWARD C BELMORE | 17969 | $100,000.00* | EXHIBIT A |
| 228 | ESTATE OF EDWARD J JACOSKI | 17926 | $100,000.00* | EXHIBIT A |
| 229 | ESTATE OF EDWARD J POLACZYK | 17933 | $100,000.00* | EXHIBIT A |
| 230 | ESTATE OF ELDON B TAYLOR | 17669 | $100,000.00* | EXHIBIT A |
| 231 | ESTATE OF ELI BUCAN | 17946 | $100,000.00* | EXHIBIT A |
| 232 | ESTATE OF ELMER F FAUS | 17537 | $100,000.00* | EXHIBIT A |
| 233 | ESTATE OF EMIL GERA | 17728 | $100,000.00* | EXHIBIT A |
| 234 | ESTATE OF EMIL KATARINCIC | 18055 | $100,000.00* | EXHIBIT A |
| 235 | ESTATE OF ERNEST A SHUE | 17701 | $100,000.00* | EXHIBIT A |
| 236 | ESTATE OF EUGENE A SCHUBERT | 17783 | $100,000.00* | EXHIBIT A |
| 237 | ESTATE OF EUGENE G FRANK | 17743 | $100,000.00* | EXHIBIT A |
| 238 | ESTATE OF FRANCIS B WILLIAMS | 18074 | $100,000.00* | EXHIBIT A |
| 239 | ESTATE OF FRANCIS C DEPETRO | 17891 | $100,000.00* | EXHIBIT A |
| 240 | ESTATE OF FRANCIS G O'NEILL | 17931 | $100,000.00* | EXHIBIT A |
| 241 | ESTATE OF FRANCIS P SMITH | 17692 | $100,000.00* | EXHIBIT A |
| 242 | ESTATE OF FRANK A SUMMERFORD | 17674 | $100,000.00* | EXHIBIT A |
| 243 | ESTATE OF FRANK E LANSDOWNE | 18014 | $100,000.00* | EXHIBIT A |
| 244 | ESTATE OF FRANK J MARINCHICK | 17796 | $100,000.00* | EXHIBIT A |
| 245 | ESTATE OF FRANK J NOSSECK | 17768 | $100,000.00* | EXHIBIT A |
| 246 | ESTATE OF FRANK JAKUBIAK | 17927 | $100,000.00* | EXHIBIT A |
| 247 | ESTATE OF FRANK L PAVLICO | 17817 | $100,000.00* | EXHIBIT A |
| 248 | ESTATE OF FRANK UCAKAR | 17650 | $100,000.00* | EXHIBIT A |
| 249 | ESTATE OF FRED C AGAZZI | 18091 | $100,000.00* | EXHIBIT A |
| 250 | ESTATE OF FRED L CRAIG | 17874 | $100,000.00* | EXHIBIT A |
| 251 | ESTATE OF FRED R ZITTA | 17975 | $100,000.00* | EXHIBIT A |
| 252 | ESTATE OF FRED THERRIEN | 17667 | $100,000.00* | EXHIBIT A |
| 253 | ESTATE OF FREDRICK G BALL | 18068 | $100,000.00* | EXHIBIT A |
| 254 | ESTATE OF GARY J RETASKIE | 17800 | $100,000.00* | EXHIBIT A |
| 255 | ESTATE OF GEORGE BRUGOS | 17947 | $100,000.00* | EXHIBIT A |
| 256 | ESTATE OF GEORGE J BELL | 17970 | $100,000.00* | EXHIBIT A |
| 257 | ESTATE OF GEORGE M LODISH | 18039 | $100,000.00* | EXHIBIT A |
| 258 | ESTATE OF GEORGE MCMASTER | 17807 | $100,000.00* | EXHIBIT A |
| 259 | ESTATE OF GEORGE RIGGS | 18005 | $100,000.00* | EXHIBIT A |
| 260 | ESTATE OF GEORGE W BROWN | 17949 | $100,000.00* | EXHIBIT A |
| 261 | ESTATE OF GERALD H BALMES | 18067 | $100,000.00* | EXHIBIT A |
| 262 | ESTATE OF GERALD MATTKE | 17776 | $100,000.00* | EXHIBIT A |
| 263 | ESTATE OF GRIFFITH E POWELL | 17788 | $100,000.00* | EXHIBIT A |
| 264 | ESTATE OF GROVER M FASE | 17538 | $100,000.00* | EXHIBIT A |
| 265 | ESTATE OF GUST N RILEY | 18004 | $100,000.00* | EXHIBIT A |
| 266 | ESTATE OF GUY C SCHWARK | 17781 | $100,000.00* | EXHIBIT A |
| 267 | ESTATE OF HARDWICK GUNDY | 17754 | $100,000.00* | EXHIBIT A |
| 268 | ESTATE OF HARNEY W SALESS | 18023 | $100,000.00* | EXHIBIT A |
| 269 | ESTATE OF HAROLD A BLACK | 17963 | $100,000.00* | EXHIBIT A |
| 270 | ESTATE OF HAROLD ALFRED ANDERSON | 18236 | $100,000.00* | EXHIBIT A |
| 271 | ESTATE OF HAROLD E ANDERSON | 18061 | $100,000.00* | EXHIBIT A |
| 272 | ESTATE OF HAROLD E BURKE | 17917 | $100,000.00* | EXHIBIT A |

| 273 | ESTATE OF HAROLD R COOK | 17883 | $100,000.00* | EXHIBIT A |
|-----|-------------------------|-------|--------------|-----------|
| 274 | ESTATE OF HAROLD R FRENCH | 17742 | $100,000.00* | EXHIBIT A |
| 275 | ESTATE OF HARRY BERGER | 17951 | $100,000.00* | EXHIBIT A |
| 276 | ESTATE OF HARRY L KEITH | 18054 | $100,000.00* | EXHIBIT A |
| 277 | ESTATE OF HARRY L WRIGHT | 18059 | $100,000.00* | EXHIBIT A |
| 278 | ESTATE OF HARVEY L VAN OOSTEN | 17646 | $100,000.00* | EXHIBIT A |
| 279 | ESTATE OF HARVEY T BOWSER | 17957 | $100,000.00* | EXHIBIT A |
| 280 | ESTATE OF HERBERT N DODDS | 17535 | $100,000.00* | EXHIBIT A |
| 281 | ESTATE OF HOWARD SPATHOLT | 17688 | $100,000.00* | EXHIBIT A |
| 282 | ESTATE OF HUBERT J MARX | 17797 | $100,000.00* | EXHIBIT A |
| 283 | ESTATE OF IRVING G DIPPEL | 18073 | $100,000.00* | EXHIBIT A |
| 284 | ESTATE OF J DONALD AVERY | 18071 | $100,000.00* | EXHIBIT A |
| 285 | ESTATE OF JACK R HAYES | 17901 | $100,000.00* | EXHIBIT A |
| 286 | ESTATE OF JACOB E WINTER | 17991 | $100,000.00* | EXHIBIT A |
| 287 | ESTATE OF JAMES A DEPEEL | 17892 | $100,000.00* | EXHIBIT A |
| 288 | ESTATE OF JAMES A LOUGHMAN | 18042 | $100,000.00* | EXHIBIT A |
| 289 | ESTATE OF JAMES B MAITNER | 17779 | $100,000.00* | EXHIBIT A |
| 290 | ESTATE OF JAMES L LOVEJOY | 18046 | $100,000.00* | EXHIBIT A |
| 291 | ESTATE OF JAMES LYONS | 17794 | $100,000.00* | EXHIBIT A |
| 292 | ESTATE OF JAMES M FRAILING | 17744 | $100,000.00* | EXHIBIT A |
| 293 | ESTATE OF JAMES R OGLE | 18026 | $100,000.00* | EXHIBIT A |
| 294 | ESTATE OF JAMES R ROMAN | 18006 | $100,000.00* | EXHIBIT A |
| 295 | ESTATE OF JAMES S CROW | 17873 | $100,000.00* | EXHIBIT A |
| 296 | ESTATE OF JAMES SHORTER | 17677 | $100,000.00* | EXHIBIT A |
| 297 | ESTATE OF JAMES W COURTNEY | 17879 | $100,000.00* | EXHIBIT A |
| 298 | ESTATE OF JAMES W MONGAN | 17778 | $100,000.00* | EXHIBIT A |
| 299 | ESTATE OF JAMES W REITEN | 17801 | $100,000.00* | EXHIBIT A |
| 300 | ESTATE OF JAY SHREFFLER | 17702 | $100,000.00* | EXHIBIT A |
| 301 | ESTATE OF JEROME J HOVANIC | 17913 | $100,000.00* | EXHIBIT A |
| 302 | ESTATE OF JERRY L STOGNER | 17676 | $100,000.00* | EXHIBIT A |
| 303 | ESTATE OF JESSIE CASTLE | 17959 | $100,000.00* | EXHIBIT A |
| 304 | ESTATE OF JIM G FOOTE | 17747 | $100,000.00* | EXHIBIT A |
| 305 | ESTATE OF JOE J THOMAS | 17665 | $100,000.00* | EXHIBIT A |
| 306 | ESTATE OF JOEL E COWART | 17877 | $100,000.00* | EXHIBIT A |
| 307 | ESTATE OF JOHN A BILIUM | 17964 | $100,000.00* | EXHIBIT A |
| 308 | ESTATE OF JOHN A BOZIS | 17955 | $100,000.00* | EXHIBIT A |
| 309 | ESTATE OF JOHN A KACZOR | 18049 | $100,000.00* | EXHIBIT A |
| 310 | ESTATE OF JOHN A OFFERMAN | 18025 | $100,000.00* | EXHIBIT A |
| 311 | ESTATE OF JOHN A WASILCHAK | 17987 | $100,000.00* | EXHIBIT A |
| 312 | ESTATE OF JOHN BOUCHER | 17962 | $100,000.00* | EXHIBIT A |
| 313 | ESTATE OF JOHN CHADWICK | 17727 | $100,000.00* | EXHIBIT A |
| 314 | ESTATE OF JOHN CHERNISS | 17726 | $100,000.00* | EXHIBIT A |
| 315 | ESTATE OF JOHN E DALTON | 17899 | $100,000.00* | EXHIBIT A |
| 316 | ESTATE OF JOHN E KEANE | 17995 | $100,000.00* | EXHIBIT A |
| 317 | ESTATE OF JOHN E KRUEGER | 18009 | $100,000.00* | EXHIBIT A |
| 318 | ESTATE OF JOHN F FLAGG | 17750 | $100,000.00* | EXHIBIT A |
| 319 | ESTATE OF JOHN F MCINTYRE | 17808 | $100,000.00* | EXHIBIT A |

| 320 | ESTATE OF JOHN F ROBINSON | 17998 | $100,000.00* | EXHIBIT A |
| 321 | ESTATE OF JOHN GEURINK | 32306 | $100,000.00* | EXHIBIT A |
| 322 | ESTATE OF JOHN J ANDREWS | 17972 | $100,000.00* | EXHIBIT A |
| 323 | ESTATE OF JOHN J O'MALLEY | 17930 | $100,000.00* | EXHIBIT A |
| 324 | ESTATE OF JOHN J SLAINA | 17695 | $100,000.00* | EXHIBIT A |
| 325 | ESTATE OF JOHN J STEVENSON | 17681 | $100,000.00* | EXHIBIT A |
| 326 | ESTATE OF JOHN L BRONZYK | 17950 | $100,000.00* | EXHIBIT A |
| 327 | ESTATE OF JOHN L ZENZ | 18084 | $100,000.00* | EXHIBIT A |
| 328 | ESTATE OF JOHN M DRAZENOVICH | 17534 | $100,000.00* | EXHIBIT A |
| 329 | ESTATE OF JOHN M DYER | 17721 | $100,000.00* | EXHIBIT A |
| 330 | ESTATE OF JOHN M THOMAS | 17666 | $100,000.00* | EXHIBIT A |
| 331 | ESTATE OF JOHN MEDEIROS | 17775 | $100,000.00* | EXHIBIT A |
| 332 | ESTATE OF JOHN P KILBANE | 18041 | $100,000.00* | EXHIBIT A |
| 333 | ESTATE OF JOHN P PADDEN | 17942 | $100,000.00* | EXHIBIT A |
| 334 | ESTATE OF JOHN P SAUNDERS | 17822 | $100,000.00* | EXHIBIT A |
| 335 | ESTATE OF JOHN P SKRABA | 17698 | $100,000.00* | EXHIBIT A |
| 336 | ESTATE OF JOHN R FINCK | 17725 | $100,000.00* | EXHIBIT A |
| 337 | ESTATE OF JOHN R FREY | 17740 | $100,000.00* | EXHIBIT A |
| 338 | ESTATE OF JOHN R GOETSCH | 17900 | $100,000.00* | EXHIBIT A |
| 339 | ESTATE OF JOHN R LORNITIS | 18040 | $100,000.00* | EXHIBIT A |
| 340 | ESTATE OF JOHN R MURRAY | 17820 | $100,000.00* | EXHIBIT A |
| 341 | ESTATE OF JOHN R WANTZ | 17632 | $100,000.00* | EXHIBIT A |
| 342 | ESTATE OF JOHN RAND | 17791 | $100,000.00* | EXHIBIT A |
| 343 | ESTATE OF JOHN ST. ANGE | 17686 | $100,000.00* | EXHIBIT A |
| 344 | ESTATE OF JOHN T AHERN | 18093 | $100,000.00* | EXHIBIT A |
| 345 | ESTATE OF JOHN V BRASEL | 17936 | $100,000.00* | EXHIBIT A |
| 346 | ESTATE OF JOSEPH B DURKO | 17532 | $100,000.00* | EXHIBIT A |
| 347 | ESTATE OF JOSEPH BERENS | 17953 | $100,000.00* | EXHIBIT A |
| 348 | ESTATE OF JOSEPH C CENTRELLA | 17958 | $100,000.00* | EXHIBIT A |
| 349 | ESTATE OF JOSEPH G MCGRAW | 17805 | $100,000.00* | EXHIBIT A |
| 350 | ESTATE OF JOSEPH IWASZEK | 18096 | $100,000.00* | EXHIBIT A |
| 351 | ESTATE OF JOSEPH KETCHA | 18045 | $100,000.00* | EXHIBIT A |
| 352 | ESTATE OF JOSEPH M CALLAHAN | 17923 | $100,000.00* | EXHIBIT A |
| 353 | ESTATE OF JOSEPH N COOK | 17882 | $100,000.00* | EXHIBIT A |
| 354 | ESTATE OF JOSEPH P ALEWELT | 18094 | $100,000.00* | EXHIBIT A |
| 355 | ESTATE OF JOSEPH P GAJKOWSKI | 17736 | $100,000.00* | EXHIBIT A |
| 356 | ESTATE OF JOSEPH W TURNOCK | 17652 | $100,000.00* | EXHIBIT A |
| 357 | ESTATE OF JOSEPH WALTER ZIELINSKI | 17977 | $100,000.00* | EXHIBIT A |
| 358 | ESTATE OF JULIUS A ZIEMBO | 18087 | $100,000.00* | EXHIBIT A |
| 359 | ESTATE OF KAINO SALMI | 17757 | $100,000.00* | EXHIBIT A |
| 360 | ESTATE OF KEITH L ARTHALONY | 18072 | $100,000.00* | EXHIBIT A |
| 361 | ESTATE OF KEITH R WAMSER | 17634 | $100,000.00* | EXHIBIT A |
| 362 | ESTATE OF KEITH T LANCOUR | 18013 | $100,000.00* | EXHIBIT A |
| 363 | ESTATE OF KELVIN F POTTER | 17814 | $100,000.00* | EXHIBIT A |
| 364 | ESTATE OF KEN E KERN | 18050 | $100,000.00* | EXHIBIT A |
| 365 | ESTATE OF KENNETH T STARR | 17683 | $100,000.00* | EXHIBIT A |
| 366 | ESTATE OF KENNETH W HUTCHINS | 17908 | $100,000.00* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 367 | ESTATE OF LARNCE R BRADY | 17954 | $100,000.00* | EXHIBIT A |
| 368 | ESTATE OF LARRY J BROWN | 17948 | $100,000.00* | EXHIBIT A |
| 369 | ESTATE OF LARRY L CARR | 17921 | $100,000.00* | EXHIBIT A |
| 370 | ESTATE OF LAVAL E HAMMETT | 17904 | $100,000.00* | EXHIBIT A |
| 371 | ESTATE OF LEO A DEHM | 17893 | $100,000.00* | EXHIBIT A |
| 372 | ESTATE OF LEO J THERRIEN | 17668 | $100,000.00* | EXHIBIT A |
| 373 | ESTATE OF LEO J UBER | 17651 | $100,000.00* | EXHIBIT A |
| 374 | ESTATE OF LEONARD G TRUSCOTT | 17655 | $100,000.00* | EXHIBIT A |
| 375 | ESTATE OF LEROY F KOETH | 18010 | $100,000.00* | EXHIBIT A |
| 376 | ESTATE OF LEROY V SORENSON | 17689 | $100,000.00* | EXHIBIT A |
| 377 | ESTATE OF LEWIS P KIMBLE | 18037 | $100,000.00* | EXHIBIT A |
| 378 | ESTATE OF LLOYD C FRY | 17738 | $100,000.00* | EXHIBIT A |
| 379 | ESTATE OF LLOYD G YOUNG | 18058 | $100,000.00* | EXHIBIT A |
| 380 | ESTATE OF LLOYD T PUGH | 17790 | $100,000.00* | EXHIBIT A |
| 381 | ESTATE OF LOUIS E SMITH | 17691 | $100,000.00* | EXHIBIT A |
| 382 | ESTATE OF LOUIS H SEBALD | 17530 | $100,000.00* | EXHIBIT A |
| 383 | ESTATE OF LOUIS J DESTEFAN | 17890 | $100,000.00* | EXHIBIT A |
| 384 | ESTATE OF LOUIS M STARASINIC | 17684 | $100,000.00* | EXHIBIT A |
| 385 | ESTATE OF LOWELL A JOHNSON | 18019 | $100,000.00* | EXHIBIT A |
| 386 | ESTATE OF MARK W HOPPOUGH | 17914 | $100,000.00* | EXHIBIT A |
| 387 | ESTATE OF MARLIN E ZANTELLO | 18083 | $100,000.00* | EXHIBIT A |
| 388 | ESTATE OF MARTIN J CASEY | 17919 | $100,000.00* | EXHIBIT A |
| 389 | ESTATE OF MARVIN GALVIN | 17735 | $100,000.00* | EXHIBIT A |
| 390 | ESTATE OF MELVIN L WANLESS | 17633 | $100,000.00* | EXHIBIT A |
| 391 | ESTATE OF MICHAEL D COOPER | 17881 | $100,000.00* | EXHIBIT A |
| 392 | ESTATE OF MICHAEL D QUINN | 17789 | $100,000.00* | EXHIBIT A |
| 393 | ESTATE OF MICHAEL HABIAN | 17753 | $100,000.00* | EXHIBIT A |
| 394 | ESTATE OF MICHAEL SIEGEL | 17700 | $100,000.00* | EXHIBIT A |
| 395 | ESTATE OF MICHAEL STRANG | 17675 | $100,000.00* | EXHIBIT A |
| 396 | ESTATE OF MICHEAL J KARDAS | 18053 | $100,000.00* | EXHIBIT A |
| 397 | ESTATE OF MILES R FRENCH | 17741 | $100,000.00* | EXHIBIT A |
| 398 | ESTATE OF MILTON L ROBERTS | 18007 | $100,000.00* | EXHIBIT A |
| 399 | ESTATE OF MORGAN C CRAFT | 17875 | $100,000.00* | EXHIBIT A |
| 400 | ESTATE OF MURRAY S GAST | 17733 | $100,000.00* | EXHIBIT A |
| 401 | ESTATE OF NOEL L HARRISON | 17902 | $100,000.00* | EXHIBIT A |
| 402 | ESTATE OF ORVILLE R MARTIN | 17777 | $100,000.00* | EXHIBIT A |
| 403 | ESTATE OF OSSIE J ORR | 17944 | $100,000.00* | EXHIBIT A |
| 404 | ESTATE OF OTTO GEARHART | 17732 | $100,000.00* | EXHIBIT A |
| 405 | ESTATE OF PATRICK E MCSHANE | 17804 | $100,000.00* | EXHIBIT A |
| 406 | ESTATE OF PAUL A ROTH | 18097 | $100,000.00* | EXHIBIT A |
| 407 | ESTATE OF PAUL E FRYLING | 17737 | $100,000.00* | EXHIBIT A |
| 408 | ESTATE OF PAUL E YANDELL | 17993 | $100,000.00* | EXHIBIT A |
| 409 | ESTATE OF PAUL J KETOLA | 18044 | $100,000.00* | EXHIBIT A |
| 410 | ESTATE OF PAUL M RHOADS | 17997 | $100,000.00* | EXHIBIT A |
| 411 | ESTATE OF PAUL P SAMEK | 17824 | $100,000.00* | EXHIBIT A |
| 412 | ESTATE OF PETER J BENGSTON | 17966 | $100,000.00* | EXHIBIT A |
| 413 | ESTATE OF PETER J HAMMER | 17752 | $100,000.00* | EXHIBIT A |

470015

| 414 | ESTATE OF PETER K STEINHAGEN | 17682 | $100,000.00* | EXHIBIT A |
|-----|------------------------------|-------|--------------|-----------|
| 415 | ESTATE OF PETER POSTMA | 17811 | $100,000.00* | EXHIBIT A |
| 416 | ESTATE OF PHILLIP E MACKIE | 17780 | $100,000.00* | EXHIBIT A |
| 417 | ESTATE OF RALPH C NEPTUNE | 17774 | $100,000.00* | EXHIBIT A |
| 418 | ESTATE OF RALPH E LEE | 18031 | $100,000.00* | EXHIBIT A |
| 419 | ESTATE OF RALPH G HEUER | 17723 | $100,000.00* | EXHIBIT A |
| 420 | ESTATE OF RALPH L EDWARDS | 17541 | $100,000.00* | EXHIBIT A |
| 421 | ESTATE OF RAMON CIUCCI | 17885 | $100,000.00* | EXHIBIT A |
| 422 | ESTATE OF RANDY S FRIDDLE | 17739 | $100,000.00* | EXHIBIT A |
| 423 | ESTATE OF RAY A GENTHER | 17729 | $100,000.00* | EXHIBIT A |
| 424 | ESTATE OF RAY H LAKENEN | 18012 | $100,000.00* | EXHIBIT A |
| 425 | ESTATE OF RAYMOND C VOGELPOHL | 17642 | $100,000.00* | EXHIBIT A |
| 426 | ESTATE OF RAYMOND E DAVIS | 17898 | $100,000.00* | EXHIBIT A |
| 427 | ESTATE OF RAYMOND G PAYTOSH | 17786 | $100,000.00* | EXHIBIT A |
| 428 | ESTATE OF RAYMOND J BARTON | 18064 | $100,000.00* | EXHIBIT A |
| 429 | ESTATE OF RAYMOND L MACNAB | 17795 | $100,000.00* | EXHIBIT A |
| 430 | ESTATE OF RAYMOND S COX | 17876 | $100,000.00* | EXHIBIT A |
| 431 | ESTATE OF RAYMOND S LUBISH | 18047 | $100,000.00* | EXHIBIT A |
| 432 | ESTATE OF RAYMOND T REGINELLI | 17809 | $100,000.00* | EXHIBIT A |
| 433 | ESTATE OF RICHARD A DAWSON | 17895 | $100,000.00* | EXHIBIT A |
| 434 | ESTATE OF RICHARD A HAMMER | 17751 | $100,000.00* | EXHIBIT A |
| 435 | ESTATE OF RICHARD D WALKER | 17641 | $100,000.00* | EXHIBIT A |
| 436 | ESTATE OF RICHARD E JACKSON | 17925 | $100,000.00* | EXHIBIT A |
| 437 | ESTATE OF RICHARD E KLOCKO | 18032 | $100,000.00* | EXHIBIT A |
| 438 | ESTATE OF RICHARD F LINDENAU | 18034 | $100,000.00* | EXHIBIT A |
| 439 | ESTATE OF RICHARD F VERSHAY | 17643 | $100,000.00* | EXHIBIT A |
| 440 | ESTATE OF RICHARD H DEWITTE | 17888 | $100,000.00* | EXHIBIT A |
| 441 | ESTATE OF RICHARD J DUIS | 17533 | $100,000.00* | EXHIBIT A |
| 442 | ESTATE OF RICHARD N KELLEY | 18052 | $100,000.00* | EXHIBIT A |
| 443 | ESTATE OF RICHARD O BOYLE | 17956 | $100,000.00* | EXHIBIT A |
| 444 | ESTATE OF RICHARD R SKUTT | 17696 | $100,000.00* | EXHIBIT A |
| 445 | ESTATE OF ROBERT A JANDERNOA | 17928 | $100,000.00* | EXHIBIT A |
| 446 | ESTATE OF ROBERT A MCDERMOTT | 17806 | $100,000.00* | EXHIBIT A |
| 447 | ESTATE OF ROBERT A SHANEYFELT | 17529 | $100,000.00* | EXHIBIT A |
| 448 | ESTATE OF ROBERT C BERG | 17952 | $100,000.00* | EXHIBIT A |
| 449 | ESTATE OF ROBERT C MCKINNON | 17803 | $100,000.00* | EXHIBIT A |
| 450 | ESTATE OF ROBERT CORBETT | 17880 | $100,000.00* | EXHIBIT A |
| 451 | ESTATE OF ROBERT DOAN | 17889 | $100,000.00* | EXHIBIT A |
| 452 | ESTATE OF ROBERT E PERKINS | 17934 | $100,000.00* | EXHIBIT A |
| 453 | ESTATE OF ROBERT E TRETTEL | 17656 | $100,000.00* | EXHIBIT A |
| 454 | ESTATE OF ROBERT F COLE | 17884 | $100,000.00* | EXHIBIT A |
| 455 | ESTATE OF ROBERT F EAGLEYE | 17724 | $100,000.00* | EXHIBIT A |
| 456 | ESTATE OF ROBERT G MESZAROS | 17792 | $100,000.00* | EXHIBIT A |
| 457 | ESTATE OF ROBERT H HUGHES | 17910 | $100,000.00* | EXHIBIT A |
| 458 | ESTATE OF ROBERT J PRATER | 17787 | $100,000.00* | EXHIBIT A |
| 459 | ESTATE OF ROBERT J TRYZENSKI | 17654 | $100,000.00* | EXHIBIT A |
| 460 | ESTATE OF ROBERT MAYER | 17812 | $100,000.00* | EXHIBIT A |

| 461 | ESTATE OF ROBERT SHELDON TURNER | 17653 | $100,000.00* | EXHIBIT A |
|-----|----------------------------------|-------|--------------|-----------|
| 462 | ESTATE OF ROBERT T PARKER | 17938 | $100,000.00* | EXHIBIT A |
| 463 | ESTATE OF ROBERT T ZACHARYASZ | 18080 | $100,000.00* | EXHIBIT A |
| 464 | ESTATE OF ROBERT VALENTINE | 17647 | $100,000.00* | EXHIBIT A |
| 465 | ESTATE OF ROGER A MUSCENTI | 17823 | $100,000.00* | EXHIBIT A |
| 466 | ESTATE OF ROGER PATTERSON | 17816 | $100,000.00* | EXHIBIT A |
| 467 | ESTATE OF ROMEO ALFIERI | 18063 | $100,000.00* | EXHIBIT A |
| 468 | ESTATE OF RONALD R ERB | 17540 | $100,000.00* | EXHIBIT A |
| 469 | ESTATE OF RONALD W OVERBERG | 17943 | $100,000.00* | EXHIBIT A |
| 470 | ESTATE OF ROY E JARRELL | 17929 | $100,000.00* | EXHIBIT A |
| 471 | ESTATE OF RUSSELL E BAUGHMAN | 17971 | $100,000.00* | EXHIBIT A |
| 472 | ESTATE OF SAMMIE L ANDREWS | 17973 | $100,000.00* | EXHIBIT A |
| 473 | ESTATE OF SAMUEL J PAGER | 17941 | $100,000.00* | EXHIBIT A |
| 474 | ESTATE OF SAMUEL J TORCHIA | 17659 | $100,000.00* | EXHIBIT A |
| 475 | ESTATE OF SHIRLEY D FOGG | 17749 | $100,000.00* | EXHIBIT A |
| 476 | ESTATE OF STANLEY A MILLER | 17798 | $100,000.00* | EXHIBIT A |
| 477 | ESTATE OF STANLEY E BOWMAN | 17960 | $100,000.00* | EXHIBIT A |
| 478 | ESTATE OF STANLEY E YARMEY | 18056 | $100,000.00* | EXHIBIT A |
| 479 | ESTATE OF STANLEY MUSSELMAN | 17772 | $100,000.00* | EXHIBIT A |
| 480 | ESTATE OF STANLEY WASKIEWICZ | 17988 | $100,000.00* | EXHIBIT A |
| 481 | ESTATE OF STEPHEN BROMACK | 17937 | $100,000.00* | EXHIBIT A |
| 482 | ESTATE OF STEPHEN RONNIE HINES | 17722 | $100,000.00* | EXHIBIT A |
| 483 | ESTATE OF STEVE KATROS | 17996 | $100,000.00* | EXHIBIT A |
| 484 | ESTATE OF TED H HOKENSON | 17906 | $100,000.00* | EXHIBIT A |
| 485 | ESTATE OF TELESFORO OLIVAREZ | 18028 | $100,000.00* | EXHIBIT A |
| 486 | ESTATE OF THEODORE R FOSTER | 17746 | $100,000.00* | EXHIBIT A |
| 487 | ESTATE OF THOMAS A MCQUEN | 17810 | $100,000.00* | EXHIBIT A |
| 488 | ESTATE OF THOMAS A WEIKLE | 18076 | $100,000.00* | EXHIBIT A |
| 489 | ESTATE OF THOMAS E STAFFORD | 17685 | $100,000.00* | EXHIBIT A |
| 490 | ESTATE OF THOMAS E VANCE | 17645 | $100,000.00* | EXHIBIT A |
| 491 | ESTATE OF THOMAS F JOYCE | 18020 | $100,000.00* | EXHIBIT A |
| 492 | ESTATE OF THOMAS H TIDEY | 17662 | $100,000.00* | EXHIBIT A |
| 493 | ESTATE OF THOMAS L STEWART | 17679 | $100,000.00* | EXHIBIT A |
| 494 | ESTATE OF THOMAS L TOWLER | 17657 | $100,000.00* | EXHIBIT A |
| 495 | ESTATE OF THOMAS P FOLEY | 17748 | $100,000.00* | EXHIBIT A |
| 496 | ESTATE OF THOMAS R BELONGIE | 17968 | $100,000.00* | EXHIBIT A |
| 497 | ESTATE OF THOMAS R CARSON | 17920 | $100,000.00* | EXHIBIT A |
| 498 | ESTATE OF THOMAS SNOWBALL | 17690 | $100,000.00* | EXHIBIT A |
| 499 | ESTATE OF TILMAN KJELLESVIK | 18035 | $100,000.00* | EXHIBIT A |
| 500 | ESTATE OF TIMOTHY D YOUNG | 17994 | $100,000.00* | EXHIBIT A |
| 501 | ESTATE OF URBAIN L LARIVIERE | 18015 | $100,000.00* | EXHIBIT A |
| 502 | ESTATE OF VALENTINO TONIONI | 17660 | $100,000.00* | EXHIBIT A |
| 503 | ESTATE OF VERN R TARNEY | 17671 | $100,000.00* | EXHIBIT A |
| 504 | ESTATE OF VICTOR J SEINE | 17531 | $100,000.00* | EXHIBIT A |
| 505 | ESTATE OF VINCENT B BANKS | 18065 | $100,000.00* | EXHIBIT A |
| 506 | ESTATE OF VIRGIL F LISPI | 18036 | $100,000.00* | EXHIBIT A |
| 507 | ESTATE OF WALTER A SHEA | 17528 | $100,000.00* | EXHIBIT A |

| 508 | ESTATE OF WALTER D DAVIS | 17897 | $100,000.00* | EXHIBIT A |
| 509 | ESTATE OF WALTER E KIENBAUM | 18043 | $100,000.00* | EXHIBIT A |
| 510 | ESTATE OF WALTER F ULMAN | 17649 | $100,000.00* | EXHIBIT A |
| 511 | ESTATE OF WALTER H PETITE | 17815 | $100,000.00* | EXHIBIT A |
| 512 | ESTATE OF WALTER J TAYLOR | 17670 | $100,000.00* | EXHIBIT A |
| 513 | ESTATE OF WALTER PALL | 17940 | $100,000.00* | EXHIBIT A |
| 514 | ESTATE OF WAYNE F EATON | 17542 | $100,000.00* | EXHIBIT A |
| 515 | ESTATE OF WILLIAM A BENDER | 17967 | $100,000.00* | EXHIBIT A |
| 516 | ESTATE OF WILLIAM A JEROME | 17924 | $100,000.00* | EXHIBIT A |
| 517 | ESTATE OF WILLIAM B HOGAN | 17907 | $100,000.00* | EXHIBIT A |
| 518 | ESTATE OF WILLIAM E SMITH | 17694 | $100,000.00* | EXHIBIT A |
| 519 | ESTATE OF WILLIAM E STITT | 17680 | $100,000.00* | EXHIBIT A |
| 520 | ESTATE OF WILLIAM G NOBLE | 17770 | $100,000.00* | EXHIBIT A |
| 521 | ESTATE OF WILLIAM H PARKER | 17939 | $100,000.00* | EXHIBIT A |
| 522 | ESTATE OF WILLIAM J DEHABA | 17894 | $100,000.00* | EXHIBIT A |
| 523 | ESTATE OF WILLIAM J GELSLEICHTER | 17730 | $100,000.00* | EXHIBIT A |
| 524 | ESTATE OF WILLIAM L KOZLOWSKI | 18003 | $100,000.00* | EXHIBIT A |
| 525 | ESTATE OF WILLIAM LEMKE | 18033 | $100,000.00* | EXHIBIT A |
| 526 | ESTATE OF WILLIAM P HOWARD | 17912 | $100,000.00* | EXHIBIT A |
| 527 | ESTATE OF WILLIAM R GREVE | 17755 | $100,000.00* | EXHIBIT A |
| 528 | ESTATE OF WILLIAM R ULSH | 17648 | $100,000.00* | EXHIBIT A |
| 529 | ESTATE OF WILLIAM W MUTH | 17773 | $100,000.00* | EXHIBIT A |
| 530 | ESTATE OF WILLIE THOMPSON | 17664 | $100,000.00* | EXHIBIT A |
| 531 | EZYK, LARRY M | 17330 | $100,000.00* | EXHIBIT A |
| 532 | FARBER, LEONARD | 17331 | $100,000.00* | EXHIBIT A |
| 533 | FARMER, CHESTER L | 17333 | $100,000.00* | EXHIBIT A |
| 534 | FARRUGGIA, THOMAS R | 17318 | $100,000.00* | EXHIBIT A |
| 535 | FAULL, ROBERT K | 17332 | $100,000.00* | EXHIBIT A |
| 536 | FEATHERSTON, JAMES L | 17317 | $100,000.00* | EXHIBIT A |
| 537 | FIELD, LAWRENCE W | 17316 | $100,000.00* | EXHIBIT A |
| 538 | FIELDER, WILLIAM A | 17315 | $100,000.00* | EXHIBIT A |
| 539 | FIRMENT, STEPHEN | 17314 | $100,000.00* | EXHIBIT A |
| 540 | FISHBURN, ALVIE E | 17313 | $100,000.00* | EXHIBIT A |
| 541 | FISHER, LARRY R | 17312 | $100,000.00* | EXHIBIT A |
| 542 | FLAK, STANLEY F | 17311 | $100,000.00* | EXHIBIT A |
| 543 | FLORAN, RUDOLPH P | 17310 | $100,000.00* | EXHIBIT A |
| 544 | FOLAN, MARTIN M | 17496 | $100,000.00* | EXHIBIT A |
| 545 | FORLOINES, RALPH F | 17597 | $100,000.00* | EXHIBIT A |
| 546 | FOUNTAIN, STEVE C | 17598 | $100,000.00* | EXHIBIT A |
| 547 | FRANKLIN, EDWARD J | 17599 | $100,000.00* | EXHIBIT A |
| 548 | FRANTZ, RICHARD G | 17366 | $100,000.00* | EXHIBIT A |
| 549 | FREDERICK, EUGENE | 17367 | $100,000.00* | EXHIBIT A |
| 550 | FREEMAN, VERNON D | 17368 | $100,000.00* | EXHIBIT A |
| 551 | FRENCH, EDWIN | 17369 | $100,000.00* | EXHIBIT A |
| 552 | FRIESNER, DAVID A | 17370 | $100,000.00* | EXHIBIT A |
| 553 | FRIESON, JOHN L | 17371 | $100,000.00* | EXHIBIT A |
| 554 | FRY, CHARLES A | 17372 | $100,000.00* | EXHIBIT A |

470015

| 555 | FRYMAN, JOHN E | 17373 | $100,000.00* | EXHIBIT A |
|-----|---------------|-------|--------------|-----------|
| 556 | GAITLEY, JULIAN L | 17374 | $100,000.00* | EXHIBIT A |
| 557 | GALLAGHER, THOMAS A | 17375 | $100,000.00* | EXHIBIT A |
| 558 | GARDNER, WATSON | 17376 | $100,000.00* | EXHIBIT A |
| 559 | GARRETT, ROY H | 17377 | $100,000.00* | EXHIBIT A |
| 560 | GARRISON, CHARLES L | 17378 | $100,000.00* | EXHIBIT A |
| 561 | GATLIN, TOM L | 17379 | $100,000.00* | EXHIBIT A |
| 562 | GAUTHIER, GREGORY C | 17380 | $100,000.00* | EXHIBIT A |
| 563 | GEHRMAN, ARTHUR B | 17381 | $100,000.00* | EXHIBIT A |
| 564 | GIANGIACOMO, RONALD S | 17382 | $100,000.00* | EXHIBIT A |
| 565 | GIENCKE, JAMES R | 17383 | $100,000.00* | EXHIBIT A |
| 566 | GINLEY, JOHN P | 17384 | $100,000.00* | EXHIBIT A |
| 567 | GIRARDIN, ALLAN J | 17385 | $100,000.00* | EXHIBIT A |
| 568 | GLICK, DAVID W | 17386 | $100,000.00* | EXHIBIT A |
| 569 | GLOYESKE, RUSSELL | 17387 | $100,000.00* | EXHIBIT A |
| 570 | GOHSLER, RICHARD J | 17388 | $100,000.00* | EXHIBIT A |
| 571 | GOODWIN, JOHN T | 17389 | $100,000.00* | EXHIBIT A |
| 572 | GOODYKE, RONALD | 17390 | $100,000.00* | EXHIBIT A |
| 573 | GOVANG, JAMES E | 17391 | $100,000.00* | EXHIBIT A |
| 574 | GRAHAM, JEFFREY D | 17393 | $100,000.00* | EXHIBIT A |
| 575 | GRAHAM, THOMAS B | 17392 | $100,000.00* | EXHIBIT A |
| 576 | GRASLEY, HAROLD V | 17394 | $100,000.00* | EXHIBIT A |
| 577 | GRAVELLE, GARY W | 17395 | $100,000.00* | EXHIBIT A |
| 578 | GREEN, CLAUDE E | 18099 | $100,000.00* | EXHIBIT A |
| 579 | GREENE, ROBERT W | 18100 | $100,000.00* | EXHIBIT A |
| 580 | GREENE, TIMOTHY C | 18098 | $100,000.00* | EXHIBIT A |
| 581 | GREENLEAF, STERLING D | 18101 | $100,000.00* | EXHIBIT A |
| 582 | GRENFELL, THOMAS L | 18102 | $100,000.00* | EXHIBIT A |
| 583 | GRIFFIN, GERALD T | 18103 | $100,000.00* | EXHIBIT A |
| 584 | GRIVNA, THOMAS R | 18104 | $100,000.00* | EXHIBIT A |
| 585 | GROSSWILER, ROY | 18105 | $100,000.00* | EXHIBIT A |
| 586 | GROVES, JOHN F | 18106 | $100,000.00* | EXHIBIT A |
| 587 | GRUSZEWSKI, EUGENE J | 18107 | $100,000.00* | EXHIBIT A |
| 588 | GUNBERG, ROBERT L | 18108 | $100,000.00* | EXHIBIT A |
| 589 | GUTZMAN, GARY | 18109 | $100,000.00* | EXHIBIT A |
| 590 | HAAS, GARY W | 18110 | $100,000.00* | EXHIBIT A |
| 591 | HABASCO, JAMES B | 18111 | $100,000.00* | EXHIBIT A |
| 592 | HAFFNER, HAROLD L | 18112 | $100,000.00* | EXHIBIT A |
| 593 | HAGGART, LAWRENCE D | 18113 | $100,000.00* | EXHIBIT A |
| 594 | HALBERG, RAYMOND V | 18114 | $100,000.00* | EXHIBIT A |
| 595 | HALL, CHARLES K | 18115 | $100,000.00* | EXHIBIT A |
| 596 | HALSAK, NICHOLAS J | 18116 | $100,000.00* | EXHIBIT A |
| 597 | HAMSTRA, BERNARD | 17396 | $100,000.00* | EXHIBIT A |
| 598 | HANSON, GLENN R | 17397 | $100,000.00* | EXHIBIT A |
| 599 | HANZELY, JAMES P | 17398 | $100,000.00* | EXHIBIT A |
| 600 | HARGER, GARY | 17399 | $100,000.00* | EXHIBIT A |
| 601 | HARMON, RICHARD A | 17400 | $100,000.00* | EXHIBIT A |

470015

| 602 | HARRIER, WILLIAM H | 17401 | $100,000.00* | EXHIBIT A |
|-----|--------------------|-------|--------------|-----------|
| 603 | HARRISON, ROBERT | 17402 | $100,000.00* | EXHIBIT A |
| 604 | HART, JAMES J | 17404 | $100,000.00* | EXHIBIT A |
| 605 | HART, WILLIAM H | 17403 | $100,000.00* | EXHIBIT A |
| 606 | HARTFIELD, THOMAS L | 17405 | $100,000.00* | EXHIBIT A |
| 607 | HARTLEY, HAROLD R | 17406 | $100,000.00* | EXHIBIT A |
| 608 | HARTMAN, ROBERT J | 17407 | $100,000.00* | EXHIBIT A |
| 609 | HASPAS, JAMES D | 17408 | $100,000.00* | EXHIBIT A |
| 610 | HASSEL, HENRY J | 17409 | $100,000.00* | EXHIBIT A |
| 611 | HASTINGS, JAMES T | 17410 | $100,000.00* | EXHIBIT A |
| 612 | HAWLEY, LEE R | 17411 | $100,000.00* | EXHIBIT A |
| 613 | HAYES, CHUCK A | 17412 | $100,000.00* | EXHIBIT A |
| 614 | HEINEN, RICHARD W | 17413 | $100,000.00* | EXHIBIT A |
| 615 | HEINRITZ, RONALD G | 17414 | $100,000.00* | EXHIBIT A |
| 616 | HEMMEKE, RONALD C | 17415 | $100,000.00* | EXHIBIT A |
| 617 | HENDRICKS, ROBERT L | 17416 | $100,000.00* | EXHIBIT A |
| 618 | HENESS, WILLIAM S | 17417 | $100,000.00* | EXHIBIT A |
| 619 | HESSING, WILLIAM F | 17418 | $100,000.00* | EXHIBIT A |
| 620 | HIBLER, JAMES G | 17419 | $100,000.00* | EXHIBIT A |
| 621 | HIERHOLZER, ROY | 17594 | $100,000.00* | EXHIBIT A |
| 622 | HOCKLEY, THOMAS E | 17595 | $100,000.00* | EXHIBIT A |
| 623 | HOFFMAN, STEVEN | 17596 | $100,000.00* | EXHIBIT A |
| 624 | HOLAPPA, CHARLES F | 18117 | $100,000.00* | EXHIBIT A |
| 625 | HOLLENBECK, GARY C | 17304 | $100,000.00* | EXHIBIT A |
| 626 | HOLMOK, ROBERT | 17305 | $100,000.00* | EXHIBIT A |
| 627 | HORVATH, STEVEN V | 17337 | $100,000.00* | EXHIBIT A |
| 628 | HOYSOCK, MICHAEL | 17338 | $100,000.00* | EXHIBIT A |
| 629 | HUDAK, ALEC | 17339 | $100,000.00* | EXHIBIT A |
| 630 | HUMMEL, LARRY | 18022 | $100,000.00* | EXHIBIT A |
| 631 | HUYS, JAMES F | 17853 | $100,000.00* | EXHIBIT A |
| 632 | INGLE, DONALD L | 18234 | $100,000.00* | EXHIBIT A |
| 633 | JAMES, JOHN D | 18238 | $100,000.00* | EXHIBIT A |
| 634 | JASHINSKY, HARRY J | 18239 | $100,000.00* | EXHIBIT A |
| 635 | JAVOREK, BERNARD R | 18240 | $100,000.00* | EXHIBIT A |
| 636 | JEFFERS, DAVID E | 18241 | $100,000.00* | EXHIBIT A |
| 637 | JENEROU, ALDRED L | 18188 | $100,000.00* | EXHIBIT A |
| 638 | JOHNS, LEWZANE V | 18189 | $100,000.00* | EXHIBIT A |
| 639 | JOHNSON, EDWARD | 18186 | $100,000.00* | EXHIBIT A |
| 640 | JOHNSON, JOHN S | 18185 | $100,000.00* | EXHIBIT A |
| 641 | JOHNSON, LEWIS H | 18184 | $100,000.00* | EXHIBIT A |
| 642 | JOHNSON, LOWELL R | 18183 | $100,000.00* | EXHIBIT A |
| 643 | JONES, EMMETT L | 18191 | $100,000.00* | EXHIBIT A |
| 644 | JONES, WILLIAM J | 18190 | $100,000.00* | EXHIBIT A |
| 645 | JOY, WARREN A | 18192 | $100,000.00* | EXHIBIT A |
| 646 | JUNGSLAGER, EVERT W | 18251 | $100,000.00* | EXHIBIT A |
| 647 | JUSTICE, WILLIAM L | 18252 | $100,000.00* | EXHIBIT A |
| 648 | KAISER, JAMES F | 17297 | $100,000.00* | EXHIBIT A |

| 649 | KAISER, JEROME C | 17866 | $100,000.00* | EXHIBIT A |
|---|---|---|---|---|
| 650 | KALOKITUS, WALTER | 17865 | $100,000.00* | EXHIBIT A |
| 651 | KARN, RICHARD G | 17872 | $100,000.00* | EXHIBIT A |
| 652 | KARSNAK, GEORGE E | 17864 | $100,000.00* | EXHIBIT A |
| 653 | KEANE, PATRICK G | 17485 | $100,000.00* | EXHIBIT A |
| 654 | KEIPER, DAVID E | 17454 | $100,000.00* | EXHIBIT A |
| 655 | KEISLING, BERNARD G | 17439 | $100,000.00* | EXHIBIT A |
| 656 | KELEMANIK, JOHN | 17440 | $100,000.00* | EXHIBIT A |
| 657 | KELLEY, NEIL | 17441 | $100,000.00* | EXHIBIT A |
| 658 | KELLOGG, GERALD | 17442 | $100,000.00* | EXHIBIT A |
| 659 | KELLY, TERRANCE J | 17443 | $100,000.00* | EXHIBIT A |
| 660 | KENDRICK, ROBERT L | 17515 | $100,000.00* | EXHIBIT A |
| 661 | KENNEDY, JOHN L | 17426 | $100,000.00* | EXHIBIT A |
| 662 | KERRIGAN, ROBERT J | 17427 | $100,000.00* | EXHIBIT A |
| 663 | KETO, JOHN F | 17428 | $100,000.00* | EXHIBIT A |
| 664 | KILBANE, THOMAS | 17429 | $100,000.00* | EXHIBIT A |
| 665 | KING, VERNON | 17430 | $100,000.00* | EXHIBIT A |
| 666 | KIRK, DUANE R | 17431 | $100,000.00* | EXHIBIT A |
| 667 | KITIUK, JOSEPH T | 17432 | $100,000.00* | EXHIBIT A |
| 668 | KIVISTO, ELVIN J | 17433 | $100,000.00* | EXHIBIT A |
| 669 | KOCHENSPARGER, RICHARD C | 17434 | $100,000.00* | EXHIBIT A |
| 670 | KORHONEN, JACK | 17435 | $100,000.00* | EXHIBIT A |
| 671 | KOSS, RICHARD L | 17436 | $100,000.00* | EXHIBIT A |
| 672 | KOSTELNIK, MICHAEL J | 17437 | $100,000.00* | EXHIBIT A |
| 673 | KOTNIK, KAREL D | 17438 | $100,000.00* | EXHIBIT A |
| 674 | KOTULA, HENRY J | 17455 | $100,000.00* | EXHIBIT A |
| 675 | KRASUCKI, PAUL P | 17420 | $100,000.00* | EXHIBIT A |
| 676 | KRAUTER, GERALD J | 17421 | $100,000.00* | EXHIBIT A |
| 677 | KRUEGER, GORDON E | 17422 | $100,000.00* | EXHIBIT A |
| 678 | KUIVANEN, CHADWICK A | 17423 | $100,000.00* | EXHIBIT A |
| 679 | KUZARA, WALTER | 17424 | $100,000.00* | EXHIBIT A |
| 680 | LAFFEY, MICHEAL E | 17425 | $100,000.00* | EXHIBIT A |
| 681 | LAHR, GALEN C | 17516 | $100,000.00* | EXHIBIT A |
| 682 | LAHTINEN, RICHARD A | 17517 | $100,000.00* | EXHIBIT A |
| 683 | LAHUIS, RODNEY L | 17518 | $100,000.00* | EXHIBIT A |
| 684 | LAKOTICH, STEVE R | 17519 | $100,000.00* | EXHIBIT A |
| 685 | LANE, WALTER R | 17520 | $100,000.00* | EXHIBIT A |
| 686 | LAPHAM, RON W | 17521 | $100,000.00* | EXHIBIT A |
| 687 | LAWRENCE, DONALD P | 17522 | $100,000.00* | EXHIBIT A |
| 688 | LAYNE, ROBERT B | 17523 | $100,000.00* | EXHIBIT A |
| 689 | LEE, VIRGIL B | 17766 | $100,000.00* | EXHIBIT A |
| 690 | LETTS, WILLIAM J | 17767 | $100,000.00* | EXHIBIT A |
| 691 | LEWANDOWSKI, WAYNE M | 17765 | $100,000.00* | EXHIBIT A |
| 692 | LEWIS, KENNETH E | 17764 | $100,000.00* | EXHIBIT A |
| 693 | LEWIS, RONALD | 17763 | $100,000.00* | EXHIBIT A |
| 694 | LIETHA, DUANE M | 17762 | $100,000.00* | EXHIBIT A |
| 695 | LILLIE, PHILIP W | 17761 | $100,000.00* | EXHIBIT A |

| 696 | LINDSAY, KENNETH R | 17760 | $100,000.00* | EXHIBIT A |
|---|---|---|---|---|
| 697 | LINSKEY, EDWARD J | 17759 | $100,000.00* | EXHIBIT A |
| 698 | LISTER, HOWARD F | 17758 | $100,000.00* | EXHIBIT A |
| 699 | LOCKE, ROBERT J | 18001 | $100,000.00* | EXHIBIT A |
| 700 | LOHR, LLOYD H | 18008 | $100,000.00* | EXHIBIT A |
| 701 | LOMINAC, WILLIAM M | 18237 | $100,000.00* | EXHIBIT A |
| 702 | LOMKER, GERALD | 18002 | $100,000.00* | EXHIBIT A |
| 703 | LONG, EDWARD | 17999 | $100,000.00* | EXHIBIT A |
| 704 | LORENZ, HEINZ M | 18000 | $100,000.00* | EXHIBIT A |
| 705 | LORPER, JAMES J | 18092 | $100,000.00* | EXHIBIT A |
| 706 | LOUGHNANE, FRANCIS | 17974 | $100,000.00* | EXHIBIT A |
| 707 | LOWDER, ROBERT E | 18088 | $100,000.00* | EXHIBIT A |
| 708 | LYNCH, GARY W | 17976 | $100,000.00* | EXHIBIT A |
| 709 | LYNN, FRANK R | 18086 | $100,000.00* | EXHIBIT A |
| 710 | LYONS, CHARLES R | 18085 | $100,000.00* | EXHIBIT A |
| 711 | LZZO, CARMINE R | 18235 | $100,000.00* | EXHIBIT A |
| 712 | MAGDEN, STANLEY M | 17978 | $100,000.00* | EXHIBIT A |
| 713 | MAKI, JAMES | 17979 | $100,000.00* | EXHIBIT A |
| 714 | MALCOLM, SAMUEL | 17980 | $100,000.00* | EXHIBIT A |
| 715 | MALNOR, CLIFFORD L | 18081 | $100,000.00* | EXHIBIT A |
| 716 | MANN, WILLIAM B | 17981 | $100,000.00* | EXHIBIT A |
| 717 | MANNS, DELMAR A | 17982 | $100,000.00* | EXHIBIT A |
| 718 | MARSH, LINWOOD F | 17983 | $100,000.00* | EXHIBIT A |
| 719 | MARSHALL, PATRICK W | 17985 | $100,000.00* | EXHIBIT A |
| 720 | MARSHALL, THOMAS R | 17984 | $100,000.00* | EXHIBIT A |
| 721 | MARTIN, COVA C | 17352 | $100,000.00* | EXHIBIT A |
| 722 | MARTIN, ROBERT F | 17353 | $100,000.00* | EXHIBIT A |
| 723 | MARTIN, RONALD J | 17351 | $100,000.00* | EXHIBIT A |
| 724 | MARTIN, RONALD J | 18078 | $100,000.00* | EXHIBIT A |
| 725 | MARTINEZ, RICHARD | 18221 | $100,000.00* | EXHIBIT A |
| 726 | MARTINI, DENNIS P | 18222 | $100,000.00* | EXHIBIT A |
| 727 | MASTROBUONO, GEORGE | 18223 | $100,000.00* | EXHIBIT A |
| 728 | MATTICKS, EDWARD F | 18224 | $100,000.00* | EXHIBIT A |
| 729 | MAVIS, DORIAN | 18167 | $100,000.00* | EXHIBIT A |
| 730 | MAYNARD, JOHN L | 18169 | $100,000.00* | EXHIBIT A |
| 731 | MAZURE, WILLARD A | 18168 | $100,000.00* | EXHIBIT A |
| 732 | MCCABE, JOHN T | 18172 | $100,000.00* | EXHIBIT A |
| 733 | MCCASEY, MURPHY F | 18174 | $100,000.00* | EXHIBIT A |
| 734 | MCCLELLAND, JAMES N | 18173 | $100,000.00* | EXHIBIT A |
| 735 | MCCRACKIN, CHESTER | 18175 | $100,000.00* | EXHIBIT A |
| 736 | MCDONNELL, BRIAN P | 18220 | $100,000.00* | EXHIBIT A |
| 737 | MCDONOUGH, PAUL D | 18226 | $100,000.00* | EXHIBIT A |
| 738 | MCGARRY, RICHARD | 17867 | $100,000.00* | EXHIBIT A |
| 739 | MCGINNITY, EUGENE J | 17868 | $100,000.00* | EXHIBIT A |
| 740 | MCINTYRE, JACK K | 17869 | $100,000.00* | EXHIBIT A |
| 741 | MCMULLEN, DENNIS M | 17870 | $100,000.00* | EXHIBIT A |
| 742 | MCREADY, HERMAN | 17871 | $100,000.00* | EXHIBIT A |

| 743 | MELHORN, MICHAEL L | 17495 | $100,000.00* | EXHIBIT A |
|---|---|---|---|---|
| 744 | MESSECAR, ALBERT E | 17494 | $100,000.00* | EXHIBIT A |
| 745 | METZLER, GEORGE D | 17493 | $100,000.00* | EXHIBIT A |
| 746 | MEURELL, CARL S | 17492 | $100,000.00* | EXHIBIT A |
| 747 | MEYER, JAMES R | 17491 | $100,000.00* | EXHIBIT A |
| 748 | MEYERS, LARRY W | 17490 | $100,000.00* | EXHIBIT A |
| 749 | MICHAEL, ROBERT W | 17833 | $100,000.00* | EXHIBIT A |
| 750 | MICHAELS, RAY S | 17832 | $100,000.00* | EXHIBIT A |
| 751 | MICHELUCCI, JAMES | 17831 | $100,000.00* | EXHIBIT A |
| 752 | MICHLIG, DAVID R | 17830 | $100,000.00* | EXHIBIT A |
| 753 | MIHELICH, LEROY E | 17829 | $100,000.00* | EXHIBIT A |
| 754 | MIKULA, ROBERT A | 17828 | $100,000.00* | EXHIBIT A |
| 755 | MILLER, DANIEL J | 18213 | $100,000.00* | EXHIBIT A |
| 756 | MILLER, GLENN E | 18214 | $100,000.00* | EXHIBIT A |
| 757 | MILLER, JOHN R | 18215 | $100,000.00* | EXHIBIT A |
| 758 | MILLER, KENNETH G | 17827 | $100,000.00* | EXHIBIT A |
| 759 | MITCHELL, ROBERT M | 18138 | $100,000.00* | EXHIBIT A |
| 760 | MOE, ROBERT D | 18139 | $100,000.00* | EXHIBIT A |
| 761 | MOLYNEUX, WAYNE D | 18216 | $100,000.00* | EXHIBIT A |
| 762 | MONTAGNA, DARRYL | 18140 | $100,000.00* | EXHIBIT A |
| 763 | MOODY, KITTLY E | 18141 | $100,000.00* | EXHIBIT A |
| 764 | MOONEY, H C | 18137 | $100,000.00* | EXHIBIT A |
| 765 | MOORE, DAVID A | 18135 | $100,000.00* | EXHIBIT A |
| 766 | MOORE, GEORGE E | 18136 | $100,000.00* | EXHIBIT A |
| 767 | MOORE, HERSHEL | 18145 | $100,000.00* | EXHIBIT A |
| 768 | MOORMAN, MICKEY A | 18212 | $100,000.00* | EXHIBIT A |
| 769 | MORGAN, LAWRENCE | 18207 | $100,000.00* | EXHIBIT A |
| 770 | MORRIS, PETE S | 18202 | $100,000.00* | EXHIBIT A |
| 771 | MORRISON, STEPHEN D | 18201 | $100,000.00* | EXHIBIT A |
| 772 | MORRISSETTE, MARCEL R | 18200 | $100,000.00* | EXHIBIT A |
| 773 | MORSE, JOHN | 18199 | $100,000.00* | EXHIBIT A |
| 774 | MOSCARDELLI, BLAISE | 17857 | $100,000.00* | EXHIBIT A |
| 775 | MOSS, HAROLD R | 17858 | $100,000.00* | EXHIBIT A |
| 776 | MOSURE, RICHARD | 17859 | $100,000.00* | EXHIBIT A |
| 777 | MUELLER, RICHARD A | 17860 | $100,000.00* | EXHIBIT A |
| 778 | MULL, DENNIS | 17861 | $100,000.00* | EXHIBIT A |
| 779 | MULLEN, PATRICK J | 17862 | $100,000.00* | EXHIBIT A |
| 780 | MULROONEY, EDWARD O | 17863 | $100,000.00* | EXHIBIT A |
| 781 | MUMFORD, RONALD F | 17840 | $100,000.00* | EXHIBIT A |
| 782 | MUMMERT, GEORGE | 17841 | $100,000.00* | EXHIBIT A |
| 783 | MURPHY, ALVIN V | 17843 | $100,000.00* | EXHIBIT A |
| 784 | MURPHY, PATRICK | 17842 | $100,000.00* | EXHIBIT A |
| 785 | MURRAY, DAVID M | 17844 | $100,000.00* | EXHIBIT A |
| 786 | MYERS, EDWARD A | 17850 | $100,000.00* | EXHIBIT A |
| 787 | NAGELHOUT, JOHN | 17851 | $100,000.00* | EXHIBIT A |
| 788 | NASS, TERRENCE A | 17854 | $100,000.00* | EXHIBIT A |
| 789 | NAULT, DONALD J | 17852 | $100,000.00* | EXHIBIT A |

| 790 | NEILIO, LES J | 17503 | $100,000.00* | EXHIBIT A |
|---|---|---|---|---|
| 791 | NELSON, KENNETH E | 17504 | $100,000.00* | EXHIBIT A |
| 792 | NESSEN, DONALD J | 17296 | $100,000.00* | EXHIBIT A |
| 793 | NIEHAUS, JOHN | 17290 | $100,000.00* | EXHIBIT A |
| 794 | NIETO, JACK J | 17291 | $100,000.00* | EXHIBIT A |
| 795 | NIEWOIT, LEON F | 17336 | $100,000.00* | EXHIBIT A |
| 796 | NOE, GERALD P | 17303 | $100,000.00* | EXHIBIT A |
| 797 | NOLL, RAYMOND H | 17302 | $100,000.00* | EXHIBIT A |
| 798 | NORKOL, ROBERT J | 17301 | $100,000.00* | EXHIBIT A |
| 799 | O'CONNOR, PAUL E | 17300 | $100,000.00* | EXHIBIT A |
| 800 | O'HARA, MILES P | 17299 | $100,000.00* | EXHIBIT A |
| 801 | OJALA, FREDERICK E | 17287 | $100,000.00* | EXHIBIT A |
| 802 | O'NEILL, CHARLES J | 17288 | $100,000.00* | EXHIBIT A |
| 803 | O'ROURKE, ROBERT L | 17286 | $100,000.00* | EXHIBIT A |
| 804 | OSTOLA, ENSIO E | 17285 | $100,000.00* | EXHIBIT A |
| 805 | OSTROWSKI, LAWRENCE M | 17284 | $100,000.00* | EXHIBIT A |
| 806 | PAKKALA, RAYMOND A | 17283 | $100,000.00* | EXHIBIT A |
| 807 | PAQUETTE, PAUL M | 17281 | $100,000.00* | EXHIBIT A |
| 808 | PARKER, JOSEPH E | 17282 | $100,000.00* | EXHIBIT A |
| 809 | PATANA, JOHN N | 17280 | $100,000.00* | EXHIBIT A |
| 810 | PATRICK, JOHN P | 17279 | $100,000.00* | EXHIBIT A |
| 811 | PAUL, HARRY | 17293 | $100,000.00* | EXHIBIT A |
| 812 | PAUL, STANLEY E | 17292 | $100,000.00* | EXHIBIT A |
| 813 | PEDERDEN, VERNER | 17294 | $100,000.00* | EXHIBIT A |
| 814 | PEIFFER, RONALD E | 17295 | $100,000.00* | EXHIBIT A |
| 815 | PERKINS, ALVIN L | 18166 | $100,000.00* | EXHIBIT A |
| 816 | PERRY, KENNETH E | 18165 | $100,000.00* | EXHIBIT A |
| 817 | PESAVENTO, JOHN R | 18164 | $100,000.00* | EXHIBIT A |
| 818 | PETERS, RICHARD M | 18163 | $100,000.00* | EXHIBIT A |
| 819 | PETRO, RICHARD A | 18162 | $100,000.00* | EXHIBIT A |
| 820 | PICKERILL, ROBERT C | 18161 | $100,000.00* | EXHIBIT A |
| 821 | PICTILA, JOHN H | 18160 | $100,000.00* | EXHIBIT A |
| 822 | PINTAR, JOHN A | 18158 | $100,000.00* | EXHIBIT A |
| 823 | PIROCH, ANDREW M | 18159 | $100,000.00* | EXHIBIT A |
| 824 | POLINSKI, JAMES F | 18157 | $100,000.00* | EXHIBIT A |
| 825 | PRESTON, DARREL D | 18156 | $100,000.00* | EXHIBIT A |
| 826 | PROCTOR, DARRELL K | 18154 | $100,000.00* | EXHIBIT A |
| 827 | PROCTOR, MONTY | 18155 | $100,000.00* | EXHIBIT A |
| 828 | QUILICI, STEPHEN P | 18153 | $100,000.00* | EXHIBIT A |
| 829 | RAEMER, ROBERT R | 18152 | $100,000.00* | EXHIBIT A |
| 830 | RAETH, JOHN H | 18151 | $100,000.00* | EXHIBIT A |
| 831 | RAY, CARTER | 18150 | $100,000.00* | EXHIBIT A |
| 832 | REARDON, MICHAEL | 18149 | $100,000.00* | EXHIBIT A |
| 833 | RECEK, LAWRENCE S | 18148 | $100,000.00* | EXHIBIT A |
| 834 | REDMOND, JOSEPH H | 18147 | $100,000.00* | EXHIBIT A |
| 835 | REEDY, EVERETT F | 18126 | $100,000.00* | EXHIBIT A |
| 836 | REGAL, JOSEPH F | 18121 | $100,000.00* | EXHIBIT A |

470015

| 837 | REID, LYLE F | 18125 | $100,000.00* | EXHIBIT A |
| 838 | RESSLER, RONALD L | 18124 | $100,000.00* | EXHIBIT A |
| 839 | RETASKIE, WILLIAM J | 18123 | $100,000.00* | EXHIBIT A |
| 840 | RICE, CHARLES E | 18120 | $100,000.00* | EXHIBIT A |
| 841 | RICE, RONALD E | 18122 | $100,000.00* | EXHIBIT A |
| 842 | RICHARDS, JACKSON | 18146 | $100,000.00* | EXHIBIT A |
| 843 | RICHARDSON, GEORGE W | 18119 | $100,000.00* | EXHIBIT A |
| 844 | RICKERT, ROBERT R | 18118 | $100,000.00* | EXHIBIT A |
| 845 | RIGGS, ROGER P | 17524 | $100,000.00* | EXHIBIT A |
| 846 | RILEY, STEPHEN W | 17525 | $100,000.00* | EXHIBIT A |
| 847 | RISTE, JERRY S | 17558 | $100,000.00* | EXHIBIT A |
| 848 | RITZENHEIN, JAMES F | 17557 | $100,000.00* | EXHIBIT A |
| 849 | ROBERTS, KENNETH K | 17556 | $100,000.00* | EXHIBIT A |
| 850 | ROBERTSON, BOB | 17545 | $100,000.00* | EXHIBIT A |
| 851 | ROHRER, BARRY L | 17544 | $100,000.00* | EXHIBIT A |
| 852 | ROMAGNOLI, DEAN F | 17543 | $100,000.00* | EXHIBIT A |
| 853 | ROMELHARDT, DONALD M | 17551 | $100,000.00* | EXHIBIT A |
| 854 | ROSS, RAY C | 17552 | $100,000.00* | EXHIBIT A |
| 855 | ROSSBERG, EDWARD J | 17555 | $100,000.00* | EXHIBIT A |
| 856 | ROUSHER, EDWARD P | 17554 | $100,000.00* | EXHIBIT A |
| 857 | ROVITO, WILLIAM J | 17553 | $100,000.00* | EXHIBIT A |
| 858 | ROY, WILLIAM A | 18187 | $100,000.00* | EXHIBIT A |
| 859 | RUDD, RICHARD A | 18181 | $100,000.00* | EXHIBIT A |
| 860 | RUGGIERO, FRANK | 18182 | $100,000.00* | EXHIBIT A |
| 861 | RUSNAK, JAMES R | 18242 | $100,000.00* | EXHIBIT A |
| 862 | SABIN, LOUIS | 18243 | $100,000.00* | EXHIBIT A |
| 863 | SAKO, CLEMENT A | 18244 | $100,000.00* | EXHIBIT A |
| 864 | SAMPSON, CLARK C | 18245 | $100,000.00* | EXHIBIT A |
| 865 | SANGES, JAMES C | 18246 | $100,000.00* | EXHIBIT A |
| 866 | SARGENT, FREDERICK N | 18247 | $100,000.00* | EXHIBIT A |
| 867 | SCANLON, BILL | 18248 | $100,000.00* | EXHIBIT A |
| 868 | SCHENK, HARRY C | 18225 | $100,000.00* | EXHIBIT A |
| 869 | SCHNEIDER, KARL M | 17343 | $100,000.00* | EXHIBIT A |
| 870 | SCHRANER, FRANCIS P | 17344 | $100,000.00* | EXHIBIT A |
| 871 | SCHROEDER, JOSEPH A | 17345 | $100,000.00* | EXHIBIT A |
| 872 | SCHWARTZ, WALTER L | 17346 | $100,000.00* | EXHIBIT A |
| 873 | SCOTT, CHARLES W | 17347 | $100,000.00* | EXHIBIT A |
| 874 | SECHLER, NORMAN E | 17348 | $100,000.00* | EXHIBIT A |
| 875 | SEELUND, ROBERT T | 17349 | $100,000.00* | EXHIBIT A |
| 876 | SELLERS, HOWARD M | 17350 | $100,000.00* | EXHIBIT A |
| 877 | SETTER, EVERETT R | 18176 | $100,000.00* | EXHIBIT A |
| 878 | SHEETS, WILLIAM E | 18231 | $100,000.00* | EXHIBIT A |
| 879 | SHELDON, BRUCE R | 18232 | $100,000.00* | EXHIBIT A |
| 880 | SHERRICK, DONOVAN W | 18230 | $100,000.00* | EXHIBIT A |
| 881 | SHURLING, GEORGE D | 18229 | $100,000.00* | EXHIBIT A |
| 882 | SIDLOSKI, STEPHEN | 18228 | $100,000.00* | EXHIBIT A |
| 883 | SIEBECKER, CHARLES H | 18227 | $100,000.00* | EXHIBIT A |

| 884 | SIMMONS, CHARLES A | 18134 | $100,000.00* | EXHIBIT A |
|---|---|---|---|---|
| 885 | SIMUNICK, DAN J | 18133 | $100,000.00* | EXHIBIT A |
| 886 | SINCLAIR, JOHN | 18132 | $100,000.00* | EXHIBIT A |
| 887 | SIVERTSEN, CLARRON | 18131 | $100,000.00* | EXHIBIT A |
| 888 | SKEWIS, MICHAEL | 17309 | $100,000.00* | EXHIBIT A |
| 889 | SKUDLARCZYK, RALPH R | 17845 | $100,000.00* | EXHIBIT A |
| 890 | SLATER, JAMES A | 17855 | $100,000.00* | EXHIBIT A |
| 891 | SLATNISKE, RICHARD G | 17856 | $100,000.00* | EXHIBIT A |
| 892 | SLOTHOWER, ROBERT L | 18130 | $100,000.00* | EXHIBIT A |
| 893 | SLUSSER, EARL J | 18129 | $100,000.00* | EXHIBIT A |
| 894 | SMITH, GORDON H | 18177 | $100,000.00* | EXHIBIT A |
| 895 | SMITH, LARRY A | 18127 | $100,000.00* | EXHIBIT A |
| 896 | SMITH, LAWRENCE E | 18144 | $100,000.00* | EXHIBIT A |
| 897 | SMITH, LEO B | 18143 | $100,000.00* | EXHIBIT A |
| 898 | SMITH, RONALD G | 18128 | $100,000.00* | EXHIBIT A |
| 899 | SMITH, WILLIAM G | 18142 | $100,000.00* | EXHIBIT A |
| 900 | SMOCK, ARLAN E | 18205 | $100,000.00* | EXHIBIT A |
| 901 | SOBOLEWSKI, JERRY M | 18198 | $100,000.00* | EXHIBIT A |
| 902 | SODERMARK, ARTHUR L | 18219 | $100,000.00* | EXHIBIT A |
| 903 | SODERMARK, MARVIN D | 18217 | $100,000.00* | EXHIBIT A |
| 904 | SOLOMON, LEROY T | 18218 | $100,000.00* | EXHIBIT A |
| 905 | SOMERVILLE, GARY | 18270 | $100,000.00* | EXHIBIT A |
| 906 | SOMERVILLE, JEROME H | 18269 | $100,000.00* | EXHIBIT A |
| 907 | SOMMERS, JOHN W | 18268 | $100,000.00* | EXHIBIT A |
| 908 | SORENSON, ROBERT L | 18267 | $100,000.00* | EXHIBIT A |
| 909 | SOUKUP, CHESTER | 18266 | $100,000.00* | EXHIBIT A |
| 910 | STAFFORD, ROYAL M | 18265 | $100,000.00* | EXHIBIT A |
| 911 | STANEK, FRANK J | 18264 | $100,000.00* | EXHIBIT A |
| 912 | STANKEWICZ, ANTHONY B | 18263 | $100,000.00* | EXHIBIT A |
| 913 | STARK, DAVID F | 18262 | $100,000.00* | EXHIBIT A |
| 914 | STASUKINAS, GERALD J | 18261 | $100,000.00* | EXHIBIT A |
| 915 | STEININGER, GEORGE | 18260 | $100,000.00* | EXHIBIT A |
| 916 | STELLWAGEN, ROY J | 18259 | $100,000.00* | EXHIBIT A |
| 917 | STEPHENS, WILLIAM T | 18258 | $100,000.00* | EXHIBIT A |
| 918 | STEVENSON, ELMER H | 18257 | $100,000.00* | EXHIBIT A |
| 919 | STOCKING, FLOYD W | 18256 | $100,000.00* | EXHIBIT A |
| 920 | STONE, PHILLIP | 18255 | $100,000.00* | EXHIBIT A |
| 921 | STONE, RAYMOND J | 18254 | $100,000.00* | EXHIBIT A |
| 922 | STOOPS, LAWRENCE T | 18253 | $100,000.00* | EXHIBIT A |
| 923 | STORM, DAVID M | 18193 | $100,000.00* | EXHIBIT A |
| 924 | STRANTZ, EDWARD W | 18194 | $100,000.00* | EXHIBIT A |
| 925 | STRAUCH, MARION A | 18197 | $100,000.00* | EXHIBIT A |
| 926 | SULLIVAN, JAMES S | 18195 | $100,000.00* | EXHIBIT A |
| 927 | SWALLOW, ROBERT | 18196 | $100,000.00* | EXHIBIT A |
| 928 | SWANEY, WILLIAM A | 18203 | $100,000.00* | EXHIBIT A |
| 929 | TAIPALE, WILLIAM A | 18204 | $100,000.00* | EXHIBIT A |
| 930 | TALBARD, STEVE P | 17359 | $100,000.00* | EXHIBIT A |

| 931 | TAYLOR, MICKEY D | 17354 | $100,000.00* | EXHIBIT A |
| 932 | TEMPLE, RAYMEN P | 17355 | $100,000.00* | EXHIBIT A |
| 933 | THAYER, RUSSELL A | 17356 | $100,000.00* | EXHIBIT A |
| 934 | THIES, CHARLES G | 17357 | $100,000.00* | EXHIBIT A |
| 935 | THOMPSON, DAVID R | 17358 | $100,000.00* | EXHIBIT A |
| 936 | THOMPSON, ROBERT L | 18170 | $100,000.00* | EXHIBIT A |
| 937 | TIEJEMA, DAVID I | 18171 | $100,000.00* | EXHIBIT A |
| 938 | TOBIN, JOHN M | 17340 | $100,000.00* | EXHIBIT A |
| 939 | TONEY, ERIE L | 17341 | $100,000.00* | EXHIBIT A |
| 940 | TORNVALL, ARNOLD | 17342 | $100,000.00* | EXHIBIT A |
| 941 | TOURANGEAU, GABRIEL J | 18233 | $100,000.00* | EXHIBIT A |
| 942 | TRADER, DENNIS | 18208 | $100,000.00* | EXHIBIT A |
| 943 | TRAEGER, WILLIAM J | 18209 | $100,000.00* | EXHIBIT A |
| 944 | TRANICK, RICHARD J | 18210 | $100,000.00* | EXHIBIT A |
| 945 | TREWHELLA, ROBERT S | 18206 | $100,000.00* | EXHIBIT A |
| 946 | TSCHAN, JOHN A | 18211 | $100,000.00* | EXHIBIT A |
| 947 | UMSTEAD, ROGER | 18178 | $100,000.00* | EXHIBIT A |
| 948 | VACHON, HENRY J | 18179 | $100,000.00* | EXHIBIT A |
| 949 | VAN KRUININGEN, MITCHELL | 18180 | $100,000.00* | EXHIBIT A |
| 950 | VAN OSS, GARY | 18249 | $100,000.00* | EXHIBIT A |
| 951 | VANCE, LESLIE E | 18250 | $100,000.00* | EXHIBIT A |
| 952 | VANDENBOOM, KAYE F | 17826 | $100,000.00* | EXHIBIT A |
| 953 | VANHORN, HOWARD D | 17825 | $100,000.00* | EXHIBIT A |
| 954 | VERHOEVEN, MARVIN H | 17849 | $100,000.00* | EXHIBIT A |
| 955 | VILLERIUS, ERIC H | 17848 | $100,000.00* | EXHIBIT A |
| 956 | VINYARD, CHARLES G | 17847 | $100,000.00* | EXHIBIT A |
| 957 | VOGELSONG, LESTER | 17846 | $100,000.00* | EXHIBIT A |
| 958 | VOSS, EDWARD L | 17839 | $100,000.00* | EXHIBIT A |
| 959 | VOYLES, CARL J | 17838 | $100,000.00* | EXHIBIT A |
| 960 | WAGNER, GEORGE W | 17837 | $100,000.00* | EXHIBIT A |
| 961 | WAGNER, JOHN D | 17836 | $100,000.00* | EXHIBIT A |
| 962 | WAINIO, JOHN A | 17835 | $100,000.00* | EXHIBIT A |
| 963 | WALL, HARLESS K | 17834 | $100,000.00* | EXHIBIT A |
| 964 | WANGERIN, LOREN R | 17505 | $100,000.00* | EXHIBIT A |
| 965 | WANIGER, EDWARD M | 17506 | $100,000.00* | EXHIBIT A |
| 966 | WATERS, EARL H | 17481 | $100,000.00* | EXHIBIT A |
| 967 | WATTS, DALLAS | 17482 | $100,000.00* | EXHIBIT A |
| 968 | WAY, LARRY L | 17444 | $100,000.00* | EXHIBIT A |
| 969 | WEAVER, PAUL M | 17445 | $100,000.00* | EXHIBIT A |
| 970 | WEBER, JOHN | 17447 | $100,000.00* | EXHIBIT A |
| 971 | WEEKS, GEORGE D | 17446 | $100,000.00* | EXHIBIT A |
| 972 | WEIRAUCH, RONALD A | 17483 | $100,000.00* | EXHIBIT A |
| 973 | WIEMELS, GEORGE J | 17484 | $100,000.00* | EXHIBIT A |
| 974 | WIERSMA, BERT J | 17448 | $100,000.00* | EXHIBIT A |
| 975 | WIGENT, JACK L | 17449 | $100,000.00* | EXHIBIT A |
| 976 | WILCOX, DEWITT B | 17450 | $100,000.00* | EXHIBIT A |
| 977 | WILHOIT, JOEL R | 17451 | $100,000.00* | EXHIBIT A |

| 978 | WILLIAMS, CARL E | 17452 | $100,000.00* | EXHIBIT A |
| 979 | WILSON, JAMES D | 17453 | $100,000.00* | EXHIBIT A |
| 980 | WILSON, LEROY G | 17507 | $100,000.00* | EXHIBIT A |
| 981 | WINCHESTER, KENNETH E | 17508 | $100,000.00* | EXHIBIT A |
| 982 | WINES, RUFUS P | 17509 | $100,000.00* | EXHIBIT A |
| 983 | WISLOTSKY, THOMAS A | 17510 | $100,000.00* | EXHIBIT A |
| 984 | WITHROW, JESSE H | 17511 | $100,000.00* | EXHIBIT A |
| 985 | WOLFE, MORRIS M | 17512 | $100,000.00* | EXHIBIT A |
| 986 | WOOD, ROBERT E | 17513 | $100,000.00* | EXHIBIT A |
| 987 | WOODRING, ALLEN L | 17514 | $100,000.00* | EXHIBIT A |
| 988 | WOODRING, ROBERT W | 17497 | $100,000.00* | EXHIBIT A |
| 989 | WRIGHT, JAMES E | 17498 | $100,000.00* | EXHIBIT A |
| 990 | YOST, KENNETH E | 17499 | $100,000.00* | EXHIBIT A |
| 991 | YOUNGLESS, KENNETH T | 17500 | $100,000.00* | EXHIBIT A |
| 992 | ZIMMERMANN, CONRAD F | 17501 | $100,000.00* | EXHIBIT A |
| 993 | ZURBOLA, RICHARD J | 17502 | $100,000.00* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470015

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 17

BAR(23) MAIL ID *** 000194861756 ***



KOONZ MCKENNEY JOHNSON DEPAOLIS
10300 EATON PLACE, SUITE 200
FAIRFAX, VA  22030

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com
          steven.serajeddini@kirkland.com
          aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | HARBAUGH, GEORGE | 32000 | $100,000.00 | EXHIBIT A |
| 2 | HARBAUGH, GEORGE | 32013 | $100,000.00 | EXHIBIT A |
| 3 | HARBAUGH, GEORGE | 32014 | $100,000.00 | EXHIBIT A |
| 4 | HARBAUGH, GEORGE | 32015 | $100,000.00 | EXHIBIT A |
| 5 | HARBAUGH, GEORGE | 32016 | $100,000.00 | EXHIBIT A |
| 6 | HARBAUGH, GEORGE | 32020 | $100,000.00 | EXHIBIT A |
| 7 | HARBAUGH, GEORGE | 32021 | $100,000.00 | EXHIBIT A |
| 8 | HARBAUGH, GEORGE | 32022 | $100,000.00 | EXHIBIT A |
| 9 | HARBAUGH, GEORGE | 32023 | $100,000.00 | EXHIBIT A |
| 10 | HARBAUGH, GEORGE | 32025 | $100,000.00 | EXHIBIT A |
| 11 | HARBAUGH, GEORGE | 32026 | $100,000.00 | EXHIBIT A |
| 12 | HARBAUGH, GEORGE | 32032 | $100,000.00 | EXHIBIT A |
| 13 | HARBAUGH, GEORGE | 32033 | $100,000.00 | EXHIBIT A |
| 14 | HARBAUGH, GEORGE | 32046 | $100,000.00 | EXHIBIT A |
| 15 | HARBAUGH, GEORGE | 32066 | $100,000.00 | EXHIBIT A |
| 16 | PLANES, EDGARD | 32069 | $250,000.00 | EXHIBIT A |
| 17 | PLANES, EDGARD | 32070 | $250,000.00 | EXHIBIT A |
| 18 | PLANES, EDGARD | 32071 | $250,000.00 | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470016

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 18

BAR(23) MAIL ID *** 000194861757 ***



LANDRY & SWARR LLC
1010 COMMON ST, STE 2050
NEW ORLEANS, LA  70112

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

Group ID: 17; 470017

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com
          steven.serajeddini@kirkland.com
          aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | LANDRY & SWARR, LLC | 13781 | UNDETERMINED* | EXHIBIT A |
| 2 | LANDRY & SWARR, LLC | 13782 | UNDETERMINED* | EXHIBIT A |
| 3 | LANDRY & SWARR, LLC | 13783 | UNDETERMINED* | EXHIBIT A |
| 4 | LANDRY & SWARR, LLC | 13784 | UNDETERMINED* | EXHIBIT A |
| 5 | LANDRY & SWARR, LLC | 13785 | UNDETERMINED* | EXHIBIT A |
| 6 | LANDRY & SWARR, LLC | 13786 | UNDETERMINED* | EXHIBIT A |
| 7 | LANDRY & SWARR, LLC | 13787 | UNDETERMINED* | EXHIBIT A |
| 8 | LANDRY & SWARR, LLC | 13788 | UNDETERMINED* | EXHIBIT A |
| 9 | LANDRY & SWARR, LLC | 13789 | UNDETERMINED* | EXHIBIT A |
| 10 | LANDRY & SWARR, LLC | 13790 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470017

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 19

BAR(23) MAIL ID *** 000194861758 ***



THE LANIER LAW FIRM, BANKRUPTCY DEPT
ATTN: CHRISTOPHER PHIPPS
6810 FM 1960 WEST
HOUSTON, TX  77069

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:   April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com
                     steven.serajeddini@kirkland.com
                     aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re <u>ENERGY FUTURE HOLDINGS CORP., et al.</u>, Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ANDERSON, WILLIAM B | 15476 | $500,000.00 | EXHIBIT A |
| 2 | ARD, ALVIN C. | 15482 | $500,000.00 | EXHIBIT A |
| 3 | BROOKS, ROBERT B. | 15481 | $500,000.00 | EXHIBIT A |
| 4 | BUTTS, CHARLES T. | 7580 | $100,000.00 | EXHIBIT A |
| 5 | CHERRY, DELMON F. | 7578 | $750,000.00 | EXHIBIT A |
| 6 | EMORY, ROBERT W. | 15480 | $500,000.00 | EXHIBIT A |
| 7 | FERRELL, EDWARD | 7587 | $1,000,000.00 | EXHIBIT A |
| 8 | FERRELL, EDWARD | 15479 | $1,000,000.00 | EXHIBIT A |
| 9 | FLYNN, DAVID | 7584 | $100,000.00 | EXHIBIT A |
| 10 | FRANKUM, GENE | 7583 | $100,000.00 | EXHIBIT A |
| 11 | HILL, BRUCE V | 15478 | $100,000.00 | EXHIBIT A |
| 12 | HOUSTON, THOMAS | 15483 | $500,000.00 | EXHIBIT A |
| 13 | LIEBAU, RALPH | 7577 | $100,000.00 | EXHIBIT A |
| 14 | MCILLWAIN, J.C. | 7579 | $500,000.00 | EXHIBIT A |
| 15 | MURRAY, JOHN T. | 7574 | $100,000.00 | EXHIBIT A |
| 16 | NICHOLS, GREGORY | 7576 | $500,000.00 | EXHIBIT A |
| 17 | OAKE, VICTOR | 15484 | $1,000,000.00 | EXHIBIT A |
| 18 | OAKE, VICTOR B. | 7586 | $1,000,000.00 | EXHIBIT A |
| 19 | PELT, SHARON VAN | 15487 | $500,000.00 | EXHIBIT A |
| 20 | PRIDDY, CRESTON | 15485.01 | $500,000.00 | EXHIBIT B |
| 21 | RAMSEY, CHARLES | 15477 | $500,000.00 | EXHIBIT A |
| 22 | SORRENTINO, ANNA | 7620.01 | $100,000.00 | EXHIBIT B |
| 23 | SPEARS, TOMMY | 7582 | $100,000.00 | EXHIBIT A |
| 24 | STALIK, EDWARD | 15486.01 | $750,000.00 | EXHIBIT B |
| 25 | STEWART, PATRICK | 7575 | $100,000.00 | EXHIBIT A |
| 26 | WALLACE, DONALD | 15488 | $500,000.00 | EXHIBIT A |
| 27 | WOODWARD, DON | 7581 | $100,000.00 | EXHIBIT A |

\* Indicates claim contains unliquidated and/or undetermined amounts.

470018

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 20

BAR(23) MAIL ID *** 000194861759 ***



LEVY KONIGSBERG LLP
800 THIRD AVENUE, FLOOR 11
NEW YORK, NY  10022

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:       (302) 651-7700
Facsimile:       (302) 651-7701
Email:           collins@rlf.com
                 defranceschi@rlf.com
                 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:           edward.sassower@kirkland.com
                 stephen.hessler@kirkland.com
                 brian.schartz@kirkland.com
                 steven.serajeddini@kirkland.com
                 aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:           james.sprayregen@kirkland.com
                 marc.kieselstein@kirkland.com
                 chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | CARLUCCI, DANIEL | 14418 | UNDETERMINED* | EXHIBIT A |
| 2 | CARPENTER, ROBERT C. | 16600 | UNDETERMINED* | EXHIBIT A |
| 3 | CASE, DANIEL | 14752 | UNDETERMINED* | EXHIBIT A |
| 4 | ESPOSITO, GIRO, JR. | 14411 | UNDETERMINED* | EXHIBIT A |
| 5 | FERNANDEZ, ALBERTO | 14417 | UNDETERMINED* | EXHIBIT A |
| 6 | FHIMA, EILEEN | 14413 | UNDETERMINED* | EXHIBIT A |
| 7 | HAMPSON, BARBARA | 31803 | UNDETERMINED* | EXHIBIT A |
| 8 | LANDRY, KENNETH | 16603 | UNDETERMINED* | EXHIBIT A |
| 9 | MANINGO, MARTIN | 14412 | UNDETERMINED* | EXHIBIT A |
| 10 | MUNDERVILLE, WILLIAM, JR. | 16602 | UNDETERMINED* | EXHIBIT A |
| 11 | NEWING, KENNETH | 31804 | UNDETERMINED* | EXHIBIT A |
| 12 | RATCLIFF, EDWARD D. | 14751 | UNDETERMINED* | EXHIBIT A |
| 13 | RIEBEL, FRED | 31802 | UNDETERMINED* | EXHIBIT A |
| 14 | SERBALIK, DONNA | 14753 | UNDETERMINED* | EXHIBIT A |
| 15 | SMITH, CLIFFORD | 14416 | UNDETERMINED* | EXHIBIT A |
| 16 | STANLEY, CHARLES WAYNE | 14750 | UNDETERMINED* | EXHIBIT A |
| 17 | STRASSER, CLARENCE | 14414 | UNDETERMINED* | EXHIBIT A |
| 18 | TRUEBA, JUAN | 31801 | UNDETERMINED* | EXHIBIT A |
| 19 | WALSH, ROBERT | 14415 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470019

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 21

BAR(23) MAIL ID *** 000194861760 ***



MADEKSHO LAW FIRM, PLLC
5225 KATY FREEWAY, SUITE 500
HOUSTON, TX  77007

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com
                      steven.serajeddini@kirkland.com
                      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | AUSTIN, BILL | 15632 | UNDETERMINED* | EXHIBIT A |
| 2 | BELCHER, CLIVE | 15633 | UNDETERMINED* | EXHIBIT A |
| 3 | BUTLER, MARY | 15634 | UNDETERMINED* | EXHIBIT A |
| 4 | CAMPBELL, JOHN | 15635 | UNDETERMINED* | EXHIBIT A |
| 5 | CAMPBELL, JOHN | 15636 | UNDETERMINED* | EXHIBIT A |
| 6 | CANTU, ARTURO | 15637 | UNDETERMINED* | EXHIBIT A |
| 7 | CARMICHAEL, DWIGHT | 15638 | UNDETERMINED* | EXHIBIT A |
| 8 | CLENDENNEN, DAVID ANDREW | 15639 | UNDETERMINED* | EXHIBIT A |
| 9 | COLSTON, ROBERT | 15640 | UNDETERMINED* | EXHIBIT A |
| 10 | COSME, MICHAEL | 15641 | UNDETERMINED* | EXHIBIT A |
| 11 | DEAN, MICHAEL | 15642 | UNDETERMINED* | EXHIBIT A |
| 12 | DECKER, GARY | 15643 | UNDETERMINED* | EXHIBIT A |
| 13 | DENBY, JAMES | 15644 | UNDETERMINED* | EXHIBIT A |
| 14 | ESTATE OF ALICE STRINGER | 16138 | UNDETERMINED* | EXHIBIT A |
| 15 | ESTATE OF ALVIN WEST | 16183 | UNDETERMINED* | EXHIBIT A |
| 16 | ESTATE OF ANNIAS COLBERT | 16195 | UNDETERMINED* | EXHIBIT A |
| 17 | ESTATE OF ARNOLD PARRA | 16158 | UNDETERMINED* | EXHIBIT A |
| 18 | ESTATE OF ARTHUR CHAVIS | 16213 | UNDETERMINED* | EXHIBIT A |
| 19 | ESTATE OF BARBARA GONZALES | 16122 | UNDETERMINED* | EXHIBIT A |
| 20 | ESTATE OF BENJAMIN DILDY | 16227 | UNDETERMINED* | EXHIBIT A |
| 21 | ESTATE OF BETTY DUFFIELD | 16224 | UNDETERMINED* | EXHIBIT A |
| 22 | ESTATE OF BILLY TURNER | 16186 | UNDETERMINED* | EXHIBIT A |
| 23 | ESTATE OF BOBBY BARTON BROWN | 16171 | UNDETERMINED* | EXHIBIT A |
| 24 | ESTATE OF BOBBY JENKINS | 16235 | UNDETERMINED* | EXHIBIT A |
| 25 | ESTATE OF BRENDA BOWMAN | 16132 | UNDETERMINED* | EXHIBIT A |
| 26 | ESTATE OF CARL CHAVERS | 16214 | UNDETERMINED* | EXHIBIT A |
| 27 | ESTATE OF CECIL ARNOLD OVERSTREET | 16161 | UNDETERMINED* | EXHIBIT A |
| 28 | ESTATE OF CHARLES B. WILLIAMS | 16179 | UNDETERMINED* | EXHIBIT A |
| 29 | ESTATE OF CHARLES BURT | 16128 | UNDETERMINED* | EXHIBIT A |
| 30 | ESTATE OF CHARLES DENMAN | 16202 | UNDETERMINED* | EXHIBIT A |
| 31 | ESTATE OF CORNELIUS VICTOR | 16176 | UNDETERMINED* | EXHIBIT A |
| 32 | ESTATE OF CURLEY CRAYTON | 16210 | UNDETERMINED* | EXHIBIT A |
| 33 | ESTATE OF CURTIS DURRETT | 16223 | UNDETERMINED* | EXHIBIT A |
| 34 | ESTATE OF DARRELL POWELL | 16154 | UNDETERMINED* | EXHIBIT A |
| 35 | ESTATE OF DAVE TYLER | 16185 | UNDETERMINED* | EXHIBIT A |
| 36 | ESTATE OF DAVID SANDLIN | 16147 | UNDETERMINED* | EXHIBIT A |
| 37 | ESTATE OF DELBERT BROWN | 16131 | UNDETERMINED* | EXHIBIT A |

470020

| 38 | ESTATE OF DON PUCKETT | 16152 | UNDETERMINED* | EXHIBIT A |
| 39 | ESTATE OF DONALD COOK | 16193 | UNDETERMINED* | EXHIBIT A |
| 40 | ESTATE OF DONALD EKERMEYER | 16222 | UNDETERMINED* | EXHIBIT A |
| 41 | ESTATE OF DORIS KELLEY | 16229 | UNDETERMINED* | EXHIBIT A |
| 42 | ESTATE OF DOROTHY ARNOLD | 16199 | UNDETERMINED* | EXHIBIT A |
| 43 | ESTATE OF EDDIE DAVIS | 16205 | UNDETERMINED* | EXHIBIT A |
| 44 | ESTATE OF ELMER HOSEA | 16240 | UNDETERMINED* | EXHIBIT A |
| 45 | ESTATE OF ERNEST BARNES | 16196 | UNDETERMINED* | EXHIBIT A |
| 46 | ESTATE OF ERNEST MEREDITH | 16165 | UNDETERMINED* | EXHIBIT A |
| 47 | ESTATE OF FRANCES ARRIAGA | 16198 | UNDETERMINED* | EXHIBIT A |
| 48 | ESTATE OF FRANCIS CORNWALL | 16211 | UNDETERMINED* | EXHIBIT A |
| 49 | ESTATE OF GARY MITCHELL | 16163 | UNDETERMINED* | EXHIBIT A |
| 50 | ESTATE OF GARY SCHOENFELDT | 16146 | UNDETERMINED* | EXHIBIT A |
| 51 | ESTATE OF GEORGE TAVAREZ | 16188 | UNDETERMINED* | EXHIBIT A |
| 52 | ESTATE OF GEORGE WATKINS | 16191 | UNDETERMINED* | EXHIBIT A |
| 53 | ESTATE OF GLENN SHERER | 16144 | UNDETERMINED* | EXHIBIT A |
| 54 | ESTATE OF GRAHAM MCNEILL | 16167 | UNDETERMINED* | EXHIBIT A |
| 55 | ESTATE OF GREGORY BEAVERS | 16127 | UNDETERMINED* | EXHIBIT A |
| 56 | ESTATE OF HAL COLLINS | 16194 | UNDETERMINED* | EXHIBIT A |
| 57 | ESTATE OF HAROLD LAMBERT | 16249 | UNDETERMINED* | EXHIBIT A |
| 58 | ESTATE OF HAROLD NOONAN | 16162 | UNDETERMINED* | EXHIBIT A |
| 59 | ESTATE OF HELEN DARIES | 16206 | UNDETERMINED* | EXHIBIT A |
| 60 | ESTATE OF HILBURREL JACOBS | 16236 | UNDETERMINED* | EXHIBIT A |
| 61 | ESTATE OF HOMER HOLCOMB | 16174 | UNDETERMINED* | EXHIBIT A |
| 62 | ESTATE OF HOYLE NORMAN | 16125 | UNDETERMINED* | EXHIBIT A |
| 63 | ESTATE OF J W BAXTER | 16133 | UNDETERMINED* | EXHIBIT A |
| 64 | ESTATE OF JACKIE CREAMER | 16209 | UNDETERMINED* | EXHIBIT A |
| 65 | ESTATE OF JAKE JOHNSON | 16234 | UNDETERMINED* | EXHIBIT A |
| 66 | ESTATE OF JAMES CHADWICK | 16215 | UNDETERMINED* | EXHIBIT A |
| 67 | ESTATE OF JAMES LYLES | 16247 | UNDETERMINED* | EXHIBIT A |
| 68 | ESTATE OF JAMES PICHON | 16155 | UNDETERMINED* | EXHIBIT A |
| 69 | ESTATE OF JAMES RILEY | 16149 | UNDETERMINED* | EXHIBIT A |
| 70 | ESTATE OF JAMES SHELTON | 16145 | UNDETERMINED* | EXHIBIT A |
| 71 | ESTATE OF JAMES SWINEA | 16189 | UNDETERMINED* | EXHIBIT A |
| 72 | ESTATE OF JERRY KROGSGAARD | 16136 | UNDETERMINED* | EXHIBIT A |
| 73 | ESTATE OF JIMMY BEATTY | 16134 | UNDETERMINED* | EXHIBIT A |
| 74 | ESTATE OF JOE HAVLIK | 16175 | UNDETERMINED* | EXHIBIT A |
| 75 | ESTATE OF JOE WOOD | 16172 | UNDETERMINED* | EXHIBIT A |
| 76 | ESTATE OF JOHN CRAYTON, JR. | 16201 | UNDETERMINED* | EXHIBIT A |
| 77 | ESTATE OF JOHN DOYLE | 16226 | UNDETERMINED* | EXHIBIT A |
| 78 | ESTATE OF JOHN HOOT | 16241 | UNDETERMINED* | EXHIBIT A |
| 79 | ESTATE OF JOHN MCNEALY | 16168 | UNDETERMINED* | EXHIBIT A |
| 80 | ESTATE OF JOHN RABB | 16151 | UNDETERMINED* | EXHIBIT A |
| 81 | ESTATE OF JOHN WILLIAMS | 16181 | UNDETERMINED* | EXHIBIT A |
| 82 | ESTATE OF JOHNNIE WALLACE | 16184 | UNDETERMINED* | EXHIBIT A |
| 83 | ESTATE OF JOHNNY L. GREIN | 16217 | UNDETERMINED* | EXHIBIT A |
| 84 | ESTATE OF JONATHAN BROWN | 16130 | UNDETERMINED* | EXHIBIT A |

| 85  | ESTATE OF JORGE DE LEON         | 16203 | UNDETERMINED* | EXHIBIT A |
| 86  | ESTATE OF JOSEPH MCCLOUD        | 16245 | UNDETERMINED* | EXHIBIT A |
| 87  | ESTATE OF KEITH WOLFE           | 16178 | UNDETERMINED* | EXHIBIT A |
| 88  | ESTATE OF KENNETH CANFIELD      | 16123 | UNDETERMINED* | EXHIBIT A |
| 89  | ESTATE OF KENNETH DUBOIS        | 16225 | UNDETERMINED* | EXHIBIT A |
| 90  | ESTATE OF KENNETH JOHNSON       | 16233 | UNDETERMINED* | EXHIBIT A |
| 91  | ESTATE OF KENNETH KIDD          | 16139 | UNDETERMINED* | EXHIBIT A |
| 92  | ESTATE OF LARRY FOSTER          | 16220 | UNDETERMINED* | EXHIBIT A |
| 93  | ESTATE OF LEON JACKSON          | 16237 | UNDETERMINED* | EXHIBIT A |
| 94  | ESTATE OF LESLIE DAVIS          | 16204 | UNDETERMINED* | EXHIBIT A |
| 95  | ESTATE OF LOUIS BUCKHALTER      | 16129 | UNDETERMINED* | EXHIBIT A |
| 96  | ESTATE OF LOWELL DICKEY         | 16228 | UNDETERMINED* | EXHIBIT A |
| 97  | ESTATE OF LUMUS HICKS           | 16242 | UNDETERMINED* | EXHIBIT A |
| 98  | ESTATE OF MARINO ANTHONY PARON  | 16159 | UNDETERMINED* | EXHIBIT A |
| 99  | ESTATE OF MARK PHILLIPS         | 16169 | UNDETERMINED* | EXHIBIT A |
| 100 | ESTATE OF MELVIN PEEVY          | 16157 | UNDETERMINED* | EXHIBIT A |
| 101 | ESTATE OF MICHAEL OWENS         | 16160 | UNDETERMINED* | EXHIBIT A |
| 102 | ESTATE OF MILES JONES           | 16231 | UNDETERMINED* | EXHIBIT A |
| 103 | ESTATE OF MONNIE HOWARD, JR.    | 16239 | UNDETERMINED* | EXHIBIT A |
| 104 | ESTATE OF MURRY WILKENING       | 16182 | UNDETERMINED* | EXHIBIT A |
| 105 | ESTATE OF OREAL BABINEAUX       | 16197 | UNDETERMINED* | EXHIBIT A |
| 106 | ESTATE OF OTIS MCNABB           | 16126 | UNDETERMINED* | EXHIBIT A |
| 107 | ESTATE OF OVIDA HALL            | 16177 | UNDETERMINED* | EXHIBIT A |
| 108 | ESTATE OF PATRICIA HARRISON     | 16243 | UNDETERMINED* | EXHIBIT A |
| 109 | ESTATE OF PAUL KIRK             | 16140 | UNDETERMINED* | EXHIBIT A |
| 110 | ESTATE OF PETE KROLCZYK         | 16250 | UNDETERMINED* | EXHIBIT A |
| 111 | ESTATE OF RANCE SIMPSON         | 16143 | UNDETERMINED* | EXHIBIT A |
| 112 | ESTATE OF RANDELL D. JONES      | 16230 | UNDETERMINED* | EXHIBIT A |
| 113 | ESTATE OF RICHARD GLIDDEN       | 16219 | UNDETERMINED* | EXHIBIT A |
| 114 | ESTATE OF RILEY LOFTIN          | 16248 | UNDETERMINED* | EXHIBIT A |
| 115 | ESTATE OF ROBERT HYDE           | 16238 | UNDETERMINED* | EXHIBIT A |
| 116 | ESTATE OF ROBERT SMITH          | 16142 | UNDETERMINED* | EXHIBIT A |
| 117 | ESTATE OF ROBERT VAN HORN       | 16124 | UNDETERMINED* | EXHIBIT A |
| 118 | ESTATE OF RONALD PRYCE          | 16153 | UNDETERMINED* | EXHIBIT A |
| 119 | ESTATE OF ROSE CYR              | 16207 | UNDETERMINED* | EXHIBIT A |
| 120 | ESTATE OF RUDY SANCHEZ          | 16148 | UNDETERMINED* | EXHIBIT A |
| 121 | ESTATE OF SAMUEL STEELE, JR.    | 16170 | UNDETERMINED* | EXHIBIT A |
| 122 | ESTATE OF SANDY MCNEILL         | 16166 | UNDETERMINED* | EXHIBIT A |
| 123 | ESTATE OF SANTOS GONZALES       | 16218 | UNDETERMINED* | EXHIBIT A |
| 124 | ESTATE OF STEPHEN CORNWALL      | 16192 | UNDETERMINED* | EXHIBIT A |
| 125 | ESTATE OF TED CROOKSHANK        | 16208 | UNDETERMINED* | EXHIBIT A |
| 126 | ESTATE OF THOMAS FLAHERTY       | 16221 | UNDETERMINED* | EXHIBIT A |
| 127 | ESTATE OF THOMAS RALPH BOLDING  | 16135 | UNDETERMINED* | EXHIBIT A |
| 128 | ESTATE OF THOMAS RIGSBY         | 16173 | UNDETERMINED* | EXHIBIT A |
| 129 | ESTATE OF TOMMY CLARK           | 16212 | UNDETERMINED* | EXHIBIT A |
| 130 | ESTATE OF TOMMY SMITH           | 16137 | UNDETERMINED* | EXHIBIT A |
| 131 | ESTATE OF VENSON MILLIKEN       | 16164 | UNDETERMINED* | EXHIBIT A |

470020

| | | | | |
|---|---|---|---|---|
| 132 | ESTATE OF VERNON THOMPSON | 16187 | UNDETERMINED* | EXHIBIT A |
| 133 | ESTATE OF VERNON WILLIAMS | 16180 | UNDETERMINED* | EXHIBIT A |
| 134 | ESTATE OF VICTOR JONES | 16232 | UNDETERMINED* | EXHIBIT A |
| 135 | ESTATE OF WALTER RICHARD | 16150 | UNDETERMINED* | EXHIBIT A |
| 136 | ESTATE OF WEBSTER PERSON | 16156 | UNDETERMINED* | EXHIBIT A |
| 137 | ESTATE OF WILLIAM ALEXANDER, JR. | 16200 | UNDETERMINED* | EXHIBIT A |
| 138 | ESTATE OF WILLIAM CAMPBELL | 16141 | UNDETERMINED* | EXHIBIT A |
| 139 | ESTATE OF WILLIAM CARNES | 16216 | UNDETERMINED* | EXHIBIT A |
| 140 | ESTATE OF WILLIAM MATTHEWIS | 16246 | UNDETERMINED* | EXHIBIT A |
| 141 | ESTATE OF WILLIAM STUBBLEFIELD | 16190 | UNDETERMINED* | EXHIBIT A |
| 142 | ESTATE OF WILLIE MCGARRY | 16244 | UNDETERMINED* | EXHIBIT A |
| 143 | FRENCH, RUSSELL | 15645 | UNDETERMINED* | EXHIBIT A |
| 144 | GAUTIER, DENNIS | 15646 | UNDETERMINED* | EXHIBIT A |
| 145 | GOFFNEY, GERALD | 15647 | UNDETERMINED* | EXHIBIT A |
| 146 | GOODSON, DONALD J. | 15648 | UNDETERMINED* | EXHIBIT A |
| 147 | GREENE, GARY | 15649 | UNDETERMINED* | EXHIBIT A |
| 148 | GREIN, LEO | 15617 | UNDETERMINED* | EXHIBIT A |
| 149 | GREIN, MARVIN | 15616 | UNDETERMINED* | EXHIBIT A |
| 150 | GREMILLION, NORMAN | 15618 | UNDETERMINED* | EXHIBIT A |
| 151 | GUILLORY, DEWEY PETER, SR. | 15619 | UNDETERMINED* | EXHIBIT A |
| 152 | HARTWELL, DAVID | 15621 | UNDETERMINED* | EXHIBIT A |
| 153 | HARTWELL, GERALD | 15620 | UNDETERMINED* | EXHIBIT A |
| 154 | HAYES, JERRY P. | 15622 | UNDETERMINED* | EXHIBIT A |
| 155 | HERRON, MELVIN | 15623 | UNDETERMINED* | EXHIBIT A |
| 156 | HOHLE, JIMMIE | 15624 | UNDETERMINED* | EXHIBIT A |
| 157 | JACKSON, THOMAS | 15625 | UNDETERMINED* | EXHIBIT A |
| 158 | JONES, GARY | 15626 | UNDETERMINED* | EXHIBIT A |
| 159 | LADD, LAYTON | 15627 | UNDETERMINED* | EXHIBIT A |
| 160 | LANGSTON, CARROLL DALE | 15628 | UNDETERMINED* | EXHIBIT A |
| 161 | MACKTAL, JOSEPH J. | 15578 | UNDETERMINED* | EXHIBIT A |
| 162 | MACKTAL, VICTORIA | 15579 | UNDETERMINED* | EXHIBIT A |
| 163 | MARSCHALL, JOHN, JR. | 15629 | UNDETERMINED* | EXHIBIT A |
| 164 | MCAFEE, SHELIA L. | 15630 | UNDETERMINED* | EXHIBIT A |
| 165 | MCVEY, KENNETH | 15631 | UNDETERMINED* | EXHIBIT A |
| 166 | MENDEZ, ROBERT CHARLES, SR. | 15604 | UNDETERMINED* | EXHIBIT A |
| 167 | MENDEZ, ROSALINDA | 15615 | UNDETERMINED* | EXHIBIT A |
| 168 | MITCHELL, RAYMOND LEE | 15605 | UNDETERMINED* | EXHIBIT A |
| 169 | MITCHELL, REYNARD | 15606 | UNDETERMINED* | EXHIBIT A |
| 170 | MORRIS, TOM, JR. | 15607 | UNDETERMINED* | EXHIBIT A |
| 171 | NICHOLS, JOE | 15608 | UNDETERMINED* | EXHIBIT A |
| 172 | PEARSON, WD | 15609 | UNDETERMINED* | EXHIBIT A |
| 173 | PORTER, CRAIG | 15610 | UNDETERMINED* | EXHIBIT A |
| 174 | PREVOST, MERCIE D | 31721 | UNDETERMINED* | EXHIBIT A |
| 175 | RAINS, MICHAEL | 15611 | UNDETERMINED* | EXHIBIT A |
| 176 | RODGERS, BELINDA | 15612 | UNDETERMINED* | EXHIBIT A |
| 177 | RODRIGUEZ, CRESENCIO E. | 15613 | UNDETERMINED* | EXHIBIT A |
| 178 | RODRIGUEZ, FAUSTINO | 15614 | UNDETERMINED* | EXHIBIT A |

| 179 | ROLLINS, JERRY W. | 15593 | UNDETERMINED* | EXHIBIT A |
| 180 | SANCHEZ, HECTOR | 15594 | UNDETERMINED* | EXHIBIT A |
| 181 | SANCHEZ, JOSE | 15595 | UNDETERMINED* | EXHIBIT A |
| 182 | SCOTT, ROBERT | 15596 | UNDETERMINED* | EXHIBIT A |
| 183 | SIMMONS, LARRY DON | 15597 | UNDETERMINED* | EXHIBIT A |
| 184 | SMITH, SAMUEL | 15598 | UNDETERMINED* | EXHIBIT A |
| 185 | SPENCE, DAVID | 15599 | UNDETERMINED* | EXHIBIT A |
| 186 | ST. JOHN, JAMES | 15600 | UNDETERMINED* | EXHIBIT A |
| 187 | STEELE, SAMUEL, III | 15582 | UNDETERMINED* | EXHIBIT A |
| 188 | STEWART, BOBBY | 15601 | UNDETERMINED* | EXHIBIT A |
| 189 | THOMAS, CHARLES | 15602 | UNDETERMINED* | EXHIBIT A |
| 190 | THORNTON, RODNEY | 15603 | UNDETERMINED* | EXHIBIT A |
| 191 | TOLIVER, ALVIN | 15583 | UNDETERMINED* | EXHIBIT A |
| 192 | TREVINO, ONESIMO | 15584 | UNDETERMINED* | EXHIBIT A |
| 193 | TROSCLAIR, DOUGLAS MARK | 15585 | UNDETERMINED* | EXHIBIT A |
| 194 | UNGER, JIMMY | 15586 | UNDETERMINED* | EXHIBIT A |
| 195 | VAUGHN, REX | 15587 | UNDETERMINED* | EXHIBIT A |
| 196 | VEGA, ELIAS, JR. | 15588 | UNDETERMINED* | EXHIBIT A |
| 197 | WAGGONER, DWIGHT LYNN | 15589 | UNDETERMINED* | EXHIBIT A |
| 198 | WALDROP, DOYCE | 15590 | UNDETERMINED* | EXHIBIT A |
| 199 | WALKOWIAK, PETER | 15591 | UNDETERMINED* | EXHIBIT A |
| 200 | WALLACE, GARY | 15592 | UNDETERMINED* | EXHIBIT A |
| 201 | WATKINS, RONALD D. | 15574 | UNDETERMINED* | EXHIBIT A |
| 202 | WIER, JIMMY MILLER | 15580 | UNDETERMINED* | EXHIBIT A |
| 203 | WILLIAMS, BILLY G. | 15575 | UNDETERMINED* | EXHIBIT A |
| 204 | WILLIAMS, DONALD G. | 15581 | UNDETERMINED* | EXHIBIT A |
| 205 | WOLF, JOE | 15576 | UNDETERMINED* | EXHIBIT A |
| 206 | WYATT, HENRY | 15577 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 22

BAR(23) MAIL ID *** 000194861761 ***



EDWARD O. MOODY, P.A.
801 WEST 4TH STREET
LITTLE ROCK, AR  72201

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    steven.serajeddini@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ANDERSON, CHARLES ELI | 15519 | UNDETERMINED* | EXHIBIT A |
| 2 | DONATHAN, RAYMOND LEE | 15514 | UNDETERMINED* | EXHIBIT A |
| 3 | ESTATE OF CLYDE KIMBOURGH FLOWERS | 15513 | UNDETERMINED* | EXHIBIT A |
| 4 | ESTATE OF DAYMON L. HENRY | 15511 | UNDETERMINED* | EXHIBIT A |
| 5 | ESTATE OF FRED CHARLES PENNINGTON | 15505 | UNDETERMINED* | EXHIBIT A |
| 6 | ESTATE OF HENRY LEE BOWIE | 15518 | UNDETERMINED* | EXHIBIT A |
| 7 | ESTATE OF LEE ALLEN BURSEY | 15517 | UNDETERMINED* | EXHIBIT A |
| 8 | ESTATE OF MELVIN LUTHER HUFFMAN | 15508 | UNDETERMINED* | EXHIBIT A |
| 9 | ESTATE OF STEPHEN RAY SMITH | 15503 | UNDETERMINED* | EXHIBIT A |
| 10 | ESTATE OF THOMAS H. CHANEY | 15516 | UNDETERMINED* | EXHIBIT A |
| 11 | ESTATE OF VIRGIL LEE COLLINS | 15515 | UNDETERMINED* | EXHIBIT A |
| 12 | ESTATE OF WAYBURN LEE HUTCHESON | 15509 | UNDETERMINED* | EXHIBIT A |
| 13 | ESTATE OF WILLARD JAMES HAWTHORNE | 15512 | UNDETERMINED* | EXHIBIT A |
| 14 | HILSON, CARL WALTER, JR. | 15510 | UNDETERMINED* | EXHIBIT A |
| 15 | JOHNSON, FREDDIE B. | 15507 | UNDETERMINED* | EXHIBIT A |
| 16 | LOVELACE, JOHN HENRY | 15506 | UNDETERMINED* | EXHIBIT A |
| 17 | PENNINGTON, THOMAS ODELL | 15504 | UNDETERMINED* | EXHIBIT A |
| 18 | STANLEY, DANNY EARL | 15502 | UNDETERMINED* | EXHIBIT A |
| 19 | WASHINGTON, BENJAMIN WILLIE | 15501 | UNDETERMINED* | EXHIBIT A |
| 20 | WILLIS, TROY JUNIOR | 15500 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470021



**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 23

BAR(23) MAIL ID *** 000194861762 ***



MOSS & COX
ATTN: JOE D. MOSS
518 N. MAIN STREET
BONHAM, TX  75418

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

 /s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com
         steven.serajeddini@kirkland.com
         aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ADAMS, SHARI COX | 31779 | UNDETERMINED* | EXHIBIT A |
| 2 | BULLOCK, JANICE LEAH CARLOCK | 31695.02 | UNDETERMINED* | EXHIBIT B |
| 3 | CARLOCK, JAMES | 31775 | $408,200.40* | EXHIBIT A |
| 4 | CARLOCK, JENIFER LEE | 31696.02 | UNDETERMINED* | EXHIBIT B |
| 5 | CARLOCK, NINA LORENE LOFTICE | 31693.02 | UNDETERMINED* | EXHIBIT B |
| 6 | COX, JOE W. | 31777 | UNDETERMINED* | EXHIBIT A |
| 7 | COX, LANA HAZELWOOD | 31774 | UNDETERMINED* | EXHIBIT A |
| 8 | COX, MICHAEL | 31776 | UNDETERMINED* | EXHIBIT A |
| 9 | COX, TROY DON | 31780 | UNDETERMINED* | EXHIBIT A |
| 10 | HARRISON, GRANT MICHAEL | 31692.02 | UNDETERMINED* | EXHIBIT B |
| 11 | KISSINGER, JAMES DILLAN | 31712.04 | UNDETERMINED* | EXHIBIT B |
| 12 | KISSINGER, JAMES DON | 31770 | UNDETERMINED* | EXHIBIT A |
| 13 | KISSINGER, JAMES DON | 31697.02 | UNDETERMINED* | EXHIBIT B |
| 14 | KISSINGER, JAMES DON | 31710.04 | UNDETERMINED* | EXHIBIT B |
| 15 | KISSINGER, JEFFREY DEAN | 31698.02 | UNDETERMINED* | EXHIBIT B |
| 16 | KISSINGER, JUDY LORENE CARLOCK | 31694.02 | UNDETERMINED* | EXHIBIT B |
| 17 | KISSINGER, KANDICE | 31708.04 | UNDETERMINED* | EXHIBIT B |
| 18 | RAIBLE, PAIGE LEAH | 31691.02 | UNDETERMINED* | EXHIBIT B |
| 19 | ROSS, ROSSEVELT | 31771 | UNDETERMINED* | EXHIBIT A |
| 20 | ROSS, ROSSEVELT | 31772 | UNDETERMINED* | EXHIBIT A |
| 21 | SLUDER, KAY | 31709.04 | UNDETERMINED* | EXHIBIT B |
| 22 | SMITH, BETTY LOU MOORE COX | 31778 | UNDETERMINED* | EXHIBIT A |
| 23 | WAGGONER, REBA HAZELWOOD | 31773 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470022

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 24

BAR(23) MAIL ID *** 000194861763 ***



MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MT PLEASANT, SC  29464

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    steven.serajeddini@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ALLEN, JOHN L. | 36818 | UNDETERMINED* | EXHIBIT A |
| 2 | AMARAL, EVERETT J, JR. | 36819 | UNDETERMINED* | EXHIBIT A |
| 3 | ANDREWS, JAMES KENNETH, SR. | 16565 | UNDETERMINED* | EXHIBIT A |
| 4 | ANGEL, GARY | 36820 | UNDETERMINED* | EXHIBIT A |
| 5 | ARNETT, AARON | 16564 | UNDETERMINED* | EXHIBIT A |
| 6 | ASHLEY, RALPH LAMAR | 36821 | UNDETERMINED* | EXHIBIT A |
| 7 | BAKER, HERMAN F. | 36822 | UNDETERMINED* | EXHIBIT A |
| 8 | BANKS, J C | 36823 | UNDETERMINED* | EXHIBIT A |
| 9 | BARKER, JOHN M | 36824 | UNDETERMINED* | EXHIBIT A |
| 10 | BARNEY, VICTOR | 36825 | UNDETERMINED* | EXHIBIT A |
| 11 | BECUDE, RAYMOND L. | 36826 | UNDETERMINED* | EXHIBIT A |
| 12 | BESS, JOHN C. | 36827 | UNDETERMINED* | EXHIBIT A |
| 13 | BIEL, ROBERT A. | 36828 | UNDETERMINED* | EXHIBIT A |
| 14 | BISHOP, JACK A. | 36829 | UNDETERMINED* | EXHIBIT A |
| 15 | BLAXTON, JULIAN | 36830 | UNDETERMINED* | EXHIBIT A |
| 16 | BOLES, JACK | 36831 | UNDETERMINED* | EXHIBIT A |
| 17 | BOYD, ROY | 36926 | UNDETERMINED* | EXHIBIT A |
| 18 | BROWN, FRANCISCO | 36927 | UNDETERMINED* | EXHIBIT A |
| 19 | BROWN, JOHN D. | 36928 | UNDETERMINED* | EXHIBIT A |
| 20 | BUCHANAN, CHARLES | 36929 | UNDETERMINED* | EXHIBIT A |
| 21 | BURNS, ROBERT A. | 36930 | UNDETERMINED* | EXHIBIT A |
| 22 | CARLTON, ISAAC F. | 36931 | UNDETERMINED* | EXHIBIT A |
| 23 | CARTER, LEWIS I., JR. | 16563 | UNDETERMINED* | EXHIBIT A |
| 24 | CLARK, GEORGE J. | 36932 | UNDETERMINED* | EXHIBIT A |
| 25 | CLUBB, FLOYD C., SR. | 36933 | UNDETERMINED* | EXHIBIT A |
| 26 | COLE, RALPH EDWARD | 16562 | UNDETERMINED* | EXHIBIT A |
| 27 | COOK, LUTHER LLOYD | 36934 | UNDETERMINED* | EXHIBIT A |
| 28 | COOPER, CHARLIE W. | 36935 | UNDETERMINED* | EXHIBIT A |
| 29 | COPELAND, DONALD O. | 36913 | UNDETERMINED* | EXHIBIT A |
| 30 | COURSON, MYRA B. | 36914 | UNDETERMINED* | EXHIBIT A |
| 31 | CREWS, EARL JEFFERSON | 36915 | UNDETERMINED* | EXHIBIT A |
| 32 | CROW, DORIAN R. | 36916 | UNDETERMINED* | EXHIBIT A |
| 33 | CULLIGAN, WILLIAM G. | 36766 | UNDETERMINED* | EXHIBIT A |
| 34 | DABNEY, GERALD VERNON | 36917 | UNDETERMINED* | EXHIBIT A |
| 35 | DAIL, WINSTON CARROLL | 36918 | UNDETERMINED* | EXHIBIT A |
| 36 | DORMAN, ROY JACKSON | 36919 | UNDETERMINED* | EXHIBIT A |
| 37 | DRIGGERS, JACK | 36920 | UNDETERMINED* | EXHIBIT A |

470023

| | | | | |
|---|---|---|---|---|
| 38 | EICHER, PAUL SHERMAN | 36921 | UNDETERMINED* | EXHIBIT A |
| 39 | FAIRCLOTH, ROBERT E. | 36922 | UNDETERMINED* | EXHIBIT A |
| 40 | FLYNN, HAROLD WILLIAM | 36942 | UNDETERMINED* | EXHIBIT A |
| 41 | FORD, JAMES GENE | 36944 | UNDETERMINED* | EXHIBIT A |
| 42 | FRETWELL, BUD STEPHEN | 36945 | UNDETERMINED* | EXHIBIT A |
| 43 | GARDNER, LEWIE C. | 36946 | UNDETERMINED* | EXHIBIT A |
| 44 | GORD, HARVEY EDWIN | 36947 | UNDETERMINED* | EXHIBIT A |
| 45 | GOSSARD, EARL ROBERT | 36948 | UNDETERMINED* | EXHIBIT A |
| 46 | GRAHAM, RAYMOND | 36949 | UNDETERMINED* | EXHIBIT A |
| 47 | GREER, JAMES C. | 36950 | UNDETERMINED* | EXHIBIT A |
| 48 | GREINER, DWIGHT K. | 36951 | UNDETERMINED* | EXHIBIT A |
| 49 | HARDY, WILLIS D. | 36952 | UNDETERMINED* | EXHIBIT A |
| 50 | HARRIS, GEORGE ALBERT | 36923 | UNDETERMINED* | EXHIBIT A |
| 51 | HARRIS, GEORGE F. | 36924 | UNDETERMINED* | EXHIBIT A |
| 52 | HARRIS, MELVIN CONRAD | 36925 | UNDETERMINED* | EXHIBIT A |
| 53 | HAUPT, HOWARD G., JR. | 36936 | UNDETERMINED* | EXHIBIT A |
| 54 | HENDRICKS, CLIFFORD B. | 36937 | UNDETERMINED* | EXHIBIT A |
| 55 | HILLMAN, STANLEY | 36938 | UNDETERMINED* | EXHIBIT A |
| 56 | HINKLE, DELMAR C. | 36939 | UNDETERMINED* | EXHIBIT A |
| 57 | HODGES, CONRAD | 36940 | UNDETERMINED* | EXHIBIT A |
| 58 | HORN, ROGER ROY | 36941 | UNDETERMINED* | EXHIBIT A |
| 59 | HUNTER, EALIE | 36943 | UNDETERMINED* | EXHIBIT A |
| 60 | JARVIS, DONALD L., SR | 36832 | UNDETERMINED* | EXHIBIT A |
| 61 | JOE, EDWARD, SR. | 36833 | UNDETERMINED* | EXHIBIT A |
| 62 | JOHN, TOM | 36834 | UNDETERMINED* | EXHIBIT A |
| 63 | JOHNSON, CALVIN | 36767 | UNDETERMINED* | EXHIBIT A |
| 64 | JOHNSON, DONALD H. | 36835 | UNDETERMINED* | EXHIBIT A |
| 65 | JONES, JANET MOCK | 36836 | UNDETERMINED* | EXHIBIT A |
| 66 | JORDAN, SAM | 36837 | UNDETERMINED* | EXHIBIT A |
| 67 | KENNEDY, RONALD D. | 36838 | UNDETERMINED* | EXHIBIT A |
| 68 | KINARD, TALBERT HENRY, JR. | 16561 | UNDETERMINED* | EXHIBIT A |
| 69 | KLEIN, WILLIAM H. | 36839 | UNDETERMINED* | EXHIBIT A |
| 70 | KNICKERBOCKER, JOSEPH LYNN | 16560 | UNDETERMINED* | EXHIBIT A |
| 71 | KNOX, CHARLES E. | 36840 | UNDETERMINED* | EXHIBIT A |
| 72 | KRUSEMARK, ROGER DEAN | 36841 | UNDETERMINED* | EXHIBIT A |
| 73 | LANE, RAYBORNE F. | 36842 | UNDETERMINED* | EXHIBIT A |
| 74 | LANGSTON, CLARENCE | 36843 | UNDETERMINED* | EXHIBIT A |
| 75 | LITTEN, JACKIE H. | 36844 | UNDETERMINED* | EXHIBIT A |
| 76 | LITTLE, HUBERT J. | 36845 | UNDETERMINED* | EXHIBIT A |
| 77 | LOCKE, JOHN | 36846 | UNDETERMINED* | EXHIBIT A |
| 78 | LONG, BRENDA TAYLOR | 36847 | UNDETERMINED* | EXHIBIT A |
| 79 | MAESTAS, ABE B. | 36848 | UNDETERMINED* | EXHIBIT A |
| 80 | MAPLES, WILLIAM D. | 36849 | UNDETERMINED* | EXHIBIT A |
| 81 | MARLATT, GERALD M. | 36850 | UNDETERMINED* | EXHIBIT A |
| 82 | MARLOW, BILLY, SR. | 16559 | UNDETERMINED* | EXHIBIT A |
| 83 | MATTHEWS, JERRY LEVETTE | 36851 | UNDETERMINED* | EXHIBIT A |
| 84 | MCCOOK, WILLIAM | 36866 | UNDETERMINED* | EXHIBIT A |

| 85 | MCHONE, BILLY R. | 36867 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 86 | MCIVER, PEGGY ANN | 36868 | UNDETERMINED* | EXHIBIT A |
| 87 | MEDLOCK, JEFFIE DEAN | 36869 | UNDETERMINED* | EXHIBIT A |
| 88 | MERRILL, GLEN | 36870 | UNDETERMINED* | EXHIBIT A |
| 89 | MEYER, DAROLD F. | 36871 | UNDETERMINED* | EXHIBIT A |
| 90 | MILLER, WILLIAM EUGENE | 16558 | UNDETERMINED* | EXHIBIT A |
| 91 | MOCK, JESSE RAE | 36872 | UNDETERMINED* | EXHIBIT A |
| 92 | MOHL, WILLIAM P. | 36768 | UNDETERMINED* | EXHIBIT A |
| 93 | NOEL, LEON O. | 36873 | UNDETERMINED* | EXHIBIT A |
| 94 | ORR, DOUGLAS | 36874 | UNDETERMINED* | EXHIBIT A |
| 95 | OUIDA, EDWARD | 36875 | UNDETERMINED* | EXHIBIT A |
| 96 | PAIS, ROBERT L., SR. | 36876 | UNDETERMINED* | EXHIBIT A |
| 97 | PETERSON, JEROME L. | 16557 | UNDETERMINED* | EXHIBIT A |
| 98 | PHILLIPS, O'NEAL, JR. | 36877 | UNDETERMINED* | EXHIBIT A |
| 99 | PIPER, GARRY BARBER | 36878 | UNDETERMINED* | EXHIBIT A |
| 100 | POLK, LARRY | 36879 | UNDETERMINED* | EXHIBIT A |
| 101 | PRICE, CHARLES W. | 36769 | UNDETERMINED* | EXHIBIT A |
| 102 | PRICE, LARRY LEON | 36880 | UNDETERMINED* | EXHIBIT A |
| 103 | PRIDMORE, MARY J. | 16556 | UNDETERMINED* | EXHIBIT A |
| 104 | RABON, ALBERT E. | 36881 | UNDETERMINED* | EXHIBIT A |
| 105 | RAILEY, CHARLES W., SR. | 36882 | UNDETERMINED* | EXHIBIT A |
| 106 | REAGAN, WALTER L. | 36883 | UNDETERMINED* | EXHIBIT A |
| 107 | RENTSCHLER, HARLAND F. | 36884 | UNDETERMINED* | EXHIBIT A |
| 108 | ROE, GEORGE S. | 36885 | UNDETERMINED* | EXHIBIT A |
| 109 | RUPERT, CLEODIS VAN | 36886 | UNDETERMINED* | EXHIBIT A |
| 110 | SALTZER, JOSEPH A., JR. | 36887 | UNDETERMINED* | EXHIBIT A |
| 111 | SANDERS, GARY DANIEL, SR. | 36888 | UNDETERMINED* | EXHIBIT A |
| 112 | SAPP, JAMES E. | 36889 | UNDETERMINED* | EXHIBIT A |
| 113 | SAULS, JOHN DREW | 36890 | UNDETERMINED* | EXHIBIT A |
| 114 | SEABAUGH, PAUL R. | 36891 | UNDETERMINED* | EXHIBIT A |
| 115 | SELF, DANNY T., SR. | 36892 | UNDETERMINED* | EXHIBIT A |
| 116 | SERAS, VALDO R. | 36893 | UNDETERMINED* | EXHIBIT A |
| 117 | SHAW, ALBERT CLIFTON | 36894 | UNDETERMINED* | EXHIBIT A |
| 118 | SHAW, DEWEY H. | 36895 | UNDETERMINED* | EXHIBIT A |
| 119 | SHEPARD, WEAVER J. | 16555 | UNDETERMINED* | EXHIBIT A |
| 120 | SHORTHAIR, JOHNSON, SR. | 36896 | UNDETERMINED* | EXHIBIT A |
| 121 | SINGLETON, EUGENE P. | 36897 | UNDETERMINED* | EXHIBIT A |
| 122 | SMALL, JONATHAN E. | 36898 | UNDETERMINED* | EXHIBIT A |
| 123 | SMALLBONE, JOSEPH F. | 16554 | UNDETERMINED* | EXHIBIT A |
| 124 | SMITH, LEWIS JAMES | 36899 | UNDETERMINED* | EXHIBIT A |
| 125 | SMITH, R. (RICHARD) TERRELL | 36900 | UNDETERMINED* | EXHIBIT A |
| 126 | SOLOMON, JACK | 36770 | UNDETERMINED* | EXHIBIT A |
| 127 | SOWELL, WENDELL ERVIN | 16552 | UNDETERMINED* | EXHIBIT A |
| 128 | SPAETH, HAROLD W. | 36901 | UNDETERMINED* | EXHIBIT A |
| 129 | SPEER, CARL G., JR. | 36902 | UNDETERMINED* | EXHIBIT A |
| 130 | STAUBLE, GEORGE J. | 36903 | UNDETERMINED* | EXHIBIT A |
| 131 | STOCKMAN, SAMUEL LEON | 36904 | UNDETERMINED* | EXHIBIT A |

| 132 | STOKER, JERAL EUGENE | 36905 | UNDETERMINED* | EXHIBIT A |
| 133 | STROLLO, ROCCO S. | 36906 | UNDETERMINED* | EXHIBIT A |
| 134 | SUTTON, PICKETT, JR. | 36852 | UNDETERMINED* | EXHIBIT A |
| 135 | TEAGUE, CHARLES | 36853 | UNDETERMINED* | EXHIBIT A |
| 136 | TENO, TALMADGE F. | 36854 | UNDETERMINED* | EXHIBIT A |
| 137 | THOMAS, DORIS J. | 36855 | UNDETERMINED* | EXHIBIT A |
| 138 | TIDWELL, RONALD | 16553 | UNDETERMINED* | EXHIBIT A |
| 139 | TODACHEENIE, NICK | 36856 | UNDETERMINED* | EXHIBIT A |
| 140 | TURNER, JACQUELINE SINGLETARY | 36857 | UNDETERMINED* | EXHIBIT A |
| 141 | VALVERDE, ABEL T., SR. | 36858 | UNDETERMINED* | EXHIBIT A |
| 142 | VOSE, BOB M. | 36859 | UNDETERMINED* | EXHIBIT A |
| 143 | WATTS, WADE H. | 36860 | UNDETERMINED* | EXHIBIT A |
| 144 | WEINSTEIN, JEFFREY B. | 36861 | UNDETERMINED* | EXHIBIT A |
| 145 | WHITE, EARL, JR. | 16551 | UNDETERMINED* | EXHIBIT A |
| 146 | WILCOX, DONALD L. | 36862 | UNDETERMINED* | EXHIBIT A |
| 147 | WILLIAMS, JULE A. | 36863 | UNDETERMINED* | EXHIBIT A |
| 148 | WILSON, FREDDIE L, SR | 36864 | UNDETERMINED* | EXHIBIT A |
| 149 | WILSON, LOUIS LEE | 36865 | UNDETERMINED* | EXHIBIT A |
| 150 | WINGATE, PHILIP FREDERICK | 36907 | UNDETERMINED* | EXHIBIT A |
| 151 | WINSTON, JULIAN W. | 36908 | UNDETERMINED* | EXHIBIT A |
| 152 | WOOD, JOHN R. | 36909 | UNDETERMINED* | EXHIBIT A |
| 153 | WOOD, STEPHEN | 16550 | UNDETERMINED* | EXHIBIT A |
| 154 | WRIGHT, JAMES BENJAMIN | 36910 | UNDETERMINED* | EXHIBIT A |
| 155 | YOUNG, WILLIS L. | 36911 | UNDETERMINED* | EXHIBIT A |
| 156 | ZUMWALT, GEORGE | 36912 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470023

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 25

BAR(23) MAIL ID *** 000194861764 ***



NEMEROFF LAW FIRM
12720 HILLCREST RD STE 700
DALLAS, TX  75230-2044

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             steven.serajeddini@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ALLISON, PATRICIA & FREEMAN | 31810 | UNDETERMINED* | EXHIBIT A |
| 2 | ALLISON, PATRICIA & FREEMAN | 31810 | UNDETERMINED* | EXHIBIT A |
| 3 | AMICK, BARBARA E. AND ELDON E. | 31811 | UNDETERMINED* | EXHIBIT A |
| 4 | AMICK, BARBARA E. AND ELDON E. | 31811 | UNDETERMINED* | EXHIBIT A |
| 5 | CRIST, JEFFREY AND EDITH | 31812 | UNDETERMINED* | EXHIBIT A |
| 6 | CRIST, JEFFREY AND EDITH | 31812 | UNDETERMINED* | EXHIBIT A |
| 7 | DUPRIEST, RONALD & BARBARA | 31813 | UNDETERMINED* | EXHIBIT A |
| 8 | DUPRIEST, RONALD & BARBARA | 31813 | UNDETERMINED* | EXHIBIT A |
| 9 | FLEMING, JAMES AND PRATICIA | 31814 | UNDETERMINED* | EXHIBIT A |
| 10 | KENNER, HENRY AND MARY ALICE | 31815 | UNDETERMINED* | EXHIBIT A |
| 11 | MCGAHEN, CARL | 31816 | UNDETERMINED* | EXHIBIT A |
| 12 | NIETO, ADRIAN GONZALEZ | 31817 | UNDETERMINED* | EXHIBIT A |
| 13 | NOVAK, WALTER | 31818 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470024

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 26

BAR(23) MAIL ID *** 000194861765 ***



O'SHEA & REYES, LLC
ATTN: MARY AINSWORTH, P.R.
5599 SOUTH UNIVERSITY DRIVE, SUITE 202
DAVIE, FL  33328

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | AINSWORTH, GERALD | 16091 | $15,000.00 | EXHIBIT A |
| 2 | ALPORT, JEFFREY | 16054 | $70,000.00 | EXHIBIT A |
| 3 | BALLEW, GEORGE | 16053 | $70,000.00 | EXHIBIT A |
| 4 | BARNES, DAVID J. | 16074 | $15,000.00 | EXHIBIT A |
| 5 | BATEMAN, DAVID S. | 16042 | $35,000.00 | EXHIBIT A |
| 6 | BOGERS, CRAIG | 16073 | $15,000.00 | EXHIBIT A |
| 7 | BRADSHAW, RANDY E. | 16041 | $35,000.00 | EXHIBIT A |
| 8 | BURGUON, JERRY | 16064 | $15,000.00 | EXHIBIT A |
| 9 | BUTTNER, STEPHEN | 16093 | $70,000.00 | EXHIBIT A |
| 10 | CHAPMAN, JESSIE AND BARBARA | 16119 | $150,000.00 | EXHIBIT A |
| 11 | CROTTY, PHILLIP E. | 16048 | $70,000.00 | EXHIBIT A |
| 12 | DICKERSON, JACKIE LEE | 16055 | $15,000.00 | EXHIBIT A |
| 13 | DIERMANN, WAYNE | 16056 | $15,000.00 | EXHIBIT A |
| 14 | DOUGHTY, ROBERT | 16107 | $15,000.00 | EXHIBIT A |
| 15 | EARL, JAMES | 16063 | $15,000.00 | EXHIBIT A |
| 16 | EDWARDS, EDWIN | 16040 | $35,000.00 | EXHIBIT A |
| 17 | FAIN, JAMES | 16108 | $15,000.00 | EXHIBIT A |
| 18 | FRAPPIER, CRAIG | 16104 | $15,000.00 | EXHIBIT A |
| 19 | GALBRAITH, CHARLES | 16069 | $15,000.00 | EXHIBIT A |
| 20 | GARCIA, JOSE A. | 16046 | $15,000.00 | EXHIBIT A |
| 21 | GELOCK, STANLEY | 16103 | $70,000.00 | EXHIBIT A |
| 22 | GEORGE, LOYAL | 16061 | $15,000.00 | EXHIBIT A |
| 23 | GILBERT, EDWARD | 16082 | $15,000.00 | EXHIBIT A |
| 24 | GRUNING, ARNOLD | 16090 | $70,000.00 | EXHIBIT A |
| 25 | GUILFORD, RALPH E. | 16084 | $15,000.00 | EXHIBIT A |
| 26 | GWILT, WILLIAM | 16102 | $35,000.00 | EXHIBIT A |
| 27 | GWYNN, WALTER | 16121 | $15,000.00 | EXHIBIT A |
| 28 | HALL, JAMES, JR. | 16114 | $15,000.00 | EXHIBIT A |
| 29 | HAM, LOYD | 16110 | $15,000.00 | EXHIBIT A |
| 30 | HARNESS, MICHAEL | 16115 | $15,000.00 | EXHIBIT A |
| 31 | HARRINGTON, ROBERT | 16072 | $15,000.00 | EXHIBIT A |
| 32 | HARRIS, ROBERT ALLEN, SR. | 16076 | $15,000.00 | EXHIBIT A |
| 33 | HARTSOCK, RICHARD | 16117 | $70,000.00 | EXHIBIT A |
| 34 | HAYS, RUSSELL | 16047 | $15,000.00 | EXHIBIT A |
| 35 | HEDGES, THOMAS | 16070 | $70,000.00 | EXHIBIT A |
| 36 | HEVENER, ROBERT | 16071 | $70,000.00 | EXHIBIT A |
| 37 | HIMES, MARTY | 16049 | $15,000.00 | EXHIBIT A |

| 38 | HOUCK, LEO | 16078 | $15,000.00 | EXHIBIT A |
|----|------------|-------|-----------|-----------|
| 39 | HUESKE, WAYNE | 16085 | $35,000.00 | EXHIBIT A |
| 40 | HURIBURT, STEPHEN | 16083 | $15,000.00 | EXHIBIT A |
| 41 | JARNEVIC, JOHN | 16065 | $15,000.00 | EXHIBIT A |
| 42 | KANE, MORSE | 16094 | $70,000.00 | EXHIBIT A |
| 43 | KENNARD, JAMES | 16066 | $15,000.00 | EXHIBIT A |
| 44 | KILLOUGH, RONNIE | 16113 | $35,000.00 | EXHIBIT A |
| 45 | LEETH, JERRY | 16118 | $70,000.00 | EXHIBIT A |
| 46 | LOKAY, RICHARD | 16109 | $15,000.00 | EXHIBIT A |
| 47 | LOLQUITT, ROBERT | 16120 | $70,000.00 | EXHIBIT A |
| 48 | LOWRANCE, BILLY R. | 16039 | $15,000.00 | EXHIBIT A |
| 49 | MCILVENE, STEPHEN | 16092 | $70,000.00 | EXHIBIT A |
| 50 | MITCHELL, JAMES | 16097 | $70,000.00 | EXHIBIT A |
| 51 | MONTGOMERY, DONALD L. | 16044 | $35,000.00 | EXHIBIT A |
| 52 | MURPHY, HAROLD | 16051 | $70,000.00 | EXHIBIT A |
| 53 | NICHOLS, PHILIP | 16058 | $15,000.00 | EXHIBIT A |
| 54 | NUBOA, JOSEPH | 16101 | $70,000.00 | EXHIBIT A |
| 55 | O'KULA, DENNIS | 16098 | $70,000.00 | EXHIBIT A |
| 56 | PELKEY, RICHARD | 16096 | $15,000.00 | EXHIBIT A |
| 57 | POPE, REX | 16112 | $35,000.00 | EXHIBIT A |
| 58 | PREATOR, ROBERT | 16086 | $35,000.00 | EXHIBIT A |
| 59 | PRINCE, BENTON W. | 16111 | $15,000.00 | EXHIBIT A |
| 60 | RAMSEY, ROGER | 16043 | $70,000.00 | EXHIBIT A |
| 61 | RENDON, PATRICK | 16057 | $15,000.00 | EXHIBIT A |
| 62 | RIDNER, VINCENT | 16080 | $15,000.00 | EXHIBIT A |
| 63 | RILEY, MICHAEL J. | 16052 | $70,000.00 | EXHIBIT A |
| 64 | RUNIONS, LARRY | 16059 | $15,000.00 | EXHIBIT A |
| 65 | RUSSO, SAM | 16095 | $70,000.00 | EXHIBIT A |
| 66 | SALMELA, DONALD | 16100 | UNDETERMINED* | EXHIBIT A |
| 67 | SCARTINO, VITO | 16060 | $15,000.00 | EXHIBIT A |
| 68 | SEALS, FLOYD DALE | 16050 | $70,000.00 | EXHIBIT A |
| 69 | SHIMERDIA, THOMAS | 16077 | $15,000.00 | EXHIBIT A |
| 70 | SPARKS, CRAIG | 16067 | $70,000.00 | EXHIBIT A |
| 71 | STEVENSON, DALE | 16106 | $15,000.00 | EXHIBIT A |
| 72 | STORY, RODNEY | 16045 | $15,000.00 | EXHIBIT A |
| 73 | TEETER, JEAN | 16068 | $70,000.00 | EXHIBIT A |
| 74 | THOMPSON, LARRY | 16105 | $70,000.00 | EXHIBIT A |
| 75 | THOMPSON, SAMUEL | 16081 | $15,000.00 | EXHIBIT A |
| 76 | TOWEY, PATRICK | 16087 | $70,000.00 | EXHIBIT A |
| 77 | TOWEY, THOMAS | 16088 | $70,000.00 | EXHIBIT A |
| 78 | VENTRE, JOHN D. | 16037 | $35,000.00 | EXHIBIT A |
| 79 | WALDROP, HOWARD, II | 16079 | $15,000.00 | EXHIBIT A |
| 80 | WEBSTER, LARRY | 16075 | $15,000.00 | EXHIBIT A |
| 81 | WEESNER, HAROLD | 16116 | $15,000.00 | EXHIBIT A |
| 82 | WEIR, DAVID | 16038 | $70,000.00 | EXHIBIT A |
| 83 | WESTLAKE, CRAIG | 16099 | $35,000.00 | EXHIBIT A |
| 84 | WILLIAMS, MICHAEL L. | 16089 | $70,000.00 | EXHIBIT A |

| 85 | ZOM, JOHN E. | 16062 | $15,000.00 | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 27

BAR(23) MAIL ID *** 000194861766 ***



PAUL REICH & MYERS, P.C.
1608 WALNUT STREET, SUITE 500
PHILADELPHIA, PA  19103

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                 defranceschi@rlf.com
                 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                 stephen.hessler@kirkland.com
                 brian.schartz@kirkland.com
                 steven.serajeddini@kirkland.com
                 aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                 marc.kieselstein@kirkland.com
                 chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ALESHIRE, DOROTHY | 15228 | UNDETERMINED* | EXHIBIT A |
| 2 | BARTOS, DAVID | 15182 | UNDETERMINED* | EXHIBIT A |
| 3 | BARTOS, JENNIFER | 15180 | UNDETERMINED* | EXHIBIT A |
| 4 | BARTOS, MITCHELL | 15466 | UNDETERMINED* | EXHIBIT A |
| 5 | BARTOS, RANDALL | 15181 | UNDETERMINED* | EXHIBIT A |
| 6 | BARTOS, RENEE A. | 15184 | UNDETERMINED* | EXHIBIT A |
| 7 | BARTOS, SHIRLEY | 15179 | UNDETERMINED* | EXHIBIT A |
| 8 | BARTOS, THOMAS A | 15465 | UNDETERMINED* | EXHIBIT A |
| 9 | BARTOS, THOMAS M. | 15183 | UNDETERMINED* | EXHIBIT A |
| 10 | BENJAMIN, HELEN | 15197 | UNDETERMINED* | EXHIBIT A |
| 11 | BENJAMIN, JAMES | 15525 | UNDETERMINED* | EXHIBIT A |
| 12 | BENSINGER, KEVIN A. | 15198 | UNDETERMINED* | EXHIBIT A |
| 13 | BENSINGER, RONALD | 15526 | UNDETERMINED* | EXHIBIT A |
| 14 | BENSINGER, SANDRA | 15201 | UNDETERMINED* | EXHIBIT A |
| 15 | BORZELL, DONNA | 15196 | UNDETERMINED* | EXHIBIT A |
| 16 | BORZELL, JOHN | 15524 | UNDETERMINED* | EXHIBIT A |
| 17 | BRADLEY, ANDREW T | 15464 | UNDETERMINED* | EXHIBIT A |
| 18 | BRADLEY, ANDREW T, JR | 15177 | UNDETERMINED* | EXHIBIT A |
| 19 | BRADLEY, ANNICE | 15178 | UNDETERMINED* | EXHIBIT A |
| 20 | BRADLEY, JAMES | 15239 | UNDETERMINED* | EXHIBIT A |
| 21 | BRADSHAW, TERESSA | 15234 | UNDETERMINED* | EXHIBIT A |
| 22 | CAPRIOTTI, VIRGINIA | 15227 | UNDETERMINED* | EXHIBIT A |
| 23 | CINOUSIS, JOHN | 15523 | UNDETERMINED* | EXHIBIT A |
| 24 | CINOUSIS, ROSINA | 15195 | UNDETERMINED* | EXHIBIT A |
| 25 | CONAGE, KAREN E. | 15199 | UNDETERMINED* | EXHIBIT A |
| 26 | CRYTS, KIMBERLY ANN | 15200 | UNDETERMINED* | EXHIBIT A |
| 27 | EROH, ANN | 15171 | UNDETERMINED* | EXHIBIT A |
| 28 | EROH, DONALD N | 15460 | UNDETERMINED* | EXHIBIT A |
| 29 | EVANS, DAVID | 15522 | UNDETERMINED* | EXHIBIT A |
| 30 | GEIER, CHARLOTTE | 15229 | UNDETERMINED* | EXHIBIT A |
| 31 | GEIER, CRAIG | 15172 | UNDETERMINED* | EXHIBIT A |
| 32 | GEIER, DARREN | 15173 | UNDETERMINED* | EXHIBIT A |
| 33 | GEIER, GARY | 15175 | UNDETERMINED* | EXHIBIT A |
| 34 | GEIER, ROBERT H | 15461 | UNDETERMINED* | EXHIBIT A |
| 35 | GERLACH, PATTI L. | 15235 | UNDETERMINED* | EXHIBIT A |
| 36 | GRAVER, DAVID B. | 15532 | UNDETERMINED* | EXHIBIT A |
| 37 | GRAVER, FRANCES A. | 15531 | UNDETERMINED* | EXHIBIT A |

| 38 | GRIFFITH, CATHY S. | 15237 | UNDETERMINED* | EXHIBIT A |
|----|----|----|----|----|
| 39 | GRIFFITH, ELAINE | 15225 | UNDETERMINED* | EXHIBIT A |
| 40 | GUTSCHALL, FRANKLIN C. | 15202 | UNDETERMINED* | EXHIBIT A |
| 41 | GUTSCHALL, GEORGE C. | 15527 | UNDETERMINED* | EXHIBIT A |
| 42 | GUTSCHALL, MARK D. | 15205 | UNDETERMINED* | EXHIBIT A |
| 43 | GUTSCHALL, PAMELA M. | 15206 | UNDETERMINED* | EXHIBIT A |
| 44 | GUTSCHALL, STACIE L. | 15204 | UNDETERMINED* | EXHIBIT A |
| 45 | HOHENSTEIN, JOHN J | 15456 | UNDETERMINED* | EXHIBIT A |
| 46 | HUGHES, JOY | 15216 | UNDETERMINED* | EXHIBIT A |
| 47 | HUMMEL, GARY F. | 15521 | UNDETERMINED* | EXHIBIT A |
| 48 | HUMMEL, PATRICIA | 15194 | UNDETERMINED* | EXHIBIT A |
| 49 | JONES, HELENE | 15233 | UNDETERMINED* | EXHIBIT A |
| 50 | JONES, WILLIAM E | 15463 | UNDETERMINED* | EXHIBIT A |
| 51 | KERN, MARY ELLEN | 15193 | UNDETERMINED* | EXHIBIT A |
| 52 | KERN, VINCENT L. | 15520 | UNDETERMINED* | EXHIBIT A |
| 53 | KILGORE, BONNIE J. | 15236 | UNDETERMINED* | EXHIBIT A |
| 54 | KILGORE, JEAN | 15238 | UNDETERMINED* | EXHIBIT A |
| 55 | KILGORE, VICTOR B | 15455 | UNDETERMINED* | EXHIBIT A |
| 56 | KING, ELIZABETH | 15176 | UNDETERMINED* | EXHIBIT A |
| 57 | LENTZ, RALPH L. | 15530 | UNDETERMINED* | EXHIBIT A |
| 58 | LENTZ, SANDRA | 15224 | UNDETERMINED* | EXHIBIT A |
| 59 | LIGHTCAP, JACOB | 15231 | UNDETERMINED* | EXHIBIT A |
| 60 | LIGHTCAP, JOANNE C. | 15232 | UNDETERMINED* | EXHIBIT A |
| 61 | LIGHTCAP, JOSHUA | 15230 | UNDETERMINED* | EXHIBIT A |
| 62 | LIGHTCAP, STEPHEN M | 15462 | UNDETERMINED* | EXHIBIT A |
| 63 | LITTA, GEORGE C | 15457 | UNDETERMINED* | EXHIBIT A |
| 64 | LITTA, ROSE A | 15168 | UNDETERMINED* | EXHIBIT A |
| 65 | LUCAS, KIMBERLY M. | 15203 | UNDETERMINED* | EXHIBIT A |
| 66 | MARKOVSKY, JAMES | 15467 | UNDETERMINED* | EXHIBIT A |
| 67 | MARKOVSKY, JAMES C. | 15185 | UNDETERMINED* | EXHIBIT A |
| 68 | NETLAND, ALI | 15218 | UNDETERMINED* | EXHIBIT A |
| 69 | NETLAND, ALLEN M. | 15529 | UNDETERMINED* | EXHIBIT A |
| 70 | NETLAND, CHASE | 15220 | UNDETERMINED* | EXHIBIT A |
| 71 | NETLAND, CHASTINE | 15222 | UNDETERMINED* | EXHIBIT A |
| 72 | NETLAND, KIMBERLY | 15223 | UNDETERMINED* | EXHIBIT A |
| 73 | NETLAND, MERCEDES | 15221 | UNDETERMINED* | EXHIBIT A |
| 74 | NETLAND, SYDNEY | 15219 | UNDETERMINED* | EXHIBIT A |
| 75 | PENNYPACKER, ALLEN | 15214 | UNDETERMINED* | EXHIBIT A |
| 76 | PENNYPACKER, GLENN | 15215 | UNDETERMINED* | EXHIBIT A |
| 77 | PENNYPACKER, HELEN | 15217 | UNDETERMINED* | EXHIBIT A |
| 78 | PENNYPACKER, HENRY | 15213 | UNDETERMINED* | EXHIBIT A |
| 79 | REED, ALLAN C | 15475 | UNDETERMINED* | EXHIBIT A |
| 80 | REED, MARIE I. | 15192 | UNDETERMINED* | EXHIBIT A |
| 81 | REILLY, DORIS | 15191 | UNDETERMINED* | EXHIBIT A |
| 82 | REILLY, JOSEPH | 15474 | UNDETERMINED* | EXHIBIT A |
| 83 | ROBERTS, CLIFFORD L | 15473 | UNDETERMINED* | EXHIBIT A |
| 84 | ROBERTS, LINDA LEE | 15190 | UNDETERMINED* | EXHIBIT A |

| 85 | SCHAFFNER, DALE R | 15472 | UNDETERMINED* | EXHIBIT A |
|----|------------------|-------|---------------|-----------|
| 86 | SCHAFFNER, DEBORAH L. | 15189 | UNDETERMINED* | EXHIBIT A |
| 87 | SCHMUCK, JACKIE | 15226 | UNDETERMINED* | EXHIBIT A |
| 88 | SIEKLICKI, ALPHONSE J | 15471 | UNDETERMINED* | EXHIBIT A |
| 89 | SIEKLICKI, ANTHONY J | 15470 | UNDETERMINED* | EXHIBIT A |
| 90 | SIEKLICKI, DOROTHY | 15188 | UNDETERMINED* | EXHIBIT A |
| 91 | SIEKLICKI, MARYANN | 15187 | UNDETERMINED* | EXHIBIT A |
| 92 | SNYDER, PAULINE | 15169 | UNDETERMINED* | EXHIBIT A |
| 93 | SNYDER, RALPH G | 15458 | UNDETERMINED* | EXHIBIT A |
| 94 | SWEENEY, WILLIAM O, SR | 15469 | UNDETERMINED* | EXHIBIT A |
| 95 | TARNALICKI, EVA | 15186 | UNDETERMINED* | EXHIBIT A |
| 96 | TARNALICKI, JOSEPH J | 15468 | UNDETERMINED* | EXHIBIT A |
| 97 | TEES, KIMMY | 15174 | UNDETERMINED* | EXHIBIT A |
| 98 | TURISSINI, DONALD | 15459 | UNDETERMINED* | EXHIBIT A |
| 99 | TURISSINI, LORRAINE | 15170 | UNDETERMINED* | EXHIBIT A |
| 100 | WALL, JEFFREY M. | 15210 | UNDETERMINED* | EXHIBIT A |
| 101 | WALL, JOSEPH F. | 15528 | UNDETERMINED* | EXHIBIT A |
| 102 | WALL, JOSEPH S. | 15211 | UNDETERMINED* | EXHIBIT A |
| 103 | WALL, JUDIE E. | 15207 | UNDETERMINED* | EXHIBIT A |
| 104 | WALL, KELLY J. | 15209 | UNDETERMINED* | EXHIBIT A |
| 105 | WALL, OLIVIA L. | 15208 | UNDETERMINED* | EXHIBIT A |
| 106 | WALL, VICKIE | 15212 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 28

BAR(23) MAIL ID *** 000194861767 ***



RAMEY & SCHWALLER, LLP
5020 MONTROSE BLVD.
SUITE 800
HOUSTON, TX  77006

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                steven.serajeddini@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**In re <u>ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979</u>**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | CRITTENDON, SR, ALONZO | 63409 | UNDETERMINED* | EXHIBIT A |
| 2 | DAGENHART, RONALD | 63397 | UNDETERMINED* | EXHIBIT A |
| 3 | DOUGLAS, FRANKLIN | 63399 | UNDETERMINED* | EXHIBIT A |
| 4 | DOUGLAS, GLADY | 63403 | UNDETERMINED* | EXHIBIT A |
| 5 | FARISS, CHARLES | 63412 | UNDETERMINED* | EXHIBIT A |
| 6 | FRENCH, ARNOLD | 63418 | UNDETERMINED* | EXHIBIT A |
| 7 | HARRIS, CALVIN | 63416 | UNDETERMINED* | EXHIBIT A |
| 8 | HARRIS, GLORIA | 63422 | UNDETERMINED* | EXHIBIT A |
| 9 | LONNIE, OVERTURF | 63439 | UNDETERMINED* | EXHIBIT A |
| 10 | RIDDLE, DONALD | 63425 | UNDETERMINED* | EXHIBIT A |
| 11 | ROULY, DOUGLAS | 63443 | UNDETERMINED* | EXHIBIT A |
| 12 | SMITH, DAVID | 63432 | UNDETERMINED* | EXHIBIT A |
| 13 | SMITH, LEON | 63434 | UNDETERMINED* | EXHIBIT A |
| 14 | STOVALL, JESSE | 63440 | UNDETERMINED* | EXHIBIT A |
| 15 | STURM, HERMAN | 63445 | UNDETERMINED* | EXHIBIT A |
| 16 | WOODYARD, WILLIAM | 63448 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470027

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 29

BAR(23) MAIL ID *** 000194861768 ***



RUNKLE LAW
ATTN: RYAN C. RUNKLE
1001 S. CAPITAL OF TEXAS HWY, SUITE M200
WEST LAKE, TX  78746

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              steven.serajeddini@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ALDERETE, DOMINGO | 35606 | $276,000.00 | EXHIBIT A |
| 2 | ALDERETE, DOMINGO | 36347 | $276,000.00 | EXHIBIT A |
| 3 | ALDERETE, JOSUE H | 35609 | $384,000.00 | EXHIBIT A |
| 4 | ALDERETE, JOSUE H | 36350 | $384,000.00 | EXHIBIT A |
| 5 | ALDERETE, SAMUEL H | 35612 | $384,000.00 | EXHIBIT A |
| 6 | ALDERETE, SAMUEL H | 36353 | $384,000.00 | EXHIBIT A |
| 7 | ANDREWS, GEORGE W | 31391 | UNDETERMINED* | EXHIBIT A |
| 8 | BAILEY, CLARENCE | 35615 | $20,000.00 | EXHIBIT A |
| 9 | BAILEY, CLARENCE | 36543 | $20,000.00 | EXHIBIT A |
| 10 | BARNES, MAC L, JR | 31393 | UNDETERMINED* | EXHIBIT A |
| 11 | BARRERA, THOMAS | 35616 | $300,000.00 | EXHIBIT A |
| 12 | BARRERA, THOMAS | 36355 | $300,000.00 | EXHIBIT A |
| 13 | BARTON, THOMAS | 35621 | $360,000.00 | EXHIBIT A |
| 14 | BARTON, THOMAS | 36491 | $360,000.00 | EXHIBIT A |
| 15 | BATTLES, RODNEY E | 31394.02 | UNDETERMINED* | EXHIBIT B |
| 16 | BIEHLE, LARRY | 35626 | $1,056,000.00 | EXHIBIT A |
| 17 | BIEHLE, LARRY | 36486 | $1,056,000.00 | EXHIBIT A |
| 18 | BIEHLE, THOMAS | 35631 | $362,000.00 | EXHIBIT A |
| 19 | BIEHLE, THOMAS | 36270 | $362,000.00 | EXHIBIT A |
| 20 | BISKUP, GARY | 35634 | $468,000.00 | EXHIBIT A |
| 21 | BISKUP, GARY | 36273 | $468,000.00 | EXHIBIT A |
| 22 | BLAKE , L B, JR | 35637 | $167,000.00 | EXHIBIT A |
| 23 | BLAKE , L B, JR | 36278 | $167,000.00 | EXHIBIT A |
| 24 | BLAKENEY, MACK A | 31395 | UNDETERMINED* | EXHIBIT A |
| 25 | BRITTINGHAM, THOMAS | 35643 | $2,000.00 | EXHIBIT A |
| 26 | BRITTINGHAM, THOMAS | 36276 | $2,000.00 | EXHIBIT A |
| 27 | BROCKENBUSH, JOHN | 35644 | $444,000.00 | EXHIBIT A |
| 28 | BROCKENBUSH, JOHN | 35645 | $384,000.00 | EXHIBIT A |
| 29 | BROCKENBUSH, JOHN | 36284 | $444,000.00 | EXHIBIT A |
| 30 | BROCKENBUSH, JOHN | 36285 | $384,000.00 | EXHIBIT A |
| 31 | BROWN, RAY | 35649 | $420,000.00 | EXHIBIT A |
| 32 | BROWN, RAY | 36293 | $420,000.00 | EXHIBIT A |
| 33 | BURLESON, EUGENE | 35654 | $420,000.00 | EXHIBIT A |
| 34 | BURLESON, EUGENE | 36289 | $420,000.00 | EXHIBIT A |
| 35 | CALDWELL, HAROLD G | 35657 | $12,000.00 | EXHIBIT A |
| 36 | CALDWELL, HAROLD G | 36277 | $12,000.00 | EXHIBIT A |
| 37 | CARMEAN, WILLIAM H | 31401 | UNDETERMINED* | EXHIBIT A |

470028

| 38 | CARMICHAEL, RAYMOND J | 35658 | $18,500.00 | EXHIBIT A |
|----|----|----|----|----|
| 39 | CARMICHAEL, RAYMOND J | 36337 | $18,500.00 | EXHIBIT A |
| 40 | CARROLL, MALVIN | 35659 | $108,000.00 | EXHIBIT A |
| 41 | CARROLL, MALVIN | 36495 | $108,000.00 | EXHIBIT A |
| 42 | CASS, BENNY L | 35662 | $153,000.00 | EXHIBIT A |
| 43 | CASS, BENNY L | 36498 | $153,000.00 | EXHIBIT A |
| 44 | CHARANZA, MICHAEL C | 35665 | $446,000.00 | EXHIBIT A |
| 45 | CHARANZA, MICHAEL C | 36501 | $446,000.00 | EXHIBIT A |
| 46 | CHRISTIAN, KENNETH M | 35782 | $250.00 | EXHIBIT A |
| 47 | CHRISTIAN, KENNETH M | 36544 | $250.00 | EXHIBIT A |
| 48 | CISNEROS, EDWARD | 35783 | $11,000.00 | EXHIBIT A |
| 49 | CISNEROS, EDWARD | 36545 | $11,000.00 | EXHIBIT A |
| 50 | CLARK, RICHARD A | 35784 | $25,000.00 | EXHIBIT A |
| 51 | CLARK, RICHARD A | 36508 | $25,000.00 | EXHIBIT A |
| 52 | CMEREK, LYNN | 35890 | $912,000.00 | EXHIBIT A |
| 53 | CMEREK, LYNN | 36513 | $912,000.00 | EXHIBIT A |
| 54 | COLE, CHARLES S | 35893 | $8,000.00 | EXHIBIT A |
| 55 | COLE, CHARLES S | 36546 | $8,000.00 | EXHIBIT A |
| 56 | COLLAZO, ROBERT | 35894 | $744,000.00 | EXHIBIT A |
| 57 | COLLAZO, ROBERT | 36516 | $744,000.00 | EXHIBIT A |
| 58 | COOK, CECIL | 35897 | $379,000.00 | EXHIBIT A |
| 59 | COOK, CECIL | 36519 | $379,000.00 | EXHIBIT A |
| 60 | COX, JIMMIE RENO | 35902 | $21,000.00 | EXHIBIT A |
| 61 | COX, JIMMIE RENO | 36547 | $21,000.00 | EXHIBIT A |
| 62 | CROWDER, JAMES E | 35903 | $384,000.00 | EXHIBIT A |
| 63 | CROWDER, JAMES E | 36532 | $384,000.00 | EXHIBIT A |
| 64 | DAUSE, WILLIE B | 35666 | $1,000.00 | EXHIBIT A |
| 65 | DAUSE, WILLIE B | 36548 | $1,000.00 | EXHIBIT A |
| 66 | DAVENPORT, BRIAN A | 35667 | $120,000.00 | EXHIBIT A |
| 67 | DAVENPORT, BRIAN A | 36524 | $120,000.00 | EXHIBIT A |
| 68 | DAVIS, JAMES O, SR | 35672 | $324,000.00 | EXHIBIT A |
| 69 | DAVIS, JAMES O, SR | 36434 | $324,000.00 | EXHIBIT A |
| 70 | DAVIS, LESTER B | 31404 | UNDETERMINED* | EXHIBIT A |
| 71 | DEAN, HARVEY J, JR | 31405.02 | UNDETERMINED* | EXHIBIT B |
| 72 | DERAMUS, DEWAINE | 31406 | UNDETERMINED* | EXHIBIT A |
| 73 | DOCKERY, WILLIAM Y | 35675 | $260,000.00 | EXHIBIT A |
| 74 | DOCKERY, WILLIAM Y | 35676 | $260,000.00 | EXHIBIT A |
| 75 | DOCKERY, WILLIAM Y | 36437 | $260,000.00 | EXHIBIT A |
| 76 | DOCKERY, WILLIAM Y | 36438 | $260,000.00 | EXHIBIT A |
| 77 | DOHNALIK, GEORGE | 35677 | $300,000.00 | EXHIBIT A |
| 78 | DOHNALIK, GEORGE | 36439 | $300,000.00 | EXHIBIT A |
| 79 | DOSS, JAMES | 35682 | $427,000.00 | EXHIBIT A |
| 80 | DOSS, JAMES | 36444 | $427,000.00 | EXHIBIT A |
| 81 | EPHFROM, GEORGE | 35687 | $12,000.00 | EXHIBIT A |
| 82 | EPHFROM, GEORGE | 36549 | $12,000.00 | EXHIBIT A |
| 83 | EVERLINE, WILLIE L | 35688 | $408,000.00 | EXHIBIT A |
| 84 | EVERLINE, WILLIE L | 36449 | $408,000.00 | EXHIBIT A |

470028

| 85 | FLANIGAN, JOHN C | 35691 | $6,000.00 | EXHIBIT A |
| 86 | FLANIGAN, JOHN C | 36550 | $6,000.00 | EXHIBIT A |
| 87 | FORD , SAMMIE LEE, SR | 35692 | $281,000.00 | EXHIBIT A |
| 88 | FORD , SAMMIE LEE, SR | 36452 | $281,000.00 | EXHIBIT A |
| 89 | FROCK, DENNIS E | 35695 | $384,000.00 | EXHIBIT A |
| 90 | FROCK, DENNIS E | 36592 | $384,000.00 | EXHIBIT A |
| 91 | FROCK, DOUGLAS | 35698 | $684,000.00 | EXHIBIT A |
| 92 | FROCK, DOUGLAS | 36591 | $684,000.00 | EXHIBIT A |
| 93 | GAINES, LARRY O | 35703 | $1,500.00 | EXHIBIT A |
| 94 | GAINES, LARRY O | 36292 | $1,500.00 | EXHIBIT A |
| 95 | GALBAN, FRED | 35704 | $468,000.00 | EXHIBIT A |
| 96 | GALBAN, FRED | 36328 | $468,000.00 | EXHIBIT A |
| 97 | GALLARDO, MIKE | 35707 | $136,000.00 | EXHIBIT A |
| 98 | GALLARDO, MIKE | 36334 | $136,000.00 | EXHIBIT A |
| 99 | GALLEGOS, FLOYD | 35710 | $54,000.00 | EXHIBIT A |
| 100 | GALLEGOS, FLOYD | 36331 | $54,000.00 | EXHIBIT A |
| 101 | GARCIA, PARTICK | 31410 | UNDETERMINED* | EXHIBIT A |
| 102 | GEST, WILLIAM L | 35711 | $360,000.00 | EXHIBIT A |
| 103 | GEST, WILLIAM L | 36338 | $360,000.00 | EXHIBIT A |
| 104 | GETZ, JERRY J, SR | 35716 | $201,000.00 | EXHIBIT A |
| 105 | GETZ, JERRY J, SR | 36332 | $201,000.00 | EXHIBIT A |
| 106 | GOAD, DENNIS W | 35717 | $33,000.00 | EXHIBIT A |
| 107 | GOAD, DENNIS W | 36333 | $33,000.00 | EXHIBIT A |
| 108 | GOINS, OTTO LEE, JR | 35718 | $1,000.00 | EXHIBIT A |
| 109 | GOINS, OTTO LEE, JR | 36455 | $1,000.00 | EXHIBIT A |
| 110 | GOLDEN, WILLIAM H | 35720 | $348,000.00 | EXHIBIT A |
| 111 | GOLDEN, WILLIAM H | 36457 | $348,000.00 | EXHIBIT A |
| 112 | GONZALES, LIBORIO | 35723 | $792,000.00 | EXHIBIT A |
| 113 | GONZALES, LIBORIO | 36460 | $792,000.00 | EXHIBIT A |
| 114 | GOVAN, ELWIN | 35786 | $76,000.00 | EXHIBIT A |
| 115 | GOVAN, ELWIN | 36463 | $76,000.00 | EXHIBIT A |
| 116 | GREEN, RONNIE | 35791 | $272,000.00 | EXHIBIT A |
| 117 | GREEN, RONNIE | 36482 | $272,000.00 | EXHIBIT A |
| 118 | GRIMM, BILLY W | 35792 | $262,000.00 | EXHIBIT A |
| 119 | GRIMM, BILLY W | 37008 | $262,000.00 | EXHIBIT A |
| 120 | HADEN, JERRY | 35797 | $184,000.00 | EXHIBIT A |
| 121 | HADEN, JERRY | 37003 | $184,000.00 | EXHIBIT A |
| 122 | HART, WALT A | 35802 | $408,000.00 | EXHIBIT A |
| 123 | HART, WALT A | 36625 | $408,000.00 | EXHIBIT A |
| 124 | HAWKINS, JAMES R | 35807 | $1,896,000.00 | EXHIBIT A |
| 125 | HAWKINS, JAMES R | 36610 | $1,896,000.00 | EXHIBIT A |
| 126 | HAWKINS, NORMAN | 35810 | $516,000.00 | EXHIBIT A |
| 127 | HAWKINS, NORMAN | 36607 | $516,000.00 | EXHIBIT A |
| 128 | HAYS, LESTER R | 35813 | $156,000.00 | EXHIBIT A |
| 129 | HAYS, LESTER R | 36604 | $156,000.00 | EXHIBIT A |
| 130 | HICKMAN, JOHNNY P | 31353 | UNDETERMINED* | EXHIBIT A |
| 131 | HODGE, BETTY | 35816 | $228,000.00 | EXHIBIT A |

| 132 | HODGE, BETTY | 37119 | $228,000.00 | EXHIBIT A |
| 133 | HOPKINS, JOHN | 31354 | UNDETERMINED* | EXHIBIT A |
| 134 | HUBBARD, JAMES | 35819 | $13,000.00 | EXHIBIT A |
| 135 | HUBBARD, JAMES | 36475 | $13,000.00 | EXHIBIT A |
| 136 | HUBBARD, ROBERT | 35820 | $5,000.00 | EXHIBIT A |
| 137 | HUBBARD, ROBERT | 36474 | $5,000.00 | EXHIBIT A |
| 138 | HUFF, BURRELL | 35821 | $384,000.00 | EXHIBIT A |
| 139 | HUFF, BURRELL | 37116 | $384,000.00 | EXHIBIT A |
| 140 | HUNT, JESSE | 35824 | $36,000.00 | EXHIBIT A |
| 141 | HUNT, JESSE | 35825 | $36,000.00 | EXHIBIT A |
| 142 | HUNT, JESSE | 37133 | $36,000.00 | EXHIBIT A |
| 143 | HUNT, JESSE | 37134 | $36,000.00 | EXHIBIT A |
| 144 | HURD, WALTER D | 35826 | $436,000.00 | EXHIBIT A |
| 145 | HURD, WALTER D | 37132 | $436,000.00 | EXHIBIT A |
| 146 | JACKSON , RODNEY E | 35834 | $390,000.00 | EXHIBIT A |
| 147 | JACKSON , RODNEY E | 37125 | $390,000.00 | EXHIBIT A |
| 148 | JACKSON, ALVIS A, JR | 31357 | UNDETERMINED* | EXHIBIT A |
| 149 | JACKSON, DONALD R | 35829 | $307,000.00 | EXHIBIT A |
| 150 | JACKSON, DONALD R | 37123 | $307,000.00 | EXHIBIT A |
| 151 | JACKSON, MICHAEL C | 35831 | $1,584,000.00 | EXHIBIT A |
| 152 | JACKSON, MICHAEL C | 37129 | $1,584,000.00 | EXHIBIT A |
| 153 | JAMES, CARL | 31358 | UNDETERMINED* | EXHIBIT A |
| 154 | JIMENEZ, FRANK N | 35837 | $1,000.00 | EXHIBIT A |
| 155 | JIMENEZ, FRANK N | 36473 | $1,000.00 | EXHIBIT A |
| 156 | JIRON, MANUEL | 31359 | UNDETERMINED* | EXHIBIT A |
| 157 | JOHNSON, BILLIE JOYCE | 35838 | $160,000.00 | EXHIBIT A |
| 158 | JOHNSON, BILLIE JOYCE | 37002 | $160,000.00 | EXHIBIT A |
| 159 | JONES, STEVE | 31361 | UNDETERMINED* | EXHIBIT A |
| 160 | JUAREZ, CARLOS R | 35728 | $1,152,000.00 | EXHIBIT A |
| 161 | JUAREZ, CARLOS R | 36999 | $1,152,000.00 | EXHIBIT A |
| 162 | KAIGLER, KENNETH R | 35731 | $13,000.00 | EXHIBIT A |
| 163 | KAIGLER, KENNETH R | 36531 | $13,000.00 | EXHIBIT A |
| 164 | KAWATA, RANDY | 35732 | $48,000.00 | EXHIBIT A |
| 165 | KAWATA, RANDY | 36530 | $48,000.00 | EXHIBIT A |
| 166 | KINNARD, JAMES | 35733 | $7,000.00 | EXHIBIT A |
| 167 | KINNARD, JAMES | 36529 | $7,000.00 | EXHIBIT A |
| 168 | KRAATZ, WANDA | 35734 | $348,000.00 | EXHIBIT A |
| 169 | KRAATZ, WANDA | 36996 | $348,000.00 | EXHIBIT A |
| 170 | KUBACAK, MICHAEL J | 35737 | $408,000.00 | EXHIBIT A |
| 171 | KUBACAK, MICHAEL J | 37054 | $408,000.00 | EXHIBIT A |
| 172 | KUBECKA, LARRY | 35743 | $372,000.00 | EXHIBIT A |
| 173 | KUBECKA, LARRY | 37047 | $372,000.00 | EXHIBIT A |
| 174 | LANDRY, ARTHUR J, JR | 35746 | $66,000.00 | EXHIBIT A |
| 175 | LANDRY, ARTHUR J, JR | 35747 | $66,000.00 | EXHIBIT A |
| 176 | LANDRY, ARTHUR J, JR | 36422 | $66,000.00 | EXHIBIT A |
| 177 | LANDRY, ARTHUR J, JR | 36423 | $66,000.00 | EXHIBIT A |
| 178 | LEE, BILL D | 35748 | $444,000.00 | EXHIBIT A |

470028

| 179 | LEE, BILL D | 36424 | $444,000.00 | EXHIBIT A |
| 180 | LEE, VAN P | 35753 | $414,000.00 | EXHIBIT A |
| 181 | LEE, VAN P | 36429 | $414,000.00 | EXHIBIT A |
| 182 | LEUTZ, BRUNER | 35758 | $108,000.00 | EXHIBIT A |
| 183 | LEUTZ, BRUNER | 36389 | $108,000.00 | EXHIBIT A |
| 184 | LOCKHART, JAMES STEVEN | 35763 | $12,000.00 | EXHIBIT A |
| 185 | LOCKHART, JAMES STEVEN | 37111 | $12,000.00 | EXHIBIT A |
| 186 | LOPEZ, LEONARD G | 35764 | $17,000.00 | EXHIBIT A |
| 187 | LOPEZ, LEONARD G | 36535 | $17,000.00 | EXHIBIT A |
| 188 | LUIS, MANUEL | 35765 | $9,000.00 | EXHIBIT A |
| 189 | LUIS, MANUEL | 36536 | $9,000.00 | EXHIBIT A |
| 190 | MANCILLAS, RODRIGO, SR | 35766 | $360,000.00 | EXHIBIT A |
| 191 | MANCILLAS, RODRIGO, SR | 36394 | $360,000.00 | EXHIBIT A |
| 192 | MARTIN, JAMES DENNIS | 35769 | $728,000.00 | EXHIBIT A |
| 193 | MARTIN, JAMES DENNIS | 36344 | $728,000.00 | EXHIBIT A |
| 194 | MCCOY, THOMAS W | 35774 | $328,000.00 | EXHIBIT A |
| 195 | MCCOY, THOMAS W | 36397 | $328,000.00 | EXHIBIT A |
| 196 | MCGEE, ROBIE L | 35843 | $54,000.00 | EXHIBIT A |
| 197 | MCGEE, ROBIE L | 36420 | $54,000.00 | EXHIBIT A |
| 198 | MCMULLEN, DON B | 31363 | UNDETERMINED* | EXHIBIT A |
| 199 | MEDINA, GABRIEL A | 35966 | $36,000.00 | EXHIBIT A |
| 200 | MEDINA, GABRIEL A | 35967 | $36,000.00 | EXHIBIT A |
| 201 | MEDINA, GABRIEL A | 36403 | $36,000.00 | EXHIBIT A |
| 202 | MEDINA, GABRIEL A | 36404 | $36,000.00 | EXHIBIT A |
| 203 | MENDENHALL, DELL | 35968 | $18,000.00 | EXHIBIT A |
| 204 | MENDENHALL, DELL | 36537 | $18,000.00 | EXHIBIT A |
| 205 | MEYER, GARY | 35969 | $0.00 | EXHIBIT A |
| 206 | MEYER, GARY | 36538 | $12,000.00 | EXHIBIT A |
| 207 | MILBURN, DON | 35970 | $128,500.00 | EXHIBIT A |
| 208 | MILBURN, DON | 36405 | $128,500.00 | EXHIBIT A |
| 209 | MITCHAN, STEPHEN SCOTT | 35977 | $408,000.00 | EXHIBIT A |
| 210 | MITCHAN, STEPHEN SCOTT | 36412 | $408,000.00 | EXHIBIT A |
| 211 | MITCHELL, GARY | 35982 | $888,000.00 | EXHIBIT A |
| 212 | MITCHELL, GARY | 36417 | $888,000.00 | EXHIBIT A |
| 213 | MONTELONGO, DAVID | 35985 | $912,000.00 | EXHIBIT A |
| 214 | MONTELONGO, DAVID | 35986 | $456,000.00 | EXHIBIT A |
| 215 | MONTELONGO, DAVID | 35990 | $456,000.00 | EXHIBIT A |
| 216 | MONTELONGO, DAVID | 36296 | $456,000.00 | EXHIBIT A |
| 217 | MONTELONGO, DAVID | 36297 | $912,000.00 | EXHIBIT A |
| 218 | MONTELONGO, DAVID | 36298 | $456,000.00 | EXHIBIT A |
| 219 | MONTELONGO, FRANK | 35991 | $1,140,000.00 | EXHIBIT A |
| 220 | MONTELONGO, FRANK | 36307 | $1,140,000.00 | EXHIBIT A |
| 221 | MOORE, ARTHUR E | 35997 | $28,000.00 | EXHIBIT A |
| 222 | MOORE, ARTHUR E | 36539 | $28,000.00 | EXHIBIT A |
| 223 | MOORE, RONALD J | 35998 | $3,000.00 | EXHIBIT A |
| 224 | MOORE, RONALD J | 35999 | $3,000.00 | EXHIBIT A |
| 225 | MOORE, RONALD J | 36308 | $3,000.00 | EXHIBIT A |

| 226 | MOORE, RONALD J | 36309 | $3,000.00 | EXHIBIT A |
| 227 | MORRIS, THOMAS M | 36000 | $744,000.00 | EXHIBIT A |
| 228 | MORRIS, THOMAS M | 36315 | $744,000.00 | EXHIBIT A |
| 229 | MORSE, WALTER W | 36006 | $456,000.00 | EXHIBIT A |
| 230 | MORSE, WALTER W | 36316 | $456,000.00 | EXHIBIT A |
| 231 | MULLINS , FINNIE (FENNIE), JR | 35846 | $448,000.00 | EXHIBIT A |
| 232 | MULLINS , FINNIE (FENNIE), JR | 36318 | $448,000.00 | EXHIBIT A |
| 233 | NELSON, LOCKETT | 35849 | $276,000.00 | EXHIBIT A |
| 234 | NELSON, LOCKETT | 35850 | $60,000.00 | EXHIBIT A |
| 235 | NELSON, LOCKETT | 36356 | $60,000.00 | EXHIBIT A |
| 236 | NELSON, LOCKETT | 36357 | $276,000.00 | EXHIBIT A |
| 237 | NICHOLS, FRED G | 35856 | $272,500.00 | EXHIBIT A |
| 238 | NICHOLS, FRED G | 36370 | $272,500.00 | EXHIBIT A |
| 239 | NOBLES, WILLIAM O | 35868 | $2,000.00 | EXHIBIT A |
| 240 | NOBLES, WILLIAM O | 36540 | $2,000.00 | EXHIBIT A |
| 241 | ORTNER, MICHAEL L | 35869 | $1,250.00 | EXHIBIT A |
| 242 | ORTNER, MICHAEL L | 36541 | $1,250.00 | EXHIBIT A |
| 243 | PANKEY, ROBERT L | 35870 | $252,000.00 | EXHIBIT A |
| 244 | PANKEY, ROBERT L | 36360 | $252,000.00 | EXHIBIT A |
| 245 | PAUL, JOSEPH L | 35873 | $372,000.00 | EXHIBIT A |
| 246 | PAUL, JOSEPH L | 36363 | $372,000.00 | EXHIBIT A |
| 247 | PEREZ, RAUL | 31376 | UNDETERMINED* | EXHIBIT A |
| 248 | PETTY, WILLIE G | 35876 | $344,000.00 | EXHIBIT A |
| 249 | PETTY, WILLIE G | 36364 | $344,000.00 | EXHIBIT A |
| 250 | PEVEHOUSE, MARYLOU | 35879 | $324,000.00 | EXHIBIT A |
| 251 | PEVEHOUSE, MARYLOU | 36369 | $324,000.00 | EXHIBIT A |
| 252 | PHILLIPS, LAWRENCE L | 31411 | UNDETERMINED* | EXHIBIT A |
| 253 | PITTMAN, DOUGLAS D | 35882 | $2,500.00 | EXHIBIT A |
| 254 | PITTMAN, DOUGLAS D | 36542 | $2,500.00 | EXHIBIT A |
| 255 | POHORELSKY, CHARLES W | 35883 | $420,000.00 | EXHIBIT A |
| 256 | POHORELSKY, CHARLES W | 36624 | $420,000.00 | EXHIBIT A |
| 257 | RAMIREZ, VICTOR V | 35886 | $336,000.00 | EXHIBIT A |
| 258 | RAMIREZ, VICTOR V | 36620 | $336,000.00 | EXHIBIT A |
| 259 | RANDALL, OMER DAYLE | 35910 | $1,500.00 | EXHIBIT A |
| 260 | RANDALL, OMER DAYLE | 36616 | $1,500.00 | EXHIBIT A |
| 261 | RAY, KELLY B | 35915 | $12,000.00 | EXHIBIT A |
| 262 | RAY, KELLY B | 36586 | $12,000.00 | EXHIBIT A |
| 263 | RICHARDS, MICHAEL S | 31417 | UNDETERMINED* | EXHIBIT A |
| 264 | RICKMAN, DAVID E | 36485 | $64,000.00 | EXHIBIT A |
| 265 | ROBBINS, ANTHONY W | 35922 | $2,500.00 | EXHIBIT A |
| 266 | ROBBINS, ANTHONY W | 36484 | $2,500.00 | EXHIBIT A |
| 267 | RODARTE, RUBEN | 35923 | $3,000.00 | EXHIBIT A |
| 268 | RODARTE, RUBEN | 36483 | $3,000.00 | EXHIBIT A |
| 269 | RODRIGUEZ, ALFRED C | 35924 | $12,000.00 | EXHIBIT A |
| 270 | RODRIGUEZ, ALFRED C | 36481 | $12,000.00 | EXHIBIT A |
| 271 | ROEPKE, CHARLES | 35925 | $624,000.00 | EXHIBIT A |
| 272 | ROEPKE, CHARLES | 36581 | $624,000.00 | EXHIBIT A |

470028

| | | | | |
|---|---|---|---|---|
| 273 | RUEMKE , JAMES | 35930 | $8,000.00 | EXHIBIT A |
| 274 | RUEMKE , JAMES | 36576 | $8,000.00 | EXHIBIT A |
| 275 | SADLER, RAYMOND P | 35932 | $18,000.00 | EXHIBIT A |
| 276 | SADLER, RAYMOND P | 36603 | $18,000.00 | EXHIBIT A |
| 277 | SALAZAR, RUDOLPH R | 31383 | UNDETERMINED* | EXHIBIT A |
| 278 | SHEARER, HARRY | 35936 | $72,000.00 | EXHIBIT A |
| 279 | SHEARER, HARRY | 36599 | $72,000.00 | EXHIBIT A |
| 280 | SHRIMPLIN, TIMMOTHY | 31381 | UNDETERMINED* | EXHIBIT A |
| 281 | SIMPKINS , GARY | 35940 | $186,000.00 | EXHIBIT A |
| 282 | SIMPKINS , GARY | 36565 | $186,000.00 | EXHIBIT A |
| 283 | SLOAN, TONY | 35945 | $180,000.00 | EXHIBIT A |
| 284 | SLOAN, TONY | 36560 | $180,000.00 | EXHIBIT A |
| 285 | SMITH , CARVIN WADE, JR | 35947 | $872,000.00 | EXHIBIT A |
| 286 | SMITH , CARVIN WADE, JR | 36558 | $872,000.00 | EXHIBIT A |
| 287 | SPAHN , ALLEN L | 35952 | $51,000.00 | EXHIBIT A |
| 288 | SPAHN , ALLEN L | 36480 | $51,000.00 | EXHIBIT A |
| 289 | SPEARS, JAMES | 35953 | $18,000.00 | EXHIBIT A |
| 290 | SPEARS, JAMES | 36479 | $18,000.00 | EXHIBIT A |
| 291 | STEWART, JOHN E | 35954 | $36,000.00 | EXHIBIT A |
| 292 | STEWART, JOHN E | 36553 | $36,000.00 | EXHIBIT A |
| 293 | STEWART, RODNEY L | 35957 | $77,500.00 | EXHIBIT A |
| 294 | STEWART, RODNEY L | 36574 | $77,500.00 | EXHIBIT A |
| 295 | STOUT, MORGAN | 35964 | $32,000.00 | EXHIBIT A |
| 296 | STOUT, MORGAN | 36478 | $32,000.00 | EXHIBIT A |
| 297 | SUROVIK, JOHN W | 35965 | $720,000.00 | EXHIBIT A |
| 298 | SUROVIK, JOHN W | 36471 | $720,000.00 | EXHIBIT A |
| 299 | TAYLOR, BENJAMIN F | 36009 | $1,260,000.00 | EXHIBIT A |
| 300 | TAYLOR, BENJAMIN F | 36470 | $1,260,000.00 | EXHIBIT A |
| 301 | TEER, JOHN D | 31380 | UNDETERMINED* | EXHIBIT A |
| 302 | TINDALL, PRIESTLEY | 36012 | $228,000.00 | EXHIBIT A |
| 303 | TINDALL, PRIESTLEY | 37072 | $228,000.00 | EXHIBIT A |
| 304 | TORRES, FAUSTINO S | 36018 | $720,000.00 | EXHIBIT A |
| 305 | TORRES, FAUSTINO S | 37066 | $720,000.00 | EXHIBIT A |
| 306 | TRUJILLO, FRED B | 31377 | UNDETERMINED* | EXHIBIT A |
| 307 | WALES, JIM A | 36021 | $7,000.00 | EXHIBIT A |
| 308 | WALES, JIM A | 36477 | $7,000.00 | EXHIBIT A |
| 309 | WARREN, JACK E | 36022 | $27,000.00 | EXHIBIT A |
| 310 | WARREN, JACK E | 37063 | $27,000.00 | EXHIBIT A |
| 311 | WEICHERT, ROGER | 36024 | $1,188,000.00 | EXHIBIT A |
| 312 | WEICHERT, ROGER | 37061 | $1,188,000.00 | EXHIBIT A |
| 313 | WEYSHAM, ALBERT | 36029 | $29,500.00 | EXHIBIT A |
| 314 | WEYSHAM, ALBERT | 36476 | $29,500.00 | EXHIBIT A |
| 315 | WHITE, KERVIN | 36030 | $18,000.00 | EXHIBIT A |
| 316 | WHITE, KERVIN | 36031 | $18,000.00 | EXHIBIT A |
| 317 | WHITE, KERVIN | 37055 | $18,000.00 | EXHIBIT A |
| 318 | WHITE, KERVIN | 37056 | $18,000.00 | EXHIBIT A |
| 319 | WHITE, SAMMY G | 36032 | $456,000.00 | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 320 | WHITE, SAMMY G | 37106 | $456,000.00 | EXHIBIT A |
| 321 | WHITESEL, KEVIN | 31385 | UNDETERMINED* | EXHIBIT A |
| 322 | WHITFIELD, LONNIE J | 36035 | $6,000.00 | EXHIBIT A |
| 323 | WHITFIELD, LONNIE J | 36036 | $6,000.00 | EXHIBIT A |
| 324 | WHITFIELD, LONNIE J | 37109 | $6,000.00 | EXHIBIT A |
| 325 | WHITFIELD, LONNIE J | 37110 | $6,000.00 | EXHIBIT A |
| 326 | WILCOX, LARY | 31386 | UNDETERMINED* | EXHIBIT A |
| 327 | WILSON, GERALD D | 36037 | $1,188,000.00 | EXHIBIT A |
| 328 | WILSON, GERALD D | 37103 | $1,188,000.00 | EXHIBIT A |
| 329 | WILSON, RHODNEY H | 36040 | $6,000.00 | EXHIBIT A |
| 330 | WILSON, RHODNEY H | 36041 | $5,000.00 | EXHIBIT A |
| 331 | WILSON, RHODNEY H | 37101 | $6,000.00 | EXHIBIT A |
| 332 | WILSON, RHODNEY H | 37102 | $5,000.00 | EXHIBIT A |
| 333 | WIMP, LARRY A | 36042 | $6,000.00 | EXHIBIT A |
| 334 | WIMP, LARRY A | 36043 | $6,000.00 | EXHIBIT A |
| 335 | WIMP, LARRY A | 37096 | $6,000.00 | EXHIBIT A |
| 336 | WIMP, LARRY A | 37100 | $6,000.00 | EXHIBIT A |
| 337 | WOLZ, DAVID | 36044 | $936,000.00 | EXHIBIT A |
| 338 | WOLZ, DAVID | 37095 | $936,000.00 | EXHIBIT A |
| 339 | YENDREY, WILLIAM | 36048 | $148,000.00 | EXHIBIT A |
| 340 | YENDREY, WILLIAM | 37073 | $148,000.00 | EXHIBIT A |
| 341 | YOUNG , LARRY | 36053 | $456,000.00 | EXHIBIT A |
| 342 | YOUNG , LARRY | 37013 | $456,000.00 | EXHIBIT A |
| 343 | ZRUBEK, JAY R | 31387.02 | UNDETERMINED* | EXHIBIT B |

* Indicates claim contains unliquidated and/or undetermined amounts.

470028

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 30

BAR(23) MAIL ID *** 000194861769 ***



SHRADER & ASSOCIATES LLP
ATTN: ALLYSON M. ROMANI
22 A GINGER CREEK PARKWAY
GLEN CARBON, IL  62034

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

 /s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               steven.serajeddini@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | AGUILAR, RALPH | 12973 | $250,000.00 | EXHIBIT A |
| 2 | ANGELO, MARK | 12955 | $250,000.00 | EXHIBIT A |
| 3 | BARNUM, SAMUELLA | 12958 | $250,000.00 | EXHIBIT A |
| 4 | BELIAN, MARY | 12961 | $250,000.00 | EXHIBIT A |
| 5 | CASE, MARY AND RICHARD | 12956 | $250,000.00 | EXHIBIT A |
| 6 | DAVIS, MARVIN G | 12954 | $250,000.00 | EXHIBIT A |
| 7 | DENTON, ROBERT FRAZIOR | 12974 | $250,000.00 | EXHIBIT A |
| 8 | ELLIOT, KIMBERLY | 12967 | $250,000.00 | EXHIBIT A |
| 9 | HEDRICK, MICHAEL | 12972 | $250,000.00 | EXHIBIT A |
| 10 | HOSKINS, JAMES MICHAEL | 12953 | $250,000.00 | EXHIBIT A |
| 11 | HOSKINS, JAMES MICHAEL | 12966 | $250,000.00 | EXHIBIT A |
| 12 | JESTES, HERMAN RALPH AND OPEL | 12969 | $250,000.00 | EXHIBIT A |
| 13 | JEWELL, MARGARET | 12968 | $250,000.00 | EXHIBIT A |
| 14 | JOHNSON, JACK W AND DIANE | 12970 | $250,000.00 | EXHIBIT A |
| 15 | LOWERY, LAWRENCE K | 12964 | $250,000.00 | EXHIBIT A |
| 16 | LUCAS, SHERRY MACE | 12971 | $250,000.00 | EXHIBIT A |
| 17 | MCKENNA, JOHN | 12962 | $250,000.00 | EXHIBIT A |
| 18 | NOSKO, MARK | 12965 | $250,000.00 | EXHIBIT A |
| 19 | PARATORE, MARTIN | 12959 | $250,000.00 | EXHIBIT A |
| 20 | RANKIN, ROSIEMAE | 12957 | $250,000.00 | EXHIBIT A |
| 21 | THOMAS, CARILIONE | 12960 | $250,000.00 | EXHIBIT A |
| 22 | ZIEBARTH, PHILIP L | 12963 | $250,000.00 | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470029



**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 31

BAR(23) MAIL ID *** 000194861770 ***



SIMMONS HANLY CONROY
ONE COURT STREET
ALTON, IL  62002

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    steven.serajeddini@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ALLEN, RICHARD RAY | 32307 | UNDETERMINED* | EXHIBIT A |
| 2 | ARMIJO, HAROLD MANUEL | 32308 | UNDETERMINED* | EXHIBIT A |
| 3 | BECK, VERNNON HAROLD | 32309 | UNDETERMINED* | EXHIBIT A |
| 4 | BURTON, ROLLIN DEWITT | 32310 | UNDETERMINED* | EXHIBIT A |
| 5 | CASALE, FRANK MICHAEL | 32311 | UNDETERMINED* | EXHIBIT A |
| 6 | CROSLIS, TERRENCE | 32312 | UNDETERMINED* | EXHIBIT A |
| 7 | CROWE, LLOYD JOSEPH | 32313 | UNDETERMINED* | EXHIBIT A |
| 8 | CUSTER, HAROLD G | 32314 | UNDETERMINED* | EXHIBIT A |
| 9 | DASH, WALLACE D | 32315 | UNDETERMINED* | EXHIBIT A |
| 10 | DIXON, WILLIAM JOHN | 32316 | UNDETERMINED* | EXHIBIT A |
| 11 | ELLIOT, WILLIAM MICHAEL | 32317 | UNDETERMINED* | EXHIBIT A |
| 12 | FRIDENSTINE, ALBERT EDWARD, JR. | 32318 | UNDETERMINED* | EXHIBIT A |
| 13 | GILLIG, PHILLIP GROSS, III | 32319 | UNDETERMINED* | EXHIBIT A |
| 14 | GOBLE, FRED ELONE | 32320 | UNDETERMINED* | EXHIBIT A |
| 15 | IVICIC, MATTHEW DAVID, JR. | 32321 | UNDETERMINED* | EXHIBIT A |
| 16 | KENDALL, JAMES LAMOINE | 32322 | UNDETERMINED* | EXHIBIT A |
| 17 | KIMBALL, DENNIS WADE, SR. | 32323 | UNDETERMINED* | EXHIBIT A |
| 18 | KIRK, JAMES A | 32324 | UNDETERMINED* | EXHIBIT A |
| 19 | LAMBERT, KATHERINE | 32325 | UNDETERMINED* | EXHIBIT A |
| 20 | LITTRELL, CLYDE | 32326 | UNDETERMINED* | EXHIBIT A |
| 21 | MOFFITT, THOMAS NORMAN | 32327 | UNDETERMINED* | EXHIBIT A |
| 22 | PUNDOR, MYKOLA | 32328 | UNDETERMINED* | EXHIBIT A |
| 23 | PURKEY, JACK DEAN | 32329 | UNDETERMINED* | EXHIBIT A |
| 24 | SPAULDING-MOORE, ELAINE | 32330 | UNDETERMINED* | EXHIBIT A |
| 25 | SWINGLE, TRACY BERT | 32331 | UNDETERMINED* | EXHIBIT A |
| 26 | SYLVESTER, KENNETH RAY | 32332 | UNDETERMINED* | EXHIBIT A |
| 27 | THOMAS, HENRY LEE | 32333 | UNDETERMINED* | EXHIBIT A |
| 28 | VAN WINKLE, HAROLD DEAN | 32335 | UNDETERMINED* | EXHIBIT A |
| 29 | WATERS, WAYNE ERNEST | 32334 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470030

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 32

BAR(23) MAIL ID *** 000194861771 ***



SVAMBERA LAW FIRM, PLLC
8441 GULF FREEWAY, SUITE 330
HOUSTON, TX  77017

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com
                     steven.serajeddini@kirkland.com
                     aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | BORRES, ARTHUR | 31783 | $3,420.00 | EXHIBIT A |
| 2 | BRADLEY, GERALD | 15499.01 | $12,000.00 | EXHIBIT B |
| 3 | BRADLEY, GERALD | 15499.01 | $12,000.00 | EXHIBIT B |
| 4 | CANTONE, VINCENT | 31784 | $3,420.00 | EXHIBIT A |
| 5 | CARPENTER, PRESTON | 31785 | $3,420.00 | EXHIBIT A |
| 6 | FITZGERALD, TOMMIE | 31786 | $3,420.00 | EXHIBIT A |
| 7 | GARZA, SILVINO | 31787 | $300.00 | EXHIBIT A |
| 8 | HAYNES, ROOSEVELT | 31788.01 | $3,420.00 | EXHIBIT B |
| 9 | LANE, JACK | 31789 | $12,000.00 | EXHIBIT A |
| 10 | LINDSEY, DAVID | 31790 | $300.00 | EXHIBIT A |
| 11 | MCDONALD, ERNEST | 31791 | $36,000.00 | EXHIBIT A |
| 12 | MCMICHAEL, JAMES | 31792 | $36,000.00 | EXHIBIT A |
| 13 | MORRISON, KENNETH | 31793 | $3,420.00 | EXHIBIT A |
| 14 | RICE, GEORGE | 31794 | $3,420.00 | EXHIBIT A |
| 15 | SCHARLACH, JOHN | 31795 | $12,000.00 | EXHIBIT A |
| 16 | SHARP, JIM | 31797 | $12,000.00 | EXHIBIT A |
| 17 | STACY, RONALD | 31796 | $300.00 | EXHIBIT A |
| 18 | WADSWORTH, BOBBY | 31798 | $3,420.00 | EXHIBIT A |
| 19 | WOODS, JOHN L. | 31799 | $36,000.00 | EXHIBIT A |

\* Indicates claim contains unliquidated and/or undetermined amounts.

470031

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 33

BAR(23) MAIL ID *** 000194861772 ***



DAVID C. THOMPSON, P.C.
ATTN: DAVID C. THOMPSON, ATTORNEY AT LAW
321 KITTSON AVENUE
GRAND FORKS, ND  58201

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        steven.serajeddini@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|--------------|-----------|--------------|---------|
| 1 | ANDERSON, MARLISS FBO CHARLES ANDERSON | 16650 | UNDETERMINED* | EXHIBIT A |
| 2 | BEASTROM, LES | 16651 | UNDETERMINED* | EXHIBIT A |
| 3 | BINSTOCK, LEE ANN FBO THEODORE OST | 16685 | UNDETERMINED* | EXHIBIT A |
| 4 | BITTNER, CLARENCE | 16652 | UNDETERMINED* | EXHIBIT A |
| 5 | BOYER, ROBERT | 16653 | UNDETERMINED* | EXHIBIT A |
| 6 | ECKROTH, RAYMOND | 16655 | UNDETERMINED* | EXHIBIT A |
| 7 | ERETH, ALICE FBO WILLIAM ERETH | 16657 | UNDETERMINED* | EXHIBIT A |
| 8 | ERETH, ROSIE FBO RAYMOND ERETH | 16656 | UNDETERMINED* | EXHIBIT A |
| 9 | ERICKSON, GARLAND | 16658 | UNDETERMINED* | EXHIBIT A |
| 10 | FREDRICKSON, FRED | 16659 | UNDETERMINED* | EXHIBIT A |
| 11 | FRYER, DONALD | 16660 | UNDETERMINED* | EXHIBIT A |
| 12 | GAYLORD, BYRON FBO JOSEPH GAYLORD | 16661 | UNDETERMINED* | EXHIBIT A |
| 13 | GROSSMAN, GARY | 16662 | UNDETERMINED* | EXHIBIT A |
| 14 | HILFER, ARTHUR | 16663 | UNDETERMINED* | EXHIBIT A |
| 15 | JOHNSON, PHOEBE FBO OBERT JOHNSON | 16664 | UNDETERMINED* | EXHIBIT A |
| 16 | KADY, KENNETH | 16665 | UNDETERMINED* | EXHIBIT A |
| 17 | KETTERLING, MARTIN | 16666 | UNDETERMINED* | EXHIBIT A |
| 18 | KINSELLA, JAMES | 16667 | UNDETERMINED* | EXHIBIT A |
| 19 | KROH, JACK L | 16668 | UNDETERMINED* | EXHIBIT A |
| 20 | LAFOUNTAINE, ALFRED | 16669 | UNDETERMINED* | EXHIBIT A |
| 21 | MILLER, WILLIAM | 16688 | UNDETERMINED* | EXHIBIT A |
| 22 | MINDT, JOHN JR | 16689 | UNDETERMINED* | EXHIBIT A |
| 23 | OLANDER, JENNIFER FBO CLAYTON OLANDER | 16687 | UNDETERMINED* | EXHIBIT A |
| 24 | OLOFSON, DOROTHY FBO JOHN OLOFSON | 16686 | UNDETERMINED* | EXHIBIT A |
| 25 | PRESZLER, KAREN FBO ARNOLD DOCKTER | 16654 | UNDETERMINED* | EXHIBIT A |
| 26 | RALL, ALBERT | 16684 | UNDETERMINED* | EXHIBIT A |
| 27 | RITZ, HERBERT | 16683 | UNDETERMINED* | EXHIBIT A |
| 28 | SCHAEFBAUER, CLARENCE | 16682 | UNDETERMINED* | EXHIBIT A |
| 29 | SCHUH, RON FBO RICK SCHUH | 16681 | UNDETERMINED* | EXHIBIT A |
| 30 | SETTERLUND, EARL | 16680 | UNDETERMINED* | EXHIBIT A |
| 31 | SNYDER, STUART | 16679 | UNDETERMINED* | EXHIBIT A |
| 32 | STIMAC, SHARON FBO JOHN STIMAC | 16678 | UNDETERMINED* | EXHIBIT A |
| 33 | SUNDBY, ALAN | 16677 | UNDETERMINED* | EXHIBIT A |
| 34 | VADNAIS, PATRICIA FBO DUANE VADNAIS | 16676 | UNDETERMINED* | EXHIBIT A |
| 35 | VOEGELE, GERTRUDE FBO GUSTOF VOEGELE | 16675 | UNDETERMINED* | EXHIBIT A |
| 36 | WENTZ, ALBERT | 16674 | UNDETERMINED* | EXHIBIT A |
| 37 | WETZEL, ROSS FBO ROBERT WETZEL | 16673 | UNDETERMINED* | EXHIBIT A |

| 38 | ZACHMEIER, BARBARA FBO RICHARD ZACHMEIER | 16672 | UNDETERMINED* | EXHIBIT A |
| 39 | ZACHMEIER, BETTY JOAN FBO WILLIAM ZACHME | 16671 | UNDETERMINED* | EXHIBIT A |
| 40 | ZENZ, EDNA FBO JOHN ZENZ | 16670 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470032

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 34

BAR(23) MAIL ID *** 000194861773 ***



THORNTON LAW FIRM LLP
100 SUMMER ST, 30TH FLOOR
BOSTON, MA  02110

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              steven.serajeddini@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|---|---|---|---|---|
| 1 | ABERT, RALPH J--EST | 16717 | UNDETERMINED* | EXHIBIT A |
| 2 | ADAMS, DENNIS E | 16981 | UNDETERMINED* | EXHIBIT A |
| 3 | ADAMS, EARL | 16980 | UNDETERMINED* | EXHIBIT A |
| 4 | ALFONSO, LOUIS | 16979 | UNDETERMINED* | EXHIBIT A |
| 5 | ALPERT, ABRAHAM--EST | 16978 | UNDETERMINED* | EXHIBIT A |
| 6 | ANDERSEN, PAUL W | 16977 | UNDETERMINED* | EXHIBIT A |
| 7 | ANDERSON, ALBERT C-EST | 16976 | UNDETERMINED* | EXHIBIT A |
| 8 | ANELLO, ANTHONY--EST | 17066 | UNDETERMINED* | EXHIBIT A |
| 9 | ANTONINO, RICHARD T | 16975 | UNDETERMINED* | EXHIBIT A |
| 10 | ARBOUR, RICHARD L, SR-EST | 16974 | UNDETERMINED* | EXHIBIT A |
| 11 | ARRUDA, EDWIN P | 16973 | UNDETERMINED* | EXHIBIT A |
| 12 | AXELSEN, ALBERT JR--EST | 16972 | UNDETERMINED* | EXHIBIT A |
| 13 | BAILLY, DONALD | 16971 | UNDETERMINED* | EXHIBIT A |
| 14 | BAILLY, ROBERT P | 16970 | UNDETERMINED* | EXHIBIT A |
| 15 | BAKER, JEREMIAH M | 16969 | UNDETERMINED* | EXHIBIT A |
| 16 | BARTLETT, JOHN W | 16968 | UNDETERMINED* | EXHIBIT A |
| 17 | BAUER, WILLIAM H | 16967 | UNDETERMINED* | EXHIBIT A |
| 18 | BEAULIEU, EDWARD, JR--EST | 16966 | UNDETERMINED* | EXHIBIT A |
| 19 | BECKER, MARCUS M--EST | 16965 | UNDETERMINED* | EXHIBIT A |
| 20 | BERARD, ARTHUR R--EST | 16824 | UNDETERMINED* | EXHIBIT A |
| 21 | BETTER, WILLIAM E--EST | 16825 | UNDETERMINED* | EXHIBIT A |
| 22 | BEZANSON, DONALD A, SR--EST | 16826 | UNDETERMINED* | EXHIBIT A |
| 23 | BINETTE, ALBERT | 16827 | UNDETERMINED* | EXHIBIT A |
| 24 | BINKLEY, FREDERICK V--EST | 16828 | UNDETERMINED* | EXHIBIT A |
| 25 | BISHOP, ERNEST H--EST | 16823 | UNDETERMINED* | EXHIBIT A |
| 26 | BLAIR, ERNEST H--EST | 16829 | UNDETERMINED* | EXHIBIT A |
| 27 | BLAIR, EUGENE E--EST | 16830 | UNDETERMINED* | EXHIBIT A |
| 28 | BLAIR, NORMAN W--EST | 16831 | UNDETERMINED* | EXHIBIT A |
| 29 | BLANCHARD, HARVEY--EST | 16832 | UNDETERMINED* | EXHIBIT A |
| 30 | BODENDORF, ROBERT W--EST | 16833 | UNDETERMINED* | EXHIBIT A |
| 31 | BRONNER, RAYMOND L--EST | 16964 | UNDETERMINED* | EXHIBIT A |
| 32 | BRYSON, ROBERT S--EST | 16963 | UNDETERMINED* | EXHIBIT A |
| 33 | BRZEZOWSKI, ERWIN J | 16962 | UNDETERMINED* | EXHIBIT A |
| 34 | BUONICONTI, LOUIS N--EST | 16961 | UNDETERMINED* | EXHIBIT A |
| 35 | BURKE, ROBERT G--EST | 16960 | UNDETERMINED* | EXHIBIT A |
| 36 | BUSHIKA, JOSEPH, JR--EST | 16959 | UNDETERMINED* | EXHIBIT A |
| 37 | CAMBIO, JOAN--EST | 16958 | UNDETERMINED* | EXHIBIT A |

470033

| 38 | CAPARRELLI, JOSEPH | 16957 | UNDETERMINED* | EXHIBIT A |
|----|---|---|---|---|
| 39 | CAPLES, ROGER A--EST | 16956 | UNDETERMINED* | EXHIBIT A |
| 40 | CAREY, FRANK M--EST | 16955 | UNDETERMINED* | EXHIBIT A |
| 41 | CAREY, VINCENT W--EST | 16930 | UNDETERMINED* | EXHIBIT A |
| 42 | CAREY, WILLIAM V | 16954 | UNDETERMINED* | EXHIBIT A |
| 43 | CARLSON, EVERT M--EST | 16952 | UNDETERMINED* | EXHIBIT A |
| 44 | CARLSON, JOHN A, SR--EST | 16953 | UNDETERMINED* | EXHIBIT A |
| 45 | CARVER, GEORGE R | 16951 | UNDETERMINED* | EXHIBIT A |
| 46 | CATANI, RICHARD F--EST | 16950 | UNDETERMINED* | EXHIBIT A |
| 47 | CENTAFANTI, ROCCO--EST | 16949 | UNDETERMINED* | EXHIBIT A |
| 48 | CHAMPAGNE, DANNY R | 16948 | UNDETERMINED* | EXHIBIT A |
| 49 | CHEETHAM, ROBERT W--EST | 16947 | UNDETERMINED* | EXHIBIT A |
| 50 | CHLUDZINSKI, EDWARD W--EST | 16946 | UNDETERMINED* | EXHIBIT A |
| 51 | CLARK, DONALD F, JR--EST | 16915 | UNDETERMINED* | EXHIBIT A |
| 52 | CLEVENSHIRE, JOHN J--EST | 16945 | UNDETERMINED* | EXHIBIT A |
| 53 | COLLINS, ROBERT F | 16944 | UNDETERMINED* | EXHIBIT A |
| 54 | CONROY, FRANCIS M--EST | 16943 | UNDETERMINED* | EXHIBIT A |
| 55 | CORBETT, ROBERT F | 16942 | UNDETERMINED* | EXHIBIT A |
| 56 | CORRENTE, ANTONIO M--EST | 16941 | UNDETERMINED* | EXHIBIT A |
| 57 | COTTER, WILLIAM A--EST | 16940 | UNDETERMINED* | EXHIBIT A |
| 58 | COUTURE, ROBERT L | 16939 | UNDETERMINED* | EXHIBIT A |
| 59 | CRANE, CHARLES--EST | 16938 | UNDETERMINED* | EXHIBIT A |
| 60 | CROSS, GORDON--EST | 16937 | UNDETERMINED* | EXHIBIT A |
| 61 | CROSSMAN, RICHARD E--EST | 16936 | UNDETERMINED* | EXHIBIT A |
| 62 | CROTEAU, RONALD W | 16935 | UNDETERMINED* | EXHIBIT A |
| 63 | CUNNINGHAM, JAMES | 16934 | UNDETERMINED* | EXHIBIT A |
| 64 | DALEY, WAYNE | 16933 | UNDETERMINED* | EXHIBIT A |
| 65 | DAMON, PHILIP W--EST | 16799 | UNDETERMINED* | EXHIBIT A |
| 66 | DASCANI, DOMINIC J | 16800 | UNDETERMINED* | EXHIBIT A |
| 67 | DELANO, PHILIP | 16801 | UNDETERMINED* | EXHIBIT A |
| 68 | DESELLIER, RICHARD J--EST | 16802 | UNDETERMINED* | EXHIBIT A |
| 69 | DESJARDINS, ALBERT A--EST | 16803 | UNDETERMINED* | EXHIBIT A |
| 70 | DILORENZO, EMILIO--EST | 16804 | UNDETERMINED* | EXHIBIT A |
| 71 | DOYLE, MICHAEL J--EST | 16805 | UNDETERMINED* | EXHIBIT A |
| 72 | DOYLE, STEVEN A | 16806 | UNDETERMINED* | EXHIBIT A |
| 73 | DRAKE, ROBERT A | 16807 | UNDETERMINED* | EXHIBIT A |
| 74 | DRAKE, THOMAS J | 16808 | UNDETERMINED* | EXHIBIT A |
| 75 | DUDA, ALEXANDER J, JR | 16809 | UNDETERMINED* | EXHIBIT A |
| 76 | EGAN, ROBERT B--EST | 16810 | UNDETERMINED* | EXHIBIT A |
| 77 | EMMONS, CARLETON B--EST | 16811 | UNDETERMINED* | EXHIBIT A |
| 78 | ETHIER, ROBERT E--EST | 16812 | UNDETERMINED* | EXHIBIT A |
| 79 | FABYAN, JAMES E | 16813 | UNDETERMINED* | EXHIBIT A |
| 80 | FAY, EDWARD--EST | 16814 | UNDETERMINED* | EXHIBIT A |
| 81 | FAY, JOHN F--EST | 16815 | UNDETERMINED* | EXHIBIT A |
| 82 | FELIX, RAYMOND | 16817 | UNDETERMINED* | EXHIBIT A |
| 83 | FLAHERTY, RICHARD L | 16816 | UNDETERMINED* | EXHIBIT A |
| 84 | FLANAGAN, JAMES J | 16818 | UNDETERMINED* | EXHIBIT A |

470033

| 85 | FLANAGAN, JAMES P--EST | 16819 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 86 | FORTIER, LAWRENCE R--EST | 16820 | UNDETERMINED* | EXHIBIT A |
| 87 | FRENCH, ROGER W | 16822 | UNDETERMINED* | EXHIBIT A |
| 88 | FURGAL, CHARLES A | 16821 | UNDETERMINED* | EXHIBIT A |
| 89 | GAGNON, CLAIRE L--EST | 16798 | UNDETERMINED* | EXHIBIT A |
| 90 | GAGNON, FRANCIS J--EST | 16797 | UNDETERMINED* | EXHIBIT A |
| 91 | GARNER, STANLEY--EST | 16796 | UNDETERMINED* | EXHIBIT A |
| 92 | GAUTHIER, NORMAND L | 16795 | UNDETERMINED* | EXHIBIT A |
| 93 | GAVIN, THOMAS F | 16794 | UNDETERMINED* | EXHIBIT A |
| 94 | GEORGE, GERARD A | 16793 | UNDETERMINED* | EXHIBIT A |
| 95 | GIROUARD, EUGENE A | 16792 | UNDETERMINED* | EXHIBIT A |
| 96 | GRAFTON, RICHARD F | 16791 | UNDETERMINED* | EXHIBIT A |
| 97 | GRAFTON, ROBERT J--EST | 16790 | UNDETERMINED* | EXHIBIT A |
| 98 | GRAVES, NEIL A | 16789 | UNDETERMINED* | EXHIBIT A |
| 99 | GRAY, DONALD M--EST | 16788 | UNDETERMINED* | EXHIBIT A |
| 100 | GRIFFIN, JQHN W - EST | 16787 | UNDETERMINED* | EXHIBIT A |
| 101 | GROVES, ROBERT A | 16786 | UNDETERMINED* | EXHIBIT A |
| 102 | GUERTIN, DAVID J | 16785 | UNDETERMINED* | EXHIBIT A |
| 103 | GUERTIN, DONALD P | 16784 | UNDETERMINED* | EXHIBIT A |
| 104 | GUERTIN, PAUL M | 16783 | UNDETERMINED* | EXHIBIT A |
| 105 | HANCOCK, RICHARD A, SR--EST | 16782 | UNDETERMINED* | EXHIBIT A |
| 106 | HANKS, ROBERT W | 16781 | UNDETERMINED* | EXHIBIT A |
| 107 | HARRISON, JAMES J | 16780 | UNDETERMINED* | EXHIBIT A |
| 108 | HAYES, FREDERICK T | 16779 | UNDETERMINED* | EXHIBIT A |
| 109 | HIGGINS, JOHN P--EST | 16778 | UNDETERMINED* | EXHIBIT A |
| 110 | HIGGINS, WILLIAM J--EST | 16777 | UNDETERMINED* | EXHIBIT A |
| 111 | HOWARD, LESLIE W--EST | 16776 | UNDETERMINED* | EXHIBIT A |
| 112 | HOWLEY, ROBERT--EST | 16775 | UNDETERMINED* | EXHIBIT A |
| 113 | HRABOVSKY, ALEX T--EST | 16774 | UNDETERMINED* | EXHIBIT A |
| 114 | INNARELLI,ATTILIO J--EST | 16773 | UNDETERMINED* | EXHIBIT A |
| 115 | JACKSON, ANDREW W--EST | 16772 | UNDETERMINED* | EXHIBIT A |
| 116 | JAMROSS, ROBERT M, SR--EST | 16771 | UNDETERMINED* | EXHIBIT A |
| 117 | JEKANOWSKI, ANDREW | 16770 | UNDETERMINED* | EXHIBIT A |
| 118 | JOHNSON, FRANK R--EST | 16768 | UNDETERMINED* | EXHIBIT A |
| 119 | JOHNSON, HENRY W--EST | 16692 | UNDETERMINED* | EXHIBIT A |
| 120 | JOHNSON, KENNETH G--EST | 16691 | UNDETERMINED* | EXHIBIT A |
| 121 | JOHNSON, THOMAS W, JR--EST | 16769 | UNDETERMINED* | EXHIBIT A |
| 122 | JOHNSON, WARREN A--EST | 16690 | UNDETERMINED* | EXHIBIT A |
| 123 | JOHNSTON, WILLIAM J | 16693 | UNDETERMINED* | EXHIBIT A |
| 124 | JORDAN, ARLEN R | 16845 | UNDETERMINED* | EXHIBIT A |
| 125 | JOYCE, MICHAEL J, JR--EST | 16844 | UNDETERMINED* | EXHIBIT A |
| 126 | KALLENBERG, JOHN A, SR--EST | 16843 | UNDETERMINED* | EXHIBIT A |
| 127 | KEEFE, MICHAEL | 16842 | UNDETERMINED* | EXHIBIT A |
| 128 | KEENE, FRANCIS L | 16841 | UNDETERMINED* | EXHIBIT A |
| 129 | KELLEY, EARL F--EST | 16840 | UNDETERMINED* | EXHIBIT A |
| 130 | KELLEY, WILLIAM | 16839 | UNDETERMINED* | EXHIBIT A |
| 131 | KELLY, JAMES M | 16837 | UNDETERMINED* | EXHIBIT A |

470033

| 132 | KELLY, JOHN L, JR--EST | 16838 | UNDETERMINED* | EXHIBIT A |
|-----|------------------------|-------|---------------|-----------|
| 133 | KENDALL, ROBERT H | 16836 | UNDETERMINED* | EXHIBIT A |
| 134 | KENNEDY, PAUL--EST | 16835 | UNDETERMINED* | EXHIBIT A |
| 135 | KINGSBURY, NELLIE L--EST | 16834 | UNDETERMINED* | EXHIBIT A |
| 136 | KINGSBURY, ROBERT B--EST | 16762 | UNDETERMINED* | EXHIBIT A |
| 137 | KOMER, GREGORY | 16763 | UNDETERMINED* | EXHIBIT A |
| 138 | KRYZAK, ALBERT J | 16764 | UNDETERMINED* | EXHIBIT A |
| 139 | KUBEL, STANLEY | 16765 | UNDETERMINED* | EXHIBIT A |
| 140 | KUENZEL, KARL K | 16766 | UNDETERMINED* | EXHIBIT A |
| 141 | LAPITSKY, JACOB--EST | 16767 | UNDETERMINED* | EXHIBIT A |
| 142 | LASTARZA, EMERICO--EST | 16860 | UNDETERMINED* | EXHIBIT A |
| 143 | LAVOIE, MARCEL R | 16859 | UNDETERMINED* | EXHIBIT A |
| 144 | LAWRENCE, THOMAS E | 16858 | UNDETERMINED* | EXHIBIT A |
| 145 | LEMOINE, ANDRE | 16857 | UNDETERMINED* | EXHIBIT A |
| 146 | LEONE, JAMES L | 16856 | UNDETERMINED* | EXHIBIT A |
| 147 | LEVESQUE, LAWRENCE P--EST | 16855 | UNDETERMINED* | EXHIBIT A |
| 148 | LEVREAULT, DAVID E | 16854 | UNDETERMINED* | EXHIBIT A |
| 149 | LEWIS, GEORGE W--EST | 16853 | UNDETERMINED* | EXHIBIT A |
| 150 | LOFTUS, JIMMIE W | 16852 | UNDETERMINED* | EXHIBIT A |
| 151 | LOSEE, ROBERT D--EST | 16851 | UNDETERMINED* | EXHIBIT A |
| 152 | MACKEIGAN, CHARLES W, SR--EST | 16850 | UNDETERMINED* | EXHIBIT A |
| 153 | MAHONEY, ALFRED P | 16849 | UNDETERMINED* | EXHIBIT A |
| 154 | MALONEY, JOSEPH T | 16848 | UNDETERMINED* | EXHIBIT A |
| 155 | MANLEY, FRANKLIN | 16847 | UNDETERMINED* | EXHIBIT A |
| 156 | MARCHETTI,ROBERT J, JR | 16846 | UNDETERMINED* | EXHIBIT A |
| 157 | MARCINIAK, JOHN M, JR | 16932 | UNDETERMINED* | EXHIBIT A |
| 158 | MASLOWSKI, THEODORE S--EST | 16931 | UNDETERMINED* | EXHIBIT A |
| 159 | MAZEROLLE, ROGER C | 16921 | UNDETERMINED* | EXHIBIT A |
| 160 | MCCALLUM, HECTOR--EST | 16929 | UNDETERMINED* | EXHIBIT A |
| 161 | MCCARTHY, RICHARD E | 16928 | UNDETERMINED* | EXHIBIT A |
| 162 | MCCOY, RAYMOND J, JR--EST | 16927 | UNDETERMINED* | EXHIBIT A |
| 163 | MCELROY, JOSEPH F, SR--EST | 16926 | UNDETERMINED* | EXHIBIT A |
| 164 | MCFADYEN, HAROLD D | 16925 | UNDETERMINED* | EXHIBIT A |
| 165 | MCGOLDRICK, JAMES S-EST | 16924 | UNDETERMINED* | EXHIBIT A |
| 166 | MCGRADY, PETER, JR--EST | 16923 | UNDETERMINED* | EXHIBIT A |
| 167 | MCHUGH, JAMES L--EST | 16922 | UNDETERMINED* | EXHIBIT A |
| 168 | MCKENNA, RICHARD W | 16920 | UNDETERMINED* | EXHIBIT A |
| 169 | MCKINNON, MICHAEL F--EST | 16919 | UNDETERMINED* | EXHIBIT A |
| 170 | MCMULLEN, JAMES C-EST | 16716 | UNDETERMINED* | EXHIBIT A |
| 171 | MCNEICE, JAMES W--EST | 16754 | UNDETERMINED* | EXHIBIT A |
| 172 | MELE, NICHOLAS A, SR--EST | 16755 | UNDETERMINED* | EXHIBIT A |
| 173 | MELE, PATRICK J | 16756 | UNDETERMINED* | EXHIBIT A |
| 174 | MELO, JOHN P--EST | 16757 | UNDETERMINED* | EXHIBIT A |
| 175 | MELO, SHIRLEY G--EST | 16758 | UNDETERMINED* | EXHIBIT A |
| 176 | MENARD, NEAL B | 16759 | UNDETERMINED* | EXHIBIT A |
| 177 | MEON, EDWARD P--EST | 16760 | UNDETERMINED* | EXHIBIT A |
| 178 | MEON, HELEN A--EST | 16761 | UNDETERMINED* | EXHIBIT A |

| 179 | MEON, JOHN R | 16753 | UNDETERMINED* | EXHIBIT A |
| 180 | MESSINGER, DONALD--EST | 16752 | UNDETERMINED* | EXHIBIT A |
| 181 | MILETTE, PAUL | 16751 | UNDETERMINED* | EXHIBIT A |
| 182 | MINER, GEORGE A | 16750 | UNDETERMINED* | EXHIBIT A |
| 183 | MINSK, JOSEPH A--EST | 16749 | UNDETERMINED* | EXHIBIT A |
| 184 | MORAN, RAYMOND J--EST | 16748 | UNDETERMINED* | EXHIBIT A |
| 185 | MORIN, ROGER A | 16747 | UNDETERMINED* | EXHIBIT A |
| 186 | MORIN, WILLIE J--EST | 16746 | UNDETERMINED* | EXHIBIT A |
| 187 | MORRIS, MICHAEL J | 16745 | UNDETERMINED* | EXHIBIT A |
| 188 | MORRISON, CHARLES C--EST | 16744 | UNDETERMINED* | EXHIBIT A |
| 189 | MOSCHAN, RICHARD | 16743 | UNDETERMINED* | EXHIBIT A |
| 190 | MOSKAL, WALTER W--EST | 16742 | UNDETERMINED* | EXHIBIT A |
| 191 | MOSS, GERALD E, SR--EST | 16741 | UNDETERMINED* | EXHIBIT A |
| 192 | MULLEN, ROBERT W--EST | 16740 | UNDETERMINED* | EXHIBIT A |
| 193 | NADEAU, ROBERT D--EST | 16739 | UNDETERMINED* | EXHIBIT A |
| 194 | NAULT, FRANCIS J | 16738 | UNDETERMINED* | EXHIBIT A |
| 195 | NEE, JOHN J--EST | 16737 | UNDETERMINED* | EXHIBIT A |
| 196 | NEE, STEPHANIE M--EST | 16736 | UNDETERMINED* | EXHIBIT A |
| 197 | NILSEN, WILLIAM E | 16735 | UNDETERMINED* | EXHIBIT A |
| 198 | NORVISH, ROBERT S--EST | 16861 | UNDETERMINED* | EXHIBIT A |
| 199 | NOYES, CARROLL A--EST | 16862 | UNDETERMINED* | EXHIBIT A |
| 200 | O'BRIEN, PATRICK T--EST | 16863 | UNDETERMINED* | EXHIBIT A |
| 201 | O'CONNELL, DAVID--EST | 16864 | UNDETERMINED* | EXHIBIT A |
| 202 | O'DONNELL, JOHN | 16865 | UNDETERMINED* | EXHIBIT A |
| 203 | OLCOTT, JOHN J--EST | 16866 | UNDETERMINED* | EXHIBIT A |
| 204 | ORDILE, ANTHONY F, SR--EST | 16867 | UNDETERMINED* | EXHIBIT A |
| 205 | OSTASKI, RICHARD R--EST | 16868 | UNDETERMINED* | EXHIBIT A |
| 206 | PAPILLON, ROBERT G--EST | 16869 | UNDETERMINED* | EXHIBIT A |
| 207 | PARISELLI, AMERICO A--EST | 16870 | UNDETERMINED* | EXHIBIT A |
| 208 | PARKER, CHARLES E | 16871 | UNDETERMINED* | EXHIBIT A |
| 209 | PASTERCZYK, MICHAEL C--EST | 16872 | UNDETERMINED* | EXHIBIT A |
| 210 | PEDERSEN, RICHARD H--EST | 16873 | UNDETERMINED* | EXHIBIT A |
| 211 | PERLEY, ARTHUR, JR | 16874 | UNDETERMINED* | EXHIBIT A |
| 212 | PESCETTA, AMERICO--EST | 16875 | UNDETERMINED* | EXHIBIT A |
| 213 | PETILLO, SEBASTIANO--EST | 16876 | UNDETERMINED* | EXHIBIT A |
| 214 | PETRILLO, VINCENT--EST | 16877 | UNDETERMINED* | EXHIBIT A |
| 215 | PHANEUF, JEFFREY L | 16878 | UNDETERMINED* | EXHIBIT A |
| 216 | PHILBRICK, MARTIN D | 16879 | UNDETERMINED* | EXHIBIT A |
| 217 | PIANTONI,LINO E--EST | 16880 | UNDETERMINED* | EXHIBIT A |
| 218 | PICHEY, BERNARD P--EST | 16734 | UNDETERMINED* | EXHIBIT A |
| 219 | PIETILA, ONNI A--EST | 16733 | UNDETERMINED* | EXHIBIT A |
| 220 | PIPPIN, STUART R | 16732 | UNDETERMINED* | EXHIBIT A |
| 221 | PITONIAK, PHILLIP J | 16731 | UNDETERMINED* | EXHIBIT A |
| 222 | PLANTE, NORMAND H | 16730 | UNDETERMINED* | EXHIBIT A |
| 223 | POMEROY, ARNOLD | 16729 | UNDETERMINED* | EXHIBIT A |
| 224 | POPLAWSKI, MICHAEL F, JR--EST | 16728 | UNDETERMINED* | EXHIBIT A |
| 225 | PORTER, CECIL R | 16727 | UNDETERMINED* | EXHIBIT A |

| 226 | POWERS, DALE E--EST | 16726 | UNDETERMINED* | EXHIBIT A |
|-----|---------------------|-------|---------------|-----------|
| 227 | PROVOST, EDWARD L, JR | 16725 | UNDETERMINED* | EXHIBIT A |
| 228 | PTAK, JAMES F | 16724 | UNDETERMINED* | EXHIBIT A |
| 229 | RANDALL, GEORGE A--EST | 16723 | UNDETERMINED* | EXHIBIT A |
| 230 | REARDON, DAVID F | 16722 | UNDETERMINED* | EXHIBIT A |
| 231 | REARDON, EDWARD J--EST | 16721 | UNDETERMINED* | EXHIBIT A |
| 232 | REARDON, WILLIAM J | 16720 | UNDETERMINED* | EXHIBIT A |
| 233 | REED, LESLIE--EST | 16719 | UNDETERMINED* | EXHIBIT A |
| 234 | REYNOLDS, ARTHUR P | 16881 | UNDETERMINED* | EXHIBIT A |
| 235 | RICE, ROBERT, SR | 16882 | UNDETERMINED* | EXHIBIT A |
| 236 | RIORDAN, JOHN F--EST | 16883 | UNDETERMINED* | EXHIBIT A |
| 237 | ROBERTS, DONALD D--EST | 16884 | UNDETERMINED* | EXHIBIT A |
| 238 | ROBERTSON, HERBERT A, JR | 16885 | UNDETERMINED* | EXHIBIT A |
| 239 | ROHAN, CARL M, SR | 16886 | UNDETERMINED* | EXHIBIT A |
| 240 | ROMANO, AMERICO V, SR--EST | 16887 | UNDETERMINED* | EXHIBIT A |
| 241 | ROSA, ROBERT E--EST | 16888 | UNDETERMINED* | EXHIBIT A |
| 242 | ROUNDS, BURDETTE G--EST | 16889 | UNDETERMINED* | EXHIBIT A |
| 243 | ROWE, GEORGE M--EST | 16890 | UNDETERMINED* | EXHIBIT A |
| 244 | ROY, ROBERT T, SR | 16891 | UNDETERMINED* | EXHIBIT A |
| 245 | RUGGIERO, LORENZO, JR | 16892 | UNDETERMINED* | EXHIBIT A |
| 246 | RUSSELL, RONALD O--EST | 16893 | UNDETERMINED* | EXHIBIT A |
| 247 | SANTINELLO, RONALD J | 16894 | UNDETERMINED* | EXHIBIT A |
| 248 | SARGENSKI, JOHN I--EST | 16895 | UNDETERMINED* | EXHIBIT A |
| 249 | SCHUELER, WINSTON A--EST | 16896 | UNDETERMINED* | EXHIBIT A |
| 250 | SCOTT, WILLIAM J | 16897 | UNDETERMINED* | EXHIBIT A |
| 251 | SENECHAL, ROBERT A--EST | 16898 | UNDETERMINED* | EXHIBIT A |
| 252 | SENUTA, ANTHONY J--EST | 16899 | UNDETERMINED* | EXHIBIT A |
| 253 | SERRA, JOHN J | 16900 | UNDETERMINED* | EXHIBIT A |
| 254 | SHAW, CHARLES E--EST | 16901 | UNDETERMINED* | EXHIBIT A |
| 255 | SHULHAN, JOHN P, SR--EST | 16902 | UNDETERMINED* | EXHIBIT A |
| 256 | SILVER, WARREN J--EST | 16903 | UNDETERMINED* | EXHIBIT A |
| 257 | SKALSKI, FRED T--EST | 16904 | UNDETERMINED* | EXHIBIT A |
| 258 | SMITH, GEORGE H, JR--EST | 16905 | UNDETERMINED* | EXHIBIT A |
| 259 | SPAGNUOLO, ANTHONY S--EST | 16906 | UNDETERMINED* | EXHIBIT A |
| 260 | SPEAR, HORACE--EST | 16907 | UNDETERMINED* | EXHIBIT A |
| 261 | SPEIGHT, THOMAS W--EST | 16908 | UNDETERMINED* | EXHIBIT A |
| 262 | ST GEORGE , BRENDAN--EST | 16909 | UNDETERMINED* | EXHIBIT A |
| 263 | STARR, ROBERT E | 16910 | UNDETERMINED* | EXHIBIT A |
| 264 | STEPHENSON, HAROLD--EST | 16911 | UNDETERMINED* | EXHIBIT A |
| 265 | STEVENS, CLIFFORD E--EST | 16912 | UNDETERMINED* | EXHIBIT A |
| 266 | SULLIVAN, RICHARD A | 16913 | UNDETERMINED* | EXHIBIT A |
| 267 | SWAN, WARREN G, SR--EST | 16914 | UNDETERMINED* | EXHIBIT A |
| 268 | TATRO, WALTER W, JR--EST | 16916 | UNDETERMINED* | EXHIBIT A |
| 269 | THIBODEAU, EDWARD L | 16917 | UNDETERMINED* | EXHIBIT A |
| 270 | THOMAS, WILLIS A | 16918 | UNDETERMINED* | EXHIBIT A |
| 271 | THOMPSON, RONALD W | 16718 | UNDETERMINED* | EXHIBIT A |
| 272 | THOUIN, ALBERT E | 16694 | UNDETERMINED* | EXHIBIT A |

470033

| 273 | TIBI, MATTHEW--EST | 16695 | UNDETERMINED* | EXHIBIT A |
| 274 | TOWNE, ELMER E | 16696 | UNDETERMINED* | EXHIBIT A |
| 275 | TUMINSKI, PETER L--EST | 16697 | UNDETERMINED* | EXHIBIT A |
| 276 | TURNER, RICHARD W | 16698 | UNDETERMINED* | EXHIBIT A |
| 277 | VACHON, WILLIAM O--EST | 16699 | UNDETERMINED* | EXHIBIT A |
| 278 | VARNERIN, ANGELO--EST | 16700 | UNDETERMINED* | EXHIBIT A |
| 279 | VERCHOT, JOHN P--EST | 16701 | UNDETERMINED* | EXHIBIT A |
| 280 | WAGNER, LEONARD--EST | 16702 | UNDETERMINED* | EXHIBIT A |
| 281 | WAGNER, RICHARD E--EST | 16703 | UNDETERMINED* | EXHIBIT A |
| 282 | WEAVER, ALBERT L--EST | 16704 | UNDETERMINED* | EXHIBIT A |
| 283 | WEBB, FOSTER--EST | 16705 | UNDETERMINED* | EXHIBIT A |
| 284 | WEBSTER, WALTER C, SR--EST | 16707 | UNDETERMINED* | EXHIBIT A |
| 285 | WESSELL, CHARLES H--EST | 16706 | UNDETERMINED* | EXHIBIT A |
| 286 | WHEWELL, LEON A--EST | 16708 | UNDETERMINED* | EXHIBIT A |
| 287 | WHITE, JOHN J--EST | 16709 | UNDETERMINED* | EXHIBIT A |
| 288 | WHYTE, EAMONN M--EST | 16710 | UNDETERMINED* | EXHIBIT A |
| 289 | WIGGINS, WILLIE L, JR--EST | 16711 | UNDETERMINED* | EXHIBIT A |
| 290 | YELLE, JAMES C--EST | 16712 | UNDETERMINED* | EXHIBIT A |
| 291 | YETMAN, JOSEPH B--EST | 16713 | UNDETERMINED* | EXHIBIT A |
| 292 | ZABIELSKI, VINCENT L--EST | 16714 | UNDETERMINED* | EXHIBIT A |
| 293 | ZACK, WALTER J--EST | 16715 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470033

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 35

BAR(23) MAIL ID *** 000194861774 ***



WALLACE GRAHAM, PA
525 N MAIN ST
SALISBURY, NC  28144

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com
                      steven.serajeddini@kirkland.com
                      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ADAMS, ALVIOUS J. | 31453 | UNDETERMINED* | EXHIBIT A |
| 2 | ADAMS, ANGELIA G., FOR THE ESTATE OF | 32758 | UNDETERMINED* | EXHIBIT A |
| 3 | ADAMS, ANGELIA GODFREY | 34924 | UNDETERMINED* | EXHIBIT A |
| 4 | ADAMS, CAROLYN | 31454 | UNDETERMINED* | EXHIBIT A |
| 5 | ADAMS, CHARLES EDWARD, JR. | 32454 | UNDETERMINED* | EXHIBIT A |
| 6 | ADDIS, HAROLD JACOB | 32455 | UNDETERMINED* | EXHIBIT A |
| 7 | ADDIS, LARRY ANDREW | 32456 | UNDETERMINED* | EXHIBIT A |
| 8 | ADKINS, DONALD WAYNE | 32457 | UNDETERMINED* | EXHIBIT A |
| 9 | ALBERSON, ANSEL WADE | 32458 | UNDETERMINED* | EXHIBIT A |
| 10 | ALLEN, DANIEL JOSEPH | 31456 | UNDETERMINED* | EXHIBIT A |
| 11 | ALLMAN, CYNTHIA ANN SHELLEY | 31226 | UNDETERMINED* | EXHIBIT A |
| 12 | ALLMAN, DENNIS LEON, SR. | 32459 | UNDETERMINED* | EXHIBIT A |
| 13 | ALLRED, DAVID PAUL | 32460 | UNDETERMINED* | EXHIBIT A |
| 14 | AMOS, ROBERT STEPHEN | 32461 | UNDETERMINED* | EXHIBIT A |
| 15 | ANDERSON, JAMES FRANKLIN | 32462 | UNDETERMINED* | EXHIBIT A |
| 16 | ASHLEY, WILLIAM HENRY, JR. | 32463 | UNDETERMINED* | EXHIBIT A |
| 17 | ATKINS, BARNEY ALLEN | 31455 | UNDETERMINED* | EXHIBIT A |
| 18 | AYERS, ROBERT LEWIS | 31457 | UNDETERMINED* | EXHIBIT A |
| 19 | BAGWELL, THOMAS LEROY | 32464 | UNDETERMINED* | EXHIBIT A |
| 20 | BAKER, KIM AARON | 31458 | UNDETERMINED* | EXHIBIT A |
| 21 | BAKER, MICHAEL TERRY | 32465 | UNDETERMINED* | EXHIBIT A |
| 22 | BAKER, NELSON CONWAY | 32466 | UNDETERMINED* | EXHIBIT A |
| 23 | BAKER, RONALD CECIL | 32467 | UNDETERMINED* | EXHIBIT A |
| 24 | BALLARD, CHARLES E. A. | 32468 | UNDETERMINED* | EXHIBIT A |
| 25 | BALLEW, FLORENCE GALLAMORE | 31227 | UNDETERMINED* | EXHIBIT A |
| 26 | BARBER, JAY DAVID | 31461 | UNDETERMINED* | EXHIBIT A |
| 27 | BARBER, RICHARD BEN, JR. | 32469 | UNDETERMINED* | EXHIBIT A |
| 28 | BARBER, SHANNON N. | 31228 | UNDETERMINED* | EXHIBIT A |
| 29 | BARBOUR, MICHAEL STEPHEN | 31460 | UNDETERMINED* | EXHIBIT A |
| 30 | BARFIELD, JESSE HORTON | 32470 | UNDETERMINED* | EXHIBIT A |
| 31 | BARNES, DENNIS WAYNE | 32471 | UNDETERMINED* | EXHIBIT A |
| 32 | BARNES, GILBERT | 32472 | UNDETERMINED* | EXHIBIT A |
| 33 | BARNES, GRADY REGINALD | 31459 | UNDETERMINED* | EXHIBIT A |
| 34 | BARNES, JIMMY RAY | 32473 | UNDETERMINED* | EXHIBIT A |
| 35 | BARNES, SHIRLEY HOLLAND | 31462 | UNDETERMINED* | EXHIBIT A |
| 36 | BARNETTE, JAMES WILLIAM, JR. | 32474 | UNDETERMINED* | EXHIBIT A |
| 37 | BARWICK, KEITH ALFRED | 32475 | UNDETERMINED* | EXHIBIT A |

| 38 | BASINGER, NORMAN R. | 32476 | UNDETERMINED* | EXHIBIT A |
|----|---------------------|-------|---------------|-----------|
| 39 | BATTS, IVEY DUDLEY, JR. | 31463 | UNDETERMINED* | EXHIBIT A |
| 40 | BEACHAM, JAMES WESLEY | 32477 | UNDETERMINED* | EXHIBIT A |
| 41 | BEACHAM, WRENN LEE | 32478 | UNDETERMINED* | EXHIBIT A |
| 42 | BEAVER, DENNIS RANDALL | 32479 | UNDETERMINED* | EXHIBIT A |
| 43 | BECK, ALLEN SHERWOOD | 32480 | UNDETERMINED* | EXHIBIT A |
| 44 | BECKHAM, JAMES WILLIAM | 32481 | UNDETERMINED* | EXHIBIT A |
| 45 | BELL, DONALD LEE | 32482 | UNDETERMINED* | EXHIBIT A |
| 46 | BELL, EVELYN AILEEN | 31229 | UNDETERMINED* | EXHIBIT A |
| 47 | BELL, LESTER JUNIOR | 32483 | UNDETERMINED* | EXHIBIT A |
| 48 | BENSON, BENJAMIN | 32484 | UNDETERMINED* | EXHIBIT A |
| 49 | BENSON, HUBERT DONALD | 32485 | UNDETERMINED* | EXHIBIT A |
| 50 | BEST, DAN KEEVER | 32486 | UNDETERMINED* | EXHIBIT A |
| 51 | BEST, HENRY DAVID | 32487 | UNDETERMINED* | EXHIBIT A |
| 52 | BIGGS, NELVIN REGINA | 31230 | UNDETERMINED* | EXHIBIT A |
| 53 | BIGGS, THOMAS EDWARD | 32488 | UNDETERMINED* | EXHIBIT A |
| 54 | BIRCHFIELD, CHARLES, JR. | 32489 | UNDETERMINED* | EXHIBIT A |
| 55 | BISHOP, WALTER PHILLIP, JR. | 32490 | UNDETERMINED* | EXHIBIT A |
| 56 | BLACK, JOHNNY MOORE | 32491 | UNDETERMINED* | EXHIBIT A |
| 57 | BLACKBURN, JOHN | 31464 | UNDETERMINED* | EXHIBIT A |
| 58 | BLACKMON, DONNA J. | 31231 | UNDETERMINED* | EXHIBIT A |
| 59 | BLACKWELL, SAMUEL AUSTIN | 31465 | UNDETERMINED* | EXHIBIT A |
| 60 | BLAIR, FRANCES DARLENE | 31232 | UNDETERMINED* | EXHIBIT A |
| 61 | BLOMQVIST, CAROLYN H. MIRANDA | 31466 | UNDETERMINED* | EXHIBIT A |
| 62 | BLOMQVIST, WILLIAM | 31467 | UNDETERMINED* | EXHIBIT A |
| 63 | BLUE, CORNELIUS, JR. | 31468 | UNDETERMINED* | EXHIBIT A |
| 64 | BOLICK, CLAYTON RAY | 32492 | UNDETERMINED* | EXHIBIT A |
| 65 | BOLICK, MARCIA EVE ('EVE') | 32493 | UNDETERMINED* | EXHIBIT A |
| 66 | BOONE, ROBERT FRANKLIN | 32494 | UNDETERMINED* | EXHIBIT A |
| 67 | BOWMAN, ARTHUR CLARK | 31469 | UNDETERMINED* | EXHIBIT A |
| 68 | BOWMAN, SHARON | 31470 | UNDETERMINED* | EXHIBIT A |
| 69 | BRADLEY, JAMES CORDELL | 32495 | UNDETERMINED* | EXHIBIT A |
| 70 | BRANCH, JOHN DAVID | 32496 | UNDETERMINED* | EXHIBIT A |
| 71 | BRANCH, TRACY MCCALLUM | 31233 | UNDETERMINED* | EXHIBIT A |
| 72 | BRANHAM, KATHRYN SHIPTON | 31471 | UNDETERMINED* | EXHIBIT A |
| 73 | BRANNON, WATSON DUPREE | 32497 | UNDETERMINED* | EXHIBIT A |
| 74 | BRANYON, ROGER DALE | 32498 | UNDETERMINED* | EXHIBIT A |
| 75 | BRIGHT, BOBBY RAY | 32499 | UNDETERMINED* | EXHIBIT A |
| 76 | BRITT, DENNIS WAYNE | 32500 | UNDETERMINED* | EXHIBIT A |
| 77 | BRITT, KATHY L. | 31234 | UNDETERMINED* | EXHIBIT A |
| 78 | BROCK, GRANGER LEE | 31472 | UNDETERMINED* | EXHIBIT A |
| 79 | BROTHER, FRANCIS VERNON | 32501 | UNDETERMINED* | EXHIBIT A |
| 80 | BROUHARD, JOHN JOSEPH | 32502 | UNDETERMINED* | EXHIBIT A |
| 81 | BROWN, DONALD L., SR., FOR THE ESTATE | 32504 | UNDETERMINED* | EXHIBIT A |
| 82 | BROWN, DONALD LESTER, SR. | 32503 | UNDETERMINED* | EXHIBIT A |
| 83 | BRUCE, LEWIS E., JR. | 32505 | UNDETERMINED* | EXHIBIT A |
| 84 | BRUNTON, RICHARD ALLEN | 32506 | UNDETERMINED* | EXHIBIT A |

| 85 | BUCKNER, LISA | 31473 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 86 | BUIE, GEORGE MARVIN III | 31474 | UNDETERMINED* | EXHIBIT A |
| 87 | BULLARD, HUBERT | 31475 | UNDETERMINED* | EXHIBIT A |
| 88 | BURCH, CONSTANCE LEIGH BROOKS | 31235 | UNDETERMINED* | EXHIBIT A |
| 89 | BURCH, RICHARD KEITH | 32507 | UNDETERMINED* | EXHIBIT A |
| 90 | BURDETTE, EDWARD EARLE | 32508 | UNDETERMINED* | EXHIBIT A |
| 91 | BURGIN, WADDELL HOWARD | 31476 | UNDETERMINED* | EXHIBIT A |
| 92 | BURNETT, DEBRA S | 31236 | UNDETERMINED* | EXHIBIT A |
| 93 | BURNETT, PAUL GETTYS, JR. | 32509 | UNDETERMINED* | EXHIBIT A |
| 94 | BURRIS, JOSEPH CAREY | 32510 | UNDETERMINED* | EXHIBIT A |
| 95 | BUTLER, KENNETH DARNELL | 31477 | UNDETERMINED* | EXHIBIT A |
| 96 | BUTLER, SAMUEL SPENCER | 32511 | UNDETERMINED* | EXHIBIT A |
| 97 | CALDWELL, THOMAS, JR. | 32512 | UNDETERMINED* | EXHIBIT A |
| 98 | CALLAHAN, FRANKLIN DELANO, JR. | 32513 | UNDETERMINED* | EXHIBIT A |
| 99 | CALLIHAN, CHARLES WAYNE | 31478 | UNDETERMINED* | EXHIBIT A |
| 100 | CAMPBELL, JAMES LARRY | 32514 | UNDETERMINED* | EXHIBIT A |
| 101 | CAMPBELL, RODNEY MARCUS | 32515 | UNDETERMINED* | EXHIBIT A |
| 102 | CAMPBELL, ROGER LEE | 32576 | UNDETERMINED* | EXHIBIT A |
| 103 | CARLOTTI, PETER | 31479 | UNDETERMINED* | EXHIBIT A |
| 104 | CAROLL, MICHAEL | 32579 | UNDETERMINED* | EXHIBIT A |
| 105 | CAROLL, WALLACE PRESTON, SR. | 32580 | UNDETERMINED* | EXHIBIT A |
| 106 | CARRIGAN, WAYNE DEAN | 32577 | UNDETERMINED* | EXHIBIT A |
| 107 | CARROLL, CHARLES RUSSELL | 32578 | UNDETERMINED* | EXHIBIT A |
| 108 | CARROLL, LORRI | 31237 | UNDETERMINED* | EXHIBIT A |
| 109 | CARTER, JOHN LEWIS, JR. | 31480 | UNDETERMINED* | EXHIBIT A |
| 110 | CARTER, MICKEY MAHAFFEY | 31238 | UNDETERMINED* | EXHIBIT A |
| 111 | CARTER, NIVEN BURTON | 32581 | UNDETERMINED* | EXHIBIT A |
| 112 | CARVER, LLOYD ANDREW | 32582 | UNDETERMINED* | EXHIBIT A |
| 113 | CASH, CHARLIE HOWARD | 32583 | UNDETERMINED* | EXHIBIT A |
| 114 | CAULDER, TONY LEE | 32584 | UNDETERMINED* | EXHIBIT A |
| 115 | CAUTHEN, BOYCE | 32585 | UNDETERMINED* | EXHIBIT A |
| 116 | CHAMBERS, OTHA L. | 31481 | UNDETERMINED* | EXHIBIT A |
| 117 | CHANDLER, JERRY ANSEL | 32586 | UNDETERMINED* | EXHIBIT A |
| 118 | CHANDLER, LARRY RAYMOND | 32587 | UNDETERMINED* | EXHIBIT A |
| 119 | CHAPMAN, MICHAEL REID | 32588 | UNDETERMINED* | EXHIBIT A |
| 120 | CHAPMAN, TERRY DEAN | 36987 | UNDETERMINED* | EXHIBIT A |
| 121 | CHAVIS, WILLIAM ARTHUR | 32589 | UNDETERMINED* | EXHIBIT A |
| 122 | CHRISTIE, CONNIE | 31239 | UNDETERMINED* | EXHIBIT A |
| 123 | CHRISTIE, LEONARD GARY | 32590 | UNDETERMINED* | EXHIBIT A |
| 124 | CHURCH, CYNTHIA SHAW, FOR THE ESTATE OF | 32591 | UNDETERMINED* | EXHIBIT A |
| 125 | CLARK, DONALD RAY | 32592 | UNDETERMINED* | EXHIBIT A |
| 126 | CLARK, HUGH ERVIN | 32593 | UNDETERMINED* | EXHIBIT A |
| 127 | CLARK, MICHAEL DALE | 31482 | UNDETERMINED* | EXHIBIT A |
| 128 | CLAY, HARRY MILTON | 32594 | UNDETERMINED* | EXHIBIT A |
| 129 | CLAY, WANDA G. | 31240 | UNDETERMINED* | EXHIBIT A |
| 130 | CLAYTON, MARCIA REYNOLDS | 31483 | UNDETERMINED* | EXHIBIT A |
| 131 | CLAYTON, WILBUR THOMAS, JR. | 31484 | UNDETERMINED* | EXHIBIT A |

| 132 | COCHRAN, RUSSELL WILLIAM | 32595 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 133 | COCKLIN, PAUL ROGER | 32596 | UNDETERMINED* | EXHIBIT A |
| 134 | CODY, ROBERT DAVID | 32597 | UNDETERMINED* | EXHIBIT A |
| 135 | COLE, FRIEDA S. | 31241 | UNDETERMINED* | EXHIBIT A |
| 136 | COLE, ROBERT EDWARD | 32598 | UNDETERMINED* | EXHIBIT A |
| 137 | COLLINS, JUDY | 31485 | UNDETERMINED* | EXHIBIT A |
| 138 | CONNER, JOSEPH LYLE | 32599 | UNDETERMINED* | EXHIBIT A |
| 139 | COOK, WILLIAM JERRY | 32600 | UNDETERMINED* | EXHIBIT A |
| 140 | COPELAND, CATHIE ARNOLD | 31486 | UNDETERMINED* | EXHIBIT A |
| 141 | COSTNER, CONNIE MICHAEL | 31487 | UNDETERMINED* | EXHIBIT A |
| 142 | COX, STEVEN DEWITT | 32601 | UNDETERMINED* | EXHIBIT A |
| 143 | CRABTREE, EDWARD ALLEN | 32602 | UNDETERMINED* | EXHIBIT A |
| 144 | CRAFT, LARRY JOE | 32603 | UNDETERMINED* | EXHIBIT A |
| 145 | CROSS, JOHN BERNARD | 32604 | UNDETERMINED* | EXHIBIT A |
| 146 | CROUCH, BUCK WAYNE | 32605 | UNDETERMINED* | EXHIBIT A |
| 147 | CROUCH, CHARLES EDWARD | 32606 | UNDETERMINED* | EXHIBIT A |
| 148 | CRUMLEY, EUGENE ROBERT | 32607 | UNDETERMINED* | EXHIBIT A |
| 149 | CRUMPLER, LOUISE | 31488 | UNDETERMINED* | EXHIBIT A |
| 150 | CRUMPLER, ROBERT NOLAN | 31489 | UNDETERMINED* | EXHIBIT A |
| 151 | CRUMPTON, DANNY | 31490 | UNDETERMINED* | EXHIBIT A |
| 152 | CRUMPTON, JOAN | 31491 | UNDETERMINED* | EXHIBIT A |
| 153 | CUNDIFF, RICHARD WARREN | 32608 | UNDETERMINED* | EXHIBIT A |
| 154 | CUNNING, DESIRE | 31242 | UNDETERMINED* | EXHIBIT A |
| 155 | CURTIS, CARNELL OWENS | 36988 | UNDETERMINED* | EXHIBIT A |
| 156 | CURTNER, ALAN PAUL | 31492 | UNDETERMINED* | EXHIBIT A |
| 157 | DAUGHTRY, DAVID ARTHUR | 31493 | UNDETERMINED* | EXHIBIT A |
| 158 | DAVIS, JAMES RONALD | 31494 | UNDETERMINED* | EXHIBIT A |
| 159 | DAVIS, JAN THOMAS | 32609 | UNDETERMINED* | EXHIBIT A |
| 160 | DAVIS, JEFFREY KENT | 31495 | UNDETERMINED* | EXHIBIT A |
| 161 | DAVIS, MELISSA TATHAM | 31243 | UNDETERMINED* | EXHIBIT A |
| 162 | DAVIS, MICHAEL R. | 31496 | UNDETERMINED* | EXHIBIT A |
| 163 | DEATON, RONALD FAYE | 32610 | UNDETERMINED* | EXHIBIT A |
| 164 | DEHART, KIM MOTSINGER | 31244 | UNDETERMINED* | EXHIBIT A |
| 165 | DEHART, PERCIVAL RAYMOND | 32611 | UNDETERMINED* | EXHIBIT A |
| 166 | DENNING, EDITH BAKER | 31497 | UNDETERMINED* | EXHIBIT A |
| 167 | DEPEW, PAMELA | 31245 | UNDETERMINED* | EXHIBIT A |
| 168 | DEPEW, PAMELA ABSHER, FOR THE ESTATE OF | 32612 | UNDETERMINED* | EXHIBIT A |
| 169 | DEWAL, ELAINE W. | 31246 | UNDETERMINED* | EXHIBIT A |
| 170 | DEWALT, ELAINE W., FOR THE ESTATE OF | 32613 | UNDETERMINED* | EXHIBIT A |
| 171 | DEXTER, MARY | 31247 | UNDETERMINED* | EXHIBIT A |
| 172 | DEXTER, PAUL D. | 31498 | UNDETERMINED* | EXHIBIT A |
| 173 | DEYOUNG, LAWRENCE | 31499 | UNDETERMINED* | EXHIBIT A |
| 174 | DEYOUNG, RUTH | 31500 | UNDETERMINED* | EXHIBIT A |
| 175 | DICKENS, DARELL LEE | 32614 | UNDETERMINED* | EXHIBIT A |
| 176 | DICKENS, KATIE | 31248 | UNDETERMINED* | EXHIBIT A |
| 177 | DIXON, JERRY R. | 31501 | UNDETERMINED* | EXHIBIT A |
| 178 | DOOLITTLE, DORIS JEAN, FOR THE ESTATE OF | 32615 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 179 | DOSTER, CARL JACKSON | 32616 | UNDETERMINED* | EXHIBIT A |
| 180 | DOTSON, JOHN ARMON, JR. | 32617 | UNDETERMINED* | EXHIBIT A |
| 181 | DRAKE, RANDALL FRANCIS | 32618 | UNDETERMINED* | EXHIBIT A |
| 182 | DUDLEY, SHARON | 31502 | UNDETERMINED* | EXHIBIT A |
| 183 | DUNAGAN, WAYNE JERRELL | 32619 | UNDETERMINED* | EXHIBIT A |
| 184 | DYCKMAN, ANNELL ELDERDICE | 31503 | UNDETERMINED* | EXHIBIT A |
| 185 | DYCKMAN, MORRIS CHARLES | 31504 | UNDETERMINED* | EXHIBIT A |
| 186 | DYSON, JOSEPH, JR. | 31505 | UNDETERMINED* | EXHIBIT A |
| 187 | EARLEY, JERRY MICHAEL | 32620 | UNDETERMINED* | EXHIBIT A |
| 188 | EARLS, JAMES ROBERT | 32621 | UNDETERMINED* | EXHIBIT A |
| 189 | EARLY, BETTY TINLEY | 31249 | UNDETERMINED* | EXHIBIT A |
| 190 | EARLY, RICHARD NORMAN | 32622 | UNDETERMINED* | EXHIBIT A |
| 191 | EASON, JASPER | 31506 | UNDETERMINED* | EXHIBIT A |
| 192 | EDWARDS, CHARLES LEE | 32623 | UNDETERMINED* | EXHIBIT A |
| 193 | EDWARDS, EDDIE TRAVIS | 31507 | UNDETERMINED* | EXHIBIT A |
| 194 | EDWARDS, GEORGE C. | 31508 | UNDETERMINED* | EXHIBIT A |
| 195 | EDWARDS, KATHERINE C. | 31250 | UNDETERMINED* | EXHIBIT A |
| 196 | EDWARDS, WENDY JOHNS | 31251 | UNDETERMINED* | EXHIBIT A |
| 197 | ELLIE, CHERYL H. CHERIE | 31252 | UNDETERMINED* | EXHIBIT A |
| 198 | ELLIS, BILLY JOE | 32624 | UNDETERMINED* | EXHIBIT A |
| 199 | ELLIS, MILLARD RAY | 31509 | UNDETERMINED* | EXHIBIT A |
| 200 | ELMORE, JOE NATHAN | 32625 | UNDETERMINED* | EXHIBIT A |
| 201 | ELMORE, LINDA | 31253 | UNDETERMINED* | EXHIBIT A |
| 202 | ENGLERT, CARL HENRY | 31510 | UNDETERMINED* | EXHIBIT A |
| 203 | ESTES, LARYY THOMAS | 31511 | UNDETERMINED* | EXHIBIT A |
| 204 | ESTRIDGE, LINDA GASTON | 31254 | UNDETERMINED* | EXHIBIT A |
| 205 | ESTRIDGE, THOMAS JACK | 31512 | UNDETERMINED* | EXHIBIT A |
| 206 | EVANS, GROVER EARL | 32626 | UNDETERMINED* | EXHIBIT A |
| 207 | EVERSON, STEVEN NEAL | 31513 | UNDETERMINED* | EXHIBIT A |
| 208 | FAGGART, BILLY MAC | 31514 | UNDETERMINED* | EXHIBIT A |
| 209 | FARELL, CHARLES EDWARD | 32630 | UNDETERMINED* | EXHIBIT A |
| 210 | FARLEY, MICHAEL KEITH | 32627 | UNDETERMINED* | EXHIBIT A |
| 211 | FAULKENBERRY, CAROL B. | 31255 | UNDETERMINED* | EXHIBIT A |
| 212 | FAULKENBERRY, JEANETTE | 31256 | UNDETERMINED* | EXHIBIT A |
| 213 | FAULKENBERRY, PAUL BRUCE | 31515 | UNDETERMINED* | EXHIBIT A |
| 214 | FERGUSON, JOHN MARTIN | 32628 | UNDETERMINED* | EXHIBIT A |
| 215 | FERGUSON, MICHAEL WAYNE | 31516 | UNDETERMINED* | EXHIBIT A |
| 216 | FERGUSON, ROBERT DARWIN | 32629 | UNDETERMINED* | EXHIBIT A |
| 217 | FISHER, JAMES ALBERT, JR. | 32631 | UNDETERMINED* | EXHIBIT A |
| 218 | FISHER, SUSAN CAROL | 31517 | UNDETERMINED* | EXHIBIT A |
| 219 | FLEMING, LAWRENCE | 31518 | UNDETERMINED* | EXHIBIT A |
| 220 | FLOYD, ROBERT LEE | 32632 | UNDETERMINED* | EXHIBIT A |
| 221 | FLYNN, FLOYD EUGENE, SR. | 32633 | UNDETERMINED* | EXHIBIT A |
| 222 | FORD, PHILLIP | 31519 | UNDETERMINED* | EXHIBIT A |
| 223 | FORLINES, WILLIAM FRANKLIN | 32634 | UNDETERMINED* | EXHIBIT A |
| 224 | FOUNDS, CARY ALBERT | 32635 | UNDETERMINED* | EXHIBIT A |
| 225 | FOX, ARCHIE LEE | 32696 | UNDETERMINED* | EXHIBIT A |

| 226 | FOX, DIANE D. | 31257 | UNDETERMINED* | EXHIBIT A |
| 227 | FOX, FOSTER | 31520 | UNDETERMINED* | EXHIBIT A |
| 228 | FOX, GLENN | 32697 | UNDETERMINED* | EXHIBIT A |
| 229 | FOX, MICHAEL STEVE | 32698 | UNDETERMINED* | EXHIBIT A |
| 230 | FREEMAN, JOHN ROBERT, JR. | 32699 | UNDETERMINED* | EXHIBIT A |
| 231 | FREEMAN, PATRICIA | 31521 | UNDETERMINED* | EXHIBIT A |
| 232 | FREEMAN, PAUL DOUGLAS | 32700 | UNDETERMINED* | EXHIBIT A |
| 233 | FREEMAN, REBA J. | 31258 | UNDETERMINED* | EXHIBIT A |
| 234 | FRENCH, BILLY RAY | 32701 | UNDETERMINED* | EXHIBIT A |
| 235 | GABALDON, EPITACIO | 32702 | UNDETERMINED* | EXHIBIT A |
| 236 | GADDIS, FRANK LANE | 32703 | UNDETERMINED* | EXHIBIT A |
| 237 | GADNER, WILLIAM NELSON, JR. | 32693 | UNDETERMINED* | EXHIBIT A |
| 238 | GALBREATH, MARSHALL LANE | 32704 | UNDETERMINED* | EXHIBIT A |
| 239 | GALLOWAY, DIANE | 31259 | UNDETERMINED* | EXHIBIT A |
| 240 | GALLOWAY, GARY L. | 31522 | UNDETERMINED* | EXHIBIT A |
| 241 | GAMBLE, BERNARD LEE | 31560 | UNDETERMINED* | EXHIBIT A |
| 242 | GANTT, CALVIN WAYNE | 32705 | UNDETERMINED* | EXHIBIT A |
| 243 | GARNER, ROBERT E. | 32694 | UNDETERMINED* | EXHIBIT A |
| 244 | GARRETT, DAVID ROBERT | 31561 | UNDETERMINED* | EXHIBIT A |
| 245 | GAUSE-MCNAIR, LEE BERTHA | 31562 | UNDETERMINED* | EXHIBIT A |
| 246 | GERRALD, ANTHONY RHETT | 32695 | UNDETERMINED* | EXHIBIT A |
| 247 | GETTYS, PAULINE C., FOR THE STATE OF | 32756 | UNDETERMINED* | EXHIBIT A |
| 248 | GIBSON, COLEY B. | 32757 | UNDETERMINED* | EXHIBIT A |
| 249 | GILBERT, JOSEPH EUGENE | 31563 | UNDETERMINED* | EXHIBIT A |
| 250 | GODFREY, BARBARA M | 34926 | UNDETERMINED* | EXHIBIT A |
| 251 | GODFREY, FLOYD W. | 34925 | UNDETERMINED* | EXHIBIT A |
| 252 | GODFREY, JAMES M | 34928 | UNDETERMINED* | EXHIBIT A |
| 253 | GODFREY, JEFFREY G | 34927 | UNDETERMINED* | EXHIBIT A |
| 254 | GOFORTH, DONALD PHILL | 36989 | UNDETERMINED* | EXHIBIT A |
| 255 | GOFORTH, JAMES DELMER | 32759 | UNDETERMINED* | EXHIBIT A |
| 256 | GOLDBERG, BECKY B. | 31260 | UNDETERMINED* | EXHIBIT A |
| 257 | GORDON, BILLY RAY | 32760 | UNDETERMINED* | EXHIBIT A |
| 258 | GORDON, RONALD ERVIN | 32762 | UNDETERMINED* | EXHIBIT A |
| 259 | GORDON, THERESA D. | 31261.02 | UNDETERMINED* | EXHIBIT B |
| 260 | GORDON, WILMA | 31564 | UNDETERMINED* | EXHIBIT A |
| 261 | GORDON, WILMA M, FOR THE ESTATE OF | 32761 | UNDETERMINED* | EXHIBIT A |
| 262 | GRAHAM, WILLIAM ANDREW | 31565 | UNDETERMINED* | EXHIBIT A |
| 263 | GRANT, LARRY ALVIN | 32763 | UNDETERMINED* | EXHIBIT A |
| 264 | GRAY, JIMMY EDWARD | 31566 | UNDETERMINED* | EXHIBIT A |
| 265 | GRIER, RICHARD | 31523 | UNDETERMINED* | EXHIBIT A |
| 266 | GRIFFIN, JAMES | 31524 | UNDETERMINED* | EXHIBIT A |
| 267 | GURLEY, KIRBY CLEVELAND | 31525 | UNDETERMINED* | EXHIBIT A |
| 268 | HAGAN, CAROLYN E. | 31262 | UNDETERMINED* | EXHIBIT A |
| 269 | HAGAN, JAMES WILLIAM | 32764 | UNDETERMINED* | EXHIBIT A |
| 270 | HAGANS, CALLIE | 31526 | UNDETERMINED* | EXHIBIT A |
| 271 | HAGANS, LYNWOOD | 31527 | UNDETERMINED* | EXHIBIT A |
| 272 | HAGANS, RALPH E. | 31528 | UNDETERMINED* | EXHIBIT A |

| 273 | HALE, CHARLES GEORGE | 32765 | UNDETERMINED* | EXHIBIT A |
| 274 | HALE, GOUNANA | 31263 | UNDETERMINED* | EXHIBIT A |
| 275 | HALL, DONNA SUE KERN | 31264 | UNDETERMINED* | EXHIBIT A |
| 276 | HALL, MURRAY LAWSON | 32766 | UNDETERMINED* | EXHIBIT A |
| 277 | HALL, NATHAN RAYVON | 32767 | UNDETERMINED* | EXHIBIT A |
| 278 | HALL, STEVEN WADE | 32768 | UNDETERMINED* | EXHIBIT A |
| 279 | HARGIS, BEVERLY | 31529 | UNDETERMINED* | EXHIBIT A |
| 280 | HARGIS, TERRY BARKER | 31530 | UNDETERMINED* | EXHIBIT A |
| 281 | HARRIS, LINWOOD D. | 31531 | UNDETERMINED* | EXHIBIT A |
| 282 | HARRIS, MARTHA RACHEL | 31265 | UNDETERMINED* | EXHIBIT A |
| 283 | HARRIS, SHURATT TRAV | 32770 | UNDETERMINED* | EXHIBIT A |
| 284 | HARRISON, DARRELL BRADFORD | 31532 | UNDETERMINED* | EXHIBIT A |
| 285 | HATTEN, CYNTHIA LASTER | 31533 | UNDETERMINED* | EXHIBIT A |
| 286 | HAVICE, DONALD EUGENE | 32771 | UNDETERMINED* | EXHIBIT A |
| 287 | HAYES, SAMUEL PAUL | 31534 | UNDETERMINED* | EXHIBIT A |
| 288 | HAYNES, PAUL RAYMOND | 32772 | UNDETERMINED* | EXHIBIT A |
| 289 | HAYS, JAMES EDWIN | 32773 | UNDETERMINED* | EXHIBIT A |
| 290 | HEGLAR, GRANT NORMAN | 32774 | UNDETERMINED* | EXHIBIT A |
| 291 | HEISKELL, TIMOTHY LEROY | 32775 | UNDETERMINED* | EXHIBIT A |
| 292 | HENDERSON, JACK ALLEN | 31535 | UNDETERMINED* | EXHIBIT A |
| 293 | HENDERSON, JAMES MICHAEL | 32776 | UNDETERMINED* | EXHIBIT A |
| 294 | HENDERSON, MARY | 31266 | UNDETERMINED* | EXHIBIT A |
| 295 | HENDERSON, STANLEY GERALD | 32777 | UNDETERMINED* | EXHIBIT A |
| 296 | HENDRIX, THOMAS PHILLIP | 32778 | UNDETERMINED* | EXHIBIT A |
| 297 | HENLINE, CARL SHELTON | 32779 | UNDETERMINED* | EXHIBIT A |
| 298 | HENRY, ORIE, JR. | 31536 | UNDETERMINED* | EXHIBIT A |
| 299 | HENSLEY, KENNETH C. | 32780 | UNDETERMINED* | EXHIBIT A |
| 300 | HENSON, RONALD LEOLAN | 32781 | UNDETERMINED* | EXHIBIT A |
| 301 | HERRIN, REDA J. | 31267 | UNDETERMINED* | EXHIBIT A |
| 302 | HERRIN, RICKEY DEAN | 32782 | UNDETERMINED* | EXHIBIT A |
| 303 | HERRING, YVONNE B. | 31537 | UNDETERMINED* | EXHIBIT A |
| 304 | HESS, JAMES MICHAEL | 32783 | UNDETERMINED* | EXHIBIT A |
| 305 | HICKERSON, FRANCIE N. | 31538 | UNDETERMINED* | EXHIBIT A |
| 306 | HICKERSON, WAYNE THOMAS | 31539 | UNDETERMINED* | EXHIBIT A |
| 307 | HICKMAN, CARROL WAYNE | 32784 | UNDETERMINED* | EXHIBIT A |
| 308 | HICKS, ARVIN HOWARD, JR. | 32785 | UNDETERMINED* | EXHIBIT A |
| 309 | HIGGINS, WILLIAM KENNETH | 32786 | UNDETERMINED* | EXHIBIT A |
| 310 | HILL, JAMES WALTER | 31540 | UNDETERMINED* | EXHIBIT A |
| 311 | HINES, CHARLES | 31541 | UNDETERMINED* | EXHIBIT A |
| 312 | HINSON, KEVIN OWEN | 32787 | UNDETERMINED* | EXHIBIT A |
| 313 | HITCHCOCK, JOANNA, FOR THE ESTATE OF | 32769 | UNDETERMINED* | EXHIBIT A |
| 314 | HITT, ROBERT FULTON | 32788 | UNDETERMINED* | EXHIBIT A |
| 315 | HOGUE, TROY JR. | 32789 | UNDETERMINED* | EXHIBIT A |
| 316 | HOLBROOK, JAMES MASON | 32790 | UNDETERMINED* | EXHIBIT A |
| 317 | HOLCOMBE, ALFRED | 32791 | UNDETERMINED* | EXHIBIT A |
| 318 | HOLCOMBE, TONY LEE | 32792 | UNDETERMINED* | EXHIBIT A |
| 319 | HONEYCUTT, CONNIE JEWELL MCCRAW | 32793 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 320 | HONEYCUTT, JAMES R., ESQUIRE, FOR THE | 32679 | UNDETERMINED* | EXHIBIT A |
| 321 | HONEYCUTT, JAMES THOMAS | 32794 | UNDETERMINED* | EXHIBIT A |
| 322 | HOOPER, DIANA M. | 31543 | UNDETERMINED* | EXHIBIT A |
| 323 | HOOPER, MELVIN | 31544 | UNDETERMINED* | EXHIBIT A |
| 324 | HORNE, BILLY DEAN, SR. | 32795 | UNDETERMINED* | EXHIBIT A |
| 325 | HORTON, CHARLES WILLIAM | 32796 | UNDETERMINED* | EXHIBIT A |
| 326 | HOUSE, RICKY DUANE | 32797 | UNDETERMINED* | EXHIBIT A |
| 327 | HOWELL, BOBBY LYNN | 31268 | UNDETERMINED* | EXHIBIT A |
| 328 | HOWLE, JUSTIN LEE | 31545 | UNDETERMINED* | EXHIBIT A |
| 329 | HUCKABEE, JOANNE | 32798 | UNDETERMINED* | EXHIBIT A |
| 330 | HUDGINS, JERRY ODELL | 32799 | UNDETERMINED* | EXHIBIT A |
| 331 | HUDGINS, WILMA | 31269 | UNDETERMINED* | EXHIBIT A |
| 332 | HUFFSTICKLER, GUY WILLIAM | 32800 | UNDETERMINED* | EXHIBIT A |
| 333 | HUFFSTICKLER, RUBY THOMAS | 31270 | UNDETERMINED* | EXHIBIT A |
| 334 | HUGGINS, JAMES BOYCE, III | 32801 | UNDETERMINED* | EXHIBIT A |
| 335 | HUGGINS, MARTHA WELSH | 31271 | UNDETERMINED* | EXHIBIT A |
| 336 | HUNT, EDWARD LEE | 31546 | UNDETERMINED* | EXHIBIT A |
| 337 | HUNT, STANFORD | 32802 | UNDETERMINED* | EXHIBIT A |
| 338 | HURD, CLAYTON JAMES | 31547 | UNDETERMINED* | EXHIBIT A |
| 339 | JACKSON, CALVERT | 31548 | UNDETERMINED* | EXHIBIT A |
| 340 | JACKSON, CHARLTON BRETT | 32803 | UNDETERMINED* | EXHIBIT A |
| 341 | JACKSON, JERRY LYNN | 32804 | UNDETERMINED* | EXHIBIT A |
| 342 | JACKSON, LINDA BROWN, FOR THE ESTATE OF | 32806 | UNDETERMINED* | EXHIBIT A |
| 343 | JACKSON, MANUEL | 31549 | UNDETERMINED* | EXHIBIT A |
| 344 | JACKSON, SHIRLEY FAYE BRANHAM | 31550 | UNDETERMINED* | EXHIBIT A |
| 345 | JACOBS, JAMES BRESTWOOD | 31551 | UNDETERMINED* | EXHIBIT A |
| 346 | JACOBS, VICTORIA | 31552 | UNDETERMINED* | EXHIBIT A |
| 347 | JAMES, FRIENDLY CARROLL, JR. | 31553 | UNDETERMINED* | EXHIBIT A |
| 348 | JAMES, GEORGIA E. | 31272 | UNDETERMINED* | EXHIBIT A |
| 349 | JARVIS, GRAHAM | 31554 | UNDETERMINED* | EXHIBIT A |
| 350 | JEFFERIES, RONALD E. | 31555 | UNDETERMINED* | EXHIBIT A |
| 351 | JEFFERS, DENNIS WINFRED | 31556 | UNDETERMINED* | EXHIBIT A |
| 352 | JEFFERS, HOWARD H. | 31557 | UNDETERMINED* | EXHIBIT A |
| 353 | JEFFERS, OLLIE | 31558 | UNDETERMINED* | EXHIBIT A |
| 354 | JENNINGS, RITA N., FOR THE ESTATE | 32805 | UNDETERMINED* | EXHIBIT A |
| 355 | JERNIGAN, DAVID WARREN, JR. | 31559 | UNDETERMINED* | EXHIBIT A |
| 356 | JOHNSON, LINDA BROWN | 31273 | UNDETERMINED* | EXHIBIT A |
| 357 | JOHNSON, ROBERT MICHAEL | 31567 | UNDETERMINED* | EXHIBIT A |
| 358 | JOHNSON, SAM MOODY | 32807 | UNDETERMINED* | EXHIBIT A |
| 359 | JONES, CHRISTINE ISENHOW | 31274 | UNDETERMINED* | EXHIBIT A |
| 360 | JONES, COLONEL ANDREW | 32808 | UNDETERMINED* | EXHIBIT A |
| 361 | JONES, GARRY LYNN | 32809 | UNDETERMINED* | EXHIBIT A |
| 362 | JONES, HERSHAL HAYNES | 32810 | UNDETERMINED* | EXHIBIT A |
| 363 | JONES, JAMES HAROLD | 32811 | UNDETERMINED* | EXHIBIT A |
| 364 | JONES, JOE NATHAN | 32812 | UNDETERMINED* | EXHIBIT A |
| 365 | JONES, NEAL RAY | 31568 | UNDETERMINED* | EXHIBIT A |
| 366 | JONES, PATRICIA CLARY | 31275 | UNDETERMINED* | EXHIBIT A |

| 367 | JORDAN, EARNEST D. | 32813 | UNDETERMINED* | EXHIBIT A |
|-----|-------------------|-------|---------------|-----------|
| 368 | JOY, HENRY GRADY, JR. | 32814 | UNDETERMINED* | EXHIBIT A |
| 369 | JUSTUS, CLAYBON JOSEPH | 32815 | UNDETERMINED* | EXHIBIT A |
| 370 | KALLAM, JIMMIE LEE | 32847 | UNDETERMINED* | EXHIBIT A |
| 371 | KEEVER, RANDY ARCHIE | 32706 | UNDETERMINED* | EXHIBIT A |
| 372 | KEEVER, TERRY WILSON | 31276 | UNDETERMINED* | EXHIBIT A |
| 373 | KEEVER, THOMAS ROGER | 32707 | UNDETERMINED* | EXHIBIT A |
| 374 | KELLER, STEVEN JOSEPH | 32708 | UNDETERMINED* | EXHIBIT A |
| 375 | KELLEY, HENRY LOUIS | 32710 | UNDETERMINED* | EXHIBIT A |
| 376 | KENNINGTON, ESTHER ROBINSON | 31277 | UNDETERMINED* | EXHIBIT A |
| 377 | KENNINGTON, MARTIN GORDON | 32709 | UNDETERMINED* | EXHIBIT A |
| 378 | KNIGHT, JARVIS, JR. | 32711 | UNDETERMINED* | EXHIBIT A |
| 379 | KNIGHT, JOE RANDALL | 32712 | UNDETERMINED* | EXHIBIT A |
| 380 | KNIGHT, JOE REECE | 32713 | UNDETERMINED* | EXHIBIT A |
| 381 | KRUEGER, RICHARD GUSTAVE | 32714 | UNDETERMINED* | EXHIBIT A |
| 382 | LACEWELL, NATHANIEL | 31569 | UNDETERMINED* | EXHIBIT A |
| 383 | LAIL, PATSY NOLEN | 31278 | UNDETERMINED* | EXHIBIT A |
| 384 | LAIL, ROBERT MICHAEL | 32715 | UNDETERMINED* | EXHIBIT A |
| 385 | LAMBETH, JERRY WAYNE | 32716 | UNDETERMINED* | EXHIBIT A |
| 386 | LANE, ALICE FAYE | 31570 | UNDETERMINED* | EXHIBIT A |
| 387 | LANE, J.W. | 31571 | UNDETERMINED* | EXHIBIT A |
| 388 | LANKFORD, KENNETH MARK | 32717 | UNDETERMINED* | EXHIBIT A |
| 389 | LASTER, STARLENE DONNESE | 31572 | UNDETERMINED* | EXHIBIT A |
| 390 | LAWS, WILLARD JUNIOR | 32718 | UNDETERMINED* | EXHIBIT A |
| 391 | LAWSON, ALTON | 31573 | UNDETERMINED* | EXHIBIT A |
| 392 | LAWSON, JUDITH B. | 31574 | UNDETERMINED* | EXHIBIT A |
| 393 | LEE HOLLAND, CLEDIA DELORIS | 31542 | UNDETERMINED* | EXHIBIT A |
| 394 | LEE, JAMES SHERWOOD | 31575 | UNDETERMINED* | EXHIBIT A |
| 395 | LEONARD, JOHN RANDALL | 32719 | UNDETERMINED* | EXHIBIT A |
| 396 | LEONARD, MILDRED T. | 31279 | UNDETERMINED* | EXHIBIT A |
| 397 | LEONARD, PAUL G. | 32720 | UNDETERMINED* | EXHIBIT A |
| 398 | LEWIS, ROBERT DEWEY | 32721 | UNDETERMINED* | EXHIBIT A |
| 399 | LEWIS, RONNIE GENE, SR. | 32722 | UNDETERMINED* | EXHIBIT A |
| 400 | LITTLE, KATHY B. | 31280 | UNDETERMINED* | EXHIBIT A |
| 401 | LITTLE, LARRY JASON | 32723 | UNDETERMINED* | EXHIBIT A |
| 402 | LITTLE, WAYNE DOUGLAS | 32724 | UNDETERMINED* | EXHIBIT A |
| 403 | LOCKLEAR, BARBARA DEAN | 31576 | UNDETERMINED* | EXHIBIT A |
| 404 | LOCKLEAR, BRANTLEY | 31577 | UNDETERMINED* | EXHIBIT A |
| 405 | LOCKLEAR, HUBERT | 31578 | UNDETERMINED* | EXHIBIT A |
| 406 | LOCKLEAR, LACY GENE | 32725 | UNDETERMINED* | EXHIBIT A |
| 407 | LONG, ROBERT LEE | 32726 | UNDETERMINED* | EXHIBIT A |
| 408 | LOWDER, DAVID COLUMBUS | 32727 | UNDETERMINED* | EXHIBIT A |
| 409 | LOWE, BOONE BEVERLY | 32728 | UNDETERMINED* | EXHIBIT A |
| 410 | LOWE, SYLVIA C. | 31281 | UNDETERMINED* | EXHIBIT A |
| 411 | LOWE, TED EDGAR | 32729 | UNDETERMINED* | EXHIBIT A |
| 412 | LUCAS, JIMMY RAY, JR. | 31579 | UNDETERMINED* | EXHIBIT A |
| 413 | LYNCH, JAMES CHARLES | 32730 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 414 | MACK, ABRAHAM, JR. | 31580 | UNDETERMINED* | EXHIBIT A |
| 415 | MACKINNON, HOWARD ARTHUR | 32731 | UNDETERMINED* | EXHIBIT A |
| 416 | MACKINNON, VERONICA | 31581 | UNDETERMINED* | EXHIBIT A |
| 417 | MALOTT, JAMES THEODORE | 31582 | UNDETERMINED* | EXHIBIT A |
| 418 | MARSHBURN, ROBERT EARL | 31583 | UNDETERMINED* | EXHIBIT A |
| 419 | MASSINGILLE, THOMAS GLEN | 32732 | UNDETERMINED* | EXHIBIT A |
| 420 | MATHIS, PATRICIA DOWDY | 31584 | UNDETERMINED* | EXHIBIT A |
| 421 | MATHIS, RAYMOND LEE | 31585 | UNDETERMINED* | EXHIBIT A |
| 422 | MATTHEWS, JOHN EARL | 31586 | UNDETERMINED* | EXHIBIT A |
| 423 | MCALISTER, MARY M. NEE HOOPER | 31282 | UNDETERMINED* | EXHIBIT A |
| 424 | MCALISTER, ROBERT EUGENE | 32733 | UNDETERMINED* | EXHIBIT A |
| 425 | MCCAA, GEORGE CLINTON | 32734 | UNDETERMINED* | EXHIBIT A |
| 426 | MCCAA, JANETTE S. | 31283 | UNDETERMINED* | EXHIBIT A |
| 427 | MCCRIMMON, NATHAN | 31587 | UNDETERMINED* | EXHIBIT A |
| 428 | MCDANIEL, CHARLEY THOMAS | 31588 | UNDETERMINED* | EXHIBIT A |
| 429 | MCDONALD, JOHNNY STEVEN | 32735 | UNDETERMINED* | EXHIBIT A |
| 430 | MCDONALD, SAMUEL DRAYTON | 32736 | UNDETERMINED* | EXHIBIT A |
| 431 | MCFADDEN, GERALD DONALD | 32737 | UNDETERMINED* | EXHIBIT A |
| 432 | MCGINNIS, JERRY | 31589 | UNDETERMINED* | EXHIBIT A |
| 433 | MCGINNIS, NELLIE | 31590 | UNDETERMINED* | EXHIBIT A |
| 434 | MCGIRT, CAROLYN | 31591 | UNDETERMINED* | EXHIBIT A |
| 435 | MCGIRT, GREGORY | 31592 | UNDETERMINED* | EXHIBIT A |
| 436 | MCKEOWN, TERRY MAX | 32738 | UNDETERMINED* | EXHIBIT A |
| 437 | MCKINNEY, EARL DEAN | 32739 | UNDETERMINED* | EXHIBIT A |
| 438 | MCKINNEY, LUKE EDWARD, SR. | 31593 | UNDETERMINED* | EXHIBIT A |
| 439 | MCLAMB, PAUL MITCHELL, SR. | 32740 | UNDETERMINED* | EXHIBIT A |
| 440 | MCLANE, RANDALL KEITH | 31594 | UNDETERMINED* | EXHIBIT A |
| 441 | MCLANE, REBECCA REID | 31284 | UNDETERMINED* | EXHIBIT A |
| 442 | MCLEMORE, JOSEPH COLEMAN | 31595 | UNDETERMINED* | EXHIBIT A |
| 443 | MCMILLAN, FRED RICHARD, SR. | 32741 | UNDETERMINED* | EXHIBIT A |
| 444 | MCMILLAN, JO ANN | 31285 | UNDETERMINED* | EXHIBIT A |
| 445 | MEADOWS, WILLIE JOE | 32742 | UNDETERMINED* | EXHIBIT A |
| 446 | MEADOWS, WILLIE LEROY | 32743 | UNDETERMINED* | EXHIBIT A |
| 447 | MELTON, JAMES DOWELL, JR. | 32744 | UNDETERMINED* | EXHIBIT A |
| 448 | MENDENHALL, JEFFREY BARTON | 32745 | UNDETERMINED* | EXHIBIT A |
| 449 | MILLER, CHARLES DAVID | 32746 | UNDETERMINED* | EXHIBIT A |
| 450 | MILLER, LINDWOOD, JR. | 32747 | UNDETERMINED* | EXHIBIT A |
| 451 | MILLER, STEVE JOEL | 31596 | UNDETERMINED* | EXHIBIT A |
| 452 | MILLER, TERESA COBLE | 31286 | UNDETERMINED* | EXHIBIT A |
| 453 | MILLER, TERESA COBLE FOR THE ESTATE OF | 32748 | UNDETERMINED* | EXHIBIT A |
| 454 | MILLER, WAYNE ALLEN | 31597 | UNDETERMINED* | EXHIBIT A |
| 455 | MITCHELL, STANLEY LEE | 31598 | UNDETERMINED* | EXHIBIT A |
| 456 | MITCHELL, THOMAS AUBREY, JR. | 31599 | UNDETERMINED* | EXHIBIT A |
| 457 | MOFFITT, JANICE S. | 31287 | UNDETERMINED* | EXHIBIT A |
| 458 | MOFFITT, JEFFREY NEAL | 31600 | UNDETERMINED* | EXHIBIT A |
| 459 | MOONEY, RANDY DEANE | 32749 | UNDETERMINED* | EXHIBIT A |
| 460 | MOORE, CATHERINE MALINDA | 31601 | UNDETERMINED* | EXHIBIT A |

| 461 | MOORE, ELSIE | 31288 | UNDETERMINED* | EXHIBIT A |
| 462 | MOORE, ERTLE | 31602 | UNDETERMINED* | EXHIBIT A |
| 463 | MOORE, HAZLEY ALTON | 31603 | UNDETERMINED* | EXHIBIT A |
| 464 | MOORE, LINWOOD | 31604 | UNDETERMINED* | EXHIBIT A |
| 465 | MOORE, ROBERT DAVID | 32750 | UNDETERMINED* | EXHIBIT A |
| 466 | MORGAN, ROBERT MCKAY, JR. | 31605 | UNDETERMINED* | EXHIBIT A |
| 467 | MORRIS, JAMES RICHARD | 32751 | UNDETERMINED* | EXHIBIT A |
| 468 | MOSLEY, CARL EDWARD | 32752 | UNDETERMINED* | EXHIBIT A |
| 469 | MOSS, MILES RICKEY | 32753 | UNDETERMINED* | EXHIBIT A |
| 470 | MOTE, RUEBEN | 31606 | UNDETERMINED* | EXHIBIT A |
| 471 | MOZINGO, BONNIE | 31607 | UNDETERMINED* | EXHIBIT A |
| 472 | MOZINGO, GORDON | 31608 | UNDETERMINED* | EXHIBIT A |
| 473 | MULLINAX, TERRY HANSEL | 32754 | UNDETERMINED* | EXHIBIT A |
| 474 | MUNDAY, RONALD DEAN | 31609 | UNDETERMINED* | EXHIBIT A |
| 475 | MURPHY, ALBERT HERSTON | 32755 | UNDETERMINED* | EXHIBIT A |
| 476 | NEAL, RICHARD WAYNE | 32816 | UNDETERMINED* | EXHIBIT A |
| 477 | NETTLES, GREGORY CHARLES, SR. | 31610 | UNDETERMINED* | EXHIBIT A |
| 478 | NEWELL, KIRBY LEE | 32817 | UNDETERMINED* | EXHIBIT A |
| 479 | NEWTON, BRENDA | 31611 | UNDETERMINED* | EXHIBIT A |
| 480 | NEWTON, CHARLES BENJAMIN | 31612 | UNDETERMINED* | EXHIBIT A |
| 481 | NEWTON, HERMAN P. | 31613 | UNDETERMINED* | EXHIBIT A |
| 482 | NICHOLSON, RICHARD ESTEE | 32818 | UNDETERMINED* | EXHIBIT A |
| 483 | NOLEN, NORMAN JEFFERSON | 32819 | UNDETERMINED* | EXHIBIT A |
| 484 | NORWOOD, CAROL | 31614 | UNDETERMINED* | EXHIBIT A |
| 485 | NORWOOD, HARRY B. | 31615 | UNDETERMINED* | EXHIBIT A |
| 486 | O'DELL, GENE PHILLIP | 32820 | UNDETERMINED* | EXHIBIT A |
| 487 | OLIVER, JEROME | 32821 | UNDETERMINED* | EXHIBIT A |
| 488 | OLIVER, LENWOOD LEE | 32822 | UNDETERMINED* | EXHIBIT A |
| 489 | OSBORNE, DONALD WILLIAM, JR. | 32823 | UNDETERMINED* | EXHIBIT A |
| 490 | O'TOOLE, WARREN EUGENE | 31616 | UNDETERMINED* | EXHIBIT A |
| 491 | OTTINGER, HARLEY RAY | 32824 | UNDETERMINED* | EXHIBIT A |
| 492 | OUTLAW, BETTY R. | 31289 | UNDETERMINED* | EXHIBIT A |
| 493 | OUTLAW, HARVEY LEON | 32825 | UNDETERMINED* | EXHIBIT A |
| 494 | OUTLAW, JOSEPH SAMUEL | 32826 | UNDETERMINED* | EXHIBIT A |
| 495 | OWENS, RICHARD ALLEN | 31617 | UNDETERMINED* | EXHIBIT A |
| 496 | OXENDINE, HUDELL | 32827 | UNDETERMINED* | EXHIBIT A |
| 497 | PAYNE, MITCHELL RONALD | 31618 | UNDETERMINED* | EXHIBIT A |
| 498 | PEEBLES, GEORGE KEITH | 32828 | UNDETERMINED* | EXHIBIT A |
| 499 | PENNINGTON, WALTER ALVIN, SR. | 31619 | UNDETERMINED* | EXHIBIT A |
| 500 | PERGERSON, RICKY ALLEN | 32829 | UNDETERMINED* | EXHIBIT A |
| 501 | PHILLIP, FRANKIE C. | 31620 | UNDETERMINED* | EXHIBIT A |
| 502 | PHILLIPS, BOBBY RAY | 32830 | UNDETERMINED* | EXHIBIT A |
| 503 | PHILLIPS, JOE EDWARD | 32831 | UNDETERMINED* | EXHIBIT A |
| 504 | PHILLIPS, JOHNNY WAYNE | 32832 | UNDETERMINED* | EXHIBIT A |
| 505 | PHILLIPS, RUTH JANICE | 31290 | UNDETERMINED* | EXHIBIT A |
| 506 | PICKENS, SAMUEL AUGUSTUS | 32833 | UNDETERMINED* | EXHIBIT A |
| 507 | PITTMAN, ROY LEE | 32834 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 508 | PLEASANT, SYLVIA MICHAEL | 32835 | UNDETERMINED* | EXHIBIT A |
| 509 | PLYLER, ARTHUR TERRENCE | 31621 | UNDETERMINED* | EXHIBIT A |
| 510 | PLYLER, JERRY ROLAND | 32836 | UNDETERMINED* | EXHIBIT A |
| 511 | POINDEXTER, JAMES ELMER, SR. | 31622 | UNDETERMINED* | EXHIBIT A |
| 512 | PONDER, MARYANN WICKLEY | 31291 | UNDETERMINED* | EXHIBIT A |
| 513 | POOLE, JENNIFER SIMMONS | 31623 | UNDETERMINED* | EXHIBIT A |
| 514 | POOLE, JERRY WAYNE | 31624 | UNDETERMINED* | EXHIBIT A |
| 515 | PORTER, LESTER JOHN | 32837 | UNDETERMINED* | EXHIBIT A |
| 516 | POWELL, CLARA S. | 31292 | UNDETERMINED* | EXHIBIT A |
| 517 | POWELL, LARRY WAYNE | 32838 | UNDETERMINED* | EXHIBIT A |
| 518 | PRESSLEY, JAMES STANLEY | 32839 | UNDETERMINED* | EXHIBIT A |
| 519 | PRIVETTE, GRADY LEE | 32840 | UNDETERMINED* | EXHIBIT A |
| 520 | PROCTOR, DEWEY | 32841 | UNDETERMINED* | EXHIBIT A |
| 521 | PROCTOR, DIANNE H. | 31293 | UNDETERMINED* | EXHIBIT A |
| 522 | QUINTON, BLAINE EUGENE, SR. | 32842 | UNDETERMINED* | EXHIBIT A |
| 523 | QUINTON, WANDA CAMP | 31294 | UNDETERMINED* | EXHIBIT A |
| 524 | RADFORD, PAULA OLIVER | 31295 | UNDETERMINED* | EXHIBIT A |
| 525 | RADFORD, TERRY ALBERT | 32843 | UNDETERMINED* | EXHIBIT A |
| 526 | RANDOLPH, JAMES CARROLL | 31625 | UNDETERMINED* | EXHIBIT A |
| 527 | RANKIN, MICHAEL EASON | 32844 | UNDETERMINED* | EXHIBIT A |
| 528 | RANKIN, TERESA OWENSBY | 31296 | UNDETERMINED* | EXHIBIT A |
| 529 | REED, GARY LEE | 32845 | UNDETERMINED* | EXHIBIT A |
| 530 | RHODES, TONY LEE | 32846 | UNDETERMINED* | EXHIBIT A |
| 531 | RHYNE, THOMAS SYLVANUS, III | 31626 | UNDETERMINED* | EXHIBIT A |
| 532 | RICE, CHARLES LEE | 31627 | UNDETERMINED* | EXHIBIT A |
| 533 | RICH, JAMES HOUSTON, SR. | 32848 | UNDETERMINED* | EXHIBIT A |
| 534 | RICHARDSON, JIMMY GAIL | 31628 | UNDETERMINED* | EXHIBIT A |
| 535 | RIDENHOUR, FRANKIE G. | 31629 | UNDETERMINED* | EXHIBIT A |
| 536 | RISING, FURNEY F. | 31630 | UNDETERMINED* | EXHIBIT A |
| 537 | RISING, LINDA | 31631 | UNDETERMINED* | EXHIBIT A |
| 538 | RITCHIE, DONALD GLENN | 32849 | UNDETERMINED* | EXHIBIT A |
| 539 | RIVERS, TONY JEROME | 32850 | UNDETERMINED* | EXHIBIT A |
| 540 | ROARK, JAMES LONNIE | 32851 | UNDETERMINED* | EXHIBIT A |
| 541 | ROBERTS, DONALD RAY | 32645 | UNDETERMINED* | EXHIBIT A |
| 542 | ROBERTS, LORETTA GAIL | 31297 | UNDETERMINED* | EXHIBIT A |
| 543 | ROBERTS, STEVEN DOUGLAS | 32646 | UNDETERMINED* | EXHIBIT A |
| 544 | ROBERTSON, MARTIN DOYLE | 32647 | UNDETERMINED* | EXHIBIT A |
| 545 | ROBINSON, CARL ELLIS | 32648 | UNDETERMINED* | EXHIBIT A |
| 546 | ROBINSON, CARL L, JR. | 32649 | UNDETERMINED* | EXHIBIT A |
| 547 | ROBINSON, DAVID ALLEN | 32650 | UNDETERMINED* | EXHIBIT A |
| 548 | ROBINSON, JOHN DANIEL | 31632 | UNDETERMINED* | EXHIBIT A |
| 549 | ROBINSON, JOSEPH DENVER | 31633 | UNDETERMINED* | EXHIBIT A |
| 550 | ROBINSON, JOSIE | 31634 | UNDETERMINED* | EXHIBIT A |
| 551 | ROBINSON, RICHARD ERNEST | 32651 | UNDETERMINED* | EXHIBIT A |
| 552 | ROBINSON, RUSELL JAMES EUGENE | 32652 | UNDETERMINED* | EXHIBIT A |
| 553 | ROCK, JETER WAYNE | 32653 | UNDETERMINED* | EXHIBIT A |
| 554 | ROGERS, ERNEST, JR. | 32654 | UNDETERMINED* | EXHIBIT A |

| 555 | ROOKS, CHARLES WAYNE | 31635 | UNDETERMINED* | EXHIBIT A |
|-----|---------------------|-------|---------------|-----------|
| 556 | ROOKS, RONALD FLOYD | 32655 | UNDETERMINED* | EXHIBIT A |
| 557 | ROSS, ANNE W. | 31298 | UNDETERMINED* | EXHIBIT A |
| 558 | ROSS, BARBARA BRADY | 31638 | UNDETERMINED* | EXHIBIT A |
| 559 | ROSS, CHRIS | 31637 | UNDETERMINED* | EXHIBIT A |
| 560 | ROSS, JOE MCBREARTY | 32656 | UNDETERMINED* | EXHIBIT A |
| 561 | ROSS, LARRY JOE | 32657 | UNDETERMINED* | EXHIBIT A |
| 562 | ROWE, ANDREW DELL | 32658 | UNDETERMINED* | EXHIBIT A |
| 563 | RYAN, KEVIN FRANCIS PATRICK | 31639 | UNDETERMINED* | EXHIBIT A |
| 564 | RYLOTT, DAVID RONALD | 31640 | UNDETERMINED* | EXHIBIT A |
| 565 | SANE, WALTER CRISTOPHER, JR. | 32659 | UNDETERMINED* | EXHIBIT A |
| 566 | SARVIS, MARJORIE POWELL | 31299 | UNDETERMINED* | EXHIBIT A |
| 567 | SARVIS, SAMUEL NATHAN | 32660 | UNDETERMINED* | EXHIBIT A |
| 568 | SAUNDERS, JAMES AUBREY | 32661 | UNDETERMINED* | EXHIBIT A |
| 569 | SCHNEIDER, JOHN FRANK | 32662 | UNDETERMINED* | EXHIBIT A |
| 570 | SCOTT, DONALD TOMPKINS | 32663 | UNDETERMINED* | EXHIBIT A |
| 571 | SCOTT, HAROLD ERNEST | 32664 | UNDETERMINED* | EXHIBIT A |
| 572 | SEARS, EARL GLENN | 32665 | UNDETERMINED* | EXHIBIT A |
| 573 | SELLERS, PETE | 32666 | UNDETERMINED* | EXHIBIT A |
| 574 | SELLERS, WANDA SOLES | 31300 | UNDETERMINED* | EXHIBIT A |
| 575 | SHANKLE, EARL WAYNE | 32667 | UNDETERMINED* | EXHIBIT A |
| 576 | SHELNUT, JOHNNY AUGUSTUS | 32668 | UNDETERMINED* | EXHIBIT A |
| 577 | SHELTON, WILLIAM BAILEY | 32669 | UNDETERMINED* | EXHIBIT A |
| 578 | SHERIFF, LYNN KEASLER | 32670 | UNDETERMINED* | EXHIBIT A |
| 579 | SHIRKEY, RALPH KEETER | 32671 | UNDETERMINED* | EXHIBIT A |
| 580 | SHIRLEY, JAMES MITCHELL | 32672 | UNDETERMINED* | EXHIBIT A |
| 581 | SHOLAR, JAMIE | 31301 | UNDETERMINED* | EXHIBIT A |
| 582 | SHURLEY, JACKIE CLIFFORD | 32673 | UNDETERMINED* | EXHIBIT A |
| 583 | SIGMON, MARGARET | 31302 | UNDETERMINED* | EXHIBIT A |
| 584 | SIGMON, MICHAEL RAY | 32674 | UNDETERMINED* | EXHIBIT A |
| 585 | SIMPSON, JAMES EDWARD | 32675 | UNDETERMINED* | EXHIBIT A |
| 586 | SIMPSON, ROBERT ALLEN | 32676 | UNDETERMINED* | EXHIBIT A |
| 587 | SINGLETON, VIRGINIA R | 31303 | UNDETERMINED* | EXHIBIT A |
| 588 | SINGLETON, VIRGINIA RUSH, FOR THE ESTATE | 32677 | UNDETERMINED* | EXHIBIT A |
| 589 | SIZEMORE, JAMES CALVIN | 32678 | UNDETERMINED* | EXHIBIT A |
| 590 | SKELTON, JANET | 31636 | UNDETERMINED* | EXHIBIT A |
| 591 | SKELTON, SHELBY | 31641 | UNDETERMINED* | EXHIBIT A |
| 592 | SLOAN, RICHARD HARRISON | 32680 | UNDETERMINED* | EXHIBIT A |
| 593 | SMALL, MICHAEL EDWARD | 32681 | UNDETERMINED* | EXHIBIT A |
| 594 | SMILEY, DANNY WILLARD | 31642 | UNDETERMINED* | EXHIBIT A |
| 595 | SMITH, ANN CAROL | 31304 | UNDETERMINED* | EXHIBIT A |
| 596 | SMITH, GRAHAM ALLEN | 32682 | UNDETERMINED* | EXHIBIT A |
| 597 | SMITH, JAMES DAVID | 32683 | UNDETERMINED* | EXHIBIT A |
| 598 | SMITH, JAMES EDWARD, SR. | 32684 | UNDETERMINED* | EXHIBIT A |
| 599 | SMITH, JAMES ROBERT JR. | 31643 | UNDETERMINED* | EXHIBIT A |
| 600 | SMITH, JERRY REED | 32685 | UNDETERMINED* | EXHIBIT A |
| 601 | SMITH, JOHN ALAN | 31644 | UNDETERMINED* | EXHIBIT A |

470034

| 602 | SMITH, JUDY BREWER | 31305 | UNDETERMINED* | EXHIBIT A |
|-----|--------------------|-------|---------------|-----------|
| 603 | SMITH, KELLY | 31645 | UNDETERMINED* | EXHIBIT A |
| 604 | SMITH, ROBERT SAMUEL | 31646 | UNDETERMINED* | EXHIBIT A |
| 605 | SMITH, STEPHEN ALTON | 31647 | UNDETERMINED* | EXHIBIT A |
| 606 | SMITH, STEPHEN RUTLEDGE | 32686 | UNDETERMINED* | EXHIBIT A |
| 607 | SMITH, TERESA | 31648 | UNDETERMINED* | EXHIBIT A |
| 608 | SMITH, TERRY ALLEN | 32687 | UNDETERMINED* | EXHIBIT A |
| 609 | SOMMERS, WILLIAM | 31649 | UNDETERMINED* | EXHIBIT A |
| 610 | SORENSEN, CHRIS | 31650 | UNDETERMINED* | EXHIBIT A |
| 611 | SORENSEN, LINDA | 31651 | UNDETERMINED* | EXHIBIT A |
| 612 | SORRELLS, JASON VON | 31652 | UNDETERMINED* | EXHIBIT A |
| 613 | SPANN, GERALD KESLER | 32688 | UNDETERMINED* | EXHIBIT A |
| 614 | SPELL, ROBERT EVERETTE | 32689 | UNDETERMINED* | EXHIBIT A |
| 615 | SPENCER, KIRBY EUGENE, JR. | 32690 | UNDETERMINED* | EXHIBIT A |
| 616 | SPENCER, RHONDA BRINSON | 32691 | UNDETERMINED* | EXHIBIT A |
| 617 | SPOONE, LOUIS GAMEZ | 32692 | UNDETERMINED* | EXHIBIT A |
| 618 | SPRY, TIM MCQUINN | 32516 | UNDETERMINED* | EXHIBIT A |
| 619 | ST. LAURENT, ALBERT GEORGE, SR. | 32517 | UNDETERMINED* | EXHIBIT A |
| 620 | STEELE, JOHN THOMAS | 32518 | UNDETERMINED* | EXHIBIT A |
| 621 | STEVENS, EVERETT LEE | 32519 | UNDETERMINED* | EXHIBIT A |
| 622 | STEVENS, JOHN HENRY | 32520 | UNDETERMINED* | EXHIBIT A |
| 623 | STEVENS, KENNETH WARREN | 32521 | UNDETERMINED* | EXHIBIT A |
| 624 | STEWART, JOAN S. | 31306 | UNDETERMINED* | EXHIBIT A |
| 625 | STEWART, PAUL LEWIS | 31653 | UNDETERMINED* | EXHIBIT A |
| 626 | STEWART, SIDNEY, JR. | 32522 | UNDETERMINED* | EXHIBIT A |
| 627 | STEWART, THOMAS ELI | 32523 | UNDETERMINED* | EXHIBIT A |
| 628 | STILWELL, RANDY DAVID | 32524 | UNDETERMINED* | EXHIBIT A |
| 629 | STOWE, SAMUEL | 32525 | UNDETERMINED* | EXHIBIT A |
| 630 | STREET, RANDALL LEWIS | 31654 | UNDETERMINED* | EXHIBIT A |
| 631 | STRICKER, WILLIAM THOMAS | 32526 | UNDETERMINED* | EXHIBIT A |
| 632 | STROUPE, JACKIE THEO | 32527 | UNDETERMINED* | EXHIBIT A |
| 633 | SUMNER, CARROLL JULIAN | 31655 | UNDETERMINED* | EXHIBIT A |
| 634 | SUTTON, GWENDOLYN LAMB | 31307 | UNDETERMINED* | EXHIBIT A |
| 635 | SUTTON, VALERIA N. | 31656 | UNDETERMINED* | EXHIBIT A |
| 636 | SUTTON, WILLIE | 31657 | UNDETERMINED* | EXHIBIT A |
| 637 | SWAIN, DAVID LAWRENCE | 32528 | UNDETERMINED* | EXHIBIT A |
| 638 | SWANGER, LUCILLE G. | 31161 | UNDETERMINED* | EXHIBIT A |
| 639 | TALLENT, MARGARET N. | 31308 | UNDETERMINED* | EXHIBIT A |
| 640 | TALLENT, WILLIAM TODD | 32529 | UNDETERMINED* | EXHIBIT A |
| 641 | TAMBOURINE, JAMES R. | 31658.01 | UNDETERMINED* | EXHIBIT B |
| 642 | TAMBOURINE, LINDA LOIS | 31659.01 | UNDETERMINED* | EXHIBIT B |
| 643 | TAYLOR, BARBARA | 31309 | UNDETERMINED* | EXHIBIT A |
| 644 | TAYLOR, CHARLES EUGENE | 32530 | UNDETERMINED* | EXHIBIT A |
| 645 | TAYLOR, COLEEN | 31310 | UNDETERMINED* | EXHIBIT A |
| 646 | TAYLOR, CYNTHIA K. | 31311 | UNDETERMINED* | EXHIBIT A |
| 647 | TAYLOR, GREGORY LEE | 31660 | UNDETERMINED* | EXHIBIT A |
| 648 | TAYLOR, JONATHAN DAVID ('JOHN') | 32531 | UNDETERMINED* | EXHIBIT A |

| 649 | TAYLOR, RICKY WILLIAM | 32532 | UNDETERMINED* | EXHIBIT A |
| 650 | TEAL, DON ROBERT | 32533 | UNDETERMINED* | EXHIBIT A |
| 651 | TERRELL, AYENDA LOVE | 31312 | UNDETERMINED* | EXHIBIT A |
| 652 | TERRELL, WALTER CLYDE, JR. | 31661 | UNDETERMINED* | EXHIBIT A |
| 653 | THOMAS, BURTER EDD | 32534 | UNDETERMINED* | EXHIBIT A |
| 654 | THOMPSON, PERRY JOHN | 32535 | UNDETERMINED* | EXHIBIT A |
| 655 | THOMPSON, STEPHEN MONROE | 32536 | UNDETERMINED* | EXHIBIT A |
| 656 | THRIFT, CHARLES ALLEN | 32537 | UNDETERMINED* | EXHIBIT A |
| 657 | THRIFT, W.J. | 32538 | UNDETERMINED* | EXHIBIT A |
| 658 | THURSTON, GARY WOODROW | 32539 | UNDETERMINED* | EXHIBIT A |
| 659 | TIDWELL, ALLEN PICKENS | 32540 | UNDETERMINED* | EXHIBIT A |
| 660 | TINGEN, AMY DAVIS | 31663 | UNDETERMINED* | EXHIBIT A |
| 661 | TINGEN, GEORGE STANLEY | 31664 | UNDETERMINED* | EXHIBIT A |
| 662 | TODD, ROBERT JOEL, JR. | 32541 | UNDETERMINED* | EXHIBIT A |
| 663 | TOTHEROW, CALVIN LEWIS | 32542 | UNDETERMINED* | EXHIBIT A |
| 664 | TRENTHAM, PAUL EDWIN JR. | 32543 | UNDETERMINED* | EXHIBIT A |
| 665 | TUCK, ROY LEE | 31665 | UNDETERMINED* | EXHIBIT A |
| 666 | TUCK, SHEILA | 31666 | UNDETERMINED* | EXHIBIT A |
| 667 | TUCKER, DENNIS REED | 32544 | UNDETERMINED* | EXHIBIT A |
| 668 | TURBYFILL, GLORIA | 31313 | UNDETERMINED* | EXHIBIT A |
| 669 | TURBYFILL, JOHNNY ALAN | 32545 | UNDETERMINED* | EXHIBIT A |
| 670 | TURNER, ROY DEAN | 31667 | UNDETERMINED* | EXHIBIT A |
| 671 | TURNER, SHEILA K. | 31314 | UNDETERMINED* | EXHIBIT A |
| 672 | TUTEN, ARTHUR LOUIS | 31668 | UNDETERMINED* | EXHIBIT A |
| 673 | TWITTY, JAMES BIVIAN | 32546 | UNDETERMINED* | EXHIBIT A |
| 674 | UNDERWOOD, JESSIE COLLISON | 32547 | UNDETERMINED* | EXHIBIT A |
| 675 | USERY, DANNY CHARLES | 32548 | UNDETERMINED* | EXHIBIT A |
| 676 | VAN HORN, BRUCE GEORGE | 32549 | UNDETERMINED* | EXHIBIT A |
| 677 | VAN HORN, KAREN | 31315 | UNDETERMINED* | EXHIBIT A |
| 678 | VAUGHN, GERALD EUGENE | 32550 | UNDETERMINED* | EXHIBIT A |
| 679 | VILLAR, EARL ARTEMUS | 32551 | UNDETERMINED* | EXHIBIT A |
| 680 | VINCENT, CHARLES RAEFORD | 32552 | UNDETERMINED* | EXHIBIT A |
| 681 | VINCENT, MAROLYN C. | 31316 | UNDETERMINED* | EXHIBIT A |
| 682 | WADE, JOHNNY MACK | 32553 | UNDETERMINED* | EXHIBIT A |
| 683 | WALDEN, WILLIAM WINSTON | 32554 | UNDETERMINED* | EXHIBIT A |
| 684 | WALKER, HARRY LEE, JR. | 32555 | UNDETERMINED* | EXHIBIT A |
| 685 | WALLACE, CHARLES THOMAS | 32556 | UNDETERMINED* | EXHIBIT A |
| 686 | WALLACE, WALTER | 32557 | UNDETERMINED* | EXHIBIT A |
| 687 | WALTERS, JOHN WITZEL | 32558 | UNDETERMINED* | EXHIBIT A |
| 688 | WARD, ANGELA CATES | 31669 | UNDETERMINED* | EXHIBIT A |
| 689 | WARD, ELLIS STERLING | 32559 | UNDETERMINED* | EXHIBIT A |
| 690 | WARD, MILTON GLENN | 31317 | UNDETERMINED* | EXHIBIT A |
| 691 | WARD, WILLIE FREDERICK | 32560 | UNDETERMINED* | EXHIBIT A |
| 692 | WARREN, ROBERT LEROY | 32561 | UNDETERMINED* | EXHIBIT A |
| 693 | WATSON, DELEON MARCUS | 32562 | UNDETERMINED* | EXHIBIT A |
| 694 | WATSON, EDWARD G. | 31670 | UNDETERMINED* | EXHIBIT A |
| 695 | WATTS, JAMES DOUGLAS | 32563 | UNDETERMINED* | EXHIBIT A |

| 696 | WATTS, WILLIAM L. | 31671 | UNDETERMINED* | EXHIBIT A |
| 697 | WEICK, FRIEDRICH J. | 31672 | UNDETERMINED* | EXHIBIT A |
| 698 | WELLS, ROBERT DENNIS, SR. | 32564 | UNDETERMINED* | EXHIBIT A |
| 699 | WESTMORELAD, BARBERA JEAN | 31318 | UNDETERMINED* | EXHIBIT A |
| 700 | WESTMORELAND, BENNY HARL | 32565 | UNDETERMINED* | EXHIBIT A |
| 701 | WHALEY, WALTER WOOTEN, JR. | 32566 | UNDETERMINED* | EXHIBIT A |
| 702 | WHISONANT, JOHN STEPHEN | 32567 | UNDETERMINED* | EXHIBIT A |
| 703 | WHITE, ROSCOE, JR. | 32568 | UNDETERMINED* | EXHIBIT A |
| 704 | WHITE, THOMAS EDWARD | 32569 | UNDETERMINED* | EXHIBIT A |
| 705 | WHITMIRE, ELMER LLOYD, JR. | 32570 | UNDETERMINED* | EXHIBIT A |
| 706 | WILKERSON, HEIDI | 31673 | UNDETERMINED* | EXHIBIT A |
| 707 | WILKES, DONALD ROGER | 32571 | UNDETERMINED* | EXHIBIT A |
| 708 | WILLIAMS, CAROLYN | 31674 | UNDETERMINED* | EXHIBIT A |
| 709 | WILLIAMS, CYNTHIA G. | 31319 | UNDETERMINED* | EXHIBIT A |
| 710 | WILLIAMS, DAVID WAYNE | 32572 | UNDETERMINED* | EXHIBIT A |
| 711 | WILLIAMS, HOWARD ZEBULON | 32573 | UNDETERMINED* | EXHIBIT A |
| 712 | WILLIAMS, JAMES EDWARD | 32574 | UNDETERMINED* | EXHIBIT A |
| 713 | WILLIAMS, JEANETTE B. | 31320 | UNDETERMINED* | EXHIBIT A |
| 714 | WILLIAMS, KATHY GRANT | 32575 | UNDETERMINED* | EXHIBIT A |
| 715 | WILLIAMS, LISA | 15013 | UNDETERMINED* | EXHIBIT A |
| 716 | WILLIAMS, ROBER DWAYNE | 32636 | UNDETERMINED* | EXHIBIT A |
| 717 | WILLIAMS, ROLAND FREDRICK | 31675 | UNDETERMINED* | EXHIBIT A |
| 718 | WILLIAMS, RONNIE ALLLAN | 32637 | UNDETERMINED* | EXHIBIT A |
| 719 | WILLIAMS, ROY LEE | 31676 | UNDETERMINED* | EXHIBIT A |
| 720 | WILSON, REBECCA | 31662 | UNDETERMINED* | EXHIBIT A |
| 721 | WILSON, SANDY E. | 32638 | UNDETERMINED* | EXHIBIT A |
| 722 | WILSON, WILLIAM | 31677 | UNDETERMINED* | EXHIBIT A |
| 723 | WINGATE, CARRIE LEE | 31678 | UNDETERMINED* | EXHIBIT A |
| 724 | WINKLER, RAY LAMAR | 32639 | UNDETERMINED* | EXHIBIT A |
| 725 | WOOD, CURTIS WAYNE | 31679 | UNDETERMINED* | EXHIBIT A |
| 726 | WOOD, GARY EUGENE | 32640 | UNDETERMINED* | EXHIBIT A |
| 727 | WOODALL, JAMES RAYFORD | 31680 | UNDETERMINED* | EXHIBIT A |
| 728 | WOODARD, FREDDIE WAYNE | 32641 | UNDETERMINED* | EXHIBIT A |
| 729 | WOODARD, ROXIE S. | 31321 | UNDETERMINED* | EXHIBIT A |
| 730 | WOODELL, MISTY SHANE, FOR THE ESTATE OF | 32642 | UNDETERMINED* | EXHIBIT A |
| 731 | WOODRUFF, JOHN WILLIAM | 32643 | UNDETERMINED* | EXHIBIT A |
| 732 | WOODS, KIMBERLY | 31682 | UNDETERMINED* | EXHIBIT A |
| 733 | WOODS, MIKE VERLON | 31683 | UNDETERMINED* | EXHIBIT A |
| 734 | WOODWARD, WALTER LARRY | 31681 | UNDETERMINED* | EXHIBIT A |
| 735 | WORRELL, DIANA | 31684 | UNDETERMINED* | EXHIBIT A |
| 736 | WRIGHT, THOMAS HENRY | 32644 | UNDETERMINED* | EXHIBIT A |
| 737 | YARBOROUGH, LINDA F | 31686 | UNDETERMINED* | EXHIBIT A |
| 738 | YARBROUGH, CYPHERS | 31685 | UNDETERMINED* | EXHIBIT A |
| 739 | YATES, B MARIE | 31687 | UNDETERMINED* | EXHIBIT A |
| 740 | YATES, ELBERT JERRY | 31688 | UNDETERMINED* | EXHIBIT A |
| 741 | ZIMMERMAN, JERRY WAYNE | 31689 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470034

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 36

BAR(23) MAIL ID *** 000194861775 ***



WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY  10003

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               steven.serajeddini@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ABBATE, WILLIAM R | 29637 | UNDETERMINED* | EXHIBIT A |
| 2 | ABBENDA, LOUIS D | 29638 | UNDETERMINED* | EXHIBIT A |
| 3 | ABBONDANZA, FRANK | 29639 | UNDETERMINED* | EXHIBIT A |
| 4 | ABRAHAM, GEORGE K | 29640 | UNDETERMINED* | EXHIBIT A |
| 5 | ACKERLEY, EDWARD J | 29641 | UNDETERMINED* | EXHIBIT A |
| 6 | ADAMS, RAYBURNE T | 29642 | UNDETERMINED* | EXHIBIT A |
| 7 | ADSLUF, GORDON | 29643 | UNDETERMINED* | EXHIBIT A |
| 8 | AGUGLIARO, BENEDICT | 29644 | UNDETERMINED* | EXHIBIT A |
| 9 | AHEARN, EDWARD | 31889 | UNDETERMINED* | EXHIBIT A |
| 10 | AHRENS, HENRY T | 29645 | UNDETERMINED* | EXHIBIT A |
| 11 | AIELLO, SIMONE | 29646 | UNDETERMINED* | EXHIBIT A |
| 12 | ALBANO, JACK | 29647 | UNDETERMINED* | EXHIBIT A |
| 13 | ALBERS, HENRY FRANK | 29648 | UNDETERMINED* | EXHIBIT A |
| 14 | ALBINSON, FRANK S | 29649 | UNDETERMINED* | EXHIBIT A |
| 15 | ALEKSA, ANTE | 29650 | UNDETERMINED* | EXHIBIT A |
| 16 | ALEXANDER, BERTRAM | 29651 | UNDETERMINED* | EXHIBIT A |
| 17 | ALFANO, ANDREW E | 29652 | UNDETERMINED* | EXHIBIT A |
| 18 | ALFANO, ANTHONY V | 29653 | UNDETERMINED* | EXHIBIT A |
| 19 | ALFARONE, RICHARD | 29654 | UNDETERMINED* | EXHIBIT A |
| 20 | ALFIERI, CARMINE | 29655 | UNDETERMINED* | EXHIBIT A |
| 21 | ALI, ANTHONY JOHN | 29656 | UNDETERMINED* | EXHIBIT A |
| 22 | ALIPERTI, LOUIS M | 29657 | UNDETERMINED* | EXHIBIT A |
| 23 | ALLEN, GORDON L | 29658 | UNDETERMINED* | EXHIBIT A |
| 24 | ALLEN, RUSSELL E | 29659 | UNDETERMINED* | EXHIBIT A |
| 25 | ALOIS, RALPH | 29660 | UNDETERMINED* | EXHIBIT A |
| 26 | ALTENBURGER, ALFONSO | 29661 | UNDETERMINED* | EXHIBIT A |
| 27 | ALTMAN, SHELDON M | 29662 | UNDETERMINED* | EXHIBIT A |
| 28 | AMATO, MICHAEL J | 29663 | UNDETERMINED* | EXHIBIT A |
| 29 | AMATO, MICHAEL J | 29664 | UNDETERMINED* | EXHIBIT A |
| 30 | AMENDOLA, GEORGE A | 29665 | UNDETERMINED* | EXHIBIT A |
| 31 | AMENGUAL, SAMUEL | 29666 | UNDETERMINED* | EXHIBIT A |
| 32 | ANDERSON, EDWARD | 29667 | UNDETERMINED* | EXHIBIT A |
| 33 | ANDERSON, GEORGE W | 29668 | UNDETERMINED* | EXHIBIT A |
| 34 | ANDERSON, JAMES L | 29669 | UNDETERMINED* | EXHIBIT A |
| 35 | ANDERSON, ROBERT | 29670 | UNDETERMINED* | EXHIBIT A |
| 36 | ANDERSON, ROBERT L | 29671 | UNDETERMINED* | EXHIBIT A |
| 37 | ANDRADE, RICHARD | 29672 | UNDETERMINED* | EXHIBIT A |

| 38 | ANNUNZIATA, THOMAS | 29673 | UNDETERMINED* | EXHIBIT A |
| 39 | ANTONUCCI, SALVATORE | 29674 | UNDETERMINED* | EXHIBIT A |
| 40 | AQUIJE, JOSE R | 29675 | UNDETERMINED* | EXHIBIT A |
| 41 | ARBITRIO, DOMENICK | 29676 | UNDETERMINED* | EXHIBIT A |
| 42 | ARCARO, GEORGE | 29677 | UNDETERMINED* | EXHIBIT A |
| 43 | ARCHAMBAULT, JAMES W | 29678 | UNDETERMINED* | EXHIBIT A |
| 44 | ARMSTEAD, FRED | 29679 | UNDETERMINED* | EXHIBIT A |
| 45 | ARNOTT, JAMES M | 29680 | UNDETERMINED* | EXHIBIT A |
| 46 | ARONE, MICHAEL T | 29681 | UNDETERMINED* | EXHIBIT A |
| 47 | ASHTON, MARK D | 29682 | UNDETERMINED* | EXHIBIT A |
| 48 | ATTINELLO, MATTHEW | 29683 | UNDETERMINED* | EXHIBIT A |
| 49 | AVARAS, PETER | 29684 | UNDETERMINED* | EXHIBIT A |
| 50 | AVELLO, DONALD J | 29687 | UNDETERMINED* | EXHIBIT A |
| 51 | AVOLIO, GUIDO | 29685 | UNDETERMINED* | EXHIBIT A |
| 52 | AVRUCH, MORRIS | 29686 | UNDETERMINED* | EXHIBIT A |
| 53 | AYERS, DANIEL | 29688 | UNDETERMINED* | EXHIBIT A |
| 54 | AZZARO, RAYMOND | 29689 | UNDETERMINED* | EXHIBIT A |
| 55 | BAGGOTT, DONALD | 29690 | UNDETERMINED* | EXHIBIT A |
| 56 | BAILEY, RAYMOND D | 29691 | UNDETERMINED* | EXHIBIT A |
| 57 | BAKAY, RONALD JOSEPH | 29692 | UNDETERMINED* | EXHIBIT A |
| 58 | BAKKER, AALT P | 29693 | UNDETERMINED* | EXHIBIT A |
| 59 | BALISTRIERI, DOMINIC | 29694 | UNDETERMINED* | EXHIBIT A |
| 60 | BALL, GEORGE A | 29695.02 | UNDETERMINED* | EXHIBIT B |
| 61 | BALZANO, JACK | 29696 | UNDETERMINED* | EXHIBIT A |
| 62 | BAPST, ROBERT JAMES | 29697 | UNDETERMINED* | EXHIBIT A |
| 63 | BARBACCIA, DOMINICK | 29698 | UNDETERMINED* | EXHIBIT A |
| 64 | BARBIERI, EUGENE | 29699 | UNDETERMINED* | EXHIBIT A |
| 65 | BARCAVAGE, ALFRED | 31893 | UNDETERMINED* | EXHIBIT A |
| 66 | BARFIELD, LEROY | 31894 | UNDETERMINED* | EXHIBIT A |
| 67 | BARNES, LEROY J | 29700 | UNDETERMINED* | EXHIBIT A |
| 68 | BARON, ERNEST | 29701 | UNDETERMINED* | EXHIBIT A |
| 69 | BARON, LOUIS | 29702 | UNDETERMINED* | EXHIBIT A |
| 70 | BARONE, ORESTE P | 29703 | UNDETERMINED* | EXHIBIT A |
| 71 | BARRETT, GILBERT J., JR. | 29704 | UNDETERMINED* | EXHIBIT A |
| 72 | BARRY, KEVIN P | 29705 | UNDETERMINED* | EXHIBIT A |
| 73 | BARTHELMESS, DONALD F | 29706 | UNDETERMINED* | EXHIBIT A |
| 74 | BARTHELMESS, EDWARD J | 29707 | UNDETERMINED* | EXHIBIT A |
| 75 | BARTHOLOMEW, DAVID T | 29708 | UNDETERMINED* | EXHIBIT A |
| 76 | BARTLETT, HUGH | 29709 | UNDETERMINED* | EXHIBIT A |
| 77 | BARTNIK, KAZIMIERZ | 29710 | UNDETERMINED* | EXHIBIT A |
| 78 | BARTON, JOHN F | 29711 | UNDETERMINED* | EXHIBIT A |
| 79 | BATTISTA, JOHN | 29712 | UNDETERMINED* | EXHIBIT A |
| 80 | BAUER, ROBERT | 29713 | UNDETERMINED* | EXHIBIT A |
| 81 | BAUGHN, WESLEY W | 29714 | UNDETERMINED* | EXHIBIT A |
| 82 | BECK, CHARLES | 29715 | UNDETERMINED* | EXHIBIT A |
| 83 | BECKER, GEORGE | 29716 | UNDETERMINED* | EXHIBIT A |
| 84 | BECKER, JOHN | 29717 | UNDETERMINED* | EXHIBIT A |

| 85 | BEECHER, JOHN R | 29718 | UNDETERMINED* | EXHIBIT A |
| 86 | BEERS, GEORGE W | 29719 | UNDETERMINED* | EXHIBIT A |
| 87 | BEGONJA, RAJKO | 29720 | UNDETERMINED* | EXHIBIT A |
| 88 | BEHR, LUTZ | 29721 | UNDETERMINED* | EXHIBIT A |
| 89 | BELIC, ZDENKO | 29722 | UNDETERMINED* | EXHIBIT A |
| 90 | BELLUZZI, ALDO | 29723 | UNDETERMINED* | EXHIBIT A |
| 91 | BENDER, HUGH J. | 29724 | UNDETERMINED* | EXHIBIT A |
| 92 | BERENTSEN, KENNETH | 29725 | UNDETERMINED* | EXHIBIT A |
| 93 | BERG, ROBERT E. | 29726 | UNDETERMINED* | EXHIBIT A |
| 94 | BERGER, PHILLIP | 29727 | UNDETERMINED* | EXHIBIT A |
| 95 | BERGER, ROBERT F. | 29728 | UNDETERMINED* | EXHIBIT A |
| 96 | BERKEY, LEWIS M. | 29729 | UNDETERMINED* | EXHIBIT A |
| 97 | BERNARD, JOSEPH CELESTINE | 29730 | UNDETERMINED* | EXHIBIT A |
| 98 | BERNARD, KENNETH | 29731 | UNDETERMINED* | EXHIBIT A |
| 99 | BERNARDI, DANIEL JOSEPH | 29732 | UNDETERMINED* | EXHIBIT A |
| 100 | BERNARDO, CLEMENT | 29733 | UNDETERMINED* | EXHIBIT A |
| 101 | BERNER, GERALD P | 29734 | UNDETERMINED* | EXHIBIT A |
| 102 | BERTE, VINCENT J | 29735 | UNDETERMINED* | EXHIBIT A |
| 103 | BERTOLINI, GEORGE | 29736 | UNDETERMINED* | EXHIBIT A |
| 104 | BERTUGLIA, FRANK JOSEPH | 29737 | UNDETERMINED* | EXHIBIT A |
| 105 | BERTUZZI, BRUNO | 31896 | UNDETERMINED* | EXHIBIT A |
| 106 | BEST, RICHARD A | 29738 | UNDETERMINED* | EXHIBIT A |
| 107 | BEUTEL, EDWIN W | 29739 | UNDETERMINED* | EXHIBIT A |
| 108 | BEWICK, RUSSELL T | 29740 | UNDETERMINED* | EXHIBIT A |
| 109 | BIANCO, ANTHONY | 29741 | UNDETERMINED* | EXHIBIT A |
| 110 | BIBOW, RUDOLPH | 29742 | UNDETERMINED* | EXHIBIT A |
| 111 | BIEHAYN, WILLIAM A | 29743 | UNDETERMINED* | EXHIBIT A |
| 112 | BIELER, ROBERT G | 29744 | UNDETERMINED* | EXHIBIT A |
| 113 | BIELLI, ARTHUR | 29745 | UNDETERMINED* | EXHIBIT A |
| 114 | BIENZ, CARL N | 29747 | UNDETERMINED* | EXHIBIT A |
| 115 | BILLINGS, RAYMOND | 29748 | UNDETERMINED* | EXHIBIT A |
| 116 | BIMI, EDWARD R | 29749 | UNDETERMINED* | EXHIBIT A |
| 117 | BIRNBAUM, RICHARD | 29750 | UNDETERMINED* | EXHIBIT A |
| 118 | BIRNEY, RAYMOND | 29751 | UNDETERMINED* | EXHIBIT A |
| 119 | BISHOP, EDWARD F | 29752 | UNDETERMINED* | EXHIBIT A |
| 120 | BISOGNO, DANIEL | 29753 | UNDETERMINED* | EXHIBIT A |
| 121 | BISZICK, MICHAEL | 29754 | UNDETERMINED* | EXHIBIT A |
| 122 | BLACK, JAMES J | 29755 | UNDETERMINED* | EXHIBIT A |
| 123 | BLACKBURN, ROGER JAMES | 29756 | UNDETERMINED* | EXHIBIT A |
| 124 | BLACKWELL, RUSELL J | 29757 | UNDETERMINED* | EXHIBIT A |
| 125 | BLANCHARD, BILL DOUGLAS | 29758 | UNDETERMINED* | EXHIBIT A |
| 126 | BLAZEVIC, JOSIP | 29759 | UNDETERMINED* | EXHIBIT A |
| 127 | BLIDY, RICHARD J | 29760 | UNDETERMINED* | EXHIBIT A |
| 128 | BLOODNICK, MARTIN JOACHIM | 29761 | UNDETERMINED* | EXHIBIT A |
| 129 | BOCCIO, JOSEPH | 29762 | UNDETERMINED* | EXHIBIT A |
| 130 | BOEHM, OTTO | 29763 | UNDETERMINED* | EXHIBIT A |
| 131 | BOHLMANN, GEORGE | 29764 | UNDETERMINED* | EXHIBIT A |

| 132 | BONANNO, VINCENT | 29765 | UNDETERMINED* | EXHIBIT A |
| 133 | BONANO, FRANK | 29766 | UNDETERMINED* | EXHIBIT A |
| 134 | BONGIOVANNI, ROBERT | 29767 | UNDETERMINED* | EXHIBIT A |
| 135 | BONILLA, ALEX | 29768 | UNDETERMINED* | EXHIBIT A |
| 136 | BOOTH, ALFRED L | 29769 | UNDETERMINED* | EXHIBIT A |
| 137 | BORDINO, MICHAEL | 29770 | UNDETERMINED* | EXHIBIT A |
| 138 | BORGIA, NICHOLAS J | 29771 | UNDETERMINED* | EXHIBIT A |
| 139 | BORST, ROBERT G | 29772 | UNDETERMINED* | EXHIBIT A |
| 140 | BORY, GEORGE G | 29773 | UNDETERMINED* | EXHIBIT A |
| 141 | BOSCOLO, MARINO | 29774 | UNDETERMINED* | EXHIBIT A |
| 142 | BOTTCHER, FREDERICK | 29775 | UNDETERMINED* | EXHIBIT A |
| 143 | BOWEN, CLAYTON | 29776 | UNDETERMINED* | EXHIBIT A |
| 144 | BOWES, JOHN K | 29777 | UNDETERMINED* | EXHIBIT A |
| 145 | BOWMAN, BRUCE A | 29778 | UNDETERMINED* | EXHIBIT A |
| 146 | BOYLE, MAURICE | 29779 | UNDETERMINED* | EXHIBIT A |
| 147 | BRABAZON, PETER F | 29780 | UNDETERMINED* | EXHIBIT A |
| 148 | BRACCHI, ANTONIO | 29781 | UNDETERMINED* | EXHIBIT A |
| 149 | BRACCO, JOHN | 29782 | UNDETERMINED* | EXHIBIT A |
| 150 | BRACY, KEITH JAN | 29783 | UNDETERMINED* | EXHIBIT A |
| 151 | BRADFORD, MICHAEL T | 29784 | UNDETERMINED* | EXHIBIT A |
| 152 | BRADLEY, JOHN | 29785 | UNDETERMINED* | EXHIBIT A |
| 153 | BRADLEY, PETER P | 29786 | UNDETERMINED* | EXHIBIT A |
| 154 | BRADY, JAMES | 29787 | UNDETERMINED* | EXHIBIT A |
| 155 | BRADY, KEVIN RODGER | 29788 | UNDETERMINED* | EXHIBIT A |
| 156 | BRADY, SCOTT | 29789 | UNDETERMINED* | EXHIBIT A |
| 157 | BRAINE, CHARLES | 29790 | UNDETERMINED* | EXHIBIT A |
| 158 | BRAKO, JOHN | 29791 | UNDETERMINED* | EXHIBIT A |
| 159 | BRAKO, THOMAS KENNETH | 29792 | UNDETERMINED* | EXHIBIT A |
| 160 | BRAMLETTE, ALFONSO | 29793 | UNDETERMINED* | EXHIBIT A |
| 161 | BRANCACCIO, JAMES C | 29794 | UNDETERMINED* | EXHIBIT A |
| 162 | BRAND, THOMAS | 29795 | UNDETERMINED* | EXHIBIT A |
| 163 | BRANDE, JOSEPH E | 29796 | UNDETERMINED* | EXHIBIT A |
| 164 | BRANGI, LOUIS | 29797 | UNDETERMINED* | EXHIBIT A |
| 165 | BRAZIL, ROBERT E | 29798 | UNDETERMINED* | EXHIBIT A |
| 166 | BREIDENBACH, WILLIAM | 29799 | UNDETERMINED* | EXHIBIT A |
| 167 | BRESSLER, OTTO A | 29800 | UNDETERMINED* | EXHIBIT A |
| 168 | BRETH, JAMES IRA | 29801 | UNDETERMINED* | EXHIBIT A |
| 169 | BRODERICK, ALBERT | 29802 | UNDETERMINED* | EXHIBIT A |
| 170 | BRONTE, JEFFERSON W | 29803 | UNDETERMINED* | EXHIBIT A |
| 171 | BROOKS, RICHARD E | 29804 | UNDETERMINED* | EXHIBIT A |
| 172 | BROOKS, ROBERT L | 29805 | UNDETERMINED* | EXHIBIT A |
| 173 | BROUGHTON, JAMES A | 29806 | UNDETERMINED* | EXHIBIT A |
| 174 | BROWN, ARNOLD IVEY | 29807 | UNDETERMINED* | EXHIBIT A |
| 175 | BROWN, DAVID J | 29808 | UNDETERMINED* | EXHIBIT A |
| 176 | BROWN, EUGENE F | 29809 | UNDETERMINED* | EXHIBIT A |
| 177 | BRUIN, HYMAN DE | 30061 | UNDETERMINED* | EXHIBIT A |
| 178 | BRUNDAGE, VERNON L | 29810 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 179 | BRUNO, RICHARD C | 29811 | UNDETERMINED* | EXHIBIT A |
| 180 | BRUSH, NORMAN S | 29812 | UNDETERMINED* | EXHIBIT A |
| 181 | BRYAN, COLIN | 29813 | UNDETERMINED* | EXHIBIT A |
| 182 | BRYANT, GEORGE | 29815 | UNDETERMINED* | EXHIBIT A |
| 183 | BRYANT, GEORGE L. | 29814 | UNDETERMINED* | EXHIBIT A |
| 184 | BRYDE, WILLIAM | 29816 | UNDETERMINED* | EXHIBIT A |
| 185 | BRZOZA, JOHN W | 29817 | UNDETERMINED* | EXHIBIT A |
| 186 | BUCHHOLZ, JOSEPH DAVID | 29818 | UNDETERMINED* | EXHIBIT A |
| 187 | BUCK, WILLIAM | 29819 | UNDETERMINED* | EXHIBIT A |
| 188 | BUDZINSKI, EDWARD M | 29820 | UNDETERMINED* | EXHIBIT A |
| 189 | BUNN, WALTER J | 29821 | UNDETERMINED* | EXHIBIT A |
| 190 | BUONAGURA, JOSEPH | 29822 | UNDETERMINED* | EXHIBIT A |
| 191 | BUONINCONTRI, FRANK ROBERT | 29823 | UNDETERMINED* | EXHIBIT A |
| 192 | BURGER, WALTER GEORGE | 29824 | UNDETERMINED* | EXHIBIT A |
| 193 | BURGESS, HARVEY | 29825 | UNDETERMINED* | EXHIBIT A |
| 194 | BURKE, JOSEPH T | 29826 | UNDETERMINED* | EXHIBIT A |
| 195 | BURKE, THOMAS PAUL | 29827 | UNDETERMINED* | EXHIBIT A |
| 196 | BURNS, GEORGE | 29828 | UNDETERMINED* | EXHIBIT A |
| 197 | BURNS, JAMES | 29829 | UNDETERMINED* | EXHIBIT A |
| 198 | BURNS, JAMES T | 29830 | UNDETERMINED* | EXHIBIT A |
| 199 | BURNS, ROBERT G | 29831 | UNDETERMINED* | EXHIBIT A |
| 200 | BUTLER, PATRICK | 29832 | UNDETERMINED* | EXHIBIT A |
| 201 | BUTLER, RAYMOND | 29833 | UNDETERMINED* | EXHIBIT A |
| 202 | BUTLER, RONALD E | 29834 | UNDETERMINED* | EXHIBIT A |
| 203 | BUTTICCI, MELVIN A | 29835 | UNDETERMINED* | EXHIBIT A |
| 204 | BUTTS, ROBERT | 29836 | UNDETERMINED* | EXHIBIT A |
| 205 | BYERLEY, DOUGLAS B | 29837 | UNDETERMINED* | EXHIBIT A |
| 206 | BYRNES, JAMES J | 29838 | UNDETERMINED* | EXHIBIT A |
| 207 | CACCAMO, CARMINE C | 29839 | UNDETERMINED* | EXHIBIT A |
| 208 | CADIZ, RUSELL ROMAIN | 29840 | UNDETERMINED* | EXHIBIT A |
| 209 | CAIRA, FRANK | 29841 | UNDETERMINED* | EXHIBIT A |
| 210 | CALCIANO, JOHN | 29842 | UNDETERMINED* | EXHIBIT A |
| 211 | CALLAHAN, KATHLEEN | 29843 | UNDETERMINED* | EXHIBIT A |
| 212 | CAMARERO, JOHN | 29844 | UNDETERMINED* | EXHIBIT A |
| 213 | CAMPANA, JEFF F | 29845 | UNDETERMINED* | EXHIBIT A |
| 214 | CAMPBELL, GERALD | 29846 | UNDETERMINED* | EXHIBIT A |
| 215 | CAMPBELL, JOHN | 29847 | UNDETERMINED* | EXHIBIT A |
| 216 | CAMPBELL, MALCOM J | 29848 | UNDETERMINED* | EXHIBIT A |
| 217 | CAMPBELL, WALTER R | 30116 | UNDETERMINED* | EXHIBIT A |
| 218 | CAMPBELL, WILLIAM | 30117 | UNDETERMINED* | EXHIBIT A |
| 219 | CANALE, MICHAEL C | 30122 | UNDETERMINED* | EXHIBIT A |
| 220 | CANDELA, NICHOLAS | 30121 | UNDETERMINED* | EXHIBIT A |
| 221 | CANNISI, JOSEPH A | 30118 | UNDETERMINED* | EXHIBIT A |
| 222 | CANNON, JOSEPH WILLIAM | 30120 | UNDETERMINED* | EXHIBIT A |
| 223 | CANNON, THOMAS | 30119 | UNDETERMINED* | EXHIBIT A |
| 224 | CANTRELL, JOAN G | 30123 | UNDETERMINED* | EXHIBIT A |
| 225 | CANTU, ERASMO | 30124 | UNDETERMINED* | EXHIBIT A |

| 226 | CAPALDI, VINCENT D | 30125 | UNDETERMINED* | EXHIBIT A |
| 227 | CAPOBIANCO, DAVID J | 30126 | UNDETERMINED* | EXHIBIT A |
| 228 | CAPOBIANCO, JOSEPH P | 30127 | UNDETERMINED* | EXHIBIT A |
| 229 | CAPONE, RICHARD | 30128 | UNDETERMINED* | EXHIBIT A |
| 230 | CAPONE, THOMAS ROBERT | 30129 | UNDETERMINED* | EXHIBIT A |
| 231 | CAPPELLINO, LOUIS P | 30130 | UNDETERMINED* | EXHIBIT A |
| 232 | CARACCIOLO, ROBERT NICHOLAS | 30131 | UNDETERMINED* | EXHIBIT A |
| 233 | CARECCIA, NICHOLAS | 30132 | UNDETERMINED* | EXHIBIT A |
| 234 | CAREY, JOHN | 30133 | UNDETERMINED* | EXHIBIT A |
| 235 | CAREY, ROBERT | 30134 | UNDETERMINED* | EXHIBIT A |
| 236 | CARIDAD, MANUEL | 30135 | UNDETERMINED* | EXHIBIT A |
| 237 | CARLEY, JOHN P | 30115 | UNDETERMINED* | EXHIBIT A |
| 238 | CARLO, EDWARD R | 30112 | UNDETERMINED* | EXHIBIT A |
| 239 | CARLSON, NEAL | 30113 | UNDETERMINED* | EXHIBIT A |
| 240 | CARMAN, JAMES ANDREW | 30114 | UNDETERMINED* | EXHIBIT A |
| 241 | CARNEY, WILLIAM T | 30074 | UNDETERMINED* | EXHIBIT A |
| 242 | CAROLLO, DENNIS | 30075 | UNDETERMINED* | EXHIBIT A |
| 243 | CAROLLO, PIETRO | 30076 | UNDETERMINED* | EXHIBIT A |
| 244 | CARPENTER, DONALD M | 30077 | UNDETERMINED* | EXHIBIT A |
| 245 | CARPENTER, FREDERICK E | 30078 | UNDETERMINED* | EXHIBIT A |
| 246 | CARR, JOHN | 30079 | UNDETERMINED* | EXHIBIT A |
| 247 | CARRO, ANTHONY | 30080 | UNDETERMINED* | EXHIBIT A |
| 248 | CARROLL, CHARLES | 30081 | UNDETERMINED* | EXHIBIT A |
| 249 | CARROLL, JAMES | 30082 | UNDETERMINED* | EXHIBIT A |
| 250 | CASA, JAMES | 31905 | UNDETERMINED* | EXHIBIT A |
| 251 | CASALE, THOMAS | 30083 | UNDETERMINED* | EXHIBIT A |
| 252 | CASALI, JOHN A | 30084 | UNDETERMINED* | EXHIBIT A |
| 253 | CASE, DAVID R | 30085 | UNDETERMINED* | EXHIBIT A |
| 254 | CASELLA, JOSEPH | 30086 | UNDETERMINED* | EXHIBIT A |
| 255 | CASEY, JAMES E | 30087 | UNDETERMINED* | EXHIBIT A |
| 256 | CASEY, JOHN P | 30088 | UNDETERMINED* | EXHIBIT A |
| 257 | CASLIN, VINCENT D | 30089 | UNDETERMINED* | EXHIBIT A |
| 258 | CASPER, RICHARD L. | 30090 | UNDETERMINED* | EXHIBIT A |
| 259 | CASSIDY, JOSEPH | 30091 | UNDETERMINED* | EXHIBIT A |
| 260 | CASTORA, PETER | 30092 | UNDETERMINED* | EXHIBIT A |
| 261 | CASTRICONE, JOHN R | 30093 | UNDETERMINED* | EXHIBIT A |
| 262 | CAVALIERE, JOSEPH H. | 30094 | UNDETERMINED* | EXHIBIT A |
| 263 | CEKAVIC, JOHN J | 30095 | UNDETERMINED* | EXHIBIT A |
| 264 | CELLI, JOSEPH | 30096 | UNDETERMINED* | EXHIBIT A |
| 265 | CENZANO, ANDREW | 30097 | UNDETERMINED* | EXHIBIT A |
| 266 | CHAMBERLAIN, GEORGE | 30098 | UNDETERMINED* | EXHIBIT A |
| 267 | CHANDLER, WALTER D | 30099 | UNDETERMINED* | EXHIBIT A |
| 268 | CHAPIN, GEORGE W | 30100 | UNDETERMINED* | EXHIBIT A |
| 269 | CHAPMAN, ALTON | 31907 | UNDETERMINED* | EXHIBIT A |
| 270 | CHARLES, MERVYN A | 30101 | UNDETERMINED* | EXHIBIT A |
| 271 | CHARLES, NORMAN | 30102 | UNDETERMINED* | EXHIBIT A |
| 272 | CHEEK, DONNIE ROY | 30103 | UNDETERMINED* | EXHIBIT A |

| 273 | CHERNAK, ROBERT | 30104 | UNDETERMINED* | EXHIBIT A |
| 274 | CHIAFFI, JOHN J | 30105 | UNDETERMINED* | EXHIBIT A |
| 275 | CHILDS, WILLIAM | 30106 | UNDETERMINED* | EXHIBIT A |
| 276 | CHIMENTO, FRANK | 30107 | UNDETERMINED* | EXHIBIT A |
| 277 | CHRISTOPHER, JOHN | 30108 | UNDETERMINED* | EXHIBIT A |
| 278 | CIMBORA, ROGER M | 30109 | UNDETERMINED* | EXHIBIT A |
| 279 | CIMINE, JOSEPH | 30110 | UNDETERMINED* | EXHIBIT A |
| 280 | CIMINELLI, JOHN | 30111 | UNDETERMINED* | EXHIBIT A |
| 281 | CIPOLLA, JOHN | 29994 | UNDETERMINED* | EXHIBIT A |
| 282 | CISTERNA, RUBIN | 29995 | UNDETERMINED* | EXHIBIT A |
| 283 | CLAMPETT, SEAN J | 29966 | UNDETERMINED* | EXHIBIT A |
| 284 | CLARK, JAMES A | 29967 | UNDETERMINED* | EXHIBIT A |
| 285 | CLARK, JOHN S | 29968 | UNDETERMINED* | EXHIBIT A |
| 286 | CLARK, JOSEPH J | 29969 | UNDETERMINED* | EXHIBIT A |
| 287 | CLARK, KENNETH A | 29970 | UNDETERMINED* | EXHIBIT A |
| 288 | CLARKE, ANTHONY A | 29971 | UNDETERMINED* | EXHIBIT A |
| 289 | CLEGG, JOHN | 29972 | UNDETERMINED* | EXHIBIT A |
| 290 | CLEMENTS, HAROLD WILLIAM | 29973 | UNDETERMINED* | EXHIBIT A |
| 291 | CLIFFORD, JOHN F | 29974 | UNDETERMINED* | EXHIBIT A |
| 292 | COADY, PATRICK J | 29975 | UNDETERMINED* | EXHIBIT A |
| 293 | CODY, CHARLES J | 29976 | UNDETERMINED* | EXHIBIT A |
| 294 | COGGINS, RUDOLPH | 29977 | UNDETERMINED* | EXHIBIT A |
| 295 | COLAVITO, JACK | 29978 | UNDETERMINED* | EXHIBIT A |
| 296 | COLE, JOHN W | 29979 | UNDETERMINED* | EXHIBIT A |
| 297 | COLEMAN, CHARLES | 29980 | UNDETERMINED* | EXHIBIT A |
| 298 | COLEMAN, JOE | 29981 | UNDETERMINED* | EXHIBIT A |
| 299 | COLERN, ERNEST | 29982 | UNDETERMINED* | EXHIBIT A |
| 300 | COLLINS, CORNELIUS | 29983 | UNDETERMINED* | EXHIBIT A |
| 301 | COLLINS, JAMES MICHAEL | 29984 | UNDETERMINED* | EXHIBIT A |
| 302 | COLLINS, LAWRENCE G | 29985 | UNDETERMINED* | EXHIBIT A |
| 303 | COLLINS, MICHAEL J | 29986 | UNDETERMINED* | EXHIBIT A |
| 304 | COLLINS, ROBERT J | 29987 | UNDETERMINED* | EXHIBIT A |
| 305 | COLOGRANDE, FRANK P | 29988 | UNDETERMINED* | EXHIBIT A |
| 306 | COLON, ANTHONY J | 29989 | UNDETERMINED* | EXHIBIT A |
| 307 | COLVILLE, RICHARD | 29990 | UNDETERMINED* | EXHIBIT A |
| 308 | COMBA, ROBERT J | 29991 | UNDETERMINED* | EXHIBIT A |
| 309 | COMISSO, ENZO O | 29992 | UNDETERMINED* | EXHIBIT A |
| 310 | CONCANNON, JOSEPH | 29993 | UNDETERMINED* | EXHIBIT A |
| 311 | CONDON, WILLIAM A | 29918 | UNDETERMINED* | EXHIBIT A |
| 312 | CONKLIN, WILLIAM | 29919 | UNDETERMINED* | EXHIBIT A |
| 313 | CONLAN, JOHN V | 29920 | UNDETERMINED* | EXHIBIT A |
| 314 | CONLEY, JOHN F | 29921 | UNDETERMINED* | EXHIBIT A |
| 315 | CONLIN, THOMAS | 29922 | UNDETERMINED* | EXHIBIT A |
| 316 | CONMY, JAMES | 29923 | UNDETERMINED* | EXHIBIT A |
| 317 | CONNELLY, JOSEPH | 31909 | UNDETERMINED* | EXHIBIT A |
| 318 | CONNELLY, WILLIAM | 29924 | UNDETERMINED* | EXHIBIT A |
| 319 | CONNOLLY, KEVIN T | 29925 | UNDETERMINED* | EXHIBIT A |

| 320 | CONNOLLY, MICHAEL F | 29926 | UNDETERMINED* | EXHIBIT A |
| 321 | CONSILVIO, ANGELO | 29927 | UNDETERMINED* | EXHIBIT A |
| 322 | CONTER, JOHN | 29928 | UNDETERMINED* | EXHIBIT A |
| 323 | CONTI, ANTHONY | 29929 | UNDETERMINED* | EXHIBIT A |
| 324 | COOKE, JOHN | 29930 | UNDETERMINED* | EXHIBIT A |
| 325 | COPE, RONALD | 29931 | UNDETERMINED* | EXHIBIT A |
| 326 | COPPOLA, PETER | 29932 | UNDETERMINED* | EXHIBIT A |
| 327 | CORKER, JAMES H | 29933 | UNDETERMINED* | EXHIBIT A |
| 328 | CORMACK, PATRICK A | 29934 | UNDETERMINED* | EXHIBIT A |
| 329 | CORTOPASSI, MARIO | 29935 | UNDETERMINED* | EXHIBIT A |
| 330 | CORULLI, ANTHONY | 29996 | UNDETERMINED* | EXHIBIT A |
| 331 | COSBEY, THOMAS W | 29997 | UNDETERMINED* | EXHIBIT A |
| 332 | COSGROVE, THOMAS E | 29998 | UNDETERMINED* | EXHIBIT A |
| 333 | COSSARO, JAMES J | 29999 | UNDETERMINED* | EXHIBIT A |
| 334 | COSTABILE, JOSEPH A | 30000 | UNDETERMINED* | EXHIBIT A |
| 335 | COSTELLO, HOWARD | 30001 | UNDETERMINED* | EXHIBIT A |
| 336 | COUGHLIN, BRIAN | 30002 | UNDETERMINED* | EXHIBIT A |
| 337 | COULTER, VINCENT G | 30003 | UNDETERMINED* | EXHIBIT A |
| 338 | COVELLO, ANTONIO | 30004 | UNDETERMINED* | EXHIBIT A |
| 339 | COX, PATRICK M | 30005 | UNDETERMINED* | EXHIBIT A |
| 340 | COYLE, PATRICK M | 30006 | UNDETERMINED* | EXHIBIT A |
| 341 | COZIN, BRUNO | 30007 | UNDETERMINED* | EXHIBIT A |
| 342 | CRANE, JOSEPH PATRICK | 30008 | UNDETERMINED* | EXHIBIT A |
| 343 | CREIGHTON, NORMA | 30009 | UNDETERMINED* | EXHIBIT A |
| 344 | CRIMI, JOSEPH A | 30010 | UNDETERMINED* | EXHIBIT A |
| 345 | CRISHER, EARL LAVERNE | 30011 | UNDETERMINED* | EXHIBIT A |
| 346 | CROCI, RONALD A | 30012 | UNDETERMINED* | EXHIBIT A |
| 347 | CRONIN, JAMES | 30013 | UNDETERMINED* | EXHIBIT A |
| 348 | CRONMILLER, JOHN | 30014 | UNDETERMINED* | EXHIBIT A |
| 349 | CROSBY, BRUCE RICHARD | 30015 | UNDETERMINED* | EXHIBIT A |
| 350 | CROTEAU, DENNIS MARK | 30016 | UNDETERMINED* | EXHIBIT A |
| 351 | CROWLEY, DENNIS | 30017 | UNDETERMINED* | EXHIBIT A |
| 352 | CUDIHY, JAMES A | 30018 | UNDETERMINED* | EXHIBIT A |
| 353 | CULLEN, JAMES | 30019 | UNDETERMINED* | EXHIBIT A |
| 354 | CULLIGAN, MICHAEL P | 30020 | UNDETERMINED* | EXHIBIT A |
| 355 | CULLIGAN, THOMAS R | 30021 | UNDETERMINED* | EXHIBIT A |
| 356 | CULLIGAN, THOMAS WILLIAM | 30022 | UNDETERMINED* | EXHIBIT A |
| 357 | CUMMINGS, JOHN | 30023 | UNDETERMINED* | EXHIBIT A |
| 358 | CUMMINGS, MARTIN P | 30024 | UNDETERMINED* | EXHIBIT A |
| 359 | CUMPSTON, JERRY M | 30025 | UNDETERMINED* | EXHIBIT A |
| 360 | CURATOLA, EDWARD | 30026 | UNDETERMINED* | EXHIBIT A |
| 361 | CURCIO, FRANK | 30027 | UNDETERMINED* | EXHIBIT A |
| 362 | CURLEY, ARTHUR | 30028 | UNDETERMINED* | EXHIBIT A |
| 363 | CURRAN, JOHN JAMES | 30029 | UNDETERMINED* | EXHIBIT A |
| 364 | CURRAN, VINCENT J | 30030 | UNDETERMINED* | EXHIBIT A |
| 365 | CURTIN, NEIL | 31911 | UNDETERMINED* | EXHIBIT A |
| 366 | CURTIS, JAMES | 30031 | UNDETERMINED* | EXHIBIT A |

| 367 | CURTIS, WILLIAM G | 30032 | UNDETERMINED* | EXHIBIT A |
| 368 | CURTISS, ALFRED J | 30033 | UNDETERMINED* | EXHIBIT A |
| 369 | CUSACK, JOHN T | 30034 | UNDETERMINED* | EXHIBIT A |
| 370 | CUSICK, ROBERT H | 30035 | UNDETERMINED* | EXHIBIT A |
| 371 | CUSUMANO, NOCENSO | 30036 | UNDETERMINED* | EXHIBIT A |
| 372 | CUVIELLLO, LOUIS L | 30037 | UNDETERMINED* | EXHIBIT A |
| 373 | DA SILVA, ANTONIO | 30043 | UNDETERMINED* | EXHIBIT A |
| 374 | DACH, GERALD | 30044 | UNDETERMINED* | EXHIBIT A |
| 375 | DAHLEN, ROY K | 30045 | UNDETERMINED* | EXHIBIT A |
| 376 | DAIDOLA, JOSEPH C | 30046 | UNDETERMINED* | EXHIBIT A |
| 377 | D'ALESSIO, ANGELO | 30039 | UNDETERMINED* | EXHIBIT A |
| 378 | D'ALESSIO, RALPH | 30038 | UNDETERMINED* | EXHIBIT A |
| 379 | DALY, DANIEL E | 30047 | UNDETERMINED* | EXHIBIT A |
| 380 | DALY, DENNIS | 30048 | UNDETERMINED* | EXHIBIT A |
| 381 | DALY, FRANK J | 30049 | UNDETERMINED* | EXHIBIT A |
| 382 | DALY, JOHN F | 30050 | UNDETERMINED* | EXHIBIT A |
| 383 | DALY, JOSEPH P | 30051 | UNDETERMINED* | EXHIBIT A |
| 384 | DALY, MARTIN | 30052 | UNDETERMINED* | EXHIBIT A |
| 385 | DALY, PATRICK W | 30053 | UNDETERMINED* | EXHIBIT A |
| 386 | DALY, ROBERT J | 30054 | UNDETERMINED* | EXHIBIT A |
| 387 | D'AMBROSIO, VINCENT J | 30040 | UNDETERMINED* | EXHIBIT A |
| 388 | DANIELS, DENNIS | 30055 | UNDETERMINED* | EXHIBIT A |
| 389 | DAPRA, LEE A | 30056 | UNDETERMINED* | EXHIBIT A |
| 390 | DAPRA, SALVOTORE | 30057 | UNDETERMINED* | EXHIBIT A |
| 391 | DASCOLI, VINCENT | 30058 | UNDETERMINED* | EXHIBIT A |
| 392 | DAVIDSON, JOHN | 30059 | UNDETERMINED* | EXHIBIT A |
| 393 | DAVIS, OBREY L | 30060 | UNDETERMINED* | EXHIBIT A |
| 394 | DE FILIPPIS, PETER | 30062 | UNDETERMINED* | EXHIBIT A |
| 395 | DE FRANCESCO, PHILLIP | 30063 | UNDETERMINED* | EXHIBIT A |
| 396 | DE KONING, LEONARD | 30064 | UNDETERMINED* | EXHIBIT A |
| 397 | DE LAPI, NICHOLAS S | 30065 | UNDETERMINED* | EXHIBIT A |
| 398 | DE NOBILE, MICHAEL | 30066 | UNDETERMINED* | EXHIBIT A |
| 399 | DE WERT, KENNETH L | 30067 | UNDETERMINED* | EXHIBIT A |
| 400 | DEASY, RICHARD J | 30068 | UNDETERMINED* | EXHIBIT A |
| 401 | DECKER, ROBERT | 31913 | UNDETERMINED* | EXHIBIT A |
| 402 | DEEGAN, JOHN W | 30069 | UNDETERMINED* | EXHIBIT A |
| 403 | DEFILIPPIS, FRANCIS R | 30070 | UNDETERMINED* | EXHIBIT A |
| 404 | DEFRANCESCO, FRANK | 30071 | UNDETERMINED* | EXHIBIT A |
| 405 | DEGIOIA, ALFRED | 30072 | UNDETERMINED* | EXHIBIT A |
| 406 | DEKAJLO, IHOR | 30073 | UNDETERMINED* | EXHIBIT A |
| 407 | DEL MORAL, ROBERT | 29936 | UNDETERMINED* | EXHIBIT A |
| 408 | DEL PLATO, MARIO | 29937 | UNDETERMINED* | EXHIBIT A |
| 409 | DELGADO, VICTOR | 29938 | UNDETERMINED* | EXHIBIT A |
| 410 | DELGAIS, RICHARD | 29939 | UNDETERMINED* | EXHIBIT A |
| 411 | DELVECCHIO, MICHAEL | 29940 | UNDETERMINED* | EXHIBIT A |
| 412 | DENIS, HARVEY H | 29943 | UNDETERMINED* | EXHIBIT A |
| 413 | DEPELLEGRINI, ROBERT | 29944 | UNDETERMINED* | EXHIBIT A |

| 414 | DEPETRO, ALDO | 29945 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 415 | DERACO, SILVIO | 29946 | UNDETERMINED* | EXHIBIT A |
| 416 | DERMARTINO, FREDERICK | 29941 | UNDETERMINED* | EXHIBIT A |
| 417 | DERMARTINO, JOYCE | 29942 | UNDETERMINED* | EXHIBIT A |
| 418 | DESIDERIO, FRANK J | 29947 | UNDETERMINED* | EXHIBIT A |
| 419 | DESIMONE, WILLIAM | 29948 | UNDETERMINED* | EXHIBIT A |
| 420 | D'ESPOSITO, RALPH | 30041 | UNDETERMINED* | EXHIBIT A |
| 421 | DEVINE, JAMES PATRICK | 29949 | UNDETERMINED* | EXHIBIT A |
| 422 | DEVITT, ROBERT F | 29950 | UNDETERMINED* | EXHIBIT A |
| 423 | DI ANGELO, LOUIS B | 29951 | UNDETERMINED* | EXHIBIT A |
| 424 | DI BIASE, ANTONIO | 29952 | UNDETERMINED* | EXHIBIT A |
| 425 | DI CAPRI, FRANK | 29953 | UNDETERMINED* | EXHIBIT A |
| 426 | DI MAGGIO, CALOGERO | 29954 | UNDETERMINED* | EXHIBIT A |
| 427 | DI PIERNO, ANTONIO | 29955 | UNDETERMINED* | EXHIBIT A |
| 428 | DIBITONTO, ANTHONY | 29956 | UNDETERMINED* | EXHIBIT A |
| 429 | DIETZ, FREDERICK C | 29957 | UNDETERMINED* | EXHIBIT A |
| 430 | DIFRANCESCA, AMERICO J | 29958 | UNDETERMINED* | EXHIBIT A |
| 431 | DIMAIO, JOHN | 29959 | UNDETERMINED* | EXHIBIT A |
| 432 | DIPILATO, CHARLES | 29960 | UNDETERMINED* | EXHIBIT A |
| 433 | DIPILLO, JOSEPH | 29961 | UNDETERMINED* | EXHIBIT A |
| 434 | DIPRIMA, JOSEPH | 29962 | UNDETERMINED* | EXHIBIT A |
| 435 | DISARNO, JOSEPH RICHARD | 29963 | UNDETERMINED* | EXHIBIT A |
| 436 | DISTEFANO, PHILLIP | 29964 | UNDETERMINED* | EXHIBIT A |
| 437 | DIXON, THOMAS | 29965 | UNDETERMINED* | EXHIBIT A |
| 438 | DOBBIN, JOSEPH A | 29893 | UNDETERMINED* | EXHIBIT A |
| 439 | DOLINAC, JOHN | 29894 | UNDETERMINED* | EXHIBIT A |
| 440 | DOLLARD, ROBERT H | 29895 | UNDETERMINED* | EXHIBIT A |
| 441 | DOMAGALA, EDWARD | 29896 | UNDETERMINED* | EXHIBIT A |
| 442 | DOMINGO, METRO | 30136 | UNDETERMINED* | EXHIBIT A |
| 443 | DOMINICI, ANGELO | 29897 | UNDETERMINED* | EXHIBIT A |
| 444 | DONNERY, BERNARD | 29898 | UNDETERMINED* | EXHIBIT A |
| 445 | DONNERY, JAMES P | 29899 | UNDETERMINED* | EXHIBIT A |
| 446 | DONNERY, JOHN E | 29900 | UNDETERMINED* | EXHIBIT A |
| 447 | D'ONOFRIO, DOMINICK P | 30042 | UNDETERMINED* | EXHIBIT A |
| 448 | DONOHOE, TERENCE | 29901 | UNDETERMINED* | EXHIBIT A |
| 449 | DONOVAN, JEREMIAH J | 29902 | UNDETERMINED* | EXHIBIT A |
| 450 | DONOVAN, JOHN J | 29903 | UNDETERMINED* | EXHIBIT A |
| 451 | DONOVAN, JOSEPH | 29904 | UNDETERMINED* | EXHIBIT A |
| 452 | DONOVAN, RAYMOND | 29905 | UNDETERMINED* | EXHIBIT A |
| 453 | DOSCHER, EDWARD P | 29906 | UNDETERMINED* | EXHIBIT A |
| 454 | DOUGAN, DANNY RAY | 29907 | UNDETERMINED* | EXHIBIT A |
| 455 | DOUGHERTY, JOHN JOSEOPH | 29908 | UNDETERMINED* | EXHIBIT A |
| 456 | DOVEALA, ROBERT | 29909 | UNDETERMINED* | EXHIBIT A |
| 457 | DOWLING, WILLIAM J | 29910 | UNDETERMINED* | EXHIBIT A |
| 458 | DOWNES, MICHAEL | 29911 | UNDETERMINED* | EXHIBIT A |
| 459 | DOWNEY, BRUCE A | 29912 | UNDETERMINED* | EXHIBIT A |
| 460 | DRAGO, ANGELO | 29913 | UNDETERMINED* | EXHIBIT A |

| 461 | DRUMMOND, RODERICK | 29914 | UNDETERMINED* | EXHIBIT A |
| 462 | DUBRAY, RONALD D | 29915 | UNDETERMINED* | EXHIBIT A |
| 463 | DUCASSE, RODNEY | 29916 | UNDETERMINED* | EXHIBIT A |
| 464 | DUFFY, CORNELIUS J | 29917 | UNDETERMINED* | EXHIBIT A |
| 465 | DUFFY, WILLIAM K | 29849 | UNDETERMINED* | EXHIBIT A |
| 466 | DUGGAN, ANDREW J | 29850 | UNDETERMINED* | EXHIBIT A |
| 467 | DUNCAN, KENNETH | 29851 | UNDETERMINED* | EXHIBIT A |
| 468 | DUNN, ALEXANDER H | 29852 | UNDETERMINED* | EXHIBIT A |
| 469 | DUNN, JAMES | 29853 | UNDETERMINED* | EXHIBIT A |
| 470 | DUNN, ROBERT J | 29854 | UNDETERMINED* | EXHIBIT A |
| 471 | DUNN, ROSS R | 29855 | UNDETERMINED* | EXHIBIT A |
| 472 | DUPRAW, DONALD | 29856 | UNDETERMINED* | EXHIBIT A |
| 473 | DURNING, JAMES | 29857 | UNDETERMINED* | EXHIBIT A |
| 474 | DURNING, JOHN C | 29858 | UNDETERMINED* | EXHIBIT A |
| 475 | DUTTON, DAVID G | 29859 | UNDETERMINED* | EXHIBIT A |
| 476 | ECKHOFF, ROBERT A | 29860 | UNDETERMINED* | EXHIBIT A |
| 477 | EDDS, CARL E | 29861 | UNDETERMINED* | EXHIBIT A |
| 478 | EFTHEMIS, DONALD G | 29862 | UNDETERMINED* | EXHIBIT A |
| 479 | EGLIT, ROBERT ALAN | 29863 | UNDETERMINED* | EXHIBIT A |
| 480 | EHLERS, WILLIAM J | 29864 | UNDETERMINED* | EXHIBIT A |
| 481 | EHRHARDT, EDWARD R | 29865 | UNDETERMINED* | EXHIBIT A |
| 482 | ELIASON, ELIS | 29866 | UNDETERMINED* | EXHIBIT A |
| 483 | ELLIS, JAMES F | 29867 | UNDETERMINED* | EXHIBIT A |
| 484 | ELVIE, CLINTON YORKE | 29868 | UNDETERMINED* | EXHIBIT A |
| 485 | EMERT, ROBERT | 29869 | UNDETERMINED* | EXHIBIT A |
| 486 | END, GEORGE L | 29870 | UNDETERMINED* | EXHIBIT A |
| 487 | ENRIGHT, JOHH J. | 29871 | UNDETERMINED* | EXHIBIT A |
| 488 | EPPLER, WALTER A | 29872 | UNDETERMINED* | EXHIBIT A |
| 489 | ESTATE OF ALVIN BASSHAM | 31895 | UNDETERMINED* | EXHIBIT A |
| 490 | ESTATE OF ANTHONY DEMERI | 31915 | UNDETERMINED* | EXHIBIT A |
| 491 | ESTATE OF ANTHONY O'GARA | 31964 | UNDETERMINED* | EXHIBIT A |
| 492 | ESTATE OF CHARLES ESTURO | 31919 | UNDETERMINED* | EXHIBIT A |
| 493 | ESTATE OF CHARLES LYNCH | 31944 | UNDETERMINED* | EXHIBIT A |
| 494 | ESTATE OF CHARLES SHANER | 31985 | UNDETERMINED* | EXHIBIT A |
| 495 | ESTATE OF CONO AMILO MASCARELLA | 31948 | UNDETERMINED* | EXHIBIT A |
| 496 | ESTATE OF DENNIS HERR | 31932 | UNDETERMINED* | EXHIBIT A |
| 497 | ESTATE OF DOUGLAS HACKETT | 31929 | UNDETERMINED* | EXHIBIT A |
| 498 | ESTATE OF EDWARD BROWN | 31899 | UNDETERMINED* | EXHIBIT A |
| 499 | ESTATE OF EDWARD RICKENBACKER | 31979 | UNDETERMINED* | EXHIBIT A |
| 500 | ESTATE OF FERNAND PERRON | 31969 | UNDETERMINED* | EXHIBIT A |
| 501 | ESTATE OF FRANCIS STOREY | 31990 | UNDETERMINED* | EXHIBIT A |
| 502 | ESTATE OF FREDRICK KELLY | 31937 | UNDETERMINED* | EXHIBIT A |
| 503 | ESTATE OF GEORGE JOHNSON | 31936 | UNDETERMINED* | EXHIBIT A |
| 504 | ESTATE OF GEORGE PINYUH | 31972 | UNDETERMINED* | EXHIBIT A |
| 505 | ESTATE OF GIOVANNI GALLEA | 31924 | UNDETERMINED* | EXHIBIT A |
| 506 | ESTATE OF HARRY BROWN | 31900 | UNDETERMINED* | EXHIBIT A |
| 507 | ESTATE OF JAMES CAULER | 31906 | UNDETERMINED* | EXHIBIT A |

| 508 | ESTATE OF JAMES DEABOLD | 31912 | UNDETERMINED* | EXHIBIT A |
|-----|--------------------------|-------|---------------|-----------|
| 509 | ESTATE OF JAMES MCGUIRE | 31954 | UNDETERMINED* | EXHIBIT A |
| 510 | ESTATE OF JAMES SHEEHAN | 31986 | UNDETERMINED* | EXHIBIT A |
| 511 | ESTATE OF JEROME CANDRILLI | 31904 | UNDETERMINED* | EXHIBIT A |
| 512 | ESTATE OF JOHN BUTURLA | 31902 | UNDETERMINED* | EXHIBIT A |
| 513 | ESTATE OF JOHN FITZPATRICK | 31921 | UNDETERMINED* | EXHIBIT A |
| 514 | ESTATE OF JOHN NEWELL | 31961 | UNDETERMINED* | EXHIBIT A |
| 515 | ESTATE OF JOHN SCHMITZ | 31983 | UNDETERMINED* | EXHIBIT A |
| 516 | ESTATE OF JOHN SINNOTT | 31988 | UNDETERMINED* | EXHIBIT A |
| 517 | ESTATE OF JOHN SPICIJARIC | 31989 | UNDETERMINED* | EXHIBIT A |
| 518 | ESTATE OF JOSEPH ANTHONY ERCOLE | 31918 | UNDETERMINED* | EXHIBIT A |
| 519 | ESTATE OF JOSEPH CAMPANA | 31903 | UNDETERMINED* | EXHIBIT A |
| 520 | ESTATE OF JOSEPH FLOOD | 31922 | UNDETERMINED* | EXHIBIT A |
| 521 | ESTATE OF JOSEPH MCCORT | 31952 | UNDETERMINED* | EXHIBIT A |
| 522 | ESTATE OF JOSEPH REILLY | 31978 | UNDETERMINED* | EXHIBIT A |
| 523 | ESTATE OF JOSEPH SCAINETTI | 31981 | UNDETERMINED* | EXHIBIT A |
| 524 | ESTATE OF JOSEPH VONDERVOR | 31995 | UNDETERMINED* | EXHIBIT A |
| 525 | ESTATE OF KENNETH RAU | 31977 | UNDETERMINED* | EXHIBIT A |
| 526 | ESTATE OF KEVIN NORTON | 31963 | UNDETERMINED* | EXHIBIT A |
| 527 | ESTATE OF LINTON DORFMAN | 31916 | UNDETERMINED* | EXHIBIT A |
| 528 | ESTATE OF MADISON JENNINGS | 31935 | UNDETERMINED* | EXHIBIT A |
| 529 | ESTATE OF MARIO BLASLOV | 31898 | UNDETERMINED* | EXHIBIT A |
| 530 | ESTATE OF MARIO PIETROMONACO | 31971 | UNDETERMINED* | EXHIBIT A |
| 531 | ESTATE OF NEIL AKESON | 31890 | UNDETERMINED* | EXHIBIT A |
| 532 | ESTATE OF PATRICK MCCLOSKEY | 31951 | UNDETERMINED* | EXHIBIT A |
| 533 | ESTATE OF PAUL LOBDELL | 31943 | UNDETERMINED* | EXHIBIT A |
| 534 | ESTATE OF PAUL MALECKI | 31946 | UNDETERMINED* | EXHIBIT A |
| 535 | ESTATE OF PETER TADDEO | 31991 | UNDETERMINED* | EXHIBIT A |
| 536 | ESTATE OF RAYMOND SABO | 31980 | UNDETERMINED* | EXHIBIT A |
| 537 | ESTATE OF RAYMOND VINCENT | 31994 | UNDETERMINED* | EXHIBIT A |
| 538 | ESTATE OF RICHARD AMBROSINI | 31891 | UNDETERMINED* | EXHIBIT A |
| 539 | ESTATE OF ROBERT FOLEY | 31923 | UNDETERMINED* | EXHIBIT A |
| 540 | ESTATE OF ROBERT GLASER | 31926 | UNDETERMINED* | EXHIBIT A |
| 541 | ESTATE OF ROBERT KOBLER | 31940 | UNDETERMINED* | EXHIBIT A |
| 542 | ESTATE OF RONALD DULIN | 31917 | UNDETERMINED* | EXHIBIT A |
| 543 | ESTATE OF SAM ANGELO | 31892 | UNDETERMINED* | EXHIBIT A |
| 544 | ESTATE OF SAMUEL MCKAY | 31955 | UNDETERMINED* | EXHIBIT A |
| 545 | ESTATE OF SRDJAN MATIJEVIC | 31949 | UNDETERMINED* | EXHIBIT A |
| 546 | ESTATE OF STANLEY BLAIR | 31897 | UNDETERMINED* | EXHIBIT A |
| 547 | ESTATE OF THOMAS BRUGAR | 31901 | UNDETERMINED* | EXHIBIT A |
| 548 | ESTATE OF WARREN DE GLOPPER | 31914 | UNDETERMINED* | EXHIBIT A |
| 549 | ESTATE OF WILLIAM COLETTI | 31908 | UNDETERMINED* | EXHIBIT A |
| 550 | ESTATE OF WILLIAM CORSELLO | 31910 | UNDETERMINED* | EXHIBIT A |
| 551 | ESTATE OF WILLIAM LINDSAY | 31942 | UNDETERMINED* | EXHIBIT A |
| 552 | ESTATE OF WILLIAM MOORE | 31958 | UNDETERMINED* | EXHIBIT A |
| 553 | ESTATE OF WILLIAM MORRISON | 31959 | UNDETERMINED* | EXHIBIT A |
| 554 | ESTATE OF WILLIAM PURDY | 31975 | UNDETERMINED* | EXHIBIT A |

| 555 | EVANGELISTO, LEWIS AUGUST | 29873 | UNDETERMINED* | EXHIBIT A |
| 556 | EVANS, JOHN B | 29874 | UNDETERMINED* | EXHIBIT A |
| 557 | EVANS, JOHN W | 29875 | UNDETERMINED* | EXHIBIT A |
| 558 | EXNER, JOEL H | 29876 | UNDETERMINED* | EXHIBIT A |
| 559 | FABIN, FRANK M | 29877 | UNDETERMINED* | EXHIBIT A |
| 560 | FAFALIOS, EMMANUEL | 29878 | UNDETERMINED* | EXHIBIT A |
| 561 | FAILING, JOHN I | 29879 | UNDETERMINED* | EXHIBIT A |
| 562 | FALZON, ANTHONY | 29880 | UNDETERMINED* | EXHIBIT A |
| 563 | FANTOZZI, LAWRENCE | 29881 | UNDETERMINED* | EXHIBIT A |
| 564 | FARMILETTE, MICHAEL J | 29882 | UNDETERMINED* | EXHIBIT A |
| 565 | FARNAN, JAMES F | 29883 | UNDETERMINED* | EXHIBIT A |
| 566 | FARRELL, HARRY J | 29884 | UNDETERMINED* | EXHIBIT A |
| 567 | FARRELL, PETER | 29885 | UNDETERMINED* | EXHIBIT A |
| 568 | FARRER, JOHN J | 29886 | UNDETERMINED* | EXHIBIT A |
| 569 | FARRY, THOMAS J | 29887 | UNDETERMINED* | EXHIBIT A |
| 570 | FASANO, FRANK | 29888 | UNDETERMINED* | EXHIBIT A |
| 571 | FASCIANO, JAMES | 29889 | UNDETERMINED* | EXHIBIT A |
| 572 | FAULKNER, JAMES JOSEPH | 29890 | UNDETERMINED* | EXHIBIT A |
| 573 | FEERICK, MICHAEL V | 29891 | UNDETERMINED* | EXHIBIT A |
| 574 | FEIN, HOWARD | 29892 | UNDETERMINED* | EXHIBIT A |
| 575 | FEOLA, NEAL | 29496 | UNDETERMINED* | EXHIBIT A |
| 576 | FERGUSON, ROBERT F | 29495 | UNDETERMINED* | EXHIBIT A |
| 577 | FERNANDEZ, FRANK J | 29494 | UNDETERMINED* | EXHIBIT A |
| 578 | FERNANDEZ, JOSE F | 29491 | UNDETERMINED* | EXHIBIT A |
| 579 | FERRANTE, PASQUALE S | 29493 | UNDETERMINED* | EXHIBIT A |
| 580 | FERRARO, DOMINIC | 29492 | UNDETERMINED* | EXHIBIT A |
| 581 | FERRARO, DONALD V | 29488 | UNDETERMINED* | EXHIBIT A |
| 582 | FERRAVANTI, ROBERT | 29489 | UNDETERMINED* | EXHIBIT A |
| 583 | FERRO, JOSEPH | 29490 | UNDETERMINED* | EXHIBIT A |
| 584 | FERTIK, RICHARD | 29487 | UNDETERMINED* | EXHIBIT A |
| 585 | FEY, EDWARD M | 29486 | UNDETERMINED* | EXHIBIT A |
| 586 | FIALA, HARVEY | 29485 | UNDETERMINED* | EXHIBIT A |
| 587 | FIALKOWSKI, ANTHONY F | 29484 | UNDETERMINED* | EXHIBIT A |
| 588 | FIELDS, GARY J | 29483 | UNDETERMINED* | EXHIBIT A |
| 589 | FILIPAS, ANTHONY | 29482 | UNDETERMINED* | EXHIBIT A |
| 590 | FINLEY, EMERY W | 29481 | UNDETERMINED* | EXHIBIT A |
| 591 | FINNERTY, FRANCIS | 29480 | UNDETERMINED* | EXHIBIT A |
| 592 | FIORE, GENNARO L | 29479 | UNDETERMINED* | EXHIBIT A |
| 593 | FISCHER, JOHN | 31920 | UNDETERMINED* | EXHIBIT A |
| 594 | FISHER, GARY A | 29478 | UNDETERMINED* | EXHIBIT A |
| 595 | FITCHETT, WILLIAM C | 29477 | UNDETERMINED* | EXHIBIT A |
| 596 | FITZGERALD, ROBERT L | 29475 | UNDETERMINED* | EXHIBIT A |
| 597 | FITZPATRICK, EDWARD F | 29476 | UNDETERMINED* | EXHIBIT A |
| 598 | FITZPATRICK, MICHAEL A | 29474 | UNDETERMINED* | EXHIBIT A |
| 599 | FITZPATRICK, ROBERT | 29473 | UNDETERMINED* | EXHIBIT A |
| 600 | FITZPATRICK, THOMAS | 29472 | UNDETERMINED* | EXHIBIT A |
| 601 | FIX, NORMAN E | 29471 | UNDETERMINED* | EXHIBIT A |

| 602 | FLAGGE, WILLIAM | 29470 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 603 | FLEMING, ROBERT M | 29469 | UNDETERMINED* | EXHIBIT A |
| 604 | FLETCHER, ROBERT G | 29468 | UNDETERMINED* | EXHIBIT A |
| 605 | FLICK, WAYNE | 29464 | UNDETERMINED* | EXHIBIT A |
| 606 | FLOOD, DANIEL | 29465 | UNDETERMINED* | EXHIBIT A |
| 607 | FLYNN, MICHAEL O | 29466 | UNDETERMINED* | EXHIBIT A |
| 608 | FOGARTY, DENNIS P | 29467 | UNDETERMINED* | EXHIBIT A |
| 609 | FOLEY, MICHAEL | 29461 | UNDETERMINED* | EXHIBIT A |
| 610 | FONTAINE, WILLIAM E | 29463 | UNDETERMINED* | EXHIBIT A |
| 611 | FONTANA, LOUIS B | 29462 | UNDETERMINED* | EXHIBIT A |
| 612 | FORD, ALLEN M | 29457 | UNDETERMINED* | EXHIBIT A |
| 613 | FORD, WILLIAM EDWARD | 29460 | UNDETERMINED* | EXHIBIT A |
| 614 | FORSTER, JOHN S | 29458 | UNDETERMINED* | EXHIBIT A |
| 615 | FOSTER, WINSTON B | 29459 | UNDETERMINED* | EXHIBIT A |
| 616 | FOX, LAWRENCE F | 29456 | UNDETERMINED* | EXHIBIT A |
| 617 | FOY, ROBERT J | 29455 | UNDETERMINED* | EXHIBIT A |
| 618 | FRANCISCI, LEO E | 29454 | UNDETERMINED* | EXHIBIT A |
| 619 | FRANK, LESTER L | 29453 | UNDETERMINED* | EXHIBIT A |
| 620 | FRANZINO, JOSEPH | 29452 | UNDETERMINED* | EXHIBIT A |
| 621 | FRANZSON, THOMAS B | 29451 | UNDETERMINED* | EXHIBIT A |
| 622 | FRAZIER, CLARY | 29450 | UNDETERMINED* | EXHIBIT A |
| 623 | FREEMAN, DON G | 29449 | UNDETERMINED* | EXHIBIT A |
| 624 | FRIDMAN, CHARLES | 29448 | UNDETERMINED* | EXHIBIT A |
| 625 | FRIED, HENRY A | 29447 | UNDETERMINED* | EXHIBIT A |
| 626 | FRIEDMAN, ALVIN | 29446 | UNDETERMINED* | EXHIBIT A |
| 627 | FRISBIE, BARRY | 29445 | UNDETERMINED* | EXHIBIT A |
| 628 | FUCHS, KENNETH G | 29444 | UNDETERMINED* | EXHIBIT A |
| 629 | FULTZ, JOHN R | 29443 | UNDETERMINED* | EXHIBIT A |
| 630 | FUNICELLO, LOUIS C | 29442 | UNDETERMINED* | EXHIBIT A |
| 631 | FURMAN, DENNIS R | 29441 | UNDETERMINED* | EXHIBIT A |
| 632 | FUSCO, ANDREW | 29440 | UNDETERMINED* | EXHIBIT A |
| 633 | GABRIEL, WINSTON F | 29439 | UNDETERMINED* | EXHIBIT A |
| 634 | GALA, STEPHEN | 29438 | UNDETERMINED* | EXHIBIT A |
| 635 | GALARDO, PETER | 29437 | UNDETERMINED* | EXHIBIT A |
| 636 | GALL, STEVEN M | 29436 | UNDETERMINED* | EXHIBIT A |
| 637 | GALLAGHER, FRANK J | 29435 | UNDETERMINED* | EXHIBIT A |
| 638 | GALLAGHER, JOHN W | 29434 | UNDETERMINED* | EXHIBIT A |
| 639 | GALLAGHER, JOSEPH | 29433 | UNDETERMINED* | EXHIBIT A |
| 640 | GALLO, FRANK | 29432 | UNDETERMINED* | EXHIBIT A |
| 641 | GALLO, WILLIAM R | 29431 | UNDETERMINED* | EXHIBIT A |
| 642 | GALU, JAMES J | 29430 | UNDETERMINED* | EXHIBIT A |
| 643 | GALVIN, DAVID J | 29429 | UNDETERMINED* | EXHIBIT A |
| 644 | GANNON, MARTIN A | 29428 | UNDETERMINED* | EXHIBIT A |
| 645 | GARAY, DANIEL E | 29425 | UNDETERMINED* | EXHIBIT A |
| 646 | GARGIULO, ALEXANDER | 29427 | UNDETERMINED* | EXHIBIT A |
| 647 | GARGIULO, ROBERT A | 29426 | UNDETERMINED* | EXHIBIT A |
| 648 | GARGIULO, SALVATORE LOUIS | 29424 | UNDETERMINED* | EXHIBIT A |

470035

| 649 | GARIBAY, JACK S | 29423 | UNDETERMINED* | EXHIBIT A |
| 650 | GAROFALO, ROBERT L | 29422 | UNDETERMINED* | EXHIBIT A |
| 651 | GARTTNER, FREDERICK G | 29421 | UNDETERMINED* | EXHIBIT A |
| 652 | GARVEY, JOHN J | 29420 | UNDETERMINED* | EXHIBIT A |
| 653 | GARZANITI, MICHAEL | 29419 | UNDETERMINED* | EXHIBIT A |
| 654 | GASKA, ROBERT | 29418 | UNDETERMINED* | EXHIBIT A |
| 655 | GASPARRE, SALVATORE | 29417 | UNDETERMINED* | EXHIBIT A |
| 656 | GAUL, WILLIAM F | 29414 | UNDETERMINED* | EXHIBIT A |
| 657 | GAZO, JOHN RICKY | 29416 | UNDETERMINED* | EXHIBIT A |
| 658 | GEARY, WILLIAM J | 29415 | UNDETERMINED* | EXHIBIT A |
| 659 | GECK, MARTIN | 29413 | UNDETERMINED* | EXHIBIT A |
| 660 | GELLER, FREDERICK | 29412 | UNDETERMINED* | EXHIBIT A |
| 661 | GENTILE, JOSEPH | 29411 | UNDETERMINED* | EXHIBIT A |
| 662 | GEORGES, JOHN P | 29408 | UNDETERMINED* | EXHIBIT A |
| 663 | GERCON, JOHN | 29410 | UNDETERMINED* | EXHIBIT A |
| 664 | GERLACH, ROBERT E | 29409 | UNDETERMINED* | EXHIBIT A |
| 665 | GERLINSKY, GEORGE | 29407 | UNDETERMINED* | EXHIBIT A |
| 666 | GEROLAMI, LOUIS L | 29406 | UNDETERMINED* | EXHIBIT A |
| 667 | GERSTEL, ROBERT | 29404 | UNDETERMINED* | EXHIBIT A |
| 668 | GESSELLI, EUGENE A | 29405 | UNDETERMINED* | EXHIBIT A |
| 669 | GESSMAN, ALFONS J | 29403 | UNDETERMINED* | EXHIBIT A |
| 670 | GEYER, CHARLES W | 29402 | UNDETERMINED* | EXHIBIT A |
| 671 | GIALLORETO, FRANK M | 29401 | UNDETERMINED* | EXHIBIT A |
| 672 | GIANGRANDE, SALVATORE | 31925 | UNDETERMINED* | EXHIBIT A |
| 673 | GIARDINA, VINCENZO | 29400 | UNDETERMINED* | EXHIBIT A |
| 674 | GIBBONS, JOHN EDWARD | 29398 | UNDETERMINED* | EXHIBIT A |
| 675 | GIBBONS, JOHN J | 29399 | UNDETERMINED* | EXHIBIT A |
| 676 | GIBBS, SELDON C | 29397 | UNDETERMINED* | EXHIBIT A |
| 677 | GIBNEY, KENNETH J | 29396 | UNDETERMINED* | EXHIBIT A |
| 678 | GILBERT, NORRIS | 29395 | UNDETERMINED* | EXHIBIT A |
| 679 | GILDERSLEEVE, CHARLES | 29394 | UNDETERMINED* | EXHIBIT A |
| 680 | GINTER, EDWIN LEE | 29393 | UNDETERMINED* | EXHIBIT A |
| 681 | GIORDANO, ALDO | 29392 | UNDETERMINED* | EXHIBIT A |
| 682 | GIORDANO, ALFRED J | 29391 | UNDETERMINED* | EXHIBIT A |
| 683 | GIORDANO, DAVID FRED | 29390 | UNDETERMINED* | EXHIBIT A |
| 684 | GIORGI, PHILIP | 29389 | UNDETERMINED* | EXHIBIT A |
| 685 | GIOVINGO, MICHAEL | 29388 | UNDETERMINED* | EXHIBIT A |
| 686 | GIRARDIN, WILLIAM J | 29387 | UNDETERMINED* | EXHIBIT A |
| 687 | GITTO, JOSEPH F | 29386 | UNDETERMINED* | EXHIBIT A |
| 688 | GIUSTINO, JOSEPH | 29385 | UNDETERMINED* | EXHIBIT A |
| 689 | GIVEANS, GEORGE | 29384 | UNDETERMINED* | EXHIBIT A |
| 690 | GLASER, MELVYN | 29383 | UNDETERMINED* | EXHIBIT A |
| 691 | GLEASON, JAMES M | 29382 | UNDETERMINED* | EXHIBIT A |
| 692 | GLEESON, JAMES | 29381 | UNDETERMINED* | EXHIBIT A |
| 693 | GLIBOWSKI, MICHAEL J | 29380 | UNDETERMINED* | EXHIBIT A |
| 694 | GLIBOWSKI, STEPHEN J | 29379 | UNDETERMINED* | EXHIBIT A |
| 695 | GOETKE, CHRISTOPHER | 29378 | UNDETERMINED* | EXHIBIT A |

470035

| 696 | GOLDBERG, MORTON | 29377 | UNDETERMINED* | EXHIBIT A |
|-----|------------------|-------|---------------|-----------|
| 697 | GOLDNER, EDWIN | 29376 | UNDETERMINED* | EXHIBIT A |
| 698 | GOOD, JOSEPH J | 29375 | UNDETERMINED* | EXHIBIT A |
| 699 | GOOD, ROBERT B | 29374 | UNDETERMINED* | EXHIBIT A |
| 700 | GOODE, FRANCIS P | 29373 | UNDETERMINED* | EXHIBIT A |
| 701 | GOODLEAF, GEORGE H | 29372 | UNDETERMINED* | EXHIBIT A |
| 702 | GOODRICH, DAVID | 29371 | UNDETERMINED* | EXHIBIT A |
| 703 | GORDON, DAVID T | 29370 | UNDETERMINED* | EXHIBIT A |
| 704 | GORNIC, GERALD S | 29369 | UNDETERMINED* | EXHIBIT A |
| 705 | GOSHIEN, ROY DEAN | 29368 | UNDETERMINED* | EXHIBIT A |
| 706 | GOUYD, MARTIN | 29367 | UNDETERMINED* | EXHIBIT A |
| 707 | GOZLEY, EUGENE M | 29366 | UNDETERMINED* | EXHIBIT A |
| 708 | GRABER, DONALD | 29365 | UNDETERMINED* | EXHIBIT A |
| 709 | GRABLIAUSKAS, EDWARD J | 29364 | UNDETERMINED* | EXHIBIT A |
| 710 | GRACI, GIUSEPPE | 29363 | UNDETERMINED* | EXHIBIT A |
| 711 | GRAHAM, JAMES | 31927 | UNDETERMINED* | EXHIBIT A |
| 712 | GRAHAM, RICHARD | 29362 | UNDETERMINED* | EXHIBIT A |
| 713 | GRAHAM, WALTER C | 29138 | UNDETERMINED* | EXHIBIT A |
| 714 | GRANDO, ANTE | 29137 | UNDETERMINED* | EXHIBIT A |
| 715 | GRANO, MICHAEL | 29143 | UNDETERMINED* | EXHIBIT A |
| 716 | GRAS, NIKO | 29156 | UNDETERMINED* | EXHIBIT A |
| 717 | GRASSI, DENNIS | 29142 | UNDETERMINED* | EXHIBIT A |
| 718 | GRAY, DONALD C | 29141 | UNDETERMINED* | EXHIBIT A |
| 719 | GRAY, JERRY | 29140 | UNDETERMINED* | EXHIBIT A |
| 720 | GRAY, RICHARD E | 29139 | UNDETERMINED* | EXHIBIT A |
| 721 | GRECO, CHARLES P | 29146 | UNDETERMINED* | EXHIBIT A |
| 722 | GRECO, PHILIP A | 29145 | UNDETERMINED* | EXHIBIT A |
| 723 | GREEFF, WILLIAM | 29144 | UNDETERMINED* | EXHIBIT A |
| 724 | GREEN, ARTHUR | 29149 | UNDETERMINED* | EXHIBIT A |
| 725 | GREEN, DAVID J | 29148 | UNDETERMINED* | EXHIBIT A |
| 726 | GREENLAY, DONALD H | 29147 | UNDETERMINED* | EXHIBIT A |
| 727 | GREGOR, ROBERT | 29154 | UNDETERMINED* | EXHIBIT A |
| 728 | GREMLER, WILLIAM MICHAEL | 29153 | UNDETERMINED* | EXHIBIT A |
| 729 | GRESS, KAMAL N | 29152 | UNDETERMINED* | EXHIBIT A |
| 730 | GRGAS, ANTE | 29151 | UNDETERMINED* | EXHIBIT A |
| 731 | GRGAS, BOZIDAR | 29150 | UNDETERMINED* | EXHIBIT A |
| 732 | GRGAS, DALIBOR | 29158 | UNDETERMINED* | EXHIBIT A |
| 733 | GRGAS, MARINKO | 29157 | UNDETERMINED* | EXHIBIT A |
| 734 | GRGAS-GRANDO, ANDELKO | 29155 | UNDETERMINED* | EXHIBIT A |
| 735 | GRIESENBRAUCK, HERIBERT | 29160 | UNDETERMINED* | EXHIBIT A |
| 736 | GRIFFIN, GERALD | 29159 | UNDETERMINED* | EXHIBIT A |
| 737 | GRIMBLE, PAUL R | 29164 | UNDETERMINED* | EXHIBIT A |
| 738 | GRINDSTAFF, ROY LUTHER | 29163 | UNDETERMINED* | EXHIBIT A |
| 739 | GRINDSTAFF, WAYNE J | 29162 | UNDETERMINED* | EXHIBIT A |
| 740 | GRISANTI, ROCCO P | 29161 | UNDETERMINED* | EXHIBIT A |
| 741 | GROGAN, DANIEL P | 29168 | UNDETERMINED* | EXHIBIT A |
| 742 | GROMADZKI, FRANCIS | 29167 | UNDETERMINED* | EXHIBIT A |

| 743 | GRUTER, FREDERICK J | 29166 | UNDETERMINED* | EXHIBIT A |
|-----|---------------------|-------|---------------|-----------|
| 744 | GUARINO, JEROME F | 29165 | UNDETERMINED* | EXHIBIT A |
| 745 | GUASTAMACCHIA, JOSEPH | 29172 | UNDETERMINED* | EXHIBIT A |
| 746 | GUGINO, JAMES ANTHONY | 29171 | UNDETERMINED* | EXHIBIT A |
| 747 | GUIDAL, ROBERT | 29170 | UNDETERMINED* | EXHIBIT A |
| 748 | GUILLILY, ANTHONY | 29169 | UNDETERMINED* | EXHIBIT A |
| 749 | GUND, STEVEN C | 29175 | UNDETERMINED* | EXHIBIT A |
| 750 | GUND, WILLIAM P | 29174 | UNDETERMINED* | EXHIBIT A |
| 751 | GURR, JOHN J | 29173 | UNDETERMINED* | EXHIBIT A |
| 752 | GUSMANO, PAUL | 31928 | UNDETERMINED* | EXHIBIT A |
| 753 | GUTEKUNST, ROBERT J | 29177 | UNDETERMINED* | EXHIBIT A |
| 754 | HABAS, ROBERT E | 29176 | UNDETERMINED* | EXHIBIT A |
| 755 | HACKER, THOMAS GEORGE | 29179 | UNDETERMINED* | EXHIBIT A |
| 756 | HACKER, TIMOTHY R | 29178 | UNDETERMINED* | EXHIBIT A |
| 757 | HAFFER, WILLIAM E | 29182 | UNDETERMINED* | EXHIBIT A |
| 758 | HAGE, THOMAS E | 29191 | UNDETERMINED* | EXHIBIT A |
| 759 | HAGGERTY, JAMES | 29180 | UNDETERMINED* | EXHIBIT A |
| 760 | HAHN, KENNETH | 29186 | UNDETERMINED* | EXHIBIT A |
| 761 | HALAY, ROBERT | 29185 | UNDETERMINED* | EXHIBIT A |
| 762 | HALEY, ALBERT | 29184 | UNDETERMINED* | EXHIBIT A |
| 763 | HAMILTON, HARRY C | 29183 | UNDETERMINED* | EXHIBIT A |
| 764 | HAMILTON, ROBERT J | 29181 | UNDETERMINED* | EXHIBIT A |
| 765 | HANDLER, GEORGE | 29189 | UNDETERMINED* | EXHIBIT A |
| 766 | HANEY, THOMAS J | 29188 | UNDETERMINED* | EXHIBIT A |
| 767 | HANNIGAN, WILLIAM | 29187 | UNDETERMINED* | EXHIBIT A |
| 768 | HANSEN, RAYMOND H | 29193 | UNDETERMINED* | EXHIBIT A |
| 769 | HARKIN, CHARLES J | 29192 | UNDETERMINED* | EXHIBIT A |
| 770 | HARKIN, GEORGE | 29190 | UNDETERMINED* | EXHIBIT A |
| 771 | HARM, ARTHUR C | 29197 | UNDETERMINED* | EXHIBIT A |
| 772 | HARM, DAVID F | 29196 | UNDETERMINED* | EXHIBIT A |
| 773 | HARNISCH, RICHARD | 29195 | UNDETERMINED* | EXHIBIT A |
| 774 | HARRINGTON, EDWARD | 29194 | UNDETERMINED* | EXHIBIT A |
| 775 | HARRINGTON, JAMES F | 29201 | UNDETERMINED* | EXHIBIT A |
| 776 | HART, JOHN M | 29200 | UNDETERMINED* | EXHIBIT A |
| 777 | HARTMAN, JAMES | 29558 | UNDETERMINED* | EXHIBIT A |
| 778 | HARVEY, JAMES | 31930 | UNDETERMINED* | EXHIBIT A |
| 779 | HASENOHR, CHARLES | 29199 | UNDETERMINED* | EXHIBIT A |
| 780 | HASKINS, WILLIAM A | 29198 | UNDETERMINED* | EXHIBIT A |
| 781 | HATTEN, MATTHEW | 29203 | UNDETERMINED* | EXHIBIT A |
| 782 | HAUG, JOHN HENRY | 29202 | UNDETERMINED* | EXHIBIT A |
| 783 | HAUG, WOLFGANG H | 29204 | UNDETERMINED* | EXHIBIT A |
| 784 | HAUGH, DAVID | 29205 | UNDETERMINED* | EXHIBIT A |
| 785 | HAUPT, LEONARD J | 29206 | UNDETERMINED* | EXHIBIT A |
| 786 | HAUPTMAN, FREDERICK | 29207 | UNDETERMINED* | EXHIBIT A |
| 787 | HAWKINS, MARTY MELVIN | 29208 | UNDETERMINED* | EXHIBIT A |
| 788 | HAYES, JAMES C | 29209 | UNDETERMINED* | EXHIBIT A |
| 789 | HAYES, THOMAS A | 29210 | UNDETERMINED* | EXHIBIT A |

| 790 | HECKMAN, SEYMOUR D | 29211 | UNDETERMINED* | EXHIBIT A |
| 791 | HEHL, PETER | 29559 | UNDETERMINED* | EXHIBIT A |
| 792 | HEINLEIN, HENRY | 29560 | UNDETERMINED* | EXHIBIT A |
| 793 | HELD, JOHN F | 29561 | UNDETERMINED* | EXHIBIT A |
| 794 | HELLER, KENNETH H | 29562 | UNDETERMINED* | EXHIBIT A |
| 795 | HELMKE, WILLIAM MARTIN | 29563 | UNDETERMINED* | EXHIBIT A |
| 796 | HEMMERLING, WILLIAM A | 29564 | UNDETERMINED* | EXHIBIT A |
| 797 | HEMMERT, JEFFREY DOUGLAS | 29565 | UNDETERMINED* | EXHIBIT A |
| 798 | HEMSLEY, BRUCE | 29566 | UNDETERMINED* | EXHIBIT A |
| 799 | HENDERSON, RAY | 29567.02 | UNDETERMINED* | EXHIBIT B |
| 800 | HENDERSON, ROBERT C | 29568 | UNDETERMINED* | EXHIBIT A |
| 801 | HENGLEIN, JOHN P | 29569 | UNDETERMINED* | EXHIBIT A |
| 802 | HERNANDEZ, JAIME | 29570 | UNDETERMINED* | EXHIBIT A |
| 803 | HERR, ANNE A | 29571 | UNDETERMINED* | EXHIBIT A |
| 804 | HERR, FREDERICK D | 29572 | UNDETERMINED* | EXHIBIT A |
| 805 | HERR, ROBERT | 29573 | UNDETERMINED* | EXHIBIT A |
| 806 | HERTZKE, WILLIAM | 31931 | UNDETERMINED* | EXHIBIT A |
| 807 | HERTZLER, HAROLD V | 29574 | UNDETERMINED* | EXHIBIT A |
| 808 | HERZICH, PETER | 29575 | UNDETERMINED* | EXHIBIT A |
| 809 | HILL, EDWARD ST. | 30588 | UNDETERMINED* | EXHIBIT A |
| 810 | HIRSCHMAN, GARY | 29576 | UNDETERMINED* | EXHIBIT A |
| 811 | HOBLIN, THOMAS | 31933 | UNDETERMINED* | EXHIBIT A |
| 812 | HOCH, DONALD | 29577 | UNDETERMINED* | EXHIBIT A |
| 813 | HOCH, RICHARD S | 29578 | UNDETERMINED* | EXHIBIT A |
| 814 | HOFMANN, WILLIAM C | 29579 | UNDETERMINED* | EXHIBIT A |
| 815 | HOFSETH, RICHARD | 29580 | UNDETERMINED* | EXHIBIT A |
| 816 | HOGAN, ALONZO | 29581 | UNDETERMINED* | EXHIBIT A |
| 817 | HOGAN, PATRICK | 29582 | UNDETERMINED* | EXHIBIT A |
| 818 | HOHNE, HAROLD | 31934 | UNDETERMINED* | EXHIBIT A |
| 819 | HOLECEK, JAMES W | 29583 | UNDETERMINED* | EXHIBIT A |
| 820 | HOLL, JOHN F | 29584 | UNDETERMINED* | EXHIBIT A |
| 821 | HOLLINGSWORTH, FRANK D | 29585 | UNDETERMINED* | EXHIBIT A |
| 822 | HOLLIS, WILLIAM | 29586 | UNDETERMINED* | EXHIBIT A |
| 823 | HOLM, FRITZ M | 29587 | UNDETERMINED* | EXHIBIT A |
| 824 | HOLST, MILTON R | 29588 | UNDETERMINED* | EXHIBIT A |
| 825 | HOLTON, WILLIAM | 29589 | UNDETERMINED* | EXHIBIT A |
| 826 | HOMA, ROBERT A | 29590 | UNDETERMINED* | EXHIBIT A |
| 827 | HOPKINS, HAROLD E | 29591 | UNDETERMINED* | EXHIBIT A |
| 828 | HOROWITZ, ALBERT | 29592 | UNDETERMINED* | EXHIBIT A |
| 829 | HORVATH, CHARLES | 29593 | UNDETERMINED* | EXHIBIT A |
| 830 | HORVATH, JAMES EDWARD | 29594 | UNDETERMINED* | EXHIBIT A |
| 831 | HORVATH, THOMAS | 29595 | UNDETERMINED* | EXHIBIT A |
| 832 | HOULDER, CHARLES C | 29596 | UNDETERMINED* | EXHIBIT A |
| 833 | HOWARD, CLYDE | 29597 | UNDETERMINED* | EXHIBIT A |
| 834 | HOWELL, MONTY | 29598 | UNDETERMINED* | EXHIBIT A |
| 835 | HUBER, JOHN W | 29599 | UNDETERMINED* | EXHIBIT A |
| 836 | HUGGINS, HAROLD | 29600 | UNDETERMINED* | EXHIBIT A |

| 837 | HUGHES, ALAN | 29601 | UNDETERMINED* | EXHIBIT A |
| 838 | HUGHES, ANTHONY | 29602 | UNDETERMINED* | EXHIBIT A |
| 839 | HUGHES, FRED B | 29603 | UNDETERMINED* | EXHIBIT A |
| 840 | HUGHES, JOHN C | 29604 | UNDETERMINED* | EXHIBIT A |
| 841 | HUGHES, ROBERT V | 29605 | UNDETERMINED* | EXHIBIT A |
| 842 | HUSTED, RICHARD J | 29606 | UNDETERMINED* | EXHIBIT A |
| 843 | HUTZLER, ROBERT S | 29607 | UNDETERMINED* | EXHIBIT A |
| 844 | HYDE, RICHARD H | 29608 | UNDETERMINED* | EXHIBIT A |
| 845 | HYLAS, MARK K | 29609 | UNDETERMINED* | EXHIBIT A |
| 846 | HYMAN, HAROLD | 29610 | UNDETERMINED* | EXHIBIT A |
| 847 | HYNES, THOMAS | 29611 | UNDETERMINED* | EXHIBIT A |
| 848 | ILOVAR, IVAN | 29612 | UNDETERMINED* | EXHIBIT A |
| 849 | INCONTRERA, FRANK VITO | 29613 | UNDETERMINED* | EXHIBIT A |
| 850 | IPPOLITO, DENNIS | 29614 | UNDETERMINED* | EXHIBIT A |
| 851 | ISENHART, JAMES | 29615 | UNDETERMINED* | EXHIBIT A |
| 852 | JACKSON, LESLIE THOMAS | 29616 | UNDETERMINED* | EXHIBIT A |
| 853 | JACKSON, WILLIAM | 29617 | UNDETERMINED* | EXHIBIT A |
| 854 | JACOBS, ALEXANDER | 29618 | UNDETERMINED* | EXHIBIT A |
| 855 | JACOBY, MICHAEL N | 29619 | UNDETERMINED* | EXHIBIT A |
| 856 | JACQUES, LAURENCE | 29620 | UNDETERMINED* | EXHIBIT A |
| 857 | JAEGER, ROBERT F | 29621 | UNDETERMINED* | EXHIBIT A |
| 858 | JAMES, EMERSON S | 29622 | UNDETERMINED* | EXHIBIT A |
| 859 | JAQUES, MICHAEL | 29623 | UNDETERMINED* | EXHIBIT A |
| 860 | JARVIS, DONALD R | 29624 | UNDETERMINED* | EXHIBIT A |
| 861 | JELARDI, ROBERT | 29625 | UNDETERMINED* | EXHIBIT A |
| 862 | JENSEN, ERIK | 29626 | UNDETERMINED* | EXHIBIT A |
| 863 | JENSEN, FINN A | 29627 | UNDETERMINED* | EXHIBIT A |
| 864 | JERLA LI, MATTHEW B | 29628 | UNDETERMINED* | EXHIBIT A |
| 865 | JOCK, RANDOLPH R | 29629 | UNDETERMINED* | EXHIBIT A |
| 866 | JOHNSTON, GEORGE | 29630 | UNDETERMINED* | EXHIBIT A |
| 867 | JONES, GERALD | 29631 | UNDETERMINED* | EXHIBIT A |
| 868 | JONES, GERALD E | 29632 | UNDETERMINED* | EXHIBIT A |
| 869 | JONES, JAMES C | 29633 | UNDETERMINED* | EXHIBIT A |
| 870 | JORDAN, CECIL | 29634 | UNDETERMINED* | EXHIBIT A |
| 871 | JUST, GEORGE F | 29635 | UNDETERMINED* | EXHIBIT A |
| 872 | JUSTI, GEORGE | 29636 | UNDETERMINED* | EXHIBIT A |
| 873 | KAISER, JOHN R | 29212 | UNDETERMINED* | EXHIBIT A |
| 874 | KAMINSKI, HARRY E | 29213 | UNDETERMINED* | EXHIBIT A |
| 875 | KANEY, DENNIS | 29214 | UNDETERMINED* | EXHIBIT A |
| 876 | KANNATT, HERMAN | 29215 | UNDETERMINED* | EXHIBIT A |
| 877 | KARAKASIANS, JOSEPH | 29216 | UNDETERMINED* | EXHIBIT A |
| 878 | KATZ, MICHAEL M | 29217 | UNDETERMINED* | EXHIBIT A |
| 879 | KAY, STANLEY | 29218 | UNDETERMINED* | EXHIBIT A |
| 880 | KAYE, SIDNEY C | 29219 | UNDETERMINED* | EXHIBIT A |
| 881 | KAYE, TIMOTHY | 29220 | UNDETERMINED* | EXHIBIT A |
| 882 | KAYOLA, JOSEPH C | 29221 | UNDETERMINED* | EXHIBIT A |
| 883 | KEAHON, JAMES E | 29222 | UNDETERMINED* | EXHIBIT A |

| 884 | KEARNEY, BRIAN P | 29223 | UNDETERMINED* | EXHIBIT A |
|-----|------------------|-------|---------------|-----------|
| 885 | KEARNEY, FRANK M | 29224 | UNDETERMINED* | EXHIBIT A |
| 886 | KEEGAN, FRANCIS J | 29225 | UNDETERMINED* | EXHIBIT A |
| 887 | KEENAN, CHRISTOPHER A | 29226 | UNDETERMINED* | EXHIBIT A |
| 888 | KEENAN, FRANK | 29227 | UNDETERMINED* | EXHIBIT A |
| 889 | KEENAN, JOHN PAUL | 29228 | UNDETERMINED* | EXHIBIT A |
| 890 | KEENEY, FRANCIS | 29229 | UNDETERMINED* | EXHIBIT A |
| 891 | KEHOE, JAMES JOSEPH | 29230 | UNDETERMINED* | EXHIBIT A |
| 892 | KEIL, KENNETH L | 29231 | UNDETERMINED* | EXHIBIT A |
| 893 | KEILBACH, ROBERT | 29232 | UNDETERMINED* | EXHIBIT A |
| 894 | KEITH , WILLIAM H | 29233 | UNDETERMINED* | EXHIBIT A |
| 895 | KELLY, JAMES J | 29234 | UNDETERMINED* | EXHIBIT A |
| 896 | KELLY, RAYMOND T | 29235 | UNDETERMINED* | EXHIBIT A |
| 897 | KELLY, RONALD | 29236 | UNDETERMINED* | EXHIBIT A |
| 898 | KENNEDY, DANIEL | 29237 | UNDETERMINED* | EXHIBIT A |
| 899 | KENNEDY, JAMES M | 29238 | UNDETERMINED* | EXHIBIT A |
| 900 | KENNEDY, JEROME F | 29239 | UNDETERMINED* | EXHIBIT A |
| 901 | KENNEDY, JOHN B | 29240 | UNDETERMINED* | EXHIBIT A |
| 902 | KENNEDY, PATRICK | 29241 | UNDETERMINED* | EXHIBIT A |
| 903 | KENNEDY, ROBERT L | 29242 | UNDETERMINED* | EXHIBIT A |
| 904 | KENNEY, DANIEL J | 29243 | UNDETERMINED* | EXHIBIT A |
| 905 | KENNY, PETER A | 29244 | UNDETERMINED* | EXHIBIT A |
| 906 | KEPHART, JOHN J | 29245 | UNDETERMINED* | EXHIBIT A |
| 907 | KERAGA, FRANK | 29246 | UNDETERMINED* | EXHIBIT A |
| 908 | KEYES, ROBERT W | 29247 | UNDETERMINED* | EXHIBIT A |
| 909 | KIESLING, WALTER C | 29248 | UNDETERMINED* | EXHIBIT A |
| 910 | KIESSLING, GARY FRED | 29249 | UNDETERMINED* | EXHIBIT A |
| 911 | KILIAN, FRANK A | 29250 | UNDETERMINED* | EXHIBIT A |
| 912 | KIMKOWSKI, THOMAS | 31939 | UNDETERMINED* | EXHIBIT A |
| 913 | KING, ARTHUR P | 29251 | UNDETERMINED* | EXHIBIT A |
| 914 | KING, CLAYTON G | 29252 | UNDETERMINED* | EXHIBIT A |
| 915 | KING, HAROLD | 29253 | UNDETERMINED* | EXHIBIT A |
| 916 | KING, PATRICK J | 29254 | UNDETERMINED* | EXHIBIT A |
| 917 | KING, ROLAND E | 29255 | UNDETERMINED* | EXHIBIT A |
| 918 | KING, RONALD | 29256 | UNDETERMINED* | EXHIBIT A |
| 919 | KING, RUSSELL | 29257 | UNDETERMINED* | EXHIBIT A |
| 920 | KING, SHANNON R | 29258 | UNDETERMINED* | EXHIBIT A |
| 921 | KINNEY, DONALD V | 29259 | UNDETERMINED* | EXHIBIT A |
| 922 | KIRCHHEIMER, HELMUT | 29260 | UNDETERMINED* | EXHIBIT A |
| 923 | KIRLEY, EUGENE MICHAEL | 29261 | UNDETERMINED* | EXHIBIT A |
| 924 | KIRWAN, PATRICK | 29262 | UNDETERMINED* | EXHIBIT A |
| 925 | KITZEROW, FRANK | 29263 | UNDETERMINED* | EXHIBIT A |
| 926 | KLEMM, ROBERT | 31938 | UNDETERMINED* | EXHIBIT A |
| 927 | KLIMEK, MICHAEL | 29264 | UNDETERMINED* | EXHIBIT A |
| 928 | KLINKO, DAVID J | 29265 | UNDETERMINED* | EXHIBIT A |
| 929 | KLOUDA, MORTIMER E | 29266 | UNDETERMINED* | EXHIBIT A |
| 930 | KNECHTEL, OTTO | 29267 | UNDETERMINED* | EXHIBIT A |

| 931 | KNIGHT, LESLIE | 29268 | UNDETERMINED* | EXHIBIT A |
| 932 | KOEBEL, CHARLES WILLIAM | 29269 | UNDETERMINED* | EXHIBIT A |
| 933 | KOESTER, RICHARD ALAN | 29270 | UNDETERMINED* | EXHIBIT A |
| 934 | KOHLER, ROBERT | 29271 | UNDETERMINED* | EXHIBIT A |
| 935 | KOLERSKI, RICHARD J | 29272 | UNDETERMINED* | EXHIBIT A |
| 936 | KOLETAR, FRANK J | 29273 | UNDETERMINED* | EXHIBIT A |
| 937 | KORMAN, JAMES | 29274 | UNDETERMINED* | EXHIBIT A |
| 938 | KORNER, DANIEL | 29275 | UNDETERMINED* | EXHIBIT A |
| 939 | KOSCIK, JOHN | 29276 | UNDETERMINED* | EXHIBIT A |
| 940 | KOSCIK, JOSEPH J | 29277 | UNDETERMINED* | EXHIBIT A |
| 941 | KOVARIK, JOHN | 29278 | UNDETERMINED* | EXHIBIT A |
| 942 | KOZIARA, JAMES P | 29279 | UNDETERMINED* | EXHIBIT A |
| 943 | KRAFT, GEORGE O | 29280 | UNDETERMINED* | EXHIBIT A |
| 944 | KRANTZ, GERARD | 29281 | UNDETERMINED* | EXHIBIT A |
| 945 | KRANZ, WILLIAM C | 29282 | UNDETERMINED* | EXHIBIT A |
| 946 | KRASS, CHARLES R | 29498 | UNDETERMINED* | EXHIBIT A |
| 947 | KREPPS, WILLIAM J | 29497 | UNDETERMINED* | EXHIBIT A |
| 948 | KRISTAN, DONALD E | 29499 | UNDETERMINED* | EXHIBIT A |
| 949 | KRIVACSY, VINCENT S | 29500 | UNDETERMINED* | EXHIBIT A |
| 950 | KROESE, FRANS | 29501 | UNDETERMINED* | EXHIBIT A |
| 951 | KRUEGER, KARL E | 29502 | UNDETERMINED* | EXHIBIT A |
| 952 | KRULL, CLARENCE P | 29503 | UNDETERMINED* | EXHIBIT A |
| 953 | KRYSZAK, ROBERT J | 29504 | UNDETERMINED* | EXHIBIT A |
| 954 | KUHN, KENNETH | 29505 | UNDETERMINED* | EXHIBIT A |
| 955 | KUNKEL, CHARLES | 29506 | UNDETERMINED* | EXHIBIT A |
| 956 | KUPKA, ROBERT J | 29507 | UNDETERMINED* | EXHIBIT A |
| 957 | KURISKO, RICHARD E | 29508 | UNDETERMINED* | EXHIBIT A |
| 958 | KWASNIK, ANDREW F | 29509 | UNDETERMINED* | EXHIBIT A |
| 959 | LA MENDOLA, FRANK | 29510 | UNDETERMINED* | EXHIBIT A |
| 960 | LA SCALA, SALVATORE J | 29511 | UNDETERMINED* | EXHIBIT A |
| 961 | LACH, STANLEY | 29512 | UNDETERMINED* | EXHIBIT A |
| 962 | LACKNER, JOHN | 29513 | UNDETERMINED* | EXHIBIT A |
| 963 | LAFALCE, JOHN | 29514 | UNDETERMINED* | EXHIBIT A |
| 964 | LAFFERTY, JOHN | 29515 | UNDETERMINED* | EXHIBIT A |
| 965 | LAFRAZZA, RALPH | 29516 | UNDETERMINED* | EXHIBIT A |
| 966 | LAJEUNESSE, EUGENE | 29517 | UNDETERMINED* | EXHIBIT A |
| 967 | LAMBERT, ROYAL THOMAS | 29518 | UNDETERMINED* | EXHIBIT A |
| 968 | LANCELOT, DONALD J | 29519 | UNDETERMINED* | EXHIBIT A |
| 969 | LANG, DONALD | 31941 | UNDETERMINED* | EXHIBIT A |
| 970 | LANIGAN, JAMES | 29520 | UNDETERMINED* | EXHIBIT A |
| 971 | LANO, THOMAS | 29521 | UNDETERMINED* | EXHIBIT A |
| 972 | LARCHEVEQUE, JOHN | 29522 | UNDETERMINED* | EXHIBIT A |
| 973 | LARKIN, RICHARD T | 29523 | UNDETERMINED* | EXHIBIT A |
| 974 | LARSEN, BOB G | 29524 | UNDETERMINED* | EXHIBIT A |
| 975 | LASAGNE, JOHN THOMAS | 29525 | UNDETERMINED* | EXHIBIT A |
| 976 | LATERZA, DENNIS J | 29526 | UNDETERMINED* | EXHIBIT A |
| 977 | LAUFER, ALBERT | 29527 | UNDETERMINED* | EXHIBIT A |

| 978 | LAUFER, EDWARD W | 29528 | UNDETERMINED* | EXHIBIT A |
|------|------------------|-------|---------------|-----------|
| 979 | LAUFER, FRED B | 29529 | UNDETERMINED* | EXHIBIT A |
| 980 | LAUX, RICHARD C | 29530 | UNDETERMINED* | EXHIBIT A |
| 981 | LAVERY, WILLIAM | 29531 | UNDETERMINED* | EXHIBIT A |
| 982 | LAWANDUS, JOHN L | 29532 | UNDETERMINED* | EXHIBIT A |
| 983 | LAWLESS, DANIEL A | 29533 | UNDETERMINED* | EXHIBIT A |
| 984 | LAWSON, GARY R | 29534 | UNDETERMINED* | EXHIBIT A |
| 985 | LEAKE, FRANK | 29535 | UNDETERMINED* | EXHIBIT A |
| 986 | LEAKE, PATRICK E | 29536 | UNDETERMINED* | EXHIBIT A |
| 987 | LEATHEM, PATRICK | 29537 | UNDETERMINED* | EXHIBIT A |
| 988 | LEBLANC, MICHAEL | 29538 | UNDETERMINED* | EXHIBIT A |
| 989 | LEDETSCH, FREDERICK | 29539 | UNDETERMINED* | EXHIBIT A |
| 990 | LEE, JOSEPH A | 29540 | UNDETERMINED* | EXHIBIT A |
| 991 | LEE, PATRICK | 29541 | UNDETERMINED* | EXHIBIT A |
| 992 | LEE, PETER G | 29542 | UNDETERMINED* | EXHIBIT A |
| 993 | LEGER, ROBERT | 29543 | UNDETERMINED* | EXHIBIT A |
| 994 | LEILI, MICHAEL | 29544 | UNDETERMINED* | EXHIBIT A |
| 995 | LEITH, ROBERT | 29545 | UNDETERMINED* | EXHIBIT A |
| 996 | LEITO, ERWIN | 29546 | UNDETERMINED* | EXHIBIT A |
| 997 | LEMAN, KENNETH J | 29547 | UNDETERMINED* | EXHIBIT A |
| 998 | LENT, JOHN E | 29548 | UNDETERMINED* | EXHIBIT A |
| 999 | LENZI, WAYNE P | 29549 | UNDETERMINED* | EXHIBIT A |
| 1000 | LEONARD, RICHARD | 29550 | UNDETERMINED* | EXHIBIT A |
| 1001 | LEPORIN, ARTHUR | 29551 | UNDETERMINED* | EXHIBIT A |
| 1002 | LESICA, PETER | 29552 | UNDETERMINED* | EXHIBIT A |
| 1003 | LEVAN, RONALD | 29553 | UNDETERMINED* | EXHIBIT A |
| 1004 | LEVANDOSKI, JOHN | 29554 | UNDETERMINED* | EXHIBIT A |
| 1005 | LEVINSON, MILTON | 29555 | UNDETERMINED* | EXHIBIT A |
| 1006 | LEWANDOWSKI, EDWARD | 29556 | UNDETERMINED* | EXHIBIT A |
| 1007 | LEWIS, ALBERT R | 29557 | UNDETERMINED* | EXHIBIT A |
| 1008 | LEWIS, FRITZ T | 29283 | UNDETERMINED* | EXHIBIT A |
| 1009 | LEWIS, RANFORD | 29284 | UNDETERMINED* | EXHIBIT A |
| 1010 | LICKERS, HOWARD L | 29285 | UNDETERMINED* | EXHIBIT A |
| 1011 | LICURGO, FRANK | 29286 | UNDETERMINED* | EXHIBIT A |
| 1012 | LINDSLEY, JEFFREY T | 29287 | UNDETERMINED* | EXHIBIT A |
| 1013 | LIOCE, VINCENT | 29288 | UNDETERMINED* | EXHIBIT A |
| 1014 | LISTES, ANDREW | 29289 | UNDETERMINED* | EXHIBIT A |
| 1015 | LITTLE, DANIEL | 29290 | UNDETERMINED* | EXHIBIT A |
| 1016 | LITTLE, GLENN E | 29291 | UNDETERMINED* | EXHIBIT A |
| 1017 | LITTS, JAMES R | 29292 | UNDETERMINED* | EXHIBIT A |
| 1018 | LOBOSCO, ROSARIO J | 29293 | UNDETERMINED* | EXHIBIT A |
| 1019 | LOGOSSO, SAMUEL | 29294 | UNDETERMINED* | EXHIBIT A |
| 1020 | LOMBARDO, ANTHONY | 29295 | UNDETERMINED* | EXHIBIT A |
| 1021 | LONERGAN, GEORGE | 29296 | UNDETERMINED* | EXHIBIT A |
| 1022 | LONERGAN, JAMES F | 29297 | UNDETERMINED* | EXHIBIT A |
| 1023 | LONG, MICHAEL | 29298 | UNDETERMINED* | EXHIBIT A |
| 1024 | LONGSPAUGH, DAVID | 29299 | UNDETERMINED* | EXHIBIT A |

| 1025 | LOONIE, JOHN F | 29300 | UNDETERMINED* | EXHIBIT A |
| 1026 | LOONIE, THOMAS P | 29301 | UNDETERMINED* | EXHIBIT A |
| 1027 | LOPERFIDO, LAWRENCE | 29302 | UNDETERMINED* | EXHIBIT A |
| 1028 | LOPEZ, PAUL | 29303 | UNDETERMINED* | EXHIBIT A |
| 1029 | LOPOPOLO, CARLO | 29304 | UNDETERMINED* | EXHIBIT A |
| 1030 | LORISH, HOWARD R | 29305 | UNDETERMINED* | EXHIBIT A |
| 1031 | LORUSSO, THOMAS L | 29306 | UNDETERMINED* | EXHIBIT A |
| 1032 | LOTEMPIO, ANTHONY J | 29307 | UNDETERMINED* | EXHIBIT A |
| 1033 | LOTITO, HOWARD P | 29308 | UNDETERMINED* | EXHIBIT A |
| 1034 | LOUGHRAN, STEPHEN | 29309 | UNDETERMINED* | EXHIBIT A |
| 1035 | LOVAGLIO, JOSEPH P | 29310 | UNDETERMINED* | EXHIBIT A |
| 1036 | LOVE, STEPHEN JEROME | 29311 | UNDETERMINED* | EXHIBIT A |
| 1037 | LOWRY, WILLIAM | 29312 | UNDETERMINED* | EXHIBIT A |
| 1038 | LOY, LEON | 29313 | UNDETERMINED* | EXHIBIT A |
| 1039 | LOZINA, STANLEY | 29314 | UNDETERMINED* | EXHIBIT A |
| 1040 | LUBANSKI, FREDERICK W | 29315 | UNDETERMINED* | EXHIBIT A |
| 1041 | LUCAS, SAMMIE H | 29316 | UNDETERMINED* | EXHIBIT A |
| 1042 | LUCCHESE, ANTHONY | 29317 | UNDETERMINED* | EXHIBIT A |
| 1043 | LUCCHESI, RICHARD S | 29318 | UNDETERMINED* | EXHIBIT A |
| 1044 | LUEBKERT, RICHARD F | 29319 | UNDETERMINED* | EXHIBIT A |
| 1045 | LUPICH, GEORGE | 29320 | UNDETERMINED* | EXHIBIT A |
| 1046 | LUSSIER, RONALD F | 29321 | UNDETERMINED* | EXHIBIT A |
| 1047 | LYNAM, THOMAS E | 29322 | UNDETERMINED* | EXHIBIT A |
| 1048 | LYNCH, EDWIN H. | 29323 | UNDETERMINED* | EXHIBIT A |
| 1049 | LYNCH, PATRICK | 29324 | UNDETERMINED* | EXHIBIT A |
| 1050 | MAC DONALD, ROY D | 29325 | UNDETERMINED* | EXHIBIT A |
| 1051 | MACDONALD, DOUGLAS JOSEPH | 29338 | UNDETERMINED* | EXHIBIT A |
| 1052 | MACEDA, PETER | 29326 | UNDETERMINED* | EXHIBIT A |
| 1053 | MACK, IRVING | 29327 | UNDETERMINED* | EXHIBIT A |
| 1054 | MACKEY, GERALD W | 29328 | UNDETERMINED* | EXHIBIT A |
| 1055 | MACKEY, JOSEPH | 29329 | UNDETERMINED* | EXHIBIT A |
| 1056 | MACKLIN, ROBERT J | 29330 | UNDETERMINED* | EXHIBIT A |
| 1057 | MACRI, JOSEPH D | 29331 | UNDETERMINED* | EXHIBIT A |
| 1058 | MACVITTIE, RICHARD I | 29332 | UNDETERMINED* | EXHIBIT A |
| 1059 | MADILL, WILLIAM B | 29333 | UNDETERMINED* | EXHIBIT A |
| 1060 | MAGENTA, JOSEPH | 29334 | UNDETERMINED* | EXHIBIT A |
| 1061 | MAGUIRE, MICHAEL F | 29335 | UNDETERMINED* | EXHIBIT A |
| 1062 | MAHON, JAMES R | 29337 | UNDETERMINED* | EXHIBIT A |
| 1063 | MAHONEY, WILLIAM M | 29339 | UNDETERMINED* | EXHIBIT A |
| 1064 | MAIETTA, RALPH | 29340 | UNDETERMINED* | EXHIBIT A |
| 1065 | MAITHLAND, RANFORD | 31945 | UNDETERMINED* | EXHIBIT A |
| 1066 | MAKOFSKE, JOHN J | 29341 | UNDETERMINED* | EXHIBIT A |
| 1067 | MALAVE, MICHAEL | 29342 | UNDETERMINED* | EXHIBIT A |
| 1068 | MALLON, JOHN MICHAEL | 29343 | UNDETERMINED* | EXHIBIT A |
| 1069 | MALLOY, JOHN | 29344 | UNDETERMINED* | EXHIBIT A |
| 1070 | MALVINO, JOSEPH | 29345 | UNDETERMINED* | EXHIBIT A |
| 1071 | MANCUSO, JOSEPH | 31947 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 1072 | MANIACE, LOUIS | 29346 | UNDETERMINED* | EXHIBIT A |
| 1073 | MANNES, ARTHUR | 29347 | UNDETERMINED* | EXHIBIT A |
| 1074 | MANNING, ROBERT JOSEPH | 29348 | UNDETERMINED* | EXHIBIT A |
| 1075 | MANNING, WILLIAM F | 29349 | UNDETERMINED* | EXHIBIT A |
| 1076 | MANOCCHIO, ROBERT A | 29350 | UNDETERMINED* | EXHIBIT A |
| 1077 | MANZIIONE, SALVATORE | 29351 | UNDETERMINED* | EXHIBIT A |
| 1078 | MANZOLILLO, JOSEPH DAVID | 29352 | UNDETERMINED* | EXHIBIT A |
| 1079 | MARAGLINO, MICHAEL A | 29353 | UNDETERMINED* | EXHIBIT A |
| 1080 | MARCELLE, JEFFREY L | 29354 | UNDETERMINED* | EXHIBIT A |
| 1081 | MARCHELLO, KENNETH CHARLES | 29355 | UNDETERMINED* | EXHIBIT A |
| 1082 | MARCHESE, ALFRED | 29356 | UNDETERMINED* | EXHIBIT A |
| 1083 | MARCHIONDA, GUY | 29357 | UNDETERMINED* | EXHIBIT A |
| 1084 | MARCOGLIESE, GEORGE | 29358 | UNDETERMINED* | EXHIBIT A |
| 1085 | MARCUS, STEVEN | 29359 | UNDETERMINED* | EXHIBIT A |
| 1086 | MARDINO, RICHARD J | 29360 | UNDETERMINED* | EXHIBIT A |
| 1087 | MAREK, WILLIAM J | 29361 | UNDETERMINED* | EXHIBIT A |
| 1088 | MARIANO, EMEDIO | 30137 | UNDETERMINED* | EXHIBIT A |
| 1089 | MARIN, ALBERTO | 30138 | UNDETERMINED* | EXHIBIT A |
| 1090 | MARINO, ANDREW | 30139 | UNDETERMINED* | EXHIBIT A |
| 1091 | MARINO, ERASMO | 30140 | UNDETERMINED* | EXHIBIT A |
| 1092 | MARINZULICH, ANTONIO | 30141 | UNDETERMINED* | EXHIBIT A |
| 1093 | MARINZULICH, MARCELLO | 30142 | UNDETERMINED* | EXHIBIT A |
| 1094 | MARKEL, BRUCE M | 30143 | UNDETERMINED* | EXHIBIT A |
| 1095 | MARKEY, ERNEST H | 30144 | UNDETERMINED* | EXHIBIT A |
| 1096 | MARKOWITZ, EDWARD | 30145 | UNDETERMINED* | EXHIBIT A |
| 1097 | MARKS, GUY | 30146 | UNDETERMINED* | EXHIBIT A |
| 1098 | MARRAPODI, GEORGE | 30147 | UNDETERMINED* | EXHIBIT A |
| 1099 | MARSALA, CHARLES J | 30148 | UNDETERMINED* | EXHIBIT A |
| 1100 | MARSALA, JAMES JOSEPH | 30149 | UNDETERMINED* | EXHIBIT A |
| 1101 | MARSCHAUSER, EDWARD | 30150 | UNDETERMINED* | EXHIBIT A |
| 1102 | MARTIN, JOSEPH | 30151 | UNDETERMINED* | EXHIBIT A |
| 1103 | MARTINELLI, JOHN | 30152 | UNDETERMINED* | EXHIBIT A |
| 1104 | MARTINELLI, ROBERT | 30153 | UNDETERMINED* | EXHIBIT A |
| 1105 | MARTINELLI, VINCENT | 30154 | UNDETERMINED* | EXHIBIT A |
| 1106 | MARTINEZ, ROBERT | 30155 | UNDETERMINED* | EXHIBIT A |
| 1107 | MARZULLO, DOMINIC | 30156 | UNDETERMINED* | EXHIBIT A |
| 1108 | MASCALL, MICHAEL | 30157 | UNDETERMINED* | EXHIBIT A |
| 1109 | MASCI, RAYMOND | 30158 | UNDETERMINED* | EXHIBIT A |
| 1110 | MASHBURN, ROBERT G | 30159 | UNDETERMINED* | EXHIBIT A |
| 1111 | MASSMANN, ROGER | 30160 | UNDETERMINED* | EXHIBIT A |
| 1112 | MASTERSON, EDWARD | 30161 | UNDETERMINED* | EXHIBIT A |
| 1113 | MASTINE, FREDERICK | 30162 | UNDETERMINED* | EXHIBIT A |
| 1114 | MASULLO, PASQUALE | 30163 | UNDETERMINED* | EXHIBIT A |
| 1115 | MATAS, BRUNO | 30164 | UNDETERMINED* | EXHIBIT A |
| 1116 | MATHESON, RAYMOND | 30165 | UNDETERMINED* | EXHIBIT A |
| 1117 | MATTE, JOSEPH M | 30166 | UNDETERMINED* | EXHIBIT A |
| 1118 | MATTERA, RICHARD R | 30167 | UNDETERMINED* | EXHIBIT A |

| 1119 | MATTES, ROBERT A | 30168 | UNDETERMINED* | EXHIBIT A |
| 1120 | MATTHAEI, EDWARD | 30169 | UNDETERMINED* | EXHIBIT A |
| 1121 | MATTIOLI, COSTANTINE | 30170 | UNDETERMINED* | EXHIBIT A |
| 1122 | MAXWELL, KENNETH | 31950 | UNDETERMINED* | EXHIBIT A |
| 1123 | MAYER, ROBERT | 30171 | UNDETERMINED* | EXHIBIT A |
| 1124 | MAZEIKA, PETER | 30172 | UNDETERMINED* | EXHIBIT A |
| 1125 | MC CLEERY, ROBERT | 30174 | UNDETERMINED* | EXHIBIT A |
| 1126 | MC CONNELL, JOHN W | 30175 | UNDETERMINED* | EXHIBIT A |
| 1127 | MCCABE, ROBERT J | 30253 | UNDETERMINED* | EXHIBIT A |
| 1128 | MCCAHON, LEONARD K | 30254 | UNDETERMINED* | EXHIBIT A |
| 1129 | MCCANN, THOMAS | 30173 | UNDETERMINED* | EXHIBIT A |
| 1130 | MCCARRON, PETER J | 30255 | UNDETERMINED* | EXHIBIT A |
| 1131 | MCCARTHY, JOSEPH R | 30256 | UNDETERMINED* | EXHIBIT A |
| 1132 | MCCARTHY, KEVIN | 30257 | UNDETERMINED* | EXHIBIT A |
| 1133 | MCCARTHY, MARTIN J | 30258 | UNDETERMINED* | EXHIBIT A |
| 1134 | MCCOLLUM, FLOYD C | 30259 | UNDETERMINED* | EXHIBIT A |
| 1135 | MCCOOL, MICHAEL | 31953 | UNDETERMINED* | EXHIBIT A |
| 1136 | MCCORMICK, PAUL | 30236 | UNDETERMINED* | EXHIBIT A |
| 1137 | MCCUSKER, LEONARD J | 30237 | UNDETERMINED* | EXHIBIT A |
| 1138 | MCDANIEL, LARRY | 30260 | UNDETERMINED* | EXHIBIT A |
| 1139 | MCDERMOTT, RAYMOND R | 30238 | UNDETERMINED* | EXHIBIT A |
| 1140 | MCDEVITT, DENIS JAMES | 30261 | UNDETERMINED* | EXHIBIT A |
| 1141 | MCDONALD, JAMES W | 30239 | UNDETERMINED* | EXHIBIT A |
| 1142 | MCDONALD, RICHARD | 30262 | UNDETERMINED* | EXHIBIT A |
| 1143 | MCDONALD, ROBERT V | 30240 | UNDETERMINED* | EXHIBIT A |
| 1144 | MCDONNELL, RICHARD | 30241 | UNDETERMINED* | EXHIBIT A |
| 1145 | MCFARLAND, JAMES E | 30242 | UNDETERMINED* | EXHIBIT A |
| 1146 | MCGEE, JAMES | 30263 | UNDETERMINED* | EXHIBIT A |
| 1147 | MCGOLDRICK, THOMAS A | 30243 | UNDETERMINED* | EXHIBIT A |
| 1148 | MCGOUGH, JOHN | 30264 | UNDETERMINED* | EXHIBIT A |
| 1149 | MCGOVERN, JAMES J | 30265 | UNDETERMINED* | EXHIBIT A |
| 1150 | MCGRATH, TIMOTHY A | 30176 | UNDETERMINED* | EXHIBIT A |
| 1151 | MCGUINNESS, NEIL | 30244 | UNDETERMINED* | EXHIBIT A |
| 1152 | MCGUIRE, JAMES W | 30245 | UNDETERMINED* | EXHIBIT A |
| 1153 | MCGUIRE, JOHN J | 30177 | UNDETERMINED* | EXHIBIT A |
| 1154 | MCINTYRE, EDWARD P | 30246 | UNDETERMINED* | EXHIBIT A |
| 1155 | MCKENNA, EUGENE | 30178 | UNDETERMINED* | EXHIBIT A |
| 1156 | MCKENNA, MICHAEL T | 30247 | UNDETERMINED* | EXHIBIT A |
| 1157 | MCKEON, THOMAS F | 30248 | UNDETERMINED* | EXHIBIT A |
| 1158 | MCKUHAN, GEORGE | 30179 | UNDETERMINED* | EXHIBIT A |
| 1159 | MCLAUGHLIN, GREGG M | 30249 | UNDETERMINED* | EXHIBIT A |
| 1160 | MCLAUGHLIN, HARRY J | 30180 | UNDETERMINED* | EXHIBIT A |
| 1161 | MCLAUGHLIN, THOMAS | 30181 | UNDETERMINED* | EXHIBIT A |
| 1162 | MCLAUGHLIN, THOMAS | 30250 | UNDETERMINED* | EXHIBIT A |
| 1163 | MCLESTER, CHARLES J | 30182 | UNDETERMINED* | EXHIBIT A |
| 1164 | MCLOUGHLIN, HENRY T | 30251 | UNDETERMINED* | EXHIBIT A |
| 1165 | MCNAIR, TERRANCE F | 30183 | UNDETERMINED* | EXHIBIT A |

470035

| | | | | |
|---|---|---|---|---|
| 1166 | MCNEILL, PATRICK J | 30184 | UNDETERMINED* | EXHIBIT A |
| 1167 | MCQUADE, GERARD | 30252 | UNDETERMINED* | EXHIBIT A |
| 1168 | MCSPEDON, GEORGE C | 30185 | UNDETERMINED* | EXHIBIT A |
| 1169 | MCSPEDON, JOSEPH | 30186 | UNDETERMINED* | EXHIBIT A |
| 1170 | MCWILLIAMS, JAMES | 30187 | UNDETERMINED* | EXHIBIT A |
| 1171 | MEAD, WARREN | 31956 | UNDETERMINED* | EXHIBIT A |
| 1172 | MEEHAN, HAROLD A | 30188 | UNDETERMINED* | EXHIBIT A |
| 1173 | MEEHAN, JAMES | 30189 | UNDETERMINED* | EXHIBIT A |
| 1174 | MEEHAN, ROBERT S | 30190 | UNDETERMINED* | EXHIBIT A |
| 1175 | MEEKS, MARION J | 30191 | UNDETERMINED* | EXHIBIT A |
| 1176 | MEERE, MICHAEL | 30192 | UNDETERMINED* | EXHIBIT A |
| 1177 | MEGNA, ALPHONSE | 30193 | UNDETERMINED* | EXHIBIT A |
| 1178 | MELENDEZ, ELIEZER | 30194 | UNDETERMINED* | EXHIBIT A |
| 1179 | MENDONI, ROBERT D | 30195 | UNDETERMINED* | EXHIBIT A |
| 1180 | MENSCHE, WILLIAM | 30196 | UNDETERMINED* | EXHIBIT A |
| 1181 | MENZ, RICHARD E | 30197 | UNDETERMINED* | EXHIBIT A |
| 1182 | MERCURIO, RONALD S | 30198 | UNDETERMINED* | EXHIBIT A |
| 1183 | MERGENHAGEN, DON R | 30199 | UNDETERMINED* | EXHIBIT A |
| 1184 | MESLER, KENNETH E | 30200 | UNDETERMINED* | EXHIBIT A |
| 1185 | MESTANZA, DONALD | 30201 | UNDETERMINED* | EXHIBIT A |
| 1186 | MEYER, WILLIAM | 30202 | UNDETERMINED* | EXHIBIT A |
| 1187 | MEYERS, HOWARD BRUCE | 30203 | UNDETERMINED* | EXHIBIT A |
| 1188 | MEZIC, BRUNO | 30204 | UNDETERMINED* | EXHIBIT A |
| 1189 | MEZIC, DINO | 30205 | UNDETERMINED* | EXHIBIT A |
| 1190 | MICHAEL, GEORGE E | 30206 | UNDETERMINED* | EXHIBIT A |
| 1191 | MICHALSKI, MICHAEL T | 30207 | UNDETERMINED* | EXHIBIT A |
| 1192 | MICHELI, WILLIAM J | 30208 | UNDETERMINED* | EXHIBIT A |
| 1193 | MIDDAUGH, ROBERT | 30209 | UNDETERMINED* | EXHIBIT A |
| 1194 | MIGLIOZZI, ANTONIO | 30210 | UNDETERMINED* | EXHIBIT A |
| 1195 | MIGNANO, LEONARDO | 30211 | UNDETERMINED* | EXHIBIT A |
| 1196 | MIHOCKO, PAUL A | 30212 | UNDETERMINED* | EXHIBIT A |
| 1197 | MIKLITCH, JAMES L | 30213 | UNDETERMINED* | EXHIBIT A |
| 1198 | MILANKOVIC, JOE | 30214 | UNDETERMINED* | EXHIBIT A |
| 1199 | MILENKOVIC, MILIVOJE | 31957 | UNDETERMINED* | EXHIBIT A |
| 1200 | MILES, WILLETTS H | 30215 | UNDETERMINED* | EXHIBIT A |
| 1201 | MILHAVEN, GEORGE PETER | 30216 | UNDETERMINED* | EXHIBIT A |
| 1202 | MILLER, DAVID L | 30217 | UNDETERMINED* | EXHIBIT A |
| 1203 | MILLER, GEORGE E | 30218 | UNDETERMINED* | EXHIBIT A |
| 1204 | MILLER, MERRITT W | 30219 | UNDETERMINED* | EXHIBIT A |
| 1205 | MILLER, WILLIAM D | 30220 | UNDETERMINED* | EXHIBIT A |
| 1206 | MILLER, WILLIAM S | 30221 | UNDETERMINED* | EXHIBIT A |
| 1207 | MILOVCIC, PAUL | 30222 | UNDETERMINED* | EXHIBIT A |
| 1208 | MINERVA, VINCENT S | 30223 | UNDETERMINED* | EXHIBIT A |
| 1209 | MINICUCCI, DOMINIC | 30224 | UNDETERMINED* | EXHIBIT A |
| 1210 | MINIKEL, EDWARD P | 30225 | UNDETERMINED* | EXHIBIT A |
| 1211 | MIRABILE, JOSEPH | 30226 | UNDETERMINED* | EXHIBIT A |
| 1212 | MIRABILE, MATTHEW F | 30227 | UNDETERMINED* | EXHIBIT A |

| 1213 | MIRRO, DANIEL | 30228 | UNDETERMINED* | EXHIBIT A |
| 1214 | MISTASZ, JOSEPH F | 30229 | UNDETERMINED* | EXHIBIT A |
| 1215 | MITCHELL, HUBERT | 30230 | UNDETERMINED* | EXHIBIT A |
| 1216 | MITCHELL, NORMAN D | 30231 | UNDETERMINED* | EXHIBIT A |
| 1217 | MOCLAIR, DONALD J | 30232 | UNDETERMINED* | EXHIBIT A |
| 1218 | MOHR, PHILIP JOSEPH | 30233 | UNDETERMINED* | EXHIBIT A |
| 1219 | MOINI, SALVATORE | 30234 | UNDETERMINED* | EXHIBIT A |
| 1220 | MOLAK, EUGENE E | 30235 | UNDETERMINED* | EXHIBIT A |
| 1221 | MOLLOY, TERRANCE | 30356 | UNDETERMINED* | EXHIBIT A |
| 1222 | MOLODY, NICHOLAS H | 30357 | UNDETERMINED* | EXHIBIT A |
| 1223 | MONACO, DOMINICK J | 30358 | UNDETERMINED* | EXHIBIT A |
| 1224 | MONACO, LOUIS | 30359 | UNDETERMINED* | EXHIBIT A |
| 1225 | MONAGHAN, DANIEL | 30360 | UNDETERMINED* | EXHIBIT A |
| 1226 | MONDONE, ROBERT | 30361 | UNDETERMINED* | EXHIBIT A |
| 1227 | MONGE, DOMINGO | 30362 | UNDETERMINED* | EXHIBIT A |
| 1228 | MONGER, KENNETH | 30363 | UNDETERMINED* | EXHIBIT A |
| 1229 | MONZOLINO, JOSEPH F | 30364 | UNDETERMINED* | EXHIBIT A |
| 1230 | MOODY, SAMIE LEE | 30365 | UNDETERMINED* | EXHIBIT A |
| 1231 | MOOG, DIETER | 30366 | UNDETERMINED* | EXHIBIT A |
| 1232 | MOON, JOHN H | 30367 | UNDETERMINED* | EXHIBIT A |
| 1233 | MOOREHEAD, RICHARD A | 30368 | UNDETERMINED* | EXHIBIT A |
| 1234 | MORABITO, FRANK | 30369 | UNDETERMINED* | EXHIBIT A |
| 1235 | MORELL, DAVID B | 30376 | UNDETERMINED* | EXHIBIT A |
| 1236 | MORGAN, EDWARD J | 30370 | UNDETERMINED* | EXHIBIT A |
| 1237 | MORGAN, JAMES J | 30371 | UNDETERMINED* | EXHIBIT A |
| 1238 | MORGAN, LINCOLN S | 30372 | UNDETERMINED* | EXHIBIT A |
| 1239 | MORGESE, VITO | 30373 | UNDETERMINED* | EXHIBIT A |
| 1240 | MORIARTY, GREGORY | 30374 | UNDETERMINED* | EXHIBIT A |
| 1241 | MORIN, ROGER | 30375 | UNDETERMINED* | EXHIBIT A |
| 1242 | MORRISSEY, DAVID J | 30377 | UNDETERMINED* | EXHIBIT A |
| 1243 | MORRISSEY, WILLIAM FRANCIS | 30378 | UNDETERMINED* | EXHIBIT A |
| 1244 | MORTELLARO, JOSEPH S | 30379 | UNDETERMINED* | EXHIBIT A |
| 1245 | MOSHER, FRED STEVEN | 30380 | UNDETERMINED* | EXHIBIT A |
| 1246 | MOSIER, THOMAS M | 30381 | UNDETERMINED* | EXHIBIT A |
| 1247 | MOSKOWITZ, DAVID | 30382 | UNDETERMINED* | EXHIBIT A |
| 1248 | MOSSCROP, CLIFFORD J | 30383 | UNDETERMINED* | EXHIBIT A |
| 1249 | MRAKOVCIC, IVAN | 30384 | UNDETERMINED* | EXHIBIT A |
| 1250 | MRVICA, DARINKO | 30385 | UNDETERMINED* | EXHIBIT A |
| 1251 | MUGGLESTON, JOHN | 30386 | UNDETERMINED* | EXHIBIT A |
| 1252 | MUHLBAUER, WALTER H | 30387 | UNDETERMINED* | EXHIBIT A |
| 1253 | MULLIGAN, THOMAS | 30388 | UNDETERMINED* | EXHIBIT A |
| 1254 | MULTERER, JOHN J | 30389 | UNDETERMINED* | EXHIBIT A |
| 1255 | MUNOZ, WILFREDO | 30390 | UNDETERMINED* | EXHIBIT A |
| 1256 | MURATORE, FRANK | 30391 | UNDETERMINED* | EXHIBIT A |
| 1257 | MURATORE, JOSEPH | 31960 | UNDETERMINED* | EXHIBIT A |
| 1258 | MURPHY, RICHARD | 30392 | UNDETERMINED* | EXHIBIT A |
| 1259 | MURPHY, ROBERT E | 30531 | UNDETERMINED* | EXHIBIT A |

| 1260 | MURRAY, JAMES | 30532 | UNDETERMINED* | EXHIBIT A |
| 1261 | MURRAY, JAMES G | 30533 | UNDETERMINED* | EXHIBIT A |
| 1262 | MURRAY, JAMES HENRY | 30534 | UNDETERMINED* | EXHIBIT A |
| 1263 | MURRAY, THOMAS D | 30535 | UNDETERMINED* | EXHIBIT A |
| 1264 | MUSAP, BOZO | 30596 | UNDETERMINED* | EXHIBIT A |
| 1265 | MUSHENO, ROBERT LYNN | 30597 | UNDETERMINED* | EXHIBIT A |
| 1266 | MUSTAC, MILIVOJ | 30598 | UNDETERMINED* | EXHIBIT A |
| 1267 | MUXIE, STEPHEN P | 30599 | UNDETERMINED* | EXHIBIT A |
| 1268 | NARDELLA, ANTHONY | 30600 | UNDETERMINED* | EXHIBIT A |
| 1269 | NAREPECHA, PETER | 30601 | UNDETERMINED* | EXHIBIT A |
| 1270 | NASSO, DOMINICK | 30602 | UNDETERMINED* | EXHIBIT A |
| 1271 | NEARY, ANDREW M | 30603 | UNDETERMINED* | EXHIBIT A |
| 1272 | NEFF, THOMAS BRIEN | 30604 | UNDETERMINED* | EXHIBIT A |
| 1273 | NELSON, GEORGE DONALD | 30605 | UNDETERMINED* | EXHIBIT A |
| 1274 | NELSON, NEVILLE | 30606 | UNDETERMINED* | EXHIBIT A |
| 1275 | NESBITT, LESLIE | 30607 | UNDETERMINED* | EXHIBIT A |
| 1276 | NEWBORN, JESSE LOUIS | 30608 | UNDETERMINED* | EXHIBIT A |
| 1277 | NICHOLAS, FRANCIS | 30609 | UNDETERMINED* | EXHIBIT A |
| 1278 | NICOIS, ALFONSE | 30610 | UNDETERMINED* | EXHIBIT A |
| 1279 | NICOLICH, CARLO | 30611 | UNDETERMINED* | EXHIBIT A |
| 1280 | NIEDERT, PAUL | 31962 | UNDETERMINED* | EXHIBIT A |
| 1281 | NIELSEN, PHILLIP F | 30612 | UNDETERMINED* | EXHIBIT A |
| 1282 | NIERI, DANTE | 30613 | UNDETERMINED* | EXHIBIT A |
| 1283 | NIGRO, JOHN M | 30614 | UNDETERMINED* | EXHIBIT A |
| 1284 | NIGRO, MICHAEL | 30615 | UNDETERMINED* | EXHIBIT A |
| 1285 | NILSEN, JOHN | 30616 | UNDETERMINED* | EXHIBIT A |
| 1286 | NIMMO, EDGAR T | 30617 | UNDETERMINED* | EXHIBIT A |
| 1287 | NOBLE, ROBERT J | 30618 | UNDETERMINED* | EXHIBIT A |
| 1288 | NOBLES, AUSTIN | 30619 | UNDETERMINED* | EXHIBIT A |
| 1289 | NOLAN, JOHN EDWARD | 30621 | UNDETERMINED* | EXHIBIT A |
| 1290 | NOLAN, JOHN J | 30620 | UNDETERMINED* | EXHIBIT A |
| 1291 | NOLAN, THOMAS MICHAEL | 30622 | UNDETERMINED* | EXHIBIT A |
| 1292 | NOLIN, ROBERT W | 30623 | UNDETERMINED* | EXHIBIT A |
| 1293 | NORDMAN, KURT | 30624 | UNDETERMINED* | EXHIBIT A |
| 1294 | NORRIS, EDWARD ROLAND | 30625 | UNDETERMINED* | EXHIBIT A |
| 1295 | NORTON, EDWARD K | 30626 | UNDETERMINED* | EXHIBIT A |
| 1296 | NORTON, GARY S | 30627 | UNDETERMINED* | EXHIBIT A |
| 1297 | NORTON, GEORGE D | 30628 | UNDETERMINED* | EXHIBIT A |
| 1298 | NOSWORTHY, KENNETH | 30629 | UNDETERMINED* | EXHIBIT A |
| 1299 | NOTARO, MICHAEL | 30630 | UNDETERMINED* | EXHIBIT A |
| 1300 | NOVAK, FRANK | 30631 | UNDETERMINED* | EXHIBIT A |
| 1301 | NOVAK, JACK | 30632 | UNDETERMINED* | EXHIBIT A |
| 1302 | NOVOHRADSKY, EMIL | 30633 | UNDETERMINED* | EXHIBIT A |
| 1303 | NULLET, RONALD | 30634 | UNDETERMINED* | EXHIBIT A |
| 1304 | O'BEIRNE, STEPHEN | 30635 | UNDETERMINED* | EXHIBIT A |
| 1305 | O'BRIEN, GERARD R | 30636 | UNDETERMINED* | EXHIBIT A |
| 1306 | O'BRIEN, JOHN | 30637 | UNDETERMINED* | EXHIBIT A |

| 1307 | OCHSNER, ROBERT J | 30652 | UNDETERMINED* | EXHIBIT A |
|------|-------------------|-------|---------------|-----------|
| 1308 | O'CONNELL, KIERAN J | 30638 | UNDETERMINED* | EXHIBIT A |
| 1309 | O'CONNOR, JAMES J | 30639 | UNDETERMINED* | EXHIBIT A |
| 1310 | O'CONNOR, JOHN | 30640 | UNDETERMINED* | EXHIBIT A |
| 1311 | O'CONNOR, JOHN | 30641 | UNDETERMINED* | EXHIBIT A |
| 1312 | O'CONNOR, THOMAS | 30642 | UNDETERMINED* | EXHIBIT A |
| 1313 | ODEKIRK, DAVID T | 30653 | UNDETERMINED* | EXHIBIT A |
| 1314 | O'DELL, JOE | 30643 | UNDETERMINED* | EXHIBIT A |
| 1315 | ODENDAHL, THOMAS | 30654 | UNDETERMINED* | EXHIBIT A |
| 1316 | O'HANLON, JOHN | 30644 | UNDETERMINED* | EXHIBIT A |
| 1317 | O'HARA, MICHAEL J | 30645 | UNDETERMINED* | EXHIBIT A |
| 1318 | O'HARA, PATRICK | 30646 | UNDETERMINED* | EXHIBIT A |
| 1319 | O'HARA, ROBERT | 30647 | UNDETERMINED* | EXHIBIT A |
| 1320 | OLECHNOWICZ, ALBERT | 30655 | UNDETERMINED* | EXHIBIT A |
| 1321 | OLSEN, JAMES G | 30656 | UNDETERMINED* | EXHIBIT A |
| 1322 | OLSEN, JOHN | 30657 | UNDETERMINED* | EXHIBIT A |
| 1323 | OLSEN, ROY | 30658 | UNDETERMINED* | EXHIBIT A |
| 1324 | O'NEILL, ROBERT | 31965 | UNDETERMINED* | EXHIBIT A |
| 1325 | O'NEILL, WILLIAM J | 30648 | UNDETERMINED* | EXHIBIT A |
| 1326 | ONINK, JEFFREY CHARLES | 30659 | UNDETERMINED* | EXHIBIT A |
| 1327 | OPPIZZI, PRIMO | 30660 | UNDETERMINED* | EXHIBIT A |
| 1328 | ORINSKI, EDWARD | 30661 | UNDETERMINED* | EXHIBIT A |
| 1329 | OSBERG, KENNETH | 30662 | UNDETERMINED* | EXHIBIT A |
| 1330 | O'SHAUGHNESSY, EMMET | 30649 | UNDETERMINED* | EXHIBIT A |
| 1331 | O'SHEA, JOHN | 30650 | UNDETERMINED* | EXHIBIT A |
| 1332 | OSTWALD, GEORGE P | 30663 | UNDETERMINED* | EXHIBIT A |
| 1333 | O'TOOLE, JOHN | 30651 | UNDETERMINED* | EXHIBIT A |
| 1334 | OTT JR., WILLIAM F | 30664 | UNDETERMINED* | EXHIBIT A |
| 1335 | OTTO, RICHARD L | 30665 | UNDETERMINED* | EXHIBIT A |
| 1336 | PAFF, PETER J | 30666 | UNDETERMINED* | EXHIBIT A |
| 1337 | PALERMO, VINCENT | 30667 | UNDETERMINED* | EXHIBIT A |
| 1338 | PALMER, RAYMOND | 30668 | UNDETERMINED* | EXHIBIT A |
| 1339 | PALMESE, ANDREW A | 30669 | UNDETERMINED* | EXHIBIT A |
| 1340 | PANTANO, JOSEPH R | 30670 | UNDETERMINED* | EXHIBIT A |
| 1341 | PANZA, PETER | 30671 | UNDETERMINED* | EXHIBIT A |
| 1342 | PAOLUCCI, UMBERTO AL | 30672 | UNDETERMINED* | EXHIBIT A |
| 1343 | PAPA, VINCENT | 30673 | UNDETERMINED* | EXHIBIT A |
| 1344 | PARISI, ANTHONY F | 30674 | UNDETERMINED* | EXHIBIT A |
| 1345 | PARISI, CHARLES | 30675 | UNDETERMINED* | EXHIBIT A |
| 1346 | PARISI, JOHN | 30676 | UNDETERMINED* | EXHIBIT A |
| 1347 | PARKER, WILLIAM L | 30677 | UNDETERMINED* | EXHIBIT A |
| 1348 | PARKHILL, BENNETT C | 30678 | UNDETERMINED* | EXHIBIT A |
| 1349 | PARTINGTON, THOMAS | 30679 | UNDETERMINED* | EXHIBIT A |
| 1350 | PASCALE, PAUL | 30680 | UNDETERMINED* | EXHIBIT A |
| 1351 | PASTORE, ANTHONY C | 30681 | UNDETERMINED* | EXHIBIT A |
| 1352 | PAVONE, JOHN | 30682 | UNDETERMINED* | EXHIBIT A |
| 1353 | PAYNE, LEONARD R | 30683 | UNDETERMINED* | EXHIBIT A |

| 1354 | PECORARO, RONALD J | 30685 | UNDETERMINED* | EXHIBIT A |
| 1355 | PEDERSEN, MILES | 31966 | UNDETERMINED* | EXHIBIT A |
| 1356 | PEDERSEN, TOM A | 30686 | UNDETERMINED* | EXHIBIT A |
| 1357 | PEDOTO, EUGENE | 30687 | UNDETERMINED* | EXHIBIT A |
| 1358 | PEKAREK, WILLIAM | 30688 | UNDETERMINED* | EXHIBIT A |
| 1359 | PEKOFSKY, WILLIAM | 30689 | UNDETERMINED* | EXHIBIT A |
| 1360 | PELC, FRANK J | 30690 | UNDETERMINED* | EXHIBIT A |
| 1361 | PENDERGAST, EUGENE R | 30691 | UNDETERMINED* | EXHIBIT A |
| 1362 | PENDERGAST, WILLIAM J | 30692 | UNDETERMINED* | EXHIBIT A |
| 1363 | PENTANGELO, SALVATORE | 30693 | UNDETERMINED* | EXHIBIT A |
| 1364 | PERETIN, RAYMOND | 31967 | UNDETERMINED* | EXHIBIT A |
| 1365 | PERISA, JOHN | 30694 | UNDETERMINED* | EXHIBIT A |
| 1366 | PERKINS, JAMES | 30695 | UNDETERMINED* | EXHIBIT A |
| 1367 | PERKS, DON | 30696 | UNDETERMINED* | EXHIBIT A |
| 1368 | PERRONE, MARTY | 31968 | UNDETERMINED* | EXHIBIT A |
| 1369 | PERROTTA, JOHN | 30697 | UNDETERMINED* | EXHIBIT A |
| 1370 | PERRY, FRANK C | 30698 | UNDETERMINED* | EXHIBIT A |
| 1371 | PERSCHE, GEORGE | 30699 | UNDETERMINED* | EXHIBIT A |
| 1372 | PERSICH, GUIDO | 30700 | UNDETERMINED* | EXHIBIT A |
| 1373 | PERSICHETTI, JOHN P | 30701 | UNDETERMINED* | EXHIBIT A |
| 1374 | PERUSKO, JOSEPH | 30702 | UNDETERMINED* | EXHIBIT A |
| 1375 | PESCE, ROBERT V | 30703 | UNDETERMINED* | EXHIBIT A |
| 1376 | PETERSEN, PAUL S | 30704 | UNDETERMINED* | EXHIBIT A |
| 1377 | PETERSEN, WILLIAM D | 30705 | UNDETERMINED* | EXHIBIT A |
| 1378 | PETRO, JAMES M | 30706 | UNDETERMINED* | EXHIBIT A |
| 1379 | PEYCKE, WILLIAM | 30707 | UNDETERMINED* | EXHIBIT A |
| 1380 | PEZZINO, SALVATORE | 31970 | UNDETERMINED* | EXHIBIT A |
| 1381 | PHILLIP, HARRY | 30319 | UNDETERMINED* | EXHIBIT A |
| 1382 | PHILLIPS, JAMES | 30708 | UNDETERMINED* | EXHIBIT A |
| 1383 | PIERGIORGI, EMIL | 30320 | UNDETERMINED* | EXHIBIT A |
| 1384 | PILOSI, JOHN | 30321 | UNDETERMINED* | EXHIBIT A |
| 1385 | PIRATO, MICHAEL | 30322 | UNDETERMINED* | EXHIBIT A |
| 1386 | PIRONTI, DOMINIC | 30323 | UNDETERMINED* | EXHIBIT A |
| 1387 | PISANO, ANTHONY | 30324 | UNDETERMINED* | EXHIBIT A |
| 1388 | PIVETZ, WALTER F | 30325 | UNDETERMINED* | EXHIBIT A |
| 1389 | PIZZAIA, LINO | 30326 | UNDETERMINED* | EXHIBIT A |
| 1390 | PIZZINI, MARIO | 30327 | UNDETERMINED* | EXHIBIT A |
| 1391 | PLACKE, HAROLD LAWRENCE | 30328 | UNDETERMINED* | EXHIBIT A |
| 1392 | PLATT, ANDREW T | 30329 | UNDETERMINED* | EXHIBIT A |
| 1393 | POHANCSEK, EUGENE L | 30330 | UNDETERMINED* | EXHIBIT A |
| 1394 | POLYCHRONIS, EMMANUEL | 30331 | UNDETERMINED* | EXHIBIT A |
| 1395 | POMPOSELLO, LEONARD P | 30332 | UNDETERMINED* | EXHIBIT A |
| 1396 | PONESSA, FRANK | 30333 | UNDETERMINED* | EXHIBIT A |
| 1397 | PORTER, CHARLES A | 30334 | UNDETERMINED* | EXHIBIT A |
| 1398 | PORTER, RAYMOND | 30335 | UNDETERMINED* | EXHIBIT A |
| 1399 | PORTESY, RONALD R | 30336 | UNDETERMINED* | EXHIBIT A |
| 1400 | POTTER, RICHARD W | 30337 | UNDETERMINED* | EXHIBIT A |

470035

| 1401 | POTURICA, JERRY J | 30338 | UNDETERMINED* | EXHIBIT A |
| 1402 | POWERS, JAMES C | 30339 | UNDETERMINED* | EXHIBIT A |
| 1403 | POWERS, MICHAEL | 30340 | UNDETERMINED* | EXHIBIT A |
| 1404 | POYFAIR, RONALD G | 30341 | UNDETERMINED* | EXHIBIT A |
| 1405 | PRATT, ARNOLD | 30342 | UNDETERMINED* | EXHIBIT A |
| 1406 | PRENATT, RICHARD | 30343 | UNDETERMINED* | EXHIBIT A |
| 1407 | PRESTIA, JOSEPH | 31973 | UNDETERMINED* | EXHIBIT A |
| 1408 | PRESTON, RAYMOND | 31974 | UNDETERMINED* | EXHIBIT A |
| 1409 | PRETTITORE, ANTHONY F | 30344 | UNDETERMINED* | EXHIBIT A |
| 1410 | PREVETE, ARTHUR | 30345 | UNDETERMINED* | EXHIBIT A |
| 1411 | PREZIOSO, RICHARD | 30346 | UNDETERMINED* | EXHIBIT A |
| 1412 | PRINCIPATO, CHARLES | 30347 | UNDETERMINED* | EXHIBIT A |
| 1413 | PRINCIPE, EUGENE | 30348 | UNDETERMINED* | EXHIBIT A |
| 1414 | PRODROMAKIS, GEORGE | 30349 | UNDETERMINED* | EXHIBIT A |
| 1415 | PROTEGA, MARINKO | 30350 | UNDETERMINED* | EXHIBIT A |
| 1416 | PROVENZANO, CHARLES A | 30351 | UNDETERMINED* | EXHIBIT A |
| 1417 | PULCINO, ALFRED | 30352 | UNDETERMINED* | EXHIBIT A |
| 1418 | PULEO, JOSEPH T | 30353 | UNDETERMINED* | EXHIBIT A |
| 1419 | PULLIAM, MICHAEL | 30354 | UNDETERMINED* | EXHIBIT A |
| 1420 | PURICK, WILBUR M | 30355 | UNDETERMINED* | EXHIBIT A |
| 1421 | QUINN, EUGENE | 30416 | UNDETERMINED* | EXHIBIT A |
| 1422 | QUINN, MICHAEL | 30418 | UNDETERMINED* | EXHIBIT A |
| 1423 | QUINN, MICHAEL P | 30417 | UNDETERMINED* | EXHIBIT A |
| 1424 | QUINONES, JOSE | 30419 | UNDETERMINED* | EXHIBIT A |
| 1425 | RABY, ROBERT M | 30420 | UNDETERMINED* | EXHIBIT A |
| 1426 | RACHUTA, JOSEPH P | 30421 | UNDETERMINED* | EXHIBIT A |
| 1427 | RADULSKI, ROBERT A | 30422 | UNDETERMINED* | EXHIBIT A |
| 1428 | RAGNONE, ROBERT J | 30423 | UNDETERMINED* | EXHIBIT A |
| 1429 | RAGUSIN, EDWARD | 30424 | UNDETERMINED* | EXHIBIT A |
| 1430 | RAIMO, ROGER | 30425 | UNDETERMINED* | EXHIBIT A |
| 1431 | RAPHAEL, JOHN | 31976 | UNDETERMINED* | EXHIBIT A |
| 1432 | RAPHAEL, WILLIAM J | 30426 | UNDETERMINED* | EXHIBIT A |
| 1433 | RAUSCH, EDWARD H | 30427 | UNDETERMINED* | EXHIBIT A |
| 1434 | RAY, KENNETH R | 30428 | UNDETERMINED* | EXHIBIT A |
| 1435 | REGAN, ROBERT J | 30429 | UNDETERMINED* | EXHIBIT A |
| 1436 | REGNO, EUGENE | 30430 | UNDETERMINED* | EXHIBIT A |
| 1437 | REINA, PHILIP | 30431 | UNDETERMINED* | EXHIBIT A |
| 1438 | REIS, RICHARD | 30432 | UNDETERMINED* | EXHIBIT A |
| 1439 | REITH, JACK CHARLES | 30433 | UNDETERMINED* | EXHIBIT A |
| 1440 | REITZ, NICK F | 30434 | UNDETERMINED* | EXHIBIT A |
| 1441 | REQUE, JOHN P | 30435 | UNDETERMINED* | EXHIBIT A |
| 1442 | RESTREPO, LUIS H | 30436 | UNDETERMINED* | EXHIBIT A |
| 1443 | REVERE, JOSEPH W | 30437 | UNDETERMINED* | EXHIBIT A |
| 1444 | REYNAR, CHARLETON T | 30438 | UNDETERMINED* | EXHIBIT A |
| 1445 | REYNOLDS, DENNIS M | 30439 | UNDETERMINED* | EXHIBIT A |
| 1446 | REYNOLDS, JOHN | 30441 | UNDETERMINED* | EXHIBIT A |
| 1447 | REYNOLDS, JOHN L | 30440 | UNDETERMINED* | EXHIBIT A |

| 1448 | RIBANDO, CHARLES | 30442 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 1449 | RICE, CLAUDE R | 30443 | UNDETERMINED* | EXHIBIT A |
| 1450 | RICE, MICHAEL T | 30444 | UNDETERMINED* | EXHIBIT A |
| 1451 | RICE, PATRICK | 30445 | UNDETERMINED* | EXHIBIT A |
| 1452 | RICH, ANTHONY | 30446 | UNDETERMINED* | EXHIBIT A |
| 1453 | RICH, KENNETH G | 30447 | UNDETERMINED* | EXHIBIT A |
| 1454 | RICHARDS, JOHN E | 30448 | UNDETERMINED* | EXHIBIT A |
| 1455 | RIDION, FRANK M | 30449 | UNDETERMINED* | EXHIBIT A |
| 1456 | RIEDY, JAMES D | 30450 | UNDETERMINED* | EXHIBIT A |
| 1457 | RIEGLER, ARTHUR | 30451 | UNDETERMINED* | EXHIBIT A |
| 1458 | RIESS, HARRY | 30452 | UNDETERMINED* | EXHIBIT A |
| 1459 | RINEER, RICHARD MARTIN | 30453 | UNDETERMINED* | EXHIBIT A |
| 1460 | RIOS, ROBERT | 30454 | UNDETERMINED* | EXHIBIT A |
| 1461 | RISERVATO, VITO | 30455 | UNDETERMINED* | EXHIBIT A |
| 1462 | RIVERS, EDWARD L | 30456 | UNDETERMINED* | EXHIBIT A |
| 1463 | ROBBINS, RUSELL E | 30457 | UNDETERMINED* | EXHIBIT A |
| 1464 | ROBINSON, THOMAS JAMES | 30458 | UNDETERMINED* | EXHIBIT A |
| 1465 | ROBINSON, WINSTON CHURCHILL | 30459 | UNDETERMINED* | EXHIBIT A |
| 1466 | ROCHE, JOHN F | 30460 | UNDETERMINED* | EXHIBIT A |
| 1467 | ROCHE, ROBERT | 30461 | UNDETERMINED* | EXHIBIT A |
| 1468 | ROCHE, WILLIAM T | 30462 | UNDETERMINED* | EXHIBIT A |
| 1469 | ROCHELLE, ROBERT K | 30463 | UNDETERMINED* | EXHIBIT A |
| 1470 | ROCQUE, LAWRENCE | 30464 | UNDETERMINED* | EXHIBIT A |
| 1471 | RODRIGUEZ, JOHN | 30465 | UNDETERMINED* | EXHIBIT A |
| 1472 | RODRIGUEZ, SANTOS | 30466 | UNDETERMINED* | EXHIBIT A |
| 1473 | RODRIGUEZ, URBANO | 30467 | UNDETERMINED* | EXHIBIT A |
| 1474 | ROGERS, CHARLES E | 30468 | UNDETERMINED* | EXHIBIT A |
| 1475 | ROGERS, WILLIAM JAMES | 30469 | UNDETERMINED* | EXHIBIT A |
| 1476 | ROGLER, KEVIN J | 30470 | UNDETERMINED* | EXHIBIT A |
| 1477 | ROGLER, RICHARD | 30471 | UNDETERMINED* | EXHIBIT A |
| 1478 | ROMAN, JOHN R | 30472 | UNDETERMINED* | EXHIBIT A |
| 1479 | ROME, DAVID A | 30473 | UNDETERMINED* | EXHIBIT A |
| 1480 | RONGO, JOSEPH A | 30474 | UNDETERMINED* | EXHIBIT A |
| 1481 | RONIK, LEONARD | 30475 | UNDETERMINED* | EXHIBIT A |
| 1482 | ROOF, DONALD F | 30476 | UNDETERMINED* | EXHIBIT A |
| 1483 | ROSATI, VINCENT | 30477 | UNDETERMINED* | EXHIBIT A |
| 1484 | ROSE, ALTON | 30478 | UNDETERMINED* | EXHIBIT A |
| 1485 | ROSE, JAMES H | 30479 | UNDETERMINED* | EXHIBIT A |
| 1486 | ROSE, LOUIS A | 30480 | UNDETERMINED* | EXHIBIT A |
| 1487 | ROSENBERG, HARRY | 30481 | UNDETERMINED* | EXHIBIT A |
| 1488 | ROSENTHAL, JOEL | 30482 | UNDETERMINED* | EXHIBIT A |
| 1489 | ROSENWASSER, JAY | 30483 | UNDETERMINED* | EXHIBIT A |
| 1490 | ROSINI, ANTE | 30484 | UNDETERMINED* | EXHIBIT A |
| 1491 | ROTHMANN, GEORGE W | 30485 | UNDETERMINED* | EXHIBIT A |
| 1492 | ROVEGNO, DONALD | 30486 | UNDETERMINED* | EXHIBIT A |
| 1493 | ROWLES, JAMES P | 30487 | UNDETERMINED* | EXHIBIT A |
| 1494 | RUBECK, KENNETH | 30488 | UNDETERMINED* | EXHIBIT A |

| 1495 | RUBINO, PETER | 30489 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 1496 | RUDOLPH, MICHAEL | 30490 | UNDETERMINED* | EXHIBIT A |
| 1497 | RUDOLPH, RICHARD V | 30491 | UNDETERMINED* | EXHIBIT A |
| 1498 | RUGGIERO, FRANK | 30492 | UNDETERMINED* | EXHIBIT A |
| 1499 | RUISI, LOUIS | 30493 | UNDETERMINED* | EXHIBIT A |
| 1500 | RUIZ, FRANCISCO | 30494 | UNDETERMINED* | EXHIBIT A |
| 1501 | RUSSELL, CLIFFORD J | 30495 | UNDETERMINED* | EXHIBIT A |
| 1502 | RUSSO, ANTHONY | 30496 | UNDETERMINED* | EXHIBIT A |
| 1503 | RUZICKA, JAMES | 30497 | UNDETERMINED* | EXHIBIT A |
| 1504 | RYAN, ARTHUR L | 30498 | UNDETERMINED* | EXHIBIT A |
| 1505 | RYAN, JOHN J | 30499 | UNDETERMINED* | EXHIBIT A |
| 1506 | RYAN, MICHAEL | 30500 | UNDETERMINED* | EXHIBIT A |
| 1507 | RYDERN, KEVIN F | 30501 | UNDETERMINED* | EXHIBIT A |
| 1508 | SABATELLI, ANTHONY | 30502 | UNDETERMINED* | EXHIBIT A |
| 1509 | SAELLI, THOMAS | 30503 | UNDETERMINED* | EXHIBIT A |
| 1510 | SAITTA, ANTHONY | 30504 | UNDETERMINED* | EXHIBIT A |
| 1511 | SALATTO, ANTHONY | 30505 | UNDETERMINED* | EXHIBIT A |
| 1512 | SALEM, ABDULRAHMAN | 30506 | UNDETERMINED* | EXHIBIT A |
| 1513 | SALONE, WILLIAM J | 30507 | UNDETERMINED* | EXHIBIT A |
| 1514 | SALVITTI, RAYMOND | 30508 | UNDETERMINED* | EXHIBIT A |
| 1515 | SAMPIERI, THEODORE | 30509 | UNDETERMINED* | EXHIBIT A |
| 1516 | SANDERS, MARTIN | 30510 | UNDETERMINED* | EXHIBIT A |
| 1517 | SANDVIK, PER | 30511 | UNDETERMINED* | EXHIBIT A |
| 1518 | SANSONE, THOMAS P | 30512 | UNDETERMINED* | EXHIBIT A |
| 1519 | SAUVAN, WALTER | 30513 | UNDETERMINED* | EXHIBIT A |
| 1520 | SAVOCA, NICHOLAS | 30514 | UNDETERMINED* | EXHIBIT A |
| 1521 | SCALAMANDRE, JOHN | 30515 | UNDETERMINED* | EXHIBIT A |
| 1522 | SCAROZZA, ANTHONY V | 30516 | UNDETERMINED* | EXHIBIT A |
| 1523 | SCERBO, JOSEPH | 30517 | UNDETERMINED* | EXHIBIT A |
| 1524 | SCHAEFER, EDWARD | 31982 | UNDETERMINED* | EXHIBIT A |
| 1525 | SCHAEFER, WILLIAM CHARLES | 30518 | UNDETERMINED* | EXHIBIT A |
| 1526 | SCHEIRER, JOHN C | 30519 | UNDETERMINED* | EXHIBIT A |
| 1527 | SCHIFF, RALPH D | 30520 | UNDETERMINED* | EXHIBIT A |
| 1528 | SCHILIRO, ILLUMINATO | 30521 | UNDETERMINED* | EXHIBIT A |
| 1529 | SCHLEIDT, RAYMOND | 30522 | UNDETERMINED* | EXHIBIT A |
| 1530 | SCHLOERB, ARTHUR J | 30523 | UNDETERMINED* | EXHIBIT A |
| 1531 | SCHMIDT, ROBERT A | 30524 | UNDETERMINED* | EXHIBIT A |
| 1532 | SCHMIDT, WILLIAM T | 30525 | UNDETERMINED* | EXHIBIT A |
| 1533 | SCHMITZ, HERBERT A | 30526 | UNDETERMINED* | EXHIBIT A |
| 1534 | SCHNEEGURT, ERROL | 30527 | UNDETERMINED* | EXHIBIT A |
| 1535 | SCHOENBERGER, CLYDE H | 30528 | UNDETERMINED* | EXHIBIT A |
| 1536 | SCHULHOFF, KENNETH | 30529 | UNDETERMINED* | EXHIBIT A |
| 1537 | SCHULTZ, BERNHARD FRIEDRICH | 30530 | UNDETERMINED* | EXHIBIT A |
| 1538 | SCHULTZ, HAROLD | 31984 | UNDETERMINED* | EXHIBIT A |
| 1539 | SCHWAM, CHESTER S | 30393 | UNDETERMINED* | EXHIBIT A |
| 1540 | SCHWAN, PAUL | 30394 | UNDETERMINED* | EXHIBIT A |
| 1541 | SCHWENDEMANN, EDWARD JOSEPH | 30395 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 1542 | SCIALDONE, JOHN | 30396 | UNDETERMINED* | EXHIBIT A |
| 1543 | SCIALDONE, LORETTA | 30397 | UNDETERMINED* | EXHIBIT A |
| 1544 | SCIBILIA, CARMEN S | 30398 | UNDETERMINED* | EXHIBIT A |
| 1545 | SCIOLINO, BEN C | 30399 | UNDETERMINED* | EXHIBIT A |
| 1546 | SCLAFANI, DONALD | 30572 | UNDETERMINED* | EXHIBIT A |
| 1547 | SCOTT, DANIEL G | 30400 | UNDETERMINED* | EXHIBIT A |
| 1548 | SCULLY, THOMAS J | 30401 | UNDETERMINED* | EXHIBIT A |
| 1549 | SEAMAN, RONALD F | 30402 | UNDETERMINED* | EXHIBIT A |
| 1550 | SEEDORF, HENRY | 30403 | UNDETERMINED* | EXHIBIT A |
| 1551 | SEETAL, JAMES | 30404 | UNDETERMINED* | EXHIBIT A |
| 1552 | SEGRICH, THOMAS A | 30405 | UNDETERMINED* | EXHIBIT A |
| 1553 | SEITZ, GARY B | 30406 | UNDETERMINED* | EXHIBIT A |
| 1554 | SELHORN, PAUL | 30407 | UNDETERMINED* | EXHIBIT A |
| 1555 | SERRAPICA, HENRY J | 30408 | UNDETERMINED* | EXHIBIT A |
| 1556 | SEUFERT, MARSHALL | 30409 | UNDETERMINED* | EXHIBIT A |
| 1557 | SEVERANCE, HERBERT EDWARD | 30410 | UNDETERMINED* | EXHIBIT A |
| 1558 | SEYLER, WILLIAM M | 30411 | UNDETERMINED* | EXHIBIT A |
| 1559 | SFERRAZZA, CARL | 30412 | UNDETERMINED* | EXHIBIT A |
| 1560 | SFERRAZZA, DAVID V | 30413 | UNDETERMINED* | EXHIBIT A |
| 1561 | SHAMLIAN, HERBERT | 30414 | UNDETERMINED* | EXHIBIT A |
| 1562 | SHANDRAW, NORRIS A | 30415 | UNDETERMINED* | EXHIBIT A |
| 1563 | SHANNON, ROBERT | 30536 | UNDETERMINED* | EXHIBIT A |
| 1564 | SHARENO, PETER R | 30537 | UNDETERMINED* | EXHIBIT A |
| 1565 | SHAUGHNESSY, HARRY | 30538 | UNDETERMINED* | EXHIBIT A |
| 1566 | SHAUGHNESSY, JOHN | 30539 | UNDETERMINED* | EXHIBIT A |
| 1567 | SHEEHAN, KEVIN | 30540 | UNDETERMINED* | EXHIBIT A |
| 1568 | SHEEHAN, RICHARD D | 30541 | UNDETERMINED* | EXHIBIT A |
| 1569 | SHIKARIDES, ANDREW E | 30542 | UNDETERMINED* | EXHIBIT A |
| 1570 | SHUBERT, RICHARD H | 30543 | UNDETERMINED* | EXHIBIT A |
| 1571 | SHURTLEFF, HAROLD W | 30544 | UNDETERMINED* | EXHIBIT A |
| 1572 | SICKER, GERARD | 31987 | UNDETERMINED* | EXHIBIT A |
| 1573 | SICKLER, ARTHUR | 30545 | UNDETERMINED* | EXHIBIT A |
| 1574 | SIEGEL, PHILIP M | 30546 | UNDETERMINED* | EXHIBIT A |
| 1575 | SIEGLER, MICHAEL G | 30547 | UNDETERMINED* | EXHIBIT A |
| 1576 | SIMICICH, JOHN | 30548 | UNDETERMINED* | EXHIBIT A |
| 1577 | SIMMONDS, ROBERT | 30549 | UNDETERMINED* | EXHIBIT A |
| 1578 | SIMMONS, GLENDON EMERY | 30550 | UNDETERMINED* | EXHIBIT A |
| 1579 | SIMMONS, PAUL | 30551 | UNDETERMINED* | EXHIBIT A |
| 1580 | SIMMS, FRANCIS J | 30552 | UNDETERMINED* | EXHIBIT A |
| 1581 | SINCLAIR, JAMES L | 30553 | UNDETERMINED* | EXHIBIT A |
| 1582 | SISOLAK, RICHARD M | 30554 | UNDETERMINED* | EXHIBIT A |
| 1583 | SIUTA, JOHN | 30555 | UNDETERMINED* | EXHIBIT A |
| 1584 | SKALIAS, GUS | 30556 | UNDETERMINED* | EXHIBIT A |
| 1585 | SKERENCAK, ANDREW JOSEPH | 30557 | UNDETERMINED* | EXHIBIT A |
| 1586 | SLOBE, DONALD A | 30558 | UNDETERMINED* | EXHIBIT A |
| 1587 | SLODYSKOM, JOSEPH M | 30559 | UNDETERMINED* | EXHIBIT A |
| 1588 | SMALL, HAROLD | 30560 | UNDETERMINED* | EXHIBIT A |

| 1589 | SMART, GARY E | 30561 | UNDETERMINED* | EXHIBIT A |
|------|---------------|-------|---------------|-----------|
| 1590 | SMIALEK, RICHARD | 30562 | UNDETERMINED* | EXHIBIT A |
| 1591 | SMIDDY, JOHN PATRICK | 30563 | UNDETERMINED* | EXHIBIT A |
| 1592 | SMITH, BERNARD P | 30564 | UNDETERMINED* | EXHIBIT A |
| 1593 | SMITH, CHARLES WILLIAM | 30565 | UNDETERMINED* | EXHIBIT A |
| 1594 | SMITH, DENNIS R | 30566 | UNDETERMINED* | EXHIBIT A |
| 1595 | SMITH, FRANKLIN G | 30567 | UNDETERMINED* | EXHIBIT A |
| 1596 | SMITH, HARRY A | 30568 | UNDETERMINED* | EXHIBIT A |
| 1597 | SMITH, JOHN T | 30569 | UNDETERMINED* | EXHIBIT A |
| 1598 | SMITH, JOSEPH E | 30570 | UNDETERMINED* | EXHIBIT A |
| 1599 | SMITH, LARRY DARNELL | 30571 | UNDETERMINED* | EXHIBIT A |
| 1600 | SMITH, ROBERT V | 30573 | UNDETERMINED* | EXHIBIT A |
| 1601 | SMITH, WILBUR W | 30574 | UNDETERMINED* | EXHIBIT A |
| 1602 | SOKOLOWSKI, DANIEL | 30575 | UNDETERMINED* | EXHIBIT A |
| 1603 | SONNER, HUGH A | 30576 | UNDETERMINED* | EXHIBIT A |
| 1604 | SOOKLALL, RONALD | 30577 | UNDETERMINED* | EXHIBIT A |
| 1605 | SOPKO, WILLIAM | 30578 | UNDETERMINED* | EXHIBIT A |
| 1606 | SORE, JOHN | 30579 | UNDETERMINED* | EXHIBIT A |
| 1607 | SORECO, CARL | 30580 | UNDETERMINED* | EXHIBIT A |
| 1608 | SORIERO, MARIO | 30581 | UNDETERMINED* | EXHIBIT A |
| 1609 | SOTTOSANTI, THOMAS | 30582 | UNDETERMINED* | EXHIBIT A |
| 1610 | SPAICH, NICHOLAS P | 30583 | UNDETERMINED* | EXHIBIT A |
| 1611 | SPECKMAN, ROBERT FRANCIS | 30584 | UNDETERMINED* | EXHIBIT A |
| 1612 | SPEDALE, SALVATORE C | 30585 | UNDETERMINED* | EXHIBIT A |
| 1613 | SPINA, LOUIS A | 30586 | UNDETERMINED* | EXHIBIT A |
| 1614 | SPLITZ, JOHN F | 30587 | UNDETERMINED* | EXHIBIT A |
| 1615 | STAGICH, RAYMOND | 30589 | UNDETERMINED* | EXHIBIT A |
| 1616 | STANFORD, DAVID | 30590 | UNDETERMINED* | EXHIBIT A |
| 1617 | STANTON, JOSEPG T | 30591 | UNDETERMINED* | EXHIBIT A |
| 1618 | STANTON, VERNON CALVIN | 30592 | UNDETERMINED* | EXHIBIT A |
| 1619 | STARKE, JAMES A | 30593 | UNDETERMINED* | EXHIBIT A |
| 1620 | STASZAK, CASIMIR | 30594 | UNDETERMINED* | EXHIBIT A |
| 1621 | STATH, PAUL | 30595 | UNDETERMINED* | EXHIBIT A |
| 1622 | STEIN, PAUL | 30716 | UNDETERMINED* | EXHIBIT A |
| 1623 | STELFOX, JAMES P | 30717 | UNDETERMINED* | EXHIBIT A |
| 1624 | STELLINI, FRANK | 30718 | UNDETERMINED* | EXHIBIT A |
| 1625 | STEPP, WILLIAM | 30719 | UNDETERMINED* | EXHIBIT A |
| 1626 | STERNBERG, HEINZ A | 30720 | UNDETERMINED* | EXHIBIT A |
| 1627 | STEWART, GEORGE W | 30721 | UNDETERMINED* | EXHIBIT A |
| 1628 | STILES, ROBERT | 30722 | UNDETERMINED* | EXHIBIT A |
| 1629 | STONE, BARRY H | 30723 | UNDETERMINED* | EXHIBIT A |
| 1630 | STONEHAM, BERNARD S | 30724 | UNDETERMINED* | EXHIBIT A |
| 1631 | STONEHAM, RICHARD P | 30725 | UNDETERMINED* | EXHIBIT A |
| 1632 | STORY, THOMAS | 30726 | UNDETERMINED* | EXHIBIT A |
| 1633 | STOUT, ROBERT T | 30727 | UNDETERMINED* | EXHIBIT A |
| 1634 | STRUNK, ROBERT ROLAND | 30728 | UNDETERMINED* | EXHIBIT A |
| 1635 | SUCHAN, EDWARD J | 30730 | UNDETERMINED* | EXHIBIT A |

| 1636 | SUCHAN,ANTHONY J | 30729 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 1637 | SULESKI, DONALD W | 30731 | UNDETERMINED* | EXHIBIT A |
| 1638 | SULLIVAN, GERARD | 30732 | UNDETERMINED* | EXHIBIT A |
| 1639 | SULLIVAN, JOSEPH T | 30733 | UNDETERMINED* | EXHIBIT A |
| 1640 | SUMMERVILLE, ROBERT H | 30734 | UNDETERMINED* | EXHIBIT A |
| 1641 | SURACI, FRANK | 30735 | UNDETERMINED* | EXHIBIT A |
| 1642 | SUSSMAN, MORRIS D | 30736 | UNDETERMINED* | EXHIBIT A |
| 1643 | SUTTER, VICTOR | 30737 | UNDETERMINED* | EXHIBIT A |
| 1644 | SUTTON, BYRON | 30738 | UNDETERMINED* | EXHIBIT A |
| 1645 | SVIHOVEC, WILLIAM JAMES | 30739 | UNDETERMINED* | EXHIBIT A |
| 1646 | SWANSON, EDWARD W | 30740 | UNDETERMINED* | EXHIBIT A |
| 1647 | SWATLAND, PAUL P | 30741 | UNDETERMINED* | EXHIBIT A |
| 1648 | SWEET, PHILIP F | 30742 | UNDETERMINED* | EXHIBIT A |
| 1649 | TABOR, WILTON DEE | 30743 | UNDETERMINED* | EXHIBIT A |
| 1650 | TADDEO, JOHN | 30744 | UNDETERMINED* | EXHIBIT A |
| 1651 | TANNENBAUM, BERNARD | 31992 | UNDETERMINED* | EXHIBIT A |
| 1652 | TANNER, WILLIAM P | 30745 | UNDETERMINED* | EXHIBIT A |
| 1653 | TARANTINO, ANTHONY | 30777 | UNDETERMINED* | EXHIBIT A |
| 1654 | TARANTOLA, JERRY | 30778 | UNDETERMINED* | EXHIBIT A |
| 1655 | TARBELL, STEPHEN | 30779 | UNDETERMINED* | EXHIBIT A |
| 1656 | TARDIO, SALVATORE | 30780 | UNDETERMINED* | EXHIBIT A |
| 1657 | TARITY, THOMAS D | 30781 | UNDETERMINED* | EXHIBIT A |
| 1658 | TAYLOR, MICHAEL V | 30782 | UNDETERMINED* | EXHIBIT A |
| 1659 | TENAGLIA, FABRIZIO N | 30783 | UNDETERMINED* | EXHIBIT A |
| 1660 | TERCASIO, EDWARD | 30784 | UNDETERMINED* | EXHIBIT A |
| 1661 | TERDOSLAVICH, NEVIO | 30785 | UNDETERMINED* | EXHIBIT A |
| 1662 | TERIC, VITO | 30786 | UNDETERMINED* | EXHIBIT A |
| 1663 | TERRANOVA, ARCHIMEDE | 31993 | UNDETERMINED* | EXHIBIT A |
| 1664 | TESORIERO, JOSEPH | 30787 | UNDETERMINED* | EXHIBIT A |
| 1665 | TESSAR, GABRIEL | 30788 | UNDETERMINED* | EXHIBIT A |
| 1666 | THIEL, WILLIAM A | 30789 | UNDETERMINED* | EXHIBIT A |
| 1667 | THIELE, FREDERICK H | 30790 | UNDETERMINED* | EXHIBIT A |
| 1668 | THOMPSON, LOWELL H | 30791 | UNDETERMINED* | EXHIBIT A |
| 1669 | THORN, ROBERT E | 30792 | UNDETERMINED* | EXHIBIT A |
| 1670 | TIERNEY, CHARLES | 30793 | UNDETERMINED* | EXHIBIT A |
| 1671 | TILLERY, JIMMY DALE | 30794 | UNDETERMINED* | EXHIBIT A |
| 1672 | TIPPING, JAMES R | 30795 | UNDETERMINED* | EXHIBIT A |
| 1673 | TOBIAS, MARGARET | 30796 | UNDETERMINED* | EXHIBIT A |
| 1674 | TOBIN, WILLIAM | 30797 | UNDETERMINED* | EXHIBIT A |
| 1675 | TOMLINSON, THOMAS | 30798 | UNDETERMINED* | EXHIBIT A |
| 1676 | TONEY, ALBERT G | 30799 | UNDETERMINED* | EXHIBIT A |
| 1677 | TORINO, ALBERT | 30800 | UNDETERMINED* | EXHIBIT A |
| 1678 | TOUHY, STEPHEN J | 30801 | UNDETERMINED* | EXHIBIT A |
| 1679 | TRABUCCO, JOSEPH | 30802 | UNDETERMINED* | EXHIBIT A |
| 1680 | TRAPPEN, RONALD W | 30803 | UNDETERMINED* | EXHIBIT A |
| 1681 | TRAUGOTT, THOMAS | 30804 | UNDETERMINED* | EXHIBIT A |
| 1682 | TRIMBOLI, JOSEPH | 30776 | UNDETERMINED* | EXHIBIT A |

| 1683 | TRINIDAD, JOSE | 30709 | UNDETERMINED* | EXHIBIT A |
|------|----------------|-------|---------------|-----------|
| 1684 | TROIANO, LAWRENCE | 30710 | UNDETERMINED* | EXHIBIT A |
| 1685 | TUCCI, JOSEPH | 30711 | UNDETERMINED* | EXHIBIT A |
| 1686 | TUCKER, MARK D | 30712.02 | UNDETERMINED* | EXHIBIT B |
| 1687 | TUDISCO, MICHELE | 30713 | UNDETERMINED* | EXHIBIT A |
| 1688 | TULLY, CLIFFORD | 30714 | UNDETERMINED* | EXHIBIT A |
| 1689 | TULLY, RICHARD W | 30715 | UNDETERMINED* | EXHIBIT A |
| 1690 | TURCIC, ANTON | 30746 | UNDETERMINED* | EXHIBIT A |
| 1691 | TURISSE, STANLEY | 30747 | UNDETERMINED* | EXHIBIT A |
| 1692 | TURNER, MELVIN L | 30748 | UNDETERMINED* | EXHIBIT A |
| 1693 | TYLER, JAMES E | 30749 | UNDETERMINED* | EXHIBIT A |
| 1694 | TYZNAR, PAUL | 30750 | UNDETERMINED* | EXHIBIT A |
| 1695 | UCCI, ANTHONY | 30751 | UNDETERMINED* | EXHIBIT A |
| 1696 | UDINA, QUIRINO | 30752 | UNDETERMINED* | EXHIBIT A |
| 1697 | ULRICH, WERNER R | 30753 | UNDETERMINED* | EXHIBIT A |
| 1698 | UNGARO, LOUIS | 30754 | UNDETERMINED* | EXHIBIT A |
| 1699 | UPSHAW, CRAIG A | 30755 | UNDETERMINED* | EXHIBIT A |
| 1700 | VALENT, MICHAEL R | 30756 | UNDETERMINED* | EXHIBIT A |
| 1701 | VALLONE, PETER J | 30757 | UNDETERMINED* | EXHIBIT A |
| 1702 | VAN HOUTEN, HERBERT | 30758 | UNDETERMINED* | EXHIBIT A |
| 1703 | VAN LEUWEN, CHRIS JOSEPH | 30759 | UNDETERMINED* | EXHIBIT A |
| 1704 | VANDERBURG, JAMES H | 30760 | UNDETERMINED* | EXHIBIT A |
| 1705 | VANDERMARK, JOHN P | 30761 | UNDETERMINED* | EXHIBIT A |
| 1706 | VANELLA, JOSEPH M | 30762 | UNDETERMINED* | EXHIBIT A |
| 1707 | VAUGHAN, KENNETH M | 30763 | UNDETERMINED* | EXHIBIT A |
| 1708 | VECCHIO, JOHN M | 30764 | UNDETERMINED* | EXHIBIT A |
| 1709 | VEIGA, ROBERT ANDREW | 30765 | UNDETERMINED* | EXHIBIT A |
| 1710 | VELOSKI, DONALD R | 30766 | UNDETERMINED* | EXHIBIT A |
| 1711 | VENTIMIGLIA, JOSEPH | 30767 | UNDETERMINED* | EXHIBIT A |
| 1712 | VENTURA, SAM D | 30768 | UNDETERMINED* | EXHIBIT A |
| 1713 | VENZA, ANDREW | 30769 | UNDETERMINED* | EXHIBIT A |
| 1714 | VILLON, JORGE A | 30770 | UNDETERMINED* | EXHIBIT A |
| 1715 | VITALE, FARO P | 30771 | UNDETERMINED* | EXHIBIT A |
| 1716 | VITIELLO, MICHAEL J | 30772 | UNDETERMINED* | EXHIBIT A |
| 1717 | VODOPIA, ANDREW | 30773 | UNDETERMINED* | EXHIBIT A |
| 1718 | VODOPIA, LUKE | 30774 | UNDETERMINED* | EXHIBIT A |
| 1719 | VON DER HEYDT, KARL | 30775 | UNDETERMINED* | EXHIBIT A |
| 1720 | VONDERLIETH, HENRY | 30805 | UNDETERMINED* | EXHIBIT A |
| 1721 | VOTKE, CHANES | 31996 | UNDETERMINED* | EXHIBIT A |
| 1722 | WAAGE, MAX | 30806 | UNDETERMINED* | EXHIBIT A |
| 1723 | WADE, ANTHONY | 30807 | UNDETERMINED* | EXHIBIT A |
| 1724 | WAGNER, ARTHUR D | 30808 | UNDETERMINED* | EXHIBIT A |
| 1725 | WAGNER, HENRY | 30809 | UNDETERMINED* | EXHIBIT A |
| 1726 | WAGNER, MARK P | 30810 | UNDETERMINED* | EXHIBIT A |
| 1727 | WAGNER, THOMAS | 30811 | UNDETERMINED* | EXHIBIT A |
| 1728 | WALD, DEWITT J | 30812 | UNDETERMINED* | EXHIBIT A |
| 1729 | WALD, RICHARD P | 30813 | UNDETERMINED* | EXHIBIT A |

| 1730 | WALDRAFF, EDWARD | 30814 | UNDETERMINED* | EXHIBIT A |
| 1731 | WALKER, CRAIG S | 30815 | UNDETERMINED* | EXHIBIT A |
| 1732 | WALKER, FRANK | 30816 | UNDETERMINED* | EXHIBIT A |
| 1733 | WALSH, DENNIS | 30817 | UNDETERMINED* | EXHIBIT A |
| 1734 | WALSH, JAMES F | 30818 | UNDETERMINED* | EXHIBIT A |
| 1735 | WALSH, KENNETH G | 30819 | UNDETERMINED* | EXHIBIT A |
| 1736 | WALSH, MAURICE T | 30820 | UNDETERMINED* | EXHIBIT A |
| 1737 | WALSH, THOMAS J | 30266 | UNDETERMINED* | EXHIBIT A |
| 1738 | WALTER, JAMES P | 30267 | UNDETERMINED* | EXHIBIT A |
| 1739 | WALTER, PETER A | 30268 | UNDETERMINED* | EXHIBIT A |
| 1740 | WALTERS, CURTIS A | 30269 | UNDETERMINED* | EXHIBIT A |
| 1741 | WALTZ, JOHN P | 30270 | UNDETERMINED* | EXHIBIT A |
| 1742 | WALTZ, ROBERT L | 30271 | UNDETERMINED* | EXHIBIT A |
| 1743 | WANGERMAN, GEORGE R | 30272 | UNDETERMINED* | EXHIBIT A |
| 1744 | WASHBURN, JOHN G | 30273 | UNDETERMINED* | EXHIBIT A |
| 1745 | WASHEIM, BRUCE JAMES | 30274 | UNDETERMINED* | EXHIBIT A |
| 1746 | WASHINGTON, WILLIAM | 30275 | UNDETERMINED* | EXHIBIT A |
| 1747 | WATROBA, ROMAN S | 30276 | UNDETERMINED* | EXHIBIT A |
| 1748 | WATSON, FREDERICK E | 30277 | UNDETERMINED* | EXHIBIT A |
| 1749 | WATSON, JAMES | 31997 | UNDETERMINED* | EXHIBIT A |
| 1750 | WEBB, JOHN D | 30278 | UNDETERMINED* | EXHIBIT A |
| 1751 | WEBB, RAYMOND | 30279 | UNDETERMINED* | EXHIBIT A |
| 1752 | WEBBER, ARTHUR J | 30280 | UNDETERMINED* | EXHIBIT A |
| 1753 | WEBER, EDWIN M | 30281 | UNDETERMINED* | EXHIBIT A |
| 1754 | WEBER, JERALD | 30282 | UNDETERMINED* | EXHIBIT A |
| 1755 | WEBSTER, ROBERT | 30283 | UNDETERMINED* | EXHIBIT A |
| 1756 | WEED, MICHAEL W | 30284 | UNDETERMINED* | EXHIBIT A |
| 1757 | WEIHS, JOSEPH A | 30285 | UNDETERMINED* | EXHIBIT A |
| 1758 | WEIMER, FRED | 30286 | UNDETERMINED* | EXHIBIT A |
| 1759 | WEIR, ROBERT | 30287 | UNDETERMINED* | EXHIBIT A |
| 1760 | WELLS, ROBERT T | 30288 | UNDETERMINED* | EXHIBIT A |
| 1761 | WENTHEN, DOUGLAS C | 30289 | UNDETERMINED* | EXHIBIT A |
| 1762 | WESNOFSKE, ALBERT F | 30290 | UNDETERMINED* | EXHIBIT A |
| 1763 | WEST, WILLIAM T | 30291 | UNDETERMINED* | EXHIBIT A |
| 1764 | WETTENGEL, JACK A | 30292 | UNDETERMINED* | EXHIBIT A |
| 1765 | WHALEN, MICHAEL | 30293 | UNDETERMINED* | EXHIBIT A |
| 1766 | WHALEY, DAVID F | 30294 | UNDETERMINED* | EXHIBIT A |
| 1767 | WHARTON, MICHAEL L | 30295 | UNDETERMINED* | EXHIBIT A |
| 1768 | WHITE, ANTHONY | 30296 | UNDETERMINED* | EXHIBIT A |
| 1769 | WIEDENBECK, ANTHONY E | 30297 | UNDETERMINED* | EXHIBIT A |
| 1770 | WILCOX, JOHN | 30298 | UNDETERMINED* | EXHIBIT A |
| 1771 | WILDER, DELBERT L | 30299 | UNDETERMINED* | EXHIBIT A |
| 1772 | WILKIE, WILLIAM R | 30300 | UNDETERMINED* | EXHIBIT A |
| 1773 | WILLARD, GEORGE J | 30301 | UNDETERMINED* | EXHIBIT A |
| 1774 | WILLIAMS, AUGUSTUS J | 30302 | UNDETERMINED* | EXHIBIT A |
| 1775 | WILLIAMS, COLES J | 30303 | UNDETERMINED* | EXHIBIT A |
| 1776 | WILLIAMS, JAMES J | 30304 | UNDETERMINED* | EXHIBIT A |

| 1777 | WILLIAMSEN, LAWRENCE PETER | 30305 | UNDETERMINED* | EXHIBIT A |
|------|----------------------------|-------|---------------|-----------|
| 1778 | WILLIAMSON, WILLIAM H | 30306 | UNDETERMINED* | EXHIBIT A |
| 1779 | WILLIX, JOHN | 30307 | UNDETERMINED* | EXHIBIT A |
| 1780 | WILSON, EARL | 30308 | UNDETERMINED* | EXHIBIT A |
| 1781 | WIMBISH, EDWARD | 30309 | UNDETERMINED* | EXHIBIT A |
| 1782 | WINBURY, FRANK C | 30310 | UNDETERMINED* | EXHIBIT A |
| 1783 | WINKELMAN, MELVIN H | 30311 | UNDETERMINED* | EXHIBIT A |
| 1784 | WINTERS, CHARLES W | 30312 | UNDETERMINED* | EXHIBIT A |
| 1785 | WOLFE, THOMAS | 30313 | UNDETERMINED* | EXHIBIT A |
| 1786 | WOLFF, RICHARD | 30314 | UNDETERMINED* | EXHIBIT A |
| 1787 | WOLKEN, RONALD | 30315 | UNDETERMINED* | EXHIBIT A |
| 1788 | WOOD, DANIEL R | 30316 | UNDETERMINED* | EXHIBIT A |
| 1789 | WOODRUFF, WILLIAM R | 30317 | UNDETERMINED* | EXHIBIT A |
| 1790 | WOODS, ARTHUR E | 30318 | UNDETERMINED* | EXHIBIT A |
| 1791 | WOODS, JOSEPH P | 30836 | UNDETERMINED* | EXHIBIT A |
| 1792 | WOODWORTH, JAMES ROBERT | 30837 | UNDETERMINED* | EXHIBIT A |
| 1793 | WOOLCUTT, CHARLES | 30838 | UNDETERMINED* | EXHIBIT A |
| 1794 | WOZNIAK, THEODORE V | 30839 | UNDETERMINED* | EXHIBIT A |
| 1795 | WREN, JONES | 30840 | UNDETERMINED* | EXHIBIT A |
| 1796 | WRIGHT, BRUCE E | 30841 | UNDETERMINED* | EXHIBIT A |
| 1797 | WRIGHT, JULIUS | 30842 | UNDETERMINED* | EXHIBIT A |
| 1798 | WUELFING, LEE L | 30843 | UNDETERMINED* | EXHIBIT A |
| 1799 | YANNO, MICHAEL F | 30844 | UNDETERMINED* | EXHIBIT A |
| 1800 | YELLEN, NEAL | 30845 | UNDETERMINED* | EXHIBIT A |
| 1801 | YOUNG, LIONEL | 30846 | UNDETERMINED* | EXHIBIT A |
| 1802 | YOUNG, NEIL | 30821 | UNDETERMINED* | EXHIBIT A |
| 1803 | ZAFONTE, JOSEPH | 30822 | UNDETERMINED* | EXHIBIT A |
| 1804 | ZAJAC, GREGORY R | 30823 | UNDETERMINED* | EXHIBIT A |
| 1805 | ZANONI, GINO | 30824 | UNDETERMINED* | EXHIBIT A |
| 1806 | ZANOTELLI, FRANK | 30825 | UNDETERMINED* | EXHIBIT A |
| 1807 | ZAYAS, JEFFREY A | 30826 | UNDETERMINED* | EXHIBIT A |
| 1808 | ZELANKO, JACK S | 30827 | UNDETERMINED* | EXHIBIT A |
| 1809 | ZGOMBIC, JOHN | 30828 | UNDETERMINED* | EXHIBIT A |
| 1810 | ZGOMBIC, JOSEPH D | 30829 | UNDETERMINED* | EXHIBIT A |
| 1811 | ZIMMERMAN, DAVID A | 30830 | UNDETERMINED* | EXHIBIT A |
| 1812 | ZIMNIAK, JOHN | 30831 | UNDETERMINED* | EXHIBIT A |
| 1813 | ZORI, ANTHONY | 30832 | UNDETERMINED* | EXHIBIT A |
| 1814 | ZUCKERMAN, EDWIN | 30833 | UNDETERMINED* | EXHIBIT A |
| 1815 | ZULIC, SILVIO | 30834 | UNDETERMINED* | EXHIBIT A |
| 1816 | ZUPO, GIUSEPPE F | 30835 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

470035



**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

EFH 15TH NOS HH 04-30-2021 (IMPX0310\LAWFIRMS,WHERENUM) 37

BAR(23) MAIL ID *** 000194861776 ***



WILENTZ GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ  07095

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:        (302) 651-7701
Email:            collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini, P.C. (admitted _pro hac vice_)
Aparna Yenamandra (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:            edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com
                  steven.serajeddini@kirkland.com
                  aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:            james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com

_Co-Counsel to the EFH Plan Administrator Board_

**In re ENERGY FUTURE HOLDINGS CORP., et al., Chapter 11 Case No. 14-10979**

You are receiving the enclosed "NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" on behalf of the following claimants you represent in the above-referenced matter:

| No. | Claimant Name | Claim No. | Claim Amount | Exhibit |
|-----|---------------|-----------|--------------|---------|
| 1 | ABBOTT, EUGENE | 33700 | UNDETERMINED* | EXHIBIT A |
| 2 | ABRUZZO, ANTHONY | 33206 | UNDETERMINED* | EXHIBIT A |
| 3 | ACKER, WILLIAM | 33207 | UNDETERMINED* | EXHIBIT A |
| 4 | ADAMS, FREDERICK R. | 33208 | UNDETERMINED* | EXHIBIT A |
| 5 | ADAMS, RONALD B. | 33209 | UNDETERMINED* | EXHIBIT A |
| 6 | ALLEN, RICHARD | 33210 | UNDETERMINED* | EXHIBIT A |
| 7 | AMARI, EDWARD | 33211 | UNDETERMINED* | EXHIBIT A |
| 8 | AMODEO, DAVID T. | 33212 | UNDETERMINED* | EXHIBIT A |
| 9 | ANDERSON, CALVIN W. | 33213 | UNDETERMINED* | EXHIBIT A |
| 10 | ANDERSON, GEORGE | 33214 | UNDETERMINED* | EXHIBIT A |
| 11 | ANGO, SAMUEL | 33215 | UNDETERMINED* | EXHIBIT A |
| 12 | ANZALONE, EDWARD C. | 33216 | UNDETERMINED* | EXHIBIT A |
| 13 | ARAGONA, DOMINICK | 33217 | UNDETERMINED* | EXHIBIT A |
| 14 | ARALE, MICHAEL G. | 33218 | UNDETERMINED* | EXHIBIT A |
| 15 | ARETZ, FRANK H. | 33219 | UNDETERMINED* | EXHIBIT A |
| 16 | ARNOLD, JOSEPH J. | 33220 | UNDETERMINED* | EXHIBIT A |
| 17 | ATKIN, JOHN B. | 33221 | UNDETERMINED* | EXHIBIT A |
| 18 | ATWOOD, GERALD | 33222 | UNDETERMINED* | EXHIBIT A |
| 19 | AULISIO, JOSEPH H. | 33223 | UNDETERMINED* | EXHIBIT A |
| 20 | AVERY, ROBERT H. | 33224 | UNDETERMINED* | EXHIBIT A |
| 21 | AYERS, GARY V. | 33225 | UNDETERMINED* | EXHIBIT A |
| 22 | BAKITAS, GEORGE | 33226 | UNDETERMINED* | EXHIBIT A |
| 23 | BALDINO, LOUIS J. | 33227 | UNDETERMINED* | EXHIBIT A |
| 24 | BALDUF, GEORGE E. | 33228 | UNDETERMINED* | EXHIBIT A |
| 25 | BALLANTI, JAMES | 33229 | UNDETERMINED* | EXHIBIT A |
| 26 | BALLENT, JOHN | 33230 | UNDETERMINED* | EXHIBIT A |
| 27 | BALLETTO, PHILLIP C. | 33231 | UNDETERMINED* | EXHIBIT A |
| 28 | BARBATO, ANTHONY M. | 33232 | UNDETERMINED* | EXHIBIT A |
| 29 | BARBER, DARRELL T. | 33233 | UNDETERMINED* | EXHIBIT A |
| 30 | BARBOUR, JAMES L. | 33234 | UNDETERMINED* | EXHIBIT A |
| 31 | BARCLAY, ROBERT | 33235 | UNDETERMINED* | EXHIBIT A |
| 32 | BARNEY, DOROTHY M. | 33296 | UNDETERMINED* | EXHIBIT A |
| 33 | BARNOSKY, JOSEPH | 33297 | UNDETERMINED* | EXHIBIT A |
| 34 | BARTOLOTTI, JOHN M. | 33298 | UNDETERMINED* | EXHIBIT A |
| 35 | BASTA, FRANK | 33299 | UNDETERMINED* | EXHIBIT A |
| 36 | BATSEDIS, SPIROS | 33300 | UNDETERMINED* | EXHIBIT A |
| 37 | BAYDA, JOSEPH F. | 33301 | UNDETERMINED* | EXHIBIT A |

| 38 | BAYER, PHILLIP | 33570 | UNDETERMINED* | EXHIBIT A |
|----|----|----|----|----|
| 39 | BEACH, WALTER R. | 33302 | UNDETERMINED* | EXHIBIT A |
| 40 | BEDELL, JOSEPH | 33303 | UNDETERMINED* | EXHIBIT A |
| 41 | BELDEN, JOHN R. | 33304 | UNDETERMINED* | EXHIBIT A |
| 42 | BELL, WILLIAM F. | 33305 | UNDETERMINED* | EXHIBIT A |
| 43 | BENES, ANTHONY M. | 33306 | UNDETERMINED* | EXHIBIT A |
| 44 | BENKA, STEPHEN M. | 33148 | UNDETERMINED* | EXHIBIT A |
| 45 | BENNETT, WESLEY E. | 33149 | UNDETERMINED* | EXHIBIT A |
| 46 | BERCAW, WILLIAM | 33150 | UNDETERMINED* | EXHIBIT A |
| 47 | BERNARD, RUDOLPH | 33151 | UNDETERMINED* | EXHIBIT A |
| 48 | BIANCO, ANGELO | 33152 | UNDETERMINED* | EXHIBIT A |
| 49 | BIDINGMAIER, MARTIN | 33153 | UNDETERMINED* | EXHIBIT A |
| 50 | BIEDRZYCKI, JOHN L. | 33154 | UNDETERMINED* | EXHIBIT A |
| 51 | BISMARCK, FREDERICK A. | 33155 | UNDETERMINED* | EXHIBIT A |
| 52 | BITETTO, FRANK W. | 33156 | UNDETERMINED* | EXHIBIT A |
| 53 | BLACKMORE, DOUGLAS | 33157 | UNDETERMINED* | EXHIBIT A |
| 54 | BLACKSHEAR, CLYDE | 33158 | UNDETERMINED* | EXHIBIT A |
| 55 | BLEIVIK, LARS | 33159 | UNDETERMINED* | EXHIBIT A |
| 56 | BLUE, TERRY | 33160 | UNDETERMINED* | EXHIBIT A |
| 57 | BLUNDA, VITO F. | 33161 | UNDETERMINED* | EXHIBIT A |
| 58 | BOGDANOWICZ, STANLEY | 33170 | UNDETERMINED* | EXHIBIT A |
| 59 | BOLLBACH, WILLIAM G. | 33171 | UNDETERMINED* | EXHIBIT A |
| 60 | BONITO, ANTHONY | 33172 | UNDETERMINED* | EXHIBIT A |
| 61 | BONSIGNORE, SALVATORE | 33173 | UNDETERMINED* | EXHIBIT A |
| 62 | BORK, ARTHUR | 33174 | UNDETERMINED* | EXHIBIT A |
| 63 | BRADFORD, STEPHEN K. | 33162 | UNDETERMINED* | EXHIBIT A |
| 64 | BRANDEFINE, PATRICK | 33163 | UNDETERMINED* | EXHIBIT A |
| 65 | BREINER, HENRY S. | 33164 | UNDETERMINED* | EXHIBIT A |
| 66 | BROCCHETTI, LOUIS A. | 33169 | UNDETERMINED* | EXHIBIT A |
| 67 | BROTZMAN, GEORGE | 33165 | UNDETERMINED* | EXHIBIT A |
| 68 | BRUNQUELL, RICHARD K. | 33166 | UNDETERMINED* | EXHIBIT A |
| 69 | BUDA, JEROME, JR. | 33167 | UNDETERMINED* | EXHIBIT A |
| 70 | BUKSA, FRED | 33168 | UNDETERMINED* | EXHIBIT A |
| 71 | BURNS, ROBERT C. | 33175 | UNDETERMINED* | EXHIBIT A |
| 72 | BYRNE, FRANCIS X. | 32996 | UNDETERMINED* | EXHIBIT A |
| 73 | CADIZ, JOHN J. | 32997 | UNDETERMINED* | EXHIBIT A |
| 74 | CALDWELL, RICHARD J. | 32998 | UNDETERMINED* | EXHIBIT A |
| 75 | CALECA, JAMES | 32999 | UNDETERMINED* | EXHIBIT A |
| 76 | CALLANAN, JAMES J. | 33000 | UNDETERMINED* | EXHIBIT A |
| 77 | CALLANAN, TIMOTHY | 33001 | UNDETERMINED* | EXHIBIT A |
| 78 | CALONE, LEONARD | 33002 | UNDETERMINED* | EXHIBIT A |
| 79 | CANCEL, EUSTAQUIO | 33003 | UNDETERMINED* | EXHIBIT A |
| 80 | CANGEMIE, ANN | 33004 | UNDETERMINED* | EXHIBIT A |
| 81 | CANGRO, JOSEPH | 33005 | UNDETERMINED* | EXHIBIT A |
| 82 | CANNON, KEVIN | 33006 | UNDETERMINED* | EXHIBIT A |
| 83 | CANZONA, FRANK | 33007 | UNDETERMINED* | EXHIBIT A |
| 84 | CAPOBIANCO, MICHAEL P. | 33008 | UNDETERMINED* | EXHIBIT A |

| 85 | CARDINALI, LOUIS | 33009 | UNDETERMINED* | EXHIBIT A |
| 86 | CARMAN, ROBERT D. | 33010 | UNDETERMINED* | EXHIBIT A |
| 87 | CARRATURO, EDWARD | 33011 | UNDETERMINED* | EXHIBIT A |
| 88 | CARSWELL, EDWARD | 33012 | UNDETERMINED* | EXHIBIT A |
| 89 | CASTELLI, NICHOLAS J. | 33013 | UNDETERMINED* | EXHIBIT A |
| 90 | CASTELLI, VINCENT | 33014 | UNDETERMINED* | EXHIBIT A |
| 91 | CASTNER, KENNETH J. | 33015 | UNDETERMINED* | EXHIBIT A |
| 92 | CAULFIELD, THOMAS J., JR. | 33016 | UNDETERMINED* | EXHIBIT A |
| 93 | CAVELL, CHARLES M. | 33017 | UNDETERMINED* | EXHIBIT A |
| 94 | CAVOTTA, RICHARD J. | 33018 | UNDETERMINED* | EXHIBIT A |
| 95 | CAWLEY, JOHN T. | 33019 | UNDETERMINED* | EXHIBIT A |
| 96 | CERONE, ANTHONY F. | 33020 | UNDETERMINED* | EXHIBIT A |
| 97 | CHIMIENTI, JOSEPH S. | 33021 | UNDETERMINED* | EXHIBIT A |
| 98 | CHISOLM, CECIL | 33022 | UNDETERMINED* | EXHIBIT A |
| 99 | CIALONE, JOSEPH C. | 33023 | UNDETERMINED* | EXHIBIT A |
| 100 | CIRBUS, CHARLES | 33024 | UNDETERMINED* | EXHIBIT A |
| 101 | CIVITELLA, VINCENT | 33025 | UNDETERMINED* | EXHIBIT A |
| 102 | CLEGG, THOMAS J., III | 33026 | UNDETERMINED* | EXHIBIT A |
| 103 | COCCHIARA, ANTHONY P. | 33027 | UNDETERMINED* | EXHIBIT A |
| 104 | CODY, DONALD W. | 33028 | UNDETERMINED* | EXHIBIT A |
| 105 | COLLINS, PAUL P. | 33029 | UNDETERMINED* | EXHIBIT A |
| 106 | CONNORS, FRANCIS R. | 33030 | UNDETERMINED* | EXHIBIT A |
| 107 | CONRAD, JOSEPH R. | 33031 | UNDETERMINED* | EXHIBIT A |
| 108 | CONSOLO, JENNIE | 33176 | UNDETERMINED* | EXHIBIT A |
| 109 | CONTRI, JOSEPH | 33110 | UNDETERMINED* | EXHIBIT A |
| 110 | CORUJO, PAUL, JR. | 33111 | UNDETERMINED* | EXHIBIT A |
| 111 | COSENZA, RALPH | 33112 | UNDETERMINED* | EXHIBIT A |
| 112 | COUCH, WILLIAM N. | 33177 | UNDETERMINED* | EXHIBIT A |
| 113 | COX, ALTEN R. | 33178 | UNDETERMINED* | EXHIBIT A |
| 114 | COX, HUGH D. | 33180 | UNDETERMINED* | EXHIBIT A |
| 115 | CRAVEN, THOMAS | 33179 | UNDETERMINED* | EXHIBIT A |
| 116 | CRESSY, JOHN G., JR. | 33181 | UNDETERMINED* | EXHIBIT A |
| 117 | CROCE, WILLIAM L. | 33182 | UNDETERMINED* | EXHIBIT A |
| 118 | CRONNIN, WILLIAM | 33183 | UNDETERMINED* | EXHIBIT A |
| 119 | CROUGHAN, MARGARET M. | 33184 | UNDETERMINED* | EXHIBIT A |
| 120 | CROWE, WILLIAM M. | 33185 | UNDETERMINED* | EXHIBIT A |
| 121 | CRUZ, CRISTOBAL | 33186 | UNDETERMINED* | EXHIBIT A |
| 122 | CUTHBERTSON, WILLIAM | 33187 | UNDETERMINED* | EXHIBIT A |
| 123 | CUTTITTA, JERRY | 33188 | UNDETERMINED* | EXHIBIT A |
| 124 | CUYLER, ALBERT | 33189 | UNDETERMINED* | EXHIBIT A |
| 125 | CVELIC, ANTON | 33190 | UNDETERMINED* | EXHIBIT A |
| 126 | DALY, JOHN | 33191 | UNDETERMINED* | EXHIBIT A |
| 127 | D'AMORE, CARMEN | 33192 | UNDETERMINED* | EXHIBIT A |
| 128 | DAVIDSON, WILLIE J. | 33193 | UNDETERMINED* | EXHIBIT A |
| 129 | DAVIS, GARY S. | 33194 | UNDETERMINED* | EXHIBIT A |
| 130 | DAVIS, JAMES A. | 33195 | UNDETERMINED* | EXHIBIT A |
| 131 | DAVIS, RUSSELL | 33326 | UNDETERMINED* | EXHIBIT A |

| 132 | DECHIARA, LOUIS | 33327 | UNDETERMINED* | EXHIBIT A |
| 133 | DEEMER, HOWARD | 33328 | UNDETERMINED* | EXHIBIT A |
| 134 | DELISO, PETER | 33329 | UNDETERMINED* | EXHIBIT A |
| 135 | DEMAIO, MARCELLO | 33330 | UNDETERMINED* | EXHIBIT A |
| 136 | DEMILLIO, JAMES J. | 33331 | UNDETERMINED* | EXHIBIT A |
| 137 | DEPIETRO, JOSEPH | 33332 | UNDETERMINED* | EXHIBIT A |
| 138 | DIBARI, VINCENT | 33333 | UNDETERMINED* | EXHIBIT A |
| 139 | DIGRAZIA, LOUIS | 33334 | UNDETERMINED* | EXHIBIT A |
| 140 | DIJANIC, NEVIO | 33335 | UNDETERMINED* | EXHIBIT A |
| 141 | DILLHOFF, JOHN D. | 33336 | UNDETERMINED* | EXHIBIT A |
| 142 | DILORENZO, GASPARE | 33337 | UNDETERMINED* | EXHIBIT A |
| 143 | DINDA, PETER | 33338 | UNDETERMINED* | EXHIBIT A |
| 144 | DOBBINS, WILLIAM | 33339 | UNDETERMINED* | EXHIBIT A |
| 145 | DOCKERY, THOMAS J. | 33340 | UNDETERMINED* | EXHIBIT A |
| 146 | DOLCE, PATRICK | 33341 | UNDETERMINED* | EXHIBIT A |
| 147 | DONATO, JACK J. | 33342 | UNDETERMINED* | EXHIBIT A |
| 148 | DONNELLY, MICHAEL G. | 33343 | UNDETERMINED* | EXHIBIT A |
| 149 | DOOLAN, JOHN P. | 33344 | UNDETERMINED* | EXHIBIT A |
| 150 | DOTY, C. | 33530 | UNDETERMINED* | EXHIBIT A |
| 151 | DOWLING, FRIEDA | 33634 | UNDETERMINED* | EXHIBIT A |
| 152 | DOWNEY, RICHARD E. | 33635 | UNDETERMINED* | EXHIBIT A |
| 153 | DOWNING, JOHN P. | 33636 | UNDETERMINED* | EXHIBIT A |
| 154 | DOYLE, JOHN D. | 33637 | UNDETERMINED* | EXHIBIT A |
| 155 | DOYLE, MICHAEL W. | 33638 | UNDETERMINED* | EXHIBIT A |
| 156 | DRAGOTTA, CHARLES | 33639 | UNDETERMINED* | EXHIBIT A |
| 157 | DRAP, GEORGE F. | 33640 | UNDETERMINED* | EXHIBIT A |
| 158 | DRODY, ANTHONY | 33641 | UNDETERMINED* | EXHIBIT A |
| 159 | DUFFY, CHARLES T. | 33642 | UNDETERMINED* | EXHIBIT A |
| 160 | DUFFY, THOMAS | 33643 | UNDETERMINED* | EXHIBIT A |
| 161 | D'ULISSE, ROBERT H. | 33644 | UNDETERMINED* | EXHIBIT A |
| 162 | DUNLEAVY, JOHN T. | 33645 | UNDETERMINED* | EXHIBIT A |
| 163 | DUNN, JOHN C. | 33646 | UNDETERMINED* | EXHIBIT A |
| 164 | DZEDOVICH, MICHAEL | 33647 | UNDETERMINED* | EXHIBIT A |
| 165 | EASON, JAMES | 33648 | UNDETERMINED* | EXHIBIT A |
| 166 | ECKERT, HERBERT | 33649 | UNDETERMINED* | EXHIBIT A |
| 167 | EGAN, JOHN P. | 33650 | UNDETERMINED* | EXHIBIT A |
| 168 | EGBERT, WILLIAM A. | 33651 | UNDETERMINED* | EXHIBIT A |
| 169 | EGIELSKI, ROBERT J. | 33652 | UNDETERMINED* | EXHIBIT A |
| 170 | EINHORN, DOUGLAS P. | 33653 | UNDETERMINED* | EXHIBIT A |
| 171 | EIVERS, THOMAS F. | 33654 | UNDETERMINED* | EXHIBIT A |
| 172 | ELKINS, JAMES P. | 33655 | UNDETERMINED* | EXHIBIT A |
| 173 | ELLIOT, HAROLD | 33656 | UNDETERMINED* | EXHIBIT A |
| 174 | ELLIOT, RONALD | 33657 | UNDETERMINED* | EXHIBIT A |
| 175 | ELLIOT, SAMUEL M. | 33658 | UNDETERMINED* | EXHIBIT A |
| 176 | ELMO, GENE J. | 33659 | UNDETERMINED* | EXHIBIT A |
| 177 | ENGELHARDT, DIETER | 33699 | UNDETERMINED* | EXHIBIT A |
| 178 | ENRIGHT, MARTIN | 33660 | UNDETERMINED* | EXHIBIT A |

| 179 | ERBACHER, FREDERICK | 33661 | UNDETERMINED* | EXHIBIT A |
| 180 | ERDHEIM, HARRY | 33662 | UNDETERMINED* | EXHIBIT A |
| 181 | ESTELLE, WILLIAM | 33663 | UNDETERMINED* | EXHIBIT A |
| 182 | ETERNO, VINCENT L. | 33664 | UNDETERMINED* | EXHIBIT A |
| 183 | EVANGELIST, THOMAS | 33665 | UNDETERMINED* | EXHIBIT A |
| 184 | FALVEY, THOMAS | 33666 | UNDETERMINED* | EXHIBIT A |
| 185 | FARCHIONE, CONSTANTINO | 33667 | UNDETERMINED* | EXHIBIT A |
| 186 | FARCHIONE, JOHN | 33668 | UNDETERMINED* | EXHIBIT A |
| 187 | FARRAN, ROBERT E. | 33669 | UNDETERMINED* | EXHIBIT A |
| 188 | FAVATA, JOSEPH | 33670 | UNDETERMINED* | EXHIBIT A |
| 189 | FAZIO, JOHN A., JR. | 33671 | UNDETERMINED* | EXHIBIT A |
| 190 | FERRARA, ALFRED J. | 33672 | UNDETERMINED* | EXHIBIT A |
| 191 | FERRETTI, MICHAEL | 33673 | UNDETERMINED* | EXHIBIT A |
| 192 | FERRICK, JAMES | 33674 | UNDETERMINED* | EXHIBIT A |
| 193 | FESTA, JOSEPH | 33675 | UNDETERMINED* | EXHIBIT A |
| 194 | FINN, EDWARD | 33676 | UNDETERMINED* | EXHIBIT A |
| 195 | FINNERTY, DONALD | 33677 | UNDETERMINED* | EXHIBIT A |
| 196 | FISHER, HAROLD R. | 33678 | UNDETERMINED* | EXHIBIT A |
| 197 | FISHER, ROBERT S., JR. | 33679 | UNDETERMINED* | EXHIBIT A |
| 198 | FITZGERALD, HAROLD | 33680 | UNDETERMINED* | EXHIBIT A |
| 199 | FLAHERTY, MARTIN | 33681 | UNDETERMINED* | EXHIBIT A |
| 200 | FLANAGAN, THOMAS L. | 33682 | UNDETERMINED* | EXHIBIT A |
| 201 | FLYNN, JAMES J. | 33683 | UNDETERMINED* | EXHIBIT A |
| 202 | FODERA, SALVATORE F. | 33684 | UNDETERMINED* | EXHIBIT A |
| 203 | FORD, JAMES | 33685 | UNDETERMINED* | EXHIBIT A |
| 204 | FORFAR, RICHARD M. | 33686 | UNDETERMINED* | EXHIBIT A |
| 205 | FORTE, ANGELO | 33687 | UNDETERMINED* | EXHIBIT A |
| 206 | FOSCO, ANTHONY | 33688 | UNDETERMINED* | EXHIBIT A |
| 207 | FRANCIS, RICHARD A. | 33689 | UNDETERMINED* | EXHIBIT A |
| 208 | FRANKLIN, BENJAMIN | 33690 | UNDETERMINED* | EXHIBIT A |
| 209 | FRANZESE, ANTHONY B. | 33691 | UNDETERMINED* | EXHIBIT A |
| 210 | FRANZESE, BETTY LOU | 33692 | UNDETERMINED* | EXHIBIT A |
| 211 | FREELY, WILLIAM F. | 33693 | UNDETERMINED* | EXHIBIT A |
| 212 | FREEMAN, ROBERT | 33694 | UNDETERMINED* | EXHIBIT A |
| 213 | FROMER, MURRAY | 33697 | UNDETERMINED* | EXHIBIT A |
| 214 | FRUSTAGLIO, DORETTA | 33698 | UNDETERMINED* | EXHIBIT A |
| 215 | FRYAR, JESSE | 33696 | UNDETERMINED* | EXHIBIT A |
| 216 | FRYER, DAVID | 33695 | UNDETERMINED* | EXHIBIT A |
| 217 | GAGLIARDI, PATRICK | 33032 | UNDETERMINED* | EXHIBIT A |
| 218 | GALETTI, EDWARD J, | 33033 | UNDETERMINED* | EXHIBIT A |
| 219 | GALVIN, WILLIAM F., III | 33034 | UNDETERMINED* | EXHIBIT A |
| 220 | GAMBARDELLA, ALBERT J. | 33035 | UNDETERMINED* | EXHIBIT A |
| 221 | GAMBLE, RAYMOND | 33036 | UNDETERMINED* | EXHIBIT A |
| 222 | GARLAND, JOHN T. | 33037 | UNDETERMINED* | EXHIBIT A |
| 223 | GARRETT, EDWARD G. | 33038 | UNDETERMINED* | EXHIBIT A |
| 224 | GARZILLO, ANTHONY | 33039 | UNDETERMINED* | EXHIBIT A |
| 225 | GASPERINI, PATRICK A. | 33040 | UNDETERMINED* | EXHIBIT A |

| 226 | GATEWOOD, ARTHA R. | 33041 | UNDETERMINED* | EXHIBIT A |
| 227 | GAVIN, PAUL MICHAEL | 33042 | UNDETERMINED* | EXHIBIT A |
| 228 | GERDES, FRANK | 33043 | UNDETERMINED* | EXHIBIT A |
| 229 | GERENSTEIN, BARRY | 33044 | UNDETERMINED* | EXHIBIT A |
| 230 | GERVER, MICHAEL | 33045 | UNDETERMINED* | EXHIBIT A |
| 231 | GIARRAPUTO, PAUL | 33046 | UNDETERMINED* | EXHIBIT A |
| 232 | GILI, MARYGLEN | 33047 | UNDETERMINED* | EXHIBIT A |
| 233 | GIORDANO, JOHN O. | 33048 | UNDETERMINED* | EXHIBIT A |
| 234 | GISH, ANTHONY | 33049 | UNDETERMINED* | EXHIBIT A |
| 235 | GIVENS, STANLEY, SR. | 33050 | UNDETERMINED* | EXHIBIT A |
| 236 | GLADUS, WILLIAM K. | 33051 | UNDETERMINED* | EXHIBIT A |
| 237 | GLASGOW, JOSEPH | 33052 | UNDETERMINED* | EXHIBIT A |
| 238 | GOFFMAN, LEROY | 33053 | UNDETERMINED* | EXHIBIT A |
| 239 | GOLDSTEIN, IRVING F. | 33054 | UNDETERMINED* | EXHIBIT A |
| 240 | GOMEZ, JAMES | 33055 | UNDETERMINED* | EXHIBIT A |
| 241 | GOMEZ, JUAN C. | 33146 | UNDETERMINED* | EXHIBIT A |
| 242 | GONZALEZ, ROBERT | 33147 | UNDETERMINED* | EXHIBIT A |
| 243 | GOODMAN, PHILLIP J, | 32907 | UNDETERMINED* | EXHIBIT A |
| 244 | GRAFFEO, MARIO A. | 32908 | UNDETERMINED* | EXHIBIT A |
| 245 | GRAHAM, JAMES T. | 32909 | UNDETERMINED* | EXHIBIT A |
| 246 | GREBE, WAYNE | 32910 | UNDETERMINED* | EXHIBIT A |
| 247 | GRIBBIN, FRANCIS | 32911 | UNDETERMINED* | EXHIBIT A |
| 248 | GRIFFETT, GEORGE W. | 32912 | UNDETERMINED* | EXHIBIT A |
| 249 | GRIFFIN, THOMAS | 32913 | UNDETERMINED* | EXHIBIT A |
| 250 | GRIFFITH, PHILLIP E. | 32914 | UNDETERMINED* | EXHIBIT A |
| 251 | GRIMM, WILLIAM | 32915 | UNDETERMINED* | EXHIBIT A |
| 252 | GRISMER, RALPH J. | 32916 | UNDETERMINED* | EXHIBIT A |
| 253 | GRUDZWICK, HENRY R. | 32917 | UNDETERMINED* | EXHIBIT A |
| 254 | GRUVER, KENNETH E. | 32918 | UNDETERMINED* | EXHIBIT A |
| 255 | GUILIANO, JAMES J. | 32919 | UNDETERMINED* | EXHIBIT A |
| 256 | GULBRANDSEN, FRED | 32920 | UNDETERMINED* | EXHIBIT A |
| 257 | GYORI, WILLI | 32921 | UNDETERMINED* | EXHIBIT A |
| 258 | HAGEWOOD, BROWN T. | 32974 | UNDETERMINED* | EXHIBIT A |
| 259 | HALASZ, STEPHEN A. | 32975 | UNDETERMINED* | EXHIBIT A |
| 260 | HALLIWELL, JAMES J. | 32976 | UNDETERMINED* | EXHIBIT A |
| 261 | HALLORAN, ANTHONY | 32977 | UNDETERMINED* | EXHIBIT A |
| 262 | HAMILL, ARTHUR M. | 32978 | UNDETERMINED* | EXHIBIT A |
| 263 | HAMILTON, ALONZO | 32979 | UNDETERMINED* | EXHIBIT A |
| 264 | HAMILTON, CLIFTON C. | 32980 | UNDETERMINED* | EXHIBIT A |
| 265 | HANLEY, JOSEPH | 32981 | UNDETERMINED* | EXHIBIT A |
| 266 | HANNAWAY, THOMAS | 33307 | UNDETERMINED* | EXHIBIT A |
| 267 | HAVEL, FRANK R. | 32982 | UNDETERMINED* | EXHIBIT A |
| 268 | HAYES, EDWARD C. | 33308 | UNDETERMINED* | EXHIBIT A |
| 269 | HAYES, KENNETH | 33309 | UNDETERMINED* | EXHIBIT A |
| 270 | HEINZ, WILLIAM J. | 33310 | UNDETERMINED* | EXHIBIT A |
| 271 | HELLBERG, JAMES | 33311 | UNDETERMINED* | EXHIBIT A |
| 272 | HELM, GEORGE K. | 33312 | UNDETERMINED* | EXHIBIT A |

| 273 | HENNELLY, BERNARD T. | 33313 | UNDETERMINED* | EXHIBIT A |
| 274 | HERBERT, JOSEPH W. | 33314 | UNDETERMINED* | EXHIBIT A |
| 275 | HEUBISH, KENNETH J. | 33315 | UNDETERMINED* | EXHIBIT A |
| 276 | HILLIN. JOHN, JR. | 33316 | UNDETERMINED* | EXHIBIT A |
| 277 | HITZEL, FREDERICK | 33317 | UNDETERMINED* | EXHIBIT A |
| 278 | HNEDAK, JOHN | 33318 | UNDETERMINED* | EXHIBIT A |
| 279 | HOBAN, JOHN P. | 33319 | UNDETERMINED* | EXHIBIT A |
| 280 | HOFFMAN, EUGENE R. | 33320 | UNDETERMINED* | EXHIBIT A |
| 281 | HOGAN, JAMES, JR. | 32983 | UNDETERMINED* | EXHIBIT A |
| 282 | HOGAN, MATTHEW C. | 33323 | UNDETERMINED* | EXHIBIT A |
| 283 | HOGE, JOSEPH G. | 33322 | UNDETERMINED* | EXHIBIT A |
| 284 | HOJNOWSKI, PAUL J. | 33321 | UNDETERMINED* | EXHIBIT A |
| 285 | HOLMES, EDWARD J. | 33325 | UNDETERMINED* | EXHIBIT A |
| 286 | HOPE, ROBERT | 33356 | UNDETERMINED* | EXHIBIT A |
| 287 | HOPKINS, ROBERT V. | 33357 | UNDETERMINED* | EXHIBIT A |
| 288 | HORWATH, JOHN | 33363 | UNDETERMINED* | EXHIBIT A |
| 289 | HOWARD, RUSSELL | 33358 | UNDETERMINED* | EXHIBIT A |
| 290 | HRONSKY, DOMINIC | 33359 | UNDETERMINED* | EXHIBIT A |
| 291 | HUBER, WILLIAM C. | 33360 | UNDETERMINED* | EXHIBIT A |
| 292 | HUGHES, JOHN | 33361 | UNDETERMINED* | EXHIBIT A |
| 293 | HULL, EDWARD | 33362 | UNDETERMINED* | EXHIBIT A |
| 294 | HUNTER, STEVEN | 33364 | UNDETERMINED* | EXHIBIT A |
| 295 | HURON, ROBERT | 33365 | UNDETERMINED* | EXHIBIT A |
| 296 | HURST, ALFRED W., JR. | 33366 | UNDETERMINED* | EXHIBIT A |
| 297 | HUTCHINS, WALTER | 33367 | UNDETERMINED* | EXHIBIT A |
| 298 | HYNES, MICHAEL F. | 33368 | UNDETERMINED* | EXHIBIT A |
| 299 | IANDOLI, ALPHONSE H. | 33369 | UNDETERMINED* | EXHIBIT A |
| 300 | IANNOLO, SALVATORE | 33370 | UNDETERMINED* | EXHIBIT A |
| 301 | IANNOTTI, JOHN M | 33371 | UNDETERMINED* | EXHIBIT A |
| 302 | IEHLE, NORMAN F. | 33372 | UNDETERMINED* | EXHIBIT A |
| 303 | INGARRA, FRANK V. | 33373 | UNDETERMINED* | EXHIBIT A |
| 304 | INTERRANTE, CHARLES J. | 33374 | UNDETERMINED* | EXHIBIT A |
| 305 | IRWIN, JAMES O., JR. | 33375 | UNDETERMINED* | EXHIBIT A |
| 306 | JAKELSKY, GEORGE | 33376 | UNDETERMINED* | EXHIBIT A |
| 307 | JAKUBOWSKI, JOSEPH A., JR. | 33377 | UNDETERMINED* | EXHIBIT A |
| 308 | JENKINS, JAMES C. | 33378 | UNDETERMINED* | EXHIBIT A |
| 309 | JOHANSON, JOSEPH | 33379 | UNDETERMINED* | EXHIBIT A |
| 310 | JOHNSEN, WALTER W. | 33380 | UNDETERMINED* | EXHIBIT A |
| 311 | JOHNSON, GERARD W. | 33381 | UNDETERMINED* | EXHIBIT A |
| 312 | JONES, H. FLOYD | 33382 | UNDETERMINED* | EXHIBIT A |
| 313 | JONES, WALTER R., JR. | 33383 | UNDETERMINED* | EXHIBIT A |
| 314 | JONES, WILLIAM P. | 33254 | UNDETERMINED* | EXHIBIT A |
| 315 | JOSEPH, JOHN J. | 33255 | UNDETERMINED* | EXHIBIT A |
| 316 | KACHUK, ALLAN R. | 33256 | UNDETERMINED* | EXHIBIT A |
| 317 | KANE, ROBERT | 33257 | UNDETERMINED* | EXHIBIT A |
| 318 | KANYUCH, WILLIAM | 33258 | UNDETERMINED* | EXHIBIT A |
| 319 | KAPFER, LAWRENCE G. | 33259 | UNDETERMINED* | EXHIBIT A |

470036

| | | | | |
|---|---|---|---|---|
| 320 | KARLLCH, MARIO | 33260 | UNDETERMINED* | EXHIBIT A |
| 321 | KASSICK, BERNARD | 33261 | UNDETERMINED* | EXHIBIT A |
| 322 | KAUCHAK, FRANK | 33262 | UNDETERMINED* | EXHIBIT A |
| 323 | KEILICH, WALTER H. | 33263 | UNDETERMINED* | EXHIBIT A |
| 324 | KELLY, KEVIN M. | 33264 | UNDETERMINED* | EXHIBIT A |
| 325 | KELLY, RICHARD T. | 33265 | UNDETERMINED* | EXHIBIT A |
| 326 | KELLY, ROBERT M. | 33266 | UNDETERMINED* | EXHIBIT A |
| 327 | KENNEDY, FRANK H. | 33113 | UNDETERMINED* | EXHIBIT A |
| 328 | KENNEDY, HENRY | 33114 | UNDETERMINED* | EXHIBIT A |
| 329 | KENNEDY, JOHN J. | 33115 | UNDETERMINED* | EXHIBIT A |
| 330 | KEPLER, KENNETH D. | 33205 | UNDETERMINED* | EXHIBIT A |
| 331 | KEPPEL, DENNIS R. | 33236 | UNDETERMINED* | EXHIBIT A |
| 332 | KIESSEL, PAUL J. | 33241 | UNDETERMINED* | EXHIBIT A |
| 333 | KIETMAN, JAMES | 33238 | UNDETERMINED* | EXHIBIT A |
| 334 | KIETTY, EDWARD R. | 33237 | UNDETERMINED* | EXHIBIT A |
| 335 | KILGANNON, KENNETH | 33239 | UNDETERMINED* | EXHIBIT A |
| 336 | KING, WILLIAM | 33240 | UNDETERMINED* | EXHIBIT A |
| 337 | KNUCKLE, DENNIS E. | 33242 | UNDETERMINED* | EXHIBIT A |
| 338 | KOEHLER, MICHAEL E. | 33243 | UNDETERMINED* | EXHIBIT A |
| 339 | KOERICK, THEODORE R. | 33244 | UNDETERMINED* | EXHIBIT A |
| 340 | KOJALO, ROBERT | 33245 | UNDETERMINED* | EXHIBIT A |
| 341 | KOPF, HAROLD A | 33246 | UNDETERMINED* | EXHIBIT A |
| 342 | KOTYUK, BERNARD | 33247 | UNDETERMINED* | EXHIBIT A |
| 343 | KREPPEIN, WILLIAM F. | 33248 | UNDETERMINED* | EXHIBIT A |
| 344 | KRETH, ROBERT G. | 33249 | UNDETERMINED* | EXHIBIT A |
| 345 | KRISTENSEN, JAMES R. | 33250 | UNDETERMINED* | EXHIBIT A |
| 346 | LABARBERA, LAWRENCE | 33251 | UNDETERMINED* | EXHIBIT A |
| 347 | LANCE, HENRY J. | 33288 | UNDETERMINED* | EXHIBIT A |
| 348 | LANTIERI, BENJAMIN J. | 33289 | UNDETERMINED* | EXHIBIT A |
| 349 | LANZA, NICHOLAS | 33290 | UNDETERMINED* | EXHIBIT A |
| 350 | LAPOINTE, HERBERT | 33291 | UNDETERMINED* | EXHIBIT A |
| 351 | LARDARO, CAESAR C. | 33292 | UNDETERMINED* | EXHIBIT A |
| 352 | LARUSSO, MICHAEL | 33293 | UNDETERMINED* | EXHIBIT A |
| 353 | LATSKO, RICHARD | 33294 | UNDETERMINED* | EXHIBIT A |
| 354 | LATTANZIO, DARIO | 33295 | UNDETERMINED* | EXHIBIT A |
| 355 | LATUDA, LOUIS | 33116 | UNDETERMINED* | EXHIBIT A |
| 356 | LAURICH, SAM J. | 33117 | UNDETERMINED* | EXHIBIT A |
| 357 | LAUSTERER, WALTER | 33118 | UNDETERMINED* | EXHIBIT A |
| 358 | LAWLESS, JOHN | 33119 | UNDETERMINED* | EXHIBIT A |
| 359 | LAZZARA, PETER J. | 33120 | UNDETERMINED* | EXHIBIT A |
| 360 | LEBEL, EDWARD R. | 33121 | UNDETERMINED* | EXHIBIT A |
| 361 | LEBROCQ, LAWRENCE | 33122 | UNDETERMINED* | EXHIBIT A |
| 362 | LEMYRE, PATRICK L. | 33123 | UNDETERMINED* | EXHIBIT A |
| 363 | LENNON, MARY J. | 33124 | UNDETERMINED* | EXHIBIT A |
| 364 | LENT, WALTER, JR. | 33125 | UNDETERMINED* | EXHIBIT A |
| 365 | LEON, FERNANDO | 33126 | UNDETERMINED* | EXHIBIT A |
| 366 | LEONARDI, ALFREDO S. | 33127 | UNDETERMINED* | EXHIBIT A |

| 367 | LEVAS, MICHAEL | 33128 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 368 | LEWIS, DAVID | 33129 | UNDETERMINED* | EXHIBIT A |
| 369 | LEWIS, EVERETT L. | 33130 | UNDETERMINED* | EXHIBIT A |
| 370 | LIBERATORE, JOHN | 33131 | UNDETERMINED* | EXHIBIT A |
| 371 | LIEB, PHILLIP I. | 33132 | UNDETERMINED* | EXHIBIT A |
| 372 | LOBASSO, MICHAEL | 33133 | UNDETERMINED* | EXHIBIT A |
| 373 | LOBRUTTO, PAUL | 33134 | UNDETERMINED* | EXHIBIT A |
| 374 | LOBUE, ANTHONY J. | 33135 | UNDETERMINED* | EXHIBIT A |
| 375 | LOMBARDI, CARL J. | 33136 | UNDETERMINED* | EXHIBIT A |
| 376 | LOMONACO, FRANCIS W. | 33137 | UNDETERMINED* | EXHIBIT A |
| 377 | LONG, EDWARD C. | 33138 | UNDETERMINED* | EXHIBIT A |
| 378 | LONGO, ALFONSO J. | 33139 | UNDETERMINED* | EXHIBIT A |
| 379 | LONGOBUCCO, ERNEST A. | 33140 | UNDETERMINED* | EXHIBIT A |
| 380 | LOPRIMO, RONALD | 33141 | UNDETERMINED* | EXHIBIT A |
| 381 | LOUDON, THOMAS B. | 33142 | UNDETERMINED* | EXHIBIT A |
| 382 | LOUGHLIN, WILLIAM F. | 33143 | UNDETERMINED* | EXHIBIT A |
| 383 | LOWRY, PATRICK L. | 33144 | UNDETERMINED* | EXHIBIT A |
| 384 | LUDWIG, JAMES E. | 33145 | UNDETERMINED* | EXHIBIT A |
| 385 | LUKAS, STANLEY | 33196 | UNDETERMINED* | EXHIBIT A |
| 386 | LUNT, CHESTER | 33197 | UNDETERMINED* | EXHIBIT A |
| 387 | LUPSKI, JOHN W. | 33198 | UNDETERMINED* | EXHIBIT A |
| 388 | LUST, LEONARD M. | 33199 | UNDETERMINED* | EXHIBIT A |
| 389 | LUTSEY, ELWOOD | 33200 | UNDETERMINED* | EXHIBIT A |
| 390 | LYKOSH, MICHAEL J. | 33201 | UNDETERMINED* | EXHIBIT A |
| 391 | LYNCH, PAUL T. | 33202 | UNDETERMINED* | EXHIBIT A |
| 392 | LYNCH, WILLIAM B. | 33203 | UNDETERMINED* | EXHIBIT A |
| 393 | LYTTLE, JOHN | 33204 | UNDETERMINED* | EXHIBIT A |
| 394 | MAGARINE, DENNIS | 32922 | UNDETERMINED* | EXHIBIT A |
| 395 | MAGLIONE, ROBERT L. | 32923 | UNDETERMINED* | EXHIBIT A |
| 396 | MAHES, RAJCOMAR | 32924 | UNDETERMINED* | EXHIBIT A |
| 397 | MAHLSTEDT, HAROLD H. | 32925 | UNDETERMINED* | EXHIBIT A |
| 398 | MAHON, JAMES | 32926 | UNDETERMINED* | EXHIBIT A |
| 399 | MAIER, ROGER P. | 32927 | UNDETERMINED* | EXHIBIT A |
| 400 | MAIOLICA, ALBERT J., SR. | 32928 | UNDETERMINED* | EXHIBIT A |
| 401 | MALANOWSKI, LEON R. | 32929 | UNDETERMINED* | EXHIBIT A |
| 402 | MALCHUSKI, EDWARD E. | 32930 | UNDETERMINED* | EXHIBIT A |
| 403 | MALLGRAF, JAMES | 32931 | UNDETERMINED* | EXHIBIT A |
| 404 | MALOPOLSKI, HENRY | 32932 | UNDETERMINED* | EXHIBIT A |
| 405 | MANARA, JOSEPH A. | 32933 | UNDETERMINED* | EXHIBIT A |
| 406 | MANCUSO, ANTHONY M. | 32934 | UNDETERMINED* | EXHIBIT A |
| 407 | MANEE, LAWRENCE | 32935 | UNDETERMINED* | EXHIBIT A |
| 408 | MANIACE, DOMINICK | 32876 | UNDETERMINED* | EXHIBIT A |
| 409 | MANNING, THOMAS | 32877 | UNDETERMINED* | EXHIBIT A |
| 410 | MANZANO, JAMES A. | 32878 | UNDETERMINED* | EXHIBIT A |
| 411 | MARASON, EDGAR | 32879 | UNDETERMINED* | EXHIBIT A |
| 412 | MARCEAU, WILLIAM J., JR. | 32880 | UNDETERMINED* | EXHIBIT A |
| 413 | MARIGLIANO, RALPH, JR. | 32881 | UNDETERMINED* | EXHIBIT A |

| 414 | MARKOWSKI, JOHN | 32882 | UNDETERMINED* | EXHIBIT A |
| 415 | MARRIOTT, EDWARD | 32883 | UNDETERMINED* | EXHIBIT A |
| 416 | MARSCHALL, HOWARD | 32884 | UNDETERMINED* | EXHIBIT A |
| 417 | MARSH, RAYMOND | 32885 | UNDETERMINED* | EXHIBIT A |
| 418 | MARSHALL, JOHN W. | 32886 | UNDETERMINED* | EXHIBIT A |
| 419 | MARTIN, COLIN N. | 32887 | UNDETERMINED* | EXHIBIT A |
| 420 | MARTIN, EDWARD | 32888 | UNDETERMINED* | EXHIBIT A |
| 421 | MARTIN, GARETT T. | 32889 | UNDETERMINED* | EXHIBIT A |
| 422 | MARTIN, ROBERT E. | 32890 | UNDETERMINED* | EXHIBIT A |
| 423 | MARTIN, RUDOLPH W. | 32891 | UNDETERMINED* | EXHIBIT A |
| 424 | MARTIN, WALTER F. | 32892 | UNDETERMINED* | EXHIBIT A |
| 425 | MARTONE, ROSE M. | 32894 | UNDETERMINED* | EXHIBIT A |
| 426 | MASON, BRUCE | 32895 | UNDETERMINED* | EXHIBIT A |
| 427 | MASON, WILLIAM E. | 32896 | UNDETERMINED* | EXHIBIT A |
| 428 | MASSELLO, AUGUSTINE P. | 32897 | UNDETERMINED* | EXHIBIT A |
| 429 | MASTERSON, MICHAEL J. | 32898 | UNDETERMINED* | EXHIBIT A |
| 430 | MASTROCOLA, ROCCO | 32899 | UNDETERMINED* | EXHIBIT A |
| 431 | MATTHEWS, JOSEPH E. | 32900 | UNDETERMINED* | EXHIBIT A |
| 432 | MAURY, PETER J. | 32901 | UNDETERMINED* | EXHIBIT A |
| 433 | MAY, JAMES F. | 32902 | UNDETERMINED* | EXHIBIT A |
| 434 | MAY, ROBERT A. | 32903 | UNDETERMINED* | EXHIBIT A |
| 435 | MAZZELLI, LAWRENCE | 32904 | UNDETERMINED* | EXHIBIT A |
| 436 | MAZZIE, JAMES V. | 32905 | UNDETERMINED* | EXHIBIT A |
| 437 | MCCANDLESS, JAMES E. | 32906 | UNDETERMINED* | EXHIBIT A |
| 438 | MCCARTHY, FRANKY | 33604 | UNDETERMINED* | EXHIBIT A |
| 439 | MCCORMACK, CHRISTOPHER | 33605 | UNDETERMINED* | EXHIBIT A |
| 440 | MCCOY, CHRISTOPHER | 33606 | UNDETERMINED* | EXHIBIT A |
| 441 | MCCUTCHEN, JAMES J. | 33607 | UNDETERMINED* | EXHIBIT A |
| 442 | MCELHONE, HUGH | 33608 | UNDETERMINED* | EXHIBIT A |
| 443 | MCENROE, JAMES M. | 33609 | UNDETERMINED* | EXHIBIT A |
| 444 | MCENROE, JOSEPH E. | 33610 | UNDETERMINED* | EXHIBIT A |
| 445 | MCEVOY, RAYMOND M. | 33611 | UNDETERMINED* | EXHIBIT A |
| 446 | MCGANN, JOHN | 33612 | UNDETERMINED* | EXHIBIT A |
| 447 | MCGANN, PATRICK | 33613 | UNDETERMINED* | EXHIBIT A |
| 448 | MCGEEVER, JOHN J. | 33614 | UNDETERMINED* | EXHIBIT A |
| 449 | MCGINLEY, JOHN P. | 33615 | UNDETERMINED* | EXHIBIT A |
| 450 | MCGOUGH, FRANCIS | 33616 | UNDETERMINED* | EXHIBIT A |
| 451 | MCGOWAN, JAMES M. | 33617 | UNDETERMINED* | EXHIBIT A |
| 452 | MCGOWAN, KENNETH F., SR. | 33618 | UNDETERMINED* | EXHIBIT A |
| 453 | MCGRAIL, THOMAS | 33619 | UNDETERMINED* | EXHIBIT A |
| 454 | MCGRATH, JAMES J. | 33620 | UNDETERMINED* | EXHIBIT A |
| 455 | MCHUGH, JOHN | 33621 | UNDETERMINED* | EXHIBIT A |
| 456 | MCHUGH, JOHN E. | 33622 | UNDETERMINED* | EXHIBIT A |
| 457 | MCKENDRICK, DONALD J., SR. | 33623 | UNDETERMINED* | EXHIBIT A |
| 458 | MCMINN, ALEXANDER J. | 33624 | UNDETERMINED* | EXHIBIT A |
| 459 | MCMULLEN, THOMAS | 33625 | UNDETERMINED* | EXHIBIT A |
| 460 | MCQUEENEY, RICHARD E. | 33626 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 461 | MEI, FREDERICK T. | 33627 | UNDETERMINED* | EXHIBIT A |
| 462 | MEIKLE, JAMES | 33628 | UNDETERMINED* | EXHIBIT A |
| 463 | MELITA, MICHAEL | 33629 | UNDETERMINED* | EXHIBIT A |
| 464 | MELORO, JOSEPH | 33630 | UNDETERMINED* | EXHIBIT A |
| 465 | MERCIECA, PHILIP | 33631 | UNDETERMINED* | EXHIBIT A |
| 466 | MERCURIO, RONALD S. | 33632 | UNDETERMINED* | EXHIBIT A |
| 467 | MERLO, JOSEPH A. | 33633 | UNDETERMINED* | EXHIBIT A |
| 468 | MEYER, EDWIN F. | 33571 | UNDETERMINED* | EXHIBIT A |
| 469 | MEYER, GEORGE R. | 33572 | UNDETERMINED* | EXHIBIT A |
| 470 | MEYER, WILLIAM J. | 33573 | UNDETERMINED* | EXHIBIT A |
| 471 | MEYEROWITZ, KENNETH | 33574 | UNDETERMINED* | EXHIBIT A |
| 472 | MICCIANTUONO, CHARLES J. | 33575 | UNDETERMINED* | EXHIBIT A |
| 473 | MICHALOWSKI, THADDEUS | 33576 | UNDETERMINED* | EXHIBIT A |
| 474 | MIKUCKI, ANTHONY B. | 33577 | UNDETERMINED* | EXHIBIT A |
| 475 | MILENO, JERRY T. | 33578 | UNDETERMINED* | EXHIBIT A |
| 476 | MILLAN, HENRY | 33579 | UNDETERMINED* | EXHIBIT A |
| 477 | MILLER, CARLOS F. | 33580 | UNDETERMINED* | EXHIBIT A |
| 478 | MILLS, JOHN P. | 33581 | UNDETERMINED* | EXHIBIT A |
| 479 | MILOSCIO, NICHOLAS | 33582 | UNDETERMINED* | EXHIBIT A |
| 480 | MINUCCI, VITO D. | 33583 | UNDETERMINED* | EXHIBIT A |
| 481 | MISS, GIUSTO | 33584 | UNDETERMINED* | EXHIBIT A |
| 482 | MITCHELL, ROBBIE JR. | 33585 | UNDETERMINED* | EXHIBIT A |
| 483 | MOLOUGHNEY, ROBERT | 33586 | UNDETERMINED* | EXHIBIT A |
| 484 | MONAHAN, PHILIP | 33587 | UNDETERMINED* | EXHIBIT A |
| 485 | MONGAN, PETER C. | 33588 | UNDETERMINED* | EXHIBIT A |
| 486 | MORGE III, LAWRENCE | 33589 | UNDETERMINED* | EXHIBIT A |
| 487 | MORONEY, PATRICK | 33590 | UNDETERMINED* | EXHIBIT A |
| 488 | MORRIS, JOHN T. | 33591 | UNDETERMINED* | EXHIBIT A |
| 489 | MORTONE, DANIEL P. | 32893 | UNDETERMINED* | EXHIBIT A |
| 490 | MOSELEY, ROBERT E. | 33592 | UNDETERMINED* | EXHIBIT A |
| 491 | MOSHER, GEORGE W. | 33593 | UNDETERMINED* | EXHIBIT A |
| 492 | MOSKOWITZ, ALLEN M. | 33594 | UNDETERMINED* | EXHIBIT A |
| 493 | MOULTRIE, JOHN H. | 33595 | UNDETERMINED* | EXHIBIT A |
| 494 | MULLANEY, EDWARD | 33531 | UNDETERMINED* | EXHIBIT A |
| 495 | MULTER, RAYMOND J. | 33532 | UNDETERMINED* | EXHIBIT A |
| 496 | MUNRO, DAVID T., SR. | 33533 | UNDETERMINED* | EXHIBIT A |
| 497 | MURDOCK, ALPHONSE | 33534 | UNDETERMINED* | EXHIBIT A |
| 498 | MURPHY, JOSEPH | 33535 | UNDETERMINED* | EXHIBIT A |
| 499 | MURPHY, MICHAEL | 33536 | UNDETERMINED* | EXHIBIT A |
| 500 | MURRAY, JAMES P. | 33539 | UNDETERMINED* | EXHIBIT A |
| 501 | MUSUMECI, MATTY | 33537 | UNDETERMINED* | EXHIBIT A |
| 502 | MYRON, JOSEPH G. | 33538 | UNDETERMINED* | EXHIBIT A |
| 503 | NAPOLI, FRANK J. | 33597 | UNDETERMINED* | EXHIBIT A |
| 504 | NAPOLITANO, SALVATORE P. | 33596 | UNDETERMINED* | EXHIBIT A |
| 505 | NARKIEWICZ, WILLIAM | 33598 | UNDETERMINED* | EXHIBIT A |
| 506 | NELSON-LOWHAR, BETTIE J. | 33599 | UNDETERMINED* | EXHIBIT A |
| 507 | NEMETH, EUGENE L. | 33600 | UNDETERMINED* | EXHIBIT A |

| 508 | NEMETH, RAYMOND E. | 33601 | UNDETERMINED* | EXHIBIT A |
| 509 | NICHOLSON, THOMAS W. | 33602 | UNDETERMINED* | EXHIBIT A |
| 510 | NICOLINI, ARTHUR | 33603 | UNDETERMINED* | EXHIBIT A |
| 511 | NIELSON, ALBERT P. | 33540 | UNDETERMINED* | EXHIBIT A |
| 512 | NIKITOPOULOS, THEODORE W. | 33541 | UNDETERMINED* | EXHIBIT A |
| 513 | NILSSON, DONALD R. | 33542 | UNDETERMINED* | EXHIBIT A |
| 514 | NOLE, VINCENT | 33543 | UNDETERMINED* | EXHIBIT A |
| 515 | NOONAN, MICHAEL G. | 33544 | UNDETERMINED* | EXHIBIT A |
| 516 | NOVEMBRE, THOMAS J. | 33545 | UNDETERMINED* | EXHIBIT A |
| 517 | NULLET, JOHN | 33546 | UNDETERMINED* | EXHIBIT A |
| 518 | NYARADY, JAMES | 33547 | UNDETERMINED* | EXHIBIT A |
| 519 | OBERG, DAVID | 33548 | UNDETERMINED* | EXHIBIT A |
| 520 | OBERG, ERIK. A. | 33549 | UNDETERMINED* | EXHIBIT A |
| 521 | O'BOYLE, PAUL | 33550 | UNDETERMINED* | EXHIBIT A |
| 522 | O'BRIEN, MARTIN | 33551 | UNDETERMINED* | EXHIBIT A |
| 523 | O'BRIEN, MICHAEL D. | 33552 | UNDETERMINED* | EXHIBIT A |
| 524 | OCCHICONE, EUGENE P. | 33553 | UNDETERMINED* | EXHIBIT A |
| 525 | O'CONNELL, MICHAEL | 33554 | UNDETERMINED* | EXHIBIT A |
| 526 | O'CONNELL, TIMOTHY J. | 33555 | UNDETERMINED* | EXHIBIT A |
| 527 | O'DONNELL, DENNIS | 33556 | UNDETERMINED* | EXHIBIT A |
| 528 | O'GARA, MICHAEL | 33557 | UNDETERMINED* | EXHIBIT A |
| 529 | O'GORMAN, JOHN J., JR. | 33558 | UNDETERMINED* | EXHIBIT A |
| 530 | O'LEARY, WILLIAM E. | 33559 | UNDETERMINED* | EXHIBIT A |
| 531 | O'REILLY, ROBERT | 33560 | UNDETERMINED* | EXHIBIT A |
| 532 | ORLANDO, CALOGERO | 33561 | UNDETERMINED* | EXHIBIT A |
| 533 | O'ROURKE, JAMES J. | 33562 | UNDETERMINED* | EXHIBIT A |
| 534 | O'ROURKE, ROBERT H. | 33563 | UNDETERMINED* | EXHIBIT A |
| 535 | OROZCO, JORGE | 33564 | UNDETERMINED* | EXHIBIT A |
| 536 | OSTACOLI, INNOCENZO | 33565 | UNDETERMINED* | EXHIBIT A |
| 537 | OSTERMANN, HENRY | 33566 | UNDETERMINED* | EXHIBIT A |
| 538 | O'SUCH, ROBERT | 33567 | UNDETERMINED* | EXHIBIT A |
| 539 | OTTAVIANO, FRANK | 33568 | UNDETERMINED* | EXHIBIT A |
| 540 | OWENS, FRANCIS R. | 33569 | UNDETERMINED* | EXHIBIT A |
| 541 | PACCONI, ALBERT | 33455 | UNDETERMINED* | EXHIBIT A |
| 542 | PADILLA, FRANCISCO | 33456 | UNDETERMINED* | EXHIBIT A |
| 543 | PADVARIETIS, LINDA | 33457 | UNDETERMINED* | EXHIBIT A |
| 544 | PAGAN, JOSE A. | 33458 | UNDETERMINED* | EXHIBIT A |
| 545 | PALKO, WILLIAM | 33459 | UNDETERMINED* | EXHIBIT A |
| 546 | PALLESCHI, LOUIS | 33460 | UNDETERMINED* | EXHIBIT A |
| 547 | PALMER, ORIO A. | 33461 | UNDETERMINED* | EXHIBIT A |
| 548 | PALUMBO, ANGELO J. | 33462 | UNDETERMINED* | EXHIBIT A |
| 549 | PANARIELLO, AGOSTINO | 33463 | UNDETERMINED* | EXHIBIT A |
| 550 | PANARO, GEORGE | 33464 | UNDETERMINED* | EXHIBIT A |
| 551 | PANOVEC, ROBERT L. | 33465 | UNDETERMINED* | EXHIBIT A |
| 552 | PANZA, CARL F. | 33466 | UNDETERMINED* | EXHIBIT A |
| 553 | PANZARDI, JOSEPH A. | 33467 | UNDETERMINED* | EXHIBIT A |
| 554 | PAPA, THOMAS J. | 33468 | UNDETERMINED* | EXHIBIT A |

| | | | | |
|---|---|---|---|---|
| 555 | PARENDO, JOSEPH L. | 33469 | UNDETERMINED* | EXHIBIT A |
| 556 | PARKER, HORACE | 33470 | UNDETERMINED* | EXHIBIT A |
| 557 | PARTINGTON, WILLIAM | 33471 | UNDETERMINED* | EXHIBIT A |
| 558 | PASTORE, ERMINIO L. | 33472 | UNDETERMINED* | EXHIBIT A |
| 559 | PEARSALL, JOHN J. | 33473 | UNDETERMINED* | EXHIBIT A |
| 560 | PELLICCI, DANIEL D. | 33474 | UNDETERMINED* | EXHIBIT A |
| 561 | PENSYL, FRANK C. | 33475 | UNDETERMINED* | EXHIBIT A |
| 562 | PEPERONI, TERESA | 33476 | UNDETERMINED* | EXHIBIT A |
| 563 | PEPPARD, HENRY | 33477 | UNDETERMINED* | EXHIBIT A |
| 564 | PERDUE, BUDDY A. | 33478 | UNDETERMINED* | EXHIBIT A |
| 565 | PESCATORE, ALBERT A. | 33479 | UNDETERMINED* | EXHIBIT A |
| 566 | PETERS, MITCHELL E. | 33480 | UNDETERMINED* | EXHIBIT A |
| 567 | PHILLIPS, LORENZO | 33481 | UNDETERMINED* | EXHIBIT A |
| 568 | PICCIONE, FRANK | 33482 | UNDETERMINED* | EXHIBIT A |
| 569 | PIEKARSKI, KAZIMIERZ | 33483 | UNDETERMINED* | EXHIBIT A |
| 570 | PIKE, THEODORE G. | 33484 | UNDETERMINED* | EXHIBIT A |
| 571 | PILLARTZ, ALDO | 33485 | UNDETERMINED* | EXHIBIT A |
| 572 | PINTO, JOHN A. | 33486 | UNDETERMINED* | EXHIBIT A |
| 573 | PIPITONE, MATTEO | 33487 | UNDETERMINED* | EXHIBIT A |
| 574 | PIZZUCO, JAMES | 33488 | UNDETERMINED* | EXHIBIT A |
| 575 | PLYMALE, ANSEL F. | 33489 | UNDETERMINED* | EXHIBIT A |
| 576 | POLICASTRO, GREGORIO | 33490 | UNDETERMINED* | EXHIBIT A |
| 577 | POLICASTRO, WILLIAM F. | 33491 | UNDETERMINED* | EXHIBIT A |
| 578 | POLIDORO, JOHN | 33492 | UNDETERMINED* | EXHIBIT A |
| 579 | PONGRATZ, RUDOLPH | 33493 | UNDETERMINED* | EXHIBIT A |
| 580 | PORCARO, SILVESTRO | 33494 | UNDETERMINED* | EXHIBIT A |
| 581 | PORCELLI, FRANK | 33495 | UNDETERMINED* | EXHIBIT A |
| 582 | PORPORA, ALPHONSE | 33496 | UNDETERMINED* | EXHIBIT A |
| 583 | PORRAZZO, PETER | 33497 | UNDETERMINED* | EXHIBIT A |
| 584 | PORTER, WALTER | 33498 | UNDETERMINED* | EXHIBIT A |
| 585 | POSKAY, RICHARD J. | 33514 | UNDETERMINED* | EXHIBIT A |
| 586 | POTTS, ROBERT | 33515 | UNDETERMINED* | EXHIBIT A |
| 587 | PRICE, CLIFFORD M. | 33516 | UNDETERMINED* | EXHIBIT A |
| 588 | PULASKI, ROY W. | 33517 | UNDETERMINED* | EXHIBIT A |
| 589 | PULEO, JOSEPH | 33518 | UNDETERMINED* | EXHIBIT A |
| 590 | PURSEL, STEWART C. | 33519 | UNDETERMINED* | EXHIBIT A |
| 591 | PURSEY, GEORGE W. | 33520 | UNDETERMINED* | EXHIBIT A |
| 592 | QUINBY, EDWARD | 33521 | UNDETERMINED* | EXHIBIT A |
| 593 | QUINN, THOMAS R. | 33522 | UNDETERMINED* | EXHIBIT A |
| 594 | QUINN, WAYNE R. | 33523 | UNDETERMINED* | EXHIBIT A |
| 595 | RABIDOUX, KENNETH | 33524 | UNDETERMINED* | EXHIBIT A |
| 596 | RADAWIEC, MICHAEL | 33525 | UNDETERMINED* | EXHIBIT A |
| 597 | RAFFERTY, JAMES J. | 33526 | UNDETERMINED* | EXHIBIT A |
| 598 | RAGSDALE, ANNA L. | 33267 | UNDETERMINED* | EXHIBIT A |
| 599 | RALNES, RICHARD D. | 33268 | UNDETERMINED* | EXHIBIT A |
| 600 | RAMBADT, HAROLD F. | 33269 | UNDETERMINED* | EXHIBIT A |
| 601 | RANDALL, MICHAEL V., JR. | 33270 | UNDETERMINED* | EXHIBIT A |

| 602 | REBENSKI, GEORGE A. | 33271 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 603 | REEDE, RICHARD | 33272 | UNDETERMINED* | EXHIBIT A |
| 604 | REEVES, THOMAS F. | 33273 | UNDETERMINED* | EXHIBIT A |
| 605 | REGAN, JOHN | 33274 | UNDETERMINED* | EXHIBIT A |
| 606 | REGRUT, MICHAEL | 33275 | UNDETERMINED* | EXHIBIT A |
| 607 | REISE, CHRISTIAN | 33278 | UNDETERMINED* | EXHIBIT A |
| 608 | RELLLY, BRENDEN | 33276 | UNDETERMINED* | EXHIBIT A |
| 609 | RELLLY, THOMAS A. | 33277 | UNDETERMINED* | EXHIBIT A |
| 610 | REMAURO, ROBERT | 33279 | UNDETERMINED* | EXHIBIT A |
| 611 | REMPFER, CHARLES | 33280 | UNDETERMINED* | EXHIBIT A |
| 612 | REMUS, RAYMOND | 33281 | UNDETERMINED* | EXHIBIT A |
| 613 | REUTHER, JOSEPH H., JR. | 33282 | UNDETERMINED* | EXHIBIT A |
| 614 | REYES, ANTHONY | 33283 | UNDETERMINED* | EXHIBIT A |
| 615 | REYNOLDS, WILLIAM J. | 33284 | UNDETERMINED* | EXHIBIT A |
| 616 | RIAL, CECIL | 33285 | UNDETERMINED* | EXHIBIT A |
| 617 | RICCO, JOHN P. | 33286 | UNDETERMINED* | EXHIBIT A |
| 618 | RICH, BERT | 33287 | UNDETERMINED* | EXHIBIT A |
| 619 | RICHARDS, HARRY, III | 33252 | UNDETERMINED* | EXHIBIT A |
| 620 | RICHIE, WALTER | 33253 | UNDETERMINED* | EXHIBIT A |
| 621 | RIZZO, MICHAEL J. | 33087 | UNDETERMINED* | EXHIBIT A |
| 622 | RIZZUTO, RAYMOND | 33088 | UNDETERMINED* | EXHIBIT A |
| 623 | ROARTY, DANIEL, JR. | 33089 | UNDETERMINED* | EXHIBIT A |
| 624 | ROCCHIO, PETER | 33090 | UNDETERMINED* | EXHIBIT A |
| 625 | RODRIGUEZ, CARLOS | 33091 | UNDETERMINED* | EXHIBIT A |
| 626 | RODRIGUEZ, JOSE A. | 33092 | UNDETERMINED* | EXHIBIT A |
| 627 | RODRIGUEZ, JOSE M. | 33093 | UNDETERMINED* | EXHIBIT A |
| 628 | ROLDAN, JAIME | 33094 | UNDETERMINED* | EXHIBIT A |
| 629 | ROMANO, DENNIS A. | 33095 | UNDETERMINED* | EXHIBIT A |
| 630 | ROMER, ROBERT C. | 33096 | UNDETERMINED* | EXHIBIT A |
| 631 | ROONEY, JOHN A. | 33097 | UNDETERMINED* | EXHIBIT A |
| 632 | ROSEN, STEPHEN A. | 33098 | UNDETERMINED* | EXHIBIT A |
| 633 | ROSETTI, JOHN M. | 33099 | UNDETERMINED* | EXHIBIT A |
| 634 | ROSOLOSKI, WALTER | 33100 | UNDETERMINED* | EXHIBIT A |
| 635 | ROSS, KEVIN A. | 33101 | UNDETERMINED* | EXHIBIT A |
| 636 | ROTH, MICHAEL C. | 33102 | UNDETERMINED* | EXHIBIT A |
| 637 | ROUTHIER, GEORGE | 33103 | UNDETERMINED* | EXHIBIT A |
| 638 | RUBINICH, EDWARD | 33104 | UNDETERMINED* | EXHIBIT A |
| 639 | RUGGIERI, VINCENT | 33105 | UNDETERMINED* | EXHIBIT A |
| 640 | RULLO, GIUSEPPE | 33106 | UNDETERMINED* | EXHIBIT A |
| 641 | RUSCH, ARTHUR A. | 33107 | UNDETERMINED* | EXHIBIT A |
| 642 | RUSS, JOHN W. | 33108 | UNDETERMINED* | EXHIBIT A |
| 643 | RYAN, WILLIAM P., JR. | 33109 | UNDETERMINED* | EXHIBIT A |
| 644 | SACCO, PHILLIP | 33394 | UNDETERMINED* | EXHIBIT A |
| 645 | SADOWSKI, JOHN | 33395 | UNDETERMINED* | EXHIBIT A |
| 646 | SAHISTROM, JEFFREY | 33396 | UNDETERMINED* | EXHIBIT A |
| 647 | SAINT, DEREK J. | 33397 | UNDETERMINED* | EXHIBIT A |
| 648 | SALANDER, MAURICE | 33398 | UNDETERMINED* | EXHIBIT A |

| 649 | SANDERS, RALPH T. | 33399 | UNDETERMINED* | EXHIBIT A |
| 650 | SANDT, GEORGE E. | 33400 | UNDETERMINED* | EXHIBIT A |
| 651 | SANTORO, CARMINE J. | 33401 | UNDETERMINED* | EXHIBIT A |
| 652 | SANTOS, BIENVENIDO | 33402 | UNDETERMINED* | EXHIBIT A |
| 653 | SARRA, ANGELO | 33403 | UNDETERMINED* | EXHIBIT A |
| 654 | SARRO, LOUIS, JR. | 33404 | UNDETERMINED* | EXHIBIT A |
| 655 | SARVAIDEO, PAUL | 33405 | UNDETERMINED* | EXHIBIT A |
| 656 | SAUER, CHARLES A. | 33406 | UNDETERMINED* | EXHIBIT A |
| 657 | SAVIANO, RONALD J. | 33407 | UNDETERMINED* | EXHIBIT A |
| 658 | SAVINO, MICHAEL A. | 33408 | UNDETERMINED* | EXHIBIT A |
| 659 | SCALTRITO, VICTOR | 33409 | UNDETERMINED* | EXHIBIT A |
| 660 | SCANDALIATO, PAUL | 33410 | UNDETERMINED* | EXHIBIT A |
| 661 | SCHELLHORN, ROBERT | 33411 | UNDETERMINED* | EXHIBIT A |
| 662 | SCHMIDT, CHARLES L. | 33412 | UNDETERMINED* | EXHIBIT A |
| 663 | SCHNEIDER, BARBARA A. | 33413 | UNDETERMINED* | EXHIBIT A |
| 664 | SCHNEIDER, MICHAEL | 33414 | UNDETERMINED* | EXHIBIT A |
| 665 | SCHOEPP, WALTER | 33415 | UNDETERMINED* | EXHIBIT A |
| 666 | SCHROR, PETER | 33446 | UNDETERMINED* | EXHIBIT A |
| 667 | SCHWAR, BERNARD | 33447 | UNDETERMINED* | EXHIBIT A |
| 668 | SCOLARO, LEONARD T. | 33448 | UNDETERMINED* | EXHIBIT A |
| 669 | SCOTT, JOHN | 33449 | UNDETERMINED* | EXHIBIT A |
| 670 | SCOTT, ROYAL E. | 33450 | UNDETERMINED* | EXHIBIT A |
| 671 | SCRUDATO, ROBERT | 33451 | UNDETERMINED* | EXHIBIT A |
| 672 | SECCAFICO, VINCENT A. | 33452 | UNDETERMINED* | EXHIBIT A |
| 673 | SEGAL, BERNARD | 33453 | UNDETERMINED* | EXHIBIT A |
| 674 | SEIWELL, CHARLES | 33454 | UNDETERMINED* | EXHIBIT A |
| 675 | SELDOMRIDGE, ROBERT J. | 33324 | UNDETERMINED* | EXHIBIT A |
| 676 | SERRANO, THOMAS | 32852 | UNDETERMINED* | EXHIBIT A |
| 677 | SERVEDIO, PATRICK | 32853 | UNDETERMINED* | EXHIBIT A |
| 678 | SEXTON, THOMAS J. | 32854 | UNDETERMINED* | EXHIBIT A |
| 679 | SHANNON, CHARLES M. | 32855 | UNDETERMINED* | EXHIBIT A |
| 680 | SHANNON, LUCIE M. | 32856 | UNDETERMINED* | EXHIBIT A |
| 681 | SHANNON, RONALD W. | 32857 | UNDETERMINED* | EXHIBIT A |
| 682 | SHEEDY, MARTIN J. | 32858 | UNDETERMINED* | EXHIBIT A |
| 683 | SHEENAN, MICHAEL | 32859 | UNDETERMINED* | EXHIBIT A |
| 684 | SHERIDAN, KEVIN A. | 32860 | UNDETERMINED* | EXHIBIT A |
| 685 | SIDBURY, HILDRED | 32861 | UNDETERMINED* | EXHIBIT A |
| 686 | SILK, JAMES | 32862 | UNDETERMINED* | EXHIBIT A |
| 687 | SILSBE, MICHAEL | 32863 | UNDETERMINED* | EXHIBIT A |
| 688 | SIMMONS, FRANK | 32864 | UNDETERMINED* | EXHIBIT A |
| 689 | SIMON, DANIEL P. | 32865 | UNDETERMINED* | EXHIBIT A |
| 690 | SIMPSON, ROBERT E. | 32866 | UNDETERMINED* | EXHIBIT A |
| 691 | SINGLETON, JAMES | 32867 | UNDETERMINED* | EXHIBIT A |
| 692 | SISCO, FRANK F. | 32868 | UNDETERMINED* | EXHIBIT A |
| 693 | SKEARS, EDWARD | 32869 | UNDETERMINED* | EXHIBIT A |
| 694 | SKIDMORE, JOHN H. | 32870 | UNDETERMINED* | EXHIBIT A |
| 695 | SKINNER, JOHN E., III | 32871 | UNDETERMINED* | EXHIBIT A |

| 696 | SKRETKOWICZ, WILLIAM | 32872 | UNDETERMINED* | EXHIBIT A |
| 697 | SMALL, HERBERT A. | 32873 | UNDETERMINED* | EXHIBIT A |
| 698 | SMITH, BRUCE W. | 32874 | UNDETERMINED* | EXHIBIT A |
| 699 | SMITH, CARL | 32875 | UNDETERMINED* | EXHIBIT A |
| 700 | SMITH, CHARLES A. | 32936 | UNDETERMINED* | EXHIBIT A |
| 701 | SMITH, DONALD N. | 32937 | UNDETERMINED* | EXHIBIT A |
| 702 | SMITH, EDWARD J. | 32938 | UNDETERMINED* | EXHIBIT A |
| 703 | SMITH, FRANK W. | 32939 | UNDETERMINED* | EXHIBIT A |
| 704 | SMITH, HARLAND | 32940 | UNDETERMINED* | EXHIBIT A |
| 705 | SMITH, HOWARD P. | 32941 | UNDETERMINED* | EXHIBIT A |
| 706 | SMITH, JAMES | 32942 | UNDETERMINED* | EXHIBIT A |
| 707 | SMITH, JOHN, JR. | 32943 | UNDETERMINED* | EXHIBIT A |
| 708 | SMITH, WILLIAM E. | 32944 | UNDETERMINED* | EXHIBIT A |
| 709 | SOLDO, JOSEPH | 32945 | UNDETERMINED* | EXHIBIT A |
| 710 | SOPER, JAMES L. | 32946 | UNDETERMINED* | EXHIBIT A |
| 711 | SPAGNA, DANIEL | 32947 | UNDETERMINED* | EXHIBIT A |
| 712 | SPAGNOLA, THOMAS J. | 32948 | UNDETERMINED* | EXHIBIT A |
| 713 | SPATAFORA, GAETANO | 32949 | UNDETERMINED* | EXHIBIT A |
| 714 | SPINELLI, MICHAEL J. | 32950 | UNDETERMINED* | EXHIBIT A |
| 715 | STACKPOLE, MICHAEL J. | 32951 | UNDETERMINED* | EXHIBIT A |
| 716 | STAGNITTA, THOMAS J., JR. | 32952 | UNDETERMINED* | EXHIBIT A |
| 717 | STAHURA, GREGORY R. | 32953 | UNDETERMINED* | EXHIBIT A |
| 718 | STEFANICK, HELEN | 32954 | UNDETERMINED* | EXHIBIT A |
| 719 | STEFFENSON, JACK | 32955 | UNDETERMINED* | EXHIBIT A |
| 720 | STEIN, FREDERICK J. | 32956 | UNDETERMINED* | EXHIBIT A |
| 721 | STEIN, RUSSELL W. | 32957 | UNDETERMINED* | EXHIBIT A |
| 722 | STEINBERG, ROBERT P. | 32958 | UNDETERMINED* | EXHIBIT A |
| 723 | STELLING, STEVEN | 32959 | UNDETERMINED* | EXHIBIT A |
| 724 | STENSLAND, BRUCE | 32960 | UNDETERMINED* | EXHIBIT A |
| 725 | STEWART, TERENCE J. | 32961 | UNDETERMINED* | EXHIBIT A |
| 726 | STIRES, JOHN E. | 32962 | UNDETERMINED* | EXHIBIT A |
| 727 | STRIFFLER, HUGH | 32963 | UNDETERMINED* | EXHIBIT A |
| 728 | STROM, RAYMOND E. | 32964 | UNDETERMINED* | EXHIBIT A |
| 729 | STUMME, GEORGE | 32965 | UNDETERMINED* | EXHIBIT A |
| 730 | SUCHARSKI, JOHN S. | 32966 | UNDETERMINED* | EXHIBIT A |
| 731 | SUDUT, LOUISE | 32967 | UNDETERMINED* | EXHIBIT A |
| 732 | SUGRUE, JOHN | 32968 | UNDETERMINED* | EXHIBIT A |
| 733 | SULLIVAN, EDWARD J. | 32969 | UNDETERMINED* | EXHIBIT A |
| 734 | SULLIVAN, EUGENE | 32970 | UNDETERMINED* | EXHIBIT A |
| 735 | SULLIVAN, HOWARD D. | 32971 | UNDETERMINED* | EXHIBIT A |
| 736 | SULLIVAN, STEVEN A. | 32972 | UNDETERMINED* | EXHIBIT A |
| 737 | SUMRALL, GUY | 32973 | UNDETERMINED* | EXHIBIT A |
| 738 | TABACCO, ROBERT L. | 32984 | UNDETERMINED* | EXHIBIT A |
| 739 | TAIBI, NOE V. | 32985 | UNDETERMINED* | EXHIBIT A |
| 740 | TALLMAN, CHARLES E. | 32986 | UNDETERMINED* | EXHIBIT A |
| 741 | TAMELING, HERMANN H. | 32987 | UNDETERMINED* | EXHIBIT A |
| 742 | TARNAGORSKI, JOHN J. | 32988 | UNDETERMINED* | EXHIBIT A |

| 743 | TARSI, ANGELO | 32989 | UNDETERMINED* | EXHIBIT A |
| 744 | TARSI, JACK | 32990 | UNDETERMINED* | EXHIBIT A |
| 745 | TAX, JOHN J. | 32991 | UNDETERMINED* | EXHIBIT A |
| 746 | TAYLOR, CHESTER F. | 32992 | UNDETERMINED* | EXHIBIT A |
| 747 | TAYLOR, WILLIAM | 32993 | UNDETERMINED* | EXHIBIT A |
| 748 | TENAGLIA, NICOLO | 32994 | UNDETERMINED* | EXHIBIT A |
| 749 | TERFECKI, JOHN E. | 32995 | UNDETERMINED* | EXHIBIT A |
| 750 | TERRY, LEWIS JR. | 33056 | UNDETERMINED* | EXHIBIT A |
| 751 | THERKELSEN, ALVIN | 33057 | UNDETERMINED* | EXHIBIT A |
| 752 | THOMAS, ANTHONY | 33058 | UNDETERMINED* | EXHIBIT A |
| 753 | THOMPSEN, WILLIAM R. | 33059 | UNDETERMINED* | EXHIBIT A |
| 754 | THOMSON, ROBERT R. | 33060 | UNDETERMINED* | EXHIBIT A |
| 755 | THORP, STEWART E. | 33061 | UNDETERMINED* | EXHIBIT A |
| 756 | TIE, JOHN H. | 33062 | UNDETERMINED* | EXHIBIT A |
| 757 | TIPPING, GLENN F. | 33063 | UNDETERMINED* | EXHIBIT A |
| 758 | TODORO, ANTHONY | 33064 | UNDETERMINED* | EXHIBIT A |
| 759 | TOELL, PAUL G. | 33065 | UNDETERMINED* | EXHIBIT A |
| 760 | TOKARZ, STANISLAUS J. | 33066 | UNDETERMINED* | EXHIBIT A |
| 761 | TOMASICHIO, RICHARD M. | 33067 | UNDETERMINED* | EXHIBIT A |
| 762 | TOMASINI, FRANK A. | 33068 | UNDETERMINED* | EXHIBIT A |
| 763 | TOOKER, ROBERT | 33069 | UNDETERMINED* | EXHIBIT A |
| 764 | TORRES, ARTHUR J., SR. | 33072 | UNDETERMINED* | EXHIBIT A |
| 765 | TORRES, FRANCISCO, JR. | 33071 | UNDETERMINED* | EXHIBIT A |
| 766 | TORRES, FREDERICK | 33070 | UNDETERMINED* | EXHIBIT A |
| 767 | TOSCANO, JAMES | 33073 | UNDETERMINED* | EXHIBIT A |
| 768 | TOWNSEND, LARRY R. | 33074 | UNDETERMINED* | EXHIBIT A |
| 769 | TRAUX, JAMES M. | 33082 | UNDETERMINED* | EXHIBIT A |
| 770 | TRAVIS, HAROLD R., III | 33075 | UNDETERMINED* | EXHIBIT A |
| 771 | TRIPPIEDI, RICHARD J. | 33076 | UNDETERMINED* | EXHIBIT A |
| 772 | TROMBETTA, ROBERT | 33077 | UNDETERMINED* | EXHIBIT A |
| 773 | TROMBLEY, DAVID D. | 33078 | UNDETERMINED* | EXHIBIT A |
| 774 | TROSCHER, TIMOTHY J. | 33079 | UNDETERMINED* | EXHIBIT A |
| 775 | TROXELL, ARLINGTON W., JR. | 33080 | UNDETERMINED* | EXHIBIT A |
| 776 | TROXELL, WALTER F. | 33081 | UNDETERMINED* | EXHIBIT A |
| 777 | TUCKEY, PETER A. | 33083 | UNDETERMINED* | EXHIBIT A |
| 778 | TURNER, JOHN J. | 33084 | UNDETERMINED* | EXHIBIT A |
| 779 | TURNER, ROBERT W. | 33085 | UNDETERMINED* | EXHIBIT A |
| 780 | TWOHIG, LEO | 33086 | UNDETERMINED* | EXHIBIT A |
| 781 | UERTZ, HENRY J. | 33527 | UNDETERMINED* | EXHIBIT A |
| 782 | VAN NAME, JOHN R., SR. | 33528 | UNDETERMINED* | EXHIBIT A |
| 783 | VARGAS, ORLANDO | 33529 | UNDETERMINED* | EXHIBIT A |
| 784 | VENNER, GEORGE T. | 33384 | UNDETERMINED* | EXHIBIT A |
| 785 | VERDICCHIO, MICHAEL J. | 33385 | UNDETERMINED* | EXHIBIT A |
| 786 | VERGA, VITO C. | 33416 | UNDETERMINED* | EXHIBIT A |
| 787 | VESELY, JOHN J. | 33417 | UNDETERMINED* | EXHIBIT A |
| 788 | VIANELLO, ANTONIO | 33418 | UNDETERMINED* | EXHIBIT A |
| 789 | VISCUSO, PASQUALE C. | 33419 | UNDETERMINED* | EXHIBIT A |

| 790 | VITALE, ALFRED R. | 33420 | UNDETERMINED* | EXHIBIT A |
|---|---|---|---|---|
| 791 | VITIELLO, FRANK L. | 33421 | UNDETERMINED* | EXHIBIT A |
| 792 | VON WERNE, LOUIS | 33422 | UNDETERMINED* | EXHIBIT A |
| 793 | WAGNER, THOMAS | 33423 | UNDETERMINED* | EXHIBIT A |
| 794 | WAHLBERG, JOHN J. | 33424 | UNDETERMINED* | EXHIBIT A |
| 795 | WALDRON, PETER A. | 33425 | UNDETERMINED* | EXHIBIT A |
| 796 | WALLACE, MICHAEL | 33426 | UNDETERMINED* | EXHIBIT A |
| 797 | WALSH, DENNIS J. | 33427 | UNDETERMINED* | EXHIBIT A |
| 798 | WALTER, IRENE | 33428 | UNDETERMINED* | EXHIBIT A |
| 799 | WALTERS, DOUGLAS E. | 33429 | UNDETERMINED* | EXHIBIT A |
| 800 | WALZ, KENNETH P., SR | 33430 | UNDETERMINED* | EXHIBIT A |
| 801 | WARDROP, RICHARD | 33431 | UNDETERMINED* | EXHIBIT A |
| 802 | WASS, STEVE, JR. | 33432 | UNDETERMINED* | EXHIBIT A |
| 803 | WASSIL, FRANK G. | 33433 | UNDETERMINED* | EXHIBIT A |
| 804 | WATERS, OLLIE MAE | 33434 | UNDETERMINED* | EXHIBIT A |
| 805 | WEBB, DONALD M. | 33435 | UNDETERMINED* | EXHIBIT A |
| 806 | WEBER, ALFRED B. | 33436 | UNDETERMINED* | EXHIBIT A |
| 807 | WEBER, WAYNE A. | 33437 | UNDETERMINED* | EXHIBIT A |
| 808 | WEIMAR, ALFRED F. | 33438 | UNDETERMINED* | EXHIBIT A |
| 809 | WELCH, FRANK | 33439 | UNDETERMINED* | EXHIBIT A |
| 810 | WELCHMAN, EDWARD | 33440 | UNDETERMINED* | EXHIBIT A |
| 811 | WELDEN, ROGER F. | 33441 | UNDETERMINED* | EXHIBIT A |
| 812 | WELLS, PLUMMER M., JR. | 33442 | UNDETERMINED* | EXHIBIT A |
| 813 | WELSH, FREDERIC | 33443 | UNDETERMINED* | EXHIBIT A |
| 814 | WERKHEISER, ROY C. | 33444 | UNDETERMINED* | EXHIBIT A |
| 815 | WESCH, WALTER | 33445 | UNDETERMINED* | EXHIBIT A |
| 816 | WEST, GLADSTONE | 33499 | UNDETERMINED* | EXHIBIT A |
| 817 | WESTCOTT, JESSIE | 33500 | UNDETERMINED* | EXHIBIT A |
| 818 | WEYDIG, CHARLES A. | 33501 | UNDETERMINED* | EXHIBIT A |
| 819 | WEYER, ROBERT | 33502 | UNDETERMINED* | EXHIBIT A |
| 820 | WHITE, EDWARD | 33503 | UNDETERMINED* | EXHIBIT A |
| 821 | WHITFIELD, JAMES C. | 33504 | UNDETERMINED* | EXHIBIT A |
| 822 | WHITTAKER, BRUCE | 33505 | UNDETERMINED* | EXHIBIT A |
| 823 | WILBUR, HERBERT T. | 33506 | UNDETERMINED* | EXHIBIT A |
| 824 | WILLIAMS, EDWARD P. | 33507 | UNDETERMINED* | EXHIBIT A |
| 825 | WILLIAMS, PAUL | 33508 | UNDETERMINED* | EXHIBIT A |
| 826 | WILLIAMS, WILLIE | 33509 | UNDETERMINED* | EXHIBIT A |
| 827 | WILLIS, ROBERT D. | 33510 | UNDETERMINED* | EXHIBIT A |
| 828 | WOLF, EDWIN | 33511 | UNDETERMINED* | EXHIBIT A |
| 829 | WOLFE, GEORGE | 33512 | UNDETERMINED* | EXHIBIT A |
| 830 | WRINS, DONALD G. | 33513 | UNDETERMINED* | EXHIBIT A |
| 831 | YANEZ, MARIA V. | 33345 | UNDETERMINED* | EXHIBIT A |
| 832 | YAPP, WINSTON A. | 33346 | UNDETERMINED* | EXHIBIT A |
| 833 | YEISLEY, WARREN | 33347 | UNDETERMINED* | EXHIBIT A |
| 834 | YOUNCOFSKI, JAMES A. | 33348 | UNDETERMINED* | EXHIBIT A |
| 835 | YOUNG, DAVID L. | 33349 | UNDETERMINED* | EXHIBIT A |
| 836 | YURA, JOHN | 33350 | UNDETERMINED* | EXHIBIT A |

470036

| 837 | YUSKO, ANDREW | 33351 | UNDETERMINED* | EXHIBIT A |
| 838 | ZAHRA, JOSEPH | 33352 | UNDETERMINED* | EXHIBIT A |
| 839 | ZAMMIT, CHARLES K. | 33353 | UNDETERMINED* | EXHIBIT A |
| 840 | ZAREMBA, FRANK | 33354 | UNDETERMINED* | EXHIBIT A |
| 841 | ZAWACKI, ROBERT B., SR. | 33355 | UNDETERMINED* | EXHIBIT A |
| 842 | ZBORAY, STEPHEN | 33386 | UNDETERMINED* | EXHIBIT A |
| 843 | ZELESNICK, MARY | 33387 | UNDETERMINED* | EXHIBIT A |
| 844 | ZGALJARDIC, CELESTIN | 33388 | UNDETERMINED* | EXHIBIT A |
| 845 | ZGALJARDIC, DANIEL | 33389 | UNDETERMINED* | EXHIBIT A |
| 846 | ZIC, ANTON | 33390 | UNDETERMINED* | EXHIBIT A |
| 847 | ZIEGENFUSS, CHARLES | 33391 | UNDETERMINED* | EXHIBIT A |
| 848 | ZITO, EUGENE | 33392 | UNDETERMINED* | EXHIBIT A |
| 849 | ZSILAVETZ, FRANK | 33393 | UNDETERMINED* | EXHIBIT A |

* Indicates claim contains unliquidated and/or undetermined amounts.

**EXHIBIT I**

ENERGY FUTURE HOLDINGS CORP., ET AL.
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS & CO) KEVIN G. ABRAMS & JOHN M. SEAMAN | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| AKERMAN LLP | (COUNSEL TO SIEMENS) ATTN: ANDREA S HARTLEY | ANDREA.HARTLEY@AKERMAN.COM |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS | bnkatty@aldineisd.org |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | legalteamAST@amstock.com |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | PKIM@AMSTOCK.COM |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS and Ad Hoc Committee of TCEH Second Lien Noteholders) ATTN: WILLIAM BOWDEN & GREGORY TAYLOR | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com; bankruptcy@ashby-geddes.com |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com |
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) ATTN: LAUREL D ROGLEN | roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS | summersm@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS | Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN KEVIN C DRISCOLL JR | david.powlen@btlaw.com; Kevin.Driscoll@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUSINS ERIN R FAY EVAN T MILLER | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN | nglassman@bayardlaw.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI | kcapuzzi@beneschlaw.com |
| BIELLI & KALUDER, LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP.) ATTN: DAVID M. KALUDER  & CORY P STEPHENSON | dklauder@bk-legal.com; cstephenson@bk-legal.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B. SCHAEDLE | schaedle@blankrome.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR | debaecke@blankrome.com; tarr@blankrome.com |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) ATTN: J. NOAH HAGEY & AMY BROWN | hagey@braunhagey.com; brown@braunhagey.com |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ANDREW STREHLE | jjonas@brownrudnick.com; astrehle@brownrudnick.com; |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | REPEDERSEN@BRYANCAVE.COM |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR COMPUTERSHARE) ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN | stephanie.wickouski@bryancave.com; laith.hamdan@bryancave.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA INC) ATTN: SHAWN M. CHRISTIANSON | schristianson@buchalter.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: MARK C. ELLENBERG, . | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER  & JEANNA KOSKI | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY/BHE) ATTN: WILLIAM CHIPMAN & MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CIARDI CIARDI & ASTIN | (COUNSEL TO TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR | jmcmahon@ciardilaw.com |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | ERIC.LIGAN@CITI.COM |
| CITIBANK N.A. | ATTN: OWEN COYLE | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; |
| CITIBANK N.A. | ATTN: RYAN FALCONER | RYAN.FALCONER@CITI.COM; thomas.murray@citi.com |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | GLAGENTOFFICEOPS@CITI.COM |
| CITIBANK N.A. | ZORI MIGLIORINI, STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK | ZORIJANA.MIGLIORINI@CITI.COM |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | chris.mosley@fortworthtexas.gov |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL | tmoloney@cgsh.com; soneal@cgsh.com; |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON | tmaxson@cohenlaw.com |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN | bk-robaldo@texasattorneygeneral.gov; john.stern@texasattorneygeneral.gov |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | tina.vitale@computershare.com |

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### Core Parties & Rule 2002 List
### Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL SMITH | michael.smith2@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | alessandra.pansera@computershare.com |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER | mfelger@cozen.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN | mpaskin@cravath.com |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | efh.service@davispolk.com |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN | ashley.altschuler@dlapiper.com; craig.martin@dlapiper.com |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: ROBERT K. MALONE | robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE | jfine@dykema.com |
| EPIQ CORPORATE RESTRUCTURING LLC | (CLAIMS AGENT) ATTN: SID GARABATO | sgarabato@epiqsystems.com |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J. ESBROOK | christopher.esbrook@esbrooklaw.com |
| FLEISCHMAN, BONNER & ROCCO | (COUNSEL TO NEXTERA ENERGY INC) Attn: Patrick L. Rocco, Esq | procco@fbrllp.com |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN MARK HEBBELN  LARS PETERSON | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF | jschlerf@foxrothschild.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO SEMPRA) ATTN: JEFFREY SCHLERF; CARL NEFF | jschlerf@foxrothschild.com; cneff@foxrothschild.com |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK | jfrank@fgllp.com |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER | fgecker@fgllp.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER GARY L KAPLAN | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com |
| FRIEDLANDER & GORRIS P.A. | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) ATTN: JEFFREY M. GORRIS & CHRISTOPHER P. QUINN | jgorris@friedlandergorris.com; cquinn@friedlandergorris.com |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | mriordan@gardere.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS | sgbankruptcy@ntexas-attorneys.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: EVAN W. RASSMAN | erassman@gsbblaw.com |
| GIBSON DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY/BHE) ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER | jkrause@gibsondunn.com; mneumeister@gibsondunn.com; |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GLAST, PHILLIPS & MURRAY, P.C. | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL PLLC | jhowell@gpm-law.com |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT LP) ATTN: WILLIAM P. WEINTRAUB | wweintraub@goodwinprocter.com; |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN  AND BETH GORI | barry@gorijulianlaw.com; beth@gorijulianlaw.com |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA MICHAEL ADAMS  J SCOTT ANDREWS JAMES M ROQUEMORE | AMytelka@greerherz.com; madams@greerherz.com; jandrews@greerherz.com; jroquemore@greerherz.com |
| GREGORY D. WILLARD ESQ | (COUNSEL TO AUTOMATIC SYSTEMS INC) | gregoryd.willard@gmail.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L. HUGHES | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T. PECK | ian.peck@haynesboone.com |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN | jdoran@hinckleyallen.com |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER AND JOHN H JONES) ATTN: GARVAN F MCDANIEL | gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN | dkhogan@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN  AND GARVIN F MCDANIEL | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## Core Parties & Rule 2002 List
### Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: PHILIP EVANS | philip.evans@hklaw.com |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY & MATTHEW D CAVENAUGH | bruzinsky@jw.com; mcavenaugh@jw.com |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE | srose@jw.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ EFIH AND CHARLES H CREMENS) ATTN: RICHARD LEVIN | rlevin@jenner.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ EFIH AND CHARLES H CREMENS) ATTN: VINCENT E LAZAR | vlazar@jenner.com |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN | DRosner@kasowitz.com; AGlenn@kasowitz.com; |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH | kdwbankruptcydepartment@kelleydrye.com |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL & CLAY TAYLOR KATHERINE THOMAS | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) ATTN: JAMES H.M. SPRAYREGEN PC, CHAD HUSNICK & STEVEN SERAJEDDINI | james.sprayregen@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER & BRIAN E SCHARTZ | edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH | rlemisch@klehr.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR COMPUTERSHARE) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS MATTHEW B MCGUIRE | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS | diane.sanders@lgbs.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY | ggay@lglawfirm.com |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG | peisenberg@lockelord.com |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR | nobankecf@lockelord.com |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E. HUGGETT & AMY D. BROWN | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON | lgordon@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK | dprimack@mdmc-law.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, . | pmoak@mckoolsmith.com |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) | mikesmith1973@sbcglobal.net |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE EVAN R FLECK | ddunne@milbank.com; efleck@milbank.com; |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER | deecf@dor.mo.gov |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY DAVIS LEE WRIGHT | nramsey@mmwr.com; dwright@mmwr.com |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY) ATTN: JULIA FROST-DAVIES & CHRISTOPHER CARTER S | julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: ANDREW REMMING | aremming@mnat.com; |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK BRETT H MILLER  LORENZO MARINUZZI | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER TODD J ROSEN ; SETH GOLDMAN ; JOHN W SPIEGEL | thomas.walper@mto.com; seth.goldman@mto.com; john.spiegel@mto.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT) ATTN: KEVIN M LIPPMAN | klippman@munsch.com |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON | Haliburton@namanhowell.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ; AMANDA D DARWIN | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| NORTON ROSE FULBRIGHT | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA | david.lemay@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS & ASHLEY BARTRAM  BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS | USADE.ECF@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | richard.schepacarter@usdoj.gov |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO) ATTN: MICHAEL J JOYCE | mjoyce@oelegal.com |
| O'MELVENY & MYERS LLP | ANGELO GORDON & CO., LP, APOLLO ADVISORS VII, L.P., AND BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P. | pfriedman@omm.com; dshamah@omm.com |
| ONCOR | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | Patricia@PatVillarealLaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR COMPUTERSHARE) ATTN: LAURA DAVIS JONES ; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ; CRAIG W DENT  BRIAN P GUINEY | dalowenthal@pbwt.com; cdent@pbwt.com; bguiney@pbwt.com |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK | osonik@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS | jbanks@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER | hbky@pbfcm.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS | tmoss@perkinscoie.com |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD JUSTIN EDELSON  SHANTI KATONA | jedelson@polsinelli.com; skatona@polsinelli.com; cward@polsinelli.com |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL MARK K THOMAS  PETER J YOUNG | jmarwil@proskauer.com; pyoung@proskauer.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A. HARRIS | john.harris@quarles.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA, AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNNE, | kgwynne@reedsmith.com; |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS | rsimons@reedsmith.com |
| RICHARDS LAYTON & FINGER | (CO-COUNSEL TO DEBTORS) ATTN: MARK D COLLINS  DANIEL J DEFRANCESCHI  JASON M MADRON | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR | jshickich@riddellwilliams.com; |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | mark.somerstein@ropesgray.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD GREGG M GALARDI, D. ROSS MARIN | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORON & CO LP, APOLLO ADVISORS VII LP AND BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA) LP ATTN: BRADLEY R ARONSTAM  AND BENJAMIN J SCHLADWEILER | baronstam@ramllp.com; bschladweiler@ramllp.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE  AND PAMELA A BOSSWICK | crbelmonte@duanemorris.com; pabosswick@duanemorris.com |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI | mminuti@saul.com |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY | lmurley@saul.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY | rbarkasy@schnader.com |
| SEARCY & SEARCY PC | (COUNSEL TO D COURTNEY CONSTRUCTION INC) ATTN: JOSHUA P SEARCY | joshsearcy@jrsearcylaw.com |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ; CARL T TULLSON | george.panagakis@skadden.com; carl.tullson@skadden.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: JAY M GOFFMAN | jay.goffman@skadden.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI | mark.chehi@skadden.com |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER | kmiller@skjlaw.com |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E. LETA | dleta@swlaw.com |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER | stephen.lerner@squiresanders.com; |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON | nmelancon@steffeslaw.com |
| STEVENS & LEE PC | (COUNSEL TO ENERGY FUTURE INTERMIEDIATE HOLDING COMPANY LLC/EFIH AND CHARLES H CREMENS) ATTN: JOSEPH H HUSTON JR | jhh@stevenslee.com |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III | zallinson@sha-llc.com |
| SUTHERLAND ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, . | lino.mendiola@sutherland.com |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | bk-jstarks@texasattorneygeneral.gov |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN | dennis.roemlein@bnymellon.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM | RAFAEL.MARTINEZ@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: FREDERICK B. ROSNER; SCOTT J. LEONHARDT | rosner@teamrosner.com; leonhardt@teamrosner.com |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL | rucklawfirm@rucklawfirm.com |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON | tcotton@utsystem.edu |

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### Core Parties & Rule 2002 List
### Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL | dfarrell@thompsoncoburn.com |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | kay.brock@co.travis.tx.us |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD LOUIS CURCIO  AND BRETT GOODMAN | hugh.mcdonald@troutmansanders.com; louis.curcio@troutmansanders.com; brett.goodman@troutmansanders.com |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | jblask@tuckerlaw.com ; lshipkovitz@tuckerlaw.com |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY | bankruptcylegal@level3.com |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | LAURA.ROBERSON@UMB.COM |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY  & WARD W BENSON | Ari.D.Kunofsky@usdoj.gov; wardlow.w.benson@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE AND BRANDON ROBERS, TRIAL ATTORNEY | ANNA.E.GRACE@USDOJ.GOV; Brandon.Robers@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY  CIVIL DIVISION | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER | mkshaver@varnumlaw.com |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN | mschein@vedderprice.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON | jledmonson@venable.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN | jssabin@venable.com |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS | rgmason@wlrk.com; ekleinhaus@wlrk.com; |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN | gweinstein@weinrad.com |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB | Dwerb@werbsullivan.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | cshore@whitecase.com ; gstarner@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO SEMPRA) ATTN: J. CHRISTOPHER SHORE | cshore@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS LAW DEBENTURE; AND SEMPRA) ATTN: THOMAS LAURIA ; MATTHEW BROWN | tlauria@whitecase.com; mbrown@whitecase.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD | kgood@wtplaw.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; & GEORGE W SHUSTER JR | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER  & GEORGE SHUSTER | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY | PHEALY@CHRISTIANATRUST.COM |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | JRose@WilmingtonTrust.com |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER | dneier@winston.com |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: BRIAN D WOMAC | brian@womaclaw.com; |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLITE) ATTN: KEVIN J MANGAN | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN S | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

| | |
|---|---|
| **Total Creditor Count** | **202** |
| **Total Email Count** | **303** |

**EXHIBIT J**

ENERGY FUTURES HOLDINGS CORP, et al - Case No. 14-10979 (CSS)
Electronic Mail Service List - CM/ECF

mark.ellenberg@cwt.com; michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
dabbott@mnat.com; meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-
jadlerstein@paulweiss.com
davida@publicans.com
oalaniz@reedsmith.com; jkrasnic@reedsmith.com;srhea@reedsmith.com
salberino@akingump.com
WAlleman@beneschlaw.com; debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com
ZAllinson@SHA-LLC.com; ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
Aaltschuler@mwe.com; WashingtonDocketing@mwe.com
alves@sewkis.com
amador.desiree@pbgc.gov; efile@pbgc.gov
candres@gklaw.com; kboucher@gklaw.com
philip.anker@wilmerhale.com; whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;
Joel.Millar@wilmerhale.com; Allyson.Pierce@wilmerhale.com
danthony@bergerharris.com; mnicholls@bergerharris.com
barban@hillerarban.com
baronstam@ramllp.com; hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com; dkrech@ramllp.com;
ckwiatkowski@ramllp.com; 5031916420@filings.docketbird.com; jparry@ramllp
aashmore@dykema.com
dastin@ciardilaw.com; wgouldsbury@ciardilaw.com
matchley@popehardwicke.com
jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
daudette@whitecase.com; jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
aaxenrod@crgfinancial.com; allison@ecf.inforuptcy.com;notices@crgfinancial.com
acb@pgslaw.com
rgleason@pbfcm.com; ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
rbarkasy@schnader.com
jbarsalona@mnat.com; joseph--barsalona-5332@ecf.pacerpro.com; meghan-leyh-4080@ecf.pacerpro.com; vicky-oneill-
bankfilings@ycst.com
amy@purduelaw.com; kim@purduelaw.com
crbelmonte@duanemorris.com; pabosswick@duanemorris.com;nydocket@duanemorris.com; aesnow@duanemorris.com
ward.w.benson@usdoj.gov; Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
CCB@stevenslee.com
asmcapital@aol.com
kbifferato@connollygallagher.com
learonjohn.bird@stoel.com; docketclerk@stoel.com;april.mellen@stoel.com
mblacker@jw.com; tsalter@jw.com;ldooley@jw.com
dboldissar@lockelord.com
alexbongartz@paulhastings.com
mbove@pszjlaw.com
wbowden@ashby-geddes.com; ahrycak@ashbygeddes.com
frank@bramelawfirm.com
nbrannick@coleschotz.com; bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
sbrennecke@klehr.com; state@klehr.com
bkecf@co.travis.tx.us
jbrody@kramerlevin.com; adove@kramerlevin.com; ghorowitz@kramerlevin.com; gfrenzel@kramerlevin.com; corporate-
reorg-1449@ecf.pacerpro.com
brown@braunhagey.com
cbrown@gsbblaw.com
mbrown@whitecase.com
stuart.brown@dlapiper.com; stuart-brown-7332@ecf.pacerpro.com
mbusenkell@gsbblaw.com
camson@drumcapital.com
kcapuzzi@beneschlaw.com; debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com
dcarickhoff@archerlaw.com; DE20@ecfcbis.com
KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com

ENERGY FUTURES HOLDINGS CORP, et al - Case No. 14-10979 (CSS)
Electronic Mail Service List - CM/ECF

christopher.carter@morganlewis.com
casarinom@whiteandwilliams.com; debankruptcy@whiteandwilliams.com
Linda.Casey@usdoj.gov
chatalian.jon@pbgc.gov; efile@pbgc.gov
ana.chilingarishvili@maslon.com
chipman@chipmanbrown.com; dero@chipmanbrown.com; fusco@chipmanbrown.com
schristianson@buchalter.com; cmcintire@buchalter.com
ecobb@pbfcm.com; rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
hcohen@gibbonslaw.com
kevin.collins@btlaw.com; pgroff@btlaw.com
rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com
bgc@conaway-legal.com
tcotton@utsystem.edu
scott.cousins@cousins-law.com
louis.curcio@troutman.com; john.murphy@troutman.com
jason.curry@quarles.com; anthony.pusateri@quarles.com;sybil.aytch@quarles.com
daluzt@ballardspahr.com; ambroses@ballardspahr.com
jdarby@foxrothschild.com; mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
eric.daucher@nortonrosefulbright.com
gdavis@omm.com
delillo@rlf.com; rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
debaecke@blankrome.com
mdebaecke@ashbygeddes.com; ahrycak@ashbygeddes.com
defranceschi@rlf.com; RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
deaconson@pakislaw.com
debaecke@blankrome.com; ahrycak@ashbygeddes.com
john.demmy@saul.com; robyn.warren@saul.com
ddenny@milbank.com
desgross@chipmanbrown.com; dero@chipmanbrown.com;fusco@chipmanbrown.com
andrew.devore@ropesgray.com
dietdericha@sullcrom.com
houston_bankruptcy@publicans.com
gdonilon@pwujlaw.com; gregory-donilon-6537@ecf.pacerpro.com
jdoran@hinckleyallen.com; calirm@haslaw.com
amish@doshilegal.com
Kevin.Driscoll@btlaw.com; donna.dotts@btlaw.com
tdriscoll@tbf.legal; mdunwody@tbf.legal
ddunne@millbank.com
jedelson@polsinelli.com; LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
jedmonson@rc.com; lshaw@rc.com
aehrlich@paulweiss.com; mao_fednational@paulweiss.com
danette.gerth@epiqglobal.com
michael.esser@kirkland.com
jfalgowski@burr.com
bfarnan@farnanlaw.com; tfarnan@farnanlaw.com
dfarrell@thompsoncoburn.com
efay@bayardlaw.com; kmccloskey@bayardlaw.com
rfeinstein@pszjlaw.com
bgfelder@foley.com
mfelger@cozen.com; kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
ferguson@lrclaw.com; dellose@lrclaw.com;ramirez@lrclaw.com
jfine@dykema.com; jrf5825@gmail.com;aashmore@dykema.com;pelliott@dykema.com
benjaminfinestone@quinnemanuel.com
gfinizio@bayardlaw.com; bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
mfink@rc.com; mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
gflasser@bayardlaw.com

ENERGY FUTURES HOLDINGS CORP, et al - Case No. 14-10979 (CSS)
Electronic Mail Service List - CM/ECF

EFleck@milbank.com; jbrewster@milbank.com; mbrod@milbank.com; bzucco@milbank.com; mprice@milbank.com;
aleblanc@milbank.com; nalmeida@milbank.com; aabell@milbank.com
dfliman@kasowitz.com; Courtnotices@kasowitz.com
cfong@nixonpeabody.com
jfrank@fgllp.com; mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
sfraser@cozen.com; sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
pfriedman@omm.com; peter-friedman-2863@ecf.pacerpro.com
gregg.galardi@ropesgray.com; nova.alindogan@ropesgray.com
Pacerteam@choosegcg.com
PACERTeam@gardencitygroup.com
vgarry@ag.state.oh.us
fgecker@fgllp.com; csmith@fgllp.com
gibson@teamrosner.com
peter.gilhuly@lw.com; nacif.taousse@lw.com;ny-courtmail@lw.com
deecf@dor.mo.gov
bankserve@bayardfirm.com; nglassman@bayardfirm.com
bankserve@bayardfirm.com; nglassman@bayardfirm.com
nglassman@bayardlaw.com; kmccloskey@bayardlaw.com
aglenn@kasowitz.com
glorioso.alessandra@dorsey.com
bgolub@weirpartners.com
kgood@potteranderson.com; cgiobbe@potteranderson.com; lhuber@potteranderson.com; bankruptcy@potteranderson.com;
nrainey@potteranderson.com
brett.goodman@troutman.com
tleday@ecf.courtdrive.com; bankruptcy@mvbalaw.com; jwilliams@mvba.com; alocklin@mvbalaw.com;
jspeakman@friedlandergorris.com; jgorris@friedlandergorris.com; aschmidt@friedlandergorris.com
Anna.E.Grace@usdoj.gov
jgrey@crosslaw.com; smacdonald@crosslaw.com
kgwynne@reedsmith.com; llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
hagey@braunhagey.com
raquel@namanhowell.com;karen@namanhowell.com
ellen.halstead@cwt.com; joshua.arnold@cwt.com;nyecfnotice@cwt.com
lh@ascendantlawgroup.com
jharris@bergerharris.com; mnicholls@bergerharris.com
andrea.hartley@akerman.com
howard.hawkins@cwt.com; nyecfnotice@cwt.com
Christopher.hayes@kirkland.com
rhayes@foley.com
Bankruptcy001@sha-llc.com
mhebbeln@foley.com; jsorrels@foley.com;opetukhova@foley.com
curtishehn@comcast.net
reed@hzhlaw.com; awhitt@hzhlaw.com
khill@svglaw.com; csnyder@svglaw.com;cwalters@svglaw.com
ahiller@adamhillerlaw.com
bhockett@thompsoncoburn.com
dkhogan@dkhogan.com; gdurstein@dkhogan.com
hooper@sewkis.com
jhoover@beneschlaw.com; debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com
thoran@cozen.com; sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com
jhowell@gpm-law.com
jhuggett@margolisedelstein.com;
tyeager@margolisedelstein.com; csmith@margolisedelstein.com; Miller.GeorgetteR50524@notify.bestcase.com;
SmithCR50524@notify.bestcase.com
patrick.hughes@haynesboone.com
chusnick@kirkland.com
jhh@stevenslee.com

ENERGY FUTURES HOLDINGS CORP, et al - Case No. 14-10979 (CSS)
Electronic Mail Service List - CM/ECF

KJarashow@goodwinlaw.com
dennis.jenkins@wilmerhale.com
bjohnson@fisherboyd.com
ljones@pszjlaw.com; efile1@pszjlaw.com
mjoyce@mjlawoffices.com
nskaluk@debevoise.com
stephen.karotkin@weil.com; frank.grese@weil.com
amk@kashishianlaw.com
bkasprzak@moodklaw.com; mike@lscd.com
ECFpleadings@kccllc.com; ecfpleadings@kccllc.com
skaufman@skaufmanlaw.com
pkeane@pszjlaw.com
wkelleher@cohenlaw.com; mgraeb@cohenlaw.com;bfilings@cohenlaw.com;
hkhalid@cgsh.com; maofiling@cgsh.com
dklauder@bk-legal.com
bklayman@cozen.com; barry-klayman-5584@ecf.pacerpro.com
klein@teamrosner.com
klein@kleinllc.com
dkleiner@kkwc.com
kotwick@sewkis.com
KOTWICK@SEWKIS.COM
kranzleya@sullcrom.com
stacey@womaclaw.com
ari.d.kunofsky@usdoj.gov; eastern.taxcivil@usdoj.gov
info@kccllc.com; ecfpleadings@kccllc.com
mlahaie@akingump.com
landis@lrclaw.com; brown@lrclaw.com;Ramirez@lrclaw.com; dellose@lrclaw.com; snyder@lrclaw.com
klawson@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
vlazar@jenner.com
rlemisch@klehr.com
rlemisch@klehr.com
leonhardt@teamrosner.com
stephen.lerner@squirepb.com; sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com
dleta@swlaw.com; wkalawaia@swlaw.com
jason.liberi@skadden.com; christopher.heaney@skadden.com; debank@skadden.com; wendy.lamanna@skadden.com
klippman@munsch.com; pmoore@munsch.com
benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
dludman@brownconnery.com
madron@rlf.com; rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
madron@rlf.com; rbgroup@rlf.com
madron@rlf.com; rbgroup@rlf.com
madron@rlf.com; rbgroup@rlf.com
bankfilings@ycst.com
rmalone@gibbonslaw.com
kevin.mangan@wbd-us.com; Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
JMarines@mofo.com
LMarinuzzi@mofo.com; lorenzo-marinuzzi-4664@ecf.pacerpro.com
rmartin@ropesgray.com
craig.martin@dlapiper.com; carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
kmayer@mccarter.com
mcclambc@ballardspahr.com
gfmcdaniel@dkhogan.com; gdurstein@dkhogan.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
mcguire@lrclaw.com; rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
mmo@pgmhlaw.com
jmcmahon@ciardilaw.com

ENERGY FUTURES HOLDINGS CORP, et al - Case No. 14-10979 (CSS)
Electronic Mail Service List - CM/ECF

mmcmahon@cullenanddykman.com
bankruptcy@potteranderson.com; bankruptcy@potteranderson.com;nrainey@potteranderson.com
linomendiola@andrewskurth.com
rmersky@monlaw.com
nicole.mignone@texasattorneygeneral.gov
james.millar@faegredrinker.com; Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
BMiller@mofo.com; brett-miller-1388@ecf.pacerpro.com
emiller@bayardlaw.com; kmccloskey@bayardlaw.com
kmiller@skjlaw.com; llb@skjlaw.com;jcb@skjlaw.com
smiller@morrisjames.com; wweller@morrisjames.com
mark.minuti@saul.com; robyn.warren@saul.com
pmoak@mckoolsmith.com; nsauter@mckoolsmith.com
tmoloney@cgsh.com
fmonaco@gsbblaw.com; frankmonacojr@gmail.com
bankfilings@ycst.com
hal.morris@oag.texas.gov; shannon.benson@oag.texas.gov
jmorris@pszjlaw.com
Chris.Mosley@fortworthtexas.gov; Sharon.Floyd@fortworthtexas.gov
tmoss@perkinscoie.com; nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-
moultries@gtlaw.com; cathersw@gtlaw.com;bankruptcydel@gtlaw.com;zerber@gtlaw.com
nmozal@ramllp.com
luke.murley@saul.com; robyn.warren@saul.com
kathleen.murphy@bipc.com; annette.dye@bipc.com
dneier@winston.com; dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
jnewdeck@akingump.com; ddunn@akingump.com
snewman@ashby-geddes.com; ahrycak@ashbygeddes.com
daobrien@venable.com
soneal@cgsh.com; maofiling@cgsh.com
bk-robaldo@oag.texas.gov; sherri.simpson@oag.texas.gov
olivere@chipmanbrown.com; dero@chipmanbrown.com;fusco@chipmanbrown.com
mpaskin@cravath.com
jpeck@mofo.com
npernick@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com ;jwhitworth@coleschotz.com;
jford@coleschotz.com; lmorton@coleschotz.com
lpeterson@lowis-gellen.com
mphillips@mmwr.com; marc-phillips-8177@ecf.pacerpro.com
tphillips@capdale.com; cecilia-guerrero-caplin-6140@ecf.pacerpro.com
pwp@pattiprewittlaw.com
dprimack@mdmc-law.com; scarney@mdmc-law.com
jim.prince@bakerbotts.com; RORY.FONTENLA@BAKERBOTTS.COM
gpronske@spencerfane.com; jkathman@spencerfane.com;mclontz@spencerfane.com; lvargas@spencerfane.com
NRamsey@rc.com; natalie-ramsey-1502@ecf.pacerpro.com; idensmore@rc.com; aciabattoni@rc.com; swilkins@rc.com
erassman@cohenseglias.com
wbreilly@debevoise.com; mao-bk-ecf@debevoise.com
aremming@mnat.com; andrew-remming-0904@ecf.pacerpro.com; meghan-leyh-4080@ecf.pacerpro.com; vicky-oneill-
erichards@mofo.com; erica-richards-1053@ecf.pacerpro.com
rringer@kramerlevin.com; ABYowitz@kramerlevin.com; NHertzBunzl@kramerlevin.com; corporate-reorg-
crobinson@pszjlaw.com
roglenl@ballardspahr.com; carbonej@ballardspahr.com
rbgroup@rlf.com
todd.rosen@mto.com
rosenbergm@sullcrom.com
andrew.rosenblatt@nortonrosefulbright.com
drosner@kasowitz.com; courtnotices@kasowitz.com
rosner@teamrosner.com
bruzinsky@jw.com; mcavenaugh@jw.com

ENERGY FUTURES HOLDINGS CORP, et al - Case No. 14-10979 (CSS)
Electronic Mail Service List - CM/ECF

JSSabin@Venable.com
csalomon@beckerglynn.com; mghose@beckerglynn.com; hhill@beckerglynn.com
austin.bankruptcy@publicans.com
steven.serajeddini@kirkland.com; aparna.yenamandra@kirkland.com; natasha.hwangpo@kirkland.com;
patrick.venter@kirkland.com; matthew.fagen@kirkland.com
marias@goldmclaw.com; marias@ecf.courtdrive.com;katelynnet@goldmclaw.com
gsaydah@mmwr.com; gilbert-saydah-6601@ecf.pacerpro.com
bschartz@kirkland.com; george.klidonas@kirkland.com; hannah.kupsky@kirkland.com; nacif.taousse@kirkland.com
richard.schepacarter@usdoj.gov
todd.schiltz@dbr.com; cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
cathersw@gtlaw.com;bankruptcydel@gtlaw.com
jschlerf@foxrothschild.com; msteen@foxrothschild.com;smullen@foxrothschild.com;sslater@foxrothschild.com
eschneider@nixonpeabody.com; bos.managing.clerk@nixonpeabody.com;
andrea.b.schwartz@usdoj.gov
seaman@abramsbayliss.com; farro@abramsbayliss.com; matthews@abramsbayliss.com; duplessis@abramsbayliss.com;
cannataro@abramsbayliss.com
josh@searcyfirm.com; ecf@searcyfirm.com
gseitz@gsbblaw.com; gary.seitz@gmail.com
semmelman@rlf.com; rbgroup@rlf.com
semmelman@rlf.com; rbgroup@rlf.com
semmelman@rlf.com; rbgroup@rlf.com
semmelman@rlf.com; rbgroup@rlf.com
semmelman@rlf.com; rbgroup@rlf.com
steven.serajeddini@kirkland.com
PACERTeam@gardencitygroup.com
dshamah@omm.com
shapiro@rlf.com; rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
jsharret@kramerlevin.com; corporate-reorg-1449@ecf.pacerpro.com
lshipkovitz@tuckerlaw.com
jshrum@jshrumlaw.com
bankruptcy@potteranderson.com
csimon@crosslaw.com; smacdonald@crosslaw.com
usade.ecfbankruptcy@usdoj.gov
dan.smith2@usdoj.gov; efile_ees.enrd@usdoj.gov
osonik@pbfcm.com; tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
kstadler@gklaw.com; kboucher@gklaw.com
sstapleton@cowlesthompson.com
BKECF@traviscountytx.gov
jdisanti@whitecase.com; mco@whitecase.com; erin.smith@whitecase.com; mshepherd@whitecase.com;
jason.bartlett@whitecase.com; aaron.colodny@whitecase.com
gstarner@whitecase.com; jdisanti@whitecase.com; mco@whitecase.com; erin.smith@whitecase.com;
mshepherd@whitecase.com; jason.bartlett@whitecase.com; aaron.colodny@whitecase.com
cstephenson@bk-legal.com
bk-jstern@oag.texas.gov; sherri.simpson@oag.texas.gov
bstewart@baileybrauer.com; eharper@baileybrauer.com; kbell@baileybrauer.com
kstickles@coleschotz.com; bankruptcy@coleschotz.com; pratkowiak@coleschotz.com; jwhitworth@coleschotz.com;
kkarstetter@coleschotz.com; jford@coleschotz.com; lmorton@coleschotz.com
streusand@slollp.com; prentice@slollp.com
astulman@potteranderson.com; lhuber@potteranderson.com; cgiobbe@potteranderson.com
;bankruptcy@potteranderson.com; nrainey@potteranderson.com
wdsecfnotices@sha-llc.com
summersm@ballardspahr.com; hartlt@ballardspahr.com
ttacconelli@ferryjoseph.com
tarr@blankrome.com
gtaylor@ashbygeddes.com; ahrycak@ashbygeddes.com
bankruptcydel@mccarter.com; bankruptcydel@mccarter.com

ENERGY FUTURES HOLDINGS CORP, et al - Case No. 14-10979 (CSS)

Electronic Mail Service List - CM/ECF

brian.tong@srz.com
torkinm@sullcrom.com
matthew.troy@usdoj.gov
USTPRegion03.WL.ECF@USDOJ.GOV
USTPRegion03.WL.ECF@USDOJ.GOV
wusatine@coleschotz.com; pratkowiak@coleschotz.com
jvine@polsinelli.com; LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
cward@polsinelli.com; LSuprum@Polsinelli.com; delawaredocketing@polsinelli.com
gweinstein@weinrad.com; wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
wweintraub@goodwinproctor.com; zhassoun@fklaw.com
dallas.bankruptcy@lgbs.com; Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
maustria@werbsullivan.com;riorii@werbsullivan.com
ewest@gklaw.com; kboucher@gklaw.com;elewerenz@gklaw.com
clark.whitmore@maslon.com
stephanie.wickouski@bclplaw.com; dortiz@bclplaw.com
jwisler@connollygallagher.com
kwofford@whitecase.com; mco@whitecase.com;jdisanti@whitecase.com
dwright@rc.com; idensmore@rc.com
wright@lrclaw.com; dellose@lrclaw.com; raucci@lrclaw.com; rogers@lrclaw.com; panchak@lrclaw.com;
yoderj@whiteandwilliams.com
pyoung@proskauer.com
lzahradka@akingump.com

Count: 700