IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 MAY 27  AM 9:04
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:                                                              )    Chapter 11
                                                                    )
ENERGY FUTURE HOLDINGS CORP., et all                                )    Case No. 14-10979 (CSS)
                                                                    )
Debtors                                                             )    (Jointly Administered)

NOTICE OF DISAGREEMENT WITH DISCHARGE OF MY CLAIM AS PAID IN FULL

May it please the Court, I hereby disagree with petitioner's request for discharge as my claim has not been paid and I move this Court to re-establish and re-affirm it in full and to order full satisfaction of same.

*Kenneth L. Ketcherside* (signature)

Kenneth L. Ketcherside
1876 Launiupoko Pl
Wailuku, Hi. 96793

cc: Richards, Layton & Finger, P. A., et al
920 North King Street
Wilmington, Delaware 19801

cc: Kirkland & Ellis L.L.P, et al
601 Lexington Ave
New York, NY 10022-4611

cc: James H.M. Spraygrgen, P.C., et al
300 North LaSalle
Chicago, Illinois 60654