FILED

2021 JUN -1 AM 9:20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

DATE    5-23-2021
CASE NO.  14-10979 (CSS)
CLAIM NO. 34360.05


UNITED STATES  BANKRUPTCY  COURT
  DISTRICT  OF  DELAWARE
    824  NORTH MARKET  STREET
    3RD  FLOOR
  Wilmington, DELAWARE  19801


THE  RESPONSE  TO  THIS  NOTICE  IS  THAT
I  DO  NOT  ACCEPT  OR  AGREE  TO  THIS  CLAIM
AS  BEING  SATISFIED  ADDITIONAL  CONSIDERATION
IS  REQUESTED  DUE  TO  MY  HEALTH  ISSUES  FROM  EFH,

                    REGARDS
                    Eddie DuBois

                    Eddie  DuBois
                    P.O.  BOX  758
                    Pilot Point, TEXAS  76258


CC:  JASON  M  MADRON  (Richards, Layton, Finger)
      920  NORTH King  STREET
      Wilmington, DELAWARE  19801

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED

2021 JUN -1  AM 9: 20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

TO:
DUBOIS, EDDIE
PO BOX 758
PILOT POINT, TX 76258

Basis for
Satisfaction: -

ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.  ANY CLAIMS NOT SUBJECT TO SUCH TREATMENT WERE RESOLVED THROUGH THE TCEH BANKRUPTCY CASE CONSISTENT WITH THE TREATMENT DESCRIBED IN THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE [D.I. 9199] (AS MODIFIED BY D.I. 9321 AND 9374).

*(handwritten)* PLEASE SEE ENCLOSED LETTER AS TO RESPONSE    THANK YOU

| | Claim Number | Claim Amount |
|---|---|---|
| Claim Satisfied In Full: | 34360.05 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*    Indicates claim contains unliquidated and/or undetermined amounts.

[2]    Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.