May 25, 2021

I do not agree with the notice of my claim being satisfied. My claim number, 61884.

In re:

Energy Future Holdings Corp, et al, debtors.

Chapter 11, case no. 14-10979 (CSS)

My response: <u>not satisfied</u>

Michael Montilla
377 Roberts Way
Camano Island WA 98282

FILED
2021 JUN -1 AM 9:26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE