FILED

2021 JUN -1 AM 9:48

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 25, 2021

United States Bankruptcy Court for the District of Delaware

824 North Market ST

3rd Floor

Wilmington, DE 19801

Claim No. 16442

To whom it may concern,

While working for Ebasco Services Incorporated, Enserch and Raytheon in New York for 22 years, at 2 Rector St, 19 Rector St, 21 West St, Lyndhurst NJ and WTC 2, I was sent to field assignments to:

- Surry No. 2
- Virginia Power & Light
- St Lucie No. 2 FP & L
- WPPSS & Unit 3
- Satsop Washington State
- South Texas project, Bay City
- Waterford No. 3 LP & L, worked for 3 years when plant was under construction
- U.S. Embassy Cairo Annex II in Egypt

At all these field assignments I was exposed to asbestos, except for Surry No. 2, which I was exposed to both asbestos and radiation. As a result of these exposures, I was diagnosed with Lymphoma Cancer, for which I am treated for now. I was hospitalized 5 times and received chemotherapy treatment. Affixed are the documents from the hospital.

Thank you for your attention on this matter.

I can be reached at the following address and phone numbers:

Bruno Miletic
825 Via Del Sol Dr
Davenport, FL 33896
H: (863) 353-9588, Cel: (786) 201-2480


Sincerely,

Bruno Miletic

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**TO:**
MILETIC, BRUNO
825 VIA DEL SOL DR.
DAVENPORT, FL 33896

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim Satisfied In Full:** | 16442 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

\* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

**Energy Future Holdings**

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 16442. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

CT Chest w/ Contrast  
\* Final Report \*

MILETIC, BRUNO - 71572321

| | |
|---|---|
| Result Type: | CT Chest w/ Contrast |
| Result Date: | November 20, 2018 09:56 EST |
| Result Status: | Auth (Verified) |
| Result Title: | CT Chest w/ Contrast |
| Performed By: | Smith CR, April Jean on November 20, 2018 09:56 EST |
| Verified by: | ROGERS MD, CLARK DAVID on November 20, 2018 10:20 EST |
| Encounter info: | 89762059, FH CEL, ED Admit, 11/20/2018 - 11/30/2018 |

## \* Final Report \*

**Reason For Exam**
SUPRACLAVICULAR NODES, LYIMPHOMA;Other

**Report**
EXAM: CT CHEST WITH CONTRAST

INDICATION: Subclavicular nodes. History of lymphoma.

COMPARISON: 10/22/2018

TECHNIQUE: Contiguous axial images were obtained from the thoracic inlet to the lung bases following the intravenous administration of 100 mL of contrast. Up-to-date CT equipment and radiation dose reduction techniques were employed.

FINDINGS:

LUNGS AND PLEURA: There is mild bibasilar atelectasis. No effusions.

MEDIASTINUM: No masses.

LYMPH NODES: 2.0 x 2.4 cm level 2 left axillary lymph node. 2.6 x 1.5 cm supraclavicular lymph node image 15. 5.2 x 3.1 cm conglomeration of supraclavicular lymph node image 5, increased.

HEART: Normal in size. No pericardial effusion. Coronary artery calcifications.

AORTA AND GREAT VESSELS: No aneurysm or dissection.

OSSEOUS STRUCTURES: No acute fracture or destructive lesion.

UPPER ABDOMEN: Please see separate dictation.

IMPRESSION: Increasing left superventricular and axillary adenopathy.

Printed by:   Hernandez, Carmen C  
Printed on:   01/21/2019 15:39 EST

Page 1 of 2

CT Abdomen/Pelvis w/ Contrast
\* Final Report \*

MILETIC , BRUNO - 71572321

| | |
|---|---|
| Result Type: | CT Abdomen/Pelvis w/ Contrast |
| Result Date: | November 20, 2018 09:56 EST |
| Result Status: | Auth (Verified) |
| Result Title: | CT Abdomen/Pelvis w/ Contrast |
| Performed By: | Smith CR, April Jean on November 20, 2018 09:56 EST |
| Verified by: | FERNANDEZ MD, MIGUEL JACOBO on November 20, 2018 10:25 EST |
| Encounter info: | 89762059, FH CEL, ED Admit, 11/20/2018 - 11/30/2018 |

## \* Final Report \*

**Reason For Exam**
INCREASING ABDOMEN PAIN, MULITPLE MASSES, RECENT LYMHOMA DIAGNOSIS;Other

**Report**
EXAM: CT ABDOMEN AND PELVIS WITH IV CONTRAST

INDICATION: Loss of appetite.  Lymphoma.

COMPARISON: CT abdomen and pelvis 10/22/2018

TECHNIQUE: Contiguous axial images were obtained from the lung bases to the pelvic floor following the intravenous administration of 100 mL of contrast. Coronal and sagittal reformations are provided. Up-to-date CT equipment and radiation dose reduction techniques were employed.

FINDINGS:

LUNG BASES: Please refer to CT of the chest performed concurrently for findings above the diaphragms.

LIVER: No mass.  No intrahepatic biliary dilatation.

GALLBLADDER: No wall thickening.  No stones.

COMMON BILE DUCT: Normal caliber.  No stones.

SPLEEN: Within normal limits.

PANCREAS: No mass.  No pancreatic fluid collections.

ADRENALS: No masses.

KIDNEYS: Multiple bilateral peripelvic cysts again noted.  No hydronephrosis.

Celebration Hospital   UNITED H. CARE
10 911480500
Group 82075
1 800 643 4845

#1 NOV 20 admitted
   NOV. 30 Released
   (2018)

#2 Dec 26 admitted
   JAN 1 Released
   (2019)

#3 JAN 23 Admitted
   JAN 28 Released
   (2019)

#4 FEB 20 Admitted
   FEB 24 Released

   MAR 15 Admitted
   MAR 17 Released
   (NO CHEMOTHERAPY)