Brian Allen Gafford
9435 Lee Road
Lipan, Texas 7664
5-27-21

FILED
2021 JUN -2  AM 9: 02
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge,

I have not recieved any money to finalize their Energy Holding Debt to me. Please send my money to above address. Please don't close my case until they pay. They have not.

My case number is
14-10979 (CSS)

Thank you,
Brian Allen Gafford

Claim number
35036.01

this letter is recieved and sent before dead line.

*[handwritten: I have my family members received checks for $197. My Claim id not Paid. I do not agree. Brian A. Gafford]*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**TO:**
GAFFORD, BRIAN ALLEN
9435 LEE ROAD
LIPAN, TX 76462

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. ANY CLAIMS NOT SUBJECT TO SUCH TREATMENT WERE RESOLVED THROUGH THE TCEH BANKRUPTCY CASE CONSISTENT WITH THE TREATMENT DESCRIBED IN THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE [D.I. 9199] (AS MODIFIED BY D.I. 9321 AND 9374).

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim Satisfied In Full:** | 35036.01 | UNDETERMINED* |

*[handwritten: No money sent or received to me.]*

On April 30, 2021, the EFH Plan Administrator Board (the "**PAB**") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "**Notice**").[2] A copy of the filed

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*   Indicates claim contains unliquidated and/or undetermined amounts.

[2]   Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

2

Wilmington, Delaware
Dated:   April 30, 2021                          */s/ Jason M. Madron*
                                                 **RICHARDS, LAYTON & FINGER, P.A.**
                                                 Mark D. Collins (No. 2981)
                                                 Daniel J. DeFranceschi (No. 2732)
                                                 Jason M. Madron (No. 4431)
                                                 920 North King Street
                                                 Wilmington, Delaware 19801
                                                 Telephone:     (302) 651-7700
                                                 Facsimile:     (302) 651-7701
                                                 Email:         collins@rlf.com
                                                                defranceschi@rlf.com
                                                                madron@rlf.com

                                                 -and-

                                                 **KIRKLAND & ELLIS LLP**
                                                 **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                                 Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                                 Stephen E. Hessler, P.C. (admitted *pro hac vice*)
                                                 Brian E. Schartz, P.C. (admitted *pro hac vice*)
                                                 Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
                                                 Aparna Yenamandra (admitted *pro hac vice*)
                                                 601 Lexington Avenue
                                                 New York, New York 10022-4611
                                                 Telephone:     (212) 446-4800
                                                 Facsimile:     (212) 446-4900
                                                 Email:         edward.sassower@kirkland.com
                                                                stephen.hessler@kirkland.com
                                                                brian.schartz@kirkland.com
                                                                steven.serajeddini@kirkland.com
                                                                aparna.yenamandra@kirkland.com

                                                 -and-

                                                 James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                                 Chad J. Husnick, P.C. (admitted *pro hac vice*)
                                                 300 North LaSalle
                                                 Chicago, Illinois 60654
                                                 Telephone:     (312) 862-2000
                                                 Facsimile:     (312) 862-2200
                                                 Email:         james.sprayregen@kirkland.com
                                                                marc.kieselstein@kirkland.com
                                                                chad.husnick@kirkland.com

                                                 *Co-Counsel to the EFH Plan Administrator Board*