IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: July 7, 2021 at 11:00 a.m. |
| | Re: D.I. 14203, 14213, 14214, 14215, 14217, 14218, 14219, 14220, 14221, 14226, 14228, 14229, 14230, 14231, 14232 |

## NOTICE OF "THE EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL" AND HEARING THEREON

PLEASE TAKE NOTICE that, on April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed **The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied In Full** (the "Notice of Satisfaction") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Notice of Satisfaction, the PAB identified certain proofs of claim filed in the above-captioned chapter 11 cases, which the PAB believes have been satisfied in full. **You were previously served with a copy of the Notice of Satisfaction**.

PLEASE TAKE FURTHER NOTICE that, as noted in the Notice of Satisfaction, any responses or objections to the Notice of Satisfaction must have been in writing, and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 25427040v.1

on or before **June 1, 2021 at 4:00 p.m. (Eastern Daylight Time)** (the "Objection Deadline"). **Nothing in this notice in any way extends, modifies, or alters the Objection Deadline, which has expired**.

PLEASE TAKE FURTHER NOTICE that the PAB received (through its noticing agent, Epiq Corporate Restructuring, LLC, or otherwise) various informal responses to the Notice of Satisfaction (collectively, the "Informal Responses"). Additionally, certain claimants subject to the Notice of Satisfaction filed formal responses opposing the Notice of Satisfaction with the Bankruptcy Court (*see* D.I. 14213, 14214, 14215, 14217, 14218, 14219, 14220, 14221, 14226, 14228, 14229, 14230, 14231, 14232; collectively the "Formal Responses" and, together with the Informal Responses, the "Responses").

PLEASE TAKE FURTHER NOTICE that, the Notice of Satisfaction provides, in relevant part, as follows:

> Upon the PAB's receipt of a Response, the PAB will then make a good faith effort to review the Satisfied Claim in light of such Response, to determine whether there is a basis upon which to sustain the Claimant's assertion that its Claim in fact is not a Satisfied Claim. ***In the event the parties are unable to reach a resolution, the PAB will schedule a hearing on the Satisfied Claim***. The PAB reserves the right to contest any new assertions of liability against the PAB made by the holders of the Satisfied Claim with respect to their Claim.

*See* Notice of Satisfaction at ¶ 13 (emphasis supplied).

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures set forth in the Notice of Satisfaction, the PAB's professionals have made a reasonable effort to contact each of the claimants subject to the Notice of Satisfaction who submitted a Response thereto to resolve such Responses. Notwithstanding the efforts of the PAB's professionals, the PAB has been unable to consensually resolve all of the Responses.

PLEASE TAKE FURTHER NOTICE that, in accordance with the procedures set forth in the Notice of Satisfaction, a hearing to consider the Notice of Satisfaction and each of the unresolved Responses thereto will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **July 7, 2021 starting at 11:00 a.m. (Eastern Daylight Time)** (the "July 7th Hearing").

PLEASE TAKE FURTHER NOTICE that you will receive further notice of the July 7th Hearing (including, without limitation, instructions on how to participate in the July 7th Hearing remotely) on or about **Friday, July 2, 2021**.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: June 4, 2021<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
   defranceschi@rlf.com
   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com
   steven.serajeddini@kirkland.com
   aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   marc.kieselstein@kirkland.com
   chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*