IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: ENERGY FUTURE HOLDINGS CORPORATION, et. al.<br><br>Debtors | )<br>)<br>)<br>) | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**CLAIM HOLDER'S RESPONSE TO THE EFH PLAN ADMINISTRATOR BOARD'S FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

**To:** Clerk of Bankruptcy Court, District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Kirkland and Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Aparna Yenamandra

Kirkland and Ellis, LLP
300 North LaSalle
Chicago, IL 60654
Attn: Chad J. Husnick, PC

Richards, Layton & Finger, PA
One Rodney Square
920 North King St.
Wilmington, DE 19801
Attn: Jason M. Madron

Julia Urton, holder of claim #12997, states as follows:

I hereby disagree with the petitioner's request for discharge as my claim has not been paid and I move this Court to re-establish and re-affirm it in full and to order full satisfaction of same.

*[signature: Julia Urton]*
Julia Urton
1401 NE 66th St.
Kansas City, MO 64118
Holder of claim #12997 filed 11/04/2015

1