**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: D.I. 12671, 14198** |

**CERTIFICATION OF COUNSEL REGARDING ORDER SCHEDULING
CERTAIN DATES AND DEADLINES AND ESTABLISHING CERTAIN
PROTOCOLS IN CONNECTION WITH THE NEXTERA APPLICATION**

The undersigned hereby certifies as follows:

1. On February 20, 2018, NextEra Energy, Inc. ("NextEra") filed an application with the United States Bankruptcy Court for the District of Delaware (this "Court") seeking the allowance and payment of an administrative claim to recover certain costs and expenses from certain of the former debtors in the above-captioned chapter 11 cases (the "Debtors") following the termination of an agreement between NextEra and certain of the former Debtors [D.I. 12671] (the "NextEra Application").

2. Pursuant to the direction of this Court at the status conference held on April 30, 2021, counsel to NextEra conferred with counsel to the EFH Plan Administrator Board (the "PAB") and counsel to Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership and UMB Bank, N.A. (collectively, "Elliott/UMB," and together with

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

NextEra and the PAB, the "Parties") regarding a proposed form of order to schedule proceedings related to the NextEra Application.

3. After conferring with the other Parties, on April 24, 2021 (*see* D.I. 14199) and again on May 27, 2021 (*see* D.I. 14227), NextEra, on the one hand, and the PAB and Elliott/UMB, on the other hand, submitted competing forms of scheduling orders to govern further proceedings related to the NextEra Application, none of which were acceptable to this Court for entry as submitted.

4. Based on further direction and guidance from Chambers, the Parties have prepared a proposed form of scheduling order to govern further proceedings related to the NextEra Application (the "Proposed Scheduling Order"). A copy of the Proposed Scheduling Order is attached hereto as **Exhibit A**. The PAB believes that the Proposed Scheduling Order is consistent with the direction and guidance provided to the Parties by Chambers, and that the Proposed Scheduling Order should be entered. The Proposed Scheduling Order has been circulated to (i) counsel to NextEra; (ii) counsel to Elliott/UMB; and (iii) counsel to the PAB, and each of the parties to whom the Proposed Scheduling Order was circulated consents to its entry.

WHEREFORE, the PAB respectfully requests that this Court enter the Proposed Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: June 7, 2021<br>Wilmington, Delaware | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler, P.C. (admitted *pro hac vice*)<br>Brian E. Schartz, P.C. (admitted *pro hac vice*)<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br><br>*Co-Counsel to the EFH Plan Administrator Board* |