# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF SERVICE OF "THE EFH PLAN ADMINISTRATOR BOARD'S RESPONSES AND OBJECTIONS TO NEXTERA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS"

PLEASE TAKE NOTICE that, in accordance with the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the NextEra Application*, entered June 8, 2021 [D.I. 14238], on June 10, 2021, counsel to the EFH Plan Administrator Board, caused a true and correct copy of *The EFH Plan Administrator Board's Responses and Objections to NextEra's First Request for Production of Documents* to be served on the below-listed parties in the manner so indicated:

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Keith M. Fleischman | Gregg M. Galardi |
| James P. Bonner | Daniel G. Egan |
| Patrick L. Rocco | Ani-Rae Lovell |
| **FLEISCHMAN BONNER & ROCCO LLP** | **ROPES &GRAY LLP** |
| 81 Main Street, Suite 515 | 1211 Avenue of the Americas |
| White Plains, NY 10601 | New York, NY 10036-8704 |
| kfleischman@fbrllp.com | Gregg.Galardi@ropesgray.com |
| jbonner@fbrllp.com | Daniel.Egan@ropesgray.com |
| procco@fbrllp.com | Ani-Rae.Lovell@ropesgray.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 25470496v.1

**VIA EMAIL**

Matthew L. McGinnis
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Matthew.McGinnis@ropesgray.com

**VIA EMAIL**

Matthew B. McGuire
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
mcguire@lrclaw.com

[*Remainder of page intentionally left blank.*]

Dated: June 11, 2021
    Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email:         mark.mckane@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*