## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors*.[1] ) | (Jointly Administered) |
| ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 10th day of June 2021, a copy of the *Elliott's Responses and Objections to NextEra's First Request for Production of Documents from Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership and UMB's Responses and Objections to NextEra's First Request for the Production of Documents from UMB Bank, N.A.* was served via electronic mail upon parties listed on the attached Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Dated: June 11, 2021<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Erin R. Fay (No. 5268)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Phone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: efay@bayardlaw.com<br><br>-and-<br><br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email:   Gregg.Galardi@ropesgray.com<br><br>*Counsel to Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank N.A, as Indenture Trustee* |

# **Exhibit A**

Adam G. Landis
Matthew B. McGuire
LANDS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington DE 19801
Email: landis@lrclaw.com
       mcguire@lrclaw.com

Keith M. Fleischman
James P. Bonner
Joshua D. Glatter
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, NY 10601
Email: kfleischman@fbrllp.com
       jbonner@fbrllp.com
       jglatter@fbrllp.com