# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of June 2021, a copy of the Evercore Group L.L.C.'s Responses and Objections to NextEra's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case was served via electronic mail upon parties listed on below.

**VIA ELECTRONIC MAIL**

Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Email: mcguire@lrclaw.com

Joshua D. Glattner, Esq.
Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York 10601
Email: jglatter@fbrllp.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Philadelphia, Pennsylvania
Dated: June 14, 2021

/s/ Jeffrey Cianciulli
**WEIR & PARTNERS LLP**
Jeffrey Cianciulli
1339 Chestnut St., Fifth Floor
Philadelphia, Pennsylvania 19107-3519

- and -

**DEBEVOISE & PLIMPTON LLP**
Wendy B. Reilly (*admitted pro hac vice*)
919 Third Avenue
New York, New York 10022

*Counsel to Evercore Group L.L.C.*