**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors*.[1] ) | (Jointly Administered) |
| ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 22nd day of June 2021, a copy of the *UMB/Elliott's First Request for Interrogatories Concerning the NextEra Application* was served via electronic mail upon parties listed below.

Adam G. Landis
Matthew B. McGuire
LANDS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington DE 19801
Email: landis@lrclaw.com
mcguire@lrclaw.com

Keith M. Fleischman
James P. Bonner
Joshua D. Glatter
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, NY 10601
Email: kfleischman@fbrllp.com
jbonner@fbrllp.com
jglatter@fbrllp.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated:  June 22, 2021
         Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email:   Gregg.Galardi@ropesgray.com

*Counsel to Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank N.A, as Indenture Trustee*