Chapter 11
Case Number - 14-10979
Adresses 185 Kingwoods Dr
Streetman Texas 75859

Thank you
Cheil
Sign Beatrice Thompson
Love - Bless

FILED
2021 JUN 25  AM 9:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Return address:
Beatrice Thompson
185 Kingwood Dr
Steelman, Texas
75859

Postmark: NORTH TEXAS TX P&DC, DALLAS TX 750, 24 APR 2021 PM 4 L

Addressed to:
824 N Market ST
Wilmington, DE
19801

IN The United State Bankruptcy Court For The District Of Delaware
The Section 502(B)