WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Alice Tsier

*Attorneys for Sempra Energy*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 29th day of June 2021, a copy of *Sempra Energy's Responses and Objections to the Subpoenas of NextEra Energy, Inc. to Sempra Energy and Morgan Stanley* was served via electronic mail upon parties listed below.

**VIA ELECTRONIC MAIL**

Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail:  mcguire@lrclaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

Joshua D. Glattner, Esq.
Keith M. Fleischman, Esq.
James P. Bonner, Esq.
Patrick L. Rocco, Esq.
Tyler Van Put, Esq.
Susan M. Davies, Esq.
Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York 10601
E-mail:   jglatter@fbrllp.com
          Kfleischman@fbrllp.com
          JBonner@fbrllp.com
          Procco@fbrllp.com
          TVanPut@fbrllp.com
          Sdavies@fbrllp.com
          mcguire@lrclaw.com

Daniel S. Shamah, Esq.
Pamela A. Miller, Esq.
O'Melveney & Myers LLP
7 Times Square
New York, NY 10036
E-mail:   dshamah@omm.com
          pmiller@omm.com

James Heyworth, Esq.
Francesca E. Brody, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
E-mail:   jheyworth@sidley.com
          fbrody@sidley.com

Dated:   New York, New York
         June 30, 2021

WHITE & CASE LLP

By: /s/ J. Christopher Shore

1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Alice Tsier

*Attorneys for Sempra*