**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I.** 14203, 14213, 14214, 14215, 14217, 14219, 14220, 14221, 14226, 14228, 14229, 14230, 14231, 14232, 14236 |

**THE EFH PLAN ADMINISTRATOR BOARD'S OMNIBUS REPLY TO
OBJECTIONS TO THE FIFTEENTH NOTICE OF SATISFACTION OF CLAIMS**

The EFH Plan Administrator Board (the "PAB"), on behalf of the former EFH Debtors and EFIH Debtors (collectively, the "Debtors"), files this reply (this "Reply") regarding *The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full* [D.I. 14203] (the "Notice of Satisfaction"), pursuant to which the PAB requests entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order") overruling the formal and/or informal objections described herein (each an "Objection", and collectively, the "Objections") and sustaining the Notice of Satisfaction in full. In further support of this Reply, the PAB respectfully represents:[2]

1. On April 30, 2021, the Debtors filed the Notice of Satisfaction with respect to certain claims filed against the EFH/EFIH Debtors (the "Class A3 Claims"), included as

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763-1] (the "Plan").

Exhibit A to the Notice of Satisfaction. Additionally, certain claims were filed against both the EFH/EFIH Debtors and the TCEH Debtors, included as Exhibit B to the Notice of Satisfaction (the "Bifurcated Claims", and together with the Class A3 Claims, the "Claims"). Pursuant to the Plan, the Class A3 Claims have been satisfied in full through Reinstatement against the Reorganized EFH Debtors. Specifically, Article III.B.3(b)-(c) of the Plan provides that A3 Claims are deemed Unimpaired and are Reinstated as of the EFH Effective Date, which occurred on March 9, 2018.[3] The Bifurcated Claims have been satisfied either through Reinstatement against the Reorganized EFH Debtors and are Unimpaired (consistent with treatment for Class A3 Claims) or resolved through the TCEH bankruptcy cases, which have been closed.[4] The PAB filed the Notice of Satisfaction to provide holders of the Claims with notice and an opportunity to interpose an objection, if any, to the PAB's determination that the Claims have been fully satisfied as of the EFH Effective Date.

2. Approximately, twenty claimants filed Objections alleging that their respective Claims have not been satisfied, or otherwise challenging the Notice of Satisfaction. Each of the issues raised in the Objections were addressed in the Notice of Satisfaction. As noted above, and in the Notice of Satisfaction, the Claims have been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan, and/or resolved through the TCEH bankruptcy cases. The Debtors have therefore satisfied any obligations with respect to the satisfied Claims.

3. Accordingly, the following Objections to the Notice of Satisfaction, which are

---

[3] *See Notice of Entry of EFH Confirmation Order and Occurrence of EFH Effective Date* [D.I. 12801].

[4] *See Final Decree (A) Closing TCEH's Chapter 11 Case, and (B) Granting Related Relief* [D.I. 1410].

included in **Exhibit B**, should be overruled.

4.     Emma Yancey filed an informal Objection objecting to the satisfaction of Claim number 14786 on May 17, 2021, on the basis that the Claim has not been paid. Claim number 14786 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

5.     Vicki Verdugo filed an informal Objection objecting to the satisfaction of Claim number 12922 and Claim number 12919 on May 17, 2021, on the basis that neither Claim has been paid. Claim number 12922 and Claim number 12919 have been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

6.     Antonio S. Rogador filed an informal Objection objecting to the satisfaction of Claim number 13216 and Claim number 13228 on May 17, 2021, on the basis that neither Claim has been paid. Claim number 13216 and Claim number 13228 have been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

7.     Priscilla L. Revier filed an informal Objection objecting to the satisfaction of Claim number 15863 on May 24, 2021, on the basis that the Claim has not been paid. Claim number 15863 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

8.     Francisco Munoz filed an informal Objection objecting to the satisfaction of Claim number 62164 on May 27, 2021, on the basis that the Claim has not been paid. Claim number 62164 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

