**<u>Exhibit B</u>**

**Objections**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

**EFH**

0000002741

Energy Future Holdings Corp,Claims Processing Center:

RECEIVED

MAY 1 7 2021

LEGAL SERVICES

My name is Emma Yancey, wife of deceased Jimmy H Yancey, I received the two letters about the Claim. I am very disappointed in results of the claim which means to me that I get nothing. My husband worked in those plants in and out for over 25 years. He was around a little of everything. And for this, you tell me everything is satisfied in full. This is very disrespectful and a disgrace. I myself worked in power plant as a painter around asbestos, generators, steam traps, pumps etc for over 5 years myself. My husband died at the age of 48 years old of cancer metastatic adenocarcinoma all over his body. I loss my husband, the support of my family and the love of my life at a every age. I have waited over 5 yrs to hear from this company and for what to tell me his life for all those yrs mean nothing. I wrote the letter to let you know how I fell about the matter and to have it in by June 1 2021. Claim number 14786 case #14-10979 CSS I would like for you to look back over my claim and reconsider my claim. Thank You

Sincerely

*Emma Yancey*

Emma Yancey

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

| | | |
|---|---|---|
| **TO:**<br>YANCEY, EMMA<br>FOR JIMMY YANCEY (DECEASED)<br>1738 WOODHAVEN DR<br>KNOXVILLE, TN 37914 | **Basis for Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |
| | | **Claim Number**     **Claim Amount** |
| **Claim Satisfied In Full:** | | 14786            UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "<u>PAB</u>") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "<u>Notice</u>").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

\*    Indicates claim contains unliquidated and/or undetermined amounts.

[2]    Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

925 CLEVELAND PLACE
KNOXVILLE, TENNESSEE 37917-7191

FAX 544-4295

## TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
## CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| JIMMY    H.    YANCEY | Male | 3-10-93 |

| 4. SOCIAL SECURITY NUMBER (of Deceased) | 5a. AGE—LAST BIRTHDAY (Years) | 5b. UNDER 1 YEAR | | 5c. UNDER 1 DAY | | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| 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 | 48 | MOS. | DAYS | HOURS | MIN. | 5-2-1944 | Jasper TN. |

| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 9a. PLACE OF DEATH (Check only one) |
|---|---|
| 1 ☐ Yes  2 ☒ No | HOSPITAL: 1 ☐ Inpatient  2 ☐ ER/Outpatient  3 ☐ DOA   OTHER: 4 ☐ Nursing Home  5 ☒ Residence  6 ☐ Other (Specify) |

| 9b. FACILITY NAME (If not institution, give street and number) | 9c. CITY, TOWN, OR LOCATION OF DEATH | 9d. COUNTY OF DEATH |
|---|---|---|
| 1738 Woodhaven Dr. | Knoxville | Knox |

| 10. MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| Married | Emma McCurdy | Engineer | |

| 13a. RESIDENCE – STATE | 13b. COUNTY | 13c. CITY, TOWN OR LOCATION | 13d. STREET AND NUMBER OR RURAL LOCATION |
|---|---|---|---|
| Tennessee | Knox | Knoxville | 1738 Woodhaven Dr. |

31.00 CENSUS TRACT

| 13e. INSIDE CITY LIMITS? | 13f. ZIP CODE | 14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) | 15. RACE—American Indian, Black, White, etc. (Specify) | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) |
|---|---|---|---|---|
| 1 ☐ Yes  2 ☐ No | 37914 | Yes 0 ☐  No ☐  Specify, if yes: | Black | Elementary/Secondary (0-12)   College (1-4 or 5+) +4 |

**PARENTS**

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| William Yancey | Ella Bell Buckner |

**INFORMANT**

| 19a. INFORMANT'S NAME (Type/Print) | 19b. RELATIONSHIP TO DECEASED | 19c. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|---|
| Mrs. Emma Jean Yancey | Wife | 1738 Woodhaven Dr. Knoxville, TN. 37914 |

**DISPOSITION**

| 20a. METHOD OF DISPOSITION | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20c. LOCATION—City or Town, State |
|---|---|---|
| 1 ☐ Burial  2 ☐ Cremation  3 ☐ Removal from State  4 ☐ Donation  5 ☐ Other (Specify) Intombment | Sherwood Gardens | Alcoa, TN. |

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NUMBER OF FUNERAL DIRECTOR | 21c. SIGNATURE OF EMBALMER | 21d. LICENSE NUMBER OF EMBALMER |
|---|---|---|---|
| Paul V. Bennett | 2884 | Paul V. Bennett | 3388 |

| 22a. NAME AND ADDRESS OF FUNERAL HOME | | 22b. LICENSE NUMBER OF FUNERAL HOME |
|---|---|---|
| Jarnigan & Son, | 2823 M.L.King Jr. Ave. Knoxville, TN.    37914 | 275 |

**REGISTRAR**

| 23. REGISTRAR'S SIGNATURE | 24. DATE FILED (Month, Day, Year) |
|---|---|
| ► Dorothy Weaver | March 16, 1993 |

**CERTIFIER**

| 25a. PHYSICIAN — To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. |
|---|

| 1 ☐ SIGNATURE AND TITLE OF PHYSICIAN | 25b. LICENSE NUMBER | 25c. DATE SIGNED (Month, Day, Year) |
|---|---|---|
| James W. Foster | TN MD 018742 | 3/15/93 |

| 26a. MEDICAL EXAMINER — On the basis of examination and/or investigation, in my opinion, death occurred at the time and place, and due to the cause(s) and manner as stated. |
|---|

| 2 ☐ SIGNATURE AND TITLE OF MEDICAL EXAMINER | 26b. LICENSE NUMBER | 26c. DATE SIGNED (Month, Day, Year) |
|---|---|---|
| | | |

| 27. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN OR MEDICAL EXAMINER) (Type/Print) |
|---|
| James W Foster MD    710 North Cherry Street, Knox, Tn. 37914 |

**CAUSE OF DEATH**

28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) ►
a. Metastatic Adenocarcinoma    3 mo
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

b. 
DUE TO (OR AS A CONSEQUENCE OF):

c. 
DUE TO (OR AS A CONSEQUENCE OF):

d. 

