IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF MODIFICATION OF SCHEDULING ORDER**

Pursuant to Paragraph 16 of the *Order Scheduling Certain Dates and Establishing Certain Protocols in Connection with the NextEra Application* [D.I. 14238] (the "Scheduling Order"), the Parties agree to modify Paragraph 5(a) of the Scheduling Order as follows:

**Tuesday, July 6, 2021**, shall be the date by which the Parties must disclose the identity of any affirmative expert witness, the curriculum vitae of such affirmative expert witness, and the subject(s) on which such affirmative expert witness will testify.

[*Remainder of page intentionally left blank.*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: July 1, 2021
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

-and-

**FLEISCHMAN BONNER & ROCCO LLP**
Keith M. Fleischman (admitted pro hac vice)
James P. Bonner (admitted pro hac vice)
Patrick L. Rocco (admitted pro hac vice)
Joshua D. Glatter (admitted pro hac vice)
81 Main Street, Suite 515
White Plains, NY 10601
Telephone: (914) 278-5100
E-mail:kfleischman@fbrllp.com
jbonner@fbrllp.com
procco@fbrllp.com
jglatter@fbrllp.com

*Counsel to NextEra Energy, Inc.*

**BAYARD, P.A**

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com

-and-

**ROPES & GRAY LLP**

Gregg M. Galardi
Daniel G. Egan (admitted *pro hac vice)*
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com
        Daniel.Egan@ropesgray.com

Matthew L. McGinnis (admitted *pro hac vice*)
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617)951-7777
Email: matthew.mcginnis@ropesgray.com

*Counsel to Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

{932.002-W0065189.}

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jason M. Madron*
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL, LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       steven.serajeddini@kirkland.com
       aparna.yenamandra@kirkland.com

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)

300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
       chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

{932.002-W0065189.}