**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. No. 14251** |

## CERTIFICATE OF SERVICE

I, Matthew B. McGuire, Esquire hereby certify that on July 1, 2021, a true and correct copy of the *Notice of Modification of Scheduling Order* [D.I. 14251] was caused to be served on the attached service list via CM/ECF, Electronic Mail and/or U.S. First-Class Mail.

Dated: July 6, 2021

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Master Service List (as of 05/23/2021 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) | KEVIN G ABRAMS & JOHN M SEAMAN | 20 MONTCHANIN RD STE 200 | | | WILMINGTON | DE | 19807 | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| AKERMAN LLP | (COUNSEL TO SIEMENS) | ATTN: ANDREA S HARTLEY ESQ | 98 SE 7TH ST STE 1100 | | | MIAMI | FL | 33131 | ANDREA.HARTLEY@AKERMAN.COM |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ | 14910 ALDINE WESTFIELD RD | | | | HOUSTON | TX | 77032 | bnkatty@aldineisd.org |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 6201 15TH AVE | | | | BROOKLYN | NY | 11219 | PKIM@AMSTOCK.COM |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 6201 15TH AVE | | | | BROOKLYN | NY | 11219 | PKIM@AMSTOCK.COM |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | AD HOC COMMITTEE OF TCEH SECOND LIEN NOTEHOLDERS | ATTN: WILLIAM BOWDEN & GREGORY TAYLOR ESQ | PO BOX 1150 | | WILMINGTON | DE | 19899 | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com; bankruptcy@ashby-geddes.com |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) | ATTN: JAMES PRINCE; OMAR J ALANIZ | 2001 ROSS AVE, STE 900 | | | DALLAS | TX | 75201-2980 | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) | ATTN: MATTHEW G SUMMERS ESQ | 919 N MARKET ST 11TH FL | | | WILMINGTON | DE | 19801 | summersm@ballardspahr.com |
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) | ATTN: LAUREL D ROGLEN | 919 N MARKET ST, 11TH FL | | | WILMINGTON | DE | 19801-3034 | roglenl@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) | ATTN: KEVIN G COLLINS ESQ | 1000 N WEST ST STE 1500 | | | WILMINGTON | DE | 19801 | Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) | ATTN: DAVID M POWLEN ESQ | 1000 N WEST ST STE 1500 | | | WILMINGTON | DE | 19801 | david.powlen@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) | ATTN: KEVIN C DRISCOLL JR ESQ | 1 N WACKER DR STE 4400 | | | CHICAGO | IL | 60606-2833 | Kevin.Driscoll@btlaw.com |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE | UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) | ATTN: NEIL GLASSMAN ESQ | 600 N. KING ST., 4TH FLOOR | | WILMINGTON | DE | 19801 | nglassman@bayardlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) | ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER | 600 N. KING STREET, 4TH FLOOR | | | WILMINGTON | DE | 19801 | SCOUSINS@BAYARDLAW.COM, EFAY@BAYARDLAW.COM, EMILLER@BAYARDLAW.COM |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) | ATTN: KEVIN M. CAPUZZI | 222 DELAWARE AVE STE 801 | | | WILMINGTON | DE | 19801-1611 | kcapuzzi@beneschlaw.com |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) | ATTN: DAVID M KLAUDER ESQ & | CORY P STEPHENSON ESQ | 1204 N KING STREET | | WILMINGTON | DE | 19801 | dklauder@bk-legal.com; cstephenson@bk-legal.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) | ATTN: MICHAEL DEBAECKE; STANLEY TARR | 1201 MARKET ST STE 800 | | | WILMINGTON | DE | 19801 | debaecke@blankrome.com; tarr@blankrome.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) | ATTN: MICHAEL B SCHAEDLE ESQ | 130 N 18TH ST (ONE LOGAN SQUARE) | | | PHILADELPHIA | PA | 19103-6998 | schaedle@blankrome.com |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) | ATTN: J. NOAH HAGEY | 351 CALIFRONIA ST, 10TH FL | | | SAN FRANCISCO | CA | 94014 | HAGEY@BRAUNHAGEY.COM |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) | ATTN: DONALD K LUDMAN | 6 NORTH BROAD ST STE 100 | | | WOODBURY | NJ | 08096 | dludman@brownconnery.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: EDWARD WEISFELNER ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: JEFFREY JONAS, ANDREW STREHLE | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | jjonas@brownrudnick.com; astrehle@brownrudnick.com |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | SEVEN TIMES SQUARE | | | | NEW YORK | NY | 10036 | JCOFFEY@BROWNRUDNICK.COM |
| BRYAN CAVE LLP | (COUNSEL TO EFIH SECOND LIEN TRUSTEE) | ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN | 1290 6TH AVE #33 | | | NEW YORK | NY | 10104-3300 | stephanie.wickouski@bryancave.com; laith.hamdan@bryancave.com |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN ESQ | 1290 6TH AVE #33 | | | | NEW YORK | NY | 10104-3300 | REPEDERSEN@BRYANCAVE.COM |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | (COUNSEL TO ORACLE) | ATTN: SHAWN M CHRISTIANSON ESQ | 55 SECOND ST STE 1700 | | | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) | ATTN: KATHLEEN A. MURPHY | 919 N MARKET ST, STE 990 | | | WILMINGTON | DE | 19801 | |
