6-26-21

TO

The Honorable Judge Christopher S. Sontchi; U.S Bankruptcy Court For The District of Delaware

I went to KC Post office on 5-28-21 Paid 8.50 for a Priority letter to be delivered to Bankruptcy Court 6-1 or 6-2 for Rejection of their Notice IM vary upset UPS Picked up letter at PO same day did not deliver to Court until 6-7 on Monday on date paid for

I want my claim number 14-10979(CSS) also 12997 Put on Docket of the claim Court Hearing on 7-7 at 11:00 Also my Husband Had colon cancer also Died of Lung cancer and we Both worked there and was never made an offer or any money My claim number is not Listed

Thanking you Sincerly

Julia Upton

OWENS-CORNING FIBERGLAS
300 SUNSHINE ROAD
KANSAS CITY, KANSAS 66115.1393



September 11, 1995

To Whom It May Concern:

This is to inform you that Riley E. Urton, SSN: ███████████, was employed by Owens-Corning Fiberglas from 08/11/79 through 10/06/82.

Regards,

*Carrol Milburn*

Carrol Milburn
Human Resources
Benefits Administrator

**OWENS-CORNING** KANSAS CITY PLANT
300 SUNSHINE ROAD
KANSAS CITY, KANSAS 66115.1393



September 11, 1995

To Whom It May Concern:

This is to inform you that Julia A. Urton, SSN: ███████████ was employed by Owens-Corning Fiberglas from 08/11/79 through 09/30/79.

Regards,

*Carrol Milburn*

Carrol Milburn
Human Resources
Benefits Administrator