**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 7, 2021 STARTING AT 12:00 P.M. (NOON) (EDT)**

***** *AT THE DIRECTION OF THE COURT, THE START TIME OF THE*
*HEARING HAS BEEN CHANGED.  THE HEARING WILL NOW TAKE*
*PLACE ON JULY 7, 2021 STARTING AT 12:00 P.M. (NOON) (EDT)* *****

**ZOOM INSTRUCTIONS:**

**THE REMOTE HEARING WILL BE CONDUCTED *ENTIRELY* BY ZOOM**
**AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
**COURTCALL *WILL NOT* BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE**
**HEARING (PARTIES MUST REGISTER IN ADVANCE, BY NO LATER THAN 12:00**
**P.M. (NOON) (EDT) ON TUESDAY, JULY 6, 2021, TO PARTICIPATE):**

https://debuscourts.zoomgov.com/meeting/register/vJItcuyurz4rGDVv5OseQz0_zdVGwtCcEzw

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION E-MAIL**
**CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I.     CONTESTED MATTER GOING FORWARD:**

1.     The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full
[D.I. 14203; filed April 30, 2021]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

Response/Objection Deadline:          June 1, 2021 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Objection to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Alan Gottlieb [D.I. 14213; entered May 14, 2021]

B.    Objection to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Alan Gottlieb [D.I. 14214; entered May 14, 2021]

C.    Objection to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Connie Costner [D.I. 14215; entered May 18, 2021]

D.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Kwane Glover [D.I. 14217; entered May 24, 2021]

E.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Robert Edward Simmons [D.I. 14218; entered May 24, 2021]

F.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Phyllis Arnold [D.I. 14219; entered May 24, 2021]

G.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Kenneth L. Arnold [D.I. 14220; entered May 24, 2021]

H.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Kenneth L. Arnold [D.I. 14221; entered May 24, 2021]

I.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Kenneth L. Ketcherside [D.I. 14226; entered May 27, 2021]

J.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Eddie Dubois [D.I. 14228; entered June 2, 2021]

K.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Michael Montilla [D.I. 14229; entered June 2, 2021]

RLF1 25621641v.1

L.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Bruno Miletic [D.I. 14230; entered June 2, 2021]

M.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Debbie L. Gafford [D.I. 14231; entered June 2, 2021]

N.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Brian Allen Gafford [D.I. 14232; entered June 2, 2021]

O.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full filed by Julia Urton [D.I. 14236; entered June 7, 2021]

P.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Jeffrey K. Harvey [not on docket]

Q.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Emma Yancey [not on docket]

R.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Vicki Verdugo [not on docket]

S.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Antonio S. Rogador [not on docket]

T.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Priscilla L. Revier [not on docket]

U.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Francisco Munoz [not on docket]

V.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Hector M. Cubero Rosado [not on docket]

W.    Response to The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full submitted by Ivy Marie Jones [not on docket]

Related Documents:

i.    Notice of "The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full" and Hearing Thereon [D.I. 14235; filed June 4, 2021]

ii.    The EFH Plan Administrator Board's Omnibus Reply to Objections to the

Fifteenth Notice of Satisfaction of Claims [D.I. 14250; filed July 1, 2021]

<u>Status</u>: The hearing on this matter will go forward on a contested basis.

[*Remainder of page intentionally left blank.*]

Dated:  July **7**, 2021
       Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:        collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:        edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               steven.serajeddini@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:        james.sprayregen@kirkland.com
               chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*