| First Name | Last Name | Email | Party Represented | Firm Name |
|---|---|---|---|---|
| Jason | Madron | madron@rlf.com | Debtors | Richards, Layton & Finger, P.A. |
| Ana Lucia | Hurtado | legalteam@reorg.com | Reorg Research | Reorg Research |
| Daniel | DeFranceschi | defranceschi@rlf.com | Debtors | Richards, Layton & Finger, P.A. |
| Alan | Gottlieb | jchat0815@gmail.com | Alan Gottlieb | |
| | | | | |
| Patrick | Venter | patrick.venter@kirkland.com | Debtors | Kirkland & Ellis LLP |
| Mitchell | McVeigh | mmcveigh@reorg.com | Reorg | Reorg |
| Matthew | McGuire | mcguire@lrclaw.com | NextEra Energy | Landis Rath & Cobb |