# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### AMENDED NOTICE OF SERVICE OF SUBPOENA

**PLEASE TAKE NOTICE** that on July 6, 2021, a true and correct copy of *NextEra's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case* was served via process server on the Registered Agent:

### HAND DELIVERY
Citigroup Global Markets Inc.
c/o C.T. Corporation System
28 Liberty Street
New York, New York 10005

Dated: July 8, 2021
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

– and –

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0065268.}

**FLEISCHMAN BONNER & ROCCO LLP**
Keith M. Fleischman (admitted pro hac vice)
James P. Bonner (admitted pro hac vice)
Joshua D. Glatter (admitted pro hac vice)
81 Main Street, Suite 515
White Plains, NY 10601
Telephone: (914) 278-5100
E-mail: kfleischman@fbrllp.com
         jbonner@fbrllp.com
         jglatter@fbrllp.com

*Counsel to NextEra Energy, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
---------------------------------------------------------X
IN RE:

ENERGY FUTURE HOLDINGS CORP.;
ET AL.,

                Reorganized Debtors.
---------------------------------------------------------X
STATE OF NEW YORK    )
                               s.s :
COUNTY OF NEW YORK  )

Case No.: 14-10979 (CSS)
Chapter 11

**AFFIDAVIT OF SERVICE**

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 6th day of July, 2021, at approximately 1:46 p.m., deponent served a true copy of the **Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Bankruptcy Case (with Exhibit A atatched)** upon Citigroup Global Markets Inc. c/o C.T. Corporation System - Registered Agents at 28 Liberty Street, New York, New York 10005 by personally delivering and leaving the same with Randal Umpierre, Intake Specialist, who accepted service.

      Randal Umpierre is an olive-skinned Hispanic male, approximately 30-35 years of age, is approximately 6 feet and 2 inches tall, weighs approximately 275-300 pounds, with short black hair and dark eyes.

Sworn to before me this
6th day of July, 2021

_____
**NOTARY PUBLIC, STATE OF NEW YORK**
**STEVEN MITCHELL**
Reg. No. 01-MI-6326046
**Qualified in New York County**
**Commission expires June 08, 2023**

_____
BOBBY ALI #871612