UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re: :
: Chapter 11
ENERGY FUTURE HOLDINGS :
CORP., et al., : Case No. 14-10979(CSS)
:
Debtors. : (Jointly Administered)
_________________________:

United States Bankruptcy Court
824 North Market Street
Wilmington, Delaware
July 7, 2021
11:59 AM

B E F O R E :

HON CHRISTOPHER S. SONTCHI

U.S. BANKRUPTCY JUDGE

ECRO OPERATOR: LESLIE MURIN

HEARING re The EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full [D.I. 14203; filed April 30, 2021]

Transcribed by: Sonya Ledanski Hyde

A P P E A R A N C E S :

RICHARDS, LAYTON & FINGER, P.A.

Attorneys for EFH Plan Administrator Board

BY: JASON MADRON, ESQ

KIRKLAND & ELLIS LLP

Attorneys for Debtors

BY: PATRICK VENTER, ESQ

P R O C E E D I N G S

THE COURT: Good afternoon. This is Judge Sontchi. We're here on the EFH case. And I'll turn it over to the plan administrator.

MR. MADRON: Good afternoon, Your Honor. Can you hear me okay?

THE COURT: Yes.

MR. MADRON: Very good. For the record it's Jason Madron at Richards Layton & Finger on behalf of the EFH Plan Administrator Board. And, Your Honor, I'm going on today's Zoom call with our co-counsel Patrick Venter of the Kirkland & Ellis firm.

If I may, Your Honor, as reflected on the form of agenda that we filed with the Court on July 2nd and then we amended again this morning to reflect today's new start time, there is just one matter scheduled for a hearing this afternoon and that's the EFH Plan Administrator Board's 15th notice of satisfaction of various filed asbestos-oriented claims.

By way of a brief background, on April 30, 2021, the EFH Plan Administrator Board, which I'll refer to as the PAB throughout my remarks this afternoon, filed the 15th notice of satisfaction of claims, and that's on the Court's docket at Docket Item 14203. As evidenced by the affidavit of service appearing on the Court's docket,

Docket Item 14225, notice of the 15th notice of satisfaction of claims was provided to each of the Claimants subject thereto on April 30th, along with a custom form of notice and a cover letter directed to each of the affected Claimants.

Pursuant to the 15th notice of satisfaction of claims and the notices served in connection therewith, the deadline for parties to respond to the notice of satisfaction was June 1st at 4 p.m. As reflected on the agenda for today's hearing, the PAB received a total of 23 formal and informal responses to the 15th notice of satisfaction of claims that remain outstanding as of today's hearing.

I'll note parenthetically, Your Honor, that the PAB, through our claims and noticing agent Epic, received numerous other questions and inquiries in response to the notice of satisfaction from other Claimants, but all those were resolved based on the provision of information explanations and the like, so those do not appear on the agenda. They've been resolved.

Your Honor, the PAB and its professionals have made outreach efforts to the respondent Claimants that are listed on the agenda to attempt to resolve the responses wherever possible, however, we have been unable to reach a consensual resolution of (indiscernible) responses that

(indiscernible) agenda.

Your Honor, given the unresolved objections, the PAB obtained a hearing date from the Court to consider the 15th notice of satisfaction of claims and the (indiscernible) responses thereto. In that regard, Your Honor, the PAB filed a notice of today's hearing with the Court on June 4, 2021, and that appears on the Court's docket at Docket Item 14235.

Your Honor, as evidenced by the affidavit of service on the docket at Docket Item 14244, the PAB caused a copy of the notice of today's hearing to be served on all the unresolved formal and informal respondent Claimants on June 4th via overnight delivery and email, were such information available to the Claimants.

If I may then, turning to the substance of the notice of satisfaction pending before the Court, the 15th notice of satisfaction provided notice to affected Claimants that 26,660 claims, as set forth on Exhibit A and Exhibit B attached to the notice of satisfaction, have been satisfied in full.

Specifically, Your Honor, the claims listed on Exhibit A to the notice are claims inserted entirely by the EFH and EFIH Debtors. The claims listed on Exhibit B to the notice are claims that were bifurcated by the Debtors due to the assertion of liability against the EFH-EFIH

Debtors and the TCBH Debtors.

As Your Honor will recall, the claims listed on Exhibit A to the notice are Class A3 claims under the confirmed EFH-EFIH plan, and have been satisfied in full through reinstatement against the reorganized EFH Debtors. Specifically, Article 3B3bc of the EFH-EFIH plan provide the Class A3 claims are deemed unimpaired and are reinstated against the reorganized EFH Debtors as of the EFH effective date which Your Honor is aware occurred on March 9, 2018.

In that regard, Your Honor, in lieu of any cash distribution the Claimants who asserted Class A3 claims against the EFH-EFIH Debtors, the Claimants claim that in the reinstated against reorganized EFH and the Claimants are free to pursue whatever remedies they deem appropriate against the reorganized entity on account of their alleged claims.

On the other hand, Your Honor, the bifurcated claims listed on Exhibit B to the notice have been satisfied either through reinstatement against the reorganized EFH Debtors who are unimpaired or resolved with respect to the TCH Debtors and the TCH bankruptcy cases, all of which have been closed.

With respect to any asserted asbestos liability against the TCBH Debtors, Your Honor will recall that the

Court entered an order dated December 19, 2019 at Docket Item 13928 sustaining the 53rd omnibus objection to claims which liquidated and allowed all then pending TCBH asbestos claims which were classified as Class C5 claims under the TCBH plan, as specified on Exhibit 1 and Exhibit 2 to that order.

Moreover, Your Honor, as the Court is aware, all distributions called for by the December -- the Court's December 19, 2019 order liquidating and allowing the TCBH asbestos claim remained consistent with the terms of that order in the spring of 2020. In other cases, certain asbestos claims asserted against the TCBH Debtors were disallowed or otherwise treated to independency of the TCBH Chapter 11 cases.

As such, Your Honor, all claims subject to the pending 15th notice of satisfaction of claims are either reinstated insofar as they relate to EFH-EFIH Debtors, or were addressed and received the treatment called for in the Court's December 19, 2019 order or otherwise insofar as they relate to the TCBH Debtors.

Your Honor, on July 1, 2021, the PAB filed its omnibus reply to all the unresolved formal and informal responses received in connection with the notice of satisfaction other than the informal response of Jeffrey K. Harvey, which is listed on the hearing agenda as Response

P, as in Peter, and it's included in Your Honor's hearing binder. While the reply inadvertently omitted addressing Mr. Harvey's informal response, the reply to his response is the same as the other Claimants. It's simply an oversight that he was not included in the reply being addressed specifically.

And, Your Honor, as set forth in the reply, in each case the formal and informal respondent Claimants dispute that their claims are satisfied and they assert they haven't received any payment on account thereof. As discussed in the reply, however, Your Honor, all the claims subject to the 15th notice of satisfaction should be marked as satisfied (indiscernible) because such claims have either been reinstated against reorganized EFH, to the extent asserted against the EFH-EFIH Debtors, or because such claim has already been fully and finally addressed in connection with the now closed KCBH Chapter 11 cases to the extent that such claims were asserted against any of the TCH Debtors.

I'll note that both the reply and a copy of today's hearing agenda was included with clear instructions on how Claimants could participate in this hearing and were served by overnight delivery on the date they were filed in all the extant formal and informal responding Claimants, as evidenced by affidavits of service filed on the docket,

Docket Items 14259 and 14261, respectively.

Therefore, Your Honor, for the reasons set forth in the omnibus reply and as discussed on the record of today's hearing, the EFH Plan Administrator Board respectfully requests that the Court overrule all the extant formal and informal responses to the pending 15th notice of satisfaction of claims and enter an order, substantially in the form attached to our reply as Exhibit A, sustaining the 15th notice of satisfaction in full.

With that, Your Honor, that's my presentation. I'm certainly happy to answer any questions that Your Honor may have or certainly happy to hear from any Claimants that might want to participate as well.

THE COURT: Thank you, Mr. Madron. Does anyone wish to be heard? Okay, I hear none. If you do wish to be heard, you need to unmute and turn on your camera. All right. Okay.

Well, I'm going to sustain the objection and overrule the objections -- sustain the claim objection and overrule the objections to the claim objection. This is actually -- the confusion here is based on the Bankruptcy Code's use of the word satisfy. They really should change the Code to have a different category that you can object, which would be a category based on reinstatement as opposed to satisfaction, because using the word satisfy is

confusing. It implies that people will have actually received something.

Well, they have received something. They have received the treatment under the plan, which is to have their claims passed through the bankruptcy and be reinstated and -- and the liability of the reorganized debtor, which still exists. That's something to receive but it's not money, it's not cash, it's not anything sort of concrete. But the effect here is just the bankruptcy really never happened at all, for those people who filed claims.

And they have the same right they had on April 29, 2014 when the Debtor filed bankruptcy a long time ago, and that is the right to pursue those claims against the Debtor, either in a lawsuit or otherwise -- of course, almost always a lawsuit.

So, it's unfortunate that we have to use the word satisfy because that's the only category in the Bankruptcy Code that kind of fits what actually happened, and that causes some confusion. None of you have received money from this Debtor. None of you will receive money from this bankruptcy estate. But the reorganized Debtor continues to exist, continues to own the assets, which is basically the power grid in a large part of Texas, through the merger with Sempra, which is an existing highly solvent company

that exists -- I think the headquarters is in Southern California.

But, in any event, those rights still exist. There is zero precedence because you filed a proof of claim. Now, if you had not filed a proof of claim that would be a problem. But you all filed proofs of claim, you all still have your rights. Those rights are reinstated and still exist. So, this is really just a procedural mechanism to clean up the Debtor's books and records and to allow it to ultimately, hopefully, someday close its cases.

I think it'll close when we run out of money, Mr. Madron. That's my impression. Because we're starting to get a little low. But in any event, I am going to sustain the objection and enter the order, which is fine. We'll get the (indiscernible) order. Has it been uploaded, Mr. Madron?

MR. MADRON: Thank you, Your Honor. That's a good question. I do not believe it has but I will request that be done right after the proceedings conclude today, and I can send Ms. Gatson a note to let chambers know that that's taking place?

THE COURT: That'd be fine. Ms. Gatson or Mr. Mansky, or both, it doesn't matter.

MR. MADRON: Very good. I will do so, Your Honor. Thank you.

THE COURT: Yeah, that's fine. Happy to do it, and happy to continue to move the case forward. And I apologize for any confusion that may have been caused by the language that we have to use based on what Congress has put in the Bankruptcy Code. Hopefully, I've explained it a little bit more clearly. And the reply did a nice job of explaining it as well. All right, so all the objections to the objection are overruled and the Court will enter the order. Anything further for today, Mr. Madron?

MR. MADRON: Thank you very much, Your Honor. No, that's all that PAB has for the Court today. We appreciate the Court's time.

THE COURT: My pleasure. We're adjourned.

MR. MADRON: Thank you, Your Honor.

(Whereupon these proceedings were concluded at 12:12 PM)

I N D E X

RULINGS

| | Page | Line |
|---|---|---|
| Order Entered Sustaining the 15th Notice of Satisfaction In Full | 12 | 14 |

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

Sonya Ledanski Hyde

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou, email=digital@veritext.com, c=US
Date: 2021.07.09 14:47:12 -04'00'

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date: July 9, 2021

**&**

**&** 3:2,7 4:9,12

**1**

**1** 8:5,21
**11** 1:5 8:14 9:17
**11501** 15:23
**11:59** 1:16
**12** 14:6
**12:12** 13:16
**13928** 8:2
**14** 14:6
**14-10979** 1:6
**14203** 2:2 4:24
**14225** 5:1
**14235** 6:8
**14244** 6:10
**14259** 10:1
**14261** 10:1
**15th** 4:18,23 5:1,6
   5:11 6:4,16 8:16
   9:12 10:6,9 14:5
**19** 8:1,9,19
**1st** 5:9

**2**

**2** 8:5
**2014** 11:13
**2018** 7:10
**2019** 8:1,9,19
**2020** 8:11
**2021** 1:15 2:3 4:20
   6:7 8:21 15:25
**23** 5:10
**26,660** 6:18
**29** 11:13
**2nd** 4:14

**3**

**30** 2:3 4:20
**300** 15:22
**30th** 5:3
**330** 15:21
**3b3bc** 7:6

**4**

**4** 5:9 6:7
**4th** 6:13

**5**

**53rd** 8:2

**7**

**7** 1:15

**8**

**824** 1:13

**9**

**9** 7:10 15:25

**a**

**a3** 7:3,7,12
**account** 7:16 9:10
**accurate** 15:4
**addressed** 8:18
   9:6,16
**addressing** 9:2
**adjourned** 13:13
**administered** 1:7
**administrator** 2:1
   3:3 4:4,10,17,21
   10:4
**affidavit** 4:25 6:9
**affidavits** 9:25
**afternoon** 4:2,5
   4:17,22
**agenda** 4:14 5:10
   5:20,23 6:1 8:25
   9:21
**agent** 5:15
**ago** 11:13
**al** 1:6
**alleged** 7:16
**allow** 12:10
**allowed** 8:3
**allowing** 8:9
**amended** 4:15
**answer** 10:11
**apologize** 13:3

**appear** 5:19
**appearing** 4:25
**appears** 6:7
**appreciate** 13:12
**appropriate** 7:15
**april** 2:2 4:20 5:3
   11:12
**article** 7:6
**asbestos** 4:18 7:24
   8:3,10,12
**assert** 9:9
**asserted** 7:12,24
   8:12 9:15,18
**assertion** 6:25
**assets** 11:23
**attached** 6:19
   10:8
**attempt** 5:23
**attorneys** 3:3,8
**available** 6:14
**aware** 7:9 8:7

**b**

**b** 1:17 6:19,23
   7:19
**background** 4:20
**bankruptcy** 1:1
   1:12,19 7:22
   10:21 11:5,9,13
   11:18,22 13:5
**based** 5:18 10:21
   10:24 13:4
**basically** 11:23
**behalf** 4:9
**believe** 12:18
**bifurcated** 6:24
   7:18
**binder** 9:2
**bit** 13:6
**board** 3:3 4:10,21
   10:4
**board's** 2:1 4:17
**books** 12:9

**brief** 4:20

**c**

**c** 3:1 4:1 15:1,1
**c5** 8:4
**california** 12:2
**call** 4:11
**called** 8:8,18
**camera** 10:16
**case** 1:6 4:3 9:8
   13:2
**cases** 7:22 8:11,14
   9:17 12:10
**cash** 7:11 11:8
**category** 10:23,24
   11:18
**caused** 6:10 13:3
**causes** 11:20
**certain** 8:11
**certainly** 10:11,12
**certified** 15:3
**chambers** 12:20
**change** 10:22
**chapter** 1:5 8:14
   9:17
**christopher** 1:18
**claim** 7:13 8:10
   9:16 10:19,20
   12:5,5,6
**claimants** 5:3,5,17
   5:22 6:12,14,18
   7:12,13,14 9:4,8
   9:22,24 10:12
**claims** 2:2 4:19,23
   5:2,7,12,15 6:4,18
   6:21,22,23,24 7:2
   7:3,7,12,17,19 8:2
   8:4,4,12,15,16 9:9
   9:11,13,18 10:7
   11:5,11,14
**class** 7:3,7,12 8:4
**classified** 8:4
**clean** 12:9

**clear** 9:21
**clearly** 13:6
**close** 12:10,11
**closed** 7:23 9:17
**code** 10:23 11:19 13:5
**code's** 10:22
**company** 11:25
**conclude** 12:19
**concluded** 13:15
**concrete** 11:9
**confirmed** 7:4
**confusing** 11:1
**confusion** 10:21 11:20 13:3
**congress** 13:4
**connection** 5:7 8:23 9:17
**consensual** 5:25
**consider** 6:3
**consistent** 8:10
**continue** 13:2
**continues** 11:22 11:23
**copy** 6:11 9:20
**corp** 1:6
**counsel** 4:11
**country** 15:21
**course** 11:15
**court** 1:1,12 4:2,7 4:14 6:3,7,16 8:1 8:7 10:5,14 12:22 13:1,8,11,13
**court's** 4:24,25 6:7 8:8,19 13:12
**cover** 5:4
**css** 1:6
**custom** 5:4

**d**

**d** 4:1 14:1
**d.i.** 2:2
**date** 6:3 7:9 9:23 15:25
**dated** 8:1
**deadline** 5:8
**debtor** 11:7,13,15 11:21,22
**debtors** 1:7 3:8 6:23,24 7:1,1,5,8 7:13,21,22,25 8:12,17,20 9:15 9:19
**debtor's** 12:9
**december** 8:1,8,9 8:19
**deem** 7:15
**deemed** 7:7
**delaware** 1:2,14
**delivery** 6:13 9:23
**different** 10:23
**directed** 5:4
**disallowed** 8:13
**discussed** 9:11 10:3
**dispute** 9:9
**distribution** 7:12
**distributions** 8:8
**district** 1:2
**docket** 4:24,24,25 5:1 6:8,8,10,10 8:1 9:25 10:1
**doesn't** 12:23
**due** 6:25

**e**

**e** 1:17,17 3:1,1 4:1 4:1 14:1 15:1
**ecro** 1:25
**effect** 11:9
**effective** 7:9
**efforts** 5:22
**efh** 2:1 3:3 4:3,10 4:17,21 6:23,25 7:4,5,6,8,9,13,14 7:21 8:17 9:14,15 10:4
**efih** 6:23,25 7:4,6 7:13 8:17 9:15
**either** 7:20 8:16 9:14 11:15
**ellis** 3:7 4:12
**email** 6:13
**energy** 1:6
**enter** 10:7 12:14 13:8
**entered** 8:1 14:5
**entirely** 6:22
**entity** 7:16
**epic** 5:15
**esq** 3:5,10
**estate** 11:22
**et** 1:6
**event** 12:3,13
**evidenced** 4:24 6:9 9:25
**exhibit** 6:18,19,22 6:23 7:3,19 8:5,5 10:8
**exist** 11:23 12:3,8
**existing** 11:25
**exists** 11:7 12:1
**explained** 13:5
**explaining** 13:7
**explanations** 5:19
**extant** 9:24 10:6
**extent** 9:15,18

**f**

**f** 1:17 15:1
**fifteenth** 2:1
**filed** 2:2 4:14,18 4:22 6:6 8:21 9:23 9:25 11:10,13 12:4,5,6
**finally** 9:16
**fine** 12:14,22 13:1
**finger** 3:2 4:9
**firm** 4:12
**fits** 11:19
**foregoing** 15:3
**form** 4:13 5:4 10:8
**formal** 5:11 6:12 8:22 9:8,24 10:6
**forth** 6:18 9:7 10:2
**forward** 13:2
**free** 7:15
**full** 2:2 6:20 7:4 10:9 14:6
**fully** 9:16
**further** 13:9
**future** 1:6

**g**

**g** 4:1
**gatson** 12:20,22
**given** 6:2
**going** 4:10 10:18 12:13
**good** 4:2,5,8 12:18 12:24
**grid** 11:24

**h**

**hand** 7:18
**happened** 11:10 11:19
**happy** 10:11,12 13:1,2
**harvey** 8:25
**harvey's** 9:3
**haven't** 9:10
**headquarters** 12:1
**hear** 4:6 10:12,15
**heard** 10:15,16
**hearing** 2:1 4:16 5:10,13 6:3,6,11 8:25 9:1,21,22 10:4
**highly** 11:25
**holdings** 1:6

**hon** 1:18
**honor** 4:5,10,13
  5:14,21 6:2,6,9,21
  7:2,9,11,18,25 8:7
  8:15,21 9:7,11
  10:2,10,11 12:17
  12:25 13:10,14
**honor's** 9:1
**hopefully** 12:10
  13:5
**hyde** 2:25 15:3,8

**i**

**implies** 11:1
**impression** 12:12
**inadvertently** 9:2
**included** 9:1,5,21
**independency**
  8:13
**indiscernible** 5:25
  6:1,5 9:13 12:15
**informal** 5:11
  6:12 8:22,24 9:3,8
  9:24 10:6
**information** 5:18
  6:14
**inquiries** 5:16
**inserted** 6:22
**insofar** 8:17,19
**instructions** 9:21
**item** 4:24 5:1 6:8
  6:10 8:2
**items** 10:1
**it'll** 12:11
**it's** 4:8 9:1,4 11:8
  11:8,8,17
**i'll** 4:3,21 5:14
  9:20
**i'm** 4:10 10:11,18
**i've** 13:5

**j**

**jason** 3:5 4:9
**jeffrey** 8:24

**job** 13:6
**jointly** 1:7
**judge** 1:19 4:2
**july** 1:15 4:14
  8:21 15:25
**june** 5:9 6:7,13

**k**

**k** 8:24
**kcbh** 9:17
**kind** 11:19
**kirkland** 3:7 4:12
**know** 12:20

**l**

**language** 13:4
**large** 11:24
**lawsuit** 11:15,16
**layton** 3:2 4:9
**ledanski** 2:25 15:3
  15:8
**legal** 15:20
**leslie** 1:25
**letter** 5:4
**liability** 6:25 7:24
  11:6
**lieu** 7:11
**line** 14:4
**liquidated** 8:3
**liquidating** 8:9
**listed** 5:23 6:21,23
  7:2,19 8:25
**little** 12:13 13:6
**llp** 3:7
**long** 11:13
**low** 12:13

**m**

**madron** 3:5 4:5,8
  4:9 10:14 12:12
  12:16,17,24 13:9
  13:10,14
**mansky** 12:23
**march** 7:10

**marked** 9:12
**market** 1:13
**matter** 4:16 12:23
**mechanism** 12:9
**merger** 11:24
**mineola** 15:23
**money** 11:8,20,21
  12:11
**morning** 4:15
**move** 13:2
**murin** 1:25

**n**

**n** 3:1 4:1 14:1
  15:1
**need** 10:16
**never** 11:10
**new** 4:15
**nice** 13:6
**north** 1:13
**note** 5:14 9:20
  12:20
**notice** 2:2 4:18,23
  5:1,1,4,6,8,11,17
  6:4,6,11,16,17,17
  6:19,22,24 7:3,19
  8:16,23 9:12 10:7
  10:9 14:5
**notices** 5:7
**noticing** 5:15
**numerous** 5:16
**ny** 15:23

**o**

**o** 1:17 4:1 15:1
**object** 10:23
**objection** 8:2
  10:18,19,20 12:14
  13:8
**objections** 6:2
  10:19,20 13:7
**obtained** 6:3
**occurred** 7:9
**okay** 4:6 10:15,17

**old** 15:21
**omitted** 9:2
**omnibus** 8:2,22
  10:3
**operator** 1:25
**opposed** 10:24
**order** 8:1,6,9,11
  8:19 10:7 12:14
  12:15 13:9 14:5
**oriented** 4:19
**outreach** 5:22
**outstanding** 5:12
**overnight** 6:13
  9:23
**overrule** 10:5,19
  10:20
**overruled** 13:8
**oversight** 9:5

**p**

**p** 3:1,1 4:1 9:1
**p.a.** 3:2
**p.m.** 5:9
**pab** 4:22 5:10,15
  5:21 6:3,6,10 8:21
  13:11
**page** 14:4
**parenthetically**
  5:14
**part** 11:24
**participate** 9:22
  10:13
**parties** 5:8
**passed** 11:5
**patrick** 3:10 4:11
**payment** 9:10
**pending** 6:16 8:3
  8:16 10:6
**people** 11:1,10
**peter** 9:1
**place** 12:21
**plan** 2:1 3:3 4:4
  4:10,17,21 7:4,6
  8:5 10:4 11:4

**pleasure** 13:13
**pm** 13:16
**possible** 5:24
**power** 11:24
**precedence** 12:4
**presentation** 10:10
**problem** 12:6
**procedural** 12:8
**proceedings** 12:19 13:15 15:4
**professionals** 5:21
**proof** 12:4,5
**proofs** 12:6
**provide** 7:6
**provided** 5:2 6:17
**provision** 5:18
**pursuant** 5:6
**pursue** 7:15 11:14
**put** 13:5

**q**

**question** 12:18
**questions** 5:16 10:11

**r**

**r** 1:17 3:1 4:1 15:1
**reach** 5:24
**really** 10:22 11:10 12:8
**reasons** 10:2
**recall** 7:2,25
**receive** 11:7,21
**received** 5:10,15 8:18,23 9:10 11:2 11:3,4,20
**record** 4:8 10:3 15:4
**records** 12:9
**refer** 4:21
**reflect** 4:15
**reflected** 4:13 5:9
**regard** 6:5 7:11
**reinstated** 7:8,14 8:17 9:14 11:6 12:7
**reinstatement** 7:5 7:20 10:24
**relate** 8:17,20
**remain** 5:12
**remained** 8:10
**remarks** 4:22
**remedies** 7:15
**reorganized** 7:5,8 7:14,16,21 9:14 11:6,22
**reply** 8:22 9:2,3,5 9:7,11,20 10:3,8 13:6
**request** 12:18
**requests** 10:5
**resolution** 5:25
**resolve** 5:23
**resolved** 5:18,20 7:21
**respect** 7:22,24
**respectfully** 10:5
**respectively** 10:1
**respond** 5:8
**respondent** 5:22 6:12 9:8
**responding** 9:24
**response** 5:16 8:24,25 9:3,3
**responses** 5:11,23 5:25 6:5 8:23 10:6
**richards** 3:2 4:9
**right** 10:17 11:12 11:14 12:19 13:7
**rights** 12:3,7,7
**road** 15:21
**rulings** 14:3
**run** 12:11

**s**

**s** 1:18 3:1 4:1
**satisfaction** 4:18 4:23 5:2,6,9,12,17 6:4,16,17,19 8:16 8:24 9:12 10:7,9 10:25 14:6
**satisfied** 2:2 6:20 7:4,20 9:9,13
**satisfy** 10:22,25 11:18
**scheduled** 4:16
**sempra** 11:25
**send** 12:20
**served** 5:7 6:11 9:23
**service** 4:25 6:10 9:25
**set** 6:18 9:7 10:2
**simply** 9:4
**solutions** 15:20
**solvent** 11:25
**someday** 12:10
**sontchi** 1:18 4:3
**sonya** 2:25 15:3,8
**sort** 11:8
**southern** 12:1
**specifically** 6:21 7:6 9:6
**specified** 8:5
**spring** 8:11
**start** 4:15
**starting** 12:12
**states** 1:1,12
**street** 1:13
**subject** 5:3 8:15 9:12
**substance** 6:15
**substantially** 10:8
**suite** 15:22
**sustain** 10:18,19 12:13
**sustaining** 8:2 10:9 14:5

**t**

**t** 15:1,1
**tcbh** 7:1,25 8:3,5 8:9,12,13,20
**tch** 7:22,22 9:19
**terms** 8:10
**texas** 11:24
**thank** 10:14 12:17 12:25 13:10,14
**that'd** 12:22
**that's** 4:17,23 10:10 11:7,18 12:12,17,21 13:1 13:11
**thereof** 9:10
**thereto** 5:3 6:5
**therewith** 5:7
**they've** 5:20
**think** 12:1,11
**time** 4:16 11:13 13:12
**today** 12:19 13:9 13:11
**today's** 4:11,15 5:10,13 6:6,11 9:21 10:4
**total** 5:10
**transcribed** 2:25
**transcript** 15:4
**treated** 8:13
**treatment** 8:18 11:4
**true** 15:4
**turn** 4:3 10:16
**turning** 6:15

**u**

**u.s.** 1:19
**ultimately** 12:10
**unable** 5:24
**unfortunate** 11:17

**unimpaired** 7:7 7:21
**united** 1:1,12
**unmute** 10:16
**unresolved** 6:2,12 8:22
**uploaded** 12:15
**use** 10:22 11:17 13:4

**v**

**various** 4:18
**venter** 3:10 4:11
**veritext** 15:20

**w**

**want** 10:13
**way** 4:20
**we'll** 12:14
**we're** 4:3 12:12 13:13
**wilmington** 1:14
**wish** 10:15,15
**word** 10:22,25 11:17

**x**

**x** 14:1

**y**

**yeah** 13:1

**z**

**zero** 12:4
**zoom** 4:11