**EXHIBIT A**



ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

June 29, 2021

Matthew L. McGinnis
T +1 617 951 7567
matthew.mcginnis@ropesgray.com

**BY E-MAIL**

Patrick L. Rocco
Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, NY 10601

Re:   *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del)

Dear Pat:

I write on behalf of Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership ("Elliott") and UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 (the "Trustee" and together with Elliott, "UMB/Elliott") to follow up on our conversations during the meet and confer calls held on June 24 and 25, 2021, during which we discussed:

- *UMB/Elliott's Request for Production of Documents from NextEra Energy, Inc.* ("UMB/Elliott's Requests," and each an "UMB/Elliott Request"), dated May 21, 2021;

- *NextEra's Responses and Objections to UMB/Elliott's Requests for Production of Documents to NextEra Energy, Inc. Concerning the NextEra Application* ("NextEra's Responses"), dated June 21, 2021;

- *NextEra's First Request for Production of Documents from Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership* ("NextEra's Requests," and each a "NextEra Request"), dated May 11, 2021; and

- *Elliott's Responses and Objections to NextEra's First Request for Production of Documents from Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership* ("Elliott's Responses"), dated June 10, 2021.

This letter addresses certain outstanding issues with respect to NextEra's Responses and Elliott's Responses.

ROPES & GRAY LLP

Patrick L. Rocco — - 2 - — June 29, 2021

**I.    UMB/ELLIOTT'S REQUESTS TO NEXTERA**

    **A.    Documents and Communications Concerning the Sempra Plan (UMB/Elliott Request No. 4)**

UMB/Elliott Request No. 4 seeks all Documents concerning the Sempra Plan and all Communications concerning negotiations of the Sempra Plan.[1] NextEra's Responses object to producing any documents in response on the ground that the Request is not relevant to the claims or defense in the proceeding. During our discussion, you agreed to reconsider your position on this request, but likewise asked Elliott to reconsider its request to producing documents in response to NextEra Request No. 8, which seeks documents on a similar topic. As set forth in more detail below, Elliott agrees to produce documents in response to NextEra Request No. 8 on the condition that NextEra agrees to produce documents on the same subject matter in response to UMB/Elliott Request No. 4. Please confirm you agree to do so.

    **B.    UMB/Elliott's Search Proposals For Certain Requests Calling for Custodial Review (UMB/Elliott Requests Nos. 5, 6, 8, 15, 16, and 28)**

During our discussion, we agreed to propose search terms and custodians for UMB/Elliott Requests Nos. 5, 6, 8, 15, 16, and 28.[2] In order to further our discussion, please find below our proposal:

---

[1]    Capitalized terms used but not defined herein have the meanings ascribed to them in the UMB/Elliott Requests.

[2]    UMB/Elliott Request No. 5 seeks "[a]ll Documents concerning drafts of the NextEra Merger Agreement and all Communications concerning negotiations of the NextEra Merger Agreement." UMB/Elliott Request No. 6 seeks "[a]ll Documents and Communications concerning any alleged breaches by NextEra of the NextEra Merger Agreement." UMB/Elliott Request No. 8 seeks "[a]ll Documents and Communications concerning NextEra's involvement in or analysis of the Hunt Transaction, including, but not limited to NextEra's decision to file the *Statement of NextEra Energy, Inc. With Respect to Confirmation Matters and Feasible Alternative Restructuring* [D.I. 7028]." UMB/Elliott Request No. 15 seeks "[a]ll Documents and Communications concerning the Debtors' termination of the NextEra Merger Agreement." UMB/Elliott Request No. 16 seeks "[a]ll Documents and Communications between March 1, 2017 and September 1, 2017 concerning the Termination Fee." UMB/Elliott Request No. 28 seeks "[a]ll Documents and Communications concerning the Chapter 11 Cases sent to or sent by NextEra employees James Robo, Mark Hickson, and Charles Sieving."

ROPES & GRAY LLP

Patrick L. Rocco                               - 3 -                                June 29, 2021

Date Range

Unless a different date range is specified below, UMB/Elliott proposes that NextEra start collection at the month the Hunt Transaction was approved, through the month after UMB/Elliott filed a motion to dismiss or, alternatively for summary judgment on the NextEra Application: March 1, 2016 through April 30, 2018. We are aware that NextEra has previously produced documents, and we expect that NextEra will be able to de-duplicate its current collection and review efforts against the prior production, so as to minimize any burden in reviewing.

Custodians

UMB/Elliott proposes that NextEra employees Mark Hickson and Charles Sieving serve as custodians for the full date range. In addition, UMB/Elliott asks that NextEra CEO James Robo be included as a custodian for the narrower range of January 1, 2017 through September 30, 2017.

Search Terms

UMB/Elliott only seeks non-privileged documents and communications within NextEra's possession, custody, or control. Subject to review and without waiving any objections, UMB/Elliott proposes that NextEra use the following search terms to identify documents in the aforementioned document requests (UMB/Elliott Request Nos. 5, 6, 8, 15, 16, and 28).

- (EFH* or EFIH* or TXU or "energy future" or Oncor* or "KE" or "K&E" or PUCT or ("Public Utility Commission" AND Texas)) AND (merger or "merger agreement" or transaction or contract or plan or Hunt or draft or negotiate or "ring fence" or breach* or violat* or break or alternat* or analys* or cancel* or terminat* or end* or fee or Sontchi)

We are, of course, happy to discuss this proposal further should NextEra determine that the above parameters, as de-duplicated against NextEra's prior productions, result in an unduly burdensome number of hits.

**II.    NEXTERA'S REQUESTS TO ELLIOTT**

    **A.    Sempra Plan (NextEra's Request No. 8)**

As mentioned above, during our call we discussed Elliott's objection to NextEra's Request No. 8, which seeks documents concerning the negotiation of the Berkshire Merger Agreement or the Sempra Merger Agreement. Elliott has already produced non-privileged documents concerning the negotiation of the Berkshire Merger Agreement, to the extent such documents were identified following a reasonable search and are in Elliott's custody, control or possession. In addition, Elliott is willing to produce non-privileged documents concerning the negotiation of the Sempra Merger Agreement, to the extent such documents are in Elliott's custody, control, or possession, and are

ROPES & GRAY LLP

Patrick L. Rocco                                - 4 -                                June 29, 2021

identified pursuant to the below search, on the condition that NextEra agree to produce documents on the same subject matter, as describe above. Elliott's search parameters are below.

- Custodians: Dave Miller and Jeff Rosenbaum
- Date Range: July 27, 2017 (*i.e.*, the date of Elliott's prior collection of Oncor acquisition-related documents but not including subsequent collections of EFH-related documents) through September 7, 2017 (*i.e.*, the date the Bankruptcy Court approved the Sempra Plan)
- Search Term: Sempra

**B.     Administrative Expenses**

The parties also discussed NextEra's Requests relating to documents about the NextEra Application (NextEra Request Nos. 11, 12, and 13). Although Elliott expects that the vast majority of communications on this topic are likely privileged, Elliott is willing to conduct the following search for any responsive, non-privileged documents:

- Custodian: Jeff Rosenbaum
- Date Range: September 6, 2017 through August 1, 2018 (*i.e.*, from the date of the hearing on Elliott's *Motion to Reconsider In Part the September 19, 2016 Order Approving the NextEra Termination Fee*, filed on July 29, 2017 through the Bankruptcy Court's decision granting UMB/Elliott's Joint Motion to Dismiss the NextEra Application.).
- Search Terms: (NextEra or "NEE") AND ("60 m" or "60 mm" or "60 million" or "admin* expense" or "admin* claim")

*     *     *

In light of the schedule entered by the Court, I would appreciate if you could respond on the above issues no later than Thursday, July 1, 2021. UMB/Elliott reiterates that this letter serves as a proposal. UMB/Elliott reserves all rights in connection with these matters and does not waive any objections, in whole or in part.

Sincerely,

Matthew L. McGinnis

cc:     Gregg Galardi, Gregg.Galardi@ropesgray.com
        Dan Egan, Daniel.Egan@ropesgray.com