# **EXHIBIT A**

**NextEra Energy, Inc.'s Expert Witness Disclosures**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Reorganized Debtors. | ) (Jointly Administered) |

## NEXTERA ENERGY, INC.'S EXPERT WITNESS DISCLOSURES

Pursuant to paragraph 5(a) of the *Order Scheduling Certain Dates and Establishing Certain Protocols in Connection with the NextEra Application* [D.I. 14238], NextEra discloses that it will call the following experts for the following purposes in its case in chief:

1. **Harris Devor, CPA, Friedman LLP**. Mr. Devor's resume is attached as Exhibit A and also available here: https://www.friedmanllp.com/people/devor-harris

    Mr. Devor will use his accounting expertise to address the costs/expenses that NextEra incurred related to the Oncor acquisition and determine whether those expenses are related to the transaction. He will also address any expenses and professional fees that the parties opposing NextEra's fee application claim should be charged to NextEra to offset any benefit to the estate as a result of the work that is the subject of NextEra's fee application and determine whether they are properly chargeable to NextEra.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0065246.}

2. **Christopher Shebby, ElevenCanterbury.** Mr. Shebby's resume is attached as <u>Exhibit B</u>.

Mr. Shebby will use his investment banking expertise to address: (a) the importance of and various benefits to the Debtors of NextEra's bid for Oncor and the efforts NextEra undertook to consummate its proposed merger with Oncor; (b) the role NextEra's conduct played in extracting additional compensation from subsequent bidders; (c) the role NextEra's conduct played in providing an important roadmap to subsequent bidders in terms of the terms of the Merger Agreement and what provisions would be acceptable to the Public Utilities Commission of Texas ("PUCT"); (d) the dynamics of having multiple bidders bid for an asset and the impact that has upon the price of the asset; (e) the impact that the Oncor Ring-Fence had upon Oncor's value; and (f) the impact that NextEra's actions had upon the consideration that the Debtors ultimately received in connection with the sale of Oncor.

*[remainder of page intentionally left blank]*

July 6, 2021

Wilmington, DE

        **LANDIS RATH & COBB LLP**

        */s/ Matthew B. McGuire*
        ―――――――――――――――――
        Matthew B. McGuire (No. 4366)
        919 Market Street, Suite 1800
        Wilmington DE 19801
        Telephone: (302) 467-4400
        E-mail: mcguire@lrclaw.com

        **FLEISCHMAN BONNER & ROCCO LLP**
        Keith M. Fleischman (admitted pro hac vice)
        James P. Bonner (admitted pro hac vice)
        Patrick L. Rocco (admitted pro hac vice)
        Joshua D. Glatter (admitted pro hac vice)
        81 Main Street, Suite 515
        White Plains, NY 10601
        Telephone: (914) 278-5100
        E-mail: kfleischman@fbrllp.com
        jbonner@fbrllp.com
        procco@fbrllp.com
        jglatter@fbrllp.com

        *Counsel to NextEra Energy Inc.*

# **EXHIBIT A**

# HARRIS L. DEVOR
# RESUME

**EDUCATION**

Bachelor of Business Administration, Temple University, 1973

Certified Public Accountant

**PROFESSIONAL EXPERIENCE**

Friedman LLP, Partner, 1/1/16 - Present
Shechtman Marks Devor PC (merged into Friedman LLP 1/1/16), Shareholder, 1990 - 2015
Laventhol & Horwath, Audit partner, 1981-90
Price Waterhouse, Audit manager, 1973-81

Experience includes 47 years of planning, organizing, administering and supervising all phases of audits and other financial engagements for large to small size clients in a variety of different industries including extensive involvement with publicly-held clients and SEC requirements, as well as providing litigation support and bankruptcy/insolvency/reorganization services.

Has performed a variety of litigation support services including retention as an expert in many cases involving accounting and auditing issues and/or financial statements, SEC issues, assisting in computation of damages, investigation of fraud allegations, etc. Experience includes performing these services in connection with securities violations actions involving **some of the largest companies in the world and their accounting firms.** Such services include participation in assisting counsel in drafting or responding to complaint allegations involving accounting and auditing issues, review of documents and analyses, consulting with counsel regarding accounting and auditing issues and financial statement impact, assisting in counsel's preparation for deposition, drafting expert reports, assisting in computation of damages and providing expert testimony.

Has been retained by the **Department of Justice** (U.S. Attorney's Office) as the lead accounting expert, and testified, in the criminal fraud case against the senior management of **Rite Aid Corporation** in one of the largest accounting frauds in U.S. history.

Has been retained by the **Texas Attorney General** as the lead accounting and damages expert, and testified, in a case brought by the State of Texas against various international drug manufacturers accused of misreporting pricing to the Texas Medicaid program. Has been retained by various **other state attorneys general throughout the United States** in similar actions with alleged damages in excess of hundreds of millions of dollars.

Has been retained by Co-Counsel for the shareholder/bondholder plaintiffs and testified for 3 days at trial in the Southern District of New York as the sole accounting and auditing expert on behalf of the class action plaintiffs in the **WorldCom** securities fraud case, believed to be the largest accounting fraud in history to that time.

Has been retained by Counsel in various matters emanating from the **"financial collapse"** in 2008, including the **Lehman collapse** and matters involving the proper accounting/auditing of concentrations in Mortgage Backed Securities ("MBS") by such parties as **Bank of America, Countrywide, Citi** and others.

Has been retained by the **Canadian Institute of Certified Public Accountants** ("CICPA's") as investigator and testifying expert in case involving the audit of the largest "feeder fund" into **Bernard L. Madoff**

1

# HARRIS L. DEVOR
# RESUME

## PROFESSIONAL EXPERIENCE (CONTINUED)

Investment Securities, including as to whether such audit was performed in accordance with Generally Accepted Auditing Standards.

Has been retained by the **SEC** in numerous cases brought by it as an accounting and auditing expert involving GAAP and GAAS issues.

Has been retained by Counsel for the shareholders in the **AOL-Time Warner/Ernst & Young** securities fraud case as the sole accounting and auditing expert for the class action plaintiffs.

Has been retained by co-counsel for the shareholders and testified in the **Sunbeam/Arthur Andersen/"Chainsaw" Al Dunlap** securities fraud case on behalf of the plaintiffs.

Was Laventhol & Horwath's primary resource with respect to counseling troubled companies (debtors), secured creditors, unsecured creditor committees and trustees on a variety of insolvency and bankruptcy issues.

During 1978, spent six months in Israel developing continuing education program for the Price Waterhouse correspondent firm there.

During 1981 and 1982 served on Laventhol & Horwath's committee charged with the responsibilities of developing a new approach to auditing by review of risks and objectives (ARRO).

Has instructed and lectured on various SEC, bankruptcy, closely-held business, not-for-profit, audit and statistical sampling subjects at PW, L&H and at the request of the PICPA.

## COMMUNITY SERVICES AND ORGANIZATIONS

American Institute of Certified Public Accountants
Pennsylvania Institute of Certified Public Accountants
Member/Former Member of:

PICPA:
Ethics Committee
Executive Committee-Greater Philadelphia Chapter
Members' Consultation Committee
Report Review Committee
Cooperation with the Bar Committee
Insolvency and Reorganization Committee
Forensic and Litigation Services

Other:
Association of Insolvency Accountants
National Association of Accountants, Philadelphia Chapter
Temple University Downtown Club
Temple University Beta Alpha Psi Alumni Club
Temple University Department of Accounting Advisory Board
Board of Directors, Gershman YM/YWHA, President
Board of Directors, Jewish Community Centers of Greater Philadelphia
Board of Directors, Auerbach Central Agency for Jewish Education
Board of Directors, Jewish Community Relations Board

# HARRIS L. DEVOR
# RESUME

**COMMUNITY SERVICES AND ORGANIZATIONS (CONTINUED)**

    Germantown Cricket Club
    Leslie Wexner Heritage Foundation Fellow
    Jewish National Fund
    SeniorLaw Center of Philadelphia, Treasurer, Chair of Audit Committee
    Board of Directors, Chair of Audit Committee, Jewish Federation of Greater Philadelphia
    Board of Trustees, Jewish Federation of Greater Philadelphia
    Pennsylvania Innocence Project, Treasurer, Chair of Audit Committee

# **EXHIBIT B**

ELEVENCANTERBURY

# CHRISTOPHER SHEBBY
# VIRGINIA

## EXPERIENCE

**SUMMIT ENERGY ADVISORS**  2016 - Present
Energy Corporate Finance Consulting
*Managing Partner, Washington, DC*
- Provide strategic consulting services to a diverse group of clients focused on executing projects focused on the upstream oil and gas, oilfield service and coal sectors.
- Assist clients in developing business plans, securing and structuring financing and in executing field operations
- Capitalizing a start-up oilfield waste processing and land fill disposal company in the Permian Basin
- Advising a North Dakota based oilfield fluid and water logistics management company backed by a major financial sponsor on preparing for an IPO
- Advising a Permian Basin contract drilling company on transitioning its rig fleet to high-spec drilling rigs
- Assisting a management team on the development of a modular topping refinery located in west Texas focused on producing ultra-low sulphur diesel fuel and other distillates
- Managing the sale of an Ohio based silica company that mined and processed frac sand
- Serving as an expert witness in two Federal Court actions involving upstream oil and gas assets

**CARBON ENERGY CORPORATION**  2016 - Present
Public E&P Company Backed by Yorktown Energy Partners
*Strategic Consultant, Denver, CO*
- Work closely with Carbon's CEO, senior management team and private equity sponsor on developing strategic growth initiatives for positioning Carbon as a public C-corp paying a significant dividend.
- Developed a strategic plan to acquire and finance long-lived, shallow decline oil and gas assets to support the distribution of cash back to shareholders in the form of a dividend. Collaborate with Carbon operations management team to reduce operating expenses to enhance the value of the assets acquired.
- Manage relationships with external capital providers.
- Work with attorneys and financial advisors to position Carbon for an eventual IPO
- Completing 13 oil and gas property acquisitions totaling 100 million boe of proved reserves for $250 million
- Securing capital commitments from institutional investors in excess of $250 million for side car investment vehicles and drilling joint ventures
- Arranging senior credit facilities that provided over $100 million in borrowings

**ATLAS RESOURCE PARTNERS HOLDING LLC**  2016 - 2018
*Director and Chairman of Special Committee*
*Board of Directors, Philadelphia, PA*
- Joined the Board of Directors of a longtime client organization to serve as the Chairman of a Special Committee tasked with managing the liquidation of 20 SEC registered oil and gas drilling partnerships. A total of 18 partnerships were successfully liquidated in the process

**STIFEL NICOLAUS & COMPANY**  2008 - 2016
Energy and Natural Resources Investment Banking
*Managing Director and Co-Group Head of Energy and Natural Resources Banking Group, Bethesda, MD*

# ELEVENCANTERBURY

- Assumed the leadership of a start-up energy investment banking practice that was less than two years old and staffed by only three bankers focused on the MLP sector.
- Expanded the focus of the practice to include E&P, coal, and oil services
- Built out the practice to include 15 banking professionals in four offices. Provided senior leadership to a banking practice that grew to generate more than $20 million in annual revenue
- Personally executed over 60 transactions that generated in excess of $53 million in revenue
- Served on Stifel's Fairness Opinion and Private Placement Committees

## FRIEDMAN, BILLINGS, RAMSEY & CO, INC.                                         2000 – 2008
Energy and Natural Resources Investment Banking
*Senior Managing Director and Co-Group Head, Arlington, VA*
*Vice President, Senior Vice President, Managing Director*
- Founding member of the Energy and Natural Resources Banking Group. Made significant contributions toward building a business unit that averaged $70 million in annual revenue from 2003 to 2008. Promoted three times in seven years. Ultimately managed a staff of 14 investment banking professionals in three offices
- Key member of a banking team that has raised over $11 billion in equity capital from 2003 to 2008
- Between 2004 – 2008, significantly contributed to establishing FBR's natural resources practice as:
- #1 lead equity underwriter for natural resource companies with market caps below $1 billion
- #6 lead equity underwriter for natural resource companies across all market caps
- Dominant placement agent for Rule 144A equity offerings with a 54% market share from 2002 to 2008
- Personally generated banking fees in excess of $162 million as a senior banker
- Originated and executed 41 investment banking transactions between 2003 and 2008 including, Rule 144A equity placements, PIPEs, IPOs, follow-on offerings, M&A assignments and restructurings
- Recipient of FBR's Pegasus Award as the firm's most outstanding employee in 2005

## MOUNTAIN OIL & GAS COMPANY                                                    1997 – 2000
Mountain was an oil and gas production and natural gas pipeline company with assets located in the northern U.S. Rocky Mountain region.
*CEO and Director, Chevy Chase, MD/Cut Bank, MT/Cody, WY*
- Organized and led a group of investors that acquired Mountain Oil and Gas Company ("Mountain") and subsidiaries.
- Assets were primarily located in the Big Horn Basin of Wyoming and the Sweetgrass Arch of Montana. Assets included proved oil and gas reserves, 3P oil and gas reserves, and a 200-mile gas gathering system with associated compression and processing facilities that delivered equity and third party gas to Montana Power. Improved asset value and operating performance through a program of low- risk capital expenditures projects
- Increased primary oil production through low-cost field remediation initiatives including well workovers and recompletions
- Increased proved reserves by over 40% through the implementation of a series of enhanced oil recovery (EOR) projects
- Improved operating margins by through efficiency measures, including automated technology
- Added additional reserves on a 2P basis as a result of all development efforts
- Negotiated the sale of the company's assets that produced a 7.5x cash-on-cash return

## THE ENERGY RECOVERY FUND L.P.                                                 1992 - 1997
*Associate and Principal, Chevy Chase, MD*
- Supported the operation of a $180 million private investment partnership that invested in the E&P and oil service industries in the U.S., the U.K. and Canada.

# ELEVENCANTERBURY

- Investments of $5 to $25 million were made to fund restructurings, consolidation efforts, follow-on acquisitions, growth initiatives and the purchase of publicly traded securities. 75% of the fund's profits were generated from private and distressed investments.
- Executed all phases of the investment management process
- Conducted basic investment analysis: investment screening, comparable company valuation, financial modeling, return sensitivity analysis and competitive industry analysis
- Performed all forms of transaction due diligence
- Structured and executed transactions with legal counsel and external advisors
- Advised portfolio companies on strategic transactions and business development initiatives
- Managed a fund-owned producing oil and gas and midstream assets:
- Managed all phases of the purchase oil and gas and pipeline assets
- Directed day-to-day field operations with contract operators
- Collaborated with engineering staff to enhance and maximize asset value
- Monitored portfolio company and investment performance
- Directed the liquidation of investment positions

## EDUCATION & CERTIFICATIONS

MBA, Finance, George Mason University, 1992
BA, History, minor in Biology, Georgetown University, 1988
Registered Securities Representative: Series 7, 63 and 24 certified
Chartered Financial Analyst, 1998
Basic Reservoir Engineering, 1997
Oil and Gas Property Evaluation, 2000
Geology for Non-Geologists, 2006
Introduction to Log Analysis, 2007

## LITIGATION

- Serving as an expert witness for Sanchez Energy Corp. in derivative litigation in Delaware Chancery Court related to a M&A transaction (2016 – 2017)
- Serving as an expert witness for Plaintiffs in securities litigation against New Source Energy Partners L.P. et. al. in U.S. District Court for the Southern District of New York (2016-2017)
- Experience providing extensive deposition testimony in litigation related to three M&A transactions which I handled:
    - PostRock Energy Corporation et. al. vs. Constellation Energy Partners et. al. in Delaware Chancery Court (2014)
    - Derivative litigation related to CONSOL's acquisition of CNX Gas Corporation (2010)
    - Derivative litigation related to Targa Energy's acquisition of Atlas Pipeline Partners, L.P. (2014)

## OTHER

Selected by the Baltimore Orioles in the June 1988 Free Agent Draft

## TRANSACTIONS
*List upon request*