# EXHIBIT B

**July 9, 2021 M. Thompson Email to Counsel**

# Thompson, McClain

| | |
|---|---|
| **From:** | Thompson, McClain |
| **Sent:** | Friday, July 9, 2021 4:57 PM |
| **To:** | 'Keith M. Fleischman'; *mcguire@lrclaw.com; 'James P. Bonner'; 'Patrick L. Rocco'; 'Egan, Daniel'; 'Galardi, Gregg'; 'Lovell, Ani-Rae'; *Matthew.McGinnis@ropesgray.com; 'Tyler Van Put' |
| **Cc:** | McKane, Mark; Esser, Michael P.; Yenamandra, Aparna; Venter, Patrick; *madron@rlf.com; Levin, Adrienne J. |
| **Subject:** | RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) |

Counsel -

This afternoon, the PAB is making (i) a production of documents that are Bates-stamped PAB00000687 - PAB00000707 and (ii) a re-production of materials produced by the Debtors in 2015.  We will provide the materials via a Kirkland-hosted FTP site.  A password will follow under separate cover.  The materials have been designated -- or were previously designated -- Confidential or Highly Confidential under the *Confidentiality Agreement and Stipulated Protective Order* [Docket No. 1833] and should be treated accordingly.

Separately, we understand that Ropes made a re-production to NextEra of materials previously produced by Elliott, UMB, Ropes, and Moelis.  Ropes has made these re-productions available to the PAB.  We also understand that FBR made a re-production to Ropes of materials previously produced by NextEra.  In our existing files, we have copies of NEE00000001 - NEE0064168.  If that is not a complete set -- and/or if FBR has any objection us using the existing copies in our files -- please let us know.

Thanks,

McClain

**McClain Thompson**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
**T** +1 202 389 5292
**M** +1 917 545 6401

mcclain.thompson@kirkland.com

---

**From:** Thompson, McClain
**Sent:** Thursday, June 10, 2021 3:37 PM
**To:** 'Keith M. Fleischman' <Kfleischman@fbrllp.com>; *mcguire@lrclaw.com <mcguire@lrclaw.com>; 'James P. Bonner' <JBonner@fbrllp.com>; 'Patrick L. Rocco' <Procco@fbrllp.com>; 'Egan, Daniel' <Daniel.Egan@ropesgray.com>; 'Galardi, Gregg' <Gregg.Galardi@ropesgray.com>; 'Lovell, Ani-Rae' <Ani-Rae.Lovell@ropesgray.com>; *Matthew.McGinnis@ropesgray.com <Matthew.McGinnis@ropesgray.com>
**Cc:** McKane, Mark <MMcKane@kirkland.com>; Esser, Michael P. <michael.esser@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Venter, Patrick <patrick.venter@kirkland.com>; *madron@rlf.com <madron@rlf.com>
**Subject:** In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.)

Counsel -

We write further to the PAB's ongoing efforts to facilitate the production of relevant materials from the chapter 11 cases. Last Friday, the PAB produced (a) transcripts of hearings conducted in the chapter 11 cases, (b) transcripts of depositions taken in connection with the chapter 11 cases (along with related deposition exhibits), and (c) expert reports served by the Debtors during the four confirmation proceedings.

Over the coming days, the PAB will be facilitating the re-production of Bates-stamped productions made by the Debtors and PAB, beginning June 7, 2016. The production will consist of 50+ production volumes, spanning 402,000+ pages. We identified these production volumes by date and believe this subset of materials is more likely to be relevant to this claims proceeding, including documents and communications regarding the NextEra transaction, the Berkshire transaction, and the Sempra transaction. The production volumes that we are re-producing begin with the Debtors' first production after the April 30, 2016 termination of the Hunt deal. (The Debtors did not make a production between November 12, 2015 (during the Hunt confirmation trial) and June 7, 2016.)

As we noted during our May 27 meet-and-confer, productions in 2014 and 2015 are highly unlikely to be relevant to this claims proceeding and would include more than six million pages of additional material. The vast majority of 2014 and 2015 productions consist of "legacy" discovery that was produced in connection with inter-silo litigation between the E-Side and T-Side estates that was settled in 2015. Productions in 2014 and 2015 would also include materials that are specific to the T-Side debtors and their businesses, which are not relevant to this claims proceeding. (Please note that some of the summer 2016 productions may contain materials that were relevant to the August 2016 T-Side confirmation proceeding, but the overlap should be relatively minimal.) Additionally, re-producing productions from 2014 and 2015 would add significant time to making the transfer and additional hosting costs on your respective systems.

We will make the data available in a format compatible with standard e-discovery review platforms (Relativity \ Concordance). Transfer will occur via secure USB shipment. To account for the necessary copy time, we anticipate being able to ship the drives on Wednesday. Please designate a recipient.

Finally, please also see attached for the PAB's responses and objections to NextEra's requests for production.

Thanks,

McClain

**McClain Thompson**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
**T** +1 202 389 5292
**M** +1 917 545 6401

mcclain.thompson@kirkland.com

**From:** Thompson, McClain
**Sent:** Friday, June 4, 2021 3:01 PM
**To:** 'Keith M. Fleischman' <Kfleischman@fbrllp.com>; *mcguire@lrclaw.com <mcguire@lrclaw.com>; James P. Bonner <JBonner@fbrllp.com>; Patrick L. Rocco <Procco@fbrllp.com>; Egan, Daniel <Daniel.Egan@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Lovell, Ani-Rae <Ani-Rae.Lovell@ropesgray.com>; *Matthew.McGinnis@ropesgray.com <Matthew.McGinnis@ropesgray.com>
**Cc:** McKane, Mark <MMcKane@kirkland.com>; Esser, Michael P. <michael.esser@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Venter, Patrick <patrick.venter@kirkland.com>; Levin, Adrienne J. <adrienne.levin@kirkland.com>
**Subject:** RE: [Noon ET] In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.)

All -

2

Further to last Thursday's call, the PAB will be providing to NextEra and Elliott / UMB today (a) hearing transcripts from the chapter 11 cases, (b) deposition transcripts and deposition exhibits from the chapter 11 cases, and (c) the Debtors' expert reports from the confirmation hearings.  Additional materials will follow next week.

Certain of the materials were previously designated Confidential or Highly Confidential under the *Confidentiality Agreement and Stipulated Protective Order* [Docket No. 1833] and should be treated accordingly.

We will provide the materials via a Kirkland-hosted FTP site.  If you'd like to designate a paralegal or other member of your team to receive the link, please let us know.

Thanks,

McClain

**McClain Thompson**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
T +1 202 389 5292
M +1 917 545 6401

mcclain.thompson@kirkland.com

-----Original Appointment-----
From: Thompson, McClain
Sent: Monday, May 24, 2021 3:48 PM
To: Thompson, McClain; Keith M. Fleischman; *mcguire@lrclaw.com; James P. Bonner
Cc: McKane, Mark; Esser, Michael P.; Yenamandra, Aparna; Venter, Patrick; Patrick L. Rocco; Egan, Daniel; Galardi, Gregg; Lovell, Ani-Rae; *Matthew.McGinnis@ropesgray.com
Subject: [Noon ET] In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.)
When: Thursday, May 27, 2021 12:00 PM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: One-Click: 1-866-331-1856,,40365561#


_____
From: Keith M. Fleischman <Kfleischman@fbrllp.com>
Sent: Monday, May 24, 2021 3:46 PM
To: Thompson, McClain <mcclain.thompson@kirkland.com>; *mcguire@lrclaw.com <mcguire@lrclaw.com>; James P. Bonner <JBonner@fbrllp.com>
Cc: McKane, Mark <mmckane@kirkland.com>; Esser, Michael P. <michael.esser@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Venter, Patrick <patrick.venter@kirkland.com>; Patrick L. Rocco <Procco@fbrllp.com>
Subject: RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.)


Excellent . Would you like to send around an invite?

Keith M. Fleischman, Esq.
**FLEISCHMAN, BONNER & ROCCO, LLP**
81 Main Street, Suite 515

White Plains, NY 10601
Telephone:  914-278-5101
www.fbrllp.com

---

**From:** Thompson, McClain <mcclain.thompson@kirkland.com>
**Sent:** Monday, May 24, 2021 3:41 PM
**To:** Keith M. Fleischman <Kfleischman@fbrllp.com>; *mcguire@lrclaw.com <mcguire@lrclaw.com>; James P. Bonner <JBonner@fbrllp.com>
**Cc:** McKane, Mark <mmckane@kirkland.com>; Esser, Michael P. <michael.esser@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Venter, Patrick <patrick.venter@kirkland.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.)

That time works for us.  Thanks.

**McClain Thompson**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
**T** +1 202 389 5292
**M** +1 917 545 6401

mcclain.thompson@kirkland.com

**From:** Keith M. Fleischman <Kfleischman@fbrllp.com>
**Sent:** Monday, May 24, 2021 12:53 PM
**To:** Thompson, McClain <mcclain.thompson@kirkland.com>; *mcguire@lrclaw.com <mcguire@lrclaw.com>; James P. Bonner <JBonner@fbrllp.com>
**Cc:** McKane, Mark <mmckane@kirkland.com>; Esser, Michael P. <michael.esser@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Venter, Patrick <patrick.venter@kirkland.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.)

Mark:

Can you be available for an initial  meet and confer this Thursday at 12noon in connection with our document request to the EFH Plan Administrator Board? Please  advise if that or another time may work.

Regards

Keith


Keith M. Fleischman, Esq.
**FLEISCHMAN, BONNER & ROCCO, LLP**
81 Main Street, Suite 515
White Plains, NY 10601
Telephone:  914-278-5101
www.fbrllp.com

---

**From:** Thompson, McClain <mcclain.thompson@kirkland.com>
**Sent:** Friday, May 21, 2021 5:14 PM
**To:** Egan, Daniel <Daniel.Egan@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>;

*mcguire@lrclaw.com <mcguire@lrclaw.com>; *Matthew.McGinnis@ropesgray.com <Matthew.McGinnis@ropesgray.com>; Keith M. Fleischman <Kfleischman@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>; Lovell, Ani-Rae <Ani-Rae.Lovell@ropesgray.com>; Joshua Glatter <Jglatter@fbrllp.com>
**Cc:** McKane, Mark <mmckane@kirkland.com>; Esser, Michael P. <michael.esser@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Venter, Patrick <patrick.venter@kirkland.com>
**Subject:** In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.)

Keith, James, Joshua -

Please see the attached letter from Mark McKane.

Thanks,

McClain

### McClain Thompson

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
**T** +1 202 389 5292
**M** +1 917 545 6401

mcclain.thompson@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.