IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No.: 14273, 14276, 14277 |
| | : | and 14238 |

## ORDER

Upon consideration of the letters received by the Court from the following:

1) Keith M. Fleischman to the Honorable Christopher S. Sontchi Regarding Extending Deadlines Filed by NextEra Energy, Inc. ("NextEra") [D.I. 14273] filed on July 9, 2021, seeking a 60-day extension of time to respond to document requests served by UMB/Elliott (as defined below) on NextEra on May 21, 2021 (the "Document Requests").

2) Matthew L. McGinnis to the Honorable Christopher S. Sontchi Regarding Opposition to the Extension of Schedule [D.I. 14276] filed on July 12, 2021; and

3) Mark McKane, P.C. to The Honorable Christopher S. Sontchi Responding to NextEra's Request to Extend Discovery Deadlines Filed by EFH Plan Administrator Board and Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership, UMB Bank, N.A., as Indenture Trustee (collectively, "UMB/Elliott") [D.I. 14277] filed on July 12, 2021.

IT IS HEREBY ORDERED THAT, the deadline for NextEra to respond to the Document Requests will be extended **10 days** from the original date of July 9th, 2021, to **July 19th, 2021**. All other provisions of the Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with The NextEra Application [D.I. 14238] will remain in effect.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: July 13, 2021