Beatrice Thompson

U.S.B.C

Please Cheryl Un kate my Adress my New Adress

Case Number 410979

New Adress is 185 King wood Dr.
Streetman Texas 75859

USBC

824 markers Street ~~wilm~~ Wilmington DE
3 co 19809

FILED 2021 JUL 21 PM 3:03
US BANKRUPTCY COURT
CLERK DISTRICT OF DELAWARE

Beatrice Thompson
183 Kingswood Dr
Sherman Texas
75059

NORTH TEXAS TX PRDC
DALLAS TX 750
24 JUN 2021 PM 4 L

U.S.M.S.
IX-RAY

USDC
924 Marking St.
Wilmington DE 19801.