# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Reorganized Debtors. | ) ) ) ) | (Jointly Administered) |

## NOTICE OF DEPOSITION OF ANTHONY R. HORTON

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, NextEra Energy, Inc. will take the deposition of Anthony R. Horton at a time agreed upon by counsel for the parties to this litigation. The deposition will be taken by remote videoconference and will be recorded by stenographic and audiovisual means.

Dated: August 2, 2021                              LANDIS RATH & COBB LLP

   /s/ *Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington DE 19801
Telephone: (302) 467-4400
E-mail:landis@lrclaw.com
mcguire@lrclaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

FLEISCHMAN BONNER & ROCCO LLP
Keith M. Fleischman (admitted pro hac vice)
James P. Bonner (admitted pro hac vice)
Patrick L. Rocco (admitted pro hac vice)
Joshua D. Glatter (admitted pro hac vice)
81 Main Street, Suite 515
White Plains, NY 10601
Telephone: (914) 278-5100
E-mail:kfleischman@fbrllp.com
jbonner@fbrllp.com
procco@fbrllp.com
jglatter@fbrllp.com

*Counsel to NextEra Energy Inc.*