**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF SERVICE OF "THE EFH PLAN ADMINISTRATOR BOARD'S
RESPONSES AND OBJECTIONS TO NEXTERA ENERGY, INC.'S FIRST SET
OF INTERROGATORIES CONCERNING THE NEXTERA APPLICATION"**

PLEASE TAKE NOTICE that, on August 2, 2021, counsel to the EFH Plan Administrator Board, caused a true and correct copy of *The EFH Plan Administrator Board's Responses and Objections to NextEra Energy, Inc.'s First Set of Interrogatories Concerning the NextEra Application* to be served on the below-listed parties in the manner so indicated:

**VIA EMAIL**

Keith M. Fleischman
James P. Bonner
Patrick L. Rocco
**FLEISCHMAN BONNER & ROCCO LLP**
81 Main Street, Suite 515
White Plains, NY 10601
kfleischman@fbrllp.com
jbonner@fbrllp.com
procco@fbrllp.com

**VIA EMAIL**

Gregg M. Galardi
Daniel G. Egan
Ani-Rae Lovell
**ROPES &GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Ani-Rae.Lovell@ropesgray.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**<u>VIA EMAIL</u>**

Matthew L. McGinnis
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Matthew.McGinnis@ropesgray.com

**<u>VIA EMAIL</u>**

Erin R. Fay
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Efay@bayardlaw.com

**<u>VIA EMAIL</u>**

Matthew B. McGuire
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
mcguire@lrclaw.com

*[Remainder of page intentionally left blank.]*

Dated: August 3, 2021
       Wilmington, Delaware

                                         */s/ Jason M. Madron*
                                         **RICHARDS, LAYTON & FINGER, P.A.**
                                         Mark D. Collins (No. 2981)
                                         Daniel J. DeFranceschi (No. 2732)
                                         Jason M. Madron (No. 4431)
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone:  (302) 651-7700
                                         Facsimile:  (302) 651-7701
                                         Email:    collins@rlf.com
                                                   defranceschi@rlf.com
                                                   madron@rlf.com

                                         -and-

                                         **KIRKLAND & ELLIS LLP**
                                         **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                         Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                         Stephen E. Hessler, P.C. (admitted *pro hac vice*)
                                         Brian E. Schartz, P.C. (admitted *pro hac vice*)
                                         Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
                                         Aparna Yenamandra (admitted *pro hac vice*)
                                         601 Lexington Avenue
                                         New York, New York 10022-4611
                                         Telephone:  (212) 446-4800
                                         Facsimile:  (212) 446-4900
                                         Email:    edward.sassower@kirkland.com
                                                   stephen.hessler@kirkland.com
                                                   brian.schartz@kirkland.com
                                                   steven.serajeddini@kirkland.com
                                                   aparna.yenamandra@kirkland.com

                                         -and-

                                         James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                         Chad J. Husnick, P.C. (admitted *pro hac vice*)
                                         300 North LaSalle
                                         Chicago, Illinois 60654
                                         Telephone:  (312) 862-2000
                                         Facsimile:  (312) 862-2200
                                         Email:    james.sprayregen@kirkland.com
                                                   chad.husnick@kirkland.com

                                         -and-

RLF1 25777615v.1

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email:      mark.mckane@kirkland.com
            michael.esser@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

4