IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that NextEra Energy, Inc. ("NextEra"), hereby enters its amended appearance in the above-captioned cases by and through its counsel, Fleischman Bonner & Rocco LLP and Landis Rath & Cobb LLP, pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

**LANDIS RATH & COBB LLP**
Matthew B. McGuire, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
Email: mcguire@lrclaw.com

**FLEISCHMAN BONNER & ROCCO LLP**
Keith M. Fleischman, Esq.
James P. Bonner, Esq.
Patrick L. Rocco, Esq.
Joshua D. Glatter, Esq.
81 Main Street, Suite 515
White Plains, NY 10601
Telephone: (914) 278-5100
Facsimile: (917) 591-5245
Email:   kfleischman@fbrllp.com
            jbonner@fbrllp.com
            procco@fbrllp.com
            jglatter@fbrllp.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0065509.}

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive NextEra's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Date: August 4, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington DE 19801<br>Telephone: (302) 467-4400<br>E-mail: mcguire@lrclaw.com<br><br>and<br><br>**FLEISCHMAN BONNER & ROCCO LLP**<br>Keith M. Fleischman (admitted pro hac vice)<br>James P. Bonner (admitted pro hac vice)<br>Patrick L. Rocco (admitted pro hac vice)<br>Joshua D. Glatter (admitted pro hac vice)<br>81 Main Street, Suite 515<br>White Plains, NY 10601<br>Telephone: (914) 278-5100<br>E-mail:kfleischman@fbrllp.com<br>jbonner@fbrllp.com<br>procco@fbrllp.com<br>jglatter@fbrllp.com<br><br>*Counsel to NextEra Energy, Inc.* |