# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 14296** |

## NOTICE OF *ZOOM ONLY* DISCOVERY DISPUTE HEARING

PLEASE TAKE NOTICE that, at the request of the EFH Plan Administrator Board (the "PAB"), a *Zoom only* discovery dispute hearing shall be held in the above-captioned chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Court") concerning certain extant discovery disputes by and among Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as Indenture Trustee; NextEra Energy, Inc. ("NextEra"); and the PAB in connection with the ongoing litigation of the *Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim*, filed by NextEra on February 20, 2018 [D.I. 12671] before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court on **Friday, August 6, 2021 starting at 1:00 p.m. (Eastern Daylight Time)** (the "Zoom Status Conference").

PLEASE TAKE FURTHER NOTICE that each person wishing to appear at the Zoom Status Conference must register his or her appearance no later than **Thursday, August 5, 2021 at 12:00 p.m. (noon) (Eastern Daylight Time)** utilizing the following link:

https://debuscourts.zoomgov.com/meeting/register/vJIsdu-vrzMuGorbRq-W7iwHx5KRBaMbxSk

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that **both** the video and audio components of the Zoom Status Conference will be conducted exclusively via Zoom. CourtCall will **not** be utilized in connection with the Zoom Status Conference.

Dated: August 4, 2021
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com
              michael.esser@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

3

RLF1 25786438v.1