# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 914.278.5100 • Fax: 917.591.5245 • Web: WWW.FBRLLP.COM

Email: kfleischman@fbrllp.com

August 9, 2021

**VIA ECF**

The Honorable Christopher S. Sontchi
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

      Re:    *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del)
            **Discovery Dispute Update**

Dear Judge Sontchi:

      I write on behalf of NextEra Energy, Inc. ("NextEra") in accordance with the Court's rulings during the August 6, 2021 hearing (the "Hearing") in the above matter.

**NextEra's Document Production**

      As contemplated at footnote 1 of our August 5, 2021 letter to the Court (Doc. 14300), NextEra will make a supplemental production consisting of complete invoices previously produced in part, native excel files previously produced in PDF, and certain documents re-reviewed during preparation of NextEra's privilege log that were determined to be not privileged. That production request has been submitted to our vendor and will be completed this evening or tomorrow. We write to inform the Court that Friday, August 13, will be the last date for any remaining NextEra documents to be produced. While we do not anticipate a further production, we are making a final re-review this week to ensure that all responsive documents have been produced.

**Redacted Board Materials**

      We are in the process of preparing certain Board of Director minutes and materials for Your Honor's in camera review. As ordered, the materials will be highlighted to indicate redactions for privilege and for relevance. We anticipate providing the Court with the unredacted materials by Thursday, August 12, as we are awaiting certain Board materials from the client.

**NextEra's Interrogatory Response**

      Finally, as ordered, we will serve a revised response to UMB/Elliott's Interrogatory No. 6 by Wednesday, August 11. That response will address the hedging transactions that were the subject of the discovery dispute.

FLEISCHMAN BONNER & ROCCO LLP
ATTORNEYS AT LAW

The Honorable Christopher S. Sontchi
August 9, 2021
Page 2

    Should Your Honor have any questions, we are available at the Court's convenience.

                                Respectfully submitted,

                                Keith M. Fleischman

Cc: All Counsel (VIA ECF)