# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

I, William E. Chipman, Jr., certify that on August 9, 2021, I caused a true and correct copy of *Berkshire Hathaway Energy Company's Objections to NextEra's Notice of Subpoena to Testify at a Deposition* to be served on the parties identified below *via* electronic mail and hand delivery/or first-class mail:

| | |
|---|---|
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>*Landis Rath & Cobb LLP*<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Email: landis@lrclaw.com<br>Email: mcguire@lrclaw.com | Keith M. Fleischman, Esquire<br>James P. Bonner, Esquire<br>Joshua D. Glatter, Esquire<br>*Fleischman Bonner & Rocco LLP*<br>81 Main Street, Suite 515<br>White Plains, New York 10601<br>Email: kfleischman@fbrllp.com<br>Email: jbonner@fbrllp.com<br>Email: jglatter@fbrllp.com |

**[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- 2 -

Dated: August 9, 2021
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com

—and—

Steven E. Sletten (admitted *pro hac vice*)
Jeffrey C. Krause (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:   (213) 229-7000
Email:   ssletten@gibsondunn.com
              jkrause@gibsondunn.com

*Counsel for Berkshire Hathaway Energy Company*