**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 13, 2021 STARTING AT 12:00 P.M. (NOON) (EDT)**

> *AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,*
> *THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I.    RESOLVED MATTER:

1.    Motion of EFH Plan Administrator Board for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14275; filed July 12, 2021]

Response/Objection Deadline:        July 26, 2021 at 4:00 p.m. (EDT)

Responses/Objections Received:        None

Related Documents:

i.    Certification of No Objection Regarding "Motion of EFH Plan Administrator Board for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions" [D.I. 14275] [D.I. 14281; filed July 27, 2021]

ii.    Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions [D.I. 14282; entered July 28, 2021]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

<u>Status</u>: On July 28, 2021, the Court entered an order granting the EFH Plan Administrator Board the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

*[Remainder of page intentionally left blank.]*

RLF1 25817047v.1

Dated:  August 11, 2021
       Wilmington, Delaware

*/s/ Jason M. Madron*
_____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       steven.serajeddini@kirkland.com
       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
       chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*