UNITED STATES BANKRUPTCY COURT

for the DISTRICT OF Delaware

In re: Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors")

Debtor(s)

Case No. 14-10979

Lead Case No. 14-10979

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 04/29/2014

Plan Confirmed Date: 02/27/2018

Plan Effective Date: 03/09/2018

This Post-confirmation Report relates to:  ○ Reorganized Debtor

◉ Other Authorized Party or Entity: EFH Plan Administrator Board Trust

Name of Authorized Party or Entity

/s/ Jason M. Madron
Signature of Responsible Party

08/10/2021
Date

Jason M. Madron
Printed Name of Responsible Party

Richards, Layton & Finger, P.A.
One Rodney Square 920 North King St.,
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors")

Case No. 14-10979

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $860,053 | $10,771,214,792 |
| b. Non-cash securities transferred | $0 | $9,450,000,000 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $860,053 | $20,221,214,792 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $386,139,137 | $0 | $384,633,082 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Alvarez & Marsal North Ameri | Other | $0 | $28,505,432 | $0 | $28,505,432 |
| ii | Bielli & Klauder, LLC | Co-Counsel | $0 | $251,798 | $0 | $251,798 |
| iii | Cravath, Swaine & Moore LLP | Other | $0 | $5,618,732 | $0 | $5,618,732 |
| iv | Enoch Kever PLLC | Special Counsel | $0 | $3,619,119 | $0 | $2,751,895 |
| v | Epiq Bankruptcy Solutions, LLC | Other | $0 | $46,801,852 | $0 | $46,801,852 |
| vi | Evercore Group L.L.C. | Financial Professional | $0 | $44,992,183 | $0 | $44,992,183 |
| vii | Filsinger Energy Partners | Other | $0 | $27,361,520 | $0 | $27,361,520 |
| viii | Gibson, Dunn & Crutcher LLP | Special Counsel | $0 | $4,443,786 | $0 | $4,443,786 |
| ix | Goldin Associates, LLC | Financial Professional | $0 | $4,269,038 | $0 | $4,269,038 |
| x | Jenner & Block LLP | Special Counsel | $0 | $1,811,561 | $0 | $1,811,561 |
| xi | Kirkland & Ellis LLP | Lead Counsel | $0 | $173,889,595 | $0 | $173,889,595 |
| xii | KPMG LLP | Financial Professional | $0 | $584,395 | $0 | $584,395 |
| xiii | McDermott Will & Emery LLP | Special Counsel | $0 | $1,439,126 | $0 | $1,439,126 |
| xiv | 2622780O'Kelly Ernst & Bielli, | Co-Counsel | $0 | $76,667 | $0 | $76,667 |
| xv | Proskauer Rose LLP | Co-Counsel | $0 | $22,423,783 | $0 | $22,423,783 |
| xvi | Richards, Layton & Finger, P.A | Co-Counsel | $0 | $7,040,004 | $0 | $7,040,004 |
| xvii | Sidley Austin LLP | Special Counsel | $0 | $3,008,621 | $0 | $3,008,621 |
| xviii | SOLIC Capital Advisors | Financial Professional | $0 | $6,230,471 | $0 | $6,230,471 |
| xix | Stevens & Lee LLP | Co-Counsel | $0 | $509,843 | $0 | $509,843 |
| xx | Thompson & Knight LLP | Special Counsel | $0 | $3,261,611 | $0 | $2,622,780 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $17,826,122 | $0 | $17,826,122 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Deloitte & Touche LLP | Financial Professional | $0 | $17,826,122 | $0 | $17,826,122 |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $461,281,353 | $0 | $461,281,353 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

Debtor's Name: Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors")

Case No.: 14-10979

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $25,373,525 | $0 | $25,373,525 | $25,373,525 | 100% |
| b. Secured claims | $2,625,453,712 | $0 | $2,626,453,712 | $2,625,453,712 | 100% |
| c. Priority claims | $71,428,035 | $0 | $71,428,035 | $71,428,035 | 100% |
| d. General unsecured claims | $955,491,995 | $0 | $955,491,995 | $3,132,563,151 | 31% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?  Yes ◯  No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: 12/31/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Anthony R. Horton  
Signature of Responsible Party  
EFH Plan Administrator  
Title

Anthony R. Horton  
Printed Name of Responsible Party  
08/10/2021  
Date

| Debtor's Name | Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors") | Case No. | 14-10979 |