IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket Nos.: 14296, 14300, 14301, |
| | : | and 14302 |

## **ORDER**

Upon consideration of the following:

a. Letter filed by UMB/Elliott dated August 3, 2021 (D.I. 14296);

b. Letter filed by NextEra Energy, Inc. ("NextEra") dated August 5, 2021 (D.I. 14300);

c. Letter filed by NextEra dated August 9, 2021 (D.I. 14301);

d. Letter sent by NextEra dated August 11, 2021 (not docketed);

e. Hearing held on August 5, 2021 (the "Hearing") and the arguments and rulings set forth on the record (D.I. 14302); and

f. Detailed review of the documents provided to the Court by NextEra for *in camera* review.

IT IS HEREBY FOUND AND ORDERED THAT:

1. Except as provided in para. 3 below, NextEra shall complete its document production in its entirety by Friday, August 13, 2021.

2. NextEra shall provide a response, consistent with this Court's ruling at the Hearing, to UMB/Elliot's Interrogatory No. 6 by August 11, 2021.

3. NextEra improperly and extensively redacted information from documents it produced on the basis of relevance and privilege.

4. By no later than August 16, 2021, NextEra shall produce on a confidential basis **all** Board materials submitted to the Court *in camera* for review, including all information previously redacted solely on the basis of privilege, **in their entirety**.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date:  August 13, 2021