## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) **Ref. Docket No. 14282** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH May Remove Certain Actions," dated July 28, 2021 [Docket No. 14282], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, on July 28, 2021,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, on July 28, 2021, and

   c. delivered via electronic mail to those CM/ECF parties listed on the annexed Exhibit C, in accordance with Local Rule 5004-4(c)(ii), on July 29, 2021.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.

4. In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

> /s/ Geoff Zahm
> Geoff Zahm

Sworn to before me this
29th day of July, 2021
/s/ Regina Amporfro
Notary Public, State of New York
Acct. No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) ATTN: KEVIN C DRISCOLL JR ESQ 1 N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B SCHAEDLE ESQ 130 N 18TH ST (ONE LOGAN SQUARE) PHILADELPHIA PA 19103-6998 |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) ATTN: J. NOAH HAGEY 351 CALIFRONIA ST, 10TH FL SAN FRANCISCO CA 94014 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN ESQ 1290 6TH AVE #33 NEW YORK NY 10104-3300 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST, STE 990 WILMINGTON DE 19801 |
| CHAPOTON SANDERS SCARBOROUGH, LL | (COUNSEL TO OIL PATCH GROUP, INC) ATTN ANNALEE MATHIS MAY 952 ECHO LANE, SUITE 250 HOUSTON TX 77024 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP 2950 EXPRESS DRIVE S STE 210 ISLANDIA NY 11749 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, ROBERT-BOURASSA BLVD., 7TH FLOOR MONTREAL QC H3A 3S8 CANADA |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN 1201 N MARKET ST STE 2100 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J ESBROOK 161 N CLARK ST, FL 16 CHICAGO IL 60601 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST, STE 3000 CHICAGO IL 60654-5313 |

| Claim Name | Address Information |
|---|---|
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ 1 NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T PECK ESQ 2323 VICTORY AVE STE 700 DALLAS TX 75219 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: PHILIP EVANS ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS 2700 VIA FORTUNA DR STE 500 AUSTIN TX 78746 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D MOAK ESQ 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 9857 N 2210 RD ARAPAHO OK 73620-2123 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN NATALIE RAMSEY, DAVIS LEE WRIGHT SIDNEY LIEBESMAN 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, SETH GOLDMAN ESQ JOHN W SPIEGEL ESQ 350 S GRAND AVE 50TH FL LOS ANGELES CA 90071 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| NORTON ROSE FULBRIGHT | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY) ATTN: MICHAEL J JOYCE ESQ 901 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS & ASHLEY BARTRAM, BANKRUPTCY PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ REED SMITH CENTRE 225 5TH AVE PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR 1001 - 4TH AVE STE 4500 SEATTLE WA 98154 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL FOR BOREALIS INFRASTRUCTURE MGMT INC) ATTN: CARL T. TULLSON ESQ ONE RODNEY SQUARE PO BOX 636 WILMINGTON DE 19899-0636 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STINSON LEONARD ST | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE, STE 777 DALLAS TX 75219 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST, 16TH FL HOUSTON TX 77002 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |

| Claim Name | Address Information |
|---|---|
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY CIVIL DIVISION 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') ATTN: RICHARD MASON; EMIL KLEINHAUS 51 W 52ND ST NEW YORK NY 10019 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 1225 KING ST WILMINGTON DE 19801 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: BRIAN D WOMAC ESQ 8301 KATY FWY HOUSTON TX 77024 |
| WOMBLE BOND DICKINSON | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count  105**

**EXHIBIT B**

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### Core Parties & Rule 2002 List
### Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS & CO) KEVIN G. ABRAMS & JOHN M. SEAMAN | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| AKERMAN LLP | (COUNSEL TO SIEMENS) ATTN: ANDREA S HARTLEY | ANDREA.HARTLEY@AKERMAN.COM |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS | bnkatty@aldineisd.org |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | legalteamAST@amstock.com |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | PKIM@AMSTOCK.COM |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS and Ad Hoc Committee of TCEH Second Lien Noteholders) ATTN: WILLIAM BOWDEN & GREGORY TAYLOR | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com; bankruptcy@ashby-geddes.com |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com |
| BALLARD SPAHR LLP | (COUNSEL TO HENRY C DE GROH REVOCABLE TRUST) ATTN: LAUREL D ROGLEN | roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS | summersm@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS | Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN KEVIN C DRISCOLL JR | david.powlen@btlaw.com; Kevin.Driscoll@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUNSINS ERIN R FAY EVAN T MILLER | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN | nglassman@bayardlaw.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI | kcapuzzi@beneschlaw.com |
| BIELLI & KALUDER, LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP.) ATTN: DAVID M. KALUDER & CORY P STEPHENSON | dklauder@bk-legal.com; cstephenson@bk-legal.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B. SCHAEDLE | schaedle@blankrome.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR | debaecke@blankrome.com; tarr@blankrome.com |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) ATTN: J. NOAH HAGEY & AMY BROWN | hagey@braunhagey.com; brown@braunhagey.com |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ANDREW STREHLE | jjonas@brownrudnick.com; astrehle@brownrudnick.com; |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | REPEDERSEN@BRYANCAVE.COM |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR COMPUTERSHARE) ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN | stephanie.wickouski@bryancave.com; laith.hamdan@bryancave.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA INC) ATTN: SHAWN M. CHRISTIANSON | schristianson@buchalter.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: MARK C. ELLENBERG, . | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER & JEANNA KOSKI | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY/BHE) ATTN: WILLIAM CHIPMAN & MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CIARDI CIARDI & ASTIN | (COUNSEL TO TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR | jmcmahon@ciardilaw.com |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | ERIC.LIGAN@CITI.COM |
| CITIBANK N.A. | ATTN: OWEN COYLE | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; |
| CITIBANK N.A. | ATTN: RYAN FALCONER | RYAN.FALCONER@CITI.COM; thomas.murray@citi.com |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | GLAGENTOFFICEOPS@CITI.COM |
| CITIBANK N.A. | ZORI MIGLIORINI, STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK | ZORIJANA.MIGLIORINI@CITI.COM |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | chris.mosley@fortworthtexas.gov |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL | tmoloney@cgsh.com; soneal@cgsh.com; |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON | tmaxson@cohenlaw.com |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN | bk-robaldo@texasattorneygeneral.gov; john.stern@texasattorneygeneral.gov |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | tina.vitale@computershare.com |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL SMITH | michael.smith2@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | alessandra.pansera@computershare.com |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER | mfelger@cozen.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN | mpaskin@cravath.com |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | efh.service@davispolk.com |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN | ashley.altschuler@dlapiper.com; craig.martin@dlapiper.com; |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: ROBERT K. MALONE | robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE | jfine@dykema.com |
| EPIQ CORPORATE RESTRUCTURING LLC | (CLAIMS AGENT) ATTN: SID GARABATO | sgarabato@epiqsystems.com |
| ESBROOK LAW LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: CHRISTOPHER J. ESBROOK | christopher.esbrook@esbrooklaw.com |
| FLEISCHMAN, BONNER & ROCCO | (COUNSEL TO NEXTERA ENTERGY INC) Attn: Patrick L. Rocco, Esq | procco@fbrllp.com |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN MARK HEBBELN LARS PETERSON | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF | jschlerf@foxrothschild.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO SEMPRA) ATTN: JEFFREY SCHLERF; CARL NEFF | jschlerf@foxrothschild.com; cneff@foxrothschild.com |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK | jfrank@fgllp.com |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER | fgecker@fgllp.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER GARY L KAPLAN | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com |
| FRIEDLANDER & GORRIS P.A. | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) ATTN: JEFFREY M. GORRIS & CHRISTOPHER P. QUINN | jgorris@friedlandergorris.com; cquinn@friedlandergorris.com |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | mriordan@gardere.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS | sgbankruptcy@ntexas-attorneys.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: EVAN W. RASSMAN | erassman@gsbblaw.com |
| GIBSON DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY/BHE) ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER | jkrause@gibsondunn.com; mneumeister@gibsondunn.com; |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GLAST, PHILLIPS & MURRAY, P.C. | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL PLLC | jhowell@gpm-law.com |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT LP) ATTN: WILLIAM P. WEINTRAUB | wweintraub@goodwinprocter.com; |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN AND BETH GORI | barry@gorijulianlaw.com; beth@gorijulianlaw.com |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA MICHAEL ADAMS J SCOTT ANDREWS JAMES M ROQUEMORE | AMytelka@greerherz.com; madams@greerherz.com; jandrews@greerherz.com; jroquemore@greerherz.com |
| GREGORY D. WILLARD ESQ | (COUNSEL TO AUTOMATIC SYSTEMS INC) | gregoryd.willard@gmail.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L. HUGHES | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T. PECK | ian.peck@haynesboone.com |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN | jdoran@hinckleyallen.com |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER AND JOHN H JONES) ATTN: GARVAN F MCDANIEL | gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN | dkhogan@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN AND GARVIN F MCDANIEL | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: PHILIP EVANS | philip.evans@hklaw.com |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY & MATTHEW D CAVENAUGH | bruzinsky@jw.com; mcavenaugh@jw.com |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE | srose@jw.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ EFIH AND CHARLES H CREMENS) ATTN: RICHARD LEVIN | rlevin@jenner.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ EFIH AND CHARLES H CREMENS) ATTN: VINCENT E LAZAR | vlazar@jenner.com |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN | DRosner@kasowitz.com; AGlenn@kasowitz.com; |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH | kdwbankruptcydepartment@kelleydrye.com |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL & CLAY TAYLOR KATHERINE THOMAS | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) ATTN: JAMES H.M. SPRAYREGEN PC, CHAD HUSNICK & STEVEN SERAJEDDINI | james.sprayregen@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER & BRIAN E SCHARTZ | edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH | rlemisch@klehr.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR COMPUTERSHARE) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS MATTHEW B MCGUIRE | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS | diane.sanders@lgbs.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY | ggay@lglawfirm.com |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG | peisenberg@lockelord.com |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR | nobankecf@lockelord.com |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E. HUGGETT & AMY D. BROWN | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON | lgordon@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK | dprimack@mdmc-law.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, . | pmoak@mckoolsmith.com |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) | mikesmith1973@sbcglobal.net |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE EVAN R FLECK | ddunne@milbank.com; efleck@milbank.com; |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER | deecf@dor.mo.gov |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY DAVIS LEE WRIGHT | nramsey@mmwr.com; dwright@mmwr.com; |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY) ATTN: JULIA FROST-DAVIES & CHRISTOPHER CARTER S | julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: ANDREW REMMING | aremming@mnat.com; |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK BRETT H MILLER   LORENZO MARINUZZI | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER TODD J ROSEN ; SETH GOLDMAN ; JOHN W SPIEGEL | thomas.walper@mto.com; seth.goldman@mto.com; john.spiegel@mto.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT) ATTN: KEVIN M LIPPMAN | klippman@munsch.com |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON | Haliburton@namanhowell.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ; AMANDA D DARWIN | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| NORTON ROSE FULBRIGHT | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA | david.lemay@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS  & ASHLEY BARTRAM  BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS | USADE.ECF@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | richard.schepacarter@usdoj.gov |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO) ATTN: MICHAEL J JOYCE | mjoyce@oelegal.com |
| O'MELVENY & MYERS LLP | ANGELO GORDON & CO., LP, APOLLO ADVISORS VII, L.P., AND BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P. | pfriedman@omm.com; dshamah@omm.com |
| ONCOR | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | Patricia@PatVillarealLaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR COMPUTERSHARE) ATTN: LAURA DAVIS JONES ; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ; CRAIG W DENT   BRIAN P GUINEY | dalowenthal@pbwt.com; cdent@pbwt.com; bguiney@pbwt.com |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK | osonik@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS | jbanks@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER | hbky@pbfcm.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS | tmoss@perkinscoie.com |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD JUSTIN EDELSON   SHANTI KATONA | jedelson@polsinelli.com; skatona@polsinelli.com; cward@polsinelli.com |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL MARK K THOMAS   PETER J YOUNG | jmarwil@proskauer.com; pyoung@proskauer.com |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
Core Parties & Rule 2002 List
Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A. HARRIS | john.harris@quarles.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA, AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNNE; | kgwynne@reedsmith.com; |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS | rsimons@reedsmith.com |
| RICHARDS LAYTON & FINGER | (CO-COUNSEL TO DEBTORS) ATTN: MARK D COLLINS  DANIEL J DEFRANCESCHI  JASON M MADRON | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR | jshickich@riddellwilliams.com; |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | mark.somerstein@ropesgray.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD  GREGG M GALARDI, D. ROSS MARIN | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORON & CO LP, APOLLO ADVISORS VII LP AND BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA) LP ATTN: BRADLEY R ARONSTAM  AND BENJAMIN J SCHLADWEILER | baronstam@ramllp.com; bschladweiler@ramllp.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE  AND PAMELA A BOSSWICK | crbelmonte@duanemorris.com; pabosswick@duanemorris.com |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI | mminuti@saul.com |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY | lmurley@saul.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY | rbarkasy@schnader.com |
| SEARCY & SEARCY PC | (COUNSEL TO D COURTNEY CONSTRUCTION INC) ATTN: JOSHUA P SEARCY | joshsearcy@jrsearcylaw.com |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ; CARL T TULLSON | george.panagakis@skadden.com; carl.tullson@skadden.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: JAY M GOFFMAN | jay.goffman@skadden.com |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI | mark.chehi@skadden.com |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER | kmiller@skjlaw.com |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E. LETA | dleta@swlaw.com |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER | stephen.lerner@squiresanders.com; |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON | nmelancon@steffeslaw.com |
| STEVENS & LEE PC | (COUNSEL TO ENERGY FUTURE INTERMIEDIATE HOLDING COMPANY LLC/EFIH AND CHARLES H CREMENS) ATTN: JOSEPH H HUSTON JR | jhh@stevenslee.com |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III | zallinson@sha-llc.com |
| SUTHERLAND ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, . | lino.mendiola@sutherland.com |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | bk-jstarks@texasattorneygeneral.gov |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN | dennis.roemlein@bnymellon.com |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM | RAFAEL.MARTINEZ@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP | THOMAS.VLAHAKIS@BNYMELLON.COM |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO ANTHONY HORTON AND PAUL KEGLEVIC) ATTN: FREDERICK B. ROSNER; SCOTT J. LEONHARDT | rosner@teamrosner.com; leonhardt@teamrosner.com |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL | rucklawfirm@rucklawfirm.com |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON | tcotton@utsystem.edu |

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### Core Parties & Rule 2002 List
### Email Blast Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL | dfarrell@thompsoncoburn.com |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | kay.brock@co.travis.tx.us |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD LOUIS CURCIO AND BRETT GOODMAN | hugh.mcdonald@troutmansanders.com; louis.curcio@troutmansanders.com; brett.goodman@troutmansanders.com |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY | bankruptcylegal@level3.com |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | LAURA.ROBERSON@UMB.COM |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY & WARD W BENSON | Ari.D.Kunofsky@usdoj.gov; wardlow.w.benson@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE AND BRANDON ROBERS, TRIAL ATTORNEY | ANNA.E.GRACE@USDOJ.GOV; Brandon.Robers@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY CIVIL DIVISION | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER | mkshaver@varnumlaw.com |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN | mschein@vedderprice.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON | jledmonson@venable.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN | jssabin@Venable.com |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS | rgmason@wlrk.com; ekleinhaus@wlrk.com; |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN | gweinstein@weinrad.com |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB | Dwerb@werbsullivan.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO SEMPRA) ATTN: J. CHRISTOPHER SHORE | cshore@whitecase.com; |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; LAW DEBENTURE; AND SEMPRA) ATTN: THOMAS LAURIA ; MATTHEW BROWN | tlauria@whitecase.com; mbrown@whitecase.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD | kgood@wtplaw.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; & GEORGE W SHUSTER JR | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER & GEORGE SHUSTER | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY | PHEALY@CHRISTIANATRUST.COM |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | JRose@WilmingtonTrust.com |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER | dneier@winston.com |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: BRIAN D WOMAC | brian@womaclaw.com; |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN S | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

| | |
|---|---|
| Total Creditor Count | 202 |
| Total Email Count | 303 |

**EXHIBIT C**

## Mailing Information for Case 14-10979-CSS

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Mark Charles 2009npfdEllenberg**  mark.ellenberg@cwt.com, michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
- **Derek C. Abbott**  dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com
- **Jacob A. Adlerstein**  jadlerstein@paulweiss.com
- **David G. Aelvoet**  davida@publicans.com
- **Omar J. Alaniz**  oalaniz@reedsmith.com, jkrasnic@reedsmith.com;srhea@reedsmith.com
- **Scott L. Alberino**  salberino@akingump.com
- **William Mark Alleman**  WAlleman@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com
- **Elihu Ezekiel Allinson, III**  ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
- **Ashley Robert Altschuler**  Aaltschuler@mwe.com, WashingtonDocketing@mwe.com
- **Arlene Rene Alves**  alves@sewkis.com
- **Desiree M. Amador**  amador.desiree@pbgc.gov, efile@pbgc.gov
- **Carla O. Andres**  candres@gklaw.com, kboucher@gklaw.com
- **Philip D. Anker**  philip.anker@wilmerhale.com, whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com
- **David B. Anthony**  danthony@bergerharris.com, mnicholls@bergerharris.com
- **Brian L. Arban**  barban@hillerarban.com
- **Bradley R. Aronstam**  baronstam@ramllp.com, hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@filings.docketbird.com;jparry@ramllp
- **Alison R. Ashmore**  aashmore@dykema.com
- **Daniel K. Astin**  dastin@ciardilaw.com, wgouldsbury@ciardilaw.com
- **Michael L. Atchley**  matchley@popehardwicke.com
- **Danielle M. Audette**  , jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- **Danielle Marie Audette**  daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- **Allison Axenrod**  aaxenrod@crgfinancial.com, allison@ecf.inforuptcy.com;notices@crgfinancial.com
- **Aaron C Baker**  acb@pgslaw.com
- **Elizabeth Banda Calvo**  rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- **Richard A. Barkasy**  rbarkasy@schnader.com
- **Joseph Charles Barsalona II**  jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com
- **Ryan M. Bartley**  bankfilings@ycst.com
- **Amy Baudler**  amy@purduelaw.com, kim@purduelaw.com
- **Christopher R. Belmonte**  crbelmonte@duanemorris.com, pabosswick@duanemorris.com,nydocket@duanemorris.com,aesnow@duanemorris.com
- **Ward W. Benson**  ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
- **Camille C. Bent**  CCB@stevenslee.com
- **Heather Berkowitz**  asmcapital@aol.com
- **Karen C. Bifferato**  kbifferato@connollygallagher.com
- **L. John Bird**  learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
- **Monica S. Blacker**  mblacker@jw.com, tsalter@jw.com;ldooley@jw.com
- **Corby Davin Boldissar**  dboldissar@lockelord.com
- **G. Alexander Bongartz**  alexbongartz@paulhastings.com
- **Maria A. Bove**  mbove@pszjlaw.com
- **William Pierce Bowden**  wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com
- **Frank Brame**  frank@bramelawfirm.com
- **Nicholas J. Brannick**  nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
- **Sean M. Brennecke**  sbrennecke@klehr.com, state@klehr.com
- **Kay Diebel Brock**  bkecf@co.travis.tx.us
- **Joshua K. Brody**  jbrody@kramerlevin.com, adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- **Amy Brown**  brown@braunhagey.com
- **Charles J. Brown**  cbrown@gsbblaw.com
- **Matthew C. Brown**  mbrown@whitecase.com
- **Stuart M. Brown**  stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
- **Michael G. Busenkell**  mbusenkell@gsbblaw.com
- **Edwin Kevin Camson**  camson@drumcapital.com
- **Kevin M. Capuzzi**  kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com
- **David W. Carickhoff**  dcarickhoff@archerlaw.com, DE20@ecfcbis.com
- **James S. Carr**  KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Christopher L. Carter**  christopher.carter@morganlewis.com
- **Marc Stephen Casarino**  casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- **Linda J. Casey**  Linda.Casey@usdoj.gov
- **Jon M. Chatalian**  chatalian.jon@pbgc.gov, efile@pbgc.gov
- **Ana Chilingarishvili**  ana.chilingarishvili@maslon.com
- **William E. Chipman**  chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Eboney Cobb**  ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Howard A. Cohen**  hcohen@gibbonslaw.com
- **Kevin G. Collins**  kevin.collins@btlaw.com, pgroff@btlaw.com
- **Mark D. Collins**  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Bernard George Conaway**  bgc@conaway-legal.com
- **Traci L. Cotton**  tcotton@utsystem.edu
- **Scott D. Cousins**  scott.cousins@cousins-law.com
- **Louis A. Curcio**  louis.curcio@troutman.com, john.murphy@troutman.com
- **Jason D. Curry**  jason.curry@quarles.com, anthony.pusateri@quarles.com;sybil.aytch@quarles.com
- **Tobey M. Daluz**  daluzt@ballardspahr.com, ambroses@ballardspahr.com
- **Johnna Darby**  jdarby@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
- **Eric Christopher Daucher**  eric.daucher@nortonrosefulbright.com

- **George A Davis**   george.davis@lw.com
- **Christopher Michael De Lillo**   delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Michael D. DeBaecke**   debaecke@blankrome.com
- **Michael David DeBaecke**   mdebaecke@ashbygeddes.com, ahrycak@ashbygeddes.com
- **Daniel J. DeFranceschi**   defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **David N. Deaconson**   deaconson@pakislaw.com
- **Michael David Debaecke**   debaecke@blankrome.com, ahrycak@ashbygeddes.com
- **John D. Demmy**   john.demmy@saul.com, robyn.warren@saul.com
- **Daniel B. Denny**   ddenny@milbank.com
- **Mark L. Desgrosseilliers**   desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Andrew Glenn Devore**   andrew.devore@ropesgray.com
- **Andrew G. Dietderich**   dietdericha@sullcrom.com
- **John P. Dillman**   houston_bankruptcy@publicans.com
- **Gregory T. Donilon**   gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com
- **Jennifer V. Doran**   jdoran@hinckleyallen.com, calirm@haslaw.com
- **Amish R. Doshi**   amish@doshilegal.com
- **Kevin C. Driscoll**   Kevin.Driscoll@btlaw.com, donna.dotts@btlaw.com
- **Thomas F. Driscoll**   tdriscoll@tbf.legal, mdunwody@tbf.legal
- **Dennis Dunne, Esq.**   ddunne@millbank.com
- **Justin K. Edelson**   jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Jamie Lynne Edmonson**   jedmonson@rc.com, lshaw@rc.com
- **Andrew J. Ehrlich**   aehrlich@paulweiss.com, mao_fednational@paulweiss.com
- **Epiq Corporate Restructuring, LLC**   danette.gerth@epiqglobal.com
- **Michael P. Esser**   michael.esser@kirkland.com
- **Justin Cory Falgowski**   jfalgowski@burr.com
- **Brian E Farnan**   bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- **David Daniel Farrell**   dfarrell@thompsoncoburn.com
- **Erin R Fay**   efay@bayardlaw.com, kmccloskey@bayardlaw.com
- **Robert J. Feinstein**   rfeinstein@pszjlaw.com
- **Barry G. Felder**   bgfelder@foley.com
- **Mark E. Felger Esq.**   mfelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
- **Travis J. Ferguson**   ferguson@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com
- **Jeffrey R. Fine**   jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
- **Benjamin Finestone**   benjaminfinestone@quinnemanuel.com
- **GianClaudio Finizio**   gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com
- **Mark Andrew Fink**   mfink@rc.com, mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com
- **Gregory Joseph Flasser**   gflasser@bayardlaw.com, kmccloskey@bayardlaw.com
- **Evan R. Fleck**   EFleck@milbank.com, jbrewster@milbank.com;mbrod@milbank.com;bzucco@milbank.com;mprice@milbank.com;aleblanc@milbank.com;nalmeida@milbank.com;aabell@milbank.com;sle
- **Daniel A. Fliman**   dfliman@kasowitz.com, Courtnotices@kasowitz.com
- **Christopher Fong**   cfong@nixonpeabody.com
- **Joseph D. Frank**   jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com
- **Simon E. Fraser**   sfraser@cozen.com, sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com
- **Peter Friedman**   pfriedman@omm.com, peter-friedman-2863@ecf.pacerpro.com
- **Gregg M. Galardi**   gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Bridget Gallerie**   Pacerteam@choosegcg.com
- **Garden City Group, LLC**   PACERTeam@gardencitygroup.com
- **Victoria D. Garry**   vgarry@ag.state.oh.us
- **Frances Gecker**   fgecker@fgllp.com, csmith@fgllp.com
- **Jason A. Gibson**   gibson@teamrosner.com
- **Peter M. Gilhuly**   peter.gilhuly@lw.com, nacif.taousse@lw.com;ny-courtmail@lw.com
- **Steven A. Ginther**   deecf@dor.mo.gov
- **Neil B. Glassman**   bankserve@bayardfirm.com, nglassman@bayardfirm.com
- **Neil B. Glassman**   bankserve@bayardfirm.com, nglassman@bayardfirm.com
- **Neil B. Glassman**   nglassman@bayardlaw.com, kmccloskey@bayardlaw.com
- **Andrew K Glenn**   aglenn@kasowitz.com
- **Alessandra Glorioso**   glorioso.alessandra@dorsey.com
- **Bonnie R. Golub**   bgolub@weirpartners.com
- **L. Katherine Good**   kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
- **Brett D. Goodman**   brett.goodman@troutman.com
- **Lee B. Gordon**   tleday@ecf.courtdrive.com, bankruptcy@mvbalaw.com;jwilliams@mvba;alocklin@mvbalaw.com;kmorriss@mvbalaw.com
- **Jeffrey M Gorris**   jspeakman@friedlandergorris.com, jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
- **Anna Grace**   Anna.E.Grace@usdoj.gov
- **Joseph Grey**   jgrey@crosslaw.com, smacdonald@crosslaw.com
- **Kurt F. Gwynne**   kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- **Noah Hagey**   hagey@braunhagey.com
- **Kerry L. Haliburton**   raquel@namanhowell.com;karen@namanhowell.com
- **Ellen M. Halstead**   ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
- **Lee Harrington**   lh@ascendantlawgroup.com
- **John G. Harris**   jharris@bergerharris.com, mnicholls@bergerharris.com
- **Andrea Stone Hartley**   andrea.hartley@akerman.com
- **Howard R. Hawkins, Jr.**   howard.hawkins@cwt.com, nyecfnotice@cwt.com
- **Christopher M Hayes**   Christopher.hayes@kirkland.com
- **Rebecca A. Hayes**   rhayes@foley.com
- **William A. Hazeltine**   Bankruptcy001@sha-llc.com
- **Mark F. Hebbeln**   mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com
- **Curtis A Hehn**   curtishehn@comcast.net
- **Reed Heiligman**   reed@hzhlaw.com, awhitt@hzhlaw.com
- **R. Karl Hill**   khill@svglaw.com, csnyder@svglaw.com,cwalters@svglaw.com
- **Adam Hiller**   ahiller@adamhillerlaw.com
- **Brian W. Hockett**   bhockett@thompsoncoburn.com
- **Daniel K. Hogan**   dkhogan@dkhogan.com, gdurstein@dkhogan.com,

- **Thomas Ross Hooper**     hooper@sewkis.com
- **Jennifer R. Hoover**     jhoover@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com
- **Thomas M. Horan**     thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com
- **Jonathan L. Howell**     jhowell@gpm-law.com
- **James E. Huggett**     jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com
- **Patrick L. Hughes**     patrick.hughes@haynesboone.com
- **Chad J. Husnick**     chusnick@kirkland.com
- **Joseph H. Huston**     jhh@stevenslee.com
- **Kizzy Lyn Jarashow**     KJarashow@goodwinlaw.com
- **Dennis L. Jenkins**     dennis.jenkins@wilmerhale.com
- **Bernard Grover Johnson**     bjohnson@fisherboyd.com
- **Laura Davis Jones**     ljones@pszjlaw.com, efile1@pszjlaw.com
- **Michael Joseph Joyce**     mjoyce@mjlawoffices.com
- **Nick S. Kaluk**     nskaluk@debevoise.com
- **Stephen Karotkin**     stephen.karotkin@weil.com, frank.grese@weil.com
- **Ann M. Kashishian**     amk@kashishianlaw.com
- **Brian Lucian Kasprzak**     bkasprzak@moodklaw.com, mike@lscd.com
- **Albert Kass**     ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- **Susan E. Kaufman**     skaufman@skaufmanlaw.com
- **Peter J Keane**     pkeane@pszjlaw.com
- **William E Kelleher**     wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
- **Humayun Khalid**     hkhalid@cgsh.com, maofiling@cgsh.com
- **David M. Klauder**     dklauder@bk-legal.com
- **Barry M. Klayman**     bklayman@cozen.com, barry-klayman-5584@ecf.pacerpro.com
- **Julia Bettina Klein**     klein@kleinllc.com
- **Barry Kleiner**     dkleiner@kkwc.com
- **Mark D. Kotwick**     kotwick@sewkis.com
- **Mark D. Kotwick**     KOTWICK@SEWKIS.COM
- **Alexa J. Kranzley**     kranzleya@sullcrom.com
- **Stacey Kremling**     stacey@womaclaw.com
- **Ari David Kunofsky**     ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov
- **Kurtzman Carson Consultants LLC**     info@kccllc.com, ecfpleadings@kccllc.com
- **Meredith A. Lahaie**     mlahaie@akingump.com
- **Adam G. Landis**     landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
- **Kimberly Ellen Connolly Lawson**     klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- **Vincent E. Lazar**     vlazar@jenner.com
- **Raymond H. Lemisch**     rlemisch@klehr.com
- **Raymond Howard Lemisch**     rlemisch@klehr.com
- **Scott J. Leonhardt**     leonhardt@teamrosner.com
- **Stephen D Lerner**     stephen.lerner@squirepb.com, sarah.conley@squirepb.com,stephen-lerner-2073@ecf.pacerpro.com
- **David Edward Leta**     dleta@swlaw.com, wkalawaia@swlaw.com
- **Jason M. Liberi**     jason.liberi@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- **Kevin M Lippman**     klippman@munsch.com
- **Benjamin W. Loveland**     benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
- **Donald K. Ludman**     dludman@brownconnery.com
- **Jason M. Madron**     madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Jason M. Madron**     madron@rlf.com, rbgroup@rlf.com
- **Jason M. Madron**     madron@rlf.com, rbgroup@rlf.com
- **Jason M. Madron**     madron@rlf.com, rbgroup@rlf.com
- **Andrew L Magaziner**     bankfilings@ycst.com
- **Robert K. Malone**     rmalone@gibbonslaw.com
- **Kevin J. Mangan**     kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
- **Jennifer Marines**     JMarines@mofo.com
- **Lorenzo Marinuzzi**     LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
- **D. Ross Martin**     rmartin@ropesgray.com
- **R. Craig Martin**     craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
- **Katharine L. Mayer**     kmayer@mccarter.com
- **Chantelle D'nae McClamb**     mcclambc@ballardspahr.com
- **Garvan F. McDaniel**     gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **Matthew B. McGuire**     , rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
- **Matthew B. McGuire**     mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
- **Lisa Cresci McLaughlin**     mmo@pgmhlaw.com
- **Joseph J. McMahon**     jmcmahon@ciardilaw.com
- **Michelle McMahon**     mmcmahon@cullenanddykman.com
- **R. Stephen McNeill**     bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com
- **Lino Mendiola**     linomendiola@andrewskurth.com
- **Rachel B. Mersky**     rmersky@monlaw.com
- **Nicole D. Mignone**     nicole.mignone@texasattorneygeneral.gove
- **James Halstead Millar**     james.millar@faegredrinker.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
- **Brett H. Miller**     bmiller@willkie.com, mao@willkie.com
- **Evan T. Miller**     emiller@bayardlaw.com, kmccloskey@bayardlaw.com
- **Kathleen M. Miller**     kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com
- **Stephen M. Miller**     smiller@morrisjames.com, wweller@morrisjames.com
- **Mark Minuti**     mark.minuti@saul.com, robyn.warren@saul.com
- **Paul D. Moak**     pmoak@mckoolsmith.com, nsauter@mckoolsmith.com
- **Thomas J. Moloney**     tmoloney@cgsh.com
- **Francis A. Monaco**     fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- **Pauline K. Morgan**     bankfilings@ycst.com
- **Hal F. Morris**     hal.morris@oag.texas.gov, shannon.benson@oag.texas.gov
- **John A. Morris**     jmorris@pszjlaw.com
- **Christopher B. Mosley**     Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov

- **Tina Niehold Moss**   tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
- **Samuel Lee Moultrie**   moultries@gtlaw.com, cathersw@gtlaw.com;bankruptcydel@gtlaw.com;zerber@gtlaw.com
- **Nicholas D. Mozal**   nmozal@ramllp.com
- **Lucian Borders Murley**   luke.murley@saul.com, robyn.warren@saul.com
- **Kathleen A. Murphy**   kathleen.murphy@bipc.com, annette.dye@bipc.com
- **Hugh K. Murtagh**   hugh.murtagh@lw.com
- **David Neier**   dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com
- **Joanna Flynn Newdeck**   jnewdeck@akingump.com, ddunn@akingump.com
- **Stacy L. Newman**   snewman@ashby-geddes.com, ahrycak@ashbygeddes.com
- **Daniel A. O'Brien**   daobrien@venable.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Rachel Obaldo**   bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Mark D. Olivere**   olivere@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Michael A. Paskin**   mpaskin@cravath.com
- **James Michael Peck**   jpeck@mofo.com
- **Norman L. Pernick**   npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Lars A. Peterson**   lpeterson@lowis-gellen.com
- **Marc J. Phillips**   mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com
- **Todd Phillips**   tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Patricia Williams Prewitt**   pwp@pattiprewittlaw.com
- **David P. Primack**   dprimack@mdmc-law.com, scarney@mdmc-law.com
- **James Robert Prince**   jim.prince@bakerbotts.com, RORY.FONTENLA@BAKERBOTTS.COM
- **Gerrit M. Pronske**   gpronske@spencerfane.com, jkathman@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com
- **Natalie D. Ramsey**   NRamsey@rc.com, natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com;swilkins@rc.com
- **Evan Rassman**   erassman@cohenseglias.com
- **Wendy B. Reilly**   wbreilly@debevoise.com, mao-bk-ecf@debevoise.com
- **Andrew R. Remming**   aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com
- **Erica J. Richards**   erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
- **Rachel Ringer**   rringer@kramerlevin.com, ABryowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- **Colin R. Robinson**   crobinson@pszjlaw.com
- **Laurel D. Roglen**   roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **William A. Romanowicz**   rbgroup@rlf.com
- **Todd Jeffrey Rosen**   todd.rosen@mto.com
- **Mark F. Rosenberg**   rosenbergm@sullcrom.com
- **Andrew Rubin Rosenblatt**   andrew.rosenblatt@nortonrosefulbright.com
- **David S. Rosner**   drosner@kasowitz.com, courtnotices@kasowitz.com
- **Frederick Brian Rosner**   rosner@teamrosner.com
- **Bruce J. Ruzinsky**   bruzinsky@jw.com, mcavenaugh@jw.com
- **Jeffrey S. Sabin**   JSSabin@Venable.com
- **Chester B. Salomon**   csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com
- **Diane W. Sanders**   austin.bankruptcy@publicans.com
- **Edward O. Sassower**   steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.com;matthew.fagen@kirkland.com;ciara
- **Maria Aprile Sawczuk**   marias@goldmclaw.com, marias@ecf.courtdrive.com
- **Gilbert R. Saydah**   gsaydah@mmwr.com, gilbert-saydah-6601@ecf.pacerpro.com
- **Brian Schartz**   bschartz@kirkland.com, george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
- **Richard L. Schepacarter**   richard.schepacarter@usdoj.gov
- **Todd Charles Schiltz**   todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
- **Benjamin J. Schladweiler**   cathersw@gtlaw.com;bankruptcydel@gtlaw.com
- **Jeffrey M. Schlerf**   Jeffrey.Schlerf@gray-robinson.com
- **Erik Schneider**   eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,
- **Andrea Beth Schwartz**   andrea.b.schwartz@usdoj.gov
- **John M. Seaman**   seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com;duplessis@abramsbayliss.com;cannataro@abramsbayliss.com
- **Joshua Powers Searcy**   josh@searcyfirm.com, ecf@searcyfirm.com
- **Gary F. Seitz**   gseitz@gsbblaw.com, gary.seitz@gmail.com
- **Tyler D. Semmelman**   semmelman@rlf.com, rbgroup@rlf.com
- **Tyler D. Semmelman**   semmelman@rlf.com, rbgroup@rlf.com
- **Tyler D. Semmelman**   semmelman@rlf.com, rbgroup@rlf.com
- **Tyler D. Semmelman**   semmelman@rlf.com, rbgroup@rlf.com
- **Tyler D. Semmelman**   semmelman@rlf.com, rbgroup@rlf.com
- **Steven N. Serajeddini**   steven.serajeddini@kirkland.com
- **Karen Beth Shaer**   PACERTeam@gardencitygroup.com
- **Daniel S. Shamah**   dshamah@omm.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Jennifer R Sharret**   jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Lara E. Shipkovitz**   lshipkovitz@tuckerlaw.com
- **J Jackson Shrum**   jshrum@jshrumlaw.com
- **Laurie Selber Silverstein**   bankruptcy@potteranderson.com
- **Christopher Page Simon**   csimon@crosslaw.com, smacdonald@crosslaw.com
- **Ellen Slights**   usade.ecfbankruptcy@usdoj.gov
- **Daniel Stephen Smith**   dan.smith2@usdoj.gov, efile_ees.enrd@usdoj.gov
- **Owen M. Sonik**   osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
- **Katherine Stadler**   kstadler@gklaw.com, kboucher@gklaw.com
- **Stephen C. Stapleton**   sstapleton@cowlesthompson.com
- **Jason A. Starks**   BKECF@traviscountytx.gov
- **Gregory M. Starner**   , jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;ta
- **Gregory Michael Starner**   gstarner@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;ta

- **Cory P. Stephenson**   cstephenson@bk-legal.com
- **John Mark Stern**   bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Benjamin Stewart**   bstewart@baileybrauer.com, eharper@baileybrauer.com;kbell@baileybrauer.com
- **J. Kate Stickles**   kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Sabrina L. Streusand**   streusand@slollp.com, prentice@slollp.com
- **Aaron H. Stulman**   astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **William D. Sullivan**   wdsecfnotices@sha-llc.com
- **Matthew G. Summers**   summersm@ballardspahr.com, hartlt@ballardspahr.com
- **Theodore J. Tacconelli**   ttacconelli@ferryjoseph.com
- **Stanley B. Tarr**   tarr@blankrome.com
- **Gregory A. Taylor**   gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com
- **William F. Taylor**   bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **Brian Tong**   brian.tong@srz.com
- **Michael H. Torkin**   torkinm@sullcrom.com
- **Matthew J. Troy**   matthew.troy@usdoj.gov
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Warren A. Usatine**   wusatine@coleschotz.com, pratkowiak@coleschotz.com
- **Jarrett Vine**   jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Christopher A. Ward**   cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Gregory M. Weinstein**   gweinstein@weinrad.com, wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
- **William P. Weintraub**   wweintraub@goodwinproctor.com, zhassoun@fklaw.com
- **Helen Elizabeth Weller**   dallas.bankruptcy@lgbs.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Duane David Werb**   maustria@werbsullivan.com;riorii@werbsullivan.com
- **Erin A. West**   ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- **Clark T. Whitmore**   clark.whitmore@maslon.com
- **Stephanie Wickouski**   stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
- **Jeffrey C. Wisler**   jwisler@connollygallagher.com
- **Keith Howard Wofford**   kwofford@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com
- **Davis Lee Wright**   dwright@rc.com, idensmore@rc.com
- **Joseph D. Wright**   wright@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
- **James S. Yoder**   yoderj@whiteandwilliams.com
- **Peter Jonathon Young**   pyoung@proskauer.com
- **Lindsay Zahradka**   lzahradka@akingump.com