# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 14203 & 14269** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                          ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC[2], with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2021, I caused to be served:

    a. *a customized* "Notice of EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full," dated April 30, 2021, *related to Docket No. 14203*, a sample of which is annexed hereto as <u>Exhibit A</u>, and

    b. the "Order Sustaining the Fifteenth Notice of Satisfaction of Claims," dated July 7, 2021, [Docket No. 14269],

by causing true and correct copies to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit B</u>.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
4th day of August, 2021
/s/ *Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

**Energy Future Holdings**

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 14662. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
## FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**TO**:
PIPER, MARK
307 HERKIMER ST APT 1
JOLIET, IL  60432-2347

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018.

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim Satisfied In Full:** | 14662 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

\* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

2

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| PIPER, MARK | PO BOX 1926 BOLINGBROOK IL 60440 |

**Total Creditor count  1**