IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the Ad Hoc Committee of TCEH First Lien Creditors (the "AHC") hereby withdraws its appearance in these cases and requests that the undersigned counsel and all other attorneys from the firms of Young Conaway Stargatt & Taylor, LLP and Paul, Weiss, Rifkind, Wharton and Garrison LLP appearing on behalf of the AHC be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned cases.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

28514937.1

| | |
|---|---|
| Dated: August 25, 2021<br>Wilmington, Delaware | */s/ Ryan M. Bartley*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>Pauline K. Morgan (Bar No. 3650)<br>Ryan M. Bartley (Bar No. 4985)<br>Andrew L. Magaziner (Bar No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Alan W. Kornberg (admitted *pro hac vice*)<br>Kelley A. Cornish (admitted *pro hac vice*)<br>Brian S. Hermann (admitted *pro hac vice*)<br>Jacob A. Adlerstein (admitted *pro hac vice*)<br>Adam J. Bernstein (admitted *pro hac vice*)<br>Andrew J. Ehrlich (admitted *pro hac vice*)<br>Robert N. Kravitz (admitted *pro hac vice*)<br>Lewis R. Clayton (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors* |