IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| ENERGY FUTURE HOLDINGS CORP., et al., | : Bankruptcy Case No. 14-10979 (CSS) |
| Debtors. | : |
| ALVESTER COLEMAN | : |
| Appellant, | : |
| v. | : Civil Action No. 20-802-RGA |
| ENERGY FUTURE HOLDINGS CORP., | : |
| Appellee. | : |

**ORDER**

THEREFORE, for the reasons stated in the accompanying memorandum, IT IS ORDERED that:

1. The appeal is **DISMISSED.** In the alternative, the order of the Bankruptcy Court (D.I. 1-1) is **AFFIRMED.**

2. The Clerk of Court is directed to **CLOSE** the case.

UNITED STATES DISTRICT JUDGE