**<u>EXHIBIT A</u>**

Summary of Notes

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## SUMMARY NOTES TO POST-CONFIRMATION
## QUARTERLY REPORTS OF THE REORGANIZED DEBTORS

The Post-Confirmation Reports (collectively, the "Reports")[2] filed by the above-captioned reorganized debtors (the "Reorganized Debtors") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and submitted to the U.S. Trustee were prepared, pursuant to section 1106(a)(7) of title 11 of the United States Code (the "Bankruptcy Code") and rule 2015 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited. These *Summary Notes to Post-Confirmation Quarterly Reports of the Reorganized Debtors* (the "Summary Notes") are incorporated by reference in, and comprise an integral part of, each of the Reports, and should be referred to and considered in connection with any review of the Reports.

### Summary Notes

1.    **Part 2**:

    (a)    Includes amounts paid to TCEH Professionals through the TCEH Emergence Date, October 3, 2016.

2.    **Part 3**:

    • *Administrative Claims* reflect only $25,373,525 of Claims because:

    (a)    The amounts reported represent payments issued by the EFH Plan Administrator on or subsequent to the EFH/EFIH Plan Effective Date.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined herein shall have meanings set forth in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 12653] (the "Plan").

KE 79830780

(b)     For certain professionals, payments represented herein represent cumulative payments issued on account of services provided to both the TCEH Debtors and EFH/EFIH Debtors.

(c)     Most potential Administrative Claims (for which no application was filed) were paid pursuant to first day relief (*e.g.*, certain section 503(b)(9) Claims were paid pursuant to first day relief and, as a result, have not been reported as Allowed Administrative Claims).

(d)     Administrative Claims as noted in **Part 3** do not include the professional fee payments outlined in **Part 2**.

- ***Priority Claims*** Most Priority Claims have been or will be paid in the ordinary course.  Such payments have not been considered Allowed priority Claims for purposes of post-confirmation reporting.