## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Requested Hearing Date:**
**September 13, 2021 at 10:00 a.m. (EDT)**

**Requested Objection Deadline:**
**September 9, 2021 at 4:00 p.m. (EDT)**

## NOTICE OF MOTIONS AND PROPOSED HEARING

**PLEASE TAKE NOTICE** that, on September 1, 2021, the EFH Plan Administrator Board, on behalf of the entities formerly known as the EFH Debtors and EFIH Debtors in the above-captioned cases, filed the attached *Motion of the EFH Plan Administrator Board for Entry of an Order Approving the Settlement Agreement Between Elliott, UMB Bank, N.A., NextEra, and the EFH Plan Administrator Board* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 1, 2021, the EFH Plan Administrator Board also filed the *Motion of EFH Plan Administrator Board for Entry of an Order Shortening Notice and Setting Response and Objection Deadlines* (the "Motion to Shorten"), pursuant to which the EFH Plan Administrator Board has requested approval of a shortened notice period and objection and reply deadlines relating to the Motion.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 25917997v.1

**PLEASE TAKE FURTHER NOTICE** that if the Bankruptcy Court grants the relief requested in the Motion to Shorten (i) a hearing to consider the Motion will be held before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 13, 2021 starting at 10:00 a.m. (Eastern Daylight Time)** and (ii) objections to approval of the Motion, if any, shall be filed and served on the undersigned co-counsel to the EFH Plan Administrator Board no later than **September 9, 2021 at 4:00 p.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE** that if the Bankruptcy Court denies the relief requested in the Motion to Shorten, parties in interest will receive separate notice of the court-approved objection deadline and hearing date for the Motion.

[*Remainder of page intentionally left blank*]

Dated: September 1, 2021
     Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        steven.serajeddini@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
        chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*