# Exhibit A

**[Order Shortening Notice]**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 14436** |
| | ) |

**ORDER SHORTENING NOTICE AND**
**SETTING RESPONSE AND OBJECTION DEADLINES**

Upon the motion (the "<u>Motion to Shorten</u>")[2] of the PAB for entry of an order (this "<u>Order</u>"), pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e), shortening notice with respect to the Settlement Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Motion to Shorten is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms not defined herein are defined in the Motion to Shorten.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Shorten is granted as set forth herein.

2.      The deadline for all parties-in-interest to object to the Settlement Motion shall be **September 9, 2021, at 4:00 p.m., prevailing Eastern Time**.

3.      Notwithstanding Bankruptcy Rule 9006(a), the deadline to reply to any objection to the Settlement Motion shall be **September 10, 2021, at 2:00 p.m., prevailing Eastern Time**.

4.      The Settlement Motion shall be heard on **September 13, 2021, starting at 10:00 a.m., prevailing Eastern Time**.

5.      The PAB shall serve a copy of this Order within one business day of its entry directly by email and/or overnight delivery upon all parties served with a copy of the Settlement Motion.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

7.      The Court retains jurisdiction with respect to all matters arising from or related to the entry, interpretation or implementation of this Order.

**Dated: September 2nd, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

2

KE 79597866