**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 14238, 14254** |

**NOTICE OF CANCELLATION OF FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES SCHEDULED TO CONSIDER THE "APPLICATION OF NEXTERA ENERGY, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM" [D.I. 12671]**

PLEASE TAKE NOTICE that, on February 20, 2018, NextEra Energy, Inc. ("NextEra") filed the *Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim* [D.I. 12671] (the "Administrative Expense Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Administrative Expense Application, NextEra was seeking the allowance and payment of an administrative claim to recover certain costs and expenses from certain of the former Debtors[2] in connection with a merger agreement between NextEra and such former Debtors.

PLEASE TAKE FURTHER NOTICE that, on March 23, 2018, UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 (the "Trustee"); and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings set forth in the chapter 11 plan [D.I. 12653].

Limited Partnership (collectively, "Elliott") filed a motion to dismiss or, alternatively, grant summary judgment on the Administrative Expense Application [D.I. 12844]. On August 1, 2018, the Bankruptcy Court granted the motion and disallowed NextEra's requested administrative claim [D.I. 13333] (the "Expense Denial Order"). NextEra appealed the Expense Denial Order to the United States District Court for the District of Delaware (the "District Court").

PLEASE TAKE FURTHER NOTICE that, on September 30, 2019, the District Court affirmed the Expense Denial Order, and NextEra subsequently appealed the District Court's ruling to the United States Court of Appeals for the Third Circuit (the "Third Circuit"). On March 15, 2021, the Third Circuit issued an opinion and order (the "Administrative Expense Application Opinion") reversing the decisions of the Bankruptcy Court and the District Court and remanding the matter to the Bankruptcy Court for further proceedings. Consistent with the decision of the Third Circuit, and pursuant to the direction of the Bankruptcy Court at the status conference held on March 26, 2021, counsel to the EFH Plan Administrator Board (the "PAB"[3]) conferred with counsel to NextEra and counsel to the Trustee and Elliott regarding a proposed form of order to schedule proceedings in the Bankruptcy Court related to the Administrative Expense Application.

PLEASE TAKE FURTHER NOTICE that, on June 8, 2021, the Bankruptcy Court entered its *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols In Connection With the Administrative Expense Application* [D.I. 14238] (as amended from time to time, the "Scheduling Order") pursuant to which the Bankruptcy Court scheduled certain dates

[3] Collectively, the PAB, NextEra, the Trustee, and Elliott are the "Parties".

and deadlines and established certain protocols related to the trial of the Administrative Expense Application.

PLEASE TAKE FURTHER NOTICE that, (i) paragraph 7.f of the Scheduling Order scheduled a final pre-trial hearing date in connection with the Administrative Expense Application for September 7, 2021 starting at 1:00 p.m. (Eastern Daylight Time), which date was subsequently rescheduled at the direction of the Bankruptcy Court to September 9, 2021 starting at 10:00 a.m. (Eastern Daylight Time) (the "Final Pre-Trial Conference"), and (ii) paragraph 8 of the Scheduling Order scheduled trial dates in connection with the Administrative Expense Application for September 13, 2021 starting at 10:00 a.m. (Eastern Daylight Time), September 14, 2021 starting at 10:00 a.m. (Eastern Daylight Time), September 20, 2021 starting at 10:00 a.m. (Eastern Daylight Time), September 21, 2021 starting at 10:00 a.m. (Eastern Daylight Time), and September 21, 2021 starting at 10:00 a.m. (Eastern Daylight Time).

PLEASE TAKE FURTHER NOTICE that, as reflected in the *Motion of the EFH Plan Administrator Board for Entry of an Order Approving the Settlement Agreement Between Elliott, UMB Bank, N.A., NextEra, and the EFH Plan Administrator Board*, filed by the PAB on September 1, 2021 [D.I. 14335] (the "Settlement Motion"), the Parties have reached agreement on the terms set forth in the Settlement Agreement (as such term is defined in the Settlement Motion), which consensually resolves the Administrative Expense Application and related litigation.

PLEASE TAKE FURTHER NOTICE that, on September 2, 2021, the Bankruptcy Court entered its *Order Shortening Notice and Setting Response and Objection Deadlines* [D.I. 14337] (the "Order Shortening Notice") granting shortened notice and objection periods in connection with the Settlement Motion.

PLEASE TAKE FURTHER NOTICE THAT, as a result of the foregoing, with permission of the Bankruptcy Court, (i) the Final Pre-Trial Conference scheduled to take place on September 9, 2021 starting at 10:00 a.m. (Eastern Daylight Time) **is cancelled** and (ii) the trial dates scheduled in connection with the Administrative Expense Application to take place on all of September 14, 2021 starting at 10:00 a.m. (Eastern Daylight Time), September 20, 2021 starting at 10:00 a.m. (Eastern Daylight Time), September 21, 2021 starting at 10:00 a.m. (Eastern Daylight Time), and September 21, 2021 starting at 10:00 a.m. (Eastern Daylight Time) **are cancelled**.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Order Shortening Notice, a hearing to consider approval of the Settlement Motion will take place before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 13, 2021 starting at 10:00 a.m. (Eastern Daylight Time)**.

[*Remainder of page intentionally left blank.*]

Dated: September 3, 2021
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
steven.serajeddini@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*