**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 13, 2021 STARTING AT 10:00 A.M. (EDT)**

---

**ZOOM INSTRUCTIONS:**

**THE REMOTE HEARING WILL BE CONDUCTED *ENTIRELY* BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL *WILL NOT* BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE HEARING (PARTIES MUST REGISTER IN ADVANCE, BY NO LATER THAN 12:00 P.M. (NOON) (EDT) ON FRIDAY, SEPTEMBER 10, 2021, TO PARTICIPATE):**

https://debuscourts.zoomgov.com/meeting/register/vJIsceugqzwqHBwHu1onFfuq4bfU3CkHtJw

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION E-MAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.    MATTER GOING FORWARD:**

1. Motion of the EFH Plan Administrator Board for Entry of an Order Approving the Settlement Agreement Between Elliott, UMB Bank, N.A., NextEra, and the EFH Plan Administrator Board [D.I. 14335; filed September 1, 2021]

    Response/Objection Deadline:    September 9, 2021 at 4:00 p.m. (EDT)

    Reply Deadline:    September 10, 2021 at 2:00 p.m. (EDT)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Responses/Objections Received:   None at this time.

Related Documents:

i. Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim [D.I. 12671; filed February 20, 2018]

ii. Motion of EFH Plan Administrator Board for Entry of an Order Shortening Notice and Setting Response and Objection Deadlines [D.I. 14336; filed September 1, 2021]

iii. Order Shortening Notice and Setting Response and Objection Deadlines [D.I. 14337; filed September 2, 2021]

iv. Notice of "Motion of the EFH Plan Administrator Board for Entry of an Order Approving the Settlement Agreement Between Elliott, UMB Bank, N.A., NextEra, and the EFH Plan Administrator Board" and Hearing Thereon [D.I. 14338; filed September 2, 2021]

v. Notice of Cancellation of Final Pre-Trial Conference and Trial Dates Scheduled to Consider the "Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim" [D.I. 12671] [D.I. 14339; filed September 3, 2021]

Status: The hearing on this matter will go forward.

[*Remainder of page intentionally left blank.*]

Dated: September 9, 2021
      Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
      chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*