In The United States Bankrupcy

Court For The District of Delaware

Chapter 11

Alvester Coleman
Creditor

Case No 14-10979

Energy Future Holdings co.
Debtors
Jointly Admin.

## Creditors Objection to EFH plan

administrator Board's Motion For Entry of An Order Further
Extending the deadline to file and serve Objections to claims
Against or Interests in the EFH / Debtors

Come Now, creditor pro se Representative ask the
Court to Object EFH Motion to extend claim case 180 days.
In support thereof, creditor files this Objection and
Respectfully state following to be True and Correct:

Jurisdiction and Venue

1. The United States Bankruptcy Court for the District of Delaware "the Court" has jurisdiction over this matter

## Relief Requested

By this Objection to EFH's Motion, Creditor Request Entry of an Order further enforcing Court's schedule Order, with deadline of 9/26/2021 for Alh matters. These matters to include alh discovery Requested and or premission (to inspect property), and the last date for Claims in which Creditor's claims should also be paid as priority  in claims filed on or about Jan. 17, 2020

## Background

April 2014 the Debtors voluntary filed petition with this Bankruptcy Court under chapter 11 code.

The Court allowed joint administration of Case (fraudulent associates, mergers). The Court has NOT appointed a trustee. To this date alone showes EFH and other jointly admin. are frivolous and have no intention on reconstruction for more "7" years is far more than time to settle this matter correctlly. Not once did EFH or Jason Madron and other's uphold to any Ethics with-in law or to duty of care. Their continue to file frivous Motion to pro long justice, to continue to hold "Debtors in possision" of my Property, file statement for payment for frivous work. The EFH continue to use this Court to cover their fraudulent actions/mismanagment and to keep correct owner hidden, Cum ex-Out every month and though by there private business structure have been allowed to manage, creditor, Aluestar Coleman's

accounts off shore, @ through by Unregistered
Agents, and after few years change business name
file Chapter 11 to forgive dept the intentionally cause
fraudently.

## Other Relief

Jason M. Madron is a friudus litigate
his best intention is for hisself other counsel on
Case "representing others jointly" by enriching themselfs'
with monthly charges for notthing. To this date
No plan, just continue to prolong with No eviedence
@. Mr. Jason should be in agreement with Court's
Schedule order  instead he's against. Farther more
proving his intension are Not Lawful. and
SACTION IS Warranted.

Due by these actions and others' creditor ask

In The United States Bankruptcy
Court For The District

The Court for Relief of Debtor throughby Objection of "EFH" Motion, enforce claims file on Jan. 17. 2020 as Priority to be paid in-full and Accep creditor's Motion to Conversion to Chapter 7. In closing creditor Prays Court see this as the only way to settle this matter.

Respectfully Submitted

Alvester Coleman
pro se

3722 Happy Canyon St.
Dallas, TX 75241

Cwcoleman1986 @gmail.com

214-309-8507

Claims filed on 1/17/1983 be set as Priffy and paid in full. If Not I ask Court to see there is no likelihood of rehibilitation within this Chapter 11, then in a ~dance with the law A Trustee be Appointed "(    was filed) to take control of business assets    date them, distribute creditor claim "(asbestos a stock") and Immediately file Chapter 7 Againsnt Debtors.