IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 13, 2021 STARTING AT 10:00 A.M. (EDT)**

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.   RESOLVED MATTER:**

1. Motion of the EFH Plan Administrator Board for Entry of an Order Approving the Settlement Agreement Between Elliott, UMB Bank, N.A., NextEra, and the EFH Plan Administrator Board [D.I. 14335; filed September 1, 2021]

    Response/Objection Deadline:   September 9, 2021 at 4:00 p.m. (EDT)

    Reply Deadline:   September 10, 2021 at 2:00 p.m. (EDT)

    Responses/Objections Received:   None.

    Related Documents:

    i.   Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim [D.I. 12671; filed February 20, 2018]

    ii.  Motion of EFH Plan Administrator Board for Entry of an Order Shortening Notice and Setting Response and Objection Deadlines [D.I. 14336; filed September 1, 2021]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

iii. Order Shortening Notice and Setting Response and Objection Deadlines [D.I. 14337; filed September 2, 2021]

iv. Notice of "Motion of the EFH Plan Administrator Board for Entry of an Order Approving the Settlement Agreement Between Elliott, UMB Bank, N.A., NextEra, and the EFH Plan Administrator Board" and Hearing Thereon [D.I. 14338; filed September 2, 2021]

v. Notice of Cancellation of Final Pre-Trial Conference and Trial Dates Scheduled to Consider the "Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim" [D.I. 12671] [D.I. 14339; filed September 3, 2021]

vi. **Certification of No Objection Regarding the "Motion of the EFH Plan Administrator Board for Entry of an Order Approving the Settlement Agreement Between Elliott, UMB Bank, N.A., NextEra, and the EFH Plan Administrator Board" [D.I. 14335] [D.I. 14341; filed September 9, 2021]**

vii. **Order Approving the Settlement Agreement Between NextEra, UMB Bank, N.A., Elliott, and the EFH Plan Administrator Board [D.I. 14342; entered September 9, 2021]**

**Status:** On September 9, 2021, the Court entered an order granting the EFH Plan Administrator Board the relief requested in connection with this matter. Consequently, a hearing with respect to this matter is no longer necessary.

[*Remainder of page intentionally left blank.*]

Dated: September **10**, 2021
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:     collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:     edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     james.sprayregen@kirkland.com
      chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*