# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 3921** |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF
### COUNSEL FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK

**PLEASE TAKE NOTICE** that Patterson Belknap Webb & Tyler LLP and Morris James LLP hereby withdraw their appearance as counsel for Law Debenture Trust Company of New York, in its capacity as Indenture Trustee in connection with (i) $3.488 billion of 10.25% unsecured senior notes due 2015 and (ii) $1.749 billion of 10.50/11.25% unsecured senior toggle notes due 2016, issued by debtors Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. (the "Company").

**PLEASE TAKE FURTHER NOTICE** that the Company currently has no controversy pending before the Court, and the undersigned certifies that the Company consents to this withdrawal of appearance.

[The remainder of the page intentionally left blank.]

12465974/1

Dated: September 13, 2021

**MORRIS JAMES LLP**

<u>/s/ Stephen M. Miller</u>
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

 – and –

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Counsel for Law Debenture Trust Company of New York*

12465974/1