In The United States Bankrupcy Court District of Delaware

FILED 2021 SEP 9 PM 3:29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11

Case No. 14-10979

Allvester Coleman
Creditor

Energy Future Holdings
Debtors
(Jointly admin)

## Creditors Motion to Convert Chapter 11 Case to Chapter 7

Comes Now the Creditor, and moves this Court to convert the above-captioned Bankrupcy matter from a Chapter 11 to Chapter 7, pursuant to the provisions of bankrupcy code and law. In support of this Motion, Creditor would state and

Page 1 of 3

allege the following to be true and correct events:

The Deptor's has had an numerous amount of time to impose a reconstruction plan under this Chapter 11 bankrupcy Code. These deptors ("deptors in-possession") voluntarily filed this matter on or about April 2014 This date 9/3/2021 No plan has been approved, and deptors continue to prolong the matter. Debtors last Motion for Continuance is in noncompliance with the bankrupcy schedule order. Debtors have also continue to enrich themselves and cou with monthly fees filed to Court for friudous filed Motion all show their intention to prolong above matter. This show deptors have No good faith on reconstrution, paying det that is causing harm to the Estate, and or pay Creditor's priortiy claim forms in order to implament creditor within the plan. Instead deptors file frioudous Motions to prolong matter and file fee's for unearned/unwarrented Motions/orders.

## Relief

Creditor ask the Court for conversion of this Chapter 11 to Chapter 7, Creditor as owner claim be paid in full ($30 billion) and other claim "(Stock, owner of Estate")  $250 billion set as Priority, all other assets held by deptor(s) be turnover to appointed U.S Trustee through by Court once convireted to Chapter 7.

Dated: 9-3-2021

*Alvesta Colema*
pro se

3722 Happy Canyon St
Dallas, TX 75241
214-309-8507
avcoleman1986@gmail.com