## In The United States Bankrupcy Court For The District of Delaware

In re:

Alvester Coleman
    Creditor

Case No: 14-10979
Chapter 11

## Notice of Motion
## Notice of Deadline to File Objection To Motion and Notice of Hearing

Alvester Coleman (Creditor) has filed the following Motion with the Court:

## Motion to Convert from Chapter 11 to Chapter 7 and for Court appointed Trustee

If you do not want the court to Grant the relief sought in the above-referenced motion or if you want the Court to consider your views on the Motion and or objections, then on or before Sept. 26, 2021 you or your attorney must:

File with the Court a written objection with evidence explanning your position

Page 1 of 2

Also be present to hearing scheduled to be held on Sept. 28, 2021 at 824 North Market St. 5th floor 2:00p.m if you file an Objection.

If you or your attorney Do NOT take these steps, The Court will Decide that You do not oppose the relief sought in the Motion and:
  1) Will enter an Order Granting relief sought in Motion
  2) Convert from Chapter 11 to Chapter 7
  3) Appoint U.S. Trustee to matter

Dated: Sept. 3, 2021

Alvester Coleman
pro se
3722 Happy Canyon St
Dallas, Tx 75241
214-309-8507
avcoleman1986@gmail.com