# In The United States Bankruptcy Court For the District of Delaware

In Re:

**Alvester Coleman**
Creditor

**Energy Future Holdings Co.**
Deptors

Re: Conversion
Date: 9-3-2021

Case No: 14-10979
Chapter 11

## Order Converting Chapter 11 To A Chapter 7 Case

The Creditor has filed a Motion in accordance with Bankrupcy code and rule(s)... seeking to convert this case under Chapter 11 to Chapter 7 of the Bankruptcy Code. The court finds the case has not been previously converted or that the case is eligible. Therefore, after notice and motion should be GRANTED:

# IT IS ORDERED THAT:

A) This Chp. 11 case IS converted to a Chpt 7.

B) The Chapter 7 trustee, in accordance with the U.S Trustees' procedure, shall file:

1) a final report of All Accounts and of All receipts, and disbursements made in Chapter 11 to Court from deptors

2) Deptiors shall forthwith turnover to Chapter 7 trustee All records and Property of the Estates remaining in the deptors possession and or control.

3) The deptor within 14 days of this Order, shall file

   A) the statements and documents requested by Court if not already been file or made assiable.

   B) A statement of monthly income.

   C) all

Trustee or any other party entitled to compensation may within 30 days of this Order file an application for compensation and reimbursement of expenses.

Order Granted

Dated _____ 2021

_____
Presiding Judge

*Alvesta Colma*
Creditor / pro se

3722 Happy Canyon St.
Dallas, TX 75241
avcoleman1986@gmail.com
214-309-8507