# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 14346

Dear Mr. Coleman:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ $210.00 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 9/9/21, you filed a document in the above–captioned case that requires a filing fee of $ $210.00 be paid to the Court.

Notes:

**Please remit funds to the Court at the following address by no later than 9/20/21.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

*Una O'Boyle*  
Una O'Boyle, Clerk of Court

Date: 9/13/21                                                                 By: Donna Capell, Deputy Clerk

(VAN–441)