# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 9/13/2021 |
| Case: 14−10979−CSS | Form ID: van441 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp         Alvester Coleman

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr           Alvester Coleman        3722 Happy Canyon St.        Dallas, TX 75241

TOTAL: 1