In The United States Bankrupcy Court For The District of Delaware

Chapter 11

Case No. 14-10979

Alvester Coleman
creditor/pro se

Energy Future Holdings Co.
Debtor(s)

Jason M. Madron
counsel

cause: Sanction
Against: Jason M. Madron
Amount: $10,000,000

## Creditor's Motion For Sanctions Against counsel Jason M. Madron

Come Now to be considered Motion for Sanction, against frivolous counsel Jason M. Madron. for noncompliance with Bankrupcy Scheduling Order.

## Sanction Is Warrented

1) Counsel has No good faith arguement or evidence for extension
2) Frivolous pleadings
3) Advising deptors to engage in discovery abuse
4) Unearned fees
5) Abusing the judicial process
6) Misapplication of Fiduciary Property

Motion warrents sanction with fine of $10,000,000 Against: Jason M. Madron

Address of: Richard, Layton, & Finger P.A.
One Rodney Square N. King St.
Willimington, DE, 19801

## Prayer

Creditor prays the Court see fit that Sanction is warrented against named counsel for frivolous pleading prolonging case.

Respectfully Submitted
Alvesta Coleman

3722 Happy Canyon St.
Dallas, TX 75241

214-309-8507
avcoleman1986@gmail.com

Page 3 of 3