IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 14343, 14346, 14348** |

**NOTICE OF NO JUDICIAL ACTION IN CONNECTION WITH
ALVESTER COLEMAN'S VEXATIOUS LITIGANT PLEADINGS**

PLEASE TAKE NOTICE that, on June 1, 2020, following notice and a hearing, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order* [D.I. 14073] (the "Vexatious Litigant Order") in connection with the involvement of Alvester Coleman ("Mr. Coleman") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Vexatious Litigant Order, the Court found, ordered, and decreed that "**Mr. Coleman is a vexatious litigant** and his continuing actions in these bankruptcy cases have resulted in a waste of estate and judicial resources." *See* Vexatious Litigant Order at ¶ 2 (emphasis added).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Vexatious Litigant Order, the Court further found, ordered, and decreed that:

> Any further documents, whether in the form of a motion, notice or otherwise, submitted to the Court in these bankruptcy cases by Mr.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

> Coleman will be docketed but will not be considered nor acted upon by the Court.

*See* Vexatious Litigant Order at ¶ 4.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Vexatious Litigant Order, the Court further found, ordered, and decreed that:

> Neither the Reorganized TCEH nor any other party in interest are required to respond to any documents or notices filed or served by Mr. Coleman in these bankruptcy cases.

*See* Vexatious Litigant Order at ¶ 5.

PLEASE TAKE FURTHER NOTICE that, on September 9, 2021, Mr. Coleman filed the following pleadings with the Court in the Chapter 11 Cases (collectively, D.I. 14343, 14346, and 14348, are the "Pleadings"):

- *Creditors [sic] Objection to EFH Plan Administrator Board's Motion for Entry of An Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests In the EFH Debtors* [D.I. 14343];

- *Motion to Convert From Chapter 11 to Chapter 7 and for Court Appointed Trustee* [D.I. 14346]; and

- *Creditor's Motion for Sanctions* [D.I. 14348]

PLEASE TAKE FURTHER NOTICE that, in accordance and consistent with the Vexatious Litigant Order, (i) the Court **will not** consider or act on any of the Pleadings; (ii) the Court **will not** hold a hearing in connection with any of the Pleadings; and (iii) no party-in-interest in the Chapter 11 Cases is required to respond to any of the Pleadings.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: September 13, 2021<br>Wilmington, Delaware | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
steven.serajeddini@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*