# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Energy Future Holdings Corp.

**Case No.:** 14−10979−CSS

**Chapter:** 11

Notice of Filing Fee(s) Due
Re: Docket # 14346

Dear Mr.Coleman:

☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ $210.00 is now due.

☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

☑ On 9/9/21, you filed a document in the above−captioned case that requires a filing fee of $ $210.00 be paid to the Court.

Notes:

**Please remit funds to the Court at the following address by no later than 9/20/21.**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

Una O'Boyle, Clerk of Court

Date: 9/13/21

By:  Donna Capell, Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

In re:                                                           Case No. 14-10979-CSS

Energy Future Holdings Corp.                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 44 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: van441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Alvester Coleman, 3722 Happy Canyon St., Dallas, TX 75241-5227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Alvester Coleman |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron C Baker | on behalf of Fee Examiner Richard Gitlin acb@pgslaw.com |
| Aaron C Baker | on behalf of Attorney Godfrey & Kahn  S.C. acb@pgslaw.com |
| Aaron H. Stulman | on behalf of Interested Party Wilmington Savings Fund Society  FSB, in its capacity as successor Indenture Trustee astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| Adam Hiller | on behalf of Interested Party MoreTech  Inc. ahiller@adamhillerlaw.com |

Adam Hiller
on behalf of Creditor Buffalo Industrial Supply Inc. ahiller@adamhillerlaw.com

Adam G. Landis
on behalf of Interested Party Marathon Asset Management LP landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Creditor NextEra Energy Inc. and Next Era Energy Capital Holdings, Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Creditor NextEra Energy Resources LLC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Interested Party Alcoa Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Albert Kass
on behalf of Interested Party Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com  ecfpleadings@kccllc.com

Alessandra Glorioso
on behalf of Creditor U.S. Bank National Association glorioso.alessandra@dorsey.com

Alexa J. Kranzley
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp. Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com

Alison R. Ashmore
on behalf of Creditor Bluebonnet Electric Cooperative Inc. aashmore@dykema.com

Allison Axenrod
on behalf of Creditor Claims Recovery Group LLC aaxenrod@crgfinancial.com
allison@ecf.inforuptcy.com;notices@crgfinancial.com

Amish R. Doshi
on behalf of Creditor Oracle America Inc. amish@doshilegal.com

Amy Baudler
on behalf of Creditor Barr Engineering Co. amy@purduelaw.com  kim@purduelaw.com

Amy Brown
on behalf of Creditor Elliott Associates L.P., Elliott International, L.P., The Liverpool Limited Partnership, Paloma Partners
Management Company and Sunrise Partners Limited Partnership brown@braunhagey.com

Ana Chilingarishvili
on behalf of Creditor U.S. Bank National Association ana.chilingarishvili@maslon.com

Andrea Beth Schwartz
on behalf of U.S. Trustee U.S. Trustee andrea.b.schwartz@usdoj.gov

Andrea Stone Hartley
on behalf of Creditor Siemens Energy Inc. f/k/a Siemens Power Generation, Inc., and Siemens Demag Delaval Turbomachinery,
Inc. andrea.hartley@akerman.com

Andrew G. Dietderich
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp. Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com

Andrew Glenn Devore
on behalf of Interested Party CSC Trust Company of Delaware as successor indenture trustee and collateral trustee
andrew.devore@ropesgray.com

Andrew K Glenn
on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders aglenn@kasowitz.com

Andrew R. Remming
on behalf of Interested Party Kohlberg Kravis Roberts & Co. L.P. TPG Capital, L.P., Goldman, Sachs & Co. and Associated
Individuals aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Andrew Rubin Rosenblatt
on behalf of Defendant NextEra Energy Inc. andrew.rosenblatt@nortonrosefulbright.com

Ann M. Kashishian
on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders amk@kashishianlaw.com

Ann M. Kashishian
on behalf of Intervenor-Defendant Ad Hoc Committee of EFIH Unsecured Noteholders amk@kashishianlaw.com

Ann M. Kashishian
on behalf of Attorney Chipman Brown Cicero & Cole LLP amk@kashishianlaw.com

District/off: 0311-1

Date Rcvd: Sep 13, 2021

User: admin

Form ID: van441

Page 3 of 44

Total Noticed: 1

Anna Grace
on behalf of Creditor UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov

Ari David Kunofsky
on behalf of Creditor UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov eastern.taxcivil@usdoj.gov

Arlene Rene Alves
on behalf of Interested Party Wilmington Trust N.A. alves@sewkis.com

Ashley Robert Altschuler
on behalf of Defendant Morgan Stanley Capital Group Inc. Aaltschuler@mwe.com, WashingtonDocketing@mwe.com

Ashley Robert Altschuler
on behalf of Interested Party Morgan Stanley Capital Group Inc. Aaltschuler@mwe.com, WashingtonDocketing@mwe.com

Barry Kleiner
on behalf of Creditor Elliott Associates L.P., Elliott International, L.P. and The Liverpool Limited Partnership dkleiner@kkwc.com

Barry G. Felder
on behalf of Interested Party UMB Bank N.A., as indenture trustee bgfelder@foley.com

Barry G. Felder
on behalf of Interested Party UMB BANK N.A., as Trustee bgfelder@foley.com

Barry G. Felder
on behalf of Creditor UMB Bank N.A. bgfelder@foley.com

Barry M. Klayman
on behalf of Interested Party J Aron & Company bklayman@cozen.com barry-klayman-5584@ecf.pacerpro.com

Benjamin Finestone
on behalf of Creditor Centerbridge Special Credit Partners L.P. benjaminfinestone@quinnemanuel.com

Benjamin Finestone
on behalf of Creditor Centerbridge Special Credit Partners II, L.P. benjaminfinestone@quinnemanuel.com

Benjamin Finestone
on behalf of Creditor CCP Credit Acquisition Holdings L.L.C. benjaminfinestone@quinnemanuel.com

Benjamin Stewart
on behalf of Creditor Pinnacle Technical Resources Inc. bstewart@baileybrauer.com, eharper@baileybrauer.com;kbell@baileybrauer.com

Benjamin J. Schladweiler
on behalf of Creditor Apollo Advisors VII L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com

Benjamin J. Schladweiler
on behalf of Defendant Brookfield Asset Management Private Institutional Capital Adviser (Canada) L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com

Benjamin J. Schladweiler
on behalf of Creditor Brookfield Asset Management Private Institutional Capital Adviser (Canada) L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com

Benjamin J. Schladweiler
on behalf of Creditor Angelo Gordon & Co. LP cathersw@gtlaw.com;bankruptcydel@gtlaw.com

Benjamin J. Schladweiler
on behalf of Defendant Apollo Advisors VII L.P. cathersw@gtlaw.com;bankruptcydel@gtlaw.com

Benjamin J. Schladweiler
on behalf of Defendant Angelo Gordon & Co. LP cathersw@gtlaw.com;bankruptcydel@gtlaw.com

Benjamin W. Loveland
on behalf of Interested Party Marathon Asset Management LP benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Bernard George Conaway
on behalf of Creditor Doyenne Constructors LLC bgc@conaway-legal.com

Bernard Grover Johnson, III
on behalf of Creditor Milam Appraisal District bjohnson@fisherboyd.com

Bonnie R. Golub
on behalf of Creditor Evercore Group LLC bgolub@weirpartners.com

Bradley R. Aronstam
on behalf of Defendant Angelo Gordon & Co. LP baronstam@ramllp.com, hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Defendant Apollo Advisors VII L.P. baronstam@ramllp.com,
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Creditor Apollo Advisors VII L.P. baronstam@ramllp.com,
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Other Prof. Longhorn Capital GS L.P. baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Interested Party Titan Investment Holdings LP baronstam@ramllp.com
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Creditor Brookfield Asset Management Private Institutional Capital Adviser (Canada) L.P. baronstam@ramllp.com,
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Defendant Brookfield Asset Management Private Institutional Capital Adviser (Canada) L.P.
baronstam@ramllp.com,
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Bradley R. Aronstam

on behalf of Creditor Angelo Gordon & Co. LP baronstam@ramllp.com,
hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@
filings.docketbird.com;jparry@ramllp.com

Brandon James Robers

on behalf of Creditor UNITED STATES OF AMERICA brandon.robers@usdoj.gov

Brett D. Goodman

on behalf of Interested Party Wilmington Savings Fund Society FSB, in its capacity as successor Indenture Trustee
brett.goodman@troutman.com

Brett H. Miller

on behalf of Interested Party The Official Committee of TCEH Unsecured Creditors bmiller@willkie.com mao@willkie.com

Brian Schartz

on behalf of Debtor Energy Future Holdings Corp. bschartz@kirkland.com
george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com

Brian Schartz

on behalf of Plaintiff Energy Future Intermediate Holding Company LLC bschartz@kirkland.com
george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com

Brian Tong

on behalf of Creditor CCP Credit Acquisition Holdings L.L.C. brian.tong@srz.com

Brian E Farnan

on behalf of Interested Party Forest Creek Wind Farm LLC bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Brian L. Arban

on behalf of Attorney Brian Arban barban@hillerarban.com

Brian Lucian Kasprzak

on behalf of Interested Party Fireman's Fund Insurance Company bkasprzak@moodklaw.com mike@lscd.com

Brian W. Hockett

on behalf of Creditor Accenture LLP bhockett@thompsoncoburn.com

Bridget Gallerie

on behalf of Claims Agent Epiq Corporate Restructuring LLC Pacerteam@choosegcg.com

Bridget Gallerie

on behalf of Claims Agent Garden City Group LLC Pacerteam@choosegcg.com

Bridget Gallerie

on behalf of Other Prof. Garden City Group LLC Pacerteam@choosegcg.com

Bruce J. Ruzinsky

on behalf of Creditor Milam Appraisal District bruzinsky@jw.com mcavenaugh@jw.com

Camille C. Bent

on behalf of Spec. Counsel Energy Future Intermediate Holding Company LLC CCB@stevenslee.com

Carla O. Andres

on behalf of Interested Party Fee Committee candres@gklaw.com  kboucher@gklaw.com

Chad J. Husnick

on behalf of Plaintiff Energy Future Intermediate Holding Company LLC chusnick@kirkland.com

Chad J. Husnick

on behalf of Debtor Energy Future Holdings Corp. chusnick@kirkland.com

Chantelle D'nae McClamb

on behalf of Interested Party Simeio Solutions  Inc. mcclambc@ballardspahr.com

Charles J. Brown, III

on behalf of Interested Party Emerson Network Power Liebert Services cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Creditor Anadarko Petroleum Corporation cbrown@gsbblaw.com

Chester B. Salomon

on behalf of Creditor Securitas Security Services USA  Inc. csalomon@beckerglynn.com,
mghose@beckerglynn.com;hhill@beckerglynn.com

Christopher Fong

on behalf of Interested Party American Stock Transfer & Trust Company LLC cfong@nixonpeabody.com

Christopher Fong

on behalf of Interested Party American Stock Transfer & Trust Company  LLC cfong@nixonpeabody.com

Christopher A. Ward

on behalf of Attorney Polsinelli PC cward@polsinelli.com  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Interested Party The Official Committee of TCEH Unsecured Creditors cward@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Creditor Committee The Official Committee of TCEH Unsecured Creditors cward@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Attorney Morrison & Foerster LLP cward@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Financial Advisor FTI Consulting  Inc. cward@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher B. Mosley

on behalf of Creditor City of Fort Worth Chris.Mosley@fortworthtexas.gov  Sharon.Floyd@fortworthtexas.gov

Christopher L. Carter

on behalf of Creditor Pacific Investment Management Co. LLC christopher.carter@morganlewis.com

Christopher M Hayes

on behalf of Interested Party Goldman Sachs & Co. and certain affiliates Christopher.hayes@kirkland.com

Christopher Michael De Lillo

on behalf of Debtor Energy Future Holdings Corp. delillo@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Page Simon

on behalf of Interested Party American Stock Transfer & Trust Company  LLC csimon@crosslaw.com,
smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party American Stock Transfer & Trust Company LLC csimon@crosslaw.com
smacdonald@crosslaw.com

Christopher R. Belmonte

on behalf of Interested Party Moody's Analytics  Inc. crbelmonte@duanemorris.com,
pabosswick@duanemorris.com,nydocket@duanemorris.com,aesnow@duanemorris.com

Clark T. Whitmore

on behalf of Creditor U.S. Bank National Association clark.whitmore@maslon.com

Colin R. Robinson

on behalf of Interested Party EFIH 2nd Lien Notes Indenture Trustee crobinson@pszjlaw.com

Corby Davin Boldissar

on behalf of Interested Party BP America Production Company dboldissar@lockelord.com

Cory P. Stephenson

on behalf of Plaintiff Energy Future Holdings Corp. cstephenson@bk-legal.com

Curtis A Hehn

on behalf of Interested Party Somervell County Central Appraisal District curtishehn@comcast.net

D. Ross Martin

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
rmartin@ropesgray.com

Daniel A. Fliman

on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders dfliman@kasowitz.com  Courtnotices@kasowitz.com

Daniel A. O'Brien

on behalf of Creditor Pacific Investment Management Co. LLC daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Pacific Investment Management Company LLC ("PIMCO") daobrien@venable.com

Daniel B. Denny

on behalf of Interested Party Berkshire Hathaway Energy Company ddenny@milbank.com

Daniel J. DeFranceschi

on behalf of Debtor Luminant Energy Trading California Company defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor TXU SEM Company defranceschi@rlf.com  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor EECI  Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Valley NG Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor TXU Energy Solutions Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Big Brown 3 Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor EFH Finance (No. 2) Holdings Company defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Generation Development Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Southwestern Electric Service Company  Inc. defranceschi@rlf.com,
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Energy Future Competitive Holdings Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Oak Grove Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor 4Change Energy Holdings LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Texas Energy Industries Company  Inc. defranceschi@rlf.com,
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Sandow Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Brighten Energy LLC defranceschi@rlf.com  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor EFIH Finance Inc. defranceschi@rlf.com  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Generation SVC Company defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1
Date Rcvd: Sep 13, 2021

User: admin
Form ID: van441

Page 7 of 44
Total Noticed: 1

Daniel J. DeFranceschi
    on behalf of Debtor EFH Corporate Services Company defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Luminant Big Brown Mining Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor EFH CG Holdings Company LP defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Energy Future Intermediate Holding Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Morgan Creek 7 Power Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Collin Power Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor 4Change Energy Company defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Lake Creek 3 Power Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor DeCordova II Power Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Luminant Energy Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Texas Utilities Electric Company  Inc. defranceschi@rlf.com,
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor EFH Australia (No. 2) Holdings Company defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Texas Competitive Electric Holdings Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Luminant Renewables Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor TCEH Finance  Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Luminant Mineral Development Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Big Brown Lignite Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor LSGT SACROC  Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Dallas Power & Light Company  Inc. defranceschi@rlf.com,
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Oak Grove Mining Company LLC defranceschi@rlf.com
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Texas Utilities Company  Inc. defranceschi@rlf.com,
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor LSGT Gas Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor NCA Development Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Luminant Generation Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Generation MT Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Eagle Mountain Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor EFH Renewables Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Brighten Holdings LLC defranceschi@rlf.com  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor DeCordova Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Lone Star Pipeline Company  Inc. defranceschi@rlf.com,
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor TXU Retail Services Company defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Martin Lake 4 Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Plaintiff Energy Future Intermediate Holding Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor NCA Resources Development Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Luminant Mining Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor EFH CG Management Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor TXU Receivables Company defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor EFH FS Holdings Company defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Monticello 4 Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

on behalf of Debtor Big Brown Power Company LLC defranceschi@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi

| | |
|---|---|
| | on behalf of Debtor Oak Grove Management Company LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Texas Power & Light Company Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor EEC Holdings Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Tradinghouse Power Company LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Luminant Holding Company LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor TXU Energy Receivables Company LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Valley Power Company LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Luminant ET Services Company defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Energy Future Holdings Corp. defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Lone Star Energy Company Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor TXU Electric Company Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Texas Electric Service Company Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor TXU Energy Retail Company LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel K. Astin | |
| | on behalf of Creditor TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com wgouldsbury@ciardilaw.com |
| Daniel K. Hogan | |
| | on behalf of Creditor John H. Jones dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party David William Fahy dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party John H. Jones dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party Shirley Fenicle dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party The Richards Group Inc. dkhogan@dkhogan.com, gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Creditor Kaye Heinzmann dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party Harold Bissell dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party Robert Albini dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party Michelle Ziegelbaum dkhogan@dkhogan.com gdurstein@dkhogan.com, |
| Daniel K. Hogan | |
| | on behalf of Interested Party Brake Supply Company Inc. dkhogan@dkhogan.com, gdurstein@dkhogan.com, |

District/off: 0311-1
Date Rcvd: Sep 13, 2021

User: admin
Form ID: van441

Page 10 of 44
Total Noticed: 1

Daniel K. Hogan

on behalf of Interested Party Charlotte and Curtis Liberda dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party PI Law Firms dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Creditor David Heinzmann dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Denis Bergschneider dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party David Heinzmann dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Kurt Carlson dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Joe Arabie dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Meri Bergschneider dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Michael Cunningham dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Shirley Fenicle  as Successor-In-Interest to the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel S. Shamah

on behalf of Defendant Wilmington Trust  N.A., solely in its capacity as First Lien Administrative Agent dshamah@omm.com

Daniel S. Shamah

on behalf of Creditor Angelo Gordon & Co.  LP dshamah@omm.com

Daniel S. Shamah

on behalf of Defendant Brookfield Asset Management Private Institutional Capital Adviser (Canada)  L.P. dshamah@omm.com

Daniel S. Shamah

on behalf of Creditor Brookfield Asset Management Private Institutional Capital Adviser (Canada)  L.P. dshamah@omm.com

Daniel S. Shamah

on behalf of Defendant Angelo Gordon & Co.  LP dshamah@omm.com

Daniel S. Shamah

on behalf of Defendant Apollo Advisors VII  L.P. dshamah@omm.com

Daniel S. Shamah

on behalf of Creditor Wilmington Trust  N.A., in its capacity as First Lien Administrative Agent dshamah@omm.com

Daniel S. Shamah

on behalf of Creditor Apollo Advisors VII  L.P. dshamah@omm.com

Daniel Stephen Smith

on behalf of Interested Party United States on behalf of Environmental Protection Agency dan.smith2@usdoj.gov

Danielle M. Audette

on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com

Danielle Marie Audette

on behalf of Intervenor Ovation Acquisition II  L.L.C. daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com

Danielle Marie Audette

on behalf of Intervenor Ovation Acquisition I  L.L.C. daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com

David Neier

on behalf of Creditor NextEra Energy  Inc. and Next Era Energy Capital Holdings, Inc. dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com

David Neier

on behalf of Creditor Chicago Bridge & Iron Company N.V. dneier@winston.com dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com

David Neier

on behalf of Defendant NextEra Energy  Inc. dneier@winston.com, dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com

David B. Anthony

on behalf of Plaintiff York Capital Management Global Advisors  LLC danthony@bergerharris.com, mnicholls@bergerharris.com

David B. Anthony

on behalf of Plaintiff P. Schoenfeld Asset Management LP danthony@bergerharris.com  mnicholls@bergerharris.com

David B. Anthony

on behalf of Plaintiff Avenue Capital Management II  LP danthony@bergerharris.com, mnicholls@bergerharris.com

David B. Anthony

on behalf of Plaintiff Third Avenue Management LLC danthony@bergerharris.com  mnicholls@bergerharris.com

David B. Anthony

on behalf of Plaintiff GSO Capital Partners LP danthony@bergerharris.com  mnicholls@bergerharris.com

David Daniel Farrell

on behalf of Creditor Martin Engineering Company dfarrell@thompsoncoburn.com

David Edward Leta

on behalf of Creditor Headwaters Resources  Inc. dleta@swlaw.com, wkalawaia@swlaw.com

David G. Aelvoet

on behalf of Creditor Ector CAD davida@publicans.com

David M. Klauder

on behalf of Interested Party Former Disinterested Directors of Energy Future Holdings Corp. dklauder@bk-legal.com

David M. Klauder

on behalf of Plaintiff Energy Future Holdings Corp. dklauder@bk-legal.com

David M. Klauder

on behalf of Financial Advisor SOLIC Capital Advisors  LLC dklauder@bk-legal.com

David M. Klauder

on behalf of Debtor Energy Future Holdings Corp. dklauder@bk-legal.com

David N. Deaconson

on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com

David P. Primack

on behalf of Other Prof. Munger  Tolles & Olson LLP dprimack@mdmc-law.com, scarney@mdmc-law.com

David P. Primack

on behalf of Financial Advisor Greenhill & Co.  LLC dprimack@mdmc-law.com, scarney@mdmc-law.com

David P. Primack

on behalf of Interested Party TCEH Debtors dprimack@mdmc-law.com  scarney@mdmc-law.com

David P. Primack

on behalf of Interested Party Energy Future Competitive Holdings Company LLC dprimack@mdmc-law.com
scarney@mdmc-law.com

David P. Primack

on behalf of Interested Party Texas Competitive Electric Holdings Company LLC dprimack@mdmc-law.com
scarney@mdmc-law.com

David S. Rosner

on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders drosner@kasowitz.com  courtnotices@kasowitz.com

David W. Carickhoff

on behalf of Interested Party Allen Shrode dcarickhoff@archerlaw.com  DE20@ecfcbis.com

Davis Lee Wright

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) dwright@rc.com,
idensmore@rc.com

Dennis Dunne, Esq.

on behalf of Interested Party CITIBANK  N.A. ddunne@millbank.com

Dennis L. Jenkins

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
dennis.jenkins@wilmerhale.com

Derek C. Abbott

on behalf of Interested Party TPG Capital  L.P. dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Interested Party Kohlberg Kravis Roberts & Co. L.P.  TPG Capital, L.P., Goldman, Sachs & Co. and Associated
Individuals dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Interested Party Texas Energy Future Holdings Limited Partnership dabbott@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

District/off: 0311-1                                User: admin                                Page 12 of 44
Date Rcvd: Sep 13, 2021                        Form ID: van441                        Total Noticed: 1

Desiree M. Amador
                on behalf of Creditor Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov efile@pbgc.gov

Diane W. Sanders
                on behalf of Creditor Lee County austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor Robertson County austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor Franklin ISD austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor Walnut Springs ISD austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor Limestone County austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor Falls County austin.bankruptcy@publicans.com

Diane W. Sanders
                on behalf of Creditor Round Rock ISD austin.bankruptcy@publicans.com

Donald K. Ludman
                on behalf of Creditor SAP Industries  Inc. dludman@brownconnery.com

Duane David Werb
                on behalf of Creditor BWM Services  LP maustria@werbsullivan.com;riorii@werbsullivan.com

Duane David Werb
                on behalf of Creditor The Kansas City Southern Railway Company maustria@werbsullivan.com;riorii@werbsullivan.com

Eboney Cobb
                on behalf of Creditor Somervell County et al ecobb@pbfcm.com  rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Edward O. Sassower
                on behalf of Debtor Energy Future Holdings Corp.
                steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.co
                m;matthew.fagen@kirkland.com;ciara.foster@kirkland.com

Edward O. Sassower
                on behalf of Plaintiff Energy Future Intermediate Holding Company LLC
                steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.co
                m;matthew.fagen@kirkland.com;ciara.foster@kirkland.com

Edwin Kevin Camson
                camson@drumcapital.com

Elihu Ezekiel Allinson, III
                on behalf of Creditor Henry Pratt Company  LLC ZAllinson@SHA-LLC.com,
                ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth Banda Calvo
                on behalf of Creditor Somervell County et al rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo
                on behalf of Creditor Richardson ISD  Crowley ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Ellen Slights
                on behalf of Creditor United States/USAO usade.ecfbankruptcy@usdoj.gov

Ellen M. Halstead
                on behalf of Defendant Morgan Stanley Capital Group  Inc. ellen.halstead@cwt.com,
                joshua.arnold@cwt.com;nyecfnotice@cwt.com

Ellen M. Halstead
                on behalf of Interested Party Morgan Stanley Capital Group  Inc. ellen.halstead@cwt.com,
                joshua.arnold@cwt.com;nyecfnotice@cwt.com

Epiq Corporate Restructuring, LLC
                danette.gerth@epiqglobal.com

Eric Christopher Daucher
                on behalf of Defendant NextEra Energy  Inc. eric.daucher@nortonrosefulbright.com

Eric Christopher Daucher

on behalf of Creditor NextEra Energy Resources  LLC eric.daucher@nortonrosefulbright.com

Erica J. Richards
                            on behalf of Creditor Committee The Official Committee of Unsecured Creditors erichards@mofo.com
                            erica-richards-1053@ecf.pacerpro.com

Erik Schneider
                            on behalf of Interested Party American Stock Transfer & Trust Company  LLC eschneider@nixonpeabody.com,
                            bos.managing.clerk@nixonpeabody.com,

Erik Schneider
                            on behalf of Interested Party American Stock Transfer & Trust Company LLC eschneider@nixonpeabody.com
                            bos.managing.clerk@nixonpeabody.com,

Erin A. West
                            on behalf of Interested Party Fee Committee ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin R Fay
                            on behalf of Interested Party UMB BANK  N.A., as Trustee efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Creditor UMB Bank  N.A. efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Mary Ann KIlgore efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Bayard  P.A. efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Interest Holders efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Elliott Associates  L.P. efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Creditor Elliott Associates  L.P., Elliott International, L.P. and The Liverpool Limited Partnership
                            efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Plaintiff Elliott Associates  L.P., Elliott International, L.P. and The Liverpool Limited Partnership
                            efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Ropes & Gray LLP efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Texas Energy Future Capital Holdings LLC  Texas Energy Future Holdings Limited Partnership, and
                            Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,
                            kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party The Liverpool Limited Partnership efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Texas Energy Future Capital Holdings  LLC, Texas Energy Future Holdings Limited Partnership,
                            Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital,
                            efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Creditor UMB Bank  N.A., as Indenture Trustee to the EFIH Senior Toggle Notes efay@bayardlaw.com,
                            kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party Elliott International  L.P. efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay
                            on behalf of Interested Party UMB Bank  N.A., as Indenture Trustee efay@bayardlaw.com, kmccloskey@bayardlaw.com

Evan Rassman
                            on behalf of Creditor Sunrise Partners Limited Partnership erassman@cohenseglias.com

Evan Rassman
                            on behalf of Creditor Knife River Corporation-South erassman@cohenseglias.com

Evan R. Fleck
                            on behalf of Interested Party CITIBANK  N.A. EFleck@milbank.com,
                            jbrewster@milbank.com;mbrod@milbank.com;bzucco@milbank.com;mprice@milbank.com;aleblanc@milbank.com;nalmeida@
                            milbank.com;aabell@milbank.com;slevin@milbank.com;bschak@milbank.com;yzahoroda@milbank.com

Evan T. Miller
                            on behalf of Interested Party CSC Trust Company of Delaware  as Successor Trustee under the TCEH 11.5% Senior Secured
                            Notes Indenture emiller@bayardlaw.com, kmccloskey@bayardlaw.com

Evan T. Miller
> on behalf of Creditor Elliott Associates  L.P., Elliott International, L.P. and The Liverpool Limited Partnership emiller@bayardlaw.com, kmccloskey@bayardlaw.com

Frances Gecker
> on behalf of Interested Party PI Law Firms fgecker@fgllp.com  csmith@fgllp.com

Francis A. Monaco, Jr.
> on behalf of Interested Party AMECO Inc. fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.
> on behalf of Interested Party Fluor Enterprises Inc. fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.
> on behalf of Interested Party Fluor Corporation fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.
> on behalf of Interested Party Fluor Global Services fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.
> on behalf of Interested Party American Equipment Company Inc. fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Frank Brame
> on behalf of Interested Party Texas Competitive Electric Holdings Company LLC frank@bramelawfirm.com

Frederick Brian Rosner
> on behalf of Interested Party Paul Keglevic rosner@teamrosner.com

Frederick Brian Rosner
> on behalf of Interested Party Anthony Horton rosner@teamrosner.com

Frederick Brian Rosner
> on behalf of Interested Party Mudrick Capital Management L.P. rosner@teamrosner.com

Frederick Brian Rosner
> on behalf of Creditor Mudrick Capital Management  L.P. rosner@teamrosner.com

G. Alexander Bongartz
> on behalf of Interested Party CSC Trust Company of Delaware  as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture alexbongartz@paulhastings.com

Garden City Group, LLC
> PACERTeam@gardencitygroup.com

Garvan F. McDaniel
> on behalf of Interested Party Contrarian Capital Management  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Other Prof. Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Interested Party Caxton Associates LP gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Creditor Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Gary F. Seitz
> on behalf of Attorney Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com  gary.seitz@gmail.com

George A Davis
> on behalf of Creditor Wilmington Trust  N.A., in its capacity as First Lien Administrative Agent george.davis@lw.com

George A Davis
> on behalf of Defendant Brookfield Asset Management Private Institutional Capital Adviser (Canada)  L.P. george.davis@lw.com

George A Davis
> on behalf of Defendant Apollo Advisors VII  L.P. george.davis@lw.com

George A Davis
> on behalf of Defendant Angelo Gordon & Co.  LP george.davis@lw.com

George A Davis
> on behalf of Creditor Apollo Global Management  LLC george.davis@lw.com

George A Davis
> on behalf of Defendant Wilmington Trust  N.A., solely in its capacity as First Lien Administrative Agent george.davis@lw.com

Gerrit M. Pronske
> on behalf of Creditor Pallas Realty Advisors  Inc. gpronske@spencerfane.com, jkathman@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

GianClaudio Finizio

on behalf of Interested Party Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com  bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

GianClaudio Finizio

on behalf of Interested Party Delaware Trust Company gfinizio@bayardlaw.com bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

GianClaudio Finizio

on behalf of Plaintiff Delaware Trust Company  as TCEH First Lien Indenture Trustee gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

GianClaudio Finizio

on behalf of Interested Party CSC Trust Company of Delaware  as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

GianClaudio Finizio

on behalf of Interested Party Delaware Trust Company  as TCEH First Lien Indenture Trustee gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

Gilbert R. Saydah, Jr.

on behalf of Creditor CSC Trust Company of Delaware  Proposed Successor Indenture Trustee gsaydah@mmwr.com, gilbert-saydah-6601@ecf.pacerpro.com

Gregg M. Galardi

on behalf of Creditor Elliott Associates  L.P., Elliott International, L.P. and The Liverpool Limited Partnership gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregory A. Taylor

on behalf of Interested Party Wilmington Savings Fund Society  FSB, in its capacity as successor Indenture Trustee gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory A. Taylor

on behalf of Interested Party Ad Hoc Committee of TCEH Second Lien Noteholders gtaylor@ashbygeddes.com ahrycak@ashbygeddes.com

Gregory Joseph Flasser

on behalf of Interested Party The Liverpool Limited Partnership gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Elliott International  L.P. gflasser@bayardlaw.com, kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Elliott Associates  L.P. gflasser@bayardlaw.com, kmccloskey@bayardlaw.com

Gregory M. Starner

on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com

Gregory M. Weinstein

on behalf of Creditor Mario Sinacola & Sons Excavating  Inc. gweinstein@weinrad.com, wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com

Gregory Michael Starner

on behalf of Creditor Law Debenture Trust Company of New York  in its capacity as Indenture Trustee gstarner@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com

Gregory Michael Starner

on behalf of Intervenor Ovation Acquisition II  L.L.C. gstarner@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com

Gregory Michael Starner

on behalf of Intervenor Ovation Acquisition I  L.L.C. gstarner@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com

Gregory T. Donilon

on behalf of Creditor Automatic Systems  Inc. gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com

Hal F. Morris

on behalf of Interested Party Public Utility Commission of Texas hal.morris@oag.texas.gov  shannon.benson@oag.texas.gov

Hal F. Morris

on behalf of Interested Party Texas Commission on Environmental Quality hal.morris@oag.texas.gov shannon.benson@oag.texas.gov

Hal F. Morris

on behalf of Interested Party Railroad Commission of Texas hal.morris@oag.texas.gov  shannon.benson@oag.texas.gov

Heather Berkowitz

District/off: 0311-1

Date Rcvd: Sep 13, 2021

User: admin

Form ID: van441

Page 16 of 44

Total Noticed: 1

on behalf of Creditor ASM Capital IV  L.P. asmcapital@aol.com

Helen Elizabeth Weller

on behalf of Creditor Cayuga isd dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Dallas County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Harris County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Malakoff ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Robertson County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Fannin CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Walnut Springs ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Clay county dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Lee County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Irving isd dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Sulphur Springs ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Archer County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of Coppell dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Franklin ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Slocum ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Fort Bend County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Coppell ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Smith County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Kerens ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Red River CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Hunt County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Van Zandt CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Wise CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Grayson County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Red River County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Wise County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Upshur County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of bonham dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Hood CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of Corinth dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Jack County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Ector CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Angelina County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Northwest ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Northeast TX Comm Coll Dist dallas.bankruptcy@lgbs.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Rusk County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Brownsboro ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Kaufman County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Ellis County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of sulphur springs dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Fannin county dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Valley View ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Beckville isd dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Morris CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Gainesville isd dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Limestone County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Stephenville ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Nueces County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Hopkins County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Cisco College dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Camp cad dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Montague county dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Lamar CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Rains County AD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

District/off: 0311-1

Date Rcvd: Sep 13, 2021

User: admin

Form ID: van441

Page 18 of 44

Total Noticed: 1

on behalf of Creditor Navarro County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Tarrant County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Falls County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Franklin County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Rockwall Cad dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Cherokee CAD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of carrollton dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of Stephenville dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of malakoff dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor McLennan County dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Cisco ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Round Rock ISD dallas.bankruptcy@lgbs.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Howard A. Cohen

on behalf of Interested Party CITIBANK  N.A. hcohen@gibbonslaw.com

Howard R. Hawkins, Jr.

on behalf of Interested Party Morgan Stanley Capital Group  Inc. howard.hawkins@cwt.com, nyecfnotice@cwt.com

Howard R. Hawkins, Jr.

on behalf of Defendant Morgan Stanley Capital Group  Inc. howard.hawkins@cwt.com, nyecfnotice@cwt.com

Hugh K. Murtagh

on behalf of Interested Party J Aron & Company hugh.murtagh@lw.com

Humayun Khalid

on behalf of Interested Party J Aron & Company hkhalid@cgsh.com  maofiling@cgsh.com

Humayun Khalid

on behalf of Interested Party J. Aron & Company hkhalid@cgsh.com  maofiling@cgsh.com

J Jackson Shrum

on behalf of Creditor The Kansas City Southern Railway Company jshrum@jshrumlaw.com

J Jackson Shrum

on behalf of Creditor BWM Services  LP jshrum@jshrumlaw.com

J. Kate Stickles

on behalf of Plaintiff Delaware Trust Company kstickles@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Interested Party Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Plaintiff Delaware Trust Company  as Indenture Trustee and Collateral Trustee, kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Interested Party CSC Trust Company of Delaware as Successor Indenture Trustee kstickles@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Other Prof. Cole Schotz P.C. kstickles@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz

chotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Creditor Delaware Trust Company  as successor indenture trustee and collateral trustee, kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Interested Party Delaware Trust Company  f/k/a CSC Trust Company of Delaware, as Indenture Trustee
kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

J. Kate Stickles

on behalf of Other Prof. Delaware Trust Company  as First Lien Successor Trustee and Collateral Trustee
kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

James Halstead Millar

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
james.millar@faegredrinker.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com

James Michael Peck

on behalf of Interested Party The Official Committee of TCEH Unsecured Creditors jpeck@mofo.com

James Michael Peck

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jpeck@mofo.com

James Robert Prince

on behalf of Interested Party CenterPoint Energy Houston Electric  LLC jim.prince@bakerbotts.com,
RORY.FONTENLA@BAKERBOTTS.COM

James Robert Prince

on behalf of Interested Party CenterPoint Energy Resources Corp. jim.prince@bakerbotts.com
RORY.FONTENLA@BAKERBOTTS.COM

James S. Carr

on behalf of Creditor CSC Trust Company of Delaware  Proposed Successor Indenture Trustee
KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com

James S. Yoder

on behalf of Attorney Salesforce.com  Inc. yoderj@whiteandwilliams.com

Jamie Lynne Edmonson

on behalf of Creditor Pacific Investment Management Co. LLC jedmonson@rc.com  lshaw@rc.com

Jamie Lynne Edmonson

on behalf of Interested Party Pacific Investment Management Company LLC ("PIMCO") jedmonson@rc.com  lshaw@rc.com

Jarrett Vine

on behalf of Interested Party The Official Committee of TCEH Unsecured Creditors jvine@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Jarrett Vine

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jvine@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Jason A. Gibson

on behalf of Interested Party Mudrick Capital Management L.P. gibson@teamrosner.com

Jason A. Starks

on behalf of Creditor Texas Office of Public Utility Counsel BKECF@traviscountytx.gov

Jason D. Curry

on behalf of Creditor TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com
anthony.pusateri@quarles.com;sybil.aytch@quarles.com

Jason M. Liberi

on behalf of Interested Party Texas Transmission Investment LLC jason.liberi@skadden.com
christopher.heaney@skadden.com;wendy.lamanna@skadden.com

Jason M. Liberi

on behalf of Defendant Texas Transmission Investment LLC jason.liberi@skadden.com
christopher.heaney@skadden.com;wendy.lamanna@skadden.com

Jason M. Madron

on behalf of Interested Party Vistra Energy f/k/a TCEH Corp. madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Luminant Mining Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor 4Change Energy Holdings LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Luminant Big Brown Mining Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Generation SVC Company madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Defendant EECI  Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor EFH Finance (No. 2) Holdings Company madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Luminant Generation Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Generation MT Company LLC madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Oak Grove Management Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Texas Energy Industries Company  Inc. madron@rlf.com, rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor EFH CG Management Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Defendant LSGT Gas Company LLC madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Defendant TXU Receivables Company madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Eagle Mountain Power Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Martin Lake 4 Power Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor LSGT Gas Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Texas Utilities Company  Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Lone Star Pipeline Company  Inc. madron@rlf.com, rbgroup@rlf.com

Jason M. Madron

on behalf of Attorney Richards  Layton & Finger, P.A. madron@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor NCA Development Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Sandow Power Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Luminant Renewables Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor 4Change Energy Company madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Morgan Creek 7 Power Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Luminant Energy Company LLC madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Big Brown Power Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Brighten Energy LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Generation Development Company LLC madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Lone Star Energy Company  Inc. madron@rlf.com, rbgroup@rlf.com

Jason M. Madron

on behalf of Defendant EFH FS Holdings Company madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Monticello 4 Power Company LLC madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor EFH Australia (No. 2) Holdings Company madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor EFH CG Holdings Company LP madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Defendant EFIH Finance Inc. madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Tradinghouse Power Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor TXU Energy Retail Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Defendant EBASCO Services of Canada Limited madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Defendant Energy Future Holdings Corp. madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Energy Future Intermediate Holding Company LLC madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Plan Administrator EFH Plan Administrator Board madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Other Prof. KPMG LLP madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor TXU Retail Services Company madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Plaintiff Energy Future Intermediate Holding Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Big Brown 3 Power Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Plaintiff Energy Future Holdings Corp. madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Defendant EFH Renewables Company LLC madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Brighten Holdings LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor TXU Receivables Company madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

District/off: 0311-1
Date Rcvd: Sep 13, 2021

User: admin
Form ID: van441

Page 22 of 44
Total Noticed: 1

on behalf of Debtor EFIH Finance Inc. madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Oak Grove Mining Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Valley NG Power Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor LSGT SACROC  Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Big Brown Lignite Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Luminant ET Services Company madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Texas Utilities Electric Company  Inc. madron@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Texas Electric Service Company  Inc. madron@rlf.com, rbgroup@rlf.com

Jason M. Madron

on behalf of Defendant EFH Australia (No. 2) Holdings Company madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor DeCordova Power Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Texas Power & Light Company  Inc. madron@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor TCEH Finance  Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Energy Future Holdings Corp. madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor TXU Electric Company  Inc. madron@rlf.com, rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor TXU Energy Receivables Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Southwestern Electric Service Company  Inc. madron@rlf.com, rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Texas Competitive Electric Holdings Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Oak Grove Power Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Valley Power Company LLC madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor Collin Power Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor EFH Corporate Services Company madron@rlf.com  rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor Energy Future Competitive Holdings Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron

on behalf of Debtor EECI  Inc. madron@rlf.com, rbgroup@rlf.com

Jason M. Madron

on behalf of Debtor DeCordova II Power Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor Dallas Power & Light Company  Inc. madron@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor Luminant Holding Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron
          on behalf of Defendant Generation Development Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor EFH FS Holdings Company madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Interested Party Energy Future Holdings Corp. madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor Luminant Mineral Development Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron
          on behalf of Defendant EEC Holdings  Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Plaintiff EFIH Finance Inc. madron@rlf.com  rbgroup@rlf.com

Jason M. Madron
          on behalf of Debtor Luminant Energy Trading California Company madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Defendant NCA Development Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Attorney Kirkland & Ellis LLP madron@rlf.com  rbgroup@rlf.com

Jason M. Madron
          on behalf of Debtor TXU Energy Solutions Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor NCA Resources Development Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Defendant Energy Future Intermediate Holding Company LLC madron@rlf.com  rbgroup@rlf.com

Jason M. Madron
          on behalf of Debtor TXU SEM Company madron@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor EFH Renewables Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Defendant LSGT SACROC  Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Defendant EFH Finance (No. 2) Holdings Company madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor Lake Creek 3 Power Company LLC madron@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron
          on behalf of Debtor EEC Holdings  Inc. madron@rlf.com, rbgroup@rlf.com

Jeffrey C. Wisler
          on behalf of Creditor Pete Tinkham  Mike McCall, Homer J. Gibbs, Billy Ranton, Michael Blevins, Michael McNally, Liz
LaValley, Richard Wistrand, Susan Atteridge, Curt Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com

Jeffrey C. Wisler
          on behalf of Creditor Cloud Peak Energy Resources LLC jwisler@connollygallagher.com

Jeffrey C. Wisler
          on behalf of Creditor Pete Tinkham  Mike McCall, Jarrell Gibbs, Bill Ranton, Michael Blevins, Michael McNally, Liz LaValley,
Richard Wistrand, Susan Atteridge, and Curt Seidlets jwisler@connollygallagher.com

Jeffrey M Gorris
          on behalf of Creditor Elliott Associates  L.P., Elliott International, L.P., The Liverpool Limited Partnership, Paloma Partners

Management Company and Sunrise Partners Limited Partnership jspeakman@friedlandergorris.com, jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com

Jeffrey M. Schlerf

on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders Jeffrey.Schlerf@gray-robinson.com

Jeffrey M. Schlerf

on behalf of Interested Party Reorganized EFH Debtors Jeffrey.Schlerf@gray-robinson.com

Jeffrey M. Schlerf

on behalf of Intervenor Ovation Acquisition I  L.L.C. Jeffrey.Schlerf@gray-robinson.com

Jeffrey M. Schlerf

on behalf of Interested Party Sempra Energy Jeffrey.Schlerf@gray-robinson.com

Jeffrey M. Schlerf

on behalf of Intervenor Ovation Acquisition II  L.L.C. Jeffrey.Schlerf@gray-robinson.com

Jeffrey R. Fine

on behalf of Creditor Tex-La Electric Cooperative of Texas  Inc. jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com

Jeffrey R. Fine

on behalf of Creditor Bluebonnet Electric Cooperative  Inc. jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com

Jeffrey S. Sabin

on behalf of Creditor Pacific Investment Management Co. LLC JSSabin@Venable.com

Jeffrey S. Sabin

on behalf of Interested Party Pacific Investment Management Company LLC ("PIMCO") JSSabin@Venable.com

Jennifer Marines

on behalf of Creditor Committee The Official Committee of Unsecured Creditors JMarines@mofo.com

Jennifer R Sharret

on behalf of Interested Party Computershare Trust Company  N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Jennifer R. Hoover

on behalf of Creditor Michelin North America Inc. jhoover@beneschlaw.com debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Interested Party Fee Committee jhoover@beneschlaw.com debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Attorney Benesch  Friedlander, Coplan & Aronoff, LLP jhoover@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer V. Doran

on behalf of Creditor Invensys Systems  Inc. jdoran@hinckleyallen.com, calirm@haslaw.com

Joanna Flynn Newdeck

on behalf of Interested Party EFIH Second Lien DIP Commitment Parties jnewdeck@akingump.com  ddunn@akingump.com

Joanna Flynn Newdeck

on behalf of Interested Party UMB BANK  N.A., as Trustee jnewdeck@akingump.com, ddunn@akingump.com

John A. Morris

on behalf of Interested Party Computershare Trust Company  N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com

John D. Demmy

on behalf of Creditor Rexel  Inc. john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Creditor AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy

on behalf of Creditor City of Dallas  Texas john.demmy@saul.com, robyn.warren@saul.com

John G. Harris

on behalf of Plaintiff Third Avenue Management LLC jharris@bergerharris.com  mnicholls@bergerharris.com

John G. Harris

on behalf of Plaintiff Avenue Capital Management II  LP jharris@bergerharris.com, mnicholls@bergerharris.com

John G. Harris

on behalf of Plaintiff York Capital Management Global Advisors  LLC jharris@bergerharris.com, mnicholls@bergerharris.com

John G. Harris

     on behalf of Plaintiff P. Schoenfeld Asset Management LP jharris@bergerharris.com  mnicholls@bergerharris.com

John G. Harris

     on behalf of Plaintiff GSO Capital Partners LP jharris@bergerharris.com  mnicholls@bergerharris.com

John M. Seaman

     on behalf of Interested Party Goldman Sachs & Co. and certain affiliates seaman@abramsbayliss.com
farro@abramsbayliss.com;matthews@abramsbayliss.com;duplessis@abramsbayliss.com;cannataro@abramsbayliss.com

John Mark Stern

     on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  sherri.simpson@oag.texas.gov

John P. Dillman

     on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com

John P. Dillman

     on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P. Dillman

     on behalf of Creditor Angelina County houston_bankruptcy@publicans.com

Johnna Darby

     on behalf of Interested Party Steag Energy Services  Inc. jdarby@foxrothschild.com,
mwilmer@foxrothschild.com;ahrycak@foxrothschild.com

Jon M. Chatalian

     on behalf of Creditor Pension Benefit Guaranty Corporation chatalian.jon@pbgc.gov  efile@pbgc.gov

Jonathan L. Howell

     on behalf of Creditor Red Ball Oxygen Company jhowell@gpm-law.com

Joseph Grey

     on behalf of Interested Party American Stock Transfer & Trust Company LLC jgrey@crosslaw.com  smacdonald@crosslaw.com

Joseph Charles Barsalona II

     on behalf of Debtor Energy Future Holdings Corp. jbarsalona@mnat.com
joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Joseph Charles Barsalona II

     on behalf of Plaintiff Energy Future Holdings Corp. jbarsalona@mnat.com
joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Joseph D. Frank

     on behalf of Interested Party PI Law Firms jfrank@fgllp.com  mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com

Joseph D. Frank

     on behalf of Creditor Experian Information Solutions  Inc. jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com

Joseph D. Frank

     on behalf of Creditor Experian Marketing Solutions  Inc. jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com

Joseph D. Wright

     on behalf of Defendant NextEra Energy  Inc. wright@lrclaw.com,
dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

Joseph D. Wright

     on behalf of Interested Party NextEra Energy  Inc. wright@lrclaw.com,
dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

Joseph D. Wright

     on behalf of Interested Party Alcoa Inc. wright@lrclaw.com
dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

Joseph D. Wright

     on behalf of Creditor NextEra Energy  Inc. and Next Era Energy Capital Holdings, Inc. wright@lrclaw.com,
dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

Joseph D. Wright

     on behalf of Creditor FPL Energy Pecos Wind I  LP, FLP Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P.
wright@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

Joseph D. Wright

     on behalf of Creditor NextEra Energy  Inc. wright@lrclaw.com,
dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

Joseph H. Huston, Jr.

     on behalf of Creditor Apollo Management HoldingsLP jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Interested Party Charles H. Cremens. jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Spec. Counsel Energy Future Intermediate Holding Company LLC jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Creditor Wilmington Trust  N.A., in its capacity as First Lien Administrative Agent jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Debtor Energy Future Holdings Corp. jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Defendant Wilmington Trust  N.A., solely in its capacity as First Lien Administrative Agent jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Creditor Oaktree Capital Management  L.P. jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Creditor Angelo Gordon & Co.  LP jhh@stevenslee.com

Joseph H. Huston, Jr.
on behalf of Defendant Wilmington Trust  N.A., as First Lien Collateral Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com

Joseph J. McMahon, Jr.
on behalf of Creditor Red Ball Oxygen Company jmcmahon@ciardilaw.com

Joseph J. McMahon, Jr.
on behalf of Creditor TXU 2007-1 Railcar Leasing LLC jmcmahon@ciardilaw.com

Joshua K. Brody
on behalf of Defendant Computershare Trust Company  N.A. jbrody@kramerlevin.com, adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Joshua K. Brody
on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors jbrody@kramerlevin.com adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Joshua K. Brody
on behalf of Interested Party Computershare Trust Company  N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com, adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Joshua K. Brody
on behalf of Defendant Computershare Trust Company of Canada jbrody@kramerlevin.com adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Joshua Powers Searcy
on behalf of Creditor D. Courtney Construction  Inc. josh@searcyfirm.com, ecf@searcyfirm.com

Julia Bettina Klein
on behalf of Creditor Mudrick Capital Management  L.P. klein@kleinllc.com

Julia Bettina Klein
on behalf of Interested Party Mudrick Capital Management L.P. klein@kleinllc.com

Justin Cory Falgowski
on behalf of Creditor Texas Big Spring  LP jfalgowski@burr.com

Justin K. Edelson
on behalf of Interested Party The Official Committee of TCEH Unsecured Creditors jedelson@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jedelson@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson
on behalf of Financial Advisor FTI Consulting  Inc. jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Karen Beth Shaer
on behalf of Other Prof. Garden City Group  LLC PACERTeam@gardencitygroup.com

Karen C. Bifferato
on behalf of Interested Party Pacific Investment Management Company LLC ("PIMCO") kbifferato@connollygallagher.com

Katharine L. Mayer
on behalf of Interested Party Aetna Inc. kmayer@mccarter.com

Katharine L. Mayer

on behalf of Interested Party Aetna Life Insurance Company kmayer@mccarter.com

Katherine Stadler

on behalf of Interested Party Fee Committee kstadler@gklaw.com  kboucher@gklaw.com

Kathleen A. Murphy

on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORP. kathleen.murphy@bipc.com  annette.dye@bipc.com

Kathleen M. Miller

on behalf of Creditor Valero Texas Power Marketing  Inc. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Airgas USA  LLC kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kay Diebel Brock

on behalf of Creditor Travis County bkecf@co.travis.tx.us

Keith Howard Wofford

on behalf of Creditor Elliott Associates  L.P., Elliott International, L.P. and The Liverpool Limited Partnership
kwofford@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com

Keith Howard Wofford

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
kwofford@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com

Kerry L. Haliburton

on behalf of Creditor Buffalo Industrial Supply  Inc. raquel@namanhowell.com;karen@namanhowell.com

Kevin C. Driscoll, Jr.

on behalf of Creditor GATX Corporation Kevin.Driscoll@btlaw.com  donna.dotts@btlaw.com

Kevin G. Collins

on behalf of Creditor GATX Corporation kevin.collins@btlaw.com  pgroff@btlaw.com

Kevin J. Mangan

on behalf of Interested Party AMECO Inc. kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party Fluor Corporation kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party Fluor Enterprises Inc. kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party American Equipment Company Inc. kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party Alltite Inc. kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party Fluor Global Services kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin M Lippman

on behalf of Creditor Electric Reliability Council of Texas  Inc. klippman@munsch.com

Kevin M. Capuzzi

on behalf of Creditor Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Kimberly Ellen Connolly Lawson

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as Indenture Trustee klawson@reedsmith.com,
bankruptcy-2628@ecf.pacerpro.com

Kimberly Ellen Connolly Lawson

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
bankruptcy-2628@ecf.pacerpro.com

Kimberly Ellen Connolly Lawson

on behalf of Interested Party The Bank of New York Mellon  in its capacity as the PCRB Trustee klawson@reedsmith.com,
bankruptcy-2628@ecf.pacerpro.com

Kimberly Ellen Connolly Lawson

on behalf of Creditor The Bank of New York Mellon  as Indenture Trustee klawson@reedsmith.com,
bankruptcy-2628@ecf.pacerpro.com

Kizzy Lyn Jarashow

on behalf of Creditor Aurelius Capital Management LP KJarashow@goodwinlaw.com

Kurt F. Gwynne

on behalf of Interested Party The Bank of New York Mellon in its capacity as the PCRB Trustee kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as Indenture Trustee kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Interested Party The Bank of New York Mellon Trust Company N.A., in its capacity as the EFCh 2037 Notes Trustee
kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor The Bank of New York Mellon as Indenture Trustee kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurtzman Carson Consultants LLC

info@kccllc.com ecfpleadings@kccllc.com

L. John Bird

on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders learonjohn.bird@stoel.com
docketclerk@stoel.com;april.mellen@stoel.com

L. John Bird

on behalf of Intervenor Ovation Acquisition I L.L.C. learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com

L. John Bird

on behalf of Intervenor Ovation Acquisition II L.L.C. learonjohn.bird@stoel.com,
docketclerk@stoel.com;april.mellen@stoel.com

L. Katherine Good

on behalf of Interested Party Simeio Solutions Inc. kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

L. Katherine Good

on behalf of Interested Party Boral Material Technologies LLC kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

Lara E. Shipkovitz

on behalf of Creditor Thermo Fisher Scientific Inc. lshipkovitz@tuckerlaw.com

Lars A. Peterson

on behalf of Interested Party UMB BANK N.A., as Trustee lpeterson@lowis-gellen.com

Lars A. Peterson

on behalf of Creditor UMB Bank N.A. lpeterson@lowis-gellen.com

Laura Davis Jones

on behalf of Plaintiff Computershare Trust Company N.A. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Computershare Trust Company N.A. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Interested Party Computershare Trust Company N.A. and Computershare Trust Company of Canada, in their
capacity as indenture trustee, for the second lien notes and the holders thereof. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Interested Party Second Lien Indenture Trustee ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones

on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones

on behalf of Interested Party EFIH Second Lien Indenture Trustee ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Computershare Trust Company of Canada ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones

on behalf of Plaintiff Computershare Trust Company of Canada as Indenture Trustee, ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Interested Party Second Lien Indenture Trustee and the EFIH Second Lien Group ljones@pszjlaw.com
efile1@pszjlaw.com

Laura Davis Jones

on behalf of Interested Party Computershare Trust Company N.A., and Computershare Trust Company of Canada in their
capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,
efile1@pszjlaw.com

Laura Davis Jones
          on behalf of Interested Party EFIH 2nd Lien Notes Indenture Trustee ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
          on behalf of Interested Party EFIH Second Lien Notes Indenture Trustee & EFIH Second Lien Group ljones@pszjlaw.com
          efile1@pszjlaw.com

Laurel D. Roglen
          on behalf of Interested Party Henry C. de Groh Revocable Trust roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurie Selber Silverstein
          on behalf of Interested Party EFIH First Lien DIP Agent bankruptcy@potteranderson.com

Laurie Selber Silverstein
          on behalf of Interested Party Deutsche Bank AG New York Branch bankruptcy@potteranderson.com

Learon John Bird
          on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders learonjohn.bird@stoel.com
          docketclerk@stoel.com;april.mellen@stoel.com

Lee Harrington
          on behalf of Interested Party American Stock Transfer & Trust Company LLC lh@ascendantlawgroup.com

Lee B. Gordon
          on behalf of Creditor Texas Ad Valorem Taxing Jurisdictions tleday@ecf.courtdrive.com
          bankruptcy@mvbalaw.com;jwilliams@mvba;alocklin@mvbalaw.com;kmorriss@mvbalaw.com

Linda J. Casey
          on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov

Lindsay Zahradka
          on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders lzahradka@akingump.com

Lindsay Zahradka
          on behalf of Interested Party EFIH Second Lien DIP Commitment Parties lzahradka@akingump.com

Lino Mendiola, III
          on behalf of Interested Party Titus County Fresh Waster Supply District No. 1 linomendiola@andrewskurth.com

Lino Mendiola, III
          on behalf of Interested Party Titus County Fresh Water Supply District No. 1 linomendiola@andrewskurth.com

Lisa Cresci McLaughlin
          on behalf of Interested Party Fee Committee mmo@pgmhlaw.com

Lorenzo Marinuzzi
          on behalf of Interested Party The Official Committee of TCEH Unsecured Creditors LMarinuzzi@mofo.com
          lorenzo-marinuzzi-4664@ecf.pacerpro.com

Louis A. Curcio
          on behalf of Interested Party Wilmington Savings Fund Society  FSB, in its capacity as successor Indenture Trustee
          louis.curcio@troutman.com, john.murphy@troutman.com

Lucian Borders Murley
          on behalf of Creditor Johnson Matthey Stationary Emissions Control LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
          on behalf of Creditor Accenture LLP luke.murley@saul.com  robyn.warren@saul.com

Marc J. Phillips
          on behalf of Creditor Tex-La Electric Cooperative of Texas  Inc. mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
          on behalf of Creditor Bluebonnet Electric Cooperative  Inc. mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
          on behalf of Creditor Steering Committee of Cities Served by Oncor mphillips@mmwr.com
          marc-phillips-8177@ecf.pacerpro.com

Marc Stephen Casarino
          on behalf of Creditor Google  Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Maria A. Bove
          on behalf of Interested Party Computershare Trust Company  N.A., and Computershare Trust Company of Canada in their
          capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com

Maria Aprile Sawczuk
          on behalf of Creditor Miguel Oliveras Caraballo marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk
          on behalf of Interested Party Sierra Club marias@goldmclaw.com  marias@ecf.courtdrive.com

Mark Minuti

on behalf of Creditor Electric Reliability Council of Texas  Inc. mark.minuti@saul.com, robyn.warren@saul.com

Mark Andrew Fink

on behalf of Interested Party The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc. (EFH Committee) mfink@rc.com,
mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

Mark Andrew Fink

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) mfink@rc.com,
mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

Mark Andrew Fink

on behalf of Spec. Counsel Montgomery  McCracken, Walker & Rhoads, LLP mfink@rc.com,
mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

Mark Andrew Fink

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. mfink@rc.com,
mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

Mark Andrew Fink

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. mfink@rc.com,
mark-fink-7881@ecf.pacerpro.com;idensmore@rc.com

Mark Charles 2009npfdEllenberg

on behalf of Creditor FPL Energy Pecos Wind I  LP, FLP Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P.
mark.ellenberg@cwt.com, michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com

Mark D. Collins

on behalf of Debtor Energy Future Holdings Corp. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Plaintiff Energy Future Intermediate Holding Company LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Kotwick

on behalf of Defendant Wilmington Trust  N.A., as First Lien Collateral Agent KOTWICK@SEWKIS.COM

Mark D. Kotwick

on behalf of Interested Party Wilmington Trust  N.A. kotwick@sewkis.com

Mark D. Kotwick

on behalf of Defendant Wilmington Trust  N.A. as First Lien Collateral Agent and First Lien Administrative Agent
KOTWICK@SEWKIS.COM

Mark D. Olivere

on behalf of Interested Party EFIH Second Lien DIP Commitment Parties olivere@chipmanbrown.com
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark D. Olivere

on behalf of Interested Party Berkshire Hathaway Energy Company olivere@chipmanbrown.com
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark E. Felger Esq.

on behalf of Interested Party J. Aron & Company mfelger@cozen.com
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark E. Felger Esq.

on behalf of Interested Party J Aron & Company mfelger@cozen.com
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark F. Hebbeln

on behalf of Creditor UMB Bank  N.A. mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

Mark F. Hebbeln

on behalf of Interested Party UMB BANK  N.A., as Trustee mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

Mark F. Rosenberg

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com

Mark L. Desgrosseilliers

on behalf of Interested Party CenterPoint Energy Houston Electric  LLC desgross@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers

on behalf of Interested Party CenterPoint Energy Resources Corp. desgross@chipmanbrown.com
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers

on behalf of Interested Party HOLT Texas  Ltd. d/b/a Holt Cat desgross@chipmanbrown.com,

dero@chipmanbrown.com;fusco@chipmanbrown.com

Matthew B. McGuire

    on behalf of Creditor NextEra Energy  Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Interested Party Marathon Asset Management  LP mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Creditor Polygon Convertible Opportunity Master Fund mcguire@lrclaw.com
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Creditor NextEra Energy  Inc. and Next Era Energy Capital Holdings, Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Plaintiff Polygon Convertible Opportunity Master Fund mcguire@lrclaw.com
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Defendant NextEra Energy  Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Interested Party Alcoa Inc.   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Creditor NextEra Energy Resources  LLC mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Plaintiff Polygon Distressed Opportunities Master Fund mcguire@lrclaw.com
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Creditor Polygon Distressed Opportunities Master Fund mcguire@lrclaw.com
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Plaintiff Marathon Asset Management  LP mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire

    on behalf of Creditor FPL Energy Pecos Wind I  LP, FLP Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P.
    mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew C. Brown

    on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders mbrown@whitecase.com

Matthew G. Summers

    on behalf of Creditor URENCO  Inc. summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

    on behalf of Creditor Louisiana Energy Services  LLC summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew J. Troy

    on behalf of Creditor United States of America matthew.troy@usdoj.gov

Meredith A. Lahaie

    on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders mlahaie@akingump.com

Meredith A. Lahaie

    on behalf of Interested Party EFIH Second Lien DIP Commitment Parties mlahaie@akingump.com

Michael A. Paskin

    on behalf of Spec. Counsel Energy Future Intermediate Holding Company LLC mpaskin@cravath.com

Michael D. DeBaecke

    on behalf of Interested Party Wilmington Trust  N.A. debaecke@blankrome.com

Michael David DeBaecke

    on behalf of Creditor Wilmington Trust  N.A., as Successor TCEH First Lien Administrative Agent and Successor TCEH First
    Lien Collateral Agent mdebaecke@ashbygeddes.com, ahrycak@ashbygeddes.com

Michael David DeBaecke

    on behalf of Defendant Wilmington Trust  N.A., as First Lien Collateral Agent mdebaecke@ashbygeddes.com,
    ahrycak@ashbygeddes.com

Michael David DeBaecke

    on behalf of Interested Party Wilmington Trust  N.A. mdebaecke@ashbygeddes.com, ahrycak@ashbygeddes.com

Michael David Debaecke
    on behalf of Defendant Wilmington Trust  N.A. as First Lien Collateral Agent and First Lien Administrative Agent
    debaecke@blankrome.com, ahrycak@ashbygeddes.com

Michael G. Busenkell
    on behalf of Interested Party Subsequent Settling EFIH PIK Noteholders comprised of: York Capital Management Global
    Advisors  LLC; P. Schoenfeld Asset Management L.P.; mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Interested Party Tannor Partners Credit Fund LP mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Marathon Asset Management  LP mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Polygon Convertible Opportunity Master Fund mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Interested Party York Capital Management Global Advisors  LLC and P. Schoenfeld Asset Management L.P.
    mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Mudrick Capital Management  L.P. mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Aurelius Capital Management  LP mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Interested Party Marathon Asset Management  LP mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Polygon Distressed Opportunities Master Fund mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Sunrise Partners Limited Partnership mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Knife River Corporation-South mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Other Prof. Ad Hoc Group of Non-Settling EFIH PIK Noteholders comprised of York Capital Management Global
    Advisors  LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D
    mbusenkell@gsbblaw.com

Michael H. Torkin
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.  Energy Future
    Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com

Michael Joseph Joyce
    on behalf of Interested Party Fidelity Management & Research Company mjoyce@mjlawoffices.com

Michael Joseph Joyce
    on behalf of Creditor Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its
    affiliates mjoyce@mjlawoffices.com

Michael Joseph Joyce
    on behalf of Interested Party certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or
    its affiliates mjoyce@mjlawoffices.com

Michael L. Atchley
    on behalf of Creditor Tarrant Regional Water District matchley@popehardwicke.com

Michael L. Atchley
    on behalf of Creditor Northeast Texas Municipal Water District matchley@popehardwicke.com

Michael P. Esser
    on behalf of Plaintiff Energy Future Intermediate Holding Company LLC michael.esser@kirkland.com

Michael P. Esser
    on behalf of Plaintiff Energy Future Holdings Corp. michael.esser@kirkland.com

Michael P. Esser
    on behalf of Debtor Energy Future Holdings Corp. michael.esser@kirkland.com

Michelle McMahon
    on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors mmcmahon@cullenanddykman.com

Monica S. Blacker
    on behalf of Interested Party HOLT Texas  Ltd. d/b/a Holt Cat mblacker@jw.com, tsalter@jw.com;ldooley@jw.com

Monica S. Blacker

    on behalf of Attorney Jackson Walker LLP mblacker@jw.com tsalter@jw.com;ldooley@jw.com

Natalie D. Ramsey

    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp. Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) NRamsey@rc.com, natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com;swilkins@rc.com

Natalie D. Ramsey

    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp. Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. NRamsey@rc.com, natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com;swilkins@rc.com

Neil B. Glassman

    on behalf of Interested Party CSC Trust Company of Delaware as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture nglassman@bayardlaw.com, kmccloskey@bayardlaw.com

Neil B. Glassman

    on behalf of Plaintiff Delaware Trust Company as TCEH First Lien Indenture Trustee bankserve@bayardfirm.com, nglassman@bayardfirm.com

Neil B. Glassman

    on behalf of Interested Party Delaware Trust Company bankserve@bayardfirm.com nglassman@bayardfirm.com

Nicholas D. Mozal

    on behalf of Defendant Brookfield Asset Management Private Institutional Capital Adviser (Canada) L.P. nmozal@ramllp.com

Nicholas D. Mozal

    on behalf of Defendant Angelo Gordon & Co. LP nmozal@ramllp.com

Nicholas D. Mozal

    on behalf of Defendant Apollo Advisors VII L.P. nmozal@ramllp.com

Nicholas D. Mozal

    on behalf of Interested Party Titan Investment Holdings LP nmozal@ramllp.com

Nicholas J. Brannick

    on behalf of Plaintiff Delaware Trust Company nbrannick@coleschotz.com bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com

Nick S. Kaluk, III

    on behalf of Financial Advisor Evercore Group L.L.C. nskaluk@debevoise.com

Nicole D. Mignone

    on behalf of Interested Party Public Utility Commission of Texas nicole.mignone@texasattorneygeneral.gove

Noah Hagey

    on behalf of Creditor Elliott Associates L.P., Elliott International, L.P., The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited Partnership hagey@braunhagey.com

Norman L. Pernick

    on behalf of Plaintiff Delaware Trust Company npernick@coleschotz.com pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick

    on behalf of Interested Party CSC Trust Company of Delaware as successor indenture trustee and collateral trustee npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick

    on behalf of Interested Party Delaware Trust Company f/k/a CSC Trust Company of Delaware, as Indenture Trustee npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick

    on behalf of Plaintiff Delaware Trust Company as Indenture Trustee and Collateral Trustee, npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick

    on behalf of Interested Party CSC Trust Company of Delaware as Successor Indenture Trustee npernick@coleschotz.com pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Omar J. Alaniz

    on behalf of Interested Party CenterPoint Energy Houston Electric LLC oalaniz@reedsmith.com, jkrasnic@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz

    on behalf of Interested Party CenterPoint Energy Resources Corp. oalaniz@reedsmith.com

District/off: 0311-1
Date Rcvd: Sep 13, 2021
User: admin
Form ID: van441
Page 34 of 44
Total Noticed: 1

jkrasnic@reedsmith.com;srhea@reedsmith.com

Owen M. Sonik

on behalf of Creditor Galena Park Independent School District osonik@pbfcm.com
tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Certain Texas Taxing Entities osonik@pbfcm.com
tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Patricia Williams Prewitt

on behalf of Creditor Targa Gas Marketing LLC Patti@pprewittlaw.com

Patricia Williams Prewitt

on behalf of Creditor Kinder Morgan Tejas Pipeline LLC Patti@pprewittlaw.com

Patricia Williams Prewitt

on behalf of Creditor El Paso Natural Gas Company Patti@pprewittlaw.com

Patricia Williams Prewitt

on behalf of Creditor Natural Gas Pipeline Company of America Patti@pprewittlaw.com

Patricia Williams Prewitt

on behalf of Creditor Kinder Morgan Texas Pipeline LLC Patti@pprewittlaw.com

Patrick L. Hughes

on behalf of Creditor Airgas USA  LLC patrick.hughes@haynesboone.com

Paul D. Moak

on behalf of Interested Party Alcoa Inc. pmoak@mckoolsmith.com  nsauter@mckoolsmith.com

Peter Friedman

on behalf of Defendant Brookfield Asset Management Private Institutional Capital Adviser (Canada)  L.P. pfriedman@omm.com,
peter-friedman-2863@ecf.pacerpro.com

Peter Friedman

on behalf of Defendant Apollo Advisors VII  L.P. pfriedman@omm.com, peter-friedman-2863@ecf.pacerpro.com

Peter J Keane

on behalf of Interested Party EFIH Second Lien Notes Indenture Trustee & EFIH Second Lien Group pkeane@pszjlaw.com

Peter Jonathon Young

on behalf of Debtor Energy Future Holdings Corp. pyoung@proskauer.com

Peter M. Gilhuly

on behalf of Interested Party Ernst & Young LLP peter.gilhuly@lw.com  nacif.taousse@lw.com;ny-courtmail@lw.com

Philip D. Anker

on behalf of Interested Party Marathon Asset Management  LP philip.anker@wilmerhale.com,
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
philip.anker@wilmerhale.com,
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

R. Craig Martin

on behalf of Interested Party Morgan Stanley Capital Group  Inc. craig.martin@dlapiper.com,
carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Craig Martin

on behalf of Defendant Morgan Stanley Capital Group  Inc. craig.martin@dlapiper.com,
carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Karl Hill

on behalf of Creditor Liberty Mutual Insurance Co. khill@svglaw.com  csnyder@svglaw.com,cwalters@svglaw.com

R. Stephen McNeill

on behalf of Interested Party Deutsche Bank Securities Inc. bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Rachel Obaldo

on behalf of Creditor Texas Comptroller of Public Accounts bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

Rachel Ringer

on behalf of Interested Party Computershare Trust Company  N.A. and Computershare Trust Company of Canada, in their
capacity as indenture trustee, for the second lien notes and the holders thereof. rringer@kramerlevin.com,
ABYowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Rachel B. Mersky

on behalf of Creditor Top Line Rental  LLC rmersky@monlaw.com

Raymond H. Lemisch
on behalf of Defendant UMB Bank  N.A., as indenture trustee rlemisch@klehr.com

Raymond H. Lemisch
on behalf of Creditor UMB Bank  N.A. rlemisch@klehr.com

Raymond H. Lemisch
on behalf of Interested Party UMB Bank  N.A., as indenture trustee rlemisch@klehr.com

Raymond Howard Lemisch
on behalf of Creditor UMB Bank  N.A., as Indenture Trustee to the EFIH Senior Toggle Notes rlemisch@klehr.com

Raymond Howard Lemisch
on behalf of Interested Party UMB BANK  N.A., as Trustee rlemisch@klehr.com

Raymond Howard Lemisch
on behalf of Creditor UMB Bank  N.A. rlemisch@klehr.com

Rebecca A. Hayes
on behalf of Creditor UMB Bank  N.A. rhayes@foley.com

Rebecca A. Hayes
on behalf of Interested Party UMB Bank  N.A., as indenture trustee rhayes@foley.com

Reed Heiligman
on behalf of Interested Party PI Law Firms reed@hzhlaw.com  awhitt@hzhlaw.com

Reed Heiligman
on behalf of Creditor Experian Marketing Solutions  Inc. reed@hzhlaw.com, awhitt@hzhlaw.com

Reed Heiligman
on behalf of Creditor Experian Information Solutions  Inc. reed@hzhlaw.com, awhitt@hzhlaw.com

Richard A. Barkasy
on behalf of Creditor CCP Credit Acquisition Holdings  L.L.C. rbarkasy@schnader.com

Richard A. Barkasy
on behalf of Creditor Centerbridge Special Credit Partners  L.P. rbarkasy@schnader.com

Richard A. Barkasy
on behalf of Creditor Centerbridge Special Credit Partners  II, L.P. rbarkasy@schnader.com

Richard L. Schepacarter
on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Robert J. Feinstein
on behalf of Defendant Computershare Trust Company of Canada rfeinstein@pszjlaw.com

Robert J. Feinstein
on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors rfeinstein@pszjlaw.com

Robert J. Feinstein
on behalf of Defendant Computershare Trust Company  N.A. rfeinstein@pszjlaw.com

Robert J. Feinstein
on behalf of Interested Party Computershare Trust Company  N.A., and Computershare Trust Company of Canada in their
capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio
rfeinstein@pszjlaw.com

Robert K. Malone
on behalf of Interested Party CITIBANK  N.A. rmalone@gibbonslaw.com

Ryan M. Bartley
on behalf of Defendant Vistra Energy Corp. bankfilings@ycst.com

Sabrina L. Streusand
on behalf of Interested Party Allen Shrode streusand@slollp.com  prentice@slollp.com

Samuel Lee Moultrie
on behalf of Creditor RailWorks Track System  Inc. moultries@gtlaw.com,
cathersw@gtlaw.com;bankruptcydel@gtlaw.com;zerber@gtlaw.com

Scott D. Cousins
on behalf of Creditor Elliott Associates  L.P., Elliott International, L.P. and The Liverpool Limited Partnership
scott.cousins@cousins-law.com

Scott D. Cousins
on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders scott.cousins@cousins-law.com

Scott D. Cousins
on behalf of Intervenor-Defendant Ad Hoc Committee of EFIH Unsecured Noteholders scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Interested Party EFIH Second Lien DIP Commitment Parties scott.cousins@cousins-law.com

Scott J. Leonhardt

on behalf of Interested Party Paul Keglevic leonhardt@teamrosner.com

Scott J. Leonhardt

on behalf of Interested Party Anthony Horton leonhardt@teamrosner.com

Scott L. Alberino

on behalf of Interested Party EFIH Second Lien DIP Commitment Parties salberino@akingump.com

Scott L. Alberino

on behalf of Interested Party UMB BANK  N.A., as Trustee salberino@akingump.com

Sean A. O'Neal

on behalf of Interested Party J. Aron & Company soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party J Aron & Company soneal@cgsh.com  maofiling@cgsh.com

Sean M. Brennecke

on behalf of Creditor UMB Bank  N.A. sbrennecke@klehr.com, state@klehr.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sidney S. Liebesman

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp. Energy Future
Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) sliebesman@gelaw.com,
ecfservice@gelaw.com

Simon E. Fraser

on behalf of Creditor Goldman Sachs Lending Partners LLC sfraser@cozen.com
sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Simon E. Fraser

on behalf of Interested Party J Aron & Company sfraser@cozen.com  sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Simon E. Fraser

on behalf of Interested Party J. Aron & Company sfraser@cozen.com
sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Simon E. Fraser

on behalf of Defendant Morgan Stanley Capital Group  Inc. sfraser@cozen.com,
sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Stacey Kremling

on behalf of Creditor 2603 Augusta Investors  LP stacey@womaclaw.com

Stacy L. Newman

on behalf of Interested Party Union Pacific Railroad Company snewman@ashby-geddes.com  ahrycak@ashbygeddes.com

Stacy L. Newman

on behalf of Interested Party Wilmington Savings Fund Society  FSB, in its capacity as successor Indenture Trustee
snewman@ashby-geddes.com, ahrycak@ashbygeddes.com

Stanley B. Tarr

on behalf of Interested Party Wilmington Trust  N.A. tarr@blankrome.com

Stephanie Wickouski

on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors stephanie.wickouski@bclplaw.com
dortiz@bclplaw.com

Stephanie Wickouski

on behalf of Interested Party Computershare Trust Company  N.A., and Computershare Trust Company of Canada in their
capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio
stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com

Stephanie Wickouski

on behalf of Defendant Computershare Trust Company of Canada stephanie.wickouski@bclplaw.com  dortiz@bclplaw.com

Stephanie Wickouski

on behalf of Defendant Computershare Trust Company  N.A. stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com

Stephen Karotkin

on behalf of Plaintiff Third Avenue Management LLC stephen.karotkin@weil.com  frank.grese@weil.com

Stephen Karotkin

on behalf of Plaintiff GSO Capital Partners LP stephen.karotkin@weil.com  frank.grese@weil.com

Stephen Karotkin

on behalf of Plaintiff Avenue Capital Management II  LP stephen.karotkin@weil.com, frank.grese@weil.com

Stephen Karotkin

on behalf of Plaintiff P. Schoenfeld Asset Management LP stephen.karotkin@weil.com  frank.grese@weil.com

Stephen Karotkin

on behalf of Plaintiff York Capital Management Global Advisors  LLC stephen.karotkin@weil.com, frank.grese@weil.com

Stephen C. Stapleton

on behalf of Creditor Atmos Energy Corporation sstapleton@cowlesthompson.com

Stephen D Lerner

on behalf of Interested Party ArcelorMittal USA LLC stephen.lerner@squirepb.com
sarah.conley@squirepb.com,stephen-lerner-2073@ecf.pacerpro.com

Stephen M. Miller

on behalf of Creditor Law Debenture Trust Company of New York  in its capacity as Indenture Trustee ,
wweller@morrisjames.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov

Steven N. Serajeddini

on behalf of Debtor Energy Future Holdings Corp. steven.serajeddini@kirkland.com

Steven N. Serajeddini

on behalf of Plaintiff Energy Future Intermediate Holding Company LLC steven.serajeddini@kirkland.com

Stuart M. Brown

on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders stuart.brown@dlapiper.com
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party Ad Hoc Committee of TCEH First Lien Creditors stuart.brown@dlapiper.com
stuart-brown-7332@ecf.pacerpro.com

Susan E. Kaufman

on behalf of Creditor Tarrant Regional Water District skaufman@skaufmanlaw.com

Theodore J. Tacconelli

on behalf of Interested Party Freestone County Appraisal District ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Interested Party Titus County Appraisal District ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Interested Party Rusk County Appraisal District ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Creditor Freestone County  Texas ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Interested Party Robertson County Appraisal District ttacconelli@ferryjoseph.com

Thomas F. Driscoll, III

on behalf of Debtor Energy Future Holdings Corp. tdriscoll@tbf.legal  mdunwody@tbf.legal

Thomas J. Moloney

on behalf of Interested Party J Aron & Company tmoloney@cgsh.com

Thomas J. Moloney

on behalf of Interested Party J. Aron & Company tmoloney@cgsh.com

Thomas M. Horan

on behalf of Debtor Energy Future Holdings Corp. thoran@cozen.com
sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Thomas M. Horan

on behalf of Plaintiff Energy Future Holdings Corp. thoran@cozen.com
sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Thomas M. Horan

on behalf of Attorney Shaw Fishman Glantz & Towbin LLC thoran@cozen.com
sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Thomas M. Horan

on behalf of Plaintiff Energy Future Intermediate Holding Company LLC thoran@cozen.com
sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Thomas Ross Hooper

on behalf of Defendant Wilmington Trust  N.A., as First Lien Collateral Agent hooper@sewkis.com

Thomas Ross Hooper

on behalf of Interested Party Wilmington Trust  N.A. hooper@sewkis.com

Thomas Ross Hooper
on behalf of Defendant Wilmington Trust  N.A. as First Lien Collateral Agent and First Lien Administrative Agent
hooper@sewkis.com

Tina Niehold Moss
on behalf of Interested Party Delaware Trust Company  f/k/a CSC Trust Company of Delaware, as Indenture Trustee
tmoss@perkinscoie.com,
nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Tina Niehold Moss
on behalf of Creditor The Bank of New York Mellon  as Indenture Trustee tmoss@perkinscoie.com,
nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Tina Niehold Moss
on behalf of Interested Party Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes
Indenture tmoss@perkinscoie.com
nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Tobey M. Daluz
on behalf of Defendant Fidelity Summer Street Trust: Fidelity Capital & Income Fund daluzt@ballardspahr.com
ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Japan Trustee Services Bank Ltd. as trustee of Fidelity High Yield Bond Open Mother Fund
daluzt@ballardspahr.com  ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Master Trust Bank of Japan daluzt@ballardspahr.com  ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Variable Insurance Products Fund V: Strategic Income Portfolio daluzt@ballardspahr.com
ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity School Street Trust: Fidelity Strategic Income daluzt@ballardspahr.com
ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Advisor Series II: Fidelity Advisor Strategic Income Fund daluzt@ballardspahr.com
ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Puritan Trust: Fidelity Puritan Fund daluzt@ballardspahr.com  ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Global Bond Series US Dollar Monthly Income US High Yield Pool daluzt@ballardspahr.com
ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Pyramis Global Advisors Trust Company daluzt@ballardspahr.com  ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Management & Research Company as Investment Manager for Japan Trustee Services Bank  Ltd.
Re: Fidelity High Yield Bond Open Mother Fund daluzt@ballardspahr.com, ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Management & Research Company daluzt@ballardspahr.com  ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Investments Canada ULC daluzt@ballardspahr.com  ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant FIL Investments International (FII) daluzt@ballardspahr.com  ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Summer Street Trust: Fidelity Global High Income Fund daluzt@ballardspahr.com
ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Advisor Series I: Fidelity Advisor High Income Advantage Fund daluzt@ballardspahr.com
ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Japan Trustee Services Bank  Ltd. as trustee of Fidelity Strategic Income Mother Fund
daluzt@ballardspahr.com, ambroses@ballardspahr.com

Tobey M. Daluz
on behalf of Defendant Fidelity Investments daluzt@ballardspahr.com  ambroses@ballardspahr.com

Todd Phillips
on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders tphillips@capdale.com
cecilia-guerrero-caplin-6140@ecf.pacerpro.com

District/off: 0311-1
Date Rcvd: Sep 13, 2021

User: admin
Form ID: van441

Page 39 of 44
Total Noticed: 1

Todd Charles Schiltz, Esq

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com

Todd Jeffrey Rosen

on behalf of Interested Party TCEH Debtors todd.rosen@mto.com

Traci L. Cotton

on behalf of Creditor UT System obo UT at Arlington tcotton@utsystem.edu

Travis J. Ferguson

on behalf of Creditor NextEra Energy Resources  LLC ferguson@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com

Tyler D. Semmelman

on behalf of Defendant Energy Future Intermediate Holding Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor TXU Energy Receivables Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor TXU Electric Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Martin Lake 4 Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Energy Future Intermediate Holding Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Energy Future Competitive Holdings Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Energy Future Holdings Corp. semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Generation Development Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Brighten Energy LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant Generation Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant Mineral Development Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Texas Utilities Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Southwestern Electric Service Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EFH FS Holdings Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Valley Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor 4Change Energy Holdings LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EFH Renewables Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EFH CG Management Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Morgan Creek 7 Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Attorney Kirkland & Ellis LLP semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Generation MT Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor NCA Resources Development Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Big Brown Lignite Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Texas Energy Industries Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor TXU Energy Retail Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Dallas Power & Light Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Monticello 4 Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant Energy Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Collin Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Texas Power & Light Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Oak Grove Management Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EFH Australia (No. 2) Holdings Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EFH Finance (No. 2) Holdings Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor 4Change Energy Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Lone Star Pipeline Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EECI  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant ET Services Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant Energy Trading California Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant Big Brown Mining Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor EEC Holdings  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant Renewables Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Luminant Mining Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor TXU Retail Services Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Lone Star Energy Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Texas Competitive Electric Holdings Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Big Brown 3 Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Oak Grove Mining Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Texas Electric Service Company  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

on behalf of Debtor Generation SVC Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor TXU SEM Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Defendant EFIH Finance Inc. semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Sandow Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor TCEH Finance  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor LSGT Gas Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor NCA Development Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor DeCordova Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Lake Creek 3 Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Tradinghouse Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Luminant Holding Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor EFIH Finance Inc. semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Oak Grove Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor TXU Energy Solutions Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Brighten Holdings LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Big Brown Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor TXU Receivables Company semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Valley NG Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor LSGT SACROC  Inc. semmelman@rlf.com, rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor EFH CG Holdings Company LP semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor DeCordova II Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

Tyler D. Semmelman

    on behalf of Debtor Eagle Mountain Power Company LLC semmelman@rlf.com  rbgroup@rlf.com

U.S. Trustee

    USTPRegion03.WL.ECF@USDOJ.GOV

Victoria D. Garry

    on behalf of Interested Party Ohio Department of Taxation vgarry@ag.state.oh.us

Vincent E. Lazar

    on behalf of Spec. Counsel Energy Future Intermediate Holding Company LLC vlazar@jenner.com

Vincent E. Lazar

    on behalf of Interested Party Charles H. Cremens. vlazar@jenner.com

Ward W. Benson

    on behalf of Creditor UNITED STATES OF AMERICA ward.w.benson@usdoj.gov
    Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

Ward W. Benson

    on behalf of Creditor United States of America on Behalf of the Internal Revenue Service ward.w.benson@usdoj.gov
    Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

District/off: 0311-1
Date Rcvd: Sep 13, 2021

User: admin
Form ID: van441

Page 42 of 44
Total Noticed: 1

Warren A. Usatine

on behalf of Interested Party CSC Trust Company of Delaware  as successor indenture trustee and collateral trustee
wusatine@coleschotz.com, pratkowiak@coleschotz.com

Wendy B. Reilly

on behalf of Creditor Evercore Group LLC wbreilly@debevoise.com  mao-bk-ecf@debevoise.com

William A. Hazeltine

on behalf of Creditor Mastercraft Printed Products & Services  Inc. Bankruptcy001@sha-llc.com

William A. Romanowicz

on behalf of Debtor TXU Electric Company  Inc. rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor 4Change Energy Company rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Lake Creek 3 Power Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor EFIH Finance Inc. rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Brighten Energy LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor EFH Corporate Services Company rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor EFH CG Holdings Company LP rbgroup@rlf.com

William A. Romanowicz

on behalf of Defendant Energy Future Intermediate Holding Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Tradinghouse Power Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor TXU Energy Retail Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Defendant EFIH Finance Inc. rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Brighten Holdings LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Generation Development Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor LSGT SACROC  Inc. rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor EEC Holdings  Inc. rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor DeCordova Power Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Texas Competitive Electric Holdings Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor TXU Energy Receivables Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Lone Star Energy Company  Inc. rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Luminant Renewables Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor EECI  Inc. rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Big Brown Lignite Company LLC rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com

William A. Romanowicz

on behalf of Debtor Generation MT Company LLC rbgroup@rlf.com

William A. Romanowicz

District/off: 0311-1
Date Rcvd: Sep 13, 2021

User: admin
Form ID: van441

Page 43 of 44
Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Debtor Big Brown Power Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Texas Utilities Electric Company  Inc. rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor EFH CG Management Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Energy Future Intermediate Holding Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor EFH Australia (No. 2) Holdings Company rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Southwestern Electric Service Company  Inc. rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Big Brown 3 Power Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor LSGT Gas Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor EFH FS Holdings Company rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Energy Future Competitive Holdings Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Eagle Mountain Power Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor EFH Finance (No. 2) Holdings Company rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Lone Star Pipeline Company  Inc. rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor 4Change Energy Holdings LLC rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor Generation SVC Company rbgroup@rlf.com |
| William A. Romanowicz | on behalf of Debtor EFH Renewables Company LLC rbgroup@rlf.com |
| William D. Sullivan | on behalf of Creditor Capgemini America  Inc. wdsecfnotices@sha-llc.com |
| William E Kelleher, Jr | on behalf of Creditor Westinghouse Electric Company LLC wkelleher@cohenlaw.com mgraeb@cohenlaw.com,bfilings@cohenlaw.com, |
| William E. Chipman, Jr. | on behalf of Interested Party Berkshire Hathaway Energy Company chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com |
| William E. Chipman, Jr. | on behalf of Intervenor-Defendant Ad Hoc Committee of EFIH Unsecured Noteholders chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com |
| William E. Chipman, Jr. | on behalf of Interested Party EFIH Second Lien DIP Commitment Parties chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com |
| William F. Taylor, Jr. | on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William Mark Alleman, Jr | on behalf of Interested Party Fee Committee WAlleman@beneschlaw.com debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com |
| William P. Weintraub | on behalf of Creditor Aurelius Capital Management  LP wweintraub@goodwinproctor.com, zhassoun@fklaw.com |
| William Pierce Bowden | on behalf of Interested Party Wilmington Savings Fund Society  FSB, in its capacity as successor Indenture Trustee wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com |

Zachary I Shapiro

on behalf of Debtor Energy Future Holdings Corp. shapiro@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 1027