Case Number: 14-10979

**FILED**
2021 SEP 23 AM 9:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Creditor: Alvester Coleman

Debtor(s): Energy Future Holdings Co.
(Jointly admin)

## In The Bankrupcy Court for The District of Delaware

1) Alvester Coleman          d.o.b 5/28/1960

## Statement of Inability to Afford Payment of Court Cost

phone number: 214-309-8507          email: avcoleman1986@gmail.com

2) Are you represented by legal aid?

[✓] 1 I am NOT represented by legal aid Appiled for and Denied

### 3. What's your Mounthly income?

☑ 1) disability/retierment benitifs
Ⓐ amount $1,200.00 ~~once~~ mounthly

### 4. What's your Mounthly debts?

☑ 1) Rent - $400.00
phone - $200.00
food - $400.00
utilites - $150.00
Total - $1,150

### 5. Declaration

I Declare Under Penalty of Perjury that the foregoing is True and correct: I further Swear:

Ⓐ ☑ I Cannot afford to pay court cost or filing fees.

Alvester Coleman      My date of birth 5/28/1960
My address: 3722 Happy Canyon Dr
            Dallas TX 75241
*Alvester Coleman* signed on 9/14/2021
In The County of: Dallas, TX








From: Alester Coleman
3722 Hope Cover St
Dallas, TX 75241

To: U.S.B. Court District of Delaware
824 N. Market St, floor 3rd
Wilmington, DE 19801