# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Ellen M. Halstead hereby withdraws her appearance as counsel for Morgan Stanley Capital Group in the above-captioned chapter 11 cases. Ms. Halstead further requests that the Clerk of the Unites States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove her from the electronic and paper noticing matrix for the above-captioned 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the withdrawal is limited to Ms. Halstead and does not impact the representation of Morgan Stanley Capital Group by other attorneys from Cadwalader, Wickersham & Taft LLP and DLA Piper LLP (US) in these proceedings.

USActive 56765634.1

Dated:   October 7, 2021

        DLA PIPER LLP (US)

        By:  */s/ R. Craig Martin*
        R. Craig Martin (No. 5032)
        1201 North Market Street, Suite 2100
        Wilmington, DE 19801
        Telephone: (302) 468-5700
        Facsimile: (302) 394-2341
        craig.martin@dlapiper.com

        -AND-

        CADWALADER, WICKERSHAM & TAFT LLP
        Howard R. Hawkins, Jr. (admitted *pro hac vice*)
        Mark C. Ellenberg (admitted *pro hac vice*)
        Ellen M. Halstead (admitted *pro hac vice*)
        Michele Maman (admitted *pro hac vice*)
        Thomas J. Curtin (admitted *pro hac vice*)
        200 Liberty Street
        New York, New York 10281
        Telephone: (212) 504-6000
        Facsimile: (212) 504-6666
        howard.hawkins@cwt.com
        mark.ellenberg@cwt.com
        ellen.halstead@cwt.com
        michele.maman@cwt.com
        thomas.curtin@cwt.com

        *Counsel for Morgan Stanley Capital Group Inc.*