IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| v. | ) ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

**NOTICE OF WITHDRAW AS COUNSEL FOR THE UNITED STATES ON BEHALF OF THE ENVIRONMENTAL PROTECTION AGENCY**

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-2(b)(ii), Brandon Robers hereby withdraws as counsel for the United States, on behalf of the Environmental Protection Agency, in the above captioned matter.

Mr. Robers' representation of the United States is this matter was limited to those matters connected to proofs of claim 7904 and 7905, filed on behalf of the United States Environmental Protection Agency (EPA). On August 15, 2019, proofs of claim 7904 and 7905 were withdrawn. *See*. Rec. Doc. 13835. Accordingly, the United States no longer has a controversy within the scope of Mr. Robers' representation pending before the Court. The United States, including the EPA, consents to Mr. Robers' withdrawal.

Mr. Robers respectfully requests that he be removed from all mailing lists and electronic noticing systems in the above captioned matter.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

*[s] Brandon Robers*

BRANDON ROBERS (MD Bar No. 1112150055)
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Civil Division
450 5th Street, N.W.
Washington, D.C. 20530
Tel: 202-305-2023
Fax: 202-514-8742
Brandon.Robers@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing document was served this 12th day of October, 2021, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

*[s] Brandon Robers*
BRANDON ROBERS (MD Bar No. 1112150055)
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Civil Division
450 5th Street, N.W.
Washington, D.C. 20530
Tel: 202-305-2023 (Robers)
Fax: 202-514-8742
Brandon.Robers@usdoj.gov