# Exhibit A

## Satisfied Claims

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT A - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN MOTORISTS INSURANCE COMPANY<br>PAUL A. MILLER, SPECIAL DEPUTY RECEIVER<br>122 S. MICHIGAN AVE., 19TH FLOOR<br>CHICAGO, IL 60603 | 14-10992 (CSS) | EECI, Inc. | 10/27/2014 | 7816 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim. Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018. Moreover, certain of these claims relate to Indemnification Obligations. Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |
| 2 | AMERICAN MOTORISTS INSURANCE COMPANY<br>PAUL A. MILLER, SPECIAL DEPUTY RECEIVER<br>122 S. MICHIGAN AVE., 19TH FLOOR<br>CHICAGO, IL 60603 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7817 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim. Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018. Moreover, certain of these claims relate to Indemnification Obligations. Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT A - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 3 | AMERICAN MOTORISTS INSURANCE COMPANY<br>PAUL A. MILLER, SPECIAL DEPUTY RECEIVER<br>122 S. MICHIGAN AVE., 19TH FLOOR<br>CHICAGO, IL 60603 | 14-11039 (CSS) | LSGT Gas Company LLC | 10/27/2014 | 7996 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim. Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018. Moreover, certain of these claims relate to Indemnification Obligations. Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |
| 4 | LUMBERMEN'S MUTUAL CASUALTY COMPANY<br>2 CORPORATE DR STE 110<br>LAKE ZURICH, IL 60047-8933 | 14-11039 (CSS) | LSGT Gas Company LLC | 10/27/2014 | 7813 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim. Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018. Moreover, certain of these claims relate to Indemnification Obligations. Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT A - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 5 | LUMBERMEN'S MUTUAL CASUALTY COMPANY INSURANCE COMPANY ATTN: DAVID DEVINGER ONE CORPORATE DRIVE, SUITE 200 LAKE ZURICH, IL 60047 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7814 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim.  Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018.  Moreover, certain of these claims relate to Indemnification Obligations.  Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |
| 6 | LUMBERMEN'S MUTUAL CASUALTY COMPANY INSURANCE COMPANY ATTN: DAVID DEVINGER ONE CORPORATE DRIVE, SUITE 200 LAKE ZURICH, IL 60047 | 14-10992 (CSS) | EECI, Inc. | 10/27/2014 | 7815 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim.  Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018.  Moreover, certain of these claims relate to Indemnification Obligations.  Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT A - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 7 | URS ENERGY & CONSTRUCTION, INC. ATTN: TERRY D. SOWER 720 PARK BLVD BOISE, ID 83712 | 14-10992 (CSS) | EECI, Inc. | 10/27/2014 | 7955 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim.  Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018.  Moreover, certain of these claims relate to Indemnification Obligations.  Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |
| 8 | URS ENERGY & CONSTRUCTION, INC. 3320 E GOLDSTONE WAY MERIDIAN, ID 83642-1026 | 14-10992 (CSS) | EECI, Inc. | 10/27/2014 | 7956 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim.  Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018.  Moreover, certain of these claims relate to Indemnification Obligations.  Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT A - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 9 | URS ENERGY & CONSTRUCTION, INC. 3320 E GOLDSTONE WAY MERIDIAN, ID 83642-1026 | 14-11039 (CSS) | LSGT Gas Company LLC | 10/27/2014 | 7957 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim. Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018. Moreover, certain of these claims relate to Indemnification Obligations. Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |
| 10 | URS ENERGY & CONSTRUCTION, INC. 3320 E GOLDSTONE WAY MERIDIAN, ID 83642-1026 | 14-11039 (CSS) | LSGT Gas Company LLC | 10/27/2014 | 7958 | Undetermined* | Any liability on account of this claim is classified as an A3 Legacy GUC/Asbestos Claim. Allowed A3 Legacy GUC/Asbestos claims were reinstated against the Reorganized EFH Debtors in accordance with the EFH/EFIH Plan. Pursuant to Article III.B Section 3(b) of the EFH/EFIH Plan, the Allowed A3 Legacy GUC/Asbestos claims have been satisfied in full through reinstatement. Specifically, the EFH/EFIH Plan provides that the Allowed A3 Legacy GUC/Asbestos claims are reinstated as of the EFH/EFIH Effective Date, which occurred on March 9, 2018. Moreover, certain of these claims relate to Indemnification Obligations. Pursuant to Article V.E. of the EFH/EFIH Plan, any Indemnification Obligations have been satisfied in accordance with Section 6.8 of the Merger Agreement. |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts