**Exhibit B**

**Satisfied Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | AGEE, JEFFREY S<br>2412 CLEAR CREEK CT<br>CEDAR HILL, TX 75104-5620 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/05/2014 | 4137 | $1,181,785.26 | These claims are Proofs of Claim filed on account of Employee Benefit Claims.  Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 2 | BATES, G P<br>11400 LAFITTE LN<br>AUSTIN, TX 78739-1461 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4710 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims.  Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 3 | BECKERING, DAVID<br>1213 HAWTHORNE CT<br>ROYSE CITY, TX 75189-9106 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2289 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims.  Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 4 | BENOIT, MAE<br>222 SILVER SPUR DR<br>WAXAHACHIE, TX 75165-5355 | | No Debtor Asserted | 06/23/2014 | 2463 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 5 | BRZOZOWSKI, LINDA<br>PO BOX 791<br>OURAY, CO 81427-0791 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 941 | $10,618.70 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 6 | BUCHANAN, DONALD<br>PO BOX 1276<br>ROYSE CITY, TX 75189 | | No Debtor Asserted | 07/03/2014 | 2810 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 7 | BURT, HELEN<br>2200 SACRAMENTO STREET<br>APT 702<br>SAN FRANCISCO, CA 94115 | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/13/2015 | 10047 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 8 | C MCCALL<br>1608 BRIARWOOD BLVD<br>ARLINGTON, TX 76013-3413 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6183 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 9 | COWLING, NOEL<br>3906 ALDERWOOD LN<br>TEMPLE, TX 76502 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4625 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 10 | DANIELS, MELISHA MARIE<br>PO BOX 2714<br>LONG BEACH, CA 90801 | | No Debtor Asserted | 10/31/2014 | 9720 | $19,233.81 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 11 | DEMPSEY, AGNES<br>317 S 4TH ST<br>WYLIE, TX 75098-3618 | | No Debtor Asserted | 10/06/2014 | 4887 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 12 | FIELDER, JOHN<br>2504 DRAKE CT<br>KELLER, TX 76248-8334 | | No Debtor Asserted | 10/14/2014 | 5230 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 13 | FIFE, PATRICIA<br>128 SAINT ANTHONY DR<br>CROWLEY, TX 76036-2027 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6345 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 14 | FRALEY, FREDERICK W., III<br>6 CASTLECREEK COURT<br>DALLAS, TX 75225-2042 | | No Debtor Asserted | 09/02/2014 | 4005 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 15 | GADBERRY, CHARLES<br>C/O LEDFORD E. WHITE P.C.<br>ATTN: LEDFORD E. WHITE<br>6410 SOUTHWEST BLVD, STE 129<br>FORT WORTH, TX 76109 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9618 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 16 | HINTON, BRIAN<br>2316 DAMPTON DR<br>PLANO, TX 75025-2471 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 670 | $28,176.31 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 17 | JARZEMBAK, JEANNE<br>218 SANTE FE TRL<br>WAXAHACHIE, TX 75165-1552 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/27/2014 | 2629 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 18 | JOHNSON, EDITH<br>1802 MULBERRY DR<br>RICHMOND, TX 77469-4843 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4734 | $163,533.60 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 19 | JONES, RONALD D<br>13623 CHINA SPRING RD<br>CHINA SPRING, TX 76633-3106 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7629 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 20 | KERNEKINS, DAN<br>757 PULITZER LN<br>ALLEN, TX 75002-5238 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/01/2014 | 3449 | $12,947.69 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 21 | MATHIS, JULIE<br>1104 OVERHILL DR<br>CLEBURNE, TX 76033-8496 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4262 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 22 | MATTSON COWLING, VIRGINIA<br>3906 ALDERWOOD LN<br>TEMPLE, TX 76502-2284 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4624 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 23 | MCKINLEY, TRENT ALLEN<br>PO BOX 8484<br>FORT SMITH, AR 72902-8484 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9647 | $25,704.17 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 24 | MEDELLIN, LEONARD<br>6923 ALTAIRE AVE<br>DALLAS, TX 75241-3412 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5662 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 25 | MORROW, CHRISTOPHER<br>904 SAINT MARK DR<br>MURPHY, TX 75094-5120 | | No Debtor Asserted | 09/08/2014 | 4156 | $34,378.18 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 26 | MURPHY, JAMES<br>3913 DEVONAIRE<br>ALEDO, TX 76008 | | No Debtor Asserted | 09/02/2014 | 4073 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 27 | NEUMAN, FREDERIC<br>53 WOODCUT LN<br>NEW ROCHELLE, NY 10804-3417 | | No Debtor Asserted | 10/10/2014 | 5101 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 28 | PARK, MARSHALL<br>1418 CHANCELLOR DR<br>KAUFMAN, TX 75142-9559 | | No Debtor Asserted | 09/26/2014 | 4692 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 29 | QUIRAM, DAVID<br>6707 LAKE CIRCLE DR<br>DALLAS, TX 75214-3420 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5681 | $42,265.00 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 30 | REEVES, MAC A<br>995 HORSESHOE LAKE RD<br>IOWA PARK, TX 76367-7339 | | No Debtor Asserted | 06/04/2014 | 1072 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 31 | ROBERTS, DAVID W<br>930 MARISA LN<br>DESOTO, TX 75115-3880 | | No Debtor Asserted | 10/27/2014 | 7895 | $9,753.71* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 32 | ROGALINER, WENDI<br>7845 YAMINI DR<br>DALLAS, TX 75230-3232 | | No Debtor Asserted | 09/22/2014 | 4610 | $12,137.24 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 33 | ROYALL, JAN M<br>1713 MEADOW TRAIL LN<br>AUBREY, TX 76227-1445 | | No Debtor Asserted | 09/29/2014 | 4720 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 34 | SHAMBLIN, RICK<br>14864 SCOUTERS CIRCLE<br>ARP, TX 75750 | | No Debtor Asserted | 10/20/2014 | 5653 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 35 | SMITH, ROBERT<br>4419 OLIVE FIELD CT<br>RICHMOND, TX 77469-5563 | | No Debtor Asserted | 09/10/2014 | 4295 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 36 | STUCKER, CAROL<br>9940 ELMADA LN<br>DALLAS, TX 75220-6306 | | No Debtor Asserted | 06/02/2014 | 796 | $11,166.60 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 37 | SUH, CHAI<br>45 CHELTENHAM DR<br>WYOMISSING, PA 19610 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7657 | $29,326.00 | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 38 | TIMME, GEORGE AND BRIDGET<br>199 OCTOPUS AVE NE<br>OCEAN SHORES, WA 98569-9450 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 6081 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 39 | VAUGHN, RONALD<br>1101 W HILL ST<br>EASTLAND, TX 76448-2403 | | No Debtor Asserted | 05/27/2014 | 398 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 40 | WARREN, MIKE<br>5913 HILLCREST AVE<br>DALLAS, TX 75205-2262 | | No Debtor Asserted | 09/09/2014 | 4266 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 41 | WEBB, DON<br>8501 LULLWATER DR APT 3411<br>DALLAS, TX 75238-4711 | | No Debtor Asserted | 10/06/2014 | 4890 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 42 | WILLIAMS, NORMAN<br>105 VRZALIK RD<br>ENNIS, TX 75119 | | No Debtor Asserted | 09/11/2014 | 4317 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 43 | WILLIAMS, RICHARD B.<br>3537 CIMARRON DR<br>CARROLLTON, TX 75007-6302 | | No Debtor Asserted | 10/22/2014 | 5974 | $500,000.00* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 44 | WINSTON, BARBARA<br>1400 LIVE OAK LN<br>SAVANNAH, TX 76227-7727 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7766 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 45 | WOMACK, MARY<br>4 SEVILLE LN<br>HOT SPRINGS VILLAGE, AR 71909-3208 | | No Debtor Asserted | 10/16/2014 | 5436 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT B - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 46 | WORSHAM, WANDA<br>309 N BONHAM DR<br>ALLEN, TX 75013-2622 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4953 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| 47 | ZECCA, HILDA<br>1640 MAYFLOWER AVE<br>BRONX, NY 10461-4818 | | No Debtor Asserted | 09/29/2014 | 4735 | Undetermined* | These claims are Proofs of Claim filed on account of Employee Benefit Claims. Such Employee Benefit Claims have been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan (which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities) and the terms of Section 6.6 of the Merger Agreement. |
| | | | | | TOTAL | $1,609,017.14* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts