**Exhibit C**

**Satisfied Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT C - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 10.875%/11.25%/12.00% NOTES DUE 2017 6201 15TH AVE BROOKLYN, NY 11219 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7475 | $63,736,412.57* | Any liability on account of this claim is classified as either an LBO Note Claim, Legacy Note Claim, or Class B6 Claim. Any such Allowed Claims received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds under the EFH/EFIH Plan, and thus has included such claims on this Notice to reconcile such claims in anticipation of closing these chapter 11 cases. Nothing herein shall prejudice such claimants' rights to receive additional consideration pursuant to the terms of the EFH/EFIH Plan on account of such claims in the event that the PAB does make any further distribution. In addition, nothing herein shall prejudice the EFH Notes Indenture Trustee's right to request that the PAB pay directly its fees and expenses in its role as Disbursing Agent or as otherwise provided for pursuant to the terms of the Confirmed Plan or otherwise, or the rights of the EFH Notes Indenture Trustee to exercise its charging lien against further distributions, if any. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT C - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 2 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 5.55% NOTES DUE 2014 6201 15TH AVE BROOKLYN, NY 11219 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7477 | $952,184,346.75* | Any liability on account of this claim is classified as either an LBO Note Claim, Legacy Note Claim, or Class B6 Claim. Any such Allowed Claims received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds under the EFH/EFIH Plan, and thus has included such claims on this Notice to reconcile such claims in anticipation of closing these chapter 11 cases. Nothing herein shall prejudice such claimants' rights to receive additional consideration pursuant to the terms of the EFH/EFIH Plan on account of such claims in the event that the PAB does make any further distribution. In addition, nothing herein shall prejudice the EFH Notes Indenture Trustee's right to request that the PAB pay directly its fees and expenses in its role as Disbursing Agent or as otherwise provided for pursuant to the terms of the Confirmed Plan or otherwise, or the rights of the EFH Notes Indenture Trustee to exercise its charging lien against further distributions, if any. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT C - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 3 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 6.50% NOTES DUE 2024 6201 15TH AVE BROOKLYN, NY 11219 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7478 | $772,343,750.00* | Any liability on account of this claim is classified as either an LBO Note Claim, Legacy Note Claim, or Class B6 Claim. Any such Allowed Claims received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds under the EFH/EFIH Plan, and thus has included such claims on this Notice to reconcile such claims in anticipation of closing these chapter 11 cases. Nothing herein shall prejudice such claimants' rights to receive additional consideration pursuant to the terms of the EFH/EFIH Plan on account of such claims in the event that the PAB does make any further distribution. In addition, nothing herein shall prejudice the EFH Notes Indenture Trustee's right to request that the PAB pay directly its fees and expenses in its role as Disbursing Agent or as otherwise provided for pursuant to the terms of the Confirmed Plan or otherwise, or the rights of the EFH Notes Indenture Trustee to exercise its charging lien against further distributions, if any. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT C - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 4 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 6.55% NOTES DUE 2034 6201 15TH AVE BROOKLYN, NY 11219 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7479 | $772,515,625.00* | Any liability on account of this claim is classified as either an LBO Note Claim, Legacy Note Claim, or Class B6 Claim. Any such Allowed Claims received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds under the EFH/EFIH Plan, and thus has included such claims on this Notice to reconcile such claims in anticipation of closing these chapter 11 cases. Nothing herein shall prejudice such claimants' rights to receive additional consideration pursuant to the terms of the EFH/EFIH Plan on account of such claims in the event that the PAB does make any further distribution. In addition, nothing herein shall prejudice the EFH Notes Indenture Trustee's right to request that the PAB pay directly its fees and expenses in its role as Disbursing Agent or as otherwise provided for pursuant to the terms of the Confirmed Plan or otherwise, or the rights of the EFH Notes Indenture Trustee to exercise its charging lien against further distributions, if any. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT C - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 5 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 10.875%/11.25%/12.00% NOTES DUE 2017 6201 15TH AVE BROOKLYN, NY 11219 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/24/2014 | 7481 | $63,736,412.57* | Any liability on account of this claim is classified as either an LBO Note Claim, Legacy Note Claim, or Class B6 Claim. Any such Allowed Claims received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds under the EFH/EFIH Plan, and thus has included such claims on this Notice to reconcile such claims in anticipation of closing these chapter 11 cases. Nothing herein shall prejudice such claimants' rights to receive additional consideration pursuant to the terms of the EFH/EFIH Plan on account of such claims in the event that the PAB does make any further distribution. In addition, nothing herein shall prejudice the EFH Notes Indenture Trustee's right to request that the PAB pay directly its fees and expenses in its role as Disbursing Agent or as otherwise provided for pursuant to the terms of the Confirmed Plan or otherwise, or the rights of the EFH Notes Indenture Trustee to exercise its charging lien against further distributions, if any. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT C - Fully Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 6 | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR 11.25%/12.25%/SNR TOGGLE NOTES 2018 ATTN: MARK. B FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6347 | $1,647,374,288.21 | Any liability on account of this claim is classified as either an LBO Note Claim, Legacy Note Claim, or Class B6 Claim. Any such Allowed Claims received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds under the EFH/EFIH Plan, and thus has included such claims on this Notice to reconcile such claims in anticipation of closing these chapter 11 cases. Nothing herein shall prejudice such claimants' rights to receive additional consideration pursuant to the terms of the EFH/EFIH Plan on account of such claims in the event that the PAB does make any further distribution. In addition, nothing herein shall prejudice the EFH Notes Indenture Trustee's right to request that the PAB pay directly its fees and expenses in its role as Disbursing Agent or as otherwise provided for pursuant to the terms of the Confirmed Plan or otherwise, or the rights of the EFH Notes Indenture Trustee to exercise its charging lien against further distributions, if any. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH NOTICE OF SATISFACTION: EXHIBIT C - Fully Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 7 | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 14-11008 (CSS) | Energy Future Intermediate Holding Company LLC | 10/23/2014 | 6348 | $2,121,384.71* | Any liability on account of this claim is classified as either an LBO Note Claim, Legacy Note Claim, or Class B6 Claim. Any such Allowed Claims received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds under the EFH/EFIH Plan, and thus has included such claims on this Notice to reconcile such claims in anticipation of closing these chapter 11 cases. Nothing herein shall prejudice such claimants' rights to receive additional consideration pursuant to the terms of the EFH/EFIH Plan on account of such claims in the event that the PAB does make any further distribution. In addition, nothing herein shall prejudice the EFH Notes Indenture Trustee's right to request that the PAB pay directly its fees and expenses in its role as Disbursing Agent or as otherwise provided for pursuant to the terms of the Confirmed Plan or otherwise, or the rights of the EFH Notes Indenture Trustee to exercise its charging lien against further distributions, if any. |

**TOTAL** $4,274,012,219.81*

\* - Indicates claim contains unliquidated and/or undetermined amounts