IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR THE UNITED STATES ON BEHALF OF THE ENVIRONMENTAL PROTECTION AGENCY**

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-2(b)(ii), Daniel Smith hereby withdraws as counsel for the United States, on behalf of the Environmental Protection Agency, in the above captioned matter.

Mr. Smith's representation of the United States is this matter was limited to those matters connected to proofs of claim 7904 and 7905, filed on behalf of the United States Environmental Protection Agency (EPA). On August 15, 2019, proofs of claim 7904 and 7905 were withdrawn. *See*. Rec. Doc. 13835. Accordingly, the United States no longer has a controversy within the scope of Mr. Smith's representation pending before the Court. The United States, including the EPA, consents to Mr. Smith's withdrawal.

Mr. Smith respectfully requests that he be removed from all mailing lists and electronic noticing systems in the above captioned matter.

> Respectfully submitted,
>
> FOR THE UNITED STATES OF AMERICA
>
> *[s] Daniel S. Smith*
> DANIEL SMITH
> Senior Counsel
> Environmental Enforcement Section
> Environment and Natural Resources Division

U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
150 M Street NE
Washington, D.C. 20002
Tel: 202-305-0371
Fax: 202-514-0097
dan.smith2@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing document was served this 14th day of October, 2021, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

*[s] Daniel S. Smith*
DANIEL SMITH
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
150 M Street NE
Washington, D.C. 20002
Tel: 202-305-0371
Fax: 202-514-0097
dan.smith2@usdoj.gov