UNITED STATES BANKRUPTCY COURT

for the DISTRICT OF Delaware

In re: Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors")

Debtor(s)

Case No. 14-10979

Lead Case No. 14-10979

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 04/29/2014

Plan Confirmed Date: 02/27/2018

Plan Effective Date: 03/09/2018

This Post-confirmation Report relates to:  ○ Reorganized Debtor
⦿ Other Authorized Party or Entity: EFH Plan Administrator Board Trust
Name of Authorized Party or Entity

/s/ Jason M. Madron
Signature of Responsible Party

10/21/2021
Date

Jason M. Madron
Printed Name of Responsible Party

Richards, Layton & Finger, P.A.
One Rodney Square 920 North King St.,
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors")

Case No. 14-10979

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $288,858 | $689,360,113 |
| b. Non-cash securities transferred | $0 | $9,450,000,000 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $288,858 | $10,139,360,113 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $326,185,521 | $0 | $326,185,521 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Alvarez & Marsal North Ameri | Other | $0 | $28,068,964 | $0 | $28,068,964 |
| ii | Bielli & Klauder, LLC | Co-Counsel | $0 | $251,798 | $0 | $251,798 |
| iii | Cravath, Swaine & Moore LLP | Other | $0 | $3,877,940 | $0 | $3,877,940 |
| iv | Enoch Kever PLLC | Special Counsel | $0 | $3,022,728 | $0 | $3,022,728 |
| v | Epiq Bankruptcy Solutions, LLC | Other | $0 | $44,375,324 | $0 | $44,375,324 |
| vi | Evercore Group L.L.C. | Financial Professional | $0 | $21,946,826 | $0 | $21,946,826 |
| vii | Filsinger Energy Partners | Other | $0 | $26,900,033 | $0 | $26,900,033 |
| viii | Gibson, Dunn & Crutcher LLP | Special Counsel | $0 | $4,432,789 | $0 | $4,432,789 |
| ix | Goldin Associates, LLC | Financial Professional | $0 | $2,714,410 | $0 | $2,714,410 |
| x | Jenner & Block LLP | Special Counsel | $0 | $1,052,700 | $0 | $1,052,700 |
| xi | Kirkland & Ellis LLP | Lead Counsel | $0 | $146,197,148 | $0 | $146,197,148 |
| xii | KPMG LLP | Financial Professional | $0 | $584,395 | $0 | $584,395 |
| xiii | McDermott Will & Emery LLP | Special Counsel | $0 | $1,439,126 | $0 | $1,439,126 |
| xiv | O'Kelly Ernst & Bielli, LLC (w | Co-Counsel | $0 | $76,667 | $0 | $76,667 |
| xv | Proskauer Rose LLP | Co-Counsel | $0 | $22,423,792 | $0 | $22,423,792 |
| xvi | Richards, Layton & Finger, P.A | Co-Counsel | $0 | $6,761,938 | $0 | $6,761,938 |
| xvii | Sidley Austin LLP | Special Counsel | $0 | $2,977,453 | $0 | $2,977,453 |
| xviii | SOLIC Capital Advisors | Financial Professional | $0 | $6,230,471 | $0 | $6,230,471 |
| xix | Stevens & Lee LLP | Co-Counsel | $0 | $228,239 | $0 | $228,239 |
| xx | Thompson & Knight LLP | Special Counsel | $0 | $2,622,780 | $0 | $2,622,780 |
| xxi | | | | | $0 | |
| xxii | | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $16,969,867 | $0 | $16,969,867 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Deloitte & Touche LLP | Financial Professional | $0 | $16,969,867 | $0 | $16,969,867 |
| ii | | | | | | |

| Debtor's Name | Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors") | Case No. | 14-10979 |

| | | | | |
|---|---|---|---|---|
| c. | All professional fees and expenses (debtor & committees) | $0  $397,066,272 | $0 | $397,066,272 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $25,573,525 | $200,000 | $25,573,525 | $25,573,525 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $71,428,035 | $0 | $71,428,035 | $71,428,035 | 100% |
| d. General unsecured claims | $170,587,435 | $7,035 | $170,587,435 | $1,418,631,495 | 12% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?  Yes ○  No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: 12/31/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Anthony R. Horton | Anthony R. Horton |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator Board | 10/21/2021 |
| Title | Date |

| Debtor's Name Energy Future Holdings Corp. and seventy (70) of its affiliates (collectively, the "Debtors") | Case No. 14-10979 |
|---|---|