UNITED STATES BANKRUPTCY COURT

for the DISTRICT OF Delaware

In re: Energy Future Intermediate Holding Company LLC

Debtor(s)

Case No. 14-11008

Lead Case No. 14-10979

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 04/29/2014

Plan Confirmed Date: 02/27/2018

Plan Effective Date: 03/09/2018

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: EFH Plan Administrator Board Trust

Name of Authorized Party or Entity

/s/ Jason M. Madron
Signature of Responsible Party

10/21/2021
Date

Jason M. Madron
Printed Name of Responsible Party

Richards, Layton & Finger, P.A.
One Rodney Square 920 North King St.,
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Case No. 14-11008

**Part 1: Summary of Post-confirmation Transfers**

|   | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $3,879,058 | $10,086,022,595 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $3,879,058 | $10,086,022,595 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $58,718,856 | $0 | $58,718,856 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Alvarez & Marsal North Ameri | Other | $0 | $436,466 | $0 | $436,466 |
| ii | | Epiq Bankruptcy Solutions, LLC | Other | $0 | $2,426,526 | $0 | $2,426,526 |
| iii | | Evercore Group L.L.C. | Financial Professional | $0 | $23,045,356 | $0 | $23,045,356 |
| iv | | Filsinger Energy Partners | Other | $0 | $462,028 | $0 | $462,028 |
| v | | Gibson, Dunn & Crutcher LLP | Special Counsel | $0 | $10,997 | $0 | $10,997 |
| vi | | Goldin Associates, LLC | Financial Professional | $0 | $1,554,628 | $0 | $1,554,628 |
| vii | | Jenner & Block LLP | Special Counsel | $0 | $758,861 | $0 | $758,861 |
| viii | | Kirkland & Ellis LLP | Lead Counsel | $0 | $27,692,368 | $0 | $27,692,368 |
| ix | | Richards, Layton & Finger, P.A | Co-Counsel | $0 | $278,066 | $0 | $278,066 |
| x | | Sidley Austin LLP | Special Counsel | $0 | $31,168 | $0 | $31,168 |
| xi | | Stevens & Lee LLP | Co-Counsel | $0 | $281,602 | $0 | $281,602 |
| xii | | Cravath, Swaine & Moore LLP | Other | $0 | $1,740,790 | $0 | $1,740,790 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $856,255 | $0 | $856,255 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Deloitte & Touche LLP | Financial Professional | $0 | $856,255 | $0 | $856,255 |
| ii | | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $64,481,874 | $0 | $64,481,874 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $3,800,000 | $3,800,000 | $3,800,000 | $3,800,000 | 100% |
| b. Secured claims | $2,625,453,712 | $0 | $2,625,453,712 | $2,625,453,712 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $784,911,595 | $0 | $784,911,595 | $1,713,931,656 | 46% |
| e. Equity interests | $0 | $0 | $0 | | |

UST Form 11-PCR (06/07/2021)    2

Debtor's Name: Energy Future Intermediate Holding Company LLC   Case No. 14-11008

**Part 4: Questionnaire**

a. Is this a final report?   Yes ◯   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: 12/31/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Anthony R. Horton  
Signature of Responsible Party

Anthony R. Horton  
Printed Name of Responsible Party

Plan Administrator Board  
Title

10/21/2021  
Date