**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUMMARY NOTES TO POST-CONFIRMATION**
**QUARTERLY REPORTS OF THE EFH PLAN ADMINISTRATOR BOARD**

The Post-Confirmation Reports (collectively, the "<u>Reports</u>")[2] filed by the EFH Plan Administrator Board (the "<u>PAB</u>") in the United States Bankruptcy Court for the District of Delaware and submitted to the U.S. Trustee were prepared, pursuant to section 1106(a)(7) of title 11 of the United States Code and rule 2015 of the Federal Rules of Bankruptcy Procedure, by the PAB, with the assistance of the PAB's  advisors, and are unaudited.  These *Summary Notes to Post-Confirmation Quarterly Reports of the EFH Plan Administrator Board* (the "<u>Summary Notes</u>") are incorporated by reference in, and comprise an integral part of, each of the Reports, and should be referred to and considered in connection with any review of the Reports.

**<u>Summary Notes</u>**

1.  **<u>Part 2</u>:**

    - Payments by EFIH prior to the TCEH Emergence Date, October 3, 2016 are consolidated with and included in Part 2 of the EFH report.

2.  **<u>Part 3</u>:**

    - ***Priority Claims*** Most Priority Claims have been or will be paid in the ordinary course. Such payments have not been considered Allowed priority Claims for purposes of post-confirmation reporting.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used, but not defined, herein shall have the same meanings given to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12653].