# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| v. | ) Case No. 14-10979 (CSS) <br> ) |
| **ENERGY FUTURE HOLDINGS CORP.**, *et al.*, | ) <br> ) (Jointly Administered) <br> ) |
| Debtors. | ) <br> ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SIDNEY S. LIEBESMAN, ESQUIRE

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Sidney S. Liebesman, Esquire, of Fox Rothschild LLP hereby withdraws his appearance in the above-captioned case and requests to be removed from the Court's mailing list (on ECF and any other service list in this case) and the Debtors' master service list, effective immediately.

Dated:  October 22, 2021

**FOX ROTHSCHILD LLP**

*/s/ Sidney S. Liebesman*
Sidney S. Liebesman (DE No. 3702)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail:  sliebesman@foxrothschild.com