IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 14365** |

**THE EFH PLAN ADMINISTRATOR BOARD'S OMNIBUS REPLY TO OBJECTION TO THE SIXTEENTH NOTICE OF SATISFACTION OF CLAIMS**

The EFH Plan Administrator Board (the "PAB"), on behalf of the former EFH Debtors and EFIH Debtors (collectively, the "Debtors"), files this reply (this "Reply") regarding *The EFH Plan Administrator Board's Sixteenth Notice of Claims Satisfied in Full* [D.I. 14365] (the "Notice of Satisfaction"), pursuant to which the PAB requests entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), overruling the informal objection described herein (the "Objection") and sustaining the Notice of Satisfaction in full. In further support of this Reply, the PAB respectfully represents:[2]

1. On October 12, 2021, the Debtors filed the Notice of Satisfaction with respect to certain claims filed against the EFH/EFIH Debtors (the "Claims"), included as Exhibit A,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12763-1] (the "Plan").

KE 78094113

Exhibit B, and Exhibit C to the Notice of Satisfaction. Pursuant to the Plan, the Claims contained in Exhibit A have been satisfied in full through reinstatement pursuant to the EFH/EFIH Plan or the Merger Agreement's treatment of Indemnification Obligations (as defined in the Merger Agreement). The Claims contained in Exhibit B have been satisfied pursuant to the treatment prescribed in the EFH/EFIH Plan and the Merger Agreement. The Claims contained in Exhibit C have received treatment and distributions pursuant to the EFH/EFIH Plan. At this time, the PAB does not anticipate any further distribution of funds, and thus has included such claims on Exhibit C to reconcile such claims in anticipation of closing these chapter 11 cases—nothing herein shall prejudice such claimant's rights to receive additional consideration pursuant to the terms of the EFH/EFHI Plan on account of such claims in the event that the PAB does make any further distribution. The PAB filed the Notice of Satisfaction to provide holders of the Claims with notice and an opportunity to interpose an objection, if any, to the PAB's determination that the Claims have been fully satisfied as of the EFH Effective Date.

2. One claimant filed an Objection alleging that his respective Claim has not been satisfied, or otherwise challenging the Notice of Satisfaction. Each of the issues raised in the Objection were addressed in the Notice of Satisfaction. As noted above, and in the Notice of Satisfaction, the Claim has been satisfied in full pursuant to the treatment prescribed in the EFH/EFIH Plan and the Merger Agreement. The Debtors have therefore satisfied any obligations with respect to the satisfied Claim.

3. Accordingly, the following Objection to the Notice of Satisfaction, which is included in **Exhibit B**, should be overruled.

4. David Quiram submitted to counsel to the PAB an Objection to the satisfaction of Claim number 5681 on November 2, 2021, on the basis that the Claim has not been satisfied.

Claim number 5681 has been satisfied in full pursuant to the treatment prescribed in the EFH/EFIH Plan and the Merger Agreement. Specifically, Claim number 5681 has been satisfied pursuant to the treatment prescribed in Article VII.F of the EFH/EFIH Plan, which provides that Employee Benefit Claims shall be deemed satisfied to the extent such claims are honored by the Reorganized Entities.

5. Accordingly, since all of the claimants' issues raised in the Objection are already addressed in the Notice of Satisfaction, the Objection should be overruled as the Claims have been satisfied in full pursuant to the treatment prescribed in the EFH/EFIH Plan and the Merger Agreement.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the PAB respectfully requests entry of the Order, substantially in the form proposed as **Exhibit A**, granting the relief requested in the Notice of Satisfaction.

Dated: November 12, 2021
      Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    steven.serajeddini@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*