**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## ORDER SUSTAINING THE SIXTEENTH NOTICE OF SATISFACTION OF CLAIMS

Upon the reply (the "Reply") of the EFH Plan Administrator Board (the "PAB"), on behalf of the former EFH Debtors and EFIH Debtors (collectively, the "Debtors"), for entry of this order (the "Order") regarding the *EFH Plan Administrator Board's Sixteenth Notice of Claims Satisfied in Full* [D.I. 14365] (the "Notice of Satisfaction") and it appearing that proper and adequate notice has been given and that no other or further notice is required; and the Court having considered the Notice of Satisfaction and the claims listed on Exhibit A, Exhibit B, and Exhibit C of the Notice of Satisfaction (each a "Claim," and collectively, the "Claims"), and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Notice of Satisfaction in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Notice of Satisfaction is in the best interests of the Debtors', their creditors, and other parties in interest; and the Court having found that the PAB provided appropriate notice of the Notice of Satisfaction and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the opportunity for a hearing on the Notice of Satisfaction under the circumstances; and the Court having reviewed the Notice of Satisfaction and having heard the statements in support of the relief requested therein at a hearing held before the Court on November 17, 2021 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Notice of Satisfaction and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.    The objection of David Quiram is hereby OVERRULED on the MERITS and DENIED.

    2.    The Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, is authorized and directed to designate the Satisfied Claims listed on Exhibit A, Exhibit B, and Exhibit C to the Notice of Satisfaction on the official claims register as having been satisfied in full.

    3.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.