**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 14387** |
| | ) | |

**NOTICE OF FILING OF REVISED ORDER IN CONNECTION
WITH "THE EFH PLAN ADMINISTRATOR BOARD'S
MOTION FOR ENTRY OF FINAL DECREE (A) CLOSING
THE DEBTORS' REMAINING CHAPTER 11 CASES, (B) TERMINATING
CLAIMS AND NOTICING SERVICES, AND (C) GRANTING RELATED RELIEF"**

PLEASE TAKE NOTICE that, on October 27, 2021, the EFH Plan Administrator Board (the "PAB"), on behalf of the entities formerly known as the EFH Debtors[2] and EFIH Debtors in the above-captioned cases filed *The EFH Plan Administrator Board's Motion For Entry of Final Decree (A) Closing the Debtors' Remaining Chapter 11 Cases, (B) Terminating Claims and Noticing Services, and (C) Granting Related Relief* [D.I. 14387] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the PAB is seeking entry of an order (a) closing the Debtors' remaining chapter 11 cases; (b) terminating the services of Epiq Bankruptcy Solutions LLC as claims and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 15, 2018 [D.I. 12653].

RLF1 18083501v.1

noticing agent in these chapter 11 cases; and (c) granting related relief.  **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the Motion, the PAB also filed the *Final Decree (A) Closing the Debtors' Remaining Chapter 11 Cases, (B) Terminating Claims and Noticing Services, and (C) Granting Related Relief* (the "Proposed Order") in connection with the Motion as "Exhibit A" thereto.

PLEASE TAKE FURTHER NOTICE that, today, the PAB has filed a revised proposed form of order (the "Revised Proposed Order") in connection with the Motion.  A copy of the Revised Proposed Order is attached hereto as **Exhibit A.**  For the convenience of the Bankruptcy Court and other parties-in-interest, a redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.  The PAB hereby expressly incorporates the Revised Proposed Order into the Motion in its entirety as if set forth therein in full.  *The PAB believes that the Revised Proposed Order is unobjectionable to (i) the EFIH First Lien Notes Trustee; (ii) EFIH Second Lien Notes Trustee; (iii) Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership, and UMB Bank, N.A., as Indenture Trustee; and (iv) the Office of the United States Trustee for the District of Delaware*.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of "The EFH Plan Administrator Board's Motion For Entry of Final Decree (A) Closing the Debtors' Remaining Chapter 11 Cases, (B) Terminating Claims and Noticing Services, and (C) Granting Related Relief" and Hearing Thereon* filed and served contemporaneously with the Motion, a hearing to consider approval of the Motion is currently scheduled be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom

6, Wilmington, Delaware 19801 on **November 17, 2021 starting at 2:30 p.m. (Eastern Standard Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the PAB makes further revisions to the Revised Proposed Order prior to the Hearing, the PAB will present a further blacklined copy of such revised documents to the Bankruptcy Court before the Hearing.

[*Remainder of page intentionally left blank.*]

Dated: November 17, 2021
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*