**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Reorganized Debtors. | ) (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 17, 2021 STARTING AT 2:30 P.M. (EST)**

***** *AT THE DIRECTION OF THE COURT, THE START TIME OF THE HEARING HAS BEEN CHANGED.  THE HEARING WILL NOW TAKE PLACE ON NOVEMBER 17, 2021 STARTING AT 2:30 (EST)*****

**ZOOM INSTRUCTIONS:**

**THE REMOTE HEARING WILL BE CONDUCTED *ENTIRELY* BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL *WILL NOT* BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE HEARING (PARTIES MUST REGISTER IN ADVANCE, BY NO LATER THAN 12:00 P.M. (NOON) (EST) ON TUESDAY, NOVEMBER 16, 2021, TO PARTICIPATE):**

https://debuscourts.zoomgov.com/meeting/register/vJItc-2qrTkoGrx-8FPGTdOgqBkRUCVxhc0

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION E-MAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**[2] Amended agenda items appear in bold.**

**I.      MATTER GOING FORWARD:**

1. The EFH Plan Administrator Board's Motion for Entry of Final Decree (A) Closing the Debtors' Remaining Chapter 11 Cases, (B) Terminating Claims and Noticing Services, and (C) Granting Related Relief [D.I. 14387; filed October 27, 2021]

    Response/Objection Deadline:        November 10, 2021 at 4:00 p.m. (EST)

    Related Documents:

    i. **Notice of Filing of Revised Order in Connection with the "The EFH Plan Administrator Board's Motion for Entry of Final Decree (A) Closing the Debtors' Remaining Chapter 11 Cases, (B) Terminating Claims and Noticing Services, and (C) Granting Related Relief" [D.I. 14401; filed November 17, 2021]**

    Status: The hearing on this matter will go forward.

**II.     CONTESTED MATTER GOING FORWARD:**

2. The EFH Plan Administrator Board's Sixteenth Notice of Claims Satisfied in Full [D.I. 14365; filed October 12, 2021]

    Response/Objection Deadline:        November 12, 2021 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A. Response to The EFH Plan Administrator Board's Sixteenth Notice of Claims Satisfied in Full filed by David Quiram [Not on Docket]

    Related Documents:

    i. The EFH Plan Administrator Board's Omnibus Reply to Objection to the Sixteenth Notice of Satisfaction of Claims [D.I. 14399; filed November 12, 2021]

    Status: The hearing on this matter will go forward.

[*Remainder of page intentionally left blank.*]

Dated: November 17, 2021
       Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*