| First Name | Last Name | Email | Party Represented | Firm Name |
|---|---|---|---|---|
| Bill | Hazeltine | whazeltine@sha-llc.com | Ad Hoc First Li... | Sullivan Hazeltine Allinson LLC |
| Jason | Madron | madron@rlf.com | Debtors | Richards, Layton & Finger, P.A. |
| Daniel | DeFranceschi | defranceschi@rlf.com | Debtors | Richards, Layton & Finger, P.A. |
| Carolyn | Larrabee | clarrabee@mkclaw.com | Bar Applicant | Miller Kistler Campbell |
| Uday | Gorrepati | uday.gorrepati@gmail.com | N/A (ABI Project) | |
| Richard | Pedone | rpedone@nixonpeabody.com | American Stock... | Nixon Peabody LLP |
| Stephanie | Wickouski | swickouski@lockelord.com | Computershare... | Stephanie Wickouski |
| Richard | Kenny | richard.kenny@kirkland.com | PAB | Richard |
| Aaron | Cooper | cooper.aaron95@gmail.com | N/A - DE Bar A... | N/A |
| Amanda | Darwin | adarwin@nixonpeabody.com | American Stock... | Nixon Peabody LLP |
| Matthew | Brown | mbrown@whitecase.com | Sempra/Reorg... | White & Case LLP |
| | | | | |
| Richard | Schepacarter | richard.schepacarter@usdoj.gov | Andrew R. Var... | USDOJ-OUST |
| Patrick | Venter | patrick.venter@kirkland.com | Debtors | Kirkland & Ellis LLP |
| Alexander | Burns | alexander.burns@delaware... | Delaware Bar Applicant | |