David Quiram
6707 Lake Circle Dr.
Dallas, TX 75214
(214) 784-5874
quiram@gmail.com




UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re: | Case No.: 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., ET AL., | |
| Debtors. | CLAIM NUMBER 5681 |

In the notice filed on October 12, 2021, the EFH Plan Administrator Board, the PAB seeks to designate CLAIM NUMBER 5681 as satisfied. However, the PAB has made no attempt to satisfy this claim or provide information supporting the satisfaction of this claim pursuant to the treatment described in Article VII.F of the EFH/EFIH Plan. As such, I object to the designation of this claim as being satisfied in part or in full.

Dated this 2nd of November 2021.

David Quiram

CC RICHARDS, LAYTON & FINGER, P.A.

CLAIM NUMBER 5681