# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Energy Future Holdings Corp.  
Energy Plaza  
1601 Bryan Street  
Dallas, TX 75201  
  **EIN:** 46–2488810  
TXU Corp.  
TXU Corp  
Texas Utilities  

**Chapter:** 11

**Case No.:** 14–10979–CSS

## CLERK'S NOTICE OF NON–COMPLIANCE

NOTE: Claims Agents must fully comply with the requirements of Local Rule 2002–1(f) upon entry of an Order terminating its services.

On 11/17/21 an Order was entered closing the above–mentioned case.

To date, as the Claims Agent of record, you have failed to take the following required actions, which were due within 14/28 days of entry of the Order:

- ☐ Forward to the Clerk an electronic version of all imaged claims
- ☐ Upload the creditor mailing list into CM/ECF
- ☐ Docket a Final Claims Register. If a case has jointly–administered entities, one combined register shall be docketed in the lead case containing claims of all cases
- ☑ Docket a completed SF–135 Form (Records Transmittal & Receipt) indicating the accession and location numbers of the archived claims.

Continued failure to resolve the unsatisfied requirements noted above may result in your removal from the Delaware Bankruptcy Court listing of approved claims agencies.

Dated: 12/21/21

*Una O'Boyle*

Una O'Boyle , Clerk of Court

(VAN–414)