# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 12/21/2021 |
| Case: 14−10979−CSS | Form ID: van414 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| clagent | Epiq Corporate Restructuring, LLC | danette.gerth@epiqglobal.com |
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Andrea Beth Schwartz | andrea.b.schwartz@usdoj.gov |
| aty | Bridget Gallerie | Pacerteam@choosegcg.com |
| aty | Linda J. Casey | Linda.Casey@usdoj.gov |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |

TOTAL: 7