IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objection Deadline:** |
| | ) **March 15, 2022 at 4:00 p.m.** |
| | ) Re: D.I. 855, 9374 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION AND
AGREED ORDER IN CONNECTION WITH THE TCEH ESCROW AGREEMENT**

The undersigned hereby certifies as follows:

1. On April 29, 2014, Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), and each of the Subsidiary Guarantors[2] (collectively with TCEH and EFCH, the "TCEH Debtors," and, together with the other debtors in the above-captioned chapter 11 cases, the "Debtors"[3]) each filed a voluntary petition with this Court under chapter 11 of title 11 of the United States Code.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings given to them in the *Final Order (A) Authorizing Use of Cash Collateral For Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay*, entered on June 6, 2014 [D.I. 855] (the "Final TCEH Cash Collateral Order"), the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9374] (the "TCEH Plan"), or the TCEH Credit Agreement (as defined in the TCEH Plan), as applicable.

[3] On August 29, 2016, the United States Bankruptcy Court for the District of Delaware (this "Court") entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors*

2. On June 6, 2014, following notice and a hearing, this Court entered the Final TCEH Cash Collateral Order. Pursuant to the Final TCEH Cash Collateral Order, among other things, this Court (i) authorized the TCEH Debtors' use of Cash Collateral of the Prepetition Secured Agents and Prepetition Secured Creditors, and (ii) granted adequate protection to the First Lien Collateral Agent and Prepetition First Lien Creditors for any aggregate diminution in value of their respective interests in the Prepetition Collateral, including the Cash Collateral.

3. Additionally, pursuant to the Final TCEH Cash Collateral Order, all rights and claims of the TCEH Debtors and the Prepetition First Lien Creditors with respect to whether the First Lien Adequate Protection Payments should be allocated pursuant to the Petition Date Allocation Calculation or the Postpetition Interest Allocation Calculation were expressly reserved. *See* Final TCEH Cash Collateral Order, ¶ 6(a).

4. Specifically, paragraph 6(a) of the Final TCEH Cash Collateral Order provides, in relevant part, as follows:

> [E]ach month (on the date on which the First Lien Adequate Protection Payments are required to be made pursuant to Paragraph 5(d) of this Final Order), beginning with the August Payment (as defined below), the TCEH Debtors shall transfer to an escrow account (the "Escrow Account") an amount equal to the difference between (i) the amount of First Lien Adequate Protection Payments that are allocated to the First Lien Notes Trustee pursuant to the third sentence of Paragraph 5(d) of this Final Order (such allocation calculation, the "Petition Date Allocation Calculation") for such month, and (ii) the amount of First Lien Adequate Protection Payments that would be allocated to the First Lien Notes Trustee pursuant to the third sentence of Paragraph 5(d) of this Final Order for such month if the Prepetition First Lien Obligations outstanding under each of the Prepetition First Lien Documents were calculated to include the accrual of postpetition interest (at the non-default contract rate set forth under each of the applicable Prepetition First Lien Documents) under each of the applicable Prepetition First Lien Documents for the period from the Petition Date through the date of such distribution.

---

*and EFH Shared Services Debtors* [D.I. 9421] whereby this Court confirmed the TCEH Plan. The TCEH Plan became effective on October 3, 2016 (the "TCEH Effective Date"). From and after the TCEH Effective Date, the TCEH Debtors are the "Reorganized TCEH Debtors".

Final TCEH Cash Collateral Order, ¶ 6(a)

5. In accordance with the terms of the Final TCEH Cash Collateral Order, on July 31, 2014, TCEH and the Escrow Agent entered into that certain escrow agreement under which the TCEH Debtors transferred the Escrow Property into the Escrow Account, and the Escrow Property has remained in the Escrow Account since that time.

6. Subsequently, the dispute with respect to the allocation of the First Lien Adequate Protection Payments was fully resolved[4] and, consequently, Reorganized TCEH, the Bank of New York Mellon Trust Company, N.A. (the "Escrow Agent"), and the TCEH First Lien Notes Trustee (the "First Lien Notes Trustee", and together with Reorganized TCEH and the Escrow Agent, collectively, the "Parties"), subject to this Court's approval, have entered into that certain *Stipulation and Agreed Order In Connection With the TCEH Escrow Agreement*, dated March 1, 2022 (the "Stipulation and Order") to effectuate the distribution of the Escrow Property as set forth therein. A copy of the Stipulation and Order is attached hereto as **Exhibit A**.

7. Pursuant to the terms of the Stipulation and Order, the Parties agree that, upon entry of the Stipulation and Order by this Court, in furtherance of the TCEH Cash Collateral Order, the TCEH Plan, and the Third Circuit Opinion, and in resolution of the Escrow Account, the Escrow Agent shall promptly distribute the following funds: (a) $7,565,954.38 in Escrow Property shall be distributed to the TCEH First Lien Administrative Agent for distribution to holders of TCEH Credit Agreement Claims as follows: (i) $5,956,249.83 to the 2017 Term Loan Lenders, (ii) $131,917.57 to the Incremental 2012 Term Lenders, and (iii) $1,477,786.98 to the 2014 Term Loan Lenders; and (b) $477,504.96 in Escrow Property shall be distributed to holders of TCEH

---

[4] *See In re Energy Future Holdings Corp.*, 566 B.R. 669 (Bankr. D. Del. 2017), aff'd, 585 B.R. 341 (D. Del. 2018), aff'd, 773 F. App'x 89 (3d Cir. 2019) (the "Third Circuit Opinion").

3

First Lien Interest Rate Swaps as follows: (i) $399,486.88 to Deutsche Bank AG, and (ii) $78,018.08 to Credit Suisse International LLC.

8. Reorganized TCEH believes that the Stipulation and Order is consistent with the TCEH Cash Collateral Order, the TCEH Plan, and the Third Circuit Opinion, and that Stipulation and Order should be entered. The Stipulation and Order has been circulated to (i) counsel to the Escrow Agent; (ii) counsel to the First Lien Notes Trustee; and (iii) the Office of the United States Trustee for the District of Delaware, and each of the parties to whom the Stipulation and Order was circulated has no objection to its entry. ***Additionally, out of an abundance of caution, Reorganized TCEH will serve a copy of this certification of counsel and the Stipulation and Order on all parties that have requested notice in the Debtors' chapter 11 cases under Fed. R. Bankr. P. 2002 and/or Del. Bankr. L.R. 2002-1(b), providing such parties with fourteen (14) days from the date hereof (i.e., until 4:00 p.m. (Eastern Daylight Time) on March 15, 2022) (the "Objection Deadline") to file a written objection to the Stipulation and Order with this Court, and the TCEH First Lien Administrative Agent will post notice of the Stipulation and Order to the Debtdomain site maintained for the benefit of the holders of TCEH Credit Agreement Claims. If no objections to the entry of the Stipulation and Order are filed with this Court by the Objection Deadline, Reorganized TCEH will file a certification of no objection with this Court in accordance with Del Bankr. L.R. 9013-1(j) requesting entry of the Stipulation and Order***.

WHEREFORE, Reorganized TCEH respectfully requests that this Court enter and approve the Stipulation and Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience *after Reorganized TCEH files a certification of no objection with this Court in accordance with Del Bankr. L.R. 9013-1(j)*.

[*Remainder of page intentionally left blank.*]

Dated: March 1, 2022
      Wilmington, Delaware

/s/ *Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      steven.serajeddini@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com

*Co-Counsel to Reorganized TCEH*