| **RECORDS TRANSMITTAL AND RECEIPT** | | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | | Page 1 |
|---|---|---|---|---|
| **1. TO** (Complete the address for the appropriate Records Center serving your area)<br>FRC - Philadelphia<br>Facility - 01<br>14700 TOWNSEND ROAD<br>PHILADELPHIA, PA, 19154 | | | **5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address) | |
| As shown in FPMR 101-11.410-1 ▶ | | | **Customer Reference Number: N/A**<br>**U.S. Courts**<br>**578, United States Bankruptcy Courts**<br><br>**U.S. BANKRUPTCY COURT**<br>**DISTRICT OF DELAWARE**<br>**824 N. MARKET STREET, 3RD FLOOR**<br>**WILMINGTON, DE 19801**<br><br>**EPIQ**<br>**777 THIRD AVENUE, 3RD FLOOR**<br>**NEW YORK, NY 10017** | |
| **2. AGENCY TRANSFER AUTHORIZATION** | TRANSFERRING AGENCY OFFICIAL (Signature and Title)<br>UNA OBOYLE | DATE<br>03/01/2022 | | |
| **3. AGENCY CONTACT** | TRANSFERRING AGENCY LIASION OFFICIAL<br>(Name, Office and Telephone No.)<br>SARA HUGHES<br>U.S. Courts<br>Phone (302)252-3679 | | | |
| **4. RECORDS CENTER RECEIPT** | RECORDS RECEIVED BY (Signature and Title)<br>FRC - Philadelphia | DATE | | |

**6.**                                            **RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in ft.) | No. Of Containers | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSITION AUTHORITY | DISPOSITION DATE | LOCATION | CONTAINER TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) |
| 578 | 2022 | 0084 | 123 | 123 | ^ UW - STRATIFICATION CODE: UW<br>ENERGY FUTURE HOLDINGS CORP, ET AL<br>CASE NO. 14-10979 (CSS)<br>CLAIMS 1 - 37856<br>CLOSED/DISCHARGED: 11/17/2021 | No Restrictions | DC2/A15A | 04/01/2042 | Facility - 01 | Standard |
| | | | | | Inclusive Start Date:<br>01/01/2014 | Security Classification:<br>Unclassified | Disposition Code: Temporary<br>Disposition Hold : No Hold | | | |
| | | | | | Inclusive End Date:<br>11/17/2021 | Security Level:<br>Std Records-Std Storage | Disposition Citation: DC2/A15A | | | |

| STANDARD FORM 135-A | | RECORD TRANSMITTAL AND RECEIPT | AGENCY DELAWARE | DATE: 2/28/2022 |
|---|---|---|---|---|
| FRC ONLY | AGCY | CLOSE CASES | | DISPOSAL AUTHORITY |
| | | Energy Future Holdings Corp, et al | | |
| | | Case No. 14-10979 (CSS) | | |
| | | | | |
| | | Box 1 - Claims 1-125 | | |
| | | Box 2 - Claims 126-570 | | |
| | | Box 3 - Claims 571-764 | | |
| | | Box 4 - Claims 765-1104 | | |
| | | Box 5 - Claims 1105-1547 | | |
| | | Box 6 - Claims 1548-1852 | | |
| | | Box 7 - Claims 1853-2147 | | |
| | | Box 8 - Claims 2148-2496 | | |
| | | Box 9 - Claims 2497-2669 | | |
| | | Box 10 - Claims 2670-2960 | | |
| | | Box 11 - Claims 2961-3241 | | |
| | | Box 12 - Claims 3242-3504 | | |
| | | Box 13 - Claims 3505-3675 | | |
| | | Box 14 - Claims 3676-3914 | | |
| | | Box 15 - Claims 3915-4154 | | |
| | | Box 16 - Claims 4155-4296 | | |
| | | Box 17 - Claims 4297-4476 | | |
| | | Box 18 - Claims 4477-4708 | | |
| | | Box 19 - Claims 4709-4866 | | |
| | | Box 20 - Claims 4867-4978 | | |
| | | Box 21 - Claims 4979-5122 | | |
| | | Box 22 - Claims 5123-5272 | | |
| | | Box 23 - Claims 5273-5371 | | |
| | | Box 24 - Claims 5372-5412 | | |
| | | Box 25 - Claims 5413-5475 | | |
| | | Box 26 - Claims 5476-5502 | | |
| | | Box 27 - Claims 5503-5527 | | |
| | | Box 28 - Claims 5528-5552 | | |
| | | Box 29 - Claims 5553-5588 | | |
| | | Box 30 - Claims 5589-5650 | | |
| | | Box 31 - Claims 5651-5820 | | |
| | | Box 32 - Claims 5821-5906 | | |
| | | Box 33 - Claims 5907-6183 | | |
| | | Box 34 - Claims 6184-6321 | | |
| | | Box 35 - Claims 6322-6468 | | |
| | | Box 36 - Claims 6469-6598 | | |
| | | Box 37 - Claims 6599-6688 | | |
| | | Box 38 - Claims 6689-6778 | | |
| | | Box 39 - Claims 6779-6868 | | |
| | | Box 40 - Claims 6869-7001 | | |

|  |  |  |  |
|--|--|--|--|
|  |  | Box 41 - Claims 7002-7265 |  |
|  |  | Box 42 - Claims 7266-7326 |  |
|  |  | Box 43 - Claims 7327-7342 |  |
|  |  | Box 44 - Claims 7343-7463 |  |
|  |  | Box 45 - Claims 7464-7534 |  |
|  |  | Box 46 - Claims 7535-7671 |  |
|  |  | Box 47 - Claims 7672-7810 |  |
|  |  | Box 48 - Claims 7811-7870 |  |
|  |  | Box 49 - Claims 7871-7954 |  |
|  |  | Box 50 - Claims 7955-7976 |  |
|  |  | Box 51 - Claims 7977-8033 |  |
|  |  | Box 52 - Claims 8034-8130 |  |
|  |  | Box 53 - Claims 8131-8489 |  |
|  |  | Box 54 - Claims 8490-8915 |  |
|  |  | Box 55 - Claims 8916-9341 |  |
|  |  | Box 56 - Claims 9342-9639 |  |
|  |  | Box 57 - Claims 9640-9872 |  |
|  |  | Box 58 - Claims 9873-9923 |  |
|  |  | Box 59 - Claims 9924-9984 |  |
|  |  | Box 60 - Claims 9985-10042 |  |
|  |  | Box 61 - Claims 10043-10075 |  |
|  |  | Box 62 - Claims 10076-10770 |  |
|  |  | Box 63 - Claims 10771-11680 |  |
|  |  | Box 64 - Claims 11681-12500 |  |
|  |  | Box 65 - Claims 12501-13050 |  |
|  |  | Box 66 - Claims 13051-13057 |  |
|  |  | Box 67 - Claims 13058-13070 |  |
|  |  | Box 68 - Claims 13071-13370 |  |
|  |  | Box 69 - Claims 13371-13687 |  |
|  |  | Box 70 - Claims 13688-14125 |  |
|  |  | Box 71 - Claims 14126-14747 |  |
|  |  | Box 72 - Claims 14748-15475 |  |
|  |  | Box 73 - Claims 15476-15930 |  |
|  |  | Box 74 - Claims 15931-16465 |  |
|  |  | Box 75 - Claims 16466-16735 |  |
|  |  | Box 76 - Claims 16736-17185 |  |
|  |  | Box 77 - Claims 17186-17455 |  |
|  |  | Box 78 - Claims 17456-17665 |  |
|  |  | Box 79 - Claims 17666-17875 |  |
|  |  | Box 80 - Claims 17876-18085 |  |
|  |  | Box 81 - Claims 18086-18235 |  |
|  |  | Box 82 - Claims 18236-18745 |  |
|  |  | Box 83 - Claims 18746-19465 |  |
|  |  | Box 84 - Claims 19466-20305 |  |
|  |  | Box 85 - Claims 20306-21115 |  |
|  |  | Box 86 - Claims 21116-21955 |  |
|  |  | Box 87 - Claims 21956-22795 |  |

|  |  |  |  |
|---|---|---|---|
|  |  | Box 88 - Claims 22796-23635 |  |
|  |  | Box 89 - Claims 23636-24475 |  |
|  |  | Box 90 - Claims 24476-25435 |  |
|  |  | Box 91 - Claims 25436-26275 |  |
|  |  | Box 92 - Claims 26276-27115 |  |
|  |  | Box 93 - Claims 27116-27955 |  |
|  |  | Box 94 - Claims 27956-28795 |  |
|  |  | Box 95 - Claims 28796-29515 |  |
|  |  | Box 96 - Claims 29516-30475 |  |
|  |  | Box 97 - Claims 30476-31331 |  |
|  |  | Box 98 - Claims 31332-31774 |  |
|  |  | Box 99 - Claims 31775-32156 |  |
|  |  | Box 100 - Claims 32157-32669 |  |
|  |  | Box 101 - Claims 32670-33055 |  |
|  |  | Box 102 - Claims 33056-33325 |  |
|  |  | Box 103 - Claims 33326-33595 |  |
|  |  | Box 104 - Claims 33596-33782 |  |
|  |  | Box 105 - Claims 33783-33925 |  |
|  |  | Box 106 - Claims 33926-34075 |  |
|  |  | Box 107 - Claims 34076-34240 |  |
|  |  | Box 108 - Claims 34241-34540 |  |
|  |  | Box 109 - Claims 34541-34697 |  |
|  |  | Box 110 - Claims 34698-34840 |  |
|  |  | Box 111 - Claims 34841-35149 |  |
|  |  | Box 112 - Claims 35150-35290 |  |
|  |  | Box 113 - Claims 35291-35432 |  |
|  |  | Box 114 - Claims 35433-35568 |  |
|  |  | Box 115 - Claims 35569-36104 |  |
|  |  | Box 116 - Claims 36105-36250 |  |
|  |  | Box 117 - Claims 36251-36385 |  |
|  |  | Box 118 - Claims 36386-36535 |  |
|  |  | Box 119 - Claims 36536-36895 |  |
|  |  | Box 120 - Claims 36896-37150 |  |
|  |  | Box 121 - Claims 37151-37206 |  |
|  |  | Box 122 - Claims 37207-37697 |  |
|  |  | Box 123 - Claims 37698-37856 |  |