14-10979 (CSS)

Epiq Corporate Restructuring, LLC
PO Box 4470
Beaverton, OR 97076
Address Service Requested

Legal Documents Enclosed -
Please direct to the attention
of the Addressee,
Legal Department or President

FILED

2022 JUN 24  AM 11: 39

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

5,619

EFH4 DN 14269 07-08-2021 (MERGE2,TXNUM2)
******4000067987****** BAR(23) MAIL ID *** 000198058468 ***

KROLL, MARTIN ROBERT
16433 FORREST DR.
HOUSTON MO 65483

Deceased

# THIS PAGE INTENTIONALLY LEFT BLANK

