**FILED**
2023 AUG 31 PM 1:06
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

BARJINDER S. WALIA
20 WINDING WOOD DR.
APT. 6A
SAYREVILLE, NJ 08872
(732) 991-4105 (CELL)

7/28/2020

EPIC CORPORATE RESTRUCTURING, LLC
P.O. BOX 4470
BEAVERTON, OR 97076-4470

REF.: ACCT. # ▮▮▮▮▮ & # ▮▮▮▮▮

DEAR SIR,

I AM HEREWITH, ENCLOSING COPIES OF THE LETTERS I RECEIVED SOMTIME BACK REGARDING MY ABOVE MENTIONED CLAIMS. FOR CLAIM NO. 10558-01, I RECEIVED A CHECK FOR $197.0 DATED 3/27/2020 WHERE AS IT SHOULD HAVE BEEN $2754.0 AS PER EXHIBIT-2. AS REGARDS CLAIM NO. 10558-02 I HAVE NOT RECEIVED ANY INFORMATION AS TO WHETHER IT HAS BEE DECIDED OR NOT.

PLEASE LET ME KNOW REGARDING THE EXACT OUTCOME OF THESE CLAIMS. THANKS.

SINCERELY,
BSWalia

Epiq Corporate Restructuring, LLC
PO Box 4470
Beaverton, OR 97076
Address Service Requested

Legal Documents Enclosed -
Please direct to the attention
of the Addressee,
Legal Department or President

296

EFH4 DN 14269 07-08-2021 (MERGE2,TXNUM2)
******4000067479****** BAR(23) MAIL ID *** 000198053145 ***

WALIA, BARJINDER S
20 WINDING WOOD DR APT #6A
SAYREVILLE NJ 08872

**THIS PAGE INTENTIONALLY LEFT BLANK**



**Energy Future Holdings**

April 30, 2021

We are writing to you today about the claim you filed as part of Energy Future Holdings' chapter 11 bankruptcy cases.

The EFH Plan Administrator Board is seeking to designate as satisfied your claim – number 10558.02. Your claims have been reinstated against the Reorganized EFH Debtors in accordance with the bankruptcy plan approved by the United States Bankruptcy Court for the District of Delaware. While your claims may be further contested by the Reorganized EFH Debtors, the claims are no longer part of the chapter 11 cases and have been satisfied through the operation of the chapter 11 plan. Separately, because your claim was bifurcated by the operation of the Plan you have also received materials related to your claims against TCEH. Those claims have been fully resolved and the related bankruptcy cases have been closed. Our basis for marking your claim as satisfied is further described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **June 1, 2021**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by June 1, 2021 at 4:00 p.m. (EDT).

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311 or contact us at EFHAsbestosClaims@epiqglobal.com free of charge and a representative will be in touch with you shortly.

Thank you.

Epiq Corporate Restructuring, LLC
PO BOX 4470
Beaverton, OR 97076-4470
Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH 15TH NOS 04-30-2021 (MERGE2,TXNUM2) 4000067479

BAR(23) MAIL ID *** 000194123546 ***



WALIA, BARJINDER S
20 WINDING WOOD DR APT #6A
SAYREVILLE, NJ 08872

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

Group ID: 9655; 10558.02

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 14203, 14213, 14214, 14215, 14217, 14219, 14220, 14221, 14226, 14228, 14229, 14230, 14231, 14232, 14236 |

## ORDER SUSTAINING THE FIFTEENTH NOTICE OF SATISFACTION OF CLAIMS

Upon the reply (the "Reply") of the EFH Plan Administrator Board (the "PAB"), on behalf of the former EFH Debtors and EFIH Debtors (collectively, the "Debtors"), for entry of this order (the "Order") regarding the *EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full* [D.I. 14203] (the "Notice of Satisfaction") and it appearing that proper and adequate notice has been given and that no other or further notice is required; and the Court having considered the Notice of Satisfaction and the claims listed on Exhibit A and Exhibit B of the Notice of Satisfaction (each a "Claim," and collectively, the "Claims"), and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Notice of Satisfaction in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Notice of Satisfaction is in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 25623824v.1



best interests of the Debtors', their creditors, and other parties in interest; and the Court having found that the PAB provided appropriate notice of the Notice of Satisfaction and the opportunity for a hearing on the Notice of Satisfaction under the circumstances; and the Court having reviewed the Notice of Satisfaction and having heard the statements in support of the relief requested therein at a hearing held before the Court on July 7, 2021 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Notice of Satisfaction and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The objections of Emma Yancey, Vicki Verdugo, Antonio S. Rogador, Priscilla L. Revier, Francisco Munoz, Hector M. Cubero Rosado, Alan W. Gottlieb, Connie M. Costner, Kwane Glover, Robert Edward Simmons, Phyllis Arnold, Kenneth L. Arnold, Kenneth L. Ketcherside, Brian Allen Gafford, Ivy Marie Jones, Eddie DuBois, Michael Montilla, Bruno Miletic, Deborah Lorraine Gafford, Jeffrey K. Harvey, and Julia Urton are hereby OVERRULED on the MERITS and DENIED.

2. The Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, is authorized and directed to designate the Satisfied Claims listed on Exhibit A and Exhibit B to the Notice of Satisfaction on the official claims register as having been satisfied in full.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: July 7th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF EFH PLAN ADMINISTRATOR BOARD'S
### FIFTEENTH NOTICE OF CLAIMS SATISFIED IN FULL

**TO:**
WALIA, BARJINDER S
20 WINDING WOOD DR APT #6A
SAYREVILLE, NJ 08872

**Basis for Satisfaction:** ANY LIABILITY ON ACCOUNT OF THIS CLAIM IS CLASSIFIED AS AN A3 LEGACY GUC/ASBESTOS CLAIMS. ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS WERE REINSTATED AGAINST THE REORGANIZED EFH DEBTORS IN ACCORDANCE WITH THE EFH/EFIH PLAN. PURSUANT TO ARTICLE III.B SECTION 3(B) OF THE EFH/EFIH PLAN, THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS HAVE BEEN SATISFIED IN FULL THROUGH REINSTATEMENT. SPECIFICALLY, THE EFH/EFIH PLAN PROVIDES THAT THE ALLOWED A3 LEGACY GUC/ASBESTOS CLAIMS ARE REINSTATED AS OF THE EFH/EFIH EFFECTIVE DATE, WHICH OCCURRED ON MARCH 9, 2018. ANY CLAIMS NOT SUBJECT TO SUCH TREATMENT WERE RESOLVED THROUGH THE TCEH BANKRUPTCY CASE CONSISTENT WITH THE TREATMENT DESCRIBED IN THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE [D.I. 9199] (AS MODIFIED BY D.I. 9321 AND 9374).

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim Satisfied In Full:** | 10558.02 | UNDETERMINED* |

On April 30, 2021, the EFH Plan Administrator Board (the "PAB") filed the **EFH Plan Administrator Board's Fifteenth Notice of Claims Satisfied in Full** (the "Notice").[2] A copy of the filed

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The debtors can be reached at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

\* Indicates claim contains unliquidated and/or undetermined amounts.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed free of charge at http://www.efhcaseinfo.com.

By the Notice, the PAB seeks to designate as satisfied the claim(s) listed as "Claim has been reinstated by operation of the Plan against the Reorganized EFH Debtors" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim Satisfied in Full" will be designated as such on the Claims Register.

Responses to the Notice, if any, must be in writing and filed on or before **June 1, 2021 at 4:00 p.m. (EDT)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the PAB listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (877) 276-7311 or send your contact information to EFHAsbestosClaims@epiqglobal.com, both free of charge. If you would like to receive a copy of the entire Notice, please visit the Epiq website at http://www.efhcaseinfo.com.

Wilmington, Delaware
Dated:   April 30, 2021

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:        (302) 651-7701
Email:              collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:        (212) 446-4900
Email:              edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com
                       steven.serajeddini@kirkland.com
                       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:        (312) 862-2200
Email:              james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

**Epiq Corporate Restructuring, LLC**
PO BOX 4470
**Beaverton, OR 97076-4470**
**Address Service Requested**

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH5 UNMANCL OBJ 11-13-2019 (M2_UNMAN,TXNUM2) 4000067478

BAR(23) MAIL ID *** 000159180735 ***



WALIA, BARJINDER S
20 WINDING WOOD DR APT #6A
SAYREVILLE, NJ 08872

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

In re: Texas Competitive Electric Holdings
Company LLC, Case No. 14-10978 (CSS)

---

November 13, 2019

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' chapter 11 cases being jointly administered for procedural purposes only under Case No. 14-10979 (CSS) (Bankr. D. Del.).

The company has filed an Objection to your claim through which it is seeking to **modify** your claim(s) – number(s) 10558.01. <u>Our reason(s) for the modification(s) to your claim(s) is/are detailed in the enclosed materials.</u> **For your convenience, a complete copy of the Objection (inclusive of its exhibits) is enclosed in electronic format on a USB flash drive**. You may also access a copy of the Objection free of charge at the following internet address: http://www.efhcaseinfo.com.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **December 12, 2019**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by December 12, 2019 at 4:00 P.M. (EST).

If you have any questions, or if you would like to receive a complete paper copy of the Objection at no charge, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF REORGANIZED TCEH'S FIFTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO TCEH ASBESTOS CLAIMS REQUESTING ALLOWANCE OF TCEH ASBESTOS CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO:   WALIA, BARJINDER S
       20 WINDING WOOD DR APT #6A
       SAYREVILLE, NJ 08872

**Claim Number**: 10558.01

**Basis for Objection**: Modified Amount

**Reason for Modification**: DETERMINED BASED ON ESTIMATION ORDER AND RELATED LIQUIDATION AND ALLOWANCE METHODOLOGY

**Asserted Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 10558.01 - Undetermined*

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 10558.01 - $2,754.00

* Indicates claim contains unliquidated and/or undetermined amounts.

On November 6, 2019, Reorganized TCEH filed **Reorganized TCEH's Fifty-Third Omnibus (Substantive) Objection to TCEH Asbestos Claims Requesting Allowance of TCEH Asbestos Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection").[2]

By the Objection, Reorganized TCEH seeks to **liquidate and allow** your claim against the applicable TCEH Debtor as follows:

**Modified Debtor / Priority / Claim# / Amount**
Luminant Generation Company LLC - Unsecured - 10558.01 - $2,754.00

Responses to the Objection, if any, must be in writing and filed on or before **December 12, 2019 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline") with the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Objection.

States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to Reorganized TCEH listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **DECEMBER 19, 2019 STARTING AT 2:00 P.M (EASTERN STANDARD TIME),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, or if you would like to receive a complete paper copy of the Objection at no charge, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

[*Remainder of page intentionally left blank.*]

*[handwritten: Called 7/13/23, left a message]*

2

Dated: November 13, 2019  
Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**THE BRAME LAW FIRM PLLC**
Frank C. Brame (admitted *pro hac vice*)
Texas Bar No. 24031874
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone: (214) 665-9464
Facsimile: (214) 665-9590
Email: frank@bramelawfirm.com

*Co-Counsel to Reorganized TCEH*






SHIP TO:
UNITED STATES BANKRUPTCY COURT
824 MARKET ST N, 3RD FLOOR
WILMINGTON DE 19801

CHECKTEAM
(503) 350-5800
EPIQ SYSTEMS
10300 SW ALLEN BLVD
BEAVERTON OR 97005

0.1 LBS    LTR    1 OF 1

UPS 2ND DAY AIR
TRACKING #: 1Z 947 427 02 7623 4829

DE 197 9-25    2

BILLING: 3RD PARTY

REF 1: 130036
REF 2: EBS

W6 26.0.30 Zebra    ZP 460 35.0A 08/2023

Apply shipping documents
Visit UPS.com
Window Envelope

Serving you for more than 110 years
United Parcel Service.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

01095103    05/21    TG    United Parcel Service

Use this envelope for the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®
UPS Ground
UPS Standard
UPS 3 Day Select®






U.S. POSTAGE PAID
FCM LG ENV
CARLIN, NJ 08859
JUL 20, 2023
$9.73
R2305M149358-03


Barjinder Walia
20 Winding Wood Dr Apt 6A
Sayreville, NJ 08872-2078

EPIC CORPORATE RESTRUCTURING, LLC
P.O. BOX 4470
BEAVERTON, OR 97076 - 4470

RECEIVED
JUL 2 5 2023
LEGAL SERVICES

CERTIFIED MAIL

7018 2290 0001 5973 2251

BFH.