9.     Hector M. Cubero Rosado filed an informal Objection objecting to the satisfaction of Claim number 34277 on May 28, 2021, on the basis that the Claim has not been paid. Claim

number 34277 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

10. Alan W. Gottlieb filed an Objection to the satisfaction of Claim number 14240 and Claim number 14239 on May 14, 2021, on the basis that neither Claim has been paid [D.I. 14213, 14214]. Claim number 14240 and Claim number 14239 have been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

11. Connie M. Costner filed an Objection to the satisfaction of Claim number 31487 on May 18, 2021, on the basis that the Claim has not been paid [D.I. 14215]. Claim number 31487 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

12. Kwane Glover filed an Objection to the satisfaction of Claim number 63347 on May 24, 2021, on the basis that the Claim has not been paid [D.I. 14217]. Claim number 63347 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

13. Robert Edward Simmons filed an Objection to the satisfaction of Claim number 13320 on May 24, 2021, on the basis that the Claim has not been paid [D.I. 14218]. Claim number 13320 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

14. Phyllis Arnold filed an Objection to the satisfaction of Claim number 12756 on May 24, 2021, on the basis that the Claim has not been paid [D.I. 14219]. Claim number 12756 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

15. Kenneth L. Arnold filed an Objection to the satisfaction of Claim number 16566

and Claim number 12757 on May 24, 2021, on the basis that neither Claim has been paid [D.I. 14220, 14221]. Claim number 16566 and Claim number 12757 have been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

16. Kenneth L. Ketcherside filed an Objection to the satisfaction of Claim number 11166 on May 27, 2021, on the basis that the Claim has not been paid [D.I. 14226]. Claim number 11166 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

17. Brian Allen Gafford filed an Objection to the satisfaction of Claim number 35036 on May 29, 2021, on the basis that the Claim has not been paid [D.I. 14232]. Claim number 35036 has been resolved through Reinstatement against the Reorganized EFH Debtors and/or treatment pursuant to the TCEH bankruptcy cases, which have been closed.

18. Ivy Marie Jones filed an informal Objection objecting to the satisfaction of Claim number 12454 on June 1, 2021, on the basis that the Claim has not been paid. Claim number 12454 has been resolved through Reinstatement against the Reorganized EFH Debtors and/or treatment pursuant to the TCEH bankruptcy cases, which have been closed.

19. Eddie DuBois filed an Objection to the satisfaction of Claim number 34360 on June 2, 2021, on the basis that the Claim has not been paid [D.I. 14228]. Claim number 34360 has been resolved through Reinstatement against the Reorganized EFH Debtors and/or treatment pursuant to the TCEH bankruptcy cases, which have been closed.

20. Michael Montilla filed an Objection to the satisfaction of Claim number 61884 on June 2, 2021, on the basis that the Claim has not been paid [D.I. 14229]. Claim number 61884 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

21. Bruno Miletic filed an Objection to the satisfaction of Claim number 16442 on June 2, 2021, on the basis that the Claim has not been paid [D.I. 14230]. Claim number 16442 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

22. Deborah Lorraine Gafford filed an Objection to the satisfaction of Claim number 35035 on June 2, 2021, on the basis that the Claim has not been paid [D.I. 14231]. Claim number 35035 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

23. Julia Urton filed an Objection to the satisfaction of Claim number 12997 on June 7, 2021, on the basis that the Claim has not been paid [D.I. 14236]. Claim number 12997 has been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

24. Accordingly, since all of the claimants' issues raised in the Objections are already addressed in the Notice of Satisfaction, the Objections should be overruled as the Claims have been satisfied in full through Reinstatement against the Reorganized EFH Debtors in accordance with the Plan.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the PAB respectfully requests entry of the Order, substantially in the form proposed as **Exhibit A**, granting the relief requested in the Notice of Satisfaction.

Dated: July 1, 2021
Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        steven.serajeddini@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*