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

Ascites    Cardiomyopathy

| 29a. WAS AN AUTOPSY PERFORMED? | 29b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|
| 1 ☐ Yes  2 ☒ No | 1 ☐ Yes  2 ☐ No |

| 30. MANNER OF DEATH | 31a. DATE OF INJURY (Month, Day, Year) | 31b. TIME OF INJURY | 31c. INJURY AT WORK? | 31d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| 1 ☒ Natural   6 ☐ Pending Investigation  2 ☐ Accident   3 ☐ Suicide   ☐ Could not be Determined  4 ☐ Homicide | | M | 1 ☐ Yes  2 ☐ No | |

| 31e. PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify) | 31f. LOCATION (Street and Number or Rural Route Number, City or Town, State) |
|---|---|
| | |

Emma Yancey
1738 Woodhaven Dr
Knoxville, Tn. 37914

KNOXVILLE TN 377

12 MAY 2021 PM 3 L

**RECEIVED**

MAY 17 2021

**LEGAL SERVICES**

Energy Future Holdings Corp
Claim Processing
C/o Epiq Corporate Restructuring,
LLC
P.O. Box 4421
Beaverton, Or  97076-4421

97076-042121

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS  04-30-2021 (MERGE2,TXNUM2) 4000039079

BAR(23) MAIL ID *** 000194120741 ***



VERDUGO, VICKI
254 SAILFISH ST
CORPUS CHRISTI, TX  78418

Epiq Corporate Restructuring
Po Box 4470
Beaverton, OR. 97076-4470

**RECEIVED**

MAY 1 7 2021

**LEGAL SERVICES**

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

EFH

0000002742

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

Group ID: 7342; 12922

Dear Sirs,

I got a letter from you in 2014.
I sent back all the information
That you ask you. I was esplato
Then I head nothing from you
alill 2021 on May 4. I ~~~~ don't know
what elas you need. In ~~~~
January my Trailer Burn down
at 254 Sailfish St. I paid for a
Hud trailer. I call the # and
told me to write a letter. Every
thing I had burn. I lost 2 cats
I couldnt get them out, they burn
to death. so lett me know I need
to doo. sorry abut the paper here but
I do not have any. My new adress
is 258 Porpoise St. C.C,Tx, ~~~~ 78418
I can't aford a lawer.

Vicki Verdugo

**DID YOU REMEMBER**

... ~~TO NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK?~~

... ~~TO ENCLOSE THE PAYMENT STUB?~~

... ~~TO SIGN YOUR CHECK?~~

~~PLEASE DO NOT STAPLE OR TAPE PAYMENT TO STUB.~~

From: Jacob Casamelago Jess
25 E Poppies St
C.C. Texas 78418

TX 784 1
07 MAY 2021 PM

USA Forever

**RECEIVED**

**MAY 17 2021**

**LEGAL SERVICES**

Epig Corporate Restructuring
P.O. Box 4470
1 Beaverton, OR, 97026
44720

Beloxi, MS 39530-2920

May 7, 2021

Sir,

Since finding black spot in my lung in 2018, I felt the same as usual. I got short breath, followed in coughing.

I remember long ago working on asbestos powder while repairing 8" air line pipe. We used our bear hands, no mask for our mouth.

Nobody told us that asbestos is bad for our health, so here I am daily suffering short breath. I got VA medication for lung problem, but short breath won't go away.

My lung problem will go with me til death. I'm 93 years old.

AR

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

EFH



0000002743

RECEIVED
MAY 17 2021
LEGAL SERVICES

Beloxi, MS 39530-2926                    May 7, 2021

.. Sir,

        Since finding black spot in my
lung in 2018, I felt the same as usual.
I got short breath, followed with coughing.
        I remember long ago working on asbestos
powder while repairing 8" air line pipe. We
used bear hand, no mask for our mouth.
        No body told us that asbestos is bad for
our health. So, here I am daily suffering
short breath. I got VA medication for lung
problem, but short breath won't go away.
        My lung problem will go with me, 'til death.
I'm 93 years old.

                        AR



Mr Antonio S Rogador
222 Benachi Ave
Biloxi MS 39530-2926

GULFPORT MS 395

10 MAY 2021 PM 3 T

**RECEIVED**

MAY **17** 2021

**LEGAL SERVICES**

Claims Processing Center
C/o Epiq Corporate Restructuring,
LLC, P. O. Box 4421
Beaverton, OR 97076-4421

9707630421

RECEIVED

MAY 2 4 2021

LEGAL SERVICES

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

**EFH**

0000002748

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,¹ | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| | | |
|---|---|---|
| TO:<br>REVIER, PRISCILLA<br>6893 W HWY 61<br>TOFTE, MN 55615 | **Basis for**<br>**Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim Satisfied In Full:** | 15863 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").² A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

¹ The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

\* Indicates claim contains unliquidated and/or undetermined amounts.

MAY 21, 2021

Dear Sirs,

I just got your Letter and see Now it Comes from Epiq Corporate Restructuring LLC before it was Bankrupsy so in 2015 it Started as Energy Holding Corp Processing center - Then I heard from you in 2016 - 4 Times - 2017·3times - 2018· 2 Times ~ 2019·1 Time-2020 I wrote To you and Finally Now in 2021 I heard From you + It Says "Claim Satisified on Full" As of yet I never received any money at all - So My claim should Not be Satisi fied in Full - And yet you have "undetermined" in the claim Amount - Enclosed is a copy of my Letter - After 7 years I would Sure Like this to be Taken Care of —

thank you

Priscilla Revier

PO Bx 2114  -6893 W Hwy 61

Tofte Mn 55615

Priscilla L Lewis

Priscilla Revier
6893 W Hwy 61
PO Box 2114
Torte Mn 55615

CERTIFIED MAIL

PAUL MN 550

MAY 2021PM

7014 2120 0001 9313 7391

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 007.00⁰
0001926730  MAY 21 2021
MAILED FROM ZIP CODE 55615

Epig Corporate Restructuring LLC
PO Box 4470

Beaverton OR 97076 - 4470

**RECEIVED**

MAY 2 4 2021

**LEGAL** SERVICES

RETURN RECEIPT REQUESTED

97076-447070

**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

epiq

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

**EFH**

0000002750

EFH 15TH NOS  04-30-2021 (MERGE2,TXNUM2) 4000042856

BAR(23) MAIL ID *** 000194113390 ***

MUNOZ, FRANCISCO
1844 OLD MILL RD
MERRICK, NY  11566

RECEIVED

MAY 2 7 2021

LEGAL SERVICES

Francisco Muñoz   Claim # 62164

To whom it may concern.

As of today Sunday May 23rd 2021. I have not received any offers concerning my claim.

As of today Sunday May 23rd 2021 I consider my claim # 62164 NOT SATISFIED and respectfully request that it kept open.

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

Group ID: 5099; 62164

Francisco Muñoz
1844 Old Mill Rd
Merrick, NY. 11566

MID-ISLAND NY 117

24 MAY 2021 PM 6 L

**RECEIVED**

MAY 27 2021

**LEGAL SERVICES**

Epiq Corporate Restructuring LLC
P.O Box 4470
Beaverton, OR 97076-4470

97076-447070

EFH

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)
EFH
0000002753

May 26, 2021

RECEIVED

MAY 2 8 2021

LEGAL SERVICES

To whom it may concern.

Me Hector M. Cubero Rosado SSN 583 07 9435.  I'm ⸺ satisfied and solicit that the

asbestos case continues. Being in contact with asbestos has affected in several ways

many fellow employees and I were diagnosed with illnesses. I also want to notify that in

1988 in this same job on the AEE, a group of employees including me, 42 members were

contaminated with hydrazine. They had us working outside and gave us water on a big

green can while we were working, and the water was contaminated with this chemical

that they were using. Because of this the Red Cross won't allow me to donate neither

blood or organs for the rest of my life.  Please If you are interested in helping me pursue

this, I have more evidence of physical studies when this happened. My number is 787-

220-5597 and my wife's number 787-604-3352.


Cordially

Hector M. Cubero Rosado

**LY TO SEAL**

U.S. POSTAGE PAID
PME 1-Day
CATANO, PR
00962
MAY 27 21
AMOUNT

**$0.00**

R2304M114003-04

1007    97076

27 2021

GRAND ISLAND ICE CAVES

**ED STATES**
**L SERVICE.**

EK282643512US

**RITY**®
**L**
**ESS**

UNITED STATES
POSTAL SERVICE ®

**PRIORITY**
**★ MAIL ★**
**EXPRESS**™

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (

Hectorm cubero Rosado
Calle matienzo Cintron #52
B° Amelia, Guaynabo P.R. 00965

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)    PHONE (

EP19 Corporate Restructing LLC
P.O Box 4470
Beaverton, OR 97076-4470
Address Service Requested

ZIP + 4® (U.S. ADDRESSES ONLY)

**WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.**

e free
ckup,
t code.

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) 5/28/21 | Postage $X.35 | |
| Date Accepted (MM/DD/YY) 5-27-2 | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☑ 4:15 PM | Insurance Fee $0.0241 2 | COD Fee $ |
| Time Accepted 10:15 ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Weight 1.4 lbs. ozs. ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $26.35 | |
| | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    **3-ADDRESSEE COPY**

**RECEIVED**

MAY 28 2021

LEGAL SERVICES

PICKUP

**EP13F Oct 2018**
**OD: 12 1/2 x 9 1/2**

000006



**Epiq Corporate Restructuring, LLC**
**PO BOX 4470**
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

FILED

2021 MAY 13  AM 9: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

EFH 15TH NOS  04-30-2021 (MERGE2,TXNUM2) 4000041420

BAR(23) MAIL ID *** 000194105297 ***



GOTTLIEB, ALAN W
89 TOBIN AVE
GREAT NECK, NY 11021-4436

NOW HEAR THIS

@ THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE

**THE REMAINDER OF THIS PAGE**

**INTENTIONALLY LEFT BLANK**

@ I, ALAN W. GOTTLIEB CLAIM 14240
HEREBY REJECT THE STATUS OF ENCLOSED
STATEMENT OF CLAIM AS TOO VAGUE,
IMPROPER, ILLEGAL, UNFAIR UNDER THE
BANKRUPTCY LAWS OF THE UNITE STATES.
NOW PLEASE PAY MY CLAIM AS SUBMITTED

THANK YOU

ALAN W. GOTTLIEB
Alan W. Gottlieb
89 TOBIN AVE
GREAT NECK NY 11021
4436

Group ID: 2805; 14240

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| TO: | Basis for | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS |
|---|---|---|
| GOTTLIEB, ALAN W | Satisfaction: | CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS |
| 89 TOBIN AVE | | CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS |
| GREAT NECK, NY 11021-4436 | | CLAIMS WERE REINSTATED AGAINST THE |
| | | REORGANIZED EFH DEBTORS IN ACCORDANCE WITH |
| | | THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B |
| | | SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED |
| | | A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN |
| | | SATISFIED IN FULL THROUGH REINSTATEMENT. |
| | | SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT |
| | | THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS |
| | | ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE |
| | | DATE, WHICH OCCURRED ON MARCH 9, 2018. |

| | Claim Number | Claim Amount |
|---|---|---|
| Claim Satisfied In Full: | 14240 | $209,600.00 |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*  Indicates claim contains unliquidated and/or undetermined amounts.

[2]  Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:    April 30, 2021                    /s/ Jason M. Madron
                                            **RICHARDS, LAYTON & FINGER, P.A.**
                                            Mark D. Collins (No. 2981)
                                            Daniel J. DeFranceschi (No. 2732)
                                            Jason M. Madron (No. 4431)
                                            920 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone:      (302) 651-7700
                                            Facsimile:      (302) 651-7701
                                            Email:          collins@rlf.com
                                                            defranceschi@rlf.com
                                                            madron@rlf.com

                                            -and-

                                            **KIRKLAND & ELLIS LLP**
                                            **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                            Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                            Stephen E. Hessler, P.C. (admitted *pro hac vice*)
                                            Brian E. Schartz, P.C. (admitted *pro hac vice*)
                                            Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
                                            Aparna Yenamandra (admitted *pro hac vice*)
                                            601 Lexington Avenue
                                            New York, New York 10022-4611
                                            Telephone:      (212) 446-4800
                                            Facsimile:      (212) 446-4900
                                            Email:          edward.sassower@kirkland.com
                                                            stephen.hessler@kirkland.com
                                                            brian.schartz@kirkland.com
                                                            steven.serajeddini@kirkland.com
                                                            aparna.yenamandra@kirkland.com

                                            -and-

                                            James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                            Chad J. Husnick, P.C. (admitted *pro hac vice*)
                                            300 North LaSalle
                                            Chicago, Illinois 60654
                                            Telephone:      (312) 862-2000
                                            Facsimile:      (312) 862-2200
                                            Email:          james.sprayregen@kirkland.com
                                                            marc.kieselstein@kirkland.com
                                                            chad.husnick@kirkland.com

                                            *Co-Counsel to the EFH Plan Administrator Board*

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 14240.  Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware.  While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan.  Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

KLAU M. GOTTLIEB
& 9 TOBIN AVE
GREAT NECK, NY 11021-4430

7021 0350 0000 0724 9376

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET 3RD FLOOR
WILMINGTON DELAWARE 19801

U.S.M.S.
X-RAY!

198018 3024 C012







$5.90

14-10979 CSS

Epiq Corporate Restructuring, LLC
PO BOX 4470
Beaverton, OR 97076-4470
Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

epiq

FILED
2021 MAY 13 AM 9:23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

EFH 15TH NOS  04-30-2021 (MERGE2,TXNUM2) 4000041415

BAR(23) MAIL ID *** 000194105298 ***



GOTTLIEB, ALAN W.
89 TOBIN AVE
GREAT NECK, NY  11021-4436

NOW HERE THIS

① TO THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

## THE REMAINDER OF THIS PAGE

## INTENTIONALLY LEFT BLANK

② I ALAN W. GOTTLIEB CLAIM 14239
HEREBY REJECT THE STATUS ENCLOSED
STATE MENT OF CLAIM AS TOO VAGUE,
IMPROPER, ILLEGAL, UNFAIR, UNDER THE
BANKRUPTCY LAWS OF THE UNITED STATES
PLEASE PAY MY CLAIM AS SUBMITTED

THANK YOU,

ALAN W GOTTLIEB
alan w. Gottlieb
89 TOBIN AVE
GREAT NECK NY 11021

Group ID: 2806; 14239

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| TO:<br>GOTTLIEB, ALAN W.<br>89 TOBIN AVE<br>GREAT NECK, NY 11021-4436 | **Basis for Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |
|  | | **Claim Number** / **Claim Amount** |
|  | **Claim Satisfied In Full:** | 14239 / UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Wilmington, Delaware
Dated:   April 30, 2021

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:        (302) 651-7701
Email:            collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:            edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com
                  steven.serajeddini@kirkland.com
                  aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:            james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**Energy Future Holdings**

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 14239. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET 3RD FLOOR
WILMINGTON DELAWARE 19801

ALAN W. GOTTLIEB
24 TUBEN AVE
GREAT NECK, NY 11021-2436

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET 3RD FLOOR
WILMINGTON DELAWARE 19801

7021 0350 0000 0724 9383

1980133024 C012









U.S.M.S
X-RAY

POSTAGE PAID
GREAT NECK, NY
MAY 10, 21
AMOUNT
$5.90
R2304H1192Q3-06

DEAR SIR

IF YOU WOULD PLEASE LET
ME KNOW ABOUT ANY
COMPENSATION IF ANY.

SINCERLY

Mike Coetner (Connie M. Coetner)

CLAIM NO,
31487

CASE NO,
14-10979 (CSS)

FILED
2021 MAY 17 AM 10:28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

19801-302499

Connie M. Castner
139 Cook Trl
Mocksville, NC 27028
GREENSBORO NC 270
PIEDMONT TRIAD AREA

UNITED STATES BANKRUPTCY CLERK
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET ST.
3RD FLOOR
WILMINGTON, DELAWARE
19801

May 15, 2021

Energy Future Holdings Corp.
Claims Processing Center
C/O Epiq Corporate Restructing, LLC
PO Box 4421
Beaverton, OR 97076-4421

**FILED**

**2021 MAY 21  AM 9: 32**

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE


Kwane Glover
3880 Terrace St
Apt 1
Philadelphia, PA 19128

To whom it may concern:

I am writing you today about the claim I filed as a part of Energy Future Holdings' chapter 11 bankruptcy cases.  At this time, I am stating the courts have not satisfied my claim number 63347.  I have not received any formal information in regard to the monetary outcome of my claim number 63347.  The "UNDETERMINED" status is not a satisfactory resolution to the claim.  I am looking for formal information, punitive compensation, pain and suffering compensation, compensation for loss of personal enjoyment, compensation for mental anguish, compensation for loss of consortium, and acknowledgement of wrong doing on the part of Energy Future Holdings Plan Administrator Board.

This letter also serves the purpose of filing a response that my claim 63347 was not agreed upon as of the date of this letter.  I am seeking a total claim amount of "$1,000,000.00" the same as claim number 25263, Glover, Steven.  Please, only call or write once a monetary amount has been agreed upon to discuss.  I have no prior knowledge of my claims no longer part of the chapter 11 cases, nor has it been satisfied through the operation of the chapter 11 plan per my knowledge.

My previous address was 213 Water St, Ridley Park, PA 19078.  My new address is stated above as the following 3880 Terrace St, Apt. 1, Philadelphia, PA 19128.  My cell phone number is 215-767-0195.  My email address is kwaneglover@hotmail.com

I look forward to hearing from all parties in this matter.  In the event there is a form I need to file, call me immediately.  If I am not available, leave me a message.  You have received a copy of this letter because your address was on the last notice/ letter I have received.


Sincerely

Kwane M. Glover

Docket No. 14217
Date Filed: 5/21/21

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

TO:
GLOVER, KWANE
213 WATER ST
RIDLEY PARK, PA 19078-3226

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim Satisfied In Full:** | 63347 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "<u>PAB</u>") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "<u>Notice</u>").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*   Indicates claim contains unliquidated and/or undetermined amounts.

[2]   Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:    April 30, 2021

/s/ Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com
                      steven.serajeddini@kirkland.com
                      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

# FILED

Simmons, Robert Edward
2911 S. Leonard Springs Rd
Apt 28
Bloomington, IN 47403
812-318-6863

To: Energy Future Holding Corp
CASE No 14-10979 (CSS)

    I'm writting in Reference to the Letter I Received From you. My Apt. No. is the only difference in my address due to the hospital and insurance Company telling me I couldn't use steps after my colon cancer surgery. That was March of 2018 I was diagnosed with it. I have had check ups on Regular bases and now it has come back on my Liver. On May 18th I'm scheduled to see a Liver Surgeon in Indianapolis at IU Health to go over what he's going to do. On May 10, 2021 I had a Biopsy on my Liver and are trying to find out if it was caused by my colon cancer.

    Everyone Tells me I couldn't have got it From Asbestus. But the Perimedic in the Twin Towers Died From Asbestu Colon Cancer. My Ex has already died From a Fatal Heart attack But was on Oxigen From 2006 till She died August 3, 2018. She was Exposed to Asbestus handling my clothes and Etc.

    My colon Cancer Cost my insurrer over $1,500,000 and $3,000 was added to my Bankruptcy. This Time I won't be able to add what my insurrance dosen't pay to my Bank ruptcy. With my medical Bills I haven't been able to Fix my car that is going to waste by not having money to keep it up.

    Social Security is my only income.

This next surgery and chemo may cost more than the first one.

The Dr. has also found a spot on my left lung and had a ct scan plus blood work. My liver started out as a spot too and now it covers about a inch of my liver.

The power plant east of Evansville, Indiana is the one I hauled in and out of from 2000 to 2004. They had me loading my own truck from the silo and getting the dust all over me. I turned my paper work in for this back in 2015 and was getting letters on updates till about 2 years ago.

Primary Dr.
Dr. David Matlock          812-849-3408

Cancer Dr
Dr Shah                   812-676-4444

Dr Dole                   317-944-6049

Dr Attila Nakeeb MD       888-531-3004

These are the Doctors involved with my cancer

Thank you

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| TO:<br>SIMMONS, ROBERT EDWARD<br>2911 S LEONARD SPRINGS RD, APT<br>29-28<br>BLOOMINGTON, IN 47403-3764 | Basis for<br>Satisfaction: | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |
|  |  | **Claim Number**     **Claim Amount** |
|  | Claim Satisfied In Full: | 13320     UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*  Indicates claim contains unliquidated and/or undetermined amounts.

[2]  Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

May 8th 2021

I Do _Not_ agree with my case No ~~12756~~ 12756

Being satisfied

I want to Continue (reinstate) this Claim No 12756 against the reorganized EFH Debtors or others as it may apply

Please notify the United States Bankruptcy Court for the District of Delaware that my Case Claim No 12756 is Continued (reinstated) that the allowed A 3 legacy GUC/asbestos claim are reinstated as of the EFH/EFIH Effective Date Which occurred on March 9 2018

PHYLLIS ARNOLD
Phyllis Arnold
125 2nd St
Childs, Pa
18407

570-846-2986
570-282-1647

May 8, 2021

FILED
2021 MAY 21 AM 9:37
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Docket No. 14219
Date Filed: 5/21/21

**FILED**

Energy Future Holdings

2021 MAY 21 AM 9:36

*Case No. 12756*
*12756*



CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE
125 2nd St
Childs, PA 18407

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 12756. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you. *I don't agree with my case being satisfied through the operation of the chapter 11 Case #12756 I want my case to continue until the settlement I deserve because of my care*

*Phyllis Arnald*
*125 2nd St*
*Childs, Pa*
*18407*

*Tele 570-282-1047*
*570-840-2986*

*Claim 12756*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

TO:
ARNOLD, PHYLLIS (10-1-15)
125 2ND ST
CHILDS, PA  18407

Basis for Satisfaction:
ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| Claim Number | Claim Amount |
|---|---|
| Claim Satisfied In Full: 12756 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register. *I do Not agree that Claim # 12756 be Satisfied I want the claim 12756 to be continued against Reorganized (R Ete EFH/EFIH Debtors*

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Phyllis Clured*
*125 2rd ST*
*Childs PE, 18407*

*  Indicates claim contains unliquidated and/or undetermined amounts.

[2]  Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

*My cancer is on going*
*Will under go my 4th operation*
*soon for cancer of the Nose & Face*

Phyllis Arnold
125 2nd St
Childs, PA 18407

18752

RETURN RECEIPT
REQUESTED



**CERTIFIED MAIL**

7015 1730 0000 2538 5733

1000

1 9601 83024 C012

United STATes BankRupTey Court FoR The DisTrict of Delaware
824 NORTh MARkeT STReeT
3RD FlooR
WilMiNgToN DeLAWARe 19801







U.S. POSTAGE PAID
FCM LETTER
JERMYN, PA
18433
MAY 17, 21
AMOUNT

$7.00

R2305K141051-01

MAY 8- 2021                    Case # 16566

We do not agree with my Case no 16566
being satisfied.          Claim

          I want to continue to reinstate
this claim no 16566 against the reorganized
E.F.H. debtors or others that may apply.

          Please notify The United States
Bankruptcy Court for the District of
Delaware that my case no 16566 is
continued (reinstated) & that the allowed
A3 legacy  GVC asbestos claim #
is not satisfied and will continue.

My Cancer is still ongoing

                         Kenneth L Arnold
                         125 2nd ST
                         Childs Pa
                              18407

FILED
2021 MAY 21  AM 9: 39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Docket No. 14220
Date Filed: 5/21/21

*[handwritten top right:]* Cin 16566

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

TO:
ARNOLD, KENNETH L.
125 2ND ST
CHILDS, PA 18407

*[handwritten:]* 570 262 1647
570 245 2906

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| Claim Number | Claim Amount |
|---|---|
| 16566 | $50,000.00* *[handwritten: Never received]* |

**Claim Satisfied In Full:**

*[handwritten annotations: Please continue this claim under the allowed A3 legacy guc/asb claims. this Claim was never satisfied. Kenneth Arnold]*

On April 30, 2021, the EFH Plan Administrator Board (the "**PAB**") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "**Notice**").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register. *[handwritten: I have need to My Claim reinstated because of My cancer is progressing]*

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*  Indicates claim contains unliquidated and/or undetermined amounts.

[2]  Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

*[handwritten bottom: Kenneth L Arnold / 125 2nd st Childs / 18417 ... these + more cancer operation over the last 10 years one is set for June 2021 in My hip ... I need this case to continue]*

**Energy Future Holdings**

*16566*

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 16566. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

*Please include this claim 16566 under the reinstated*
*Reorganized EFH Debtors*

*, as my cancer is on going May 8th 2021*
*this never went thru with the offer*

*Kenneth D Arnold*
*125 2nd St*
*Childs Pa*
*18407*
*570 282 1047*
*570 840 2986*

*Claim 16566*

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

*May 8th 2021*

*to United States Bankruptcy Court for the District of Delaware I am Responding to my claim number 16566 I want this Claim number 16566 continued against the Reorganized E F H DEBTORS as my condition (cancer) is still ongoing*

*Kenneth L Arnold*
*125 2nd St*
*Chester Pa*
*18407*

*570 280 2 831 047*
*570 840 2986*
*May 8th 2021*

2



Kenneth Arnold
125 2nd St
Carbondale, PA 18407

class 76566

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7016 0750 0000 9701 8580

U.S. POSTAGE PAID
FCM LG ENV
JERMYN, PA
18433
MAY 17, '21
AMOUNT
$7.00
R2305K141051-01

The United STATes BankRupTcyCouRT FoRTheDisTRicT
824 NoRTh MARKET STREET oF DelAwARE
3RD FlooR
WilmingTon DelAwARE, 19801

19801330024 C012

I Do not agree with my case No 12757
Being satisfied

I want to continue (reinstate) this claim
No 12757 against the reorganized EFH Debtors
or others as it may apply

Please notify the United States Bankruptcy
Court for the District of Delaware that my case
Claim No 12757 is Continued (reinstated) that the
allowed A3 legacy GUC/asbestos claims are
reinstated as of the EEH/EFIH Effective Date Which
occurred on March 9 2018

Kenneth L Arnold
125 2nd St
Childs Pa
18407

Phone # 570 2621047
Cell 570 8402986

FILED
2021 MAY 21  AM 9: 40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Docket No. 14221
Date Filed: 5/21/21

ergy Future Holdings

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 12757. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you. *I do **not** agree with my case being satisfied I want my Case # 12757 to Continue with a settlement that I deserve because of my Cancer*

*Kenneth L Arnold*
*125 2nd St*
*Childs Pa*
*18407*
*570 282 1047*
*570 840 2986*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| | | |
|---|---|---|
| **TO:**<br>ARNOLD, KENNETH L<br>125 2ND ST<br>CHILDS, PA 18407 | **Basis for Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |
| | **Claim Satisfied In Full:** | **Claim Number**     **Claim Amount**<br>12757             UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register. *I do not agree that claim # 12757 be Satisfied I want the claim(12757) to be continued against EFH debtors* ⊙(K2a)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Kenneth L Arnold*
*125 2nd ST Childs Pa*
*18407*

\*   Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

*570 282 1047*
*570 840 2986*

*My Cancer is Continuing 4th operation is set for June 2021 x close*
*Joce*

Kenneth Arnold
125 2nd St
Carbondale, PA 18407

RETURN RECEIPT
REQUESTED



CERTIFIED MAIL

7016 0750 0000 9701 8479



U.S. POSTAGE PAID
FCM LETTER
JERMYN, PA
MAY 17, '21
AMOUNT
$7.00
R2305K141051-01

The
United States Bankruptcy Court For The District Of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware





**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED

2021 MAY 27  AM 9: 04

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et all | Case No. 14-10979 (CSS) |
| Debtors | (Jointly Administered) |

NOTICE OF DISAGREEMENT WITH DISCHARGE OF MY CLAIM AS PAID IN FULL

May it please the Court, I hereby disagree with petitioner's request for discharge as my claim has not been paid and I move this Court to re-establish and re-affirm it in full and to order full satisfaction of same.

Kenneth L. Ketcherside
1876 Launiupoko Pl
Wailuku, Hi. 96793

cc:  Richards, Layton & Finger, P. A., et al
920 North King Street
Wilmington, Delaware 19801

cc:  Kirkland & Ellis L.L.P, et al
601 Lexington Ave
New York, NY 10022-4611

cc:  James H.M. Spraygrgen, P.C., et al
300 North LaSalle
Chicago, Illinois 60654

Brian Allen Gafford
9435 Lee Road
Lipan, Texas 764
5-27-21

**FILED**
2021 JUN -2 AM 9: 02
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge,

I have not received
any money to finalize their
Coservy Holding Debt to me.
Please send my money to
above address. Please don't close
my case until they pay. They
have not.
My case number is
14-10979 (CSS)
Thank you,
Brian Allen Gafford

Claim number
35036.01
this letter is received and
sent before dead line.

*[handwritten:] I have reviewed this document. Other family members received checks for $197. My claim is not paid. I do not agree. Brian A. Gafford*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| TO:<br>GAFFORD, BRIAN ALLEN<br>9435 LEE ROAD<br>LIPAN, TX 76462 | Basis for<br>Satisfaction: | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. ANY CLAIMS NOT SUBJECT TO SUCH TREATMENT WERE RESOLVED THROUGH THE TCEH BANKRUPTCY CASE CONSISTENT WITH THE TREATMENT DESCRIBED IN THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE [D.I. 9199] (AS MODIFIED BY D.I. 9321 AND 9374). |
|  |  |  |

|  | Claim Number | Claim Amount |
|---|---|---|
| Claim Satisfied In Full: | 35036.01 | UNDETERMINED* |

*[handwritten:] No money sent or received to me.*

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*  Indicates claim contains unliquidated and/or undetermined amounts.

[2]  Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:    April 30, 2021                                /s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:          (302) 651-7700
Facsimile:          (302) 651-7701
Email:              collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:          (212) 446-4800
Facsimile:          (212) 446-4900
Email:              edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com
                    steven.serajeddini@kirkland.com
                    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:          (312) 862-2000
Facsimile:          (312) 862-2200
Email:              james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

Debbie L Gafford 5-29-2021
EFHAasbestosClaims@epiqglobal.com
Legal Lawyers:  Copies of letters sent to the Judge at the Lawsuit Courthouse
 I am sending you the letters you requested because I have not received any money so, my debt with you is not complete or acceptable. This letter you requested be to your advisement before June 1, 2021 by 4PM. And it is there by mail and email.
   There are two attachments included for Debbie l Gafford mother and wife of employee Larry Neal Gafford and our son, Brian Allen Gafford.  Thank you please respond. Debbie Gafford 817-739-2119 cell or 254-646-2856 home.


**Brian Allen Gafford**
**9435 Lee Road**
**Lipan, Texas 76462**
**5-27-2021**
**254-646-2856 home or 817-739-2119 cell**


**Sirs: To Whom It May Concern:**


**Legal Lawyers Richards, Layton, Finger**
**920 North King Street**
**Wilmington, Delaware 19801**
**Phone 302-657-7700 or 302-651-7701**


**I am writing this letter to tell you that I was never paid or given any money compensation during the bankruptcy hearing and cases. According to your information and letter you stated that my claim has been satisfied. I notified the Judge that my Claim # 35036.01. Case number 14-10979 CSS. I sent information that my claim has not been paid.**
**I am mailing documentation and emailing my request to your computer. Some of my family members received an exceedingly small amount of money but two of us did not receive anything. Check your records and pay us please.  I did also send a letter to the judge presiding over the case and it should be entered into his records. Thank you very much.**


**Brian Allen  Gafford**

Debbie L Gafford 5-29-2021
EFHAasbestosClaims@epiqglobal.com
Legal Lawyers:  Copies of letters sent to the Judge at the Lawsuit Courthouse
  I am sending you the letters you requested because I have not received any money so, my debt with you is not complete or acceptable. This letter you requested be to your advisement before June 1, 2021 by 4PM. And it is there by mail and email.
    There are two attachments included for Debbie l Gafford mother and wife of employee Larry Neal Gafford and our son, Brian Allen Gafford.  Thank you please respond. Debbie Gafford 817-739-2119 cell or 254-646-2856 home.


**Debbie L Gafford**
**9435 Lee Road**
**Lipan, Texas 76462**
**5-27-2021**
**254-646-2856 home or 817-739-2119 cell**


**Sirs: To Whom It May Concern:**


**Legal Lawyers Richards, Layton, Finger**
**920 North King Street**
**Wilmington, Delaware 19801**
**Phone 302-657-7700 or 302-651-7701**


**I am writing this letter to tell you that I was never paid or given any money compensation during the bankruptcy hearing and cases. According to your information and letter you stated that my claim has been satisfied or paid. I notified the Judge that my Claim # 35035. Case number 14-10979 CSS.  I am mailing documentation and emailing my request to your computer. Some of my family members received an exceedingly small amount of money but two of us did not receive anything. Check your records and pay us please.  I did also send a letter to the judge presiding over the case and it should be entered into his records. Thank you very much.**


**Debbie L Gafford**

**Winter, Gregory**

| | |
|---|---|
| **From:** | notification |
| **Sent:** | Tuesday, June 1, 2021 6:29 PM |
| **To:** | DL-EFH |
| **Subject:** | Energy Future Holdings Corp., et al. – Request for Information |
| **Categories:** | Red Category |

Name: IVY MARIE JONES
Email: GRAM_MA2001@YAHOO.COM
Phone: 5128887072
Address One: PO BOX 7516
Address Two:
City: ROUND ROCK, State: TX, Zip Code: 78683
Organization:
Inquiry: I DID NOT RECEIVE ANY PAYMENTS NOR DO I AGREE WITH THIS SETTLEMENT.

FILED

2021 JUN -1 AM 9: 20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

DATE     5-23-2021
CASE NO.   14-10979 (CSS)
CLAIM NO. 34360. 05


UNITED STATES   BANKRUPTCY COURT
   DISTRICT OF DELAWARE
   824 North Market Street
   3RD Floor
   Wilmington, Delaware  19801


THE  RESPONSE  to  this  NOTICE  is  that
I  do  not  ACCEPT  OR  AGREE  to  this  CLAIM
AS  BEING  SATISFIED  Additional  CONSIDERATION
is  REQUESTED  due to  my  HEALTH  issues  from  EFH,


                    REGARDS
                    Eddie DuBois
                    Eddie  DuBois
                    P.O. BOX 758
                    Pilot Point, TEXAS  76258


CC:   JASON  M  MADRON  (RichARDS, LAYTON, FINGER)
      920 North King STREET
      Wilmington, DELAWARE   19801

**IN THE UNITED STATES BANKRUPTCY COURT** FILED
**FOR THE DISTRICT OF DELAWARE**

2021 JUN -1 AM 9: 20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S**
**FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

TO:
DUBOIS, EDDIE
PO BOX 758
PILOT POINT, TX 76258

Basis for
Satisfaction:

*PLEASE SEE ENCLOSED lETTER
AS TO RESPONSE
THANK YOU*

ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. ANY CLAIMS NOT SUBJECT TO SUCH TREATMENT WERE RESOLVED THROUGH THE TCEH BANKRUPTCY CASE CONSISTENT WITH THE TREATMENT DESCRIBED IN THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE [D.I. 9199] (AS MODIFIED BY D.I. 9321 AND 9374).

| Claim Number | Claim Amount |
|---|---|
| Claim Satisfied In Full: 34360.05 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[*]  Indicates claim contains unliquidated and/or undetermined amounts.

[2]  Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

May 25, 2021

FILED

I do not agree with the notice of my claim being satisfied. My claim number, 61884.

2021 JUN -1 AM 9: 26

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Energy Future Holdings Corp, et al, debtors.

Chapter 11, case no. 14-10979 (CSS)

~~10979~~

My response: <u>not satisfied</u>

Michael Montilla
377 Roberts Way
Camano Island WA 98282

Docket No. 14229
Date Filed: 6/2/21

FILED

2021 JUN -1 AM 9:48

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 25, 2021

United States Bankruptcy Court for the District of Delaware

824 North Market ST

3rd Floor

Wilmington, DE 19801

Claim No. 16442

To whom it may concern,

While working for Ebasco Services Incorporated, Enserch and Raytheon in New York for 22 years, at 2 Rector St, 19 Rector St, 21 West St, Lyndhurst NJ and WTC 2, I was sent to field assignments to:

- Surry No. 2
- Virginia Power & Light
- St Lucie No. 2 FP & L
- WPPSS & Unit 3
- Satsop Washington State
- South Texas project, Bay City
- Waterford No. 3 LP & L, worked for 3 years when plant was under construction
- U.S. Embassy Cairo Annex II in Egypt

At all these field assignments I was exposed to asbestos, except for Surry No. 2, which I was exposed to both asbestos and radiation. As a result of these exposures, I was diagnosed with Lymphoma Cancer, for which I am treated for now. I was hospitalized 5 times and received chemotherapy treatment. Affixed are the documents from the hospital.

Thank you for your attention on this matter.

I can be reached at the following address and phone numbers:

Bruno Miletic
825 Via Del Sol Dr
Davenport, FL 33896
H: (863) 353-9588, Cel: (786) 201-2480

Sincerely,

Bruno Miletic

Docket No. 14230
Date Filed: 6/2/21

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**TO:**
MILETIC, BRUNO
825 VIA DEL SOL DR.
DAVENPORT, FL 33896

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| Claim Number | Claim Amount |
|---|---|
| **Claim Satisfied In Full:** 16442 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 16442. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

CT Chest w/ Contrast
* Final Report *

MILETIC , BRUNO - 71572321

Result Type:          CT Chest w/ Contrast
Result Date:          November 20, 2018 09:56 EST
Result Status:        Auth (Verified)
Result Title:         CT Chest w/ Contrast
Performed By:         Smith CR, April Jean on November 20, 2018 09:56 EST
Verified by:          ROGERS MD, CLARK DAVID on November 20, 2018 10:20 EST
Encounter info:       89762059, FH CEL, ED Admit, 11/20/2018 - 11/30/2018

## * Final Report *

**Reason For Exam**
SUPRACLAVICULAR NODES, LYIMPHOMA;Other

**Report**
EXAM: CT CHEST WITH CONTRAST

INDICATION: Subclavicular nodes.  History of lymphoma.

COMPARISON: 10/22/2018

TECHNIQUE: Contiguous axial images were obtained from the thoracic inlet
to the lung bases following the intravenous administration of 100 mL of
contrast. Up-to-date CT equipment and radiation dose reduction techniques
were employed.

FINDINGS:

LUNGS AND PLEURA: There is mild bibasilar atelectasis.  No effusions.

MEDIASTINUM: No masses.

LYMPH NODES: 2.0 x 2.4 cm level 2 left axillary lymph node.  2.6 x 1.5 cm
supraclavicular lymph node image 15.  5.2 x 3.1 cm conglomeration of
supraclavicular lymph node image 5, increased.

HEART: Normal in size.  No pericardial effusion.  Coronary artery
calcifications.

AORTA AND GREAT VESSELS: No aneurysm or dissection.

OSSEOUS STRUCTURES: No acute fracture or destructive lesion.

UPPER ABDOMEN: Please see separate dictation.

IMPRESSION: Increasing left superventricular and axillary adenopathy.

Printed by:     Hernandez , Carmen C                          Page 1  of 2
Printed on:     01/21/2019 15:39 EST

CT Abdomen/Pelvis w/ Contrast
* Final Report *

MILETIC , BRUNO - 71572321

Result Type:        CT Abdomen/Pelvis w/ Contrast
Result Date:        November 20, 2018 09:56 EST
Result Status:      Auth (Verified)
Result Title:       CT Abdomen/Pelvis w/ Contrast
Performed By:       Smith CR, April Jean on November 20, 2018 09:56 EST
Verified by:        FERNANDEZ MD, MIGUEL JACOBO on November 20, 2018 10:25 EST
Encounter info:     89762059, FH CEL, ED Admit, 11/20/2018 - 11/30/2018

# * Final Report *

## Reason For Exam
INCREASING ABDOMEN PAIN, MULITPLE MASSES, RECENT LYMHOMA DIAGNOSIS;Other

## Report
EXAM: CT ABDOMEN AND PELVIS WITH IV CONTRAST

INDICATION: Loss of appetite.  Lymphoma.

COMPARISON: CT abdomen and pelvis 10/22/2018

TECHNIQUE: Contiguous axial images were obtained from the lung bases to
the pelvic floor following the intravenous administration of 100 mL of
contrast. Coronal and sagittal reformations are provided. Up-to-date CT
equipment and radiation dose reduction techniques were employed.

FINDINGS:

LUNG BASES: Please refer to CT of the chest performed concurrently for
findings above the diaphragms.

LIVER: No mass.  No intrahepatic biliary dilatation.

GALLBLADDER: No wall thickening.   No stones.

COMMON BILE DUCT: Normal caliber.  No stones.

SPLEEN: Within normal limits.

PANCREAS: No mass.  No pancreatic fluid collections.

ADRENALS: No masses.

KIDNEYS: Multiple bilateral peripelvic cysts again noted.  No
hydronephrosis.

Printed by:      Hernandez , Carmen C
Printed on:      01/21/2019 1538 EST

Page 1  of 3

Celebration Hospital

UNITED H. CARE

ID 911480435:00
Group 82075
1 800 643 4845

#1  NOV 20 admitted
    NOV. 30 Released
    (2018)

#2  DEC 26 admitted
    JAN 1 Released
    (2019)

#3  JAN 23 Admitted
    JAN 28 Released
    (2019)

#4  FEB 20 Admitted
    FEB 24 Released

    MAR 15 Admitted
    MAR 17 Released
    (NO CHEMOTHERAPY)

Reinstate
My Claim

Case number
#14-10979 (CSS)

Debbie L. Dofford
9435 Lee Road
Lipan, Texas
5-27-21                254-646-2856 hm

FILED

Honorable Judge over
Energy Future Holdings

I have not received any
money from them to satisfy
their legal debit to me.
My claim number is 7077
35035

I am asking the court to
make them send my settlement
before my case is closed. This
letter will be there before
dead line.

Thank you.

Debbie L. Dofford

817-739-2119

My Claim is not satisfied.
Thank you

Docket No. 14231
Date Filed: 6/2/21

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

| TO:<br>GAFFORD, DEBORAH LORRAINE<br>MERRITT<br>9435 LEE ROAD<br>LIPAN, TX 76462 | **Basis for<br>Satisfaction:** | ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. |
|  |  | **Claim Number** **Claim Amount** |
|  | **Claim Satisfied In Full:** | 35035 UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*   Indicates claim contains unliquidated and/or undetermined amounts.

[2]   Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

2

Wilmington, Delaware
Dated:   April 30, 2021

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:         (302) 651-7700
Facsimile:         (302) 651-7701
Email:             collins@rlf.com
                   defranceschi@rlf.com
                   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:         (212) 446-4800
Facsimile:         (212) 446-4900
Email:             edward.sassower@kirkland.com
                   stephen.hessler@kirkland.com
                   brian.schartz@kirkland.com
                   steven.serajeddini@kirkland.com
                   aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:         (312) 862-2000
Facsimile:         (312) 862-2200
Email:             james.sprayregen@kirkland.com
                   marc.kieselstein@kirkland.com
                   chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:    ENERGY FUTURE HOLDINGS          )    Chapter 11
          CORPORATION, et. al.            )    Case No. 14-10979 (CSS)
                                          )    (Jointly Administered)
                           Debtors        )

**CLAIM HOLDER'S RESPONSE TO THE EFH PLAN ADMINISTRATOR BOARD'S
FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL**

**To:**    Clerk of Bankruptcy Court, District of Delaware
           824 North Market Street, 3rd Floor
           Wilmington, DE 19801

           Kirkland and Ellis, LLP
           601 Lexington Avenue
           New York, NY 10022
           Attn: Aparna Yenamandra

           Kirkland and Ellis, LLP
           300 North LaSalle
           Chicago, IL 60654
           Attn: Chad J. Husnick, PC

           Richards, Layton & Finger, PA
           One Rodney Square
           920 North King St.
           Wilmington, DE 19801
           Attn: Jason M. Madron

Julia Urton, holder of claim #12997, states as follows:

I hereby disagree with the petitioner's request for discharge as my claim has not been paid and I move this Court to re-establish and re-affirm it in full and to order full satisfaction of same.

Julia Urton

1401 NE 66th St.
Kansas City, MO 64118
Holder of claim #12997 filed 11/04/2015

1

Docket No. 14236
Date Filed: 6/7/21