| CADWALADER WICKERSHAM & TAFT LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) | ATTN: HOWARD HAWKINS JR; ELLEN M HALSTEAD | MICHELE MAMAN & THOMAS J CURTIN ESQS. | 200 LIBERTY | NEW YORK | NY | 10281 | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER WICKERSHAM & TAFT LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DEF. MORGAN STANLEY, FPL, INDIAN MESA) | ATTN: MARK C ELLENBERG ESQ | 700 6TH STREET, N.W. | | WASHINGTON | DC | 20001 | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) | ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | ONE THOMAS CIRCLE, NW, STE 1100 | | WASHINGTON | DC | 20005-5802 | lkelleher@capdale.com; jkoski@capdale.com |
| CHAPOTON SANDERS SCARBOROUGH, LL | (COUNSEL TO OIL PATCH GROUP, INC) | ATTN ANNALEE MATHIS MAY | 952 ECHO LANE, SUITE 250 | | | HOUSTON | TX | 77024 | amay@css-firm.com |
| CHIPMAN BROWN CICERO & COLE LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) | ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | HERCULES PLAZA | 1313 N MARKET ST STE 5400 | WILMINGTON | DE | 19801 | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CIARDI CIARDI & ASTIN | (COUNSEL TO TXU 2007-1 RAILCAR, RED BALL) | ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR | 1204 N KING STREET | | | WILMINGTON | DE | 19801 | jmcmahon@ciardilaw.com |
| CITIBANK N.A. | ATTN: OWEN COYLE | 1615 BRETT ROAD, OPS III | | | | NEW CASTLE | DE | 19720 | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI | 388 GREENWICH ST 21ST FL | | | | NEW YORK | NY | 10013 | ZORIJANA.MIGLIORINI@CITI.COM |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | 388 GREENWICH ST 32ND FL | | | | NEW YORK | NY | 10013 | ERIC.LIGAN@CITI.COM |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | 1615 BRETT ROAD, BUILDING III | | | | NEW CASTLE | DE | 19720 | GLAGENTOFFICEOPS@CITI.COM |
| CITIBANK N.A. | ATTN: RYAN FALCONER | 388 GREENWICH STREET | | | | NEW YORK | NY | 10013 | RYAN.FALCONER@CITI.COM; thomas.murray@citi.com |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | 1000 THROCKMORTON ST | | | | FORT WORTH | TX | 76102 | chris.mosley@fortworthtexas.gov |
| CLEARY GOTTLIEB | (COUNSEL TO J ARON & COMPANY) | ATTN: THOMAS MOLONEY; SEAN O'NEAL | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | tmoloney@cgsh.com; soneal@cgsh.com |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) | ATTN: THOMAS D. MAXSON | 625 LIBERTY AVE | | | PITTSBURGH | PA | 15222-3152 | tmaxson@cohenlaw.com |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: RACHEL OBALDO & JOHN MARK STERN | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | bk-robaldo@texasattorneygeneral.gov; john.stern@texasattorneygeneral.gov |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP | 2950 EXPRESS DRIVE S STE 210 | | | | ISLANDIA | NY | 11749 | michael.smith@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 1500, ROBERT-BOURASSA BLVD., 7TH FLOOR | | | | MONTREAL | QC | H3A 3S8 | alessandra.pansera@computershare.com |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) | ATTN: STEPHEN C STAPLETON | BANK OF AMERICA PLAZA | 901 MAIN ST, STE 3900 | | DALLAS | TX | 75202 | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) | ATTN: MARK E. FELGER | 1201 N MARKET ST STE 1001 | | | WILMINGTON | DE | 19801 | mfelger@cozen.com |
| CRAVATH SWAINE & MOORE LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING | COMPANY LLC/EFIH) | ATTN: MICHAEL A PASKIN ESQ | WORLDWIDE PLAZA | NEW YORK | NY | 10019-7475 | mpaskin@cravath.com |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS ET AL) | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; | ELLIOT MOSKOWITZ; DAMON MEYER | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | efh.service@davispolk.com |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | 60 WALL STREET (NYCC60-0266) | | | | NEW YORK | NY | 10005-2836 | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) | ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN | 1201 N MARKET ST STE 2100 | | | WILMINGTON | DE | 19801 | ashley.altschuler@dlapiper.com; craig.martin@dlapiper.com; |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) | ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & | ALESSANDRA GLORIOSO | 300 DELAWARE AVE STE 1010 | | WILMINGTON | DE | 19801 | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) | ATTN: ROBERT K. MALONE | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801-1621 | robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE) | ATTN: JEFFREY R FINE ESQ | 1717 MAIN ST STE 4200 | | | DALLAS | TX | 75201 | jfine@dykema.com |
| ENERGY FUTURE HOLDINGS CORP ET AL | ATTN: ANDREW M WRIGHT | 1601 BRYAN ST 43RD FL | | | | DALLAS | TX | 75201 | |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) | ATTN: CHRISTOPHER J ESBROOK | 161 N CLARK ST, FL 16 | | | CHICAGO | IL | 60601 | christopher.esbrook@esbrooklaw.com |
| EVERSHEDS SUTHERLAND (US) LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY NO 1) | ATTN: LINO MENDIOLA III | ONE AMERICAN CENTER | 600 CONGRESS AVE STE 2000 | | AUSTIN | TX | 78701 | lino.mendiola@sutherland.com |
| FLEISCHMAN, BONNER & ROCCO, LLP | COUNSEL FOR NEXTERA ENERGY, INC | ATTN: PARTAICK L ROCCO | 447 SPRINGFILED AVENUE, SECOND FLOOR | | | SUMMIT | NJ | 07901 | |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | LARS PETERSON ESQ | 321 N CLARK ST, STE 3000 | | CHICAGO | IL | 60654-5313 | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS) | ATTN: JEFFREY SCHLERF | 919 N MARKET ST STE 300 | | WILMINGTON | DE | 19801 | jschlerf@foxrothschild.com; |
| FOX ROTHSCHILD LLP | (COUNSEL TO SEMPRA) | ATTN: JEFFREY M SCHLERF & CARL NEFF | 919 N MARKET ST STE 300 | | | WILMINGTON | DE | 19801 | jschlerf@foxrothschild.com; cneff@foxrothschild.com |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) | ATTN: JOSEPH D FRANK ESQ | 1327 W WASHINGTON BLVD, STE 5 G-H | | | CHICAGO | IL | 60607-1912 | jfrank@fgllp.com |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) | ATTN: FRANCES GECKER ESQ | 1327 W WASHINGTON BLVD | STE 5 G-H | | CHICAGO | IL | 60607 | fgecker@fgllp.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) | ATTN: SCOTT TALMADGE, ABBEY WALSH | 601 LEXINGTON AVE 31ST FL | | NEW YORK | NY | 10022 | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) | ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ | 1 NEW YORK PLAZA | | | NEW YORK | NY | 10004 | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; |
| FRIEDLANDER & GORRIS P.A. | (COUNSEL TO ELLIOT, LIVERPOOL & PALOMA PARTNERS) | ATTN: JEFFREY GORRIS & CHRISTOPHER QUINN | 1201 N. MARKET ST., SUITE 2200 | | | WILMINGTON | DE | 19801 | JGORRIS@FRIEDLANDERGORRIS.COM; CQUINN@FRIEDLANDERGORRIS.COM |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) | ATTN: MICHAEL K. RIORDAN | 1000 LOUISIANA, STE 3400 | | | HOUSTON | TX | 77002 | mriordan@gardere.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & | CITY OF GARLAND) | ATTN: DUSTIN L BANKS ESQ | 1919 S SHILOH RD STE 310 LB 40 | | GARLAND | TX | 75042 | sgbankruptcy@ntexas-attorneys.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS & SUNRISE PARTNERS LTD PART.) | ATTN: MICHAEL G. BUSENKELL | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | mbusenkell@gsbblaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) | ATTN: EVAN W RASSMAN | 1201 N ORANGE ST STE 300 | | WILMINGTON | DE | 19801 | erassman@gsbblaw.com |
| GIBSON DUNN & CRUTCHER LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) | ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER | 333 S GRAND AVE | | LOS ANGELES | CA | 90071-3197 | jkrause@gibsondunn.com; MNeumeister@gibsondunn.com |
| GILLESPIE SANFORD LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | ATTN: HAL K GILLESPIE | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) | 4925 GREENVILLE AVE, SUITE 200 | | DALLAS | TX | 75206 | HKG@GILLESPIESANFORD.COM |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) | ATTN: JONATHAN L HOWELL PLLC | 14801 QUORUM DR STE 500 | | | DALLAS | TX | 75254 | jhowell@gpm-law.com |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) | ATTN: WILLIAM WEINTRAUB | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | | NEW YORK | NY | 10018 | wweintraub@goodwinprocter.com |
| GORI JULIAN & ASSOCIATES PC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO JOHN H JONES) | ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | 156 N MAIN ST | | EDWARDSVILLE | IL | 62025 | barry@gorijulianlaw.com; beth@gorijulianlaw.com |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) | ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ | J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ | 1 MOODY PLAZA 18TH FL | | GALVESTON | TX | 77550 | AMytelka@greerherz.com madams@greerherz.com jandrews@greerherz.com jroquemore@greerherz.com |
| GREGORY D WILLARD ESQ | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO AUTOMATIC SYSTEMS INC) | 7339 WESTMORELAND DRIVE | | | SAINT LOUIS | MO | 63130-4241 | gregoryd.willard@gmail.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) | ATTN: PATRICK L HUGHES | 1221 MCKINNEY ST STE 2100 | | | HOUSTON | TX | 77010 | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) | ATTN: IAN T PECK ESQ | 2323 VICTORY AVE STE 700 | | | DALLAS | TX | 75219 | ian.peck@haynesboone.com |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) | ATTN: JENNIFER V. DORAN | 28 STATE ST | | | BOSTON | MA | 02109 | jdoran@hinckleyallen.com |
| HOGAN MCDANIEL | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ | ASBESTOS CLAIMANTS; JOHN H JONES) | ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | 1311 DELAWARE AVE | WILMINGTON | DE | 19806 | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) | ATTN: GARVAN F MCDANIEL ESQ | 1311 DELAWARE AVE | | | WILMINGTON | DE | 19806 | gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DAVID HEINZMANN) | ATTN: DANIEL K HOGAN ESQ | 1311 DELAWARE AVE | | WILMINGTON | DE | 19806 | dkhogan@dkhogan.com |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) | ATTN: PHILIP EVANS ESQ | 800 17TH ST NW STE 1100 | | | WASHINGTON | DC | 20006 | philip.evans@hklaw.com |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY | | | | | OGDEN | UT | 84201 | |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) | ATTN: J. SCOTT ROSE | WESTON CENTRE | 112 E PECAN ST STE 2400 | | SAN ANTONIO | TX | 78205 | srose@jw.com |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) | ATTN: BRUCE J RUZINSKY ESQ & | MATTHEW D CAVENAUGH ESQ | 1401 MCKINNEY ST STE 1900 | | HOUSTON | TX | 77010 | bruzinsky@jw.com; mcavenaugh@jw.com |
| JENNER & BLOCK | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ | EFIH; CHARLES H CREMENS) | ATTN: RICHARD LEVIN, ESQ. | 919 THIRD AVENUE | NEW YORK | NY | 10022-3908 | rlevin@jenner.com |
| JENNER & BLOCK | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ | EFIH) | ATTN: VINCENT E LAZAR ESQ | 353 N CLARK ST | CHICAGO | IL | 60654 | vlazar@jenner.com |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) | ATTN: DAVID ROSNER, ANDREW GLENN | 1633 BROADWAY | | | NEW YORK | NY | 10019 | DRosner@kasowitz.com; AGlenn@kasowitz.com |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE) | ATTN: JAMES CARR, BENJAMINN FEDER & BERT SAYDAH | 101 PARK AVENUE | | | NEW YORK | NY | 10178 | kdwbankruptcydepartment@kelleydrye.com |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ | KATHERINE THOMAS ESQ | 201 MAIN ST STE 2500 | | FORT WORTH | TX | 76102 | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) | ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER ESQ | BRIAN E SCHARTZ ESQ | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) | ATTN: JAMES H.M. SPRAYREGEN PC | CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ | 300 N LASALLE | | CHICAGO | IL | 60654 | james.sprayregen@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) | ATTN: RAYMOND H LEMISCH ESQ | 919 MARKET ST STE 1000 | | | WILMINGTON | DE | 19801 | rlemisch@klehr.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) | ATTN: THOMAS MOERS MAYER, GREGORY A HOROWITZ | JOSHUA K BRODY; PHILIP BENTLEY | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND | NEXTERA ENERGY RESOURCES) | ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ | 919 MARKET ST STE 1800 | | WILMINGTON | DE | 19801 | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP | 801 2ND AVE RM 403 | | | | NEW YORK | NY | 10017-8664 | frand.godino@lawdeb.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS; KINDER MORGAN; NAT GAS | PIPELINE OF AMERICA; EL PASO NAT GAS) | ATTN: PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE COURT | | NAVASOTA | TX | 77868 | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) | ATTN: ELIZABETH WELLER ESQ | 2777 N STEMMONS FWY STE 1000 | | | DALLAS | TX | 75207 | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) | ATTN: JOHN P DILLMAN ESQ | 4828 LOOP CENTRAL DR, STE 600 | | | HOUSTON | TX | 77081 | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, | ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, | ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) | ATTN: DIANE WADE SANDERS | 2700 VIA FORTUNA DR STE 500 | AUSTIN | TX | 78746 | diane.sanders@lgbs.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: GEOFFREY GAY ESQ | 816 CONGRESS AVE STE 1900 | | | AUSTIN | TX | 78701 | ggay@lglawfirm.com |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) | ATTN: C. DAVIN BOLDISSAR ESQ | 601 POYDRAS ST STE 2660 | | | NEW ORLEANS | LA | 70130 | nobankecf@lockelord.com |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) | ATTN: PHILIP EISENBERG ESQ | 2800 JPMORGAN CHASE TOWER | 600 TRAVIS | | HOUSTON | TX | 77002 | peisenberg@lockelord.com |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: MARC PHILLIPS ESQ | THE NEMOURS BUILDING | 1007 N ORANGE ST 10TH FL | | WILMINGTON | DE | 19801 | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) | ATTN: JAMES E HUGGETT & AMY D BROWN | 300 DELAWARE AVE STE 800 | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO US BANK NATIONAL ASSOCIATION) | ATTN: CLARK T WHITMORE, ANA CHILINGARISHVILI | 90 S 7TH ST STE 3300 | | | MINNEAPOLIS | MN | 55402-4140 | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) | ATTN: LEE GORDON | 700 JEFFREY WAY STE 100 | | | ROUND ROCK | TX | 78665 | lgordon@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) | ATTN: DAVID P PRIMACK ESQ | 300 DELAWARE AVE STE 770 | | | WILMINGTON | DE | 19801 | dprimack@mdmc-law.com |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MCKOOL SMITH | (COUNSEL TO ALCOA) | ATTN: PAUL D MOAK ESQ | 600 TRAVIS ST STE 7000 | | | HOUSTON | TX | 77002 | pmoak@mckoolsmith.com |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) | 9857 N 2210 RD | | | | ARAPAHO | OK | 73620-2123 | mikesmith1973@sbcglobal.net |
| MILBANK LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) | ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ | 55 HUDSON YARDS | | | NEW YORK | NY | 10001-2163 | ddunne@milbank.com; efleck@milbank.com |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER | PO BOX 475 | | | JEFFERSON CITY | MO | 65105-0475 | deecf@dor.mo.gov |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) | ATTN NATALIE RAMSEY, DAVIS LEE WRIGHT | SIDNEY LIEBESMAN | 1105 N MARKET ST 15TH FL | | WILMINGTON | DE | 19801 | nramsey@mmwr.com; dwright@mmwr.com; sliebesman@mmwr.com |
| | | | | | | | | | julia.frost-davies@morganlewis.com |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO PIMCO) | ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ | ONE FEDERAL ST | | | BOSTON | MA | 02110-1726 | christopher.carter@morganlewis.com |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) | ATTN: STEPHEN M MILLER ESQ | PO BOX 2306 | | | WILMINGTON | DE | 19899-2306 | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') | ATTN: ANDREW REMMING | 1201 N MARKET ST STE 1600 | | | WILMINGTON | DE | 19801 | aremming@mnat.com |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) | ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ | LORENZO MARINUZZI ESQ | 250 W 55TH ST | | NEW YORK | NY | 10019 | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) | ATTN: THOMAS B WALPER ESQ, SETH GOLDMAN ESQ | JOHN W SPIEGEL ESQ | 350 S GRAND AVE 50TH FL | | LOS ANGELES | CA | 90071 | thomas.walper@mto.com; seth.goldman@mto.com; john.spiegel@mto.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ | ERCOT) | ATTN: KEVIN M LIPPMAN ESQ | 500 N AKARD ST STE 3800 | | DALLAS | TX | 75201-6659 | klippman@munsch.com |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) | ATTN: KERRY L HALIBURTON ESQ | PO BOX 1470 | | | WACO | TX | 76703-1470 | Haliburton@namanhowell.com |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) | ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ | 100 SUMMER ST | | | BOSTON | MA | 02110 | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| | | | | | | | | | david.lemay@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com; |
| NORTON ROSE FULBRIGHT | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) | ATTN: HOWARD SEIFE, DAVID M LEMAY AND | CHRISTY RIVERA ESQS | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6022 | christy.rivera@nortonrosefulbright.com |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY) | ATTN: MICHAEL J JOYCE ESQ | 901 N MARKET ST 10TH FL | | | WILMINGTON | DE | 19801 | mjoyce@oelegal.com |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) | ATTN: GEORGE A. DAVIS | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) | ATTN: PETER FRIEDMAN ESQ | 1625 EYE ST, NW | | | WASHINGTON | DC | 20006 | pfriedman@omm.com |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) | ATTN: DANIEL S SHAMAH ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | dshamah@omm.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) | ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON | ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) | ATTN: HAL F MORRIS & ASHLEY BARTRAM, BANKRUPTCY | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS | PO BOX 2046 | | | | WILMINGTON | DE | 19899-2046 | USADE.ECF@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 - LOCKBOX #35 | | | WILMINGTON | DE | 19801 | richard.schepacarter@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING | ATTN: ANDREA SCHWARTZ | 201 VARICK ST STE 1006 | | | NEW YORK | NY | 10014 | |
| ONCOR | *** CONSENTED TO ELECTRONIC SERVICE *** | C/O PATVILLAREALLAW PLLC | | | | | | | Patricia@PatVillarealLaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR | COMPUTERSHARE TRUST CO) | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | PO BOX 8705 | | WILMINGTON | DE | 19899 | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) | ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ | BRIAN P GUINEY ESQ | 1133 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-6710 | dalowenthal@pbwt.com; cdent@pbwt.com; bguiney@pbwt.com |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL | ATTN: DESIREE M AMADOR, ATTY | 1200 K STREET, NW | | | WASHINGTON | DC | 20005-4026 | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | | | WASHINGTON | DC | 20005-4026 | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) | ATTN: ELIZABETH BANDA CALVO ESQ | 500 E BORDER ST STE 640 | | | ARLINGTON | TX | 76010 | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) | ATTN: OWEN M SONIK ESQ | 1235 N LOOP WEST STE 600 | | | HOUSTON | TX | 77008 | osonik@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM | HOSPITAL DISTRICT & NORTH CENTRAL TEXAS | COLLEGE DISTRICT) | ATTN: JEANMARIE BAER | PO BOX 8188 | WICHITA FALLS | TX | 76307 | hbky@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, | COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) | ATTN: JOHN T BANKS ESQ | 3301 NORTHLAND DR STE 505 | | AUSTIN | TX | 78731 | jbanks@pbfcm.com |
| PERKINS COIE LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE | UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) | ATTN: TINA N MOSS ESQ | 30 ROCKEFELLER PLAZA 22ND FL | NEW YORK | NY | 10112-0015 | tmoss@perkinscoie.com |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) | ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ | SHANTI KATONA ESQ | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & | NORTH TEXAS MUNICIPAL WATER DISTRICT) | ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | 500 W 7TH ST STE 600 | | FORT WORTH | TX | 76102 | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) | ATTN: JEFF J MARWIL, MARK K THOMAS, PETER J YOUNG | 70 W MADISON ST #3800 | | | CHICAGO | IL | 60602 | jmarwil@proskauer.com; pyoung@proskauer.com |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) | ATTN: AMY R BAUDLER | 4300 MARKETPOINTE DRIVE, STE 240 | | | MINNEAPOLIS | MN | 55435 | |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) | ATTN: JOHN A HARRIS | RENAISSANCE ONE | TWO N CENTRAL AVE | | PHOENIX | AZ | 85004-2391 | john.harris@quarles.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE | BANK OF NEW YORK MELLON TRUST COMPANY NA AS | INDENTURE TRUSTEES) | ATTN: KURT F GWYNNE ESQ | 1201 MARKET ST STE 1500 | WILMINGTON | DE | 19801 | kgwynne@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY | AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES) | ATTN: ROBERT P SIMONS ESQ | REED SMITH CENTRE | 225 5TH AVE | PITTSBURGH | PA | 15222 | rsimons@reedsmith.com |
| RICHARDS LAYTON & FINGER | (CO-COUNSEL TO EFHC DEBTORS) | ATTN: MARK D COLLINS ESQ | DANIEL J DEFRANCESCHI ESQ | JASON M MADRON ESQ | 920 N KING ST | WILMINGTON | DE | 19801 | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) | ATTN: JOSEPH E SHICKICH JR | 1001 - 4TH AVE STE 4500 | | | SEATTLE | WA | 98154 | jshickich@riddellwilliams.com |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | 1211 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10036-8704 | MARK.SOMERSTEIN@ROPESGRAY.COM |
| | | | | | | | | | KEITH.WOFFORD@ROPESGRAY.COM, GREGG.GALARDI@ROPESGRAY.COM, |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) | ATTN: KEITH WOFFORD, GREGG GALARDI, D ROSS MARTIN | 1211 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-8704 | ROSS.MARTIN@ROPESGRAY.COM, JONATHAN.AGUDELO@ROPESGRAY.COM |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) | ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS | 100 S WEST ST STE 400 | | | WILMINGTON | DE | 19801 | baronstam@ramllp.com; bschladweiler@ramllp.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) | ATTN: CHRISTOPHER R BELMONTE ESQ AND | PAMELA A BOSSWICK ESQ | 230 PARK AVE | | NEW YORK | NY | 10169 | CRBELMOTE@DUANEMORRIS.COM; PABOSSWICK@DUANEMORRIS.COM |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ | ERCOT) | ATTN: MARK MINUTI ESQ | 1201 N MARKET ST 23RD FL | | WILMINGTON | DE | 19801 | mminuti@saul.com |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) | ATTN: LUCIAN B MURLEY ESQ | 1201 N MARKET ST 23RD FL | | | WILMINGTON | DE | 19801 | lmurley@saul.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) | ATTN: RICHARD A BARKASY ESQ | 824 N MARKET ST STE 800 | | | WILMINGTON | DE | 19801 | rbarkasy@schnader.com |
| SEARCY & SEARCY PC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO D COURTNEY CONSTRUCTION INC) | ATTN: JOSHUA P SEARCY ESQ | PO BOX 3929 | | LONGVIEW | TX | 75606 | joshsearcy@jrsearcylaw.com |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE | | | | | WASHINGTON | DC | 20549 | |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) | ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | ONE BATTERY PARK PLAZA | | | NEW YORK | NY | 10004 | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) | ATTN: GEORGE N PANAGAKIS ESQ; | 155 N WACKER DR STE 2700 | | | CHICAGO | IL | 60606-1720 | george.panagakis@skadden.com; |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL FOR BOREALIS INFRASTRUCTURE MGMT INC) | ATTN: CARL T. TULLSON ESQ | ONE RODNEY SQUARE | PO BOX 636 | | WILMINGTON | DE | 19899-0636 | Carl.Tullson@skadden.com |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) | ATTN: KATHLEEN M MILLER ESQ | PO BOX 410 | | | WILMINGTON | DE | 19899 | kmiller@skjlaw.com |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) | ATTN: DAVID E LETA ESQ | 15 W SOUTH TEMPLE, STE 1200 | | | SALT LAKE CITY | UT | 84101-1547 | dleta@swlaw.com |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) | ATTN: STEPHEN D. LERNER | 221 E FOURTH ST STE 2900 | | | CINCINNATI | OH | 45202 | stephen.lerner@squiresanders.com |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) | ATTN: NOEL STEFFES MELANCON ESQ | 13702 COURSEY BLVD BLDG 3 | | | BATON ROUGE | LA | 70817 | nmelancon@steffeslaw.com |
| STEVENS & LEE PC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING | COMPANY LLC/EFIH; CHARLES H CREMENS) | ATTN: JOSEPH H HUSTON JR ESQ | 1105 N MARKET ST STE 700 | WILMINGTON | DE | 19801 | jhh@stevenslee.com |
| STINSON LEONARD ST | (COUNSEL TO THE RICHARDS GROUP INC) | ATTN: JAMIE R WELTON ESQ | 3102 OAK LAWN AVE, STE 777 | | | DALLAS | TX | 75219 | |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) | ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN | 125 BROAD ST | | | NEW YORK | NY | 10004 | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) | ATTN: ELIHU E. ALLINSON, III | 901 N MARKET ST STE 1300 | | | WILMINGTON | DE | 19801 | zallinson@sha-llc.com |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | bk-jstarks@texasattorneygeneral.gov |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: RAFAEL MARTINEZ,VP - CSM | 601 TRAVIS ST 16TH FL | | | HOUSTON | TX | 77002 | RAFAEL.MARTINEZ@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: THOMAS VLAHAKIS,VP | 385 RIFLE CAMP RD 3RD FL | | | WOODLAND PARK | NJ | 07424 | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: DENNIS ROEMLEIN | 601 TRAVIS ST, 16TH FL | | | HOUSTON | TX | 77002 | dennis.roemlein@bnymellon.com |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) | ATTN: FREDERICK B ROSNER; SCOTT J LEONHARDT | 824 N MARKET ST, STE 810 | | | WILMINGTON | DE | 19801 | rosner@teamrosner.com; leonhardt@teamrosner.com |
| THE RUCKDESCHEL LAW FIRM LLC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DAVID HEINZMANN) | ATTN: JONATHAN RUCKDESCHEL ESQ | 8357 MAIN ST | | ELLICOTT CITY | MD | 21043 | rucklawfirm@rucklawfirm.com |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON | OFFICE OF GENERAL COUNSEL | ATTN: TRACI L COTTON ESQ | 210 W SEVENTH ST | | AUSTIN | TX | 78701 | tcotton@utsystem.edu |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) | ATTN: DAVID D. FARRELL | ONE US BANK PLAZA, STE 3200 | | | SAINT LOUIS | MO | 63101 | dfarrell@thompsoncoburn.com |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | PO BOX 1748 | | | | AUSTIN | TX | 78767 | kay.brock@co.travis.tx.us |
| | | | | | | | | | hugh.mcdonald@troutmansanders.com; |
| | | | | | | | | | louis.curcio@troutmansanders.com; |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, | IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN | 875 THIRD AVE | | NEW YORK | NY | 10022 | brett.goodman@troutmansanders.com |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) | ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | 1500 ONE PPG PLACE | | | PITTSBURGH | PA | 15222 | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY | 1025 ELDORADO BLVD | | | | BROOMFIELD | CO | 80021 | bankruptcylegal@level3.com |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | 2 S BROADWAY STE 600 | | | | ST. LOUIS | MO | 63102 | LAURA.ROBERSON@UMB.COM |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON | 1400 DOUGLAS ST STOP 1580 | | | | OMAHA | NE | 68179 | |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT OF | AGRICULTURE, RURAL UTILITIES SERVICE) | ATTN: MATTHEW J TROY CIVIL DIVISION | 950 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530-0001 | matthew.troy@usdoj.govÿ |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ | PO BOX 227 | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | Ari.D.Kunofsky@usdoj.gov; wardlow.w.benson@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | FEDERAL COMMUNICATIONS COMMISSION | ATTN: MATTHEW J TROY, CIVIL DIVISION | PO BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044-0875 | matthew.troy@usdoj.govÿ |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | ENVIRONMENTAL ENFORCEMENT SECTION, ENRD | ATTN: BRANDON ROBERS, TRIAL ATTYS | P.O. BOX 7611 | | WASHINGTON | DC | 20044-7611 | Brandon.Robers@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO THE U.S. ON BEHALF OF THE | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) | ENVIRONMENTAL ENFORCEMENT SECTION, ENRD | ATTN: DANIEL S. SMITH, SR COUNSEL | WASHINGTON | DC | 20044-7611 | dan.smith@usdoj.com |
| VARNUM LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO APPLABS) | ATTN: MARY KAY SHAVER ESQ | BRIDGEWATER PLACE | PO BOX 352 | GRAND RAPIDS | MI | 49501-0352 | mkshaver@varnumlaw.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) | ATTN: JEFFREY S. SABIN ESQ | 1270 AVENUE OF THE AMERICAS 24TH FL | | | NEW YORK | NY | 10020 | jssabin@Venable.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) | ATTN: JAMIE L. EDMONSON | 1201 NORTH MARKET STREET | | | WILMINGTON | DE | 19801 | jledmonson@venable.com |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') | ATTN: RICHARD MASON; EMIL KLEINHAUS | 51 W 52ND ST | | | NEW YORK | NY | 10019 | rgmason@wlrk.com; ekleinhaus@wlrk.com; |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) | ATTN: GREGORY M WEINSTEIN ESQ | 8350 N CENTRAL EXPY STE 1500 | | | DALLAS | TX | 75206 | gweinstein@weinrad.com |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) | ATTN: DUANE D WERB ESQ | 1225 KING ST | | | WILMINGTON | DE | 19801 | Dwerb@werbsullivan.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS; AND LAW DEBENTURE) | ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | 1155 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS; AND LAW DEBENTURE) | ATTN: THOMAS LAURIA & MATTHEW BROWN ESQ | 200 S BISCAYNE BLVD STE 4900 | | MIAMI | FL | 33131 | tlauria@whitecase.com; mbrown@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO SEMPRA) | ATTN: J CHRISTOPHER SHORE | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | cshore@whitecase.com |
| WHITEFORD TAYLOR & PRESTON LLC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO SIMEIO AND BORAL) | ATTN: L KATHERINE GOOD ESQ | THE RENAISSANCE CENTRE | 405 N KING ST STE 500 | WILMINGTON | DE | 19801 | kgood@wtplaw.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) | ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | 7 WORLD TRADE CENTER, 205 GREENWICH ST | | | NEW YORK | NY | 10007 | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) | ATTN: BENJAMIN LOVELAND ESQ | 60 STATE ST | | | BOSTON | MA | 02109 | benjamin.loveland@wilmerhale.com |
| | | | | | | | | | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE) | ATTN: P. ANKER, C. PLATT & G. SHUSTER | 250 GREENWICH ST 45TH FL | | | NEW YORK | NY | 10007 | george.shuster@wilmerhale.com |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY | 500 DELAWARE AVENUE | | | | WILMINGTON | DE | 19801 | PHEALY@CHRISTIANATRUST.COM |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | 50 S SIXTH ST STE 1290 | | | | MINNEAPOLIS | MN | 55402 | JRose@WilmingtonTrust.com |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) | ATTN: DAVID NEIER, ESQ. | 200 PARK AVE | | | NEW YORK | NY | 10166 | dneier@winston.com |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) | ATTN: BRIAN D WOMAC ESQ | 8301 KATY FWY | | | HOUSTON | TX | 77024 | brian@womaclaw.com |
| WOMBLE BOND DICKINSON | (COUNSEL TO CENTERPOINT) | ATTN: MARK L DESGROSSEILLIERS | 1313 N MARKET ST, STE 1200 | | | WILMINGTON | DE | 19801 | mdesgrosseilliers@wcsr.com |
| WOMBLE BOND DICKINSON | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) | ATTN: MARK L DESGROSSEILLIERS ESQ | 1313 N MARKET ST, STE 1200 | | | WILMINGTON | DE | 19801 | mdesgrosseilliers@wcsr.com |
| WOMBLE BOND DICKINSON | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) | ATTN: KEVIN J MANGAN ESQS | 1313 N MARKET ST, STE 1200 | | | WILMINGTON | DE | 19801 | kmangan@wcsr.com |
| WOMBLE BOND DICKINSON | (COUNSEL TO ALLTITE) | ATTN: KEVIN J MANGAN ESQ | 1313 N MARKET ST, STE 1200 | | | WILMINGTON | DE | 19801 | kmangan@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; | ANDREW MAGAZINER | 1000 N KING ST | | WILMINGTON | DE | 19801 | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |